# In The United States Court of Federal Claims

## Cover Sheet

04-1052C

Plaintiff(s) or Petitioner(s)

M.A. DeAtley Construction, Inc.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] John C. Black

Firm Name: Dunn & Black, P.S.

Post Office Box:

Street Address: 10 N. Post, Suite 200

City-State-Zip: Spokane, WA 99201

Telephone & Facsimile Numbers: (509) 455-8711 (509) 455-8734

E-mail address: jblack@dunnandblack.com

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: T R N

**See attached Sheet for three digit code.**

Amount Claimed: $ "to be determined"

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003