# In the United States Court of Federal Claims

No. 04-1052 C
(Filed: December 17, 2004)

******************************************
**M.A. DeATLEY CONSTRUCTION, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
******************************************

## ORDER

On December 17, 2004, a status conference was held in this case. While the original purpose for the status conference was to familiarize the court with the factual disputes in the case, and to set a discovery schedule, the issue of potential settlement was also discussed.

In discussing the possibility of settlement the parties disagreed as to the best approach for engaging in settlement discussions. At the suggestion of the Court, the parties agreed to meet with another judge of the Court of Federal Claims to informally work toward an agreement on how to proceed with settlement negotiations. Judge Eric G. Bruggink has agreed to conduct a telephone conference with the attorneys of record in this case to assist in developing a methodology or framework within which settlement negotiations can proceed. Judge Bruggink will contact the parties at his convenience to setup the telephone conference.

In addition, as discussed at the status conference, it is hereby ORDERED that the following discovery schedule shall apply in this case:

1. The parties represented in their joint preliminary status report ("JPSR") of November 29, 2004, that initial disclosures have already taken place. Therefore, the Court will not set a deadline for initial disclosures. The parties shall exchange additional documents, if needed, informally.

2. Fact and expert discovery shall commence on **December 20, 2004**.

3. Fact discovery shall close on **August 1, 2005**.

i. Presumptive discovery limits will apply in this case.

ii. The parties see no need for mental examinations of witnesses or physical examinations of the subject property.

4. Expert Witnesses

According to the JPSR, both parties plan to identify and disclose expert witnesses.

i. Parties shall designate expert witnesses by **January 15, 2005**.

ii. Exchange of expert witness reports shall occur within **30 days of the completion of fact discovery.**

iii. Parties shall conclude discovery of expert witnesses on or before **October 3, 2005.**

5. A post-discovery status report shall be due **October 7, 2005**, with a post-discovery status conference to be scheduled after the report is received.

s/ Edward J. Damich
Edward J. Damich
Chief Judge