# In the United States Court of Federal Claims

No. 04-1052C
(Filed: January 7, 2005)

* * * * * * * * * * * * * * * * * * * *

M.A. DeATLEY CONSTRUCTION, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to Chief Judge Edward Damich's order of December 17, 2004, a telephone conference will be held Thursday, January 13, 2005, 2:00 p.m. eastern, to develop a methodology or framework within which settlement negotiations can proceed. The call will be placed from my chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Chief Judge Edward J. Damich