# In the United States Court of Federal Claims

No. 04-1052C
(Filed: April 5, 2005)

* * * * * * * * * * * * * * * * * * *
M.A. DeATLEY CONSTRUCTION, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * *

ORDER

The above action was referred to this judge by order of Chief Judge Edward J. Damich on December 17, 2004, for the purpose of meeting with counsel informally to consider whether a methodology or framework for settlement should be developed. A telephone conference was held on January 13, 2005, at which these issues were discussed. The parties agreed to pursue independently the possibility of informal ways to resolve some or all of the case at this stage. They now report back that, at least for the moment, such discussions have not been fruitful and that further diversion for consideration of the possibility of alternate dispute resolution would not be effective. The matter continues to proceed pursuant to the orders in place by the assigned Chief Judge.

The undersigned remains available at the joint request by the parties or by the Chief Judge if settlement discussions with a mediator are appropriate in the future.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Chief Judge Edward J. Damich