IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A DeATLEY CONSTRUCTION, INC., | ) | |
| | ) | Case No. 041052C |
| Plaintiff, | ) | (Judge Edward J. Damich) |
| | ) | |
| v. | ) | |
| | ) | **PLAINTIFF'S DISCLOSURE** |
| UNITED STATES OF AMERICA; | ) | **STATEMENT** |
| UNITED STATES DEPARTMENT OF | ) | |
| TRANSPORTATION; UNITED STATES | ) | |
| FEDERAL HIGHWAY ADMINISTRATION, | ) | |
| WESTERN FEDERAL LANDS HIGHWAY | ) | |
| DIVISION, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, by and through its attorneys of record, Dunn & Black P.S., submits this Disclosure Statement pursuant to RCFC 7.1.

/////

/////

/////

/////

/////

/////

There is no parent corporation or any publicly held corporation that owns ten percent (10%) or more of M.A. DeAtley Construction, Inc. stock.

DATED this 18th day of April, 2005.

DUNN & BLACK, P.S.

/s/

JOHN C. BLACK
MICHAEL S. BISSELL
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

wpdocs\1742\1806\disclstmt041805

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of April, 2005, a copy of the foregoing *Plaintiff's Disclosure Statement* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/
JOHN C. BLACK
MICHAEL S. BISSELL