IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DEATLEY CONSTRUCTION CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1052C |
| | ) | (Chief Judge Edward J. Damich ) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES

Pursuant to Rule 6(b) of the Court of Federal Claims, the United States respectfully requests that the current discovery schedule be extended by 60 days. This is our first request for an enlargement of time for this purpose. Counsel for both parties have discussed this motion, and plaintiff's counsel has indicated that there is no objection to the granting of this motion.

The United States requests this enlargement of time because additional time is needed to conduct discovery. The parties agreed not to conduct any formal discovery until settlement discussions were completed. At the time the parties proposed the current discovery schedule, it was contemplated that the settlement meeting would occur in January 2005. Because of scheduling and other conflicts, the parties did not meet until March 23, 2005. Despite the efforts of the parties, settlement negotiations were unsuccessful. Because of the two-month delay in scheduling the settlement meeting, the parties require an additional 60 days within which to complete discovery. Therefore, it is respectfully requested that the schedule be extended as follows:

The August 1, 2005, deadline for the completion fact discovery be extended until October 1, 2005.

The September 1, 2005 deadline for the exchange of expert reports be extended until

November 1, 2005.

The October 3, 3005, deadline for the completion of expert witness discovery be extended until December 3, 2005.

The October 18, 2005, deadline for the submission of the Joint Status Report be extended until December 18, 2005.

Accordingly, we respectfully request the Court to extend the current discovery schedule by 60 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

June , 2005

Attorneys for Defendant