IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| M.A. DeATLEY CONSTRUCTION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF TRANSPORTATION; UNITED STATES FEDERAL HIGHWAY ADMINISTRATION, WESTERN FEDERAL LANDS HIGHWAY DIVISION,<br><br>Defendant. | Case No.: 041052C<br>(Judge Edward J. Damich)<br><br>**PLAINTIFF'S MOTION TO AMEND DISCOVERY SCHEDULING ORDER** |

Plaintiff, by and through its attorneys of record, Dunn & Black, P.S., hereby moves the Court to amend the Scheduling Order to allow for the designation of rebuttal expert witnesses, and the provision of rebuttal expert witnesses' reports to Defendants within thirty (30) days after exchange of the initial Expert Witness Reports. This Motion is based upon RCFC 16(b)(7) and the Affidavit of Michael S. Bissell submitted herewith.

DATED this 20TH day of June, 2005.

DUNN & BLACK, P.S.

/s/ MICHAEL S. BISSELL

JOHN C. BLACK
MICHAEL S. BISSELL
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

wpdocs\1742\1806\Mot.Amend.062005

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20[TH] day of June, 2005, a copy of the foregoing *Plaintiff's Motion to Amend Discovery Scheduling Order* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

DUNN & BLACK, P.S.

/s/ MICHAEL S. BISSELL

JOHN C. BLACK
MICHAEL S. BISSELL
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734