IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A DeATLEY CONSTRUCTION, INC., | ) | |
| | ) | Case No. 041052C |
| Plaintiff, | ) | (Judge Edward J. Damich) |
| | ) | |
| v. | ) | |
| | ) | **AFFIDAVIT OF MICHAEL S. BISSELL** |
| UNITED STATES OF AMERICA; | ) | **IN SUPPORT OF PLAINTIFF'S** |
| UNITED STATES DEPARTMENT OF | ) | **MOTION TO AMEND DISCOVERY** |
| TRANSPORTATION; UNITED STATES | ) | **SCHEDULING ORDER** |
| FEDERAL HIGHWAY ADMINISTRATION, | ) | |
| WESTERN FEDERAL LANDS HIGHWAY | ) | |
| DIVISION, | ) | |
| | ) | |
| Defendants. | ) | |

STATE OF WASHINGTON )
: ss
County of Spokane )

MICHAEL S. BISSELL, being first sworn upon oath, says as follows:

1. I am an attorney with the firm of Dunn & Black, P.S., attorneys of record for Plaintiff in the above-captioned matter. I have personal knowledge of the information in this affidavit and am qualified to testify to it. I also base this affidavit on my files and the Court records.

2. This Court issued a Discovery Scheduling Order on December 17, 2004. The Scheduling Order provides that each party shall designate expert witnesses by January 15, 2005, exchange expert witness reports within 30 days of the completion of fact discovery, and conclude discovery of expert witnesses on or before October 3, 2005.

3. The Discovery Scheduling Order does not make any provisions for the designation of rebuttal expert witnesses. Obviously, Plaintiff will not know whether rebuttal expert witnesses will be necessary until it receives the Government's initial expert witness reports.

4. Consequently, in the interest of the litigants and justice, the Discovery Scheduling Order should be amended to provide for the designation of rebuttal expert witnesses.

5. I attempted to obtain the Government's stipulation to the requested amendment of the Discovery Scheduling Order, but the Government declined that request. Consequently, Plaintiffs was compelled to bring the subject Motion.

____________________________
MICHAEL S. BISSELL

SUBSCRIBED AND SWORN to before me this 20th day of June, 2005.

REGINA S. NIPP
Commission Expires
NOTARY
PUBLIC
NOV. 15, 2005
STATE OF WASHINGTON

____________________________
Printed name: REGINA S. Nipp
Notary Public in and for the State
of Washington, Residing at Spokane
My Appointment Expires: 11-15-05

wpdocs\1742\1806

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of June, 2005, a copy of the foregoing *Affidavit of Michael S. Bissell* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

DUNN & BLACK, P.S.

/s/ MICHAEL S. BISSELL

JOHN C. BLACK
MICHAEL S. BISSELL
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734