IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| M.A. DeATLEY CONSTRUCTION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF TRANSPORTATION; UNITED STATES FEDERAL HIGHWAY ADMINISTRATION, WESTERN FEDERAL LANDS HIGHWAY DIVISION,<br><br>Defendant. | Case No.: 041052C<br>(Judge Edward J. Damich)<br><br>**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND DISCOVERY SCHEDULING ORDER** |

Plaintiff seeks to amend the Discovery Scheduling Order to allow the designation of rebuttal expert witnesses within thirty (30) days from the date the initial expert witness reports are due. As set forth in the Affidavit of Michael S. Bissell submitted herewith, the current Discovery Scheduling Order does not provide for the designation of rebuttal expert witnesses.

Plaintiff will not know whether rebuttal expert witnesses will be necessary until it receives the Government's initial expert witness reports. Consequently, Plaintiff should have the opportunity to designate rebuttal expert witnesses after receipt of those reports. Accordingly,

good cause exists to amend the Discovery Scheduling Order to allow for the designation of rebuttal expert witnesses.

Plaintiff attempted to obtain the Government's stipulation to amend the Discovery Scheduling Order, but the Government declined to so stipulate. Plaintiff was, therefore, compelled to bring this Motion.

DATED this 20th day of June, 2005.

DUNN & BLACK, P.S.

/s/ MICHAEL S. BISSELL
JOHN C. BLACK
MICHAEL S. BISSELL
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

wpdocs\1742\1806\Mem.Mot.Amend.061705A

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20TH day of June, 2005, a copy of the foregoing *Memorandum in Support of Plaintiff's Motion to Amend Discovery Scheduling Order* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/MICHAEL S. BISSELL
JOHN C. BLACK
MICHAEL S. BISSELL