# In the United States Court of Federal Claims

No. 04-1052 C

(Filed: September 1, 2005)

*****************************************
**M.A. DeATLEY CONSTRUCTION, INC.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*****************************************

**ORDER**

On June 20, 2005, Plaintiff filed a Motion to Amend Discovery Scheduling Order asking that the Court amend the discovery scheduling order to allow the designation of rebuttal expert witnesses within thirty days from the date of the initial expert witness reports. Defendant opposed the motion, but filed its response out of time.

The Court hereby GRANTS Plaintiff's motion, and ORDERS that the following discovery schedule will apply to further proceedings in this case:

1. Fact Discovery shall close on **October 3, 2005**.
2. Expert Reports shall be Exchanged by **November 2, 2005**.
3. Rebuttal Expert Witnesses Reports, if any, shall be served by **December 2, 2005**.
4. Expert Discovery shall close on **January 6, 2006**.
5. A post discovery Joint Status Report shall be filed no later than **January 13, 2006**.

s/ Edward J. Damich
Edward J. Damich
Chief Judge