IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., Plaintiff, | ) | Case No.: 041052C (Judge Edward J. Damich) |
| vs. | ) | **AFFIDAVIT OF MICHAEL S. BISSELL** |
| UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF TRANSPORTATION; UNITED STATES FEDERAL HIGHWAY ADMINISTRATION, WESTERN FEDERAL LANDS HIGHWAY DIVISION, Defendant. | ) | |

STATE OF WASHINGTON )
: ss
County of Spokane )

MICHAEL S. BISSELL, being first sworn upon oath, says as follows:

1. I am an attorney with the firm of Dunn & Black, P.S., attorneys of record for Plaintiff in the above-captioned matter. I have personal knowledge of the information in this affidavit and am qualified to testify to it.

2. The United States has noted the depositions of M.A. DeAtley and DeAtley Crushing (M.A. DeAtley's subcontractor on the Flowery Trail Project) personnel for the week of September 26, 2005. This is before the current discovery deadline of October 3, 2005.

3. After these depositions, the United States will have taken the maximum number of depositions allowed by the applicable Standard Special Procedures.

4. M.A. DeAtley has fully complied with the United States' discovery requests, which included a request that they be able to review M.A. DeAtley's documents. That review was scheduled for September 15, 2005. I recently spoke with Jack Paluso of M.A. DeAtley, and he confirmed that the document review in fact occurred as scheduled.

MICHAEL S. BISSELL

SUBSCRIBED AND SWORN to before me this 13th day of September, 2005.

REGINA S. NIPP
Commission Expires
NOTARY
PUBLIC
NOV. 15, 2005
STATE OF WASHINGTON

Printed name: REGINA S. NIPP
Notary Public in and for the State
of Washington, Residing at Spokane
My Appointment Expires: 11-15-05

wpdocs\1742\1806\Aff.MSB.091305

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of September, 2005, a copy of the foregoing *Affidavit of Michael S. Bissell* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/MICHAEL S. BISSELL
JOHN C. BLACK
MICHAEL S. BISSELL