# In the United States Court of Federal Claims

No. 04-1052 C

(Filed: September 26, 2005)

| | |
|---|---|
| ************************************************ | |
| **M.A. DeATLEY CONSTRUCTION, INC.**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************************ | |

## ORDER

On September 1, 2005, Defendant filed its Second Motion to Extend Discovery Deadlines asking that the Court amend the discovery scheduling order to extend the current discovery deadlines approximately six weeks to allow Defendant to complete foreign travel and prepare for a trial in November. Plaintiff opposed the motion, but did not explain how it would be prejudiced by the enlargement of time.

The Court hereby GRANTS Defendant's motion, and ORDERS the following discovery schedule for further proceedings in this case:

1. Fact Discovery shall close on **December 16, 2005**.
2. Expert Reports shall be served by **January 13, 2006**.
3. Rebuttal Expert Witnesses Reports, if any, shall be served by **February 13, 2006**.
4. Expert Discovery shall close on **March 1, 2006**.
5. A post-discovery Joint Status Report shall be filed no later than **March 15, 2006**.

The parties are hereby advised that additional enlargements of time will be granted only under extraordinary circumstances. Preparation for another case will not be considered an extraordinary circumstance.

s/ Edward J. Damich
Edward J. Damich
Chief Judge