IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., | ) | |
| | ) | Case No.: 041052C |
| Plaintiff, | ) | (Judge Edward J. Damich) |
| vs. | ) | |
| UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF TRANSPORTATION; UNITED STATES FEDERAL HIGHWAY ADMINISTRATION, WESTERN FEDERAL LANDS HIGHWAY DIVISION, | ) | |
| Defendant. | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff M.A. DeAtley Construction, Inc. ("M.A. DeAtley"), by and through its attorneys of record, Dunn & Black, P.S., has moved this Court for an Order Granting Leave to Amend its Complaint. Specifically, M.A. DeAtley requests that this Court allow it to file the proposed Amended Complaint attached

to the Motion as **Exhibit A**. The proposed amendments specifically detail additional facts that have been discovered throughout the discovery phase of this litigation and provide a more specific statement of jurisdiction. In addition, the proposed Amended Complaint withdraws M.A. Deatley's claim for Unjust Enrichment/Quantum Meruit and re-labels its claim for Failure to Mitigate Damages. Therefore, M.A. DeAtley requests this Court grant its Motion for Leave to Amend Complaint and allow M.A. DeAtley to file the proposed Amended Complaint, attached to the Motion as **Exhibit A**.

## I. FACTS

1. On June 22, 2004, M.A. DeAtley filed the instant action alleging claims for breach of contract, defective specifications, differing site conditions, constructive change, failure to mitigate damages, and quantum meruit/unjust enrichment. In the course of this litigation, certain discovery has been conducted by both parties.

2. On December 16, 2005, all fact discovery was completed. During the discovery phase of this litigation, additional facts were discovered that provide additional support M.A. DeAtley's various causes of action.

3. Thus, M.A. DeAtley requests leave to amend its Complaint to add these facts, provide a more specific statement of jurisdiction, and withdraw its

claim for Unjust Enrichment/Quantum Meruit and re-label it Failure to Mitigate Damages Claim.

## II. DISCUSSION

RCFC 15(a) provides:

> *A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise, a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires…*

RCFC 15(a)(5).

Here, the United States filed a Motion to Dismiss M.A. DeAtley's various causes of action. M.A. DeAtley has filed a response to that Motion. It is clear from that Response that the facts alleged in the original Complaint are sufficient to state claims upon which relief can be granted.

Despite the fact that M.A. DeAtley’s original Complaint is sufficient, it requests leave to amend its Complaint to include additional facts discovered through the discovery phase of this litigation. Those facts are contained in the proposed Amended Complaint attached to the Motion as **Exhibit A**. These facts further support M.A. DeAtley's causes of action. In addition, M.A. DeAtley has

withdrawn its claim for Unjust Enrichment/Quantum Meruit, re-labeled its Failure to Mitigate Damages claim and provided a more specific statement of jurisdiction.

M.A. DeAtley does not request to add any new causes of action, but merely to supplement the factual allegations in its Complaint. Therefore, the United States will suffer no prejudice and there will be no need to extend any discovery. In the interests of justice, this Court should grant M.A. DeAtley's Motion for Leave to Amend Complaint.

## CONCLUSION

Based on the foregoing, M.A. DeAtley's Motion for Leave to Amend Complaint should be granted.

DATED this 23rd day of December, 2005.

s/ JOHN C. BLACK
JOHN C. BLACK
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of December, 2005, a copy of the foregoing *Plaintiff's Memorandum in Support of Motion for Leave to Amend Complaint* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK