# DEPOSITION OF LINDA PERSOON

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DEATLEY CONSTRUCTION CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-1052C |
| | ) | (Judge Edward J. Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

ORIGINAL

DEPOSITION UPON ORAL EXAMINATION

OF

LINDA PERSOON

DATE TAKEN: August 24, 2005
TIME: 9:00 a.m.
PLACE: 1104 Main Street, Ste. M-110
Vancouver, Washington

COURT REPORTER: Teresa L. Rider, RPR, CSR

APPEARANCES

FOR THE PLAINTIFF: MR. JOHN C. BLACK
Dunn & Black
10 N. Post Street, Ste. 200
Spokane, WA 99201-0653

FOR THE DEFENDANT: MS. LESLIE CAYER OHTA
Department of Justice
1100 L. Street, N.W.
Washington, D.C. 20530

ALSO PRESENT: Messrs. DeAtley and Binder

# I N D E X


| Examination | Page |
|---|---|
| By Mr. Black | 5 |


## EXHIBITS


| Exhibit No. | Description | Page |
|---|---|---|
| 1 | Defendant's Responses to First set of Interrogatories | 16 |
| 2 | 6-9-99 memo to Peters from Burnett | 34 |
| 3 | Location of borings | 35 |
| 4 | Boring log | 37 |
| 5 | Map | 39 |
| 6 | 10-2-01 Weekly Partnering Agenda | 65 |
| 7 | Table 703-1 and 703-2 | 68 |
| 8 | Table 703-2A | 68 |
| 9 | 5-22-01 project diary | 77 |
| 10 | 2-26-03 letter to Owens from Graybill | 82 |
| 11 | Field Materials Manual - Sampling and Testing Procedures | 83 |
| 12 | 6-5-01 project diary | 93 |
| 13 | 7-7-01 project diary | 93 |
| 14 | 9-5-02 letter to Ruchert from Persoon | 93 |
| 15 | 3-7-03 letter Ruchert from Coe | 124 |

EXHIBITS

| Exhibit No. | Description | Page |
|---|---|---|
| 16 | 10-29-01 project diary | 129 |
| 17 | 12-19-02 project diary | 133 |
| 18 | Photo of windrowed stockpile | 157 |
| 19 | 8-21-02 photo of stockpile | 159 |
| 20 | 8-22-02 project diary | 161 |
| 21 | 8-21-02 photo of stockpile | 164 |
| 22 | 8-25-02 memo to Wasill from Persoon | 167 |
| 23 | 11-4-03 photos of stockpile | 171 |
| 24 | Interim Gradation Test | 177 |
| 25 | 2-14-03 memo of meeting | 182 |
| 26 | 2-14-03 Summary of Sampling and Test Results | 182 |
| 27 | Photo | 189 |
| 28 | 12-10-02 letter to Owens from Persoon | 193 |

LINDA PERSOON,

called as a witness in behalf of the Plaintiff, having been duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. BLACK:

Q. Would you state your full name and address, please.

A. Linda M. Persoon, 104 Birdy Trail, Chewlah, Washington.

Q. Who are you employed with?

A. Federal Highway Administration.

Q. How long have you been employed with the Federal Highway Administration?

A. Since 1989.

Q. Have you ever had your deposition taken before, Linda?

A. Yes.

Q. On how many occasions?

A. I believe just one.

Q. Was that while you were employed with the Federal Highway Administration?

A. Yes.

Q. Are you familiar with the process of a depcsition?

A. Yes.

Q. If you need to take a break, let me know, and I have

a tendency to just push forward, so we'll take a break at any time if you need one.

If you don't understand my question, please ask me to rephrase it. I will try and do so and we'll try and work through some of those issues, if we need to. If you go ahead and answer the question, I have to assume you understood it. Is that fair?

A. That's fair.

Q. Tell me about your education. Do you have a college degree?

A. Yes.

Q. From where?

A. North Dakota State University.

Q. In what?

A. Bachelor of science in civil engineering.

Q. When did you get that degree?

A. 1993.

Q. So you were actually employed at Federal Highway while you were going to school.

A. That's correct.

Q. That was a summer job in '89?

A. A cooperative education program, yes.

Q. Had you worked in construction in any manner prior to 1989?

A. Construction general, yes.

Q. Can you give me a brief idea of your construction experience prior to '89.

A. I did my own small business with painting, decorating, some remodeling.

Q. Any experience in road construction or earth work prior to 1989?

A. No.

Q. Do you have any other degrees other than the BS in civil engineering?

A. No.

Q. Can you go through your employment from 1989 with the Federal Highways to the present, in terms of the positions you've held, and if you can, kind of give me an estimate of the dates when you may have changed positions. I know that's difficult.

A. I did the cooperative education program in the summer of '89, '90, '91 and '92.

Q. What is that program?

A. I was sent to construction projects and worked either as in inspection or possibly in the lab, wherever I was needed. One of those years, I believe it was 1991, I spent three months in design, but the other three summers were spent in the field on construction projects.

Q. And were those all road projects?

A. Yes.