Q. In what area, what geographical area?

A. The summer of 1989, I was in the northwest corner of Colorado, project called Hans Peak. And in the summer of -- or excuse me -- 1990, I spent a six month assignment at Twentynine Palms in Southern California. The summer of 2001 I worked in the design office in Lakewood, Colorado. And 1992 I was in Trinity National Forest in northern California.

Q. Continuing on after that cooperative education program, did you become a full-time employee then?

A. That's correct.

Q. And that would have been '93?

A. That's correct.

Q. Can you tell me what your positions were since '93 with the Federal Highways?

A. I've worked as an assistant project engineer and then as a project engineer.

Q. And when did you make that leap to project engineer?

A. I believe it was 1995.

Q. What is the responsibilities of an assistant project engineer?

A. A lot of paperwork. Making sure that -- recording the construction activities that are happening on the project, doing the inspection, helping with overseeing the students that might be out there, the other inspectors.

Q. So there is a position that is an inspector?

A. Yes. There are some people whose sole responsibility is inspecting.

Q. And then you would report to the project engineer, I take it.

A. That's correct.

Q. And then what is your responsibilities, then, as a project engineer?

A. Part of the responsibility is to administer the contract for the contracting officer, so you have direct communication in the field with the contractor.

Q. As project engineer, you are the person in charge of the administration of the project.

A. That's correct.

Q. And you are the person that deals directly with the contractor out in the field.

A. That's correct. I did that as an assistant, also, but it's more responsibility as the project engineer.

Q. Okay.

A. It's part of what we do out there.

Q. The contracting officer delegates you that responsibility on a particular project.

A. That's correct.

Q. Can you tell me your experience in the Chewlah area on projects, northeastern Washington region, if you will?

A. The project we're here to discuss was my first

project in the Chewlah area. I started April of 2001.

Q. To your knowledge, were there prior projects in the Chewlah area for Federal Highways?

A. Yes.

Q. Specifically were there other Flowery Trail projects?

A. Yes.

Q. And you were not involved in those prior?

A. I wasn't there prior.

Q. Subsequent, have you been involved in other Flowery Trail projects?

A. Yes.

Q. How many?

A. Two.

Q. Can you tell me who the general contractors were on those?

A. Delher Industries.

Q. And that was after the --

A. That was the one immediately after the one we're here to discuss.

Q. Just to make it easier on us today, is there a project name that you'd feel comfortable with instead of continually talking about the project that we're here to discuss, like the DeAtley project or -- would that be fine?

A. That would be fine.

Q. So after the DeAtley project, there was the Delher

project. There was quartzite, quite a bit of quartzite. And all of the rock, all of the exposed rock appeared to be in dips.

Q. Dips?

A. Yes.

Q. What do you mean by that?

A. Well, geologically speaking, it had been lifted up so that it was laying in plates that were adverse in that they were -- there wasn't anything real consistent about any of it. You could see some material laying at the dip at an angle and five meters away it would be at a different angle.

Q. So it was highly variable, then.

A. It was highly variable. It was different degrees of fracture.

Q. And prior to the DeAtley project, had you been involved in projects with similar rock formations such as argillite and quartzite?

A. Most of my experience was with decomposing granite of some sort, so northern California I would say it was a lesser quality rock.

Q. Lesser than the DeAtley project?

A. That's correct.

Q. Would that include quartzite and argillite?

A. Well, the projects I had been on in northern California, the rock was more degraded, more weathered than the

A. Yes.

Q. So what is a good range for RQD numbers for a project of this nature?

A. I'm not familiar enough to say.

Q. So you don't consider yourself knowledgeable in terms of design, correct?

A. I do not consider myself knowledgeable in terms of design.

Q. So you really don't know in terms of this project whether the RQD numbers were low or high in terms of the designated source.

A. I don't remember what the RQD numbers were. I think there was a range. I don't remember offhand what they were.

(Deposition Exhibit No. 2 was marked for identification.)

BY MR. BLACK:

Q. Handing you Exhibit No. 2, which is a memo dated June 9th, 1999, from Ron Burnett to Victoria Peters. Have you ever seen this memorandum before?

A. No.

Q. Specifically I just wanted to ask you about the first sentence of the first numbered paragraph where it says, "Kerry Cook shared that material testing confirms this is good quality rock for aggregate base."

A. I don't see that.