Q. You can read the whole thing, but I want you to focus on that first sentence of paragraph 1 because that's really only what my question is going to be about.

It says, "Kerry Cook shared that the material testing confirms this is good quality rock for aggregate base."

A. Yes, I see that sentence.

Q. Was it your understanding that the rock that was designated on this particular project was good quality rock for aggregate base?

A. Yes, it was my understanding.

Q. How did you obtain that understanding?

A. It said so in the special contract requirements.

Q. Said it was good quality rock?

A. It was suitable for aggregate base.

Q. Did you have discussions with Kerry Cook about the quality of the rock prior to construction?

A. Prior to construction, no.

Q. So basically you believed that this was a good quality rock for aggregate base prior to construction.

A. Yes.

(Deposition Exhibit No. 3 was marked for identification.)

BY MR. BLACK:

Q. Handing you what's been marked as Exhibit No. 3, which is a page D7 from the geotech report, is that something

Q. How wide was the designated source? In other words, what points was the cut designated?
A. I think in the contract, I think it was 18 plus 700 to 18 plus 900.
Q. Right. So you had 200 meters of source available to this contractor, correct?
A. At this site, yes.
Q. And there was two logs taken of this site, right?
A. Yes.
Q. And would you agree that it appears that these boring logs were taken roughly from the middle of the site?
A. It appears that way, yes.
Q. Now, going back to Exhibit No. 3, I see that there is a line drawn showing -- from one end to the other showing overburden at -- how deep?
A. 3.5 meters.
Q. And then there's a line, horizontal line going across that shows on one end of the cut argillite and on the other end of the cut quartzite.
A. Yes.
Q. And how deep is that showing?
A. 9 meters.
Q. And then below that line on both sides it says quartzite, correct?
A. Yes.

Q. And you were unable to tell visually whether you were into quartzite or argillite, correct?
A. That's correct.
Q. You testified earlier that this material that you observed was highly variable, correct?
A. Yes.
Q. Is there any information on Exhibit No. 3 which would show that this material was highly variable?
A. Not looking at 4, just looking at 3?
Q. Just looking at 3 now.
A. That snapshot of that location, no, doesn't identify the variability.
Q. Is there anything on Exhibit No. 4 that shows the material is highly variable?
A. Well, when I first saw it, I thought it was because of the range from highly fractured to moderately and then highly fractured again.
Q. And you're looking at the description.
A. That's correct.
Q. But again, that's just in two locations, right --
A. That's correct.
Q. -- on a 200-meter site, correct?
A. Correct.
Q. Now, you couldn't tell visually whether you were going from argillite to quartzite or back to argillite,

correct?
A. I couldn't tell the type of rock, just the amount of fracture.
Q. Just looking at it visually.
A. Yes.
Q. Could you expect the contractor to know the type of rock that he was encountering?
A. By name? No.
Q. In other words, you wouldn't expect him to know whether he was going into argillite in any particular one cut or quartzite.
A. No.
Q. You'd expect him to observe that it was highly fractured, however.
A. Yes.
Q. Now, what was your expectation on this project in terms of the overburden removal before you got to the rock that was competent to crush?
A. What was my expectation?
Q. Yes. When you got to the project site and you observed the geotech report, how much overburden did you expect to remove before you got to competent rock?
A. The boring log suggests to get to competent rock, I'm going to have to go down 14 meters, roughly.
Q. And what log are you looking at?

Is there any testing that can be performed on rock to determine whether it is sufficiently durable to perform Class D aggregate?
A. That's not my expertise. I don't know.
Q. The tests that are listed in 703-05A, such as the sodium sulfate test, Los Angeles abrasion test, are all those tests that are intended to be performed to determine whether particular rock is sufficiently durable for production of Class D aggregate?
A. I'm not sure if all of those tests are a reflection of durability, but definitely some are.
Q. And you're not an expert in those tests?
A. No, I'm not.
Q. You've never performed those tests?
A. No, I haven't performed those tests.
Q. Can those tests be done during production?
A. I'm assuming they can be, yes.
Q. On this project the government was responsible to perform those tests under 703-05, correct?
A. Yes.
Q. And the government did some of those tests prior to production, to your knowledge.
A. That's my understanding.
Q. Are you aware of whether the government did any of those tests during production?