quality of the rock that they were discovering under that overburden, true?

A. Yes, in Zone 2.

Q. So that's why you're having a discussion in late May to early June saying maybe there's another source. You don't have to use this source, but if you use that other source, you've got to test it, right?

A. Well, at that point they were just able to reach what was starting to get -- getting some resistance with their bucket.

Q. So, in fact, you did have concerns about the quality of materials in that designated source, correct?

A. In that upper portion of Zone 3, yes.

Q. Well, you hadn't even gotten to Zone 3 at that point in time.

A. No, no.

MR. BLACK: Now is a good time to break.

(Lunch recess taken at 12:00 p.m.)

(Deposition Exhibits No. 12 through 14 were marked for identification.)

BY MR. BLACK:

Q. Right before lunch we were talking about your observations at the site the end of May, first part of June of '01. I'm going to hand you what we've marked as Exhibit 12, which is your memo dated -- it's actually your diary dated June

5, 2001, and signed by you on June 5, 2001, so I assume it was prepared that day.

A. Yes.

Q. Is that your diary for that particular day?

A. Yes.

Q. Apparently on that day, that's the day that DeAtley had dug three test pits in the cut area that's the subject of this case.

A. Okay.

Q. Do you recall this day at all or --

A. Yes.

Q. Were you just passing by this day or were you actually up there to see these test pits, do you recall?

A. No. I was in a plan review on the next -- on another project down the road.

Q. It would be the subsequent project to this. Is that what you mean?

A. Second one after this, the one that's currently --

Q. Apparently you looked at -- it says the first pit you looked at was down 3.8 meters. "This material was showing signs of sloughing into the trench on the vertical sides of the pit."

Do you see where that says that on the third paragraph?

A. Yes, I see that.

Q. Where was this pit located in reference to the bore holes? Can you show me using Exhibit 5?

A. I'm reading the document, trying to find the stationing. I haven't come across it. I need to look here.

Q. I couldn't find the stationing either.

A. It's somewhere in that 200 meters, but I don't recall where it was.

Q. Was it at one end or the other or were they kind of in the middle? I don't think it's that important.

A. No, I don't recall.

Q. "The rock material in the upper 4 to 5 meter is too soft to use for base." That's a statement. Who made that statement?

A. Kerry Cook did.

Q. Did you agree with him?

A. Kerry Cook is the expert. I'm just there to administer the contract. So when it comes to the suitability of the rock, he's the one to ask.

Q. Now, I'm going to ask you, using Exhibit No. 3 again, that four to five meters, is that the four to five meters that we're seeing in Zone 2 below the overburden? Is that what he's saying?

A. I think at this particular site, looking at the pictures and stuff, we're still -- we're digging through the overburden. As you see in picture here, this is overburden.

And this is reference to four to five meters in the upper four to five meters. So it's too soft through the overburden and then down in this second layer that you see on the first picture (indicating.)

Q. Do you recall that or is that just kind of what you're surmising at this point?

A. I recall that.

Q. So what he's saying is that the first three and a half meters, which is the overburden as shown on Exhibit 3, plus one to one and a half additional is unsuitable, is too soft.

A. It appears at this particular site the topsoil, which I'm going to equate to overburden --

Q. Uh-huh.

A. -- was one meter deep.

Q. Okay.

A. And then below that there's a layer of decomposed rock breaking down into that four- to six-inch size, and that's the material that is sloughing into the trench.

Q. Are you looking at the third paragraph? Is that where you're getting those measurements from?

A. Uh-huh.

Q. Isn't that where it says there were two corings taken, aren't those the B-28, B-29 corings, or is that referring to the test pit you're digging?

A. It's referring to one of the test pits.
Q. The actual test pit as opposed to the coring?
A. That's correct.
Q. So you're saying -- tell me again, then, there was one and a half meters of topsoil or overburden, which would be Zone 1 in Exhibit 3, is that right, at that particular area?
A. The first pit we looked at had one meter of topsoil layer and then a layer of decomposed rock that broke down into the four- to six-inch size.
Q. So if we're using the Zone 1, Zone 2 terminology for that test pit, what was the depth of Zone 1 for that test pit that you were looking at on June 5th, 2001, one meter?
A. The topsoil was one meter, if you're going to equate overburden with topsoil, and I guess in my layman's terms I do, I would call that number -- Zone 1, at this particular location as one meter deep.
Q. Zone 2 would be how deep, then?
A. At this particular place it looks to be 2.8 meters deep.
Q. Where are you getting these measurements from?
A. Well, it says the pit was dug. It was 3.8 meters deep, and at the bottom of the pit, which was the bottom reach of the excavator that was digging the pit, they were getting on top of a harder layer, getting some resistance.
Q. So Zone 2 was how deep, you say?