A. In this particular pit it's 2.8.

Q. And is that 2.8 plus the one meter? In other words, it's 3.8 from the surface?

A. That's correct.

Q. And then how was it determined by Kerry Cook that the rock material in the upper four to five meters is too soft to use for the base if this pit went only down 3.8 meters?

A. I could make the assumption he's going conservative, because the excavator operator is saying he's just starting to get some resistance, so obviously we ought to go a little bit deeper. It's just an estimation.

Q. You said there was two test pits on that particular day.

A. Didn't I read there were three that day or did you say there were three?

Q. I don't know. It says in there the first pit was down 3.8, but I don't know if I see a reference to a second or third pit.

MS. OHTA: It's in the second paragraph says three.

MR. BLACK: Okay.

BY MR. BLACK:

Q. It says three in the second paragraph.

But I don't see any measurements about the other two pits. Do you recall, were the other pits deeper or about the same?

cG1W

N1Tk A. I believe they were the same. I believe that the excavator as able to dig to what apparently was the limitation of that piece of equipment, the 3.8 meters.

Q. Well, take a look at the third page, though. I'm not an expert at math, but this says 28 feet deep. How many meters is that?

G1W A. Six point something, so maybe there was a second piece of equipment up there.

Q. You don't recall?

A. I don't recall.

Q. But on the third page there that picture says, "Test pit 20 feet deep. No material encountered that gave resistance to backhoe," third page. Do you see that?

A. Yes.

Q. And then the fourth page says, "Down 20 feet, still in highly fractured rock."

There's three photographs on this day, page 2, page 3 and page 4. To your knowledge, are those the three test pits that are referred to on page 1 of your diary or are they the same pit?

A. Yeah. They're just -- they're photos of the same pit and they kind of overlap.

Q. Okay. So in this particular pit, you're 20 feet down and there's no material encountered that gave resistance to the backhoe, correct?

A. That's what it appears.

Q. And so when we're talking again in Zone 1 and Zone 2, what was the depths of Zone 2 as shown on Exhibit 3?

A. At these boring sites it showed at, I believe that's 9 meters.

Q. Now, is the rock that you're going through in this test pit in your opinion durable rock capable of meeting the quality requirements for Class D aggregate --

MS. OHTA: Objection.

BY MR. BLACK:

Q. -- from your observation on that particular day?

A. That's why I was glad Kerry was there, and I brought him up there because he was saying this was not competent or not suitable for base rock, could be used for some other materials.

Q. Let me stop you there. I thought you said you could observe rock and tell whether it was competent rock to be used for Class D aggregate. Was I mistaken?

A. I think in the very general terms. Somewhere in this site there was some area where the rock was at the top or a hard knob, and that was not a fractured, like this is. So again, I always have to either -- if I don't have the geotech to look at it, I take pictures and send it to him to get those type of questions answered.

Q. So we're looking at a test pit here on page 3 of

Exhibit 12 showing a 20-foot face.

Do you see what we're looking at there?

A. Yes.

Q. And you're not capable of looking at that material and telling whether it is rock which is competent enough to satisfy the requirements for Class D aggregate?

A. That's not my field of competence.

Q. So the answer is no, you're not?

A. No, I'm not.

Q. How would you tell for sure whether the rock as shown in this 20-foot deep test pit was competent to meet the requirements of Class D aggregate?

A. If I didn't have the geotech on site that day, I would take photos, like I did here, and send them to him and send samples.

Q. And the samples would be for what purpose?

A. For him to study or for him to make the call.

Q. Is the geotech -- is this test of determining whether the rock is competent, like durable, is a visual test, you're saying?

A. It's one that's done by a geotechnical engineer, and so I'm not exactly sure what all goes into making his decision.

Q. But competent and durable rock, to determine that, is done by testing the rock, wouldn't you agree?

A. I would think that is at least a portion of how he

makes that decision, yes.

Q. Do you know if any rock was tested in this particular test pit?

A. I don't know.

Q. How far down in this picture on page 3 of Exhibit 12 does competent rock begin?

A. In terms of the language Kerry was showing us on the geotechnical report, it doesn't begin.

Q. There's no competent rock in this test pit is what Kerry is telling you?

A. In this test hole, that's correct.

Q. How did Kerry know that?

A. You would have to ask Kerry.

Q. If there's no competent rock in this test pit, do you know why Kerry stated, as you say in page 1 of your diary, the rock material in the upper four to five meters is too soft to use for base?

A. Would you repeat that again.

Q. If there's no rock in this test pit, which is 20 feet deep, why is it that Kerry is saying only the upper four to five meters is too soft?

A. I don't know.

Q. Isn't he saying that out of this test pit you can't use the four to five meters?

A. That was my understanding at the time, for base