# DEPOSITION OF MICHAEL OSBORN

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DEATLEY CONSTRUCTION CO.,

Plaintiff,

vs. No. 04-1052C
(Judge Edward J. Damich)

THE UNITED STATES,

Defendant.

DEPOSITION OF MICHAEL OSBORN

Deposition upon oral examination of Michael Osborn, taken at the request of the Defendant, before Paul D. Sublette, a Notary Public, at the offices of the U.S. Attorney, 920 West Riverside Avenue, 3rd Floor, Spokane, Washington, commencing at or about 8:02 a.m., on Friday, September 30, 2005, pursuant to the Rules of the United States Court of Federal Claims.

COPY

APPEARANCES:

FOR THE PLAINTIFF: DUNN and BLACK
By: Michael S. Bissell
Attorney at Law
10 North Post Street, Suite 200
Spokane, Washington 99201-0705

FOR THE DEFENDANT: DEPARTMENT OF JUSTICE
Commercial Litigation Branch
Civil Division
By: Leslie Cayer Ohta
Attorney at Law
ATTN: Classification Unit,
8th Floor
1100 "L" Street, N.W.
Washington, D.C. 20530

Also Present: Brent Coe
Rayann Speakman

I N D E X


| EXHIBITS: | | | PAGE |
|---|---|---|---|
| No. | 1 | FHWA Geotechnical Report No. 2-99, March 1999 by Rodney W. Prellwitz (191 pages) | 4 |
| No. | 5 | Summary of Physical Data Available, Part A and Physical Data Transmitted to or Reviewed in this Office, Part B by Marili Reilly (1 page) | 4 |
| No. | 8 | Contract awarded 2/9/01 (67 pages) | 4 |
| No. | 9 | Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects, FP-96, 1996 (53 pages) | 4 |
| No. | 12 | Subcontract Form, 1995 Edition, 4/5/01, and Subcontract General Conditions (9 pages) | 4 |

| | | |
|---|---|---|
| No. 92A | Memorandum dated 11/12/01 to Kyle Huffman from Robert Lantz (1 page) | 4 |
| No. 118 | Daily note, 8/26/02 signed by Kris Parkins (1 page) | 4 |
| No. 127 | Letter dated 8/28/02 to M.A. DeAtley Construction from DeAtley Crushing (1 page) | 4 |
| No. 130 | Daily report dated 8/29/02 signed by Kris Parkins (1 page) | 4 |
| No. 144 | Letter dated 9/3/02 to M.A. DeAtley Construction from DeAtley Crushing (2 pages) | 4 |
| No. 163 | Letter dated 10/4/02 to M.A. DeAtley Construction from DeAtley Crushing (2 pages) | 4 |
| No. 166 | Letter dated 11/11/02 to Linda Persoon from Greg Graybill (2 pages) | 4 |
| No. 175 | Letter dated 12/23/02 to M.A. DeAtley Construction from DeAtley Crushing (1 page) | 4 |
| No. 178 | Letter dated 1/29/03 to Brian Wilsey from Craig Owens (1 page); letter dated 1/29/03 to Craig Owens from Greg Graybill (3 pages) | 4 |
| No. 189 | Request of CO Decision, 9/18/03 and attached documents (184 pages) | 4 |
| No. 206 | Color photos (43 pages) | 4 |

| EXAMINATION | PAGE |
|---|---|
| By Ms. Ohta | 4 |
| By Mr. Bissell | 121 |
| By Ms. Ohta | 122 |

A. Nope.
Q. Did you also look at the solicitation package?
A. Correct.
Q. And did you obtain any of the materials that were made available, such as a geotechnical report?
A. I did look at the geotechnical report to see where the site was offered up at.
Q. And how did you get the geotechnical report?
A. I looked at the copy of M.A. DeAtley's.
Q. Okay. And where and when was that?
A. Previous to the job being bid, probably by a week or two.
Q. All right. I'll hand you Exhibit 1. You've been handed Exhibit 1, which is a geotechnical report dated March of 1999. Is that the report that you said you looked at in the --
A. I believe so.
Q. -- weeks prior to submitting the bid?
A. I believe so.
Q. Okay. And could you tell me what in that report was important to you in estimating the bid?
A. Are we going to take the time to look through this? Because I cannot remember. I mean, I look at hundreds of these a year.
Q. Okay. If you just tell me the type of information

that you would --
A. I would be only interested in the sections pertaining towards the quarry sites offered up, what they looked like, what information was there. And then from there I would make my decision on what I would put into a quote. Most of the times, and on this one, I know that we would have left out all source qualifying tests. Those would have been excluded from us because we would have assumed it was either taken care of here or by the prime contractor.
Q. Okay. So if you are using a designated source, no testing would be required; is that correct?
A. On my side, yes.
Q. Okay. But even if M.A. DeAtley had chosen a non-Government designated source, DeAtley Crushing would not have assumed the responsibility for testing that particular source?
A. Correct.
Q. So you're basically going to crush where M.A. DeAtley tells you to crush?
A. Where we're directed to, correct.
Q. Okay. If you'd look at, I believe it's -- first look at D7.
A. (Witness complies.) Yes.