**EXHIBIT 2**

Exhibit 2
Date: 8/24/05 Person
Rider & Associates
800-869-0864

Victoria

# Memorandum

U.S. Department of Transportation

Federal Highway Administration

WESTERN FEDERAL LANDS HIGHWAY DIVISION
610 EAST FIFTH STREET
VANCOUVER, WA 98661-3893

Subject: Field Review and Discussion
Flowery Trail Road, Phase II
WA PFH 158-1(2)

Date: June 9, 1999

From: Ron Burnett
A/E Project Manager

Reply to
Attn to:

To: Victoria Peters, A/E Design Operations Engineer

This trip was scheduled to orient Ron Burnett to the project and identify any unresolved design issues needing resolution prior to Intermediate Design submittal. Attendees included Dave Hilgendorf, Lead Designer, Kerry Cook, Geotechnical Engineer, Brian Wacker, Project Manager from Robert Peccia & Associates, Art Lemke, Environmental Specialist, Bruce Baily, Forest Service Engineer, and Ron Burnett, A/E Project Manager. John Eminger, ski area owner and manager, participated in a short discussion in the ski area parking lot.

*Meeting prior to field review:*

Discussed the following:

1. Use of thru-cut near station 18 + 800 as an aggregate source - Kerry Cook shared that materials testing confirms this is good quality rock for aggregate base. Not appropriate for Asphalt due to cationic reaction. Brian Wacker will determine the quantity available in this area based on current earthwork runs & overburden. Bruce Baily talked with Stimson Lumber and discussed the possibility of staging a crushing operation on Stimson Lumber land adjacent to the large cut. Stimson is not interested in utilizing the area for staging unless there are no other options. The field review will look at a county owned site off the project and any other sites that may be viable for a crushing operation.

2. Project earthwork balance - Currently there are 80,000 cubic meters of excess excavation on the project, which includes the amount of aggregate in the large thru cut. The parking areas at 49 degrees north will be able to accommodate all excess excavation generated on this project.

3. Fish Passage Culverts - Brian Wacker discussed each of the fish passage culverts that had been reviewed in the field in October, 1998 with FS and Fish & Wildlife personnel. Brian has proposed culvert sizes for all of the fish passage culverts based on that field review. Dave Hilgendorf, Art Lemke, and Bruce Baily agreed that the information presented by Brian was what was discussed at the field review and the sizes and bury depths specified are appropriate obtaining permit approval. One of the fish passage culverts (near 22 + 579) was not resolved at the field review. The culvert is currently laying at a proposed 8.6% grade and will be difficult to get permit approval. Field review will attempt to determine if there is a way to flatten the pipe grade

and avoid the stair stepping falls that are causing the steeper grade.

4. Ski Area Alternate Access Road - The ski area will lose it's existing access due to the realignment of the road in this area. A new access is being provided as part of this project. The new access will be almost ½ mile long, compared to the existing access of less than 1/4 mile. There is also an existing alternate access route that goes out the back side of the parking areas and the ski area has requested continuing to have an alternate access route for emergencies. This request for an alternate access to the area could be viewed as a replacement in kind of the existing facilities. The Forest Service and the County will need to discuss this in conjunction with WFLHD. The Forest Service needs to get a master plan from the permitee, and that document should define access and ultimate levels of development within the area.

*Field Review*

1. Abandoned County Pit site - the pit is located approx. 6 miles from the beginning of the project. There is a residence on a hill above the site. Because of the residence, noise, dust, and hours of operation will be issues that will have to be addressed prior to using this site. When the haul distance is taken into consideration, this site becomes relatively unattractive for a crushing and stockpiling area.

2. Ski Area Parking lot as potential crushing/stockpiling excess excavation area - The main ski area parking lot has ample room for a crushing and stockpiling operation. The lower edge of the lot has a bench that could accommodate excess excavation. John Eminger, owner of the 49 Degrees North development was on site and indicated high interest in accommodating the excess excavation. Crushing and stockpiling is acceptable as long as it doesn't interfere with ski area operations. The stockpiled material could be placed and ramped to allow vehicle parking. Brian Wacker will review the excess excavation amounts and see how much the lot could be expanded. The EA does allow additional clearing around the perimeter of the ski area parking lots. There are two additional parking areas behind the main lot that lend themselves to regrading. These areas could also accommodate large quantities of excess excavation.

3. Fish Passage culvert at Ski Area access - This culvert will be difficult to provide fish passage due to existing grade and length. If we do not impact the existing installation, we will not be required to mitigate for fish passage. Brian Wacker will look at the option of a small wall on the downstream side so that the road can be widened without impact to the existing installation.

4. Thru cut near Station 18 + 800 - Reviewed this section of road; looked at cross sections. Kerry Cook did a rough calculation of quantity and estimated approximately 50,000 cubic meters of material available. Brian Wacker will get the latest earthwork runs to refine the quantity. There are 24,000 cubic meters of aggregate base and 25,000 cubic meters of select topping required for the project, so this one cut may provide enough material. Discussed designating this as a mandatory source for the project since the quantity and quality of the aggregate is so high. Kerry Cook agreed that this source could be designated as mandatory. Discussed the potential for aggregate for future sections of the project to come from this same source. After review of this area, Ron Burnett and Brian Wacker separated from the rest of the group and reviewed the entire Phase II project. The rest of the people left to review other sections of the job and the existing construction project.

5. Fish Passage at Station 22 + 579 - The proposed layout has an 8.6% grade which may be hard to get approval from State F&WL folks. The reason for the steepness is a step feature. Measuring from centerline stakes show the feature to be 8 meters from centerline. The toe of the fill on that side is 14 meters from centerline, and that is why the culvert is laying at a steeper grade. Discussed flattening the curve in this area to pull the toe of fill and inlet away from the step feature. The R-O-W is wide enough in this area to accommodate the shift and the tangent lengths on both ends of the curve are long enough to accept a larger radius curve. Brian Wacker will revise the alignment in this area to pull the fill away from the step feature.

6. Fish Passage at Donaldson Cr. - Ok with proposed size and bury depth, as it complies with F&WL recommendations.

7. Fish Passage at Palmer Cr. - Because of difficulty in providing passage for a longer culvert, the current recommendation is to leave the existing installation in place and use a steepened riprap slope or short wall to allow road width for new roadway.

8. Fish Passage at 10 Mile Cr. - Ok with proposed size and bury depth, as it complies with F&WL recommendations. Crossing was 'squared up' and skew angle reduced in proposed layout per field discussions.

9. Fish Passage at Little Calispell Cr. - Ok with proposed size and bury depth, as it complies with F&WL recommendations.

10. Utilities along roadway from housing development. - Station 16 + 095 - There is a water line running parallel to the road after the road reaches the summit where the housing development is. The line crosses the road and goes up the hill to the ski area at approx. Sta 16 + 095. The line will be covered by the fill of the new construction. The current task order does not identify any utilities coordination. The A/E firm is showing all utilities locations on the drawings, but is not tasked with coordination of any relocation work. The original intent was to have WFLHD Utilities personnel coordinate the utilities work. This issue will have to be addressed and resolved by the A/E Team and AK/WA team.

11. Closeout and Field Trip De-Brief - Ron Burnett and Brian Wacker discussed the following in conjunction with the field trip:

A. Project Schedule - Brian is proposing to move the Internal Intermediate Design submittal out by two weeks; revised submittal date 7/16/99. Other Intermediate Design dates also shift accordingly. Brian gave Ron B. an overall schedule. Final delivery dates are the same except for the Design Data to construction. PRMS shows a 5/22/00 completion and the proposed schedule shows 6/2/00 completion. Ron B. will review with Victoria Peters and finalize the revised schedule and prepare the task order modification with the revised dates.

B. Pending Issues -

*Alternate Access into the ski area* - although not critical at this point, this determination needs to be made at the time of or shortly after Intermediate submittal. Ron Burnett will discuss with Bruce Baily of the Forest Service to determine the schedule of resolving this issue.

*Typical section for Access Roads* - discussion to this point has been to use County stds. Until Brian hears differently, they will continue to use this std.

*Confirmation of excess excavation quantities* - Brian will get earthwork re-run completed and develop the design based on utilizing the large thru cut for aggregate base. Remainder of 80,000 cubic meters of excess excavation will be shown being placed in the ski area parking lot.

C. Brian will prepare a trip report that identifies decisions made at the field trip and any pending issues that were not completely resolved.

Enclosure:

Trip Report from Brian Wacker