*Field Review Trip Report* *(June 7-9, 1999)*

# FHWA IDIQ Contract DTFH70-97-D-00002
# Task Order Number 99-RP010
# Flowery Trail Road
# 158-1(2)

*Prepared For:*

U.S. Department of Transportation
Federal Highway Administration
Western Federal Lands Highway Division
Vancouver, Washington
and Cooperating Partnering Agencies

Submitted By:
Robert Peccia & Associates, Helena, Montana

**June 7, 1999**

Brian Wacker of Robert Peccia and Associates (RPA) traveled from Helena, MT to Spokane, WA.

**June 8, 1999**

The following people convened in Chewelah:

| | |
|---|---|
| Bruce Bailey, Colville National Forest | 509-684-7220 |
| Ron Burnett, FHWA, Western Federal Lands Highway Division | 360-696-7759 |
| Kerry Cook, FHWA, Western Federal Lands Highway Division | 360-696-7738 |
| David Hilgendorf, FHWA, Western Federal Lands Highway Division | 360-696-7620 |
| Art Lemke, FHWA, Western Federal Lands Highway Division | 360-696-7952 |
| Brian Wacker, Robert Peccia and Associates | 406-447-5000 |

Meeting began with discussions of FHWA's change in organization and project responsibilities. Ron Burnett, of the newly formed A&E team, has replaced David Hilgendorf as the COTR for the project.

There were several items discussed. The following is a summary of the conclusions:

- Material Source.
  - The Gletty pit will be used only for surfacing aggregate.
  - Aggregate base material will come from a cut at approximate stations 18+700 to 18+900. This will be designated the mandatory source for this material. RPA will determine how much rock will come from this cut and let FHWA know.
  - Select topping will be taken from other rock cuts on the job. This will be considered an optional source.
  - There was some discussion of stockpiling aggregate for the next Flowery jobs. FHWA will consider this once the quantity of rock is determined. If material is not produced for the next jobs, the above-mentioned cut may be left in a manner that will facilitate using it as a material source in the future.
  - Several possible staging/stockpile/crushing areas were discussed. Bruce said that the owners of possible site right of about station 18+300 were reluctant to allow use of the area for the project. This site, an old county pit, and the ski area will be looked at in the field.
- Jerry Bryant is no longer with Stevens County. Replacement for him is unknown at this time.

- Fish Passages.
  - FHWA was originally going to lay out the fish passage culverts. RPA will now complete this work. Brian gave Ron a copy of all preliminary layouts. Ron will have Mark Browning look at to make sure this is what he is looking for.
  - Riprap will be placed on top of fill slopes instead of in them. This will lengthen pipe slightly.
  - Bury depth shouldn't exceed 40% of culvert size.
  - Fish passage sizes were discussed as follows:
    - Station 15+810 (ten mile creek), a 6150 mm culvert will be used. It will be buried 2.5 meters at the inlet and 1.0 meter at the outlet. Concrete collars will be used with riprap around them. Pipe will be full length of fill with no endwalls.
    - Station 16+164 (little calispell creek), a 3050 mm culvert will be used. It will match the gradient of the stream with 1 meter of embedment.
    - Station 17+442 (ten mile creek), a 4600 mm culvert will be used. Concrete collars will be used with riprap around them. Pipe will be placed flat and full length of fill with no endwalls.
    - Station 19+172 (palmer creek), the existing pipe will be left in place if at all possible. Dave said that we cannot put a longer pipe in. We may have to use walls or something to keep the existing pipe.
    - 20+095 (donaldson creek), a 3050 mm culvert will be used. It will match the gradient of the stream with 1 meter of embedment.
    - 22+579 (tributary to ten mile creek), there is still some question as to the profile grade of the stream. The several steps in the stream make it difficult to reduce the gradient. Will look at in the field & possibly get the stream profiled. Preferred preliminary design is a 2120 mm culvert buried 0.6 meters.
  - RPA will develop plans for intermediate review and present to Department of Fish and Wildlife at review for comments.
- The snowmobile pullout between 14+900 and 15+300 has been eliminated. The pullout near nine bark road will remain. It will be coordinated with the approach intersection and will accommodate four (4) pickups.
- Ski area hasn't developed a plan yet. For now there will only be one access.
- If possible roadway obliteration plans will be shown on the plan & profile sheets. Bruce said he believes there will mostly be shoulder pull option. RPA will develop plans and will determine types of obliteration at the Intermediate review.

The group then traveled to the field. The following were items discussed and decisions made:

- The group stopped at an old county source along the way to the project. Area not too large, but may be possible for use. Measured approximately 50 meters by 40 meters. If used will have to determine impacts to trailer house that overlooks site.
- The group stopped at the main ski area parking lot. There was discussion about using it as a staging/stockpile/crushing area. It appears that there would be adequate room to do so. Kerry said there would be no trouble with stockpiling the material and driving on it. This would allow ski area to use during winter months. Bruce said this was ok with FS. John Eminger of the ski area showed up and did not have any problem with this. It was decided that this would be provided as staging/stockpile/crushing area. RPA will work with FS and ski area to assure stipulations in plans meet needs. The group discussed expanding ski area and decided if excess material is available it would be possible to expand boundaries.
- The group stopped at the fish passage on the proposed ski area access road. Ron will check to see if pipe is considered a fish block. If it is, it will be replaced with 2120 mm culvert. If not considered a fish block, attempts will be made to use the existing pipe, with extensions if necessary.
- The group then traveled to possible staging area at about station 18+300. Decided not to use the site because landowner was hesitant.
- The group stopped at cut site at approximate station 18+700. Decided to wait until rock volumes were determined before discussing use of rock for future jobs.

The group split and looked at different portions of project on their own. Ron and Brian reviewed all fish passages and did a general review of the project.

Spent time at the 22+579 fish passage and determined that there is a big step approximately 8 meters left of the staked centerline. May prove beneficial to adjust the alignment to the right to drop below this step with inlet. Also, may be beneficial to profile the stream.

Brian provided Ron with a proposed schedule. Ron will be preparing an amendment to adjust this, provide for RPA to lay out fish passages, provide for RPA to attend this trip, and other items that may need addressed. Both Ron and Brian will look at scope to make sure no other adjustments are necessary.

Ron departed and Brian drove through (1) under construction. Stopped by New Port to visit with Marion Barber but she was unavailable. En route to Helena, MT.

**June 9, 1999**

Brian Wacker returned to RPA office in Helena, Mt.