**EXHIBIT 3**

Exhibit 3
Date: 8/24/05 Persoon
Rider & Associates
800-869-0864

-D7-




All color markings
Placed by Kerry Cook

US 04161