**EXHIBIT 6**

# Weekly Partnering Agenda
# Tuesday, October 2, 2001

Today's meeting was held at Sta 18+600.

Attending: M.A. DeAtley — John Cooper, Mark DeAtley, Jack (new comtroller), Dusty Forsman

FHWA — Linda Persoon, John Foster

Contract Modification Status:

| Number | Description | Status (Next Step) - Responsibility |
|---|---|---|
| 002 | Added Clearing | CM complete. Waiting on Vaagen Bros for pick up of last partial load. Linda should know within 24 hrs if the county is going to pickup. If not, the Senior class at Chewelah would take donated timber for their fund raiser. |
| 003 | 4500 mm pipe, Sta 18+300 | CM complete. John stated the pipe is ready and they might get it in this year if the approach isn't used for a stockpile site. |
| 004 | Stimpson/Stevens Co. timber | Linda hands John Cooper CM. $46,325.91 plus 15 days |
| 007 | Stockpile 100 logs w/ stumps | CM complete. 54 trees stockpiled to date. Dusty noted they are ready to haul some more. Linda noted they might have a few in the added clearing to be done at Sta 18+340 LF where the slope is going to be laid back. |
| 008 | Pipe at Sta 19+200 | Agreement reached. Waiting on next fiscal year appropriations to process. |
| 009 | Time extension | Linda needs to process |
| 0010 | Hour survey item. | Linda needs to process |

**Environmental Concerns** – prepare for winter shutdown. John noted they are working on silt fence. We discussed the main concern is getting base on the grade before weather hits.

**Quality Control on the base material** – Linda clarified questions raised:

- Aggregate source testing (Los Angeles abrasion, durability index, sodium sulfate soundness, accelerated weathering) are not required for government identified source between Sta 18+700 and Sta 18+900. If base material is

Exhibit 6
Date: 9/24/05
Rider & Associates
800-869-0864

US 00709

produced beyond these limits, it will be necessary to run the quality tests, however.

- SCR 105.05 …"Rock material between stations 18+700 and 18+900 has been found to meet the quality requirements for aggregates under Sections 301 and 309."
- SCR, pg F-27, Table 301-1 – remarks column under Aggregate Source: "Not required when using Government provided sources".

- While the contract allows 15 days to run Humphres test because of the reduced workload this time of year this could be accomplished is a matter of days.
  - The contractor can speed the approval process by making sure that when sending in the Target Values they include all sieve values shown on Table 703-2A plus the 2.00 mm or the 2.36 mm. These are necessary to run the Humphres Curve.
  - The Humphres test is required prior to incorporating base into the work. Table 301-1 (SCR F-27 , 28).

**Crushing Status**
Mark DeAtley noted they would be meeting with the subcontractor Brian DeAtley tomorrow morning on site. Mark noted it looks like they won't be ready for the crusher by next week. They plan on the first blast at the rock source tomorrow noon.

**Alternative waste site/s – discuss**
John noted there will be excess material on the west end that needs a place soon. Linda is looking at options off the west end of the project with a shorter haul than going 9 kilometers into Gletty Pit.