**EXHIBIT 11**

# FIELD MATERIALS MANUAL

# SAMPLING & TESTING PROCEDURES

U.S. Department of Transportation
Federal Highway Administration
Direct Federal Projects

Exhibit 11
Date: 8/24/05
Rider & Associates
800-869-0864

# CHAPTER I

## GENERAL INFORMATION AND INTERNAL PROCEDURES


| Topic | Page |
|---|---|
| 1.0 Policy Statement | I;1.0; ;1 |
| 2.0 Responsibility for Sampling and Testing | I;2.0; ;1 |
| 3.0 Policy/Procedural Memorandums | I;3.0; ;1 |
| 4.0 Material Sources | I;4.0; ;1 |
| 5.0 Sampling and Testing | I;5.0;5.1;1 |
| 5.1 Field Laboratory and Testing Equipment | I;5.0;5.1;1 |
| 5.1.1 Laboratory Trailers and Materials Test Kits | I;5.0;5.1;1 |
| 5.1.2 Additional Equipment | I;5.0;5.1;1 |
| 5.1.3 Replacement of Equipment and Supplies | I;5.0;5.1;1 |
| 5.1.4 Installation and Operation of Laboratory Trailers | I;5.0;5.1;1 |
| 5.1.5 Care and Protection of Laboratory Trailers and Testing Equipment | I;5.0;5.1;2 |
| 5.1.6 Moving of Laboratory Trailers | I;5.0;5.1;2 |
| 5.1.7 Field Transfers of Trailers | I;5.0;5.1;3 |
| 5.1.8 Field Storage of Trailers | I;5.0;5.1;3 |
| 5.1.9 Equipment in Materials Laboratory Trailer, T-1501 | I;5.0;5.1;4 |
| 5.1.10 Soils and Aggregate Testing Equipment in Laboratory Trailer, T-1501 | I;5.0;5.1;5 |
| 5.1.11 Sand Equivalent Test Equipment in Laboratory Trailer, T-1501 | I;5.0;5.1;7 |
| 5.1.12 Compaction/T-99 Test Equipment in Laboratory Trailer, T-1501 | I;5.0;5.1;8 |
| 5.1.13 Specific Gravity Kit in Laboratory Trailer, T-1501 | I;5.0;5.1;8 |
| 5.1.14 Housekeeping Equipment in Laboratory Trailer, T-1501 | I;5.0;5.1;9 |
| 5.1.15 Asphalt Vacuum-Extraction Test Equipment in Laboratory Trailer, T-1501 | I;5.0;5.1;10 |
| 5.1.16 Equipment in Materials Test Kits | I;5.0;5.1;12 |
| 5.1.16.1 Aggregate Test Kit, T-1401 (3 Boxes) | I;5.0;5.1;12 |
| 5.1.16.2 Compaction Test Kit, C-1001 (2 Boxes) | I;5.0;5.1;16 |
| 5.1.16.3 Concrete Test Kit, T-1451 | I;5.0;5.1;18 |
| 5.2 Obtaining Representative Samples | I;5.0;5.2;1 |
| 5.2.1 Point of Sampling for Acceptance | I;5.0;5.2;1 |
| 5.2.2 Asphalt Sampling Procedures | I;5.0;5.2;1 |
| 5.2.3 Volume Corrections for Liquid Asphalts and for Emulsified Asphalts | I;5.0;5.2;4 |
| 5.3 Types of Samples and Tests | I;5.0;5.3;1 |
| 5.3.1 Process Control Samples and Tests | I;5.0;5.3;1 |
| 5.3.2 Acceptance Samples and Tests | I;5.0;5.3;1 |
| 5.3.3 Independent Assurance Samples and Tests | I;5.0;5.3;2 |
| 5.3.4 Contractor Verification Samples and Tests | I;5.0;5.3;2 |


W

CHAPTER I
GENERAL INFORMATION AND INTERNAL PROCEDURES


| Topic | Page |
|---|---|
| 5.4 Statistical Sampling and Testing | I;5.0;5.4;1 |
| 5.4.1 Selecting Random Numbers | I;5.0;5.4;1 |
| 5.4.2 Unrestricted Random Sampling | I;5.0;5.4;1 |
| 5.4.3 Systematic Random Sampling | I;5.0;5.4;2 |
| 5.4.4 Stratified Random Sampling | I;5.0;5.4;2 |
| 5.4.5 Random Number Tables | I;5.0;5.4;2 |
| 5.5 Pay Factor Computations and Applicable Items | I;5.0;5.5;1 |
| 5.5.1 Statistical Evaluation of Materials for Acceptance | I;5.0;5.5;1 |
| 5.5.2 Null Hypothesis Testing for Verification of Contractor's Test Results | I;5.0;5.5;6 |
| 5.5.3 Quality Level - Pay Factor and Null Hypothesis Testing Computer Programs | I;5.0;5.5;7 |
| 5.6 Minimum Recommended Testing Frequency | I;5.0;5.6;1 |
| 5.7 Storage and Stockpiling of Materials | I;5.0;5.7;1 |
| 5.8 Transmittal of Samples to Central Laboratories | I;5.0;5.8;1 |
| 5.8.1 Identification | I;5.0;5.8;1 |
| 5.8.2 Form WDFD-199, Request for Laboratory Tests - for Samples Submitted to the WDFD Materials Laboratory in Vancouver | I;5.0;5.8;1 |
| 5.8.3 Addresses for Testing Laboratories | I;5.0;5.8;1 |
| 5.8.4 Sample Containers | I;5.0;5.8;2 |
| 5.8.5 Method of Shipment | I;5.0;5.8;2 |
| 5.8.6 Minimum Required Sample Size for Submittal | I;5.0;5.8;3 |
| 6.0 Sampling and Testing Small Quantities of Miscellaneous Materials | I;6.0; ;1 |
| 7.0 Safety | I;7.0;7.1;1 |
| 7.1 Hazardous Materials | I;7.0;7.1;1 |
| 7.1.1 Instructions for the Use of Trichloroethylene | I;7.0;7.1;1 |
| 7.1.2 Properties | I;7.0;7.1;1 |
| 7.1.3 Storage | I;7.0;7.1;1 |
| 7.1.4 Handling | I;7.0;7.1;1 |
| 7.1.5 Personal Protective Equipment | I;7.0;7.1;2 |
| 7.1.6 Ventilation | I;7.0;7.1;2 |
| 7.1.7 Fire Hazards | I;7.0;7.1;2 |
| 7.1.8 Symptoms of Poisoning | I;7.0;7.1;2 |
| 7.1.9 First Aid | I;7.0;7.1;3 |
| 7.1.10 Waste Disposal | I;7.0;7.1;3 |

CHAPTER I
GENERAL INFORMATION AND INTERNAL PROCEDURES


| Topic | | Page |
|---|---|---|
| 8.0 | Nuclear Gauge Administration and Operation Procedures | I;8.0;8.1;1 |
| 8.1 | Introduction | I;8.0;8.1;1 |
| 8.1.1 | Equipment | I;8.0;8.1;1 |
| 8.1.2 | Exposure Badges | I;8.0;8.1;1 |
| 8.1.3 | Training | I;8.0;8.1;2 |
| 8.1.4 | Special Notice to Female Personnel | I;8.0;8.1;2 |
| 8.1.5 | Regulatory Guide Concerning Prenatal Radiation Exposure | I;8.0;8.1;5 |
| 8.1.6 | Safety Procedures | I;8.0;8.1;11 |
| 8.1.7 | Accidents and Incidents | I;8.0;8.1;11 |
| 8.1.8 | Emergency Procedures | I;8.0;8.1;12 |
| 8.1.9 | Shipping Procedures | I;8.0;8.1;12 |