# 1.0 POLICY STATEMENT

It is the policy of the Federal Highway Administration to utilize standard uniform sampling and testing procedures which are within the broad scope of those recommended by the American Association of State Highway and Transportation Officials (AASHTO). This manual complements the AASHTO sampling and test methods by providing additional information, instruction, guidance and clarification to the inspector/tester. The sampling and testing methods contained in this manual will be used for all projects awarded under the Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects, (FP-85 and later editions), unless otherwise specified in the Special Contract Requirements.

The manual incorporates some procedures designed to reduce testing time. These procedures are consistent with sound engineering and have been shown to have negligible, if any, affect on the final results. Appropriate consideration was given to the precision of the specified sampling and testing methods during establishment of the allowable tolerances and specification limits set forth in the Standard Specifications.

The manual includes some procedures which are not covered by AASHTO. All of the procedures included in the manual which are designated by a "T" are basically AASHTO procedures. Those procedures designated by a "DFT" are procedures not covered by AASHTO. Procedures designated as "DFT" will be referenced to a nationally recognized testing institution when applicable.

When the Specifications and/or Special Contract Requirements conflict with any of the sampling or testing methods, the provisions of the Specifications and/or Special Contract Requirements shall govern.

The manual has been divided up into five chapters as follows:

I. GENERAL INFORMATION AND INTERNAL PROCEDURES

II. SAMPLING AND TESTING METHODS

III. SUPPLEMENTARY INFORMATION

IV. SAMPLING AND TESTING FORMS

V. MANUAL REVISION TRANSMITTALS

Each chapter is divided into several sections and the sections may be divided into subsections. In the case of sampling methods, test methods, and forms, the subsection number is the sampling method number, test method number, or form number and they are in numerical chronological order. The page numbering starts over with "1" with each new section or subsection as appropriate.

The following illustrates the page numbering system used:

The first block represents the: CHAPTER NO.

The third block represents either the: SUBSECTION NO.
SAMPLING METHOD NO.
TESTING METHOD NO.
FORM NO.
or it may be left blank.




The second block represents the: SECTION NO.

The fourth block represents the: SEQUENTIAL PAGE NUMBER

The sequence number starts over with "1" each time the previous block (block 2 or 3, as applicable) changes.

## 2.0 RESPONSIBILITY FOR SAMPLING AND TESTING

It is the Project Engineer's responsibility to see that all materials used in the work are inspected and in reasonably close conformity with all quality requirements of the specifications. The Engineer should review all preconstruction data, become familiar with the assumptions made during design, and confirm the pavement structure requirements. The Engineer should review all construction test reports for accuracy and completeness, regardless of whether the tests were performed on the project, by FHWA's Central Materials Laboratory, or another inspection agency.

The standard specifications provide that all materials for which tests are specified will be inspected, tested, and accepted by the Engineer before incorporation into the work. Specific requirements for all materials are stated in the standard specifications, supplemental specifications, special contract requirements, and plans.

Copies of all preliminary engineering materials and subsurface data, such as soil profiles, boring log data, materials sources, borrow area diagrams, options, use permits, and test reports should be on file at the project office.

Materials incorporated into highway work are of two classes: commercially manufactured products such as culvert pipe, reinforcing steel, paint, and asphalt cement which are purchased by the Contractor and transported to the site for incorporation into the work; and materials such as crushed aggregates, bituminous paving mixtures, and concrete which are produced on the site by the Contractor. Testing and inspection of commercial products will generally be conducted off the project. Testing of materials produced at the project site will normally be accomplished on site, although some may be tested at a central laboratory on samples submitted by the Engineer.

The Engineer should have commercially produced products that are shipped to the project physically inspected by the project personnel upon delivery even though they were inspected and/or tested previously and are accompanied by test reports or certifications indicating conformity with the specifications. This will assure that materials which are damaged during shipping are not accepted and incorporated into the work. Any materials which are suspect should be immediately sampled and tested either at the project or at FHWA's Central Laboratory.

The specifications require that the Contractor shall, without charge, replace any material or correct any work failing to conform to the contract requirements, unless in the public interest the Engineer consents to accept such material or work with an appropriate reduction in contract price.

Construction materials will fall into one of the following categories:

- o Those found to be in reasonably close conformity with the specifications.
- o Those not in reasonably close conformity but close enough to be considered as generally serving the intended purpose and warranting only a price reduction.
- o Those which are so far out of specification limits that corrective measures or complete removal are required.