Materials which are not in reasonably close conformity with the specifications should be rejected and the Contractor should be so notified in writing. Acceptance, at a reduced price, for materials which are not in reasonably close conformity with the specifications should be made only after a written request is received from the Contractor and after due consideration has been given to all possibilities of correcting the deficiencies.

It is recognized that in some instances, such as the case of most asphaltic materials, correction after incorporation into the work may not be possible and a price reduction may be the only solution, other than complete removal and replacement or an overlay to strengthen the pavement. Before any consideration is given to acceptance of nonconforming materials at a reduced price, it shall be first determined that the material in question can be accepted and that it will generally serve the intended purpose. Materials deviating from the specifications to the extent that they will not satisfactorily serve the intended purpose shall be removed promptly and replaced with specification material, or brought into compliance, at the Contractor's expense, by such corrective measures as will accomplish the desired purpose.

Unless the amount by which prices are to be reduced for nonconforming material is definitely prescribed in the specifications, a judgment will be required. This will be based on engineering and contractual considerations, past practice, and the particular circumstances of each situation. The Statistical Evaluation of Materials for Acceptance Procedures as outlined in the standard specifications (FP-85 and later editions) may be used as part of the evaluation. See Chapter I; Section 5.5 of this manual for additional information regarding Statistical Evaluation of Materials for Acceptance Procedures.

4.0 MATERIAL SOURCES

The specifications provide that the Contractors may furnish materials from possible sources shown on the plans and/or described in the special contract requirements or from Contractor furnished sources.

When possible sources of local materials are shown on the plans or described in the special contract requirements, the quality and quantity of materials is inferred as adequate, but the Contractor is obligated to determine for himself the amount of equipment and work required to produce specification materials.

The Contractor will be allowed to obtain material from other than plan sources unless they are mandatory, provided the material meets specification, the Engineer gives prior approval (this usually requires concurrence of the Materials Section), and the Contractor assumes all expense and responsibility in obtaining this material. Case 1 Borrow, when specified, shall be obtained from the sources shown on the plans and/or described in the special contract requirements.

When the material source is shown on the plans or described in the special contract requirements, the Government assumes responsibility that, with reasonable performance, the Contractor will be able to obtain sufficient acceptable material. This does not mean the Government assumes responsibility for the Contractor's operations in the possible source. The Contractor is responsible for producing a material which meets the quality requirements of the contract. The Government assumes the responsibilities for such characteristics as soundness, abrasion, stripping resistance of the aggregate, and the quantity in the source. The Contractor assumes responsibility for the gradation and sand equivalent. During crushing operations the Project Engineer should submit samples of aggregate to confirm the quality of the material and to make certain that the material still meets the requirements for soundness, abrasion, stripping, etc.

If a designated source does not contain a sufficient quantity of quality material, the Government is responsible for providing another source.

The Contractor will be compensated for increased costs incurred in producing material from a new source upon failure of the designated source. This additional compensation may include the cost of equipment moves and setups, additional haul, and additional costs, if any, of producing the material. The change in source and any additional cost involved shall be covered by a Contract Modification.

Extreme care should be taken to insure that all available suitable material is obtained from a source before the Contractor is authorized to move to a new source. Changes in formations in the source and other factors affecting production should not be used as a reason for abandoning the source when acceptable material can be produced within the original concept of the item as bid upon. If an area has been shown as a source of more than one type of material, conditions may be encountered where part of the area is suitable as a source of one material, but not as a source for another. The Project Engineer should direct the Contractor to conduct his operations in such a manner to insure that the material best suited for a particular purpose be

used for that purpose. If the Contractor disregards such instructions and exhausts the better material for purposes other than those intended, the Government will not be responsible for any additional costs that may result from such improper usage of the material.

In the event the Contractor elects to use a source not indicated on the plans or described in the special contract requirements, the sampling and development plan of the source shall be performed under the direction of the Engineer. Other details concerning sources proposed by the Contractor are noted in the specifications and special contract requirements.

The WDFD Geotechnical Section maintains a record of various material sources. A search of these records could possibly indicate the proposed source has been tested and has a history of producing suitable material and could be approved without additional testing.

The Contractor must coordinate the use of his proposed source if it involves Government property with the agency involved.

The Contractor shall be notified of source acceptance by letter which will contain any restrictions or requirements for use of the source.

During crushing operations the Project Engineer should submit samples of aggregate to confirm the quality of the material and to make certain that the material still meets the requirements for soundness, abrasion, stripping, etc.

The Aggregate Source Report, Form WDFD-98, is to be submitted to the Materials Section for each source used as soon as production operations have been completed.