# EXHIBIT 12

Linda M Persoon

Date: Tuesday, June 5, 2001

Weather: Cool and drizzle off and on

**Work of Inspectors:** John Foster to serve as assistant project engineer on site – coordinating with contractor's superintendent, Sam Stamper. Thomas Siniscal watched the construction clearing operations and video taped the processor / skidder working on decking logs for Vaaugen Brothers.

About 9:45 am John Foster came down to the (5) project where I was in a plan review with the designers and Kerry Cook. Foster noted that John Cooper had dug three test pits in the area of the big thru cut at Sta 18+800 and wasn't able to find rock. Kerry Cook and myself drove to the site with a copy of the geotech report.

The first pit we looked at was down 3.8 m. There was a 1 meter topsoil layer and then a layer of decomposed rock, breaking into 100 to 150 mm size. This material was showing signs of sloughing into the trench on the vertical sides of the pit. At 3.8 meter (the bottom reach of the excavator) was the top of a harder layer. Cook noted this matches what is seen in the corings. There were two corings taken at Sta 18+850 showing: a silt, sandy, dry, tan material down to 1.5 m; an argillite (highly fractured, brownish gray) from 1.5 m to 3.6 m; an argillite (moderately fractured and weathered, brownish gray) from 3.6 m to 6.61 m; an argillite ( with clay alteration in fractures, brown to gray with Fe stains) from 6.61 m to 8.53; and a quartzite (fractured and weathered, gray) from 8.83 m to 16.1 m. The second coring has a similar description except it called the highly fractured zone a guartzite. In both cores the RQD % was 0 to 8 down thru the highly fractured area, but then going to 32 – 90% recovery of 4"+ rock to the bottom of the cores in the moderate / slightly / competent / very hard quartzite below. From our witnessing the test pits and reviewing the geotech report we discussed the following:

- The rock material in the upper 4 to 5 meter is too soft to use for base. Kerry Cook agreed it could be used in subexcavations provided it was clean enough. It also could be used on the slope armors.
- We discussed with Cooper that the rock from the beginning of the project to Sta 18+700 could well be used for base if quality testing showed compliance with contract requirements. The only reason the area from 18+700 to 18+900 was listed as having base material is because samples from this area have passed quality testing.
- Cooper noted this changes their plans. They expected to remove 1-2 meters of topsoil and then have competent base rock. He stated he would have to reconsider when to bring in his crusher and where to locate it.
- We discussed the stability of the zone of highly fractured rock 1.5 to 4 or 5 meters deep. The cross sections show us having this material at a 2:1 (metric) slope as is the competent material below it. We looked at options for laying back this portion of the cut slope. But there isn't enough ROW to do this. This is private property and would take considerable time to get additional ROW. Cook agreed the material could be built per plan, but this upper slope will slough material into the ditch. The ditch has been designed in this area to handle the expected sloughing rock.

Exhibit 12
Date: 8/24/05
Rider & Associates
800-869-0864

- We questioned why the ROW wasn't obtained between the new alignment and the old road in this area of rock. We are making this deep through cut and leaving a somewhat unsightly bank of rock.

Both John Cooper and Sam Stamper seem unfamiliar with the geotech report. A couple of weeks ago I asked Scott Palmer, M.A. DeAtley's engineer/estimator if he had a copy of the geotech report. Scott noted he did have a copy and he had used the report in conjunction with the cross sections to develop the takeoffs for rock materials when bidding the project.



One meter of topsoil; 0.6 meters of soil; then highly fractured rock



Test Pit 20' deep. No material encounter that gave resistance to backhoe.



Down 20'; Still In Highly Fractured Rock

**Conversation with Stevens County Representatives:**
About 11:00 am Jason Hart and a ROW person from the county office were on site. Jason noted the vast progress on the clearing of the Stimson property. He asked me if I knew how many loads of logs had been taken. I noted we don't have a count, since the self loaders are here before we start in the morning and after we leave some days. I stated I was hoping he could provide me with a count. I would like to know

the quantity and dollar value so we can have some data for the next project engineer's estimate.

I asked Jason and the ROW person why the county didn't purchase the small sliver of land between the roads. They were both surprised that this hadn't been done and stated it looks like an oversight. They noted that it would look odd to leave the chunk of rock standing there between the new road and the obliteration. Jason agreed to look into it. They also discussed how difficult it would be to negotiate with Stimson. Jason asked me what we could give Stimson. I noted I don't know what more we can do. We are already building them 5 approaches, 3 more than existing.

**Conversation with Forest Service Representative:**
Late in the afternoon Bruce Bailey called and we discussed:

- There is a fishery crew that will involved in a month long study and he asked when it work in the contractor's schedule to have them on the project. We discussed having them start next week; report to the flagger at 7:00 am Monday morning and discuss where to park. They should wear vest and hard hats. They will start on the east end of the project and slowly work west. They are counting ponds, etc in the steams and creeks
- Bruce questioned if I had heard from my supervisors about the FS issuing the use permit to FHWA for the Kings Lake Pit. I noted we had spoken with the environmental section and they were all right with environmental reviews having been complete. So it will work to issue us the permit.
- I questioned Bruce if he knew if the Kings Lake Pit had been cored by WFL for quality. Bruce recalled that Marion thought the pit was unacceptable, but he thought she learned it to be all right "just before she left".
- We will meet tomorrow morning as part of the line and grade review on the (3) job with the designers.
- I would like to have Bruce visit an area near Sta 22+200 where the contractor would like to stage his equipment trailer temporarily.

Linda M. Persoon
6/5/01