**EXHIBIT 15**

WESTERN FEDERAL LANDS HIGHWAY DIVISION
610 EAST FIFTH STREET
VANCOUVER, WA 98661-3801

U.S. Department
of Transportation

**Federal Highway
Administration**

March 7, 2003

FAX 509-751-1922

Attn: Mr. Lou Ruchert
M. A. DeAtley Construction, Inc.
P.O. Box 490
Clarkston, WA 99403

RE: WA PFH 158-1(2)
Flowery Trail Road
Contract Number DTFH70-01-C-00011

Mr. Ruchert,

On February 14, 2003 Linda Persoon and I met with you, Craig Owens, Steve Smithermen (all of MA Deatley, Inc.) Greg Graybill, Mike Osbon and Brian Wilseyfrom DeAtley Crushing and Scott Walters from Budinger and Associates to discuss Item 30101, Aggregate base grading D material, specifically the aggregate that was crushed in November 2001 and rejected in 2002 during acceptance testing on the project. During the meeting we discussed the merit and value of the source samples that Budinger obtained and tested for Sodium Sulfate Soundness in August 2002, after crushing for the project was completed, and the splits of the production samples that FHWA tested for Sodium Sulfate Soundness. At the meeting FHWA was provided with a summary of the production, stockpile and acceptance sample test results for gradation.

As discussed in the meeting, representatives from MA DeAtley, DeAtley Crushing and Budinger obtained four samples, two from the north side and two from the south side of the finished rock cut from Station 18+700 to 18+900 on August 23 and 30, 2002 (approximately nine months after the excavation and crushing was completed). The two north samples were combined into a composite sample (north #3) and the two south samples were combined into a composite sample (south #2). For the north #3 sample you received a Sodium Sulfate Soundness loss result of 1.1% on the course aggregate and 10.2% on the fine aggregate. For the south #2 sample you received a Sodium Sulfate Soundness loss result of 7.8% on the course aggregate and 19.1% on the fine aggregate.

From the February 14, 2003 meeting and all the information you have provided to date, your position, as I understand it, is that the material source listed in the contract (name or location of source) does not consistently provide quality material. This position is primarily based on the Sodium Sulfate Soundness loss of 19.1% for the fine aggregate portion of the south #2 sample. You have further substantiated your position by the change in gradation of the production and acceptance samples.

Exhibit 15
Date: 8/24/05
Rider & Associates
800-869-0864

The Governments position is that a 19.1% loss on one fine aggregate sample does not prove that the source is of a questionable quality or that the source produces crushed aggregate that is highly susceptible to degradation in the stockpile.

The basis for the Government's position is summarized below:

- During the crushing process, DeAtley Crushing was scalping approximately 70% of the fine material fed to the crusher. This scalping process would have removed a substantial portion of any fine material, the portion of the source that has the higher Sodium Sulfate Soundness loss.
- The Government tested three production samples from various portions of the aggregate production run and the Sodium Sulfate Soundness loss results were 2.98%, 3.35% and 6.68%, significantly below the maximum loss of 12% allowed in the contract.

One issue that has been brought up in support of stockpile degradation is with regards to the 25 mm (1 inch) rock. You have asked, "what happened to the 1" rock?" The production test results averaged 99.81% passing the 25 mm sieve. The acceptance test results averaged 100% passing the 25 mm sieve. The percent passing the 25 mm sieve does not differ significantly between the production and acceptance test results.

Below is a table that summarizes the results of the Government's verification testing of the acceptance sample splits for lots 1 and 2. Lot 1 averaged 99.86% passing the 25 mm sieve and lot 2 averaged 99.57% passing the 25 mm sieve. These results are well within allowable tolerances between two labs. These results are also comparable to the average production result (from DeAtley Crushing) of 99.81%. This does not provide evidence that the material is breaking down.

Item 30101, Aggregate base grading D
WFLHD Lab results of acceptance sample splits

Lot 1

| Sample No. | Sample Date | 37.5 mm | 25 mm | 9.5 mm | 4.75 mm | 425 um | 75 um | SE/P |
|---|---|---|---|---|---|---|---|---|
| 1 | 8/19/02 | 100.0 | 100.0 | 70.4 | 48.3 | 17.6 | 9.7 | 1.441 |
| 2 | 8/19/02 | 100.0 | 100.0 | 61.4 | 48.6 | 18.3 | 10.3 | 1.331 |
| 3 | 8/20/02 | 100.0 | 99.8 | 67.9 | 47.0 | 19.5 | 10.8 | 1.173 |
| 4 | 8/20/02 | 100.0 | 99.6 | 62.1 | 41.7 | 18.0 | 9.9 | 1.145 |
| 5 | 8/21/02 | 100.0 | 99.9 | 71.8 | 51.5 | 22.7 | 12.2 | 1.022 |
| | Average = | 100 | 99.86 | 66.72 | 47.42 | 19.22 | 10.59 | 1.222 |

Lot 2

| Sample No. | Sample Date | 37.5 mm | 25 mm | 9.5 mm | 4.75 mm | 425 um | 75 um | SE/P |
|---|---|---|---|---|---|---|---|---|
| 1 | 8/21/02 | 100.0 | 98.6 | 58.9 | 39.2 | 17.0 | 9.4 | 1.163 |
| 2 | 8/22/02 | 100.0 | 99.5 | 56.6 | 38.0 | 17.1 | 9.4 | 1.105 |
| 3 | 8/22/02 | 100.0 | 100.0 | 70.6 | 49.5 | 19.8 | 10.8 | 1.229 |
| 4 | 8/22/02 | 100.0 | 99.8 | 70.1 | 49.1 | 19.7 | 10.8 | 1.201 |
| 5 | 8/27/02 | 100.0 | 99.6 | 66.0 | 46.5 | 21.8 | 12.2 | 0.941 |
| 6 | 8/27/02 | 100.0 | 99.9 | 63.9 | 43.5 | 21.2 | 12.2 | 0.833 |
| | Average = | 100 | 99.57 | 64.35 | 44.30 | 19.43 | 10.80 | 1.079 |

Upon review of the information you have provided and the concerns you have raised we do not agree that the gradation problems were caused by the quality of the rock in the material source. The percent of fines can be controlled in the crushing and screening process. The tests we have do not support a conclusion that the high amount of fines were caused by degradation of the rock. Other factors, such as the handling of the crushed and screened product and the addition of fines from road use over the winter appear as more likely reasons for the high percent of fines.

Accordingly, we do not believe that an additional equitable adjustment payment is due. If you have any questions please contact me at 360-619-7744.

Brent L. Coe

Brent L. Coe
Construction Operations Engineer

cc: Central files
Project Engineer
Construction Engineer