**EXHIBIT 20**

To: Brent Coe, Brad Neitzke
Date: August 22, 2002
From: Linda Persoon
RE: WA PFH 128-1(2)
Flowery Trail Road
Subject: Problem with 30101, Aggregate Base, Grading D

The contractor has been hauling base to finished grade since Monday. The initial test results have been slow in getting to me. After receiving the first 4 test results on Wednesday, I shut the operation down by noon since none of the tests had 75um (#200) sieves that were allowable.

| Sample | % passing 75um |
|---|---|
| 1 | 11.6 |
| 2 | 13.3 |
| 3 | 13.0 |
| 4 | 10.9 |

I met with the contractor and they asked to try using an excavator to pick up the material from the stockpile – leaving the bottom 6" on the floor.

This was done and another test was taken yesterday. The test resulted in a 8.9% retained on the 75um screen.

We need to discuss how to proceed. Since the 75um screen isn't a category 1 or 2 in the QLPay program, how do we handle material that is beyond contract limits?



This photo was taken on Monday, August 19, 2002. The loader was loading 30101 base from the windrow stockpile near Sta 19+350 RT. I spoke with Kris Parkins about my

Exhibit 20
Date: 8/24/05
Rider & Associates
800-869-0864

US 02423

concern that material was being picked up from the floor. She insisted that it wasn't. The inspector's however noted that the material arriving on the grade had rocks (4"-6") in the base. A laborer was utilized to remove the rock.



This photo was taken from the 30101 base stockpile (near Sta 19+780 RT) where the loader was at the time the operation was shut down (noon, 8/21/02). A sample was taken from this area where a visual inspection found the material standing vertically with a high fine content. ~~A sample was taken to document the problem.~~