# EXHIBIT 22

**From:** Linda Persoon
**To:** Wasill, Bruce
**Date:** 8/25/02 1:18PM
**Subject:** 30101 results for week of 8/19/02

Bruce / Brent,

Here is the test results from the first week of 30101 agg. base, grading D.

Lot 1 was terminated Wednesday noon since all five tests had more than 10% on the #75um sieve. The mean for this sieve was 12.42. However, the pay factor is 1.00 (with a 1.01 on the SEP and Fractured Faces.

The material looks good on the grade.

Wednesday afternoon we started Lot 2. We continued to pull material from the long windrow stockpile, but they ceased using the loader and started with an excavator (leaving 6" on the floor).

4 tests were taken by Thursday when they shut themselves down. The first 2 tests in lot 2 were alright on the 75um, but the last 2 were above 10%. The mean on these 4 tests is 10.83. However there is pay factor of 90% (due to the 9.5mm sieve) - but only 4 tests have been run to date.

The contractor has not submitted his proposal on how to get the material (200 sieve) into spec. But I witnessed them pulling samples from the finished slope near Sta 18+750 RT. I suspect they will run quality tests to see if the material souce was indeed as per the contract.

**CC:** Coe, Brent L

Exhibit 22
Date: 8/24/05
Rider & Associates
800-869-0864

Item 40101 Hot Asphalt Concrete Pavement
Comparison of Sieve Analysis
Split Sample from 3 stockpiles
Pulled on June 26, 2002
Kings Lake Pit

Course Stockpile:

| Sieve Size | DeAtley | FHWA |
|---|---|---|
| 25 mm (1") | 100 | 100 |
| 19 mm (3/4) | 94 | 92.1 |
| 12.5 mm (1/2) | 37 | 31.8 |
| 9.5 mm (3/8) | 14 | 14.2 |
| 4.75 mm (#4) | 5 | 5.18 |
| 2.36 mm (#8) | | 3.49 |
| 42.5 um (#40) | | 2.27 |
| 75 um | | 1.64 |

Intermediate Stockpile:

| Sieve Size | DeAtley | FHWA |
|---|---|---|
| 19 mm (3/4) | 100 | 100 |
| 12.5 mm (1/2) | 89 | 82.6 |
| 9.5 mm (3/8) | 63 | 57.4 |
| 4.75 mm (#4) | 13 | 10.6 |
| 2.36 mm (#8) | 6 | 4.82 |
| 42.5 um (#40) | | 2.89 |
| 75 um | | 2.23 |

Fine Stockpile:

| Sieve Size | DeAtley | FHWA |
|---|---|---|
| 9.5 mm (3/8) | | 100 |
| 6.3 mm (1/4) | 95 | |
| 4.75 mm (#4) | 86 | 85.3 |
| 2.36 mm (#8) | 59 | 59.1 |
| 2.00 mm (#10) | 55 | |
| 1.18 mm (#16) | 40 | |
| 600 um (#30) | 29 | |
| 42.5 um (#40) | 25 | 24.2 |
| 300 um (#50) | 22 | |
| 150 um (#100) | 17 | |
| 75 um (#200) | 13.1 | 12.8 |

Project specifications

Contract number: DTFH70-99-C-00999

Project name: TESTFORJANE

Project number: OR PFH 00-1(1)

Item and lot specifications

Item: 30101 Lot: 6

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
|---|---|---|---|---|---|---|---|---|---|---|
| Properties... F5 | 9.5mm | 4.75mm | 425µm | % FRAC | SE/P | 75mm | SE | | | |
| Category (1 or 2) | 1 | 1 | 2 | 1 | 1 | | | | | |
| Target value | 68.87 | 45.60 | 21.05 | 50 | 1.000 | 10 | 35 | | | |
| Allow. deviation | 7 | 6 | 4 | min | min | | | | | |
| Estimated # tests | 19 | 19 | 19 | 19 | 19 | 19 | 19 | | | |

Changes will not be saved until you close this form with the OK button.

OK Cancel

QL-PAY 4.00 QUALITY LEVEL ANALYSIS & PAY FACTOR COMPUTATIONS Page 1

Thu Aug 22 09:06:19 2002 Western Federal Lands Highway Division

Project Name: TESTFORJANE
Project Number: OR PFH 00-1(1)
Project ID: DTFH70-99-C-00999

Item Number: 30101
Lot Number: 6
Lab: Contractor's Lab

| Quality Charac-teristic | TV | Allowable Devia-tion | Category | Mean | Standard Devia-tion | Est. no. Samples | Actual no. Samples | Quality Level | Current Pay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 9.5mm | 68.87 | 7 | 1 | 68.87 | 6.090 | 19 | 6 | 24 | 0.98 |
| 4.75mm | 45.60 | 6 | 1 | 45.60 | 5.709 | 19 | 6 | 30 | 0.94 |
| 425µm | 21.05 | 4 | 2 | 21.05 | 2.775 | 19 | 6 | 12 | 1.00 |
| % FRAC | 50 | min | 1 | 94.63 | 0.611 | 19 | 3 | 0 | 1.01 |
| SE/P | 1.000 | min | 1 | 1.30 | 0.108 | 19 | 5 | 0 | 1.01 |
| 75mm | 10 | | | 11.83 | 1.743 | 19 | 6 | ------ | ------ |
| SE | 35 | | | ------ | ------ | 19 | 0 | ------ | ------ |

Current Pay Factor: 0.94
Projected Pay Factor Based On Quality Level: 0.87

Warning: Corrective Action Recommended

NEED YOUR 6 S.E. RESULTS ADDED TO GET ACCURATE ANSWERS FOR MEAN + STD. DEV.

8/22/2002 COVER + 3

To: Linda Persoon

Linda – I intercepted your fax to Brad because he's out of the office today and tomorrow. I took a copy to Brent. I've also talked to Bruce.

1. I have a 'dummy' file set up on QL-PAY that I use, so ignore the "testforJane" info at the top of the page that doesn't apply to you, and I also have the specifications in a different order than you do, which doesn't matter. But I have input your data. I noticed your allowable deviation is switched for the 9.5 and 4.75 sieves, so you want to fix that. Please also fix the specification screen for the SE/P and %FRAC (I've attached a printscreen of mine to show this).

2. Bruce says to input your .075 and SE data, but don't give them a category or an allowable deviation. QL-PAY will show Mean and Standard Deviation for them, but not use the data for a payfactor.

3. Bruce has everyone input the SE results so he can see them when the files are e-mailed to him (he likes a weekly e-mail with your files).

Holler if there's anything else I can do.

Murphy

(360) 619-7739

Thu Aug 22 09:06:19 2002 Western Federal Lands Highway Division

Project Name: TESTFORJANE Item Number: 30101
Project Number: OR PFH 00-1(1) Lot Number: 6
Project ID: DTFH70-99-C-00999 Lab: Contractor's Lab

** ACCEPTANCE PARAMETERS **

| Quality Characteristic: | 9.5mm | 4.75mm | 425µm | % FRAC | SE/P | 75mm | SE |
|---|---|---|---|---|---|---|---|
| Target Values: | 68.87 | 45.60 | 21.05 | 50 | 1.000 | 10 | 35 |
| Allowable Deviation: | 7 | 6 | 4 | min | min | | |
| Est. No. Tests: | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| Category: | 1 | 1 | 2 | 1 | 1 | | |
| Actual No. Samples: | 6 | 6 | 6 | 3 | 5 | 6 | 0 |

** TEST RESULTS **

| Sample Number | 9.5mm | 4.75mm | 425µm | % FRAC | SE/P | 75mm | SE |
|---|---|---|---|---|---|---|---|
| 1 | 72.1 | 45.5 | 20.5 | 95.3 | 1.368 | 11.6 | |
| 2 | 75.4 | 50.2 | 23.5 | 94.1 | 1.255 | 13.3 | |
| 3 | 69.3 | 45.7 | 22.0 | | 1.370 | 13.0 | |
| 4 | 62.0 | 37.6 | 18.6 | | 1.365 | 10.9 | |
| 5 | 73.5 | 53.3 | 24.4 | 94.5 | 1.123 | 13.3 | |
| 6 | 60.9 | 41.3 | 17.3 | | | 8.9 | |