**EXHIBIT 27**


Exhibit 27
Date: 8/24/05
Rider & Associates