EXHIBIT 29

DEATLEY

FHWA GEOTECHNICAL REPORT NO. 2-99

Exhibit 29
Date 8-25-05
Rider & Associates
800-869-0864

EXISTING BASE ROCK AND ASPHALT SALVAGE

The existing asphalt concrete appears to be of good quality and can possibly be recycled, but is only about 30 mm thick on the average. The existing base course quality is only fair due to excessive fines in the gradation which lowers the R-value. This may make it unsuitable for reuse as base material. It may still have salvage value for use as granular backfill for retaining wall construction. The laboratory analysis results are summarized in Table 6. Table 8 is the laboratory analysis summary for all of the base rock samples. The base rock thickness varies from about 100 to 220 millimeters in Road Segment A and between 220 and 420 millimeters for the remainder of the existing road.

MATERIAL SOURCES

Any of the large rock cuts planned in Road Segments C, D, or E should provide a good source for quality crushed aggregate. No samples were taken for laboratory analysis, but the quartzite and diorite should be hard and durable and provide excellent crushed material. The thin-bedded argillites and schists may be of lesser quality and extensive outcrops of these rock types should be avoided as material sources. These can be identified in the existing rock cuts by their thin-bedded and micaceous nature. Rock quality tests are required to verify the suitability of all of these materials for crushed aggregate. There may be some oversized rock at most sites which would cause crusher difficulties. More work is needed to locate and test potential sites. Existing rock cut exposures and the drill core photos in Appendix G should provide a representation of existing rock types, rock discontinuity patterns, and overburden depths.