**EXHIBIT 30**

U.S. Department
of Transportation

Federal Highway
Administration

# Memorandum

Geotechnical Memorandum GM 14-99

WESTERN FEDERAL LANDS HIGHWAY DIVISION
610 EAST FIFTH STREET
VANCOUVER, WA 98661-3893

Subject: INFORMATION: Flowery Trail II
WA PFH 158 - 1(2)
Rock quality in proposed cuts

Date: April 28, 1999

From: Kerry B. Cook
Geotechnical Engineer

To: Kenneth Jacoby
Washington Design Operations Engineer

Attached are the results of the rock quality tests on the rock core from Borings B-28 and B-29 which were drilled at the proposed through-cut at station 18+850. Test results indicate aggregate produced from this rock will meet the rock quality specifications for base aggregate. Test results from the preliminary immersion compression testing indicate that aggregate produced from this rock will be **unsuitable** for use as pavement aggregate due to a severe asphalt stripping characteristic. However, this characteristic would not adversely effect the use of these aggregates in the proposed emulsified treated base.

Core samples tested are quartzite and argillite from the Belt Series. Based on a review of the Geotechnical Report, this core is similar in rock quality to the quartzite and argillite rock found in the cut slopes from Station 17+475 to approximately Station 19+700. Schist and intrusive igneous rocks occurring within this area were not tested for rock quality. Individual rock type mapping was not within the scope of the geotechnical investigation; however, based on the core recovered and the relative exposures of rock in outcrops and cuts, it appears that the quartzite and argillite are the predominant rock type in this area. As indicated in the Geotechnical Report, quartzite and argillite found in Segment E (19+210 to 20+370) contains zones where the rock is highly weathered and decomposed which appears to be a result of the igneous-intrusive and contact-metamorphic processes. Therefore, the test results may not be representative of the highly weathered quartzite and argillite adjacent to intrusions.

For design purposes, rock within the proposed cuts between Station 17+800 to 19+200 will be suitable for the production of base aggregates. Other individual cuts may also be suitable for aggregate production based on field identification of the rock type and quality.

Kerry Cook

Exhibit 30
Date: 8-25-05
Rider & Associates
800-869-0864

Attachments: Laboratory test results (3 pages)

DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
'ATERIALS SECTION

REPORT OF TESTING
Apr 12, 1999
LABORATORY CONTROL NUMBER
W-99-0036-AG

PROJECT NAME: Flowery Trail Phase II    AGENCY: WFHWA
ACCT NO.: 415-17-53-51-1580-002G    PROJECT NUMBER: WA PFH 158
SUBMITTED BY: Kerry Cook    DATE SAMPLED: 10/07/98
ADDRESS: WFLHD, Geotechnical Branch    DATE SHIPPED: / /
Vancouver, WA 98661-3893    DATE RECEIVED: 03/23/99
Phone:(360)696-7738 / FAX 7845
SAMPLE OF: Quartzite & Argillite
SAMPLED BY: GMT    SAMPLE NO.: B-28 & B-29
NO. SACKS:    DEPTH: 1.52-20.1
SOURCE NO.: 45-33-0006    QUANTITY REPRESENTED:
SOURCE NAME:
LOCATION: 18+850 Thru-Cut    OWNER:
COUNTY: Stevens    STATE: WA    INTENDED USE:
REMARKS:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COMPLETE PRELIMINARY TESTS ON QUARRIES

DURABILITY COARSE    73
DURABILITY FINE    54

AASHTO T-104 SOUNDNESS COMPUTED TO
MID SPECIF ITEM 301 GR d PCT LOSS=    1.85

ACC-WEATHERING-DMSO-COMPUTED TO
MID SPECIF ITEM 301 GR D PCT LOSS=    1.46

APPARENT SPECIFIC GRAVITY    COARSE:    2.716    FINE:    2.742

LOS ANGELES ABRASION, GR B LOSS PCT    25

SAND EQUIVALENT REFEREE LAB CRUSHED    71

ATTERBERG LIMITS, LAB MANUFACTURED
LIQUID LIMIT    NP
PLASTICITY INDEX    NP

DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
MATERIALS SECTION

REPORT OF TESTING
Apr 15, 1999
LABORATORY CONTROL NUMBER
W-99-0036-AC

PROJECT NAME: Flowery Trail Plase II
AGENCY: WFHWA
ACCT NO.: 415-17-53-51-1580-002G
PROJECT NUMBER: WA PFH 158-1(2)
SUBMITTED BY: Kerry Cook
DATE SAMPLED: 10/07/98
ADDRESS: WFLHD, Geotechnical Branch
Vancouver, WA 98661-3893
Phone:(360)696-7738 / FAX 7845
DATE SHIPPED: / /
DATE RECEIVED: 03/23/99
SAMPLE OF: Quartzite & Argillite
SAMPLED BY: GMT
SAMPLE NO.: B-28 & B-29
NO. SACKS:
DEPTH: 1.52-20.1 m
SOURCE NO.: 45-33-0006
QUANTITY REPRESENTED:
SOURCE NAME:
LOCATION: 18+850 Thru-Cut
OWNER:
COUNTY: Stevens
STATE: WA
INTENDED USE:
REMARKS:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PRELIMINARY IMMERSION COMPRESSION TESTS

SIEVE SPECIFICATIONS

| SIEVE SIZE | PERCENT PASSING: TV |
|---|---|
| 12.5mm | 95 |
| 9.5mm | 85 |
| 4.75mm | 55 |
| 2.36mm | 35 |
| 1.18mm | 24 |
| 600µm | 17 |
| 300µm | 12 |
| 75µm | 6.0 |

APPARENT SPECIFIC GRAVITY COARSE: 2.716 FINE: 2.742

ASPHALT PERCENT BY C.K.E = 5.56
SURFACE AREA - m2/kg = 5.55

PRELIMINARY IMMERSION COMPRESSION

ASPHALT SUPPLIER: Chevron U.S.A.
REFINERY LOCATION: Portland, Oregon

ASPHALT GRADE: PG58-28
SPECIFIC GRAVITY: 1.02

PCT ASPHALT BY WT OF AGG. 4.6
FILLER: None
ANTI-STRIP: None

| SPECIMEN ID | | UNIT WT kg/m3 | | AIR | COMP STRENGTH kPa | |
|---|---|---|---|---|---|---|
| DRY | WET | DRY | WET | VOIDS | DRY | WET |
| 21 | 22 | 2214 | 2214 | | 2013 | 814 |

INDEX OF RET. STRENGTH PCT 40

PCT ASPHALT BY WT OF AGG. 5.6
FILLER: None
ANTI-STRIP: None

| SPECIMEN ID | | UNIT WT kg/m3 | | AIR | COMP STRENGTH kPa | |
|---|---|---|---|---|---|---|
| DRY | WET | DRY | WET | VOIDS | DRY | WET |
| 23 | 24 | 2235 | 2236 | | 2082 | 1041 |

INDEX OF RET. STRENGTH PCT 50

PCT ASPHALT BY WT OF AGG. 6.6
FILLER: None
ANTI-STRIP: None

| SPECIMEN ID | | UNIT WT kg/m3 | | AIR | COMP STRENGTH kPa | |
|---|---|---|---|---|---|---|
| DRY | WET | DRY | WET | VOIDS | DRY | WET |
| 25 | 26 | 2255 | 2255 | | 2041 | 1255 |

INDEX OF RET. STRENGTH PCT 61

PCT ASPHALT BY WT OF AGG. 5.6
FILLER: 1% Hydrated Lime Slurry
ANTI-STRIP: None

| SPECIMEN ID | | UNIT WT kg/m3 | | AIR | COMP STRENGTH kPa | |
|---|---|---|---|---|---|---|
| DRY | WET | DRY | WET | VOIDS | DRY | WET |
| 27 | 28 | 2257 | 2257 | | 2675 | 1627 |

INDEX OF RET. STRENGTH PCT 61

[signature]

RAYMOND ROSENBAUM,
CHIEF MATERIALS LABORATORY

FOR EMORY S. RICHARDSON,
MATERIALS ENGINEER