# EXHIBIT 32

**Mike Bissell**

**From:** Leslie.Ohta@usdoj.gov
**Sent:** Wednesday, March 02, 2005 11:08 AM
**To:** mbissell@dunnandblack.com (Receipt Notification Requested) (IPM Return Requested)
**:** jnickerson@geiconsultants.com (Receipt Notification Requested) (IPM Return Requested); fleathers@geiconsultants.com (Receipt Notification Requested) (IPM Return Requested); mjscali@sgh.com (Receipt Notification Requested) (IPM Return Requested)
**Subject:** FW: Material source exploration

pddmch06.pdf (1 MB)

-----Original Message-----
From: Kerry.Cook@fhwa.dot.gov [mailto:Kerry.Cook@fhwa.dot.gov]
Sent: Wednesday, March 02, 2005 1:27 PM
To: Ohta, Leslie (CIV)
Cc: Timothy.Binder@fhwa.dot.gov
Subject: Material source exploration

Leslie,

Attached is the PDDM with general guidelines for drilling material sources on page 6-10. These guidelines are intended to be an initial beginning point when considering exploration locations. Other considerations such as outcrop exposure, local knowledge and experience, local geology, engineering judgment, and site access and environmental sensitivity ultimately determine the boring locations. Considerations in locating the borings at this site are listed below:

'\ Good exposures of bedrock occurred in existing cut slopes along the old road.
The geology exposed in the cuts was consistent with the Belt Series Formations (argillite and quartzite) found throughout the project.
3) The dense tree growth from 18+870 ahead restricted access to this area.
4) Drill access to the thickest portion of the through-cut was available through the scattered trees along the top of the ridge.
5) Engineering judgment applied to 1-4 above determined that a cross section developed through the deepest portion of the cut with two borings would adequately characterize materials in the cut. Subsequently, the core recovered from both borings was submitted as a bulk sample representative of material extracted throughout the depth of the proposed excavation. This was a conservative approach as much of the weathered argillite would typically be stripped as the soil overburden is removed. Although this core contained material from the upper, weathered argillite, test results indicated the combined core sample met the rock quality specifications.

Kerry

<<pddmch06.pdf>>

Exhibit 32
Date: 8-25-05
Rider & Associates
800-869-0864

# CHAPTER 6 - GEOTECHNICAL

## TABLE OF CONTENTS

Page

**6.1 GENERAL** . . . . . 6-1

**6.2 GUIDANCE AND REFERENCES** . . . . . 6-2

A. General References . . . . . 6-2
B. Geology, Landslides, and Field Procedures . . . . . 6-2
C. Structures and Foundations . . . . . 6-3
D. Material and Pavement Design . . . . . 6-4
E. Subsurface Drainage . . . . . 6-4
F. Computer Programs . . . . . 6-5

**6.3 INVESTIGATION PROCESS** . . . . . 6-6

A. Geotechnical Equipment . . . . . 6-7
B. Planning Geotechnical Investigations . . . . . 6-9
C. Drilling and Sampling . . . . . 6-14
D. Geophysical and In Situ Tests . . . . . 6-16
E. Laboratory Tests . . . . . 6-19

**6.4 GEOTECHNICAL ANALYSIS** . . . . . 6-21

A. Roadway Soils . . . . . 6-21
B. Structure Foundations . . . . . 6-26
C. Retaining Walls . . . . . 6-30
D. Pavement Design . . . . . 6-32
1. New and Reconstructed Pavement Design
2. Pavement Overlay Design
3. Pavement Rehabilitation Design Other Than Overlay
E. Material Sources . . . . . 6-39
F. Landslide Analysis . . . . . 6-41
G. Subsurface Drainage . . . . . 6-43

**6.5 APPROVALS (Reserved)**

**6.6 GEOTECHNICAL REPORTS** . . . . . 6-46

A. Report Structure and Outline . . . . . 6-46
B. Checklists . . . . . 6-47
C. Standard Forms . . . . . 6-47

**6.7 DIVISION PROCEDURES** . . . . . 6-48

**EXHIBITS**

## LIST OF TABLES

| Tables | Page |
|---|---|
| 6-1 General Investigation Equipment Requirements | 6-9 |
| 6-2 Sources of Regional Geotechnical Information | 6-11 |
| 6-3 Use of Trenching and Test Pits | 6-12 |
| 6-4 Guidelines for Geotechnical Drilling Investigations | 6-13 |
| 6-5 Test Borings - Types and Application | 6-14 |
| 6-6 Sampling Guidelines | 6-15 |
| 6-7 Guidelines for Using Geophysical Methods | 6-17 |
| 6-8 Common Procedural Errors using Standard Penetration Test | 6-17 |
| 6-9 Empirical Values, Relative Density, & Unit Weights of Granular Soils | 6-18 |
| 6-10 Guideline for Selection of Laboratory Tests | 6-20 |
| 6-11 Roadway Soils Analysis Factors | 6-23 |
| 6-12 Shrink/Swell Factors for Common Materials (2) | 6-24 |
| 6-13 Preliminary Foundation Type Selection | 6-29 |
| 6-14 Soil Support Correlations | 6-34 |
| 6-15 Regional Factor Guidelines for Pavement | 6-36 |

# CHAPTER 6 - GEOTECHNICAL

## 6.1 GENERAL

This chapter provides guidance for all geotechnical investigations, analyses, and reports produced by the Federal Lands Highway Divisions. Although greatly advanced in recent years, the state-of-the-art of the geotechnical engineering field is still largely dependent upon engineering judgment to provide the most efficient and economical investigations. Dealing with the variability of projects, terrains, climates, and client agency constraints requires flexibility and resourcefulness.

Although primarily intended for use by a geotechnical engineer/geologist, the information contained herein can be used by designers and others during the design process. Geotechnical responsibilities include conducting investigations, performing analyses, and providing recommendations for the following:

- Geological and geotechnical reconnaissance.
- Roadway soils.
- Cut and fill slopes.
- Foundations.
- Landslides.
- Material sources.
- Retaining walls.
- Subsurface drainage.
- Pavements.

Each of these areas are addressed individually, providing guidelines, direction, and references for more specific and detailed information.

## 6.2 GUIDANCE AND REFERENCES

The publications listed in this section provided much of the fundamental source information used in the development of this chapter. While this list is not all inclusive, the publications listed will provide additional information to supplement this manual.


**A. General References.**

Bowles. *Foundation Analysis and Design*. 4th ed. McGraw-Hill Book Company. 1988.

Peck, Hanson, and Thornburn. *Foundation Engineering*. John Wiley and Sons, Inc. 1974.

Terzaghi and Peck. *Soil Mechanics in Engineering Practice*. John Wiley and Sons, Inc. 1967.

Wintercorn. *Foundation Engineering Handbook*. 2nd ed. Van Nostrand Reinhold Company. 1991.

*Canadian Foundation Engineering Manual*. 3rd ed. Canadian Geotechnical Society. 1992.

*Geotechnical Engineering Notebook*. DOT, FHWA. Office of Engineering, Bridge Division.

*Geotextile Engineering Manual*. DOT, FHWA. 1984.

*Soil Dynamics, Deep Stabilization, and Special Geotechnical Construction*. NAVFAC Design Manual 7.3. Department of the Navy. April 1983.

*Soil Mechanics*. NAVFAC Design Manual 7.1. Department of the Navy. September 1986.

**B. Geology, Landslides, and Field Procedures.**

Acker. *Basic Procedures for Soil Sampling and Core Drilling*. Acker Drill Co., Inc. 1974.

Beck. *Physical Principles of Exploration Methods*. New York. John Wiley and Sons, Inc. 1982.

Hamblin and Howard. *Physical Geology Laboratory Manual*. Minneapolis. Burgess Publishing Co. 1975.

Hunt. *Geotechnical Engineering Investigation Manual*. New York. McGraw-Hill Book Co. 1984.

Pitts. *A Manual of Geology for Civil Engineers*. Salt Lake City. John Wiley and Sons, Inc. 1984.

*Manual on Subsurface Investigations*. AASHTO. 1988.

*Driller's Safety Manual*. U.S. Department of the Interior, Bureau of Reclamation. 1973.

*Geotechnical Instrumentation* (FHWA Workshop Manual). DOT, FHWA.

*The Cone Penetrometer Test*. FHWA-SA-91-043. DOT, FHWA. 1992.

*The Flat Dilatometer Test*. FHWA-SA-91-044M. DOT, FHWA. 1992.

*Advanced Technology for Soil Slope Stability*, FHWA-SA-94-005. DOT, FHWA. 1994

*6.2 Guidance and References. (continued)*

*Handbook of Engineering Geophysics* (Volume 1, Seismic, 1984 and Volume 2, Electrical Resistivity, 1980). Minneapolis. Bison Instruments, Inc.

*The Pressuremeter Test for Highway Application.* FHWA-IP-89-008. DOT, FHWA. 1989.

*Landslides Investigation and Mitigation.* Transportation Research Board, National Academy of Sciences. Washington, DC. 1995.

*Rock Slopes: Design, Excavation, Stabilization.* FHWA-TS-89-045. DOT, FHWA. 1989.

*Rock Blasting and Overbreak Control.* FHWA-HI-92-001. DOT, FHWA. 1991.

Duncliff. *Geotechnical Instrumentation for Monitoring Field Performance.* John Wiley & Sons, Inc. 1988.

**C. Structures and Foundations.**

Poulos and Davis. *Pile Foundation Analysis and Design.* 1980.

*Drilled Shafts: Construction Procedures and Design Methods.* DOT, FHWA. 1988.

*Handbook on Design of Piles and Drilled Shafts Under Lateral Load.* FHWA-IP-84-011, DOT, FHWA. 1984.

*Behavior of Piles and Pile Groups Under Lateral Load.* FHWA-RD-85-106. DOT, FHWA. 1986.

*AASHTO LFRD Bridge Design Specifications.* AASHTO. 1994.

Reeves. *Applications of Walls to Landslide Control Problems.* American Society of Civil Engineers. 1982.

*Spread Footings for Highway Bridges.* FHWA-RD-86-185. DOT, FHWA. 1987.

*Manual on Foundation Investigation.* AASHTO. 1978.

AASHTO-AGC-ARTBA Taskforce Report. *In Situ Improvement Techniques.* 1990.

*Foundation and Earth Structures.* Design Manual 7.2; NAVFAC DM-7.2. Department of the Navy. 1982.

*Permanent Ground Anchors.* FHWA-DP-68-1R. DOT, FHWA. 1984

*Manual on Design and Construction of Driven Pile Foundations.* FHWA DP-66-1. DOT, FHWA. Office of Engineering, Bridge Division. 1986.

*Retaining Wall Design Guide.* Second Edition (FHWA-FLP-94-006). U.S. Department of Agriculture, Forest Service. September 1994.

*Soils and Foundation Workshop Manual.* DOT, FHWA. Office of Engineering, Bridge Division. 1993.

*6.2 Guidance and References. (continued)*

**D. Material and Pavement Design.**

*Techniques for Pavement Rehabilitation, A Training Course.* 3rd Revision, ERES Consultants, Inc. 1987

*Pavement Design Principles and Practices, A Training Course.* ERES Consultants, Inc. 1987

Krebs and Walker. *Highway Materials.* McGraw-Hill Book Company. 1971.

Yoder and Witczak. *Principles of Pavement Design.* 2nd ed. John Wiley and Sons, Inc. 1975.

*AASHTO Pavement Overlay Design.* FHWA-HI-94-048. DOT, FHWA. 1994

Distress Identification Manual for the Long-Term Pavement Performance Projects. SHRP-P-338, SHRP. 1993

*Guide for Design of Pavement Structures.* AASHTO. 1993.

*Pavement Rehabilitation Manual.* DOT, FHWA. Office of Engineering, Pavement Division. 1990.

*Soils Manual for the Design of Asphalt Pavement Structures.* The Asphalt Institute. 1986

*Thickness Design - Asphalt Pavements for Highways and Streets.* The Asphalt Institute. 1991.

*Pavement Notebook for FHWA Engineers.* Office of Engineering, Pavment Division.

**E. Subsurface Drainage.**

*Geotextile Design and Construction Guidelines.* FHWA-HI-95-038. DOT, FHWA. 1995.

*Drainage of Asphalt Pavement Structures.* The Asphalt Institute Manual Series No. 15. September 1984 edition.

*Geocomposite Drains.* Report No. FHWA/RD-86/171. DOT, FHWA. October 1986.

*Geotechnical Fabrics.* Report No. FHWA/RD-80/021. DOT, FHWA. 1980.

*Highway Subdrainage Design.* Report No. FHWA-TS-80-224. DOT, FHWA. 1980.

*Improving Subdrainage and Shoulders of Existing Pavements.* Report No. FHWA/RD-81/078. DOT, FHWA. January 1982.

*Underground Disposal of Storm Water Runoff.* Report No. FHWA-TS-80-218. DOT, FHWA. February 1980.

*6.2 Guidance and References. (continued)*

**F. Computer Programs.** The following is a listing of computer programs that are available and may be used when appropriate:

**Foundations**

- GRL WEAP 1.994-1 - Wave Equation Analysis of Piles
- NAVPILE - Nevada Pile Analysis (Static)
- COM 624 P Version 2 - Lateral Load Analysis of Driven and Non-Driven Piles
- SPILE - Ultimate Static Capacity for Driven Piles
- CBEAR - Bearing Capacity Analysis for Shallow Foundations

**Pavment Design**

- DARWin - Pavement Design Analysis and Rehabilitation for Windows
- DAMA - Pavment Structural Analysis Using Multi-Layer Elastic Theory

**Slope Stability**

- LEASE I - Limiting Equilibrium Analysis in Soil Engineering
- STABL4 - Slope Stability Analysis
- SLOPIN - Calcomp Plot of Inclinometer Data
- INCLIN - Print Plot of Inclinometer Data
- XSTABL - Slope Stability Analysis
- DIGIPRO - Data Reduction and Graphing Software for Inclinometers
- EMBANK - One Dimensional Consolidation due to Embankment Loads

**Geophysical Programs**

- SEISMIC12 - Channel Refraction Seismic Test Data Analysis
- RESIST - Resistivity Data Analysis
- SEISREFA - Sesimic Refraction Analysis

## 6.3 INVESTIGATION PROCESS

The primary purpose of a geotechnical investigation is to provide design engineers with a knowledge of the subsurface conditions at a specific project site. The investigation should also provide the construction project engineers and contractors with information concerning the materials and conditions that may be encountered in the field.

The scope and cost of a geotechnical investigation should be adjusted to the size and complexity of the proposed project. The potential for catastrophic failure and/or failure consequences must be evaluated when establishing scope of the investigation.

In all geotechnical investigations, safety of field crew and traveling public must be of high priority. The nature of the equipment used and climatic conditions often present potential hazards that must be evaluated on an individual basis. It is the responsibility of the geotechnical engineer/ geologist, as well as field crew members to adjust the investigation program and/or provide equipment, training, and other means to provide safe working conditions. Field crews should be aware of and use traffic safety control plans based upon MUTCD requirements.

Geotechnical investigations should not be attempted until certain project-specific information has been obtained. The following list identifies typical project requirements and suggests where the necessary information on specific subjects may be obtained. Exhibit 6.1 is used to gather and document this preliminary information.

**Possible Sources for Site Specific Information**

| Project Specifics | Information Sources |
|---|---|
| Type of proposed project.<br>Proposed project termini.<br>Funds available.<br>Schedule requirements.<br>Items requiring investigation.<br>Local authorities to contact.<br>Location and type of utilities present. | Planning and Coordination or Project Development Unit |
| Scope of investigation desired.<br>Availability of equipment. | Geotechnical Engineer |
| Location of structures. | Structures/Bridge Unit |
| Site maps and field reference systems. | Location and/or Survey Unit |
| Specific site restrictions such as water quality, environmental considerations, or client agency considerations. | Environmental Unit |
| Right-of-entry (access) restrictions. | Applicable property owners |

**Table 6-4**
**Guidelines for Geotechnical Drilling Investigations***

*Information obtained from drilling may be supplemented by geophysical investigations.

| Type of Investigation/Number of Borings | Depth of Borings |
|---|---|
| **Structure Foundations:**<br>Minimum one boring per substructure unit. | **Continue borings:**<br>(1) through unsuitable foundation soils (such as peats, highly organic soils, soft fine-grained soils, loose coarse grained soils, etc.) into competent material of suitable bearing capacity and;<br>(2) to depth where added stress due to estimated footing load is less than 10 percent of the existing effective soil overburden stress or;<br>(3) minimum of 3 meters into bedrock if bedrock is encountered at shallower depth as determined by (2). |
| **Retaining Walls:**<br>Minimum 1 boring per wall. Additional borings spaced 15 to 60 meters. Some borings should be in front of and in back of wall. | Continue borings to depth of 2 times wall height or minimum of 3 meters into bedrock. |
| **Bridge Approach Embankments Over Soft Ground:**<br>When approach embankments are placed over soft ground at least one boring should be made at each embankment to determine the problems associated with stability and settlement of the embankment. Test borings at proposed abutment locations may serve both stability and structural investigations. | Same as established above for structure foundations:<br><br>Additional shallow explorations (hand auger holes) taken at approach embankment locations are an economical way to determine depth of unsuitable surface soils or topsoil. |
| **Cuts and Embankments:**<br>Space borings every 60 meters (erratic conditions ) to 150 meters (uniform conditions) with at least one boring taken in each separate land form.<br><br>For high cuts and fills (8 meters or greater), it is desirable to have a minimum two borings along a straight line to establish geological cross section for analysis. | **Cuts**<br>1) In stable materials extend borings minimum 3 meters below proposed centerline grade.<br>2) In weak soils, at or near proposed centerline grade, extend borings below grade to competent materials.<br>**Embankments**<br>Continue borings to competent material or to depth of twice the embankment height. |
| **Landslides:**<br>Minimum 2 borings along a straight line to establish geologic cross section for analysis. Number of sections depends on extend of stability problem. For an active slide, place at least one boring above and below sliding area. | Extend borings to an elevation below active or potential failure surface and into competent stratum, or to a depth for which failure is unlikely because of geometry of cross section.<br><br>Bore holes used to install inclinometers must be extended to competent material below the slide movement. |
| **Material Sites (Borrow Sources and Quarries)**<br>Space borings or test pits on a grid pattern every 30 to 45 meters or change of material. | Extend exploration to base of deposit or to depth required to provide needed quantity. |
| **Pavement Rehabilitation**<br>Minimum one boring or test pit per kilometer with additional exploration as needed to define changes in subgrade material, pavement section, and locally distressed areas. | Extend depth to at least 0.6 meters below expected subgrade. |

**3. Pavement Rehabilitation Design Other Than Overlay.** The following are some of the major rehabilitation methods used as non-overlay techniques:

- Full-depth repair
- Partial-depth patching
- Crack sealing
- Subsealing
- Milling
- Wedge and leveling
- Subdrainage
- Surface treatments
- Recycling

Descriptions of these methods can be found in the AASHTO Guide for Design of Pavement Structures 1993, FHWA Pavement Rehabilitation Manual, and numerous Asphalt Institute publications dealing with specific techniques. Exhibits 6.16, 6.17, and 6.18 may be used to collect and document pavement distress.

**E. Material Sources.** The outline following Section 6.4.E. provides the basic procedural steps, initial source of reference material, and standard forms for a typical material source investigation. Commercial sources do not normally require an investigation.

The analysis of potential material sources often presents unusual and site specific problems that require coordination with environmental planning sections as well as the project designer. Detailed investigations are sometimes limited by access and/or lack of detailed site information. A concentrated effort should be made to fully investigate and analyze each material source. Excavation with backhoe and/or core (auger) borings should outline boundaries of the proposed source and should extend at least 3 meters beyond the expected floor elevation of the source. The remainder of the source should then be proven out by additional borings and/or excavations.

For typical FLH projects, 4 to 6 bore holes and 2 to 4 complete sets of aggregate quality tests are required.

The total quantity of materials available from all material sources provided for a specific project should be 10 to 20 percent in excess of the project needs.

A material source investigation should provide the following minimum information:

- Expected quality of processed materials and procedures necessary to obtain that quality.

- The boundary limits of proven materials and limits of previously used areas.

- Specific areas and elevation of nonusable materials.

- Previous uses of material from the source.

- Recommendations on uses and limitations for processed materials.

- Listing of potential development, processing, and handling problems that may occur during construction.

| Particle Size Limits of Soil Constituents[1] | | Cohesive Soils | | | Granular Soils | | Rock Hardness[4] | | Rock Quality[3] | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sieve Size | Consistency | Field Identification | Resistance[3] By SPT | Relative Density | Resistance[3] By SPT | Hardness | Field Identification | Structural Quality | RQD[5] |
| **Boulder (BLDR)** | 305mm + | **Very Soft (SI)** | Easily penetrated 100 to 150 mm by fist | 0-1 | **Very Loose** | 0-4 | **Very Soft (R1)** | Crumbles under firm blows with point of geological pick. Can be peeled by a pocket knife. | **Very Poor** | 0-25% |
| **Cobble (COBB)** | 75-305mm | **Soft (S2)** | Easily penetrated 50 to 75 mm by thumb | 2-4 | **Loose** | 5-10 | **Soft (R2)** | Can be peeled by a pocket knife with difficulty, shallow indentations made by firm blow of geological pick. | **Poor** | 25-50% |
| **Gravel (GR)** | 2-75mm | **Firm (S3)** | Can be penetrated 50 to 75 mm by thumb with moderate effort | 5-8 | **Medium Dense** | 11-24 | **Medium Hard (R3)** | Cannot be scraped or peeled with a pocket knife, specimen can be fractured with single firm blow of hammer end of geological pick. | **Fair** | 50-75% |
| **Sand (SA)** | 0.075-2mm | **Stiff (S4)** | Readily indented by thumb but penetrated only with great effort | 9-15 | **Dense** | 25-50 | **Hard (R4)** | Specimen required more than one blow with hammer end of geological pick to fracture it. | **Good** | 75-90% |
| **Silt (SI)** | Smaller than 0.075mm (nonplastic) | **Very Stiff (S5)** | Readily indented by thumbnail | 16-30 | **Very Dense** | 50 + | **Very Hard (R5)** | Specimen required many blows of hammer end of geological pick to fracture it. | **Excellent** | 90-100% |
| **Clay (CL)** | Smaller than 0.075mm (plastic) | **Hard (S6)** | Indented with difficulty by thumbnail | 31 + | | | **Extremely Hard (R6)** | Specimen can only be chipped with geological pick | | |

**Notes:** [1]**ASTM D653**
[2]**ASTM D2113**
[3]**Standard penetration test, AASHTO T-206 No. of blows 0.3m, N corrected for overburden pressure (N[1])**
[4]**Douglass Piteau, 1977**
[5]**Rock quality designation, percent of core run 100mm or greater in length**

**EXHIBIT 6.5 Field Classifications for Soil and Rock**