**EXHIBIT 40**


Exhibit 40
Date:
Rider & Associates
800-869-0864