# DEFENDANT'S DEPOSITION EXHIBIT 8

 Contract File

# CONTRACT

Contract No. DTFH70-01-C-00011

**Solicitation No. DTFH70-00-B-00027**

**WA PFH 158-1(2)**
**Flowery Trail Road**

**M.A. DeAtley Construction, Inc.**
**P O Box 490**
**Clarkston WA 99403**

**Awarded:** FEB -9 2001

**Schedule Awarded: A**

## QUICK INDEX


| Page | Item |
|---|---|
| A-1 | Notice to Bidders |
| A-3 | SF 1442, Solicitation, Offer and Award |
| A-7 | Bid Schedule |
| C-1 | Contract Clauses |
| D-1 | Davis-Bacon Wage Rates |
| E-1 | Special Contract Revisions |
| H-1 | Permits |
| I-1 | Storm Water Pollution Prev Plan |
| J-1 | Fire Prevention Plan |


**Solicitation, Offer & Award, Bid Schedule, Contract Clauses, Minimum Wage Schedule, Special Contract Requirements, and Plans**

This solicitation cites
***Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects, FP-96***

**ISSUING OFFICE:**


**U.S. DEPARTMENT OF TRANSPORTATION**
**FEDERAL HIGHWAY ADMINISTRATION**
**610 EAST FIFTH STREET**
**VANCOUVER, WA 98661-3893**
**Phone: (360) 696-7520 – FAX: (360) 696-7932**
**WebPage : www.wfl.fha.dot.gov/edi/**
**E-mail : contracts@wfl.fha.dot.gov**


8

# Section 105.— CONTROL OF MATERIAL

**105.02 Local Material Sources.** Delete the last sentence of the first paragraph and substitute the following:

Unless a source is listed as mandatory, the decision to use an identified source is solely that of the Contractor.

**(a) Government-provided sources.** Add the following:

Government-provided sources for this project are identified as follows:

**(1) Government-provided optional sources.**

Material for use in the production of select borrow may be obtained from Material Source No. 45-26-002, Gletty Pit. Gletty Pit is a gravel pit located on National Forest land in Section 1 and 12, T32N, R42E, WM as shown on the plans.

If the Contractor elects to obtain material from the Gletty Pit the following applies:

(a) Complete material source development and reclamation according to Section 695 and as shown in the plans.

(b) Provide a physical barrier to prevent access to Gletty Pit during winter shutdown and following completion of the project.

Material for use in the production of aggregates under Sections 309 and 401 may be obtained from the future rock cut between Stations 11+760 and 11+880 (Rock Quarry Source). This source is located on National Forest land in Section 3, T 32 N, R 41 E, WM, approximately 4.8 kilometers west of the 49 Degree North ski area parking lot, as shown on the plans.

If the contractor elects to obtain material from the Rock Quarry Source, the following applies

(a) Fracture rock and construct stable final rock cut faces to the cross sections shown using controlled blasting and production blasting techniques in accordance with section 205 and as shown in the plans.

(b) Develop source, construct temporary travel lanes, and maintain haul road in accordance with Section 695. Hauling on the existing Flowery Trail Road outside of the construction limits is limited to legal loads.

(c) Use of source and all related work is limited to between June 1, 2002 and September 30, 2002.

There is no charge for material taken from Gletty Pit or the Rock Quarry Source.

**105.03 Material Source Management.** Delete the text of the first paragraph and substitute the following:

For material sources list in Subsection 105.02 (a) (1), manage the sources according to the requirements of Section 695. For all other material sources, notify the CO 14 days before starting pit operations. Develop and operate within a material source according to the accepted plan of operation or written agreement for developing the source.

**105.04 Storing and Handling Material.** Add the following:

It is anticipated that stage construction will be required and that multiple sites within the construction limits will be required to stockpile aggregate.

The Contractor may use the Gletty Pit and the main parking lot for the 49° North Ski Area for a staging area; for storage of materials, such as culverts, geotextile fabric, temporary traffic control devices; and for equipment parking. These areas may also be used for the stockpiling of aggregates.

If the contractor elects to use these staging areas the following applies:

**(a)** Complete and submit for approval, a plan for the use these areas.

**(b)** Provide access to Ski Area at all times.

**(c)** Remove all materials from the Ski Area parking lot prior to winter shutdown.

**(d)** Prior to winter shutdown and completion of the project, grade and compact the Ski Area parking lot in a condition acceptable to the CO to provide parking. Do not leave aggregate in the parking lot that will be driven over or parked on during the winter.

**105.05 Use of Material Found in the Work.** Add the following after the first paragraph:

Rock material located between Stations 17+940 and 18+900 has been found to meet the quality requirements for select borrow, riprap, boulders, and select topping.

Rock material located between stations 18+700 and 18+900 has been found to meet the quality requirements for aggregates under Sections 301 and 309.

# Section 108.— PROSECUTION AND PROGRESS

**108.01 Commencement, Prosecution, and Completion of Work.** Amend as follows:

Delete the first sentence of the second paragraph and substitute the following:

A preconstruction conference will be held after the contract is awarded and before beginning work.

Delete the third paragraph and substitute the following:

Submit notification at least 24 hours in advance of resuming work after suspensions.

Furnish notification at least 48 hours in advance to beginning the start-up phase in Section 153.

Add the following:

Furnish notification at least 14 days in advance of any change to the current work shift schedule.

Perform work under this contract according to the following:

**(a)** Schedule construction activities to ensure that placement of the aggregate base course can be completed before the end of the 2001 construction season.

**(b)** Do not perform construction operations between 6 p.m. Friday and 6 a.m. the following Tuesday of the Memorial Day and Labor Day weekends.

**(c)** Accommodate traffic as provided in Subsection 156.03.

**(d)** Limit construction operations as provided in Subsection 156.06.

**(e)** Limit work as provided in Subsection 204.04A.

**(f)** Limit all instream work and ground disturbance within 15 meters of live streams as provided in Subsection 107.10.

**(g)** Suspend work for the winter from November 1 of any year through April 15 of the succeeding year, both dates inclusive.

**(h)** Construct riprap lined ditches concurrent with roadway construction according to Subsection 251.06A.

**(i)** Install energy dissipators within 5 days of culvert installation as provided for in Subsection 251.06B.

**(j)** Maintain cattle guard and fence to keep cattle within their grazing allotment as provided in Subsection 619.03.

**(k)** Limit Emulsified Asphalt Treated Base placement as provided in Subsection 309.03.

**(l)** Limit operations in the rock cut from 11+760 to 11+880 to the calendar year 2002. Do not perform operations that will interfere with traffic between the rock cut and the ski area during the ski area's operating season in the winter.

**108.02 Subcontracting.** Delete the first sentence of the fourth paragraph and substitute the following:

FAR Clause 52.219-8 - Utilization of Small Business Concerns and 52.232-27 - Prompt Payment for Construction Contracts, the subcontracts includes both on-site and off-site work and supply contracts.

**108.04 Failure to Complete Work on Time.** Delete the text and table of this Subsection and substitute the following:

FAR Clause 52.211-12 - Liquidated Damages -- Construction is supplemented as follows.

Liquidated damages in the amount specified in Table 108-1 will be assessed for each calendar day beyond the time specified in the contract until substantial completion of the work.

Liquidated damages will not be assessed for the following:

**(a)** The day of the final inspection.

**(b)** Days required to perform work added to the contract after substantial completion including items identified during the final inspection that were not required before that time.

**(c)** Delays by the Government after all work is complete and before a formal acceptance is executed.

**(d)** Periods of time when all work is complete but acceptance is delayed pending the plant establishment period or similar warranty period.

**(e)** During winter shutdown periods ordered by the CO.

**Table 108-1**
**Charge for Liquidated Damages for Each Calendar Day Work is Not Substantially Completed**

| Original Contract Price | | Daily Charge |
|---|---|---|
| From More Than -- | To and Including -- | |
| $ 0 | $ 250,000 | $ 300 |
| 250,000 | 1,000,000 | 500 |
| 1,000,000 | 2,000,000 | 800 |
| 2,000,000 | 5,000,000 | 1,000 |
| 5,000,000 | 10,000,000 | 1,400 |
| 10,000,000 | and more | 2,100 |

# Section 109.— MEASUREMENT AND PAYMENT

**109.01 Measurement Methods.** Amend as follows:

Delete the text of the first sentence and substitute the following:

Submit all measurement of work according to the International System of Units (SI), IEEE/ASTM SI 10.

Add the following after the third paragraph:

Submit measurement notes to the CO within 24 hours of performing the work. Measurement notes form the basis of the Government's receiving report (see Subsection 109.08(d)). For lump sum items, submit documentation to support invoiced progress payment on a monthly basis.

Use an acceptable format for measurement records. As a minimum, include the following information in all records of measurement:

(a) Project name and number
(b) Contract item number
(c) Date the work was performed
(d) Location of the work
(e) Measured quantity
(f) Calculations made to arrive at the quantity
(g) Supporting sketch and/or details as needed to clearly define the work performed and the quantity measured
(h) Names of persons measuring the work

The Government may check contractor measurements to verify pay quantities and validity of contractor measurement methods.

**109.03 Weighing Procedures and Devices.**

(c) **Project weighing system.** Delete the text of the first paragraph and substitute the following:

Furnish, erect, and maintain acceptable automatic digital scales. For small quantities, manual scales may be used if approved in writing by the CO and if the method of weighing meets all other contract requirements. Provide scales that record mass at least to the nearest 50 kilograms. Maintain the scale accuracy to within 0.5% of the correct mass throughout the range of use.

# Section 703.— AGGREGATE

**703.05 Subbase, Base, and Surface Course Aggregate.** Amend as follows:

Delete paragraph **(a) General** and substitute the following:

**(a) General.** Aggregate shall consist of hard, durable particles or fragments of crushed stone, crushed slag, or crushed gravel hard durable particles or fragments of crushed stone meeting the appropriate gradation of Table 703-2A. and conforming to the following:

| | | |
|---|---|---|
| **(1)** | Los Angeles abrasion, AASHTO T 96 | 35% max. |
| **(2)** | Sodium sulfate soundness loss (5 cycles), AASHTO T 104 (coarse and fine) | 12% max. |
| **(3)** | Durability Index, AASHTO T 210 (coarse and fine) | 35 min. |
| **(4)** | Dimethyl Sulfoxide (DMSO), WFLHD Test for Accelerated Weathering of Aggregate by use of Dimethyl Sulfoxide | 12% max. |

Furnish a material that is free from organic matter and lumps or balls of clay. Do not use material that breaks up when alternately frozen and thawed or wetted and dried.

Obtain the aggregate gradation by crushing, screening, and blending processes as necessary. Fine aggregate, material passing the 75 $\mu$m sieve, shall consist of natural or crushed sand and fine mineral particles.

Delete paragraph **(b) Subbase or base aggregate** and substitute the following:

**(b) Subbase or base aggregate.** In addition to **(a)** above, furnish subbase or base aggregate which conforms to the following:

| | | |
|---|---|---|
| **(1)** | Fractured faces, ASTM D 5821 | 50% min. |
| **(2)** | SE/$P_{75}$ Index (SEP) | 1.000 min. |

Delete Table 703-2 and substitute the following:

**Table 703 - 2A**
**Target Value Ranges for Subbase and Base Gradation**

| Sieve Size | Percent by Mass Passing Designated Sieve (AASHTO T 27 and T 11) | | | | |
|---|---|---|---|---|---|
| | Grading Designation | | | | |
| | A (Subbase) | B (Subbase) | C (Base) | D (Base) | E (Base) |
| 63 mm | 100[1] | | | | |
| 50 mm | 97 - 100[1] | 100[1] | 100[1] | | |
| 37.5 mm | | 97 - 100[1] | 97 - 100[1] | 100[1] | |
| 25 mm | 65 - 79 (6) | | | 97 - 100[1] | 100[1] |
| 19 mm | | | 67 - 81 (6) | | 97 - 100[1] |
| 12.5 mm | 45 - 59 (7) | | | | |
| 9.5 mm | | | | 56 - 70 (7) | 67 - 79 (6) |
| 4.75 mm | 28 - 42 (6) | 40 - 60 (8) | 33 - 47 (6) | 39 - 53 (6) | 47 - 59 (7) |
| 425 µm | 9 - 17 (4) | | 10 - 19 (4) | 12 - 21 (4) | 12 - 21 (4) |
| 75 µm | 10 max [1] | 10 max [1] | 10 max [1] | 10 max [1] | 10 max [1] |

(1) Statistical procedures do not apply.
( ) Allowable deviations (±) from the target values.

Delete paragraph **(c) Surface course aggregate** and substitute the following:

**(c) Surface course aggregate.** In addition to **(a)** above, furnish surface course aggregate which conforms to the following:

**(1)** Fractured faces, ASTM D 5821 — 50% min.

**(2)** Liquid limit, AASHTO T 89 — 35 max.

**(3)** Plasticity index, AASHTO T 90 — 7 to 13

Do not furnish material that contains asbestos fibers.

Delete Table 703-3 and substitute the following:

**Table 703 - 3A**
**Target Value Ranges for Surface Course Gradation**

| Sieve Size | Percent by Mass Passing Designated Sieve (AASHTO T 27 and T 11) |
|---|---|
| | Grading H |
| 25 mm | 100 |
| 12.5 mm | 70 - 80 (5) |
| 4.75 mm | 35 - 50 (7) |
| 2.00 mm | 25 - 40 (6) |
| 425 µm | 15 - 25 (5) |
| 75 µm | 8 - 14 (4) |

Note: Stastical aceptance procedures do not apply to sieve siezes that require 100% passing. Allowable deviations (±) from the target values are shoen in ().

**703.07 Hot Asphalt Concrete Pavement Aggregate.** Delete the text under this Subsection and substitute the following:

Aggregate for hot asphalt concrete pavement consists of hard, durable particles or fragments of crushed stone, crushed slag, or crushed gravel.

Size and grade the aggregate to conform to the target values established in Table 703-4A. All the aggregate shall pass a sieve with 25 mm square openings as determined by AASHTO T 27 and T 11.

Furnish a blend that is reasonably free from organic or other deleterious material and does not contain more than 1.0 percent of clay lumps and friable particles when tested according to AASHTO T 112.

**(a) Coarse aggregate.** Coarse aggregate (aggregate retained on the 4.75 mm Sieve) consists of crushed stone, crushed slag, or crushed gravel that conforms to the following:

(1) Los Angeles abrasion, AASHTO T 96 — 35% max.

(2) Sodium sulfate soundness loss (5 cycles), AASHTO T 104 — 12% max.

(3) Fractured faces, ASTM D 5821 — 90% min.

(4) Durability index (coarse), AASHTO T 210 — 35 min.

(5) Accelerated weathering of aggregate by use of Dimethyl Sulfoxide (DMSO), WFLHD Standard Test Method — 12% max. loss

**(b) Fine aggregate**. Fine aggregate (aggregate passing a 4.75 mm Sieve) consists of natural sand, stone screenings, slag screenings, or a combination thereof conforming to AASHTO M 29 including the sodium sulfate soundness test and the following.

| | | |
|---|---|---|
| (1) | Durability index (fine), AASHTO T 210 | 35 min. |
| (2) | Sand equivalent value, AASHTO T 176, Alternate Method No. 2, Referee Method | 45 min. |

**Table 703 - 4A**
**Aggregate Gradation**
**Target Values and Allowable Deviations for**
**Hot Asphalt Concrete Pavement**

| Sieve Size | Target Values | Allowable Deviation** (percent) |
|---|---|---|
| 25 mm | 100 | *** |
| 19 mm | 97 - 100 | *** |
| 12.5 mm | 80 - 85 | 5 |
| 9.5 mm | 69 - 76 | 6 |
| 4.75 mm | 46 - 56 | 7 |
| 2.36 mm | 28 - 34 | 5 |
| 425 μm | 11 - 14 | 3 |
| 75 μm | 4.5 - 6.5 | 2 |

* Establish target values (TV) as part of the job-mix formula. Establish aggregate gradation target values (Percent by Mass Passing U.S. Standard Sieves - AASHTO T 27 and T 11) to the nearest 0.1 percent.

** Allowable deviations plus or minus from established target values.
*** Statistical acceptance procedures not applicable.