**DEFENDANT'S DEPOSITION EXHIBIT 9**

# STANDARD SPECIFICATIONS FOR CONSTRUCTION OF ROADS AND BRIDGES ON FEDERAL HIGHWAY PROJECTS

## FP-96

## 1996

U.S. Department
of Transportation
**Federal Highway Administration**

**Federal Lands Highways**
*"Commitment to Excellence"*

9