# Section 106.) ACCEPTANCE OF WORK

**106.01 Conformity with Contract Requirements.** FAR Clause 52.246-12 - Inspection of Construction is supplemented as follows.

References to standard test methods of AASHTO, ASTM, GSA, and other recognized standards authorities refer to the methods in effect on the date of solicitation for bids.

Perform work according to the contract requirements. Perform all work to the lines, grades, cross-sections, dimensions, and processes or material requirements shown on the plans or specified in the contract.

Plan dimensions and contract specification values are the values to be strived for and complied with as the design values from which any deviations are allowed. Perform work and provide material that is uniform in character and reasonably close to the prescribed value or within the specified tolerance range. The purpose of a tolerance range is to accommodate occasional minor variations from the median zone that are unavoidable for practical reasons.

The Government may inspect, sample, or test all work at any time before final acceptance of the project. When the Government tests work, copies of test reports are furnished to the Contractor upon request. Government tests may or may not be performed at the work site. If Contractor testing is verified by Government testing, the Contractor's results may be used by the Government to evaluate work for acceptance. Do not rely on the availability of Government test results for process control.

Acceptable work conforming to the contract will be paid for at the contract unit bid price. Four methods of determining conformity and accepting work are described in Subsections 106.02 to 106.05 inclusive. The primary method of acceptance is specified in each Section of work. However, work may be rejected at any time it is found by any of the methods not to comply with the contract.

Remove and replace work that does not conform to the contract, or to prevailing industry standards where no specific contract requirements are noted at no cost to the Government.

As an alternative to removal and replacement, the Contractor may submit a written request to:

(a) Have the work accepted at a reduced price, or
(b) Be given permission to perform corrective measures to bring the work into conformity.

The request shall contain supporting rationale and documentation. Include references or data justifying the proposal based on an evaluation of test results, effect on service life, value of material or work, quality, and other tangible engineering basis. The CO will determine disposition of the nonconforming work.

When standard manufactured items are specified (such as fence, wire, plates, rolled shapes, pipe conduits, etc., that are identified by gauge, unit mass, section dimensions, etc.), the identification will be considered to be nominal masses or dimensions. Unless specific contract tolerances are noted, established manufacturing tolerances will be accepted.

**106.02 Visual Inspection.** Acceptance is based on visual inspection of the work for compliance with the contract and prevailing industry standards.

**106.03 Certification.** For material manufactured off-site, use a manufacturer with an ISO 9000 certification or an effective testing and inspection system. Require the manufacturer to clearly mark the material or packaging with a unique product identification or specification standard to which it is produced.

Material accepted by certification may be sampled and tested at any time. If found not in conformance with the contract, the material will be rejected whether in place or not.

One of the following certifications may be required:

**(a) Production certification.** Material requiring a production certification is identified in the Acceptance Subsection of each Section. Require the manufacturer to furnish a production certification for each shipment of material. Include the following with each production certification:

(1) Date and place of manufacture

(2) Test results on material from the same lot and documentation of the

inspection and testing system

(3)Lot number or other means of cross-referencing to the manufacturer's inspection and testing system

(4)Manufacturer's statement that the material complies with all contract requirements

(5) Manufacturer's signature or other means of demonstrating accountability for the certification

**(b) Commercial certification.** When a certification is required, but not a production certification, furnish one commercial certification for all similar material from the same manufacturer.

A commercial certification is a manufacturer's or Contractor's representation that the material complies with all contract requirements. The representation may be labels, catalog data, stamped specification standards, or supplier's certifications indicating the material is produced to a commercial standard or specification.

**106.04 Measured or Tested Conformance.** Provide all necessary production and processing of the work and control performance of the work so that all of the work complies with the contract requirements.

Results from inspection or testing shall have values within the specified tolerances or specification limits. When no tolerance values are identified in the contract, the work will be accepted based on customary manufacturing and construction tolerances.

**106.05 Statistical Evaluation of Work and Determination of Pay Factor (Value of Work).** Statistical evaluation of work is a method of analyzing inspection or test results to determine conformity with the contract requirements. The work will be accepted as follows:

**(a) General.** For work evaluated based on statistical evaluation, both the Government and Contractor assume some risk.

The Government's risk is the probability that work of a rejectable quality level is accepted. The Contractor's risk is the probability that work produced at an acceptable quality level (AQL) is rejected or accepted at a reduced contract price.

Acceptable quality level is the highest percentage of work outside the specification limits that is considered acceptable for payment at contract price. There are 2 categories. Category I is based on an AQL of 5 percent. Category II is based on an AQL of 10 percent. In both cases, the Contractor's risk is 5 percent.

As an incentive to produce uniform quality work and to offset the Contractor's risk, a final payment greater than the contract price may be obtained under certain conditions.

The quality characteristics to be evaluated, lot size, sampling frequency, sampling location, test methods, specification limits, and category are as follows:

**(1) Quality characteristics.** The quality characteristics to be evaluated are listed in the Acceptance Subsection of each Section.

**(2) Lot size.** A lot is a discrete quantity of work to which the statistical evaluation procedure is applied. A lot normally represents the total quantity of work produced. More than one lot may occur if changes in the target values, material sources, or job-mix formula are requested in writing and approved or adjustments are required as provided under (b).

**(3) Sampling frequency.** The frequency of sampling is listed in the Acceptance Subsection of each Section. The frequency rate shown normally results in a minimum of 5 samples, which is the minimum number required to perform a statistical evaluation. The maximum obtainable pay factor with 5 samples is 1.01. A minimum of 8 samples are required to obtain a 1.05 pay factor.