If the sampling frequencies and quantity of work would otherwise result in fewer than 8 samples, a written request is required to increase the sampling frequency to provide for a minimum of 8 samples. Provide the request to increase the sampling frequency at least 48 hours before beginning production. An increase in the sampling frequency may result in a reduced pay factor.

**(4) Sampling location.** The point of sampling is listed in the Acceptance Subsection of each Section. The exact location of sampling will be specified by the CO based on random numbers.

**(5) Test methods.** The test methods used to test the sample are listed in the Acceptance Subsection of each Section.

**(6) Specification limits.** The specification limits for the quality characteristics are listed in the contract provisions for the work in question.

**(7) Category.** The category for the quality characteristics to be analyzed are listed in the Acceptance Subsection of each Section.

**(b) Acceptance.** The work in the lot will be paid for at a final pay factor when all inspection or test results are completed and evaluated.

Before determining the final pay factor, the work may be incorporated into the project provided the current pay factor does not fall below 0.90. If a lot is concluded with fewer than 5 samples, the material will be evaluated under Subsection 106.04.

If the current pay factor of a lot falls below 0.90, terminate production. Production may resume after the Contractor takes effective and acceptable actions to improve the quality of the production. If it is determined that the resumption of production involves a significant change to the production process, the current lot will be terminated and a new lot begun.

A lot containing an unsatisfactory percentage of nonspecification material (less than 1.00 pay factor) is accepted provided the lowest single pay factor has not fallen into the reject portion of Table 106-2.

A lot containing an unsatisfactory percentage of nonspecification material with the lowest single pay factor falling into the reject portion of Table 106-2 is rejected. Remove all rejected material from the work.

When approved, it is permissible to voluntarily remove defective material and replace it with new material to avoid or minimize a pay factor of less than 1.00. New material will be sampled, tested, and evaluated according to this Subsection.

Any quantity of material that is determined to be defective may be rejected based on visual inspection or test results. Do not incorporate rejected material in the work. The results of tests run on rejected material will be excluded from the lot.

**(c) Statistical evaluation.** The Variability-Unknown/Standard Deviation Method will be used to determine the estimated percentage of the lot that is outside specification limits.

The number of significant figures used in the calculations will be according to AASHTO R 11, absolute method.

The estimated percentage of work that is outside of the specification limits for each quality characteristic will be determined as follows:

(1) Calculate the arithmetic mean $(\bar{X})$ of the test values: $\bar{X} = \frac{\Sigma x}{n}$

Where: $\Sigma$ = summation of
$x$ = individual test value
$n$ = total number of test values

(2) Calculate the standard deviation ($s$):

$$s = \sqrt{\frac{n\Sigma(x^2) - (\Sigma x)^2}{n(n-1)}}$$

Where: $\Sigma(x^2)$ = summation of the squares of individual test values

$(\Sigma x)^2$ = summation of the individual test values squared

**(3)** Calculate the upper quality index ($Q_U$): $$Q_U = \frac{USL - \bar{X}}{s}$$

Where: $USL$ = upper specification limit

**Note:** The $USL$ is equal to the contract specification limit or the target value plus the allowable deviation.

**(4)** Calculate the lower quality index ($Q_L$): $$Q_L = \frac{\bar{X} - LSL}{s}$$

Where: $LSL$ = lower specification limit

**Note:** The $LSL$ is equal to the contract specification limit or the target value minus the allowable deviation.

**(5)** From Table 106-1, determine $P_U$ (the estimated percentage of work outside the $USL$). $P_U$ corresponds to a given $Q_U$. If a $USL$ is not specified, $P_U$ is 0.

**(6)** From Table 106-1, determine $P_L$ (the estimated percentage of work within the lot outside the $LSL$). $P_L$ corresponds to a given $Q_L$. If an $LSL$ is not specified, $P_L$ is 0.

**(7)**Calculate the total estimated percentage of work outside the $USL$ and $LSL$ (percent defective):

$$P_U + P_L$$

**(8)** Repeat steps 1 through 7 for each quality characteristic listed for statistical evaluation.

**(d) Pay factor determination (value of the work).** The pay factor for a lot will be determined as follows:

**(1)** From Table 106-2, determine the pay factor for each quality characteristic using the total number of test values and the total estimated percentage outside the specification limits from step (c)(7).

**(2)** When all quality characteristics for a lot are category I, the lot pay factor is based on the lowest single pay factor for any category I quality characteristic. The maximum obtainable pay factor is 1.05 (with a minimum of 8 test values).

**(3)** When quality characteristics for a lot are both category I and II, the lot pay factor is based on the following:

*(a)* When all category II quality characteristics are 1.00, the lot payment is based on the lowest single pay factor for all category I characteristics. The maximum obtainable pay factor is 1.05 (with a minimum of 8 test values).

*(b)* When any category II quality characteristic is less than 1.00, the lot payment is based on the lowest single pay factor for any quality characteristic.

**(4)** When all quality characteristics for a lot are category II, the lot pay factor is based on the lowest single pay factor for any category II quality characteristic. The maximum obtainable pay factor is 1.00.

**(5)** Adjusted payment for material in a lot will be made at a price determined by multiplying the contract unit bid price by the lot pay factor as determined above.

**106.06 Inspection at the Plant.** Work may be inspected at the point of production or fabrication. Manufacturing plants may be inspected for compliance with specified manufacturing methods. Material samples may be obtained for laboratory testing for compliance with quality requirements. Allow full entry at all times to the parts of the plant producing the work.

**106.07 Partial and Final Acceptance.** Maintain the work during construction and until the project is accepted. FAR Clause 52.236-11 - Use and Possession Prior to Completion is supplemented as follows:

**(a) Partial acceptance.** When a separate portion of the project is completed, a final inspection of that portion may be requested. If the portion is complete and in compliance with the contract, it will be accepted, and the Contractor will be relieved of further responsibility for maintenance of the completed portion. Partial acceptance does not void or alter any of the terms of the contract.