When public traffic is accommodated through construction and begins using sections of roadway as they are completed, continue maintenance of such sections until final acceptance.

**(b) Final acceptance.** When notified that the entire project is complete, an inspection will be scheduled. If all work is determined complete, the inspection will constitute the final inspection, and the Contractor will be notified in writing of final acceptance as of the date of the final inspection. Final acceptance relieves the Contractor of further responsibility for the maintenance of the project.

If the inspection discloses any unsatisfactory work, the Contractor will receive a list of the work that is incomplete or requires correction. Immediately complete or correct the work. Furnish notification when the work has been completed as provided above.

# Section 301.) UNTREATED AGGREGATE COURSES

## Description

**301.01** This work consists of constructing one or more courses of aggregate on a prepared surface.

Subbase and base aggregate grading is designated as shown in Table 703-2.

## Material

**301.02** Conform to the following Subsections:

| | |
|---|---|
| Aggregate | 703.05 |
| Water | 725.01 |

## Construction Requirements

**301.03 General.** Prepare the surface on which the aggregate course is placed according to Section 204 or 303 as applicable.

After a representative quantity of aggregate is produced, submit proposed target values for the appropriate sieve sizes along with a representative 150-kilogram sample at least 14 days before incorporating the aggregate into the work.

Set target values within the gradation ranges shown in Table 703-2 or 703-3 for the required grading.

**301.04 Mixing and Spreading.** Determine the optimum moisture content according to AASHTO T 180 method D. Mix the aggregate and adjust the moisture content to obtain a uniform mixture with a moisture content within 2 percent of the optimum moisture content. Spread and shape the mixture on the prepared surface in a uniform layer.

Do not place the mixture in a layer exceeding 150 millimeters in compacted thickness. When more than one layer is necessary, compact each layer according to Subsection 301.05 before placing the next layer. Route hauling equipment uniformly over the full width of the surface to minimize rutting or uneven compaction.

**301.05 Compacting.** Determine the maximum density of the mixture according to AASHTO T 180 method D.

Compact each layer full width. Roll from the sides to the center, parallel to the centerline of the road. Along curbs, headers, walls, and all places not accessible to the roller, compact the material with approved tampers or compactors.

Compact each layer to at least 95 percent of maximum density. Determine the inplace density and moisture content according to AASHTO T 238 and AASHTO T 239 or other approved test procedures.

**301.06 Surface Tolerance.** If grade finishing stakes are required, finish the surface to within ±10 millimeters from staked line and grade elevation.

If grade finishing stakes are not required, shape the surface to the required template and check the surface with a 3-meter straightedge. Defective areas are surface deviations in excess of 15 millimeters in 3 meters between any two contacts of the straightedge with the surface.

Correct all defective areas by loosening the material, adding or removing material, reshaping, and compacting.

**301.07 Maintenance.** Maintain the aggregate course to the correct line, grade, and cross-section by blading, watering, rolling, or any combination thereof until placement of the next course. Correct all defects according to Subsection 301.06.

**301.08 Acceptance.** Aggregate gradation and surface course plasticity index will be evaluated under Subsection 106.05. Other aggregate quality properties will be evaluated under Subsections 106.02 and 106.04. See Table 301-1 for minimum sampling and testing requirements.

**(a) Aggregate gradation.** The upper and lower specification limits are the approved target values plus or minus the allowable deviations shown in Tables 703-2 and 703-3. See Table 301-1 for the acceptance quality characteristic categories.

**(b) Plasticity index.** The upper and lower specification limits for surface courses are shown in Table 703-3. See Table 301-1 for the acceptance quality characteristic category.

Construction of untreated aggregate courses will be evaluated under Subsections 106.02 and 106.04. See Table 301-1 for minimum sampling and testing requirements.

Preparation of the surface on which the aggregate course is placed will be evaluated under Section 204 or 303 as applicable.

## Measurement

**301.09** Measure aggregate by the metric ton, by the square meter, or by the cubic meter in the hauling vehicle. Measure square meter width horizontally to include the top of aggregate width and allowable curve widening. Measure the square meter length horizontally along the centerline of the roadway.

## Payment

**301.10** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement adjusted according to Subsection 106.05 for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 30101 | Aggregate base grading ___ | Metric ton |
| 30102 | Aggregate base grading ___, ___ millimeter depth | Square meter |
| 30103 | Aggregate base grading ___ | Cubic meter |
| 30104 | Subbase grading ___ | Metric ton |
| 30105 | Subbase grading ___, ___ millimeter depth | Square meter |
| 30106 | Subbase grading ___ | Cubic meter |
| 30107 | Aggregate surface course | Metric ton |
| 30108 | Aggregate surface course, ___ millimeter depth | Square meter |
| 30109 | Aggregate surface course | Cubic meter |