# Section 703.) AGGREGATE

**703.01 Fine Aggregate for Portland Cement Concrete.** Furnish sand conforming to AASHTO M 6 class B including the reactive aggregate supplementary requirement, except as amended or supplemented by the following:

| | |
|---|---|
| **(a)** Material passing 75-$\mu$m sieve, AASHTO T 11 | 3.0% max. |
| **(b)** Sand equivalent value, AASHTO T 176 referee method | 75 min. |

For lightweight fine aggregate, conform to AASHTO M 195.

**703.02 Coarse Aggregate for Portland Cement Concrete.** Conform to AASHTO M 80 class A, except as amended or supplemented by the following:

| | |
|---|---|
| **(a)** Los Angeles abrasion, AASHTO T 96 | 40% max. |
| **(b)** Adherent coating, FLH T 512 | 1.0% max. |

For bridge decks or surface courses, do not use aggregates known to polish or carbonate aggregates containing less than 25 percent by mass of insoluble residue as determined by ASTM D 3042.

For lightweight coarse aggregate, conform to AASHTO M 195.

**703.03 Granular Backfill.** Furnish aggregate for the following installations.

**(a) Underdrain pipe with geotextile.** Furnish granular backfill conforming to AASHTO M 80 class E and AASHTO M 43 no. 3, 4, 5, 7, 57, or 67.

**(b) Underdrain pipe without geotextile.** Furnish granular backfill conforming to AASHTO M 6, except the soundness test is not required.

**703.04 Permeable Backfill.** Furnish either sand conforming to Subsection 703.15 or coarse aggregate consisting of sound, durable particles of gravel, slag, or crushed stone conforming to Table 703-1.

**Table 703 - 1**
**Permeable Backfill Gradation**

| Sieve Size | Percent by Mass Passing Standard Sieves (AASHTO T 11 and T 27) |
|---|---|
| 75 mm | 100 |
| 19.0 mm | 50 - 90 |
| 4.75 mm | 20 - 50 |
| 75 $\mu$m | 0.0 - 2.0 |

**703.05 Subbase, Base, and Surface Course Aggregate.**

**(a) General.** Furnish hard, durable particles or fragments of crushed stone, crushed slag, or crushed gravel conforming the following:

| | |
|---|---|
| **(1)** Los Angeles abrasion, AASHTO T 96 | 50% max. |
| **(2)** Sodium sulfate soundness loss (5 cycles), AASHTO T 104 | 12% max. |
| **(3)** Durability index (coarse), AASHTO T 210 | 35 min. |
| **(4)** Durability index (fine), AASHTO T 210 | 35 min. |
| **(5)** Fractured faces, FLH T 507 | 50% min. |
| **(6)** Free from organic matter and lumps or balls of clay | |

Do not use material that breaks up when alternately frozen and thawed or wetted and dried.

Obtain the aggregate gradation by crushing, screening, and blending processes as necessary. Fine aggregate, material passing the 4.75 millimeter sieve, shall consist of natural or crushed sand and fine mineral particles.

**(b) Subbase or base aggregate.** In addition to (a) above, conform to the following:

| | |
|---|---|
| **(1)** Gradation | Table 703-2 |
| **(2)** Liquid limit, AASHTO T 89 | 25 max. |

**Table 703 - 2**
**Target Value Ranges for Subbase and Base Gradation**

| Sieve Size | Percent by Mass Passing Designated Sieve (AASHTO T 27 and T 11) | | | | |
|---|---|---|---|---|---|
| | Grading Designation | | | | |
| | A (Subbase) | B (Subbase) | C (Base) | D (Base) | E (Base) |
| 63 mm | 100 | [1] | | | |
| 50 mm | 97 - 100 | [1]100[1] | 100[1] | | |
| 37.5 mm | | 97 - 100 | 97 - 100[1] | 100[1] | |
| 25 mm | 65 - 79 (6) | | | 97 - 100 | 100[1] |
| 19 mm | | | 67 - 81 (6) | | 97 - 100 |
| 12.5 mm | 45 - 59 (7) | | | | |
| 9.5 mm | | | | 56 - 70 (7) | 67 - 79 (6) |
| 4.75 mm | 28 - 42 (6) | 40 - 60 (8) | 33 - 47 (6) | 39 - 53 (6) | 47 - 59 (7) |
| 425 µm | 9 - 17 (4) | | 10 - 19 (4) | 12 - 21 (4) | 12 - 21 (4) |
| 75 µm | 4.0 - 8.0 (3) | 0.0 - 12.0 (4) | 4.0 - 8.0 (3) | 4.0 - 8.0 (3) | 4.0 - 8.0 (3) |

(1) Statistical procedures do not apply.
( ) Allowable deviations (±) from the target values.

**(c) Surface course aggregate.** In addition to (a) above, conform to the following:

(1) Gradation and plasticity index, AASHTO T 90 ____ Table 703-3
(2) Liquid limit, AASHTO T 89 35 max.

Do not furnish material that contains asbestos fibers.

**Table 703-3**
**Target Value Ranges for**
**Surface Course Gradation and Plasticity Index**

| Sieve Size | Percent by Mass Passing Designated Sieve (AASHTO T 27 and T 11) |
|---|---|
| 25 mm | 100(1) |
| 19 mm | 97 - 100(1) |
| 4.75 mm | 41 - 71 (7) |
| 425 µm | 12 - 28 (5) |
| 75 µm | 9 - 16 (4) |
| Plasticity index | 8 (4) |

(1) Statistical procedures do not apply.
( ) Allowable deviations (±) from the target values.

**703.06 Crushed Aggregate.** Furnish hard, durable particles or fragments of crushed stone or gravel conforming to the size and quality requirements for crushed aggregate material normally used locally in the construction and maintenance of highways by Federal or state agencies. Furnish crushed aggregate with a maximum size of 25 millimeters as determined by AASHTO T 27 and T 11. Furnish crushed aggregate uniformly graded from coarse to fine and free of organic matter, lumps or balls of clay, and other deleterious matter.