# In the United States Court of Federal Claims

No. 04-1052 C

(Filed: December 30, 2005)

****************************************
**M.A. DeATLEY CONSTRUCTION, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## ORDER

On December 23, 2005, Defendant attempted to file a Motion to Amend Its Answer to Assert Affirmative Defenses and Counterclaims; however, the motion failed to comply with Rules 5.2(a)(1)(A) and 10(a) (Plaintiff's name is incomplete) of the Rules of the Court of Federal Claims (RCFC).

On the same date, Plaintiff attempted to file a Motion for Leave to Amend Complaint and a Memorandum in Support of Motion for Leave to Amend Complaint; however, the Motion failed to comply with RCFC 10(a), and the Memorandum failed to comply with RCFC 10(a) and 7(b)(1) (memorandum shall be attached to motion).

On the same date, Plaintiff also attempted to file a Memorandum of Points and Authorities in Response to Defendant United States' Motion to Dismiss and Appendix. The Memorandum failed to comply with RCFC 7(b)(1), 5.2(a)(1)(A), 5.2(a)(1)(G); 5.2(b), and 10(a), and the Appendix failed to comply with RCFC 7(b)(1).

All of the documents have been stricken from the record. The Parties are ORDERED to refile the documents in corrected form on or before **January 9, 2006**.

s/ Edward J. Damich
Edward J. Damich
Chief Judge