IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DEATLEY CONSTRUCTION CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1052C |
| | ) | (Chief Judge Edward J. Damich ) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 6(b) of the Court of Federal Claims, the United States respectfully requests that the deadline for replying to plaintiff's opposition to the Government's motion to dismiss be extended by 14 days, to and including January 20, 2006. The current deadline for responding is January 6, 2006. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff has stated that he does not oppose the granting of our motion.

The United States requests this enlargement of time because additional time is needed to appropriately prepare a reply brief. Because we were served with plaintiff's opposition to our motion to dismiss on December 23, 2005, and because of the holidays and the fact that Government counsel has a Federal Circuit brief due on January 9, 2006, in Bonner v. DVA, 05-7190, and was unexpectedly required to spend three days the week of January 2, 2006, dealing with a pressing discovery issue in Armour of America v. United States, adequate time to draft a reply brief not available.

For the foregoing reasons, it is respectfully requested that our motion for an extension of time be granted.

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

January 6, 2006 Attorneys for Defendant