IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DeATLEY CONSTRUCTION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF TRANSPORTATION; UNITED STATES FEDERAL HIGHWAY ADMINISTRATION, WESTERN FEDERAL LANDS HIGHWAY DIVISION,<br><br>Defendant. | ) | Case No.: 041052C<br>(Judge Edward J. Damich)<br><br>**OBJECTION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff M.A. DeAtley Construction Co. ("M.A. DeAtley"), by and through its attorneys of record, Dunn & Black, P.S., hereby objects to the United States' Motion for an extension of time pursuant to RCFC 6(b).

On January 6, 2006, counsel for M.A. DeAtley received an email from Defendant's counsel stating that the United States intended to seek an 11-day extension of time to file a reply to M.A. DeAtley's Opposition to the United States' Motion to Dismiss. (**Exhibit A** to Affidavit of Nicholas D. Kovarik). Later that

day, M.A. DeAtley's counsel contacted the United States' counsel with regard to the Defendant's request. (Aff. of Kovarik). During that phone conversation, the United States' counsel stated that she requested an 11-day extension based upon the fact that our Response was received over the holidays, thus limiting time to prepare a response and more importantly, making it extremely difficult for Defendant's counsel to obtain information from its client. (Aff. of Kovarik). Based upon these representations, counsel for M.A. DeAtley agreed to give the United States an 11-day extension to file its Reply. (Aff. of Kovarik).

M.A. DeAtley does not object to giving the United States an 11-day extension to file its Motion to Dismiss for the purposes of obtaining information necessary from its client in order to reply to M.A. DeAtley's opposition. Therefore, M.A. DeAtley requests this Court to deny Defendant United States' Motion for an extension of time to the extent it seeks a 14-day extension and grant the United States' Motion giving them an 11-day extension of time as agreed upon between counsel.

DATED this 6th day of January, 2006.

s/ JOHN C. BLACK

JOHN C. BLACK
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

wpdocs\1742\1806\Obj.010606

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of January, 2006, a copy of the foregoing *Objection To Defendant's Motion For Extension Of Time To Reply To Plaintiff's Opposition To Defendant's Motion To Dismiss* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK