IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., Plaintiff, vs. UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF TRANSPORTATION; UNITED STATES FEDERAL HIGHWAY ADMINISTRATION, WESTERN FEDERAL LANDS HIGHWAY DIVISION, Defendant. | Case No.: 041052C (Judge Edward J. Damich) **AFFIDAVIT OF NICHOLAS D. KOVARIK** |

STATE OF WASHINGTON )
: ss
County of Spokane )

I, NICHOLAS D. KOVARIK, being first sworn upon oath, say as follows:

1. I am an associate attorney with the law firm of Dunn & Black, P.S., and have recently been assigned to assist Mr. Black on this matter. I am over 18, competent to testify to the matters contained herein, and make this Affidavit based upon personal knowledge.

2. On January 6, 2006, I received an email forwarded from John Black from Leslie Ohta, counsel for the Defendant, requesting an 11-day extension of time to file a Reply to M.A. DeAtley Construction Co.'s ("M.A. DeAtley") Opposition to the United States' Motion to Dismiss. Attached hereto as **Exhibit A** is a true and correct copy of that email.

3. Upon receipt of that email, I contacted counsel for the Defendant with regards to why the United States needed an extension of time.

4. During that telephone conversation, Ms. Ohta represented to me that M.A. DeAtley's Opposition was filed during the holidays, thus, limiting her opportunity to prepare a Reply. More importantly, she represented to me that she has also had difficulty getting in touch with her clients to obtain necessary information in preparing a Reply. Based upon this information, I agreed on behalf of M.A. DeAtley to grant Ms. Ohta's 11-day extension.

5. M.A. DeAtley does not object to an 11-day extension as agreed on by counsel.

[signature]

NICHOLAS D. KOVARIK

SUBSCRIBED AND SWORN to before me this 6th day of January, 2006.

OFFICIAL SEAL
MAUREEN E. O'BRIEN
NOTARY PUBLIC
STATE OF WASHINGTON
MY COMMISSION EXPIRES
SEPTEMBER 13, 2006

Maureen E O'Brien

Print Name: Maureen E O'Brien
Notary Public in and for the State of Washington, residing in Spokane.
My Commission expires: Sept 13/06

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of January, 2006, a copy of the foregoing *Affidavit of Nicholas D. Kovarik* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK

wpdocs\1742\1806\Aff.NDK.010606

**Nick Kovarik**

**From:** John Black [jblack@dunnandblack.com]
**Sent:** Friday, January 06, 2006 8:03 AM
**To:** 'Nick Kovarik'
**Subject:** FW: DeAtley, Motion for Ext.

What do you think.

Regards,
John C. Black
Dunn & Black, P.S.
(509) 455-8711 phone
(509) 455-8734 fax
jblack@dunnandblack.com
www.dunnandblack.com
The information contained in this email is confidential and protected by the attorney-client or attorney work product privilege. The privilege is not waived by virtue of sending this email. If you are not the intended recipient of this email, please reply to the sender that you received this message in error; then delete this email from your system. Thank you.

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Friday, January 06, 2006 5:33 AM
To: jblack@dunnandblack.com (Receipt Notification Requested) (IPM Return Requested)
Subject: DeAtley, Motion for Ext.

I intend to seek an 11-day extension of time to file a reply to your opposition to to our motion to dismiss.

Please indicate whether you will oppose the granting of this motion.

Thanks.

Leslie

1.



EXHIBIT
A