IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. A. DEATLEY CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1052C |
| | ) | (Chief Judge Edward J. Damich ) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

On January 6, 2006, defendant moved pursuant to Rule 6(b) of the Court of Federal Claims, to extend the deadline for replying to plaintiff's opposition to the Government's motion to dismiss by 14 days, to and including January 20, 2006. The deadline for filing our reply brief was January 6, 2006.

On January 6, 2006, plaintiff opposed our motion upon the grounds that the agreed upon extension was 11 days, not 14 days.

On January 6, 2006, counsel for defendant sent an e-mail to John Black, counsel of record for plaintiff, seeking to ascertain his position with respect to our motion for an 11-day extension of time to file our reply brief. The contemplated extension was until January 20, 2006, 11 days after what Government counsel believed was the January 9, 2006 deadline. Prior to Nicolas Kovarik calling counsel for Goverment upon behalf of Mr. Black, counsel for defendant realized that the due date was January 6, 2006, not January 9, 2006, thus while the extension sought was still until January 20, 2006, the number of days was 14, not 11. In speaking to Mr. Kovarik, Goverment counsel stated that the requested due date was January 20, 2006.

Plaintiff's opposition to our motion upon the ground that the inital request was for an 11-day extension, not a 14-day extension, is not well taken, particulary given that with respect to business days, only one day is in dispute. For the foregoing reasons, it is respectfully requested that our motion for an extension of time be granted.

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

January 9, 2006

Attorneys for Defendant