IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF TRANSPORTATION; UNITED STATES FEDERAL HIGHWAY ADMINISTRATION, WESTERN FEDERAL LANDS HIGHWAY DIVISION, <br><br> Defendant. | Case No.: 041052C <br> (Judge Edward J. Damich) <br><br> **PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

M.A. DeAtley Construction, Inc. ("M.A. DeAtley"), by and through its attorneys of record Dunn & Black, P.S., hereby moves this Court for an Order for leave to amend its Complaint. Specifically, M.A. DeAtley requests that this Court allow it to amend its Complaint to include facts that have been discovered during the discovery phase of this litigation and a more specific statement of jurisdiction. In addition, M.A. DeAtley requests leave to remove a cause of action for Unjust

Enrichment/Quantum Meruit and re-label its Failure to Mitigate Damages claim. A proposed Amended Complaint is attached hereto as **Exhibit A**.

This Motion is based upon RCFC 15(a), the Affidavit of John C. Black in Support of Motion for Leave to Amend Complaint, the Memorandum in Support of Motion for Leave to Amend Complaint, and the pleadings of record filed herein.

DATED this 9th day of January, 2006.

s/ JOHN C. BLACK
JOHN C. BLACK
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

wpdocs\1742\1806\Mot.Amend.121605

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of January, 2006, a copy of the foregoing *Plaintiff's Motion For Leave To Amend Complaint* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK