IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DeATLEY CONSTRUCTION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF TRANSPORTATION; UNITED STATES FEDERAL HIGHWAY ADMINISTRATION, WESTERN FEDERAL LANDS HIGHWAY DIVISION,<br><br>Defendant. | ) | Case No.: 041052C<br>(Judge Edward J. Damich)<br><br>**AFFIDAVIT OF JOHN C. BLACK IN SUPPORT OF: (1) MOTION FOR LEAVE TO AMEND COMPLAINT; AND (2) RESPONSE TO MOTION TO DISMISS** |

STATE OF WASHINGTON )
: ss
County of Spokane )

I, JOHN C. BLACK, being first sworn upon oath, say as follows:

1. I am an attorney with the firm of Dunn & Black, P.S., attorneys of record for Plaintiff in the above-captioned matter. I am over 18, have personal

knowledge of the information in this affidavit and am competent to testify to the matters contained herein.

2. Attached to the Motion is a proposed Amended Complaint. This proposed Amended Complaint details additional facts that have been discovered throughout the discovery phase of this litigation and provides a more specific statement of jurisdiction. Also, M.A. DeAtley has withdrawn its claim for Unjust Enrichment/Quantum Meruit, as the Court lacks jurisdiction over that claim. Moreover, the cause of action for failure to mitigate damages which was initially mislabeled has been properly re-labeled.

3. On July 22, 2004, M.A. DeAtley filed this instant action. After commencing this lawsuit, discovery was conducted. On December 16, 2005, fact discovery closed in this matter.

4. The proposed amendments will not prejudice the United States in any manner whatsoever. M.A. DeAtley is not adding any new causes of action. Therefore, there will be no need to extend any of the deadlines or conduct additional discovery.

5. In the interest of justice, M.A. DeAtley's Motion for Leave to Amend Complaint should be granted.

6. Attached hereto are true and correct copies of excerpts of the following deposition transcripts:

(a) Linda Persoon

(b) Kerry Cook

(c) Rodney Prellwitz

(d) Michael Osborn

7. Also attached hereto are true and correct copies of the relevant deposition exhibits that were introduced in consecutive order during deposition discovery. The documents are identified by their deposition exhibit number.

JOHN C. BLACK

SUBSCRIBED AND SWORN to before me this 6 day of January, 2006.

OFFICIAL SEAL
KAREN C FLANIGAN
NOTARY PUBLIC
STATE OF WASHINGTON
MY COMMISSION EXPIRES
APRIL 04, 2009

Karen C. Flanigan
Print Name: Karen C. Flanigan
Notary Public in and for the State of Washington, residing in Spokane.
My Commission expires: 04-04-09

wpdocs\1742\1806\Aff.JCB.121605

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of January, 2006, a copy of the foregoing *Affidavit of John C. Black in Support of: (1) Motion for Leave to Amend Complaint; and (2) Response to Motion to Dismiss* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK