**EXHIBIT 15**

116

WESTERN FEDERAL LANDS HIGHWAY DIVISION
610 EAST FIFTH STREET
VANCOUVER, WA 98661-3801

U.S. Department
of Transportation

**Federal Highway
Administration**

March 7, 2003

FAX 509-751-1922

Attn: Mr. Lou Ruchert
M. A. DeAtley Construction, Inc.
P.O. Box 490
Clarkston, WA 99403

RE: WA PFH 158-1(2)
Flowery Trail Road
Contract Number DTFH70-01-C-00011

Mr. Ruchert,

On February 14, 2003 Linda Persoon and I met with you, Craig Owens, Steve Smithermen (all of MA Deatley, Inc.) Greg Graybill, Mike Osbon and Brian Wilseyfrom DeAtley Crushing and Scott Walters from Budinger and Associates to discuss Item 30101, Aggregate base grading D material, specifically the aggregate that was crushed in November 2001 and rejected in 2002 during acceptance testing on the project. During the meeting we discussed the merit and value of the source samples that Budinger obtained and tested for Sodium Sulfate Soundness in August 2002, after crushing for the project was completed, and the splits of the production samples that FHWA tested for Sodium Sulfate Soundness. At the meeting FHWA was provided with a summary of the production, stockpile and acceptance sample test results for gradation.

As discussed in the meeting, representatives from MA DeAtley, DeAtley Crushing and Budinger obtained four samples, two from the north side and two from the south side of the finished rock cut from Station 18+700 to 18+900 on August 23 and 30, 2002 (approximately nine months after the excavation and crushing was completed). The two north samples were combined into a composite sample (north #3) and the two south samples were combined into a composite sample (south #2). For the north #3 sample you received a Sodium Sulfate Soundness loss result of 1.1% on the course aggregate and 10.2% on the fine aggregate. For the south #2 sample you received a Sodium Sulfate Soundness loss result of 7.8% on the course aggregate and 19.1% on the fine aggregate.

From the February 14, 2003 meeting and all the information you have provided to date, your position, as I understand it, is that the material source listed in the contract (name or location of source) does not consistently provide quality material. This position is primarily based on the Sodium Sulfate Soundness loss of 19.1% for the fine aggregate portion of the south #2 sample. You have further substantiated your position by the change in gradation of the production and acceptance samples.

Exhibit 15
Date: 8/24/05
Rider & Associates
800-869-0864

117

The Governments position is that a 19.1% loss on one fine aggregate sample does not prove that the source is of a questionable quality or that the source produces crushed aggregate that is highly susceptible to degradation in the stockpile.

The basis for the Government's position is summarized below:

- During the crushing process, DeAtley Crushing was scalping approximately 70% of the fine material fed to the crusher. This scalping process would have removed a substantial portion of any fine material, the portion of the source that has the higher Sodium Sulfate Soundness loss.
- The Government tested three production samples from various portions of the aggregate production run and the Sodium Sulfate Soundness loss results were 2.98%, 3.35% and 6.68%, significantly below the maximum loss of 12% allowed in the contract.

One issue that has been brought up in support of stockpile degradation is with regards to the 25 mm (1 inch) rock. You have asked, "what happened to the 1" rock?" The production test results averaged 99.81% passing the 25 mm sieve. The acceptance test results averaged 100% passing the 25 mm sieve. The percent passing the 25 mm sieve does not differ significantly between the production and acceptance test results.

Below is a table that summarizes the results of the Government's verification testing of the acceptance sample splits for lots 1 and 2. Lot 1 averaged 99.86% passing the 25 mm sieve and lot 2 averaged 99.57% passing the 25 mm sieve. These results are well within allowable tolerances between two labs. These results are also comparable to the average production result (from DeAtley Crushing) of 99.81%. This does not provide evidence that the material is breaking down.

| Item 30101, Aggregate base grading D | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| WFLHD Lab results of acceptance sample splits | | | | | | | | |
| **Lot 1** | | | | | | | | |
| Sample No. | Sample Date | 37.5 mm | 25 mm | 9.5 mm | 4.75 mm | 425 um | 75 um | SE/P |
| 1 | 8/19/02 | 100.0 | 100.0 | 70.4 | 48.3 | 17.6 | 9.7 | 1.441 |
| 2 | 8/19/02 | 100.0 | 100.0 | 61.4 | 48.6 | 18.3 | 10.3 | 1.331 |
| 3 | 8/20/02 | 100.0 | 99.8 | 67.9 | 47.0 | 19.5 | 10.8 | 1.173 |
| 4 | 8/20/02 | 100.0 | 99.6 | 62.1 | 41.7 | 18.0 | 9.9 | 1.145 |
| 5 | 8/21/02 | 100.0 | 99.9 | 71.8 | 51.5 | 22.7 | 12.2 | 1.022 |
| | **Average =** | 100 | 99.86 | 66.72 | 47.42 | 19.22 | 10.59 | 1.222 |
| **Lot 2** | | | | | | | | |
| Sample No. | Sample Date | 37.5 mm | 25 mm | 9.5 mm | 4.75 mm | 425 um | 75 um | SE/P |
| 1 | 8/21/02 | 100.0 | 98.6 | 58.9 | 39.2 | 17.0 | 9.4 | 1.163 |
| 2 | 8/22/02 | 100.0 | 99.5 | 56.6 | 38.0 | 17.1 | 9.4 | 1.105 |
| 3 | 8/22/02 | 100.0 | 100.0 | 70.6 | 49.5 | 19.8 | 10.8 | 1.229 |
| 4 | 8/22/02 | 100.0 | 99.8 | 70.1 | 49.1 | 19.7 | 10.8 | 1.201 |
| 5 | 8/27/02 | 100.0 | 99.6 | 66.0 | 46.5 | 21.8 | 12.2 | 0.941 |
| 6 | 8/27/02 | 100.0 | 99.9 | 63.9 | 43.5 | 21.2 | 12.2 | 0.833 |
| | **Average =** | 100 | 99.57 | 64.35 | 44.30 | 19.43 | 10.80 | 1.079 |

Upon review of the information you have provided and the concerns you have raised we do not agree that the gradation problems were caused by the quality of the rock in the material source. The percent of fines can be controlled in the crushing and screening process. The tests we have do not support a conclusion that the high amount of fines were caused by degradation of the rock. Other factors, such as the handling of the crushed and screened product and the addition of fines from road use over the winter appear as more likely reasons for the high percent of fines.

Accordingly, we do not believe that an additional equitable adjustment payment is due. If you have any questions please contact me at 360-619-7744.

Brent L. Coe

Brent L. Coe
Construction Operations Engineer

cc: Central files
Project Engineer
Construction Engineer

**EXHIBIT 20**

120

| | |
|---|---|
| To: | Brent Coe, Brad Neitzke |
| Date: | August 22, 2002 |
| From: | Linda Persoon |
| RE: | WA PFH 128-1(2)<br>Flowery Trail Road |
| Subject: | Problem with 30101, Aggregate Base, Grading D |

The contractor has been hauling base to finished grade since Monday. The initial test results have been slow in getting to me. After receiving the first 4 test results on Wednesday, I shut the operation down by noon since none of the tests had 75um (#200) sieves that were allowable.

| Sample | % passing 75um |
|---|---|
| 1 | 11.6 |
| 2 | 13.3 |
| 3 | 13.0 |
| 4 | 10.9 |

I met with the contractor and they asked to try using an excavator to pick up the material from the stockpile – leaving the bottom 6" on the floor.

This was done and another test was taken yesterday. The test resulted in a 8.9% retained on the 75um screen.

We need to discuss how to proceed. Since the 75um screen isn't a category 1 or 2 in the QLPay program, how do we handle material that is beyond contract limits?



This photo was taken on Monday, August 19, 2002. The loader was loading 30101 base from the windrow stockpile near Sta 19+350 RT. I spoke with Kris Parkins about my

Exhibit 20
Date: 8/24/05
Rider & Associates
800-869-0864

121

concern that material was being picked up from the floor. She insisted that it wasn't. The inspector's however noted that the material arriving on the grade had rocks (4"-6") in the base. A laborer was utilized to remove the rock.



This photo was taken from the 30101 base stockpile (near Sta 19+780 RT) where the loader was at the time the operation was shut down (noon, 8/21/02). A sample was taken from this area where a visual inspection found the material standing vertically with a high fine content. ~~A sample was taken to document the problem.~~

**EXHIBIT 22**

123

**From:** Linda Persoon
**To:** Wasill, Bruce
**Date:** 8/25/02 1:18PM
**Subject:** 30101 results for week of 8/19/02

Bruce / Brent,

Here is the test results from the first week of 30101 agg. base, grading D.

Lot 1 was terminated Wednesday noon since all five tests had more than 10% on the #75um sieve. The mean for this sieve was 12.42. However, the pay factor is 1.00 (with a 1.01 on the SEP and Fractured Faces.

The material looks good on the grade.

Wednesday afternoon we started Lot 2. We continued to pull material from the long windrow stockpile, but they ceased using the loader and started with an excavator (leaving 6" on the floor).

4 tests were taken by Thursday when they shut themselves down. The first 2 tests in lot 2 were alright on the 75um, but the last 2 were above 10%. The mean on these 4 tests is 10.83. However there is pay factor of 90% (due to the 9.5mm sieve) - but only 4 tests have been run to date.

The contractor has not submitted his proposal on how to get the material (200 sieve) into spec. But I witnessed them pulling samples from the finished slope near Sta 18+750 RT. I suspect they will run quality tests to see if the material souce was indeed as per the contract.

**CC:** Coe, Brent L

Exhibit 22
Date: 8/24/05
Rider & Associates
800-869-0864

124

Item 40101 Hot Asphalt Concrete Pavement
Comparison of Sieve Analysis
Split Sample from 3 stockpiles
Pulled on June 26, 2002
Kings Lake Pit

Verify

Course Stockpile:

| Sieve Size | DeAtley | FHWA |
|---|---|---|
| 25 mm (1") | 100 | 100 |
| 19 mm (3/4) | 94 | 92.1 |
| 12.5 mm (1/2) | 37 | 31.8 |
| 9.5 mm (3/8) | 14 | 14.2 |
| 4.75 mm (#4) | 5 | 5.18 |
| 2.36 mm (#8) | | 3.49 |
| 42.5 um (#40) | | 2.27 |
| 75 um | | 1.64 |

Intermediate Stockpile:

| Sieve Size | DeAtley | FHWA |
|---|---|---|
| 19 mm (3/4) | 100 | 100 |
| 12.5 mm (1/2) | 89 | 82.6 |
| 9.5 mm (3/8) | 63 | 57.4 |
| 4.75 mm (#4) | 13 | 10.6 |
| 2.36 mm (#8) | 6 | 4.82 |
| 42.5 um (#40) | | 2.89 |
| 75 um | | 2.23 |

Fine Stockpile:

| Sieve Size | DeAtley | FHWA |
|---|---|---|
| 9.5 mm (3/8) | | 100 |
| 6.3 mm (1/4) | 95 | |
| 4.75 mm (#4) | 86 | 85.3 |
| 2.36 mm (#8) | 59 | 59.1 |
| 2.00 mm (#10) | 55 | |
| 1.18 mm (#16) | 40 | |
| 600 um (#30) | 29 | |
| 42.5 um (#40) | 25 | 24.2 |
| 300 um (#50) | 22 | |
| 150 um (#100) | 17 | |
| 75 um (#200) | 13.1 | 12.8 |

Project specifications

Contract number: DTFH70-99-C-00999

Project name: TESTFORJANE

Project number: OR PFH 00-1(1)

Item and lot specifications

Item: 30101 Lot: 6

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
|---|---|---|---|---|---|---|---|---|---|---|
| Properties... F5 | 9.5mm | 4.75mm | 425µm | % FRAC | SE/P | 75mm | SE | | | |
| Category (1 or 2) | 1 | 1 | 2 | 1 | 1 | | | | | |
| Target value | 68.67 | 45.60 | 21.05 | 50 | 1.000 | 10 | 35 | | | |
| Allow. deviation | 7 | 6 | 4 | min | min | | | | | |
| Estimated # tests | 19 | 19 | 19 | 19 | 19 | 19 | 19 | | | |

Changes will not be saved until you close this form with the OK button.

OK Cancel

QL-PAY 4.00 QUALITY LEVEL ANALYSIS & PAY FACTOR COMPUTATIONS Page 1

Thu Aug 22 09:06:19 2002 Western Federal Lands Highway Division

Project Name: TESTFORJANE
Project Number: OR PFH 00-1(1)
Project ID: DTFH70-99-C-00999

Item Number: 30101
Lot Number: 6
Lab: Contractor's Lab

| Quality Charac-teristic | TV | Allowable Devia-tion | Category | Mean | Standard Devia-tion | Est. no. Samples | Actual no. Samples | Quality Level | Current Pay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 9.5mm | 68.87 | 7 | 1 | 68.87 | 6.090 | 19 | 6 | 24 | 0.98 |
| 4.75mm | 45.60 | 6 | 1 | 45.60 | 5.709 | 19 | 6 | 30 | 0.94 |
| 425µm | 21.05 | 4 | 2 | 21.05 | 2.775 | 19 | 6 | 12 | 1.00 |
| % FRAC | 50 | min | 1 | 94.63 | 0.611 | 19 | 3 | 0 | 1.01 |
| SE/P | 1.000 | min | 1 | 1.30 | 0.108 | 19 | 5 | 0 | 1.01 |
| 75mm | 10 | | | 11.83 | 1.743 | 19 | 6 | ------ | ------ |
| SE | 35 | | | ------ | ------ | 19 | 0 | ------ | ------ |

Current Pay Factor: 0.94
Projected Pay Factor Based On Quality Level: 0.87

Warning: Corrective Action Recommended

NEED YOUR 6 S.E. RESULTS ADDED TO GET ACCURATE ANSWERS FOR MEAN + STD. DEV.

127

8/22/2002

COVER + 3

To: Linda Persoon

Linda – I intercepted your fax to Brad because he's out of the office today and tomorrow. I took a copy to Brent. I've also talked to Bruce.

1. I have a 'dummy' file set up on QL-PAY that I use, so ignore the "testforJane" info at the top of the page that doesn't apply to you, and I also have the specifications in a different order than you do, which doesn't matter. But I have input your data. I noticed your allowable deviation is switched for the 9.5 and 4.75 sieves, so you want to fix that. Please also fix the specification screen for the SE/P and %FRAC (I've attached a printscreen of mine to show this).

2. Bruce says to input your .075 and SE data, but don't give them a category or an allowable deviation. QL-PAY will show Mean and Standard Deviation for them, but not use the data for a payfactor.

3. Bruce has everyone input the SE results so he can see them when the files are e-mailed to him (he likes a weekly e-mail with your files).

Holler if there's anything else I can do.

Murphy

(360) 619-7739

QL-PAY 4.00 SAMPLE SET LISTING Page 2

Thu Aug 22 09:06:19 2002 Western Federal Lands Highway Division

Project Name: TESTFORJANE Item Number: 30101
Project Number: OR PFH 00-1(1) Lot Number: 6
Project ID: DTFH70-99-C-00999 Lab: Contractor's Lab

** ACCEPTANCE PARAMETERS **

| Quality Characteristic: | 9.5mm | 4.75mm | 425µm | % FRAC | SE/P | 75mm | SE |
|---|---|---|---|---|---|---|---|
| Target Values: | 68.87 | 45.60 | 21.05 | 50 | 1.000 | 10 | 35 |
| Allowable Deviation: | 7 | 6 | 4 | min | min | | |
| Est. No. Tests: | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| Category: | 1 | 1 | 2 | 1 | 1 | | |
| Actual No. Samples: | 6 | 6 | 6 | 3 | 5 | 6 | 0 |

** TEST RESULTS **

| Sample Number | 9.5mm | 4.75mm | 425µm | % FRAC | SE/P | 75mm | SE |
|---|---|---|---|---|---|---|---|
| 1 | 72.1 | 45.5 | 20.5 | 95.3 | 1.368 | 11.6 | |
| 2 | 75.4 | 50.2 | 23.5 | 94.1 | 1.255 | 13.3 | |
| 3 | 69.3 | 45.7 | 22.0 | | 1.370 | 13.0 | |
| 4 | 62.0 | 37.6 | 18.6 | | 1.365 | 10.9 | |
| 5 | 73.5 | 53.3 | 24.4 | 94.5 | 1.123 | 13.3 | |
| 6 | 60.9 | 41.3 | 17.3 | | | 8.9 | |

**EXHIBIT 27**



Exhibit 27
Date: 8/24/05
Rider & Associates
800-869-0864

**EXHIBIT 29**

Exhibit 29
Date 8-25-05
Rider & Associates
800-869-0864

DEATLEY

FHWA GEOTECHNICAL REPORT NO. 2-99

133

EXISTING BASE ROCK AND ASPHALT SALVAGE

The existing asphalt concrete appears to be of good quality and can possibly be recycled, but is only about 30 mm thick on the average. The existing base course quality is only fair due to excessive fines in the gradation which lowers the R-value. This may make it unsuitable for reuse as base material. It may still have salvage value for use as granular backfill for retaining wall construction. The laboratory analysis results are summarized in Table 6. Table 8 is the laboratory analysis summary for all of the base rock samples. The base rock thickness varies from about 100 to 220 millimeters in Road Segment A and between 220 and 420 millimeters for the remainder of the existing road.

MATERIAL SOURCES

Any of the large rock cuts planned in Road Segments C, D, or E should provide a good source for quality crushed aggregate. No samples were taken for laboratory analysis, but the quartzite and diorite should be hard and durable and provide excellent crushed material. The thin-bedded argillites and schists may be of lesser quality and extensive outcrops of these rock types should be avoided as material sources. These can be identified in the existing rock cuts by their thin-bedded and micaceous nature. Rock quality tests are required to verify the suitability of all of these materials for crushed aggregate. There may be some oversized rock at most sites which would cause crusher difficulties. More work is needed to locate and test potential sites. Existing rock cut exposures and the drill core photos in Appendix G should provide a representation of existing rock types, rock discontinuity patterns, and overburden depths.

**EXHIBIT 30**

U.S. Department
of Transportation

Federal Highway
Administration

# Memorandum

Geotechnical Memorandum GM 14-99

WESTERN FEDERAL LANDS HIGHWAY DIVISION
610 EAST FIFTH STREET
VANCOUVER, WA 98661-3893

Subject: **INFORMATION**: Flowery Trail II
WA PFH 158 - 1(2)
Rock quality in proposed cuts

Date: April 28, 1999

From: Kerry B. Cook
Geotechnical Engineer

To: Kenneth Jacoby
Washington Design Operations Engineer

Attached are the results of the rock quality tests on the rock core from Borings B-28 and B-29 which were drilled at the proposed through-cut at station 18+850. Test results indicate aggregate produced from this rock will meet the rock quality specifications for base aggregate. Test results from the preliminary immersion compression testing indicate that aggregate produced from this rock will be **unsuitable** for use as pavement aggregate due to a severe asphalt stripping characteristic. However, this characteristic would not adversely effect the use of these aggregates in the proposed emulsified treated base.

Core samples tested are quartzite and argillite from the Belt Series. Based on a review of the Geotechnical Report, this core is similar in rock quality to the quartzite and argillite rock found in the cut slopes from Station 17+475 to approximately Station 19+700. Schist and intrusive igneous rocks occurring within this area were not tested for rock quality. Individual rock type mapping was not within the scope of the geotechnical investigation; however, based on the core recovered and the relative exposures of rock in outcrops and cuts, it appears that the quartzite and argillite are the predominant rock type in this area. As indicated in the Geotechnical Report, quartzite and argillite found in Segment E (19+210 to 20+370) contains zones where the rock is highly weathered and decomposed which appears to be a result of the igneous-intrusive and contact-metamorphic processes. Therefore, the test results may not be representative of the highly weathered quartzite and argillite adjacent to intrusions.

For design purposes, rock within the proposed cuts between Station 17+800 to 19+200 will be suitable for the production of base aggregates. Other individual cuts may also be suitable for aggregate production based on field identification of the rock type and quality.

Kerry Cook

Exhibit 30
Date: 8-25-05
Rider & Associates
800-869-0864

Attachments: Laboratory test results (3 pages)

DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
'ATERIALS SECTION

REPORT OF TESTING
Apr 12, 1999
LABORATORY CONTROL NUMBER
W-99-0036-AG

PROJECT NAME: Flowery Trail Phase II
AGENCY: WFHWA
ACCT NO.: 415-17-53-51-1580-002G
PROJECT NUMBER: WA PFH 158
SUBMITTED BY: Kerry Cook
DATE SAMPLED: 10/07/98
ADDRESS: WFLHD, Geotechnical Branch
Vancouver, WA 98661-3893
Phone:(360)696-7738 / FAX 7845
DATE SHIPPED: / /
DATE RECEIVED: 03/23/99
SAMPLE OF: Quartzite & Argillite
SAMPLED BY: GMT
SAMPLE NO.: B-28 & B-29
NO. SACKS:
DEPTH: 1.52-20.1
SOURCE NO.: 45-33-0006
QUANTITY REPRESENTED:
SOURCE NAME:
LOCATION: 18+850 Thru-Cut
OWNER:
COUNTY: Stevens
STATE: WA
INTENDED USE:
REMARKS:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COMPLETE PRELIMINARY TESTS ON QUARRIES

DURABILITY COARSE 73
DURABILITY FINE 54

AASHTO T-104 SOUNDNESS COMPUTED TO
MID SPECIF ITEM 301 GR d PCT LOSS= 1.85

ACC-WEATHERING-DMSO-COMPUTED TO
MID SPECIF ITEM 301 GR D PCT LOSS= 1.46

APPARENT SPECIFIC GRAVITY COARSE: 2.716 FINE: 2.742

LOS ANGELES ABRASION, GR B LOSS PCT 25

SAND EQUIVALENT REFEREE LAB CRUSHED 71

ATTERBERG LIMITS, LAB MANUFACTURED
LIQUID LIMIT NP
PLASTICITY INDEX NP

DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
MATERIALS SECTION

REPORT OF TESTING
Apr 15, 1999
LABORATORY CONTROL NUMBER
W-99-0036-AC

PROJECT NAME: Flowery Trail Plase II
AGENCY: WFHWA
ACCT NO.: 415-17-53-51-1580-002G
PROJECT NUMBER: WA PFH 158-1(2)
SUBMITTED BY: Kerry Cook
DATE SAMPLED: 10/07/98
ADDRESS: WFLHD, Geotechnical Branch
Vancouver, WA 98661-3893
Phone:(360)696-7738 / FAX 7845
DATE SHIPPED: / /
DATE RECEIVED: 03/23/99
SAMPLE OF: Quartzite & Argillite
SAMPLED BY: GMT
SAMPLE NO.: B-28 & B-29
NO. SACKS:
DEPTH: 1.52-20.1 m
SOURCE NO.: 45-33-0006
QUANTITY REPRESENTED:
SOURCE NAME:
LOCATION: 18+850 Thru-Cut
OWNER:
COUNTY: Stevens
STATE: WA
INTENDED USE:
REMARKS:
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PRELIMINARY IMMERSION COMPRESSION TESTS

SIEVE SPECIFICATIONS

| SIEVE SIZE | PERCENT PASSING: TV |
|---|---|
| 12.5mm | 95 |
| 9.5mm | 85 |
| 4.75mm | 55 |
| 2.36mm | 35 |
| 1.18mm | 24 |
| 600µm | 17 |
| 300µm | 12 |
| 75µm | 6.0 |

APPARENT SPECIFIC GRAVITY COARSE: 2.716 FINE: 2.742

ASPHALT PERCENT BY C.K.E = 5.56
SURFACE AREA - m2/kg = 5.55

PRELIMINARY IMMERSION COMPRESSION

ASPHALT SUPPLIER: Chevron U.S.A.
REFINERY LOCATION: Portland, Oregon

ASPHALT GRADE: PG58-28
SPECIFIC GRAVITY: 1.02

PCT ASPHALT BY WT OF AGG. 4.6
FILLER: None
ANTI-STRIP: None

| SPECIMEN ID | | UNIT WT kg/m3 | | AIR | COMP STRENGTH kPa | |
|---|---|---|---|---|---|---|
| DRY | WET | DRY | WET | VOIDS | DRY | WET |
| 21 | 22 | 2214 | 2214 | | 2013 | 814 |

INDEX OF RET. STRENGTH PCT 40

PCT ASPHALT BY WT OF AGG. 5.6
FILLER: None
ANTI-STRIP: None

| SPECIMEN ID | | UNIT WT kg/m3 | | AIR | COMP STRENGTH kPa | |
|---|---|---|---|---|---|---|
| DRY | WET | DRY | WET | VOIDS | DRY | WET |
| 23 | 24 | 2235 | 2236 | | 2082 | 1041 |

INDEX OF RET. STRENGTH PCT 50

PCT ASPHALT BY WT OF AGG. 6.6
FILLER: None
ANTI-STRIP: None

| SPECIMEN ID | | UNIT WT kg/m3 | | AIR | COMP STRENGTH kPa | |
|---|---|---|---|---|---|---|
| DRY | WET | DRY | WET | VOIDS | DRY | WET |
| 25 | 26 | 2255 | 2255 | | 2041 | 1255 |

INDEX OF RET. STRENGTH PCT 61

PCT ASPHALT BY WT OF AGG. 5.6
FILLER: 1% Hydrated Lime Slurry
ANTI-STRIP: None

| SPECIMEN ID | | UNIT WT kg/m3 | | AIR | COMP STRENGTH kPa | |
|---|---|---|---|---|---|---|
| DRY | WET | DRY | WET | VOIDS | DRY | WET |
| 27 | 28 | 2257 | 2257 | | 2675 | 1627 |

INDEX OF RET. STRENGTH PCT 61

Raymond Rosenbaum

RAYMOND ROSENBAUM,
CHIEF MATERIALS LABORATORY

FOR EMORY S. RICHARDSON,
MATERIALS ENGINEER



FHA 00013

139

**EXHIBIT 32**

**Mike Bissell**

**From:** Leslie.Ohta@usdoj.gov
**Sent:** Wednesday, March 02, 2005 11:08 AM
**To:** mbissell@dunnandblack.com (Receipt Notification Requested) (IPM Return Requested)
**:** jnickerson@geiconsultants.com (Receipt Notification Requested) (IPM Return Requested); fleathers@geiconsultants.com (Receipt Notification Requested) (IPM Return Requested); mjscali@sgh.com (Receipt Notification Requested) (IPM Return Requested)
**Subject:** FW: Material source exploration

pddmch06.pdf (1 MB)

-----Original Message-----
From: Kerry.Cook@fhwa.dot.gov [mailto:Kerry.Cook@fhwa.dot.gov]
Sent: Wednesday, March 02, 2005 1:27 PM
To: Ohta, Leslie (CIV)
Cc: Timothy.Binder@fhwa.dot.gov
Subject: Material source exploration

Leslie,

Attached is the PDDM with general guidelines for drilling material sources on page 6-10. These guidelines are intended to be an initial beginning point when considering exploration locations. Other considerations such as outcrop exposure, local knowledge and experience, local geology, engineering judgment, and site access and environmental sensitivity ultimately determine the boring locations. Considerations in locating the borings at this site are listed below:

') Good exposures of bedrock occurred in existing cut slopes along the old road. The geology exposed in the cuts was consistent with the Belt Series Formations (argillite and quartzite) found throughout the project.
3) The dense tree growth from 18+870 ahead restricted access to this area.
4) Drill access to the thickest portion of the through-cut was available through the scattered trees along the top of the ridge.
5) Engineering judgment applied to 1-4 above determined that a cross section developed through the deepest portion of the cut with two borings would adequately characterize materials in the cut. Subsequently, the core recovered from both borings was submitted as a bulk sample representative of material extracted throughout the depth of the proposed excavation. This was a conservative approach as much of the weathered argillite would typically be stripped as the soil overburden is removed. Although this core contained material from the upper, weathered argillite, test results indicated the combined core sample met the rock quality specifications.

Kerry

<<pddmch06.pdf>>



Exhibit 32
Date: 8-25-05
Rider & Associates
800-869-0864

141

# CHAPTER 6 - GEOTECHNICAL

## TABLE OF CONTENTS


Page

**6.1 GENERAL** . . . . . . . . 6-1

**6.2 GUIDANCE AND REFERENCES** . . . . . . . . 6-2

A. General References . . . . . . . . 6-2
B. Geology, Landslides, and Field Procedures . . . . . . . . 6-2
C. Structures and Foundations . . . . . . . . 6-3
D. Material and Pavement Design . . . . . . . . 6-4
E. Subsurface Drainage . . . . . . . . 6-4
F. Computer Programs . . . . . . . . 6-5

**6.3 INVESTIGATION PROCESS** . . . . . . . . 6-6

A. Geotechnical Equipment . . . . . . . . 6-7
B. Planning Geotechnical Investigations . . . . . . . . 6-9
C. Drilling and Sampling . . . . . . . . 6-14
D. Geophysical and In Situ Tests . . . . . . . . 6-16
E. Laboratory Tests . . . . . . . . 6-19

**6.4 GEOTECHNICAL ANALYSIS** . . . . . . . . 6-21

A. Roadway Soils . . . . . . . . 6-21
B. Structure Foundations . . . . . . . . 6-26
C. Retaining Walls . . . . . . . . 6-30
D. Pavement Design . . . . . . . . 6-32
1. New and Reconstructed Pavement Design
2. Pavement Overlay Design
3. Pavement Rehabilitation Design Other Than Overlay
E. Material Sources . . . . . . . . 6-39
F. Landslide Analysis . . . . . . . . 6-41
G. Subsurface Drainage . . . . . . . . 6-43

**6.5 APPROVALS (Reserved)**

**6.6 GEOTECHNICAL REPORTS** . . . . . . . . 6-46

A. Report Structure and Outline . . . . . . . . 6-46
B. Checklists . . . . . . . . 6-47
C. Standard Forms . . . . . . . . 6-47

**6.7 DIVISION PROCEDURES** . . . . . . . . 6-48

**EXHIBITS**

## LIST OF TABLES


**Tables** **Page**

6-1 General Investigation Equipment Requirements . . . . . 6-9
6-2 Sources of Regional Geotechnical Information . . . . . 6-11
6-3 Use of Trenching and Test Pits . . . . . 6-12
6-4 Guidelines for Geotechnical Drilling Investigations . . . . . 6-13
6-5 Test Borings - Types and Application . . . . . 6-14
6-6 Sampling Guidelines . . . . . 6-15
6-7 Guidelines for Using Geophysical Methods . . . . . 6-17
6-8 Common Procedural Errors using Standard Penetration Test . . . . . 6-17
6-9 Empirical Values, Relative Density, & Unit Weights of Granular Soils . . . . . 6-18
6-10 Guideline for Selection of Laboratory Tests . . . . . 6-20
6-11 Roadway Soils Analysis Factors . . . . . 6-23
6-12 Shrink/Swell Factors for Common Materials (2) . . . . . 6-24
6-13 Preliminary Foundation Type Selection . . . . . 6-29
6-14 Soil Support Correlations . . . . . 6-34
6-15 Regional Factor Guidelines for Pavement . . . . . 6-36




143

# CHAPTER 6 - GEOTECHNICAL

## 6.1 GENERAL

This chapter provides guidance for all geotechnical investigations, analyses, and reports produced by the Federal Lands Highway Divisions. Although greatly advanced in recent years, the state-of-the-art of the geotechnical engineering field is still largely dependent upon engineering judgment to provide the most efficient and economical investigations. Dealing with the variability of projects, terrains, climates, and client agency constraints requires flexibility and resourcefulness.

Although primarily intended for use by a geotechnical engineer/geologist, the information contained herein can be used by designers and others during the design process. Geotechnical responsibilities include conducting investigations, performing analyses, and providing recommendations for the following:

- Geological and geotechnical reconnaissance.
- Roadway soils.
- Cut and fill slopes.
- Foundations.
- Landslides.
- Material sources.
- Retaining walls.
- Subsurface drainage.
- Pavements.

Each of these areas are addressed individually, providing guidelines, direction, and references for more specific and detailed information.



144

## 6.2 GUIDANCE AND REFERENCES

The publications listed in this section provided much of the fundamental source information used in the development of this chapter. While this list is not all inclusive, the publications listed will provide additional information to supplement this manual.


**A. General References.**

Bowles. *Foundation Analysis and Design*. 4th ed. McGraw-Hill Book Company. 1988.

Peck, Hanson, and Thornburn. *Foundation Engineering*. John Wiley and Sons, Inc. 1974.

Terzaghi and Peck. *Soil Mechanics in Engineering Practice*. John Wiley and Sons, Inc. 1967.

Wintercorn. *Foundation Engineering Handbook*. 2nd ed. Van Nostrand Reinhold Company. 1991.

*Canadian Foundation Engineering Manual*. 3rd ed. Canadian Geotechnical Society. 1992.

*Geotechnical Engineering Notebook*. DOT, FHWA. Office of Engineering, Bridge Division.

*Geotextile Engineering Manual*. DOT, FHWA. 1984.

*Soil Dynamics, Deep Stabilization, and Special Geotechnical Construction*. NAVFAC Design Manual 7.3. Department of the Navy. April 1983.

*Soil Mechanics*. NAVFAC Design Manual 7.1. Department of the Navy. September 1986.

**B. Geology, Landslides, and Field Procedures.**

Acker. *Basic Procedures for Soil Sampling and Core Drilling*. Acker Drill Co., Inc. 1974.

Beck. *Physical Principles of Exploration Methods*. New York. John Wiley and Sons, Inc. 1982.

Hamblin and Howard. *Physical Geology Laboratory Manual*. Minneapolis. Burgess Publishing Co. 1975.

Hunt. *Geotechnical Engineering Investigation Manual*. New York. McGraw-Hill Book Co. 1984.

Pitts. *A Manual of Geology for Civil Engineers*. Salt Lake City. John Wiley and Sons, Inc. 1984.

*Manual on Subsurface Investigations*. AASHTO. 1988.

*Driller's Safety Manual*. U.S. Department of the Interior, Bureau of Reclamation. 1973.

*Geotechnical Instrumentation* (FHWA Workshop Manual). DOT, FHWA.

*The Cone Penetrometer Test*. FHWA-SA-91-043. DOT, FHWA. 1992.

*The Flat Dilatometer Test*. FHWA-SA-91-044M. DOT, FHWA. 1992.

*Advanced Technology for Soil Slope Stability*, FHWA-SA-94-005. DOT, FHWA. 1994




145

*6.2 Guidance and References. (continued)*

*Handbook of Engineering Geophysics* (Volume 1, Seismic, 1984 and Volume 2, Electrical Resistivity, 1980). Minneapolis. Bison Instruments, Inc.

*The Pressuremeter Test for Highway Application*. FHWA-IP-89-008. DOT, FHWA. 1989.

*Landslides Investigation and Mitigation*. Transportation Research Board, National Academy of Sciences. Washington, DC. 1995.

*Rock Slopes: Design, Excavation, Stabilization*. FHWA-TS-89-045. DOT, FHWA. 1989.

*Rock Blasting and Overbreak Control*. FHWA-HI-92-001. DOT, FHWA. 1991.

Duncliff. *Geotechnical Instrumentation for Monitoring Field Performance*. John Wiley & Sons, Inc. 1988.

**C. Structures and Foundations.**

Poulos and Davis. *Pile Foundation Analysis and Design*. 1980.

*Drilled Shafts: Construction Procedures and Design Methods*. DOT, FHWA. 1988.

*Handbook on Design of Piles and Drilled Shafts Under Lateral Load*. FHWA-IP-84-011, DOT, FHWA. 1984.

*Behavior of Piles and Pile Groups Under Lateral Load*. FHWA-RD-85-106. DOT, FHWA. 1986.

*AASHTO LFRD Bridge Design Specifications*. AASHTO. 1994.

Reeves. *Applications of Walls to Landslide Control Problems*. American Society of Civil Engineers. 1982.

*Spread Footings for Highway Bridges*. FHWA-RD-86-185. DOT, FHWA. 1987.

*Manual on Foundation Investigation*. AASHTO. 1978.

AASHTO-AGC-ARTBA Taskforce Report. *In Situ Improvement Techniques*. 1990.

*Foundation and Earth Structures*. Design Manual 7.2; NAVFAC DM-7.2. Department of the Navy. 1982.

*Permanent Ground Anchors*. FHWA-DP-68-1R. DOT, FHWA. 1984

*Manual on Design and Construction of Driven Pile Foundations*. FHWA DP-66-1. DOT, FHWA. Office of Engineering, Bridge Division. 1986.

*Retaining Wall Design Guide*. Second Edition (FHWA-FLP-94-006). U.S. Department of Agriculture, Forest Service. September 1994.

*Soils and Foundation Workshop Manual*. DOT, FHWA. Office of Engineering, Bridge Division. 1993.

*6.2 Guidance and References. (continued)*

**D. Material and Pavement Design.**

*Techniques for Pavement Rehabilitation, A Training Course.* 3rd Revision, ERES Consultants, Inc. 1987

*Pavement Design Principles and Practices, A Training Course.* ERES Consultants, Inc. 1987

Krebs and Walker. *Highway Materials.* McGraw-Hill Book Company. 1971.

Yoder and Witczak. *Principles of Pavement Design.* 2nd ed. John Wiley and Sons, Inc. 1975.

*AASHTO Pavement Overlay Design.* FHWA-HI-94-048. DOT, FHWA. 1994

Distress Identification Manual for the Long-Term Pavement Performance Projects. SHRP-P-338, SHRP. 1993

*Guide for Design of Pavement Structures.* AASHTO. 1993.

*Pavement Rehabilitation Manual.* DOT, FHWA. Office of Engineering, Pavement Division. 1990.

*Soils Manual for the Design of Asphalt Pavement Structures.* The Asphalt Institute. 1986

*Thickness Design - Asphalt Pavements for Highways and Streets.* The Asphalt Institute. 1991.

*Pavement Notebook for FHWA Engineers.* Office of Engineering, Pavment Division.

**E. Subsurface Drainage.**

*Geotextile Design and Construction Guidelines.* FHWA-HI-95-038. DOT, FHWA. 1995.

*Drainage of Asphalt Pavement Structures.* The Asphalt Institute Manual Series No. 15. September 1984 edition.

*Geocomposite Drains.* Report No. FHWA/RD-86/171. DOT, FHWA. October 1986.

*Geotechnical Fabrics.* Report No. FHWA/RD-80/021. DOT, FHWA. 1980.

*Highway Subdrainage Design.* Report No. FHWA-TS-80-224. DOT, FHWA. 1980.

*Improving Subdrainage and Shoulders of Existing Pavements.* Report No. FHWA/RD-81/078. DOT, FHWA. January 1982.

*Underground Disposal of Storm Water Runoff.* Report No. FHWA-TS-80-218. DOT, FHWA. February 1980.

*6.2 Guidance and References. (continued)*

**F. Computer Programs.** The following is a listing of computer programs that are available and may be used when appropriate:

**Foundations**

- GRL WEAP 1.994-1 - Wave Equation Analysis of Piles
- NAVPILE - Nevada Pile Analysis (Static)
- COM 624 P Version 2 - Lateral Load Analysis of Driven and Non-Driven Piles
- SPILE - Ultimate Static Capacity for Driven Piles
- CBEAR - Bearing Capacity Analysis for Shallow Foundations

**Pavment Design**

- DARWin - Pavement Design Analysis and Rehabilitation for Windows
- DAMA - Pavment Structural Analysis Using Multi-Layer Elastic Theory

**Slope Stability**

- LEASE I - Limiting Equilibrium Analysis in Soil Engineering
- STABL4 - Slope Stability Analysis
- SLOPIN - Calcomp Plot of Inclinometer Data
- INCLIN - Print Plot of Inclinometer Data
- XSTABL - Slope Stability Analysis
- DIGIPRO - Data Reduction and Graphing Software for Inclinometers
- EMBANK - One Dimensional Consolidation due to Embankment Loads

**Geophysical Programs**

- SEISMIC12 - Channel Refraction Seismic Test Data Analysis
- RESIST - Resistivity Data Analysis
- SEISREFA - Sesimic Refraction Analysis

## 6.3 INVESTIGATION PROCESS

The primary purpose of a geotechnical investigation is to provide design engineers with a knowledge of the subsurface conditions at a specific project site. The investigation should also provide the construction project engineers and contractors with information concerning the materials and conditions that may be encountered in the field.

The scope and cost of a geotechnical investigation should be adjusted to the size and complexity of the proposed project. The potential for catastrophic failure and/or failure consequences must be evaluated when establishing scope of the investigation.

In all geotechnical investigations, safety of field crew and traveling public must be of high priority. The nature of the equipment used and climatic conditions often present potential hazards that must be evaluated on an individual basis. It is the responsibility of the geotechnical engineer/ geologist, as well as field crew members to adjust the investigation program and/or provide equipment, training, and other means to provide safe working conditions. Field crews should be aware of and use traffic safety control plans based upon MUTCD requirements.

Geotechnical investigations should not be attempted until certain project-specific information has been obtained. The following list identifies typical project requirements and suggests where the necessary information on specific subjects may be obtained. Exhibit 6.1 is used to gather and document this preliminary information.

**Possible Sources for Site Specific Information**

| Project Specifics | Information Sources |
|---|---|
| Type of proposed project.<br>Proposed project termini.<br>Funds available.<br>Schedule requirements.<br>Items requiring investigation.<br>Local authorities to contact.<br>Location and type of utilities present. | Planning and Coordination or Project Development Unit |
| Scope of investigation desired.<br>Availability of equipment. | Geotechnical Engineer |
| Location of structures. | Structures/Bridge Unit |
| Site maps and field reference systems. | Location and/or Survey Unit |
| Specific site restrictions such as water quality, environmental considerations, or client agency considerations. | Environmental Unit |
| Right-of-entry (access) restrictions. | Applicable property owners |

**Table 6-4**
**Guidelines for Geotechnical Drilling Investigations***

*Information obtained from drilling may be supplemented by geophysical investigations.

| Type of Investigation/Number of Borings | Depth of Borings |
|---|---|
| **Structure Foundations:**<br>Minimum one boring per substructure unit. | **Continue borings:**<br>(1) through unsuitable foundation soils (such as peats, highly organic soils, soft fine-grained soils, loose coarse grained soils, etc.) into competent material of suitable bearing capacity and;<br>(2) to depth where added stress due to estimated footing load is less than 10 percent of the existing effective soil overburden stress or;<br>(3) minimum of 3 meters into bedrock if bedrock is encountered at shallower depth as determined by (2). |
| **Retaining Walls:**<br>Minimum 1 boring per wall. Additional borings spaced 15 to 60 meters. Some borings should be in front of and in back of wall. | Continue borings to depth of 2 times wall height or minimum of 3 meters into bedrock. |
| **Bridge Approach Embankments Over Soft Ground:**<br>When approach embankments are placed over soft ground at least one boring should be made at each embankment to determine the problems associated with stability and settlement of the embankment. Test borings at proposed abutment locations may serve both stability and structural investigations. | Same as established above for structure foundations:<br><br>Additional shallow explorations (hand auger holes) taken at approach embankment locations are an economical way to determine depth of unsuitable surface soils or topsoil. |
| **Cuts and Embankments:**<br>Space borings every 60 meters (erratic conditions ) to 150 meters (uniform conditions) with at least one boring taken in each separate land form.<br><br>For high cuts and fills (8 meters or greater), it is desirable to have a minimum two borings along a straight line to establish geological cross section for analysis. | **Cuts**<br>1) In stable materials extend borings minimum 3 meters below proposed centerline grade.<br>2) In weak soils, at or near proposed centerline grade, extend borings below grade to competent materials.<br>**Embankments**<br>Continue borings to competent material or to depth of twice the embankment height. |
| **Landslides:**<br>Minimum 2 borings along a straight line to establish geologic cross section for analysis. Number of sections depends on extend of stability problem. For an active slide, place at least one boring above and below sliding area. | Extend borings to an elevation below active or potential failure surface and into competent stratum, or to a depth for which failure is unlikely because of geometry of cross section.<br><br>Bore holes used to install inclinometers must be extended to competent material below the slide movement. |
| **Material Sites (Borrow Sources and Quarries)**<br>Space borings or test pits on a grid pattern every 30 to 45 meters or change of material. | Extend exploration to base of deposit or to depth required to provide needed quantity. |
| **Pavement Rehabilitation**<br>Minimum one boring or test pit per kilometer with additional exploration as needed to define changes in subgrade material, pavement section, and locally distressed areas. | Extend depth to at least 0.6 meters below expected subgrade. |



150

**3. Pavement Rehabilitation Design Other Than Overlay.** The following are some of the major rehabilitation methods used as non-overlay techniques:

- Full-depth repair
- Partial-depth patching
- Crack sealing
- Subsealing
- Milling
- Wedge and leveling
- Subdrainage
- Surface treatments
- Recycling

Descriptions of these methods can be found in the AASHTO Guide for Design of Pavement Structures 1993, FHWA Pavement Rehabilitation Manual, and numerous Asphalt Institute publications dealing with specific techniques. Exhibits 6.16, 6.17, and 6.18 may be used to collect and document pavement distress.

**E. Material Sources.** The outline following Section 6.4.E. provides the basic procedural steps, initial source of reference material, and standard forms for a typical material source investigation. Commercial sources do not normally require an investigation.

The analysis of potential material sources often presents unusual and site specific problems that require coordination with environmental planning sections as well as the project designer. Detailed investigations are sometimes limited by access and/or lack of detailed site information. A concentrated effort should be made to fully investigate and analyze each material source. Excavation with backhoe and/or core (auger) borings should outline boundaries of the proposed source and should extend at least 3 meters beyond the expected floor elevation of the source. The remainder of the source should then be proven out by additional borings and/or excavations.

For typical FLH projects, 4 to 6 bore holes and 2 to 4 complete sets of aggregate quality tests are required.

The total quantity of materials available from all material sources provided for a specific project should be 10 to 20 percent in excess of the project needs.

A material source investigation should provide the following minimum information:

- Expected quality of processed materials and procedures necessary to obtain that quality.

- The boundary limits of proven materials and limits of previously used areas.

- Specific areas and elevation of nonusable materials.

- Previous uses of material from the source.

- Recommendations on uses and limitations for processed materials.

- Listing of potential development, processing, and handling problems that may occur during construction.



151

| Particle Size Limits of Soil Constituents[1] | | Cohesive Soils | | | Granular Soils | | Rock Hardness[4] | | Rock Quality[3] | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sieve Size | Consistency | Field Identification | Resistance[3] By SPT | Relative Density | Resistance[3] By SPT | Hardness | Field Identification | Structural Quality | RQD[5] |
| Boulder (BLDR) | 305mm + | Very Soft (SI) | Easily penetrated 100 to 150 mm by fist | 0-1 | Very Loose | 0-4 | Very Soft (R1) | Crumbles under firm blows with point of geological pick. Can be peeled by a pocket knife. | Very Poor | 0-25% |
| Cobble (COBB) | 75-305mm | Soft (S2) | Easily penetrated 50 to 75 mm by thumb | 2-4 | Loose | 5-10 | Soft (R2) | Can be peeled by a pocket knife with difficulty, shallow indentations made by firm blow of geological pick. | Poor | 25-50% |
| Gravel (GR) | 2-75mm | Firm (S3) | Can be penetrated 50 to 75 mm by thumb with moderate effort | 5-8 | Medium Dense | 11-24 | Medium Hard (R3) | Cannot be scraped or peeled with a pocket knife, specimen can be fractured with single firm blow of hammer end of geological pick. | Fair | 50-75% |
| Sand (SA) | 0.075-2mm | Stiff (S4) | Readily indented by thumb but penetrated only with great effort | 9-15 | Dense | 25-50 | Hard (R4) | Specimen required more than one blow with hammer end of geological pick to fracture it. | Good | 75-90% |
| Silt (SI) | Smaller than 0.075mm (nonplastic) | Very Stiff (S5) | Readily indented by thumbnail | 16-30 | Very Dense | 50 + | Very Hard (R5) | Specimen required many blows of hammer end of geological pick to fracture it. | Excellent | 90-100% |
| Clay (CL) | Smaller than 0.075mm (plastic) | Hard (S6) | Indented with difficulty by thumbnail | 31 + | | | Extremely Hard (R6) | Specimen can only be chipped with geological pick | | |

Notes: [1]ASTM D653
[2]ASTM D2113
[3]Standard penetration test, AASHTO T-206 No. of blows 0.3m, N corrected for overburden pressure (N[1])
[4]Douglass Piteau, 1977
[5]Rock quality designation, percent of core run 100mm or greater in length

**EXHIBIT 6.5 Field Classifications for Soil and Rock**

152