# DEFENDANT'S DEPOSITION EXHIBIT 9

167

# STANDARD SPECIFICATIONS FOR CONSTRUCTION OF ROADS AND BRIDGES ON FEDERAL HIGHWAY PROJECTS

## FP-96

## 1996

U.S. Department of Transportation
Federal Highway Administration

Federal Lands Highways
*"Commitment to Excellence"*

168

9

# Section 106.) ACCEPTANCE OF WORK

**106.01 Conformity with Contract Requirements.** FAR Clause 52.246-12 - Inspection of Construction is supplemented as follows.

References to standard test methods of AASHTO, ASTM, GSA, and other recognized standards authorities refer to the methods in effect on the date of solicitation for bids.

Perform work according to the contract requirements. Perform all work to the lines, grades, cross-sections, dimensions, and processes or material requirements shown on the plans or specified in the contract.

Plan dimensions and contract specification values are the values to be strived for and complied with as the design values from which any deviations are allowed. Perform work and provide material that is uniform in character and reasonably close to the prescribed value or within the specified tolerance range. The purpose of a tolerance range is to accommodate occasional minor variations from the median zone that are unavoidable for practical reasons.

The Government may inspect, sample, or test all work at any time before final acceptance of the project. When the Government tests work, copies of test reports are furnished to the Contractor upon request. Government tests may or may not be performed at the work site. If Contractor testing is verified by Government testing, the Contractor's results may be used by the Government to evaluate work for acceptance. Do not rely on the availability of Government test results for process control.

Acceptable work conforming to the contract will be paid for at the contract unit bid price. Four methods of determining conformity and accepting work are described in Subsections 106.02 to 106.05 inclusive. The primary method of acceptance is specified in each Section of work. However, work may be rejected at any time it is found by any of the methods not to comply with the contract.

Remove and replace work that does not conform to the contract, or to prevailing industry standards where no specific contract requirements are noted at no cost to the Government.



169

As an alternative to removal and replacement, the Contractor may submit a written request to:

(a) Have the work accepted at a reduced price, or
(b) Be given permission to perform corrective measures to bring the work into conformity.

The request shall contain supporting rationale and documentation. Include references or data justifying the proposal based on an evaluation of test results, effect on service life, value of material or work, quality, and other tangible engineering basis. The CO will determine disposition of the nonconforming work.

When standard manufactured items are specified (such as fence, wire, plates, rolled shapes, pipe conduits, etc., that are identified by gauge, unit mass, section dimensions, etc.), the identification will be considered to be nominal masses or dimensions. Unless specific contract tolerances are noted, established manufacturing tolerances will be accepted.

**106.02 Visual Inspection.** Acceptance is based on visual inspection of the work for compliance with the contract and prevailing industry standards.

**106.03 Certification.** For material manufactured off-site, use a manufacturer with an ISO 9000 certification or an effective testing and inspection system. Require the manufacturer to clearly mark the material or packaging with a unique product identification or specification standard to which it is produced.

Material accepted by certification may be sampled and tested at any time. If found not in conformance with the contract, the material will be rejected whether in place or not.

One of the following certifications may be required:

**(a) Production certification.** Material requiring a production certification is identified in the Acceptance Subsection of each Section. Require the manufacturer to furnish a production certification for each shipment of material. Include the following with each production certification:

(1) Date and place of manufacture

(2) Test results on material from the same lot and documentation of the



170

inspection and testing system

(3)Lot number or other means of cross-referencing to the manufacturer's inspection and testing system

(4)Manufacturer's statement that the material complies with all contract requirements

(5) Manufacturer's signature or other means of demonstrating accountability for the certification

**(b) Commercial certification.** When a certification is required, but not a production certification, furnish one commercial certification for all similar material from the same manufacturer.

A commercial certification is a manufacturer's or Contractor's representation that the material complies with all contract requirements. The representation may be labels, catalog data, stamped specification standards, or supplier's certifications indicating the material is produced to a commercial standard or specification.

**106.04 Measured or Tested Conformance.** Provide all necessary production and processing of the work and control performance of the work so that all of the work complies with the contract requirements.

Results from inspection or testing shall have values within the specified tolerances or specification limits. When no tolerance values are identified in the contract, the work will be accepted based on customary manufacturing and construction tolerances.

**106.05 Statistical Evaluation of Work and Determination of Pay Factor (Value of Work).** Statistical evaluation of work is a method of analyzing inspection or test results to determine conformity with the contract requirements. The work will be accepted as follows:

**(a) General.** For work evaluated based on statistical evaluation, both the Government and Contractor assume some risk.



171

Section 106

The Government's risk is the probability that work of a rejectable quality level is accepted. The Contractor's risk is the probability that work produced at an acceptable quality level (AQL) is rejected or accepted at a reduced contract price.

Acceptable quality level is the highest percentage of work outside the specification limits that is considered acceptable for payment at contract price. There are 2 categories. Category I is based on an AQL of 5 percent. Category II is based on an AQL of 10 percent. In both cases, the Contractor's risk is 5 percent.

As an incentive to produce uniform quality work and to offset the Contractor's risk, a final payment greater than the contract price may be obtained under certain conditions.

The quality characteristics to be evaluated, lot size, sampling frequency, sampling location, test methods, specification limits, and category are as follows:

**(1) Quality characteristics.** The quality characteristics to be evaluated are listed in the Acceptance Subsection of each Section.

**(2) Lot size.** A lot is a discrete quantity of work to which the statistical evaluation procedure is applied. A lot normally represents the total quantity of work produced. More than one lot may occur if changes in the target values, material sources, or job-mix formula are requested in writing and approved or adjustments are required as provided under (b).

**(3) Sampling frequency.** The frequency of sampling is listed in the Acceptance Subsection of each Section. The frequency rate shown normally results in a minimum of 5 samples, which is the minimum number required to perform a statistical evaluation. The maximum obtainable pay factor with 5 samples is 1.01. A minimum of 8 samples are required to obtain a 1.05 pay factor.



172

If the sampling frequencies and quantity of work would otherwise result in fewer than 8 samples, a written request is required to increase the sampling frequency to provide for a minimum of 8 samples. Provide the request to increase the sampling frequency at least 48 hours before beginning production. An increase in the sampling frequency may result in a reduced pay factor.

**(4) Sampling location.** The point of sampling is listed in the Acceptance Subsection of each Section. The exact location of sampling will be specified by the CO based on random numbers.

**(5) Test methods.** The test methods used to test the sample are listed in the Acceptance Subsection of each Section.

**(6) Specification limits.** The specification limits for the quality characteristics are listed in the contract provisions for the work in question.

**(7) Category.** The category for the quality characteristics to be analyzed are listed in the Acceptance Subsection of each Section.

**(b) Acceptance.** The work in the lot will be paid for at a final pay factor when all inspection or test results are completed and evaluated.

Before determining the final pay factor, the work may be incorporated into the project provided the current pay factor does not fall below 0.90. If a lot is concluded with fewer than 5 samples, the material will be evaluated under Subsection 106.04.

If the current pay factor of a lot falls below 0.90, terminate production. Production may resume after the Contractor takes effective and acceptable actions to improve the quality of the production. If it is determined that the resumption of production involves a significant change to the production process, the current lot will be terminated and a new lot begun.

A lot containing an unsatisfactory percentage of nonspecification material (less than 1.00 pay factor) is accepted provided the lowest single pay factor has not fallen into the reject portion of Table 106-2.

A lot containing an unsatisfactory percentage of nonspecification material with the lowest single pay factor falling into the reject portion of Table 106-2 is rejected. Remove all rejected material from the work.

When approved, it is permissible to voluntarily remove defective material and replace it with new material to avoid or minimize a pay factor of less than 1.00. New material will be sampled, tested, and evaluated according to this Subsection.

Any quantity of material that is determined to be defective may be rejected based on visual inspection or test results. Do not incorporate rejected material in the work. The results of tests run on rejected material will be excluded from the lot.

**(c) Statistical evaluation.** The Variability-Unknown/Standard Deviation Method will be used to determine the estimated percentage of the lot that is outside specification limits.

The number of significant figures used in the calculations will be according to AASHTO R 11, absolute method.

The estimated percentage of work that is outside of the specification limits for each quality characteristic will be determined as follows:

(1) Calculate the arithmetic mean $(\bar{X})$ of the test values: $\bar{X} = \frac{\Sigma x}{n}$

Where: $\Sigma$ = summation of
$x$ = individual test value
$n$ = total number of test values

(2) Calculate the standard deviation ($s$):

$$s = \sqrt{\frac{n\Sigma(x^2) - (\Sigma x)^2}{n(n-1)}}$$

Where: $\Sigma(x^2)$ = summation of the squares of individual test values

$(\Sigma x)^2$ = summation of the individual test values squared



174

**(3)** Calculate the upper quality index ($Q_U$): $$Q_U = \frac{USL - \bar{X}}{s}$$

Where: $USL$ = upper specification limit

**Note:** The *USL* is equal to the contract specification limit or the target value plus the allowable deviation.

**(4)** Calculate the lower quality index ($Q_L$): $$Q_L = \frac{\bar{X} - LSL}{s}$$

Where: $LSL$ = lower specification limit

**Note:** The *LSL* is equal to the contract specification limit or the target value minus the allowable deviation.

**(5)** From Table 106-1, determine $P_U$ (the estimated percentage of work outside the *USL*). $P_U$ corresponds to a given $Q_U$. If a *USL* is not specified, $P_U$ is 0.

**(6)** From Table 106-1, determine $P_L$ (the estimated percentage of work within the lot outside the *LSL*). $P_L$ corresponds to a given $Q_L$. If an *LSL* is not specified, $P_L$ is 0.

**(7)** Calculate the total estimated percentage of work outside the *USL* and *LSL* (percent defective):

$$P_U + P_L$$

**(8)** Repeat steps 1 through 7 for each quality characteristic listed for statistical evaluation.

**(d) Pay factor determination (value of the work).** The pay factor for a lot will be determined as follows:

**(1)** From Table 106-2, determine the pay factor for each quality characteristic using the total number of test values and the total estimated percentage outside the specification limits from step (c)(7).



175

**(2)** When all quality characteristics for a lot are category I, the lot pay factor is based on the lowest single pay factor for any category I quality characteristic. The maximum obtainable pay factor is 1.05 (with a minimum of 8 test values).

**(3)** When quality characteristics for a lot are both category I and II, the lot pay factor is based on the following:

*(a)* When all category II quality characteristics are 1.00, the lot payment is based on the lowest single pay factor for all category I characteristics. The maximum obtainable pay factor is 1.05 (with a minimum of 8 test values).

*(b)* When any category II quality characteristic is less than 1.00, the lot payment is based on the lowest single pay factor for any quality characteristic.

**(4)** When all quality characteristics for a lot are category II, the lot pay factor is based on the lowest single pay factor for any category II quality characteristic. The maximum obtainable pay factor is 1.00.

**(5)** Adjusted payment for material in a lot will be made at a price determined by multiplying the contract unit bid price by the lot pay factor as determined above.

**106.06 Inspection at the Plant.** Work may be inspected at the point of production or fabrication. Manufacturing plants may be inspected for compliance with specified manufacturing methods. Material samples may be obtained for laboratory testing for compliance with quality requirements. Allow full entry at all times to the parts of the plant producing the work.

**106.07 Partial and Final Acceptance.** Maintain the work during construction and until the project is accepted. FAR Clause 52.236-11 - Use and Possession Prior to Completion is supplemented as follows:

**(a) Partial acceptance.** When a separate portion of the project is completed, a final inspection of that portion may be requested. If the portion is complete and in compliance with the contract, it will be accepted, and the Contractor will be relieved of further responsibility for maintenance of the completed portion. Partial acceptance does not void or alter any of the terms of the contract.



176

When public traffic is accommodated through construction and begins using sections of roadway as they are completed, continue maintenance of such sections until final acceptance.

**(b) Final acceptance.** When notified that the entire project is complete, an inspection will be scheduled. If all work is determined complete, the inspection will constitute the final inspection, and the Contractor will be notified in writing of final acceptance as of the date of the final inspection. Final acceptance relieves the Contractor of further responsibility for the maintenance of the project.

If the inspection discloses any unsatisfactory work, the Contractor will receive a list of the work that is incomplete or requires correction. Immediately complete or correct the work. Furnish notification when the work has been completed as provided above.

# Section 301.) UNTREATED AGGREGATE COURSES

## Description

**301.01** This work consists of constructing one or more courses of aggregate on a prepared surface.

Subbase and base aggregate grading is designated as shown in Table 703-2.

## Material

**301.02** Conform to the following Subsections:

| | |
|---|---|
| Aggregate | 703.05 |
| Water | 725.01 |

## Construction Requirements

**301.03 General.** Prepare the surface on which the aggregate course is placed according to Section 204 or 303 as applicable.

After a representative quantity of aggregate is produced, submit proposed target values for the appropriate sieve sizes along with a representative 150-kilogram sample at least 14 days before incorporating the aggregate into the work.

Set target values within the gradation ranges shown in Table 703-2 or 703-3 for the required grading.

**301.04 Mixing and Spreading.** Determine the optimum moisture content according to AASHTO T 180 method D. Mix the aggregate and adjust the moisture content to obtain a uniform mixture with a moisture content within 2 percent of the optimum moisture content. Spread and shape the mixture on the prepared surface in a uniform layer.

Do not place the mixture in a layer exceeding 150 millimeters in compacted thickness. When more than one layer is necessary, compact each layer according to Subsection 301.05 before placing the next layer. Route hauling equipment uniformly over the full width of the surface to minimize rutting or uneven compaction.

**301.05 Compacting.** Determine the maximum density of the mixture according to AASHTO T 180 method D.

Compact each layer full width. Roll from the sides to the center, parallel to the centerline of the road. Along curbs, headers, walls, and all places not accessible to the roller, compact the material with approved tampers or compactors.

Compact each layer to at least 95 percent of maximum density. Determine the inplace density and moisture content according to AASHTO T 238 and AASHTO T 239 or other approved test procedures.

**301.06 Surface Tolerance.** If grade finishing stakes are required, finish the surface to within ±10 millimeters from staked line and grade elevation.

If grade finishing stakes are not required, shape the surface to the required template and check the surface with a 3-meter straightedge. Defective areas are surface deviations in excess of 15 millimeters in 3 meters between any two contacts of the straightedge with the surface.

Correct all defective areas by loosening the material, adding or removing material, reshaping, and compacting.

**301.07 Maintenance.** Maintain the aggregate course to the correct line, grade, and cross-section by blading, watering, rolling, or any combination thereof until placement of the next course. Correct all defects according to Subsection 301.06.

**301.08 Acceptance.** Aggregate gradation and surface course plasticity index will be evaluated under Subsection 106.05. Other aggregate quality properties will be evaluated under Subsections 106.02 and 106.04. See Table 301-1 for minimum sampling and testing requirements.

**(a) Aggregate gradation.** The upper and lower specification limits are the approved target values plus or minus the allowable deviations shown in Tables 703-2 and 703-3. See Table 301-1 for the acceptance quality characteristic categories.

**(b) Plasticity index.** The upper and lower specification limits for surface courses are shown in Table 703-3. See Table 301-1 for the acceptance quality characteristic category.

Construction of untreated aggregate courses will be evaluated under Subsections 106.02 and 106.04. See Table 301-1 for minimum sampling and testing requirements.

Preparation of the surface on which the aggregate course is placed will be evaluated under Section 204 or 303 as applicable.

## Measurement

**301.09** Measure aggregate by the metric ton, by the square meter, or by the cubic meter in the hauling vehicle. Measure square meter width horizontally to include the top of aggregate width and allowable curve widening. Measure the square meter length horizontally along the centerline of the roadway.

## Payment

**301.10** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement adjusted according to Subsection 106.05 for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 30101 | Aggregate base grading ___ | Metric ton |
| 30102 | Aggregate base grading ___, ___ millimeter depth | Square meter |
| 30103 | Aggregate base grading ___ | Cubic meter |
| 30104 | Subbase grading ___ | Metric ton |
| 30105 | Subbase grading ___, ___ millimeter depth | Square meter |
| 30106 | Subbase grading ___ | Cubic meter |
| 30107 | Aggregate surface course | Metric ton |
| 30108 | Aggregate surface course, ___ millimeter depth | Square meter |
| 30109 | Aggregate surface course | Cubic meter |

# Section 703.) AGGREGATE

**703.01 Fine Aggregate for Portland Cement Concrete.** Furnish sand conforming to AASHTO M 6 class B including the reactive aggregate supplementary requirement, except as amended or supplemented by the following:

| | |
|---|---|
| **(a)** Material passing 75-μm sieve, AASHTO T 11 | 3.0% max. |
| **(b)** Sand equivalent value, AASHTO T 176 referee method | 75 min. |

For lightweight fine aggregate, conform to AASHTO M 195.

**703.02 Coarse Aggregate for Portland Cement Concrete.** Conform to AASHTO M 80 class A, except as amended or supplemented by the following:

| | |
|---|---|
| **(a)** Los Angeles abrasion, AASHTO T 96 | 40% max. |
| **(b)** Adherent coating, FLH T 512 | 1.0% max. |

For bridge decks or surface courses, do not use aggregates known to polish or carbonate aggregates containing less than 25 percent by mass of insoluble residue as determined by ASTM D 3042.

For lightweight coarse aggregate, conform to AASHTO M 195.

**703.03 Granular Backfill.** Furnish aggregate for the following installations.

**(a) Underdrain pipe with geotextile.** Furnish granular backfill conforming to AASHTO M 80 class E and AASHTO M 43 no. 3, 4, 5, 7, 57, or 67.

**(b) Underdrain pipe without geotextile.** Furnish granular backfill conforming to AASHTO M 6, except the soundness test is not required.

**703.04 Permeable Backfill.** Furnish either sand conforming to Subsection 703.15 or coarse aggregate consisting of sound, durable particles of gravel, slag, or crushed stone conforming to Table 703-1.

**Table 703 - 1**
**Permeable Backfill Gradation**



181

| Sieve Size | Percent by Mass Passing Standard Sieves (AASHTO T 11 and T 27) |
|---|---|
| 75 mm | 100 |
| 19.0 mm | 50 - 90 |
| 4.75 mm | 20 - 50 |
| 75 $\mu$m | 0.0 - 2.0 |

**703.05 Subbase, Base, and Surface Course Aggregate.**

**(a) General.** Furnish hard, durable particles or fragments of crushed stone, crushed slag, or crushed gravel conforming the following:

| | |
|---|---|
| **(1)** Los Angeles abrasion, AASHTO T 96 | 50% max. |
| **(2)** Sodium sulfate soundness loss (5 cycles), AASHTO T 104 | 12% max. |
| **(3)** Durability index (coarse), AASHTO T 210 | 35 min. |
| **(4)** Durability index (fine), AASHTO T 210 | 35 min. |
| **(5)** Fractured faces, FLH T 507 | 50% min. |
| **(6)** Free from organic matter and lumps or balls of clay | |

Do not use material that breaks up when alternately frozen and thawed or wetted and dried.

Obtain the aggregate gradation by crushing, screening, and blending processes as necessary. Fine aggregate, material passing the 4.75 millimeter sieve, shall consist of natural or crushed sand and fine mineral particles.

**(b) Subbase or base aggregate.** In addition to (a) above, conform to the following:

| | |
|---|---|
| **(1)** Gradation | Table 703-2 |
| **(2)** Liquid limit, AASHTO T 89 | 25 max. |



182

Table 703 - 2
Target Value Ranges for Subbase and Base Gradation

| Sieve Size | Percent by Mass Passing Designated Sieve (AASHTO T 27 and T 11) | | | | |
|---|---|---|---|---|---|
| | Grading Designation | | | | |
| | A (Subbase) | B (Subbase) | C (Base) | D (Base) | E (Base) |
| 63 mm | 100 | (1) | | | |
| 50 mm | 97 - 100 | (1)100(1) | 100(1) | | |
| 37.5 mm | | 97 - 100 | (1)97 - 100(1) | 100(1) | |
| 25 mm | 65 - 79 (6) | | | 97 - 100 | 100(1) |
| 19 mm | | | 67 - 81 (6) | | 97 - 100 |
| 12.5 mm | 45 - 59 (7) | | | | |
| 9.5 mm | | | | 56 - 70 (7) | 67 - 79 (6) |
| 4.75 mm | 28 - 42 (6) | 40 - 60 (8) | 33 - 47 (6) | 39 - 53 (6) | 47 - 59 (7) |
| 425 µm | 9 - 17 (4) | | 10 - 19 (4) | 12 - 21 (4) | 12 - 21 (4) |
| 75 µm | 4.0 - 8.0 (3) | 0.0 - 12.0 (4) | 4.0 - 8.0 (3) | 4.0 - 8.0 (3) | 4.0 - 8.0 (3) |

(1) Statistical procedures do not apply.
( ) Allowable deviations (±) from the target values.

(1)



183

**(c) Surface course aggregate.** In addition to (a) above, conform to the following:

**(1)** Gradation and plasticity index, AASHTO T 90 ____ Table 703-3
**(2)** Liquid limit, AASHTO T 89 35 max.

Do not furnish material that contains asbestos fibers.

**Table 703-3**
**Target Value Ranges for**
**Surface Course Gradation and Plasticity Index**

| Sieve Size | Percent by Mass Passing Designated Sieve (AASHTO T 27 and T 11) |
|---|---|
| 25 mm | 100(1) |
| 19 mm | 97 - 100(1) |
| 4.75 mm | 41 - 71 (7) |
| 425 μm | 12 - 28 (5) |
| 75 μm | 9 - 16 (4) |
| Plasticity index | 8 (4) |

(1) Statistical procedures do not apply.
( ) Allowable deviations (±) from the target values.

**703.06 Crushed Aggregate.** Furnish hard, durable particles or fragments of crushed stone or gravel conforming to the size and quality requirements for crushed aggregate material normally used locally in the construction and maintenance of highways by Federal or state agencies. Furnish crushed aggregate with a maximum size of 25 millimeters as determined by AASHTO T 27 and T 11. Furnish crushed aggregate uniformly graded from coarse to fine and free of organic matter, lumps or balls of clay, and other deleterious matter.



184