IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., Plaintiff, | ) | Case No.: 041052C (Judge Edward J. Damich) |
| vs. | ) | **RESPONSE TO UNITED STATES' MOTION TO AMEND ITS ANSWER** |
| UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF TRANSPORTATION; UNITED STATES FEDERAL HIGHWAY ADMINISTRATION, WESTERN FEDERAL LANDS HIGHWAY DIVISION, Defendant. | ) | |

M.A. DeAtley Construction Co. ("M.A. DeAtley"), by and through its attorneys of record, Dunn & Black, P.S., does not necessarily oppose the United States' Motion to file an amended answer, so long as this Court grants M.A. DeAtley's Motion to Amend its Complaint. Despite the fact that the new counterclaim has no basis in fact or law, if M.A. DeAtley's Motion to Amend its

Complaint is granted, the Government has a right to file an amended answer and assert counterclaims.

However, if this Court denies M.A. DeAtley's Motion to Amend its Complaint, M.A. DeAtley requests leave to file additional briefing in opposition to the United States' Motion to Amend its Answer.

DATED this 18th day of January, 2006.

s/ JOHN C. BLACK
JOHN C. BLACK
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of January, 2006, a copy of the foregoing *Response To United States' Motion To Amend Its Answer* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK