IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. A. DEATLEY CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1052C |
| | ) | (Chief Judge Edward J. Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO AMEND ITS ANSWER TO ASSERT AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

Pursuant to Rule 7.2 of the Rules of the Court of Federal Claims, the United States respectfully files its reply to plaintiff's January 18, 2006 response to defendant's December 22, 2005, motion for leave to amend its answer to assert affirmative defenses and counterclaims. In its response, plaintiff states that it "does not necessarily oppose" defendant's motion to amend, "so long as the Court grants" plaintiff's motion to amend.

The Government submits that plaintiff's wholly inadequate "response" does not constitute an "opposition" to defendant's motion to amend. Accordingly, defendant's motion to amend should be granted both on its merits, and because plaintiff did not set forth any basis which would warrant this Court denying the Government's motion.

For the foregoing reasons, and for the reasons set forth in our motion, it is respectfully requested that our motion for leave to amend our answer to assert affirmative defenses and counterclaims be granted.

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

January 19, 2006

Attorneys for Defendant