# In the United States Court of Federal Claims

No. 04-1052 C

(Filed: January 24, 2006)

****************************************
**M.A. DeATLEY CONSTRUCTION, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## ORDER

On January 2, 2006, Defendant filed a Corrected Motion for Leave to Amend Its Answer to Assert Affirmative Defenses and Counterclaims. The proposed amended answer was included with the original motion which was submitted on December 23, 2005.

In its response filed January 18, 2006, Plaintiff presents no arguments in opposition nor does Plaintiff suggest that it would be prejudiced in any way were the Court to grant Defendant's motion. Therefore, in the interest of promoting the efficient administration of justice, Defendant's motion is hereby GRANTED. The Clerk of the Court is DIRECTED to file the amended answer.

s/ Edward J. Damich
Edward J. Damich
Chief Judge