# In the United States Court of Federal Claims

No. 04-1052 C

(Filed: January 24, 2006)

| | |
|---|---|
| ****************************************** | |
| **M.A. DeATLEY CONSTRUCTION, INC.**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | |

## ORDER

On November 28, 2005, Defendant filed a Motion to Dismiss Counts One, Two, Four, Five and Six of Plaintiff's Complaint. In view of Defendant's pending motion, the joint status report due March 15, 2006, and the status conference scheduled for March 28, 2006, are hereby canceled. A revised status report order and status conference order will be issued following a decision on Defendant's motion to dismiss.

s/ Edward J. Damich
Edward J. Damich
Chief Judge