# In the United States Court of Federal Claims

No. 04-1052 C

(Filed: January 24, 2006)

| | |
|---|---|
| ****************************************** | |
| **M.A. DeATLEY CONSTRUCTION, INC.**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | |

**<u>CORRECTED ORDER</u>**

On January 2, 2006, Defendant filed a Corrected Motion for Leave to Amend Its Answer to Assert Affirmative Defenses and Counterclaims. The proposed amended answer was included with the original motion which was submitted on December 23, 2005.

In its response filed January 18, 2006, Plaintiff presents no arguments in opposition nor does Plaintiff suggest that it would be prejudiced in any way were the Court to grant Defendant's motion. Therefore, in the interest of promoting the efficient administration of justice, Defendant's motion is hereby GRANTED.

Defendant is ORDERED to file its amended answer by **January 31, 2006.**

s/ Edward J. Damich
Edward J. Damich
Chief Judge