IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., | ) | Case No.: 041052C |
| | ) | (Judge Edward J. Damich) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR PROTECTIVE ORDER; MOTION FOR ORDER DIRECTING ADDITIONAL BRIEFING TO SETTLEMENT JUDGE AND MOTION FOR CONFERENCE CALL** |
| UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF TRANSPORTATION; UNITED STATES FEDERAL HIGHWAY ADMINISTRATION, WESTERN FEDERAL LANDS HIGHWAY DIVISION, | ) | |
| | ) | |
| Defendant. | ) | |

M.A. DeAtley Construction, Inc. ("M.A. DeAtley"), by and through its attorneys of record, Dunn & Black, P.S., hereby moves this Court for a protective order pursuant to RCFC 26(c) preventing the deposition of Allen Gifford that the Government's attorney unilaterally set for February 28, 2006 in Spokane, Washington. Plaintiff's counsel has attempted to work with Government's

counsel to accommodate reasonable scheduling requirements, but Government's counsel has declined such offers.

M.A. DeAtley further requests this Court enter an order granting Settlement Judge Bruggink the authority to order mediation after the parties submit additional briefing to him. Pursuant to Judge Bruggink's April 5, 2005 Order, he is available for mediation at joint request of the parties or by request from this Court. In addition, M.A. DeAtley requests a conference call between the parties and the Court to establish a reasonable deposition schedule.

This Motion is made pursuant to RCFC 26; Fed. R. Evid. 408; this Court's Order filed April 5, 2005; the Affidavit of John C. Black; Affidavit of Allen Gifford; and the Memorandum in Support of Motion for Protective Order and Motion for Order Directing Additional Briefing to Settlement Judge and Motion for Conference Call filed herewith.

DATED this 26th day of January, 2006.

s/ JOHN C. BLACK
JOHN C. BLACK
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of January, 2006, a copy of the foregoing *Plaintiff's Motion For Protective Order; Motion For Order Directing Additional Briefing To Settlement Judge And Motion For Conference Call* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK