IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DeATLEY CONSTRUCTION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF TRANSPORTATION; UNITED STATES FEDERAL HIGHWAY ADMINISTRATION, WESTERN FEDERAL LANDS HIGHWAY DIVISION,<br><br>Defendant. | ) | Case No.: 041052C<br>(Judge Edward J. Damich)<br><br>**AFFIDAVIT OF JOHN C. BLACK** |

STATE OF WASHINGTON )
: ss
County of Spokane )

I, JOHN C. BLACK, being first sworn upon oath, say as follows:

1. I am one of the attorneys of record for M.A. DeAtley Construction Co. ("M.A. DeAtley") in the above-entitled matter. I am over 18, have personal

knowledge of the information in this affidavit and am competent to testify to the matters contained herein.

2. In late November 2005, the Government's counsel, Leslie Ohta, and I began discussions about the deposition schedules for our experts. Ms. Ohta advised that her expert, Mr. Leathers, was available only during a one-week period in February 2006. She then asked about the availability of M.A. DeAtley's expert witness, Mr. Allen Gifford.

3. On or about December 7, 2005, I advised Ms. Ohta, counsel for the Government that Mr. Gifford was unavailable from January 15, 2006 through March 15, 2006, as he had a prior two-month commitment. I also stated that under these circumstances M.A. DeAtley would agree to extend the expert discovery deadline. Ms. Ohta responded that if Mr. Gifford could get his report done earlier she would depose him on January 13, 2006.

4. On or about December 12, 2005, I entered into an agreement with Ms. Ohta with regards to a deposition schedule and exchange of expert reports. This agreement provided that the expert reports that were previously due on January 13, 2006 would be mutually exchanged on January 6, 2006 and Mr. Gifford's deposition would be taken on January 13, 2006. Attached hereto as **Exhibit A** is a true and correct copy of the email conversation with Ms. Ohta.

5. We also agreed that Mr. Leathers, the government's expert, would be deposed on February 15, 2006 and M.A. DeAtley's rebuttal expert would be deposed thereafter. Because Mr. Leathers will likely testify and base his opinions off of Mr. Gifford's deposition testimony, it was and is imperative that Mr. Leathers be deposed after Mr. Gifford in order to promote judicial economy and decrease the expenses involved in deposing Mr. Leathers twice.

6. M.A. DeAtley complied with the agreement between counsel and provided Mr. Gifford's report to the government on January 6, 2006.

7. On or about January 9, 2006, after Ms. Ohta received Mr. Gifford's report, she reneged on our previous agreement. She sent an email stating that she was not going to take the deposition of Mr. Gifford on January 13, 2006, as scheduled because she had "more pressing responsibilities." I objected to this due to the fact that we had an agreement and had set aside time to take Mr. Gifford's deposition on January 13, 2006. Moreover, I again informed Ms. Ohta that Mr. Gifford was unavailable until after March 14, 2006.

8. Ms. Ohta and I conferred on this matter and discussed possible solutions for the problem. M.A. DeAtley offered to move Mr. Gifford's deposition until after he returned from his two-month commitment and agreed to extend discovery for experts for 45 days to accommodate these depositions, if the Government would agree to mediation in good faith. However, the Government

rejected this offer. Attached hereto as **Exhibit B** is a true and correct copy of the email correspondence between counsel regarding possible solutions to this matter.

9. After rejecting this possible solution, the United States unilaterally set Mr. Gifford's deposition in Spokane, Washington on February 28, 2006. Attached hereto as **Exhibit C** is a true and correct copy of the Deposition Notice by the United States of Mr. Gifford.

10. If Mr. Gifford's deposition is allowed to go forward on February 28, 2006 in Spokane, Washington, M.A. DeAtley will have no choice but to either fly Mr. Gifford from Yuma, Arizona to Spokane for his deposition or pay for its attorneys to travel somewhere in Arizona for the deposition. This unexpected additional expense is unreasonable in light of the fact that there had already been an agreement to take Mr. Gifford's deposition on January 13, 2006 in Spokane.

11. The United States' unwillingness to accommodate Mr. Gifford's schedule is just another example of its lack of good faith and repeated attempts to increase the cost of this litigation. M.A. DeAtley believes that the Government did not mediate this dispute in good faith during the March 23, 2005 settlement meeting. However, since evidence of the Government's lack of good faith is inadmissible in this Court, M.A. DeAtley requests that this Court order additional briefing to be submitted to the settlement judge for his determination on whether

or not this matter should be ordered to mediation and that Judge Bruggink should be given the authority to order mediation, if appropriate.

JOHN C. BLACK

SUBSCRIBED AND SWORN to before me this 26th day of January, 2006.

OFFICIAL SEAL
KAREN C FLANIGAN
NOTARY PUBLIC
STATE OF WASHINGTON
MY COMMISSION EXPIRES
APRIL 04, 2009

Print Name: Karen C. Flanigan
Notary Public in and for the State
of Washington, residing in Spokane.
My Commission expires: 04-04-09

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of January, 2006, a copy of the foregoing *Affidavit of John C. Black* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK

**Nick Kovarik**

**From:** John Black [jblack@dunnandblack.com]
**Sent:** Tuesday, January 10, 2006 10:25 AM
**To:** 'Nick Kovarik'
**Subject:** FW: DeAtley, Expert Deposition

Regards,
John C. Black
Dunn & Black, P.S.
(509) 455-8711 phone
(509) 455-8734 fax
jblack@dunnandblack.com
www.dunnandblack.com
The information contained in this email is confidential and protected by the attorney-client or attorney work product privilege. The privilege is not waived by virtue of sending this email. If you are not the intended recipient of this email, please reply to the sender that you received this message in error; then delete this email from your system. Thank you.

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Monday, December 12, 2005 11:04 AM
To: jblack@dunnandblack.com (Receipt Notification Requested) (IPM Return Requested)
Cc: nkovarik@dunnandblack.com (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: DeAtley, Expert Deposition

Please Fed Ex Mr. Gifford's report to me and to Frank Leathers (Francis D. Leathers, GEI Consultants, 1021 Main Street, Winchester, MA 01890, 781-721-4000) on 1/5 to ensure its receipt by 1/6.

On 1/5 Mr. Leathers will Fed EX his report directly to you. Would you like him to Fed Ex it to Mr. Gifford also?

Leslie

-----Original Message-----
From: jblack@dunnandblack.com [mailto:jblack@dunnandblack.com]
Sent: Monday, December 12, 2005 1:50 PM
To: Ohta, Leslie (CIV)
Cc: nkovarik@dunnandblack.com
Subject: RE: DeAtley, Expert Deposition

I have confirmed Gifford for the 13th of January in Spokane. The parties will mutually exchange reports on the 6th of January. I am still checking on our other expert.

Regards,
John C. Black
Dunn & Black, P.S.
(509) 455-8711 phone
(509) 455-8734 fax
jblack@dunnandblack.com
www.dunnandblack.com
The information contained in this email is confidential and protected by the attorney-client or attorney work product privilege. The privilege is not waived by virtue of sending this email. If you are not the intended recipient of this email, please reply to the sender that you received this message in error; then delete this email from your system. Thank you.

EXHIBIT A.

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Thursday, December 08, 2005 9:41 AM
To: jblack@dunnandblack.com (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: DeAtley, Expert Deposition

OK.

-----Original Message-----
From: jblack@dunnandblack.com [mailto:jblack@dunnandblack.com]
Sent: Thursday, December 08, 2005 12:20 PM
To: Ohta, Leslie (CIV)
Subject: RE: DeAtley, Expert Deposition

That should work. I will call Gifford now.

Regards,
John C. Black
Dunn & Black, P.S.
(509) 455-8711 phone
(509) 455-8734 fax
jblack@dunnandblack.com
www.dunnandblack.com
The information contained in this email is confidential and protected by the attorney-client or attorney work product privilege. The privilege is not waived by virtue of sending this email. If you are not the intended recipient of this email, please reply to the sender that you received this message in error; then delete this email from your system. Thank you.

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Thursday, December 08, 2005 4:05 AM
To: jblack@dunnandblack.com (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: DeAtley, Expert Deposition

If you provide me and Frank Leathers with Mr. Gifford's expert report by Friday, January 6, 2006, I will take Mr. Gifford's deposition on January 13, subject to the caveat previously mentioned regarding his rebuttal report, if any.

I will also have Mr. Leathers Fed Ex a copy of his report directly to you for delivery on January 6, 2006.

Let me know if this schedule will work for you.

Thanks.

Leslie

-----Original Message-----
From: jblack@dunnandblack.com [mailto:jblack@dunnandblack.com]
Sent: Wednesday, December 07, 2005 5:32 PM
To: Ohta, Leslie (CIV)
Subject: RE: DeAtley, Expert Deposition

I can't commit to have it by December 30. But I think I can have it by January 6, if you will commit to the same deadline. I have not heard back yet from the other expert. I will let you know.

Regards,
John C. Black
Dunn & Black, P.S.
(509) 455-8711 phone
(509) 455-8734 fax
jblack@dunnandblack.com
www.dunnandblack.com

The information contained in this email is confidential and protected by the attorney-client or attorney work product privilege. The privilege is not waived by virtue of sending this email. If you are not the intended recipient of this email, please reply to the sender that you received this message in error; then delete this email from your system. Thank you. -----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Wednesday, December 07, 2005 2:10 PM
To: jblack@dunnandblack.com (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: DeAtley, Expert Deposition

The expert reports are not due until January 13, 2006. If he could get me his report by December 30, 2005, I could depose him on January 13, 2006, with the caveat that if he submits a rebuttal report I would depose him later regarding his rebuttal report.....

What about your other expert?

Leslie

-----Original Message-----
From: jblack@dunnandblack.com [mailto:jblack@dunnandblack.com]
Sent: Wednesday, December 07, 2005 5:00 PM
To: Ohta, Leslie (CIV)
Subject: RE: DeAtley, Expert Deposition

Alan Gifford advises that he is unavailable starting January 15-March 15. I see two options 1.) Depose him during the week of January 9 or 2.)after March 15. Under the circumstances I am willing to stipulate to extend the expert discovery deadline.

Regards,
John C. Black
Dunn & Black, P.S.
(509) 455-8711 phone
(509) 455-8734 fax
jblack@dunnandblack.com
www.dunnandblack.com
The information contained in this email is confidential and protected by the attorney-client or attorney work product privilege. The privilege is not waived by virtue of sending this email. If you are not the intended recipient of this email, please reply to the sender that you received this message in error; then delete this email from your system. Thank you.

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Tuesday, December 06, 2005 12:18 PM
To: jblack@dunnandblack.com (Receipt Notification Requested) (IPM Return Requested)
Cc: kflanigan@dunnandblack.com (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: DeAtley, Expert Deposition

The deposition is currently scheduled for February 15, not March 15. The expert discovery cut-off date is March 1, 2006.

I will check with Mr. Leathers regarding February 14 but I expect that it will be fine.

Please let me know the availability of your experts between February 20 and February 28, 2006.

Thanks.

Leslie

-----Original Message-----
From: jblack@dunnandblack.com [mailto:jblack@dunnandblack.com]
Sent: Tuesday, December 06, 2005 3:03 PM
To: Ohta, Leslie (CIV)

Cc: kflanigan@dunnandblack.com
Subject: RE: DeAtley, Expert Deposition

Leslie:

Let's do Mr. Leathers deposition on March 14 if possible, instead of March 15 as we discussed last week. To confirm, the Government does not intend to call Jim Nickerson or Mauro Scali. I mentioned that I did not want to take their depositions, but after further consideration, I would like to review their files before I confirm that position. Thanks.

Regards,
John C. Black
Dunn & Black, P.S.
(509) 455-8711 phone
(509) 455-8734 fax
jblack@dunnandblack.com
www.dunnandblack.com
The information contained in this email is confidential and protected by the attorney-client or attorney work product privilege. The privilege is not waived by virtue of sending this email. If you are not the intended recipient of this email, please reply to the sender that you received this message in error; then delete this email from your system. Thank you.

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Wednesday, November 23, 2005 10:42 AM
To: jblack@dunnandblack.com (Receipt Notification Requested) (IPM Return Requested)
Subject: DeAtley, Expert Deposition

November 23, 2005

Frank Leathers will be available on February 13, 14, 15, 16, or 17, 2006, for his deposition, at his office outside of Boston. These are the only days he is available between the deadline for the submittal of expert reports on February 13, 2006, and the deadline to complete expert depositions on March 1, 2006.

I know it is still early but I would suggest that you pick a date now so that we can lock it in.

Thanks.

Leslie



4

**Nick Kovarik**

**From:** John Black [jblack@dunnandblack.com]
**Sent:** Wednesday, January 11, 2006 8:52 AM
**To:** 'Nick Kovarik'
**Subject:** FW: DeAtley, Postponement of Alan Gifford's Deposition

Regards,
John C. Black
Dunn & Black, P.S.
(509) 455-8711 phone
(509) 455-8734 fax
jblack@dunnandblack.com
www.dunnandblack.com
The information contained in this email is confidential and protected by the attorney-client or attorney work product privilege. The privilege is not waived by virtue of sending this email. If you are not the intended recipient of this email, please reply to the sender that you received this message in error; then delete this email from your system. Thank you.

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Wednesday, January 11, 2006 4:00 AM
To: jblack@dunnandblack.com (Receipt Notification Requested) (IPM Return Requested)
Cc: Timothy.Binder@fhwa.dot.gov (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: DeAtley, Postponement of Alan Gifford's Deposition

As I told your colleague last Friday, I postponed Mr. Gifford's deposition because my current and more pressing responsibilities make it impossible for me to take his deposition as originally planned. You will not, therefore, be seeing me on Friday, January 13, 2006.

Leslie

-----Original Message-----
From: jblack@dunnandblack.com [mailto:jblack@dunnandblack.com]
Sent: Tuesday, January 10, 2006 5:51 PM
To: Ohta, Leslie (CIV)
Subject: RE: DeAtley, Postponement of Alan Gifford's Deposition

I will see you Friday then. I will be making a motion for protective order as well in the ordinary course.

Regards,
John C. Black
Dunn & Black, P.S.
(509) 455-8711 phone
(509) 455-8734 fax
jblack@dunnandblack.com
www.dunnandblack.com
The information contained in this email is confidential and protected by the attorney-client or attorney work product privilege. The privilege is not waived by virtue of sending this email. If you are not the intended recipient of this email, please reply to the sender that you received this message in error; then delete this email from your system. Thank you.

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Tuesday, January 10, 2006 12:27 PM
To: jblack@dunnandblack.com (Receipt Notification Requested) (IPM Return

EXHIBIT B.



5

Requested)
Cc: timothy.binder@fhwa.dot.gov (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: DeAtley, Postponement of Alan Gifford's Deposition

Thank you for your offer to agree to seek an extension of the deadline for completing the experts' dispositions. I can not, however, agree to mediation in this case.

I think, therefore, that this dispute should must be brought to the Court's attention.

Would you like me to see if the Judge is available for a conference call tomorrow?

Thanks.

Leslie

-----Original Message-----
From: jblack@dunnandblack.com [mailto:jblack@dunnandblack.com]
Sent: Tuesday, January 10, 2006 2:56 PM
To: Ohta, Leslie (CIV)
Subject: RE: DeAtley, Postponement of Alan Gifford's Deposition

Gifford does not return until March 15. We will agree to extend the discovery deadline for the 3 experts for 45 days, provided that the Government agrees to third party mediation to be held prior to March 1. Otherwise, Gifford is available on this Friday per our original agreement.

Regards,
John C. Black
Dunn & Black, P.S.
(509) 455-8711 phone
(509) 455-8734 fax
jblack@dunnandblack.com
www.dunnandblack.com
The information contained in this email is confidential and protected by the attorney-client or attorney work product privilege. The privilege is not waived by virtue of sending this email. If you are not the intended recipient of this email, please reply to the sender that you received this message in error; then delete this email from your system. Thank you.

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Tuesday, January 10, 2006 10:42 AM
To: jblack@dunnandblack.com (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: DeAtley, Postponement of Alan Gifford's Deposition

As I told Nick when I spoke to him about this last Friday, since it is important to you that I take Mr. Gifford's before you take Mr. Leathers', I am willing to accommodate you. The first thing to do is get a date for Mr. Gifford, and then schedule Mr. Leathers after his.

I apologize for the inconvenience.

Leslie

-----Original Message-----
From: jblack@dunnandblack.com [mailto:jblack@dunnandblack.com]
Sent: Tuesday, January 10, 2006 1:17 PM
To: Ohta, Leslie (CIV)
Cc: nkovarik@dunnandblack.com
Subject: RE: DeAtley, Postponement of Alan Gifford's Deposition

You know full well what our agreement was. I relied on that agreement and expedited the report per our agreement. Your efforts to now unilaterally force me to take your experts deposition before the plaintiff's expert is contrary to the agreement and will force me to take his deposition again. This is an expense which your client must bear. You also are



6

aware that Mr. Gifford is unavailable for several months and that is the reason we reached the agreement in the first place. Even if he was available or we extended the discovery deadline, it will also force additional expense on my client to have Mr. Gifford get back up to speed. I do not appreciate what is clearly game playing. Rest assured, I will bring this conduct to the court's attention, if we cannot get it resolved. This is yet again another effort by the Government to increase the cost of litigation.

Do you have a proposal to resolve this?

Regards,
John C. Black
Dunn & Black, P.S.
(509) 455-8711 phone
(509) 455-8734 fax
jblack@dunnandblack.com
www.dunnandblack.com
The information contained in this email is confidential and protected by the attorney-client or attorney work product privilege. The privilege is not waived by virtue of sending this email. If you are not the intended recipient of this email, please reply to the sender that you received this message in error; then delete this email from your system. Thank you.

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Tuesday, January 10, 2006 3:57 AM
To: jblack@dunnandblack.com (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: DeAtley, Postponement of Alan Gifford's Deposition

I suggest that we bring this dispute to the attention of the Court so that we cam obtain a judicial resolution.

Leslie

-----Original Message-----
From: jblack@dunnandblack.com [mailto:jblack@dunnandblack.com]
Sent: Monday, January 09, 2006 11:23 AM
To: Ohta, Leslie (CIV)
Subject: RE: DeAtley, Postponement of Alan Gifford's Deposition

See my letter.

Regards,
John C. Black
Dunn & Black, P.S.
(509) 455-8711 phone
(509) 455-8734 fax
jblack@dunnandblack.com
www.dunnandblack.com
The information contained in this email is confidential and protected by the attorney-client or attorney work product privilege. The privilege is not waived by virtue of sending this email. If you are not the intended recipient of this email, please reply to the sender that you received this message in error; then delete this email from your system. Thank you.

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Monday, January 09, 2006 5:37 AM
To: jblack@dunnandblack.com (Receipt Notification Requested) (IPM Return Requested)
Cc: alicia@naegelireporting.com (Receipt Notification Requested) (IPM Return Requested); timothy.binder@fhwa.dot.gov (Receipt Notification Requested) (IPM Return Requested); rayann.speakman@fhwa.dot.gov (Receipt Notification Requested) (IPM Return Requested); fleathers@geiconsultants.com (Receipt Notification Requested) (IPM Return Requested)



7

Subject: DeAtley, Postponement of Alan Gifford's Deposition

This is to confirm that due to the press of other business I will not be able to take Mr. Gifford.s deposition on Friday, January 13, 2006, as previously planned. It is my understanding that Mr. Gifford will be leaving on January 14, 2005, and will not be returning for approximately two months. Please advise me as to Mr. Gifford's availability.

It is also my understanding that Frank Leather's deposition is scheduled for March 16, 2006, in Boston.

Thank you.

ORIGINAL

RECEIVED
JAN 10 2006
DUNN & BLACK

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. A. DEATLEY CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1052C |
| | ) | (Judge Edward J. Damich ) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF DEPOSITION OF ALAN GIFFORD

Please take notice that, pursuant to Rule 30 of the United States Court of Federal Claims, defendant will take the deposition of Alan Gifford before a court reporter authorized to administer oaths at the offices of Naegeli Reporting Corporation, 505 W. Riverside Ave., Suite 500, Spokane, Washington 99201, phone, 509-838-6000, on Tuesday, February 28, 2006, at 9:00 a.m., Pacific Standard Time, continuing from day to day until completed.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

Bryant G. Snee/lco
BRYANT G. SNEE
Assistant Director

Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
ATTN: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0252

January 9, 2005

Attorneys for Defendant

EXHIBIT
C.

9

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 9th day of January 2006, I caused to be sent by e-mail and Federal Express a copy of "DEFENDANT'S NOTICE OF DEPOSITION OF ALAN GIFFORD", addressed as follows:

John C. Black, Esq.
Dunn & Black
10 N. Post, Suite 200
Spokane, WA 99201-0653
509-455-8711

cc:
Tim Binder, Division Counsel
U.S. Dept. of Transportation
Federal Highway Administration
610 East Fifth Street
Vancouver, WA 98661-3801
360-619-7976

Rayann Speakman, Attorney-Advisor
U.S. Dept. of Transportation
Federal Highway Administration
610 East Fifth Street
Vancouver, WA 98661-3801
360-619-7529

Naegeli Reporting Corporation
505 W. Riverside Ave. Suite 500
Spokane, Washington 99201
509-838-6000
alicia@naegelireporting.com