IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., Plaintiff, vs. UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF TRANSPORTATION; UNITED STATES FEDERAL HIGHWAY ADMINISTRATION, WESTERN FEDERAL LANDS HIGHWAY DIVISION, Defendant. | ) | Case No.: 041052C (Judge Edward J. Damich) **AFFIDAVIT OF ALLEN GIFFORD** |

STATE OF Washington )
: ss
County of Spokane )

I, Allen Gifford, being first sworn upon oath, depose and say:

1. I am a geotechnical engineer hired by M.A. DeAtley Construction Co. ("M.A. DeAtley") as an expert for this litigation. I am over the age of 18, competent to testify to the matters contained herein and make this Affidavit based upon personal knowledge.

2. After the new scheduling order was filed in September, I was informed that my expert report was due on January 13, 2006. In late November, I was contacted by John Black, attorney for M.A. DeAtley, to see when I would be available to have my deposition taken. I told Mr. Black that I was going to be out of town from January 16, 2006 until March 14, 2006, but I was available for deposition any other time.

3. Based upon my unavailability, I understand that Mr. Black and the United States' attorney entered into an agreement where the due date for my report would be accelerated to January 6, 2006 and I would be deposed on January 13, 2006. However, now I am told that my deposition is scheduled for February 28, 2006 in Spokane.

4. Currently, I am scheduled to leave Spokane on January 16, 2006 for a two month road trip to the southwestern United States in which I and my wife will be hauling our camper and stopping periodically along the way.

5. My wife and I have reservations in a RV park in Yuma, Arizona from February 1st through March 2nd. If my deposition was taken on February 28, 2006 in Spokane, I would inevitably have to set aside the last part of my trip to prepare and actually attend the deposition. I would have to either fly to Spokane or drive from Yuma, AZ to Spokane. This unexpected travel would cause a severe interruption with my plans and could even postpone my departure from Yuma, after I return from the scheduled

//

//

deposition. This unexpected travel would cause me or M.A. DeAtley to incur additional undue expense and hardship.

ALLEN GIFFORD

SUBSCRIBED AND SWORN to before me this 12th day of January, 2006.

OFFICIAL SEAL
MAUREEN E. O'BRIEN
NOTARY PUBLIC
STATE OF WASHINGTON
MY COMMISSION EXPIRES
SEPTEMBER 13, 2006

Printed Name: Maureen E O'Brien
Notary Public in and for the State
of Washington, Residing at Spokane Valley
My Appointment Expires: Sept 13/06

wpdocs\1742\1806\Aff.Gifford.011106

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of January, 2006, a copy of the foregoing *Affidavit of Allen Gifford* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK