# In the United States Court of Federal Claims

No. 04-1052 C
(Filed: January 31, 2006)

| | |
|---|---|
| ****************************************** | |
| **M.A. DeATLEY CONSTRUCTION, INC.**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | |

**ORDER**

On January 26, 2006, Plaintiff filed its Motion for Protective Order; Motion for Order Directing Additional Briefing to Settlement Judge and Motion for Conference Call. This filing is deficient in two respects: (1) the motions were filed as a single motion in the CM/ECF system, and (2) the caption is incorrect under Rule 10(a) of the Rules of the United States Court of Federal Claims ("RCFC"). Although the Court will not strike Plaintiff's filing, the Court ORDERS that Plaintiff shall avoid these deficiencies in the future by (1) filing future motions separately, and (2) designating the defendant as "United States," instead of including additional parties. Furthermore, it is ORDERED that Defendant's response to Plaintiff's motion and Plaintiff's reply to Defendant's response shall be designated as relating to all three motions, although there is no need to file three separate responses and replies.

On January 27, 2006, Defendant filed its Opposition to Plaintiff's Motion for Leave to Amend Complaint. This filing is also deficient, as it (1) was not filed in a timely manner (it should have been filed on January 26, 2006), and (2) was linked to a terminated motion. The Court will not strike this filing; however, it is hereby ORDERED that Defendant shall not repeat these deficiencies in the future.

These deficiencies evidence a lack of understanding of the RCFC. Therefore, both parties are ORDERED to review the rules of this court and to comply with those rules and with the rules for filing documents in CM/ECF in all future filings.

s/ Edward J. Damich
Edward J. Damich
Chief Judge