IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., | ) | Case No.: 041052C<br>(Judge Edward J. Damich) |
| Plaintiff, | ) | **PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS** |
| vs. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

Plaintiff and Counterclaim Defendant M.A. DeAtley Construction, Inc. ("M.A. DeAtley") by and through its attorneys of record, Dunn & Black, P.S., by way of answer to Defendant and Counterclaim Plaintiff The United States' Counterclaims admits, denies and alleges as follows:

1. The allegations contained in paragraph 53 are denied for lack of knowledge.

2. The allegations contained in paragraph 54 are admitted.

3. The allegations contained in paragraph 55 are admitted.

**Factual Background**

4. M.A. DeAtley admits that on February 9, 2001, the Federal Highway Administration awarded a contract to M.A. DeAtley Construction, Inc. to reconstruct a portion of Flowery Trail Road in Washington State and that the Government selected the aggregate source. Each and every other allegation contained in paragraph 56 is denied.

5. The allegations contained in paragraph 57 are admitted.

6. The allegations contained in paragraph 58 are admitted.

7. The allegations contained in paragraph 59 are admitted.

8. M.A. DeAtley admits that in September 2002, DeAtley crushed aggregate from a different source and that aggregate was placed upon the road bed, met contract specifications and the project was completed. Each and every other allegation contained in paragraph 60 is denied.

9. The allegations contained in paragraph 61 are admitted.

10. The allegations contained in paragraph 62 are admitted.

11. The allegations contained in paragraph 63 are denied.

12. The allegations contained in paragraph 64 are denied.

13. The allegations contained in paragraph 65 are denied.

14. The allegations contained in paragraph 66 are denied.

15. M.A. DeAtley admits that on March 22, 2005, a settlement meeting was held in Spokane, Washington and in attendance were representatives from DeAtley and DeAtley Crushing and their attorneys. Each and every other allegation contained in paragraph 67 is denied.

16. The allegations contained in paragraph 68 are denied.

**DeAtley's False or Fraudulent Claims**

17. The allegations contained in paragraph 69 are denied.

18. The allegations contained in paragraph 70 are denied.

**Count I**

Forfeiture of Fraudulent Claims, 28 U.S.C. §2514

19. M.A. DeAtley admits and denies allegations contained in paragraphs 57-70 as set forth above.

20. The allegations contained in paragraph 72 are denied.

21. The allegations contained in paragraph 77[sic] are denied.

**Count II**

Contract Disputes Act, 41 U.S.C. § 604

22. M.A. DeAtley admits and denies the allegations contained in paragraphs 57-72[sic] as set forth above.

23. The allegations set forth in paragraph 79[sic] are denied.

24. The allegations contained in paragraph 80[sic] are denied.

**Count III**

False Claims Act-Presentation of False Claims, 31 U.S.C. § 3729(a)(1)

25. M.A. DeAtley admits and denies the allegations set forth in paragraphs 57-72[sic] as set forth above.

26. The allegations contained in paragraph 82[sic] are denied.

27. The allegations contained in paragraph 83[sic] are denied.

**PRAYER FOR RELIEF**

WHEREFORE, M.A. DeAtley prays for the following relief:

1. The United States' Counterclaims be dismissed with prejudice;
2. M.A. DeAtley be awarded its interest, attorney fees, and costs as provided for by applicable law;
3. For a judgment against Defendant The United States as alleged in M.A. DeAtley's Complaint; and
4. For any further relief this Court deems just and equitable.

DATED this 21st day of February, 2006.

s/ JOHN C. BLACK
JOHN C. BLACK
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of February, 2006, a copy of the foregoing *Plaintiff's Answer to Defendant's Counterclaims* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK