IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., | ) | Case No.: 041052C (Judge Edward J. Damich) |
| Plaintiff, | ) | **MOTION FOR RECONSIDERATION** |
| vs. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

Plaintiff M.A. DeAtley Construction, Inc. ("M.A. DeAtley"), by and through its attorneys of record, Dunn & Black, P.S., hereby moves this Court for reconsideration of its Order dated February 16, 2006 denying M.A. DeAtley's Motion to Amend its Complaint. This Motion is made pursuant to RCFC 59; this Court's Order dated February 16, 2006; the Memorandum in Support of Motion for Reconsideration; and the pleadings of record filed herein.

DATED this 24th day of February, 2006.

s/ JOHN C. BLACK
JOHN C. BLACK
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of February, 2006, a copy of the foregoing *Motion for Reconsideration* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK