# In the United States Court of Federal Claims

No. 04-1052 C
(Filed: February 27, 2006)

*******************************************
**M.A. DeATLEY CONSTRUCTION, INC.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*******************************************

ORDER

On February 24, 2006, Plaintiff filed a motion for reconsideration under Rule 59 of the Rules of the United States Court of Federal Claims, requesting that this Court reexamine its Order dated February 16, 2006, in which the Court denied Plaintiff's motion to amend its complaint. Plaintiff alleges that reconsideration is necessary because the decision was "based upon a perceived prejudice suffered by the Government." Memorandum in Support of Motion for Reconsideration at 2. What Plaintiff fails to say in its motion is that this Court's denial of the motion to amend was not solely "based upon" possible prejudice to Defendant. In fact, the majority of the Court's Opinion and Order dealt with the *futility* of amending the complaint, not with the prejudice it might cause Defendant. Additionally, prejudice was only a secondary reason for denying the motion – even if prejudice to Defendant had not been considered, the Court still would have denied Plaintiff's motion.

The Court therefore ORDERS that Plaintiff's motion for reconsideration is hereby DENIED.

s/ Edward J. Damich
Edward J. Damich
Chief Judge