IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., Plaintiff, vs. THE UNITED STATES, Defendant. | Case No.: 041052C (Judge Edward J. Damich) **MOTION TO REOPEN FACT DISCOVERY** |

M.A. DeAtley Construction, Inc. ("M.A. DeAtley"), by and through its attorneys of record, Dunn & Black, P.S., hereby moves this Court for an Order reopening fact discovery for the limited purpose of discovering the facts that surround, support or refute the Government's three new counterclaims and affirmative defense. This Motion is made pursuant to RCFC 16 and 26(b)(1); the Memorandum in Support of Motion to Reopen Fact Discovery; and the pleadings of record filed herein.

DATED this 1st day of March, 2006.

s/ JOHN C. BLACK
JOHN C. BLACK
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of March, 2006, a copy of the foregoing *Motion to Reopen Fact Discovery* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK