IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DEATLEY CONSTRUCTION CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1052C |
| | ) | (Chief Judge Edward J. Damich ) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO EXTEND
THE EXPERT DISCOVERY DEADLINE

Pursuant to Rule 6(b) of the Court of Federal Claims, the United States respectfully requests that the current discovery schedule for expert witness discovery be extended until May 4, 2006. Counsel for the parties discussed this motion with the Court during our March 2, 2006 telephone status conference and agreed that the extension is necessary and appropriate.

The deposition of plaintiff's expert, Alan Gifford, is scheduled to take place in Spokane, Washington, on March 30, 2006. The deposition of the Government's expert witness, Francis Leathers, is scheduled to take place in Boston, Massachusetts, on April 27, 2006. Finally, the deposition of plaintiff's rebuttal expert witness, Stuart Schwotzer, is scheduled to take place in Spokane, Washington, on May 4, 2006.

Therefore, it is respectfully requested that the schedule for expert witness discovery be extended until May 4, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

March 2, 2006

Attorneys for Defendant