# CONTRACT

**Contract No: DTFH70-00-C-000**

**Solicitation No. DTFH70-00-B-00027**

**WA PFH 158-1(2)**
**Flowery Trail Road**

**M.A. DeAtley Construction, Inc.**
**P O Box 490**
**Clarkston WA 99403**

**Awarded:** FEB -9 2001

## QUICK INDEX



| Page | Item |
|---|---|
| A-1 | Notice to Bidders |
| A-3 | SF 1442, Solicitation, Offer and Award |
| A-7 | Bid Schedule |
| C-1 | Contract Clauses |
| D-1 | Davis-Bacon Wage Rates |



**Schedule: A**

**Book 1 of 2**

DUPLICATE ORIGINAL

**Solicitation, Offer & Award, Bid Schedule, Contract Clauses, and Minimum Wage Schedule**

This solicitation cites
***Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects, FP-96***

**ISSUING OFFICE:**

DEPARTMENT OF TRANSPORTATION · UNITED STATES OF AMERICA

**U.S. DEPARTMENT OF TRANSPORTATION**
**FEDERAL HIGHWAY ADMINISTRATION**
**610 EAST FIFTH STREET**
**VANCOUVER, WA 98661-3893**
**Phone: (360) 696-7520 – FAX: (360) 696-7932**
**WebPage : www.wfl.fha.dot.gov/edi/**
**E-mail : contracts@wfl.fha.dot.gov**

M.A. DeATLEY 01536

| | |
|---|---|
| **PROJECT NAME** | **WA PFH 158-1(2)**<br>**FLOWERY TRAIL ROAD** |
| **NATIONAL FORESTS** | **COLVILLE & KANIKSU NATIONAL FORESTS** |
| **COUNTY** | **STEVENS & PEND OREILLE COUNTIES** |
| **STATE** | **WASHINGTON** |
| **LENGTH** | **SCHEDULE A**<br>**13.999 KM** |
| **FIXED COMPLETION DATE** | **See FAR Clause 52.211-10**<br>**(Clauses begin on page C-1)** |

---

| | |
|---|---|
| **Contractor Mailing Address:** | **PO Box 490**<br>**Clarkston WA 99403** |
| **Contractor Delivery Address:** | **829 Evans Road**<br>**Clarkston WA 99403** |
| **Phone:** | **509.751.1580** |
| **FAX** | **509.751.1922** |

M.A. DeATLEY 01537

**AMENDMENT OF SOLICITATION/~~MODIFICATION OF CONTRACT~~**

| 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|
| N/A | 1 | 4 |

| 2. AMENDMENT/~~MODIFICATION NO.~~ | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| A001 | 1/16/01 | N/A | WA PFH 158-1(2) |

6. ISSUED BY CODE N/A

FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY ADMINISTRATION
610 EAST FIFTH STREET
VANCOUVER WA 98661-3893

7. ADMINISTERED BY *(If other than Item 6)* CODE N/A

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

CODE N/A FACILITY CODE N/A

(✓) X 9A. AMENDMENT OF SOLICITATION NO. DTFH70-00-B-00027

9B. DATED *(SEE ITEM 11)* 12-27-2000

~~10A. MODIFICATION OF CONTRACT/ORDER NO.~~

~~10B. DATED *(SEE ITEM 13)*~~

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☒ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

~~**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**~~

(✓) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor ☐ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/~~MODIFICATION~~ *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

WA PFH 158-1(2) Flowery Trail Road

See page 2 for Revisions.

Except as provided herein, all terms and conditions of the document referencedin Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* N/A | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>N/A |

PREVIOUS EDITION UNUSABLE

M.A. DeATLEY 01538

STANDARD FORM 30 (Rev. 10-83)
Prescribed bv GSA

## REVISIONS ARE AS FOLLOWS:

### TABLE OF CONTENTS

The Table of Contents is revised to correct clerical errors.

### CONTINUATION OF SF 1442

Block 9 "For Technical Information," second paragraph, revised to refer to page C-6.

### BID SCHEDULE A

Page A-13. Revises Item description for Bid Item 60201D, "2100 millimeter pipe culvert" to read, "3000 millimeter pipe culvert" and revise quantity to read 56.5 m.

Page A-13. Delete Bid Item 60201E, 3000 millimeter pipe culvert.

Page A-16. Revises item description for Flagger to add "fixed hourly rate" and establishes the fixed hourly rate of $37.00 per hour.

### BID SCHEDULE B

Page A-24. Revises Item description for Bid Item 60201D, "2100 millimeter pipe culvert" to read, "3000 millimeter pipe culvert" and revise quantity to read 56.5 m.

Page A-24. Delete Bid Item 60201E, 3000 millimeter pipe culvert.

Page A-27. Revises item description for Flagger to add "fixed hourly rate" and establishes the fixed hourly rate of $37.00 per hour.

## NOTICE TO BIDDERS

**Please use the amended Bid Schedules when submitting your bid.**
Bids submitted on the non-amended bid schedule may be considered nonresponsive and ineligible for contract award.

## SPECIAL CONTRACT REQUIREMENTS

Page F-39, Subsection 157.11(a), Turf Establishment Mixture. Revises Compost Mulch english units from 200 lbs/acre to **2,000 lbs/acre**.

Page F-61, Subsection 625.08A(a), Turf Establishment Mixture. Revises Compost Mulch english units from 200 lbs/acre to **2,000 lbs/acre**.

Page F-63, Subsection 626.01. Adds the location of harvesting and planting of live stakes.

Page F-64, Subsection 626.15 Measurement. Adds Section 203 reference.

## PLANS

Plan sheet # B.2. Summary of Quantities, Schedule A: Revises Item description for Bid Item 60201D, "2100 millimeter pipe culvert" to read, "3000 millimeter pipe culvert" and revise quantity to read 56.5 m.

Plan Sheet # B.2. Summary of Quantities, Schedule A: Delete Bid Item 60201E, 3000 millimeter pipe culvert.

Plan Sheet # B.3 Summary of Quantities, Schedule A: Revises item description for Flagger to add "fixed hourly rate".

Plan sheet # B.5. Summary of Quantities, Schedule A: Revises Item description for Bid Item 60201D, "2100 millimeter pipe culvert" to read, "3000 millimeter pipe culvert" and revise quantity to read 56.5 m.

Plan Sheet # B.5. Summary of Quantities, Schedule B: Delete Bid Item 60201E, 3000 millimeter pipe culvert.

Plan Sheet # B.6 Summary of Quantities, Schedule B: Revises item description for Flagger to add "fixed hourly rate".

Plan Sheet # H.1, Tabulation of Drainage Quantities: Deletes reference for 2100 mm pipe culvert in column headings.

Plan Sheet # H.2, Tabulation of Drainage Quantities: Deletes reference for 2100 mm pipe culvert in column headings.

Plan Sheet # H.2, Tabulation of Drainage Quantities: Deletes reference for 2100 mm pipe culvert in column headings. At station 22+576, pipe culvert quantity of 30.0 meters is changed to 3000 mm pipe culvert column. The item number for 3000 mm pipe culvert is revised to 60201D. The quantity of 2100 mm pipe culvert is deleted and the total quantity of 3000 mm pipe culvert is increased to 56.5 m.

**PLANS - PEN AND INK CHANGES**

Please make the following pen & ink changes:

Plan sheet # D.11: At Station 22+576, revise the call out for culvert pipe diameter to read 3000 mm in lieu of 2100 mm.

Plan Sheet # O.4: Delete Note 3.

**ENCLOSURES**

Pages:

Table of Contents
A-5 and A-6
A-7 through A-28

E-39 and E-40
F-61 through F-64

Plan Sheets:

B.2 through C.1
G.5 through H.3

# TABLE OF CONTENTS


| DESCRIPTION | PAGE |
|---|---|
| Notice to Bidders | A-1 |
| Solicitation, Offer, and Award (SF 1442) | A-3 |
| Bid Schedule | A-7 |
| Solicitation Provisions | B-1 |
| Contract Clauses | C-1 |
| Minimum Wage Schedule | D-1 |


**SPECIAL CONTRACT REQUIREMENTS (SCR's)**
The following Special Contract Requirements amend and supplement the Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects, FP-96, U.S. Department of Transportation, Federal Highway Administration.


Important Notice
SCR's Table of Contents

| | |
|---|---|
| Division 100 | E-1 |
| Division 150 | E-23 |
| Division 200 | F-1 |
| Division 250 | F-16 |
| Division 300 | F-25 |
| Division 400 | F-18 |
| Division 550 | F-33 |
| Division 600 | F-51 |
| Division 700 | G-1 |
| Permits | H-1 |
| Storm Water Pollution Prevention Plan | I-1 |
| Fire Prevention Plan | J-1 |


Revised by Amendment No. A001

96M09/28/00

NOTICE TO BIDDERS:

The project work is located in Stevens and Pend Oreille Counties, approximately 30 kilometers East of Chewelah, WA. The project limits include work in the Colville and Kaniksu National Forests.

Signs were erected in November 2000, to identify the project limits during the preliminary advertisement of the project.

No Government personnel will be available for show-me tours.

This solicitation and subsequent contract are governed by the Federal Acquisition Regulation (FAR), agency supplemental regulations, and the Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects, FP-96.

This solicitation contains two price evaluation factors. One factor may add 10% to your bid if we receive a bid from a Hubzone small business concern; see FAR Clause 52.219-4. The second factor may add 10% to your bid if we receive a bid from a small disadvantaged business concern located in Alabama, Arkansas, Kentucky, Louisiana, Mississippi, Oklahoma, Tennessee, or Texas; see FAR Clause 52.219-23.

Bids for the construction of this project are being invited under two bid schedules, designated A and B. Schedule A and Schedule B are not alternate bids. Complete both schedules according to Subsection 102.02 of the special contract requirements. Award of the contract will be made according to Subsection 102.05A.

The penal amount of payment bonds at the time of contract award shall be 100 percent of the original contract price.

Insurance requirements are set forth in Subsection 107.05 of the Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects, FP-96. Notice to Proceed will not be issued until Certificate of Insurance is submitted to the Contracts Section.

Particular attention should be paid to Standard Form 1442, Solicitation, Offer and Award, to assure that Blocks 14, 15, 16, 19, 20A, and 20C are completed correctly. Block 20B must be signed according to the instructions in Subsection 102.02. As provided in the instructions, an offer from a corporation must provide evidence from the corporation that the person signing the bid has authority to bind the corporation. In addition, the representations and certifications contained in the Contract Provisions beginning on page B-3 must be completed. Failure to furnish or complete any of the above may result in your bid being considered nonresponsive and being rejected.

Facsimile or telegraphic bids are not authorized for this solicitation. Bids may be modified or withdrawn by facsimile or telegraphic notice, if such notice is received by the time specified for receipt of bids. The Government will not be responsible for any failure attributable to the transmission or receipt of telegraphic or facsimile data. See FAR Provision 52.214-5, Submission of Bids. FAX (360) 696-7932.



M.A. DeATLEY 01543

The Government is encouraging a Partnering relationship with the Contractor. For further information and to indicate your interest in Partnering, see Section B.

**Payment.** All contract payments will be made electronically to the bank account designated in the Department of Defense's Central Contractor Registration (CCR) system. In order to do business with our office you are required to complete a one-time registration to provide basic information relevant to procurement and financial transactions, and update or renew your registration annually to maintain active status. You can register by accessing the CCR website at http://www.ccr2000.com, or by calling (888) 227-2432. You will need a Dun And Bradstreet number prior to registering with the CCR. You can obtain a Dun and Bradstreet number by calling (800) 333-0505 or by accessing http://www.dnb-dc.com/dnbngovt/ccr.html.

Geotechnical data, subsurface investigation information, hydraulic and hydrological data, and design data applicable to this project are listed in FAR Clause 52.236-4, Physical Data. See Continuation of SF 1442, Block 9, for information to obtain data.

The Contractor shall secure all permits and clearances for off-project work, including but not limited to, material sources, waste areas, haul roads, and staging areas. See Subsections 105.02(c) and 107.10.

Government provided optional sources are identified in Section 105 of these Special Contract Requirements. Please note that there are restrictions on the use and suitability of the material sources shown in 105.

As noted in Section 152 of the Special Contract Requirements, the existing slope stakes and references are not to be used for this project.

The earthwork quantities for this project do not balance and particular attention to planning the earthwork activities for this project is encouraged.

The Government offers to make available to the contractor a laboratory trailer with test equipment. See Subsection 154.04A, Field Laboratory.

Section 157, Soil Erosion Control and Section 625, Turf Establishment, specifiy proprietary products. See FAR Provision 52.211-6, Brand Name or Equal, when opting to use alternate products. Bid Items 15729 and 62503 have been identified as "Brand Name or Equal". If your offer is based on a brand name different than that listed in the Special Contract Requirements, the proposed "equal" must be identified in the space provided on the Bid Schedule. Include with your offer all documentation needed by the Government to determine if the proposed product meets the requirements listed in the appropriate Section. The evaluation of offers and the determination as to equality of the product offered is the responsibility of the Government and will be based on information furnished by the Offeror as well as other information reasonably available to the contracting office. If proposed "equal" is determined by the government to be "not equal", bid will be considered nonresponsive.



M.A. DeATLEY 01544

**SOLICITATION, OFFER, AND AWARD**
*(Construction, Alteration, or Repair)*

| 1. SOLICITATION NUMBER | 2. TYPE OF SOLICITATION | 3. DATE ISSUED | PAGE |
|---|---|---|---|
| DTFH70-00-B-00027 | [X] SEALED BID *(IFB)* [ ] NEGOTIATED *(RFP)* | 12/27/00 | A-3 |

IMPORTANT -- The "offer" section on the reverse must be fully completed by the offeror.

| 4. CONTRACT NUMBER | 5. REQUISITION/PURCHASE REQUEST NUMBER | 6. PROJECT NUMBER |
|---|---|---|
| | | WA PFH 158-1(2), Flowery Trail Road |

7. ISSUED BY CODE n/a

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
610 EAST FIFTH STREET
VANCOUVER WA 98661-3893

8. ADDRESS OFFER TO

ATTN: CONTRACTS SECTION

(see address in Box #7)

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NUMBER *(Include area code) (NO COLLECT CALLS)* |
|---|---|---|
| | See Continuation SF 1442 | (360) 696 - 7520 |

## SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying number, date)*:

This solicitation is designated WA PFH 158-1(2), FLOWERY TRAIL ROAD, Colville & Kaniksu National Forests, Stevens & Pend Oreille Counties, Washington.

IN STRICT ACCORDANCE WITH:

--Subcontracting Plan - page A-6a
--Bid Schedule - page A-7
--Federal Acquisition Regulations (FAR) and Transportation Acquisition Regulati ons (TAR) clauses - page C-1
--General Wage Decision -- page D-1
--Special Contract Requirements - page E-1
--Standard Specifications for Construction of Roads and Bridges on Federal High way projects, FP-96

11. The Contractor shall begin performance within 10 calendar days and complete it within * calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. (See *Continuation SF1442 .)

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* | 12B. CALENDAR DAYS |
|---|---|
| [X] YES [ ] NO | 10 |

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 0 copies to perform the work required are due at the place specified in Item 8 by 2:00pm *(hour)* local time 1/26/01 *(date)*. If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the s olicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

A-4

**OFFER** *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*
M.A. DeAtley Construction, Inc.
P.O. Box 490
Clarkston, WA 99403

15. TELEPHONE NUMBER *(Include area code)*
(509) 751-1580

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*
Same

CODE FACILITY CODE

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within 60 calendar days after the date offers are due. *(Insert any number equal or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▶ See Bid Schedule

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | A001 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 1/16/01 | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*
Mark DeAtley, President

20B. SIGNATURE
[signature]

20C. OFFER DATE
1/26/01

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:
All items on Bid Schedule

22. AMOUNT
Bid $7,618,162.32
Incentives 95,038.00
Obligated Amount $7,713,200.32

23. ACCOUNTING AND APPROPRIATION DATA
415 17 53 54 1581 002 0

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶ ITEM Cont SF1442

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( )

26. ADMINISTERED BY CODE n/a
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
610 EAST FIFTH STREET
VANCOUVER WA 98661-3893

27. PAYMENT WILL BE MADE BY
FINANCE SECTION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
610 EAST FIFTH STREET
VANCOUVER WA 98661-3893

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ________ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

☒ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*
Julee McTaggart

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA
BY [signature: Julee McTaggart]

31C. AWARD DATE
FEB -9 2001



M.A. DeATLEY 01546

**Block 9** **INFORMATION:** For plans and specifications, call Marili Reilly or Barbara Allen (360) 696-7520 between the hours of 7:30 a.m. and 4:00 p.m. local time, or write the Federal Highway Administration, Western Federal Lands Highway Division, 610 East Fifth Street, Vancouver Washington 98661-3893.

**FOR BID RESULTS** please call our hotline at (360) 696-7773. Bid tabulations will be available on our website approximately 3 work days after the bid opening. Our website is located at: www.wfl.fha.dot.gov/edi/.

**FOR TECHNICAL INFORMATION,** call Jim Conquest or Wade Johnson at (360) 696-7520, between the hours of 8:00 A.M. and 3:00 P.M. local time at the above address.

See FAR Contract Clause 52.236-4, Physical Data, page C-6, for a listing of available data. Copies are available upon request. Written requests are required and should be submitted to the Contracts Section; FAX (360) 696-7932. -The Government requires 3 working days to print documents. Requests should be made early to assure timely arrival.

**Block 11** **COMPLETION DATE:** Work shall be completed on or before the date specified in FAR Clause *52.211-10, Commencement, Prosecution, and Completion of Work*, subject to such extensions as may be authorized by the terms of the contract and the specifications made a part thereof. Contract Clauses begin on pages C-1.

**Block 12A** **PERFORMANCE & PAYMENT BONDS:** See Subsection 102.06 of the Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects, FP-96.

**Block 13B** **BID BOND AMOUNT:** See FAR Clause 52.228-1, Bid Guarantee, page C-2.

**ADDITIONAL INFORMATION:** See Subsections 102.03 and 102.04 of Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects, FP-96.

Revised by Amendment A001

**Block 24** **SUBMITTING INVOICES:** See Subsection 109.08 of the Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects, FP-96.

**SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM.** This solicitation is NOT a Small Business Set-Aside. However, award is made pursuant to the Small Business Competitiveness Demonstration Program which requires certain record keeping processes to determine what percentage of contract work is being awarded to certain business sizes. See Solicitation Provision 52.219-19, "Small Business Concern Representation for the Small Business Competitiveness Demonstration Program" on Page B-6.

**ESTIMATED PRICES.** The price range of the project work is between **$8,000,000** and **$12,000,000.**

**SUBCONTRACTING PLAN.** This invitation for bids requires a low bidder who is a LARGE business to submit an acceptable subcontracting plan prior to contract award. **Do not submit this form with your bid.** A large business is one whose average gross annual receipts over the past 3 years equal $27.5 million or more. For your information the subcontracting plan from is included beginning on page A-6a. This requirement does not apply to SMALL businesses.

Bid Schedule A

Project: WA PFH 158-1(2)
FLOWERY TRAIL ROAD

Bidder please note: Before preparing the bid, carefully read the Solicitation Provisions.

Insert a unit bid price, in figures, for each pay item for which a quantity appears in the bid schedule. Multiply the unit bid price by the quantity for each pay item and show the amount bid. Should any mathematical check made by the Government show a mistake in the amount bid, the Amount Bid for the item will be based on the Unit Bid Price.

When a "LPSM" (Lump Sum) appears as a unit bid price, insert an amount for each lump sum pay item.

When a sum based on a fixed rate appears for any pay item in the amount bid column, include the Government inserted amount bid for the item in the total bid amount.

Total the amounts bid for all pay items and insert the total bid amount.

**BRAND NAME OR EQUAL NOTIFICATION**

If providing other than the brand name product listed in Sections 157 and 625, complete the following: (See FAR Provision 52.211-6, Brand Name or Equal)

Offering on Item 15730, Temporary Turf Establishment and Item 62514, Turf Establishment, Hydraulic Method, in lieu of brand name specified for Composted Mulch:

Brand: ______________________________

Manufacturer's Name: ______________________

Include with your bid all documents needed by the Government to determine if the proposed product meets the requirements listed in the appropriate Section. The determination as to the equality of the product offered is the responsibility of the Government and will be based on the information furnished by the bidder as well as other information reasonably available to the contracting office. If proposed "equal" is determined by the government to be "not equal", bid will be considered nonresponsive.



M.A. DeATLEY 01549

## BRAND NAME OR EQUAL NOTIFICATION

If providing other than the brand name product listed in Section 625, complete the following: (See FAR Provision 52.211-6, Brand Name or Equal)

Offering on Item 62514, Turf Establishment in lieu of brand name specified for Soil Binder:

Brand: ________________________________________

Manufacturer's Name: ____________________________

Include with your bid all documents needed by the Government to determine if the proposed product meets the requirements listed in the appropriate Section. The determination as to the equality of the product offered is the responsibility of the Government and will be based on the information furnished by the bidder as well as other information reasonably available to the contracting office. If proposed "equal" is determined by the government to be "not equal", bid will be considered nonresponsive.

## BRAND NAME OR EQUAL NOTIFICATION

If providing other than the brand name product listed in Section 625, complete the following: (See FAR Provision 52.211-6, Brand Name or Equal)

Offering on Item 62514, Turf Establishment, Hydraulic Method, in lieu of brand name specified for Soil Binder Reinforcement:

Brand: ________________________________________

Manufacturer's Name: ____________________________

Include with your bid all documents needed by the Government to determine if the proposed product meets the requirements listed in the appropriate Section. The determination as to the equality of the product offered is the responsibility of the Government and will be based on the information furnished by the bidder as well as other information reasonably available to the contracting office. If proposed "equal" is determined by the government to be "not equal", bid will be considered nonresponsive.

## BRAND NAME OR EQUAL NOTIFICATION

If providing other than the brand name product listed in Section 625, complete the following: (See FAR Provision 52.211-6, Brand Name or Equal)

Offering on Item 62514, Turf Establishment, Hydraulic Method in lieu of brand name specified for Bio Stimulant:

Brand: ______________________________

Manufacturer's Name: ______________________

Include with your bid all documents needed by the Government to determine if the proposed product meets the requirements listed in the appropriate Section. The determination as to the equality of the product offered is the responsibility of the Government and will be based on the information furnished by the bidder as well as other information reasonably available to the contracting office. If proposed "equal" is determined by the government to be "not equal", bid will be considered nonresponsive.

## BRAND NAME OR EQUAL NOTIFICATION

If providing other than the brand name product listed in Section 203, complete the following: (See FAR Provision 52.211-6, Brand Name or Equal)

Offering on Item 20304, Removal of Bridge in lieu of brand name specified for Coir/Rap Pillows:

Brand: ______________________________

Manufacturer's Name: ______________________

Include with your bid all documents needed by the Government to determine if the proposed product meets the requirements listed in the appropriate Section. The determination as to the equality of the product offered is the responsibility of the Government and will be based on the information furnished by the bidder as well as other information reasonably available to the contracting office. If proposed "equal" is determined by the government to be "not equal", bid will be considered nonresponsive.

Bid Schedule

Project: WA PFH 158-1(2)
FLOWERY TRAIL ROAD

The quantities for the following items of work are Contract Quantities (see FP-96, Subsection 109.02):

20101, 21101

| Pay Item No. | Estimated Quantity | Unit Bid Price | Amount Bid |
|---|---|---|---|
| 15101 | Mobilization | | |
| | ALL | Lump Sum | 703,762.48 |
| 15201 | Construction survey and staking | | |
| | ALL | Lump Sum | 133,160.00 |
| 15301 | Contractor quality control | | |
| | ALL | Lump Sum | 25,000.00 |
| 15401 | Contractor testing | | |
| | ALL | Lump Sum | 150,000.00 |
| 15501 | Construction schedule | | |
| | ALL | Lump Sum | 5,000.00 |
| 15703 | Silt fence | | |
| | 4,550 m | 5.50 | 25,025.00 |
| 15708 | Bales, straw | | |
| | 100 each | 12.00 | 1,200.00 |
| 15718 | Diversion channel , plastic lined | | |
| | 90.0 m | 65.00 | 5,850.00 |
| 15730 | Temporary turf establishment | | |
| | 100 slry unit | 219.25 | 21,925.00 |



M.A. DeATLEY 01552

A-11

| Pay Item No. | Estimated Quantity | Unit Bid Price | Amount Bid |
|---|---|---|---|
| 15801 | Watering for dust control<br>5,500<br>m3 | 6.00 | 33,000.00 |
| 20101 | Clearing and grubbing<br>27.619<br>ha | 4,000.00 | 110,476.00 |
| 20304 | Removal of bridge<br>ALL | Lump Sum | 6,500.00 |
| 20401 | Roadway excavation<br>486,000<br>m3 | 4.00 | 1,944,000.00 |
| 20402 | Subexcavation<br>49,000<br>m3 | 6.00 | 294,000.00 |
| 20405 | Select borrow<br>73,000<br>m3 | 11.00 | 803,000.00 |
| 20408 | Select topping<br>3,500<br>t | 7.00 | 24,500.00 |
| 20426 | Boulders<br>75<br>each | 85.00 | 6,375.00 |
| 21101 | Roadway obliteration<br>24,597<br>m2 | 0.50 | 12,298.50 |
| 25101 A | Placed riprap, class 2 , rock armor<br>11,500<br>m3 | 14.00 | 161,000.00 |
| 25101 B | Placed riprap, class 5<br>250<br>m3 | 25.00 | 6,250.00 |
| 25107 | Riprap lined ditch<br>3,300.0<br>m | 12.00 | 39,600.00 |

Bid Schedule A

Project: WA PFH 158-1(2)

M.A. DeATLEY 01553

A- 12

| Pay Item No. | Estimated Quantity | Unit Bid Price | Amount Bid |
|---|---|---|---|
| 25110 | Culvert inlet/outlet control system<br>6 each | 450.00 | 2,700.00 |
| 25112 | Riprap headwall<br>8 each | 225.00 | 1,800.00 |
| 25118 | Energy dissipator , type 1<br>350.0 m2 | 9.00 | 3,150.00 |
| 25203 | Rock buttress, mechanically-placed<br>3,000 m3 | 16.00 | 48,000.00 |
| 25504 | Gabion-faced retaining wall<br>250.0 m2 | 475.00 | 118,750.00 |
| 30101 | Aggregate base grading D<br>21,500 t | 7.50 | 161,250.00 |
| 30107 | Aggregate surface course<br>2,500 t | 10.00 | 25,000.00 |
| 30301 | Road reconditioning<br>7.0 km | 1,500.00 | 10,500.00 |
| 30901 | Emulsified asphalt treated aggregate base grading D<br>21,500 t | 15.00 | 322,500.00 |
| 30904 | Emulsified asphalt grade CSS-1<br>200 t | 230.00 | 46,000.00 |
| 40101 | Hot asphalt concrete pavement class B, grading C, type I pavement smoothness<br>29,000 t | 24.00 | 696,000.00 |
| 40103 | Asphalt cement grade SHRP PG 58-34<br>1,695 t | 255.00 | 432,225.00 |

Bid Schedule A

Project: WA PFH 158-1(2)
FLOWERY TRAIL ROAD

M.A. DeATLEY 01554

A-13

| Pay Item No. | Estimated Quantity | Unit Bid Price | Amount Bid |
|---|---|---|---|
| 40104 | Mineral filler (hydrated lime) | | |
| | 285<br>t | 141.00 | 40,185.00 |
| 41201 | Tack coat grade CSS-1 | | |
| | 50<br>t | 230.00 | 11,500.00 |
| 60201 A | 450 millimeter pipe culvert | | |
| | 150.0<br>m | 70.00 | 10,500.00 |
| 60201 B | 600 millimeter pipe culvert | | |
| | 1,150.0<br>m | 110.00 | 126,500.00 |
| 60201 C | 900 millimeter pipe culvert | | |
| | 59.0<br>m | 150.00 | 8,850.00 |
| 60201 D | 3000 millimeter pipe culvert | | |
| | 56.5<br>m | 650.00 | 36,725.00 |
| 60501 | Underdrain system , Type 1 | | |
| | 1,700<br>m | 22.00 | 37,400.00 |
| 60510 | Perforated underdrain , 400 mm | | |
| | 400<br>m | 15.00 | 6,000.00 |
| 60901 | Portland cement concrete curb, 75 millimeter depth | | |
| | 1,180.00<br>m | 17.00 | 20,060.00 |
| 61701 A | Guardrail system G4, type I, class A (wood posts) | | |
| | 2,980.00<br>m | 39.00 | 116,220.00 |
| 61701 B | Guardrail system CRT, type I, class A | | |
| | 75.00<br>m | 51.40 | 3,855.00 |
| 61702 A | Terminal section type CRT | | |
| | 3<br>each | 640.00 | 1,920.00 |

Revised by Amendment #A001

Bid Schedule A

Project: WA PFH 158-1(2)

M.A. DeATLEY 01555