| Pay Item No. | Estimated Quantity | Unit Bid Price | Amount Bid |
|---|---|---|---|
| 61702 B | Terminal section type flared<br>33<br>Each | 1,650.00 | 54,450.00 |
| 61709 | Removing and resetting guardrail beam elements<br>760.00<br>m | 8.20 | 6,232.00 |
| 61901 | Fence, wire, type 2<br>300<br>m | 19.20 | 5,760.00 |
| 61902 | Gate type 2, 3.0 meter width<br>3<br>each | 120.00 | 360.00 |
| 61903 | Cattle guard, 12.6 meter<br>3<br>each | 14,000.00 | 42,000.00 |
| 62101 | Monument<br>28<br>each | 275.00 | 7,700.00 |
| 62102 | Marker<br>43<br>each | 225.00 | 9,675.00 |
| 62201 A | Grader, motor, 90 kW minimum, with ripper<br>240<br>hour | 80.00 | 19,200.00 |
| 62201 B | Hydraulic excavator, 1.1 m3 minimum capacity with thumb attachment<br>240<br>hour | 110.00 | 26,400.00 |
| 62201 C | Loader, front end, wheel type, 3.8 m3 minimum capacity<br>240<br>hour | 100.00 | 24,000.00 |
| 62201 D | Loader/backhoe, wheel type tractor, 35 kW minimum<br>480<br>hour | 65.00 | 31,200.00 |
| 62201 E | Roller, grid, towed, 11 metric ton minimum<br>240<br>hour | 110.00 | 26,400.00 |



M.A. DeATLEY 01556

| Pay Item No. | Estimated Quantity | Unit Bid Price | Amount Bid |
|---|---|---|---|
| 62201 F | Roller, vibratory, single drum, self-propelled | | |
| | 240 hour | 75.00 | 18,000.00 |
| 62201 G | Tractor, crawler (dozer), universal blade and ripper, 225 kW minimum | | |
| | 600 hour | 110.00 | 66,000.00 |
| 62201 H | Truck, highway, dump body, rear, 7.6 m3 minimum capacity | | |
| | 240 hour | 65.00 | 15,600.00 |
| 62301 | General labor | | |
| | 280 hour | 30.00 | 8,400.00 |
| 62405 | Placing conserved topsoil, 75 millimeter depth | | |
| | 13.000 ha | 1,500.00 | 19,500.00 |
| 62514 | Turf establishment , hydraulic method | | |
| | 220.00 slry unit | 374.02 | 82,284.40 |
| 62901 | Erosion control mat type 3 | | |
| | 4,000 m2 | 3.50 | 14,000.00 |
| 63302 | Sign installation | | |
| | 15.00 m2 | 245.00 | 3,675.00 |
| 63306 | Object markers, type 3 | | |
| | 12 each | 92.00 | 1,104.00 |
| 63307 A | Delineators, type CC-3 | | |
| | 180 each | 20.12 | 3,621.60 |
| 63307 B | Delineators, type CC-4 | | |
| | 70 each | 11.90 | 833.00 |
| 63307 C | Delineators, flexible , type DD-3 | | |
| | 18 each | 21.63 | 389.34 |

Bid Schedule A

Project: • WA PFH 158-1(2)

FLOWERY TRAIL ROAD

M.A. DeATLEY 01557

| Pay Item No. | Estimated Quantity | Unit Bid Price | Amount Bid |
|---|---|---|---|
| 63401 A | Pavement markings type B, broken yellow | | |
| | 18,600 m | 0.20 | 3,720.00 |
| 63401 B | Pavement markings type B, solid yellow | | |
| | 28,100 m | 0.20 | 5,620.00 |
| 63401 C | Pavement markings type B, solid white | | |
| | 56,100 m | 0.16 | 8,976.00 |
| 63505 A | Barricade type I | | |
| | 40 each | 70.00 | 2,800.00 |
| 63505 B | Barricade type III | | |
| | 20 each | 200.00 | 4,000.00 |
| 63506 | Cone type 1050 millimeter tubular | | |
| | 300 each | 20.00 | 6,000.00 |
| 63507 | Construction sign | | |
| | 225.00 m2 | 100.00 | 22,500.00 |
| 63508 | Drum type 1 meter | | |
| | 50 each | 50.00 | 2,500.00 |
| 63509 | Flagger | | |
| | 5,000 fix hr rate | 37.00 | 185,000.00 |
| 63510 | Pilot car | | |
| | 500 hour | 42.00 | 21,000.00 |
| 63511 | Temporary concrete barrier | | |
| | 500 m | 55.50 | 27,750.00 |
| 63560 | Traffic and safety supervisor | | |
| | 120 day | 350.00 | 42,000.00 |

Total: $7,618,162.32

Revised by Amendment #A001

Submitted by: M. A. DeATLEY CONSTRUCTION, INC.

Bid Schedule A

Project: WA PFH 158-1(2)
FLOWERY TRAIL ROAD

M.A. DeATLEY 01558

# Index of Contract Clauses


| | | |
|---|---|---|
| *Page C-4* | *52.202-1* | *Definitions - Alternate I* |
| *Page C-4* | *52.203-3* | *Gratuities* |
| *Page C-5* | *52.203-5* | *Covenant Against Contingent Fees* |
| *Page C-5* | *52.203-7* | *Anti-Kickback Procedures* |
| *Page C-6* | *52.203-8* | *Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity* |
| *Page C-7* | *52.203-10* | *Price or Fee Adjustment for Illegal or Improper Activity* |
| *Page C-7* | *52.203-12* | *Limitation on Payments to Influence Certain Federal Transactions* |
| *Page C-11* | *52.204-1* | *Approval of Contract* |
| *Page C-11* | *52.204-4* | *Printing/Copying Double-Sided on Recycled Paper* |
| *Page C-12* | *52.209-6* | *Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment* |
| *Page C-13* | *52.211-10* | *Commencement, Prosecution, and Completion of Work* |
| *Page C-13* | *52.211-12* | *Liquidated Damages–Construction, Alternate I* |
| *Page C-13* | *52.211-13* | *Time Extension* |
| *Page C-13* | *52.211-18* | *Variation in Estimated Quantity* |
| *Page C-13* | *52.214-26* | *Audit and Records- Sealed Bidding* |
| *Page C-14* | *52.214-27* | *Price Reduction for Defective Cost or Pricing Data–Modifications–Sealed Bidding* |
| *Page C-15* | *52.214-28* | *Subcontractor Cost or Pricing Data–Modifications–Sealed Bidding* |
| *Page C-16* | *52.219-4* | *Notice of Price Evaluation Preference for Hubzone Small Business Concerns* |
| *Page C-17* | *52.219-8* | *Utilization of Small Business Concerns and Small Disadvantaged Business Concerns* |
| *Page C-18* | *52.219-9* | *Small Business and Small Disadvantaged Business Subcontracting Plan - Alternate 1* |
| *Page C-22* | *52.219-16* | *Liquidated Damages - Small Business Subcontracting Plan* |
| *Page C-22* | *52.219-23* | *Notice of Price Evaluation, Adjustment for Small Disadvantaged Business Concerns - Alt II* |
| *Page C-24* | *52.222-3* | *Convict Labor* |
| *Page C-24* | *52.222-4* | *Contract Work Hours and Safety Standards Act–Overtime Compensation* |
| *Page C-25* | *52.222-6* | *Davis-Bacon Act* |
| *Page C-26* | *52.222-7* | *Withholding of Funds* |
| *Page C-27* | *52.222-8* | *Payrolls and Basic Records* |
| *Page C-28* | *52.222-9* | *Apprentices and Trainees* |
| *Page C-29* | *52.222-10* | *Compliance with Copeland Act Requirements* |
| *Page C-29* | *52.222-11* | *Subcontracts (Labor Standards)* |
| *Page C-29* | *52.222-12* | *Contract Termination–Debarment* |
| *Page C-29* | *52.222-13* | *Compliance with Davis-Bacon and Related Act Regulation* |
| *Page C-30* | *52.222-14* | *Disputes Concerning Labor Standards* |
| *Page C-30* | *52.222-15* | *Certification of Eligibility* |
| *Page C-30* | *52.222-21* | *Prohibition of Segregated Facilities* |
| *Page C-30* | *52.222-26* | *Equal Opportunity* |
| *Page C-32* | *52.222-27* | *Affirmative Action Compliance Requirements for Construction* |
| *Page C-35* | *52.222-35* | *Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era [Deviation]* |
| *Page C-37* | *52.222-36* | *Affirmative Action for Handicapped Workers* |

| | | |
|---|---|---|
| *Page C-38* | *52.222-37* | *Employment Reports on Special Disabled Veterans and Veterans of the Vietnam Era* |
| *Page C-38* | *52.223-6* | *Drug-free Workplace* |
| *Page C-40* | *52.223-14* | *Toxic Chemical Release Reporting* |
| *Page C-40* | *52.225-11* | *Buy American Act–Balance of Payments Program-Construction Materials Under Trade Agreements* |
| *Page C-43* | *52.225-13* | *Restrictions on Certain Foreign Purchases* |
| *Page C-43* | *52.227-1* | *Authorization and Consent* |
| *Page C-44* | *52.227-2* | *Notice and Assistance Regarding Patent and Copyright Infringement* |
| *Page C-44* | *52.227-4* | *Patent Indemnity–Construction Contracts* |
| *Page C-44* | *52.228-1* | *Bid Guarantee* |
| *Page C-44* | *52.228-2* | *Additional Bond Security* |
| *Page C-45* | *52.228-11* | *Pledges of Assets* |
| *Page C-45* | *52.228-12* | *Prospective Subcontractor Requests for Bonds* |
| *Page C-45* | *52.228-14* | *Irrevocable Letter of Credit* |
| *Page C-48* | *52.228-15* | *Performance & Payment Bonds* |
| *Page C-49* | *52.229-3* | *Federal, State, and Local Taxes* |
| *Page C-49* | *52.229-5* | *Taxes–Contracts Performed in U.S. Possessions or Puerto Rico* |
| *Page C-50* | *52.232-5* | *Payments under Fixed-Price Construction Contracts* |
| *Page C-52* | *52.232-17* | *Interest* |
| *Page C-52* | *52.232-23* | *Assignment of Claims* |
| *Page C-52* | *52.232-27* | *Prompt Payment for Construction Contracts* |
| *Page C-59* | *52.232-33* | *Payment by Electronic Funds Transfer -- Central Contractor Registration* |
| *Page C-60* | *52.233-1* | *Disputes - Alternate 1* |
| *Page C-61* | *52.233-3* | *Protest after Award* |
| *Page C-62* | *52.236-1* | *Performance of Work by the Contractor* |
| *Page C-62* | *52.236-2* | *Differing Site Conditions* |
| *Page C-62* | *52.236-3* | *Site Investigation and Conditions Affecting the Work* |
| *Page C-63* | *52.236-4* | *Physical Data* |
| *Page C-63* | *52.236-5* | *Material and Workmanship* |
| *Page C-64* | *52.236-6* | *Superintendence by the Contractor* |
| *Page C-64* | *52.236-7* | *Permits and Responsibilities* |
| *Page C-64* | *52.236-8* | *Other Contracts* |
| *Page C-64* | *52.236-9* | *Protection of Existing Vegetation, Structures, Equipment, Utilities and Improvements* |
| *Page C-65* | *52.236-10* | *Operations and Storage Areas* |
| *Page C-65* | *52.236-11* | *Use and Possession Prior to Completion* |
| *Page C-65* | *52.236-12* | *Cleaning up* |
| *Page C-66* | *52.236-13* | *Accident Prevention - Alternate 1* |
| *Page C-66* | *52.236-15* | *Schedules for Construction Contracts* |
| *Page C-67* | *52.236-17* | *Layout of Work* |
| *Page C-67* | *52.236-21* | *Specifications and Drawings for Construction* |
| *Page C-68* | *52.236-26* | *Preconstruction Conference* |
| *Page C-68* | *52.242-13* | *Bankruptcy* |
| *Page C-68* | *52.242-14* | *Suspension of Work* |
| *Page C-69* | *52.243-4* | *Changes* |
| *Page C-69* | *52.244-2* | *Subcontracts* |
| *Page C-71* | *52.244-6* | *Subcontracts for Commercial Items & Commercial Components* |

| | | |
|---|---|---|
| *Page C-72* | *52.245-4* | *Government-furnished Property (Short Form)* |
| *Page C-72* | *52.246-12* | *Inspection of Construction* |
| *Page C-73* | *52.247-64* | *Preference for Privately Owned U.S. Flag Commercial Vessels* |
| *Page C-74* | *52.248-3* | *Value Engineering–Construction - Alternate 1* |
| *Page C-76* | *52.249-2* | *Termination for Convenience of the Government (Fixed Price) Alt 1* |
| *Page C-79* | *52.249-10* | *Default (Fixed-Price Construction)* |
| *Page C-80* | *52.252-6* | *Authorized Deviations in Clauses* |
| *Page C-80* | *52.253-1* | *Computer Generated Forms* |
| *Page C-80* | *1252.211-71* | *Index for Specifications* |
| *Page C-80* | *1252.219-70* | *Small Business and Small Disadvantaged Business Subcontracting Reporting* |
| *Page C-81* | *1252.242-73* | *Contracting Officer's Technical Representative* |

# Federal Acquisition Regulation
# Contract Clauses

## 52.202-1 DEFINITIONS (OCT 1995) ALTERNATE 1 (APR 1984)

(a) "Head of the agency" (also called "agency head") or "Secretary" means the Secretary (or Attorney General, Administrator, Governor, Chairperson, or other chief official, as appropriate) of the agency, including any deputy or assistant chief official of the agency, and, in the Department of Defense, the Under Secretary and any Assistant Secretary of the Departments of the Army, Navy, and Air Force and the Director and Deputy Director of Defense agencies; and the term "authorized representative" means any person, persons, or board (other than the Contracting Officer) authorized to act for the head of the agency or Secretary.

(b) "Commercial component" means any component that is a commercial item.

(c) "Component" means any item supplied to the Federal Government as part of an end item or of another component.

(d) "Nondevelopmental item" means--

(1) Any previously developed item of supply used exclusively for governmental purposed by a Federal agency, at State or local government, or a foreign government with which the Untied States has a mutual defense cooperation agreement;

(2) Any item described in paragraph (e)(1) of this definition that requires only minor modification or modifications of a type customarily available in the commercial marketplace in order to meet the requirements of the procuring department or agency; or

(3) Any item of supply being produced that does not meet the requirements of paragraph (e)(1) or (e)(2) solely because the item is not yet in use.

(e) "Contracting Officer" means a person with the authority to enter into, administer, and/or terminate contracts and make related determinations and findings. The term includes certain authorized representatives of the Contracting Officer acting within the limits of their authority as delegated by the Contracting Officer.

(f) Except as otherwise provided in this contract, the terms "subcontracts" includes, but is not limited to, purchase orders and changes and modifications to purchase orders under this contract.

## 52.203-3 GRATUITIES (APR 1984)

(a) The right of the Contractor to proceed may be terminated by written notice if, after notice and hearing, the agency head or a designee determines that the Contractor, its agent, or another representative--

(1) Offered or gave a gratuity (e.g., an entertainment or gift) to an officer, official, or employee of the Government; and

(2) Intended, by the gratuity, to obtain a contract or favorable treatment under a contract.

(b) The facts supporting this determination may be reviewed by any court having lawful jurisdiction.

(c) If this contract is terminated under paragraph (a) above, the Government is entitled--

(1) To pursue the same remedies as in a breach of the contract; and

(2) In addition to any other damages provided by law, to exemplary damages of not less than 3 nor more than 10 times the cost incurred by the Contractor in giving gratuities to the person concerned, as determined by the agency head or a designee. (This subparagraph (c)(2) is applicable only if this contract uses money appropriated to the Department of Defense.)

(d) The rights and remedies of the Government provided in this clause shall not be exclusive and are in addition to any other rights and remedies provided by law or under this contract.

## 52.203-5 COVENANT AGAINST CONTINGENT FEES (APR 1984)

(a) The Contractor warrants that no person or agency has been employed or retained to solicit or obtain this contract upon an agreement or understanding for a contingent fee, except a bona fide employee or agency. For breach or violation of this warranty, the Government shall have the right to annul this contract without liability or, in its discretion, to deduct from the contract price or consideration, or otherwise recover, the full amount of the contingent fee.

(b) "Bona fide agency," as used in this clause, means an established commercial or selling agency, maintained by a contractor for the purpose of securing business, that neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds itself out as being able to obtain any Government contract or contracts through improper influence.

"Bona fide employee," as used in this clause, means a person, employed by a contractor and subject to the contractor's supervision and control as to time, place, and manner of performance, who neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds out as being able to obtain any Government contract or contracts through improper influence.

"Contingent fee," as used in this clause, means any commission, percentage, brokerage, or other fee that is contingent upon the success that a person or concern has in securing a Government contract.

"Improper influence," as used in this clause, means any influence that induces or tends to induce a Government employee or officer to give consideration or to act regarding a Government contract on any basis other than the merits of the matter.

## 52.203-7 ANTI-KICKBACK PROCEDURES (JUL 1995)

(a) Definitions.

"Kickback," as used in this clause, means any money, fee, commission, credit, gift, gratuity, thing of value, or compensation of any kind which is provided directly or indirectly, to any prime Contractor, prime Contractor employee, subcontractor, or subcontractor employee for the purpose of improperly obtaining or rewarding favorable treatment in connection with a prime contract or in connection with a subcontract relating to a prime contract.

"Person," as used in this clause, means a corporation, partnership, business association of any kind, trust, joint-stock company, or individual.

"Prime contract," as used in this clause, means a contract or contractual action entered into by the United States for the purpose of obtaining supplies, materials, equipment, or services of any kind.

"Prime Contractor," as used in this clause, means a person who has entered into a prime contract with the United States.

"Prime Contractor employee," as used in this clause, means any officer, partner, employee, or agent of a prime Contractor.

"Subcontract," as used in this clause, means a contract or contractual action entered into by a prime Contractor or subcontractor for the purpose of obtaining supplies, materials, equipment, or services of any kind under a prime contract.

"Subcontractor," as used in this clause, (1) means any person, other than the prime Contractor, who offers to furnish or furnishes any supplies, materials, equipment, or services of any kind under a prime contract or a subcontract entered into in connection with such prime contract, and (2) includes any person who offers to furnish or furnishes general supplies to the prime Contractor or a higher tier subcontractor.

"Subcontractor employee," as used in this clause, means any officer, partner, employee, or agent of a subcontractor.

(b) The Anti-Kickback Act of 1986 (41 U.S.C. 51-58) (the Act), prohibits any person from-

(1) Providing or attempting to provide or offering to provide any kickback;

(2) Soliciting, accepting, or attempting to accept any kickback; or

(3) Including, directly or indirectly, the amount of any kickback in the contract price charged by a prime Contractor to the United States or in the contract price charged by a subcontractor to a prime Contractor or higher tier subcontractor.

(c) (1) The Contractor shall have in place and follow reasonable procedures designed to prevent and detect possible violations described in paragraph (b) of this clause in its own operations and direct business relationships.

(2) When the Contractor has reasonable grounds to believe that a violation described in paragraph (b) of this clause may have occurred, the Contractor shall promptly report in writing the possible violation. Such reports shall be made to the inspector general of the contracting agency, the head of the contracting agency if the agency does not have an inspector general, or the Department of Justice.

(3) The Contractor shall cooperate fully with any Federal agency investigating a possible violation described in paragraph (b) of this clause.

(4) The Contracting Officer may (i) offset the amount of the kickback against any monies owed by the United States under the prime contract and/or (ii) direct that the Prime Contractor withhold, from sums owed a subcontractor under the prime contract, the amount of any kickback. The Contracting Officer may order the monies withheld under subdivision (c)(4)(ii) of this clause be paid over to the Government unless the Government has already offset those monies under subdivision (c)(4)(i) of this clause. In either case, the Prime Contractor shall notify the Contracting Officer when the monies are withheld.

(5) The Contractor agrees to incorporate the substance of this clause, including this subparagraph (c)(5) but excepting subparagraph (c)(1), in all subcontracts under this contract which exceed $100,000.

**52.203-8 CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)**

(a) If the Government receives information that a contractor or a person has engaged in conduct constituting a violation of subsection (a), (b), (c), or (d) of section 27 of the Office of Federal Procurement Policy Act (41 U.S.C. 423) (the Act), as amended by section 4304 of the National Defense Authorization Act for Fiscal Year 1996 (Pub.L. 104-106), the Government may--

(1) Cancel the solicitation, if the contract has not yet been awarded or issued; or

(2) Rescind the contract with respect to which---

(i) The Contractor or someone acting for the Contractor has been convicted for an offense where the conduct constitutes a violation of subsection 27(a) or (b) of the Act for the purpose of either--

(A) Exchanging the information covered by such subsections for anything of value; or

(B) Obtaining or giving anyone a competitive advantage in the award of a Federal agency procurement contract; or

(ii) The head of the contracting activity has determined, based upon a preponderance of the evidence, that the Contractor or someone acting for the Contractor has engaged in conduct constituting an offense punishable under subsection 27(e)(1) of the Act.

(b) If the government rescinds the contract under paragraph (a) of this clause, the Government is entitled to recover, in addition to any penalty prescribed by law, the amount expended under the contract.

(c) The rights and remedies of the Government specified herein are not exclusive, and are in addition to any other rights and remedies provided by law, regulation, or under this contract.

## 52.203-10 PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)

(a) The Government, at its election, may reduce the price of a fixed-price type contract and the total cost and fee under a cost-type contract by the amount of profit or fee determined as set forth in paragraph (b) of this clause if the head of the contracting activity or designee determines that there was a violation of subsection 27(a), (b), or (c) of the Office of Federal Procurement Policy Act, as amended (41 U.S.C. 423), as implemented in section 3.104 of the Federal Acquisition Regulation.

(b) The price or fee reduction referred to in paragraph (a) of this clause shall be--

(1) For cost-plus-fixed-fee contracts, the amount of the fee specified in the contract at the time of award;

(2) For cost-plus-incentive-fee contracts, the target fee specified in the contract at the time of award, notwithstanding any minimum fee or "fee floor" specified in the contract;

(3) For cost-plus-award-fee contracts--

(i) The base fee established in the contract at the time of contract award;

(ii) If no base fee is specified in the contract, 30 percent of the amount of each award fee otherwise payable to the Contractor for each award fee evaluation period or at each award fee determination point.

(4) For fixed-price-incentive contracts, the Government may--

(i) Reduce the contract target price and contract target profit both by an amount equal to the initial target profit specified in the contract at the time of contract award; or

(ii) If an immediate adjustment to the contract target price and contract target profit would have a significant adverse impact on the incentive price revision relationship under the contract, or adversely affect the contract financing provisions, the Contracting Officer may defer such adjustment until establishment of the total final price of the contract. The total final price established in accordance with the incentive price revision provisions of the contract shall be reduced by an amount equal to the initial target profit specified in the contract at the time of contract award and such reduced price shall be the total final contract price.

(5) For firm-fixed-price contracts, by 10 percent of the initial contract price or a profit amount determined by the Contracting Officer from records or documents in existence prior to the date of the contract award.

(c) The Government may, at its election, reduce a prime contractor's price or fee in accordance with the procedures of paragraph (b) of this clause for violations of the Act by its subcontractors by an amount not to exceed the amount of profit or fee reflected in the subcontract at the time the subcontract was first definitively priced

(d) In addition to the remedies in paragraphs (a) and (c) of this clause, the Government may terminate this contract for default. The rights and remedies of the Government specified herein are not exclusive, and are in addition to any other rights and remedies provided by law or under this contract.

## 52.203-12 LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JUN 1997)

(a) Definitions

"Agency," as used in this clause, means executive agency as defined in 2.101.

"Covered Federal action," as used in this clause, means any of the following Federal actions:

(1) The awarding of any Federal contract.

(2) The making of any Federal grant.

(3) The making of any Federal loan.

(4) The entering into of any cooperative agreement.

(5) The extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

"Indian tribe" and "tribal organization," as used in this clause, have the meaning provided in section 4 of the Indian Self-Determination and Education Assistance Act (24 U.S.C. 450B) and include Alaskan Natives.

"Influencing or attempting to influence," as used in this clause, means making, with the intent to influence, any communication to or appearance before an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any covered Federal action.

"Local government," as used in this clause, means a unit of government in a State and, if chartered, established, or otherwise recognized by a State for the performance of a governmental duty, including a local public authority, a special district, an intrastate district, a council of governments, a sponsor group representative organization, and any other instrumentality of a local government.

"Officer or employee of an agency," as used in this clause, includes the following individuals who are employed by an agency:

(1) An individual who is appointed to a position in the Government under title 5, United States Code, including a position under a temporary appointment.

(2) A member of the uniformed services, as defined in subsection 101(3), title 37, United States Code.

(3) A special Government employee, as defined in section 202, title 18, United States Code.

(4) An individual who is a member of a Federal advisory committee, as defined by the Federal Advisory Committee Act, title 5, United States Code, appendix 2.

"Person," as used in this clause, means an individual, corporation, company, association, authority, firm, partnership, society, State, and local government, regardless of whether such entity is operated for profit, or not for profit. This term excludes an Indian tribe, tribal organization, or any other Indian organization, with respect to expenditures specifically permitted by other Federal law. with respect to expenditures specifically permitted by other Federal law.

"Reasonable compensation," as used in this clause, means, with respect to a regularly employed officer or employee of any person, compensation that is consistent with the normal compensation for such officer or employee for work that is not furnished to, not funded by or not furnished in cooperation with the Federal Government.

"Reasonable payment," as used in this clause, means, with respect to professional and other technical services, a payment in an amount that is consistent with the amount normally paid for such services in the private sector.

"Recipient," as used in this clause, includes the Contractor and all subcontractors. This term excludes an Indian tribe, tribal organization, or any other Indian organization with respect to expenditures specifically permitted by other Federal Law.

"Regularly employed," as used in this clause, means, with respect to an officer or employee of a person requesting or receiving a Federal contract, an officer or employee who is employed by such person for at least 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such person for receipt of such contract. An officer or employee who is employed by such person for less than 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such shall be considered to be regularly employed as soon as he or she is employed by such person for 130 working days.

"State," as used in this clause, means a State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, a territory or possession of the United States, an agency or instrumentality of a State, and multi-State, regional, or interstate entity having governmental duties and powers.

(b) Prohibitions.

(1) Section 1352 of title 31, United States Code, among other things, prohibits a recipient of a Federal contract, grant, loan, or cooperative agreement from using appropriated funds to pay any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any of the following covered Federal actions: the awarding of any Federal contract; the making of any Federal grant; the making of any Federal loan; the entering into of any cooperative agreement; or the modification of any Federal contract, grant, loan, or cooperative agreement.

(2) The Act also requires Contractors to furnish a disclosure if any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with a Federal contract, grant, loan, or cooperative agreement.

(3) The prohibitions of the Act do not apply under the following conditions:

(i) Agency and legislative liaison by own employees.

(A) The prohibition on the use of appropriated funds, in subparagraph (b)(1) of this clause, does not apply in the case of a payment of reasonable compensation made to an officer or employee of a person requesting or receiving a covered Federal action if the payment is for agency and legislative liaison activities not directly related to a covered Federal action.

(B) For purposes of subdivision (b)(3)(i)(A) of this clause, providing any information specifically requested by an agency or Congress is permitted at any time.

(C) The following agency and legislative liaison activities are permitted at any time where they are not related to a specific solicitation for any covered Federal action:

(1) Discussing with an agency the qualities and characteristics (including individual demonstrations) of the person's products or services, conditions or terms of sale, and service capabilities.

(2) Technical discussions and other activities regarding the application or adaptation of the person's products or services for an agency's use.

(D) The following agency and legislative liaison activities are permitted where they are prior to formal solicitation of any covered Federal action--

(1) Providing any information not specifically requested but necessary for an agency to make an informed decision about initiation of a covered Federal action;

(2) Technical discussions regarding the preparation of an unsolicited proposal prior to its official submission; and

(3) Capability presentations by persons seeking awards from an agency pursuant to the provisions of the Small Business Act, as amended by Pub L. 95-507, and subsequent amendments.

(E) Only those services expressly authorized by subdivision (b)(3)(i)(A) of this clause are permitted under this clause.

(ii) Professional and technical services.

(A) The prohibition on the use of appropriated funds, in subparagraph (b)(1) of this clause, does not apply in the case of -

(1) A payment of reasonable compensation made to an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered federal action, if payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any bid, proposal, or application for that Federal action or for meeting requirements imposed by or pursuant to law as a

condition for receiving that Federal action.

(2) Any reasonable payment to a person, other than an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal action if the payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any bid, proposal, or application for that Federal action or for meeting requirements imposed by or pursuant to law as a condition for receiving that Federal action. Persons other than officers or employees of a person requesting or receiving a covered Federal action include consultants and trade associations.

(B) For purposes of subdivision (b)(3)(ii)(A) of this clause, "professional and technical services" shall be limited to advice and analysis directly applying any professional or technical discipline. For example, drafting of a legal document accompanying a bid or proposal by a lawyer is allowable. Similarly, technical advice provided by an engineer on the performance or operational capability of a piece of equipment rendered directly in the negotiation of a contract is allowable. However, communications with the intent to influence made by a professional (such as a licensed lawyer) or a technical person (such as a licensed accountant) are not allowable under this section unless they provide advice and analysis directly applying their professional or technical expertise and unless the advice or analysis is rendered directly and solely in the preparation, submission or negotiation of a covered Federal action. Thus, for example, communications with the intent to influence made by a lawyer that does not provide legal advice or analysis directly and solely related to the legal aspects of his or her clients's proposal, but generally advocates one proposal over another is not allowable under this section because the lawyer is not providing professional legal services. Similarly, communications with the intent to influence made by an engineer providing an engineering analysis prior to the preparation or submission of a bid or proposal are not allowable under this section since the engineer is providing technical services but not directly in the preparation, submission or negotiation of a covered Federal action.

(C) Requirements imposed by or pursuant to law as a condition for receiving a covered Federal award include those required by law or regulation and any other requirements in the actual award documents.

(D) Only those services expressly authorized by subdivisions (b)(3)(ii)(A)(1) and (2) of this clause are permitted under this clause.

(E) The reporting requirements of FAR 3.803(a) shall not apply with respect to payments of reasonable compensation made to regularly employed officers or employees of a person.

(c) Disclosure

(1) The Contractor who requests or receives from an agency a Federal contract shall file with that agency a disclosure form, OMB standard form L.L.L., Disclosure of Lobbying Activities, if such person has made or has agreed to make any payment using nonappropriated funds (to include profits from any covered Federal action), which would be prohibited under subparagraph (b)(1) of this clause, if paid for with appropriated funds.

(2) The Contractor shall file a disclosure form at the end of each calendar quarter in which there occurs any event that materially affects the accuracy of the information contained in any disclosure form previously filed by such person under subparagraph (c)(1) of this clause. An event that materially affects the accuracy of the information reported includes:

(i) A cumulative increase of $25,000 or more in the amount paid or expected to be paid for influencing or attempting to influence a covered Federal action; or

(ii) A change in the person(s) or individual(s) influencing or attempting to influence a covered Federal action; or

(iii) A change in the officer(s), employee(s), or Member(s) contacted to influence or attempt to influence a covered Federal action.

(3) The Contractor shall require the submittal of a certification, and if required, a disclosure form by any person who requests or received any subcontract exceeding $100,000 under the Federal contract.

(4) All subcontractor disclosure forms (but not certifications) shall be forwarded from tier to tier until received by the prime Contractor. The prime Contractor shall submit all disclosures to the Contracting Officer at the end of the calendar quarter in which the disclosure form is submitted by the subcontractor. Each subcontractor certification shall be retained in the subcontract file of the awarding Contractor.

(d) Agreement. The Contractor agrees not to make any payment prohibited by this clause.

(e) Penalties.

(1) Any person who makes an expenditure prohibited under paragraph (a) of this clause or who fails to file or amend the disclosure form to be filed or amended by paragraph (b) of this clause shall be subject to civil penalties as provided for by 31 U.S.C. 1352. An imposition of a civil penalty does not prevent the Government from seeking any other remedy that may be applicable.

(2) Contractors may rely without liability on the representation made by their subcontractors in the certification and disclosure form.

(f) Cost allowability. Nothing in this clause makes allowable or reasonable any costs which would otherwise be unallowable or unreasonable. Conversely, costs made specifically unallowable by the requirements in this clause will not be made allowable under any other provision.

**52.204-1 APPROVAL OF CONTRACT (DEC 1989)**

This contract is subject to the written approval of the Western Federal Lands' Division Engineer (or their delegate) or the Second Level Contracting Officer, and shall not be binding until so approved.

**52.204-4 PRINTED OR COPIED DOUBLE-SIDED PAPER (AUG 2000)**

(a) *Definitions*. As used in this clause--

"Postconsumer material" means a material or finished product that has served its intended use and has been discarded for disposal or recovery, having completed its life as a consumer item.

Postconsumer material is a part of the broader category of ``recovered material." For paper and paper products, postconsumer material means ``postconsumer fiber" defined by the U.S. Environmental Protection Agency (EPA) as--

(1) Paper, paperboard, and fibrous materials from retail stores, office buildings, homes, and so forth, after they have passed through their end-usage as a consumer item, including: used corrugated boxes; old newspapers; old magazines; mixed waste paper; tabulating cards; and used cordage; or

(2) All paper, paperboard, and fibrous materials that enter and are collected from municipal solid waste; but not

(3) Fiber derived from printers' over-runs, converters' scrap, and over-issue publications.

"Printed or copied double-sided" means printing or reproducing a document so that information is on both sides of a sheet of paper.

'Recovered material," for paper and paper products, is defined by EPA in its Comprehensive Procurement Guideline as ``recovered fiber" and means the following materials:

(1) Postconsumer fiber; and

(2) Manufacturing wastes such as--

(i) Dry paper and paperboard waste generated after completion of the papermaking process (that is, those manufacturing operations up to and including the cutting and trimming of the paper machine reel into smaller rolls or rough sheets) including: envelope cuttings, bindery trimmings, and other paper and paperboard waste resulting from printing, cutting, forming, and other converting operations; bag, box, and carton manufacturing wastes; and butt rolls, mill wrappers, and rejected unused stock; and

(ii) Repulped finished paper and paperboard from obsolete inventories of paper and paperboard manufacturers, merchants,wholesalers, dealers, printers, converters, or others.

(b) In accordance with Section 101 of Executive Order 13101 of September 14, 1998, Greening the Government through Waste Prevention, Recycling, and Federal Acquisition, the Contractor is encouraged to submit paper documents, such as offers, letters, or reports, that are printed or copied double-sided on recycled paper that meet minimum content standards specified in Section 505 of Executive Order 13101, when not using electronic commerce methods to submit information or data to the Government.

(c) If the Contractor cannot purchase high-speed copier paper, offset paper, forms bond, computer printout paper, carbonless paper, file folders, white wove envelopes, writing and office paper, book paper, cotton fiber paper, and cover stock meeting the 30 percent postconsumer material standard for use in submitting paper documents to the Government, it should use paper containing no less than 20 percent postconsumer material. This lesser standard should be used only when paper meeting the 30 percent postconsumer material standard is not obtainable at a reasonable price or does not meet reasonable performance standards.

**52.209-6 PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (JUL 1995)**

(a) The Government suspends or debars Contractors to protect the Government's interests. The Contractor shall not enter into any subcontract in excess of $25,000 with a Contractor that is debarred, suspended, or proposed for debarment unless there is a compelling reason to do so.

(b) The Contractor shall require each proposed first-tier subcontractor, whose subcontract will exceed $25,000, to disclose to the Contractor, in writing, whether as of the time of award of the subcontract, the subcontractor, or its principals, is or is not debarred, suspended, or proposed for debarment by the Federal Government.

(c) A corporate officer or a designee of the Contractor shall notify the Contracting Officer, in writing, before entering into a subcontract with a party that is debarred, suspended, or proposed for debarment (see FAR 9.404 for information on the List of Parties Excluded from Federal Procurement and Nonprocurement Programs). The notice must include the following:

(1) The name of the subcontractor;

(2) The Contractor's knowledge of the reasons for the subcontractor being on the List of Parties Excluded from Federal Procurement and Nonprocurement Programs;

(3) The compelling reason(s) for doing business with the subcontractor notwithstanding its inclusion on the List of Parties Excluded from Federal Procurement and Nonprocurement Programs.

(4) The systems and procedures the Contractor has established to ensure that it is fully protecting the Government's interests when dealing with such subcontractor in view of the specific basis for the party's debarment, suspension, or proposed debarment.