(l) If the termination is partial, the Contractor may file a proposal with the Contracting Officer for an equitable adjustment of the price(s) of the continued portion of the contract. The Contracting Officer shall make any equitable adjustment agreed upon. Any proposal by the Contractor for an equitable adjustment under this clause shall be requested within 90 days from the effective date of termination unless extended in writing by the Contracting Officer.

(m) (1) The Government may, under the terms and conditions it prescribes, make partial payments and payments against costs incurred by the Contractor for the terminated portion of the contract, if the Contracting Officer believes the total of these payments will not exceed the amount to which the Contractor will be entitled.

(2) If the total payments exceed the amount finally determined to be due, the Contractor shall repay the excess to the Government upon demand, together with interest computed at the rate established by the Secretary of the Treasury under 50 U.S.C. APP. 1215(b)(2). Interest shall be computed for the period from the date the excess payment is received by the Contractor to the date the excess is repaid. Interest shall not be charged on any excess payment due to a reduction in the Contractor's termination settlement proposal because of retention or other disposition of termination inventory until 10 days after the date of the retention or disposition, or a later date determined by the Contracting Officer because of the circumstances.

(n) Unless otherwise provided in this contract or by statute, the Contractor shall maintain all records and documents relating to the terminated portion of this contract for 3 years after final settlement. This includes all books and other evidence bearing on the Contractor's costs and expenses under this contract. The Contractor shall make these records and documents available to the Government, at the Contractor's office, at all reasonable times, without any direct charge. If approved by the Contracting Officer, photographs, microphotographs, or other authentic reproductions may be maintained instead of original records and documents.

## 52.249-10 DEFAULT (FIXED-PRICE CONSTRUCTION) (APR 1984)

(a) If the Contractor refuses or fails to prosecute the work or any separable part, with the diligence that will insure its completion within the time specified in this contract including any extension, or fails to complete the work within this time, the Government may, by written notice to the Contractor, terminate the right to proceed with the work (or the separable part of the work) that has been delayed. In this event, the Government may take over the work and complete it by contract or otherwise, and may take possession of and use any materials, appliances, and plant on the work site necessary for completing the work. The Contractor and its sureties shall be liable for any damage to the Government resulting from the Contractor's refusal or failure to complete the work within the specified time, whether or not the Contractor's right to proceed with the work is terminated. This liability includes any increased costs incurred by the Government in completing the work.

(b) The Contractor's right to proceed shall not be terminated nor the Contractor charged with damages under this clause, if--

(1) The delay in completing the work arises from unforeseeable causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include (i) acts of God or of the public enemy, (ii) acts of the Government in either its sovereign or contractual capacity, (iii) acts of another Contractor in the performance of a contract with the Government, (iv) fires, (v) floods, (vi) epidemics, (vii) quarantine restrictions, (viii) strikes, (ix) freight embargoes, (x) unusually severe weather , or (xi) delays of subcontractors or suppliers at any tier arising from unforeseeable causes beyond the control and without the fault or negligence of both the Contractor and the subcontractors or suppliers; and

(2) The Contractor, within 10 days from the beginning of any delay (unless extended by the Contracting Officer), notifies the Contracting Officer in writing of the causes of delay. The Contracting

Officer shall ascertain the facts and the extent of the delay. If, in the judgment of the Contracting Officer, the findings of fact warrant such action, the time for completing the work shall be extended. The findings of the Contracting Officer shall be final and conclusive on the parties, but subject to appeal under the Disputes clause.

(c) If, after termination of the Contractor's right to proceed, it is determined that the Contractor was not in default, or that the delay was excusable, the rights and obligations of the parties will be the same as if the termination had been issued for the convenience of the Government.

(d) The rights and remedies of the Government in this clause are in addition to any other rights and remedies provided by law or under this contract.

**52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)**

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any __N/A__ with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

**52.253-1 COMPUTER GENERATED FORMS (JAN 1991)**

(a) Any data required to be submitted on a Standard or Optional Form prescribed by the Federal Acquisition Regulation (FAR) may be submitted on a computer generated version of the form, provided there is no change to the name, content, or sequence of the data elements on the form, and provided the form carries the Standard or Optional Form number and edition date.

(b) Unless prohibited by agency regulations, any data required to be submitted on an agency unique form prescribed by an agency supplement to the FAR may be submitted on a computer generated version of the form provided there is no change to the name, content, or sequence of the data elements on the form and provided the form carries the agency form number and edition date.

(c) If the Contractor submits a computer generated version of a form that is different than the required form, then the rights and obligations of the parties will be determined based on the content of the required form.

# TRANSPORTATION ACQUISITION REGULATION CONTRACT CLAUSES

**1252.211-71 INDEX FOR SPECIFICATIONS (OCT 1996)**

If an index or table of contents is furnished in connection with specifications, it is understood that such index or table of contents is for convenience only. Its accuracy and completeness is not guaranteed, and it is not to be considered as part of the specification. In case of discrepancy between the index or table of contents and the specifications, the specifications shall govern.

**1252.219-70 SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING REPORTING (JUN 1997)**

(a) The Contractor shall submit the Summary Subcontract Report [Standard From 295 (SF-295)] to the Department of Transportation, Office of the Secretary, Office of Small and Disadvantaged Business Utilization (S-42), 400 7th St., SW, Washington, DC, 20590.

(b) The Contractor shall include this clause in all subcontracts that include the clause at (FAR) 48 CFR 52.219-9.

**1252.242-73 CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE (OCT 1994)**

(a) The Contracting Officer may designate Government personnel to act as the Contracting Officer's Technical Representative (COTR) to perform functions under the contract such as review and/or inspection and acceptance of supplies, services, including construction, and other functions of a technical nature. The Contracting Officer will provide a written notice of such designation to the Contractor within five working days after contract award or for construction, not less than five working days prior to giving the contractor the notice to proceed. The designation letter will set forth the authorities and limitations of the COTR under the contract.

(b) The Contracting Officer cannot authorize the COTR or any other representative to sign documents (i.e., contracts, contract modifications, etc.) that require the signature of the Contracting Officer.

RESERVED

GENERAL DECISION WA000001 12/08/00 WA1
General Decision Number WA000001

Superseded General Decision No. WA990001

State: Washington

Construction Type:
DREDGING
HEAVY
HIGHWAY

County(ies):
STATEWIDE

HEAVY AND HIGHWAY AND DREDGING CONSTRUCTION PROJECTS
(Excludes D.O.E. Hanford Site in Benton and Franklin Counties)

| Modification Number | Publication Date |
|---|---|
| 0 | 02/11/2000 |
| 1 | 03/03/2000 |
| 2 | 03/10/2000 |
| 3 | 03/31/2000 |
| 4 | 04/07/2000 |
| 5 | 04/28/2000 |
| 6 | 06/02/2000 |
| 7 | 06/23/2000 |
| 8 | 07/07/2000 |
| 9 | 07/14/2000 |
| 10 | 07/21/2000 |
| 11 | 07/28/2000 |
| 12 | 08/25/2000 |
| 13 | 09/01/2000 |
| 14 | 09/15/2000 |
| 15 | 09/22/2000 |
| 16 | 09/29/2000 |
| 17 | 10/20/2000 |
| 18 | 12/08/2000 |

COUNTY(ies):
STATEWIDE

CARP0001W 06/01/2000

| | Rates | Fringes |
|---|---|---|
| COLUMBIA RIVER AREA - ADAMS, BENTON, COLUMBIA, DOUGLAS (EAST OF THE 120TH MERIDIAN), FERRY, FRANKLIN, GRANT, OKANOGAN (EAST OF THE 120TH MERIDIAN) AND WALLA WALLA COUNTIES | | |
| CARPENTERS: | | |
| GROUP 1: | 22.83 | 5.70 |
| GROUP 2: | 23.94 | 5.70 |
| GROUP 3: | 23.10 | 5.70 |
| GROUP 4: | 22.83 | 5.70 |
| GROUP 5: | 56.60 | 5.70 |
| GROUP 6: | 26.97 | 5.70 |
| SPOKANE AREA: ASOTIN, GARFIELD, LINCOLN, PEND OREILLE, SPOKANE, STEVENS AND WHITMAN COUNTIES | | |
| CARPENTERS: | | |
| GROUP 1: | 22.16 | 5.70 |
| GROUP 2: | 23.26 | 5.70 |
| GROUP 3: | 22.42 | 5.70 |
| GROUP 4: | 22.16 | 5.70 |
| GROUP 5: | 54.93 | 5.70 |
| GROUP 6: | 26.25 | 5.70 |



M.A. DeATLEY 01641

CARPENTERS CLASSIFICATIONS

GROUP 1: Carpenter; Burner-Welder; Rigger and Signaler; Insulators (all types), Acoustical, Drywall and Metal Studs, Metal Panels and Partitions; Floor Layer, Sander, Finisher and Astro Turf; Layout Carpenters; Form Builder; Rough Framer; Outside or Inside Finisher, including doors, windows, and jams; Sawfiler; Shingler (wood, composition) Solar, Fiberglass, Aluminum or Metal; Scaffold Erecting and Dismantling; Stationary Saw-Off Bearer; Wire, Wood and Metal Lather Applicator

GROUP 2: Millwright, machine erector

GROUP 3: Piledriver - includes driving, pulling, cutting, placing collars, setting, welding, or creosote treated material, on all piling

GROUP 4: Bridge, dock and wharf carpenters

GROUP 5: Divers

GROUP 6: Divers Tender

DEPTH PAY FOR DIVERS:

| | |
|---|---|
| Each foot over 50-100 feet | $1.00 |
| Each foot over 100-175 feet | 2.25 |
| Each foot over 175-250 feet | 5.50 |

HAZMAT PROJECTS

Anyone working on a HAZMAT job (task), where HAZMAT certification is required, shall be compensated at a premium, in addition to the classification working in as follows:

LEVEL D + $.25 per hour - This is the lowest level of protection. No respirator is used and skin protection is minimal.

LEVEL C + $.50 per hour - This level uses an air purifying respirator or additional protective clothing.
LEVEL B + $.75 per hour - Uses same respirator protection as Level A. Supplied air line is provided in conjunction with a chemical "splash suit".

LEVEL A +$1.00 per hour - This level utilizes a fully encapsulated suit with a self-contained breathing apparatus or a supplied air line.

---

* CARP0003O 12/01/2000

SOUTHWEST WASHINGTON: CLARK, COWLITZ, KLICKITAT, LEWIS (Piledriver only), PACIFIC (South of a straight line made by extending the north boundary line of Wahkiakum County west to Willapa Bay to the Pacific Ocean), SKAMANIA AND WAHKIAKUM COUNTIES and INCLUDES THE ENTIRE PENINSULA WEST OF WILLAPA BAY

SEE ZONE DESCRIPTION FOR CITIES BASE POINTS

| ZONE 1: | Rates | Fringes |
|---|---|---|
| CARPENTERS; ACOUSTICAL | 26.03 | 7.49 |
| DRYWALL | 26.03 | 7.49 |
| FLOOR LAYERS & FLOOR FINISHERS (the laying of all hardwood floors nailed and mastic set, parquet and wood-type tiles, and block floors, the sanding and finishing of floors, | | |



M.A. DeATLEY 01642

| | | |
|---|---|---|
| the preparation of old and new floors when the materials mentioned above are to be installed); INSULATORS (fiberglass and similar irritating materils | 26.18 | 7.49 |
| MILLWRIGHTS | 26.53 | 7.49 |
| PILEDRIVERS | 26.53 | 7.49 |
| DIVERS | 61.83 | 7.49 |
| DIVERS TENDERS | 28.47 | 7.49 |

DEPTH PAY
50 TO 100 FEET $1.00 PER FOOT OVER 50 FEET
100 TO 150 FEET 1.50 PER FOOT OVER 100 FEET
150 TO 200 FEET 2.00 PER FOOT OVER 150 FEET

Zone Differential (Add up Zone 1 rates):
Zone 2 - $0.85
Zone 3 - 1.25
Zone 4 - 1.70
Zone 5 - 2.00
Zone 6 - 3.00

BASEPOINTS: ASTORIA, LONGVIEW, PORTLAND, THE DALLES, AND VANCOUVER, (NOTE: All dispatches for Washington State Counties: Cowlitz, Wahkiakum and Pacific shall be from Longview Local #1707 and mileage shall be computed from that point.)

ZONE 1: Projects located within 30 miles of the respective city hall of the above mentioned cities
ZONE 2: Projects located more than 30 miles and less than 40 miles of the respective city of the above mentioned cities
ZONE 3: Projects located more than 40 miles and less than 50 miles of the respective city of the above mentioned cities
ZONE 4: Projects located more than 50 miles and less than 60 miles of the respective city of the above mentioned cities.
ZONE 5: Projects located more than 60 miles and less than 70 miles of the respective city of the above mentioned cities
ZONE 6: Projects located more than 70 miles of the respected city of the above mentioned cities

---

CARP0770D 06/01/2000

| | Rates | Fringes |
|---|---|---|
| WESTERN WASHINGTON: CLALLAM, GRAYS HARBOR, ISLAND, JEFFERSON, KING, KITSAP, LEWIS (excludes piledrivers only), MASON, PACIFIC (North of a straight line made by extending the north boundary line of Wahkiakum County west to the Pacific Ocean), PIERCE, SAN JUAN, SKAGIT, SNOHOMISH, THURSTON AND WHATCOM COUNTIES | | |
| CARPENTERS AND DRYWALL APPLICATORS | 26.08 | 6.62 |
| CARPENTERS ON CREOSOTE MATERIAL | 26.18 | 6.62 |
| SAWFILERS, STATIONARY POWER SAW OPERATORS, FLOOR FINISHER, FLOOR LAYER, SHINGLER, FLOOR SANDER OPERATOR AND OPERATORS OF OTHER STATIONARY WOOD WORKING TOOLS | 26.21 | 6.62 |
| MILLWRIGHT AND MACHINE ERECTORS | 27.08 | 6.62 |
| ACOUSTICAL WOKRERS | 26.24 | 6.62 |
| PILEDRIVER, DRIVING, PULLING, CUTTING, PLACING COLLARS, | | |



M.A. DeATLEY 01643

| | | |
|---|---|---|
| SETTING, WELDING OR CRESOTE TREATED MATERIAL, ALL PILING | 26.28 | 6.62 |
| PILEDRIVER, BRIDGE DOCK & WHARF CARPENTERS | 25.50 | 6.62 |
| DIVERS | 62.97 | 6.62 |
| DIVERS TENDER | 28.01 | 6.62 |

(HOURLY ZONE PAY APPLICABLE TO ALL CLASSIFICATIONS EXCEPT MILLWRIGHT AND PILEDRIVER)

Hourly Zone Pay shall be paid on jobs located outside of the free zone computed from the city center of the following listed cities:

| | | |
|---|---|---|
| Seattle | Olympia | Bellingham |
| Auburn | Bremerton | Anacortes |
| Renton | Shelton | Yakima |
| Aberdeen-Hoquiam | Tacoma | Wenatchee |
| Ellensburg | Everett | Port Angeles |
| Centralia | Mount Vernon | Sunnyside |
| Chelan | Pt. Townsend | |

| Zone | Pay |
|---|---|
| 0 -25 radius miles | Free |
| 25-35 radius miles | $1.00/hour |
| 35-45 radius miles | $1.15/hour |
| 45-55 radius miles | $1.35/hour |
| Over 55 radius miles | $1.55/hour |

(HOURLY ZONE PAY - MILLWRIGHT AND PILEDRIVER ONLY)

Hourly Zone Pay shall be computed from Seattle Union Hall, Tacoma City center, and Everett City center

| Zone | Pay |
|---|---|
| 0 -25 radius miles | Free |
| 25-45 radius miles | $ .70/hour |
| Over 45 radius miles | $1.50/hour |

CENTRAL WASHINGTON: CHELAN, DOUGLAS (WEST OF THE 120TH MERIDIAN), KITTITAS, OKANOGAN (WEST OF THE 120TH MERIDIAN) AND YAKIMA COUNTIES

| | | |
|---|---|---|
| CARPENTERS AND DRYWALL APPLICATORS | 20.57 | 6.62 |
| CARPENTERS ON CREOSOTED MATERIAL | 26.18 | 6.62 |
| SAWFILERS, STATIONARY POWER S37 OPERATORS, FLOOR FINISHER, FLOOR LAYER, SHINGLERS, FLOOR SANDER OPERATORS | 20.70 | 6.62 |
| MILLWRIGHT AND MACHINE ERECTORS | 27.08 | 6.62 |
| PILEDRIVER, DRIVING, PULLING, CUTTING, PLACING COLLARS, SETTING, WELDING OR CRESOTE TREATED MATERIAL, ALL PILING | 26.28 | 6.62 |
| PILEDRIVER, BRIDGE DOCK AND WHARF CARPENTERS | 26.08 | 6.62 |
| DIVERS | 64.39 | 6.62 |
| DIVERS TENDER | 28.65 | 6.62 |

(HOURLY ZONE PAY APPLICABLE TO ALL CLASSIFICATIONS EXCEPT MILLWRIGHT AND PILEDRIVER)

Hourly Zone Pay shall be paid on jobs located outside of the free zone computed from the city center of the following listed cities:



M.A. DeATLEY 01644

| | | |
|---|---|---|
| Seattle | Olympia | Bellingham |
| Auburn | Bremerton | Anacortes |
| Renton | Shelton | Yakima |
| Aberdeen-Hoquiam | Tacoma | Wenatchee |
| Ellensburg | Everett | Port Angeles |
| Centralia | Mount Vernon | Sunnyside |
| Chelan | Pt. Townsend | |

| Zone Pay | |
|---|---|
| 0 -25 radius miles | Free |
| 25-35 radius miles | $1.00/hour |
| 35-45 radius miles | $1.15/hour |
| 45-55 radius miles | $1.35/hour |
| Over 55 radius miles | $1.55/hour |

(HOURLY ZONE PAY - MILLWRIGHT AND PILEDRIVER ONLY)

Hourly Zone Pay shall be computed from Seattle Union Hall, Tacoma City center, and Everett City center

| Zone Pay | |
|---|---|
| 0 -25 radius miles | Free |
| 25-45 radius miles | $ .70/hour |
| Over 45 radius miles | $1.50/hour |

---

ELEC0046A 06/05/2000

| | Rates | Fringes |
|---|---|---|
| CALLAM, JEFFERSON, KING AND KITSAP COUNTIES | | |
| ELECTRICIANS | 30.50 | 3%+8.41 |
| CABLE SPLICERS | 33.55 | 3%+8.41 |

---

ELEC0048C 07/01/2000

| | Rates | Fringes |
|---|---|---|
| CLARK, KLICKITAT AND SKAMANIA COUNTIES | | |
| ELECTRICIANS | 28.70 | 3%+10.00 |
| CABLE SPLICERS | 28.95 | 3%+10.00 |

---

ELEC0073A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ADAMS, FERRY, LINCOLN, PEND OREILLE, SPOKANE, STEVENS, WHITMAN COUNTIES | | |
| ELECTRICIANS | 23.22 | 3%+8.43 |
| CABLE SPLICERS | 23.62 | 3%+8.43 |

---

ELEC0076B 01/01/2000

| | Rates | Fringes |
|---|---|---|
| GRAYS HARBOR, LEWIS, MASON, PACIFIC, PIERCE, AND THURSTON COUNTIES | | |
| ELECTRICIANS | 26.20 | 8.47+3% |
| CABLE SPLICERS | 28.82 | 8.47+3% |

---

ELEC0077C 02/01/2000

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| CABLE SPLICERS | 29.41 | 3.875%+6.85 |
| LINEMEN, POLE SPRAYERS, HEAVY LINE EQUIPMENT MAN | 26.52 | 3.875%+6.85 |
| LINE EQUIPMENT MEN | 22.86 | 3.875%+5.10 |
| POWDERMEN, JACKHAMMERMEN | 19.95 | 3.875%+5.10 |
| GROUNDMEN | 18.74 | 3.875%+5.10 |
| TREE TRIMMER | 20.57 | 3.875%+5.10% |

---

* ELEC0112E 12/01/2000

ASOTIN, BENTON, COLUMBIA, FRANKLIN, GARFIELD, KITTITAS, WALLA WALLA, YAKIMA COUNTIES

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS | 27.75 | 3%+6.93 |
| CABLE SPLICERS | 29.14 | 3%+6.93 |

---

ELEC0191C 08/31/2000

ISLAND, SAN JUAN, SNOHOMISH, SKAGIT AND WHATCOM COUNTIES

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS | 28.21 | 3%+7.23 |
| CABLE SPLICERS | 31.03 | 3%+7.23 |

---

* ELEC0191D 12/01/2000

CHELAN, DOUGLAS, GRANT AND OKANOGAN COUNTIES

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS | 25.66 | 3%+7.53 |
| CABLE SPLICERS | 28.23 | 3%+7.53 |

---

* ELEC0970A 12/01/2000

COWLITZ AND WAHKIAKUM COUNTIES

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS | 26.80 | 7.50+3% |
| CABLE SPLICERS | 29.48 | 7.50+3% |

---

ENGI0302E 06/01/2000

CHELAN (WEST OF THE 120TH MERIDIAN), CLALLAM, DOUGLAS (WEST OF THE 120TH MERIDIAN), GRAYS HARBOR, ISLAND, JEFFERSON, KING, KITSAP, KITTITAS, MASON, OKANOGAN (WEST OF THE 120TH MERIDIAN), SAN JUAN, SKAGIT, SNOHOMISH, WHATCOM AND YAKIMA (WEST OF THE 120TH MERIDIAN) COUNTIES

PROJECTS
CATEGORY A PROJECTS (excludes Category B projects, as show below)
POWER EQUIPMENT OPERATORS:
Zone 1 (0-25 radius miles):

| | Rates | Fringes |
|---|---|---|
| GROUP 1AAA | 28.56 | 7.88 |
| GROUP 1AA | 28.06 | 7.88 |
| GROUP 1A | 27.56 | 7.88 |
| GROUP 1 | 27.06 | 7.88 |
| GROUP 2 | 26.62 | 7.88 |
| GROUP 3 | 26.26 | 7.88 |
| GROUP 4 | 24.16 | 7.88 |

M.A. DeATLEY 01646

Zone 2 (26-45 radius miles) - Add $ .70 to Zone 1 rates
Zone 3 (Over 45 radius miles) - Add $1.00 to Zone 1 rates

BASEPOINTS: Bellingham, Mount Vernon, Kent, Port Angeles, Port Townsend, Aberdeen, Shelton, Bremerton, Wenatchee, Yakima, Seattle, Everett

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1AAA - Cranes-over 300 tons or 300 ft. of boom (including job with attachments)

GROUP 1AA - Cranes - 200 tons to 300 tons or 250 ft. of boom (including jib and attachments); Tower crane over 175 ft. in height, base to boom

GROUP 1A - Cranes - 100 tons thru 199 tons or 150' of boom (including jib with attachments); Crane-overhead, bridge type, 100 tons and over; Tower crane up to 175 ft. in height base to boom; Loader-overhead, 8 yards and over; Shovel, excavator, backhoes-6 yards and over with attachments

GROUP 1 - Cableway; Cranes-45 tons thru 99 tons, under 150 ft. of boom (including jib with attachments); Crane-overhead, bridge type, 45 tons thru 99 tons; Shovel, excavator, backhoes over 3 yards and under 6 yards; Hard tail end dump articulating off-road equipment 45 yards and over; Loader-overhead, 6 yards to, but not including 8 yards; Mucking machine, mole, tunnel, drill and/or shield; Quad 9, HD 41, d-10; Remote control operator on rubber tired earth moving equipment; Rollagon; Scrapers-self-propelled-45 yards and over; Slipform pavers; Transporters, all track or truck type

GROUP 2 - Barrier machine (zipper); Barch Plant opeator-concrete; Bump cutter; Cranes-20 tons thru 44 tons with attachments; Cranes-overheads, bridge type-20 tons through 44 tons;/ Chipper; Concrete pump-truck mount with boom attachment; Crusher; Deck Engineer/Deck Winches (power); Drilling machine; Excavator, shovel backhoe-3 yards and under; Finishing machine Bidwell, Gamaco and similar equipment; Guardrail punch; Horizontal/directional drill operator; Loaders, overhead under 6 yds.; Loaders-plant feed; Locomotives-all; Mechanics-all; Mixers-asphalt plant; Motor patrol graders-finishing; Pildriver (other than crane mount); Roto-mill, roto-grinder; Screedman, Spreader, Topside Operator-Blaw Knox, Cedar Rapids, Jaeger, Caterpillar, Barbar Green; Scraper-self-propelled, hard tail end dump, articulating off-road equipment-under 45 yards; Subgrader trimmer; Tractors, backhoes-over 75 hp; Transfer material service machine-shuttle buggy, blow knox, roadtec; Truck crane oiler/driver-100 tons and over; Truck mount portable conveyor;Yo Yo Pay Dozer

GROUP 3 - Conveyors; Cranes-thru 19 tons with attachments; Cranes-A-frame over 10 tons; Drill oilers-auger type, truck or crane mount; Dozers D9 and under; Forklifts-3000 lbs and over with attachments; horizontal/directional drill locator; Outside hoists-(elevators and manlifts), air tuggers, strao tower bucket elevators; Hydralifts/boom truck-over 10 tons; Loader-elevating type belt; Motor Patrol Grader-non-finishing; Plant Oiler-asphalt, crusher; Pumps-concrete; Roller, plant mix or multi-lift materials; Saws-concrete; Scrapers-concrete and carryall; Service engineers-equipment; Trenching machines; Truck crane oiler/driver-under 100 tons Tractors, backhoes-under 75 hp

GROUP 4 - Assistant Engineer; Bobcat; Brooms; Compressor; Concrete Finish Machine-laser screed; Cranes-A-frame-10 tons and under; Elevator and manlift-permanent and shaft type; Forklifts-under 3000 lbs. with attachments; Gradechecker, stakehop; Hydralifts, boom trucks-10 tons and under; Oil distributors, blower distribution and mulch seeding operator; Pavement breaker; Post Hole Digger-mechanical; Power Plant; Pumps-water; Rigger and Bellman; Roller-other than plant mix; Wheel Tractors, farmall type; Shot crete/gunite equipment operator

CATEGORY B PROJECTS - 95% of the basic hourly rate for each group plus full fringe benefits applicable to Category A projects shall apply to the following projects. Reduced rates may be paid on the following:

1. Projects involving work on structures such as buildings and structures whose total value is less than $1.5 million excluding mechanical, electrical, and utility portions of the contract.
2. Projects of less than $1 million where no building is involved. Surfacing and paving included, but utilities excluded.
3. Marine projects (docks, wharfs, etc.) less than $150,000.

WORK PERFORMED ON HYDRAULIC DREDGES:
Total Project Cost $300,000 and over

| | | |
|---|---|---|
| GROUP 1 | 25.80 | 7.88 |
| GROUP 2 | 25.90 | 7.88 |
| GROUP 3 | 26.24 | 7.88 |
| GROUP 4 | 26.29 | 7.88 |
| GROUP 5 | 27.68 | 7.88 |
| GROUP 6 | 25.80 | 7.88 |

GROUP 1: Assistant Mate (Deckhand)
GROUP 2: Oiler
GROUP 3: Assistant Engineer (Electric, Diesel, Steam or Booster Pump); Mates and Boatmen
GROUP 4: Craneman, Engineer Welder
GROUP 5: Leverman, Hydraulic
GROUP 6: Maintenance

Total Project cost under $300,000

| | | |
|---|---|---|
| GROUP 1 | 24.51 | 7.88 |
| GROUP 2 | 24.61 | 7.88 |
| GROUP 3 | 24.93 | 7.88 |
| GROUP 4 | 24.98 | 7.88 |
| GROUP 5 | 26.30 | 7.88 |
| GROUP 6 | 24.51 | 7.88 |

GROUP 1: Assistant Mate (Deckhand)
GROUP 2: Oiler
GROUP 3: Assistant Engineer (Electric, Diesel, Steam, or Booster Pump); Mates and Boatmen
GROUP 4: Craneman, Engineer Welder
GROUP 5: Leverman, Hydraulic
GROUP 6: Maintenance

HEAVY WAGE RATES (CATEGORY A) APPLIES TO CLAM SHELL DREDGE, HOE AND DIPPER, SHOVELS AND SHOVEL ATTACHMENTS, CRANES AND BULLDOZERS.

HANDLING OF HAZAARDOUS WASTE MATERIALS: Personnel in all craft classifications subject to working inside a federally designated hazardous perimeter shall be eligible for compensation in accordance with the following group schedule relative to the



M.A. DeATLEY 01648

level of hazardous waste as outlined in the specific hazardous waste project site safety plan.
H-1 Base wage rate when on a hazardous waste site when not outfitted with protective clothing
H-2 Class "C" Suit - Base wage rate plus $.25 per hour.
H-3 Class "B" Suit - Base wage rate plus $.50 per hour.
H-4 Class "A" Suit - Base wage rate plus $.75 per hour.

---

ENGI0370C 06/01/2000

| | Rates | Fringes |
|---|---|---|
| ADAMS, ASOTIN, BENTON, CHELAN (EAST OF THE 120TH MERIDIAN), COLUMBIA, DOUGLAS (EAST OF THE 120TH MERIDIAN), FERRY, FRANKLIN, GARFIELD, GRANT, LINCOLN, OKANOGAN (EAST OF THE 120TH MERIDIAN), PEND OREILLE, SPOKANE, STEVENS, WALLA WALLA, WHITMAN AND YAKIMA (EAST OF THE 120TH MERIDIAN) COUNTIES | | |
| ZONE 1: | | |
| POWER EQUIPMENT OPERATORS: | | |
| GROUP 1A | 20.69 | 5.77 |
| GROUP 1 | 21.24 | 5.77 |
| GROUP 2 | 21.56 | 5.77 |
| GROUP 3 | 22.17 | 5.77 |
| GROUP 4 | 22.33 | 5.77 |
| GROUP 5 | 22.49 | 5.77 |
| GROUP 6 | 22.77 | 5.77 |
| GROUP 7 | 23.04 | 5.77 |
| GROUP 8 | 24.14 | 5.77 |

ZONE DIFFERENTIAL (Add to Zone 1 rate): Zone 2 - $2.00

Zone 1: Within 45 mile radius of Spokane, Moses Lake, Pasco, Washington; Lewiston, Idaho
Zone 2: Outside 45 mile radius of Spokane, Moses Lake, Pasco, Washington; Lewiston, Idaho

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1A: Boat Operator; Crush Feeder; Oiler; Steam Cleaner

GROUP 1: Bit Grinders; Bolt Threading Machine; Compressors (under 2000 CFM, gas, diesel, or electric power); Deck Hand; Drillers Helper (Assist driller in making drill rod connections, service drill engine and air compressor, repair drill rig and drill tools, drive drill support truck to and on the job site, remove drill cuttings from around bore hole and inspect drill rig while in operation); Fireman & Heater Tender; Grade Checker; Hydro-seeder, Mulcher, Nozzleman; Oiler Driver, & Cable Tender, Mucking Machine; Pumpman; Rollers, all types on subgrade, including seal and chip coatings (farm type, Case, John Deere & similar, or Compacting Vibrator), except when pulled by Dozer with operable blade; Welding Machine

GROUP 2: A-frame Truck (single drum); Assistant Refrigeration Plant (under 1000 ton); Assistant Plant Operator, Fireman or Pugmixer (asphalt); Bagley or Stationary Scraper; Belt Finishing Machine; Blower Operator (cement); Cement Hog; Compressor (2000 CFM or over, 2 or more, gas diesel or electric power); Concrete Saw (multiple cut); Distributor Leverman; Ditch Witch or similar; Elevator Hoisting Materials; Dope Pots (power agitated); Fork Lift or Lumber Stacker, hydra-lift & similar; Gin Trucks (pipeline); Hoist, single drum; Loaders (bucket elevators and conveyors); Longitudinal Float; Mixer (portable-concrete);