Pavement Breaker, Hydra-Hammer & similar; Power Broom; Railroad Ballast Regulation Operator (self-propelled); Railroad Power Tamper Operator (self-propelled); Railroad Tamper Jack Operator (self-propelled; Spray Curing Machine (concrete); Spreader Box (self-propelled); Straddle Buggy (Ross & similar on construction job only); Tractor (Farm type R/T with attachment, except Backhoe); Tugger Operator

GROUP 3: A-frame Truck (2 or more drums); Assistant Refrigeration Plant & Chiller Operator (over 1000 ton); Backfillers (Cleveland & similar); Batch Plant & Wet Mix Operator, single unit (concrete); Belt-Crete Conveyors with power pack or similar; Belt Loader (Kocal or similar); Bending Machine; Bob Cat; Boring Machine (earth); Boring Machine (rock under 8" bit) (Quarry Master, Joy or similar); Bump Cutter (Wayne, Saginau or similar); Canal Lining Machine (concrete); Chipper (without crane); Cleaning & Doping Machine (pipeline); Deck Engineer; Elevating Belt-type Loader (Euclid, Barber Green & similar); Elevating Grader-type Loader (Dumor, Adams or similar); Generator Plant Engineers (diesel or electric); Gunnite Combination Mixer & Compressor; Locomotive Engineer; Mixermobile; Mucking Machine; Posthole Auger or Punch; Pump (grout or jet); Soil Stabilizer (P & H or similar); Spreader Machine; Tractor (to D-6 or equivalent) and Traxcavator; Traverse Finish Machine; Turnhead Operator

GROUP 4: Concrete Pumps (squeeze-crete, flow-crete, pump-crete, Whitman & similar); Curb Extruder (asphalt or concrete); Drills (churn, core, calyx or diamond)(operate drilling machine, drive or transport drill rig to and on job site and weld well casing); Equipment Serviceman; Greaser & Oiler; Hoist (2 or more drums or Tower Hoist); Loaders (overhead & front-end, under 4 yds. R/T); Refrigeration Plant Engineer (under 1000 ton); Rubber-tired Skidders (R/T with or without attachments); Surface Heater & Plant Machine; Trenching Machines (under 7 ft. depth capacity); Turnhead (with re-screening); Vacuum Drill (reverse circulation drill under 8" bit)

GROUP 5: Backhoe (under 45,000 gw); Backhoe & Hoe Ram (under 3/4 yd.); Carrydeck & Boom Truck (under 25 tons); Cranes (25 tons & under), all attachments including clamshell, dragline; Derricks & Stiffleqs (under 65 tons); Drilling Equipment(8" bit & over) (Robbins, reverse circulation & similar)(operates drilling machine, drive or transport drill rig to and on job site and weld well casing); Hoe Ram; Piledriving Engineers; Paving (dual drum); Railroad Track Liner Operaotr (self-propelled); Refrigeration Plant Engineer (1000 tons & over); Signalman (Whirleys, Highline Hammerheads or similar)

GROUP 6: Asphalt Plant Operator; Automatic Subgrader (Ditches & Trimmers)(Autograde, ABC, R.A. Hansen & similar on grade wire); Backhoe (45,000 gw and over to 110,000 gw); Backhoes & Hoe Ram (3/4 yd. to 3 yd.); Batch Plant (over 4 units); Batch & Wet Mix Operator (multiple units, 2 & incl. 4); Blade Operator (motor patrol & attachments, Athey & Huber); Boom Cats (side); Cable Controller (dispatcher); Clamshell Operator (under 3 yds.); Compactor (self-propelled with blade); Concrete Pump Boom Truck; Concrete Slip Form Paver; Cranes (over 25 tons, to and including 45 tons), all attachments including clamshell, dragline; Crusher, Grizzle & Screening Plant Operator; Dozer, 834 R/T & similar; Draglines (under 3 yds.); Drill Doctor; H.D. Mechanic; H.D. Welder; Loader Operator (front-end & overhead, 4 yds. incl. 8 yds.); Multiple Dozer Units with single blade; Paving Machine (asphalt and concrete); Quad-Track or similar equipment; Rollerman (finishing asphalt pavement); Roto



M.A. DeATLEY 01650

Mill (pavement grinder); Scrapers, all, rubber-tired; Screed Operator; Shovel(under 3 yds.); Tractors (D-6 & equilvalent & over); Trenching Machines (7 ft. depth & over); Tug Boat Operator Vactor guzzler, super sucker

GROUP 7: Backhoe (over 110,000 gw); Backhoes & Hoe Ram (3 yds & over); Blade (finish & bluetop) Automatic, CMI, ABC, Finish Athey & Huber & similar when used as automatic; Cableway Operators; Concrete Cleaning/Decontamination machine operator; Cranes (over 45 tons to but not including 85 tons), all attachments including clamshell and dragine; Derricks & Stiffleys (65 tons & over); Elevating Belt (Holland type); Heavy equipment robotics operator; Loader (360 degrees revolving Koehring Scooper or similar); Loaders (overhead & front-end, over 8 yds. to 10 yds.); Rubber-tired Scrapers (multiple engine with three or more scrapers); Shovels (3 yds. & over); Whirleys & Hammerheads, ALL

GROUP 8: Cranes (85 tons and over, and all climbing, overhead,rail and tower), all attachments including clamshell, dragline; Loaders (overhead and front-end, 10 yards and over); Helicopter Pilot

BOOM PAY: (All Cranes, Including Tower)
180' to 250' $ .30 over scale
Over 250' $ .60 over scale

NOTE: In computing the length of the boom on Tower Cranes, they shall be measured from the base of the Tower to the point of the boom.

HAZMAT: Anyone working on HAZMAT jobs, working with supplied air shall receive $1.00 an hour above classification.

---

ENGI0370G 06/01/2000

ADAMS, ASOTIN, BENTON, CHELAN (EAST OF THE 120TH MERIDIAN), COLUMBIA, DOUGLAS (EAST OF THE 120TH MERIDIAN), FERRY, FRANKLIN, GARFIELD, GRANT, LINCOLN, OKANOGAN (EAST OF THE 120TH MERIDIAN), PEND OREILLE, SPOKANE, STEVENS, WALLA WALLA, WHITMAN AND YAKIMA (EAST OF THE 120TH MERIDIAN) COUNTIES

WORK PERFORMED ON HYDRAULIC DREDGES

| | Rates | Fringes |
|---|---|---|
| GROUP 1: | 24.23 | 5.77 |
| GROUP 2: | 24.60 | 5.77 |
| GROUP 3: | 24.63 | 5.77 |
| GROUP 4: | 25.02 | 5.77 |
| GROUP 5: | 24.13 | 5.77 |

GROUP 1: Assistant Mate (Deckhand) and Oiler
GROUP 2: Assistant Engineer (Electric, Diesel, Steam, or Booster Pump); Mates and Boatmen
GROUP 3: Engineer Welder
GROUP 4: Leverman, Hydraulic
GROUP 5: Maintenance

HEAVY WAGE RATES APPLIES TO CLAM SHELL DREDGE, HOE AND DIPPER, SHOVELS AND SHOVEL ATTACHMENTS, CRANES AND BULLDOZERS.

---

ENGI0612A 06/01/2000

LEWIS, PIERCE, PACIFIC (THAT PORTION WHICH LIES NORTH OF A PARALLEL LINE EXTENDED WEST FROM THE NORTHERN BOUNDARY OF WAHKAIKUM COUNTY TO THE SEA IN THE STATE OF WASHINGTON) AND THURSTON COUNTIES

PROJECTS:
CATEGORY A PROJECTS (excludes Category B projects, as shown below)
POWER EQUIPMENT OPERATORS:
ZONE 1 (0-25 radius miles):

| | Rates | Fringes |
|---|---|---|
| GROUP 1AAA | 28.56 | 7.88 |
| GROUP 1AA | 28.06 | 7.88 |
| GROUP 1A | 27.56 | 7.88 |
| GROUP 1 | 27.06 | 7.88 |
| GROUP 2 | 26.62 | 7.88 |
| GROUP 3 | 26.26 | 7.88 |
| GROUP 4 | 24.16 | 7.88 |

ZONE 2 (26-45 radius miles) - Add $.70 to Zone 1 rates
ZONE 3 (Over 45 radius miles) - Add $1.00 to Zone 1 rates

BASEPOINTS: Tacoma, Olympia, and Centralia

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1AAA - Cranes-300 tons, or 300 ft of boom (including jib with attachments)

GROUP 1AA - Cranes 200 tons to 300 tons, or 250 ft of boom (including jib with attachments); Tower crane over 175 ft in height, base to boom

GROUP 1A - Crane 100 tons thru 199 tons, or 150 of boom (including jib with attachments); Crane-overhead, bridge type, 100 tons and over; Shovel, excavator, backhoes-6 yds and over with attachments

GROUP 1 - Cableways; Cranes-45 tons thru 99 tons, under 150 ft of boom (including jib with attachments); Crane-overhead, bridge type - 45 tons thru 99 tons; Excavator, shovel, backhoes over 3 yards and under 6 yards; hard tail end dump articulating off-road equipment 45 yards and over; loader-overhead 6 yards to, but not including 8 yards; Mucking machine, mole, tunnel, drill and/or shield; Quad 9, HD 41, D-10; Remote control operator on rubber tired earth moving equipment; Rollagon; Scrapers-self-propelled-45 yds and over; Slipform pavers; Transporters-all track or truck type

GROUP 2 - Barrier machine (zipper); Batch Plant Operator-concrete; Bump cutter; Cranes-20 tons through 44 tons with attachments; Crane-overhead, bridge type-20 tons thru 44 tons; Chipper, Concrete Pump-truck mounted with boom attachment; Crushers; Deck Engineer/Deck Winches (power); Drilling machine; Excavator, shovel, backhoe-3yards and under; Finishing machine, Bidwell, Gamaco and similar equipment; Guardrail punch; Horizontal/directional drill operator; Loaders, overhead under 6 yds.; Loaders, plant feed; Locomotive-all; Mechanics-all; Mixers, asphalt plant; Motor patrol graders-finishing; Piledriver (other than crane mount); Roto-mill, roto grinder; screedman, spreader, topside operator-Blaw Knox, Cedar Rapids, Jaeger, Caterpillar, Barbar Green; Scraper-self propelled, hard tail end dump, articulating off-road equipment under 45 yds.; Subgrader trimmer; Tractors, backhoes over 75 hp.; Transfer material

service machine-shuttle buggy, Blaw Knox-Roadtec; Truck Crane Oiler/driver-100 tons and over, Truck Mount Portable Conveyor; Yo Yo Pay dozer.

GROUP 3 - Conveyors; Cranes-thru 19 tons with attachments; Cranes-A-frame over 10 tons; Drill Oilers-Auger type, truck or crane mount; Dozers-D-9 and under; Forklifts-3000 lbs. and over with attachments; Horizontal/directional drill locator; Outside hoists-(elevators and manlifts), air tuggers, strato tower bucket elevators; Hydralifts/Boom Trucks-over 10 tons; Loaders-elevating type, belt; Motor patrol grader-nonfinishing; Plant Oiler-Asphalt, Crusher; Pumps, Concrete; Roller, plant mix or multi-lift materials; Saws-concrete; Scrapers-Concrete and Carry all; Trenching machines; Truck Crane Oiler/Driver-under 100 tons; Tractor, backhoe-under 75 hp

GROUP 4 - Assistant Engineer; Bobcat; Brooms; Compressor; Concrete Finish Machine-laser screed; Crane-A-Frame, 10 tons and under; Elevator and manlift-permanent and shaft type; Forklifts-under 3000 lbs. with attachments; Gradechecker, stakehop; Hydralifts, boom trucks, 10 tons and under; Oil distributors, blower distribution and mulch seeding operator; Pavement breaker; Posthole Digger-mechanical; Power plant; Pumps-Water; Roller-other than Plant Mix; Wheel Tractors, Farmall type; Shotcrete/Gunite Equipment Operator

CATEGORY B PROJECTS - 95% of the basic hourly rate for each group plus full fringe benefits applicable to Category A projects shall apply to the following projects: Reduced rates may be paid on the following:

1. Projects involving work on structures such as buildings and structures whose total value is less than $1.5 million excluding mechanical, electrical, and utility portions of the contract.
2. Projects of less than $1 million where no building is involved. Surfacing and paving included, but utilities excluded.
3. Marine projects (docts, wharfs, etc.) less than $150,000

WORK PERFORMED ON HYDRAULIC DREDGES:
Total Project cost $300,000 and over

| | | |
|---|---|---|
| GROUP 1 | 25.80 | 7.88 |
| GROUP 2 | 25.90 | 7.88 |
| GROUP 3 | 26.24 | 7.88 |
| GROUP 4 | 26.29 | 7.88 |
| GROUP 5 | 27.68 | 7.88 |
| GROUP 6 | 25.80 | 7.88 |

GROUP 1: Assistant Mate (Deckhand)
GROUP 2: Oiler
GROUP 3: Assistant Engineer (Electric, Diesel, Steam or Booster Pump); Mates and Boatmen
GROUP 4: Craneman, Engineer Welder
GROUP 5: Leverman, Hydraulic
GROUP 6: Maintenance

Total Project Cost under $300,000

| | | |
|---|---|---|
| GROUP 1 | 24.51 | 7.88 |
| GROUP 2 | 24.61 | 7.88 |
| GROUP 3 | 24.93 | 7.88 |
| GROUP 4 | 24.98 | 7.88 |
| GROUP 5 | 26.30 | 7.88 |
| GROUP 6 | 24.51 | 7.88 |

GROUP 1: Assistant Mate (Deckhand)
GROUP 2: Oiler
GROUP 3: Assistant Engineer (Electric, Diesel, Steam or Booster Pump); Mates and Boatmen
GROUP 4: Craneman, Engineer Welder
GROUP 5: Leverman, Hydraulic
GROUP 6: Maintenance

HEAVY WAGE RATES APPLIES TO CLAM SHEEL DREDGE, HOE AND DIPPER, SHOVELS AND SHOVEL ATTACHMENTS, CRANES AND BULLDOZERS

HANDLING OF HAZARDOUS WASTE MATERIALS

H-1 - When not outfitted with protective clothing of level D equipment - Base wage rate
H-2 - Class "C" Suit - Base wage rate + $.25 per hour
H-3 - Class "B" Suit - Base wage rate + $.50 per hour
H-4 - Class "A" Suit - Base wage rate +$.75 per hour

---

ENGI0701D 01/01/2000

| | Rates | Fringes |
|---|---|---|
| CLARK, COWLITZ, KLICKITAT, PACIFIC (SOUTH), SKAMANIA, AND WAHKIAKUM COUNTIES | | |
| POWER EQUIPMENT OPERATORS (See Footnote A) | | |
| ZONE 1: | | |
| GROUP 1 | 26.91 | 8.20 |
| GROUP 2 | 26.00 | 8.20 |
| GROUP 3 | 25.30 | 8.20 |
| GROUP 4 | 24.83 | 8.20 |
| GROUP 5 | 24.27 | 8.20 |
| GROUP 6 | 22.10 | 8.20 |

Zone Differential (add to Zone 1 rates):
Zone 2 - $1.50
Zone 3 - 3.00

For the following metropolitan counties: MULTNOMAH; CLACKAMAS; MARION; WASHINGTON; YAMHILL; AND COLUMBIA; CLARK AND COWLITZ COUNTY, WASHINGTON WITH MODIFICATIONS AS INDICATED:

All jobs or projects located in Multnomah, Clackamas and Marion counties, West of the western boundary of Mt. Hood National Forest and West of Mile Post 30 ON Interstate 84 and West of Mile Post 30 on State Highway 26 and West of Mile Post 30 on Highway 22 and all jobs located in Yamhill County, Washington County and Columbia County and all jobs or projects located in Clark and Cowlitz Counties, Washington except that portion of Cowlitz County in the Mt. St. Helens "Blast Zone" shall receive Zone I pay for all classifications.

All jobs or projects located in the area outside the identified boundary above, but less than 50 miles from the Portland City Hall shall receive Zone II pay for all classifications.

All jobs or projects located more than 50 miles from the Portland City Hall, but outside the identified border above, shall receive Zone III pay for all classifications.

For the following cities: ALBANY; COOS, BAY; EUGENE; GRANTS PASS; KLAMATH FALLS; MEDFORD; ROSEBURG



M.A. DeATLEY 01654

All jobs or projects located within 30 miles of the respective city hall of the above mentioned cities shall receive Zone I pay for all classifications.

All jobs of projects located more than 30 miles ans less than 50 miles from the respective city hall of the above mentioned cities shall receive Zone II pay for all classifications.

All jobs of projects located more than 50 miles from the respective city hall of the above mentioned cities shall receive Zone III pay for all classifications.

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1: CONCRETE: Batch Plant and/or Wet Mix Operator, three units or more; CRANE: Crane Operator, over 200 tons; Whirley Operator 90 tons and over; Helicopter Operators, when used in erecting work; Floating Crane, 150 tons but less than 250 tons; Lattice Boom Crane - 200 tons and over, Boom 201' through 280'; FLOATING EQUIPMENT: Floating Crane, 250 tons and over

GROUP 2: ASPHALT: Asphalt Plant Operator (any type); Roto-mill, pavement profiler, operator, six foot lateral cut and over; BLADE: Auto Grader or "Trimmer" Operator (Grade Checker required); BULLDOZERS: Tandem bulldozer operator, quad-nine and similar type; D-11; Tandem Bulldozer Operator, Quad-nine and similar type; CONCRETE: Batch Plant and/or Wet Mix Operator, one and two drum; Automatic Concrete Slip Form Paver Operator; Concrete Canal Line Operator; Concrete Profiler, Diamond Head; CRANE: Cableway Operator, 25 tons and over; Crane Operator, over 40 tons and including 100 tons; Crane Operator, over 100 tons and including 200; Tower Crane Operator, over 80 tons and including 150 tons; Whirley Operator - under 90 tons; Lattice Boom Crane - 90 through 199 tons, Boom = 150' through 200'; CRUSHER: Crusher Plant Operator; FLOATING QUIPMENT: Floating Clamshell, etc. Operator, 3cu. yds. and over; Floating Crane (derrick barge) Operator, 30 tons but less than 80 tons; Floating Crane (derrick barge) Operator, 80 ton but less than 150 ton; LOADERS: Loader Operator, 6 cu. yds. but less than 12 cu. yds.; Loader Operator, 12 cu. yds. and over; REMOTE CONTROL: Remote controlled earth-moving equipment (no one operator shall operate more than two pieces of earth-moving equipment at one time); RUBBER-TIRED SCRAPERS: Rubber-tired Scraper Operator, with tandem scrapers, multi-engine; SHOVEL, DRAGLINE, CLAMSHELL, BACKHOE, SKOOPER, OPERATOR: Shovel, etc., 3 cu. yds., but less than 5 cu. yds.; Shovel, etc., 5 cu. yds. and over; TRENCH MACHINE: Wheel Excavator, under 750 cu. yds. per hour (Grade Oiler required); Canal Trimmer (Grade Oiler required); Wheel Excavator, over 750 cu. yds. per hour (two Operators and at least one Grade Oiler required); Band Wagon (in conjunction with wheel excavator); UNDERWATER EQUIPMENT: Underwater Equipment Operator, remote or otherwise, when used in construction work.

GROUP 3: CRANES: Lattice Boom Crane - 50 through 89 tons; FORKLIFT: Rock Hound Operator; LOADERS: Loader Operator, 4 cu. yds. but less than 6 cu. yds.; Rubber-tired RUBBER-TIRED SCRAPERS: Scraper Operator, with tandem scrapers; Self-loading, paddle wheel, auger type, finish and/or 2 or more units

GROUP 4: ASPHALT: Screed Operator; Asphalt Paver Operator (Screed man required); Diesel-Electric engineer, Plant; Roto-Mill, pavement profiler, operator, under six foot lateral cut; BLADE: Blade Operator, externally controlled by electronic, mechanical hydraulic means; Blade operator, multi-engine; BULLDOZERS: Bulldozer Operator; Drill Cat Operator; Side-boom



M.A. DeATLEY 01655

Operator; Bulldozer Operator, twin engine (TC 12 and similar type, D-10); Cable-Plow Operator (any type); CLEARING: Log Skidders; Chippers; Incinerator; Stump Splitter (loader mounted or similar type); Compactor Operator, with blade; Compactor Operator, multi-engine; CONCRETE: Mixer Mobile Operator; Screed Operator; Concrete Cooling Machine Operator; Concrete Paving Road Mixer; Concrete Breaker; Reinforced Tank Banding Machine (K-17 or similar types); CRANE: Chicago boom and similar types; Lift Slab Machine Operator; Boom type lifting device, 5 ton capacity or less; Cherry Picker or similar type crane-hoist, 5 ton capacity or less; Crane Operator, under 25 ton (except for rough terrain), Hoist Operator, two drum; Hoist Operator, three or more drums; Derrick Operator, under 100 ton; Hoist Operator, stiff leg, guy derrick or similar type, 50 ton and over; Cableway Operator, up to twenty-five ton; Crane Operator, over twenty-five ton and including forty ton; Bridge Crane Operator; Locomotive, Gantry, Overhead; Lattice Boom Crane - 25 through 49 tons; CRUSHER: Generator Operator; Diesel-Electric Engineer; Grizzley Operator; DRILLING: Drill Doctor; Boring Machine Operator; Driller-Percussion, Diamond, Core, Cable, Rotary and similar type; Cat Drill (John Henry); FLOATING EQUIPMENT: Diesel-electric Engineer; Jack Operator, elevating barges, Barge Operator, self-unloading; Piledriver Operator (not crane type) (Deckhand required); Floating Clamshelll, etc. Operator, under 3 cu. yds. (Fireman or Diesel-Electric Engineer required); Floating Crane (derrick barge) Operator, less than 30 tons; GENERATORS: Generator Operator; Diesel-electric Engineer required); GUARDRAIL EQUIPMENT: Guardrail Punch Operator (all types); Guardrail auger Operator (all types); Combination Guardrail machines, i.e. punch, auger, etc.; HEATING PLANT: Surface Heater and Planer Operator; HYDRAULIC HOES: Hydraulic Backhoe Operator, Track Type 3/8 cu. yd. takes shovel Classif. rate); LOADERS: Belt Loaders, Kolman and Ko Cal types; Loaders Operator, front end and overhead, 2-1/2 cu. yds. and under 4 cu. yds.; Elevating Loader Operator, Athey and asimilar types; Elevating Grader Operator, operated by Tractor Operator, sierra, Euclid or similar types; PILEDRIVERS: Hammer Operator; Piledriver Operator (not crane type); Pipe Cleaning Machine Operator; Pipe Doping Machine Operator; PIPELINE, SEWER WATER: Pipe Bending Machine Operator; Pipe Wrapping Machine Operator; Boring Machine Operator; Back Filling Machine Operator; REPAIRMEN, HEAVY DUTY: Diesel-Electric Engineer (Plant or Floating); Bolt Treading Machine Operator; Drill Doctor (bit grinder); H.D. Mechanic; H.D. Welder; Machine Tool Operator; Combination H.D. Mechanic-Welder, when dispatched and/or when required to do both; Welder-Certified, when dispatched and/or required; RUBBER-TIRED SCRAPERS: Rubber-tired Scraper Operator, single engine, single scraper; Self-loading, paddle wheel, auger type under 15 cu. yds.; rubber-tired Scraper Operator, twin engine; Rubber-tired Scraper Operator, with push-pull attachments; Self-loading, paddle wheel, auger type 15 cu. yds. and over, single engine; SHOVEL, DRAGLINE, CLAMSHELL, BACKHOE, SKOOPER OPERATOR: Diesel-Electric Engineer; Stationary Drag Scraper Operator; Shovel, Dragline, Clamshell, Hoe, etc., Operator, under 1 cu. yd.; Shovel, etc., 1 cu. yd. and less than 3 cu. yds.; Grade-all Operator, under 1 cu. yd.; Grade-all 1 cu. yd. and over; SURFACING (BASE) MATERIALS: Blade Mounted Spreaders, Ulrich and similar types; TRACTOR-RUBBER TIRED: Tractor Operator, rubber-tired, over 50 H.P. Flywheel; Tractor Operator, with boom attachment; Rubber-tired Dozers and Pushers (Michigan, Cat, Hough type); TRENCHING MACHINE: Trenching Machine Operator, maximum digging capacity over 3 ft. depth (Grade Oiler required); Back Filling Machine Operator; TUNNEL: Mucking Machine Operator; Shield Operator; Boring Machine Operator

M.A. DeATLEY 01656

GROUP 5: ASPHALT: Extrusion Machine Operator; Roller Operator (any asphalt mix); Asphalt Burner and reconditioner Operator (any type), 84; roto-mill, Pavement Profiler, ground man.; COMPRESSORS: Compressor Operator any power), over 1,250 cu. ft. total capacity; COMPACTORS: Compactor Operator, including vibratory; Wagner Pactor Operator or similar type (without blade); CONCRETE: Combination mixer and Compressor Operator, gunite work; Concrete Batch Plant Quality Control Operator; Beltcrete Operator; Pumpcrete Operator (any type) Pavement Grinder and/or Grooving Machine Operator (riding type); Cement Pump Operator, Fuller-Kenyon and similar; Concrete Pump Operator; Grouting Machine Operator; Concrete Mixer Operator, single drum, under five bag capacity and over; Cast place pipe laying machine; Maginnis Internal Full Slab Vibrator Operator; Concrete Finishing machine Operator, Clary, Johnson, Bidwell, Burgess bridge deck or similar type; Curb Machine Operator, mechanical Berm, Curb and/or Curb and Gutter; Concrete Joint Machine Operator; Concrete Planer Operator; Tower Mobile Operator; Power Jumbo Operator setting slip forms; Concrete Paving Machine Operator; Concrete Finishing Machine Operator; Concrete Spreader Operator; CRANE: Helicopter Hoist Operator; Hoist Operator, single drum; Elevator Operator; A-frame Truck Operator, Double drum; Boom Truck Operator Hydraulic Boom Truck, Pittman; DRILLING: Churn Drill and earth Boring Machine Operator; FLOATING EQUIPMENT: Fireman; FORKLIFT: Lull Hi-Lift Operator or similar type; Fork Lift, over 5 ton; HYDRAULIC HOES: Hydraulic Backhoe Operator, wheel type 3/8 cu. yd and under with or without front end attachment 2-1/2 cu. yds. and under (Ford, John Deere, Case, Type); LOADERS: Loaders, rubber-tired type, 2-1/2 cu. yds. and under; Elevating Grader Operator, Tractor Towed requiring Operator or Grader; OILERS: Service Oiler (Greaser); PIPELINE, SEWER WATER: Hydra Hammer or similar types; Pavement Breaker Operator; RAILROAD EQUIPMENT: Locomotive Operator, under 40 tons; Ballast Regulator Operator; Ballast Tamper Multi-Purpose Operator; Track Liner Operator; Tie Spacer Operator; Shuttle Car Operator; Locomotive Operator, 40 tons and over; SURFACING (BASE) MATERIAL: Roller Operator, Oiling, C.T.B.; Rock Spreaders self-propelled; Pulva-mixer or similar types; Chip Spreading Machine Operator Lime Spreading Operator, construction job site; SWEEPERS: Sweeper Operator (Wayne Tractor Operator, rubber-tired, 50 H.P. Flywheel and under; TRENCHING: Trench Machine Operator, maximum digging capacity 3 ft. depth

GROUP 6: ASPHALT: Plant Oiler; Plant Fireman; Pugmill Operator (any type); Truck mounted asphalt spreader, with screed; BLADE: Blade Operator, pulled type; COMPRESSORS: Compressor Operator (any power), under 1,250 cu. ft. total capacity; CONCRETE: Plant Oiler, Assistant Conveyor Operator; Conveyor Operator; Mixer Box Operator (C.T.B., dry batch, etc.); Cement Hog Operator; Concrete Saw Operator; Concrete Curing Machine Operator (riding type); Wire Mat or Brooming Machine Operator; CRANE: Oiler; Truck Crane Oiler-Driver, 25 tons capacity or over; Fireman, all equipment; A-frame Truck Operator, single drum; Tugger or Coffin Type Hoist Operator; CRUSHER: Crusher Oiler; Crusher Feederman; DRILLING: Drill Tender; Auger Oiler; FLOATING EQUIPMENT: Deckhand; Boatman; FORKLIFT: Self-propelled Scaffolding Operator, construction job site (excluding working platform); Fork Lift or Lumber Stacker Operator, construction job site; GUARDRAIL EQUIPMENT: Oiler, auger Oiler; Oiler, combination guardrail machines; Guardrail Punch Oiler; HEATING PLANT: Temporary Heating Plant Operator; LOADERS: Bucket Elevator Loader Operator, Barber-Greene and similar types; Bobcat, Skid Steer - Under 1 yd; OILERS: Oiler; Guardrail Punch Oiler; Truck Crane Oiler-Driver, 25 ton or over; Auger Oiler; Grade Oiler, required to check grade; Grade Checker; Tar Pot Fireman; PIPELINE SEWER WATER: Tar Pot Fireman (power



M.A. DeATLEY 01657

agitated); Hydraulic Pipe Press Operator; PUMPS: Pump Operator, under 4"; Pump Operator (any power), 4" and over; Hydrostatic Pump Operator; RAILROAD EQUIPMENT: Brakeman; Oiler; Switchman; Motorman; Ballast Jack Tamper Operator; REPAIRMAN HEAVY DUTY: Parts Man (Tool Room); SHOVEL, DRAGLINE, CLAMSHELL, BACKHOE, SKOOPER OPERATORS: Oiler; Grade Oiler (required to check grade); Grade Checker; Fireman; Signalman; Bell Boy, phones, etc., Operator; Helicopter Radioman (ground); SURFACING (BASE) MATERIAL: Roller Operator, grading of base rock (not asphalt); Tamping Machine Operator, mechanical, self-propelled; Hydrographic Seeder Machine Operator, staw, pulp or seed; SWEEPERS: Broom Operator, self-propelled, construction job site; TRENCHING: Oiler; Grade Oiler (required to check grade); TUNNEL: Conveyor Operator (any type); air Filtration Equipment Operator; Motormen (dinkey); Oiler; WELDING MACHINES: Welding Machine Operator

FOOTNOTE A: HANDLING OF HAZARDOUS WASTE MATERIALS: Personnel in all craft classifications subject to working inside a federally designated hazardous perimeter shall be eligible for compensation in accordance with the following group schedule relative to the level of hazardous waste as outline in the specific hazardous waste project site safety plan.

H-1 Base wage rate when on a hazardous waste site when not outfitted with protective clothing.
H-2 Class "C" Suit - Basic hourly wage rate plus $1.00 per hour, fringes plus $0.15.
H-3 Class "B" Suit - Basic hourly wage rate plus $1.50 per hour, fringes plus $0.15.
H-4 Class "A" Suit - Basic hourly wage rate plus $2.00 per hour, fringes plus $0.15.

---

ENGI0701E 06/01/2000

CLARK, COWLITZ, KLICKITAT, PACIFIC (SOUTH), SKAMANIA, AND WAHKIAKUM COUNTIES

DREDGING:

| | Rates | Fringes |
|---|---|---|
| ZONE A | | |
| LEVERMAN, HYDRAULIC | 30.65 | 7.75 |
| LEVERMAN, DIPPER, FLOATING CLAMSHELL | 30.65 | 7.75 |
| ASSISTANT ENGINEER | 28.60 | 7.75 |
| TENDERMAN | 27.66 | 7.75 |
| ASSISTANT MATE | 25.16 | 7.75 |
| ZONE B | | |
| LEVERMAN, HYDRAULIC | 32.65 | 7.75 |
| LEVERMAN, DIPPER, ~~FLOATING CLAMSHELL~~ | ~~32.65~~ | ~~7.75~~ |
| ASSISTANT ENGINEER | 30.60 | 7.75 |
| TENDERMAN | 29.66 | 7.75 |
| ASSISTANT MATE | 27.16 | 7.75 |
| ZONE C | | |
| LEVERMAN, HYDRAULIC | 33.65 | 7.75 |
| LEVERMAN, DIPPER, FLOATING CLAMSHELL | 33.65 | 7.75 |
| ASSISTANT ENGINEER | 31.60 | 7.75 |
| TENDERMAN | 30.66 | 7.75 |
| ASSISTANT MATE | 28.16 | 7.75 |