D-19

ZONE DESCRIPTION FOR DREDGING:
ZONE A - All jobs or projects located within 30 road miles of Portland City Hall.
ZONE B - Over 30-50 road miles from Portland City Hall.
ZONE C - Over 50 road miles from Portland City Hall.

*All jobs or projects shall be computed from the city hall by the shortest route to the geographical center of the project.

---

IRON0014F 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ADAMS, ASOTIN, BENTON, COLUMBIA, DOUGLAS, FERRY, FRANKLIN, GARFIELD, GRANT, LINCOLN, OKANOGAN, PEND ORIELLE, SPOKANE, STEVENS, WALLA WALLA AND WHITMAN COUNTIES | | |
| IRONWORKERS | 24.22 | 10.65 |

---

IRON0029I 07/01/2000

| | Rates | Fringes |
|---|---|---|
| CLARK, CLALLAM, CHELAN, COWLITZ, GRAYS HARBOR, ISLAND, JEFFERSON, KING, KITTITAS, KLICKITAT, KITSAP, LEWIS, MASON, PACIFIC, PIERCE, SKAGIT, SKAMANIA, SNOHOMISH, THURSTON, WAHKAIKUM, WHATCOM AND YAKIMA COUNTIES | | |
| IRONWORKERS | 25.22 | 10.65 |

---

LABO0001D 06/01/2000

| | Rates | Fringes |
|---|---|---|
| CHELAN, DOUGLAS (WEST OF THE 120TH MERIDIAN), KITTITAS AND YAKIMA COUNTIES | | |
| LABORERS: | | |
| ZONE 1: | | |
| GROUP 1 | 13.89 | 5.66 |
| GROUP 2 | 16.21 | 5.66 |
| GROUP 3 | 17.93 | 5.66 |
| GROUP 4 | 18.41 | 5.66 |
| GROUP 5 | 18.77 | 5.66 |

ZONE DIFFERENTIAL (ADD TO ZONE 1 RATES):
ZONE 2 - $ .70
ZONE 3 - $1.00

BASE POINTS: CHELAN, SUNNYSIDE, WENATCHEE, AND YAKIMA

ZONE 1 - Projects within 25 radius miles of the respective city hall
ZONE 2 - More than 25 but less than 45 radius miles from the respective city hall
ZONE 3 - More than 45 radius miles from the respective city hall

CALLAM, GRAYS HARBOR, ISLAND, JEFFERSON, KING, KITSAP, LEWIS, MASON, PACIFIC (NORTH OF STRAIGHT LINE MADE BY EXTENDING THE NORTH BOUNDARY WAHKIAKUM COUNTY WEST TO THE PACIFIC OCEAN), PIERCE, SAN JUAN, SKAGIT, SNOHOMISH, THURSTON AND WHATCOM COUNTIES

General Wage Decision
Project: WA PFH 158-1(2), Flowery Trail Road

M.A. DeATLEY 01659

LABORERS:
ZONE 1:

| | | |
|---|---|---|
| GROUP 1 | 15.92 | 5.66 |
| GROUP 2 | 18.24 | 5.66 |
| GROUP 3 | 22.92 | 5.66 |
| GROUP 4 | 23.40 | 5.66 |
| GROUP 5 | 23.76 | 5.66 |

ZONE DIFFERENTIAL (ADD TO ZONE 1 RATES):
ZONE 2 - $ .70
ZONE 3 - $1.00

BASE POINTS: BELLINGHAM, MT. VERNON, EVERETT, SEATTLE, KENT, TACOMA, OLYMPIA, CENTRALIA, ABERDEEN, SHELTON, PT. TOWNSEND, PT. ANGELES, AND BREMERTON

ZONE 1 - Projects within 25 radius miles of the respective city hall
ZONE 2 - More than 25 but less than 45 radius miles from the respective city hall
ZONE 3 - More than 45 radius miles from the respective city hall

LABORERS CLASSIFICATIONS

GROUP 1: Landscaping and Planting; Watchman; Window Washer/Cleaner (detail clean-up, such as but not limited to cleaning floors, ceilings, walls, windows, etc., prior to final acceptance by the owner)

GROUP 2: Batch Weighman; Crusher Feeder; Fence Laborer; Flagman; Pilot Car

GROUP 3: General Laborer; Air, Gas, or Electric Vibrating Screed; Asbestos Abatement Laborer; Ballast Regulator Machine; Brush Cutter; Brush Hog Feeder; Burner; Carpenter Tender; Cement Finisher Tender; Change House or Dry Shack; Chipping Gun (under 30 lbs.); Choker Setter; Chuck Tender; Clean-up Laborer; Concrete Form Stripper; Curing Laborer; Demolition (wrecking and moving including charred material); Ditch Digger; Dump Person; Fine Graders; Firewatch; Form Setter; Gabian Basket Builders; Grout Machine Tender; Grinders; Guardrail Erector; Hazardous Waste Worker (Level C); Maintenance Person; Material Yard Person; Pot Tender; Rip Rap Person; Riggers; Scale Person; Sloper Sprayer; Signal Person; Stock Piler; Stake Hopper; Toolroom Man (at job site); Topper-Tailer; Track Laborer; Truck Spotter; Vinyl Seamer

GROUP 4: Cement Dumper-Paving; Chipping Gun (over 30 lbs.); Clary Power Spreader; Concrete Dumper/Chute Operator; Concrete Saw Operator; Drill Operator (hydraulic, diamond, aiartrac); Faller and Bucker Chain Saw; Grade Checker and Transit Person; Groutmen (pressure) including post tension beams; Hazardous Waste Worker (Level B); High Scaler; Jackhammer; Laserbeam Operator; Manhole Builder-Mudman; Mortarman and Hodcarrier; Nozzleman (concrete pump, green cutter when using combination of high pressure air and water on concrete and rock, sandblast, gunite, shotcrete, water blaster, vacuum blaster); Pavement Breaker; Pipe Layer and Caulker; Pipe Pot Tender; Pipe Reliner (not insert type); Pipe Wrapper; Power Jacks; Railroad Spike Puller-Power; Raker-Asphalt; Rivet Buster; Rodder; Sloper (over 20'); Spreader (concrete); Tamper and Similar electric, air and glas operated tool; Timber Person-sewer (lagger shorer and cribber); Track Liner Power; Tugger Operator; Vibrator; Well Point Laborer

M.A. DeATLEY 01660

GROUP 5: Caisson Worker; Miner; Powderman; Re-Timberman; Hazardous Waste Worker (Level A).

---

LABO0238E 06/01/2000

| | Rates | Fringes |
|---|---|---|
| ADAMS, ASOTIN, BENTON, COLUMBIA, DOUGLAS (EAST OF THE 120TH MERIDIAN), FERRY, FRANKLIN, GARFIELD, GRANT, LINCOLN, OKANOGAN, PEND OREILLE, STEVENS, SPOKANE, WALLA WALLA AND WHITMAN COUNTIES | | |
| LABORERS: | | |
| ZONE 1: | | |
| GROUP 1 | 17.40 | 4.76 |
| GROUP 2 | 19.50 | 4.76 |
| GROUP 3 | 19.77 | 4.76 |
| GROUP 4 | 20.04 | 4.76 |
| GROUP 5 | 20.32 | 4.76 |
| GROUP 6 | 21.69 | 4.76 |

Zone Differential (Add to Zone 1 rate): $2.00

BASE POINTS: Spokane, Moses Lake, Pasco, Lewiston

Zone 1: 0-45 radius miles from the main post office.
Zone 2: 45 radius miles and over from the main post office.

LABORERS CLASSIFICATIONS

GROUP 1: Flagman; Landscape Laborer; Scaleman; Traffic Control Maintenance Laborer (to include erection and maintenance of barricades, signs and relief of flagperson); Window Washer/Cleaner (detail cleanup, such as, but not limited to cleaning floors, ceilings, walls, windows, etc. prior to final acceptance by the owner)

GROUP 2: Asbestos Abatement Worker; Brush Hog Feeder; Carpenter Tender; Cement Handler; Clean-up Laborer; Concrete Crewman (to include stripping of forms, hand operating jacks on slip form construction, application of concrete curing compounds, pumpcrete machine, signaling, handling the nozzle of squeezcrete or similar machine, 6 inches and smaller); Confined Space Attendant; Concrete Signalman; Crusher Feeder; Demolition (to include clean-up, burning, loading, wrecking and salvage of all material); Dumpman; Fence Erector; Firewatch; Form Cleaning Machine Feeder, Stacker; General Laborer; Grout Machine Header Tender; Guard Rail (to include guard rails, guide and reference posts, sign posts, and right-of-way markers); Hazardous Waste Worker, Level D (no respirator is used and skin protection is minimal); Miner, Class "A" (to include all bull gang, concrete crewman, dumpman and pumpcrete crewman, including distributing pipe, assembly & dismantle, and nipper); Nipper; Riprap Man; Sandblast Tailhoseman; Scaffold Erector (wood or steel); Stake Jumper; Structural Mover (to include separating foundation, preparation, cribbing, shoring, jacking and unloading of structures); Tailhoseman (water nozzle); Timber Bucker and Faller (by hand); Track Laborer (RR); Truck Loader; Well-Point Man; All Other Work Classifications Not Specially Listed Shall Be Classified As General Laborer

GROUP 3: Aspahlt Raker; Asphalt Roller, walking; Cement Finisher Tender; Concrete Saw, walking; Demolition Torch; Dope Pot Firemen, non-mechanical; Driller Tender (when required to move and position machine); Form Setter, Paving; Grade Checker

using level; Hazardous Waste Worker, Level C (uses a chemical "splash suit" and air purifying respirator); Jackhammer Operator; Miner, Class "B" (to include brakeman, finisher, vibrator, form setter); Nozzleman (to include squeeze and flo-crete nozzle); Nozzleman, water, air or steam; Pavement Breaker (under 90 lbs.); Pipelayer, corrugated metal culvert; Pipelayer, multi-plate; Pot Tender; Power Buggy Operator; Power Tool Operator, gas, electric, pneumatic; Railroad Equipment, power driven, except dual mobile power spiker or puller; Railroad Power Spiker or Puller, dual mobile; Rodder and Spreader; Tamper (to include operation of Barco, Essex and similar tampers); Trencher, Shawnee; Tugger Operator; Wagon Drills; Water Pipe Liner; Wheelbarrow (power driven)

GROUP 4: Air and Hydraulic Track Drill; Brush Machine (to include horizontal construction joint cleanup brush machine, power propelled); Caisson Worker, free air; Chain Saw Operator and Faller; Concrete Stack (to include laborers when laborers working on free standing concrete stacks for smoke or fume control above 40 feet high); Gunite (to include operation of machine and nozzle); Hazardous Waste Worker, Level B (uses same respirator protection as Level A. A supplied air line is provided in conjunction with a chemical "splash suit"); High Scaler; Laser Beam Operator (to include grade checker and elevation control); Miner, Class C (to include miner, nozzleman for concrete, laser beam operator and rigger on tunnels); Monitor Operator (air track or similar mounting); Mortar Mixer; Nozzleman (to include jet blasting nozzleman, over 1,200 lbs., jet blast machine power propelled, sandblast nozzle); Pavement Breaker (90 lbs. and over); Pipelayer (to include working topman, caulker, collarman, jointer, mortarman, rigger, jacker, shorer, valve or meter installer); Pipewrapper; Plasterer Tender; Vibrators (all)

GROUP 5 - Drills with Dual Masts; Hazardous Waste Worker, Level A (utilizes a fully encapsulated suit with a self-contained breathing apparatus or a supplied air line); Miner Class "D", (to include raise and shaft miner, laser beam operator on riases and shafts)

GROUP 6 - Powderman

---

LABO0238G 06/01/2000

| | Rates | Fringes |
|---|---|---|
| COUNTIES EAST OF THE 120TH MERIDIAN: ADAMS, ASOTIN, BENTON, COLUMBIA, DOUGLAS, FERRY, FRANKLIN, GARFIELD, GRANT, LINCOLN, OKANOGAN, PEND OREILLE, STEVENS, SPOKANE, WALLA WALLA, WHITMAN | | |
| HOD CARRIERS | 20.79 | 4.76 |

---

LABO0335A 06/01/2000

| | Rates | Fringes |
|---|---|---|
| CLARK, COWLITZ, KLICKITAT, PACIFIC (SOUTH OF A STRAIGHT LINE MADE BY EXTENDING THE NORTH BOUNDARY LINE OF WAHKIAKUM COUNTY WEST TO THE PACIFIC OCEAN), SKAMANIA AND WAHKIAKUM COUNTIES | | |
| ZONE 1: | | |
| LABORERS: | | |
| GROUP 1 | 21.70 | 6.61 |
| GROUP 2 | 22.19 | 6.61 |
| GROUP 3 | 22.56 | 6.61 |
| GROUP 4 | 22.87 | 6.61 |
| GROUP 5 | 19.60 | 6.61 |
| GROUP 6 | 17.59 | 6.61 |
| GROUP 7 | 14.96 | 6.61 |

M.A. DeATLEY 01662

Zone Differential (Add to Zone 1 rates):
Zone 2 $ 0.65
Zone 3 - 1.15
Zone 4 - 1.70
Zone 5 - 2.75

BASE POINTS: GOLDENDALE, LONGVIEW, AND VANCOUVER

ZONE 1: Projects within 30 miles of the respective city all.
ZONE 2: More than 30 miles but less than 40 miles from the respective city hall.
ZONE 3: More than 40 miles but less than 50 miles from the respective city hall.
ZONE 4: More than 50 miles but less than 80 miles from the respective city hall.
ZONE 5: More than 80 miles from the respective city hall.

LABORERS CLASSIFICATIONS

GROUP 1: Asphalt Plant Laborers; Asphalt Spreaders; Batch Weighman; Broomers; Brush Burners and Cutters; Car and Truck Loaders; Carpenter Tender; Change-House Man or Dry Shack Man; Choker Setter; Clean-up Laborers; Curing, Concrete; Demolition, Wrecking and Moving Laborers; Dumpers, road oiling crew; Dumpmen (for grading crew); Elevator Feeders; Guard Rail, Median Rail Reference Post, Guide Post, Right of Way Marker; Fine Graders; Fire Watch; Form Strippers (not swinging stages); General Laborers; Hazardous Waste Worker; Leverman or Aggregate Spreader (Flaherty and similar types); Loading Spotters; Material Yard Man (including electrical); Pittsburgh Chipper Operator or Similar Types; Railroad Track Laborers; Ribbon Setters (including steel forms); Rip Rap Man (hand placed); Road Pump Tender; Sewer Labor; Signalman; Skipman; Slopers; Spraymen; Stake Chaser; Stockpiler; Tie Back Shoring; Timber Faller and Bucker (hand labor); Toolroom Man (at job site); Tunnel Bullgang (above ground); Weight-Man-Crusher (aggregate when used)

GROUP 2: Applicator (including pot power tender for same), applying protective material by hand or nozzle on utility lines or storage tanks on project; Brush Cutters (power saw); Burners; Choker Splicer; Clary Power Spreader and similar types; Clean-up Nozzleman-Green Cutter (concrete, rock, etc.); Concrete Power Buggyman; Concrete Laborer; Crusher Feeder; Demolition and Wrecking Charred Materials; Gunite Nozzleman Tender; Gunite or Sand Blasting Pot Tender; Handlers or Mixers of all Materials of an irritating nature (including cement and lime); Tool Operators (includes but not limited to: Dry Pack Machine; Jackhammer; Chipping Guns; Paving Breakers); Pipe Doping and Wrapping; Post Hole Digger, air, gas or electric; Vibrating Screed; Tampers; Sand Blasting (Wet); Stake-Setter; Tunnel-Muckers, Brakemen, Concrete Crew, Bullgang (underground)

GROUP 3: Asbestos Removal; Bit Grinder; Drill Doctor; Drill Operators, air tracks, cat drills, wagon drills, rubber-mounted drills, and other similar types including at crusher plants; Gunite Nozzleman; High Scalers, Strippers and Drillers (covers work in swinging stages, chairs or belts, under extreme conditions unusual to normal drilling, blasting, barring-down, or sloping and stripping); Manhole Builder; Powdermen; Concrete Saw Operator; Pwdermen; Power Saw Operators (Bucking and Falling); Pumpcrete Nozzlemen; Sand Blasting (Dry); Sewer Timberman; Track Liners, Anchor Machines, Ballast Regulators, Multiple Tampers, Power Jacks, Tugger Operator; Tunnel-Chuck Tenders, Nippers and Timbermen; Vibrator; Water Blaster

GROUP 4: Asphalt Raker; Concrete Saw Operator (walls); Concrete Nozzelman; Grade Checker; Pipelayer; Laser Beam (pipelaying)-applicable when employee assigned to move, set up, align; Laser Beam; Tunnel Miners; Motorman-Dinky Locomotive-Tunnel; Powderman-Tunnel; Shield Operator-Tunnel

GROUP 5: Traffic Flaggers

GROUP 6: Fence Builders

GROUP 7: Landscaping or Planting Laborers

---

PAIN0005B 06/01/1998

| | Rates | Fringes |
|---|---|---|
| STATEWIDE EXCEPT CLARK, COWLITZ, KLICKITAT, PACIFIC (SOUTH), SKAMANIA, AND WAHKIAKUM COUNTIES | | |
| STRIPERS | 19.25 | 5.44 |

---

PAIN0005D 03/01/2000

| | Rates | Fringes |
|---|---|---|
| CLALLAM, GRAYS HARBOR, ISLAND, JEFFERSON, KING, KITSAP, LEWIS, MASON, PIERCE, SKAGIT, SNOHOMISH, THURSTON AND WHATCOM COUNTIES | | |
| PAINTERS | 22.94 | 3.73 |

---

PAIN0005G 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ADAMS, ASOTIN, BENTON AND FRANKLIN (EXCEPT HANFORD SITE); CHELAN, COLUMBIA, DOUGLAS, FERRY, GARFIELD, GRANT, KITTITAS, LINCOLN, OKANOGAN, PEND OREILLE, SPOKANE, STEVENS, WALLA WALLA, WHITMAN AND YAKIMA COUNTIES | | |
| PAINTERS*: | | |
| Brush, Roller, Striping, Steam-cleaning and Spray | 19.00 | 3.67 |
| Application of Cold Tar Products, Epoxies, Polyurethanes, Acids, Radiation Resistant Material, Water and Sandblasting, Bridges, Towers, Tanks, Stacks, Steeples | 20.00 | 3.67 |
| TV Radio, Electrical Transmission Towers | 20.75 | 3.67 |
| Lead Abatement, Asbestos Abatement | 20.00 | 3.67 |

*$.70 shall be paid over and above the basic wage rates listed for work on swing stages and high work of over 30 feet.

---

PAIN0055C 11/01/1999

| | Rates | Fringes |
|---|---|---|
| CLARK, COWLITZ, KLICKITAT, PACIFIC, SKAMANIA, AND WAHKIAKUM COUNTIES | | |
| PAINTERS: | | |
| Brush & Roller | 17.10 | 3.48 |
| Spray and Sandblasting | 17.70 | 3.48 |
| High work - All work 60 ft. or higher | 17.60 | 3.48 |

---

M.A. DeATLEY 01664

PAIN0055L 06/01/2000

| | Rates | Fringes |
|---|---|---|
| CLARK, COWLITZ, KLICKITAT, SKAMANIA and WAHKIAKUM COUNTIES | | |
| PAINTERS: | | |
| HIGHWAY AND PARKING LOT STRIPER | 21.88 | 4.76 |

---

PLAS0072E 06/01/1999

| | Rates | Fringes |
|---|---|---|
| ADAMS, ASOTIN, BENTON, CHELAN, COLUMBIA, DOUGLAS, FERRY, FRANKLIN, GARFIELD, GRANT, KITTITAS, LINCOLN, OKANOGAN, PEND OREILLE, SPOKANE, STEVENS, WALLA WALLA, WHITMAN, AND YAKIMA COUNTIES | | |
| ZONE 1: | | |
| CEMENT MASONS | 21.57 | 5.24 |

Zone Differential (Add to Zone 1 rate): Zone 2 - $2.00

BASE POINTS: Spokane, Pasco, Moses Lake, Lewiston

Zone 1: 0 - 45 radius miles from the main post office
Zone 2: Over 45 radius miles from the main post office

---

PLAS0528A 08/31/2000

| | Rates | Fringes |
|---|---|---|
| CLALLAM, GRAYS HARBOR, ISLAND, JEFFERSON, KING, KITSAP, LEWIS, MASON, PACIFIC (NORTH), PIERCE, SAN JUAN, SKAGIT, SNOHOMISH, THURSTON, AND WHATCOM COUNTIES | | |
| CEMENT MASON | 25.16 | 8.49 |
| COMPOSITION, COLOR MASTIC, TROWEL MACHINE, GRINDER, POWER TOOLS, GUNNITE NOZZLE | 25.41 | 8.49 |

---

PLAS0555B 06/01/2000

| | Rates | Fringes |
|---|---|---|
| CLARK, COWLITZ, KLICKITAT, PACIFIC (SOUTH), SKAMANIA, AND WAHKIAKUM COUNTIES | | |
| ZONE 1: | | |
| CEMENT MASONS | 22.88 | 8.15 |
| COMPOSITION WORKERS AND POWER MACHINERY OPERATORS | 23.22 | 8.15 |
| CEMENT MASONS ON SUSPENDED, SWINGING AND/OR HANGING SCAFFOLD | 23.22 | 8.15 |
| CEMENT MASONS DOING BOTH COMPOSITION/POWER MACHINERY AND SUSPENDED/HANGING SCAFFOLD | 23.64 | 8.15 |

Zone Differential (Add To Zone 1 Rates):
Zone 2 - $0.65
Zone 3 - 1.15
Zone 4 - 1.70
Zone 5 - 2.75

M.A. DeATLEY 01665

BASE POINTS: BEND, CORVALLIS, EUGENE, LONGVIEW, MEDFORD, PORTLAND, SALEM, THE DALLES, VANCOUVER

ZONE 1: Projects within 30 miles of the respective city hall.
ZONE 2: More than 30 miles but less than 40 miles from the respective city hall.
ZONE 3: More than 40 miles but less than 50 miles from the respective city hall.
ZONE 4: More than 50 miles but less than 80 miles from the respective city hall.
ZONE 5: More than 80 miles from the respective city hall

---

PLUM0032B 01/01/2000

| | Rates | Fringes |
|---|---|---|
| CLALLAM, KING AND JEFFERSON COUNTIES | | |
| PLUMBERS AND PIPEFITTERS | 30.83 | 10.08 |

---

PLUM0032D 06/01/1999

| | Rates | Fringes |
|---|---|---|
| CHELAN, KITTITAS (NORTHERN TIP), DOUGLAS (NORTH), AND OKANOGAN (NORTH) COUNTIES | | |
| PLUMBERS AND PIPEFITTERS | 23.47 | 8.67 |

---

PLUM0044C 12/01/1999

| | Rates | Fringes |
|---|---|---|
| ADAMS (NORTHERN PART), ASOTIN (CLARKSTON ONLY), FERRY (EASTERN PART), LINCOLN (EASTERN PART), PEND ORIELLE, STEVENS, SPOKANE, AND WHITMAN COUNTIES | | |
| PLUMBERS AND PIPEFITTERS | 28.16 | 7.89 |

---

PLUM0082A 06/01/2000

| | Rates | Fringes |
|---|---|---|
| CLARK (NORTHERN TIP INCLUDING WOODLAND), COWLITZ, GRAYS HARBOR, LEWIS, MASON (EXCLUDING NE SECTION), PACIFIC, PIERCE SKAMANIA, THURSTON AND WAHKIAKUM COUNTIES | | |
| PLUMBERS AND PIPEFITTERS | 23.40 | 14.42 |

---

PLUM0265C 06/01/1999

| | Rates | Fringes |
|---|---|---|
| ISLAND, SKAGIT, SNOHOMISH AND SAN JUAN COUNTIES | | |
| PLUMBERS AND PIPEFITTERS | 28.37 | 9.54 |
| WHATCOM COUNTY | | |
| PLUMBERS AND STEAMFITTERS | | |
| Plumbing projects over $3,000,000 | 27.40 | 9.54 |
| Plumbing projects $3,000,000 and under | 28.37 | 9.04 |

---



M.A. DeATLEY 01666

PLUM0290K 10/01/2000

| | Rates | Fringes |
|---|---|---|
| CLARK (ALL EXCLUDING NORTHERN TIP INCLUDING CITY OF WOODLAND) | | |
| PLUMBERS AND PIPEFITTERS | 30.15 | 10.50 |

---

PLUM0598E 06/01/2000

| | Rates | Fringes |
|---|---|---|
| ADAMS (SOUTHERN PART), ASOTIN (EXCLUDING THE CITY OF CLARKSTON), BENTON, COLUMBIA, DOUGLAS (EASTERN HALF), FERRY (WESTERN PART), FRANKLIN, GARFIELD, GRANT, KITTITAS (ALL BUT NORTHERN TIP), KLICKITAT, LINCOLN (WESTERN PART), OKANOGAN (EASTERN), WALLA WALLA AND YAKIMA COUNTIES | | |
| PLUMBERS | 28.35 | 11.05 |

---

PLUM0631A 06/01/2000

| | Rates | Fringes |
|---|---|---|
| MASON (NE SECTION), AND KITSAP COUNTIES | | |
| PLUMBERS/PIPEFITTERS: | | |
| All new construction, additions, and remodeling of commercial building projects such as: cocktail lounges and taverns, professional buildings, medical clinics, retail stores, hotels and motels, restaurants and fast food types, gasoline service stations, and car washes where the plumbing and mechanical cost of the project is less than $100,000 | 14.55 | 7.98 |
| All other work where the plumbing and mechanical cost of the project is $100,000 and over | 23.95 | 13.11 |

---

TEAM0037C 06/01/2000

| | Rates | Fringes |
|---|---|---|
| CLARK, COWLITZ, KLICKITAT, PACIFIC (South of a straight line made by extending the north boundary line of Wahkiakum County west to the Pacific Ocean), SKAMANIA, AND WAHKIAKUM COUNTIES | | |
| TRUCK DRIVERS | | |
| ZONE 1: | | |
| GROUP 1 | 23.13 | 7.80 |
| GROUP 2 | 23.25 | 7.80 |
| GROUP 3 | 23.38 | 7.80 |
| GROUP 4 | 23.64 | 7.80 |
| GROUP 5 | 23.86 | 7.80 |
| GROUP 6 | 24.02 | 7.80 |
| GROUP 7 | 24.22 | 7.80 |

Zone Differential (Add to Zone 1 Rates):
- Zone 2 - $0.65
- Zone 3 - 1.15
- Zone 4 - 1.70
- Zone 5 - 2.75

M.A. DeATLEY 01667

BASE POINTS: ASTORIA, THE DALLES, LONGVIEW AND VANCOUVER

ZONE 1: Projects within 30 miles of the respective city hall.
ZONE 2: More than 30 miles but less than 40 miles from the respective city hall.
ZONE 3: More than 40 miles but less than 50 miles from the respective city hall.
ZONE 4: More than 50 miles but less than 80 miles from the respective city hall.
ZONE 5: More than 80 miles from the respective city hall.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: A Frame or Hydra lifrt truck w/load bearing surface; Articulated dump truck; Battery Rebuilders; Bus or Manhaul Driver; Concrete Buggies (power operated); Concrete pump truck; Dump Trucks, side, end and bottom dumps, including Semi Trucks and Trains or combinations there of: up to and including 10 cu. yds.; Lift Jitneys, Fork Lifts (all sizes in loading, unloading and transporting material on job site); Loader and/or Leverman on Concrete Dry Batch Plant (manually operated); Pilot Car; Pickup truck; Solo Flat Bed and misc. Body Trucks, 0-10 tons; Truck Tender; Truck Mechanic Tender; Water Wagons (rated capacity) up to 3,000 gallons; Transit Mix and Wet or Dry Mix - 5 cu. yds. and under; Lubrication Man, Fuel Truck Driver, Tireman, Wash Rack, Steam Cleaner or combinations; Team Driver; Slurry Truck Driver or Leverman; Tireman

GROUP 2: Boom truck/hydra lift or retracting crane; Challenger; Dumpsters or similar equipment all sizes; Dump Trucks/articulated dumps 6 cu to 10 cu.; Flaherty Spreader Driver or Leverman; Lowbed Equipment, Flat Bed Semi-trailer or doubles transporting equipment or wet or dry materials; Lumber Carrier, Driver-Straddle Carrier (used in loading, unloading and transporting of materials on job site); Oil Distributor Driver or Leverman; Transit mix and wet or dry mix trcuks: over 5 cu. yds. and including 7 cu. yds.; Vacuum trucks; Water truck/Wagons (rated capacity) over 3,000 to 5,000 gallons

GROUP 3: Ammonia nitrate distributor driver; Dump trucks, side, end and bottom dumps, including Semi Trucks and Trains or combinations thereof: over 10 cu. yds. and including 30 cu. yds. includes Articulated dump trucks; Selfpropelled street sweeper; Transit mix and wet or dry mix truck: over 7 cu yds. and including 11 cu yds.; Truck Mechanic Welder Body Repairman; Utility and cleanup truck; Water Wagons (rated capacity) over 5,000 to 10,000 gallons

GROUP 4: Asphalt burner; Dump Trucks, side, end and bottom cumps, including Semi-Trucks and Trains or combinations thereof: over 30 cu. yds. and including 50 cu. yds. includes articulated dump trucks; Fire guard; Transit Mix and Wet or Dry Mix Trucks, over 11 cu. yds. and including 15 cu. yds.; Water Wagon (rated capacity) over 10,000 gallons to 15,000 gallons

GROUP 5: Dump Trucks, side, end and bottom dumps, including Semi Trucks and Trains or combinations thereof: over 50 cu. yds. and including 60 cu. yds. includes articulated dump trucks

GROUP 6: Bulk cement spreader w/o auger; Dry prebatch concrete mix trucks; Dump trucks, side, end and bottom dumps, including Semi Trucks and Trains of combinations thereof: over 60 cu. yds. and including 80 cu. yds., and includes articulated dump trucks; Skid truck



M.A. DeATLEY 01668

GROUP 7: Dump Trucks, side, end and bottom dumps, including Semi Trucks and Trains or combinations thereof: over 80 cu. yds. and including 100 cu. yds., includes articulated dump trucks; Industrial lift truck (mechanical tailgate)

---

TEAM0174A 06/01/1999

| | Rates | Fringes |
|---|---|---|
| CLALLAM, GRAYS HARBOR, ISLAND, JEFFERSON, KING, KITSAP, LEWIS, MASON, PACIFIC (North of a straight line made by extending the north boundary line of Wahkiakum County west to the Pacific Ocean), PIERCE, SAN JUAN, SKAGIT, SNOHOMISH, THURSTON AND WHATCOM COUNTIES | | |
| TRUCK DRIVERS; | | |
| GROUP 1: | 23.05 | 8.21 |
| GROUP 2: | 22.47 | 8.21 |
| GROUP 3: | 20.43 | 8.21 |
| GROUP 4: | 16.68 | 8.21 |
| GROUP 5: | 22.22 | 8.21 |

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1 -"A-frame or Hydralift" trucks and Boom trucks or similar equipment when "A" frame or "Hydralift" and Boom truck or similar equipment is used; Buggymobile; Bulk Cement Tanker; Dumpsters and similar equipment, Tournorockers, Tournowagon, Tournotrailer, Cat DW series, Terra Cobra, Le Tourneau, Westinghouse, Athye Wagon, Euclid Two and Four-Wheeled power tractor with trailer and similar top-loaded equipment transporting material: Dump Trucks, side, end and bottom dump, including semi-trucks and trains or combinations thereof with 16 yards to 30 yards capacity: Over 30 yards $.15 per hour additional for each 10 yard increment; Explosive Truck (field mix) and similar equipment; Hyster Operators (handling bulk loose aggregates); Lowbed and Heavy Duty Trailer; Road Oil Distributor Driver; Spreader, Flaherty Transit mix used exclusively in heavy construction; Water Wagon and Tank Truck-3,000 gallons and over capacity

GROUP 2 - Bulllifts, or similar equipment used in loading or unloading trucks, transporting materials on job site; Dumpsters, and similar equipment, Tournorockers, Tournowagon, Turnotrailer, Cat. D.W. Series, Terra Cobra, Le Tourneau, Westinghouse, Athye wagon, Euclid two and four-wheeled power tractor with trailer and similar top-loaded equipment transporting material: Dump trucks, side, end and bottom dump, including semi-trucks and trains or combinations thereof with less than 16 yards capacity; Flatbed (Dual Rear Axle); Grease Truck, Fuel Truck, Greaser, Battery Service Man and/or Tire Service Man; Leverman and loader at bunkers and batch plants; Oil tank transport; Scissor truck; Slurry Truck; Sno-Go and similar equipment; Swampers; Straddler Carrier (Ross, Hyster) and similar equipment; Team Driver; Tractor (small, rubber-tired) (when used within Teamster jurisdiction); Vacuum truck; Water Wagon and Tank trucks-less than 3,000 gallons capacity; Winch Truck; Wrecker, Tow truck and similar equipment

GROUP 3 - Flatbed (single rear axle); Pickup Sweeper; Pickup Truck. (Adjust Group 3 upward by $2.00 per hour for onsite work only)

GROUP 4 - Escort or Pilot Car

GROUP 5 - Mechanic

General Wage Decision
Project: WA PFH 158-1(2), Flowery Trail Road

M.A. DeATLEY 01669

HAZMAT PROJECTS

Anyone working on a HAZMAT job, where HAZMAT certification is required, shall be compensated as a premium, in addition to the classification working in as follows:
LEVEL C: +$.25 per hour - This level uses an air purifying respirator or additional protective clothing.
LEVEL B: +$.50 per hour - Uses same respirator protection as Level A. Supplied air line is provided in conjunction with a chemical "splash suit."
LEVEL A: +$.75 per hour - This level utilizes a fully-encapsulated suit with a self-contained breathing apparatus or a supplied air line.

ZONE DIFFERENTIALS

Zone pay will be calculated from the city center of the following listed cities:

| | | | |
|---|---|---|---|
| BELLINGHAM | CENTRALIA | RAYMOND | OLYMPIA |
| EVERETT | SHELTON | ANACORTES | BELLEVUE |
| SEATTLE | PORT ANGELES | MT. VERNON | KENT |
| TACOMA | PORT TOWNSEND | ABERDEEN | BREMERTON |

TRAVEL - Zone A - 0 - 25 miles - Free Zone
Zone B - 25 - 45 miles - $ .70 per hour.
Zone C - Over 45 miles - $1.00 per hour.

---

TEAM0760C 06/01/1999

COUNTIES FROM THE TOP OF THE CASCADE MOUNTAIN RANGE EAST: ADAMS, ASOTIN, BENTON, CHELAN, COLUMBIA, DOUGLAS, FERRY, FRANKLIN, GARFIELD, GRANT KITTITAS, LINCOLN, OKANOGAN, PEND OREILLE, SPOKANE, STEVENS, WALLA WALLA, AND WHITMAN COUNTIES

TRUCK DRIVERS
(ANYONE WORKING ON HAZMAT JOBS SEE FOOTNOTE A BELOW)

ZONE 1: (INCLUDES ALL OF YAKIMA COUNTY)

| | Rates | Fringes |
|---|---|---|
| GROUP 1 | 17.42 | 7.31 |
| GROUP 2 | 19.69 | 7.31 |
| GROUP 3 | 20.19 | 7.31 |
| GROUP 4 | 20.52 | 7.31 |
| GROUP 5 | 20.63 | 7.31 |
| GROUP 6 | 20.80 | 7.31 |
| GROUP 7 | 21.33 | 7.31 |
| GROUP 8 | 21.66 | 7.31 |

Zone Differential (Add to Zone 1 rate: Zone 2 = $2.00)

BASE POINTS: Spokane, Moses Lake, Pasco, Lewiston

Zone 1: 0-45 radius miles from the main post office.
Zone 2: 45 radius miles and over from the main post office

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Escort Driver or Pilot Car; Employee Haul; Power Boat Hauling Employees or Material

M.A. DeATLEY 01670