GROUP 2: Fish Truck; Flat Bed Truck; Fork Lift (3000 lbs. and under); Leverperson (loading trucks at bunkers); Trailer Mounted Hydro Seeder and Mulcher; Seeder & Mulcher; Stationary Fuel Operator; Tractor (small, rubber-tired, pulling trailer or similar equipment)

GROUP 3: Auto Crane (2000 lbs. capacity); Buggy Mobile & Similar; Bulk Cement Tanks & Spreader; Dumptor (6 yds. & under); Flat Bed Truck with Hydraullic System; Fork Lift (3001-16,000 lbs.); Fuel Truck Driver, Steamcleaner & Washer; Power Operated Sweeper; Rubber-tired Tunnel Jumbo; Scissors Truck; Slurry Truck Driver; Straddle Carrier (Ross, Hyster, & similar); Tireperson; Transit Mixers & Truck Hauling Concrete (3 yd. to & including 6 yds.); Trucks, side, end, bottom & articulated end dump (3 yards to and including 6 yds.); Warehouseperson (to include shipping & receiving); Wrecker & Tow Truck

GROUP 4: A-Frame; Burner, Cutter, & Welder; Service Greaser; Trucks, side, end, bottom & articulated end dump (over 6 yards to and including 12 yds.); Truck Mounted Hydro Seeder; Warehouseperson; Water Tank truck (0-8,000 gallons)

GROUP 5: Dumptor (over 6 yds.); Lowboy (50 tons & under); Self-loading Roll Off; Semi-Truck & Trailer; Tractor with Steer Trailer; Transit Mixers and Trucks Hauling Concrete (over 6 yds. to and including 10 yds.); Trucks, side, end, bottom and end dump (over 12 yds. to & including 20 yds.); Truck-Mounted Crane (with load bearing surface either mounted or pulled, up to 14 ton); Vacuum Truck (super sucker, guzzler, etc.)

GROUP 6: Flaherty Spreader Box Driver; Flowboys; Fork Lift (over 16,000 lbs.); Dumps (Semi-end); Mechanic (Field); Semi-end Dumps; Transfer Truck & Trailer; Transit Mixers & Trucks Hauling Concrete (over 10 yds. to & including 20 yds.); Trucks, side, end, bottom and articulated end dump (over 20 yds. to & including 40 yds.); Truck and Pup; Tournarocker, DW's & similar with 2 or more 4 wheel-power tractor with trailer, gallonage or yardage scale, whichever is greater Water Tank Truck (8,001-14,000 gallons)

GROUP 7: Oil Distributor Driver; Stringer Truck (cable oeprated trailer); Transit Mixers & Trucks Hauling Concrete (over 20 yds.); Truck, side, end, bottom end dump (over 40 yds. to & including 100 yds.); Truck Mounted Crane (with load bearing surface either mounted or pulled (16 through 25 tons);

GROUP 8: Prime Movers and Stinger Truck; Trucks, side, end, bottom and articulated end dump (over 100 yds.); Helicopter Pilot Hauling Employees or Materials

Footnote A - Anyone working on a HAZMAT job, where HAZMAT certification is required, shall be compensated as a premium, in additon to the classification working in as follows:

LEVEL C-D: - $.50 PER HOUR (This is the lowest level of protection. This level may use an air purifying respirator or additional protective clothing.
LEVEL A-B: - $1.00 PER HOUR (Uses supplied air is conjunction with a chemical spash suit or fully encapsulated suit with a self-contained breathing apparatus.

NOTE: Trucks Pulling Equipment Railers: shall receive $.15/hour over applicable truck rate

---

General Wage Decision
Project: WA PFH 158-1(2), Flowery Trail Road

M.A. DeATLEY 01671

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

----------------------------------------------------------------

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an

interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION

D-34

RESERVED

# CONTRACT

**Contract No: DTFH70-00-C-000**

**Solicitation No. DTFH70-00-B-00027**

**M.A. DeAtley Construction, Inc.**
**P O Box 490**
**Clarkston WA 99403**

**WA PFH 158-1(2)**
**Flowery Trail Road**

**Awarded:** FEB -9 2001

## QUICK INDEX



| Page | Item |
|---|---|
| E-1 | Special Contract Revisions |
| H-1 | Permits |
| I-1 | Storm Water Pollution Prev Plan |
| J-1 | Fire Prevention Plan |



**Schedule: A**

## Book 2 of 2

DUPLICATE ORIGINAL

**Special Contract Requirements, and Plans**

This solicitation cites
***Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects, FP-96***

**ISSUING OFFICE:**

DEPARTMENT OF TRANSPORTATION UNITED STATES OF AMERICA


**U.S. DEPARTMENT OF TRANSPORTATION**
**FEDERAL HIGHWAY ADMINISTRATION**
**610 EAST FIFTH STREET**
**VANCOUVER, WA 98661-3893**
**Phone: (360) 696-7520 – FAX: (360) 696-7932**
**WebPage : www.wfl.fha.dot.gov/edi/**
**E-mail : contracts@wfl.fha.dot.gov**


M.A. DeATLEY 01675

| | |
|---|---|
| **PROJECT NAME** | **WA PFH 158-1(2)**<br>**FLOWERY TRAIL ROAD** |
| **NATIONAL FORESTS** | **COLVILLE & KANIKSU NATIONAL FORESTS** |
| **COUNTY** | **STEVENS & PEND OREILLE COUNTIES** |
| **STATE** | **WASHINGTON** |
| **LENGTH** | **SCHEDULE A**<br>**13.999 KM** |
| **FIXED COMPLETION DATE** | **See FAR Clause 52.211-10**<br>**(Clauses begin on page C-1)** |

---

| | |
|---|---|
| **Contractor Mailing Address:** | **PO Box 490**<br>**Clarkston WA 99403** |
| **Contractor Delivery Address:** | **829 Evans Road**<br>**Clarkston WA 99403** |
| **Phone:** | **509.751.1580** |
| **FAX** | **509.751.1922** |

M.A. DeATLEY 01676

# ATTENTION

The following Special Contract Requirement's (SCR's) are only a portion of the specifications for this project. These SCR's amend and supplement the *Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects, FP-96*. The FP-96 is a separately published book. In order to understand this solicitation properly you need to have the FP-96 as well as this packet. Pay particular attention to the provisions of Subsection 104.04 in the FP-96. This Subsection explains how each of the many contract documents fit together.

If you do not have a copy of the FP-96, contact the Contracts Section of Western Federal Lands Highway Division, (360) 696-7520.

# SCR's TABLE OF CONTENTS

**SPECIAL CONTRACT REQUIREMENTS (SCR's)**
The following Special Contract Requirements amend and supplement the Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects, FP-96, U.S. Department of Transportation, Federal Highway Administration.

**DIVISION 100** GENERAL REQUIREMENTS
Section 101 Terms, Format, and Definitions . . . . . E-1
Section 102 Bid, Award, and Execution of Contract . . . . . E-3
Section 103 Scope of Work . . . . . E-4
Section 104 Control of Work . . . . . E-5
Section 105 Control of Material . . . . . E-7
Section 106 Acceptance of Work . . . . . E-9
Section 107 Legal Relations and Responsibility to the Public . . . . . E-12
Section 108 Prosecution and Progress . . . . . E-15
Section 109 Measurement and Payment . . . . . E-18

**DIVISION 150** PROJECT REQUIREMENTS
Section 152 Construction Survey and Staking . . . . . E-23
Section 153 Contractor Quality Control . . . . . E-28
Section 154 Contractor Sampling and Testing . . . . . E-32
Section 155 Schedules for Construction Contracts . . . . . E-35
Section 156 Public Traffic . . . . . E-36
Section 157 Soil Erosion Control . . . . . E-38

**DIVISION 200** EARTHWORK
Section 201 Clearing and Grubbing . . . . . F-1
Section 203 Removal of Structures and Obstructions . . . . . F-3
Section 204 Excavation and Embankment . . . . . F-5
Section 205 Rock Blasting . . . . . F-11
Section 207 Earthwork Geotextiles . . . . . F-12
Section 209 Structure Excavation and Backfill . . . . . F-13
Section 211 Roadway Obliteration . . . . . F-15

**DIVISION 250** STRUCTURAL EMBANKMENTS
Section 251 Riprap . . . . . F-16
Section 252 Special Rock Embankment and Rock Buttress . . . . . F-18
Section 253 Gabions and Revet Mattresses . . . . . F-19
Section 255 Mechanically Stabilized Earth Walls . . . . . F-22



M.A. DeATLEY 01678

000143

**DIVISION 300** AGGREGATE COURSES
Section 301 Untreated Aggregate Courses . . . . . F-25
Section 309 Emulsified Asphalt Treated Base Course . . . . . F-29

**DIVISION 400** ASPHALT PAVEMENTS AND SURFACE TREATMENTS
Section 401 Hot Asphalt Concrete Pavement . . . . . F-33
Section 412 Asphalt Tack Coat . . . . . F-50

**DIVISION 600** INCIDENTAL CONSTRUCTION
Section 601 Minor Concrete Structures . . . . . F-51
Section 602 Culverts and Drains . . . . . F-52
Section 605 Underdrains, Sheet Drains, and Pavement Edge Drains . . . . . F-53
Section 609 Curb and Gutter . . . . . F-54
Section 617 Guardrail . . . . . F-55
Section 619 Fences, Gates, and Cattle Guards . . . . . F-57
Section 622 Rental Equipment . . . . . F-58
Section 623 General Labor . . . . . F-59
Section 624 Topsoil . . . . . F-60
Section 625 Turf Establishment . . . . . F-61
Section 626 Plants, Trees, Shrubs, Vines, and Groundcovers . . . . . F-63
Section 629 Erosion Control Mats, Roving, and Cellular Confinement Systems . . . . . F-65
Section 633 Permanent Traffic Control . . . . . F-66
Section 634 Permanent Pavement Markings . . . . . F-67
Section 635 Temporary Traffic Control . . . . . F-68
Section 695 Material Source Development and Reclamation . . . . . F-72

**DIVISION 700** MATERIAL
Section 701 Hydraulic Cement . . . . . G-1
Section 702 Asphalt Material . . . . . G-2
Section 703 Aggregate . . . . . G-3
Section 704 Soil . . . . . G-7
Section 706 Plastic Pipe . . . . . G-7
Section 710 Fence and Guardrail . . . . . G-8
Section 713 Roadside Improvement Material . . . . . G-9
Section 716 Material for Timber Structures . . . . . G-14
Section 718 Traffic Signing and Marking Material . . . . . G-15
Section 720 Structural Wall and Stabilized Embankment Material . . . . . G-17

Permits . . . . . H-1

Storm Water Pollution Prevention Plan . . . . . I-1

Fire Prevention Plan . . . . . J-1

## Section 101.— TERMS, FORMAT, AND DEFINITIONS

**101.02 Specifications Format.** Delete the third and fourth paragraphs and substitute the following:

Division 150 consists of project contract requirements that are applicable to all contracts. Work under Division 150 is paid for directly or indirectly according to Subsection 109.05 and the Section ordering the work. When there is no pay item in the bid schedule, no direct payment is made.

Divisions 200 through 600 consist of construction contract requirements for specific items of work. Work under these Divisions is paid for directly or indirectly according to Subsection 109.05 and the Section ordering the work. When there is no pay item in the bid schedule, no direct payment is made.

**101.04 Definitions.** Add the following:

**Holidays.**— Holidays occur on the following days:

- 1st day of January - New Year's Day
- 3rd Monday of January - Martin Luther King, Jr. Day
- 3rd Monday in February - Presidents' Day
- Last Monday in May - Memorial Day
- 4th day of July - Independence Day
- 1st Monday in September - Labor Day
- 2nd Monday in October - Columbus Day
- 11th day in November - Veterans Day
- 4th Thursday in November - Thanksgiving Day
- 25th day in December - Christmas Day
- Other days declared holidays by the Congress or the President
- If a holiday falls on a Saturday, the preceding Friday is also a legal holiday. If a holiday falls on a Sunday, the Monday following is also a legal holiday.

**SE/$P_{75}$ Index (SEP)** — SE/$P_{75}$ Index (SEP) is a measure of a material's ability to perform based on the quality and quantity of fines present. The quality is represented by the sand equivalent (SE) and quantity is represented by the percent passing the 75-$\mu$m ($P_{75}$). The SEP is computed as follows:

For an SE ≥ 29, $$SEP = \frac{SE}{P_{75} + 25}$$

For an SE < 29, $$SEP = \frac{SE + 4}{SE + P_{75}}$$

Where:

SE = Plastic fines in graded aggregates and soils by using the sand equivalent test AASHTO T 176, Alternate Method No.2, Referee Method

$P_{75}$ = Material finer than 75-$\mu$m Sieve in mineral aggregates by washing AASHTO T 11

M.A. DeATLEY 01681

# Section 102.— BID, AWARD, AND EXECUTION OF CONTRACT

**102.02 Preparation of Bids.** Add the following:

Submit bids for construction of the project under two separate bid schedules designated A and B. Complete both Schedule A and Schedule B. Schedules A and B represent alternate amounts of work and not alternate methods of completing the work.

Schedule A consists of all work items between Stations 17+940.000 and 31+970.000 on the Flowery Trail Road.

Schedule B consists of all work items between Stations 18+480.000 and 31+970.000 on the Flowery Trail Road.

**102.03 Bid Guarantee.**

**(a) General.** Delete the text of the first sentence and substitute the following:

Submit a bid guarantee of 20 percent of the amount of the bid or $3 million, whichever is less.

**102.05A Contract Award.** (Added Subsection.)

FAR Provision 52.214-19, Contract Award - Sealed Bidding - Construction is supplemented as follows.

The Government wishes to complete as much work as possible and will award Schedule "A" if sufficient funds are available at the time of award. The successful bidder will be awarded all pay items in the bid schedule awarded.

**102.06 Performance and Payment Bonds.** Delete the first paragraph, including lines (a), (b), and (c), and substitute the following:

Furnish a performance bond and a payment bond in accordance with FAR Clause 52.228-15 - Performance and Payment Bonds – Construction.

## Section 103.— SCOPE OF WORK

**103.03 Value Engineering**. Delete the second paragraph and substitute the following:

Before undertaking significant expenditures, provide the CO with a written description of the value engineering change proposal (VECP) concept. Within 14 days, the CO will inform the Contractor as to whether the concept appears to be viable, or if the concept is unacceptable. If the CO indicates that the concept appears to be viable, prepare and submit the formal VECP proposal.

**103.05 Partnering.** Delete the last sentence of the fourth paragraph and substitute the following:

The Government's share will not exceed $5,000.



M.A. DeATLEY 01683

# Section 104.— CONTROL OF WORK

**104.03 Specifications and Drawings.** Amend as follows:

**(a) General.** Add the following:

Show all the drawing dimensions in metric units according to the International System of Units (SI), IEEE/ASTM SI 10.

Add the following after **(b)**:

**(c) As-Built Working Drawings.** Furnish as-built working drawings to the Government. The Government will provide one set of contract drawings to be used exclusively for recording the as-built details of the project. Use red pencil or red ink to record the information described below.

Note all additions or revisions to the location, character, and dimensions of the prescribed work shown on the contract drawings. Line out all details shown that are not applicable to the completed work. Check off details shown that were incorporated into the completed work without change.

Retain the drawings at the project site and, as work progresses, continuously update them to reflect the as-built details. Upon request, make the drawings available to the CO to review for compliance with these specifications. Submit current as-built drawings to the CO prior to winter suspension. As-built drawings will be returned upon construction startup the next season.

As a minimum, show the following types of changes on the as-built drawings:

**(1)** Typical section(s)

*(a)* Revisions in dimensions
*(b)* Revisions in materials

**(2)** Plan and profile

*(a)* Plan

*(1)* Revisions to the alignment
*(2)* Changes in the construction limits
*(3)* Revisions in location, type, and grade of road approaches
*(4)* Location and type of utilities
*(5)* Location, size, and type of underdrains
*(6)* Skew of culverts
*(7)* Channel changes
*(8)* Location of monuments and permanent references

(9) Elevations for all aerial and underground crossings of utilities
(10) Location, length, and type of fencing

(b) Profile

(1) Revisions to grades, elevations, and stationing of intersection PIs
(2) Equations
(3) Culvert diameter, length, type, and stationing. On culvert extensions, indicate the length of the existing pipe and the length of the extension.
(4) Location, length, stationing, and type of retaining walls
(5) Location, length, stationing, and end treatment of guardrail

**(3)** Miscellaneous

(a) Revisions to parking areas or turnouts
(b) Revisions to fish passage installations

Furnish the as-built working drawings to the CO before the final inspection. Correct all details found during the final inspection that are not shown on the as-built drawings and return to the CO within 5 working days.

No direct payment will be made for maintaining and furnishing as-built working drawings.

## Section 105.— CONTROL OF MATERIAL

**105.02 Local Material Sources.** Delete the last sentence of the first paragraph and substitute the following:

Unless a source is listed as mandatory, the decision to use an identified source is solely that of the Contractor.

**(a) Government-provided sources.** Add the following:

Government-provided sources for this project are identified as follows:

**(1) Government-provided optional sources.**

Material for use in the production of select borrow may be obtained from Material Source No. 45-26-002, Gletty Pit. Gletty Pit is a gravel pit located on National Forest land in Section 1 and 12, T32N, R42E, WM as shown on the plans.

If the Contractor elects to obtain material from the Gletty Pit the following applies:

(a) Complete material source development and reclamation according to Section 695 and as shown in the plans.

(b) Provide a physical barrier to prevent access to Gletty Pit during winter shutdown and following completion of the project.

Material for use in the production of aggregates under Sections 309 and 401 may be obtained from the future rock cut between Stations 11+760 and 11+880 (Rock Quarry Source). This source is located on National Forest land in Section 3, T 32 N, R 41 E, WM, approximately 4.8 kilometers west of the 49 Degree North ski area parking lot, as shown on the plans.

If the contractor elects to obtain material from the Rock Quarry Source, the following applies

(a) Fracture rock and construct stable final rock cut faces to the cross sections shown using controlled blasting and production blasting techniques in accordance with section 205 and as shown in the plans.

(b) Develop source, construct temporary travel lanes, and maintain haul road in accordance with Section 695. Hauling on the existing Flowery Trail Road outside of the construction limits is limited to legal loads.

(c) Use of source and all related work is limited to between June 1, 2002 and September 30, 2002.



M.A. DeATLEY 01686

There is no charge for material taken from Gletty Pit or the Rock Quarry Source.

**105.03 Material Source Management.** Delete the text of the first paragraph and substitute the following:

For material sources list in Subsection 105.02 (a) (1), manage the sources according to the requirements of Section 695. For all other material sources, notify the CO 14 days before starting pit operations. Develop and operate within a material source according to the accepted plan of operation or written agreement for developing the source.

**105.04 Storing and Handling Material.** Add the following:

It is anticipated that stage construction will be required and that multiple sites within the construction limits will be required to stockpile aggregate.

The Contractor may use the Gletty Pit and the main parking lot for the 49° North Ski Area for a staging area; for storage of materials, such as culverts, geotextile fabric, temporary traffic control devices; and for equipment parking. These areas may also be used for the stockpiling of aggregates.

If the contractor elects to use these staging areas the following applies:

**(a)** Complete and submit for approval, a plan for the use these areas.

**(b)** Provide access to Ski Area at all times.

**(c)** Remove all materials from the Ski Area parking lot prior to winter shutdown.

**(d)** Prior to winter shutdown and completion of the project, grade and compact the Ski Area parking lot in a condition acceptable to the CO to provide parking. Do not leave aggregate in the parking lot that will be driven over or parked on during the winter.

**105.05 Use of Material Found in the Work.** Add the following after the first paragraph:

Rock material located between Stations 17+940 and 18+900 has been found to meet the quality requirements for select borrow, riprap, boulders, and select topping.

Rock material located between stations 18+700 and 18+900 has been found to meet the quality requirements for aggregates under Sections 301 and 309.



M.A. DeATLEY 01687

# Section 106.— ACCEPTANCE OF WORK

**106.01 Conformity with Contract Requirements.** Amend as follows:

Add the following to the second paragraph:

The twentieth edition of the AASHTO Standard Specifications for Transportation Materials and Methods of Sampling and Testing, and Appendix A and B of the Federal Lands Highway Field Materials Manual are applicable to this project.

Use the modified AASHTO procedures for sampling and testing contained in Appendix B of the Federal Lands Highway Field Materials Manual; except, when a specified sampling or test method is not included in Appendix B, sample and test according to the referenced AASHTO test procedure. Appendix A of the Federal Lands Highway Field Materials Manual contains several sampling and testing methods which may be required for this project that are not found in AASHTO.

Delete the text of the fifth paragraph and substitute the following:

The Government may inspect, sample, or test all work at any time before final acceptance of the project. When the Government tests work, copies of test reports are furnished to the Contractor upon request. Government tests may or may not be performed at the work site. If Contractor testing is verified by Government testing, the Contractor's results may be used by the Government to evaluate work for acceptance. If the Contractor's testing is invalidated, the Government's test results will be the sole basis for acceptance. Do not rely on the availability of Government test results for process control.

Add the following:

Obtain copies of the following by written request to the Contracts Section, Western Federal Lands Highway Division, 610 East Fifth Street, Vancouver, Washington 98661-3893, telephone (360) 696-7520:

**(a)** Appendices A and B of the Federal Lands Highway Field Materials Manual, dated 02/10/97.

**(b)** Standard WFLHD Method of Test for Accelerated Weathering of Aggregate by Use of Dimethyl Sulfoxide (DMSO).

**(c)** Highway Research Board Bulletin No. 319, "The Humphres Method of Granular Soils" (Subsection 301.05), dated 1962.

**(d)** Form FHWA-1607, "Worksheet for a Hveem Asphalt Concrete Mix Design, AASHTO T 246" (Subsection 401.03), revised 10/96.

**(e)** Standard WFLHD Test Method for Determining Asphalt Content in Asphalt Paving Mixtures by the Ignition Method.



M.A. DeATLEY 01688