**(f)** Standard WFLHD Test Method for Determining Moisture Content in Asphalt Paving Mixtures by the Oven Method.

**(g)** Field Note Samples (Section 152), dated April, 1999.

**106.02 Visual Inspection.** Delete the text of this Subsection and substitute the following:

Acceptance is based on visual inspection of the work for compliance with the specific contract requirements. In the absence of specific contract requirements or tolerances, prevailing industry standards may be used.

**106.03 Certification.** Amend as follows:

Add the following after the first paragraph:

Other than references in, or to the FAR or Federal Law, when this contract references certifications; certificates; or certified document, equipment or individuals; these references are not certifications within the meaning of Section 4301 of Public Law 104-106, the National Defense Authorization Act for Fiscal Year 1996. These references simply refer to documentation of peripheral contract requirements, which is required to be validated by an individual or organization having unique knowledge or qualifications to perform such validation.

**(a) Production certification.** Delete the text of paragraphs (2) through (5) and substitute the following:

**(2)** Lot number or other means of cross-referencing to the manufacturers's inspection and testing system

**(3)** Substantiating evidence that the material conforms to the contract quality requirements as required by FAR 46.105(a)(4), including all of the following:

*(a)* Test results on material from the same lot and documentation of the inspection and testing system.

*(b)* Manufacturer's statement that the material complies with all contract requirements.

*(c)* Manufacturer's signature or other means of demonstrating accountability for the certification.

Add the following after the last paragraph:

Material or assemblies accepted on the basis of a Certification are listed in each Section of work.

Maintain records of all required Certifications according to Subsections 103.04, 153.04, and 154.04. Submit Certifications to the CO when requested.



M.A. DeATLEY 01689

E-11

Check Certifications, prior to incorporating the materials into the work, to ensure that the requirements of the contract have been met. Mark the Certifications with the following information:

**(a)** Project Name
**(b)** Project Number
**(c)** Contract Item Number
**(d)** Item Description
**(e)** Contractor Quality Control Manager's signature
**(f)** Date



M.A. DeATLEY 01690

# Section 107.— LEGAL RELATIONS AND RESPONSIBILITY TO THE PUBLIC

**107.01 Laws to be Observed.** Amend as follows:

Add the following to the second paragraph:

Comply with the terms and conditions included in the Storm Water Pollution Prevention Plan (See Section I). Submit the Certification Statement from Section I at least 2 days before beginning construction operations. A copy of the certification statement is included in Section I. Provide a copy of the Certification to the CO.

Prepare a fire plan and certify compliance with fire protection and suppression requirements and burning permit. See Section J.

Add the following to the third paragraph:

Permits obtained by the Government for work on this contract are included in Section H, Permits. Request all required National Forest Service permits at least 14 days before permit is needed. Obtaining permits does not guarantee work may start as scheduled.

Add the following:

Comply with State's water rights standards and practices when obtaining water for use on the project. Develop water sources according to Department of Ecology and Department of Fish and Wildlife permits.

Obtain all required parking and camping permits for the use of National Forest lands. Camping is not allowed in existing dispersed campsites.

Obtain burning permits from the National Forest Service before proceeding with any burning activities on National Forest Lands.

Submit copies of all obtained permits to CO prior to use.

**107.02 Protection and Restoration of Property and Landscape.**

Add the following after the last paragraph.

Wash construction equipment (except hauling vehicles) prior to entering the National Forest. Remove all soil that could contain weed seed. Wash hauling vehicles prior to the first entry into the National Forest.

**107.03A Public Notice.** (Added Subsection.)

Publish notices of the road work in local newspapers. Include a description of the work, expected delays, expected road closures, and periods when the road is open to traffic without delays. Issue the notice at least 5 days before beginning work on the project and before beginning work after a winter suspension. Publish a minimum of two consecutive weeks in weekly publications and two consecutive Sundays in daily publications. In addition publish a construction update the first week of June, July, August, and September of each construction season. Provide a copy of the notice to the CO for review and comment at least 2 working days prior to submitting for publication.

Publish in following local papers:

The Independent
East 309 Main Street
Chewelah, WA, 99109
(509)935-8422

Newport Minor
317 S Union Ave.
Newport, WA 99156
(509)447-2433

Spokane Review
1-800-338-8801

**107.08 Sanitation, Health, and Safety.** Amend as follows:

Add the following after the first paragraph:

Submit an accident prevention plan for implementing safety and health standards no later than the preconstruction conference. Use the Government furnished Form WFLHD-28, Guide Outline of Contractor's Accident Prevention Plan.

Add the following:

Equip all motor vehicles which have an obstructed view to the rear and all material handling equipment (as described in 29 CFR Sections 1926.601 and 1926.602) operating on the project with a reverse signal alarm audible above the surrounding noise level. An observer in lieu of the alarm is not acceptable.

**107.10 Environmental Protection.** Add the following:

Work in contractor selected noncommercial areas outside of the project limits may be subject to provisions of the Clean Water Act §§402 and 404, Endangered Species Act §10, Archeological Resources Protection Act (Federal and Indian Lands only), and/or the Native American Graves Protection and Repatriation Act (Federal and Indian Lands only). Off-project work areas include, but are not limited to, material sources, disposal areas, waste areas, staging areas, and haul roads.

Complete all instream work (work within the ordinary high water limits of live streams) and ground disturbance within 15 meters of live streams between July 1st and September 30th (both dates inclusive). Complete this work in accordance with the permit requirements in Section H.

Submit a Hazardous Spill Plan, prior to construction, stating what actions will be taken in case of a spill. This plan will also incorporate preventive measures to be implemented, such as the placement of refueling facilities, storage and handling of hazardous materials, etc. Immediately notify the CO of all hazardous spills.



M.A. DeATLEY 01693

## Section 108.— PROSECUTION AND PROGRESS

**108.01 Commencement, Prosecution, and Completion of Work.** Amend as follows:

Delete the first sentence of the second paragraph and substitute the following:

A preconstruction conference will be held after the contract is awarded and before beginning work.

Delete the third paragraph and substitute the following:

Submit notification at least 24 hours in advance of resuming work after suspensions.

Furnish notification at least 48 hours in advance to beginning the start-up phase in Section 153.

Add the following:

Furnish notification at least 14 days in advance of any change to the current work shift schedule.

Perform work under this contract according to the following:

**(a)** Schedule construction activities to ensure that placement of the aggregate base course can be completed before the end of the 2001 construction season.

**(b)** Do not perform construction operations between 6 p.m. Friday and 6 a.m. the following Tuesday of the Memorial Day and Labor Day weekends.

**(c)** Accommodate traffic as provided in Subsection 156.03.

**(d)** Limit construction operations as provided in Subsection 156.06.

**(e)** Limit work as provided in Subsection 204.04A.

**(f)** Limit all instream work and ground disturbance within 15 meters of live streams as provided in Subsection 107.10.

**(g)** Suspend work for the winter from November 1 of any year through April 15 of the succeeding year, both dates inclusive.

**(h)** Construct riprap lined ditches concurrent with roadway construction according to Subsection 251.06A.

**(i)** Install energy dissipators within 5 days of culvert installation as provided for in Subsection 251.06B.

**(j)** Maintain cattle guard and fence to keep cattle within their grazing allotment as provided in Subsection 619.03.

**(k)** Limit Emulsified Asphalt Treated Base placement as provided in Subsection 309.03.

**(l)** Limit operations in the rock cut from 11+760 to 11+880 to the calendar year 2002. Do not perform operations that will interfere with traffic between the rock cut and the ski area during the ski area's operating season in the winter.

**108.02 Subcontracting.** Delete the first sentence of the fourth paragraph and substitute the following:

FAR Clause 52.219-8 - Utilization of Small Business Concerns and 52.232-27 - Prompt Payment for Construction Contracts, the subcontracts includes both on-site and off-site work and supply contracts.

**108.04 Failure to Complete Work on Time.** Delete the text and table of this Subsection and substitute the following:

FAR Clause 52.211-12 - Liquidated Damages -- Construction is supplemented as follows.

Liquidated damages in the amount specified in Table 108-1 will be assessed for each calendar day beyond the time specified in the contract until substantial completion of the work.

Liquidated damages will not be assessed for the following:

**(a)** The day of the final inspection.

**(b)** Days required to perform work added to the contract after substantial completion including items identified during the final inspection that were not required before that time.

**(c)** Delays by the Government after all work is complete and before a formal acceptance is executed.

**(d)** Periods of time when all work is complete but acceptance is delayed pending the plant establishment period or similar warranty period.

**(e)** During winter shutdown periods ordered by the CO.

**Table 108-1**
**Charge for Liquidated Damages for Each Calendar Day Work is Not Substantially Completed**

| Original Contract Price | | Daily Charge |
|---|---|---|
| From More Than -- | To and Including -- | |
| $ 0 | $ 250.000 | $ 300 |
| 250.000 | 1.000.000 | 500 |
| 1,000,000 | 2.000.000 | 800 |
| 2,000.000 | 5,000.000 | 1.000 |
| 5,000,000 | 10.000.000 | 1,400 |
| 10,000,000 | and more | 2.100 |

M.A. DeATLEY 01696

## Section 109.— MEASUREMENT AND PAYMENT

**109.01 Measurement Methods.** Amend as follows:

Delete the text of the first sentence and substitute the following:

Submit all measurement of work according to the International System of Units (SI), IEEE/ASTM SI 10.

Add the following after the third paragraph:

Submit measurement notes to the CO within 24 hours of performing the work. Measurement notes form the basis of the Government's receiving report (see Subsection 109.08(d)). For lump sum items, submit documentation to support invoiced progress payment on a monthly basis.

Use an acceptable format for measurement records. As a minimum, include the following information in all records of measurement:

**(a)** Project name and number
**(b)** Contract item number
**(c)** Date the work was performed
**(d)** Location of the work
**(e)** Measured quantity
**(f)** Calculations made to arrive at the quantity
**(g)** Supporting sketch and/or details as needed to clearly define the work performed and the quantity measured
**(h)** Names of persons measuring the work

The Government may check contractor measurements to verify pay quantities and validity of contractor measurement methods.

**109.03 Weighing Procedures and Devices.**

**(c) Project weighing system.** Delete the text of the first paragraph and substitute the following:

Furnish, erect, and maintain acceptable automatic digital scales. For small quantities, manual scales may be used if approved in writing by the CO and if the method of weighing meets all other contract requirements. Provide scales that record mass at least to the nearest 50 kilograms. Maintain the scale accuracy to within 0.5% of the correct mass throughout the range of use.

M.A. DeATLEY 01697

**109.06 Pricing of Adjustments.**

**(a) Proposal.**

**(3) Cost or pricing data.** Delete the text of the first paragraph and substitute the following:

When the contract modification exceeds the amount indicated in FAR Clause 52.214-27 — Price Reduction for Defective Cost or Pricing Data - Modifications - Sealed Bidding, or FAR Clause 52.215-11 -Price Reduction for Defective Cost or Pricing Data - Modifications, submit cost or pricing data.

**109.08 Progress Payments.** Delete the text of this Subsection and substitute the following:

FAR Clauses 52.232-5 — Payments under Fixed-Price Construction Contracts and 52.232-27 — Prompt Payment for Construction Contracts are supplemented as follows.

**(a) General.** Only invoice payments will be made under this contract. Invoice payments include progress payments made monthly as work is accomplished and the final payment made upon final acceptance. Only one progress payment will be made each month. No progress payment will be made in a month when the work accomplished results in a net payment of less than $1,000. Full or partial progress payment will be withheld until a construction schedule or schedule update is submitted to and accepted by the CO.

**(b) Closing date and invoice submittal date.** The closing date for progress payments will be designated by the CO. Include work performed after the closing date in the following month's invoice. Submit invoices to the designated billing office by the 7th day after the closing date. Invoices received by the designated billing office after the 16th day following the closing date will not be accepted for payment processing that month. Include late, unprocessed invoice submittals in the following month's invoice.

**(c) Invoice requirements.** Submit the invoice to the government's designated billing office. Include the following items in the invoice:

**(1)** The information required in FAR Clause 52.232-27(a)(2)(I) through (a)(2)(x).

**(2)** A tabulation of total quantities and unit prices of work accomplished or completed on each pay item as of the monthly closing date. Do not include any quantities unless field note documentation for those quantities was submitted by the closing date. Do not include any work involving material for which test reports required under Sections 153 or 154 or certifications required by Subsection 106.03 are past due as of the closing date.

**(3)** The certification required by FAR Clause 52.232-5(c) and, if applicable, the notice required by FAR Clause 52.232-5(d). Provide an original signature on the certification. Facsimiles are not acceptable.

M.A. DeATLEY 01698

**(4)** If applicable, a copy of the notices that are required by FAR Clause 52.232-27(e)(5) and (g).

**(5)** The amount included for work performed by each subcontractor under the contract.

**(6)** The total amount of each subcontract under the contract.

**(7)** The amounts previously paid to each subcontractor under the contract.

**(8)** Adjustments to the proposed total payment which relate to the quantity and quality of individual items of work. Adjustments for the following may be made by the Government after validation of the invoice:

*(a)* Retent resulting from a failure to maintain acceptable progress.

*(b)* Retent resulting from violations of the labor provisions.

*(c)* Retent pending completion of incomplete work, other "no pay" work, and verification of final quantities.

*(d)* Obligations to the Government such as excess testing cost or the cost of corrective work pursuant to FAR Clause 52.246-12(g).

*(e)* Liquidated damages for failure to complete work on time.

**(d) Government's receiving report.** The Government's receiving report will be developed using the measurement notes received and accepted by the CO. Within 4 days after the closing date, the CO will be available by appointment at the Government's designated billing office to advise the Contractor of quantities and unit prices appearing on the Government's receiving report.

**(e) Processing progress payment requests.** No payment will be made for work unless field note documentation for the work was provided by the closing date.

**(1) Invoices received by the 7th day following the closing date.**

*(a) Proper invoices.* If the invoice meets the requirements of Subsection 109.08(d), and the quantities and unit prices shown on the contractor's invoice agree with the corresponding quantities and unit prices shown on the Government's receiving report, the invoice will be paid.

*(b) Defective invoices.* If the invoice does not meet the requirements of Subsection 109.08(d), or if any of the quantities or unit prices shown on the contractor's invoice exceed the corresponding quantities and unit prices shown on the Government's receiving report, the invoice will be deemed defective and the Contractor so notified according to FAR Clause 52.232-27(a)(2). Defective invoices will not be corrected

by the Government and will be returned to the contractor within 7 days after the Government's designated billing office receives the invoice.

Revise and resubmit returned invoices by the 18th day following the closing date. The CO will evaluate the revised invoice. If the invoice still does not meet the requirements of Subsection 109.08(c), the contractor will be so notified according to FAR Clause 52.232-27(a)(2), and no progress payment will be made that month. Correct the deficiencies and resubmit the invoice the following month.

If the revised invoice meets the requirements of Subsection 109.08(c), but still has quantities or unit prices exceeding the corresponding quantities and unit prices shown on the Government's receiving report, the Government's data for that item of work will be used. The contractor's invoice, as revised by the Government's receiving report, will be forwarded for processing by the 23rd day following the closing date. The contractor will be notified by the 23rd day following the closing date of the reasons for any changes to the invoice.

**(2) Invoices received between the 8th and 16th day following the closing date.**

*(a) Proper invoices.* If the invoice meets the requirements of Subsection 109.08(c), and the quantities and unit prices shown on the Contractor's invoice agree with the corresponding quantities and unit prices shown on the CO's receiving report, the invoice will be deemed proper and forwarded for processing within 7 days of receipt.

*(b) Defective invoices.* If the invoice does not meet the requirements of Subsection 109.08(c), the invoice will be deemed defective, the Contractor so notified according to FAR Clause 52.232-27(a)(2), and no progress payment will be made that month. Correct the deficiencies and resubmit the invoice the following month.

If the invoice meets the requirements of Subsection 109.08(c), but has quantities or unit prices exceeding the corresponding quantities and unit prices shown on the Government's receiving report, the Government's data for that item of work will be used. The contractor's invoice, as revised by the Government's receiving report, will be forwarded for processing within 7 days after receiving the invoice. The contractor will be notified, within 7 days of the Government's receipt of the invoice, of the reasons for any changes to the invoice.

**(f) Partial Payments.** Invoices may include the following:

**(1)** Partial payment for material to be incorporated in the work, provided the material meets the requirements of the contract and is delivered on or in the vicinity of the project site or stored in acceptable storage places. Partial payment for material does not constitute acceptance of such material for use in completing items of work. Partial payments will not be made for living or perishable material until incorporated into the project.

**(2)** Partial payment for preparatory work (*e.g.*, partially completed work). Partial payment for preparatory work does not constitute acceptance of the work.

Individual and cumulative partial payments for material and preparatory work will not exceed the lesser of:

- 80 percent of the contract bid price for the item, or
- 100 percent of amount supported by copies of invoices submitted.

Submit pay notes according to Subsection 153.04A. Provide a cost breakdown of the bid item components and submit invoices or other documents supporting the partial payment.

The CO may adjust partial payments as necessary to protect the Government.

**109.09 Final Payment.** Delete the first sentence and substitute the following:

FAR Clause 52.232-5—Payment under Fixed-Price Construction Contracts and FAR Clause 52.232-27—Prompt Payment for Construction Contracts are supplemented as follows.

# Section 152.— CONSTRUCTION SURVEY AND STAKING

## Construction Requirements

**152.02 General.** Amend as follows:

Add the following before the first paragraph:

Submit a practicable schedule of staking activities with the construction schedule submitted according to Section 155. Include the dates and sequence of each staking activity.

Add the following to the first paragraph:

The Government set slope stake reference points at various locations throughout the project in the Summer of 2000. Portions of the design have changed since these points were set. These stakes should not be used for work under this contract.

The Government has set the initial reference lines and control points listed below. Control points found to be missing prior to the start of construction and deemed necessary by the CO for the control of the work will be reestablished by the Government.

**(a) Reference lines.**

**(1)** Roadway Centerline from Stations 17+940 to 25+038.

**(b) Control points.**

**(1)** Horizontal and vertical control points along the existing Flowery Trail Road. The location and identity of each control point are shown on the plans.

The Government will furnish the following data relating to horizontal and vertical alignment and theoretical slope stake catch points, and other design data:

**(a)** Computer listings containing horizontal alignment, vertical profile, superelevation, excavation and embankment slope ratios, and earthwork quantities.

**(b)** Computer generated construction staking notes showing theoretical slope stake catch points and reference points.

**(c)** X, Y, Z coordinates (horizontal and vertical control points).

**(d)** X, Y, Z coordinates (subgrade and top of each aggregate course at centerline and shoulders).

**(e)** Plotted cross sections (earthwork).

**(f)** Computer listings containing horizontal alignment of Right-of-Way alignment.



M.A. DeATLEY 01702