Delete the text of the seventh paragraph and substitute the following:

Prepare field notes in an approved format. Sample note formats are available as listed in Subsection 106.01. Furnish all survey notes at least weekly. Compute and furnish calculations supporting pay quantities. Measure quantities within the tolerances shown in Table 152-2. All field notes and supporting documentation become the property of the Government upon completion of the work. Support roadway prism excavation quantities according to Subsection 204.16 **(a)(1)***(a)*. Adjust roadway prism excavation quantities for volume changes resulting from slope stake variations. See Subsection 152.03(c), Slope stakes and references. Review all supplied notes prior to use. Request any additional information prior to requiring use of the notes

Delete the text of the tenth paragraph and substitute the following:

Remove and dispose of all flagging, lath, stakes, and other staking material after the project is complete. Remove visible portions of brushes if used to mark grade finishing stakes.

**152.03 Survey and Staking Requirements.** Amend as follows:

**(b) Roadway cross-sections.** Delete the text of this paragraph and substitute the following: Take roadway cross-sections normal to centerline. When the centerline curve radius is less than or equal to 150 meters, take cross-sections at a maximum centerline spacing of 10 meters. When the centerline curve radius is greater than 150 meters, take cross-sections at a maximum centerline spacing of 20 meters. Take additional cross-sections at significant breaks in topography and at changes in the typical section. Along each cross-section, measure and record points at breaks in topography, but no further apart than 5 meters. Measure and record points to at least the anticipated slope stake and reference locations. Reduce all cross-section distances to horizontal distances from centerline.

**(d) Clearing and grubbing limits.** Delete the text of this paragraph and substitute the following:

Set clearing and grubbing limits based on actual slope stake catch points.

**(e) Centerline reestablishment.** Delete the text of this paragraph and substitute the following:

Reestablish centerline from instrument control points. The maximum spacing between centerline points is 10 meters when centerline curve radius is less than or equal to 150 meters. When the centerline curve radius is greater than 150 meters, the maximum distance between centerline points is 20 meters. Reestablish centerline as many times as necessary to construct the work.



M.A. DeATLEY 01703

**(f) Grade finishing stakes.** Delete the third paragraph and substitute the following:

The maximum longitudinal spacing between stakes is 10 meters when the centerline curve radius is less than or equal to 150 meters. When the centerline curve radius is greater than 150 meters, the maximum longitudinal spacing between stakes is 20 meters. The maximum transverse spacing is 10 meters. Reset grade finishing stakes as many times as necessary to construct the subgrade and each aggregate course. Use brushes or guard stakes at each stake.

**(g) Drainage structures.** Add the following:

(7) Perform the following additional work at all fish passage crossings:

(a) Survey, record, and plot the existing stream profile from a point 15 meters upstream of the slope stake catch point at the inlet and to a point 15 meters downstream of the slope stake catch point at the outlet.

**(l) Miscellaneous survey and staking.** Add the following:

**(6)** Wetland construction
**(7)** Fence and cattleguard
**(8)** Pavement markings
**(9)** Sign installation
**(10)** Turnouts
**(11)** Roadway obliteration
**(12)** Erosion control devices
**(13)** Guardrail
**(14)** Curb
**(15)** Rock buttress
**(16)** Rock armor

**(m) Intermediate surveying and staking.** Delete the first sentence and substitute the following:

Perform all survey, staking, recording of data, and calculations as necessary to construct the project from the basic layout and controls established elsewhere in this Subsection.

Add the following:

**(n) Asphalt paver reference line.** Set adequate horizontal control points or reference lines for asphalt concrete paver as specified in Subsection 401.13.



M.A. DeATLEY 01704

Add the following to Table 152-1:

| Staking Phase | Horizontal | Vertical |
|---|---|---|
| Asphalt paver reference line | ±50 mm | — |

Add the following after Table 152-1:

**Table 152-2**
**Measurement Tolerances**

| Pay Unit | Horizontal | Vertical |
|---|---|---|
| Hectare | 300 mm or 1:100 whichever is greater | - |
| Cubic Meter | 50 mm or 1:500 whichever is greater | 100 mm or 1:333 whichever is greater |
| Square Meter | 50 mm or 1:500 whichever is greater | - |
| Kilometer | 1 meter or 1:1000 whichever is greater | - |
| Meter | 50 mm or 1:500 whichever is greater | - |

**152.03A Project Specific Requirements.** (Added Subsection).

Survey work under this contract includes layout, control, and measurement as necessary to adequately construct the project. Staking for this project will include the following:

- Control Points
- Roadway cross sections
- Slope stakes and references
- Clearing and grubbing limits
- Centerline reestablishment
- Grade finishing stakes
- Drainage structures
- Retaining walls
- Borrow sites



M.A. DeATLEY 01705

- Permanent monuments and markers
- Pavement markings
- Miscellaneous survey and staking
- Intermediate surveying and staking
- Asphalt paver reference line
- Establish traverse control points through the new construction alignment to control X, Y, Z.
- Final roadway cross sections for Schedule A or Schedule B transition, as awarded, including guardrail, retaining wall, and designed approaches.
- Final ground cross sections of the optional material source between Stations 11+760 and 11+840 if used.
- Slope Stake and reference points for Schedule A or Schedule B transition, as awarded, including guardrail, retaining wall, designed approaches, and optional material source between Station 11+760 and 11+840, if used.

## Measurement

**152.05** Delete the text of the first paragraph and substitute the following:

Measure construction survey and staking by the lump sum for the work shown in Subsection 152.03A.



M.A. DeATLEY 01706

# Section 153.— CONTRACTOR QUALITY CONTROL

**Delete this Section and substitute the following:**

## Description

**153.01** This work consists of having an effective quality control system coordinated by a designated Contractor Quality Control manager responsible for all phases of inspection, sampling and testing performed both onsite and offsite to ensure that work conforms to the contract requirements. This Section supplements FAR Clause 52.246-12, Inspection of Construction.

## Construction Requirements

**153.02 Quality Control Manager.** Ensure the manager is onsite during start up of all phases of work. Have the manager available during all production phases of work. Identify an alternate for the manager to serve in the event of the manager's absence. Do not allow superintendent to serve as an alternate for the Quality Control Manager.

**153.03 Quality Control Plan.** Before the start of the work, submit a written plan for acceptance. Do not begin the work until the quality control plan is accepted.

Furnish notification at least 48 hours in advance to beginning a start-up phase.

Include the work of all subcontractors in the quality control plan.

Include the following in the plan:

**(a) Personnel Qualifications.**

**(1)** Document the name, authority, relevant experience, and qualifications of the person with overall responsibility for the system. The requirements for the alternate will be the same as the designated manager.

**(2)** Document the names and relevant experience of all other personnel involved in the system.

**(b) Inspection/control procedures.** List the name and authority of personnel directly responsible for each phase of work.

Address how each of the following will be accomplished:

**(1) Preparatory phase.**

*(a)* Ensure compliance with contract requirements of material to be incorporated in the work.



M.A. DeATLEY 01707

000172

*(b)* Coordinate all submittals, including those of subcontractors and suppliers (including certifications when requested).

*(c)* Ensure capability of equipment and personnel to comply with the contract requirements.

*(d)* Ensure preliminary work and/or testing is accomplished.

*(e)* Coordinate surveying and staking of the work.

**(2) Start-up phase.**

*(a)* Inspect and/or test start-up of work.

*(b)* Provide training if necessary.

*(c)* Identify and correct deficiencies.

**(3) Production phase.**

*(a)* Ensure the test results accurately reflect the quality of the material.

*(b)* Identify and correct deficiencies to ensure that noncompliance work is not incorporated in the project.

*(c)* Provide feedback and system changes to prevent repeated deficiencies.

*(d)* Ensure that all deficiencies have been corrected prior to government inspection and acceptance of work.

Modifications or additions to the plan may be required to meet the contract quality requirements. Acceptance of the quality control plan will be based on the inclusion of the required information. Acceptance does not imply any warranty by the Government that the plan will result in consistent contract compliance. It remains the responsibility of the Contractor to demonstrate such compliance.

Supplement the plan as work progresses and whenever quality control procedures or quality control personnel changes are made.

**153.04 Testing.** Perform testing according to the accepted quality control plan. Keep laboratory facilities clean and maintain all equipment in proper working condition. Allow unrestricted access for inspection and review of the facility.

**153.05 Records.**

**(a) Notification of Completion of a Work.** When work is ready for government inspection, prepare a *"Notification of Completion of Work"* (Form WFLHD 470).

**(b) Construction Operations Report**. For each day of work, prepare a "*Contractor's Daily Record of Construction Operations*" (Form WFLHD 465) or an approved alternate form. Include the following certification signed by the person responsible for the construction operations:

"*I certify that the information contained in this record is accurate.*"

**(c) Quality Control Report**. For each day of work, prepare a Quality Control Report. Include the following certification signed by the manager:

"*I certify that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.*"

List all work as defined in the plan. Record the phase the work is in and document all quality control activities associated with this work. List deficiencies and corrective actions taken or scheduled to be taken. Document meetings or discussions concerning quality control issues. Attach all test results from the days operations.

**(d) Control Charts**. Maintain linear control charts that identify the project number, contract item number, test number, each test parameter, the upper and/or lower specification limit applicable to each test parameter, and test results. Use the control charts as part of the quality control system to document the variability of the process, identify production and equipment problems, and identify potential pay factor adjustments. Keep control charts current and place in an accessible location. Cease production and/or make corrections to the process when problems are evident.

Submit **(b)** and **(c)** reports within one working day of the work being performed. If a report is incomplete, in error, or otherwise misleading, a copy of the report will be returned with corrections noted. When chronic errors or omissions occur, correct the procedures by which the reports are produced. Submit **(d)** upon completion of each phase of related work.

**153.06 Pay Item Measurement Notes.** Submit measurement notes to the CO according to the requirements of Subsection 109.01.

**153.07 Acceptance.** The Contractor's quality control system will be evaluated under Subsection 106.02 based on the demonstrated ability of the quality control system to result in work meeting the contract requirements.

If the Government's testing and inspection indicate that the quality control system is ineffective or the quality control plan is not being followed, make immediate improvements to the system to correct these inadequacies. Furnish notification in writing of improvements and modifications to the system.

## Measurement

**153.08** Measure Contractor quality control by the lump sum.

## Payment

**153.09** The accepted quantity measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown on the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

The contractor quality control lump sum will be paid as follows:

(a) 15 percent of the lump sum, not to exceed 0.3 percent of the original contract amount, will be paid afer the contractor quality control plan is accepted.

(b) Payment of the remaining portion of the lump sum will be prorated based on the total work completed.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 15301 Contractor quality control | Lump sum |

# Section 154.— CONTRACTOR SAMPLING AND TESTING

## Construction Requirements

**154.02 Sampling.** Amend as follows:

Delete the last three sentences of the second paragraph and substitute the following:

Deliver the Government's portion of the sample or split sample in an acceptable container suitable for shipment. Label all samples with the following information:

**(1)** Project number
**(2)** Source of material
**(3)** Item number
**(4)** Sample number
**(5)** Date sampled
**(6)** Time sampled
**(7)** Location sample taken
**(8)** Name of person sampling
**(9)** Name of person witnessing sampling
**(10)** Type of test required on sample

Add the following:

The sampling frequencies and reporting times are listed in the individual sections ordering the work. See Subsections 301.03, 309.03, and 401.03 for additional sampling and testing requirements.

**154.03 Testing.** Add the following:

The testing schedule is listed in the individual sections ordering the work.

**154.04 Records.** Amend the following:

Delete the text of the second and third sentences and substitute the following:

The time for furnishing test results is listed in the individual sections ordering the work.

Add the following:

Report test results on forms containing all sample information required by Subsection 154.02. Label clearly all interim measurements used to determine the results. Attach work sheets used to determine test values to the test result forms when submitted.

**154.04A Field Laboratory.** (Added Subsection.)

The Government offers to make available to the Contractor, at the address listed below, a laboratory trailer with testing equipment. A list of the testing equipment included in each field laboratory may be obtained by written request to the PS&E Coordinator at the address listed below or by a facsimile request. FAX (360) 696-7932.

The laboratory trailer, License No. DOT 40307, and testing equipment are located at Western Federal Lands Highway Division, 610 East Fifth Street, Vancouver, Washington, and are open for inspection between the hours of 8 a.m. and 3 p.m., Monday through Friday. The Contractor shall determine if the laboratory and testing equipment are adequate to perform all the testing required by the Contract.

If the Contractor elects to exercise this option and use the Government furnished trailer and equipment, notify the CO in writing within 30 calendar days after award of contract. Failure to do so will terminate this offer.

The field laboratory trailer and testing equipment are offered to the Contractor rent free through the contract completion date, subject to such extensions as may be authorized by the terms of the contract, after which a rental fee of $22 per day will be charged. If the Contractor elects to use the trailer and equipment, $5,000 will be withheld from the first project progress payment made after the Contractor takes possession of the trailer and equipment. The retention represents approximately 10 percent of the replacement cost of the trailer and equipment. The retained amount will be withheld until the trailer and equipment have been returned to Vancouver, Washington, and inspected for damage and/or missing items. The replacement cost of missing or damaged equipment and/or repair costs required to restore the trailer and equipment to a working condition, less reasonable wear and tear and/or rental fee, if applicable, will be deducted from the $5,000 retention prior to release for payment to the Contractor. A maximum of 30 days will be required to inspect the trailer and equipment after it is returned to Vancouver.

In addition to FAR Contract Clauses 52.245-1, Property Records, and 52.245-4, Government-Furnished Property (Short Form), the following shall apply:

**(a)** The laboratory trailer and testing equipment have been checked and calibrated to applicable specifications. The laboratory trailer and test equipment require a water supply, a 220 volt - 60 cycle a.c. regulated electrical supply of at least 30 kilowatts, and a supply of propane gas.

**(b)** The Contractor shall furnish any additional equipment required to perform the test requirements of the Contract and not supplied with the laboratory trailer.

**(c)** The Contractor or representative shall be present to accept written responsibility for the trailer and equipment when it is checked out from Vancouver.

M.A. DeATLEY 01712

**(d)** The Contractor shall be responsible for and bear the costs of transportation to and from the work site, installation and repairs, and maintenance of trailer and equipment in a workable condition during the course of the project.

**(e)** Missing or damaged equipment shall be replaced.

**(f)** In the FAR Contract Clauses 52.245-2(g) or 52.245-4(c)(1), as applicable, For Reasonable Wear and Tear, shall be interpreted to mean that when the Contractor returns the laboratory and testing equipment to the Government, the Contractor will not be held accountable, at that time, for reasonable wear and tear. However, during use of the equipment, the Contractor shall repair or replace equipment that falls out of calibration or specifications, due to wear and tear, at the Contractor's own expense. All equipment shall remain or become the property of the Government as applicable.

## Payment

**154.07** Delete the text of the fifth paragraph and substitute the following:

Payment for all or part of this item may be retained, if Government verification testing invalidates the Contractor testing or the CO determines that documentation of sampling and testing is not adequate.

# Section 155.— SCHEDULES FOR CONSTRUCTION CONTRACTS

## Construction Requirements

**155.02 General.** Amend as follows:

Delete the first sentence of the third paragraph and substitute the following:

Use the Critical Path Method (CPM) described below to develop the construction schedule for the total contract work.

Certify that this schedule has been prepared by a qualified individual who has previous experience developing CPM's for similar Construction Contracts.

Add the following to the fourth paragraph:

No progress payment will be made for any work until a construction schedule has been submitted to the CO and accepted by the CO.

**155.03 Bar Chart Method (BCM).** Delete the text of this Subsection.

**155.06 Schedule Updates.** Amend as follows:

Delete the first sentence of the second paragraph and substitute the following:

Submit three copies of an updated construction schedule for acceptance by the 15th of each month or when:

Add the following:

Allow seven days after receipt for acceptance of the updated construction schedule or a return for revisions.

No progress payment will be made for any work until an updated construction schedule has been submitted to and accepted by the CO.

# Section 156.— PUBLIC TRAFFIC

## Construction Requirements

**156.03 Accommodating Traffic During Work.** Add the following:

The road may be closed from Stations 17+940 to 25+038 between the dates of April 15, 2001 and November 1, 2001 with the following restrictions:

**(1)** The roadway must be open from 6:00 p.m Friday until 6:00 a.m. the following Monday.

**(2)** The roadway must be open from 6:00 p.m. Friday until 6:00 a.m. Tuesday on Memorial and Labor Day weekends.

**(3)** At least 2 weeks in advance of road closures, publish notices of the road closure in local newspapers and notify local radio stations as specified in Subsection 107.03A.

**(4)** Uncover road closure and detour signs at least 24 hours before closures.

Road closures for work at the rock quarry source will only be permitted for rock blasting. A total of 3 closures will be allowed between the hours of 1 p.m. and 3 p.m. On days the road will not be closed, cover the signs.

**156.04 Maintaining Roadways During Work**. Delete the text of paragraph (c) and substitute the following:

**(c)** Snow removal to facilitate the work is the Contractor's responsibility. Snow removal to provide public access is the responsibility of the maintaining agency and will be preformed at the maintaining agency's discretion. Allow the maintaining agency access to preform snow removal.

Add the following after **(e)**:

**(f)** It is the contractors responsibility to maintain and repair any damage to the roadway between Station 25+038 and Gletty Pit should the contractor elect to utilize the pit for a waste site or material source. The contractor will be responsible for maintaining the roadway and returning it to the condition it was at the start of hauling operations. Repair work will be completed at no expense to the government.

**156.05 Maintaining Roadways During Non-Work Periods.** Amend as follows:

Delete the second sentence and substitute the following:

Snow removal to provide public access is the responsibility of the maintaining agency.

M.A. DeATLEY 01715

Add the following:

Maintain and repair erosion control devices during winter shutdown according to Subsection 157.03.

**156.06 Limitations on Construction Operations.** Amend as follows:

Add the following:

**(k)** For purposes of facilitating traffic, perform grading or surfacing part-width at a time. Make the width not under construction available to public traffic under alternate one-way control. Furnish pilot car and driver, or flaggers, or both, as ordered by the CO, to direct traffic through sections of road under one-way control.

**(l)** Construct riprap lined ditches concurrent with roadway construction according to Subsection 251.06A.

**156.08 Traffic and Safety Supervisor.** Add the following:

**(i)** Inspect traffic control devices, including those in staging, storage, material sources, and disposal areas, as follows:

**(1)** Daily during daylight hours when daylight work is being performed.

**(2)** Daily during hours of darkness when nighttime work is being performed.

**(3)** Weekly during daylight hours and hours of darkness when work is suspended for periods of more than one week except when the project has been shut down for the winter, and weekly during the hours of darkness when only daylight work is being performed. During periods of winter suspension, inspect only as requested by the CO.

**(4)** Additional inspections, day or night, as directed by the CO.

**(5)** Provide reports of inspections to the CO in an acceptable format within 2 days.

**(j)** Before winter suspension, conduct an inspection of the project with the CO to ensure proper provisions are made for winter travel during the period of suspension.

## Measurement and Payment

**156.10** Add the following:

Measure Traffic and safety supervisor under Section 635.

## Section 157.— SOIL EROSION CONTROL

### Material

**157.02** Add the following to the material list:

| | |
|---|---|
| Temporary seed | 713.04B |
| Composted Mulch | 713.05(j) |
| Tracer | 713.17 |

### Construction Requirements

**157.03** Amend as follows:

Delete the text in the first paragraph and substitute the following:

Maintain and repair the erosion control measures according to the requirements of Section I, INSPECTION AND MAINTENANCE PLANS.

Add the following:

Submit for approval an erosion control plan with quantities by September 20 of the construction season. Approval of the plan will be based on sufficient amount of silt fence, straw bales, and temporary seeding to protect all disturbed slopes to remain over the winter. Erosion control measures shall be in place for all areas not completed by October 15, regardless of what areas are finished after that date.

**157.04 Controls and limitations of Work.** Amend as follows:

Add the following to paragraph **(b)**:

Remove and restore diversion channels, as shown on the plans, the same year they are constructed.

Add the following to paragraph **(d)**:

Apply temporary turf establishment to topsoil stockpiles within 14 days or as directed by CO in accordance with Subsection 157.11.

**157.11 Temporary Turf Establishment.** Delete the text in this Subsection and substitute the following:

**(a) Turf Establishment Mixture**. The temporary turf establishment slurry mixture is composed of the following components, and may be applied in one combined application. Seed and composted mulch may be applied as a separate application at the option of the contractor. However, no additional payment will be made for multiple applications.



M.A. DeATLEY 01717

Composition of turf establishment with soil binder to be applied to road side slopes:

| | |
|---|---|
| Temporary Seed: | 0.9 kg of live seed per slurry unit (8.0 pls/acre) |
| Composted Mulch: | 224.2 kg per slurry unit (2,000 lbs/acre) |
| Tracer: | 0.5 kg per slurry unit (5 lbs/acre) |

**(b) Equipment.** Use hydro-type equipment capable of providing a uniform application using water as the carrying agent. Do not use hydro-type equipment with gear driven pumps which can damage the seed. Equipment must be capable of reaching cut slopes a minimum of 20 meters high. Seed areas inaccessible to seeding equipment by hand.

**(c) Application.** Do not apply seed and mulch during rain. The turf establishment mixture shall have a minimum of 48 hours following application without rain to cure. Moisten turf establishment areas prior to applying the turf establishment slurry mixture.

Mix and apply the slurry mixture products in accordance with the manufacturer's recommendations.

**(d) Tracer.** Include a tracer material consisting of a concentrated green dye conforming to Subsection 713.17 to provide visible evidence of uniform application

## Measurement

**157.15** Amend as follows:

Delete the second paragraph and substitute the following:

Measure silt fence by the meter.

Delete the fifth paragraph and substitute the following:

Measure turf establishment by the slurry unit. A slurry unit consists of approximately 4000 liters of water plus the specified turf establishment material. Ten slurry units contain the material to cover one hectare. No measurement for direct payment will be made for water to moisten surface prior to applying turf establishment, tracer, or composted mulch applied under Subsection 157.11, Temporary Turf Establishment. No additional payment will be made when the slurry mixture is applied in more than one application at the option of the contractor.

If turf establishment material is applied by hand, measure on the ground surface area covered and convert to slurry units at the ratio of 0.1 hectare to 1 slurry unit.

Add the following:

Measure diversion channels by the meter. Measure along the centerline of the diversion channel including the lined channel and temporary culvert. Removal and restoration of diversion channels, including riprap, live stakes, and root wads will not be measured for payment.

Revised by Amendment No. A001

Temporary culvert pipe will not be measured for payment.

Temporary erosion control devices used for disposal of unsuitable or excess excavation in the Gletty Pit will not be measured for payment.

## Payment

**157.16** Add the following to the pay item list:

| | | |
|---|---|---|
| 15718 | Diversion channel, plastic lined | Meter |
| 15730 | Temporary turf establishment | Slurry Unit |



M.A. DeATLEY 01719

# Section 201.— CLEARING AND GRUBBING

## Description

**201.01** Add the following:

This work also consists of conserving timber for use in temporary diversion channel restoration, stream restoration, log spreaders for wetland mitigation, and fish passage installation and conserving slash for wetland mitigation and brush barriers for erosion control purposes.

Merchantable timber has been cleared from Station 20+320 to the end of the project.

## Construction Requirements

**201.03 General.** Add the following:

Limit clearing, grubbing, and stripping activities according to the requirements of Subsection 204.04A.

Merchantable timber removed from Forest Service land is subject to the Forest Resources Conservation and Shortage Relief Act of 1990 (PL 101-382; 104 Stat. 714-726; 16 USC 620 et. seq.). Do not export timber from the United States or use in direct or indirect substitution for unprocessed timber exported from the United States, from private lands by Purchaser, or any person as defined in Section 493 (16 USC 620e) of the Act.

Perform felling, bucking, and decking of merchantable timber according to accepted logging practices with a minimum of breakage, damage, and waste. Saw the merchantable timber into standard log lengths with proper trim allowance.

Conserve required number of root wads with boles for use in temporary diversion channel restoration, stream restoration at the Ten Mile Creek bridge removal, and fish passage installation.

Conserve required number of logs 90 to 150 millimeters in diameter and 2 to 3 meters in length at each of the wetland mitigation sites to be used as log spreaders.

Conserve 25 $m^3$ of slash for use at each of the wetland mitigation sites.

Conserve slash for brush barriers for erosion control measures.

Conserve cedar logs for use in the retaining wall areas as large woody debris (LWD).

Remove all down trees and fill any holes, from grubbed stumps, located within 2 meters of the slope rounded area.

**201.05 Grubbing.** Amend as follows:

M.A. DeATLEY 01720

(b) Delete the text and substitute the following:

Grub all embankment areas.

**201.06 Disposal.** Delete the first sentence of this subsection and substitute the following:

All merchantable timber within the areas to be cleared on private land will remain the property of the landowners. Deck on the owner's property in locations approved by the owners, suitable for loading by others with self-loaders. All remaining merchantable timber, other than that conserved under Subsection 201.03 above, is the Contractor's property.

Stockpile at least 100 stumps from the grubbing operations, for use by others in future projects, in the Gletty Pit in a location approved by the CO.

### Method of Measurement

**201.08** Add the following:

Use the contract quantity shown in the plan column on the summary of quantities sheet of the plans. This quantity is subject to adjustments resulting from any changes to slope stakes. See Subsection 152.03(c), Slope stakes and references.