# Section 203.— REMOVAL OF STRUCTURES AND OBSTRUCTIONS

## Description

**203.01** Add the following:

This work also includes the removal of the timber bridge at Ten Mile Creek.

## Material

**203.02** Add the following:

| | |
|---|---|
| Live Stakes | 626.04A |
| Coir/Rap Pillow | 713.20 |

## Construction Requirements

**203.03 Salvaging Material.** Add the following:

Suitable timbers from the bridge removal at Ten Mile Creek and signs removed from Station 25+000 to the end of the project will be salvaged. Contact Pend Oreille County at least 7 days prior to removal to arrange for transport.

Pend Oreille County
Mr. Walt Olsen
(509) 447-5890

Load salvaged material for transportation by others.

**203.05 Disposal of Material.** Amend as follows:

**(b) Burn.** Add the following to the first paragraph:

Burning periods are subject to seasonal conditions. Schedule burning to comply with federal, state, county, or local restrictions.

## Measurement

**203.07** Add the following:

Removal of the bridge at Ten Mile Creek includes the following:

**(a)** Removal of existing wooden bridge and treated timber footings.

**(b)** Disposal of unsalvageable material.

**(c)** Channel restoration.

**(d)** Installation of root wads with attached boles.

**(e)** Planting of live stakes.

**(f)** Temporary erosion control measures.

**(g)** Installation of coir/rap pillow.

**(h)** Excavation of existing roadbed embankment material.

# Section 204.— EXCAVATION AND EMBANKMENT

## Description

**204.01** Add the following:

This work also includes conserving and placing boulders.

## Material

**204.03** Add the following:

Conserve boulders that match character and color of native rock from excavation. Place boulders at locations designated in the plans. Boulder size is shown in the plans.

**204.04A General.** (Added Subsection)

Complete clearing, grubbing, ditch lining, and untreated aggregate base for any segment of road prior to winter shutdown.

Any erosion control measures deemed necessary by the CO as a result of the Contractor's disturbing an area without completing the work through untreated aggregate base placement and slope treatments, will be furnished and installed at no expense to the Government. Erosion control measures include, but are not limited to: construction of water bars, earth berms, temporary ditches, down drains, placement of rock or crushed aggregate, plastic sheeting, silt fence, straw mulch, and turf establishment.

Submit an Erosion Control Plan according to the requirements of Subsection 157.03.

**204.05 Conservation of Topsoil.** Add the following:

Apply temporary turf establishment according to Section 157 to preserve and protect the stockpiles from wind and water erosion during storage.

## Construction Requirements

**204.06 Roadway Excavation.** Amend as follows:

**(a) General.** Add the following to the second paragraph:

Conserve sufficient quantities of suitable 150 mm minus material from the roadway excavation between Stations 17+940 and 20+300, excluding station ranges listed in Subsection 204.14, to use for finishing the embankments. Sufficient quantities are available within the roadway excavation.

**204.07 Subexcavation.** Delete the first and fifth sentence and substitute the following:

Locations and depths of subexcavation are approximate, adjust to meet field conditions as directed by CO. Where applicable, cross-section according to Section 152. Prevent unsuitable material from becoming mixed with the backfill. Dispose of unsuitable material according to Subsection 204.14. Backfill subexcavation areas with select borrow or select topping as shown on the plans. Compact the material according to Subsection 204.11.

**204.10 Embankment Construction.** Amend as follows:

**(a) General.** Add the following:

Construct the top 300 millimeters of the embankment with suitable 150 millimeter minus material conserved from the roadway cuts between Stations 17+940 and 20+300, excluding material listed in Subsection 204.14.

**(b) Rock.** Delete the second paragraph.

**204.11 Compaction.** Delete the text of this Subsection and substitute the following:

Compact material according to the following paragraphs based on the amount of material retained on a 4.75 millimeter sieve as determined by AASHTO T27.

**(a) 80 percent or more of the material is retained on 4.75 mm sieve.** Adjust the moisture content of the material to a moisture content suitable for compaction. Compact each layer of material full width with one of the following:

**(1)** Four roller passes of a vibratory roller having a minimum dynamic force of 180 kilonewtons impact per vibration and a minimum frequency of 16 hertz

**(2)** Eight roller passes of a 20-metric ton compression-type roller

**(3)** Eight roller passes of a vibratory roller having a minimum dynamic force of 130 kilonewtons impact per vibration and a minimum frequency of 16 hertz

Proportion the compactive effort for layers deeper than 300 millimeters as follows:

- For each additional 150 millimeters or fraction thereof, increase the number of roller passes in (1) above by four.
- For each additional 150 millimeters or fraction thereof, increase the number of roller passes in (2) and (3) above, by eight.

Operate compression-type rollers at speeds less than 2 meters per second and vibratory rollers at speeds less than 1 meter per second.

**(b) 50 to 80 percent of the material is retained on 4.75 mm sieve.** Determine the optimum moisture content of the portion of the material passing the 4.75 mm sieve according to AASHTO T 99. Multiply this number by the percentage of material passing the 4.75 mm sieve, as determined by AASHTO T 27, and add 2 percent. This is the optimum moisture

content of the material. Adjust the moisture content of the material to optimum moisture content plus or minus 2 percent.

*For example:*

*Optimum moisture of the portion of the material passing the 4.75 mm sieve (determined by AASHTO T 99) = 15%*
*Actual percentage of this embankment material passing 4.75 mm sieve = 30%*
*Optimum moisture content for this embankment material = (0.30 x 15%) + 2% = 6.5%*

Compact each layer of material full width with one of the following:

**(1)** Four roller passes of a vibratory roller having a minimum dynamic force of 180 kilonewtons impact per vibration and a minimum frequency of 16 hertz
**(2)** Eight roller passes of a 20-metric ton compression-type roller
**(3)** Eight roller passes of a vibratory roller having a minimum dynamic force of 130 kilonewtons impact per vibration and a minimum frequency of 16 hertz

Proportion the compactive effort for layers deeper than 300 millimeters as follows.

- For each additional 150 millimeters or fraction thereof, increase the number of roller passes in (1) above by four.
- For each additional 150 millimeters or fraction thereof, increase the number of roller passes in (2) and (3) above, by eight.

Operate compression-type rollers at speeds less than 2 meters per second and vibratory rollers at speeds less than 1 meter per second.

**(c) 50 percent or less of the material is retained on 4.75 mm sieve.** Classify the material according to AASHTO M 145. For material classified A-1 or A-2-4, determine the maximum density according to AASHTO T 180 method D. For other material classifications, determine the optimum moisture content and maximum density according to AASHTO T 99 method C.

Adjust the moisture content of material classified A-1 through A-5 to a moisture content suitable for compaction. Adjust the moisture content of material classified A-6 and A-7 to within 2 percent of the optimum moisture content.

Compact material placed in all embankment layers and the material scarified in cut sections to at least 95 percent of the maximum density. Determine the inplace density and moisture content according to AASHTO T 238 and AASHTO T 239 or other approved test procedures.

When required, use AASHTO T 224 to correct for coarse particles.

**204.12A Boulders.** (Added Subsection.)

Place boulders at the locations and depths shown in the plans. Lay boulders on firm beds and backfill as required, using hand-operated equipment if necessary.

**204.14 Disposal of Unsuitable or Excess Material.** Delete the text of this Subsection and substitute the following:

Excavated material from the following locations is anticipated to be unsuitable for embankment construction:

Stations 18+460 to 18+580
Stations 19+360 to 19+480
Stations 19+620 to 19+680
Stations 20+260 to 20+300
Stations 20+700 to 20+900
Stations 21+300 to 21+440
Stations 21+560 to 21+600
Stations 21+840 to 21+860
Stations 22+150 to 22+200
Stations 22+260 to 22+440
Stations 22+740 to 22+760
Stations 23+600 to 23+640
Stations 23+800 to 23+820
Stations 24+000 to 24+400
Stations 24+600 to 24+740
Approach Road at Station 18+460
Approach Road at Station 21+430

Unsuitable or excess material may be disposed of at Gletty Pit . Additional contractor disposal sites may be necessary depending on the amount of material and the contractor's methods of disposal. If material is disposed of off the project, comply with Subsection 107.10 as well as any applicable local, State, and Federal laws.

Requirements for disposing in the Gletty Pit are as follows:

**(a)** Submit to the CO for approval 14 days prior to starting disposal operations, a plan that includes:

(1) Areas to be utilized for stockpiling waste,

(2) Estimated volume,

(3) Alternate contractor located disposal sites for material in excess of the capacity of Gletty Pit,

(4) Typical sections of finished stockpile that contour into a natural blend with surrounding area,

(5) Maximum finished slope ratio of 1V:2.5H,

(6) Maximum lift heights of 1 meter,

(7) Stockpiling methods that address oversaturated unsuitable material,

(8) Temporary erosion control devices,

**(b)** Do not dispose of any material outside of the development limits shown on the plans.

**(c)** Do not stockpile any waste material within 5 meters of the edge of current fill slopes.

**(d)** Do not block any roads into and out of the pit.

**(e)** Do not place waste in areas that prohibit access to the available borrow material.

**(f)** Install temporary erosion control devices as necessary.

**(g)** Perform final contouring and shaping according to Section 622.

## Measurement

**204.16** Amend as follows:

Add the following to paragraph **(a)(1)***(a)* Roadway prism excavation:

Use the volume shown in the plan column on the summary of quantities sheet of the plans. The volume is subject to adjustments resulting from changes to slope stakes. See Subsection 152.03(c), Slope stakes and references.

Add the following:

**(i) Boulders.** Measure boulders by the each.

## Payment

**204.17** Add the following to the pay item list:

| | |
|---|---|
| 20426 Boulders | Each |

**Delete Table 204-1 (pages 118 &119) and substitute with the following Table 204-1.**

## Table 204-1
## Sampling, Testing and Acceptance Requirements

**Section 204 - Excavation and Embankment**

| Type of Acceptance (Subsection) | Material or Product | Characteristic | Category | Test Methods / Specifications | Tolerance | Sampling Frequency | Point of Sampling | Split Sample | Reporting Time | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| Measured and tested for conformance (Subsection 106.04) | Select Topping | Gradation | — | AASHTO T 27 & AASHTO T 11 | Subsection 704.08 | 1 per soil type but not less than 2 for each day of production | Source of material | Yes when requested | Prior to use in work | — |
| | | Liquid Limit | — | AASHTO T 89 | " | " | " | " | " | — |
| | | Moisture-Density | — | AASHTO T 180, Method D or T 99 Method C as appropriate | — | 1 per soil type but not less than 1 per each 10,000 m³ | " | " | " | — |
| | | Compaction | — | AASHTO T 238 & T 239 or other approved procedures | Subsection 204.11 | 1 per layer per each 5,000 m² | Roadway embankment | — | Prior to placement of next layer | Testing not required when embankment material can not be tested with approved methods |
| Measured and tested for conformance (Subsection 106.04) | Select Borrow | Gradation | — | AASHTO T 27 & AASHTO T 11 | Subsection 704.07 | 1 per soil type but not less than 2 for each day of production | Source of material | Yes when requested | 24 hours | — |
| Measured and tested for conformance (Subsection 106.04) | Earth Embankment | Classification | — | AASHTO M 145 | Subsection 204.11(b) | 1 per soil type | Source of material | Yes when requested | Prior to use in work | |
| | | Moisture-Density | | AASHTO T 180, Method D or T 99 Method C as appropriate | " | 1 per soil type but not less than 1 per each 10,000 m³ | " | " | " | |
| | | Compaction | | AASHTO T 238 & T 239 or other approved procedures | Subsection 204.11 | 1 per layer for each 5,000 m² | Roadway embankment | " | Prior to placement of next layer | Testing not required when embankment material can not be tested with approved methods |
| Measured and tested for conformance (Subsection 106.04) | Top of Subgrade | Compaction | — | AASHTO T 238 & T 239 or other approved procedures | Subsection 204.11 | 1 for each 2000 m² | Roadway embankment | — | Prior to placement of next layer | Testing not required when embankment material can not be tested with approved methods |
| Measured and tested for conformance (Subsection 106.04) | Roadbed | Final line & grade | — | Field measured | Line & grade within ± 15 mm | Determined by the CO | Determined by the CO | — | Prior to placement of next layer | — |

# Section 205. – ROCK BLASTING

## Construction Requirements

**205.10 Acceptance.** Add the following:

See Table 205-1 for minimum sampling, testing and acceptance requirements.

**Table 205-1**
**Sampling, Testing and Acceptance Requirements**

| Section 205 - Rock Blasting | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Type of Acceptance (Subsection)** | **Material or Product** | **Characteristic** | **Category** | **Test Methods / Specifications** | **Tolerance** | **Sampling Frequency** | **Point of Sampling** | **Split Sample** | **Reporting Time** | **Remarks** |
| Certification of Compliance (Subsection 106.03) | Explosive and blasting accessories | Quality | — | Subsection 725.25 | — | Each shipment | Source of materials | — | Prior to use in work | — |
| Measured and tested for conformance (Subsection 106.04) | Controlled blast hole | Spacing and alignment | — | Field measured | Within ±225 mm | Every hole | Final surface | — | Prior to loading any holes | — |

# Section 207. – EARTHWORK GEOTEXTILES

## Construction Requirements

**207.06 Acceptance.** Add the following:

See Table 207-1 for minimum sampling, testing and acceptance requirements.

**Table 207-1**
**Sampling, Testing and Acceptance Requirements**

| Section 207 - Earthwork Geotextiles | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Type of Acceptance (Subsection)** | **Material or Product** | **Characteristic** | **Category** | **Test Methods / Specifications** | **Tolerance** | **Sampling Frequency** | **Point of Sampling** | **Split Sample** | **Reporting Time** | **Remarks** |
| Certification of Compliance (Subsection 106.03) | Geotextile | Quality & Performance | — | Subsection 714.01 | — | Each shipment | Source of material | — | Prior to use in work | — |
| Measured and tested for conformance (Subsection 106.04) | Geotextile | Installation | — | Field measured | - (minus) 25 mm | 1 for each overlap | Installation | — | Prior to being covered | — |

M.A. DeATLEY 01731

# Section 209.— STRUCTURE EXCAVATION AND BACKFILL

## Measurement and Payment

**209.13** Delete the fourth paragraph and substitute the following:

Foundation fill ordered by the CO will be measured and paid for according to the method of measurement and agreed price established in the Contract Modification authorizing the work.

**Delete Table 209-1 (page 141) and substitute with the following Table 209-1.**

**Table 209-1**
**Sampling, Testing and Acceptance Requirements**

| Section 209 - Structure Excavation And Backfill | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Type of Acceptance (Subsection)** | **Material or Product** | **Characteristic** | **Category** | **Test Methods / Specifications** | **Tolerance** | **Sampling Frequency** | **Point of Sampling** | **Split Sample** | **Reporting Time** | **Remarks** |
| Measured and tested for conformance (Subsection 106.04) | Excavation | Elevation and dimensions specified | — | Field measured | 1:2500 Horz. (not to exceed 15 mm) & ± 15 mm Vert. from reference stakes | Each foundation | Installation | — | Prior to beginning next phase of related work | — |
| Measured and tested for conformance (Subsection 106.04) | Backfill materials | Gradation<br><br>Moisture-Density<br><br>Compaction | —<br><br>—<br><br>— | AASHTO T 27<br><br>AASHTO T 99, Method C<br><br>AASHTO T 238 & T 239 or other approved procedures | Subsection 704.03<br><br>—<br><br>Subsection 209.11 | 1 per soil type<br><br>"<br><br>1 for each 250 m³ or fraction thereof but not less than 1 per each installation | Installation<br><br>Source of material<br><br>Installation | —<br><br>Yes when requested<br><br>— | Prior to use in work<br><br>"<br><br>Report at end of shift | —<br><br>—<br><br>— |
| Certification of Compliance (Subsection 106.03) | Bedding, Class A | — | — | — | — | — | — | — | — | See Section 601 |
| Certification of Compliance (Subsection 106.03) | Bedding, Class B | Gradation<br><br>Moisture-Density<br><br>Compaction | —<br><br>—<br><br>— | AASHTO T 27 & T 11<br><br>AASHTO T 99, Method C<br><br>AASHTO T 238 & T 239 or other approved procedures | Subsection 704.02<br><br>—<br><br>Subsection 209.11 | 1 per soil type<br><br>"<br><br>1 for each 250 m³ or fraction thereof but not less than 1 per each installation | Source of material<br><br>"<br><br>Installation | —<br><br>Yes when requested<br><br>— | Prior to use in work<br><br>"<br><br>Report at end of shift | —<br><br>—<br><br>— |
| Certification of Compliance (Subsection 106.03) | Bedding, Class C | Gradation<br><br>Moisture-Density<br><br>Compaction | —<br><br>—<br><br>— | AASHTO T 27<br><br>AASHTO T 99, Method C<br><br>AASHTO T 238 & T 239 or other approved procedures | Subsection 704.02<br><br>—<br><br>Subsection 209.11 | 1 per soil type<br><br>"<br><br>1 for each 250 m³ or fraction thereof but not less than 1 per each installation | Source of material<br><br>"<br><br>Installation | —<br><br>Yes when requested<br><br>— | Prior to use in work<br><br>"<br><br>Report at end of shift | —<br><br>—<br><br>— |

F-14

## Table 209-1
## Sampling, Testing and Acceptance Requirements

**Section 209 - Structure Excavation And Backfill**

| Type of Acceptance (Subsection) | Material or Product | Characteristic | Category | Test Methods / Specifications | Tolerance | Sampling Frequency | Point of Sampling | Split Sample | Reporting Time | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| Certification of Compliance (Subsection 106.03) | Foundation fill | Classification | — | AASHTO M 145 | Subsection 704.01 | 1 per soil type | Source of material | — | Prior to use in work | — |
| | | Gradation | — | AASHTO T 27 & T 11 | " | " | " | — | " | - |
| | | Moisture-Density | — | AASHTO T 99, Method C | — | " | " | Yes when requested | " | — |
| | | Compaction | — | AASHTO T 238 & T 239 or other approved procedures | Subsection 209.11 | 1 for each 250 m³ or fraction thereof but not less than 1 per each installation | Installation | — | Report at end of shift | — |
| Certification of Compliance (Subsection 106.03) | Unclassified borrow | Classification | — | AASHTO M 145 | Subsection 704.06 | 1 per soil type | Source of material | — | Prior to use in work | — |
| | | Gradation | — | AASHTO T 27 | " | " | " | — | " | — |
| | | Moisture-Density | — | AASHTO T 99, Method C | — | " | " | Yes when requested | " | — |
| | | Compaction | — | AASHTO T 238 & T 239 or other approved procedures | Subsection 209.11 | 1 for each 250 m³ or fraction thereof but not less than 1 per each installation | Installation | — | Report at end of shift | — |

# Section 211.— ROADWAY OBLITERATION

## Construction Requirements

**211.02 General.** Delete this Subsection and substitute the following:

Scarify and remove the existing pavement structure. Remove and dispose of all metal culverts and other old structures according to Section 203. Obliterate the existing roadway according to the methods shown and described in the plans.

In locations where Method D, "Remove Roadway" method of obliteration, is used, remove existing pavement structure and roadway embankment down to the natural ground contours. This may require excavating below ground line to ensure embankment material is removed.

# Section 251.— RIPRAP

## Construction Requirements

**251.06A Riprap Lined Ditch.** (Added Subsection.)

Construct ditches as shown on the plans according to the requirements of Section 204. Place rock on the prepared surface to form a well-graded mass with a minimum of voids. Place or rearrange individual rock by mechanical or hand means to obtain a compacted blanket as detailed on the plans.

**251.06B Energy Dissipator.** (Added Subsection.)

An energy dissipator is an erosion control device constructed of rock placed on a prepared surface to form a well-graded mass with a minimum of voids. Construct energy dissipators as shown on the plans.

Place rock material by methods which avoid displacing the underlying material. Place or rearrange individual rock by mechanical or hand means to obtain a compacted blanket as detailed on the plans.

Install energy dissipators within 5 days of culvert or curb installation or before a high runoff producing storm event occurs, whichever comes first.

**251.06C Culvert Inlet/Outlet Control System.** (Added Subsection.)

A culvert inlet/outlet control system is an erosion control device constructed of rock placed on a prepared surface to form a well-graded mass with a minimum of voids. Construct culvert inlet/outlet control systems as shown on the plans.

Place rock material by methods which avoid displacing the underlying material. Place or rearrange individual rock by mechanical or hand means to obtain a compacted blanket as detailed on the plans.

**251.06D Riprap Headwall.** (Added Subsection.)

A riprap headwall is an erosion control device constructed of rock placed on a prepared surface to form a well-graded mass with a minimum of voids. Construct riprap headwalls as shown on the plans.

Place rock material by methods which avoid displacing the underlying material. Place or rearrange individual rock by mechanical or hand means to obtain a compacted blanket as detailed on the plans.

**251.07 Acceptance.** Delete the text of this Subsection and substitute the following:

Riprap gradation will be evaluated under Subsection 106.02. Riprap placement for bank protection and slope protection will be evaluated under Subsection 106.04. Construction of erosion control device will be evaluated under Subsection 106.02.

## Measurement

**251.08** Delete the text of this Subsection and substitute the following:

Measure Item 25101A, placed riprap, class 2 by the cubic meter in the hauling vehicle.

Measure Item 25101B, placed riprap, class 5 by the cubic meter in place.

Measure riprap lined ditch by the meter.

Measure energy dissipators by the square meter.

Do not measure riprap placed to restore temporary diversion channels.

Measure culvert inlet/outlet control systems by the each.

Measure riprap headwalls by the each.

## Payment

**251.09** Add the following to the pay item list:

| | | |
|---|---|---|
| 25107 | Riprap lined ditch | Meter |
| 25110 | Culvert inlet/outlet control system | Each |
| 25112 | Riprap headwall | Each |
| 25118 | Energy dissipator, type I | Square Meter |

**Delete Table 251-1 (page 159) and substitute with the following Table 251-1.**

**Table 251-1**
**Sampling, Testing and Acceptance Requirements**

| Section 251 - Riprap | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Type of Acceptance (Subsection)** | **Material or Product** | **Characteristic** | **Category** | **Test Methods / Specifications** | **Tolerance** | **Sampling Frequency** | **Point of Sampling** | **Split Sample** | **Reporting Time** | **Remarks** |
| Certification of Compliance (Subsection 106.03) | Geotextile | — | — | — | — | — | — | — | - | See Section 207 |
| | Riprap | Apparent specific gravity and absorption | — | AASHTO T 85 | Subsection 705.02 | Each source | Source of material | — | Prior to use in work | — |
| | | Coarse durability index | — | AASHTO T 210 | " | " | " | — | " | — |
| | | Gradation | — | Visual or field measured | " | " | " | — | " | — |
| | | Dimensions of installation area | — | Field measured | 150 mm Vertical & 300 mm Horizontal | At least 1 per installation | Installation | — | Determined by CO | — |

M.A. DeATLEY 01736

# Section 252.— SPECIAL ROCK EMBANKMENT AND ROCK BUTTRESS

## Measurement

**252.05** Delete the text in this Subsection and substitute the following:

Measure special rock embankment and rock buttress by the cubic meter in the hauling vehicle.

# Section 253.— GABIONS AND REVET MATTRESSES

## Material

**253.02** Add the following:

| | |
|---|---|
| Select granular backfill | 704.10 |
| Topsoil mix | 713.01A |
| Erosion control matting | 713.07 |
| Geotextile Type IV-D | 714.01 |
| Hardware cloth | 720.01(g) |

## Construction Requirements

**253.03 General.** Add the following:

Excavate for the gabion structure footing to the elevation shown on the plans or as adjusted by the CO to fit field conditions. Where rock, hardpan, or other unyielding material is encountered at or above the foundation elevation, remove the unyielding material to a depth of at least 200 millimeters below the foundation grade. Excavate at least 300 millimeters beyond the front face of the lower basket. Backfill the excavation below grade with select granular backfill. Compact the select granular backfill in layers not over 200 millimeters in uncompacted depth. Repair slipouts caused by the Contractor's operations at no expense to the Government.

Perform excavation with equipment capable of removing the material without over excavating.

**253.04 Basket Assembly.** Add the following:

Use welded wire gabion basket material for gabion faced retaining walls. Twisted wire mesh will not be allowed.

**253.05 Structure Erection.** Delete the text of second sentence of the second paragraph and substitute the following:

Install other fasteners according to Subsection 720.02(c). Alternate wire fasteners shall not be used to join more wires, or larger wires, than for which they were tested and approved.

**253.06 Cell Filling.** Amend as follows:

Add the following to the second paragraph:

For topsoil faced gabion baskets, fill each cell of the baskets to 1/4 its depth and place connecting wires in each direction as shown on the plans. Fill to next level of connecting wire and repeat this operation until cell is filled. Fill the front (topsoil mix) and back (select granular) compartments of cells simultaneously in even lifts to prevent displacement of the internal diaphragm. Compact each layer of the top soil mix and select granular cell fill according to Subsection 209.11, except compact

to at least 90 percent of the maximum density using hand tampers or lightweight mechanical or vibratory compactors.

Delete the text of the second sentence of the third paragraph and substitute the following:

Completely fill cells so that the lid will bear on the cell fill when it is secured. Secure the lid so that no more than a 25 millimeter gap remains at any connection.

Add the following:

Gabion rows or layers not completed at the end of each shift, shall have the last gabion filled with rock tied internally as an end gabion.

**253.06A Testing for Unit Mass.** (Added Subsection.)

Perform an approved unit mass test on rock filled baskets prior to starting gabion faced retaining wall construction. Notify the CO 24 hours prior to the test.

Perform subsequent unit mass tests for each 150 cubic meters of rock filled gabions placed. The frequency of these tests may be reduced by the CO if the proper unit mass is being consistently obtained.

Furnish weighing equipment meeting the requirements of Subsection 109.03 to determine the in-place unit mass of the gabions.

The minimum unit mass of the rock filled gabions is 1680 kg per cubic meter. If the unit mass of the gabion weighed is less than the minimum required, the gabion will be rejected. In the event a gabion in rejected, weigh additional gabions to establish that the minimum acceptable unit mass is being obtained before continuing with gabion construction.

**253.07 Backfilling.** Delete the text of the first sentence and substitute the following.

Place a geotextile over the back face of rock filled gabions only.

**253.09 Acceptance.** Add the following:

See Table 253-1 for minimum sampling, testing and acceptance requirements.

## Table 253-1
## Sampling, Testing and Acceptance Requirements

| Section 253 - Gabions and Revet Mattresses | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Type of Acceptance (Subsection)** | **Material or Product** | **Characteristic** | **Category** | **Test Methods / Specifications** | **Tolerance** | **Sampling Frequency** | **Point of Sampling** | **Split Sample** | **Reporting Time** | **Remark** |
| Measured and tested for conformance (Subsection 106.04) | Excavation | Elevation and dimensions specified | — | Field measured | 1:2500 Horz.(not to exceed 30 mm) and ± 30 mm Vert from reference stakes | Each foundation | Installation | — | — | See Section 209 |
| | Backfill | Compaction | — | AASHTO T 238 and T 239 or other approved procedures | — | 1 for each 250 m³ or fraction thereof but not less than 1 for each installation | Installation | — | — | — |
| | Gabions | Unit mass | — | Field measured | Subsection 253.06A | 1 for each 150 m³ or fraction thereof | Installation | — | The sampling frequency may be reduced by the CO. | — |
| | Gabion construction | Line and grade | — | Field measured | 1:5000 Horz.(not to exceed 15 mm) and ± 15 mm Vert. from reference stakes | As determined by the CO | Installation | — | See Subsection 253.06A | — |

# Section 255.— MECHANICALLY STABILIZED EARTH WALLS

## Material

**255.02** Add the following to the material list:

| | |
|---|---|
| Gabions | 253 |
| Topsoil | 624 |
| Welded wire fabric for soil reinforcement | 720.01(k) |

## Construction Requirements

**255.03 General.** Amend as follows:

Delete the text of third sentence of the first paragraph and substitute the following:

Grade the foundation for a width equal to the length of reinforcement mesh plus 1 meter.

Add the following:

Perform excavation with equipment capable of removing the material while preventing escapement outside of the construction limits.

**255.04 Wall Erection.** Add the following:

**(c) Gabion-faced walls.** Furnish and assemble gabion baskets according to Subsection 253.04. Lay welded wire fabric for soil reinforcement horizontally on compacted fill. Place the soil reinforcement fabric normal to the face of the wall. Connect the gabion facing unit to the reinforcement fabric with spiral binders or tie wire at 100 mm nominal spacing with alternating single and double locked loops. Join adjacent baskets vertical edges according to Subsection 253.05. Fill gabion basket cells according to Subsection 253.06. Pull and anchor the reinforcement fabric taut prior to backfill placement. Place gabion baskets in horizontal lifts as shown on the wall elevation plans concurrently with backfill placement. Test filled gabions according to Subsection 253.06A.

**255.05 Backfilling.** Add the following:

Place select granular backfill closely following erection of each course of reinforcing fabric and gabion baskets. Prior to backfilling, place geotextile fabric on the back of the gabion basket. Place a minimum of 150 mm of uncompacted backfill material over the reinforcement fabric before any rubber-tire equipment is permitted to operate above the fabric. Place a minimum of 250 mm of uncompacted backfill material over the reinforcement fabric before any track-mounted equipment is permitted to operate above the fabric. Compact each layer according to Subsection 204.11.

**255.06 Acceptance.** Add the following:

Gabions will be evaluated under Subsection 253.09.

Structure excavation and backfill will be evaluated under Subsection 209.12.

See Table 255-1 for minimum sampling, testing and acceptance requirements.

## Measurement

**255.07** Add the following:

Measure gabion-faced retaining walls by the square meter of wall face. Measurement will be made on the vertical plane of front face.

Aggregate base for leveling pad will not be measured for payment.

Select granular backfill will not be measured for payment.

Topsoil mix will not be measured for payment

## Payment

**255.08** Add the following to the pay item list:

25504 Gabion-faced retaining wall Square meter

**Table 255-1**
**Sampling, Testing and Acceptance Requirements**

| Section 255 - Mechanically Stabilized Earth Walls | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Type of Acceptance (Subsection)** | **Material or Product** | **Characteristic** | **Category** | **Test Methods / Specifications** | **Tolerance** | **Sampling Frequency** | **Point of Sampling** | **Split Sample** | **Reporting Time** | **Remarks** |
| Certification of Compliance (Subsection 106.03) | Select granular backfill | Quality requirements | — | See Subsection 704.10 | Subsection 704.10 | each source | Source of material | — | Prior to use in work | Provide copy of test reports |
| | | Electrochemical requirements | — | " | " | " | " | — | " | " |
| | | Gradation | — | " | " | " | " | — | " | " |
| | Structural backfill | Quality requirements | — | See Subsection 704.04 | Subsection 704.04 | each source | Source of material | | Prior to use in work | Provide copy of test reports |