## Table 255-1
## Sampling, Testing and Acceptance Requirements

| Section 255 - Mechanically Stabilized Earth Walls | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Type of Acceptance (Subsection)** | **Material or Product** | **Characteristic** | **Category** | **Test Methods / Specifications** | **Tolerance** | **Sampling Frequency** | **Point of Sampling** | **Split Sample** | **Reporting Time** | **Remarks** |
| Measured and tested for conformance (Subsection 106.04) | Excavation | Elevation and dimensions specified | — | Field measured | 1:2500 Horz.(not to exceed 0.1') and ±0.1' Vert. from reference stakes | Each foundation | Installation | — | — | — |
| | Topsoil in gabions | Compaction | — | AASHTO T 238 and T 239 or other approved procedures | — | 1 for each 150 m³ or fraction thereof but not less than 1 for each installation | Installation | — | — | — |
| | | Moisture Density | — | AASHTO T99 | — | 1 for each material | Source of material | — | — | — |
| | Structural Backfill | Compaction | — | AASHTO T 238 and T 239 or other approved procedures | — | 1 for each 150 m³ or fraction thereof but not less than 1 for each installation | Installation | — | — | — |
| | | Gradation | — | AASHTO T11 and AASHTO T27 | Subsection 704.04 | — | — | — | — | — |
| | | Liquid Limit | — | AASHTO T89 | Subsection 704.04 | — | — | — | — | — |
| | | Moisture Density | — | AASHTO T99 | — | 1 for each material | Source of material | — | — | — |
| | Gabions | Unit mass | — | Field weighed | — | 1 for each 150 m³ or fraction thereof | Installation | — | The sampling frequency may be reduced by the CO. See Subsection 253.06A | — |
| | Gabion construction | Line and grade | — | Field measured | See Subsection 253.06A<br>1:5000 Horz.(not to exceed 0.05') and ±0.05' Vert. from reference stakes | As determined by the CO | Installation | — | — | — |



M.A. DeATLEY 01743

# Section 301.— UNTREATED AGGREGATE COURSES

## Construction Requirements

**301.03 General.** Delete the text of this Subsection and substitute the following:

Schedule construction activities to ensure that placement of the aggregate base course can be completed before the end of the 2001 construction season.

Prepare the surface on which the aggregate course is placed according to Section 204 or 303 as applicable.

After a representative quantity of aggregate is produced, submit proposed target values for the appropriate sieve sizes along with a representative 150-kilogram sample at least 14 days before incorporating the aggregate into the work. Submit the target values to the CO. Submit the aggregate sample to the Vancouver Laboratory, using the mailing tags provided by the CO.

Set target values for base and surface course aggregate within the gradation ranges shown in Table 703-2A and Table 703-3A respectively, for the required gradation. List the percent passing for all sieve sizes shown in the table. Target values for non-specification sieves are necessary for performing "The Humphres Method of Granular Soils."

**301.04 Mixing and Spreading.** Delete the text of this Subsection and substitute the following:

Use the optimum moisture content from the Humphres test performed by the Government. Mix the aggregate and adjust the moisture content to obtain a uniform mixture with a moisture content within one percent of the optimum moisture content. Spread and shape the mixture on the prepared surface in a uniform layer.

Do not place the mixture in a layer exceeding 150 millimeters in compacted thickness. When more than one layer is necessary, compact each layer according to Subsection 301.05 before placing the next layer. Route hauling equipment uniformly over the full width of the surface to minimize rutting or uneven compaction.

If at any time the calculated mean value for any tested sieve differs from the target value by more than the allowable deviation for that sieve, terminate placement and resubmit new target values and another aggregate sample to the Vancouver Laboratory for a new Humphres.

**301.05 Compacting.** Delete the first sentence of this Subsection and substitute the following:

The Government will determine the maximum density and optimum moisture according to the test procedures described on pages 92 to 98 of Highway Research Board Bulletin No. 319, dated 1962, "The Humphres Method of Granular Soils". Use the data provided to determine the maximum density based on the gradation of field compaction samples.

**301.08 Acceptance.** Delete the text of this Subsection and substitute the following:

Acceptance of untreated aggregate courses are subject to the following:

**(a)** When base aggregate, grading D is produced from Contractor-located sources, the aggregate quality requirements listed in Subsection 703.05 [Los Angeles abrasion, sodium sulfate soundness loss (coarse and fine), durability index (coarse and fine), and accelerated weathering of aggregate by use of Dimethyl Sulfoxide (DMSO)] will be evaluated under Subsection 106.04.

**(b)** Base and surface aggregate course construction will be evaluated under Subsection 106.04.

**(c)** Aggregate course compaction and surface tolerance for base and surface aggregate will be evaluated under Subsection 106.04.

**(d)** The following aggregate quality characteristics for base aggregate, grading D will be evaluated under Subsection 106.05:

**(1) Aggregate gradation.** The upper and lower specification limits are equal to the calculated mean of all test results plus or minus the allowable deviations shown in Table 703-2A, except as follows:

*(a)* If the calculated mean value for any tested sieve exceeds the maximum gradation value shown in Table 703-2A ,the upper specification is equal to the maximum gradation value plus the allowable deviation, and the lower specification is equal to the maximum gradation value minus the allowable deviation.

*(b)* If the calculated mean value for any tested sieve is less than the minimum gradation value shown in Table 703-2A, the upper specification is equal to the minimum gradation value plus the allowable deviation and the lower specification is equal to the minimum gradation value minus the allowable deviation.

**(2) SE/$P_{75}$ Index (SEP).** The lower specification limit for the SEP is 1.000. See Subsection 101.04 for the definition of this parameter.

**(3) Fractured faces.** When aggregate is produced from a gravel source, use the specification limit shown in Subsection 703.05(b)(1).

**(e)** Quality characteristics for the surface course aggregate will be evaluated under Subsection 106.03.

M.A. DeATLEY 01745

**<u>Delete Table 301-1 (pages 195 & 196) and substitute with the following Table 301-1.</u>**

## Table 301-1
## Sampling, Testing and Acceptance Requirements

| Section 301.— Untreated Aggregate Courses | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Type of Acceptance (Subsection)** | **Material or Product** | **Characteristic** | **Category** | **Test Methods / Specifications** | **Tolerance** | **Sampling Frequency** | **Point of Sampling** | **Split Sample** | **Reporting Time** | **Remarks** |
| **AGGREGATE SOURCE:** | | | | | | | | | | |
| Measured and tested for conformance (Subsection 106.04) | Material source (Contractor-located) | Los Angeles abrasion (coarse) | — | AASHTO T 96 | — | 5 for each undeveloped source or 1 for each commercial source | Source of material | Yes when requested | Prior to use in work | Not required when using Government-provided sources |
| | | Durability index (coarse and fine) | — | AASHTO T 210 | — | " | " | " | " | " |
| | | Sodium sulfate soundness | — | AASHTO T 104 | — | " | " | " | " | " |
| | | Accelerated weathering | — | WFLHD-DMSO | — | " | " | " | " | " |
| **AGGREGATE PRODUCTION:** | | | | | | | | | | |
| Measured and tested for conformance (Subsection 106.04) | Aggregate base, Grading D | Gradation | — | AASHTO T 27 | Subsection 703.05 | 1 for each 6 hours of production but not less than 2 for each day | Flowing aggregate stream (bin or belt discharge) or conveyor belt | Yes when requested | End of shift | — |
| | | Fractured Faces | — | ASTM D5821 | " | " | " | " | " | — |
| | | Sand equivalent | — | AASHTO T 176, Alternate Method No. 2, Referee Method | " | " | " | " | " | — |
| | | Percent Passing 75µm | — | AASHTO T 11 | " | " | " | " | " | — |
| | | SE/P75µm Index | — | See Subsection 101.04 | " | " | " | " | " | — |
| | | Sample for maximum density | — | Humphres Method (see Subsection 301.05) | Subsection 301.05 | 1 for each aggregate type | Production output | — | 15 days prior to use in work | Tested by the Government |
| **FINAL PRODUCT:** | | | | | | | | | | |
| Statistical (Subsection 106.05) | Aggregate base, Grading D | Gradation<br>9.5 mm<br>4.75 mm<br>425 µm | <br>I<br>I<br>II | AASHTO T 27 | Subsection 703.05 | 1 per each 1,000 metric tons | From the windrow or roadbed after processing | Yes when requested | 4 hours | — |
| | | Percent Passing 75µm | — | AASHTO T 11 | — | " | " | " | " | — |
| | | Sand Equivalent | — | AASHTO T 176, Alternate Method No. 2, Referee Method | — | " | " | " | " | — |
| | | SEP Index | I | See Subsection 101.04 | — | " | " | " | " | — |
| | | Fractured faces | I | ASTM D5821 | — | " | " | " | " | — |

## Table 301-1
## Sampling, Testing and Acceptance Requirements

**Section 301.— Untreated Aggregate Courses**

| Type of Acceptance (Subsection) | Material or Product | Characteristic | Category | Test Methods / Specifications | Tolerance | Sampling Frequency | Point of Sampling | Split Sample | Reporting Time | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| Measured and tested for conformance (Subsection 106.04) | Aggregate base, Grading D | Compaction | — | AASHTO T 224 when required. FLH T 513, AASHTO T 238 and AASHTO T 239 or other approved procedures | Subsection 301.05 | 1 for each 500 metric tons but not less than 1 for each layer | In place completed layer | — | End of shift | — |
| | | Line and grade | — | Subsection 301.04 & Subsection 301.06 | Subsection 301.06 | 1 for each 500 m² or as determined by the CO | Final course | — | " | — |
| | | Surface tolerance | — | Subsection 301.06 | " | " | — | — | " | — |
| Measured and tested for conformance (Subsection 106.04) | Surface course aggregate | Compaction | — | AASHTO T 224 when required. FLH T 513, AASHTO T 238 and AASHTO T 239 or other approved procedures | Subsection 301.05 | 1 for each 500 metric tons but not less than 1 for each layer | In place completed layer | — | End of shift | — |
| | | Line and grade | — | Subsection 301.04 | Within ± 10 mm of surface course aggregate finishing stakes | 1 for each 500 m² or as determined by the CO | Final course | — | " | — |
| | | Surface tolerance | — | Subsection 301.06 | Subsection 301.06 | " | " | — | " | — |
| | | Sample for maximum density | — | Humphres Method (see Subsection 301.05) | Subsection 301.05 | 1 for each aggregate type | Production output | — | 15 days prior to use in work | Tested by the Government |

# Section 309. — EMULSIFIED ASPHALT TREATED BASE COURSE

## Construction Requirements

**309.03 General.** Delete the text of this Subsection and substitute the following:

Prepare the surface on which the treated aggregate base course is placed according to Section 204 or 303 as applicable.

After a representative quantity of aggregate is produced, submit proposed target values for the appropriate sieve sizes along with a representative 150-kilogram sample at least 14 days before incorporating the aggregate into the work. Submit the target values to the CO. Submit the aggregate sample to the Vancouver Laboratory, using the mailing tags provided by the CO.

Set target values for emulsified treated base aggregate within the gradation ranges shown in Table 703-2A for the required gradation. List the percent passing for all sieve sizes shown in Table 703-2A. Target values for non-specification sieves are necessary for performing "The Humphres Method of Granular Soils."

Do not place emulsified asphalt treated base unless hot asphalt concrete pavement is placed the same construction season.

If target values and aggregate samples have been submitted under Section 301 and the values have not been changed, use the compaction curve as established according to Subsection 301.03.

**309.04 Mixing and Spreading.** Delete the text of this Subsection and substitute the following:

Use a stationary pugmill with weighing, volumetric, or other gauging equipment capable of accurately controlling the material entering the mixer. Interlock the controls for the aggregate feed with the emulsified asphalt and water controls to ensure uniform introduction of material into the mixer. Use the optimum moisture content from the Humphres test performed by the Government.

Add the aggregate and water to the mixer before the emulsified asphalt. Add 1 percent emulsified asphalt by mass of aggregate. Adjust the total liquid content (emulsified asphalt and water), so that at the time of compaction the total liquid content is within one percent of the optimum moisture content. Mix until all particles are uniformly coated. Haul and place the treated aggregate immediately after mixing. Do not store emulsified asphalt treated aggregates in stockpiles.

Spread the mixture on the prepared surface in a uniform layer. Shape the mixture to the line, grade, and cross-section. Route hauling equipment uniformly over the full width of the surface to minimize rutting or uneven compaction.

If at any time the calculated mean value for any tested sieve differs from the target value by more than the allowable deviation for that sieve, terminate placement and resubmit new target values and another aggregate sample to the Vancouver Laboratory for a new Humphres.

**309.05 Compacting.** Delete the first paragraph and substitute the following:

The Government will determine the maximum density and optimum moisture according to the test procedures described on pages 92 to 98 of Highway Research Board Bulletin No. 319, dated 1962, "The Humphres Method of Granular Soils". Use the data provided to determine the maximum density based on the gradation of field compaction samples.

**309.08 Acceptance.** Delete the text of this Subsection and substitute the following:

Emulsified asphalt treated aggregate base courses will be evaluated according to the following:

When emulsified asphalt treated aggregate base, grading D is produced from Contractor-located sources, the aggregate quality requirements listed in Subsection 703.05 [Los Angeles abrasion, sodium sulfate soundness loss (coarse and fine), durability index (coarse and fine), and accelerated weathering of aggregate by use of Dimethyl Sulfoxide (DMSO)] will be evaluated under Subsection 106.04.

Emulsified asphalt treated aggregate course construction will be evaluated under Subsection 106.04

Compaction and surface tolerance for emulsified asphalt treated aggregate base coarse will be evaluated under Subsection 106.04.

The following aggregate characteristics for emulsified asphalt treated base aggregate mixture will be evaluated under Subsection 106.05 according to the following:

**(a) Aggregate gradation.** The upper and lower specification limits are equal to the calculated mean of all test results plus or minus the allowable deviations shown in Table 703-2A, except as follows:

**(1)** If the calculated mean value for any tested sieve exceeds the maximum gradation value shown in Table 703-2A ,the upper specification is equal to the maximum gradation value plus the allowable deviation, and the lower specification is equal to the maximum gradation value minus the allowable deviation.

**(2)** If the calculated mean value for any tested sieve is less than the minimum gradation value shown in Table 703-2A, the upper specification is equal to the minimum gradation value plus the allowable deviation and the lower specification is equal to the minimum gradation value minus the allowable deviation.

**(b) SE/$P_{75}$ Index (SEP).** The lower specification limit for the SEP is 1.000. See Subsection 101.04 for the definition of this parameter.

**(c) Fractured faces.** When aggregate is produced from a gravel source, use the specification limit shown in Subsection 703.05(b)(1).

M.A. DeATLEY 01749

Emulsified asphalt material will be evaluated under Subsection 106.03 subject to the requirements in Subsection 702.09, paragraphs (a) and (b).

Preparation of the surface on which the treated aggregate base course is placed will be evaluated under Section 204 or 303 as applicable.

Minimum sampling and testing requirements are shown in Table 309-1.

**Delete Table 309-1 (page 229) and substitute with the following Table 309-1.**

## Table 309-1
## Sampling, Testing and Acceptance Requirements

| Type of Acceptance (Subsection) | Material or Product | Characteristic | Category | Test Methods / Specifications | Tolerance | Sampling Frequency | Point of Sampling | Split Sample | Reporting Time | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| **Section 309.— Emulsified Asphalt Treated Base Course** | | | | | | | | | | |
| **AGGREGATE SOURCE:** | | | | | | | | | | |
| Measured and tested for conformance (Subsection 106.04) | Material source (Contractor-located) | Los Angeles abrasion (coarse) | — | AASHTO T 96 | — | 5 for each undeveloped source or 1 for each commercial source | Source of material | Yes when requested | Prior to use in work | Not required when using Government-provided sources |
| | | Durability index (coarse and fine) | — | AASHTO T 210 | — | " | " | " | " | " |
| | | Sodium sulfate soundness | — | AASHTO T 104 | — | " | " | " | " | " |
| | | Accelerated weathering | — | WFLHD-DMSO | — | " | " | " | " | " |
| **AGGREGATE PRODUCTION:** | | | | | | | | | | |
| Measured and tested for conformance (Subsection 106.04) | Emulsified asphalt treated aggregate base grading D | Gradation | - | AASHTO T 27 | Subsection 703.05 | 1 for each 6 hours of production but not less than 2 for each day | Flowing aggregate stream (bin or belt discharge) or conveyor belt | Yes when requested | End of shift | - |
| | | Fractured Faces | - | ASTM D5821 | " | " | " | " | " | - |
| | | Sand Equivalent | - | AASHTO T 176, Alternate Method No. 2, Referee Method | " | " | " | " | " | - |
| | | Percent Passing 75μm | - | AASHTO T 11 | " | " | " | " | " | - |
| | | SE/P75μm Index | - | See Subsection 101.04 | " | " | " | " | " | - |
| | | Sample for maximum density | - | Humphres Method (see Subsection 301.05) | Subsection 309.05 | 1 for each aggregate type | Production output | - | 15 days prior to use in work | Tested by the Government |

# Table 309-1
## Sampling, Testing and Acceptance Requirements

**Section 309.— Emulsified Asphalt Treated Base Course**

| Type of Acceptance (Subsection) | Material or Product | Characteristic | Category | Test Methods / Specifications | Tolerance | Sampling Frequency | Point of Sampling | Split Sample | Reporting Time | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| **FINAL PRODUCT:** | | | | | | | | | | |
| Statistical (Subsection 106.05) | Emulsified asphalt treated aggregate base grading D | Gradation<br>9.5 mm<br>4.75 mm<br>425 µm | <br>I<br>I<br>II | Asphalt content by Ignition and AASHTO T 30 after sample has been dried to a constant weight. | Subsection 703.05 | 1 per each 1,000 metric tons or fraction thereof | Roadway after spread | Yes when requested | 6 hours | - |
| | | Percent Passing 75µm | - | " | - | " | " | " | " | - |
| | | Fractured faces | I | ASTM D5821 | - | " | " | " | " | - |
| | | Sand Equivalent | - | AASHTO T 176, Alternate Method No. 2, Referee Method | - | " | Belt feed prior to the addition of emulsified asphalt. | " | " | - |
| | | SE/P75µm Index | I | See Subsection 101.04 | - | " | - | " | " | - |
| Measured and tested for conformance (Subsection 106.04) | Emulsified asphalt treated aggregate base grading D | Compaction | - | AASHTO T 224 when required. FLH T 513, AASHTO T 238 and AASHTO T 239 or other approved procedures | Subsection 309.05 | 1 for each 500 metric tons but not less than 1 for each layer | In place completed layer | - | End of shift | - |
| | | Line and grade | - | Subsection 309.04 | Within ± 10 mm of finishing stakes | 1 for each 500 m² or as determined by the CO | Final course | - | As requested by the CO | - |
| | | Surface tolerance | - | Subsection 309.06 | Subsection 309.06 | " | " | - | " | - |

# Section 401.- HOT ASPHALT CONCRETE PAVEMENT

**Delete the entire contents of this Section and substitute the following:**

## Description

**401.01** This work consists of constructing one or more courses of hot asphalt concrete pavement.

Hot asphalt concrete pavement class is designated as shown in Table 401-1. Aggregate grading is designated as shown in Table 703-4A. Smoothness type is designated as shown in Table 401-7.

Asphalt cement grade is designated as shown in AASHTO MP 1.

Antistrip additive is designated as shown in Subsection 702.08. If antistrip is needed, use type 3.

## Material

**401.02** Conform to the following Subsections:

| | |
|---|---|
| Asphalt cement | 702.01 |
| Aggregate (class A, B, or C mix) | 703.07 |
| Mineral filler (Hydrated Lime) | 725.03 |

## Construction Requirements

**401.03 Composition of Mix (Job-Mix Formula).** Furnish samples of aggregate, asphalt and additives that, when combined to the submitted JMF, meet the applicable target values in Table 703-4A and design parameters in Table 401-1. The CO will review and may perform design confirmation testing. Do not begin mix production until the job-mix formula has been accepted by the Government.

Submit a mix design meeting all contract specifications. Mix designs failing to meet any specification will be rejected.

**Table 401-1**
**Asphalt Concrete Mix Requirements**

| Design Parameters [1] | Class of Mix | | |
|---|---|---|---|
| | A | B | C |
| (a) Hveem (AASHTO T 246 and AASHTO T 247) | | | |
| (1) Stabilometer, minimum | 37 | 35 | 30 |
| (2) Percent air voids [1] | 3.0-5.0 | 3.0-5.0 | 3.0-5.0 |
| (3) Voids in mineral aggregate, min. % | 12.0 | 12.0 | 12.0 |
| (b) Immersion - Compression (AASHTO T 165 and AASHTO T 167) | | | |
| (1) Compressive strength, kPa min. | 2100 | 1700 [4] | 1400 |
| (2) Retained strength, min. % | 70 | 70 | 70 |
| (c) Dust-asphalt ratio [2] | 0.6-1.3 | 0.6-1.3 | 0.6-1.3 |

(1) The percent of air voids are based on AASHTO T 166, AASHTO T 209, AASHTO T 269. Maximum specific gravity (density) will be based on AASHTO T 209.

(2) Dust-asphalt ratio is defined as the percent of material including nonliquid antistrip and mineral filler passing the 75-micrometer sieve divided by the percent of asphalt (calculated by mass of mix).

(3) When a mineral filler is required, include the percentage specified in the calculation for compliance with the dust-asphalt ratio and VMA.

(4) Minimum strength may be reduced to 1400 for aggregates used from the source between Stations 11+760 and 11+880..

**(a) General.** Locate and select a test laboratory with the proper facilities capable of performing the appropriate tests and designing the required job-mix formula.

Submit written job-mix formulas for acceptance at least 21 calendar days before production.

**(b) Job-Mix formula requirements.** Along with the proposed job-mix formula, submit a signed statement prepared by the testing laboratory which certifies that the proposed job-mix formula meets the requirements of the contract and can be compacted in the field to meet contract requirements.

**(1)** Furnish to the CO a job-mix formula containing all information necessary to support the design of each component of the hot asphalt mixture, along with results of aggregate gradation, sand equivalent, and fractured faces tests for all sources and Los Angeles abrasion, sodium sulfate soundness, coarse durability, fine durability, and DMSO results for Contractor-located sources. See Table 401-9 for testing requirements.

**(2)** Complete and submit to the CO all information requested on Form FHWA-1607. See Subsection 106.01 for availability of the form.

*(a)* The proposed percentage of each stockpile to be used and the average gradation of each stockpile (AASHTO T 27 and T 11).

*(b)* Specific gravity and absorption values of fine aggregates (AASHTO T 84) and values of coarse aggregates (AASHTO T 85).

*(c)* Percent of asphalt to nearest 0.01% (by mass of total mix).

*(d)* Percent of asphalt to nearest 0.01% (by mass of total aggregate).

*(e)* Voids in total mixture (based on AASHTO T 166, T 209, and T 269).

*(f)* Voids in the mineral aggregate [VMA - The Asphalt Institute Manual Series No. 2 (MS-2)], along with all calculations used to derive the VMA values.

*(g)* Maximum specific gravity (AASHTO T 209).

*(h)* Stabilometer value (AASHTO T 246 and T 247). Mix and compact at temperatures recommended by the asphalt supplier. Report laboratory mixing and compaction temperatures.

*(i)* Dust-asphalt ratio (the percent of material passing the 75-$\mu$m Sieve, as determined by AASHTO T 27 and T 11, divided by the percent of asphalt, calculated by mass of mix).

*(j)* Immersion-compression results - wet and dry compressive strengths in kilopascals and index of retained strength (AASHTO T 165 and T 167; also include all values obtained under AASHTO T 166, Method A).

*(k)* Aggregate gradation target values to nearest 0.1% (Table 703-4A). Target value for percent passing each sieve size for the aggregate blend.

*(l)* Design curves used in the development of the asphalt cement target value.

**(c) Material.** Submit samples of the following to the Vancouver Laboratory, using mailing tags and form FHWA 1600W Request for Laboratory Tests provided by the CO:

**(1) Aggregate and mineral filler.**

*(a)* Representative samples for each aggregate stockpile. Provide a total of 375 kilograms of aggregate. Provide sample sizes for each stockpile which are proportional to the Contractor's proposed blending rates.

*(b)* When mineral filler (hydrated lime) is used, a 5 kilogram sample. Include with sample the name of the product manufacturer, manufacturer's data sheet, and material safety data sheet.

**(2) Asphalt cement.**

*(a)* Five 4-liter samples of the asphalt cement to be used in the mixture.

*(b)* Complete analysis for the asphalt cement including the specific gravity value and applicable temperature-viscosity curves

*(c)* Material safety data sheets.

**(d)** Tolerances for Confirmation Testing. If confirmation testing is performed, the information supplied in the contractor's design must agree with the confirmation test results within the tolerances shown below.

**(1) Aggregate Gradations.** Submitted aggregate samples shall be split samples of material taken at the same time samples are taken for testing by the contractor's laboratory. Before mix design confirmation testing can begin, the gradation of the aggregate samples received at WFLHD's Central Laboratory, when combined to the submitted blend ratio, shall agree with the JMF submitted in the contractor's mix design within the following tolerances:

| Sieve Size | Tolerance, %(±) |
|---|---|
| 25mm (1 in) | 3.0 |
| 19mm (3/4 in) | 3.0 |
| 12.5mm (½ in) | 3.0 |
| 9.5mm (3/8 in) | 3.0 |
| 4.75mm (No.4) | 3.0 |
| 2.36mm (No.8) | 3.0 |
| 425µ (No. 40) | 2.0 |
| 75µ (N0.200) | 1.0 |

**(2) Hveem Stabilometer.** The contractor's design stabilometer value at the contractor's selected Job-Mix-Formula (Design) asphalt content, will be considered confirmed if it meets or exceeds the specification limit and differs from WFLHD's result by no more than six points and the average of the two meets or exceeds the minimum contract specification.

**(3) Hveem Air Void Content.** The contractor's design air void content will be considered confirmed if it meets the contract specification of 3.0 to 5.0 percent and differs from WFLHD's result by no more than 2.0 percent and WFLHD's result does not exceed the specification limits by more than 0.5 percent.

**(4) Voids in Mineral Aggregate (VMA).** The contractor's VMA result will be considered confirmed if it meets the minimum contract specification and WFLHD's result is no more than 1.0 percent below the minimum contract specification.

**(5) Immersion - Compression.** The contractor's dry strength result will be considered confirmed if WFLHD's result is above the minimum contract specification, or the average of the contractor's and WFLHD's result is above the minimum contract specification and the two values differ by no more than 350 kPa (50 psi).

The contractor's percent retained strength result will be considered confirmed if WFLHD's result is above the minimum contract specification.

If a job-mix formula is rejected or a change in material source occurs, submit a new job-mix formula for acceptance.

**(e) Asphalt mixtures.** When applicable, submit to the CO the location of all commercial mixing plants to be used. A job-mix formula is needed for each plant.

**(f) Changes to job-mix formula.** Changes to an existing job-mix formula require review and acceptance by the CO before production. Up to 21 calendar days may be required to evaluate a change. Changes in target values will not be applied retroactively for acceptance or payment.

The CO will charge the contractor for all job-mix formula evaluation costs incurred as a result of the following:

(1) Contractor-requested changes to the approved job-mix formula.

(2) Contractor requests for additional job-mix formula evaluations.

(3) Additional testing necessary due to the failure of a submitted job-mix formula.

**401.04 Mixing Plant.** Use mixing plants conforming to AASHTO M 156 supplemented as follows:

**(a) All plants.**

**(1) Automated controls.** Control the proportioning, mixing, and discharging of the mix automatically.

**(2) Dust collector.** AASHTO M 156, Requirements for All Plants, Emission Controls is amended as follows:

Equip the plant with a dust collector. Dispose of the collected material. In the case of baghouse dust collectors, dispose of the collected material or return the collected material uniformly. Use of baghouse fines in asphalt concrete mixes requires approval unless included as part of the approved job-mix formula.

When baghouse fines are used in batch plants or continuous mix plants, deposit the material that is returned from the baghouse at the bottom of the hot elevator or meter it by volume or mass into the mixing chamber. Direct return from the bag-house to the hot elevator will be permitted only when the flow can be controlled at a uniform rate. In drum dryer-mixer plants, return the material to the drum at the same location as the asphalt.

**(3) Aggregate storage.** Store aggregate according to Section 307.

**(b) Drum dryer-mixer plants.**

**(1) Bins.** Provide a separate bin in the cold aggregate feeder for each individual aggregate stockpile in the mix. Use bins of sufficient size to keep the plant in continuous operation and of proper design to prevent overflow of material from one bin to another.

**(2) Stockpiling procedures.** Separate aggregate into at least 2 stockpiles with different gradations. As a minimum, one stockpile shall contain mostly coarse material, and one stockpile shall contain mostly fine material. Stockpile the material according to Section 307.

**(c) Batch and continuous mix plants.**

**(1) Hot aggregate bin.** Provide a bin with 3 or more separate compartments for storage of the screened aggregate fractions to be combined for the mix. Make the partitions between the compartments tight and of sufficient height to prevent spillage of aggregate from one compartment into another.

**(2) Load cells.** Calibrated load cells may be used in batch plants instead of scales.

**401.05 Pavers.** Use pavers that are:

**(a)** Self-contained, power-propelled units with adjustable vibratory screeds with full-width screw augers.

**(b)** Heated for the full width of the screed.

**(c)** Capable of spreading and finishing courses of asphalt mix in widths at least 300 millimeters more than the width of one lane.

**(d)** Equipped with a receiving hopper having sufficient capacity to ensure a uniform spreading operation.

**(e)** Equipped with automatic feed controls, which are properly adjusted to maintain a uniform depth of material ahead of the screed.

**(f)** Operable at forward speeds consistent with satisfactory mix lay down.

**(g)** Capable of producing a finished surface of the required smoothness and texture without segregating, tearing, shoving, or gouging the mix.

**(h)** Equipped with automatic screed controls with sensors capable of sensing grade from an outside reference line, sensing the transverse slope of the screed, and providing the automatic signals that operate the screed to maintain grade and transverse slope.

**401.06 Surface Preparation.** Prepare the surface according to 303.07, 413, or 502 as applicable. Apply an asphalt tack coat to contact surfaces of pavements, curbs, gutters, manholes, and other structures according to Section 412.

**401.07 Weather Limitations.** Place hot asphalt concrete pavement on a dry, unfrozen surface when the air temperature in the shade is above 2 °C and rising and the temperature of the road surface in the shade conforms to Table 401-6.

**Table 401-6**
**Asphalt Concrete Mix Placement Temperature**

| Compacted Lift Thickness → | < 50 mm | 50 - 75 mm | > 75 mm |
|---|---|---|---|
| Road Surface Temperature °C | Minimum Lay-Down Temperature(1) °C | | |
| < 2 | (2) | (2) | (2) |
| 2 - 3.9 | (2) | (2) | 138 |
| 4 - 9.9 | (2) | 141 | 135 |
| 10 - 14.9 | 146 | 138 | 132 |
| 15 - 19.9 | 141 | 135 | 129 |
| 20 - 24.9 | 138 | 132 | 129 |
| 25 - 29.9 | 132 | 129 | 127 |
| ≥ 30 | 129 | 127 | 124 |

(1) In no case shall the asphalt concrete mix be heated above the temperature specified in the approved mix design.
(2) Paving not allowed.

**401.08 Asphalt Preparation.** Uniformly heat the asphalt cement to provide a continuous supply of the heated asphalt cement from storage to the mixer. Do not heat asphalt cement above 175 °C.

**401.09 Aggregate Preparation.** When mineral filler (hydrated lime) is used, adjust the aggregate moisture to at least 4 percent by mass of aggregate. Mix the mineral filler (hydrated lime) uniformly with the aggregate before introducing the aggregate into the dryer or dryer drum. Use calibrated weighing or metering devices to measure the amount of mineral filler (hydrated lime) and moisture added to the aggregate.

For batch plants, heat, dry, and deliver aggregate for pugmill mixing at a temperature sufficient to produce a mix temperature within the approved range. Adjust flames used for drying and heating to prevent damage to and contamination of the aggregate.

Control plant operations so the moisture content of the mix behind the paver is 0.5 percent or less according to AASHTO T 110 or WFLHD Standard Method for Determining Moisture Content in Asphalt Paving Mixtures by the Oven Method.

When aggregates from any source require treatment due to moisture susceptibility, modify the asphalt concrete mixture by adding mineral filler (hydrated lime). Use of liquid antistrip additives will not be permitted.

Aggregates obtained from the source provided in Subsection 105.02(a) will require treatment due to moisture susceptibility as determined by the Immersion-compression Test, AASHTO T 165 and T 167.

Proportion and thoroughly mix all aggregate, mineral filler, and water.

Meter the addition of mineral filler and water to the aggregate.

Treatment procedures:

**(a)** Proportion of mineral filler and aggregate moisture in percent of mass of dry aggregate:

| | |
|---|---|
| Mineral Filler (hydrated lime) | 0.5 - 1.5 |
| Aggregate Moisture | 4.0 (minimum) |

**(b)** Mix mineral filler (hydrated lime) and aggregate (including moisture) before entering plant dryer. Mix to a uniform mixture without uncoated aggregate particles. Treated mixture may be held in stockpile prior to mixing with asphalt. Treated aggregate not utilized during the same construction season as produced will be rejected. Replace rejected materials at no cost to the Government.

**401.10 Mixing.** Measure the aggregate and asphalt into the mixer according to the approved job-mix formula. Mix until all the particles are completely and uniformly coated with asphalt according to AASHTO M 156. Maintain the discharge temperature within the approved range.

**401.11 Hauling.** Use vehicles with tight, clean, and smooth metal beds for hauling asphalt concrete mixes.

Thinly coat the beds with an approved material to prevent the mix from adhering to the beds. Do not use petroleum derivatives or other coating material which contaminate or alter the characteristics of the mix. Drain the bed before loading.

Equip each truck with a canvas cover or other suitable material of sufficient size to protect the mix from the weather. When necessary to maintain temperature, use insulated truck beds and securely fastened covers. Provide access ports or holes for checking temperature of asphalt mix in the truck.

**401.12 Production Start-Up Procedures.** Provide 7 days notice before beginning production of an asphalt concrete mix.

On the first day of production, produce sufficient mix to construct a 300-meter long control strip, one-lane wide, and at the designated lift thickness. Construct the control strip on the project at an approved location.

Construct the control strip using mix production, lay-down, and compaction procedures intended for the entire mix. Cease production after construction of the control strip until the asphalt concrete mix and the control strip are evaluated and accepted.

**(a) Asphalt content and aggregate gradation.** Take and evaluate at least 3 control strip asphalt concrete mixture samples. If the average of all tests is within the specification limits in Subsections 401.17(f)(1) and 401.17(f)(2), the CO may tentatively accept the control strip with

assurance from the Contractor that minor adjustments to the process will correct any indicated problems.

**(b) Compaction.** Take nuclear density readings behind each roller pass to determine the roller pattern necessary to achieve required density without damaging the mix.

At a minimum of 4 locations within the control strip, take nuclear gauge readings according to manufacturers recommendations and cut and test core samples according to Subsection 401.17. Density is acceptable if all tests are above the specification limit in Subsection 401.17(f)(5). If one or more tests are below this limit but the average of all tests exceeds the limit by 1% or more, the CO may tentatively accept the control strip with assurances from the Contractor that minor adjustments to the process will correct the indicated problems. Furnish the CO with correlations of the nuclear gage readings to the core specific gravities.

**(c) Sand equivalent and fractured faces.** Take and evaluate at least 3 cold feed samples. If the average of all tests is within the specification limits in Subsections 401.17(f)(3) and 401.17(f)(4), the CO may tentatively accept the control strip with assurance from the Contractor that minor adjustments to the process will correct any indicated problems

Repeat the control strip process until an acceptable control strip is produced. See Subsection 106.01 for the disposition of material in unacceptable control strips. Accepted control strips may remain in place and will be accepted and measured as a part of the completed pavement. Tests used for the control strip will not be included in the evaluation for payment according to Subsection 106.05. When a control strip is accepted, full production may begin.

When corrective action involves changes to the job-mix formula or when new target values for aggregate gradation or asphalt content are established, submit a revised, certified job-mix formula. See subsection 401.03 for job-mix formula requirements.

Use these start-up procedures when producing material from a different plant or when resuming production after a termination of production due to unsatisfactory quality according to Subsection 106.05.

**401.13 Placing and Finishing.** Do not use mixes produced from different plants unless the mixes are produced according to the same job-mix formula, use material from the same sources, and are approved. Construct control strips according to Subsection 401.12 for each plant from which production is intended.

Place asphalt concrete mix at a temperature conforming to Table 401-6. Measure temperature of the mix in the hauling vehicle just before dumping into spreader or measure it in the windrow immediately before pickup.

Place the mix with a paver conforming to Subsection 401.05. Control horizontal alignment using a reference line. Automatically control the grade and slope from reference lines, a ski and slope control device, or dual skis. Use skis having a minimum length of 6 meters.