On areas where mechanical spreading and finishing is impractical, place and finish the mix with alternate equipment to produce a uniform surface closely matching the surface obtained when using a mechanical paver.

Offset the longitudinal joint of one layer at least 150 millimeters from the joint in the layer immediately below. Make the longitudinal joint in the top layer along the centerline of two-lane roadways or at the lane lines of roadways with more than two lanes.

**401.14 Compacting.** Furnish at least 3 rollers. Furnish one roller each for breakdown, intermediate, and finish rolling. At least one roller shall be pneumatic-tired. Size the rollers to achieve the required results. Operate rollers according to the recommendation of the manufacturer.

Thoroughly and uniformly compact the asphalt surface by rolling. Do not cause undue displacement, cracking, or shoving. Continue rolling until all roller marks are eliminated and the required density is obtained. Do not roll the mix after the surface cools below 80 °C.

Monitor the compaction process with nuclear density gauges calibrated to the control strip compaction test results. Compact to a pavement specific gravity (density) that is no less than 90 percent of the maximum specific gravity (density) determined according to AASHTO T 209.

Along forms, curbs, headers, walls, and other places not accessible to the rollers, compact the mix with alternate equipment to obtain the required compaction.

**401.15 Joints, Trimming Edges, and Cleanup.** Complete construction of adjacent traffic lanes to the same elevation within 24 hours. If drop offs are left overnight, sign the drop offs in excess of 50 millimeters with *"Uneven Lane"* warning signs and provide a 1:3 fillet for drop offs in excess of 100 millimeters.

At connections to existing pavements and previously placed lifts, make the transverse joints vertical to the depth of the new pavement. Form transverse joints by cutting back on previous run to expose the full-depth course.

Apply an asphalt tack coat to the edge of the joint for both transverse and longitudinal joints according to Section 412.

Place the asphalt concrete mix as continuously as possible. Do not pass rollers over the unprotected end of a freshly laid mix.

Dispose of material trimmed from the edges and any other discarded asphalt mix according to Subsection 211.03(b).

**401.16 Pavement Smoothness.** After final rolling, measure the smoothness of the final surface course or the surface immediately under an open-graded asphalt friction course. Measure in the middle portion of each lane.

**(a) Profilograph measurements.** Measure the traveled way parallel to the centerline according to FLH T 504 after mainline paving is completed. The CO will furnish a California type

profilograph and direct and observe its operation. Furnish workers to operate the profilograph. Furnish the trace to the CO.

Exclude the following areas from the profile index and profilograph bump determination: bridge decks, cattle guards, traveled way lanes with horizontal curvature less than 150-meter radius, transverse joints with existing pavements, turning or passing lanes less than 100 meters in length, driveways, parking areas, and side roads less than 100 meters in length. Measure excluded areas and type IV pavements according to (b) below.

A profile index will be calculated for each 0.1 kilometer lane of traveled way using a 5-millimeter wide blanking-band. The profile index will be determined according to FLH T 504. Bumps will be located using a 10 millimeter bump template. Defective areas are bumps in excess of 10 millimeters in 7.62 meters or 0.1-kilometer profile indexes greater than the defective limit in Table 401-7.

**(b) Straightedge measurement.** Use a 3-meter metal straightedge to measure at right angles and parallel to the centerline. Defective areas are surface deviations in excess of 6 millimeters in 3 meters between any two contacts of the straightedge with the surface.

**(c) Defective area correction.** Correct defective areas from (a) and (b) above. Obtain approval for the proposed method of correction. Grinding the pavement is not an acceptable method of correction unless it is accompanied by an overlay or a single-course surface treatment over the entire length of the project.

Remeasure corrected areas according to (a) and (b) above. The smoothness pay adjustment will be computed after remeasurement.

**Table 401-7**
**Maximum Profile Index**

| Pavement Smoothness Type | Profile Index - millimeters/kilometer<br>Defective Limit |
|---|---|
| I | 160 |
| II | 190 |
| III | 240 |
| IV | Subject to straightedge measurement only.<br>See Subsection 401.16(b). |

**401.17 Acceptance.**

Acceptance of hot asphalt concrete pavement is subject to the following:

**(a)** Mineral filler will be evaluated under Subsection 106.03.

**(b)** When the aggregate for the hot asphalt concrete pavement is furnished from Contractor-located sources, the aggregate quality requirements listed in Subsection 703.07 [Los Angeles abrasion, sodium sulfate soundness loss (coarse and fine), durability index (coarse and fine), and accelerated weathering of aggregate by use of Dimethyl Sulfoxide (DMSO)] will be evaluated under Subsection 106.04.

**(c)** Hot asphalt concrete pavement construction will be evaluated under Subsection 106.04.

**(d)** Pavement thickness will be evaluated according to Subsection 106.04. The thickness of the pavement will be determined from the cores obtained according to **(f)(5) Density**.

**(e)** Pavement smoothness will be evaluated under Subsection 106.04. The upper specification limit is shown in Table 401-7. See Subsection 401.16. The acceptance evaluation will be made after all defective areas are corrected.

**(f)** The following quality characteristics for the hot asphalt concrete pavement will be evaluated under Subsection 106.05: (See Table 401-9 for minimum sampling and testing requirements.)

**(1) Asphalt content.** The upper and lower specification limits are the approved job-mix formula target value ±0.5%.

**(2) Aggregate gradation.** The upper and lower specification limits are the approved job-mix formula target values plus or minus the allowable deviations shown in Table 703-4A.

**(3) Sand equivalent.** The specification limit is shown in Subsection 703.07(b)(2). Sample material from cold feed prior to entering dryer.

**(4) Fractured faces.** When aggregate is produced from a gravel source, use the specification limit shown in Subsection 703.07(a)(3).

**(5) Density.** Cut core samples from the compacted pavement according to AASHTO T 230, Method B. Fill and compact the sample holes with asphalt concrete mixture.

Cores shall be 150 millimeters in diameter. Perform specific gravity and thickness tests on cores and deliver to CO after testing is completed. Label cores, and protect from damage due to handling or alteration due to temperature during storage and transfer.

The lower specification limit is 90% of the maximum specific gravity determined according to AASHTO T 209 as part of the job-mix formula evaluation specified in Subsection 401.03.

**(6) Asphalt.** Asphalt cement will be evaluated under Subsections 106.03 and 106.04. Provide certifications with each shipment. The certifications allow use of the product prior to sampling and testing for acceptance.

## Measurement

**401.18** Measure hot asphalt concrete pavement, asphalt cement, mineral filler, and antistrip additive by the metric ton.

The quantity of asphalt cement to be paid will be determined on an individual lot basis as follows:

$$\text{Metric Tons of Asphalt Cement} = \frac{T_{am} \text{ multiplied by } \overline{X}_{ac}}{100}$$

$T_{am}$ = Metric Tons of hot asphalt concrete mixture acceptably placed

$\overline{X}_{ac}$ = Average asphalt content of the mixture acceptably placed (in percent by total weight of mix).

Flaggers required for profilograph operations will be paid as provided in Section 635.

## Payment

**401.19** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule except the hot asphalt concrete pavement contract unit bid price will be adjusted according to Subsection 106.05. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment for hot asphalt concrete pavement will be made at a price determined by multiplying the contract unit bid price by the material pay factor. The material pay factor is the lowest single pay factor determined for asphalt content, sand equivalent, fractured faces, specific gravity (density), or any individual sieve of the aggregate gradation.

When the bid schedule contains a pay item for hot asphalt concrete pavement type I, II, or III pavement smoothness, a separate adjustment will be made for pavement smoothness according to the appropriate formula in Table 401-8.

## Table 401-8

### Smoothness Incentive Adjustment

| Pavement Smoothness | Bonus | No adjustment | Deduct | Reject |
|---|---|---|---|---|
| Type I | $PrI < 65$<br>$A = +C_1 \times (65 - PrI)$ | $65 \le PrI \le 95$<br>$A = 0$ | $95 < PrI \le 160$<br>$A = -C_1 \times (PrI - 95)$ | $PrI > 160$<br>corrective action required |
| Type II | $PrI < 95$<br>$A = +C_2 \times (95 - PrI)$ | $95 \le PrI \le 125$<br>$A = 0$ | $125 < PrI \le 190$<br>$A = -C_2 \times (PrI - 125)$ | $PrI > 190$<br>corrective action required |
| Type III | $PrI < 125$<br>$A = +C_3 \times (125 - PrI)$ | $125 \le PrI \le 160$<br>$A = 0$ | $160 < PrI \le 240$<br>$A = -C_3 \times (PrI - 160)$ | $PrI > 240$<br>corrective action required |

Where: A = Adjustment to contract amount in dollars
PrI = Average Profile Index in millimeters per lane kilometer
$C_{1,2,3}$ = Fixed factors established for each contract based on the estimated value of the paving work. Each smoothness type has a separate adjustment factor.

For Schedule A, use a value of [805] for the factor $C_{**}$ in Table 401-8.

For Schedule B, use a value of [775] for the factor $C_{**}$ in Table 401-8.

Payment will be made under:

| | Pay Item | Pay Unit |
|---|---|---|
| 40101 | Hot asphalt concrete pavement class B, grading C, type I pavement smoothness | Metric ton |
| 40103 | Asphalt cement grade PG 58-34 | Metric ton |
| 40104 | Mineral filler (hydrated lime) | Metric ton |

M.A. DeATLEY 01765

## Table 401-9
## Sampling, Testing and Acceptance Requirements

| Section 401 - Hot Asphalt Concrete Pavement | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Type of Acceptance (Subsection)** | **Material or Product** | **Characteristic** | **Category** | **Test Methods / Specifications** | **Tolerance** | **Sampling Frequency** | **Point of Sampling** | **Split Sample** | **Reporting Time** | **Remarks** |
| **Aggregate Source:** | | | | | | | | | | |
| Measured and tested for conformance (Subsection 106.04) | Materials source quality (Contractor located) | Los Angeles Abrasion (coarse) | — | AASHTO T 96 | Subsection 703.07 | 5 for each undeveloped source or 1 for each commercial source | Source of materials | Yes when requested | Prior to production | Not required when using government provided source |
| | | Sodium Sulfate Soundness Loss (coarse and fine) | — | AASHTO T 104 | " | " | " | " | " | " |
| | | Durability Index (coarse and fine) | — | AASHTO T 210 | " | " | " | " | " | " |
| | | Accelerated Weathering | — | WFLHD-DMSO | " | " | " | " | " | " |
| **Aggregate Production:** | | | | | | | | | | |
| Measured and tested for conformance (Subsection 106.04) | Aggregates | Gradation, Sand Equivalent and Fractured Faces | — | AASHTO T 11 and T 27; AASHTO T 176, Alternate Method No. 2, Referee Method. and ASTM 5821 | — | 1 for each 6 hours of production but not less than 2 for each day | Flowing aggregate stream (bin or belt discharge) or off of conveyor belt | Yes when requested | End of shift | If aggregate is separated into two or more stockpiles, then sample and test each of the stockpiles at the minimum sampling frequency |
| | | Sample for job-mix formula verification | — | Subsection 401.03 | — | 1 for each aggregate stockpile as applicable, when requested | Flowing aggregate stream (bin or belt discharge) or off of conveyor belt | — | 21 days prior to approval of job-mix formula | Tested by Government |

## Table 401-9
## Sampling, Testing and Acceptance Requirements

| Section 401 - Hot Asphalt Concrete Pavement | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Type of Acceptance (Subsection)** | **Material or Product** | **Characteristic** | **Category** | **Test Methods / Specifications** | **Tolerance** | **Sampling Frequency** | **Point of Sampling** | **Split Sample** | **Reporting Time** | **Remarks** |
| **Asphalt Cement:** | | | | | | | | | | |
| Measured and tested for conformance (Subsection 106.04) | Asphalt Cement, SHRP Grade: PG 58-34 | Quality | — | Subsection 702.01 | — | 1 sample per each 130 metric tons or fraction thereof but not less than 5 samples per asphalt grade used. | From line between storage tank and asphalt plant | Provide one duplicate consecutive sample -- two 1-liter containers | — | Sampled by contractor and tested by government |
| **Production startup (control strip):** | | | | | | | | | | |
| Measured and tested for conformance (Subsection 106.04) | Asphalt concrete mixture | Mix Temperature | — | — | — | First load and as determined by CO thereafter | Hauling vehicle prior to dumping or windrow prior to pickup | - | Immediately upon completion of test | — |
| | | Asphalt content and gradation | — | WFLHD Ignition Test and either WFLHD Moisture Content by Oven Method or AASHTO T 110, and AASHTO T 30 | — | At least 3 samples per control strip | Immediately behind paver prior to breakdown rolling | Yes | 6 hours | — |
| | | Sand Equivalent and Fractured Faces | — | AASHTO T 176, Alternate Method No. 2, Referee Method and ASTM D5821 | — | At least 3 samples per control strip | Cold feed prior to entering dryer and prior to introduction of mineral filler | Yes | 6 hours | — |
| | Pavement | Nuclear density | — | AASHTO T 238 and T 239 | — | At least 4 samples per control strip | At core location prior to coring | Yes | Prior to production | See Subsection 401.12 |
| | | Obtain core and determine bulk specific gravity and percent compaction | — | AASHTO T 24, AASHTO T 166, Method A (except paraffin coating is deleted) and AASHTO T 230, Method B | — | At least 4 samples per control strip | From completed roadway after rolling | — | — | Deliver cores to CO after determining specific gravity and compaction |

M.A. DeATLEY 01767

## Table 401-9
## Sampling, Testing and Acceptance Requirements

| Type of Acceptance (Subsection) | Material or Product | Characteristic | Category | Test Methods / Specifications | Tolerance | Sampling Frequency | Point of Sampling | Split Sample | Reporting Time | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| **Section 401 - Hot Asphalt Concrete Pavement** | | | | | | | | | | |
| **Asphalt Concrete Mixture Production:** | | | | | | | | | | |
| Measured and tested for conformance (Subsection 106.04) | Hot asphalt concrete pavement | Placement temperature | — | — | — | First load and as determined by CO thereafter | Hauling vehicle prior to dumping, or windrow prior to pickup | - | Immediately upon completion of measurement | |
| Statistical (Subsection 106.05) | Hot asphalt concrete pavement | Asphalt Content and Aggregate Gradation.<br>AC<br>12.5 mm<br>9.5 mm<br>4.75 mm<br>2.36 mm<br>425 µm<br>75 µm | <br><br><br>I<br>I<br>II<br>I<br>I<br>II<br>I | WFLHD Ignition Test and either WFLHD Moisture Content by Oven Method or AASHTO T 110, and AASHTO T 30 | — | 1 per 700 metric tons | Behind laydown machine before rolling | Yes | 6 hours | — |
| | | Sand Equivalent & Fractured Faces | II<br>I | AASHTO T 176, Alternate Method No. 2, Referee Method and FLH T 507 | — | 1 per 700 metric tons | Cold feed prior to entering dryer and prior to addition of mineral filler | Yes | 6 hours | — |
| | | Obtain core and determine bulk specific gravity and percent compaction | I | AASHTO T 24 Subsection 401.18 and AASHTO T 166, Method A (except paraffin coating is deleted) and AASHTO T 230, Method B | — | 1 per 700 metric tons | From completed roadway after rolling | — | 24 hours | Deliver cores to CO after testing is completed |
| **Finished Roadway:** | | | | | | | | | | |
| Measured and tested for conformance (Subsection 106.04) | Hot asphalt concrete pavement | Width | - | Subsection 401.13 | ± 30 mm | Determined by the CO | Final course after final rolling has been completed | No | - | |
| | | Thickness | - | Field measured from cores | Average within ± 6 mm of plan thickness | 1 per 700 metric tons | Final course after final rolling has been completed | - | - | Report thickness with core results |
| | | Smoothness | - | FLH T 504 | See Subsection 401.16 | Designated sites determined by the CO | " | - | Immediately upon completion | The CO will furnish profilograph. See Subsection 401.16(a)<br>CO will reduce the trace |
| | | Smoothness (approach roads, turnouts, parking areas, etc.) | - | Straightedge measurements Subsection 401.16(b) | Subsection 401.16(b) | Each lane | " | - | When requested | |

# Section 412.— ASPHALT TACK COAT

## Construction Requirements

**412.07 Acceptance.** Delete the text of the first paragraph and substitute the following:

Emulsified asphalt will be evaluated under Subsections 106.02 and 106.03.

M.A. DeATLEY 01769

# Section 601.— MINOR CONCRETE STRUCTURES

## Construction Requirements

**601.05 Placing Concrete.** Delete the text of this Subsection and substitute the following:

Conform to Subsection 552.10. Moisten the forms and foundation immediately before placing concrete.

Hydration stabilizing admixtures may be used to extend the allowable delivery time for concrete. Determine the amount of hydration stabilizing admixtures needed to delay initial set of concrete as needed for the delivery and discharge time extension required for the job. The concrete mix design data submitted for approval shall include the proposed hydration stabilizer dosage and discharge times. When requested by the CO, the admixture manufacturer shall provide the service of a qualified person to help in establishing the proper dose of hydration stabilizing admixtures.

If a hydration stabilizing admixture is approved for use in the concrete mix, deliver and place the concrete within the time limits set according to approved concrete mix design and the calibrated times. The stabilized concrete mixture shall not have a slump loss of more than 50 mm during stabilization period. An approved and compatible hydration activator may be used at discharge site to insure proper placement and testing.

After the beginning of the addition of the cement, complete the discharge of the concrete within the time specified in Table 601-2.

**Table 601-2**
**Concrete Discharge Time Limits**

| Cement Type | Admixtures | Time Limit (hour) |
|---|---|---|
| Type I, IA, II, or IIA | none | 1.00 |
| Type I, IA, II, or IIA | Type B, D, or G | 1.50 |
| Type I, IA, II, or IIA | Hydration stabilizer | 3.50[1] |
| Type III | none | 0.75 |
| Type III | Type B, D, or G | 1.25 |

[1]Based on approved concrete mix design and dosages.

Place concrete to avoid segregation of material. Consolidate with vibrators according to Subsection 552.11(d). Do not use aluminum pipe for transporting or placing concrete. Do not exceed 30 minutes between delivery of batches for a single pour on a structure.

Do not apply water to plastic concrete surfaces during finishing operations.



M.A. DeATLEY 01770

# Section 602.— CULVERTS AND DRAINS

## Construction Requirements

**602.05 Laying Metal Pipe.** Delete the text of the second paragraph and substitute the following:

Join pipe sections together with coupling bands according to AASHTO M36 or M196, except limit the use of coupling bands with projections (dimples) to attaching prefabricated flared end sections.

**602.08 Acceptance.** Add the following:

See Table 602-1 for minimum sampling, testing and acceptance requirements.

**Table 602-1**
**Sampling, Testing and Acceptance Requirements**

| Section 602.— Culverts and Drains | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Type of Acceptance (Subsection) | Material or Product | Characteristic | Category | Test Methods / Specifications | Tolerance | Sampling Frequency | Point of Sampling | Split Sample | Reporting Time | Remarks |
| Measured and tested for conformance (Subsection 106.04) | Pipe | Line & Grade | — | Field measured | ±60 mm horz. and ±30 mm vert. from reference stakes | Each pipe | Installation | — | — | — |
| | Excavation and backfill | — | — | — | — | — | — | — | — | See Section 209 |

# Section 605.— UNDERDRAINS, SHEET DRAINS, AND PAVEMENT EDGE DRAINS

## Description

**605.01** Add the following:

This work also consists of furnishing and installing underdrain systems using pipe, granular backfill, and geotextile.

## Measurement

**605.08.** Add the following:

Measure perforated underdrain by the meter.

## Payment

**605.09.** Add the following to the pay items list:

60510 Perforated underdrain, 400 millimeter Meter

**Delete Table 605-1 (page 540) and substitute with the following Table 605-1.**

**Table 605-1**
**Sampling, Testing and Acceptance Requirements**

| Section 605.— Underdrains, Sheet Drains, and Pavement Edge Drains | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Type of Acceptance (Subsection)** | **Material or Product** | **Characteristic** | **Category** | **Test Methods / Specifications** | **Tolerance** | **Sampling Frequency** | **Point of Sampling** | **Split Sample** | **Reporting Time** | **Remarks** |
| Measured and tested for conformance (Subsection 106.04) | Excavation and backfill | — | — | — | — | — | — | — | — | See Section 209 |
| | Pipe and drains | Line and grade | — | Field measured | 60 mm horz. and ±30 mm vert. from reference stakes | Each installation | Installation | — | — | - |
| | Geotextile | — | — | — | — | — | — | — | — | - |
| | Granular backfill | Depth and width | — | Field measured | - (minus) 5% of plan dimensions | Each installation | Installation | — | — | - |

# Section 609.— CURB AND GUTTER

## Description

**609.01** Add the following:

This work also consists of constructing portland cement concrete drainage chutes.

## Material

**609.02** Add the following:

| | |
|---|---|
| Tie Bars | 709.01(d) |
| Epoxy Resin Adhesive | 725.21 |

## Construction Requirements

**609.03 General.** Delete the text in this subsection and add the following:

Prepare the surface according to Subsection 303.07. Anchor curb to existing pavement either by placing steel tie bars 300 millimeters on each side of every joint, or by using an epoxy resin adhesive.

**609.05 Portland Cement Concrete Curb or Curb and Gutter.** Add the following:

Construct portland cement concrete drainage chute at curb breaks as shown in the plans.

## Measurement

**609.10.** Add the following:

Portland cement concrete drainage chute will not be measured for payment.

# Section 617.— GUARDRAIL

## Description

**617.01(d)** Add the following:

Flared Flared terminal
Tangent Tangent terminal

## Material

**617.02** Add the following:

Use 1.8 meter long wood posts in the standard post section, except, use 2.1 meter long wood posts in the standard post section at the approach roads at Stations 18+293, 19+170, and 22+281. Use 1.8 meter long posts in the terminal section except at terminal posts. Use post lengths as shown on the appropriate anchorage assembly standard for terminal posts.

Use alternate hole arrangement detail as shown on Standard M617-10.

## Construction Requirements

**617.03 Posts.** Amend as follows:

Add the following after the first paragraph:

Install the guardrail as shown on the guardrail layout sheet(s).

Delete the third paragraph and substitute the following:

If an impenetrable object is encountered while placing posts, use a short post anchored in concrete. Backfill and compact the remaining hole with acceptable material.

**617.05 Terminal Sections.** Add the following:

Submit drawings from the manufacturer for the proposed terminal section according to Subsection 104.03.

**617.07A Removing and Resetting Guardrail Beam Elements.** (Added Subsection)

Remove, store, and reset guardrail and appurtenances. Replace all guardrail, posts, and hardware damaged during removal, storage, or resetting.

Remove and reset posts as necessary to install energy dissipators at Stations 30+162 and 31+240 as shown in the plans. Posts in the vicinity of the drainage chutes can not be driven after concrete is placed. Posts must be placed prior to constructing the drainage chutes.

**617.09 Acceptance.** Add the following:

See Table 617-1 for minimum sampling, testing and acceptance requirements.

## Measurement

**617.10** Amend as follows:

Add the following to the second paragraph:

The BCT anchorage assembly connecting the G4 W Beam guardrail to the CRT W Beam guardrail as shown on Standard 617-21 will not be measured for payment as a terminal section, but will be included in the measurement of guardrail system CRT.

Add the following after the third paragraph:

Measure removing and resetting guardrail beam elements by the meter along the face of the rail including reset terminal sections.

## Payment

**617.11 Payment.** Add the following to the Pay Item list:

61709 Removing and resetting guardrail beam elements Meter

**Table 617-1**
**Sampling, Testing and Acceptance Requirements**

| Section 617.— Guardrail | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Type of Acceptance (Subsection)** | **Material or Product** | **Characteristic** | **Category** | **Test Methods / Specifications** | **Tolerance** | **Sampling Frequency** | **Point of Sampling** | **Split Sample** | **Reporting Time** | **Remarks** |
| Measured and tested for conformance (Subsection 106.04) | Guardrail system | Line and grade | — | Field measured | 1:5000 Horz. (not to exceed 60 mm) and ±15 mm Vert. from reference stakes | As determined by CO | Installation | — | As requested | — |

# Section 619.— FENCES, GATES AND CATTLE GUARDS

## Construction Requirements

**619.09 Acceptance.** Add the following:

See Table 619-1 for minimum sampling, testing and acceptance requirements.

**Table 619-1**
**Sampling, Testing and Acceptance Requirements**

| Section 619.— Fences, Gates and Cattle Guards | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Type of Acceptance (Subsection)** | **Material or Product** | **Characteristic** | **Category** | **Test Methods / Specifications** | **Tolerance** | **Sampling Frequency** | **Point of Sampling** | **Split Sample** | **Reporting Time** | **Remarks** |
| Measured and tested for conformance (Subsection 106.04) | Backfill (cattle guard) | — | — | — | — | — | — | — | — | See Section 209 |
| | Concrete (cattle guard) | — | — | — | — | — | — | — | — | See Section 601 |

# Section 622.— RENTAL EQUIPMENT

## Description

**622.01** Delete the text of this Subsection and substitute the following:

This work consists of furnishing and operating equipment for the construction work as ordered by the CO and listed below. Work under this Section does not include equipment time used to perform work provided for under any other pay item shown in the bid schedule. The work anticipated under this Section includes:

**(a)** Final shaping and contouring of Gletty Pit as described in Subsection 204.14.

**(b)** Scarify, pulverize, grade, and compact existing asphalt on USFS Road 4347000.

**(c)** Perform minor landscaping and wetland enhancement features.

**(d)** Perform minor drainage corrections as directed by CO.

**(e)** Perform wetland mitigation in areas adjacent to the roadway.

**(f)** Place rock blankets on any slope failures occuring after slopes have been completed.

**(g)** Perform removal of hazard trees outside of clearing areas.

## Construction Requirements

**622.02 Rental Equipment.** Delete the text of the first paragraph and substitute the following:

Furnish and operate the following equipment:

| Number of Units | Type of Equipment |
|---|---|
| 1 | Grader, Motor, 90 KW minimum, with ripper |
| 2 | Hydraulic excavator, 1.1 cubic meter minimum capacity with thumb |
| 1 | Loader, front end, wheel type, 3.8 cubic meter minimum capacity |
| 1 | Loader/Backhoe, wheel type tractor, 35 kW minimum |
| 1 | Roller, grid, towed, 11 metric ton minimum |
| 1 | Roller, vibratory, single drum, self propelled |
| 1 | Tractor, crawler (dozer), universal blade and ripper, 225 kW minimum |
| 4 | Truck, highway, dump body, rear, 7.6 cubic meter minimum |

Submit the model number and serial number for each piece of equipment before use. Make equipment available for inspection and approval before use.

# Section 623.— GENERAL LABOR

## Description

**623.01** Delete the text of this Subsection and substitute the following:

This work consists of furnishing workers and hand tools for the work listed in Subsection 622.01.

# Section 624.— TOPSOIL

## Construction Requirements

**624.03 Preparing Areas.** Delete the second sentence of this Subsection and substitute the following:

Disk or scarify slopes to a depth of 100 millimeters.

**624.05 Acceptance.** Add the following:

See Table 624-1 for minimum sampling, testing and acceptance requirements.

**Table 624-1**
**Sampling, Testing and Acceptance Requirements**

| Section 624.— Topsoil | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Type of Acceptance (Subsection)** | **Material or Product** | **Characteristic** | **Category** | **Test Methods / Specifications** | **Tolerance** | **Sampling Frequency** | **Point of Sampling** | **Split Sample** | **Reporting Time** | **Remarks** |
| Measured and tested for conformance (Subsection 106.04) | Furnished topsoil | Gradation | — | AASHTO T 27 | — | 1 for each 500 m³ or fraction thereof | Source of material | — | Prior to use | — |
| | | Particle size of soil | — | AASHTO T 88 | — | " | " | — | " | — |
| | | Organic matter in soil | — | AASHTO T 194 | — | " | " | — | " | — |
| | | Topsoil pH | — | ASTM D 4972 | — | " | " | — | " | — |
| | | Depth placed | — | Field measured | Average within ± 10 mm of plan depth | As determined by CO | As determined by CO | — | " | — |
| | | Bonding layer | — | Field measured | No observable plane. Gradual transition between topsoil and subgrade soil of at least 100 mm | As determined by CO | As determined by CO | — | " | — |

# Section 625.— TURF ESTABLISHMENT

## Description

**625.01** Add the following:

This work also includes applying a turf establishment slurry mixture composed of seed, composted mulch, bio-stimulant, soil binder, soil binder reinforcement, and tracer.

## Material

**625.02.** Add the following:

| | |
|---|---|
| Composted Mulch | 713.05(j) |
| Soil Binder | 713.12A |
| Soil Binder Reinforcement | 713.12B |
| Tracer | 713.17 |
| Bio-stimulant | 713.19 |

## Construction Requirements

**625.03 Turf Establishment Seasons.** Delete the text of this Subsection and substitute the following:

Apply the turf establishment slurry mixture between September 15 and October 31 or between April 15 and May 31. Apply the turf establishment slurry mixture to slopes in the same year they are completed.

**625.05 Watering.** Delete the text of this Subsection.

**625.08A. Turf Establishment, Hydraulic Method.** (Added Subsection.)

**(a) Turf Establishment Mixture**. The permanent turf establishment slurry mixture is composed of the following components, and may be applied in one combined application. Seed and composted mulch may be applied first as a separate application followed by separate application of the soil stabilization at the option of the contractor. However, no additional payment will be made for multiple applications. See Subsection 625.11.

Composition of turf establishment with soil binder to be applied to road side slopes:

| | |
|---|---|
| Seed: | 5.5 kg of live seed per slurry unit (48.9 pls/acre) |
| Composted Mulch: | 224.2 kg per slurry unit (2,000 lbs/acre) |
| Bio-stimulant: | 4.7 liters per slurry unit (5 gal/acre) |
| Soil Binder: | 61.1 liters per slurry unit (64.5 gal/acre) |
| Soil Binder Reinforcement: | 2.2 kg per slurry unit (20 lbs/acre) |
| Tracer: | 0.5 kg per slurry unit (5 lbs/acre) |

Revised by Amendment No. A001

**(b) Equipment.** Use hydro-type equipment capable of providing a uniform application using water as the carrying agent. Do not use hydro-type equipment with gear driven pumps which can damage the seed. Equipment must be capable of reaching cut slopes a minimum of 20 meters high.

Seed areas inaccessible to seeding equipment by hand.

**(c) Application.** Do not apply seed and mulch during rain. The turf establishment mixture shall have a minimum of 48 hours following application without rain to cure. Moisten turf establishment areas prior to applying the turf establishment slurry mixture.

Mix and apply the slurry mixture products in accordance with the manufacturer's recommendations.

**(d) Tracer**. Include a tracer material consisting of a concentrated green dye conforming to Subsection 713.17 to provide visible evidence of uniform application

**625.09 Protecting and Caring for Seed Areas.** Delete the text of this Subsection and substitute the following:

Protect and care for seeded area until final acceptance.

## Measurement

**625.11** Amend as follows:

Delete the third paragraph.

Add the following:

Measure turf establishment by the slurry unit. A slurry unit consists of approximately 4000 liters of water plus the specified turf establishment material. Ten slurry units contain the material to cover one hectare. No measurement for direct payment will be made for water to moisten surface prior to applying turf establishment, bio-stimulant, soil binder, soil binder reinforcement, tackifier, tracer, or composted mulch applied under Subsection 625.08A, Turf Establishment, Hydraulic Method. No additional payment will be made when the slurry mixture is applied in more than one application at the option of the contractor.

If turf establishment material is applied by hand, measure on the ground surface area covered and convert to slurry units at the ratio of 0.1 hectare to 1 slurry unit.

## Payment

**625.12 Payment.** Add the following to the Pay Item list:

| | | |
|---|---|---|
| 62514 | Turf establishment, hydraulic method | Slurry Unit |