# Section 626.—PLANTS, TREES, SHRUBS, VINES, AND GROUNDCOVERS

## Description

**626.01** Add the following:

This work also includes harvesting from Calispell Creek and planting live stakes at Ten Mile Creek (see plan sheet N.3).

## Material

**626.02** Add the following:

Composted Mulch 713.05(j)

Obtain cuttings for live stakes from Calispell Creek flood plain. CO will provide exact location.

## Construction Requirements

**626.03** Add the following:

Plant between October 1 and October 31 and between April 1 and May 31. Plant the same year the grading work is completed.

**626.04A Harvesting Live Stakes** (Added Subsection)

Notify the CO 30 days in advance of harvesting cuttings. CO will identify area from which the live stakes may be harvested. Harvest cuttings between October 1 and October 31 and between April 1 and May 31. An exception to these dates may be approved by the CO based on the weather conditions.

Harvest long straight willow and red osier dogwood branches for live stakes between 20 and 50 millimeters in diameter and 800 and 1500 millimeters in length. Trim side branches without removing bark. Angle cut the basal end for easy insertion into soil. Square cut the top end.

**626.05 Protection and Temporary Storage.** Delete the text of this Subsection and substitute the following:

Install live stakes on the same day that the cuttings are harvested.

**626.07 Setting Plants.** Add the following after paragraph (c):

**(d) Live stakes.**

(1) As needed, use an iron bar to create a pilot hole through firm soil.

(2) Drive live stakes at right angles to the slope with a dead blow hammer (hammer head filled with sand or shot).

(3) Install 80 percent of the live stake into the ground and firmly pack soil around it after installation.

(4) Position stakes so buds are oriented up.

(5) Remove and replace live stakes that split during installation.

**626.08 Fertilizing.** Delete this Subsection and substitute the following:

Place approximately 70 milliliters of composted mulch in the hole just prior to placing the live stakes. Do not use fertilizer in the hole.

**626.13 Plant Establishment Period.** Delete this Subsection.

**Measurement**

**626.15 Measurement.** Add the following:

Do not measure live stakes for payment (see Section 203).

Revised by Amendment No. A001

# Section 629.— EROSION CONTROL MATS, ROVING, AND CELLULAR CONFINEMENT SYSTEMS

## Construction Requirements

**629.03 Erosion Control Mats (Types 1,2,3,4 and 5).** Delete the text of this Subsection and substitute the following:

Install erosion control mats in a series of lifts, starting from the bottom of the fillslope and working upward to road grade. Install erosion control mats to soil surfaces which are at final grade, stable, firm, and free of rocks or other obstructions. Install erosion control matting for each lift only after required compaction of fill material has been completed and approved. Spread erosion control mats evenly and smoothly, without stretching, to ensure direct contact with the soil at all points. Lap edges as recommended by the manufacturer. Bury the upslope end of matting on the uppermost lifts (adjacent to the roadway) in a 0.15 meter deep trench. Anchor the matting with staples, backfill the trench and compact. Staple erosion control mats as recommended by manufacturer. Drive all staples flush with the soil surface. Repair damaged areas of matting immediately. Restore the soil in damaged areas to finish grade.

# Section 633.— PERMANENT TRAFFIC CONTROL

## Construction Requirements

**633.04 Supports.** Add the following:

Provide posts for sign installations conforming to the size and dimensions shown on the plans. Fabricate sign posts from wood.

**633.05 Panels.** Amend as follows:

Add the following before the first paragraph:

Provide panels for sign installations conforming to the type, size and dimensions shown on the plans. Fabricate panels from aluminum.

Delete the text of the first paragraph and substitute the following:

Use Type III retroreflective sheeting for all signs.

# Section 634.— PERMANENT PAVEMENT MARKINGS

## Construction Requirements

**634.03 General.** Add the following to the fifth paragraph:

Apply applications of centerline permanent pavement markings as follows:

**(a)** Apply the first application of centerline pavement markings each day to any section of road where both lanes of the final lift of asphalt concrete pavement have been placed. If it is not possible to install pavement markings, install interim markings according to Section 635 and MUTCD Part IV.

**(b)** Apply the final application in opposite direction of first application upon completion of the asphalt concrete pavement.

# Section 635.— TEMPORARY TRAFFIC CONTROL

## Description

**635.01** Add the following:

This work also includes providing the services of a Traffic and Safety Supervisor.

## Material

**635.02** Add the following to the material list:

| | |
|---|---|
| Untreated wood posts | 716.01 |

## Construction Requirements

**635.05 Barricades** is supplemented to also allow the use of type I or II retroreflective sheeting.

**635.06 Cones and Tubular Markers** is supplemented to also allow the use of type I or II retroreflective sheeting.

**635.07 Construction Signs.** Add the following:

All construction signs will become the property of the government. Upon removal, stockpile in a location designated by the CO.

**635.08 Drums** is supplemented to also allow the use of type I or II retroreflective sheeting.

**635.08A Traffic and Safety Supervisor.** (Added Subsection.)

Perform services described in Subsection 156.08. Furnish all vehicles and incidentals necessary to perform the work described in Subsection 156.08.

**635.09 Flaggers.** Delete the text of the first sentence and substitute the following:

Furnish flaggers who have a current certification (flagging card) from the American Traffic Safety Services Association, a State agency or other approved organization.

**635.11 Temporary Concrete Barrier.** Add the following:

All temporary concrete barriers will become the property of the government. Upon removal, stockpile in a location, at one of the staging areas or within the project limits, as designated by the CO.

**635.13 Temporary Pavement Marking and Delineation.** Amend as follows:

Delete the text of the first paragraph and substitute the following:

Before opening a pavement surface to traffic, provide delineation and signing according to Subsection 635.13A, Section 156, and the MUTCD, or acceptable pavement markings according to 635.13 or Section 634 as applicable.

Delete the text of the paragraph **(a)** and substitute the following:

**(a) Preformed retroreflective tape.** Apply according to the manufacturer's instructions. Remove all temporary preformed retroreflective tape before placing additional pavement layers.

Retroreflective tape must be installed to the same dimensions as shown in the plans for permanent pavement markings, including all passing zones. Tape may not be placed at reduced cycle lengths.

**635.13A Interim Pavement Marking and Delineation.** (Added Subsection).

Before opening a pavement surface to traffic, provide adequate interim pavement markings for traffic. The interim pavement markings will be allowed for up to 14 days. Interim pavement markings include one of the following two methods:

**(a)** Apply centerline traffic paint (temporary markings for intermediate lifts or permanent markings for final asphalt surface) according to Section 156 and the MUTCD. Painted centerline markings must be to the same dimensions as shown in the plans for permanent pavement markings, including all passing zones. Do not apply temporary traffic paint to the final pavement surface.

**(b)** Install "unmarked pavement" and "no passing" signs. Include number and location of signs in an alternate traffic control proposal according to Subsection 156.03. In addition, install vehicle positioning guides for temporary delineation. Vehicle positioning guides are temporary raised pavement markers placed on centerline spaced 12 meters apart.

After the interim period of 14 days, provide temporary pavement marking according to Subsection 635.13, Section 156, and the MUTCD or provide permanent striping according to Section 634. Temporary pavement markings (centerline) must be to the same dimensions as shown in the plans for permanent pavement markings, including all passing zones.

Remove all temporary pavement markings from the surface course before placing permanent pavement markings.

## Measurement

**635.26** Amend as follows:

Add the following to paragraph **(d)**:

Signs used to delineate passing zones under interim conditions listed in Subsection 635.13 will not be measured.

Delete the text of the paragraph **(k)** and substitute the following:

Temporary pavement markings will not be measured for payment.

Delete the text of paragraph **(l)** and substitute the following:

**(ab)** Measure Traffic and Safety Supervisor by the day (24-hour day beginning and ending at midnight) for the work described in Subsection 156.08.

A day will be measured when:

**(1)** Construction operations require a Traffic Supervisor during the normal working days.

**(2)** The Traffic Control Supervisor makes normal checks during nonwork hours.

**(3)** The Traffic Control Supervisor is called out during nonwork hours.

Add the following:

Relocation of traffic control devices will not be measured for payment.

## Payment

**635.27** Delete the text of the first three paragraphs and substitute the following:

The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Progress payments for temporary traffic control devices will be made as follows:

**(a)** 50 percent of the unit bid price for each item will be paid when the items ordered in the contract are delivered to the project.

**(b)** 25 percent of the unit bid price for each item will be paid following completion of 50 percent of the contract amount.

**(c)** Payment of the remaining portion of the unit bid price for each item will be paid when the temporary traffic control devices are removed from the project.

Progress payments for items paid for by the hour will be paid at 100 percent of the unit bid price when ordered by the CO and furnished. Flaggers will be paid at the fixed hourly rate as shown in the bid schedule under Item 63509 for each approved flagger.

Delete "63509 Flagger Hour" from the pay item list and substitute the following:

| | | |
|---|---|---|
| 63509 | Flagger | Fixed hourly rate |

Add the following to the pay item list:

| | | |
|---|---|---|
| 63560 | Traffic and Safety Supervisor | Day |

# Section 695.—MATERIAL SOURCE DEVELOPMENT AND RECLAMATION (ADDED SECTION)

## Description

**695.01** This work consists of clearing, grubbing, excavating material, construction of temporary travel lanes, and maintaining haul routes. The work includes stockpiling topsoil and overburden and disposing of stumps and other organic debris.

## Material

**695.02** Conform to the following Sections:

| | |
|---|---|
| Clearing and Grubbing | 201 |
| Minor Crushed Aggregate | 308 |
| Minor Hot Asphalt Concrete | 402 |
| Turf Establishment | 625 |
| Temporary Traffic Control | 635 |

## Construction Requirements

**695.03 General.** Complete the material source development and reclamation of the rock cut between 11+760 and 11+880 (Rock Quarry Source) as shown on the plans and according to the limitations of Subsection 108.01.

Complete the development and reclamation of the Gletty Pit as shown on the plans and according to Section 622 and Subsection 204.14.

Confine all activities to the pit development limits shown in the plans.

**695.04 Start-Up Procedures.** Prior to ground disturbing activities in the Rock Quarry Source, provide the following:

**(a)** 7 days notice before beginning work.

**(b)** Submit a source development plan for acceptance by the CO at least 21 days prior to beginning work. Include a description of how the pit will be developed with a blasting plan, location of overburden and topsoil stockpiles, cross sections showing proposed finished elevations by station, traffic control plan, and work schedule.

**695.05 Site Preparation.** Prepare the Rock Quarry Source as follows:

**(a)** Clear and grub construction limits between Stations 11+760 and 11+880 according to Section 201. Burn and/or dispose of all small trees, brush, and stumps within the development limits according to Subsection 203.05.

**(b)** Construct brush barrier at Station 11+930 as directed by CO.

**(c)** Remove and conserve topsoil and combine with vegetation to create a heterogeneous mass, and stockpile topsoil within the construction limits for use on future project.

**(d)** Remove and stockpile overburden withing the construction limits for use in future project.

**695.06 Temporary Traffic Control.** Install temporary traffic control devices and added temporary travel lane for the Rock Quarry Source as follows:

**(a)** Construct temporary travel lane by excavating 300 mm depth and construction 300 mm of roadway surface with minor crushed aggregate as shown on the plans.

**(b)** Install temporary concrete barrier along fill side of temporary travel land as shown in the plans.

**(c)** Install temporary traffic control devices to separate the work zone from the travel lanes. Adjust devices during construction as necessary to control traffic and as directed by CO.

**(d)** Accommodate traffic according to Section 156.

**695.07 Material Source Development.** After site preparation and temporary traffic control is complete, develop the Rock Quarry Source as follows:

**(a)** Fracture rock and construct stable final rock cut faces to the cross sections shown in the source development plan using controlled blasting and production blasting in accordance with Section 205.

**(b)** Reduce oversized material for utilization in the production of aggregates under Sections 309 and 401.

**(c)** Leave site uniform with no piles of material or debris. Ensure area is accessible for future project.

**(d)** Maintain haul route to the beginning of project in a condition equal to or better than prior to construction. Repair any roadway damage with material specified under Section 402.

**(e)** Restore existing roadway ditches.

**695.08 Material Source Reclamation.** Reclaim the Material Source Area as follows:

- **(a)** Seed and mulch all topsoil and overburden stockpiles according to Section 625.
- **(b)** Provide a physical barrier to prevent access to Rock Quarry Source.

**695.09 Acceptance.** Material source development and reclamation will be evaluated under Subsection 106.02.

Clearing and grubbing will be evaluated under Section 201.

Minor Crushed Aggregate will be evaluated under Section 308.

Minor Hot Asphalt Concrete will be evaluated under Section 402

Seeding and mulching will be evaluated under Section 625.

Temporary Traffic Control will be evaluated under Section 635.

## Measurement

**695.10** See Subsection 109.05.

Do not measure work completed under this section for payment. See Subsection 109.05(b).

## Section 701.— HYDRAULIC CEMENT

**701.01 Portland Cement and Masonry Cement.** Add the following:

Portland cement shall be low alkali, Types I, II, or III, conforming to AASHTO M 85; or when authorized in writing by the CO, Types 1S or 1P conforming to AASHTO M 240 may be used.

## Section 702.— ASPHALT MATERIAL

**702.01 Asphalt Cement.** Delete the text under this Subsection and substitute the following:

Asphalt cement shall conform to the SHRP Graded Binder PG 58-34.

SHRP PG 58-34 binder shall meet the following requirements:

| Original Binder Properties | Specification | Test Methods |
|---|---|---|
| Flash Point Temperature, °C | 230 min | AASHTO T 48 |
| Viscosity @ 135°C, Pa·s | 3 max | ASTM D4402 |
| Dynamic Shear, 58°C @ 10 rad/s, $G^*/\sin\delta$ | 1.0 kPa min | AASHTO TP5 |

| RTFO (AASHTO T240) Properties | Specification | Test Methods |
|---|---|---|
| Mass Loss, Percent | 1.00 max | AASHTO T 240 |
| Dynamic Shear, 58°C @ 10 rad/s, $G^*/\sin\delta$ | 2.20 kPa min | AASHTO TP5 |

| Pressure Aging Vessel Residue (AASHTO PP1) | Specification | Test Methods |
|---|---|---|
| PAV Aging Temperature, °C | 100 | AASHTO PP1 |
| Dynamic Shear, 16°C @ 10 rad/s, $G^*/\sin\delta$ | 5000 kPa max | AASHTO TP5 |
| Creep Stiffness, -24°C @ 60 s | S = 300 MPa max<br>m-value = 0.300 min | AASHTO TP1 |

# Section 703.— AGGREGATE

**703.05 Subbase, Base, and Surface Course Aggregate.** Amend as follows:

Delete paragraph **(a) General** and substitute the following:

**(a) General.** Aggregate shall consist of hard, durable particles or fragments of crushed stone, crushed slag, or crushed gravel hard durable particles or fragments of crushed stone meeting the appropriate gradation of Table 703-2A. and conforming to the following:

| | | |
|---|---|---|
| **(1)** | Los Angeles abrasion, AASHTO T 96 | 35% max. |
| **(2)** | Sodium sulfate soundness loss (5 cycles), AASHTO T 104 (coarse and fine) | 12% max. |
| **(3)** | Durability Index, AASHTO T 210 (coarse and fine) | 35 min. |
| **(4)** | Dimethyl Sulfoxide (DMSO), WFLHD Test for Accelerated Weathering of Aggregate by use of Dimethyl Sulfoxide | 12% max. |

Furnish a material that is free from organic matter and lumps or balls of clay. Do not use material that breaks up when alternately frozen and thawed or wetted and dried.

Obtain the aggregate gradation by crushing, screening, and blending processes as necessary. Fine aggregate, material passing the 75 $\mu$m sieve, shall consist of natural or crushed sand and fine mineral particles.

Delete paragraph **(b) Subbase or base aggregate** and substitute the following:

**(b) Subbase or base aggregate.** In addition to **(a)** above, furnish subbase or base aggregate which conforms to the following:

| | | |
|---|---|---|
| **(1)** | Fractured faces, ASTM D 5821 | 50% min. |
| **(2)** | $SE/P_{75}$ Index (SEP) | 1.000 min. |

Delete Table 703-2 and substitute the following:

**Table 703 - 2A**
**Target Value Ranges for Subbase and Base Gradation**

| Sieve Size | Percent by Mass Passing Designated Sieve (AASHTO T 27 and T 11) | | | | |
|---|---|---|---|---|---|
| | Grading Designation | | | | |
| | A (Subbase) | B (Subbase) | C (Base) | D (Base) | E (Base) |
| 63 mm | 100(1) | | | | |
| 50 mm | 97 - 100(1) | 100(1) | 100(1) | | |
| 37.5 mm | | 97 - 100(1) | 97 - 100(1) | 100(1) | |
| 25 mm | 65 - 79 (6) | | | 97 - 100(1) | 100(1) |
| 19 mm | | | 67 - 81 (6) | | 97 - 100(1) |
| 12.5 mm | 45 - 59 (7) | | | | |
| 9.5 mm | | | | 56 - 70 (7) | 67 - 79 (6) |
| 4.75 mm | 28 - 42 (6) | 40 - 60 (8) | 33 - 47 (6) | 39 - 53 (6) | 47 - 59 (7) |
| 425 μm | 9 - 17 (4) | | 10 - 19 (4) | 12 - 21 (4) | 12 - 21 (4) |
| 75 μm | 10 max (1) | 10 max (1) | 10 max (1) | 10 max (1) | 10 max (1) |

(1) Statistical procedures do not apply.
( ) Allowable deviations (±) from the target values.

Delete paragraph **(c) Surface course aggregate** and substitute the following:

**(c) Surface course aggregate.** In addition to **(a)** above, furnish surface course aggregate which conforms to the following:

**(1)** Fractured faces, ASTM D 5821 — 50% min.

**(2)** Liquid limit, AASHTO T 89 — 35 max.

**(3)** Plasticity index, AASHTO T 90 — 7 to 13

Do not furnish material that contains asbestos fibers.

M.A. DeATLEY 01797

Delete Table 703-3 and substitute the following:

**Table 703 - 3A**
**Target Value Ranges for Surface Course Gradation**

| Sieve Size | Percent by Mass Passing Designated Sieve (AASHTO T 27 and T 11) |
|---|---|
| | Grading H |
| 25 mm | 100 |
| 12.5 mm | 70 - 80 (5) |
| 4.75 mm | 35 - 50 (7) |
| 2.00 mm | 25 - 40 (6) |
| 425 µm | 15 - 25 (5) |
| 75 µm | 8 - 14 (4) |

Note: Stastical aceptance procedures do not apply to sieve siezes that require 100% passing. Allowable deviations (±) from the target values are shoen in ().

**703.07 Hot Asphalt Concrete Pavement Aggregate.** Delete the text under this Subsection and substitute the following:

Aggregate for hot asphalt concrete pavement consists of hard, durable particles or fragments of crushed stone, crushed slag, or crushed gravel.

Size and grade the aggregate to conform to the target values established in Table 703-4A. All the aggregate shall pass a sieve with 25 mm square openings as determined by AASHTO T 27 and T 11.

Furnish a blend that is reasonably free from organic or other deleterious material and does not contain more than 1.0 percent of clay lumps and friable particles when tested according to AASHTO T 112.

**(a) Coarse aggregate.** Coarse aggregate (aggregate retained on the 4.75 mm Sieve) consists of crushed stone, crushed slag, or crushed gravel that conforms to the following:

| | | |
|---|---|---|
| **(1)** | Los Angeles abrasion, AASHTO T 96 | 35% max. |
| **(2)** | Sodium sulfate soundness loss (5 cycles), AASHTO T 104 | 12% max. |
| **(3)** | Fractured faces, ASTM D 5821 | 90% min. |
| **(4)** | Durability index (coarse), AASHTO T 210 | 35 min. |
| **(5)** | Accelerated weathering of aggregate by use of Dimethyl Sulfoxide (DMSO), WFLHD Standard Test Method | 12% max. loss |

**(b) Fine aggregate**. Fine aggregate (aggregate passing a 4.75 mm Sieve) consists of natural sand, stone screenings, slag screenings, or a combination thereof conforming to AASHTO M 29 including the sodium sulfate soundness test and the following.

(1) Durability index (fine), AASHTO T 210 — 35 min.

(2) Sand equivalent value, AASHTO T 176, Alternate Method No. 2, Referee Method — 45 min.

**Table 703 - 4A**
**Aggregate Gradation**
**Target Values and Allowable Deviations for**
**Hot Asphalt Concrete Pavement**

| Sieve Size | Target Values | Allowable Deviation** (percent) |
|---|---|---|
| 25 mm | 100 | *** |
| 19 mm | 97 - 100 | *** |
| 12.5 mm | 80 - 85 | 5 |
| 9.5 mm | 69 - 76 | 6 |
| 4.75 mm | 46 - 56 | 7 |
| 2.36 mm | 28 - 34 | 5 |
| 425 μm | 11 - 14 | 3 |
| 75 μm | 4.5 - 6.5 | 2 |

* Establish target values (TV) as part of the job-mix formula. Establish aggregate gradation target values (Percent by Mass Passing U.S. Standard Sieves - AASHTO T 27 and T 11) to the nearest 0.1 percent.

** Allowable deviations plus or minus from established target values.
*** Statistical acceptance procedures not applicable.

## Section 704.— SOIL

**704.07 Select Borrow.** Delete the text and table of this Subsection and substitute the following:

Select borrow is a crushed, partially crushed, or natural material free of excess moisture, muck, frozen lumps, roots, sod, or other deleterious material meeting the gradation requirements for Class 2 Riprap in Table 705-1.

**704.10 Select Granular Backfill.** Amend as follows:

Add the following to **(a)**:

**(6)** Dimethyl Sulfoxide (DMSO), WFLHD Test for Accelerated Weathering of Aggregate by use of Dimethyl Sulfoxide — 12% max.

Delete Table 704-4 and substitute the following:

**Table 704 - 4**
**Select Granular Backfill Gradation**

| Sieve Size | Percent by Weight Passing Designated Sieve (AASHTO T 27 and T 11) |
|---|---|
| | Grading Designation |
| 100 mm | 100 |
| 75 mm | 50 - 80 |
| 25 mm | 30 - 50 |
| 75 $\mu$m | 0 - 5 |

## Section 706.— CONCRETE AND PLASTIC PIPE

**706.08 Plastic Pipe. (d) Corrugated polyethylene drainage tubing.** Delete the text of this paragraph and substitute the following:

Furnish 75 to 250-millimeter diameter tubing conforming to AASHTO M 252, Type C or CP.

## Section 710.— FENCE AND GUARDRAIL

**710.09 Guardrail Posts.** Delete the text of this Subsection and substitute the following:

Conform to AASHTO-AGC-ARTBA "A Guide to Standardized Highway Barrier Hardware," 1995 edition.

Do not use a wood guardrail post that has a through check, shake, or end slit in the same plane as, or a plane parallel to the bolt hole and extending from the top of the post to within 75 millimeters of the bolt hole.

Timber selected for posts and blocks shall conform to the requirements of AASHTO M 168. Furnish posts and blocks from timber with a stress grade of 8274 kPa or more. Test timber according to West Coast Lumber Inspection Bureau, Southern Pine Inspection Bureau, or other appropriate timber association. Furnish either rough sawn (unplanned) or S4S with nominal dimensions indicated for posts and blocks. The size tolerance of rough sawn blocks in the direction of the bolt holes shall not be more than 6 millimeter ±. Use only one combination of post and block finish for any one continuous length of guardrail.

Treat timber for guardrail posts according to Subsection 716.03.

## Section 713.— ROADSIDE IMPROVEMENT MATERIAL

**713.01A Topsoil Mix.** (Added Subsection):

Thoroughly mix seed conforming to Subsection 713.04A with topsoil conforming to Subsection 713.01 at the rate of 2.4 kg per cubic meter.

**713.04 Seed.** Delete the text in this Subsection and substitute the following:

The Government will furnish the seed for the permanent turf establishment and wetland mitigation.

**713.04A Gabion Wall Seed.** (Added Subsection)

Certify seed to be free from noxious weeds with test results.

| | |
|---|---|
| Ryegrass, Annual (*Lolium multiflorum*) | 100 % |

Determine the amount of "live seed" in a container by the following formula: Net weight of seed in container multiplied by the purity percentage multiplied by the germination percentage. (If seed is 85% pure and tests 90% germination, then a 45.4 kilogram container would contain 34.7 kilograms of "live seed.")

**713.04B Temporary Seed.** (Added Subsection)

Certify seed to be free from noxious weeds with test results.

Use a mixture consisting of the following kinds of seed with the corresponding percentages by weight of "live seed":

| | | |
|---|---|---|
| Wheatgrass, Slender (*Agropyron trachycaulum*) | Primar | 100% |

Determine the amount of "live seed" in a container by the following formula: Net weight of seed in container multiplied by the purity percentage multiplied by the germination percentage. (If seed is 85% pure and tests 90% germination, then a 45.4 kilogram container would contain 34.7 kilograms of "live seed.")

Provide a seed analysis report issued from a certified state seed laboratory to verify the purity and germination percentage statements of the seed label and the presence of noxious weeds. The test shall not be older than 5 months for all seed, including those crossing state lines. Submit the laboratory report to the CO at least thirty(30) days prior to delivery of seed and planting. Provide samples of each seed lot for independent testing by the Government when requested by the CO.

Provide each seed type in separate bags, envelopes, or other containers, sealed by the seed supplier. Provide a seed tag on each container which clearly shows the contents in the following format: