Botanical name
Common name
Collection location, range, and elevation
Pure seed (%)
Inert matter (%)
Other crop seed
Weed seed (%)
Noxious weed seed
Germination (%)
Hard seed
Date tested
Lot number
Net mass
Name of seed testing laboratory and phone number
Name and address of seed company.

Inoculate legume seed with approved cultures according to the manufacturer's instructions.

**713.05 Mulch.**

Add the following paragraph:

**(j) Composted Mulch**. Furnish a product which provides a nutrient and energy source for soil microorganisms and plant life. Fertile-Fibers™, NutriMulch N641™, and NutriMulch S641™ are acceptable products and may be applied at the same rate. Identification by brand name is intended to be descriptive, not restrictive, and is intended to indicate the quality and characteristics of products that will be satisfactory. Other products meeting the following salient characteristics will also be acceptable:

(1) Contains a minimum of 36% composted poultry manure that supplies not less than 6-4-1 NPK time released.
(2) Contains a minimum of 60% organic fiber mulch (seedmeal) by weight.
(3) Contains not less than 7% chelated calcium.
(4) Contains granular humic substances, including humic acid, fultic acid, and amino sugars.
(5) Biodegradable, non-polluting, non-volatile, non-toxic, free of weed seed, and contains no heavy metals.
(6) Contains not more than 12% moisture.
(7) Pellatized and bagged for handling ease.

Fertile-Fibers™, NutriMulch N641™, and NutriMulch S641™ are manufactured by Quattro Environmental, Inc., Coronado, CA, (619) 522-0044

**713.07 Erosion Control Mats, Roving, and Cellular Confinement Systems.**

**(a)(3)** Delete the text of this Subsection and substitute the following:

(3) Type 3 - Coconut mat. Furnish a mat consisting of undyed, untreated, biodegradable coconut (bristle) coir fibers, woven into a plain weave mesh with approximately 19 to 25 - millimeter square openings. Wet tensile strength of matting shall be a minimum of 8.0 kN/m (ASTM D 4595), and approximately equal in both directions. The recommended functional life of this matting shall be 4-6 years. Conform to Table 713-4:

**Table 713-4**
**Coconut Mat**

| Material | Specifications |
|---|---|
| Coconut (1) | 450 $g/m^2$ min. |
| Netting | None |

(1) Moisture content shall not exceed 20 percent.

**713.12A Soil Binder**. (Added Subsection)

Furnish a product which bonds soil particles together to form a transparent, flexible, water-insoluble, porous membrane structure within the topmost soil layers. Atlas SoilLok™, Henkle Terra Control™, and Henkle 56-8379™ are acceptable products and may be applied at the same rate. Identification by brand name is intended to be descriptive, not restrictive, and is intended to indicate the quality and characteristics of products that will be satisfactory. Other products meeting the following salient characteristics will also be acceptable:

(a) Consists of a polyvinyl acetate compound containing not less than 55% active solids by weight.
(b) Contains no polyacrylates or polyvinyl-acrylics.
(c) Readily mixable in water.
(d) Flexible and retains its flexibility after curing.
(e) Does not inhibit water and oxygen infiltration.
(f) Organic, biodegradable, non-polluting, non-volatile, non-toxic, and leaves no undesirable residues in the soil.
(g) Does not impair existing vegetative growth.
(h) Does not re-emulsify once dry.
(i) Non-injurious to seeds, human, and animal life.
(j) Non-flammable.
(k) Effective with either acid or alkaline soils.

**713.12B Soil Binder Reinforcement**. (Added Subsection)

Furnish a product which enhances the hydraulic application and structural integrity of a hydraulic mulch slurry by providing mechanical cross bonding. The product shall have the following characteristics:

(a) Consists of polypropylene fibers:
- Minimum 12 millimeters long (ASTM D-4101, Group 1/Class 1/Grade 2.)
- Tensile strength - 138 mPa (ASTM D-2256)
- Specific gravity - 0.91 g/cm3 (ASTM D-792)

(b) Photodegradable
(c) Remain functional for one growing season.

LANDLOK® 605N Hydraulic Mulch Fibers (formerly Tackifibers) is an acceptable product, and is manufactured by Synthetic Industries, Inc., Chattanooga, Tennessee 1-800-621-0444.

**713.13 Bales.** Add the following:

Provide bales that are certified to be free of weeds.

**713.16 Silt Fence.** Delete the text and substitute the following:

Conform to AASHTO M 288.

**713.17 Tracer**. (Added Subsection)

Furnish a product which produces a highly visible green tint to the turf establishment slurry mixture when sprayed on the ground. The product shall have the following characteristics:

(a) Base component consists of malachite crystals
(b) Color lasts for at least 1 month after application.
(c) Organic, biodegradable, non-polluting, non-volatile, non-toxic, and leaves no undesirable residues in the soil.
(d) Does not impair existing vegetative growth.
(e) Does not re-emulsify once dry.
(f) Non-injurious to seeds, human, and animal life.

**713.19 Bio-stimulant**. (Added Subsection)

Furnish a product which improves soil structure, water percolation, and nutrient availability in the soil and assists in the development and establishment of mycorrhizal fungal colonization.

Quattro Environmental, Inc.'s Kiwi Power™, Quattro Biotech™, and Quattro Bioscience™ are acceptable products and are applied at the same rate. Identification by brand name is intended to be descriptive, not restrictive, and is intended to indicate the quality and characteristics of products that

will be satisfactory. Other products meeting the following salient characteristics will also be acceptable:

(a) Consists of an organically derived compound consisting of the following key ingredients:
*Sarsapogenin*, an organic bacterial activator
*Parigenin*, an essential amino acid for soil microbes
*Humic and Fulvic acid*, which facilitate the development of enzymes essential for photosynthesis.
*Cytokinins*, a growth regulator that governs germination of seed.
(b) Organic, biodegradable, non-polluting, non-volatile, non-toxic, and leaves no undesirable residues in the soil. Chemically derived substitutions are not acceptable.
(c) Does not impair existing vegetative growth.
(d) Non-injurious to seeds, human, and animal life.
(e) Effective with either acid or alkaline soils

**713.20 Coir/Rap Pillow**. (Added Subsection)

Furnish a product which provides erosion control characteristics suitable for application. The product shall have the following characteristics:

**(a)** Consists 100% coir (coconut fiber) wrapped in coir fiber netting:
- Minimum diameter of 300 millimeters
- Mimimum netting tensil strength of 55 lbs per yarn when dry
- 100% certified weed free

**(b)** Remain functional for one growing season.

Bon Terra® BioLog® is an acceptable product, and is manufactured by Synthetic Industries, Inc., Chattanooga, Tennessee 1-800-621-0444.

Place according to manufacture's recommendations.

## Section 716.— MATERIAL FOR TIMBER STRUCTURES

**716.03 Treated Structural Timber and Lumber.** Delete this Subsection and substitute the following:

Furnish wood according to Subsection 716.01. Incise all wood and make all dimensional cuts and holes in the wood before pressure treatment. Treat the wood and mark each piece of treated timber according to AASHTO M133. Treat glued laminated timber members according to AWPA Standards C14 and C28. Treat the wood to a minimum retention of 8.0 kg/m3 of waterborne preservative Ammoniacal Copper Arsenate (ACA), Ammoniacal Copper Zinc Arsenate (ACZA), or Chromated Copper Arsenate (CCA).

Treat timber members according to "Best Management Practices for the Use of Treated Wood in Aquatic Environments" (BMPs) as published by Western Wood Preservers Association (WWPA), latest edition.

All treated timber members shall bear an approved ALSC (American Lumber Standards Committee) quality mark assuring treatment conforms to the appropriate AWPA standards.

Provide certification for each lot of treated wood indicating preservative used, penetration in millimeters, and retention in kilograms per cubic meter (assay method). Provide written certification that BMPs were utilized in treating timber members, including a description of the BMPs used.

# Section 718.— TRAFFIC SIGNING AND MARKING MATERIAL

**718.14 Waterborne Traffic Paint.** Delete the text and substitute the following:

Furnish an acrylic water based ready-mixed paint for use on asphalt and hydraulic cement concrete pavements conforming to the following:

**(a) Composition.** Furnish a paint composed of resin solids of 100 percent acrylic polymer with the exact formulation determined by the manufacturer. Conform to the following:

| | |
|---|---|
| **(1)** Pigment, % by mass, ASTM D 3723 | 45% to 55% |
| **(2)** Lead, chromium, cadmium, or barium ASTM D 3335 & D 3718 | 0% |
| **(3)** Volatile organic compounds, ASTM D 2369 | 150 g/L max. |
| **(4)** Mass of paint, ASTM D 1475 | 1.44 kg/L min. |

**(b) Viscosity.** ASTM D 562 — 75-90 Krebs units

**(c) Drying time.**

| | |
|---|---|
| **(1)** Dry to no pickup, ASTM D 711 | 10 minutes max. |
| **(2)** Drying to no track, 0.7 kg/L type 1 waterproofed glass beads, 0.38±0.03-mm wet film thickness at 54 °C | 90 seconds max. |

**(d) Flexibility.** ASTM D 522, using the 6.4 mm cylindrical mandrel — No cracking or flaking

**(e) Dry opacity.** ASTM D 2805, contrast ratio at 7.85 $m^2$/L spreading rate — 0.96 min.

**(f) Color.**

| | |
|---|---|
| **(1)** White, ASTM D 1729 | match - FHWA standard highway white |
| **(2)** Yellow, ASTM D 1729 | match- FHWA standard highway yellow |

**(g) Daylight reflectance.** (Without glass beads)

| | |
|---|---|
| **(1)** White, ASTM E 1347 | 84% relative to magnesium oxide standard |
| **(2)** Yellow, ASTM E 1347 | 55% relative to magnesium oxide standard |

| | |
|---|---|
| **(h) Bleeding ratio.** ASTM D 969. Determine reflectance in accordance with ASTM D 1347 immediately after drying. Divide the average of 3 reflectance readings of the paint over the bleeding surface by the average of 3 readings over the non-bleeding surface to determine the bleeding ratio. | 0.96 min. |
| **(i) Scrub resistance.** ASTM D 2486 | 300 cycles min. |
| **(j) Freeze-thaw stability.** ASTM D 2243 | |
| **(1)** Change in viscosity | ±5 Krebs units max. |
| **(2)** Decrease in scrub resistance | -10% max. |

**(k) Storage stability.** During a 12 month storage period, conform to the following:

**(1)** No excessive setting, caking, or increase in viscosity
**(2)** Readily stirred to a consistency for use in the striping equipment.

# Section 720.— STRUCTURAL WALL AND STABILIZED EMBANKMENT MATERIAL

**720.01 Mechanically Stabilized Earth Wall Material.** Add the following:

**(k) Welded wire fabric for soil reinforcement.** Fabricate from 152 x 152 - MW45 x MW45 welded wire fabric conforming to AASHTO M 55M. After fabrication, galvanize according to AASHTO M 111. Apply a minimum coating of 86 μm. Repair all damage to the galvanized coating before installation.

**720.02 Gabion and Revet Mattress Material.**

**(a) Basket mesh.** Delete the text of (a), including all subparagraphs, and substitute the following:

Weld the mesh from galvanized steel wire conforming to ASTM A 641M class 3 or aluminized steel wire conforming to ASTM A 809. Use wire with a minimum tensile strength of 415 megapascals when tested according to ASTM A 370. The galvanized or aluminized coating may be applied after mesh fabrication. Make the mesh openings with a maximum dimension less than 100 millimeters and an area less than 7000 square millimeters. Twisted wire baskets are not allowed.

Fabricate the mesh for galvanized or aluminized coated welded wire mesh baskets from nominal sized 3.74 millimeter diameter (MW10.1 x MW10.1) wire fabric conforming to AASHTO M 55. Weld each connection to obtain a minimum shear strength of 2700 newtons.

Fabricate gabion baskets in the dimensions required with a dimension tolerance of ±5 percent. Where the length of the basket exceeds 1.5 times its width, equally divide the basket into cells less than or equal to the basket width using diaphragms of the same type and size mesh as the basket panels. Prefabricate each basket with the necessary panels and diaphragms secured so they rotate into place.

**(This page intentionally left blank.)**

# Permits



M.A. DeATLEY 01812

**(This page intentionally left blank.)**



M.A. DeATLEY 01813

H-3

DEPARTMENT OF THE ARMY
SEATTLE DISTRICT, CORPS OF ENGINEERS
P.O. BOX 3755
SEATTLE, WASHINGTON 98124-2255

REPLY TO
ATTENTION OF

Regulatory Branch

OCT 13 2000

Art Lemke
Federal Highway Administration
610 East 5th Street
Vancouver, Washington 98661

Reference: 1998-4-00139
Federal Highway Administration

Dear Mr. Lemke:

This letter concerns the 1998 authorization verified under Nationwide Permits (NWPs) 3, 18, and 27 for a series of aquatic impacts—wetland fills, culvert extensions, and a bridge alteration—associated with improvements to Flowery Trail Road between Chewela and Usk, in Stephens and Pend Orielle Counties, Washington.

The verification of NWP applicability expired on May 26, 2000, and some of the NWPs were modified and reissued in the time since elapsed. All of the work has not been completed, and you have requested a time extension until the end of the 2002 construction season to complete the work.

Because of terms and conditions attendant to the reissuance of NWPs 3 and 27, their verifications can be extended only until February 11, 2001, and they are hereby so extended. Our regulations state that if your project is under construction, or under contract to construct, before the expiration date but uncompleted on its arrival, then the NWP authorization will remain in effect for 12 additional months. If the work is not then completed, seek another permit.

I understand from the Environmental Assessment prepared for this project, that future phases of the road upgrade will also need permits. The EA is dated June 1996, and contains no updated information on the project's effect on selected species listed under the Endangered Species Act. We would request that you update your environmental documentation when you seek the next round of Department of the Army authorization. You might consider preparing a Categorical Exclusion in accordance with 23 CFR 771.117 d.(1),

> Modernization of a highway by resurfacing, restoration, rehabilitation, reconstruction, adding shoulders, or adding auxiliary lanes (e.g., parking, weaving, turning, climbing).

Permits
Project: WA PFH 158-1(2), Flowery Trail Road

M.A. DeATLEY 01814

We, in turn, would use NWP 23 to authorize the aquatic work.

If you have any question about this time extension, or about any aspects of our regulatory program, please call me at telephone (206) 764-6907.

Sincerely,

Jack Kennedy
Chief, Transportation Subsection



M.A. DeATLEY 01815

H-5

DEPARTMENT OF THE ARMY
SEATTLE DISTRICT, CORPS OF ENGINEERS
EASTERN WASHINGTON REGULATORY OFFICE
POST OFFICE BOX 273
CHATTAROY, WASHINGTON 99003

REPLY TO ATTENTION OF

May 26, 1998

Regulatory Branch

Mr. Ken Jacoby
U.S. Department of Transportation
Federal Highway Administration
Western Federal Lands Highway Division
610 East Fifth Street
Vancouver, Washington 98661

Reference: 98-4-00139
USDOT (Federal Highway Admin)

Dear Mr. Jacoby:

Nationwide Permits (NWP) 3, 18 and 27 authorize the proposed excavation, filling and culvert replacement, in Sections 9, 10, 11 and 12, Township 32N, Range 42E, Section 5, Township 32N, Range 43E, and Section 32, Township 33N, Range 43E, at Stevens and Pend Oreille Counties, Washington. The proposed work would provide for the reconstruction and upgrading of the Flowery Trail Road, and will impact 4.51 acres of wetlands. The work must be completed as depicted on the enclosed drawings, and must meet the specific requirements and enclosed conditions.

The regulations which govern our permit program contain a series of NWPs. Each NWP authorizes a specific category of work, provided certain conditions are met. The NWPs 3, 18 and 27 (Federal Register, December 13, 1996, Vol. 61, No. 241) authorize "Maintenance.", "Minor Discharges.", and "Wetland and Riparian Restoration and Creation Activities." respectively. The entire texts of NWPs 3, 18 and 27 are enclosed (Enclosure 1). The following special conditions apply to your project:

The State of Washington has partially denied Water Quality Certification (WQC) under certain conditions. You need to check with the Washington State Department of Ecology to determine any further WQC requirements. Please telephone or send your plans to the following prior to starting work:

Permits
Project: WA PFH 158-1(2), Flowery Trail Road

M.A. DeATLEY 01816

Washington State Department of Ecology
P.O. Box 47600
Olympia, WA 98504-7600
Telephone (360) 407-6918

You must send to us a copy of all state authorizations for our file. In order for this NWP to be valid, you must comply with any conditions the state includes in their WQC. If an individual WQC is required, the WQC is waived if more than 180 days pass after the state receives a copy of this letter and the state has not responded to your request. You must send us a copy of only your WQC application and receive a written response from the Corps before proceeding with your proposed work.

This NWP verification will be valid for 2 years from the date of this letter or until the NWPs are modified, reissued or revoked. If the project meets the enclosed conditions, you will need no further authorization from us for the above described project.

You must still comply with other Federal, state, and local requirements which may pertain to the project. If you have any questions, please contact me at telephone (509) 238-4570.

Sincerely,

Tim R. Erkel
Biologist, Eastern Washington Office

Enclosures

cc:
State Nationwide Permit Coordinator

Washington State Department of Transportation



M.A. DeATLEY 01817

3. **MAINTENANCE.** The repair, rehabilitation, or replacement of any previously authorized, currently serviceable, structure or fill, or of any currently serviceable structure or fill authorized by 33 CFR 330.3, provided that the structure or fill is not to be put to uses differing from those uses specified or contemplated for it in the original permit or the most recently authorized modification. Minor deviations in the structure's configuration or filled area including those due to changes in materials, construction techniques, or current construction codes or safety standards which are necessary to make repair, rehabilitation, or replacement are permitted, provided the environmental effects resulting from such repair, rehabilitation, or replacement are minimal. Currently serviceable means useable as is or with some maintenance, but not so degraded as to essentially require reconstruction. This NWP authorizes the repair, rehabilitation, or replacement of those structures destroyed by storms, floods, fire or other discrete events, provided the repair, rehabilitation, or replacement is commenced or under contract to commence within two years of the date of their destruction or damage. In cases of catastrophic events, such as hurricanes or tornadoes, this two-year limit may be waived by the District Engineer, provided the permittee can demonstrate funding, contract, or other similar delays. Maintenance dredging and beach restoration are not authorized by this NWP. (Sections 10 and 404)

**Notification Requirement** -- *None.*

**Regional Conditions** -- *None.*

**EPA and Puyallup Tribe 401 Certification** -- *Denied without prejudice. An individual 401 Certification is required for all Section 404 activities.*

**State 401 Certification** -- *Partially denied without prejudice. An individual certification is required for projects authorized under this NWP involving the extension, replacement, repair, or increase in capacity of a domestic wastewater outfall in marine waters that do not meet the conditions of Inter-Agency Permit Streamlining Document: Shellfish and Domestic Wastewater Discharge Outfall Projects (October 10, 1995) issued by the Washington Departments of Ecology, Fish and Wildlife, Health, and Natural Resources.*

**CZM Consistency Response** -- *Partially denied without prejudice subject to the 401 Certification conditions. An individual CZM Consistency Response must be obtained for projects requiring individual 401 Certification and located within counties in the coastal zone.*

NATIONWIDE PERMIT/CORPS SEATTLE DISTRICT/22 FEBRUARY 1997

**18. MINOR DISCHARGES.** Minor discharges of dredged or fill material into all waters of the United States provided that the activity meets all of the following criteria:

a. The quantity of discharged material and the volume of excavated area does not exceed 25 cubic yards below the plane of the ordinary high water mark or the high tide line;

b. The discharge, including any excavated area, will not cause the loss of more than 1/10 acre of a special aquatic site, including wetlands. For the purposes of this NWP, the acreage limitation includes the filled area and excavated area plus special aquatic sites that are adversely affected by flooding and special aquatic sites that are drained so that they would no longer be a water of the United States as a result of the project;

c. If the discharge, including any excavated area, exceeds 10 cubic yards below the plane of the ordinary high water mark or the high tide line or if the discharge is in a special aquatic site, including wetlands, the permittee notifies the District Engineer in accordance with the "Notification" general condition. For discharges in special aquatic sites, including wetlands, the notification must also include a delineation of affected special aquatic sites, including wetlands (also see 33 CFR 330.1(e)); and

d. The discharge, including all attendant features, both temporary and permanent, is part of a single and complete project and is not placed for the purpose of a stream diversion.

e. This NWP cannot be used in conjunction with NWP 26 for any single and complete project. (Sections 10 and 404)

**Notification Requirement** -- *Yes. See c. above and National General Condition 13 - Notification, for requirements, especially b.(4).*

**Regional Conditions** -- *The discharge is not authorized in documented habitat for State-listed endangered, threatened, or sensitive animal species.*

**EPA and State 401 Certification** -- *Partially denied without prejudice. An individual 401 Certification is required for the following:*

*1. Discharges into waters used by anadromous fish (applies only to EPA 401 Certification); or,*

NATIONWIDE PERMIT/CORPS SEATTLE DISTRICT/22 FEBRUARY 1997

*2. Projects that do not incorporate structures and/or modifications approved by WDFW for Ecology, or by NMFS and/or USFWS for EPA, that are beneficial for fish or wildlife habitat (e.g., soil bioengineering, biotechnical design, rock barbs, etc.); or,*

*3. Discharges in wetlands within the 100-year floodplain unless the proposed project:*

*a. Is consistent with the local floodplain management comprehensive plans and ordinances; and,*

*b. Through design and/or mitigation, results in no increase in water levels and no loss in live storage during flood events up to and including the 100-year flood.*

*For proof of consistency, the applicant may provide copies of applicable local permits or a letter from the local jurisdiction stating that the above two conditions will be met. (Applies only to State 401 Certification).*

*The 100-year floodplain is defined as those areas identified as Zones A, A1-30, AE, AH, AO, A99, V, V1-30, and VE on the most current Federal Emergency Management Agency Flood Rate Insurance Maps, or areas identified as within the 100-year floodplain on applicable local Flood Management Program maps. The 100-year flood is also known as the flood with a 100-year recurrence interval, or as the flood with an exceedance probability of 0.01.*

**Puyallup Tribe 401 Certification** -- *Denied. An individual 401 Certification is required for Section 404 activities.*

**CZM Consistency Response** -- *Partially denied without prejudice subject to the 401 Certification conditions. An individual CZM Consistency Response must be obtained for projects requiring individual 401 Certification and located within counties in the coastal zone).*





M.A. DeATLEY 01820

**27. WETLAND AND RIPARIAN RESTORATION AND CREATION ACTIVITIES.** Activities in waters of the United States associated with the restoration of former non-tidal wetlands and riparian areas, the enhancement of degraded wetlands and riparian areas, and creation of wetlands and riparian areas;

(i) On non-Federal public lands and private lands, in accordance with the terms and conditions of a binding wetland restoration or creation agreement between the landowner and the U.S. Fish and Wildlife Service or the NRCS or voluntary wetland restoration, enhancement, and creation actions documented by the NRCS pursuant to the NRCS regulations; or

(ii) On any Federal land; or

(iii) On reclaimed surface coal mined lands, in accordance with a Surface Mining Control and Reclamation Act permit issued by the Office of Surface Mining or the applicable state agency. (The future reversion does not apply to wetlands created, restored or enhanced as mitigation for the mining impacts, nor naturally due to hydrologic or topographic features, nor for a mitigation bank.); or

(iv) On any public or private land, provided the permittee notifies the District Engineer in accordance with the "Notification" general condition.

Such activities include, but are not limited to: installation and maintenance of small water control structures, dikes, and berms; backfilling of existing drainage ditches; removal of existing drainage structures; construction of small nesting islands; plowing or discing for seed bed preparation; and other related activities. This NWP applies to restoration projects that serve the purpose of restoring "natural" wetland hydrology, vegetation, and function to altered and degraded non-tidal wetlands and "natural" functions of riparian areas. This NWP does not authorize the conversion of natural wetlands to another aquatic use, such as creation of waterfowl impoundments where a forested wetland previously existed.

**Reversion.** For restoration, enhancement and creation projects conducted under paragraphs (ii) and (iv), this NWP does not authorize any future discharge of dredged or fill material associated with the reversion of the area to its prior condition. In such cases a separate permit at that time would be required for any reversion. For restoration, enhancement and creation projects conducted under paragraphs (i) and (iii), this NWP also authorizes any future discharge of dredged or fill material associated with the reversion of the area to its documented prior condition and use (i.e., prior to the restoration, enhancement, or creation activities) within five years after expiration of a limited term wetland restoration or creation agreement or permit, even if the discharge occurs after this NWP expires. The five year reversion limit does not apply to agreements without time

limits reached under paragraph (i). The prior condition will be documented in the original agreement or permit, and the determination of return to prior conditions will be made by the Federal agency or appropriate State agency executing the agreement or permit. Prior to any reversion activity the permittee or the appropriate Federal or State agency must notify the District Engineer and include the documentation of the prior condition. Once an area has reverted back to its prior physical condition, it will be subject to whatever the Corps regulatory requirements will be at that future date. (Sections 10 and 404)

**Notification Requirement** -- *Yes. See National General Condition 13 - Notification, for requirements.*

**Regional Conditions** --

*1. Wetland restoration is not authorized in areas falling under the designation of a Federal Superfund site (Comprehensive Environmental Response, Compensation and Liability Act), hazardous waste clean-up site (Resource Conservation and Recovery Act), or State clean-up site (Model Toxics Control Act).*

*2. Restoration proposed in documented habitat for State-listed endangered, threatened, or sensitive animal species must be beneficial to those listed species present.*

**Puyallup Tribe 401 Certification** -- *Denied without prejudice. An individual 401 Certification is required for all Section 404 activities.*

**EPA and State 401 Certification** -- *Partially denied without prejudice. An individual 401 Certification is required for the following:*

*1. Discharges of dredged or fill material associated with the reversion of a restored wetland to its prior condition and uses or,*

*2. Impacts to waters of the U.S. adversely affecting more than 1/3 (one-third) acre.*

**CZM Consistency Response** -- *Partially denied without prejudice subject to the 401 Certification conditions. An individual CZM Consistency Response must be obtained for projects requiring individual 401 Certification and located within counties in the coastal zone.*

000288

Permits
Project: WA PFH 158-1(2), Flowery Trail Road

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(1) | W.1 |




H-12

PROJECT PURPOSE: RECONSTRUCTION + UPGRADE OF FLOWERY TRAIL ROAD (FOREST HIGHWAY PFH-158-1(1))
DATUM: NGVD

| PARCEL NO. | RECORDED OWNER | ADDRESS | |
|---|---|---|---|
| 0013 | John & Rhonda Rothrock | 2892 Flowery Trail Road | Usk, WA 99180 |
| 0012 | Don & Kelly Collings | 221 Danforth Road | Usk, WA 99180 |
| 0011 | Daniel & Mary Schultz | 2443 Flowery Trail Road | Usk, WA 99180 |
| 0010 | Richard & Bettie Losh | 2671 Flowery Trail Road | Usk, WA 99180 |
| 0009 | Carl & Kathleen Johnson | 1625 E 17th | Spokane, WA 99203 |
| 0008 | Mark & Dixie Long | 2872 Flowery Trail Road | Usk, WA 99180 |
| 0007 | Robert G. Feulner | 4117 S. Hatch | Spokane, WA 99203 |
| 0006 | Idaho Forest Products | PO Box 4800 | Coeur d'Alene, ID 83816 |
| 0005 | National Forest Service Land | 765 S. Main | Colville, WA 99114 |
| 0004 | Calispell Lake Investors | 104 W Stewart | Puyallup, WA 98371 |
| 0003 | Jeremy Schelter | 8211 NE 15th Ave | Vancouver, WA 98662 |
| 0002 | Stimson Timber Co | 520 SW Yamhill St. | Portland, OR 97204 |
| 0001 | Stimson Timber Co | 520 SW Yamhill St. | Portland, OR 97204 |

O INDICATES WETLAND AREAS

INDEX TO SHEETS

| SHEET NO. | DESCRIPTION |
|---|---|
| W.1 | TITLE SHEET - VICINITY MAP |
| W.2 | VICINITY MAP - WETLANDS 19-30 |
| W.3 | VICINITY MAP - WETLANDS 6-18 |
| W.4 | VICINITY MAP - WETLANDS 1-5 |
| W.5-W.24 | WETLAND IMPACT AREAS PLAN VIEW AND CROSS SECTIONS |
| W.25-W.32 | ONSITE MITIGATION AREAS |

SCALE IN KILOMETERS

Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty, Tenmile, and North Fork Calispell Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens Counties, Washington
Proposed Work: Excavate, place fill & replace culverts
Sheet 1 of 24
Date: 5-20-98

6

M.A. DeATLEY 01823

000289

Permits
Project: WA PFH 158-1(2), Flowery Trail Road

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(1) | W.2 |




| WETLAND SITE | VICINITY STATION | WETLAND IMPACT AREA IN SQ. METERS |
|---|---|---|
| 26 | 21+200 RT. | 214.1188 |
| | 21+200 LT. | 188.0638 |
| 24 | 21+805 RT. | 141.4461 |
| | 21+805 LT. | 107.0265 |
| 23 | 22+080 RT. | 71.7672 |
| | 22+080 | [illegible] |
| 22 | 22+320 | 1031.3101 |
| | | |
| 20 | 22+575 | 429.1617 |
| | 22+710 | 223.5608 |
| 19 | 22+945 RT. | 49.1153 |
| | 22+945 LT. | 295.2165 |

H-13

Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty, Tenmile, and North Fork Calispell Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens Counties, Washington
Proposed Work: Excavate, place fill & replace culverts
Sheet 2 of 24
Date: 5-20-98

M.A. DeATLEY 01824

10

000290

Permits
Project: WA PFH 158-1(2), Flowery Trail Road

| STATE | PROJECT | SHEET NUMBER |
| --- | --- | --- |
| WA | PFH 158-1(1) | W. |




LAT. = 48° 17′30″
LONG. = 117° 27′30″

H-14

| WETLAND SITE | VICINITY STATION | WETLAND IMPACT AREA IN SQ. METERS |
| --- | --- | --- |
| 18 | 23+875 | 463.4436 |
| | 23940 | 669.8722 |
| 16 | 24+150 | 154.9650 |
| | | |
| 15 | 24+220 | 129.2126 |
| | | |
| 14 | 24+250 | 79.0602 |
| | 24+320 | 134.5269 |
| 13 | 24+840 | 1697.7823 |
| | 24+900 | 293.4438 |
| 11 | 25+020 | 141.2307 |
| | | |
| 10 | 25+160 | 232.2339 |
| | 25+160 RT. | 39.2339 |

| WETLAND SITE | VICINITY STATION | WETLAND IMPACT AREA IN SQ. METERS |
| --- | --- | --- |
| 8B | 25+415 | 11.3660 |
| | | |
| 9A | 25+490 | 4.3001 |
| | | |
| 9 | 25+560 | 606.8405 |
| | | |
| 8 | 25+700 | 0.6504 |
| | | |
| 7 | 25+960 | 418.4854 |
| | 26+000-26+060 | 2494.1052 |
| 7 | 26+000 RT. | 22.3131 |
| | 26+100 | 1598.8319 |
| 6 | 27+140 | 389.1861 |
| | | |

Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty, Tenmile, and North Fork Calispell Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens Counties, Washington
Proposed Work: Excavate, place fill & replace culverts
Sheet 3 of 24
Date: 5-20-98

M.A. DeATLEY 01825

000291

Permits
Project: WA PFH 158-1(2), Flowery Trail Road

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(1) | W.4 |




| WETLAND SITE | VICINITY STATION | WETLAND IMPACT AREA IN SQ. METERS |
|---|---|---|
| 3 | 30+530 | 788.5514 |
| | 31+200 | 3264.1603 |
| 1 | 31+700-31+940 | 1510.5630 |
| 2 | 31+760-31+950 | 142.4005 |




LAT. = 48°18'00"
LONG. = 117°14'00"

Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty, Tenmile, and North Fork Calispell Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens Counties, Washington
Proposed Work: Excavate, place fill & replace culverts
Sheet 4 of 24
Date: 5-20-98

H-15

(12)

M.A. DeATLEY 01826