000292

Permits
Project: WA PFH 158-1(2), Flowery Trail Road




H-16




STA. 21+200

CROSS SECTION VIEW NOT TO SCALE

NOTES

VOLUMES ARE ROUNDED TO THE NEAREST 50 CU. YD.

FILL - CONSTRUCTION MATERIAL

NATIVE MATERIALS OR AGGREGATE GRAVEL BASE

M.A. DeATLEY 01827

Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty,
Tenmile, and North Fork Calispell
Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens
Counties, Washington
Proposed Work: Excavate, place
fill & replace culverts
Sheet 5 of 24
Date: 5-20-98

(13)

000293

Permits
Project: WA PFH 158-1(2), Flowery Trail Road

| STATE | PROJECT | SHEET NUMB |
| --- | --- | --- |
| WA | PFH 158-1(1) | W. |




H-17

M.A. DeATLEY 01828

NOTES

VOLUMES ARE ROUNDED TO THE NEAREST 50 CU. YD.

FILL - CONSTRUCTION MATERIAL
NATIVE MATERIALS OR AGGREGATE GRAVEL BASE

- - - - - - TOP OF CUT
— — — — TOE OF FILL

Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty, Tenmile, and North Fork Calispell Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens Counties, Washington
Proposed Work: Excavate, place fill & replace culverts
Sheet 6 of 24
Date: 5-20-98

(14)

000294

Permits
Project: WA PFH 158-1(2), Flowery Trail Road




Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty, Tenmile, and North Fork Calispell Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens Counties, Washington
Proposed Work: Excavate, place fill & replace culverts
Sheet 7 of 24
Date: 5-20-98

05/22 '98 13:55 ID:W.S.DEPT.OF TRANSP.H-18 FAX:509-324-6005 PAGE 2

M.A. DeATLEY 01829

000295

Permits
Project: WA PFH 158-1(2), Flowery Trail Road




Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty,
Tenmile, and North Fork Calispell
Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens
Counties, Washington
Proposed Work: Excavate, place
fill & replace culverts
Sheet 8 of 24
Date: 5-20-98

05-22 '98 13:55 ID:W.S.DEPT.OF TRANSPH-19 FAX:509-324-6005 PAGE 3

M.A. DeATLEY 01830

000296

Permits
Project: WA PFH 158-1(2), Flowery Trail Road






Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty, Tenmile, and North Fork Calispell Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens Counties, Washington
Proposed Work: Excavate, place fill & replace culverts
Sheet 9 of 24
Date: 5-20-98

(17)

M.A. DeATLEY 01831

000297

Permits
Project: WA PFH 158-1(2), Flowery Trail Road

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(1) | W. |




STA. 22+945

CROSS SECTION VIEW NOT TO SCALE

H-21

NOTES

VOLUMES ARE ROUNDED TO THE NEAREST 50 CU. YD.

FILL - CONSTRUCTION MATERIAL
NATIVE MATERIALS OR AGGREGATE GRAVEL BASE

0 20 40 60 80 100
SCALE IN METERS

M.A. DeATLEY 01832

Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty, Tenmile, and North Fork Calispell Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens Counties, Washington
Proposed Work: Excavate, place fill & replace culverts
Sheet 10 of 24
Date: 5-20-98

(18)

000298

Permits
Project: WA PFH 158-1(2), Flowery Trail Road

05/22 '98 13:56 ID:W.S.DEPT.OF TRANSP FAX:509-324-6005 PAGE 5

H-22




Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty,
Tenmile, and North Fork Calispell
Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens
Counties, Washington
Proposed Work: Excavate, place
fill & replace culverts
Sheet 11 of 24
Date: 5-20-98

19

M.A. DeATLEY 01833

000299

Permits
Project: WA PFH 158-1(2), Flowery Trail Road




NWP 18




STA. 24+150

CROSS SECTION VIEW NOT TO SCALE

NOTES

VOLUMES ARE ROUNDED TO THE NEAREST 50 CU. YD.

FILL – CONSTRUCTION MATERIAL
NATIVE MATERIALS OR AGGREGATE GRAVEL BASE

CROSS SECTION VIEWS CONTINUED ON NEXT PAGE

Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty, Tenmile, and North Fork Calispell Creeks, and isolated wetlands
Near: Usk
Pend Oreill & Stevens Counties, Washington
Proposed Work: Excavate, place fill & replace culverts
Sheet 12 of 24
Date: 5-20-98

H-23

M.A. DeATLEY 01834

20

000300

Permits
Project: WA PFH 158-1(2), Flowery Trail Road

| STATE | PROJECT | SHEET NUMBER |
| --- | --- | --- |
| WA | PFH 158-1(1) | |




NOTES

VOLUMES ARE ROUNDED TO THE NEAREST 50 CU. YD.

FILL - CONSTRUCTION MATERIAL
NATIVE MATERIALS OR AGGREGATE GRAVEL BASE

CROSS SECTION VIEWS CONTINUED ON NEXT PAGE

STA. 24+320

CROSS SECTION VIEW NOT TO SCALE

M.A. DeATLEY 01835

H-24

Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty, Termile, and North Fork Calispell Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens Counties, Washington
Proposed Work: Excavate, place fill & replace culverts
Sheet 13 of 24
Date: 5-20-98

21

000301

Permits
Project: WA PFH 158-1(2), Flowery Trail Road




NOTES

VOLUMES ARE ROUNDED TO THE NEAREST 50 CU. YD.

FILL - CONSTRUCTION MATERIAL

NATIVE MATERIALS OR ACCREGATE GRAVEL BASE

STA. 24+660

CROSS SECTION VIEW NOT TO SCALE

Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty, Tenmile, and North Fork Calispell Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens Counties, Washington
Proposed Work: Excavate, place fill & replace culverts
Sheet 14 of 24
Date: 5-20-98

22

M.A. DeATLEY 01836

000302

Permits
Project: WA PFH 158-1(2), Flowery Trail Road




Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty, Tenmile, and North Fork Calispell Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens Counties, Washington
Proposed Work: Excavate, place fill & replace culverts
Sheet 15 of 24
Date: 5-20-98

H-26

23

M.A. DeATLEY 01837

000303

Permits
Project: WA PFH 158-1(2), Flowery Trail Road




Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty, Tenmile, and North Fork Calispell Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens Counties, Washington
Proposed Work: Excavate, place fill & replace culverts
Sheet 16 of 24
Date: 5-20-98

24

M.A. DeATLEY 01838

000304

Permits
Project: WA PFH 158-1(2), Flowery Trail Road

05/22 '98 13:57 ID:U.S.DEPT.OF TRANSP FAX:509-324-6005 PAGE 6

H-28




NOTES

VOLUMES ARE ROUNDED TO THE NEAREST 50 CU. YD.

FILL - CONSTRUCTION MATERIAL
NATIVE MATERIALS OR AGGREGATE GRAVEL BASE

CROSS SECTION VIEWS CONTINUED ON NEXT PAGE

Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty,
Termile, and North Fork Calispell
Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens
Counties, Washington
Proposed Work: Excavate, place
fill & replace culverts
Sheet 17 of 24
Date: 5-20-98

(25)

M.A. DeATLEY 01839

000305

Permits
Project: WA PFH 158-1(2), Flowery Trail Road

05/22 '98 13:58 ID:U.S.DEPT.OF TRANSP FAX:509-324-6005 PAGE 7

H-29




NOTES

VOLUMES ARE ROUNDED TO THE NEAREST 50 CU. YD.

FILL - CONSTRUCTION MATERIAL

NATIVE MATERIALS OR AGGREGATE GRAVEL BASE

CROSS SECTION VIEW NOT TO SCALE

Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty, Tenmile, and North Fork Calispell Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens Counties, Washington
Proposed Work: Excavate, place fill & replace culverts
Sheet 18 of 24
Date: 5-20-98

M.A. DeATLEY 01840

26

000306

Permits

Project: WA PFH 158-1(2), Flowery Trail Road

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | |




STA. 25+960

CROSS SECTION VIEW NOT TO SCALE

H-30

M.A. DeATLEY 01841

NOTES

VOLUMES ARE ROUNDED TO THE NEAREST 50 CU. YD.

FILL - CONSTRUCTION MATERIAL

NATIVE MATERIALS OR AGGREGATE GRAVEL BASE

CROSS SECTION VIEWS CONTINUED ON NEXT PAGE

Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty, Tenmile, and North Fork Calispell Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens Counties, Washington
Proposed Work: Excavate, place fill & replace culverts
Sheet 19 of 24
Date: 5-20-98

27

000307

Permits

Project: WA PFH 158-1(2), Flowery Trail Road

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | |




STA. 26+000




STA. 26+040




STA. 26+100

H-31

CROSS SECTION VIEW NOT TO SCALE

NOTES

VOLUMES ARE ROUNDED TO THE NEAREST 50 CU. YD.

FILL - CONSTRUCTION MATERIAL
NATIVE MATERIALS OR AGGREGATE GRAVEL BASE

Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty, Tenmile, and North Fork Calispell Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens Counties, Washington
Proposed Work: Excavate, place fill & replace culverts
Sheet 20 of 24
Date: 5-20-98

M.A. DeATLEY 01842

28

000308

Permits
Project: WA PFH 158-1(2), Flowery Trail Road




H-32

(29)

000309

Permits
Project: WA PFH 158-1(2), Flowery Trail Road




STA. 30+530

CROSS SECTION VIEW NOT TO SCALE

NOTES

VOLUMES ARE ROUNDED TO THE NEAREST 50 CU. YD.

FILL - CONSTRUCTION MATERIAL
NATIVE MATERIALS OR AGGREGATE GRAVEL BASE

Ref. No. 98-4-00139
USDOT (Federal Highway Admin.)
Winchester, Dorchester, Gletty,
Tenmile, and North Fork Calispell
Creeks and isolated wetlands
Near: Usk
Pend Oreill & Stevens
Counties, Washington
Proposed Work: Excavate, place
fill & replace culverts
Sheet 23 of 24
Date: 5-20-98

30

M.A. DeATLEY 01844

000310

Permits
Project: WA PFH 158-1(2), Flowery Trail Road




H-34

(31)

M.A. DeATLEY 01845




(32)

Permits
Project: WA PFH 158-1(2), Flowery Trail Road

M.A. DeATLEY 01846

05.22 '98 13:58 ID:W.S.DEPT.OF TRANSP H-35 FAX:509-324-6005 PAGE 8

000311

(This page intentionally left blank.)



M.A. DeATLEY 01847