H-79

# HYDRAULIC PROJECT APPROVAL

RCW 77.55.100 - appeal pursuant to Chapter 34.05 RCW

Washington Department of FISH and WILDLIFE

State of Washington
Department of Fish and Wildlife
Region 1 Office
North 8702 Division Street
Spokane, Washington 99218-1199

**DATE OF ISSUE:** September 19, 2000

**LOG NUMBER:** 00-E3449-02

| PERMITTEE | AUTHORIZED AGENT OR CONTRACTOR |
|---|---|
| Federal Highway Administration<br>Western Federal Lands Highway Division<br>ATTENTION: Brian Allen<br>610 East Fifth Street<br>Vancouver, WA 98661<br>(360) 696-7787 | Not Applicable |

**PROJECT DESCRIPTION:** Flowery Trail Road improvements conducted in Pend Oreille County and portions of Stevens County. Projects include: Replace existing crossings on Little Calispell Creek (near ski parking area), Ten Mile Creek (access road) and Donaldson Creek; Install a new crossing on a tributary to Ten Mile Creek (remove old crossing and restore site); Construction of a Mechanically Stabilized Earth (MSE) wall adjacent to North Fork Calispell Creek; Instream habitat enhancement mitigation.

**PROJECT LOCATION:** Flowery Trail Road, (WA forest Highway #158, Pend Oreille County Road #21100, Stevens County Road #29020) between Danforth Road and 49 Degrees North ski area.

| # | WRIA | WATER BODY | TRIBUTARY TO | 1/4 SEC. | SEC. | TOWNSHIP | RANGE | COUNTY |
|---|---|---|---|---|---|---|---|---|
| 01 | 62.0737 | Donaldson Creek | Ten Mile Creek | NW | 09 | T3 North | 42 East | Pend Oreille |
| 02 | 62.0737 | Little Calispell Creek | Ten Mile Creek | NW | 06 | 32 North | 42 East | Pend Oreille |
| 03 | 62.0702 | North Fork Calispell Creek | Calispell Creek | SE | 11 | 32 North | 42 East | Pend Oreille |
| 04 | 62.0737 | Ten Mile Creek | North Fork Calispell Creek | SW | 10 | 32 North | 42 East | Pend Oreille |
| 05 | 62.0737 | un-named tributary | Ten Mile Creek | NE | 10 | 32 North | 42 East | Pend Oreille |

NOTE: This Hydraulic Project Approval (HPA) authorizes work listed in the above project description only. Any additional work below the ordinary high water line shall require a separate HPA from Washington Department of Fish and Wildlife.

WDFW staff request participation on habitat restoration and enhancement projects, more specifically the bridge abandonment site on Ten Mile Creek and the MSE wall construction / stream relocation project. Please coordinate notification of these specific projects

## PROVISIONS

1. **TIMING LIMITATIONS:** The project may begin **immediately** and shall be completed by **September 30, 2002**, provided:

   a. Work below the ordinary high water line shall only occur between **July 1** and **September 30** of calendar years **2001 and 2002.**

2. NOTIFICATION REQUIREMENT: The permittee or contractor shall notify the Area Habitat Biologist (AHB) listed below of the project start date. Notification shall be received by the AHB at least three working days prior to the



M.A. DeATLEY 01890

Washington Department of FISH and WILDLIFE

State of Washington
Department of Fish and Wildlife
Region 1 Office
North 8702 Division Street
Spokane, Washington 99218-1199



start of construction activities. The notification shall include the permittee's name, project location, starting date for work, and the control number for this Hydraulic Project Approval.

3. NOTIFICATION REQUIREMENT: The permittee or contractor shall notify WDFW Enforcement Officer Coleman at 456-4082 at least three working days prior to the start of construction activities. Notification shall include the permittee's name, project location, starting date for work, and the control number for this Hydraulic Project Approval.

4. Work shall be accomplished per plans and specifications entitled, "JARPA for Federal Highway Administration - Flowery Trail Road Project", dated April 5, 2000; and "Road Plan Modifications", dated August 14, 2000; and "Mitigation Plan", dated September 13, 2000; and submitted to the Washington Department of Fish and Wildlife, except as modified by this Hydraulic Project Approval. These plans reflect design criteria per Chapter 220-110 WAC. These plans reflect mitigation procedures to significantly reduce or eliminate impacts to fish resources. A copy of these plans shall be available on site during construction.

**EQUIPMENT**

5. The use of equipment below the ordinary high water line shall be limited to that necessary to gain position for work.

6. Equipment used for this project shall be free of external petroleum-based products while working around the stream. Equipment shall be checked daily for leaks and any necessary repairs shall be completed prior to commencing work activities along the stream.

**INSTREAM WORK AREA ISOLATION / INSTREAM BYPASS**

7. The culverts shall be installed and/or modified in the dry or in isolation from stream flow by the installation of a bypass flume or culvert to divert stream flow around the work area. The temporary bypass shall be in place prior to initiation of other work in the wetted perimeter.

8. A sandbag revetment or similar device shall be installed at the bypass inlet to divert the entire flow through the bypass.

9. A sandbag revetment or similar device shall be installed at the downstream end of the bypass to prevent backwater from entering the work area.

10. The bypass shall be of sufficient size to pass all flows and debris for the duration of the project.

11. Prior to releasing the water flow to the project area, all bank protection or armoring shall be completed.

12. Upon completion of the project, all material used in the temporary bypass shall be removed from the site and the site returned to preproject or improved conditions.

13. The permittee shall capture and safely move food fish, game fish, and other fish life from the job site. The permittee shall have fish capture and transportation equipment ready and on the job site. Captured fish shall be immediately and safely transferred to free-flowing water downstream of the project site.

M.A. DeATLEY 01891

H-81

# HYDRAULIC PROJECT APPROVAL

RCW 77.55.100 - appeal pursuant to Chapter 34.05 RCW

Washington Department of FISH and WILDLIFE

State of Washington
Department of Fish and Wildlife
Region 1 Office
North 8702 Division Street
Spokane, Washington 99218-1199

**DATE OF ISSUE:** September 19, 2000 **LOG NUMBER:** 00-E3449-02

## CULVERT REMOVAL / INSTALLATION

14. The culverts shall be installed and maintained to ensure unimpeded fish passage.

15. The culverts shall be placed on a gradient according to referenced plans with the bottom of the culverts placed below the level of the streambed a minimum of 20 percent of the culvert diameter for a round culvert, and 20 percent of the culvert's rise for an elliptical culvert. The 20 percent placement below the streambed shall be measured at the culvert outlet.

16. The culvert width at the streambed shall be equal to or greater than the average width of the streambed.

17. The culverts shall be installed to maintain structural integrity to the 100-year peak flow with consideration of the debris likely to be encountered.

18. Fill associated with culvert installation shall be protected from erosion to the 100-year peak flow.

19. The culverts shall be installed and maintained to avoid inlet scouring and to prevent erosion of stream banks downstream of the project.

20. The culvert facilities shall be maintained by the owner(s) per RCW 77.55.060 to ensure continued, unimpeded fish passage. If the structure becomes a hindrance to fish passage, the owner(s) shall be responsible for obtaining an Hydraulic Project Approval and providing prompt repair. Financial responsibility for maintenance and repairs shall be that of the owner(s).

21. Disturbance of the streambed and banks shall be limited to that necessary to place the culverts and any required channel modification associated with it. Affected streambed and bank areas outside the culverts and associated fill shall be restored to preproject configuration following installation of the culverts.

22. Approach material shall be structurally stable and be composed of material that, if eroded into the stream, shall not be detrimental to fish life.

## BANK PROTECTION

23. Bank protection work shall be restricted to work necessary to protect the eroding bank.

24. Bio-engineering bank stabilization utilizing vegetation and geo-textile matting shall be the preferred method of bank protection, above the OHWL, up slope of bank to stabilization. Excessive use of bank hardening methods such as rock shall be avoided.

25. Placement of bank protection material waterward of the ordinary high water line shall be restricted to the minimum amount necessary to protect the toe of the bank or for installation of mitigation features approved by the Washington Department of Fish and Wildlife.

26. The toe shall be installed to protect the integrity of bank protection material(s).

27. Bank sloping shall be accomplished in a manner that avoids release of overburden material into the water. Overburden material resulting from the project shall be deposited so it will not re-enter the water.

M.A. DeATLEY 01892

Washington Department of FISH and WILDLIFE

State of Washington
Department of Fish and Wildlife
Region 1 Office
North 8702 Division Street
Spokane, Washington 99218-1199



28. Bank protection material shall be installed to withstand peak flood flows. River gravels or other round cobbles shall not be used as exterior armor.

29. Fish habitat components such as logs, stumps, and/or large boulders are required as part of the bank protection project to mitigate project impacts. These fish habitat components shall be installed to withstand 100-year peak flows.

30. Geotextile cloth or filter blanket material shall be placed prior to placement of bank protection material.

31. Bank protection material shall be placed in a manner to avoid damage to existing vegetation.

32. Bank protection and filter blanket material shall be placed from the bank. Dumping onto the bank face shall be permitted only if the toe is established and the material can be confined to the bank face.

**VEGETATION**

33. Alteration or disturbance of the bank and bank vegetation shall be limited to that necessary to construct the project. Within seven calender days of project completion, all disturbed areas shall be protected from erosion using vegetation or other means. Within one year of project completion, the banks, including riprap areas, shall be revegetated with native or other approved woody species. Vegetative cuttings shall be planted at a maximum interval of three feet (on center) and maintained as necessary for three years to ensure 80 percent survival.

34. Existing shoreline vegetation shall not be removed or disturbed to the extent possible.

**WATER QUALITY**

35. If at any time, as a result of project activities, fish are observed in distress, a fish kill occurs, or water quality problems develop (including equipment leaks or spills), operations shall cease and the Washington Department of Fish and Wildlife at 456-4082 and Washington Department of Ecology at 456-2926 shall be contacted immediately. Work shall not resume until further approval is given by the Washington Department of Fish and Wildlife.

36. Erosion control methods shall be used to prevent silt-laden water from entering the stream. These may include, but are not limited to, straw bales, filter fabric, temporary sediment ponds, check dams of pea gravel-filled burlap bags or other material, and/or immediate mulching of exposed areas.

37. Prior to starting work, temporary filter fabric, straw bale, or pea gravel-filled burlap bag check dam(s) shall be installed downstream. Accumulated sediments shall be removed during the project and prior to removing the check dam(s) after completion of work.

38. Wastewater from project activities and water removed from within the work area shall be routed to an area landward of the ordinary high water line to allow removal of fine sediment and other contaminants prior to being discharged to the stream.

39. All waste material such as construction debris, silt, excess dirt or overburden resulting from this project shall be deposited above the limits of flood water in an approved upland disposal site.

M.A. DeATLEY 01893

H-83
# HYDRAULIC PROJECT APPROVAL
RCW 77.55.100 - appeal pursuant to Chapter 34.05 RCW

Washington Department of FISH and WILDLIFE

State of Washington
Department of Fish and Wildlife
Region 1 Office
North 8702 Division Street
Spokane, Washington 99218-1199

**DATE OF ISSUE:** September 19, 2000 **LOG NUMBER:** 00-E3449-02

40. If high flow conditions that may cause siltation are encountered during this project, work shall stop until the flow subsides.

41. Extreme care shall be taken to ensure that no petroleum products, hydraulic fluid, fresh cement, sediments, sediment-laden water, chemicals, or any other toxic or deleterious materials are allowed to enter or leach into the stream.

42. Fresh concrete or concrete by-products shall not be allowed to enter the stream at any time during this project. All forms used for concrete shall be completely sealed to prevent the possibility of fresh concrete from getting into the stream.

**SEPA:** NEPA "Environmental Assessment Flowery Trail Road - June 1996", adopted by Pend Oreille County Public Works Department on March 4, 1998.

**APPLICATION ACCEPTED:** September 13, 2000 **ENFORCEMENT OFFICER:** Roberts 026 [P1]

| | | |
|---|---|---|
| Doug Robison (509) 536-2012<br>Area Habitat Biologist | Doug Robison | **for Director<br>WDFW** |

cc: WDFW Enforcement Officer Coleman 159, Newport, WA
Kevin Robinette, WDFW Habitat Program Mgr, Spokane, WA
Bruce Heiner, WDFW Engineering Services, Pullman, WA
Allen Palmanteer, WDFW, Boyds, WA
Curt Vail, WDFW, Colville, WA
Walt Olson, Pend Oreille County Engineer, Newport, WA
Bruce Bailey, Colville National Forest, Colville, WA
Sandra Manning, Dept of Ecology, Olympia, WA
Philip Laumeyer, U.S. Fish and Wildlife Service, 11103 E. Montgomery Drive, Suite 2, Spokane, WA 99206

## GENERAL PROVISIONS

This Hydraulic Project Approval (HPA) pertains only to the provisions of the Fisheries Code (RCW 77.55 - formerly RCW 75.20). Additional authorization from other public agencies may be necessary for this project.

This HPA shall be available on the job site at all times and all its provisions followed by the permittee and operator(s) performing the work.

This HPA does not authorize trespass.

The person(s) to whom this HPA is issued may be held liable for any loss or damage to fish life or fish habitat which results from failure to comply with the provisions of this HPA.

Failure to comply with the provisions of this Hydraulic Project Approval could result in a civil penalty of up to one hundred dollars per day or a gross misdemeanor charge, possibly punishable by fine and/or imprisonment.



M.A. DeATLEY 01894

H-84

# HYDRAULIC PROJECT APPROVAL

**RCW 77.55.100 - appeal pursuant to Chapter 34.05 RCW**

Washington Department of FISH and WILDLIFE

State of Washington
Department of Fish and Wildlife
Region 1 Office
North 8702 Division Street
Spokane, Washington 99218-1199

**DATE OF ISSUE:** September 19, 2000 **LOG NUMBER:** 00-E3449-02

All HPAs issued pursuant to RCW 77.55.100 or 77.55.200 are subject to additional restrictions, conditions or revocation if the Department of Fish and Wildlife determines that new biological or physical information indicates the need for such action. The permittee has the right pursuant to Chapter 34.04 RCW to appeal such decisions. All HPAs issued pursuant to RCW 77.55.110 may be modified by the Department of Fish and Wildlife due to changed conditions after consultation with the permittee: PROVIDED HOWEVER, that such modifications shall be subject to appeal to the Hydraulic Appeals Board established in RCW 77.55.170.

## APPEALS - GENERAL INFORMATION

IF YOU WISH TO APPEAL A DENIAL OF OR CONDITIONS PROVIDED IN A HYDRAULIC PROJECT APPROVAL, THERE ARE INFORMAL AND FORMAL APPEAL PROCESSES AVAILABLE.

A. INFORMAL APPEALS (WAC 220-110-340) OF DEPARTMENT ACTIONS TAKEN PURSUANT TO RCW 77.55.100, 77.55.110, 77.55.140, 77.55.190, 77.55.200, and 77.55.290:
A person who is aggrieved or adversely affected by the following Department actions may request an informal review of:
(A) The denial or issuance of a HPA, or the conditions or provisions made part of a HPA; or
(B) An order imposing civil penalties.
It is recommended that an aggrieved party contact the Area Habitat Biologist and discuss the concerns. Most problems are resolved at this level, but if not, you may elevate your concerns to his/her supervisor. A request for an INFORMAL REVIEW shall be in WRITING to the Department of Fish and Wildlife, 600 Capitol Way North, Olympia, Washington 98501-1091 and shall be RECEIVED by the Department within 30-days of the denial or issuance of a HPA or receipt of an order imposing civil penalties. The 30-day time requirement may be stayed by the Department if negotiations are occurring between the aggrieved party and the Area Habitat Biologist and/or his/her supervisor. The Habitat Protection Services Division Manager or his/her designee shall conduct a review and recommend a decision to the Director or its designee. If you are not satisfied with the results of this informal appeal, a formal appeal may be filed.

B. FORMAL APPEALS (WAC 220-110-350) OF DEPARTMENT ACTIONS TAKEN PURSUANT TO RCW 77.55.100 OR 77.55.140:
A person who is aggrieved or adversely affected by the following Department actions may request an formal review of:
(A) The denial or issuance of a HPA, or the conditions or provisions made part of a HPA;
(B) An order imposing civil penalties; or
(C) Any other "agency action" for which an adjudicative proceeding is required under the Administrative Procedure Act, Chapter 34.05 RCW.
A request for a FORMAL APPEAL shall be in WRITING to the Department of Fish and Wildlife, 600 Capitol Way North, Olympia, Washington 98501-1091, shall be plainly labeled as "REQUEST FOR FORMAL APPEAL" and shall be RECEIVED DURING OFFICE HOURS by the Department within 30-days of the Department action that is being challenged. The time period for requesting a formal appeal is suspended during consideration of a timely informal appeal. If there has been an informal appeal, the deadline for requesting a formal appeal shall be within 30-days of the date of the Department's written decision in response to the informal appeal.

C. FORMAL APPEALS OF DEPARTMENT ACTIONS TAKEN PURSUANT TO RCW 77.55.110, 77.55.200, 77.55.230, or 77.55.290:
A person who is aggrieved or adversely affected by the denial or issuance of a HPA, or the conditions or provisions made part of a HPA may request a formal appeal. The request for FORMAL APPEAL shall be in WRITING to the

# HYDRAULIC PROJECT APPROVAL

RCW 77.55.100 - appeal pursuant to Chapter 34.05 RCW

Washington Department of Fish and Wildlife

State of Washington
Department of Fish and Wildlife
Region 1 Office
North 8702 Division Street
Spokane, Washington 99218-1199

**DATE OF ISSUE:** September 19, 2000 **LOG NUMBER:** 00-E3449-02

Hydraulic Appeals Board per WAC 259-04 at Environmental Hearings Office, 4224 Sixth Avenue SE, Building Two - Rowe Six, Lacey, Washington 98504; telephone 360/459-6327.

D. FAILURE TO APPEAL WITHIN THE REQUIRED TIME PERIODS RESULTS IN FORFEITURE OF ALL APPEAL RIGHTS. IF THERE IS NO TIMELY REQUEST FOR AN APPEAL, THE DEPARTMENT ACTION SHALL BE FINAL AND UNAPPEALABLE.

(This page intentionally left blank.)

M.A. DeATLEY 01897

H-87

STATE OF WASHINGTON

DEPARTMENT OF ECOLOGY

*P.O. Box 47600 • Olympia, Washington 98504-7600*
*(360) 407-6000 • TDD Only (Hearing Impaired) (360) 407-6006*

**REGISTERED MAIL**

September 2, 1998

U.S. Dept of Transportation, Federal
Highway Administration
Attn: Ken Jacoby
610 East Fifth Street
Vancouver, WA 98661

RE: Water Quality Certification for Permit Number 98-4-00139 -- Flowery Trail Road (Phase I) improvements conducted in Pend Oreille County and portions of Stevens County. Fill of 4.62 wetland and several surface water crossings.

Dear Mr. Jacoby:

On June 15, 1998, U.S. Department of Transportation, Federal Highway Administration submitted a JARPA application for the proposed work in wetlands in and adjacent to Winchester Creek, Dorchester Creek, Gletty Creek, Tenmile Creek, North Fork Calispell Creek. On behalf of the State of Washington, we certify that the work proposed complies with applicable provisions of Sections 301, 302, 303, 306, and 307 of the Clean Water Act, as amended, and other appropriate requirements of State law. This letter also serves as the state response to the Corps of Engineers.

This certification is subject to the conditions contained in the enclosed Order. If you have any question please contact Loree' Randall at 360 407-6068. Written comments can be sent to her at the Department of Ecology, P O Box 47703, Olympia WA 98504-7703. The enclosed Order may be appealed by following the procedures described in the order.

Sincerely,

Sandra L. Manning for

Paula Ehlers, Supervisor
Environmental Coordination Section

PE:lr

Enclosure

Cc: Corps of Engineers – Tim Erkel
WSDOT – James Prudente
FHWA - Art Lemke
Ecology, ERO – Dennis Beich
WDFW – John Whalen

M.A. DeATLEY 01898

| | |
|---|---|
| **IN THE MATTER OF GRANTING** ) <br> **A WATER QUALITY** ) <br> **CERTIFICATION TO** ) <br> U.S. Dept of Transportation, Federal ) <br> Highway Administration ) <br> in accordance with 33 U.S.C. 1341 ) <br> FWPCA § 401, RCW 90.48.260 ) <br> and WAC 173-201A ) | **ORDER #98-4-00139** <br> Fill of 4.62 acres of wetlands. Surface water crossings of Winchester Creek, Dorchester Creek, Gletty Creek, Tenmile Creek, North Fork Calispell Creek, and isolated wetlands located along the Flowery Trail Road alignment in Pend Oreille County and portions of Stevens County. |

TO: U.S. Dept of Transportation, Federal
Highway Administration
610 East Fifth Street
Vancouver, WA 98661

ATTN: Ken Jacoby

On June 15, 1998, the U.S. Department of Transportation, Federal Highway Administration submitted a JARPA application requesting a Water Quality Certification from Ecology. The proposed project includes placement of fill at several surface water crossings and wetlands associated with Winchester Creek, Dorchester Creek, Gletty Creek, Tenmile Creek, North Fork Calispell Creek, and isolated wetlands located along the Flowery Trail Road alignment in Pend Oreille County and portions of Stevens County. Total wetland impacts amount is 4.62 acres. Compensation to mitigate these impacts is proposed as a combination of: a) 2.20 acres Wetland Creation On-site, b) 6.50 acres Wetland Creation Off-site, and c) 2.23 acres Wetland/Riparian Restoration On-site.

Other Approvals/Permits:

- SEPA – NEPA – "Environmental Assessment Flowery Trail Road – June 1996; adopted by Pend Oreille County Public Works Department on March 4, 1998.
- Hydraulic Project Approval (HPA) 00D0871-01 issued May 23, 1998 by Washington Department of Fish and Wildlife (WDFW).

Water Quality conditions of the above permits and approvals shall be considered conditions of this Order.

**AUTHORITIES:**

In exercising authority under 33 U.S.C. 1341 and RCW 90.48.260, Ecology has investigated this application pursuant to the following:

1. Conformance with applicable water quality-based, technology-based, and toxic or pretreatment effluent limitations as provided under 33 U.S.C. Sections 1311, 1312, 1313, 1316, and 1317 (FWPCA Sections 301, 302, 303, 306, and 307);

2. Conformance with the state water quality standards as provided for in Chapter 173-201A WAC authorized by 33 U.S.C. 1313 and by Chapter 90.48 RCW, and with other appropriate requirements of state law; and,

3. Conformance with the provision of using all known, available and reasonable methods to prevent and control pollution of state waters as required by RCW 90.48.010.

**WATER QUALITY CERTIFICATION CONDITIONS:** In view of the foregoing and in accordance with 33 U.S.C. 1341, 90.48.260 RCW and Chapter 173-201A WAC, certification is granted to U.S. Dept of Transportation, Federal Highway Administration (applicant) subject to the following conditions:

**No Further Impairment of Existing Water Quality:**

1) Certification of this proposal does not authorize the applicant to exceed applicable state water quality standards (173-201A WAC), including the state sediment qualit, standards (173-204 WAC). Furthermore,

M.A. DeATLEY 01899

nothing in this certification shall absolve the applicant from liability for contamination and any subsequent cleanup of surface waters or sediments occurring as a result of project construction or operations.

2) Contractors working on the applicants' project are required to comply with the water quality standards. The applicant is ultimately responsible for compliance with the Standards even when the work is contracted out. However both the applicant and the contractor may be held liable for any violation of the Standards.

**Mitigation, Monitoring, and Contingency Conditions:**

3) The mitigation sites discussed in the mitigation plan (primarily Centerline and Woodworth Meadows) are mitigation for Phase I of this project only. There are no mitigation banking credits associated with these sites.

4) The mitigation and monitoring plans are approved as conceptual. There may be modifications necessary that would be incorporated in a final mitigation plan.

5) A qualified wetland specialist shall be on-site during the design, construction and monitoring of the mitigation sites.

6) All wetland revegetation shall be surveyed after one year to determine the success of the plantings. An 80% survival rate shall be considered the success criteria for this planting. Failure to reach and/or maintain this success criterion shall require remedial measures to correct deficiencies affecting the plant success in order to meet the standard, and at least two years of addition monitoring. Remedial measures may include additional planting in areas where unacceptable plant mortality has occurred, removal of invasive, or planting in new areas determined acceptable as mitigation sites by Ecology.

7) An "As-built" report documenting the final design of the mitigation area(s) shall be prepared when site construction is completed. A copy of the report shall be sent to Ecology's Eastern Regional Office Wetlands Specialist and Ecology's SEA program WSDOT project manager within sixty days of completing the mitigation construction. The report shall include at least the following information:
   a) acreage totals shall be provided for existing on site wetlands and categories of each of the existing wetlands prior to mitigation work
   b) acreage totals shall be calculated and reported upon completion of construction by each type of mitigation work completed: restoration/creation, enhancement, and preservation;
   c) final site topography
   d) photographs of the area taken from established permanent reference points
   e) a planting plan showing species and estimating sizes, and approximate location of plants
   f) any changes to the plan that occurred during construction

8) Yearly monitoring reports must be submitted to Ecology by September 1st of each year. A copy of the report shall be sent to Ecology's Eastern Regional Office Wetland Specialist and Ecology's SEA program WSDOT project manager. The monitoring reports shall include at least the following information:
   a) permit number
   b) site name
   c) summary of observation
   d) date(s) of monitoring
   e) personnel involved in monitoring
   f) site drawings or sketches showing plant species and estimated sizes; and approximate location of plants
   g) photos of the mitigation areas from the permanent reference points (established in condition 7. d)

**Construction Conditions:**

9) Prior to starting site clearing or construction the applicant shall submit to Ecology's SEA Program WSDOT project manager a copy of the sites temporary Erosion and Sediment Control Plan.

10) All construction debris shall be properly disposed of on land so that it cannot enter the waterway or cause water quality degradation to state waters.

11) All excess excavated material shall be disposed of above the 100-year floodplain and shall be contained so as to prevent its re-entry into waters of the state.

12) Erosion control devices at the construction and mitigation sites (e.g., filter fences, hay bales, etc.) suitable to prevent exceedances of state water quality standards shall be in place before site clearing or starting project construction and shall be maintained throughout construction.

13) Periodic inspection and maintenance of all erosion control structures shall be conducted no less than every 7 days from the start of the clearing, to site stabilization. Additional inspections shall be conducted prior to and after expected rainfall events to ensure erosion control measures are in working conditions. Any damaged structures shall be immediately repaired. If it is determined at the inspection that addition measures are needed to control storm water and erosion, they shall be implemented immediately.

14) During periods of <u>heavy rain</u>, daily inspection of the site shall be completed and documented (photo's if necessary). A summary of observation, problems and remedial actions taken shall be submitted to Ecology's SEA Program WSDOT project manager within 24 hours of the inspection. This summary can be faxed to (360/ 407-6904) or Emailed (lora461@ecy.wa.gov).

15) For the <u>periodic inspection,</u> a report summarizing the scope of the inspections, the personnel conducting the inspection, the date(s) of the inspection, major observations relating to the erosion control structures, and actions taken as a result of these inspections shall be prepared and submitted to Ecology's WSDOT project manager by the 15th of each month. These inspections should include some photo documentation.

16) At the completion of construction, hydroseeding may be done to stabilize slopes and soils until other required planting is completed. Hydroseed mix shall consist of native, non-invasive, or annual plant species only.

17) Wash water containing oils, grease, or other hazardous materials resulting from wash down of equipment or working areas shall not be discharged into state waters (including wetlands) except as authorized by an NPDES or state waste discharge permit.

**Emergency/Contingency Measures:**

18) Any in-water work that is out of compliance with the provisions of this Order, or any discharge of oil, fuel, or chemicals into state waters, including wetlands, or onto land with a potential for entry into state waters, is prohibited. If these occur, the operator shall immediately take the following actions:

a) Cease operations.

b) Assess the cause of the water quality problem and take appropriate measures to correct the problem and/or prevent further environmental damage.

c) In the event of a discharge of oil, fuel, or chemicals into state waters, or onto land with a potential for entry into state waters, containment and cleanup efforts shall begin immediately and be completed as soon as possible, taking precedence over normal work. Cleanup shall include proper disposal of any spilled material and used cleanup materials.

d) Spills into state waters, spills onto land with a potential for entry into state waters, or other significant water quality impacts, shall be reported immediately to Ecology's Eastern Regional Spill Response Office at (509) 456-2926

19) Fuel hoses, oil drums, oil or fuel transfer valves and fittings, etc., shall be checked regularly for drips or leaks, and shall be maintained and stored properly to prevent spills into state waters, including wetlands.

20) Toxic conditions resulting in distressed or dying fish (including dissolved oxygen levels below 5.0 mg/L) are not allowed. If these conditions exist, construction shall cease immediately and the applicant or the contractor shall contact Ecology's Eastern Regional Spill Response Office at (509) 456-2926.

22) <u>Construction monitoring</u>: During and immediately after project construction, the applicant or contractor shall visibly monitor the area for distressed or dying fish. If water quality exceedances are observed outside the dilution zone, in-water work shall cease immediately and the applicant or the contractor shall contact Ecology's Eastern Regional Spill Response Office at (509) 456-2926.

**Notification**

22) The applicant or contractor shall notify Ecology's SEA program WSDOT project manager, Loree' Randall at (360) 407-6068, at least three working days prior to the start of project and mitigation construction activities. Notification shall include name of project, project location, starting date for work, order number, contact and contact's phone number.

23) The applicant or contractor shall notify Ecology's SEA program WSDOT project manager, Loree' Randall at (360) 407-6068, at least three working days after the completion of the project and mitigation construction activities. Notification shall include name, project location, ending date for work, order number, contact and contact's phone number.

**General Conditions:**

This certification does not exempt and is provisional upon compliance with other statutes and codes administered by federal, state, and local agencies.

The applicant will be out of compliance with this certification if the project is constructed and/or operated in a manner not consistent with the project description contained in the JARPA application.

The applicant will be out of compliance with this certification and the applicant must reapply with an updated application if five years elapse between the date of the issuance of this certification and the beginning of construction and/or discharge for which the federal license or permit is being sought.

The applicant will be out of compliance with this certification and the applicant must reapply with an updated application if the information contained in the JARPA application is voided by subsequent submittals Ecology. Any future action at this project location, emergency or otherwise, that is not defined in the public notice, is not covered by this approval. All future actions shall be coordinated with Ecology for approval prior to implementation of such action.

Copies of this Order shall be kept on the job site and readily available for reference by Corps of Engineers personnel, the construction superintendent, construction managers and foremen, and state and local government inspectors.

Ecology retains continuing jurisdiction to make modifications hereto through supplemental order, if it appears necessary to further protect the public interest.

M.A. DeATLEY 01902

*Water Quality Certification #98-4-00139*
*September 2, 1998*
*Page 5 of 5*

Any person who fails to comply with any provision of this Order shall be liable for a penalty of up to ten thousand dollars per violation for each day of continuing noncompliance.

Any person aggrieved by this Order may obtain review thereof by appeal. The applicant can appeal up to 30 days after receipt of the permit, and all others can appeal up to 30 days from the postmarked date of the permit. The appeal must be sent to the Washington Pollution Control Hearings Board, PO Box 40903, Olympia WA 98504-0903. Concurrently, a copy of the appeal must be sent to the Department of Ecology, Enforcement Section, PO Box 47600, Olympia WA 98504-7600. These procedures are consistent with the provisions of Chapter 43.21B RCW and the rules and regulations adopted thereunder.

Dated Sept. 2, 1998 at Lacey, Washington

Sandra L. Manning for
Paula Ehlers
Environmental Coordination Section
Department of Ecology
State of Washington

M.A. DeATLEY 01903

H-93

**AGENCY USE ONLY**

Agency Reference #:______________________ Date Received:______________

Other:______________________

# JARPA FORM

(for use in Washington State)

PLEASE TYPE OR PRINT IN BLUE OR BLACK INK

Based on the preceding checklist, I am sending copies of this application to the following: *(check all that apply)*

☐ Local Government for shoreline: ☐ Substantial Development ☐ Conditional Use ☐ Variance ☐ Exemption; or, if applicable ☐ Floodplain Management ☐ Critical Areas Ordinance

X **Washington Department of Fish and Wildlife for HPA**

☐ Washington Department of Ecology for: **X Approval to Allow Temporary Exceedance of Water Quality Standards**

☐ Washington Department of Natural Resources for: ☐ Aquatic Resources Use Authorization Notification

Corps Engineers for: Section 404 ☐ Section 10 permit (Nationwide Permit approval was received for all actions created by this Project based on first JARPA permit)

☐ Coast Guard for: ☐ Section 9 Bridge Permit

***SECTION A** - Use for all permits covered by this application. Be sure to also complete Section C (Signature Block) for all permit applications.*

1. APPLICANT

**Brian Allen, Federal Highway Administration, Western Federal Lands Highway Division**

(Contact Art Lemke @ (360) 696-7952 for questions or clarification of permit details.)

MAILING ADDRESS

**Federal Highway Administration, 610 East Fifth Street, Vancouver, WA 98661**

| WORK PHONE | HOME PHONE | FAX # |
|---|---|---|
| (360) 696-7787 | N/A | (360) 696 -7846 |

*If an agent is acting for the applicant during the permit process, complete #2.*

2. AUTHORIZED AGENT

MAILING ADDRESS

| WORK PHONE | HOME PHONE | FAX # |
|---|---|---|
| | | |

3. RELATIONSHIP OF APPLICANT TO PROPERTY: ☐ OWNER ☐ PURCHASER ☐ LESSEE *X OTHER*: -----

**Western Federal Lands Highway Division - Project Manager**

4. NAME, ADDRESS, AND PHONE NUMBER OF PROPERTY OWNER(S), IF OTHER THAN APPLICANT

**Pend Oreille County Public Works Department, P.O. Box 5065, Newport, WA 99156-5065, Walter Olson, P.E. - (509) 447-4513**

**Stevens County Public Works, P.O. Box 109, Colville, WA 99114, Jim Whitbread, P.E. - (509) 684-4548**

**United States Forest Service, Colville National Forest, 765 S. Main, Colville, WA 99114, Forest Supervisor - (509) 684-7000**



M.A. DeATLEY 01904