H-94

5. LOCATION (STREET ADDRESS, INCLUDING CITY, COUNTY AND ZIP CODE, WHERE PROPOSED ACTIVITY EXISTS OR WILL OCCUR)

Flowery Trail Road, (WA Forest Highway #158, Stevens County Road #29020, Pend Oreille County Road #21100), located between Chewelah, WA 99109 in Stevens County, and Usk, WA 99180 in Pend Oreille County. This is the Stage 2 construction project being proposed in the development of Flowery Trail Road and will include construction from Station 18+500 (East of Flowery Trail Pass) to Sta. 25+037.5 (end of first project).

| | | | | |
|---|---|---|---|---|
| WATERBODY Ten Mile Creek and its tributaries, North Fork Calispell Creek, Little Calispell Creek and Donaldson Creek | | | | TRIBUTARY OF<br>Pend Oreille River. |
| 1/4 SECTION<br>Sections 6, 9, 10, and 11 | TOWNSHIP<br>T 32 N | RANGE<br>R 42 E | GOVERNMENT LOT<br>----- | SHORELINE DESIGNATION<br>These creeks are NOT of Statewide Significance, and currently have no Pend Oreille Co. shoreline designation.<br>ZONING DESIGNATION<br>There is no current Pend Oreille Co. zoning designations for this area. |
| TAX PARCEL NO.<br>----- | | | | DNR STREAM TYPE, IF KNOWN<br>Ten Mile Creek - Type 3, North Fork Calispell Creek - Type 3<br>Donaldson Creek - Type 4 |

6. DESCRIBE THE CURRENT USE OF THE PROPERTY, AND STRUCTURES EXISTING ON THE PROPERTY. IF ANY PORTION OF THE PROPOSED ACTIVITY IS ALREADY COMPLETED ON THIS PROPERTY, INDICATE MONTH AND YEAR OF COMPLETION

The current use of the Flowery Trail Road is a Pend Oreille County and Stevens County Road, crossing private and National Forest lands. There is currently one bridge structure over ten-mile creek existing on the roadway which will be removed as part of this project.

IS THE PROPERTY AGRICULTURAL LAND? ☐ YES X NO ARE YOU A USDA PROGRAM PARTICIPANT? ☐ YES X NO

7a. DESCRIBE THE PROPOSED WORK. COMPLETE PLANS AND SPECIFICATIONS SHOULD BE PROVIDED FOR ALL WORK WATERWARD OF THE ORDINARY HIGH WATER MARK OR LINE INCLUDING TYPES OF EQUIPMENT TO BE USED. IF APPLYING FOR A SHORELINE PERMIT, DESCRIBE ALL WORK WITHIN AND BEYOND 200 FEET OF THE ORDINARY HIGH WATER MARK. ATTACH A SEPARATE SHEET IF ADDITIONAL SPACE IS NEEDED.

Flowery Trail Road is located in northeastern Washington and crosses the Selkirk Mountains that connect eastern and central Washington. It is an east-west, two-lane rural county-owned collector roadway, providing regional access via State Route 20 in Pend Oreille County and State Route 395 in Stevens County (See Figure 1). The total road length is approximately 34 kilometers (km) (21.1 mi); 21km (13.3 mi) are in Stevens County and 13km (8 mi) are in Pend Oreille County. Most of the roadway (29km, 18 mi) traverses the Colville National Forest (CNF), and Kaniksu National Forest (KNF) administered by the Newport Ranger District. The Preferred Alternative will increase the existing 4.9m to 7.3m (16 to 24 ft ) width of Flowery Trail Road to a modified County Standard with a top width of 8.4m (28 ft), which equals two 3.3m (11 ft) wide lanes with 0.9m (3 ft) wide shoulders.

Equipment used will be standard rubber tired and track mounted backhoes/excavators used to excavate for pipe bedding. Wheel mounted cranes will be used to place pipes.

The existing surface water crossings were hydraulicly analyzed to determine the correct size, design and location for adequate water passage during peak flows and fish passage with minimum environmental disturbance to wetland and riparian habitats. This is the second stage of a multi-stage project. Stage one is nearing completion. Hydraulic approval for Stage 1 was received May 23, 1998 for installing 4 crossings, and removing one. That permit Log number is 00-D0871-01.

This application for Stage 2 construction is for crossings that will be replaced or installed at the following locations::

1. Sta. 20+101.83 Donaldson Creek 3000 mm (10') x 25 m (82') Replace Existing Crossing Sheet - S602-4
2. Sta. 22+576.31 Ten Mile Tributary 2100 mm (7') x 30 m (98') New Crossing Sheet - S602-5
3. Sta. 6+690 Little Calispell Creek (Ski Area Parking Access) 2100 mm (7') x 22 m (72') Replace Existing Crossing Sheet - S602-6

Other Hydraulic Activities Proposed by this project: (These were included in Stage 1 permit but did not receive an HPA)

4. Removal of bridge over Ten Mile Creek, removal of existing fill and restoration of creek bank and riparian area. Sheet - S211-2
5. Construction of MSE wall adjacent to North Fork Calispell Creek - Sta. 24+638 to 24+686 Sheet - S255-4

M.A. DeATLEY 01905

7b. DESCRIBE THE PURPOSE OF THE PROPOSED WORK.

The project will create safer driving conditions, improve the ease of operation of its users, and improve the economic development of the area by

Permits

upgrading the transportation network between the National Forest lands and surrounding communities. The project will comply with the standards and guidelines of the CNF Forest Plan as amended by the Infish Native Fish strategy of July 31, 1995. The required right-of-way easement for construction and maintenance of this project will be transferred from the Forest Service and private owners to Stevens County or Pend Oreille County. The total Average Daily Traffic (ADT) is expected to double during the first year of operation, and increase approximately 3.5 % each year after. Commercial traffic is projected to increase at a greater rate because of improved accessibility. The projected ADT will be approximately 300 by Year 2015.

The proposed improvements to the Flowery Trail Road meet design standards of both counties and the WSDOT Local Agency Guidelines and provide adequate safety for the roadways' users during various driving conditions.

The project will eliminate a one-lane bridge at Tenmile creek, widen the road, remove hairpin curves, improve access and signage, install guardrail, and provide an all-weather paved surface. The project will remove some existing roadway embankments from wetland sites. Reduced road maintenance costs, and a reduction in dust and sedimentation of adjacent waterways is also expected.

7c. DESCRIBE THE POTENTIAL IMPACTS TO CHARACTERISTIC USES OF THE WATER BODY THESE USES MAY INCLUDE FISH AND AQUATIC LIFE, WATER QUALITY, WATER SUPPLY, RECREATION, and AESTHETICS IDENTIFY PROPOSED ACTIONS TO AVOID MINIMIZE, AND MITIGATE DETRIMENTAL IMPACTS, AND PROVIDE PROPER PROTECTION OF FISH AND AQUATIC LIFE.

Water Resources and Watershed Condition

The Preferred Alternative design has been developed incorporating hydraulic analyses and wetland delineations to minimize impacts to riparian areas, flood plains, and associated wetlands within the area watersheds. All structures in fish bearing streams have been designed for fish passage in accordance with the U.S. Forest Service Inland Native Fish Strategy Environmental Assessment, 1995 and comments from field reviews with State Fish and Wildlife. The alignment designs and surface water crossing structure proposals of the Preferred Alternative have minimized impacts on the associated wetlands, riparian areas, and floodplains. In addition, the crossing of Tenmile Creek with a new structure has been avoided.

Construction activities associated with culvert removal and installation within the impacted creek crossings, and realignments in the vicinity of streams will disturb soil and temporarily affect water quality through an increase in short-term sedimentation. Implementing BMP's in the Stormwater Site Plan during construction will address temporary erosion control during construction, and avoid or minimize short-term sedimentation impacts on water quality. Monitoring on-site sedimentation and erosion control during construction will be accomplished by FHWA inspectors or Forest Service personnel, in accordance with Forest Service standards and process. Operations and maintenance personnel of each respective county will be responsible for repair and monitoring long-term BMP's following project completion and local acceptance.

Fish passage and scour prevention are designed into each proposed crossing. Those elements common to all installations are 1) oversized pipes to allow habitat development within the pipe, 2) conserved streambed material placed in each pipe a minimum depth of 0.6 m [2'] and up to 1.0 m [3+'], 3) rock weirs constructed in each pipe to control velocity and develop stream pools and riffles, 4) outlet control systems constructed on all pipes, and 5) riprap headwalls installed on all pipes and concrete collars on larger pipes. (All pipes are proposed to be corrugated metal)

Floodplain Analysis

The HEC2 modeling of the North Fork Calispell Creek for the proposed structures indicated an increase in the water surface elevation. The 0.04m (1.57 inches) increase in elevation did not exceed the FHWA criteria. When the creek breaches its banks, the creek braids to the south, and in some areas moves/flows northward adjacent to the roadway. The encroachment of the proposed MSE walls does not increase the water surface elevation enough to over-top the roadway. The Tenmile Creek Tributaries have minimal floodplain impacts that did not warrant a HEC2 analysis.

Floodplain Mitigation Measures and BMP's

A. The new drainage structures are designed to pass 100 year flood flow levels.

B. Bioengineering techniques are proposed along North Fork Calispell Creek and Ten Mile Creek Brikge removal and will be used in other locations where practicable.

C. Fish passage structures will be implemented according to the U.S. Forest Service Inland Native Fish Strategy Environmental Assessment, 1995.

D. Soil erosion will be minimized through BMP implementation during and following construction as proposed in the Stormwater Management /Erosion Control Plans which are a part of the construction plans.

E. Natural drainage patterns will be utilized where possible to maximize existing vegetation protection and avoid additional soil disturbance.

F. Surface waters within the project vicinity located on Forest lands may be used for construction purposes provided that the State's water rights standards and practices for minimum fish flows and other State Hydraulic Permit requirements are adhered to.

G. Temporary, approved toilet facilities will be provided during construction.

H. Construction staging areas will be located as approved by the CNF.

I. Water or an approved biodegradable dust palliative will be used to control roadway dust during construction.

J. Erosion control measures will be placed in ditches leading into surface waters. Ditch lining will be provided in slopes over 4 percent.

K. Water quality and stream stability will be monitored by CNF personnel prior to, and following construction in all proposed major crossings and stream impact installations.

L. A Hazardous Materials Spill Plan shall be developed by the contractor, and approved by the Forest Service prior to the



M.A. DeATLEY 01906

beginning of construction.

WETLANDS

All wetland impacts and mitigation proposals associated with this Stage 2 project were in the Stage 1 JARPA Application. The US Army Corps and Department of Ecology approved FHWA"s wetland impact and mitigation proposals May 26, 1998 and September 2, 1998 respectively.

Wetland Mitigation Measures for Stage 2 Construction:

A. Compensation for impacts to wetlands were implemented in Stage 1 as a multi-tiered proposal consisting of a) Avoidance, b) Minimization, c) Wetland Restoration On-site, d) Wetland Enhancement On-site, and e) Wetland Creation On or Off -site.
B. Two wetland creation sites were built during Stage 1. The first was an 0.89 ha (2.2 acres) wetland "creation" site, located at Sta. 24+000, identified as the Centerline Wetland Mitigation Site. The second was an 0.52 ha (1.29 acres) site constructed at Woodward Meadows west of the project but on the CNF. Also, 0.32 ha (0.79 acres) of on-site wetland restoration and enhancement was completed at designated locations along the existing alignment. Stage-2 will complete 0.58 ha (1.44 acres) of wetland restoration and enhancement for a total restoration and enhancement of 0.90 ha (2.23 acres). Additional mitigation sites are being discussed with DOE at other project locations and adjacent to LeClerc Creek which is north and east of this project.

RIPARIAN AREAS

A total of 800 m2 (8610 sf) of riparian area is estimated to be impacted by Stage-2. These areas consist of riparian vegetation zones impacted by proposed construction. In locations where the proposed realignment will no longer require an existing stream crossing, the abandoned sections of roadway and drainage structures will be removed and the riparian area restored with plantings, root wads and logs as compensatory "Restoration" mitigation. Compensatory mitigation of 570 m2 (6135 ft2) is identified at Ten mile creek and the Ten Mile Tributary. An additional 2000 m2 (21525 ft2) of riparian restoration is also being considered at LeClerc Creek.

Riparian Mitigation Measures

A. The project will avoid or minimize effects to riparian areas and stream crossings. BMP's to control erosion and sediment transport will be implemented. (i.e. silt fence, straw bales, detention ponds, etc.)
B. Clearing limits in riparian areas will be held to the minimum required for installation to minimize impacts and retain native vegetation cover.
C. Riparian areas at abandoned creek crossings will be restored per CNF standards as restoration and enhancement mitigation for project impacts.
D. This project will replace or install 3 culverts which are designed to pass fish. The design of each passage is detailed in the attahced set of plan drawings.

PREPARATION OF DRAWINGS: SEE APPENDIX A - SAMPLE DRAWINGS AND CHECKLIST FOR COMPLETING THE DRAWINGS. *ONE SET OF ORIGINAL OR GOOD QUALITY REPRODUCIBLE DRAWINGS MUST BE ATTACHED.* NOTE: APPLICANTS ARE ENCOURAGED TO SUBMIT PHOTOGRAPHS OF THE PROJECT SITE, BUT THESE DO NOT SUBSTITUTE FOR DRAWINGS. *THE CORPS OF ENGINEERS AND COAST GUARD REQUIRE DRAWINGS ON 8-1/2 X 11 INCH SHEETS. LARGER DRAWINGS MAY BE REQUIRED BY OTHER AGENCIES*

8. WILL THE PROJECT BE CONSTRUCTED IN STAGES?
X YES ☐ NO

PROPOSED STARTING DATE Stage-1 is complete except for final surfacing and paving. Construction of Stage-2 is currently estimated to begin Summer 2000.

ESTIMTED DURATION OF ACTIVITY: Stage-2 construction is planned to be completed by the fall of 2002. Culvert installations that are the subject of this permit will most likely be constructed during the sumer/fall of 2001. The Ten Mile Creek bridge removal will be done during the 2002 construction season

Cr

9. CHECK IF ANY STRUCTURES WILL BE PLACED:

X WATERWARD OF THE ORDINARY HIGH WATER MARK OR LINE FOR FRESH OR TIDAL WATERS: AND/OR

☐ WATERWARD OF THE MEAN HIGH WATER LINE IN TIDAL WATERS

10. WILL FILL MATERIAL (ROCK, FILL, BULKHEAD, PILINGS OR OTHER MATERIAL) BE PLACED 95% of the 2500 yd3 is streambed material that is salvaged from the stream and placed back into the completed pipe.

X WATERWARD OF THE ORDINARY HIGH WATER MARK OR LINE FOR FRESH WATERS? IF YES, VOLUME (2500 yd3) AREA 0.284 (ACRES)

H-97

☐ WATERWARD OF THE MEAN HIGHER HIGH WATER FOR TIDAL WATERS? IF YES, VOLUME (CUBIC YARDS)----- /AREA-----(ACRES)

11 WILL MATERIAL BE PLACED IN WETLANDS? X YES ☐ NO

IF YES. All wetland impacts & mitigation proposals were included in the Stage-1 JARPA submittal. Stage-2 will impact wetlands accounted for in Stage 1 but beyond the Stage 1 construction limits. Stage 2 construction will impact wetlands 14,15,16,18,19,20,22,23,24 & 26.

A. IMPACTED AREA IN ACRES: Total impact is 1.12 acres

B. HAS A DELINEATION BEEN COMPLETED? IF YES, PLEASE SUBMIT WITH APPLICATION. X YES ☐ NO

Submitted with Stage 1 JARPA Application

C. HAS A WETLAND REPORT BEEN PREPARED? IF YES, PLEASE SUBMIT WITH APPLICATION. X YES ☐ NO

Submitted with Stage 1 JARPA Application

D. TYPE AND COMPOSITION OF FILL MATERIAL (E.G., SAND, ETC.): Native On-site soils, and Gravel Aggregate Bases.

E. MATERIAL SOURCE: On-site native soil/rock excavation areas

National Forest Service Properties - Gletty Pit,

F LIST ALL SOIL SERIES (TYPE OF SOIL) LOCATED AT THE PROJECT SITE, & INDICATE IF THEY ARE ON THE COUNTY'S LIST OF HYDRIC SOILS. SOILS INFORMATION CAN BE OBTAINED FROM THE NATURAL RESOURCES CONSERVATION SERVICE (NRCS) Aits, Bonner, Kegel, Moscow, and Newbell Soil Series, (none are Hydric).

12. WILL PROPOSED ACTIVITY CAUSE FLOODING OR DRAINING OF WETLANDS?
☐ YES X NO

IF YES, IMPACTED AREA IS ----- ACRES

13. WILL EXCAVATION OR DREDGING BE REQUIRED IN WATER OR WETLANDS? X YES ☐ NO

IF YES. Material will be removed from the above identified wetlands

A. VOLUME 1825(CUBIC YARDS)/AREA 0.29(ACRES)

B. COMPOSITION OF MATERIAL TO BE REMOVED: Hydric soils

C. DISPOSAL SITE FOR EXCAVATED MATERIAL. On-site mitigation areas

D METHOD OF DREDGING. Backhoe, grader, and other construction machinery

14 LIST OTHER APPLICATIONS, APPROVALS, OR CERTIFICATIONS FROM OTHER FEDERAL, STATE OR LOCAL AGENCIES FOR ANY STRUCTURES, CONSTRUCTION, DISCHARGES, OR OTHER ACTIVITIES DESCRIBED IN THE APPLICATION (I.E., PRELIMINARY PLAT APPROVAL, HEALTH DISTRICT APPROVAL, BUILDING PERMIT, SEPA REVIEW, FERC LICENSE, FOREST PRACTICES APPLICATION, ETC.) ALSO INDICATE WHETHER WORK HAS BEEN COMPLETED AND INDICATE ALL EXISTING WORK ON DRAWINGS.

| TYPE OF APPROVAL | ISSUING AGENCY | IDENTIFICATION NO | DATE OF APPLICATION | DATE APPROVED | COMPLETED? |
|---|---|---|---|---|---|
| Environmental Assessment<br><br>Env. Amendment No. 1 - 11-96<br>Env. Amendment No. 2 - 4-98 | Federal Highway Administration, Western Federal Lands Highway Div.<br>Same<br>Same (For Woodward Meadows) | N/A | N/A | FONSI - 11/27/96 | Yes<br><br>Yes<br>Yes |
| DNS/SEPA Checklist | Pend Oreille County | N/A | 1/14/91 | DNS - 1/31/91 | Yes |
| DNS/SEPA Checklist | Stevens County | N/A | 12/4/92 | DNS - 12/29/92 | Yes |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| SEPA LEAD AGENCY Pend Oreille County, and Stevens County | SEPA DECISION: Determination of Non-Significance | SEPA DECISION DATE. 1/31/91<br>12/29/92 |

15. HAS ANY AGENCY DENIED APPROVAL FOR THE ACTIVITY DESCRIBED HEREIN OR FOR ANY ACTIVITY DIRECTLY RELATED TO THE ACTIVITY DESCRIBED HEREIN? ☐ YES X NO IF YES, EXPLAIN:

**SECTION B** - *Use for Shoreline and Corps of Engineers permits only: Corps Permit and County Approval given w/ NWP's*

16. TOTAL COST OF PROJECT THIS MEANS THE FAIR MARKET VALUE OF THE PROJECT, INCLUDING MATERIALS, LABOR, MACHINE RENTALS, ETC

$27 Million for all of Flowery Trail Road. This Stage 2 is estimated @ $7,000,000.

17 LOCAL GOVERNMENT WITH JURISDICTION.

Pend Oreille County, Stevens County, and the Kaniksu and Colville National Forests

18 FOR CORPS, COAST GUARD, AND DNR PERMITS, PROVIDE NAMES, ADDRESSES, AND TELEPHONE NUMBERS OF ADJOINING PROPERTY OWNERS, LESSEES, ETC PLEASE NOTE. SHORELINE MANAGEMENT COMPLIANCE MAY REQUIRE ADDITIONAL NOTICE -- CONSULT YOUR LOCAL GOVERNMENT

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| Colville National Forest, Newport Ranger District, Dan Dallas, District Ranger | 315 N. Warren Ave., Newport, WA 99156 | (509) 447-7300 |
| Colville National Forest, Colville Ranger District, Wade Spang<br>Robert Vaught, Colville National Forest Supervisor | 765 S. Main, Colville, WA 99114 | (509) 684-7000 |
| | | |
| | | |
| | | |

**SECTION C - This section MUST be completed for any permit covered by this application.**

19. APPLICATION IS HEREBY MADE FOR A PERMIT OR PERMITS TO AUTHORIZE THE ACTIVITIES DESCRIBED HEREIN. I CERTIFY THAT I AM FAMILIAR WITH THE INFORMATION CONTAINED IN THIS APPLICATION, AND THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF, SUCH INFORMATION IS TRUE, COMPLETE, AND ACCURATE I FURTHER CERTIFY THAT I POSSESS THE AUTHORITY TO UNDERTAKE THE PROPOSED ACTIVITIES. I HEREBY GRANT TO THE AGENCIES TO WHIC THIS APPLICATION IS MADE, THE RIGHT TO ENTER THE ABOVE-DESCRIBED LOCATION TO INSPECT THE PROPOSED, IN-PROGRESS OR COMPLETED WORK. I AGREE TO START WORK ONLY AFTER ALL NECESSARY PERMITS HAVE BEEN RECEIVED.

SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | DATE

I HEREBY DESIGNATE ______________________

TO ACT AS MY AGENT IN MATTERS RELATED TO THIS APPLICATION FOR PERMIT(S). I UNDERSTAND THAT IF A FEDERAL PERMIT IS ISSUED, I MUST SIGN THE PERMIT.

Brian L. Allen
for FEDERAL HIGHWAY ADMINISTRATION 4-3-00

SIGNATURE OF APPLICANT | DATE

SIGNATURE OF LANDOWNER (EXCEPT PUBLIC ENTITY LANDOWNERS, E G. DNR) | DATE

THIS APPLICATION MUST BE SIGNED BY THE APPLICANT AND THE AGENT IF AN AUTHORIZED AGENT IS DESIGNATED

18 U.S.C §1001 provides that: Whoever, in any manner within the jurisdiction of any department or agency of the United States knowingly falsifies, conceals, or covers up by any trick, scheme, or dev a material fact or makes any false, fictitious, or fraudulent statements or representations or makes or uses any false writing or document knowing same to contain any false, fictitious, or fraudulent statem or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years or both.

M.A. DeATLEY 01909

**COMPLETED BY LOCAL OFFICIAL**

A. Nature of the existing shoreline. (Describe type of shoreline, such as marine, stream, lake, lagoon, marsh, bog, swamp, flood plain, floodway, delta; type of beach, such as accretion, erosion, high bank, low bank, or dike; material such as sand, gravel, mud, clay, rock, riprap; and extent and type of bulkheading, if any:)

B. In the event that any of the proposed buildings or structures will exceed a height of thirty-five feet above the average grade level, indicate the approximate location of and number of residential units, existing and potential, that will have an obstructed view

C. If the application involves a conditional use or variance, set forth in full that portion of the master program which provides that the proposed use may be a conditional use, or, in the case of a variance, from which the variance is being sought:

*These Agencies are Equal Opportunity and Affirmative Action employers.*

*For special accommodation needs, please contact the appropriate agency from Appendix B.*

M.A. DeATLEY 01910

(This page intentionally left blank.)

M.A. DeATLEY 01911

M.A. DeATLEY 01912







PLAN VIEW

ROCK WEIR SPACING




SKEW ANGLE DIAGRAM

| GRADATION OF SUITABLE STREAMBED MATERIAL | |
|---|---|
| Sieve Size | Percent Passing |
| 300 mm | 100 |
| 150 mm | 75-80 |
| 75 mm | 50-65 |
| 25 mm | 30-40 |
| 6.3 mm | 15-20 |
| 0.425 mm | 0-10 |




PROFILE SECTION A-A

35 Degree Skew

NOTE:

1. Conserve suitable material encountered in streambed excavation for use as streambed material. Estimated quantity is 25 m3.
2. Place conserved streambed material in the culvert to match the existing streambed gradient as closely as possible. If sufficient streambed material is not available, use material with a gradation described in the table above.
3. Culvert backfill, streambed materials, bed sealer and rocks will not be measured for payment.
4. Place 4 bed sealers at 5 m to 6 m. Bed sealers consist of 150 mm layer of straw, the full width of culvert and full depth of the material inside the culvert.
5. Dimensions given for rock are for the smallest measured dimension.

FOOTNOTE:

1) Culvert inlet outlet control, S25I-3a.
2) Riprap headwall, S25I-3a.
3) Baffle, S25I-3b.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

FISH PASSAGE, STA. 20+101
DONALDSON CREEK
3000 mm CULVERT

H-101

Permits

Project: WA PFH 158-1(2), Flowery Trail Road

000377

M.A. DeATLEY 01913







PLAN VIEW

ROCK WEIR SPACING




SKEW ANGLE DIAGRAM

| GRADATION OF SUITABLE STREAMBED MATERIAL | |
|---|---|
| Sieve Size | Percent Passing |
| 300 mm | 100 |
| 150 mm | 75-80 |
| 75 mm | 50-65 |
| 25 mm | 30-40 |
| 6.3 mm | 15-20 |
| 0.425 mm | 0-10 |

NOTE:

1. Conserve suitable material encountered in streambed excavation for use as streambed material. Estimated quantity is 25 m3.
2. Place conserved streambed material in the culvert to match the existing streambed gradient as closely as possible. If sufficient streambed material is not available, use material with a gradation described in the table above.
3. Culvert backfill, streambed materials, bed sealer and rocks will not be measured for payment.
4. Place 5 bed sealers at 5 m to 6 m. Bed sealers consist of 150 mm layer of straw, the full width of culvert and full depth of the material inside the culvert.




PROFILE SECTION A-A

4.5 Degree Skew

FOOTNOTE:

1/ Culvert inlet/outlet control, 251-3c.
2/ Riprap headwall, 251-3a.
3/ Rock weir, 251-3c

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

FISH PASSAGE, STA. 22+576
TEN MILE TRIBUTARY
3000 mm CULVERT

H-102

Permits

000378

## INLET/OUTLET CONTROL - TYPE I




PLAN
Not To Scale




SECTION B
INLET/OUTLET APRON
Not To Scale




SECTION A
Not To Scale

| GRADATION OF SUITABLE STREAMBED MATERIAL | |
|---|---|
| Sieve Size | Percent Passing |
| 300 mm | 100 |
| 150 mm | 75-80 |
| 75 mm | 50-65 |
| 25 mm | 30-40 |
| 6.3 mm | 15-20 |
| 0.425 mm | 0-10 |

NOTE:

1. All riprap shall have a side slope no steeper than 1:1.5.
2. Live stakes are incidental to class 4 riprap placement and will not be measured for payment.
3. Conserve suitable material encountered in streambed excavation for use as streambed material. If sufficient streambed material is not available, use material described in the gradation of suitable streambed material.
4. Adjust the inlet control system to meet field conditions as directed by C.O.
5. If construction operations disturb the approaching and existing stream channels, reconstruct the channel to its original configuration (elevation, width, side slopes).

FOOTNOTE:

[1] Space habitat stones randomly throughout apron. Bury one-half of stone in streambed material.

[2] Live stake headwall or 1 m spacing.

[3] No apron. Excavate grade and backfill inlet area with streambed material as needed to transition inlet area to match existing stream.

[4] No rock weir.

| Station | Inlet or Outlet | Pipe D (mm) | W (m) | L (m) | E (mm) | Riprap Class | Rock Weir Minimum Dimension (mm): Small Stone | Rock Weir Minimum Dimension (mm): Large Stone | Habitat Stone: Dimension (mm) | Habitat Stone: Number | R (mm) | P (mm) | A (mm) | V (mm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5+690 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| 5+910 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| 6+65 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| 7+450 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| 22+10 | Outlet | 3000 | 2 | 1 | 1300 | 4 | None [4] | None [4] | 500 - 800 | 4 | 600 | 400 | 200 | 1000 |
| | Inlet | 3000 | 2 | 2 | 1300 | 4 | None [4] | None [4] | 500 - 800 | 4 | [3] | [3] | [3] | [3] |
| 22+576 | Outlet | 3000 | 4 | 1 | 300 | 4 | None [4] | None [4] | 500 - 800 | 4 | 600 | 400 | 200 | 1000 |
| | Inlet | 3000 | 2 | 1 | 300 | 4 | None [4] | None [4] | 500 - 800 | 4 | [3] | [3] | [3] | [3] |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL
CULVERT END TREATMENTS

SPECIAL

M.A. DeATLEY 01914

H-103

Permits




M.A. DeATLEY 01915

H-104

Permits

000380




SECTION A-A
Not To Scale




SIDE VIEW
Not To Scale




PLAN
Not To Scale

FOOTNOTE:

1/ 50 percent of rock weir boulders shall meet the small stone dimension and 50 percent shall meet the large stone dimension.

2/ Orient weir rock to deflect water towards center of stream.

3/ Streambed material thickness varies. Nominal depth is 1000 mm.

4/ Bed sealer consists of 150 mm of straw full width of culvert and full depth of material inside the culvert

ROCK WEIR SCHEDULE

| Location | D (mm) | S (mm) | H (mm) | N (mm) | Minimum Dimension (mm) | |
|---|---|---|---|---|---|---|
| | | | | | Small Stone | Large Stone |
| 20+10 | 3000 | 300 | 1000 | 300 | 300 - 400 | 1000 - 1200 |
| 22+575 | 3000 | 300 | 1000 | 300 | 300 - 400 | 1000 - 1200 |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

ROCK WEIR DETAILS
INTERIOR CULVERT
TREATMENTS

M.A. DeATLEY 01916

H-105

Permits
Project: WA PFH 158-1(2), Flowery Trail Road

(This page intentionally left blank.)

M.A. DeATLEY 01917

H-107

# MITIGATION PLAN
for
Flowery Trail Road Hydraulic Permits
WA PFH 158 -1(2)

September, 2000

## INTRODUCTION

This mitigation plan is prepared as part of the Hydraulic Project Approval (HPA) for the second stage of Flowery Trail Road construction. Stage 2 will install two fishery stream crossing pipes from Station 18+500 to 25+037, one mechanically stabilized earth (MSE) wall adjacent to a North Fork Calispell Creek and remove one timber bridge and approach fills over Ten Mile Creek. Stage 2 construction will start in the spring of 2001 and be completed during the 2002 construction season.

These designs have been completed in accordance with good engineering judgement and fish passage designs and comments received from the Washington State Department of Fish & Wildlife. The bridge and fill removal has been accepted as wetland mitigation for the project.

## BASELINE DATA

Each of the fishery stream crossings installed are on streams surveyed by the Forest Service in 1990, 1991, 1994 and 1995. Sculpin, rainbow, cutthroat and eastern brook trout were found during these surveys. The Forest Service has determined the presence of fish above and below the crossings impacted by this project. All of the streams currently cross under Flowery Trail road in much smaller pipes than are proposed. All are blockages to fish in some manner. The specifics of the existing crossings or encroachments are as follows:

Stage 2 - Existing

Sta. 20+101 Donaldson Creek ---1475 mm wide x 914 mm high (58" wide x 36" high) corrugated metal pipe (CMP) arch, 16.6 m (55') long on 6.5% grade, no fish passage, and 35 degree skew to centerline.

Sta. 22+576 Ten Mile Tributary #1 --- 610 mm (24") round CMP x 10.6 m (35') long on existing Flowery Trail Road, 2% grade, no fish passage, skewed about 10 degrees. Creek is 24" wide at full bank width and 6"-10" deep. Bottom is soft, with 1" minus and smaller gravel. This section of road will be abandoned after construction. The existing culvert will be removed and the stream bank and riparian area restored.

Sta. 24+638 to 24+686 (48m) — Installation of an MSE wall to support Flowery Trail Road above North Fork Calispell Creek. The stream is historically impacted by the encroachment of the road into the creek flood plain. The creek cannot be avoided at this location due to steep existing ground on the uphill side of the road. The unstable roadbed currently contributes soil, silt and sediment to the stream.

## ESTIMATE of IMPACTS for NEW INSTALLATIONS

**Stage 2**
All work impacting streams and stream habitat for Stage 2 construction is estimated to impact a total of 700 m2 (7535 sq. ft.) of riparian vegetation and stream channels. The following are the impact estimates for each installation:

Sta. 20+101 - Donaldson Creek - This new crossing proposes a 3000 mm (120") round CMP x 25 m (82') and is estimated to impact approximately 250 m2 (2700 sq. ft.) of riparian zone. The new pipe is 8.4 m (27.5') longer and requires a small amount of channel modification to route the creek into the new crossing. Donaldson Creek currently parallels the road for a short distance in an old, man-made channel and enters the existing culvert at a 70 degree angle. The new crossing is back on station and eliminates the sharp angle of entry.

Sta. 22+576 - Ten Mile Tributary #1 - This crossing is at a new location upstream from the existing. The new pipe will be 3000 mm (120") round CMP x 30 m ( 98') on a 6.9% grade and is estimated to impact approximately 400 m2 (4305 sq. ft.) of existing riparian and stream channel area.

Sta. 24+638 to 24+686 - This installation will remove existing, sparse riparian vegetation on the existing roadway fill adjacent to North Fork Calispell Creek for the 48 m (157.5 feet) length of the MSE wall. Near the toe of the existing slope, sheet pile will be driven to separate the work area from the stream. The MSE wall will be built behind the sheet pile, then riprap placed to protect the wall. At the completion of the riprap placement, the sheet pile will be removed. Following sheet pile removal, large woody debris (LWD) will be placed parallel to the riprap. Stream bank vegetation excavated from the opposite bank will be placed on the riprap, behind the LWD. No stream diversion will be required. This installation is estimated to disturb approximately 50 m2 (540 sq. ft.) of riparian area.

## MITIGATION MEASURES

Installation of new pipes within fish bearing streams requires installation measures that provide fish passage. These measures common to all installations are 1) oversized pipes to allow habitat development within the pipe, 2) conserved streambed material placed in each pipe a minimum depth of 1 m (3'), 3) rock weirs constructed in each pipe to control velocity, hold stream bed material and develop in-pipe pools and riffles, 4) outlet control systems constructed on all pipes to create fish resting habitat and velocity controls, and 5) pipe inlets and outlets protected with riprap to maintain end stability. Riprap will also be planted with live willow stakes to establish vegetation around pipe ends. The MSE riprap wall will be revegetated by transplanting riparian material, with soil in tack, from the opposite bank of the creek.

Where existing stream crossings are abandoned, existing pipes will be removed and the riparian zones restored with appropriate plantings, root wads and logs as partial mitigation. All other



M.A. DeATLEY 01919

abandoned cross drainage pipes will also be removed and appropriate grading and planting performed.

The design of the project was also modified during the initial location to eliminate the existing Ten Mile Creek bridge crossing, flood plain encroachment and wetland fill. From Sta. 20+500 to 22+600 (2.1 km) the road was designed on an upland route that had fewer stream impacts than the existing route. The removal of the Ten Mile creek crossing is possible due to this rerouting to the north. The bridge and fill removal will provide a net improvement in riparian habitat over existing conditions. The associated wetland mitigation work will provide a net benefit to wetland habitat in this reach of Ten Mile Creek.

Other areas proposed for mitigation for this project are:

1) Stimpson Lumber Road - approach at Sta. 18+312. Immediately adjacent to Flowery Trail Road, the approach road passes over Ten Mile creek. The creek flows through an 1830 mm x 1524 mm (72" x 60") CM Pipe Arch, 9 m (30') long that provides minimal or no fish passage at lower flows. Replacing this pipe would cause minimal impact to riparian areas and greatly enhance fish passage into the upper reaches of Ten Mile creek. The replacement pipe would be approximately a 3600 mm (144") round CMP x 9 m (30') long with full fish passage criteria. This installation would benefit a substantial amount of the upper Ten Mile Creek drainage.

It is estimated that this crossing would cost $2000/ m installed, for a total cost of $18,000.

2) Mitigation proposed in the East Fork LeClerc Creek watershed:.

Kalispell Indian Tribe and the Forest Service are collaborating to improve fish passage and habitat within the East Fork LeClerc Creek. This is a known Bull Trout stream. The Forest Service is relocating an existing road that is currently within the flood plain of LeClerc Creek. The road relocation work will be completed this summer. This relocation abandons about 1 km (0.6 mi) of road that highly impacts LeClerc Creek and its flood plain. The restoration proposed by the Forest Service and the Kalispell Tribe, involves 1) removing existing road fill, 2)re-contouring slopes to original grades, 3) removing an existing tri-culvert, fish blocking crossing, 4) correcting drainage that contributes high sediment runoff and 5) revegetation of all exposed soil areas. This total effort is estimated to cost $70,000. The funded Forest Service portion is $13,000. We propose to fund the Tribes portion, since they lack funds to do the proposed work at this time. This mitigation will restore the creek's historical flood plain and associated wetlands to pre-road conditions for the distance of the improvements.

Kalispell tribe is completing the design and will do the construction. FHWA will participate in the amount of $57,000 as part of the mitigation for wetlands and riparian impacts created by the construction of Flowery Trail Road. Environmental clearance for this project has been completed by the Forest Service.





M.A. DeATLEY 01920

Both items are proposed as mitigation for the impacts created by construction of Stage1 and 2 of Flowery Trail Road at an estimated additional cost to the project of $75,000. (Wetland mitigation credit is requested due to the elimination of part of the wetland creation at Woodward Meadows.)

## GOALS AND OBJECTIVES

Goals and objectives of this project as it relates to impacts of critical resources are:

A. Design and implement a project that has no net loss of habitat, and in most instances expands the wetland and fish habitat area in the upper reaches of streams that contain fish blocking pipes.

B. Avoid or minimize impacts to wetlands, streams and riparian areas by designing alternatives that minimize construction in sensitive areas.

C. Design and build fish passage pipes that attempt to replicate the existing stream and the affected environment.

D. Avoid or minimize effects to adjacent wetland, riparian areas and stream crossings during all construction operations including those beyond the installation of fish passage pipes.

E. Implement BMP's to control erosion and sediment transport into sensitive habitat areas, both permanent and intermittent streams.

F. Perform equipment storage and servicing away from areas where spills may enter and contaminate sensitive habitats.

## DETAILED IMPLEMENTATION

Implementation of mitigation is projected to occur in the following ways.

Implementation of item 1 would be via a design developed by FHWA and coordinated with Stimpson Lumber, the Forest Service and the State Fish & Wildlife office, in the same manner as other pipe crossings have been designed, permitted and built. FHWA would incorporate the design into the Stage 3 construction project and the new pipe would be installed along with other crossing pipes proposed for Stage 3. This pipe is within the current Flowery Trail road right-of-way and environmental clearance is covered by the current Environmental Assessment.

FHWA's cost share for the restoration of East Fork LeClerc Creek will be obtained by the Kalispell Tribe through a reimbursable agreement and invoice process. The tribe is prepared to do the restoration in the summer of 2001, doing much of the work with in-house labor and equipment rental. The Tribe will perform all necessary permitting activities.

## ADEQUATE REPLACEMENT RATIO

Mitigation ratios will be accomplished, to the extent measurable, on a 1 for 1 basis. Where a measurable quantity of area is not possible to evaluate, i.e. the removal of a fish passage barrier, FHWA and WDF&W will negotiate an agreed upon ratio based on this mitigation plan. It is a good faith effort on the part of the project proponents and the proper use of public funds to



M.A. DeATLEY 01921