mitigate impacts to critical resources by removing old pipe installations that block fish passage and restore riparian habitat in pipe removal areas. The new installations proposed in Flowery Trail Road Stage 2, are designed to be "fish friendly". The removal and replacement of a fish blocking pipe with a fish friendly pipe are the beginning of mitigation efforts.

## PERFORMANCE STANDARDS

Site monitoring for all mitigation being constructed, either the installation of new pipes or the rehabilitating of existing sites, will be done by the site land managers, either the County or the Forest Service or the Kalispell Tribal biologists. Initial revegetation efforts will be monitored to meet 80% survival one year after planting. If this survival rate is not achieved corrective actions will be taken to achieve the 80% goal. Where rock weirs, rootwads, and other in-stream mitigation fail and the failure jeopardizes fish passage capability of the crossing, FHWA shall restore the original mitigation installation or coordinate with the land manager to design and install mitigation of a more permanent nature.

It is expected that stream systems will change over time and stream character may change during the dynamics of high flow as is evident by the winter flow through the Winchester Creek culvert. Natural changes which do not affect the hydraulic operation nor fish passage of culverts will be left in their natural state. Problems beyond natural phenomena will be assessed for corrective action by the facility operators, resource agencies and FHWA.

## MAPS AND DRAWINGS OF PROPOSAL

Maps and drawings of all mitigation efforts will be provided to the State Fish & Wildlife at the completion of the mitigation.

Drawings of the Ten Mile creek crossing under Stimpson Lumber road will be similar to past drawings submitted by FHWA in JARPA applications. The drawings detail the size, length, inlet and outlet design and any special rock weirs or mitigation efforts implemented to insure fish passage.

A detailed description and schematic drawings of the activities to be undertaken on the East Fork LeClerc Creek are attached as Appendix 1.

## AS-BUILT DRAWINGS

As-built drawings of all mitigation elements installed under contract will be the responsibility of the prime contractor. At the conclusion of the project, copies of appropriate as-built drawings can be provided to the WDF&W.

As-Built Maps and/or drawings or pictures of off-site mitigation will be provided by FHWA, the Forest Service or the Kalispell Tribe, after the mitigation is complete.

## OPERATION AND MAINTENANCE PLAN

Pend Oreille County and Stevens County will be responsible for the operation and maintenance



M.A. DeATLEY 01922

of Flowery Trail Road and associated structures within the County's jurisdiction. Facilities built by FHWA within the National Forest boundaries will be maintained in an as-built condition by the County and the Forest Service. Maintenance of facilities "as constructed by FHWA" is provided through a Project Agreement signed by all responsible parties at the beginning of the project.

## MONITORING AND EVALUATION PLANS

FHWA and the Forest Service have entered into an agreement where the Forest Service will monitor all fish passage pipe crossings, constructed project wetlands and revegetation progress constructed as part of Flowery Trail Road.

The Kalispell Tribe and the Forest Service will monitor and correct any failures associated with the East Fork LeClerc Creek construction.

Annual reports will be developed identifying the current status, ongoing maturation and any proposed corrections of all mitigation items. Reports will be distributed to the appropriate permitting agencies.

FHWA will maintain its presence on the Flowery Trail road project through 2005 or 2006. Annual reviews of fish passage installations will be held with all parties in addition to Forest Service monitoring. Identified corrections or repairs can be handled by an existing contractor or a revised design can be added to an up-coming contract.

## CONTINGENCY PLANS

Failures that are major and beyond the scope of regular maintenance will be repaired by either future FHWA construction contracts, Emergency Repair of Federal Roads (ERFO) contracts or independent repair contracts.





M.A. DeATLEY 01923

**(This page intentionally left blank.)**

If a trailer is used, it shall be equipped wlth a hitch to facilitate prompt movement. A serviceable tow vehicle shall be immediately available for attachment to the trailer and must meet the time requirements stated above. Such truck or trailer shall be equipped to operate for a minimum of eight hours. Tank truck or trailer shall be available from the start of work to the end of the Fire Watch/Fire Security service.

12. <u>Additional Fire Precautionary Measure 2 - Communications</u>

The Contractor shall provide adequate two-way communication facilities to report a fire to Forest Service within 15 minutes of detection. FCC Regulations prohibit commercial use of Citizen Band (CB) radios. (CB's are not considered adequate two-way communications).

Such communications shall be operable during periods of operation of power-driven equipment, including the time fire security is required.

Contractor's communications and fire fighting equipment specified in the contract, excluding helicopters, and of directing the activities of the Contractor's personnel on forest fires. In lieu of having the designated person perform the required supervisory duties, the Contractor may provide another person meeting the qualifications stated above to direct the activities of Contractor's personnel and equipment during all fire fighting activities.

Services described shall be for at least 1 hour from the time the Contractor's Operations are shut down. For the purpose of this provision, personnel servicing equipment, and their vehicles, who are not engaged in cutting or welding metal are excluded.

Fire security services shall consist of moving throughout the operation area or areas constantly looking, reporting and taking suppression action on any fires detected. Where possible, the designated person shall observe inaccessible portions of helicopter operating areas from vantage points within adjacent to project area.

10. Blasting

Whenever the Industrial Fire Precaution Level is "II" or greater, a fire security person equipped with a long handled round pointed No. O or larger shovel and a 5 gallon backpack pump can filled with water, will stay at location of blast for 1 hour after blasting is done. Blasting may be suspended by Forest Service in writing, in areas of high rate of spread and resistance to control.

Fuses shall not be used for blasting. Explosive cords shall not be used without written permission of Forest Service, which may specify conditions under which such explosives may be used and precautions to be taken.

11. Additional Fire Precautionary Measure 1 - Tank Truck

The Contractor shall provide a tank truck or trailer, containing not less than 300 gallons of water, during yarding, loading, land clearing, right-of-way clearing and mechanical treatment of slash. A tank truck or trailer will not be required if powersaw failing and bucking is the only operation. Such tank truck or trailer shall be maintained in a serviceable condition and located within ten minutes, round trip, from each project area during fire period and closed season.

The tank truck or trailer shall be equipped with a pump capable of discharging 20 gallons of water per minute, using a 1/4 inch nozzle tip, through a 50 foot length of rubber lined hose. In addition, 500 feet of serviceable fabric jacket rubber lined hose of not less than one inch outside diameter, fitted with a nozzle capable of discharging a straight stream of 1/4 inch diameter and a spray pattern shall be immediately available for use. The tank, pump and at least 250 feet of hose and nozzle shall be connected and ready for use at all times.

Hauling: Where hauling involves transit through more than one shutdown zone/regulated use area, the precaution level at the project area shall govern the level of haul restrictions, unless prohibited by other than the Industrial Fire Precaution Level system.

Loading sites/wood site/project area: A place where any product or material (including but not limited to logs, firewood, slash, soil, rock, poles, posts, etc.) is placed in or upon a truck or other vehicle.

Contracting Officer: The person executing the contract, permit, or license on the behalf of the Government and includes that persons designated representative, acting within the limits of their authority, or the duly appointed successor to the individuals.

Tractor/Skidder Operations: A harvesting operation, or portion of a harvesting operation where tractors, skidders, or other harvesting equipment capable of constructing a fire line, are actively yarding forest products and can quickly reach and effectively attack a fire start.

Advance written waiver of the above precautions may be issued by the Contraction Officer.

Such a waiver, or substitute precautions will prescribe measures to be taken by the Contractor to reduce the risk of ignition, and/or the spread of fire. The Contracting Officer shall consider site specific weather factors, fuel conditions, and specific operations that result in less risk of fire ignition and/or spread than contemplated when precaution level was predicted. Consideration shall assure that all conditions of such waivers or substitute precautions are met.

The Contractor shall obtain the predicted Industrial Fire Precaution Level daily, prior to the start of work, from the appropriate Ranger District headquarters. If predictions made after 6 p.m., local time, are significantly different than the original prediction, the Forest Service will inform the Contractor when changes in restrictions or industrial precautions are made.

8. <u>Fire Tools</u>

The Contractor shall furnish serviceable fire fighting tools in a readily accessible fire tool box or compartment of sound construction with a hinged lid and hasp so arranged that the box can be secured or sealed. The box shall be red and marked "Fire Tools" in letters at least 1 inch high. It shall contain a minimum of:

(a) 2 axes of Pulaskis with a 32 inch handle
(b) 3 adze eye hoes. One Pulaski may be substituted for one adze eye hoe
(c) 3 long handled, round point shovels, size "O" or larger

9. <u>Fire Security</u>

When the Industrial Fire Precautions Level is "I" or higher, unless a waiver is granted, the Contractor shall designate a person shall perform a fire security services listed below on the project area and vicinity. The designated person shall be capable of operating the

J-6

# INDUSTRIAL FIRE PRECAUTIONS SCHEDULE

LEVEL — INDUSTRIAL FIRE PRECAUTION

I. Closed Season - Fire precaution requirements are in effect. A Fire Watch/Fire Security is required at this and all higher levels unless otherwise waived.

II. Partial Hootowl - The following may operate only between the hours of 8 p.m. and 1 p.m. local time:

a. power saws, except at loading sites
b. cable yarding
c. blasting
d. welding or cutting of metal

III. Partial shutdown - The following shall be prohibited:

<u>cable yarding</u> - except that gravity operated logging systems employing non-motorized carriages may be operated between the hours of 8 p.m. and 1 p.m. local time when all blocks and moving lines are 10 feet or more above the ground, excluding the line between the carriage and the choker.

<u>power saws</u> - except at loading sites and on tractor/skidder operations between the hours of 8 p.m. and 1 p.m. local time.

In addition, the following are permitted between the hours of 8 p.m. and 1 p.m. local time:

a. tractor/skidder operations
b. mechanized loading and hauling
c. blasting
d. welding or cutting of metal
e. any other spark-emitting operation not specifically mentioned

IV. General shutdown - All operations are prohibited.

The following definitions shall apply to these Industrial Fire Precaution Levels:

Cable yarding systems: A yarding system employing cables and winches in a fixed position

Closed Season (Fire Precautionary Period): That season of the year when a fire hazard exists and as described in (1) the fire period and closed season.

USDA Forest Service
Pacific Northwest Region

# FIRE PROTECTION AND SUPPRESSION

1. Fire Period and Closure Season

Specific fire prevention measures are listed below and shall be effective for the period of April 1 to October 31 of each year. The Forest Service may change the dates of said period by advance written notice if justified by unusual weather or other conditions. Required tools and equipment shall be kept currently in serviceable condition and immediately available for initial attack on fires.

2. Fire Plan

Before starting any operations on the project, the Contractor, Permittee, Licensee, or Purchaser, hereinafter referred to as the "Contractor", shall prepare a fire plan in cooperation with the Contracting Officer providing for the prevention and control of fires in the project area.

The contractor shall certify compliance with fire protection and suppression requirements before beginning operations during the fire period and closed season, and shall update such certification when operations change.

3. Substitute Measures

The Contracting Officer may by written notice authorize substitute measures or equipment or may waive specific requirements during periods of low fire danger.

4. Emergency Measures

The Forest Service may require emergency measures, including the necessary shutting down of equipment or portions of operations in the project area during periods of fire emergency created by hazardous climatic conditions.

5. Fire Control

The Contractor shall, independently and in cooperation with the Forest Service, shall take reasonable action to prevent and suppress fires in the project area. Independent action shall be prompt and shall include the use of all personnel and equipment available in the project area.

For the purpose of fighting forest fires on or in the vicinity of the project, which are not caused by the Contractor's operations, the Contractor shall place employees and equipment temporarily at the disposal of the Forest Service. Any individual hired by the Forest Service will be employed in accordance with the Interagency Pay Plan for Emergency Firefighters.

**(This page intentionally left blank.)**

# STORM WATER POLLUTION PREVENTION PLAN

## FLOWERY TRAIL ROAD
## WA PFH 158-1(2)

## 1. PROJECT DESCRIPTION

### CONSTRUCTION ACTIVITIES

This project consists of reconstructing a portion of the Flowery Trail Road on a new alignment and grade and paving the section of the roadway improved under project WA PFH 158-1(1). Approximately half of the new roadway follows the present alignment and will encompass the existing cut and fill sections of roadway. The remainder of the new roadway is on new alignment and passes through forested land. This project will provide a new rural, 2-lane highway designed for a 60 kilometers/hour. Approximately 26,000 square meters of existing roadway will be obliterated which consists of removing culverts and reshaping the old roadway.

### PROJECT LOCATION

This project is located within the Colville and Kaniksu National forests residing in Stevens and Pend Oreille Counties, Washington. It is approximately 15 kilometers west of Usk and 30 kilometers east of Chewelah.

### CONSTRUCTION SEQUENCE

Construction activities and sequence will generally be as follows: clearing and grubbing, grading, drainage, surfacing, signing and striping and wetland mitigation. Erosion control measures will be incorporated into the project as needed during all phases of construction.

### PROJECT AREA

Ground disturbance will involve 26 hectares in road construction activities and about 2.6 hectares of road obliteration work.

### RUNOFF COEFFICIENT

The runoff coefficient of the completed project is estimated as 0.7 in the road obliteration areas and 0.9 within the construction limits of the new roadway.

**(This page intentionally left blank.)**

# Storm Water Pollution Prevention Plan

# STANDARD SPECIFICATIONS FOR CONSTRUCTION OF ROADS AND BRIDGES ON FEDERAL HIGHWAY PROJECTS

## FP-96

## 1996

U.S. Department of Transportation
Federal Highway Administration

Federal Lands Highways
"Commitment to Excellence"