
FP-96

# MARGIN INDEX

DIVISION 100 — General Requirements

DIVISION 150 — Project Requirements

DIVISION 200 — Earthwork

DIVISION 250 — Structural Embankments

DIVISION 300 — Aggregate Courses

DIVISION 400 — Asphalt Pavements and Surface Treatments

DIVISION 500 — Portland Cement Concrete Pavement

DIVISION 550 — Bridge Construction

DIVISION 600 — Incidental Construction

DIVISION 700 — Material

Publication No. FHWA-FLP-96-007

000402

ADDITIONAL COPIES ARE AVAILABLE FROM:
US GOV'T PRINTING OFFICE BOOK STORE
915 SECOND AVENUE SEATTLE WA 98174
PHONE (206) 553-4270 FAX (206) 553-6717
ORDER BY TITLE COST $28.00

# Standard Specifications For Construction of Roads and Bridges on Federal Highway Projects

## FP-96
1996

## U.S. DEPARTMENT OF TRANSPORTATION
Federal Highway Administration

For sale by the Superintendent of Documents
U.S. Government Printing Office
Washington D.C. 20402