000403

U.S. GOVERNMENT PRINTING OFFICE
WASHINGTON: 1995
ISBN No. 0-16-053147-0

For sale by the Superintendent of Documents, U.S. Government Printing Office. Washington D.C. 20402

# PREFACE

These Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects are issued primarily for constructing roads and bridges on Federal Highway projects under the direct administration of the Federal Highway Administration. These specifications are cited as "FP-96" indicating Standard Specifications issued in 1996.

When designated in a contract, the FP-96 becomes part of the contract and binding upon all parties to the contract. All construction contracts of the Federal Highway Administration are also governed by the following regulations.

- Federal Acquisition Regulation (FAR), Title 48, Code of Federal Regulations, Chapter 1.
- Transportation Acquisition Regulation (TAR), Title 48, Code of Federal Regulations, Chapter 12.

The FAR and TAR regulations are not included in the FP-96. However, some FAR and TAR clauses are supplemented in the FP-96. A complete copy of the FAR is available from the Superintendent of Documents, Congressional Sales Office, U.S. Government Printing Office, Washington, DC 20402.

The International System of Units (SI) is used in the FP-96 as required by Public Law 100-418 (1988 Omnibus Trade and Competitiveness Act) and Executive Order 12770 (Metric Usage in Federal Government Programs).

## SI[1] (METRIC) TO ENGLISH CONVERSION FACTORS (approximate)

| Symbol | When You Know | Multiply By | To Find | Symbol |
|---|---|---|---|---|
| | | **LENGTH** | | |
| μm | micrometers | 3.9 x $10^{-5}$ | inches | in |
| mm | millimeters | 0.039 | inches | in |
| m | meters | 3.28 | feet | ft |
| m | meters | 1.09 | yards | yd |
| km | kilometers | 0.621 | miles | mi |
| | | **AREA** | | |
| $mm^2$ | square millimeters | 0.0016 | square inches | $in^2$ |
| $m^2$ | square meters | 10.764 | square feet | $ft^2$ |
| $m^2$ | square meters | 1.195 | square yards | $yd^2$ |
| ha | hectares | 2.47 | acres | ac |
| $km^2$ | square kilometers | 0.386 | square miles | $mi^2$ |
| | | **VOLUME** | | |
| mL | milliliters | 0.034 | fluid ounces | fl oz |
| L | liters | 0.264 | gallons | gal |
| $m^3$ | cubic meters | 35.71 | cubic feet | $ft^3$ |
| $m^3$ | cubic meters | 1.307 | cubic yards | $yd^3$ |
| | | **MASS** | | |
| g | grams | 0.035 | ounces | oz |
| kg | kilograms | 2.202 | pounds | lb |
| Mg (or "t") | megagrams (or "metric ton") | 1.103 | short tons (2000 lb) | T |
| | | **TEMPERATURE (exact)** | | |
| °C | Celcius temperature | 1.8C + 32 | Fahrenheit temperature | °F |
| | | **ILLUMINATION** | | |
| lx | lux | 0.0929 | foot-candles | fc |
| $cd/m^2$ | caldela/$m^2$ | 0.2919 | foot-Lamberts | fl |
| | | **FORCE and PRESSURE or STRESS** | | |
| J | joule | 0.7376 | foot·poundforce | ft·lbf |
| N | newtons | 0.225 | poundforce | lbf |
| kPa | kilopascals | 0.145 | poundforce per square inch | lbf/$in^2$ |

[1] SI is the symbol for the International System of Units.
Appropriate rounding should be made to comply with Section 4 of ASTM E 380.



## TABLE OF CONTENTS


Page

**DIVISION 100** GENERAL REQUIREMENTS . . . . . . . . . . . . . . 1

Section 101 TERMS, FORMAT, AND DEFINITIONS . . . . . . . . . 3
101.01 Meaning of Terms . . . . . . . . . . . . . . . . . . . . . . . 3
101.02 Specifications Format . . . . . . . . . . . . . . . . . . . 3
101.03 Abbreviations . . . . . . . . . . . . . . . . . . . . . . . . . 4
101.04 Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Section 102 BID, AWARD, AND EXECUTION OF CONTRACT . . . . . . . . . . . 14
102.01 Acquisition Regulations . . . . . . . . . . . . . . . . . 14
102.02 Preparation of Bids . . . . . . . . . . . . . . . . . . . 14
102.03 Bid Guarantee . . . . . . . . . . . . . . . . . . . . . . . 15
102.04 Individual Surety . . . . . . . . . . . . . . . . . . . . . 16
102.05 Public Opening of Bids . . . . . . . . . . . . . . . . . 16
102.06 Performance and Payment Bonds . . . . . . . . . . . . . 16

Section 103 SCOPE OF WORK . . . . . . . . . . . . . . . . . . . . 18
103.01 Intent of Contract . . . . . . . . . . . . . . . . . . . . 18
103.02 Disputes . . . . . . . . . . . . . . . . . . . . . . . . . . 18
103.03 Value Engineering . . . . . . . . . . . . . . . . . . . . 18
103.04 Contractor Records . . . . . . . . . . . . . . . . . . . 18
103.05 Partnering . . . . . . . . . . . . . . . . . . . . . . . . . 18

Section 104 CONTROL OF WORK . . . . . . . . . . . . . . . . . . . 20
104.01 Authority of the Contracting Officer . . . . . . . . . . . 20
104.02 Authority of Government Inspectors . . . . . . . . . . . 20
104.03 Specifications and Drawings . . . . . . . . . . . . . . . 20
104.04 Coordination of Contract Documents . . . . . . . . . . 21
104.05 Load Restrictions . . . . . . . . . . . . . . . . . . . . . 21

Section 105 CONTROL OF MATERIAL . . . . . . . . . . . . . . . . 22
105.01 Source of Supply and Quality Requirements . . . . . . 22
105.02 Local Material Sources . . . . . . . . . . . . . . . . . . 22
105.03 Material Source Management . . . . . . . . . . . . . . 23
105.04 Storing and Handling Material . . . . . . . . . . . . . 24
105.05 Use of Material Found in the Work . . . . . . . . . . . 24

000405

| | | Page |
|---|---|---|
| Section 106 | ACCEPTANCE OF WORK | 25 |
| 106.01 | Conformity with Contract Requirements | 25 |
| 106.02 | Visual Inspection | 26 |
| 106.03 | Certification | 26 |
| 106.04 | Measured or Tested Conformance | 27 |
| 106.05 | Statistical Evaluation of Work and Determination of Pay Factor (Value of Work) | 27 |
| 106.06 | Inspection at the Plant | 32 |
| 106.07 | Partial and Final Acceptance | 32 |
| Section 107 | LEGAL RELATIONS AND RESPONSIBILITY TO THE PUBLIC | 38 |
| 107.01 | Laws to be Observed | 38 |
| 107.02 | Protection and Restoration of Property and Landscape | 38 |
| 107.03 | Bulletin Board | 39 |
| 107.04 | Railroad Protection | 39 |
| 107.05 | Responsibility for Damage Claims | 41 |
| 107.06 | Contractor's Responsibility for Work | 42 |
| 107.07 | Furnishing Right-of-Way | 42 |
| 107.08 | Sanitation, Health, and Safety | 42 |
| 107.09 | Legal Relationship of the Parties | 43 |
| 107.10 | Environmental Protection | 43 |
| 107.11 | Protection of Forests, Parks, and Public Lands | 44 |
| Section 108 | PROSECUTION AND PROGRESS | 45 |
| 108.01 | Commencement, Prosecution, and Completion of Work | 45 |
| 108.02 | Subcontracting | 45 |
| 108.03 | Determination and Extension of Contract Time | 46 |
| 108.04 | Failure to Complete Work on Time | 46 |
| 108.05 | Stop Order | 48 |
| Section 109 | MEASUREMENT AND PAYMENT | 49 |
| 109.01 | Measurement Methods | 49 |
| 109.02 | Measurement Terms and Definitions | 49 |
| 109.03 | Weighing Procedures and Devices | 52 |
| 109.04 | Receiving Procedures | 54 |
| 109.05 | Scope of Payment | 54 |
| 109.06 | Pricing of Adjustments | 55 |
| 109.07 | Eliminated Work | 58 |
| 109.08 | Progress Payments | 58 |
| 109.09 | Final Payment | 60 |



| | | | Page |
|---|---|---|---|
| DIVISION 150 | | PROJECT REQUIREMENTS | 63 |
| Section | 151 | Mobilization | 64 |
| | 152 | Construction Survey and Staking | 66 |
| | 153 | Contractor Quality Control | 73 |
| | 154 | Contractor Sampling and Testing | 77 |
| | 155 | Schedules for Construction Contracts | 79 |
| | 156 | Public Traffic | 84 |
| | 157 | Soil Erosion Control | 88 |
| | 158 | Watering for Dust Control | 95 |
| DIVISION 200 | | EARTHWORK | 97 |
| Section | 201 | Clearing and Grubbing | 98 |
| | 202 | Additional Clearing and Grubbing | 101 |
| | 203 | Removal of Structures and Obstructions | 103 |
| | 204 | Excavation and Embankment | 106 |
| | 205 | Rock Blasting | 120 |
| | 206 | Reserved | |
| | 207 | Earthwork Geotextiles | 126 |
| | 208 | Structure Excavation and Backfill for Selected Major Structures | 129 |
| | 209 | Structure Excavation and Backfill | 136 |
| | 210 | Permeable Backfill | 142 |
| | 211 | Roadway Obliteration | 145 |
| | 212 | Linear Grading | 147 |
| | 213 | Subgrade Stabilization | 149 |
| DIVISION 250 | | STRUCTURAL EMBANKMENTS | 155 |
| Section | 251 | Riprap | 156 |
| | 252 | Special Rock Embankment and Rock Buttress | 160 |
| | 253 | Gabions and Revet Mattresses | 162 |
| | 254 | Crib Walls | 165 |
| | 255 | Mechanically Stabilized Earth Walls | 168 |
| | 256 | Permanent Ground Anchors | 172 |
| | 257 | Alternate Retaining Walls | 182 |
| | 258 | Reinforced Concrete Retaining Walls | 187 |

000406


Page

**DIVISION 300** AGGREGATE COURSES . . . . . . . . . . . . . . . 191

Section 301 Untreated Aggregate Courses . . . . . . . . . . . . 192
302 Treated Aggregate Courses . . . . . . . . . . . . . 197
303 Road Reconditioning . . . . . . . . . . . . . . . . . 204
304 Aggregate Stabilization . . . . . . . . . . . . . . . 208
305 Aggregate-Topsoil Course . . . . . . . . . . . . . 213
306 Dust Palliative . . . . . . . . . . . . . . . . . . . . . 216
307 Stockpiled Aggregates . . . . . . . . . . . . . . . . 219
308 Minor Crushed Aggregate . . . . . . . . . . . . . 222
309 Emulsified Asphalt Treated Base Course . . . . . 226

**DIVISION 400** ASPHALT PAVEMENTS AND SURFACE TREATMENTS . . . . . . . . . . . 231

Section 401 Hot Asphalt Concrete Pavement . . . . . . . . . . 232
402 Minor Hot Asphalt Concrete . . . . . . . . . . . . . 251
403 Hot Recycled Asphalt Concrete Pavement . . . . 254
404 Open-Graded Asphalt Friction Course . . . . . . . 260
405 Hot Asphalt Treated Base Course . . . . . . . . . . 264
406 Dense-Graded Emulsified Asphalt Pavement . . . 268
407 Open-Graded Emulsified Asphalt Pavement . . . 274
408 Cold Recycled Asphalt Base Course . . . . . . . . 281
409 Asphalt Surface Treatment . . . . . . . . . . . . . . 286
410 Slurry Seal . . . . . . . . . . . . . . . . . . . . . . . . 295
411 Asphalt Prime Coat . . . . . . . . . . . . . . . . . . 300
412 Asphalt Tack Coat . . . . . . . . . . . . . . . . . . . 303
413 Asphalt Pavement Milling . . . . . . . . . . . . . . 305
414 Asphalt Pavement Crack and Joint Sealing . . . . 307
415 Paving Geotextiles . . . . . . . . . . . . . . . . . . . 311
416 Continuous Cold Recycled Asphalt Base Course . 314
417 Minor Cold Asphalt Mix . . . . . . . . . . . . . . . 321

**DIVISION 500** PORTLAND CEMENT CONCRETE PAVEMENT . . . . . . . . . . . . . . . . . . . . 323

Section 501 Portland Cement Concrete Pavement . . . . . . . . 324
502 Portland Cement Concrete Pavement Restoration 340





Page

**DIVISION 550** BRIDGE CONSTRUCTION . . . . . . . . . . . . . 353

Section 551 Driven Piles . . . . . . . . . . . . . . . . . . . . . . . . 354
552 Structural Concrete . . . . . . . . . . . . . . . . . . 372
553 Prestressed Concrete . . . . . . . . . . . . . . . . . 404
554 Reinforcing Steel . . . . . . . . . . . . . . . . . . . . 420
555 Steel Structures . . . . . . . . . . . . . . . . . . . . . 425
556 Bridge Railing . . . . . . . . . . . . . . . . . . . . . . 453
557 Timber Structures . . . . . . . . . . . . . . . . . . . 457
558 Dampproofing . . . . . . . . . . . . . . . . . . . . . . 463
559 Waterproofing . . . . . . . . . . . . . . . . . . . . . . 465
560 Water Stops . . . . . . . . . . . . . . . . . . . . . . . 469
561 Structural Concrete Bonding . . . . . . . . . . . . 471
562 Forms and Falsework . . . . . . . . . . . . . . . . . 476
563 Painting . . . . . . . . . . . . . . . . . . . . . . . . . . 492
564 Bearing Devices . . . . . . . . . . . . . . . . . . . . . 502
565 Drilled Shafts . . . . . . . . . . . . . . . . . . . . . . 508

**DIVISION 600** INCIDENTAL CONSTRUCTION . . . . . . . . . 519

Section 601 Minor Concrete Structures . . . . . . . . . . . . . . 520
602 Culverts and Drains . . . . . . . . . . . . . . . . . . 524
603 Structural Plate Structures . . . . . . . . . . . . . 528
604 Manholes, Inlets, and Catch Basins . . . . . . . . 531
605 Underdrains, Sheet Drains, and Pavement Edge Drains . . . . . . . . . . . . . . . 535
606 Corrugated Metal Spillways . . . . . . . . . . . . . 541
607 Cleaning, Reconditioning, and Repairing Existing Drainage Structures . . . . . . . . . . 543
608 Paved Waterways . . . . . . . . . . . . . . . . . . . . 545
609 Curb and Gutter . . . . . . . . . . . . . . . . . . . . 550
610 Horizontal Drains . . . . . . . . . . . . . . . . . . . 555
611 Water Systems . . . . . . . . . . . . . . . . . . . . . 557
612 Sanitary Sewer Systems . . . . . . . . . . . . . . . 560
613 Simulated Stone Masonry Surface . . . . . . . . . 563
614 Lean Concrete Backfill . . . . . . . . . . . . . . . . 567
615 Sidewalks, Drive Pads, and Paved Medians . . . 569
616 Slope Paving . . . . . . . . . . . . . . . . . . . . . . . 573
617 Guardrail . . . . . . . . . . . . . . . . . . . . . . . . . 577
618 Concrete Barriers and Precast Guardwalls . . . . 582
619 Fences, Gates, and Cattle Guards . . . . . . . . . . 586
620 Stone Masonry . . . . . . . . . . . . . . . . . . . . . . 596
621 Monuments and Markers . . . . . . . . . . . . . . . 604

000407



Page

Section 622 Rental Equipment . . . . . . . . . . . . . . . . . . . 606
623 General Labor . . . . . . . . . . . . . . . . . . . . 608
624 Topsoil . . . . . . . . . . . . . . . . . . . . . . . . 609
625 Turf Establishment . . . . . . . . . . . . . . . . . 611
626 Plants, Trees, Shrubs, Vines, and Groundcovers . . . . . . . . . . . . . . . . . 615
627 Sod . . . . . . . . . . . . . . . . . . . . . . . . . 620
628 Sprigging . . . . . . . . . . . . . . . . . . . . . . 623
629 Erosion Control Mats, Roving, and Cellular Confinement Systems . . . . . . . 626
630 Reserved
631 Reserved
632 Reserved
633 Permanent Traffic Control . . . . . . . . . . . . . . 630
634 Permanent Pavement Markings . . . . . . . . . . . 634
635 Temporary Traffic Control . . . . . . . . . . . . . . 640
636 Signal, Lighting, and Electrical Systems . . . . . 652
637 Facilities and Services . . . . . . . . . . . . . . . 657

**DIVISION 700** MATERIAL . . . . . . . . . . . . . . . . . . . . . . . 661

Section 701 HYDRAULIC CEMENT . . . . . . . . . . . . . . . . . 662
701.01 Portland Cement and Masonry Cement . . . . . . . . 662

Section 702 ASPHALT MATERIAL . . . . . . . . . . . . . . . . . 663
702.01 Asphalt Cement . . . . . . . . . . . . . . . . . . . . 663
702.02 Cut-Back Asphalt . . . . . . . . . . . . . . . . . . 663
702.03 Emulsified Asphalt . . . . . . . . . . . . . . . . . 663
702.04 Application Temperatures . . . . . . . . . . . . . . 663
702.05 Material for Dampproofing and Waterproofing Concrete and Masonry Surfaces . . . . . . . . . . . 664
702.06 Recycling Agent . . . . . . . . . . . . . . . . . . . 665
702.07 Asphalt Mastic . . . . . . . . . . . . . . . . . . . . 665
702.08 Antistrip Additive . . . . . . . . . . . . . . . . . . 665
702.09 Evaluation Procedures for Asphalt . . . . . . . . . . 665
702.10 Cold Asphalt Mix . . . . . . . . . . . . . . . . . . 666

Section 703 AGGREGATE . . . . . . . . . . . . . . . . . . . . . . 667
703.01 Fine Aggregate for Portland Cement Concrete . . . . 667
703.02 Coarse Aggregate for Portland Cement Concrete . . 667
703.03 Granular Backfill . . . . . . . . . . . . . . . . . . . 667
703.04 Permeable Backfill . . . . . . . . . . . . . . . . . . 667
703.05 Subbase, Base, and Surface Course Aggregate . . . . 668



Page

Section 703 (continued)
703.06 Crushed Aggregate . . . . . . . . . . . . . . . . . . 670
703.07 Hot Asphalt Concrete Pavement Aggregate . . . . . . 671
703.08 Open-Graded Asphalt Friction Course Aggregate . . . . . . . . . . . . . . . . . 672
703.09 Emulsified Asphalt Pavement Aggregate . . . . . . . 673
703.10 Asphalt Surface Treatment Aggregate . . . . . . . . 675
703.11 Slurry Seal Aggregate . . . . . . . . . . . . . . . . . 677
703.12 Choker Aggregate . . . . . . . . . . . . . . . . . . . 678
703.13 Blotter . . . . . . . . . . . . . . . . . . . . . . . . . 678
703.14 Aggregate for Aggregate-Topsoil Course . . . . . . . 678
703.15 Sand. . . . . . . . . . . . . . . . . . . . . . . . . . . 678
703.16 Aggregate for Lean Concrete Backfill . . . . . . . . 679
703.17 Superpave Asphalt Concrete Pavement Aggregate . . 679

Section 704 SOIL . . . . . . . . . . . . . . . . . . . . . . . . . . 684
704.01 Foundation Fill . . . . . . . . . . . . . . . . . . . . 684
704.02 Bedding Material . . . . . . . . . . . . . . . . . . . 684
704.03 Backfill Material . . . . . . . . . . . . . . . . . . . 684
704.04 Structural Backfill . . . . . . . . . . . . . . . . . . 684
704.05 Topping . . . . . . . . . . . . . . . . . . . . . . . . 685
704.06 Unclassified Borrow . . . . . . . . . . . . . . . . . 685
704.07 Select Borrow . . . . . . . . . . . . . . . . . . . . . 685
704.08 Select Topping . . . . . . . . . . . . . . . . . . . . 685
704.09 Bed Course . . . . . . . . . . . . . . . . . . . . . . 686
704.10 Select Granular Backfill . . . . . . . . . . . . . . . 686
704.11 Special Grout Backfill . . . . . . . . . . . . . . . . 687
704.12 Crib Wall Backfill . . . . . . . . . . . . . . . . . . 688

Section 705 ROCK . . . . . . . . . . . . . . . . . . . . . . . . . . 689
705.01 Gabion and Revet Mattress Rock . . . . . . . . . . . 689
705.02 Riprap Rock . . . . . . . . . . . . . . . . . . . . . . 689
705.03 Rock for Masonry Structures . . . . . . . . . . . . . 691
705.04 Rock for Special Rock Embankment . . . . . . . . . 693
705.05 Rock for Buttresses . . . . . . . . . . . . . . . . . . 694
705.06 Stone Curbing . . . . . . . . . . . . . . . . . . . . . 694

Section 706 CONCRETE AND PLASTIC PIPE . . . . . . . . . . . 696
706.01 Non-Reinforced Concrete Pipe . . . . . . . . . . . . 696
706.02 Reinforced Concrete Pipe . . . . . . . . . . . . . . . 696
706.03 Perforated Concrete Pipe . . . . . . . . . . . . . . . 696
706.04 Reinforced Arch-Shaped Concrete Pipe . . . . . . . . 696

000408


Section 706 (continued) Page

706.05 Reinforced Elliptically-Shaped Concrete Pipe . . . . 696
706.06 Reinforced D-Load Concrete Pipe . . . . . . . . . . . 696
706.07 Precast Reinforced Concrete Box Sections . . . . . . 696
706.08 Plastic Pipe . . . . . . . . . . . . . . . . . . . . . . 696

Section 707 METAL PIPE . . . . . . . . . . . . . . . . . . 698
707.01 Ductile Iron Culvert Pipe . . . . . . . . . . . . . . 698
707.02 Metallic-Coated Corrugated Steel Pipe . . . . . . . . 698
707.03 Aluminum-Alloy Corrugated Pipe . . . . . . . . . . . 698
707.04 Asphalt-Coated Pipe . . . . . . . . . . . . . . . . . 698
707.05 Steel Structural Plate Structures . . . . . . . . . . 698
707.06 Aluminum-Alloy Structural Plate Structures . . . . . 699
707.07 Asphalt-Coated Structural Plate Structures . . . . . 699
707.08 Polymer-Coated Steel Pipe . . . . . . . . . . . . . . 699
707.09 Fiber-Bonded Asphalt Coated Steel Pipe . . . . . . . 699
707.10 Slotted Drain Pipe . . . . . . . . . . . . . . . . . . 699
707.11 Metallic-Coated Spiral Rib Pipe . . . . . . . . . . . 700
707.12 Aluminum-Alloy Spiral Rib Pipe . . . . . . . . . . . 700
707.13 Concrete-Lined Corrugated Steel Pipe . . . . . . . . 700
707.14 Invert-Paved Corrugated Steel Pipe . . . . . . . . . 700

Section 708 PAINT . . . . . . . . . . . . . . . . . . . . . 701
708.01 General . . . . . . . . . . . . . . . . . . . . . . . 701
708.02 Paint for Timber Structures . . . . . . . . . . . . . 702
708.03 Paint for Concrete and Masonry Block Structures . . 702
708.04 Paint for Steel Structures . . . . . . . . . . . . . . 702
708.05 Penetrating Stain . . . . . . . . . . . . . . . . . . 702

Section 709 REINFORCING STEEL AND WIRE ROPE . . . . 703
709.01 Reinforcing Steel . . . . . . . . . . . . . . . . . . 703
709.02 Wire Rope or Wire Cable . . . . . . . . . . . . . . . 704
709.03 Prestressing Steel . . . . . . . . . . . . . . . . . . 705

Section 710 FENCE AND GUARDRAIL . . . . . . . . . . . . 706
710.01 Barbed Wire . . . . . . . . . . . . . . . . . . . . . 706
710.02 Woven Wire . . . . . . . . . . . . . . . . . . . . . . 706
710.03 Chain Link Fence . . . . . . . . . . . . . . . . . . . 706
710.04 Fence Posts . . . . . . . . . . . . . . . . . . . . . 706
710.05 Fence Gates . . . . . . . . . . . . . . . . . . . . . 706
710.06 Metal Beam Rail . . . . . . . . . . . . . . . . . . . 707
710.07 Box Beam Rail . . . . . . . . . . . . . . . . . . . . 707





Section 710 (continued) Page

710.08 Steel-Backed Timber Rail . . . . . . . . . . . . . . . 707
710.09 Guardrail Posts . . . . . . . . . . . . . . . . . . . 707
710.10 Guardrail Hardware . . . . . . . . . . . . . . . . . . 708
710.11 Temporary Plastic Fence . . . . . . . . . . . . . . . 708
710.12 Crash Cushion Barrels . . . . . . . . . . . . . . . . 708

Section 711 CONCRETE CURING MATERIAL AND ADMIXTURES . . . . . . . . . . . . . . 709
711.01 Curing Material . . . . . . . . . . . . . . . . . . . 709
711.02 Air-Entraining Admixtures . . . . . . . . . . . . . . 709
711.03 Chemical Admixtures . . . . . . . . . . . . . . . . . 709
711.04 Latex Modifier . . . . . . . . . . . . . . . . . . . . 709

Section 712 JOINT MATERIAL . . . . . . . . . . . . . . . . 710
712.01 Sealants, Fillers, Seals, and Sleeves . . . . . . . . 710
712.02 Joint Mortar . . . . . . . . . . . . . . . . . . . . . 712
712.03 Watertight Gaskets . . . . . . . . . . . . . . . . . . 712
712.04 Reserved
712.05 Mortar for Masonry Beds and Joints . . . . . . . . . 713
712.06 Copper Water Stops or Flashings . . . . . . . . . . . 714
712.07 Rubber Water Stops . . . . . . . . . . . . . . . . . 714
712.08 Plastic Water Stops . . . . . . . . . . . . . . . . . 714

Section 713 ROADSIDE IMPROVEMENT MATERIAL . . . . . 716
713.01 Topsoil . . . . . . . . . . . . . . . . . . . . . . . 716
713.02 Agricultural Limestone . . . . . . . . . . . . . . . . 716
713.03 Fertilizer . . . . . . . . . . . . . . . . . . . . . . 717
713.04 Seed . . . . . . . . . . . . . . . . . . . . . . . . . 717
713.05 Mulch . . . . . . . . . . . . . . . . . . . . . . . . 717
713.06 Plant Material . . . . . . . . . . . . . . . . . . . . 719
713.07 Erosion Control Mats, Roving, and Geocell . . . . . 720
713.08 Miscellaneous Planting Material . . . . . . . . . . . 726
713.09 Sprigs . . . . . . . . . . . . . . . . . . . . . . . . 727
713.10 Sod . . . . . . . . . . . . . . . . . . . . . . . . . 727
713.11 Pegs for Sod . . . . . . . . . . . . . . . . . . . . . 727
713.12 Stabilizing Emulsion Tackifiers . . . . . . . . . . . 727
713.13 Bales . . . . . . . . . . . . . . . . . . . . . . . . 728
713.14 Sandbags . . . . . . . . . . . . . . . . . . . . . . . 728
713.15 Erosion Control Culvert Pipe . . . . . . . . . . . . . 728
713.16 Silt Fence . . . . . . . . . . . . . . . . . . . . . . 728

000409


| | | Page |
|---|---|---|
| Section 714 | GEOTEXTILE AND GEOCOMPOSITE DRAIN MATERIAL | 730 |
| 714.01 | Geotextile | 730 |
| 714.02 | Geocomposite Drains | 735 |
| Section 715 | PILING | 738 |
| 715.01 | Untreated Timber Piles | 738 |
| 715.02 | Treated Timber Piles | 738 |
| 715.03 | Concrete Piles | 738 |
| 715.04 | Steel Shells | 740 |
| 715.05 | Steel Pipes | 740 |
| 715.06 | Steel H-Piles | 740 |
| 715.07 | Sheet Piles | 741 |
| 715.08 | Pile Shoes | 741 |
| 715.09 | Splices | 741 |
| Section 716 | MATERIAL FOR TIMBER STRUCTURES | 742 |
| 716.01 | Untreated Structural Timber and Lumber | 742 |
| 716.02 | Hardware | 742 |
| 716.03 | Treated Structural Timber and Lumber | 742 |
| Section 717 | STRUCTURAL METAL | 743 |
| 717.01 | Structural Steel | 743 |
| 717.02 | Steel Forgings | 743 |
| 717.03 | Pins and Rollers | 743 |
| 717.04 | Castings | 744 |
| 717.05 | Welded Stud Shear Connectors | 744 |
| 717.06 | Steel Pipe | 744 |
| 717.07 | Galvanized Coatings | 744 |
| 717.08 | Sheet Lead | 745 |
| 717.09 | Steel Grid Floors | 745 |
| 717.10 | Elastomeric Bearing Pads | 745 |
| 717.11 | Tetrafluoroethylene Surfaces for Bearings | 745 |
| 717.12 | Structural Aluminum Alloy | 746 |
| 717.13 | Aluminum Alloy for Bridge Rail | 747 |
| 717.14 | Aluminum Bolt Heads and Nuts | 747 |
| 717.15 | Aluminum Welding Wire | 747 |
| 717.16 | Elastomeric Compression Joint Seals | 747 |





| | | Page |
|---|---|---|
| Section 718 | TRAFFIC SIGNING AND MARKING MATERIAL | 750 |
| 718.01 | Retroreflective Sheeting | 750 |
| 718.02 | Test Procedures | 751 |
| 718.03 | Plywood Panels | 751 |
| 718.04 | Steel Panels | 751 |
| 718.05 | Aluminum Panels | 751 |
| 718.06 | Plastic Panels | 752 |
| 718.07 | Extruded Aluminum Panels | 753 |
| 718.08 | Signposts | 753 |
| 718.09 | Object Marker and Delineator Posts | 753 |
| 718.10 | Hardware | 754 |
| 718.11 | Letters, Numerals, Arrows, Symbols, and Borders | 754 |
| 718.12 | Delineator and Object Marker Retroreflectors | 755 |
| 718.13 | Conventional Traffic Paint | 756 |
| 718.14 | Waterborne Traffic Paint | 756 |
| 718.15 | Epoxy Markings | 757 |
| 718.16 | Polyester Markings | 759 |
| 718.17 | Thermoplastic Markings | 759 |
| 718.18 | Preformed Plastic Markings | 759 |
| 718.19 | Glass Beads | 759 |
| 718.20 | Raised Pavement Markers | 760 |
| 718.21 | Temporary Pavement Markings | 761 |
| 718.22 | Temporary Traffic Control Devices | 762 |
| 718.23 | Epoxy Resin Adhesives | 762 |
| Section 719 Reserved | | |
| Section 720 | STRUCTURAL WALL AND STABILIZED EMBANKMENT MATERIAL | 763 |
| 720.01 | Mechanically Stabilized Earth Wall Material | 763 |
| 720.02 | Gabion and Revet Mattress Material | 765 |
| 720.03 | Metal Bin Type Crib Walls | 767 |
| Section 721 | ELECTRICAL AND ILLUMINATION MATERIAL | 769 |
| 721.01 | Electrical Material | 769 |
| 721.02 | Lighting Material | 771 |
| Section 722 | ANCHOR MATERIAL | 775 |
| 722.01 | Anchorage Devices | 775 |
| 722.02 | Ground Anchors | 775 |

000410

Page

Section 723 Reserved

Section 724 Reserved

Section 725 MISCELLANEOUS MATERIAL . . . . . . . . . . . . 778
725.01 Water . . . . . . . . . . . . . . . . . . . . . . . . . . 778
725.02 Calcium Chloride and Magnesium Chloride . . . . . 778
725.03 Lime . . . . . . . . . . . . . . . . . . . . . . . . . . 778
725.04 Pozzolans . . . . . . . . . . . . . . . . . . . . . . . 778
725.05 Mineral Filler . . . . . . . . . . . . . . . . . . . . . 779
725.06 Precast Concrete Curbing . . . . . . . . . . . . . . . 779
725.07 Clay or Shale Brick . . . . . . . . . . . . . . . . . . 779
725.08 Concrete Brick . . . . . . . . . . . . . . . . . . . . 779
725.09 Concrete Masonry Blocks . . . . . . . . . . . . . . . 779
725.10 Cellular Concrete Blocks . . . . . . . . . . . . . . . 779
725.11 Precast Concrete Units . . . . . . . . . . . . . . . . 779
725.12 Frames, Grates, Covers, and Ladder Rungs . . . . . 780
725.13 Corrugated Metal Units . . . . . . . . . . . . . . . . 780
725.14 Protective Coatings for Concrete . . . . . . . . . . . 780
725.15 Polyvinyl Chloride (PVC) Pipe for Water Distribution Systems . . . . . . . . . . . . . 781
725.16 Polyethylene (PE) Pipe for Water Distribution Systems . . . . . . . . . . . . . 781
725.17 Cast Iron Soil Pipe and Fittings . . . . . . . . . . . . 781
725.18 Seamless Copper Water Tube and Fittings . . . . . . 781
725.19 Plastic Lining . . . . . . . . . . . . . . . . . . . . . 781
725.20 Lignin Sulfonate . . . . . . . . . . . . . . . . . . . . 781
725.21 Epoxy Resin Adhesives . . . . . . . . . . . . . . . . 781
725.22 Grout . . . . . . . . . . . . . . . . . . . . . . . . . 781
725.23 Reserved
725.24 Color Coating . . . . . . . . . . . . . . . . . . . . . 783
725.25 Explosives and Blasting Accessories . . . . . . . . . 783
725.26 Mineral Slurry (Drillers Mud) . . . . . . . . . . . . . 783
725.27 Form Liner . . . . . . . . . . . . . . . . . . . . . . . 783
725.28 Aluminum-Impregnated Caulking Compound . . . . 783

INDEX . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 785



# DIVISION 100
# General Requirements

000411

## Section 101. — TERMS, FORMAT, AND DEFINITIONS

**101.01 Meaning of Terms.** These specifications are generally written in the imperative mood. In sentences using the imperative mood, the subject, *"the Contractor"*, is implied. Also implied in this language is *"shall"*, *"shall be"*, or similar words and phrases. In material specifications, the subject may also be the supplier, fabricator, or manufacturer supplying material, products, or equipment for use on the project.

Wherever *"directed"*, *"required"*, *"prescribed"*, or other similar words are used, the *"direction"*, *"requirement"*, or *"order"* of the Contracting Officer is intended. Similarly, wherever *"approved"*, *"acceptable"*, *"suitable"*, *"satisfactory"*, or similar words are used, the words mean *"approved by"*, *"acceptable to"*, or *"satisfactory to"* the Contracting Officer.

The word *"will"* generally pertains to decisions or actions of the Contracting Officer.

**101.02 Specifications Format.** These specifications are divided into 10 Divisions.

Division 100 consists of general contract requirements for which no direct payment is made. The requirements contained in Division 100 are applicable to all contracts.

Division 150 consists of project contract requirements that are applicable to all contracts. Work under Division 150 is paid for directly when there is a pay item in the bid schedule. When there is no pay item in the bid schedule, no direct payment is made.

Divisions 200 through 600 consist of construction contract requirements for specific items of work. Work under these Divisions is paid for directly or indirectly according to Subsection 109.05 and the Section ordering the work.

Division 700 contains the material requirements for Divisions 150 through 600. No direct payment is made in Division 700. Payment for material is included as part of the work required in Divisions 150 through 600.

The first three digits of the pay item number identify the Section under which the work is performed.

**101.03 Abbreviations.** Whenever these abbreviations are used in the specifications, they represent the following:

**(a) Acronyms.**

| | | |
|---|---|---|
| **AA** | — | Aluminum Association |
| **AAN** | — | American Association of Nurserymen |
| **AAR** | — | Association of American Railroads |
| **AASHTO** | — | American Association of State Highway and Transportation Officials |
| **ACI** | — | American Concrete Institute |
| **ACPA** | — | American Concrete Pavement Association |
| **ADA** | — | Americans with Disabilities Act |
| **AGC** | — | Associated General Contractors of America |
| **AI** | — | Asphalt Institute |
| **AIA** | — | American Institute of Architects |
| **AISC** | — | American Institute of Steel Construction |
| **AISI** | — | American Iron and Steel Institute |
| **ANSI** | — | American National Standards Institute |
| **APWA** | — | American Public Works Association |
| **ARA** | — | American Railway Association |
| **AREA** | — | American Railway Engineering Association |
| **ARTBA** | — | American Road and Transportation Builders Association |
| **ASCE** | — | American Society of Civil Engineers |
| **ASLA** | — | American Society of Landscape Architects |
| **ASTM** | — | American Society for Testing and Materials |
| **ATSSA** | — | American Traffic Safety Services Association |
| **AWPA** | — | American Wood Preservers Association |
| **AWS** | — | American Welding Society |
| **AWWA** | — | American Water Works Association |
| **CFR** | — | Code of Federal Regulations |
| **CO** | — | Contracting Officer and all representatives |
| **CRSI** | — | Concrete Reinforcing Steel Institute |
| **FAR** | — | Federal Acquisition Regulations (48 CFR Chapter 1) |
| **FHWA** | — | Federal Highway Administration |
| **FLH** | — | Federal Lands Highways |
| **FSS** | — | Federal Specifications and Standards |
| **FTMS** | — | Federal Test Method Standard |
| **GSA** | — | General Services Administration |
| **ISSA** | — | International Slurry Surfacing Association |
| **ITE** | — | Institute of Transportation Engineers |
| **MIL** | — | Military Specifications |
| **MUTCD** | — | Manual on Uniform Traffic Control Devices (for Streets and Highways) |
| **NEMA** | — | National Electrical Manufacturer's Association |
| **NFPA** | — | National Forest Products Association |
| **NIST** | — | National Institute of Standards and Technology |
| **OSHA** | — | Occupational Safety and Health Administration |
| **PCA** | — | Portland Cement Association |
| **PCI** | — | Prestressed Concrete Institute |
| **PTI** | — | Post-Tensioning Institute |
| **SAE** | — | Society of Automotive Engineers |
| **SF** | — | Standard Form |
| **SI** | — | International System of Units |
| **SSPC** | — | Steel Structures Painting Council |
| **TAR** | — | Transportation Acquisition Regulations (48 CFR Chapter 12) |
| **UL** | — | Underwriter's Laboratory |
| **U.S.** | — | United States of America |
| **USC** | — | United States Code |
| **USGS** | — | United States Geologic Survey |
| **USPS** | — | United States Postal Service |

**(b) SI symbols.**

| | | | |
|---|---|---|---|
| **A** | — | ampere | electric current |
| **cd** | — | candela | luminous intensity |
| **°C** | — | degree Celsius | temperature |
| **d** | — | day | time |
| **g** | — | gram | mass |
| **h** | — | hour | time |
| **H** | — | Henry | inductance |
| **ha** | — | hectare | area |
| **Hz** | — | hertz ($s^{-1}$) | frequency |
| **J** | — | joule (N • m) | energy |
| **K** | — | kelvin | temperature |
| **L** | — | liter | volume |
| **lx** | — | lux | illuminance |

000413





| | | | |
|---|---|---|---|
| **m** | — | meter | length |
| **$m^2$** | — | square meter | area |
| **$m^3$** | — | cubic meter | volume |
| **min** | — | minute | time |
| **N** | — | newton ($kg \cdot m/s^2$) | force |
| **Pa** | — | pascal ($N/m^2$) | pressure |
| **s** | — | second | time |
| **t** | — | metric ton | mass |
| **V** | — | volt (W/A) | electric potential |
| **W** | — | watt (J/s) | power |
| **Ω** | — | ohm V/A | electric resistance |
| **°** | — | degree | plane angle |
| **′** | — | minute | plane angle |
| **″** | — | second | plane angle |

**(c) SI prefix symbols.**

| | | | |
|---|---|---|---|
| **E** | — | exa | $10^{18}$ |
| **P** | — | peta | $10^{15}$ |
| **T** | — | tera | $10^{12}$ |
| **G** | — | giga | $10^{9}$ |
| **M** | — | mega | $10^{6}$ |
| **k** | — | kilo | $10^{3}$ |
| **c** | — | centi | $10^{-2}$ |
| **m** | — | milli | $10^{-3}$ |
| **μ** | — | micro | $10^{-6}$ |
| **n** | — | nano | $10^{-9}$ |
| **p** | — | pico | $10^{-12}$ |
| **f** | — | femto | $10^{-15}$ |
| **a** | — | atto | $10^{-18}$ |

**(d) SI slope notation (vertical : horizontal).** For slopes flatter than 1:1, express the slope as the ratio of one unit vertical to a number of units horizontal. For slopes steeper than 1:1, express the slope as the ratio of a number of units vertical to one unit horizontal.





**101.04 Definitions.** FAR Clause 52.202-1, Definitions, is supplemented as follows:

**Award** — The written acceptance of a bid by the CO.

**Backfill** — Material used to replace or the act of replacing material removed during construction. Material placed or the act of placing material adjacent to structures.

**Base** — The layer or layers of material placed on a subbase or subgrade to support a surface course.

**Bid** — A written offer by a bidder to perform work at a quoted price.

**Bid Bond** — The security executed by the bidder and surety or sureties furnished to the Government to guarantee execution of the contract.

**Bidder** — Any individual or legal entity submitting a bid.

**Bid Forms** — The Government forms required for preparing and submitting a bid.

**Bid Guarantee** — A form of security assuring that the bidder will not withdraw a bid within the period specified for acceptance and will execute a written contract and furnish required bonds.

**Bid Schedule** — The prepared schedule included with the bid forms, containing the estimated quantities of pay items for which unit bid prices are invited.

**Bridge** — A structure more than 6.1 meters long, including supports, spanning and providing passage over a depression, waterway, railroad, highway, or other obstruction.

**Commercial Certification** — See Subsection 106.03.

**Construction Limits** — The limits on each side of the project which establish the area disturbed by construction operations and beyond which no disturbance is permitted. Typically the construction limits are the same as the clearing limits, except when additional clearing is required under Section 202.

000414



**Contract** — The written agreement between the Government and the Contractor setting forth the obligations of the parties for the performance of and payment for the prescribed work.

**Contracting Officer (CO)** — An official of the Government with the authority to enter into, administer, and/or terminate contracts and make related determinations and findings. The term includes certain authorized representatives of the CO acting within the limits of their authority as delegated by the CO.

**Contract Modification** — Any written change in the terms of the contract. Contract modifications are of the following forms:

(a) **Administrative change.** A unilateral contract change, in writing, that does not affect the substantive rights of the parties (e.g., a change in the paying office or the appropriation data).

(b) **Change order.** A written order, signed by the CO, directing the Contractor to make a change that FAR Clause 52.243-4 - Changes authorizes the CO to order without the Contractor's consent.

(c) **Supplemental agreement.** A contract modification that is accomplished by the mutual action of the parties.

**Contractor** — The individual or legal entity contracting with the Government for performance of prescribed work.

**Contract Time** — The specified time allowed for completion of all contract work.

**Cross-Section** — A vertical section of the ground or structure at right angles to the centerline or baseline of the roadway or other work.

**Culvert** — Any structure, not classified as a bridge, that provides an opening under the roadway.

**Day** — Each and every day shown on the calendar, beginning and ending at midnight.





**Density** — Mass per unit volume of material. Specific gravity multiplied by the unit mass of water.

**Drawings** — Design sheets or fabrication, erection, or construction details submitted to the Government by the Contractor according to FAR Clause 52.236-21, Specifications and Drawings for Construction.

**Falsework** — Any temporary construction work used to support the permanent structure until it becomes self-supporting. Falsework includes steel or timber beams, girders, columns, piles, foundations, and any proprietary equipment including modular shoring frames, post shores, and adjustable horizontal shoring.

**Forms** — Temporary structures or molds used to retain plastic or fluid concrete in its designated shape until it hardens. Forms shall have enough strength to resist the fluid pressure exerted by plastic concrete and all additional fluid pressure effects generated by vibration.

**Government** — The Government of the United States of America.

**Highway, Street, or Road** — A general term denoting a public way for purposes of vehicular travel, including the entire area within the right-of-way.

**Layer** — See "lift."

**Lift** — When placing and compacting soils and aggregates, a lift is any single, continuous layer of material which receives, during a single work operation, the same compactive effort throughout. When installing culvert pipe less than or equal to 1200 millimeters in diameter, the backfill material placed on both sides of the pipe is considered to be contained in the same lift when the material is placed to the same elevation on both sides of the culvert, the compactive effort applied to one side of the culvert is the same as that applied to the other, and the compactive effort is applied to both sides of the pipe in a continuous operation.

**Material** — Any substances specified or necessary to satisfactorily complete the contract work.

**Measurement** — The process of identifying the dimensions, quantity, or capacity of an item. See Section 109 for measurement methods, terms, and definitions.

**Notice to Proceed** — Written notice to the Contractor to begin the contract work.

**Pavement Structure** — The combination of subbase, base, and surface courses placed on a subgrade to support and distribute the traffic load to the roadbed.

**Pay Item** — A specific item of work for which a unit and price is provided in the contract.

**Payment Bond** — The security executed by the Contractor and surety or sureties furnished to the Government to assure payments as required by law to all persons supplying labor or material according to the contract.

**Performance Bond** — The security executed by the Contractor and surety or sureties and furnished to the Government to guarantee completion of the contract work.

**Plans** — The contract plans furnished by the Government showing the location, type, dimensions, and details of the work.

**Production Certification** — See Subsection 106.03.

**Profile Grade** — The trace of a vertical plane intersecting a particular surface of the proposed road construction located as shown on the plans, usually along the longitudinal centerline of the roadbed. Profile grade means either elevation or gradient of the trace according to the context.

**Project** — The specific section of the highway or other property on which construction is to be performed under the contract.

**Right-of-Way** — Real property used for transportation purposes.

**Roadbed** — The graded portion of a highway prepared as a foundation for the pavement structure and shoulders.





**Roadside** — All area within the right-of-way excluding the traveled way and shoulders.

**Roadway** — In general, the portion of a highway, including shoulders, for vehicular use. A divided highway has two or more roadways. In construction specifications, the portion of a highway within the construction limits.

**Roadway Prism** — The volume defined by the area between the original terrain cross-section and the final design cross-section multiplied by the horizontal distance along the centerline of the roadway.

**Roller Pass** — One trip of a roller in one direction over any one spot.

**Shoring** — This term is used interchangeably with falsework.

**Shoulder** — The portion of the roadway contiguous to the traveled way for accommodation of stopped vehicles, for emergency use, and for lateral support of the pavement structure.

**Sieve** — See AASHTO M 92.

**Solicitation** — The complete assembly of related documents (whether attached or incorporated by reference) furnished to prospective bidders.

**Special Contract Requirements** — Additions and revisions to the standard and supplemental specifications applicable to an individual project.

**Specifications** — The written requirements for performing work.

**Standard Forms** — Numbered forms issued by the General Services Administration for use as contract documents.

**Standard Plans** — Detailed plans approved for repetitive use and included as part of the plans.

**Standard Specifications** — The Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects approved for general application and repetitive use.

000416



**Station** — (1) A measure of distance used for highways and railroads. A station is equal to one kilometer. (2) A precise location along a survey line.

**Structures** — Bridges, culverts, catch basins, drop inlets, retaining walls, cribbing, manholes, endwalls, buildings, sewers, service pipes, underdrains, foundation drains, and other features that may be encountered in the work.

**Subbase** — The layer or layers of material placed on a subgrade to support a base.

**Subcontract** — The written agreement between the Contractor and an individual or legal entity prescribing the performance of a specific portion of the work.

**Subcontractor** — An individual or legal entity with whom the Contractor sublets part of the work. This includes all subcontractors in any tier.

**Subgrade** — The top surface of a roadbed upon which the pavement structure, shoulders, and curbs are constructed.

**Substantial Completion** — The point at which the project is complete such that it can be safely and effectively used by the public without further delays, disruption, or other impediments. For conventional bridge and highway work, the point at which all bridge deck, parapet, pavement structure, shoulder, drainage, sidewalk, permanent signing and markings, traffic barrier, safety appurtenance, utility, and lighting work is complete.

**Substructure** — All of the bridge below the bearings of simple and continuous spans, skewbacks of arches, and tops of footings of rigid frames including backwalls, wingwalls, and wing protection railings.

**Suitable Material** — Rock or earth material that will provide stable foundations, embankments, or roadbeds, and is reasonably free of organic matter, roots, muck, sod, or other detrimental material.

**Superintendent** — The Contractor's authorized representative in responsible charge of the work.

**Superstructure** — The entire bridge except the substructure.





**Supplemental Specifications** — Additions and revisions to the standard specifications.

**Surety** — An individual or corporation legally liable for the debt, default, or failure of a Contractor to satisfy a contract obligation.

**Surface Course** — The top layer or layers of a pavement structure designed to accommodate the traffic load and resist skidding, traffic abrasion, and weathering.

**Target Value (TV)** — A number established as a center for operating a given process. Once established, adjustments should be made in the process as necessary to maintain a central tendency about the target value. Test results obtained from a well controlled process should cluster closely around the established target value and the mean of the test results should be equal to or nearly equal to the established target value.

**Traveled Way** — The portion of the roadway designated for the movement of vehicles, exclusive of shoulders.

**Unsuitable Material** — Material that is earth, gravel, or sand not adequate (i.e. stability, drainage, etc.) to use in the construction of stable foundations, embankments, or roadbeds.

**Work** — The furnishing of all labor, material, equipment, and other incidentals necessary to successfully complete the project according to the contract.

000417

# Section 102. — BID, AWARD, AND EXECUTION OF CONTRACT

**102.01 Acquisition Regulations.** Bid, award, and execution of the contract are governed by the FAR and TAR.

**102.02 Preparation of Bids.** FAR Clause 52.214-18 - Preparation of Bids — Construction is supplemented as follows.

Execute and submit all required standard forms, bid schedules, and solicitation provisions contained in the solicitation as part of the bid.

Complete SF 1442, *Solicitation, Offer, and Award*, and sign as follows:

**(a) Individuals.** Sign your individual signature. For individuals doing business as a firm, follow the individual signature with the individual's typed, stamped, or printed name and the words, *"an individual doing business as* ______(name of firm)______ *"*.

**(b) Partnerships.** Submit a list of all partners having authority to bind the partnership. One of the listed partners must sign on behalf of the partnership.

**(c) Corporations.** Sign in the corporate name, followed by the word *"by"* and the signature and title of the person authorized to sign. Submit evidence from the corporation that the person signing has authority to bind the corporation.

**(d) Joint ventures.** All participants in the joint venture shall sign in the manner prescribed in (a) through (c) above. Corporations shall also submit a certificate stating that the corporation is authorized to participate in the joint venture.

One party may sign on behalf of a joint venture if documentation is included and signed by all members of the joint venture, authorizing the party with authority to sign for the joint venture.

**(e) Agents.** When an agent signs, other than as stated in (a) through (d) above, furnish satisfactory evidence that the agent has authority to bind the bidder.





Insert a unit bid price, in figures, for each pay item for which a quantity appears in the bid schedule. Multiply the unit bid price by the quantity for each pay item and show the amount bid. Should any mathematical check made by the Government show a mistake in the amount bid, the corrected unit price extension shall govern.

When the words *"lump sum"* appear as a unit bid price, insert an amount bid for each lump sum pay item.

When the word *"contingent sum"* or a fixed rate appears as a unit bid price, include the Government inserted amount bid for the item in the total bid amount.

Total all of the amounts bid for each pay item and show the total bid amount.

The quantities shown in the bid schedule are approximate, unless designated as a contract quantity, and are used for the comparison of bids. Payment will be made for the actual quantities of work performed and accepted or material furnished according to the contract. The scheduled quantities may be increased, decreased, or deleted. Bid schedule quantities are considered the original contract quantities.

**102.03 Bid Guarantee.** FAR Clause 52.228-1 - Bid Guarantee is supplemented as follows:

**(a) General.** Submit a bid guarantee of not less than 20 percent of the amount of the bid with any bid in excess of $25,000. Submit the bid guarantee on SF 24, *Bid Bond*. If the bid guarantee is other than a corporate or individual surety, sign the SF 24 as the principal and make a statement on the form pledging the security. Make checks or money orders payable to the agency issuing the solicitation.

**(b) Power of attorney.** A corporate surety shall submit a current power of attorney for the signing agent or attorney-in-fact with each SF 24.

**(c) Evidence of guarantee assistance.** A surety that has a guarantee of assistance from the Small Business Administration shall submit a copy of its *"Surety Bond Guarantee Agreement"* with each SF 24. In addition, submit a power of attorney for the surety representative identified in the agreement.

000418



**102.04 Individual Surety.** FAR Clause 52.228-11 - Pledges of Assets is supplemented as follows.

Complete and date the SF 28, *Affidavit of Individual Surety*, after the solicitation date. The individual surety shall personally sign the SF 28. Execution by power of attorney is not acceptable. Bidders cannot serve as their own surety. Assets named shall be committed to the project with a bank designated to serve as trustee.

After reviewing the SF 28, the surety may be requested to provide further documentation with respect to any of its assets, debts, or encumbrances. The information may be required to be furnished under oath. Failure of the surety to respond with the requested documentation within 7 days of receipt of the request is cause for rejection of the surety.

Any material misstatement by the surety, overstatement of assets (either as to ownership or value) or understatement of liabilities is cause for rejection of the surety. Substitution of individual sureties to support a bid bond after the bid opening will not be permitted.

**102.05 Public Opening of Bids.** Bids will be publicly opened at the time specified in the SF 1442. Their contents will be made public information. The Government reserves the right to reject bids as set forth in the FAR, Part 14.

**102.06 Performance and Payment Bonds.** Furnish a performance bond in the penal amount of 100 percent of the original contract price and a payment bond as follows:

(a) In the penal amount of 50 percent of the original contract price if the contract price is not more the $1 million.

(b) In the penal amount of 40 percent of the original contract price if the contract is more than $1 million but not more than $5 million.

(c) In the amount of $2.5 million if the contract price is more than $5 million.

Use SF 25, *Performance Bond*, and SF 25A, *Payment Bond*, for submitting the bonds.





The requirements contained in Subsections 102.03 and 102.04 relating to power of attorney, evidence of guarantee assistance, and individual sureties also apply to performance and payment bonds.