000419

# Section 103. — SCOPE OF WORK

**103.01 Intent of Contract.** The intent of the contract is to provide for the construction and completion of the work described. The precise details of performing the work are not stipulated except as considered essential for the successful completion of the work. Furnish all labor, material, equipment, tools, transportation, and supplies necessary to complete the work according to the contract.

**103.02 Disputes.** FAR Clause 52.233-1 - Disputes is supplemented as follows.

When requesting a CO's decision on an interpretation of contract terms for the recovery of increased costs, quantify the amount and, if required by FAR Clause 52.233-1, certify the amount. Include an explanation of the interpretation of contract terms, the contract clause under which the claim is made, all supporting documentation, and adequate cost data to support the amount claimed.

**103.03 Value Engineering.** FAR Clause 52.248-3 - Value Engineering — Construction is supplemented as follows.

Value engineering proposals that delete work without a related enhancement to the project will not be considered.

**103.04 Contractor Records.** Upon request, provide records related to the contract to the Government for up to 3 years after final payment and for longer periods as provided by law.

Include a provision in all subcontracts at all tiers giving the Government the same rights as provided above with respect to the subcontractor's records.

**103.05 Partnering.** To facilitate this contract, the Government offers to participate in a formal partnership with the Contractor. This partnership draws on the strengths of each organization to identify and achieve reciprocal goals. Partnering strives to resolve problems in a timely, professional, and non-adversarial manner. If problems result in disputes, partnering encourages, but does not require, alternative dispute resolution instead of the formal claim process. The objective is effective and efficient contract performance to achieve a quality project within budget and on schedule.





Acceptance of this partnering offer by the Contractor is optional and the partnership is bilateral.

If the partnering offer is accepted, mutually agree with the Government on the level of organizational involvement and the need for a professional to facilitate the partnering process. Engage the facilitator and other resources for key Contractor and Government representatives to attend a partnership development and team-building workshop usually between the time of award and the notice to proceed. Hold additional progress meetings upon mutual agreement.

The direct cost of partnering facilities, professional facilitation, copying fees, and other miscellaneous costs directly related to partnering meetings will be shared by the Contractor and Government. Secure and pay for facilities, professional fees, and miscellaneous requirements. Provide invoices to the Government. The Government will reimburse the Contractor for 50 percent of the agreed costs incurred for the partnering process. The Government's share will not exceed $20,000.

Each party is responsible for making and paying for its own travel, lodging, and meal arrangements. The time allowed for completion of the project is not affected by partnering.

000420

# Section 104. — CONTROL OF WORK

**104.01 Authority of the Contracting Officer (CO).** The CO will delegate authority to representatives to decide on acceptability of work, progress of work, suspension of work, interpretation of the contract, and acceptable fulfillment of the contract. The term *"CO"* includes all authorized representatives of the CO, including inspectors, acting within the limits of their authority as delegated by the CO.

**104.02 Authority of Government Inspectors.** Inspectors are authorized to inspect all work including the preparation, fabrication, or manufacture of material for the project. The inspector is not authorized to alter or waive contract requirements, issue instruction contrary to the contract, act as foreman for the Contractor, or direct the Contractor's operations. The inspector has authority to reject work until the issue can be referred to and decided by the CO.

**104.03 Specifications and Drawings.** FAR Clause 52.236-21 - Specifications and Drawings for Construction is supplemented as follows:

**(a) General.** Prepare drawings as necessary to adequately construct the work. This includes, but is not limited to, traffic control drawings, falsework drawings, stress sheets, anchor bolt layouts, erection drawings, and equipment lists.

Limit drawings to a maximum size of 610 by 920 millimeters. Include on each drawing and calculation sheet, the project number, name, and other identification as shown in the contract.

Furnish 5 sets of drawings and supporting calculations for acceptance before performing work covered by the drawings. If drawings are returned for revision, correct and resubmit for acceptance. Allow 40 days per submission for railroad structures and 30 days per submission for all other structures. If drawings must be resubmitted, the time for acceptance starts over. Obtain prior written approval for changes or deviations from the accepted drawings.





**(b) Specific requirements for concrete and miscellaneous structures.** Furnish drawings for cribs, cofferdams, falsework, erection, temporary support systems, formwork, detour structures, and other temporary work and methods of construction proposed. Furnish drawings bearing the seal and signature of a professional engineer proficient in the pertinent design field.

**104.04 Coordination of Contract Documents.** The FAR, TAR, special contract requirements, plans, supplemental specifications, and standard specifications are contract documents. A requirement in one document is binding as though occurring in all the contract documents. The contract documents are intended to be complementary and to describe and provide for a complete contract. In case of discrepancy, calculated and shown dimensions govern over scaled dimensions. The contract documents govern in the following order:

**(a)** Federal Acquisition Regulations
**(b)** Transportation Acquisition Regulations
**(c)** Special contract requirements
**(d)** Plans
**(e)** Supplemental specifications
**(f)** Standard specifications

**104.05 Load Restrictions.** FAR Clause 52.236-10 - Operations and Storage Areas, paragraph (c), is supplemented as follows.

Comply with all legal load restrictions when hauling material and equipment on public roads to and from the project. A special permit does not relieve the Contractor of liability for damage resulting from the moving of material or equipment.

Unless otherwise permitted, do not operate equipment or vehicles that exceed the legal load limits over new or existing structures within the project. Repair or replace in an acceptable manner all damages to project work resulting from the use of such equipment or vehicles at no cost to the Government.

On the portions of the project used to accommodate public travel, operate construction equipment and vehicles in a manner that does not conflict with traffic flow and minimizes delays to the traveling public.

000421

## Section 105. — CONTROL OF MATERIAL



**105.01 Source of Supply and Quality Requirements.** FAR Clause 52.236-5 - Material and Workmanship is supplemented as follows.

Select sources and provide acceptable material. Notify the CO of all proposed sources before delivery to the project to expedite material inspection and testing. Do not incorporate material requiring submittal into the work until approved.

Material may be approved at the source of supply before delivery to the project. Approval does not constitute acceptance. If an approved source does not continue to supply acceptable material during the life of the project, further use of that source may be denied.

**105.02 Local Material Sources.** Sources of rock, sand, gravel, earth, or other natural material located by the Government in the vicinity of the project may be identified in the contract. These identified sources may be listed as provided for the project or only listed as information to aid the Contractor in locating a source. The decision to use an identified source is solely that of the Contractor.

**(a) Government-provided sources.** The Government will acquire the permits and rights to remove material from provided sources identified in the contract and to use such property for a plant site and stockpiles. Test reports and available historical performance data verifying the presence of acceptable material are available upon request.

Do not perform work within a Government-provided source until a plan of operation for the development of the source is accepted. Perform all work necessary to produce acceptable material including site development, preparation, erosion control, and restoration.

The quality of material in provided sources is acceptable in general, but may contain layers or pockets of unacceptable material. It is not feasible to ascertain from samples the quality of material for an entire deposit and variations may be expected. Determine the quantity and type of equipment and work necessary to select and produce acceptable material.



**(b) Government-listed sources.** The Government may list possible material sources. The Government makes no representation as to the quality or quantity of material, or rights to the availability of material from these sources. These sources are considered to be Contractor-located sources under (c) below.

**(c) Contractor-located sources.** The Contractor is responsible for these sources, including established commercial sources. Use sources that fulfill the contract quantity and quality requirements. Determine the quantity and types of equipment and work necessary to select and produce acceptable material. Secure all permits and clearances for use of the source and provide copies of the documents.

Provide laboratory test reports and available historical performance data indicating that acceptable material is available from the source. Do not use material from a source that is unacceptable to the Government. Dispose of unacceptable material and locate another source at no cost to the Government.

**105.03 Material Source Management.** Notify the CO 14 days before starting pit operations. Develop and operate within a material source according to the accepted plan of operation or written agreement for developing the source.

Comply with the following applicable requirements:

**(a)** Before developing a material source, measure the sediment content of bodies of water adjacent to the work area that will receive drainage from the work area. Control all erosion so the sediment levels in the bodies of water within the drainage area of the work area do not increase.

**(b)** Strip and stockpile the overburden. After operations are complete, move all waste back into the source. Neatly trim and flatten the side slopes to the extent practicable. Spread the stockpiled overburden uniformly over the sides and bottom of the mined area. Establish a vegetative cover to blend the site into the surrounding area.

000422



**105.04 Storing and Handling Material.** Store and handle material to preserve its quality and fitness for the work. Stored material approved before storage may again be inspected before use in the work. Locate stored material to facilitate prompt inspection.

Use only approved portions of the right-of-way for storing material and placing plants and equipment. Provide all additional space needed. Do not use private property for storage without written permission of the owner or lessee. Furnish copies of all agreements. Restore all Government-provided storage sites to their original condition.

The Contractor is responsible for the security of all stored material.

**105.05 Use of Material Found in the Work.** Material, such as stone, gravel, or sand, found in the excavation may be used for another pay item when acceptable. When there is an applicable excavation item in the bid schedule, such material will be paid both as excavation and as the other pay item for which it is used. Replace material so used and needed for embankment or backfill with acceptable material at no cost to the Government. Excavate or remove material only from within the grading limits, as indicated by the slope and grade lines.

The right to use and process material found in the work does not include the use and processing of material for nongovernment contract work except for the disposal of waste material. If the Contractor produces or processes material from Government lands in excess of the quantities required for the contract, the Government may:

(a) Take possession of the excess material and direct its use, paying the Contractor only for the cost of production, or

(b) Require removal of the material and restoration of the land to a satisfactory condition at no cost to the Government.



## Section 106.— ACCEPTANCE OF WORK

**106.01 Conformity with Contract Requirements.** FAR Clause 52.246-12 - Inspection of Construction is supplemented as follows.

References to standard test methods of AASHTO, ASTM, GSA, and other recognized standards authorities refer to the methods in effect on the date of solicitation for bids.

Perform work according to the contract requirements. Perform all work to the lines, grades, cross-sections, dimensions, and processes or material requirements shown on the plans or specified in the contract.

Plan dimensions and contract specification values are the values to be strived for and complied with as the design values from which any deviations are allowed. Perform work and provide material that is uniform in character and reasonably close to the prescribed value or within the specified tolerance range. The purpose of a tolerance range is to accommodate occasional minor variations from the median zone that are unavoidable for practical reasons.

The Government may inspect, sample, or test all work at any time before final acceptance of the project. When the Government tests work, copies of test reports are furnished to the Contractor upon request. Government tests may or may not be performed at the work site. If Contractor testing is verified by Government testing, the Contractor's results may be used by the Government to evaluate work for acceptance. Do not rely on the availability of Government test results for process control.

Acceptable work conforming to the contract will be paid for at the contract unit bid price. Four methods of determining conformity and accepting work are described in Subsections 106.02 to 106.05 inclusive. The primary method of acceptance is specified in each Section of work. However, work may be rejected at any time it is found by any of the methods not to comply with the contract.

Remove and replace work that does not conform to the contract, or to prevailing industry standards where no specific contract requirements are noted at no cost to the Government.

000423



As an alternative to removal and replacement, the Contractor may submit a written request to:

(a) Have the work accepted at a reduced price, or
(b) Be given permission to perform corrective measures to bring the work into conformity.

The request shall contain supporting rationale and documentation. Include references or data justifying the proposal based on an evaluation of test results, effect on service life, value of material or work, quality, and other tangible engineering basis. The CO will determine disposition of the non-conforming work.

When standard manufactured items are specified (such as fence, wire, plates, rolled shapes, pipe conduits, etc., that are identified by gauge, unit mass, section dimensions, etc.), the identification will be considered to be nominal masses or dimensions. Unless specific contract tolerances are noted, established manufacturing tolerances will be accepted.

**106.02 Visual Inspection.** Acceptance is based on visual inspection of the work for compliance with the contract and prevailing industry standards.

**106.03 Certification.** For material manufactured off-site, use a manufacturer with an ISO 9000 certification or an effective testing and inspection system. Require the manufacturer to clearly mark the material or packaging with a unique product identification or specification standard to which it is produced.

Material accepted by certification may be sampled and tested at any time. If found not in conformance with the contract, the material will be rejected whether in place or not.

One of the following certifications may be required:

**(a) Production certification.** Material requiring a production certification is identified in the Acceptance Subsection of each Section. Require the manufacturer to furnish a production certification for each shipment of material. Include the following with each production certification:

(1) Date and place of manufacture





(2) Test results on material from the same lot and documentation of the inspection and testing system

(3) Lot number or other means of cross-referencing to the manufacturer's inspection and testing system

(4) Manufacturer's statement that the material complies with all contract requirements

(5) Manufacturer's signature or other means of demonstrating accountability for the certification

**(b) Commercial certification.** When a certification is required, but not a production certification, furnish one commercial certification for all similar material from the same manufacturer.

A commercial certification is a manufacturer's or Contractor's representation that the material complies with all contract requirements. The representation may be labels, catalog data, stamped specification standards, or supplier's certifications indicating the material is produced to a commercial standard or specification.

**106.04 Measured or Tested Conformance.** Provide all necessary production and processing of the work and control performance of the work so that all of the work complies with the contract requirements.

Results from inspection or testing shall have values within the specified tolerances or specification limits. When no tolerance values are identified in the contract, the work will be accepted based on customary manufacturing and construction tolerances.

**106.05 Statistical Evaluation of Work and Determination of Pay Factor (Value of Work).** Statistical evaluation of work is a method of analyzing inspection or test results to determine conformity with the contract requirements. The work will be accepted as follows:

**(a) General.** For work evaluated based on statistical evaluation, both the Government and Contractor assume some risk.

000424



The Government's risk is the probability that work of a rejectable quality level is accepted. The Contractor's risk is the probability that work produced at an acceptable quality level (AQL) is rejected or accepted at a reduced contract price.

Acceptable quality level is the highest percentage of work outside the specification limits that is considered acceptable for payment at contract price. There are 2 categories. Category I is based on an AQL of 5 percent. Category II is based on an AQL of 10 percent. In both cases, the Contractor's risk is 5 percent.

As an incentive to produce uniform quality work and to offset the Contractor's risk, a final payment greater than the contract price may be obtained under certain conditions.

The quality characteristics to be evaluated, lot size, sampling frequency, sampling location, test methods, specification limits, and category are as follows:

**(1) Quality characteristics.** The quality characteristics to be evaluated are listed in the Acceptance Subsection of each Section.

**(2) Lot size.** A lot is a discrete quantity of work to which the statistical evaluation procedure is applied. A lot normally represents the total quantity of work produced. More than one lot may occur if changes in the target values, material sources, or job-mix formula are requested in writing and approved or adjustments are required as provided under (b).

**(3) Sampling frequency.** The frequency of sampling is listed in the Acceptance Subsection of each Section. The frequency rate shown normally results in a minimum of 5 samples, which is the minimum number required to perform a statistical evaluation. The maximum obtainable pay factor with 5 samples is 1.01. A minimum of 8 samples are required to obtain a 1.05 pay factor.





If the sampling frequencies and quantity of work would otherwise result in fewer than 8 samples, a written request is required to increase the sampling frequency to provide for a minimum of 8 samples. Provide the request to increase the sampling frequency at least 48 hours before beginning production. An increase in the sampling frequency may result in a reduced pay factor.

**(4) Sampling location.** The point of sampling is listed in the Acceptance Subsection of each Section. The exact location of sampling will be specified by the CO based on random numbers.

**(5) Test methods.** The test methods used to test the sample are listed in the Acceptance Subsection of each Section.

**(6) Specification limits.** The specification limits for the quality characteristics are listed in the contract provisions for the work in question.

**(7) Category.** The category for the quality characteristics to be analyzed are listed in the Acceptance Subsection of each Section.

**(b) Acceptance.** The work in the lot will be paid for at a final pay factor when all inspection or test results are completed and evaluated.

Before determining the final pay factor, the work may be incorporated into the project provided the current pay factor does not fall below 0.90. If a lot is concluded with fewer than 5 samples, the material will be evaluated under Subsection 106.04.

If the current pay factor of a lot falls below 0.90, terminate production. Production may resume after the Contractor takes effective and acceptable actions to improve the quality of the production. If it is determined that the resumption of production involves a significant change to the production process, the current lot will be terminated and a new lot begun.

A lot containing an unsatisfactory percentage of nonspecification material (less than 1.00 pay factor) is accepted provided the lowest single pay factor has not fallen into the reject portion of Table 106-2.

A lot containing an unsatisfactory percentage of nonspecification material with the lowest single pay factor falling into the reject portion of Table 106-2 is rejected. Remove all rejected material from the work.

When approved, it is permissible to voluntarily remove defective material and replace it with new material to avoid or minimize a pay factor of less than 1.00. New material will be sampled, tested, and evaluated according to this Subsection.

Any quantity of material that is determined to be defective may be rejected based on visual inspection or test results. Do not incorporate rejected material in the work. The results of tests run on rejected material will be excluded from the lot.

**(c) Statistical evaluation.** The Variability-Unknown/Standard Deviation Method will be used to determine the estimated percentage of the lot that is outside specification limits.

The number of significant figures used in the calculations will be according to AASHTO R 11, absolute method.

The estimated percentage of work that is outside of the specification limits for each quality characteristic will be determined as follows:

(1) Calculate the arithmetic mean $(\bar{X})$ of the test values: $\bar{X} = \frac{\Sigma x}{n}$

Where: $\Sigma$ = summation of
$x$ = individual test value
$n$ = total number of test values

(2) Calculate the standard deviation ($s$):

$$s = \sqrt{\frac{n\Sigma(x^2) - (\Sigma x)^2}{n(n-1)}}$$

Where: $\Sigma(x^2)$ = summation of the squares of individual test values

$(\Sigma x)^2$ = summation of the individual test values squared





(3) Calculate the upper quality index ($Q_U$): $Q_U = \frac{USL - \bar{X}}{s}$

Where: $USL$ = upper specification limit

**Note:** The $USL$ is equal to the contract specification limit or the target value plus the allowable deviation.

(4) Calculate the lower quality index ($Q_L$): $Q_L = \frac{\bar{X} - LSL}{s}$

Where: $LSL$ = lower specification limit

**Note:** The $LSL$ is equal to the contract specification limit or the target value minus the allowable deviation.

(5) From Table 106-1, determine $P_U$ (the estimated percentage of work outside the $USL$). $P_U$ corresponds to a given $Q_U$. If a $USL$ is not specified, $P_U$ is 0.

(6) From Table 106-1, determine $P_L$ (the estimated percentage of work within the lot outside the $LSL$). $P_L$ corresponds to a given $Q_L$. If an $LSL$ is not specified, $P_L$ is 0.

(7) Calculate the total estimated percentage of work outside the $USL$ and $LSL$ (percent defective):

$$P_U + P_L$$

(8) Repeat steps 1 through 7 for each quality characteristic listed for statistical evaluation.

**(d) Pay factor determination (value of the work).** The pay factor for a lot will be determined as follows:

(1) From Table 106-2, determine the pay factor for each quality characteristic using the total number of test values and the total estimated percentage outside the specification limits from step (c)(7).

(2) When all quality characteristics for a lot are category I, the lot pay factor is based on the lowest single pay factor for any category I quality characteristic. The maximum obtainable pay factor is 1.05 (with a minimum of 8 test values).

(3) When quality characteristics for a lot are both category I and II, the lot pay factor is based on the following:

*(a)* When all category II quality characteristics are 1.00, the lot payment is based on the lowest single pay factor for all category I characteristics. The maximum obtainable pay factor is 1.05 (with a minimum of 8 test values).

*(b)* When any category II quality characteristic is less than 1.00, the lot payment is based on the lowest single pay factor for any quality characteristic.

(4) When all quality characteristics for a lot are category II, the lot pay factor is based on the lowest single pay factor for any category II quality characteristic. The maximum obtainable pay factor is 1.00.

(5) Adjusted payment for material in a lot will be made at a price determined by multiplying the contract unit bid price by the lot pay factor as determined above.

**106.06 Inspection at the Plant.** Work may be inspected at the point of production or fabrication. Manufacturing plants may be inspected for compliance with specified manufacturing methods. Material samples may be obtained for laboratory testing for compliance with quality requirements. Allow full entry at all times to the parts of the plant producing the work.

**106.07 Partial and Final Acceptance.** Maintain the work during construction and until the project is accepted. FAR Clause 52.236-11 - Use and Possession Prior to Completion is supplemented as follows:

**(a) Partial acceptance.** When a separate portion of the project is completed, a final inspection of that portion may be requested. If the portion is complete and in compliance with the contract, it will be accepted, and the Contractor will be relieved of further responsibility for maintenance of the completed portion. Partial acceptance does not void or alter any of the terms of the contract.





When public traffic is accommodated through construction and begins using sections of roadway as they are completed, continue maintenance of such sections until final acceptance.

**(b) Final acceptance.** When notified that the entire project is complete, an inspection will be scheduled. If all work is determined complete, the inspection will constitute the final inspection, and the Contractor will be notified in writing of final acceptance as of the date of the final inspection. Final acceptance relieves the Contractor of further responsibility for the maintenance of the project.

If the inspection discloses any unsatisfactory work, the Contractor will receive a list of the work that is incomplete or requires correction. Immediately complete or correct the work. Furnish notification when the work has been completed as provided above.

## Table 106-1
## Estimated Percent of Work Outside Specification Limits

| Estimated Percent Outside Specification Limits ($P_U$ and/or $P_L$) | Upper Quality Index $Q_U$ or Lower Quality Index $Q_L$ | | | | | | |
|---|---|---|---|---|---|---|---|
| | n=5 | n=6 | n=7 | n=8 | n=9 | n=10 to n=11 | n=12 to n=14 |
| 0 | 1.72 | 1.88 | 1.99 | 2.07 | 2.13 | 2.20 | 2.28 |
| 1 | 1.64 | 1.75 | 1.82 | 1.88 | 1.91 | 1.96 | 2.01 |
| 2 | 1.58 | 1.66 | 1.72 | 1.75 | 1.78 | 1.81 | 1.84 |
| 3 | 1.52 | 1.59 | 1.63 | 1.66 | 1.68 | 1.71 | 1.73 |
| 4 | 1.47 | 1.52 | 1.56 | 1.58 | 1.60 | 1.62 | 1.64 |
| 5 | 1.42 | 1.47 | 1.49 | 1.51 | 1.52 | 1.54 | 1.55 |
| 6 | 1.38 | 1.41 | 1.43 | 1.45 | 1.46 | 1.47 | 1.48 |
| 7 | 1.33 | 1.36 | 1.38 | 1.39 | 1.40 | 1.41 | 1.41 |
| 8 | 1.29 | 1.31 | 1.33 | 1.33 | 1.34 | 1.35 | 1.35 |
| 9 | 1.25 | 1.27 | 1.28 | 1.28 | 1.29 | 1.29 | 1.30 |
| 10 | 1.21 | 1.23 | 1.23 | 1.24 | 1.24 | 1.24 | 1.25 |
| 11 | 1.18 | 1.18 | 1.19 | 1.19 | 1.19 | 1.19 | 1.20 |
| 12 | 1.14 | 1.14 | 1.15 | 1.15 | 1.15 | 1.15 | 1.15 |
| 13 | 1.10 | 1.10 | 1.10 | 1.10 | 1.10 | 1.10 | 1.11 |
| 14 | 1.07 | 1.07 | 1.07 | 1.06 | 1.06 | 1.06 | 1.06 |
| 15 | 1.03 | 1.03 | 1.03 | 1.03 | 1.02 | 1.02 | 1.02 |
| 16 | 1.00 | 0.99 | 0.99 | 0.99 | 0.99 | 0.98 | 0.98 |
| 17 | 0.97 | 0.96 | 0.95 | 0.95 | 0.95 | 0.95 | 0.94 |
| 18 | 0.93 | 0.92 | 0.92 | 0.92 | 0.91 | 0.91 | 0.91 |
| 19 | 0.90 | 0.89 | 0.88 | 0.88 | 0.88 | 0.87 | 0.87 |
| 20 | 0.87 | 0.86 | 0.85 | 0.85 | 0.84 | 0.84 | 0.84 |
| 21 | 0.84 | 0.82 | 0.82 | 0.81 | 0.81 | 0.81 | 0.80 |
| 22 | 0.81 | 0.79 | 0.79 | 0.78 | 0.78 | 0.77 | 0.77 |
| 23 | 0.77 | 0.76 | 0.75 | 0.75 | 0.74 | 0.74 | 0.74 |
| 24 | 0.74 | 0.73 | 0.72 | 0.72 | 0.71 | 0.71 | 0.70 |
| 25 | 0.71 | 0.70 | 0.69 | 0.69 | 0.68 | 0.68 | 0.67 |
| 26 | 0.68 | 0.67 | 0.67 | 0.66 | 0.65 | 0.65 | 0.64 |
| 27 | 0.65 | 0.64 | 0.63 | 0.62 | 0.62 | 0.62 | 0.61 |
| 28 | 0.62 | 0.61 | 0.60 | 0.59 | 0.59 | 0.59 | 0.58 |
| 29 | 0.59 | 0.58 | 0.57 | 0.57 | 0.56 | 0.56 | 0.55 |
| 30 | 0.56 | 0.55 | 0.54 | 0.54 | 0.53 | 0.53 | 0.52 |
| 31 | 0.53 | 0.52 | 0.51 | 0.51 | 0.50 | 0.50 | 0.50 |
| 32 | 0.50 | 0.49 | 0.48 | 0.48 | 0.48 | 0.47 | 0.47 |
| 33 | 0.47 | 0.46 | 0.45 | 0.45 | 0.45 | 0.44 | 0.44 |
| 34 | 0.45 | 0.43 | 0.43 | 0.42 | 0.42 | 0.42 | 0.41 |
| 35 | 0.42 | 0.40 | 0.40 | 0.39 | 0.39 | 0.39 | 0.38 |
| 36 | 0.39 | 0.38 | 0.37 | 0.37 | 0.36 | 0.36 | 0.36 |
| 37 | 0.36 | 0.35 | 0.34 | 0.34 | 0.34 | 0.33 | 0.33 |
| 38 | 0.33 | 0.32 | 0.32 | 0.31 | 0.31 | 0.31 | 0.30 |
| 39 | 0.30 | 0.30 | 0.29 | 0.28 | 0.28 | 0.28 | 0.28 |
| 40 | 0.28 | 0.26 | 0.26 | 0.25 | 0.25 | 0.25 | 0.25 |
| 41 | 0.25 | 0.23 | 0.23 | 0.23 | 0.23 | 0.23 | 0.23 |
| 42 | 0.23 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 |
| 43 | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 |
| 44 | 0.16 | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 |
| 45 | 0.13 | 0.13 | 0.13 | 0.13 | 0.13 | 0.13 | 0.13 |
| 46 | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 |
| 47 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 |
| 48 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 |
| 49 | 0.03 | 0.03 | 0.03 | 0.03 | 0.03 | 0.03 | 0.03 |
| 50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Note: If the value of $Q_U$ or $Q_L$ does not correspond to a value in the table, use the next lower Q value. If $Q_U$ or $Q_L$ are negative values, $P_U$ or $P_L$ is equal to 100 minus the table value for $P_U$ or $P_L$.





## Table 106-1 (continued)
## Estimated Percent of Work Outside Specification Limits

| Estimated Percent Outside Specification Limits ($P_U$ and/or $P_L$) | Upper Quality Index $Q_U$ or Lower Quality Index $Q_L$ | | | | | |
|---|---|---|---|---|---|---|
| | n=15 to n=17 | n=18 to n=22 | n=23 to n=29 | n=30 to n=42 | n=43 to n=66 | n=67 to ∞ |
| 0 | 2.34 | 2.39 | 2.44 | 2.48 | 2.51 | 2.56 |
| 1 | 2.04 | 2.07 | 2.09 | 2.12 | 2.14 | 2.16 |
| 2 | 1.87 | 1.89 | 1.91 | 1.93 | 1.94 | 1.95 |
| 3 | 1.75 | 1.76 | 1.78 | 1.79 | 1.80 | 1.81 |
| 4 | 1.65 | 1.66 | 1.67 | 1.68 | 1.69 | 1.70 |
| 5 | 1.56 | 1.57 | 1.58 | 1.59 | 1.59 | 1.60 |
| 6 | 1.49 | 1.50 | 1.50 | 1.51 | 1.51 | 1.52 |
| 7 | 1.42 | 1.43 | 1.43 | 1.44 | 1.44 | 1.44 |
| 8 | 1.36 | 1.36 | 1.37 | 1.37 | 1.37 | 1.38 |
| 9 | 1.30 | 1.30 | 1.31 | 1.31 | 1.31 | 1.31 |
| 10 | 1.25 | 1.25 | 1.25 | 1.25 | 1.26 | 1.26 |
| 11 | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 |
| 12 | 1.15 | 1.15 | 1.15 | 1.15 | 1.15 | 1.15 |
| 13 | 1.11 | 1.11 | 1.11 | 1.11 | 1.11 | 1.11 |
| 14 | 1.06 | 1.06 | 1.06 | 1.06 | 1.06 | 1.06 |
| 15 | 1.02 | 1.02 | 1.02 | 1.02 | 1.02 | 1.02 |
| 16 | 0.98 | 0.98 | 0.98 | 0.98 | 0.98 | 0.98 |
| 17 | 0.94 | 0.94 | 0.94 | 0.94 | 0.94 | 0.94 |
| 18 | 0.91 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 |
| 19 | 0.87 | 0.87 | 0.87 | 0.87 | 0.87 | 0.87 |
| 20 | 0.83 | 0.83 | 0.83 | 0.83 | 0.83 | 0.83 |
| 21 | 0.80 | 0.80 | 0.80 | 0.80 | 0.80 | 0.79 |
| 22 | 0.77 | 0.76 | 0.76 | 0.76 | 0.76 | 0.76 |
| 23 | 0.73 | 0.73 | 0.73 | 0.73 | 0.73 | 0.73 |
| 24 | 0.70 | 0.70 | 0.70 | 0.70 | 0.70 | 0.70 |
| 25 | 0.67 | 0.67 | 0.67 | 0.67 | 0.67 | 0.66 |
| 26 | 0.64 | 0.64 | 0.64 | 0.64 | 0.64 | 0.63 |
| 27 | 0.61 | 0.61 | 0.61 | 0.61 | 0.61 | 0.60 |
| 28 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.57 |
| 29 | 0.55 | 0.55 | 0.55 | 0.55 | 0.55 | 0.54 |
| 30 | 0.52 | 0.52 | 0.52 | 0.52 | 0.52 | 0.52 |
| 31 | 0.49 | 0.49 | 0.49 | 0.49 | 0.49 | 0.49 |
| 32 | 0.47 | 0.46 | 0.46 | 0.46 | 0.46 | 0.46 |
| 33 | 0.44 | 0.44 | 0.43 | 0.43 | 0.43 | 0.43 |
| 34 | 0.41 | 0.41 | 0.41 | 0.41 | 0.41 | 0.40 |
| 35 | 0.38 | 0.38 | 0.38 | 0.38 | 0.38 | 0.38 |
| 36 | 0.36 | 0.35 | 0.36 | 0.36 | 0.35 | 0.35 |
| 37 | 0.33 | 0.33 | 0.33 | 0.33 | 0.33 | 0.32 |
| 38 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 |
| 39 | 0.28 | 0.28 | 0.28 | 0.28 | 0.28 | 0.28 |
| 40 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 |
| 41 | 0.23 | 0.23 | 0.23 | 0.23 | 0.23 | 0.23 |
| 42 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 |
| 43 | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 |
| 44 | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 |
| 45 | 0.13 | 0.13 | 0.13 | 0.13 | 0.13 | 0.13 |
| 46 | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 |
| 47 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 |
| 48 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 |
| 49 | 0.03 | 0.03 | 0.03 | 0.03 | 0.03 | 0.03 |
| 50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Note: If the value of $Q_U$ or $Q_L$ does not correspond to a value in the table, use the next lower Q value. If $Q_U$ or $Q_L$ are negative values, $P_U$ or $P_L$ is equal to 100 minus the table value for $P_U$ or $P_L$.

## Table 106-2 Pay Factors

| PAY FACTOR Category I | PAY FACTOR Category II | Maximum Allowable Percent of Work Outside Specification Limits for a Given Pay Factor $(P_U + P_L)$ n=5 | n=6 | n=7 | n=8 | n=9 | n=10 to n=11 | n=12 to n=14 | n=15 to n=17 | n=18 to n=22 | n=23 to n=29 | n=30 to n=42 | n=43 to n=66 | n=67 to ∞ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.05 | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.04 | | | | 0 | 1 | 3 | 5 | 4 | 4 | 4 | 3 | 3 | 3 | 3 |
| 1.03 | | | 0 | 2 | 4 | 6 | 8 | 7 | 7 | 6 | 5 | 5 | 4 | 4 |
| 1.02 | | | 1 | 3 | 6 | 9 | 11 | 10 | 9 | 8 | 7 | 7 | 6 | 6 |
| 1.01 | | 0 | 2 | 5 | 8 | 11 | 13 | 12 | 11 | 10 | 9 | 8 | 8 | 7 |
| 1.00 | | 22 | 20 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 |
| 0.99 | | 24 | 22 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 11 | 10 | 9 |
| 0.98 | | 26 | 24 | 22 | 21 | 20 | 19 | 18 | 16 | 15 | 14 | 13 | 12 | 10 |
| 0.97 | | 28 | 26 | 24 | 23 | 22 | 21 | 19 | 18 | 17 | 16 | 14 | 13 | 12 |
| 0.96 | | 30 | 28 | 26 | 25 | 24 | 22 | 21 | 19 | 18 | 17 | 16 | 14 | 13 |
| 0.95 | 1.00 | 32 | 29 | 28 | 26 | 25 | 24 | 22 | 21 | 20 | 18 | 17 | 16 | 14 |
| 0.94 | 0.99 | 33 | 31 | 29 | 28 | 27 | 25 | 24 | 22 | 21 | 20 | 18 | 17 | 15 |
| 0.93 | 0.98 | 35 | 33 | 31 | 29 | 28 | 27 | 25 | 24 | 22 | 21 | 20 | 18 | 16 |
| 0.92 | 0.97 | 37 | 34 | 32 | 31 | 30 | 28 | 27 | 25 | 24 | 22 | 21 | 19 | 18 |
| 0.91 | 0.96 | 38 | 36 | 34 | 32 | 31 | 30 | 28 | 26 | 25 | 24 | 22 | 21 | 19 |
| 0.90 | 0.95 | 39 | 37 | 35 | 34 | 33 | 31 | 29 | 28 | 26 | 25 | 23 | 22 | 20 |
| 0.89 | 0.94 | 41 | 38 | 37 | 35 | 34 | 32 | 31 | 29 | 28 | 26 | 25 | 23 | 21 |
| 0.88 | 0.93 | 42 | 40 | 38 | 36 | 35 | 34 | 32 | 30 | 29 | 27 | 26 | 24 | 22 |
| 0.87 | 0.92 | 43 | 41 | 39 | 38 | 37 | 35 | 33 | 32 | 30 | 29 | 27 | 25 | 23 |
| 0.86 | 0.91 | 45 | 42 | 41 | 39 | 38 | 36 | 34 | 33 | 31 | 30 | 28 | 26 | 24 |

**Note:** To obtain a pay factor when the ($P_U$ and/or $P_L$) value from Table 106-1 does not correspond to a $(P_U + P_L)$ value in this table, use the next larger $(P_U + P_L)$ value.

(continued)



## Table 106-2 Pay Factors (continued)

| PAY FACTOR Category I | PAY FACTOR Category II | Maximum Allowable Percent of Work Outside Specification Limits for a Given Pay Factor $(P_U + P_L)$ n=5 | n=6 | n=7 | n=8 | n=9 | n=10 to n=11 | n=12 to n=14 | n=15 to n=17 | n=18 to n=22 | n=23 to n=29 | n=30 to n=42 | n=43 to n=66 | n=67 to ∞ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.85 | 0.90 | 46 | 44 | 42 | 40 | 39 | 38 | 36 | 34 | 33 | 31 | 29 | 28 | 25 |
| 0.84 | 0.89 | 47 | 45 | 43 | 42 | 40 | 39 | 37 | 35 | 34 | 32 | 30 | 29 | 27 |
| 0.83 | 0.88 | 49 | 46 | 44 | 43 | 42 | 40 | 38 | 36 | 35 | 33 | 31 | 30 | 28 |
| 0.82 | 0.87 | 50 | 47 | 46 | 44 | 43 | 41 | 39 | 38 | 36 | 34 | 33 | 31 | 29 |
| 0.81 | 0.86 | 51 | 49 | 47 | 45 | 44 | 42 | 41 | 39 | 37 | 36 | 34 | 32 | 30 |
| 0.80 | 0.85 | 52 | 50 | 48 | 46 | 45 | 44 | 42 | 40 | 38 | 37 | 35 | 33 | 31 |
| 0.79 | 0.84 | 54 | 51 | 49 | 48 | 46 | 45 | 43 | 41 | 39 | 38 | 36 | 34 | 32 |
| 0.78 | 0.83 | 55 | 52 | 50 | 49 | 48 | 46 | 44 | 42 | 41 | 39 | 37 | 35 | 33 |
| 0.77 | 0.82 | 56 | 54 | 52 | 50 | 49 | 47 | 45 | 43 | 42 | 40 | 38 | 36 | 34 |
| 0.76 | 0.81 | 57 | 55 | 53 | 51 | 50 | 48 | 46 | 44 | 43 | 41 | 39 | 37 | 35 |
| 0.75 | 0.80 | 58 | 56 | 54 | 52 | 51 | 49 | 47 | 46 | 44 | 42 | 40 | 38 | 36 |
| REJECT | 0.79 | 60 | 57 | 55 | 53 | 52 | 51 | 48 | 47 | 45 | 43 | 41 | 40 | 37 |
| | 0.78 | 61 | 58 | 56 | 55 | 53 | 52 | 50 | 48 | 46 | 44 | 43 | 41 | 38 |
| | 0.77 | 62 | 59 | 57 | 56 | 54 | 53 | 51 | 49 | 47 | 45 | 44 | 42 | 39 |
| | 0.76 | 63 | 61 | 58 | 57 | 55 | 54 | 52 | 50 | 48 | 47 | 45 | 43 | 40 |
| | 0.75 | 64 | 62 | 60 | 58 | 57 | 55 | 53 | 51 | 49 | 48 | 46 | 44 | 41 |
| | REJECT | Values Greater Than Those Shown Above | | | | | | | | | | | | |

**Note:** To obtain a pay factor when the ($P_U$ and/or $P_L$) value from Table 106-1 does not correspond to a $(P_U + P_L)$ value in this table, use the next larger $(P_U + P_L)$ value.

000429

## Section 107.— LEGAL RELATIONS AND RESPONSIBILITY TO THE PUBLIC

**107.01 Laws to be Observed.** FAR Clause 52.236-7 - Permits and Responsibilities is supplemented as follows.

Comply with all applicable laws, ordinances, safety codes, regulations, orders, and decrees. Protect and indemnify the Government and its representatives against any claim or liability arising from or based on the alleged violation of the same.

All permits and agreements obtained by the Government for performing the work are included in the contract. Comply with the requirements of these permits and/or agreements. Obtain all additional permits or agreements and modifications to Government obtained permits or agreements that are required by the Contractor's methods of operation.

**107.02 Protection and Restoration of Property and Landscape.** FAR Clause 52.236-9 - Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements is supplemented as follows.

Preserve public and private property and protect monuments established for the purpose of perpetuating horizontal, vertical, cadastral, or boundary control. When necessary to destroy a monument, reestablish the monument according to applicable state statute or by the direction of the agency or individual who established the monument.

Do not disturb the area beyond the construction limits.

Do not excavate, remove, damage, alter, or deface any archeological or paleontological remains or specimens. Control the actions of employees and subcontractors on the project to ensure that protected sites are not disturbed or damaged. Should any of these items be encountered, suspend operations at the discovery site, notify the CO, and continue operations in other areas. The CO will inform the Contractor when operations may resume at the discovery site.

When utilities are to be relocated or adjusted, the Government will notify all utility owners affected by the relocations or adjustments. The relocations or adjustments will be performed by others within the time frames specified, or otherwise as soon as practicable.





Before beginning work in an area, the Contractor shall have all utility owners locate their utilities. Protect utilities from construction operations. Cooperate with utility owners to expedite the relocation or adjustment of their utilities to minimize interruption of service and duplication of work.

If utility services are interrupted as a result of damage by the construction, immediately notify the utility owner and other proper authorities. Cooperate with them until service is restored. Do not work around fire hydrants until provisions for continued service are made and approved by the local fire authority.

If utility adjustment work, not included in the contract, is required, compensation for the work will be provided under applicable clauses of the contract. Satisfactorily repair damage, due to the fault or negligence of the Contractor, at no cost to the Government.

Repair of damage to underground utilities that were not shown on the plans or identified before construction and not caused by the fault or negligence of the Contractor will be paid for by the Government.

**107.03 Bulletin Board.** Furnish a weatherproof bulletin board of suitable size and construction for continuous display of posters and other information required by the contract. Erect and maintain the bulletin board at a conspicuously accessible location on the project and remove and dispose of it after project final acceptance.

Display each of the following documents on the bulletin board:

(a) "Equal Opportunity" poster, according to FAR Clause 52.222-26
(b) "Notice" that the project is subject to Title 18, U.S. Criminal Code, Section 1020
(c) "Notice to Employees" poster, WH-1321, regarding proper pay
(d) "Safety and Health Protection on the Job" poster, according to Title 29, Code of Federal Regulations, Part 1926
(e) "General Wage Decision" contained in the contract
(f) Company equal employment opportunity policy

**107.04 Railroad Protection.** The Government will obtain the necessary permits and agreements from the railroad for specified contract work for relocating railroads or for work at railroad crossings. Make arrangements for all other work that, due to the method of operation, may also impact the railroad. Furnish copies of all permits and agreements.