Conduct the work covered by the railroad permit or agreement in a manner satisfactory to the railroad. Do not interfere with railroad operations. If the construction damages railroad property, reimburse the railroad for all damages or, at the railroad's option, repair the damage at no cost to the Government.

Do not cross railroad tracks, with vehicles or equipment, except at existing and open public grade crossings or railroad approved temporary grade crossings. If there is a need for a temporary grade crossing, make the necessary arrangements with the railroad for its construction, protection, and removal. Reimburse the railroad for all temporary grade crossing work or, at the railroad's option, perform the work.

The requirements of the railroad are as follows:

(a) Indemnify and hold harmless the railroad according to Subsection 107.05. Carry insurance meeting the following minimums:

(1) Worker's compensation insurance. Minimum required by law.

(2) Bodily injury liability insurance. $2,000,000 each occurrence.

(3) Property damage liability insurance. $2,000,000 aggregate coverage.

(4) Railroad protective public liability and property damage liability insurance. $2,000,000 each occurrence. $6,000,000 aggregate coverage.

(b) Notify the railroad in writing not less than 1 week before beginning construction within the railroad right-of-way. Secure permission from the railroad before performing work within the railroad right-of-way. Confer with the railroad concerning clearance requirements, operations, and safety regulations.

(c) Reimburse the railroad for all flaggers and watchers provided by the railroad because of the work. The railroad generally requires 2 watchers or flaggers during construction operations that interfere with the railroad's tracks or traffic, that violate the railroad's operating clearances, or that involve a reasonable probability of accidental hazard to railroad traffic.





Flaggers are also furnished whenever, in the railroad's opinion, such protection is needed. Notify the railroad 36 hours in advance of required protective services.

(d) Railroad employees are paid the prevailing railroad hourly rate for regularly assigned 8-hour days for the work classification and overtime according to labor agreements and schedules in effect when the work is performed.

(e) Wage rates are subject to change by law or agreement between the railroad and employees and may be retroactive. If the wage rates change, reimburse the railroad based on the new rates.

(f) Reimburse the railroad monthly for the cost of all services performed by the railroad. Furnish satisfactory evidence that the railroad has received full reimbursement before final acceptance.

(g) Do not store any material, supplies, or equipment closer than 5 meters from the centerline of any railroad track.

(h) Upon completion of the work, remove all equipment and surplus material and leave the railroad right-of-way in a neat condition satisfactory to the railroad.

**107.05 Responsibility for Damage Claims.** Indemnify and hold harmless the Government, its employees, and its consultants from suits, actions, or claims brought for injuries or damage received or sustained by any person, persons, or property resulting from the construction operations or arising out of the negligent performance of the contract.

Procure and maintain until final acceptance of the contract, liability insurance of the types and limits specified below. Obtain insurance from companies authorized to do business in the appropriate state. The insurance shall cover all operations under the contract whether performed by the Contractor or by subcontractors.

Before work begins, furnish *"certificates of insurance"* certifying that the policies will not be changed or canceled until 30 days written notice has been given to the Government. Insurance coverage in the minimum amounts set forth below shall not relieve the Contractor of liability in excess of the coverage.

000431



Carry insurance meeting the following minimums:

(a) **Worker's compensation insurance.** Minimum required by law.

(b) **Comprehensive or commercial general liability insurance.**

(1) Personal injury and property damage coverage
(2) Contractual liability coverage
(3) Completed operations liability coverage
(4) $1,000,000 combined single limit for each occurrence
(5) $2,000,000 general aggregate limit

(c) **Automobile liability insurance.** $1,000,000 combined single limit for each occurrence.

**107.06 Contractor's Responsibility for Work.** Assume responsibility for all work until final acceptance except as provided in Subsection 106.07. This includes periods of suspended work. Protect the work against injury, loss, or damage from all causes whether arising from the execution or nonexecution of the work.

Maintain public traffic according to Section 156. Rebuild, repair, restore, and make good all losses, injuries, or damages to any portion of the work. This includes losses, injuries, or damages caused by vandalism, theft, accommodation of public traffic, and weather that occurs during the contract.

The Government will only be responsible for losses, injuries, and damages caused by declared enemies and terrorists of the Government and cataclysmic natural phenomenon such as tornadoes, earthquakes, major floods, and officially declared natural disasters.

**107.07 Furnishing Right-Of-Way.** The Government will obtain all right-of-way.

**107.08 Sanitation, Health, and Safety.** FAR Clause 52.236-13 - Accident Prevention is supplemented as follows.

Observe rules and regulations of Federal, state, and local health officials. Do not permit any worker to work in surroundings or under conditions which are unsanitary, hazardous, or dangerous.





Admit any OSHA inspector or other legally responsible official involved in safety and health administration to the project work site upon presentation of proper credentials.

Report accidents on forms furnished by the Government or, with prior approval, on forms used to report accidents to other agencies or insurance carriers. Maintain a *"Log of Occupational Injuries and Illnesses,"* OSHA form 100, and make it available for inspection.

**107.09 Legal Relationship of the Parties.** In the performance of the contract, the Contractor is an independent contractor and neither the Contractor nor anyone used or employed by the Contractor shall be an agent, employee, servant, or representative of the Government. The Contractor's independent contractor status does not limit the Government's general rights under the contract including inspection of work, specification of safety measures and equipment, and ability to stop work.

**107.10 Environmental Protection.** FAR Clause 52.223-2 - Clean Air and Water is supplemented as follows.

Do not operate mechanized equipment or discharge or otherwise place any material within the wetted perimeter of any waters of the U.S. within the scope of the Clean Water Act (33 USC § 1251 et seq.). This includes wetlands, unless authorized by a permit issued by the U.S. Army Corps of Engineers according to 33 USC § 1344, and, if required, by any state agency having jurisdiction over the discharge of material into the waters of the U.S. In the event of an unauthorized discharge:

(a) Immediately prevent further contamination.
(b) Immediately notify appropriate authorities.
(c) Mitigate damages as required.

Comply with the terms and conditions of any permits that are issued for the performance of work within the wetted perimeter of the waters of the U.S.

Separate work areas, including material sources, by the use of a dike or other suitable barrier that prevents sediment, petroleum products, chemicals, or other liquid or solid material from entering the waters of the U.S. Use care in constructing and removing the barriers to avoid any discharge of material into, or the siltation of, the water. Remove and properly dispose of the sediment or other material collected by the barrier.

000432



**107.11 Protection of Forests, Parks, and Public Lands.** Comply with all regulations of the state fire marshal, conservation commission, Forest Service, National Park Service, Bureau of Land Management, Bureau of Indian Affairs, or other authority having jurisdiction governing the protection of land including or adjacent to the project.



## Section 108.— PROSECUTION AND PROGRESS

**108.01 Commencement, Prosecution, and Completion of Work.** FAR Clause 52.211-10 - Commencement, Prosecution, and Completion of Work is supplemented as follows.

A preconstruction conference will be held after the contract is awarded and before the notice to proceed is issued. Seven days before the preconstruction conference, furnish three copies of the preliminary construction schedule according to Section 155.

Furnish notification at least 24 hours in advance of resuming work after a suspension.

**108.02 Subcontracting.** FAR Clauses 52.219-14 - Limitations on subcontracting, 52.222-11 - Subcontracts, and 52.236-1 - Performance of Work by the Contractor are supplemented as follows.

Subcontracting does not relieve the Contractor of liability and responsibility under the contract and does not create any contractual relation between subcontractors and the Government. The Contractor is liable and responsible for any action or lack of action of subcontractors.

Within 14 days of subcontract award, submit an SF 1413 with Part I completed and complete other forms that may be provided by the Government to clearly show the work subcontracted and the total dollar amount of the subcontract. For subcontracts involving on-site labor, require the subcontractor to complete Part II of the SF 1413 and complete other forms that may be provided by the Government. Submit a separate statement documenting the cumulative amount of all on-site subcontracts to date as a percentage of the original contract amount. Furnish this information on all subcontracts at lower tiers.

In FAR Clauses 52.219-8 - Utilization of Small Business Concerns and Small Disadvantaged Business Concerns and 52.232-27 - Prompt Payment for Construction Contracts, the subcontracts include both on-site and off-site work and supply contracts. In FAR Clause 52.219-14 - Limitations on Subcontracting or in FAR Clause 52.236-1 - Performance of Work by the Contractor, the percentage of work performed on-site by the Contractor will be computed as 100 percent less the combined initial dollar amount of all subcontracts involving on-site labor as a percent of the original dollar amount of the contract.

**108.03 Determination and Extension of Contract Time.** FAR Clause 52.211-10 - Commencement, Prosecution, and Completion of Work is supplemented as follows.

Only delays or modifications that affect critical activities or cause noncritical activities to become critical will be considered for time extensions.

When Critical Path Method schedules are used, no time extension will be made for delays or modifications that use available float time as shown in the current construction schedule required by Section 155.

Time will not be extended for a claim that states insufficient time was provided in the contract.

When requesting a time extension, follow the applicable contract clauses. Make the request in writing and include the following:

(a) Contract clause(s) under which the request is being made.

(b) Detailed narrative description of the reasons for the requested contract time adjustment including the following:

(1) Cause of the impact affecting time
(2) Start date of the impact
(3) Duration of the impact
(4) Activities affected
(5) Methods to be employed to mitigate the impact

(c) Suggested new completion date or number of days supported by current and revised construction schedules according to Section 155.

**108.04 Failure to Complete Work on Time.** FAR Clause 52.211-12 - Liquidated Damages — Construction is supplemented as follows.

Liquidated damages in the amount specified in Table 108-1 will be assessed for each day beyond the time allowed to complete the contract until substantial completion of the work.

Liquidated damages in an amount equal to 20 percent of the amount specified in Table 108-1 will be assessed for each day beyond the time allowed to complete the contract beginning with the day after substantial completion and ending with the date of final completion and acceptance.





Liquidated damages will not be assessed for the following:

(a) The day of the final inspection.

(b) Days required to perform work added to the contract after substantial completion including items identified during the final inspection that were not required before that time.

(c) Delays by the Government after all work is complete and before a formal acceptance is executed.

(d) Periods of time when all work is complete but acceptance is delayed pending the plant establishment period or similar warranty period.

**Table 108-1**
**Charge for Liquidated Damages for Each Day Work is Not Substantially Completed**

| Original Contract Price | | Daily Charge |
|---|---|---|
| **From More Than —** | **To and Including —** | |
| $ 0 | $ 250,000 | $ 300 |
| 250,000 | 1,000,000 | 500 |
| 1,000,000 | 2,000,000 | 800 |
| 2,000,000 | 5,000,000 | 1,000 |
| 5,000,000 | 10,000,000 | 1,400 |
| 10,000,000 | and more | 2,100 |

000434



**108.05 Stop Order.** The CO may order the performance of the work to be stopped, either in whole or in part, for such periods deemed necessary due to the following:

(a) Weather or soil conditions considered unsuitable for prosecution of the work, or

(b) Failure of the Contractor to:

(1) Correct conditions unsafe for the workers or the general public.
(2) Carry out written orders given by the CO.
(3) Perform any provision of the contract.

No adjustment in contract time or amount will be made for stop orders issued under (a) or (b) above, except an adjustment in contract time as provided by FAR Clause 52.249-10 - Default (Fixed-Price Construction) may be made when the Contractor is able to demonstrate that the weather was unusually severe based on the most recent 10 years of historical data.



# Section 109.— MEASUREMENT AND PAYMENT

**109.01 Measurement Methods.** Take or convert all measurements of work according to the International System of Units, ASTM E 380.

Unless otherwise specified, measure when the work is in place, complete, and accepted. Measure the actual work performed, except do not measure work outside the design limits or other adjusted or specified limits (staked limits). Measure structures to the neat lines shown on the plans or to approved lines adjusted to fit field conditions.

The Measurement Subsection of each Section details specifics and exceptions for measuring work under each Section.

The CO will verify Contractor measurements.

**109.02 Measurement Terms and Definitions.** Unless otherwise specified, the meanings of the following terms are as follows:

**(a) Contract quantity.** The quantity to be paid is the quantity shown in the bid schedule. The contract quantity will be adjusted for authorized changes that affect the quantity or for errors made in computing this quantity. If there is evidence that a quantity specified as a contract quantity is incorrect, submit calculations, drawings, or other evidence indicating why the quantity is in error and request, in writing, that the quantity be adjusted.

**(b) Cubic meter ($m^3$).**

**(1) Cubic meter in place.** Measure solid volumes by a method approved by the CO or by the average end area method as follows:

*(a)* Take cross-sections of the original ground and use with design or staked templates or take other comparable measurements to determine the end areas. Do not measure work outside of the established lines or slopes.

*(b)* If any portion of the work is acceptable but is not completed to the established lines and slopes, retake cross-sections or comparable measurements of that portion of the work. Deduct any quantity outside the designated or staked limits. Use these measurements to calculate new end areas.

000435



*(c)* Compute the quantity using the average end areas multiplied by the horizontal distance along a centerline or reference line between the end areas. Deduct any quantity outside the designed or staked limits.

**(2) Cubic meter in the hauling vehicle.** Measure the cubic meter volume in the hauling vehicle using three-dimensional measurements at the point of delivery. Use vehicles bearing a legible identification mark with the body shaped so the actual contents may be readily and accurately determined. Before use, mutually agree in writing on the volume of material to be hauled by each vehicle. Vehicles carrying less than the agreed volume may be rejected or accepted at the reduced volume.

Level selected loads. If leveling reveals the vehicle was hauling less than the approved volume, reduce the quantity of all material received since the last leveled load by the same ratio as the current leveled load volume is to the agreed volume. Payment will not be made for material in excess of the agreed volume.

Material measured in the hauling vehicle may be weighed and converted to cubic meters for payment purposes if the conversion factors are mutually agreed to in writing.

**(3) Cubic meter in the structure.** Measure according to the neat lines of the structure as shown on the plans except as altered by the CO to fit field conditions. Make no deduction for the volume occupied by reinforcing steel, anchors, weep holes, piling, or pipes less than 200 millimeters in diameter.

**(4) Cubic meter by metering.** Use an approved metering system.

**(c) Each.** One entire unit. The quantity is the actual number of units completed and accepted.

**(d) Hectare (ha).** 10 000 square meters. Make longitudinal and transverse measurements for area computations horizontally unless specified on the ground surface. Do not make deductions from the area computation for individual fixtures having an area of 50 square meters or less.





**(e) Hour.** Measurement will be for the actual number of hours ordered by the CO and performed by the Contractor.

**(f) Kilogram (kg).** 1000 grams. Measure according to Subsection 109.03. If sacked or packaged material is furnished, the net mass as packed by the manufacturer may be used.

**(g) Kilometer (km).** 1000 meters. Measure horizontally along centerline of each roadway, approach road, or ramp.

**(h) Liter (L).** The quantity may be measured by any of the following methods:

(1) Measured volume container.
(2) Metered volume. Use an approved metering system.
(3) Commercially packaged volumes.

When asphalt material is measured by the liter, measure the volume at 15 °C or correct the volume to 15 °C using recognized standard correction factors.

**(i) Lump sum.** Do not measure directly. The bid amount is complete payment for all work described in the contract and necessary to complete the work for that item. The quantity is designated as *"All."* Estimated quantities of lump sum work shown in the contract are approximate.

**(j) Meter.** Measure from end to end parallel to the base or foundation being measured.

**(k) Metric ton (t).** 1000 kilograms. Measure according to Subsection 109.03.

No adjustment in a contract unit price will be made for variations in quantity due to differences in the specific gravity or moisture content.

Use net certified scale masses, or masses based on certified volumes in the case of rail shipments as a basis of measurement subject to correction when asphalt material is lost from the car or the distributor, wasted, or otherwise not incorporated in the work. When asphalt material is shipped by truck or transport, net certified masses, subject to correction for loss or foaming, may be used for computing quantities.

000436



When emulsified asphalt is converted from volume to mass, use a factor of 1000 liters per metric ton regardless of temperature.

When asphalt cement for asphalt concrete pavement is stored in tanks devoted exclusively to the project, base quantities on invoices. When asphalt cement for asphalt concrete pavement is not stored in tanks devoted exclusively to the project, or when the validity of the quantity requested for payment is in question, base quantities on the asphalt content determined by testing.

**(l) Square meter ($m^2$).** Measure on a plane parallel to the surface being measured. Make no deductions from the area computation for individual fixtures having an area of 1 square meter or less.

**109.03 Weighing Procedures and Devices.** When material is proportioned or measured and paid for by mass, provide one of the following:

**(a) Commercial weighing system.** Use permanently installed and certified commercial scales.

**(b) Invoices.** If bulk material is shipped by truck or rail and is not passed through a mixing plant, furnish a supplier's invoice with net mass or volume converted to mass. Periodic check-weighing may be required.

**(c) Project weighing system.** Furnish, erect, and maintain acceptable automatic digital scales. Provide scales that record mass at least to the nearest 50 kilograms. Maintain the scale accuracy to within 0.5 percent of the correct mass throughout the range of use.

Do not use spring balances.

Install and maintain platform scales with the platform level with rigid bulk heads at each end. Make the platform of sufficient length to permit simultaneous weighing of all axle loads of the hauling vehicle. Coupled vehicles may be weighed separately or together according to Section 2.20 paragraph UR 3.3 of *NIST Handbook 44*.

Install and maintain belt-conveyor scales according to Section 2.21 of *NIST Handbook 44*.





Before production on the project, after relocation, and at least once per year, have the weighing portion of the system checked and certified by the State Bureau of Weights and Measures or a private scale service certified by the Bureau of Weights and Measures. Seal the system to prevent tampering or other adjustment after certification.

Attach an automatic printer to the scale that is programmed or otherwise equipped to prevent manual override of all mass information. For weighed pay quantities, program the printer to provide the following information for each weighing:

(1) Project number
(2) Item number and description
(3) Date
(4) Time
(5) Ticket number
(6) Haul unit number
(7) Net mass in load at least to the nearest 50 kilograms
(8) Subtotal net mass for each haul unit since the beginning of the shift
(9) Accumulated total net mass for all haul units since the beginning of the shift

If a printer malfunctions or breaks down, the Contractor may manually weigh and record masses for up to 48 hours provided the method of weighing meets all other contract requirements.

Furnish competent scale operators to operate the system.

When platform scales are used, randomly weigh the empty haul units at least twice per shift.

Use an approved format for the mass records. Furnish the original record(s) and a written certification as to the accuracy of the masses at the end of each shift.

Batch masses may be acceptable for determination of pay quantities when an approved automatic weighing, cycling, and monitoring system is included as part of the batching equipment.

When a weighing device is determined to indicate less than true mass, no additional payment will be made for material previously weighed and recorded. When a weighing device is determined to indicate more than true mass, all material received after the last previously correct weighing accuracy test will be reduced by the percentage of error in excess of 0.5 percent.

**109.04 Receiving Procedures.** When the method of measurement requires weighing or volume measurement in the hauling vehicle, furnish a person to direct the spreading and distribution of material and to record the location and placement of the material on the project. During the placement, maintain a record of each delivery and document it in an acceptable manner. Include the following information as applicable:

(a) Project identification
(b) Contract pay item number and description
(c) Location where placed
(d) Date
(e) Load number
(f) Truck identification
(g) Time of arrival
(h) Mass or volume
(i) Spread person's signature

Use an approved format for the delivery record(s). Furnish the original record(s) and a written certification of the delivery of the material at the end of each shift.

**109.05 Scope of Payment.** Payment for all contract work is provided, either directly or indirectly, under the pay items shown in the bid schedule.

**(a) Direct payment.** Payment is provided directly under a pay item shown in the bid schedule when one of the following applies:

(1) The work is measured in the Measurement Subsection of the Section ordering the work and the bid schedule contains a pay item for the work from the Section ordering the work.





(2) The Measurement Subsection of the Section ordering the work references another Section for measuring the work and the bid schedule contains a pay item for the work from the referenced Section.

**(b) Indirect payment.** Work for which direct payment is not provided is a subsidiary obligation of the Contractor. Payment for such work is indirectly included under other pay items shown in the bid schedule. This includes instances when the Section ordering the work references another Section for performing the work and the work is not referenced in the Measurement Subsection of the Section ordering the work.

Compensation provided by the pay items included in the contract bid schedule is full payment for performing all contract work in a complete and acceptable manner. All risk, loss, damage, or expense arising out of the nature or prosecution of the work is included in the compensation provided by the contract pay items.

Work measured and paid for under one pay item will not be paid for under any other pay item.

The quantities shown in the bid schedule are approximate unless designated as a contract quantity. Limit pay quantities to the quantities staked, ordered, or otherwise authorized before performing the work. Payment will be made for the actual quantities of work performed and accepted or material furnished according to the contract. No payment will be made for work performed in excess of that staked, ordered, or otherwise authorized.

**109.06 Pricing of Adjustments.** Determine all costs according to the contract cost principles and procedures of FAR Part 31. All FAR clauses providing for an equitable price adjustment are supplemented as follows.

If agreement on price cannot be reached, the CO may determine the price unilaterally.

If the work will delay contract completion, request a time extension according to Subsection 108.03.

**(a) Proposal.**

**(1) General.** Submit a written proposal for each line item of the work or a lump sum for the total work. Identify the major elements of the work, the quantity of the element, and its contribution to the proposed price. Provide further breakdowns if requested by the CO.

When price is based on actual costs (e.g. cost-plus-fixed-fee), profit is based on the estimated cost of the work and may not exceed the statutory limit of 10 percent of the total cost. Due to the limited risk in this type of pricing arrangement, a lower profit percentage may be indicated.

**(2) Data.** Submit information as requested by the CO to the extent necessary to permit the CO to determine the reasonableness of the proposed price.

**(3) Cost or pricing data.** When the contract modification exceeds the amount indicated in FAR Clause 52.214-27 — Price Reduction for Defective Cost or Pricing Data - Modifications - Sealed Bidding, or FAR Clause 52.215-23 -Price Reduction for Defective Cost or Pricing Data - Modifications, submit cost or pricing data.

Provide cost or pricing data, broken down by individual work item, for the Contractor and each major subcontractor. Include the information required by (b)(1) and (b)(2) below. When cost or pricing data is submitted before all or most of the work is performed, submit material and subcontractor quotes, anticipated labor and equipment usage, and anticipated production rates. Provide data for all proposed increases or decreases to the contract price.

Submit SF 1411, *Contract Price Proposal Cover Sheet*, and the written proposal for pricing the work according to (1) above, with the cost or pricing data.

Upon completion of negotiations, certify the cost or pricing data as being accurate, complete, and current as of the date the agreement was reached.

**(b) Postwork pricing.** When negotiating the price of additional or changed work after all or most of the work has been performed, furnish the following:





**(1) Direct costs.**

*(a) Material.* Furnish invoices showing the cost of material delivered to the work.

*(b) Labor.* Show basic hourly wage rates, fringe benefits, applicable payroll costs (i.e., FICA, FUTA, worker's compensation, insurance, and tax levies), and paid subsistence and/or travel costs, for each labor classification and foreman employed in the adjusted work.

*(c) Equipment.* Provide a complete descriptive listing of equipment including make, model, and year of manufacture. Support rented or leased equipment costs with invoices. Determine allowable ownership and operating costs for Contractor and/or subcontractor owned equipment as follows:

*(1)* Use actual equipment cost data when such data can be acceptably determined from the Contractor's or subcontractor's ownership and/or operating cost records.

*(2)* When actual costs cannot be determined, use the rates shown in *Construction Equipment Ownership and Operating Expense Schedules (CEOOES)* published by the U.S. Army Corps of Engineers for the area where costs are incurred. This document is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402-9325. Adjust the rates for used equipment and for other variable parameters used in the schedules.

*(3)* Compute proposed standby costs from acceptable ownership records or when actual costs cannot be determined, according to *CEOOES*. Do not exceed 8 hours in any 24-hour period or 40 hours in any calendar week. Do not include standby for periods when the equipment would have otherwise been in an idle status or for equipment that was not in operational condition.

*(d) Other direct costs.* Furnish documentation or invoices to support any other direct costs incurred that are not included above (e.g., bonds, mobilization, demobilization, permits, royalties, etc).

000439



*(e) Production rates.* Provide actual hours of performance, on a daily basis, for each labor classification and for each piece of equipment.

*(f) Subcontract costs.* Provide supporting data as required above.

**(2) Overhead.** Identify overhead rate(s) and provide supporting data which justifies the rate(s). List the types of costs which are included in overhead. Identify the cost pool(s) to which overhead is applied. Apply the overhead to the appropriate pool.

Limit Contractor overhead applied to subcontractor payments to 5 percent of such payments unless a higher percentage is justified.

**(3) Profit.** Except when precluded by the FAR, include a reasonable profit reflecting the efficiency and economy of the Contractor and subcontractors in performing the work, the contract risk type, the work difficulty, and management effectiveness and diversity.

For work priced after all or most of the work is performed, profit is limited by statute to 10 percent of the total cost. Due to the limited risk in post-work pricing, a lower profit percentage may be indicated.

**109.07 Eliminated Work.** FAR Clause 52.243-4 — Changes is supplemented as follows.

Work may be eliminated from the contract without invalidating the contract. The Contractor is entitled to compensation for all direct costs incurred before the date of elimination of work plus profit and overhead on the direct incurred costs. Anticipated profit and overhead expense on the eliminated work will not be compensated. No adjustments will be made in the contract time when individual items are eliminated.

**109.08 Progress Payments.** FAR Clauses 52.232-5 — Payments under Fixed-Price Construction Contracts and 52.232-27 — Prompt Payment for Construction Contracts are supplemented as follows.

Only invoice payments will be made under this contract. Invoice payments include progress payments made monthly as work is accomplished and the final payment made upon final acceptance. Only one progress payment will be made each month. No progress payment will be made in a month when the work accomplished results in a net payment of less than $1,000.





The closing date for progress payments will be designated by the CO. Request changes in the closing date in writing.

Within 7 days after the closing date, the CO will be available by appointment at the Government's project office to advise the Contractor of quantities and unit prices appearing on the Government's receiving report. The receiving report will be submitted to the billing office unless the Contractor requests in writing that the submission be delayed for the Contractor's review or for consideration of an adjustment.

Submit the invoice to the designated billing office. The invoice shall include the following:

**(a)** A tabulation of total quantities and unit prices of work accomplished or completed on each pay item as of the monthly closing date. Do not include any work involving material for which test reports required under Sections 153 or 154 or certifications required by Subsection 106.03 are, or will be, past due as of the closing date.

**(b)** The certification required by FAR Clause 52.232-5(c) and, if applicable, the notice required by FAR Clause 52.232-5(d). Provide an original signature on the certification. Facsimiles are not acceptable.

**(c)** If applicable, a copy of the notices that are required by FAR Clause 52.232-27(e)(5) and (g).

**(d)** The amount included for work performed by each subcontractor under the contract.

**(e)** The total amount of each subcontract under the contract.

**(f)** The amounts previously paid to each subcontractor under the contract.

**(g)** Adjustments to the proposed total payment which relate to the quantity and quality of individual items of work. Adjustments for the following will be made by the Government after validation of the invoice:

**(1)** Retent resulting from a failure to maintain acceptable progress.

**(2)** Retent resulting from violations of the labor provisions.

000440



(3) Retent pending completion of incomplete work, other *"no pay"* work, and verification of final quantities.

(4) Obligations to the Government such as excess testing cost or the cost of corrective work pursuant to FAR Clause 52.246-12(g).

(5) Liquidated damages for failure to complete work on time.

If any of the quantities or unit prices shown on the Contractor's invoice exceed the corresponding quantities and unit prices shown on the CO's receiving report, the invoice will be deemed defective and the Contractor so notified according to FAR Clause 52.232-27(a)(2). Defective invoices will not be corrected by the Government and will be returned to the Contractor. Revise and resubmit returned invoices.

Progress payments may include partial payment for material to be incorporated in the work, provided the material meets the requirements of the contract and is delivered on or in the vicinity of the project site or stored in acceptable storage places.

Partial payment for material does not constitute acceptance of such material for use in completing items of work. Partial payments will not be made for living or perishable material until incorporated into the project.

Partial payments for material will not exceed the lesser of:

- 80 percent of the contract bid price for the item, or
- 100 percent of amount supported by copies of invoices submitted.

The quantity paid will not exceed the corresponding quantity estimated in the contract.

**109.09 Final Payment.** FAR Clause 52.232-5 — Payment under Fixed-Price Construction Contracts is supplemented as follows.

Upon final acceptance and verification of final pay records, the Government will send, by certified mail, a final voucher (SF 1034) and a release of claims document. Execute both the voucher and the release of claims and return the documents to the Government for payment. The date of approval by the Government of the final voucher for payment constitutes the date of final settlement of the contract.





If unresolved claims exist or claims are proposed, reserve the right to the claims by listing a description of each claim and the amount being claimed on the release of claims document.

Failure to execute and return the voucher and release of claims document within 90 days after receipt shall constitute and be deemed execution of the documents and the release of all claims against the Government arising by virtue of the contract. In this event, the day after 90 days from receipt constitutes the date of final settlement of the contract.