000441

# DIVISION 150
# Project Requirements

000442

# Section 151.— MOBILIZATION

## Description

**151.01** This work consists of moving personnel, equipment, material, and incidentals to the project and performing all work necessary before beginning work at the project site. Mobilization includes the obtaining of permits, insurance, and bonds.

## Measurement

**151.02** Measure mobilization by the lump sum.

## Payment

**151.03** The accepted quantity, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

The mobilization lump sum will be paid as follows:

(a) Bond premiums will be reimbursed according to FAR Clause 52.232-5, Payment Under Fixed-Price Construction Contracts, after receipt of the evidence of payment.

(b) 50 percent of the lump sum, not to exceed 5 percent of the original contract amount, will be paid following completion of 5 percent of the original contract amount not including mobilization and bond premiums.

(c) Payment of the remaining portion of the lump sum, up to 10 percent of the original contract amount, will be paid following completion of 10 percent of the original contract amount not including mobilization and bond premiums.

(d) Any portion of the lump sum in excess of 10 percent of the original contract amount will be paid after final acceptance.





Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 15101 Mobilization | Lump sum |

000443

# Section 152.— CONSTRUCTION SURVEY AND STAKING

## Description

**152.01** This work consists of furnishing qualified personnel and necessary equipment and material to survey, stake, calculate, and record data for the control of work. This Section supplements FAR Clause 52.236-17, Layout of Work.

Personnel, equipment, and material shall conform to the following:

**(a) Personnel.** Furnish technically qualified survey crews capable of performing in a timely and accurate manner. An acceptable crew supervisor shall be on the project whenever surveying/staking is in progress.

**(b) Equipment.** Furnish survey instruments and supporting equipment capable of achieving the specified tolerances.

**(c) Material.** Furnish acceptable tools, supplies, and stakes of the type and quality normally used in highway survey work and suitable for the intended use. Furnish stakes and hubs of sufficient length to provide a solid set in the ground with sufficient surface area above ground for necessary legible markings.

## Construction Requirements

**152.02 General.** The Government will set initial reference lines, will set horizontal and vertical control points, and will furnish the data for use in establishing control for completion of each element of the work. Data relating to horizontal and vertical alignment, theoretical slope stake catch points, and other design data will be furnished.

Before beginning construction, notify the CO of any missing initial reference lines, control points, or stakes. The Government will reestablish initial reference lines, control points, and stakes missing before the beginning of construction.

Perform additional calculations for convenient use of Government-furnished data. Provide immediate notification of apparent errors in the initial staking or in the furnished data.

Preserve all initial reference and control points. After beginning construction, replace all destroyed or disturbed initial reference or control points necessary to the work.





Before surveying or staking, discuss and coordinate the following with the CO:

(a) Surveying and staking methods
(b) Stake marking
(c) Grade control for courses of material
(d) Referencing
(e) Structure control
(f) Any other procedures and controls necessary for the work

Survey and establish controls within the tolerances shown in Table 152-1.

Prepare field notes in an approved format. Furnish all survey notes at least weekly. Furnish calculations supporting pay quantities. All field notes and supporting documentation become the property of the Government upon completion of the work.

Start work only after staking for the affected work is accepted.

The construction survey and staking work may be spot checked for accuracy and unacceptable portions of work may be rejected. Resurvey rejected work and correct work that is not within the tolerances specified in Table 152-1. Acceptance of the construction staking does not relieve the Contractor of responsibility for correcting errors discovered during the work and for bearing all additional costs associated with the error.

Remove and dispose of all flagging, lath, stakes, and other staking material after the project is complete.

**152.03 Survey and Staking Requirements.**

**(a) Control points.** Relocate initial horizontal and vertical control points in conflict with construction to areas that will not be disturbed by construction operations. Furnish the coordinates and elevations for the relocated points before the initial points are disturbed.

**(b) Roadway cross-sections.** Take cross-sections normal to centerline. The centerline spacing between cross-section locations shall not exceed 20 meters. Take additional cross-sections at breaks in topography and at changes in the typical section. For each cross-section, measure and record points at breaks in topography, but at least every 5 meters. Measure and record points to at least the anticipated slopes and reference locations. Reduce all cross-section distances to horizontal distances from centerline.

000444



**(c) Slope stakes and references.** Set slope stakes and references on both sides of centerline at the cross-section locations. Establish slope stakes in the field as the actual point of intersection of the design roadway slope with the natural ground line. Set slope stake references outside the clearing limits. Include all reference point and slope stake information on the reference stakes. When initial references are provided, slope stakes may be set from these points with verification of the slope stake location with field measurements. Recatch slope stakes on any section that does not match the staking report within the tolerances established in Table 152-1. Take roadway cross-section data between centerline and the new slope stake location. Set additional references even when initial references are provided.

**(d) Clearing and grubbing limits.** Set clearing and grubbing limits on both sides of centerline at roadway cross-section locations.

**(e) Centerline reestablishment.** Reestablish centerline from instrument control points. Spacing between centerline points shall not exceed 20 meters. Reestablish centerline as many times as necessary to construct the work.

**(f) Grade finishing stakes.** Set grade finishing stakes, for grade elevations and horizontal alignment, on centerline and on each shoulder at roadway cross-section locations. Set stakes at the top of subgrade and the top of each aggregate course.

Where turnouts are constructed, set stakes on centerline, on each normal shoulder, and on the shoulder of the turnout. In parking areas, set hubs at the center and along the edges of the parking area. Set stakes in all ditches to be paved.

The maximum spacing between stakes in any direction is 20 meters. Use brushes or guard stakes at each stake. Reset grade finishing stakes as many times as necessary to construct the subgrade and each aggregate course.





**(g) Drainage structures.** Stake drainage structures to fit field conditions. The location of the structures may differ from the plans. Perform the following:

(1) Survey and record the ground profile along centerline of structure.
(2) Determine the slope catch points at the inlet and outlet.
(3) Set reference points and record information necessary to determine structure length and end treatments.
(4) Stake ditches or grade to make the structure functional.
(5) Plot the profile along centerline of the structure to show the natural ground, the flow line, the roadway section, and the structure.
(6) Submit the plotted field-design cross-section for approval of final structure length and alignment.

**(h) Bridges.** Set adequate horizontal and vertical control and reference points for all bridge substructure and superstructure components. Establish and reference the bridge chord or the bridge tangent. Also establish and reference the centerline of each pier, bent, and abutment.

**(i) Retaining walls.** Survey and record profile measurements along the face of the proposed wall and 2 meters in front of the wall face. Every 5 meters along the length of the wall and at all major breaks in terrain, take cross-sections within the limits designated by the CO. For each cross-section, measure and record points every 5 meters and at all major breaks in terrain. Set adequate references and horizontal and vertical control points.

**(j) Borrow sites.** Perform the work essential for initial layout and measurement of the borrow site. Establish a referenced baseline, site limits, and clearing limits. Survey and record initial and final cross-sections.

**(k) Permanent monuments and markers.** Perform all survey and staking necessary to establish permanent monuments and markers. Set permanent monuments according to Section 621.

**(l) Miscellaneous survey and staking.** Perform all surveying, staking, and recording of data essential for establishing the layout, control, and measurement of the following, as applicable:

(1) Topsoil stripping
(2) Waste
(3) Approach roads
(4) Special ditches
(5) Turf establishment

000445



**(m) Intermediate surveying and staking.** Perform all survey, staking, recording of data, and calculations as necessary to construct the project from the basic layout and controls established in (a) through (l) above.

Perform additional surveying and staking necessary to execute individual work items.

Remeasure roadway excavation quantities if it has been determined that any portion of the work is acceptable but has not been completed to the lines, grades, and dimensions shown on the plans or established by the CO.

**Table 152-1**
**Construction Survey and Staking Tolerances**

| Staking Phase | Horizontal | Vertical |
|---|---|---|
| Control points | 1:10000 | ±5 mm |
| Centerline points(1) — (PC), (PT), (POT), and (POC) including references | 1:5000 | ±10 mm |
| Other centerline points | ±50 mm | ±100 mm |
| Cross-section points and slope stakes(2) | ±50 mm | ±100 mm |
| Slope stake references(2) | ±50 mm | ±20 mm |
| Culverts, ditches, and minor drainage structures | ±50 mm | ±20 mm |
| Retaining walls | ±20 mm | ±10 mm |
| Bridge substructures | 1:5000 NTE(3) ±20 mm | ±10 mm |
| Bridge superstructures | 1:5000 NTE(3) ±5 mm | ±10 mm |
| Clearing and grubbing limits | ±500 mm | — |
| Roadway subgrade finish stakes | ±50 mm | ±10 mm |
| Roadway finish grade stakes | ±50 mm | ±10 mm |

(1) Centerline points: PC - point of curve, PT - point of tangent, POT - point on tangent, POC - point on curve.
(2) Take the cross-sections normal to the centerline ±1 degree.
(3) Not to exceed.





**152.04 Acceptance.** Construction survey and staking will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**152.05** Measure construction survey and staking, bridge survey and staking, and retaining wall survey and staking by the lump sum.

Measure slope, reference, and clearing and grubbing stakes by the kilometer.

Measure centerline reestablishment by the kilometer. Measure centerline reestablishment only one time.

Measure drainage structure survey and staking by the each.

Measure grade finishing stakes by the kilometer. Measure one time for the subgrade and one time for each aggregate course.

Measure permanent monuments and markers by the each.

Measure miscellaneous survey and staking by the hour of survey work ordered or by the lump sum. For miscellaneous survey and staking paid by the hour, the minimum survey crew size is 2 persons. Do not measure time spent in making preparations, traveling to and from the project site, performing calculations, plotting cross-sections and other data, processing computer data, and other efforts necessary to successfully accomplish construction survey and staking.

Do not measure intermediate surveying and staking for payment.

000446



## Payment

**152.06** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

The construction survey and staking lump sum item will be paid as follows:

**(a)** 25 percent of the lump sum, not to exceed 0.5 percent of the original contract amount, will be paid following completion of 10 percent of the original contract amount not including mobilization and payment for stockpiled material.

**(b)** Payment of the remaining portion of the lump sum will be prorated based on the total work completed.

The bridge survey and staking and the retaining wall survey and staking lump sum items will be paid on a prorated basis as the applicable work progresses.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 15201 | Construction survey and staking | Lump sum |
| 15202 | Slope, reference, and clearing and grubbing stakes | Kilometer |
| 15203 | Centerline reestablishment | Kilometer |
| 15204 | Drainage structure survey and staking | Each |
| 15205 | Bridge survey and staking | Lump sum |
| 15206 | Retaining wall survey and staking | Lump sum |
| 15207 | Grade finishing stakes | Kilometer |
| 15208 | Permanent monuments and markers | Each |
| 15209 | Miscellaneous survey and staking | Hour |
| 15210 | Miscellaneous survey and staking | Lump sum |



# Section 153.— CONTRACTOR QUALITY CONTROL

## Description

**153.01** This work consists of obtaining samples for Contractor quality control testing, performing tests for Contractor quality control, providing inspection, and exercising management control to ensure that work conforms to the contract requirements. This Section supplements FAR Clause 52.246-12, Inspection of Construction.

## Construction Requirements

**153.02 Contractor Quality Control Plan.** Before the start of the work, submit a written quality control plan for acceptance. With prior approval, submission of a quality control plan for items of work not immediately scheduled to begin may be deferred.

Submit the following with the quality control plan:

**(a) Process control testing.** List the material to be tested, tests to be conducted, the location of sampling, and the frequency of testing.

**(b) Inspection/control procedures.** Address each of the following subjects in each phase of construction:

**(1) Preparatory phase.**

*(a)* Review all contract requirements.
*(b)* Ensure compliance of component material to the contract requirements.
*(c)* Coordinate all submittals including certifications.
*(d)* Ensure capability of equipment and personnel to comply with the contract requirements.
*(e)* Ensure preliminary testing is accomplished.
*(f)* Coordinate surveying and staking of the work.

**(2) Start-up phase.**

*(a)* Review the contract requirements with personnel who will perform the work.
*(b)* Inspect start-up of work.
*(c)* Establish standards of workmanship.

000447



*(d)* Provide training as necessary.
*(e)* Establish detailed testing schedule based on the production schedule.

**(3) Production phase.**

*(a)* Conduct intermittent or continuous inspection during construction to identify and correct deficiencies.
*(b)* Inspect completed phases before scheduled Government acceptance.
*(c)* Provide feedback and system changes to prevent repeated deficiencies.

**(c) Description of records.** List the records to be maintained.

**(d) Personnel qualifications.**

(1) Document the name, authority, relevant experience, and qualifications of person with overall responsibility for the inspection system.

(2) Document the names, authority, and relevant experience of all personnel directly responsible for inspection and testing.

**(e) Subcontractors.** Include the work of all subcontractors. If a subcontractor is to perform work under this Section, detail how that subcontractor will interface with the Contractor's and/or other subcontractor's organizations.

Modifications or additions may be required to any part of the plan that is not adequately covered. Acceptance of the quality control plan will be based on the inclusion of the required information. Acceptance does not imply any warranty by the Government that the plan will result in consistent contract compliance. It remains the responsibility of the Contractor to demonstrate such compliance.

Do not begin the work until the quality control plan covering that work is accepted.

Supplement the plan as work progresses and whenever quality control or quality control personnel changes are made.





**153.03 Testing.** Perform testing according to the accepted quality control plan. Keep laboratory facilities clean and maintain all equipment in proper working condition. Allow unrestricted access for inspection and review of the facility.

**153.04 Records.** Maintain complete testing and inspection records and make them accessible to the CO.

For each day of work, prepare an *"Inspector's Daily Record of Construction Operations"* (Form FHWA 1413) or an approved alternate form. Include the following certification signed by the person with overall responsibility for the inspection system:

*"It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record."*

Submit the record and certification within one working day of the work being performed. If the record is incomplete, in error, or otherwise misleading, a copy of the record will be returned with corrections noted. When chronic errors or omissions occur, correct the procedures by which the records are produced.

Maintain linear control charts that identify the project number, contract item number, test number, each test parameter, the upper and/or lower specification limit applicable to each test parameter, and the test results. Use the control charts as part of the quality control system to document the variability of the process, to identify production and equipment problems, and to identify potential pay factor adjustments.

Post control charts in an accessible location and keep them up-to-date. Cease production and/or make corrections to the process when problems are evident.

**153.05 Acceptance.** The Contractor's quality control system will be evaluated under Subsection 106.02 based on the demonstrated ability of the quality control system to result in work meeting the contract requirements.

If the Government's testing and inspection indicate that the Contractor's quality control system is ineffective, make immediate improvements to the system to correct these inadequacies. Furnish notification in writing of improvements and modifications to the system.

## Measurement

**153.06** Do not measure Contractor quality control for payment.



# Section 154. — CONTRACTOR SAMPLING AND TESTING

## Description

**154.01** This work consists of obtaining samples for testing. When there is a contract pay item for Contractor testing, it also consists of testing and reporting required test results. It does not include Contractor quality control testing required under Section 153. However, include the work required under this Section in the Section 153 quality control plan.

## Construction Requirements

**154.02 Sampling.** Sample material to be tested. The sampling schedules and times will be provided by the CO using a random number system. In addition, sample any material that appears defective or inconsistent with similar material being produced, unless such material is voluntarily removed and replaced or corrected.

Sample and split samples according to AASHTO or other acceptable procedures. Allow the CO the opportunity to witness all sampling. Immediately perform splits when required. Furnish approved containers for the Government's portion of split samples. Label Government samples. The CO will take possession of the Government samples.

**154.03 Testing.** When there is a contract pay item for Contractor testing, perform all tests required by the Sampling and Testing Tables for all applicable work. Allow the CO the opportunity to witness all testing. Testing of trial samples may be required to demonstrate testing competence.

**154.04 Records.** Record test results on acceptable forms. Furnish all test results in the minimum time reasonably necessary to perform the tests and transmit the results. When tests are on material being incorporated in the work, report test results within 24 hours. Payment for work may be delayed or the work suspended until test results are provided.

**154.05 Acceptance.** Contractor sampling and testing will be evaluated under Subsections 106.02 and 106.04 based on Government verification testing.

000449



## Measurement

**154.06** Measure Contractor testing by the lump sum.

## Payment

**154.07** The accepted quantity, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

The Contractor testing lump sum will be paid as follows:

**(a)** 25 percent of the lump sum, not to exceed 0.5 percent of the original contract amount, will be paid after all the testing facilities are in place, qualified sampling and testing personnel are identified, and the work being tested has started.

**(b)** Payment for the remaining portion of the lump sum will be prorated based on the total work completed.

Payment for all or part of this item may be retained, if Government verification testing invalidates the Contractor testing.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 15401 Contractor testing | Lump sum |



# Section 155. — SCHEDULES FOR CONSTRUCTION CONTRACTS

## Description

**155.01** This work consists of scheduling and monitoring all construction activities. This Section supplements FAR Clause 52.236-15, Schedules for Construction Contracts.

## Construction Requirements

**155.02 General.** Submit 3 copies of a preliminary construction schedule at least 7 days before the preconstruction conference.

A preliminary construction schedule is a written narrative with a detailed breakdown of all contract activities for the first 45 days after the notice to proceed is issued. Within 7 days after the preconstruction conference, the preliminary construction schedule will be accepted or rejected. If rejected, submit a revised schedule within 3 days. Do not begin work, except mobilization, traffic control, and Section 637 work, without an accepted preliminary construction schedule.

Use either the Bar Chart Method (BCM) or the Critical Path Method (CPM) described below to develop the construction schedule for the total contract work. Preface each construction schedule as follows:

**(a)** Project name
**(b)** Contract number
**(c)** Contractor
**(d)** Original contract time allowed or completion date
**(e)** Type of construction schedule (initial or update)
**(f)** Effective date of the schedule
**(g)** Percent work complete
**(h)** Percent time used

Submit 3 copies of the construction schedule within 30 days after the notice to proceed is issued. Allow 14 days for acceptance or rejection of the construction schedule or a revised schedule. If rejected, submit a revised schedule within 7 days.

Do not show conflicts with any scheduled activities and order of work requirements in the contract.

000450

Show completion of the work within the contract time.

**155.03 Bar Chart Method (BCM).** The BCM construction schedule consists of a progress bar chart and a written narrative.

**(a) Progress bar chart.** The following applies to the initial submission and all updates:

(1) Use a time scale to graphically show the percentage of work scheduled for completion during the contract time.

(2) Define and relate activities to the contract pay items.

(3) Show all activities in the order the work will be performed, including submittals, submittal reviews, fabrication, and delivery.

(4) Show all critical (major) activities that are controlling factors in the completion of the work.

(5) Show the time needed to perform each activity and its relationship in time to other activities.

(6) Show the total expected time to complete all work.

(7) Provide enough space for each activity to permit 2 additional plots parallel to the original time span plot. Use one space for revision of the planned time span, and one for showing actual time span achieved.

**(b) Written narrative.** Furnish a written narrative of the activities displayed in the progress bar chart.

**155.04 Critical Path Method (CPM).** The CPM construction schedule consists of a diagram, a tabulated schedule, and a written narrative.

**(a) Diagram.** Use the *"activity-on-arrow"* format for the arrow diagrams or the *"activity-on-node"* format for precedence diagrams. The following applies to the initial submission and all updates:

(1) Use a time scale to graphically show the percent of work scheduled for completion by any given date during the contract time.





(2) Define and relate activities to the contract pay items.

(3) Show the sequence and interdependence of all activities including submittals, submittal reviews, fabrication, and deliveries.

(4) Show all activity nodes, activity descriptions, and durations.

(5) Show all network dummies (for arrow diagrams only).

(6) Identify the critical path.

**(b) Tabulated schedule.** The following requirements apply to the tabulated schedule:

(1) For arrow diagrams, show activity beginning and ending node numbers. For precedence diagrams, list activities and show lead or lag times.

(2) Show activity durations.

(3) Show activity descriptions.

(4) Show early start and finish dates.

(5) Show late start and finish dates.

(6) Show status (critical or not).

(7) Show total float.

**(c) Written narrative.** Furnish a written narrative of the activities displayed in the schedule diagram.

**155.05 Written Narrative.** The following applies to the written narrative:

(a) Estimate starting and completion dates of each activity.

(b) Describe work to be done within each activity including the type and quantity of equipment, labor, and material to be used.

(c) Describe the location on the project where each activity occurs.

(d) Describe planned production rates by pay item quantities (e.g., cubic meters of excavation per day/week).

(e) Describe work days per week, holidays, number of shifts per day, and number of hours per shift.

(f) Estimate any periods during which an activity is idle or partially idle. Show the beginning and end dates for reduced production or idle time.

(g) Describe expected and critical delivery dates for equipment or material that can affect timely completion of the project.

(h) Describe critical completion dates for maintaining the construction schedule.

(i) Identify the vendor, supplier, or subcontractor to perform the activity. State all assumptions made in the scheduling of the subcontractor's or supplier's work.

**155.06 Schedule Updates.** Review the construction schedule to verify finish dates of completed activities, remaining duration of uncompleted activities, and any proposed logic and/or time estimate revisions. Keep the CO informed of the current construction schedule and all logic changes.

Submit 3 copies of an updated construction schedule for acceptance at least every 8 weeks or when:

(a) A delay occurs in the completion of a critical (major) activity.

(b) A delay occurs which causes a change in the critical path for CPM schedules or a change in a critical activity for BCM schedules.

(c) The actual prosecution of the work is different from that represented on the current construction schedule.

(d) There is an addition, deletion, or revision of activities caused by a contract modification.

(e) There is a change in the schedule logic.





**155.07 Acceptance.** Construction schedules will be evaluated under Subsection 106.02.

## Measurement

**155.08** Measure construction schedules by the lump sum.

## Payment

**155.09** The accepted quantity, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

The construction schedule lump sum will be paid as follows:

(a) 25 percent of the lump sum, not to exceed 0.5 percent of the original contract amount, will be paid after the preliminary construction schedule is accepted.

(b) 50 percent of the lump sum will be paid after the construction schedule is accepted.

(c) Payment of the remaining portion of the lump sum will be prorated based on the total work completed.

Payment will be made under:

| Pay Item | Pay Unit |
| --- | --- |
| 15501 Construction schedule | Lump sum |

Case 1:04-cv-01052-EJD Document 64-2 Filed 03/17/2006 Page 12 of 15
000452

## Description

**156.01** This work consists of controlling and protecting public traffic adjacent to and within the project. This section supplements FAR Clause 52.236-13, Accident Prevention.

## Material

**156.02** Conform to the following Section:

| | |
|---|---|
| Temporary traffic control | 635 |

## Construction Requirements

**156.03 Accommodating Traffic During Work.** Accommodate traffic according to the contract traffic control plan, MUTCD, Section 635, and this Section. The Contractor may submit an alternate traffic control proposal. Submit alternate traffic control proposals according to Subsection 104.03 for acceptance at least 30 days before intended use.

Perform work in a manner that assures the safety and convenience of the public and protects the residents and property adjacent to the project. Accommodate public traffic on roads adjacent to and within the project until the project is accepted according to Subsection 106.07(b).

**156.04 Maintaining Roadways During Work.** Perform roadway maintenance as follows:

(a) Construct and remove detour roads and bridges as required by the traffic control plan.

(b) Maintain intersections with trails, roads, streets, businesses, parking lots, residences, garages, farms, and other features.

(c) Provide access for snow removal by others.

(d) Maintain a reasonably dust-free traveled way.

(e) Remove accumulations of soil and other material from traveled way.





Maintain the roadway and detours in a safe and acceptable condition. If corrective action is requested and the corrective action is not taken immediately, the condition may be corrected and the cost of the corrective action deducted from monies due the Contractor.

**156.05 Maintaining Roadways During Non-Work Periods.** Maintain roadways and traffic control for public traffic during all periods when work is not in progress. The Government is responsible for snow removal.

**156.06 Limitations on Construction Operations.** When the roadway is open to public traffic, restrict operations as follows:

(a) Operate equipment in the direction of traffic, where practical.

(b) Install permanent traffic barriers within 30 days of completing the surface course.

(c) For shoulder drop-offs in excess of 50 millimeters, provide *"Low Shoulder"* warning signs. For shoulder drop-offs in excess of 100 millimeters, provide a 1:3 fillet with *"Low Shoulder"* warning signs. Complete the construction of shoulders adjacent to traffic lanes to the same elevation within 14 days.

(d) Provide minimum lane widths of 3.0 meters. Use barricades, drums, or other acceptable devices to delineate traffic lanes through areas where the edge of pavement or intended path has been obliterated by construction operations.

(e) Locate staging areas at least 10 meters from the traveled way or behind acceptable traffic barriers. Obtain approval of the location and access to staging areas. Store unused traffic control devices at staging areas.

(f) Park equipment at least 10 meters from the traveled way or behind acceptable traffic barriers.

(g) Provide parking areas for employees' personal vehicles in approved areas.

000453



(h) Provide two-way radio communications between flaggers and between flaggers and pilot cars unless flaggers are able to see each other and communicate. Citizen band radios are not acceptable. Make radio equipment available to the CO as necessary.

(i) Where switching traffic to a completed lane, provide adequate personnel and equipment to set or relocate traffic control devices.

(j) Limit construction caused delays to public traffic to a maximum of 30 minutes per passage through the project.

**156.07 Nighttime Operations.** Perform construction operations during the hours of daylight (½ hour after sunrise to ½ hour before sunset).

Where night operations are permitted, submit a night lighting system for approval. Include the light types, locations, and the manner in which the lights will be moved. Submit the proposed system at least 14 days before use. Use an independent source other than vehicle headlights. Do not use incandescent lights. Furnish and install the approved system to illuminate the entire work area. Position the lights so they do not shine directly at motorists traveling from any direction. If the operation is moving, move the lighting with the operation. Provide lighting at each flagger location. Equip all vehicles with an exterior flashing yellow dome light.

**156.08 Traffic and Safety Supervisor.** Provide a traffic and safety supervisor who is certified by a state highway agency or other acceptable certification program. Do not designate the superintendent as the traffic safety supervisor. Furnish the traffic safety supervisor's name, address, and 24-hour telephone number(s) at the preconstruction conference. At all times during the contract, including periods of suspensions and work stoppages, perform all of the following:

(a) Implement the traffic control plans.
(b) Coordinate traffic control operations, including those of subcontractors and suppliers.
(c) Ensure the condition, position, and applicability of traffic control devices in use.
(d) Immediately correct traffic control deficiencies.
(e) Coordinate traffic control maintenance operations with the CO.
(f) Ensure unused traffic control devices are properly handled and stored.





(g) Conduct weekly traffic safety meetings for construction workers and invite the CO to these weekly meetings.
(h) Furnish a weekly certification that inspections and reviews were conducted and that the traffic control devices meet contract requirements. Include the number and types of devices in use. Report with the weekly certification, all changes or corrective actions taken to ensure the safe passage of public traffic through the project.

**156.09 Acceptance.** Public traffic work will be evaluated under Subsection 106.02.

Traffic control devices and services will be evaluated under Section 635.

## Measurement and Payment

**156.10** See Subsection 109.05.

Measure traffic control under Section 635.

Measure dust abatement under Section 158 or 306.

Measure detour construction, when required by the contract, under the applicable pay items.

000454

# Section 157.— SOIL EROSION CONTROL

## Description

**157.01** This work consists of furnishing, constructing, and maintaining permanent and temporary erosion and sediment control measures.

## Material

**157.02** Conform to the following Subsections:

| | |
|---|---|
| Backfill material | 704.03 |
| Bales | 713.13 |
| Erosion control culvert pipe | 713.15 |
| Fertilizer | 713.03 |
| Geotextile | 714.01 |
| Matting | 629.02 |
| Mulch | 713.05 |
| Plastic lining | 725.19 |
| Riprap | 251.02 |
| Sandbags | 713.14 |
| Seed | 713.04 |
| Silt fence | 713.16 |
| Water | 725.01 |

## Construction Requirements

**157.03 General.** Provide permanent and temporary erosion control measures to minimize erosion and sedimentation during and after construction according to the contract erosion control plan, contract permits, Section 107, and this Section. Contract permits amend the requirements of this Section. Do not modify the type, size, or location of any control or practice without approval.

The contract erosion control plan reflects special concerns and measures to protect resources. An alternate erosion control proposal, with all necessary permits, may be submitted for approval according to Subsection 104.03. Submit alternate erosion control proposals at least 30 days before their intended use.





When erosion control measures are not functioning as intended, immediately take corrective action.

**157.04 Controls and Limitations on Work.** Before grubbing and grading, construct all erosion controls around the perimeter of the project including filter barriers, diversion, and settling structures.

Limit the combined grubbing and grading operations area to 30 000 square meters of exposed soil at one time.

Construct erosion control and sediment control measures as follows:

**(a)** Construct temporary erosion controls in incremental stages as construction proceeds.

**(b)** Construct temporary slope drains, diversion channels, and earth berms to protect disturbed areas and slopes.

**(c)** Unless a specific seeding season is identified in the contract, apply permanent turf establishment to the finished slopes and ditches within 30 days according to Sections 624 and 625.

**(d)** Apply temporary turf establishment or other approved measures on disturbed areas that will remain exposed for over 30 days.

**(e)** Construct outlet protection as soon as culverts or other structures are complete.

**(f)** Construct permanent erosion controls including waterway linings and slope treatments as soon as practical or upon completion of the roadbed.

**(g)** Construct and maintain erosion controls on and around soil stockpiles to prevent soil loss.

**(h)** Following each day's grading operations, shape earthwork to minimize and control erosion from storm runoff.

000455



**157.05 Filter Barriers.** Construct silt fence, bales, and brush barriers for filtering sediment from runoff and reducing the velocity of sheet flow. Conserve brush from clearing operations to construct brush barriers.

**157.06 Sediment Retention Structures.** Construct sediment retention structures of the following types:

**(a) Temporary sediment traps.** Construct temporary sediment traps to detain runoff from disturbed areas and settle out sediment. Provide outlet protection.

**(b) Sediment basins.** Construct sediment basins to store runoff and settle out sediment for large drainage areas. Construct sediment basins according to Section 204. Construct riser pipes according to Section 602. Provide outlet protection.

**157.07 Outlet Protection.** Construct riprap aprons or basins to reduce water velocity and prevent scour at the outlet of permanent and temporary erosion control measures. Construct riprap according to Section 251.

**157.08 Water Crossings.** Construct temporary culvert pipe at temporary crossings where construction vehicles cross a live waterway.

**157.09 Diversions.** Construct temporary channels, temporary culverts, earth berms, or sandbags to divert water around disturbed areas and slopes. Use temporary channels, temporary culverts, pumps, sandbags, or other methods to divert the flow of live streams for permanent culvert installations and other work. Stabilize channels according to Subsection 157.10. Provide outlet protection.

**157.10 Waterway and Slope Protection and Stabilization.** Use plastic lining, riprap, check dams, erosion control blankets and mats, and temporary slope drains as follows:

**(a) Plastic lining.** Use plastic lining to protect underlying soil from erosion. Place the plastic lining loosely on a smooth soil surface free of projections or depressions that may cause the liner to puncture or tear. Lap transverse joints a minimum of 1 meter in the direction of flow. Do not use longitudinal joints. Anchor the lining in place using riprap.





**(b) Riprap.** Construct riprap for channel lining according to Section 251.

**(c) Check dams.** Construct riprap, sandbags, or earth berms for temporary dams to reduce the velocity of runoff in ditches and swales.

**(d) Blankets and mats.** Use erosion control mulch blankets, erosion control mats, turf reinforcement mats, erosion control and revegetation mats, fiberglass roving, and synthetic or organic mulch control netting to stabilize waterways and slopes before or after temporary or permanent seeding. Install according to Section 629.

**(e) Temporary slope drains.** Use drainpipe, riprap, or plastic lined waterway for temporary slope drains to channel runoff down slopes. Channel water into the slope drain with an earth berm constructed at the top of a cut or fill. Anchor slope drains to the slope. Provide outlet protection.

**157.11 Temporary Turf Establishment.** Apply seed, fertilizer, and mulch for soil erosion protection at the rates shown in Table 157-1. Protect and care for seeded areas, including watering, until permanent turf establishment is in place.

**Table 157-1**
**Application Rates For Temporary Turf Establishment**

| Material | Application Rate kg/ha |
|---|---|
| Seed | 40 |
| Fertilizer | 375 |
| Mulch, $40 \pm 10$ mm depth | 1500 |