000456



**157.12 Inspection and Reporting.** Inspect all erosion control facilities at least every 7 days, within 24 hours after more than 10 millimeters of rain in a 24-hour period, and as required by the contract permits.

Within 24 hours, furnish inspection reports to the CO which include all of the following:

(a) Summary of the inspection
(b) Names of personnel making the inspection
(c) Date and time of inspection
(d) Observations made
(e) Corrective action necessary, action taken, and date and time of action

**157.13 Maintenance and Cleanup.** Maintain temporary erosion control measures in working condition until the project is complete or the measures are no longer needed. Clean erosion control measures when half full of sediment. Use the sediment in the work, if acceptable, or dispose of it according to Subsection 204.14.

Replace erosion control measures that cannot be maintained and those that are damaged by construction operations.

Remove and dispose of temporary erosion control measures when the turf is satisfactorily established and drainage ditches and channels are lined and stabilized. Remove and dispose of erosion control measures according to Subsection 203.05.

Restore the ground to its natural or intended condition and provide permanent erosion control measures.

**157.14 Acceptance.** Material for soil erosion control measures will be evaluated under Subsections 106.02 and 106.03.

Construction, maintenance, and removal of soil erosion control measures will be evaluated under Subsections 106.02 and 106.04.

Geotextile will be evaluated under Section 207.





## Measurement

**157.15** Measure the following items for payment when ordered by the CO and installed. Do not measure replacement items for payment.

Measure silt fence, brush barriers, slope drains, earth berms, and temporary culvert pipe by the meter.

Measure bales, check dams, sandbags, sediment traps, and riser pipe assemblies by the each.

Measure plastic lining by the square meter excluding overlaps.

Measure temporary turf establishment by the hectare on the ground surface or by the kilogram. When measurement is by the kilogram, weigh the seed in kilograms.

Measure excavation for diversion channels and sediment basins under Section 204.

Measure riprap under Section 251.

Measure permanent paved waterways under Section 608.

Measure permanent slope paving under Section 616.

Measure topsoil under Section 624.

Measure permanent turf establishment under Section 625.

Measure matting under Section 629.

## Payment

**157.16** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

000457



Progress payments for erosion control measures will be made as follows:

(a) 50 percent of the unit bid price for each item will be paid upon installation.

(b) 25 percent of the unit bid price for each item will be paid following completion of 50 percent of the contract amount.

(c) Payment of the remaining portion of the unit bid price for each item will be paid when the temporary erosion control measures are removed from the project.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 15701 | Temporary turf establishment | Kilogram |
| 15702 | Temporary turf establishment | Hectare |
| 15703 | Silt fence | Meter |
| 15704 | Brush barriers | Meter |
| 15705 | Slope drains | Meter |
| 15706 | Earth berms | Meter |
| 15707 | Temporary culvert pipe | Meter |
| 15708 | Bales *(description)* | Each |
| 15709 | Check dams | Each |
| 15710 | Sandbags | Each |
| 15711 | Sediment traps | Each |
| 15712 | Riser pipe assembly | Each |
| 15713 | Plastic lining | Square meter |



# Section 158.— WATERING FOR DUST CONTROL

## Description

**158.01** This work consists of furnishing and applying water for the control of dust caused by the work and public travel.

## Material

**158.02** Conform to the following Subsection:

| | |
|---|---|
| Water | 725.01 |

## Construction Requirements

**158.03 General.** Provide an adequate water supply and apply water needed at all hours (including nights, weekends, and periods of nonwork) as necessary to control dust. Uniformly apply water using pressure-type distributors, pipelines equipped with spray systems, or hoses with nozzles.

(a) **Project dust control for public benefit.** Control dust within the construction limits at all hours when the project is open to public traffic. When the project is not open to public traffic, control dust in areas of the project which neighbor inhabited residences or places of business. Control dust on approved, active detours established for the project. Apply water at the locations, rates, and frequencies ordered by the CO.

(b) **Other dust control.** Control dust on active haul roads, in pits and staging areas, and on the project during all periods not covered in (a) above.

**158.04 Acceptance.** Furnishing and placing water will be evaluated under Subsection 106.02.

## Measurement

**158.05** When applied according to Subsection 158.03(a), measure watering for dust control by the cubic meter in the hauling vehicle or by metering. Do not measure water applied according to Subsection 158.03(b) for payment.

000458



## Payment

**158.06** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 15801 Watering for dust control | Cubic meter |



# DIVISION 200
# Earthwork

000459

# Section 201.— CLEARING AND GRUBBING

## Description

**201.01** This work consists of clearing and grubbing within the clearing limits designated on the plans.

## Material

**201.02** Conform to the following Subsections:

| | |
|---|---|
| Backfill material | 704.03 |
| Tree wound dressing | 713.08(g) |

## Construction Requirements

**201.03 General.** Construct erosion control measures according to Section 157. Perform work within designated limits. Do not damage vegetation designated to remain. If vegetation designated to remain is damaged or destroyed, repair or replace the vegetation in an acceptable manner. Where possible, preserve all vegetation adjacent to bodies of water. Treat cuts or scarred surfaces of trees and shrubs with tree wound dressing.

**201.04 Clearing.** Within the clearing limits, clear trees, brush, downed timber, and other vegetation as follows:

(a) Cut all trees so they fall within the clearing limits.

(b) In areas of cut slope rounding, cut stumps flush with or below the final groundline.

(c) In areas outside the excavation, embankment, and slope rounding limits, cut stumps to within 150 millimeters of the ground.

(d) Trim tree branches that extend over the road surface and shoulders to attain a clear height of 6 meters. If required, remove other branches to present a balanced appearance. Trim according to accepted tree surgery practices. Treat wounds with tree wound dressing.





**201.05 Grubbing.** Grub deep enough to remove stumps, roots, buried logs, moss, turf, or other vegetative debris as follows:

(a) Grub all areas to be excavated, except for cut slope rounding areas.

(b) Grub all embankment areas, except that undisturbed stumps protruding less than 150 millimeters above the original ground and covered with a minimum of 1 meter of embankment may be left in place.

(c) Grub pits, channel changes, and ditches only to the depth necessary for the excavation.

(d) Backfill stump holes and other grubbing holes with backfill material to the level of the surrounding ground according to Subsection 209.10. Compact backfill according to Subsection 209.11.

**201.06 Disposal.** Merchantable timber is the Contractor's property. Dispose of clearing and grubbing debris according to Subsection 203.05.

**201.07 Acceptance.** Clearing and grubbing will be evaluated for under Subsection 106.02.

Material for tree wound dressing will be evaluated under Subsection 106.03.

Backfilling and compacting of stumps and grubbing holes will be evaluated under Section 209.

## Measurement

**201.08** Measure clearing and grubbing by the hectare or by the lump sum. Do not make deductions from the area computation unless excluded areas are identified in the contract.

Do not measure clearing and grubbing of borrow or material sources for payment.

000460



## Payment

**201.09** The accepted quantity, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 20101 Clearing and grubbing | Hectare |
| 20102 Clearing and grubbing | Lump sum |



# Section 202.— ADDITIONAL CLEARING AND GRUBBING

## Description

**202.01** This work consists of clearing and grubbing outside the clearing limits specified in Section 201. It includes scalloping clearing lines, clearing vistas, thinning vegetation, special clearing and grubbing, and the removal of individual trees and stumps.

**202.02 Definitions.**

**(a) Selective clearing.** Clearing where some trees and/or other vegetation is designated to remain.

**(b) Selective clearing and grubbing.** Clearing and grubbing where some trees and/or vegetation is designated to remain.

**(c) Special clearing and grubbing.** Clearing and grubbing where all trees and/or vegetation are removed.

**(d) Removal of individual trees or stumps.** Removing individual trees or stumps outside the clearing limits designated in Section 201 or outside areas designated in (a) through (c) above.

## Construction Requirements

**202.03 General.** Clear and grub according to Section 201 except as modified herein. Do not push, pull, or fall trees into trees designated to remain. Remove designated debris by methods that prevent damage to vegetation not designated to be removed. Dispose of clearing and grubbing debris according to Subsection 203.05.

**202.04 Selective Clearing.** Clear and dispose of all trees, snags, brush, downed timber, and other vegetation designated to be removed.

**202.05 Selective Clearing and Grubbing.** Clear, grub, and dispose of all trees, snags, brush, downed timber, stumps, roots, buried logs, moss, turf, grass, and other vegetation designated to be removed.

000461



**202.06 Special Clearing and Grubbing.** Clear, grub, and dispose of all trees, snags, brush, downed timber, stumps, roots, buried logs, moss, turf, grass, and other vegetation.

**202.07 Removal of Individual Trees or Stumps.** Remove and dispose of all designated trees or stumps.

**202.08 Acceptance.** Additional clearing and grubbing work will be evaluated under Subsection 106.02 and Section 201.

## Measurement

**202.09** Measure selective clearing, selective clearing and grubbing, and special clearing and grubbing by the hectare.

Measure removal of individual trees by the square meter based on the average diameter at the cutoff. Do not measure trees less than 150 millimeters in diameter at the cutoff for payment.

Measure removal of individual stumps by the each.

## Payment

**202.10** The accepted quantity, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 20201 | Selective clearing | Hectare |
| 20202 | Selective clearing and grubbing | Hectare |
| 20203 | Special clearing and grubbing | Hectare |
| 20204 | Removal of individual trees | Square meter |
| 20205 | Removal of individual stumps | Each |



# Section 203.— REMOVAL OF STRUCTURES AND OBSTRUCTIONS

## Description

**203.01** This work consists of salvaging, removing, and disposing of buildings, fences, structures, pavements, culverts, utilities, curbs, sidewalks, and other obstructions.

## Material

**203.02** Conform to the following Section and Subsection:

| | |
|---|---|
| Backfill material | 704.03 |
| Concrete | 601 |

## Construction Requirements

**203.03 Salvaging Material.** Salvage, with reasonable care, all material designated to be salvaged. Salvage in readily transportable sections or pieces. Replace or repair all members, pins, nuts, plates, and related hardware damaged, lost, or destroyed during the salvage operation. Wire all loose parts to adjacent members or pack them in sturdy boxes with the contents clearly marked.

Matchmark members of salvaged structures. Furnish one set of drawings identifying the members and their respective matchmarks.

Stockpile salvaged material at a designated area on the project.

**203.04 Removing Material.** Saw cut sidewalks, curbs, pavements, and structures when partial removal is required.

Construct structurally adequate debris shields to contain debris within the construction limits. Do not permit debris to enter waterways, travel lanes open to public traffic, or areas designated not to be disturbed.

Raze and remove all buildings, foundations, pavements, sidewalks, curbs, fences, structures, and other obstructions interfering with the work and not designated to remain.

Where part of an existing culvert is removed, remove all of the culvert upstream from the removal. The remaining downstream culvert may be left in place if no portion of the culvert is within 1 meter of the subgrade, embankment slope, or new culvert or structure; and the culvert ends are sealed with concrete.

Remove structures and obstructions in the roadbed to 1 meter below subgrade elevation. Remove structures and obstructions outside the roadbed to 0.5 meter below finished ground or to the natural stream bottom.

Abandon existing manholes, inlets, catch basins, and spring boxes according to Subsection 604.07.

Except in excavation areas, backfill and compact cavities left by structure removal with backfill material to the level of the finished ground. Backfill excavated areas according to Subsection 209.10. Compact backfill according to Subsection 209.11.

**203.05 Disposing of Material.** Where economically and practically feasible, the Contractor is urged to recycle material. Dispose of debris and unsuitable and excess material as follows:

**(a) Remove from project.** Recycle or dispose of material legally off the project. Furnish a statement documenting the nature and quantity of material processed or sold for recycling. Otherwise, furnish a signed copy of the disposal agreement before disposal begins.

**(b) Burn.** Obtain necessary burning permits. Furnish a copy of the burning permits before burning begins.

Burn using high intensity burning processes that produce few emissions. Examples include incinerators, high stacking, or pit and ditch burning with forced air supplements. Provide a competent watchperson during the burning operations.

When burning is complete, extinguish the fire so no smoldering debris remains. Dispose of unburned material according to (a) above.

**(c) Bury.** Bury debris in trenches or pits in approved areas within the right-of-way. Do not bury debris inside the roadway prism limits, beneath drainage ditches, or in any areas subject to free-flowing water.





Place debris in alternating layers with earth material. Alternating layers consist of 1 meter of debris covered with 0.5 meter of earth. Distribute stumps, logs, and other large pieces to form a dense mass and minimize air voids. Fill all voids. Cover the top layer of buried debris with at least 0.5 meter of compacted earth. Grade and shape the area.

**(d) Hazardous material.** Furnish a copy of all disposal permits. Dispose of material according to Federal, state, and local regulations.

**203.06 Acceptance.** Removal of structures and obstructions will be evaluated under Subsection 106.02.

Backfilling and compacting cavities left by structures will be evaluated under Section 209.

Concrete will be evaluated under Section 601.

## Measurement

**203.07** Measure removal of structures and obstructions by the each, by the meter, by the square meter, or by the lump sum. Measure removal by the meter and by the square meter before removal.

## Payment

**203.08** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 20301 Removal _(description)_ | Each |
| 20302 Removal _(description)_ | Meter |
| 20303 Removal _(description)_ | Square meter |
| 20304 Removal _(description)_ | Lump sum |
| 20305 Removal of structures and obstructions | Lump sum |

000463

# Section 204.— EXCAVATION AND EMBANKMENT

## Description

**204.01** This work consists of excavating material and constructing embankments. This includes furnishing, hauling, stockpiling, placing, disposing, sloping, shaping, compacting, and finishing earthen and rocky material.

**204.02 Definitions.**

**(a) Excavation.** Excavation consists of the following:

**(1) Roadway excavation.** All material excavated from within the right-of-way or easement areas, except subexcavation covered in (2) below and structure excavation covered in Sections 208 and 209. Roadway excavation includes all material encountered regardless of its nature or characteristics.

**(2) Subexcavation.** Material excavated from below subgrade elevation in cut sections or from below the original groundline in embankment sections. Subexcavation does not include the work required by Subsections 204.05, 204.06(b), and 204.06(c).

**(3) Borrow excavation.** Material used for embankment construction that is obtained from outside the roadway prism. Borrow excavation includes unclassified borrow, select borrow, and select topping.

**(b) Embankment construction.** Embankment construction consists of the placement and compaction of roadway or borrow excavation. This work includes:

(1) Preparing foundation for embankment
(2) Constructing roadway embankments
(3) Benching for side-hill embankments
(4) Constructing dikes, ramps, mounds, and berms
(5) Backfilling subexcavated areas, holes, pits, and other depressions

**(c) Embankment material.** Material for embankment construction are:

**(1) Rock.** Rock is material containing 25 percent or more, by volume, rock particles greater than 100 millimeters in diameter.





**(2) Earth.** Earth is material containing less than 25 percent, by volume, rock particles greater than 100 millimeters in diameter.

**(d) Conserved topsoil.** Excavated material conserved from the roadway excavation and embankment foundation areas that is suitable for growth of grass, cover crops, or native vegetation. A material reasonably free from hard soil, rock, clay, toxic substances, litter, or other deleterious material.

**(e) Waste.** Excess and unsuitable roadway excavation and subexcavation that cannot be used.

## Material

**204.03** Conform to the following Subsections:

| | |
|---|---|
| Backfill material | 704.03 |
| Select borrow | 704.07 |
| Select topping | 704.08 |
| Topping | 704.05 |
| Unclassified borrow | 704.06 |
| Water | 725.01 |

## Construction Requirements

**204.04 Preparation for Roadway Excavation and Embankment Construction.** Clear the area of vegetation and obstructions according to Sections 201 and 203.

**204.05 Conserved Topsoil.** Conserve topsoil from roadway excavation and embankment foundation areas. Stockpile conserved topsoil in low windrows immediately beyond the rounding limits of cut and embankment slopes or in other approved locations. Separate topsoil from other excavated material.

Place conserved topsoil on completed slopes according to Section 624.

000464



**204.06 Roadway Excavation.** Excavate as follows:

**(a) General.** Do not disturb material and vegetation outside the construction limits.

Excavate material suitable for backfill, roadbed finishing, topping, or other purposes in a sequence that permits the placement of the excavation directly into its final position or in stockpiles for subsequent placing.

Incorporate only suitable material into embankments. Replace any shortage of suitable material caused by premature disposal of roadway excavation. Dispose of unsuitable or excess excavation material according to Subsection 204.14.

At the end of each day's operations, shape to drain and compact the work area to a uniform cross-section. Eliminate all ruts and low spots that could hold water.

**(b) Rock cuts.** Blast rock according to Section 205. Excavate rock cuts to 150 millimeters below subgrade within the roadbed limits. Backfill to subgrade with topping or with other suitable material. Compact the material according to Subsection 204.11.

**(c) Earth cuts.** Scarify earth cuts to 150 millimeters below subgrade within the roadbed limits. Compact the scarified material according to Subsection 204.11.

**204.07 Subexcavation.** Excavate material to the limits designated by the CO. Where applicable, survey cross-sections according to Section 152. Prevent unsuitable material from becoming mixed with the backfill. Dispose of unsuitable material according to Subsection 204.14. Backfill the subexcavation with topping, or other suitable material. Compact the material according to Subsection 204.11.

**204.08 Borrow Excavation.** Use all suitable roadway excavation in embankment construction. Do not use borrow excavation when it results in excess roadway excavation. Excess borrow excavation will be deducted from the appropriate borrow excavation quantity.





Obtain borrow source acceptance according to Subsection 105.02. Develop and restore borrow sources according to Subsection 105.03. Do not excavate beyond the established limits. When applicable, shape the borrow source to permit accurate measurements when excavation is complete.

**204.09 Preparing Foundation for Embankment Construction.** Prepare foundation for embankment construction as follows:

**(a) Embankment less than 1 meter high over natural ground.** Completely break up the cleared ground surface to a minimum depth of 150 millimeters by plowing or scarifying. Compact the ground surface according to Subsection 204.11.

**(b) Embankment less than 0.5 meter high over an existing asphalt, concrete, or gravel road surface.** Scarify gravel roads to a minimum depth of 150 millimeters. Scarify or pulverize asphalt and concrete roads to 150 millimeters below the pavement. Reduce all particles to a maximum size of 150 millimeters and produce a uniform material. Compact the surface according to Subsection 204.11.

**(c) Embankment across ground not capable of supporting equipment.** Dump successive loads of embankment material in a uniformly distributed layer to construct the lower portion of the embankment. Limit the layer thickness to the minimum depth necessary to support the equipment.

**(d) Embankment on an existing slope steeper than 1:3 (1 unit vertical to 3 units horizontal).** Cut horizontal benches in the existing slope to a sufficient width to accommodate placement and compaction operations and equipment. Bench the slope as the embankment is placed and compacted in layers. Begin each bench at the intersection of the original ground and the vertical cut of the previous bench.

**204.10 Embankment Construction.** Incorporate only suitable roadway excavation material into the embankment. When the supply of suitable roadway excavation is exhausted, furnish unclassified borrow to complete the embankment. Construct embankments as follows:

**(a) General.** At the end of each day's operations, shape to drain and compact the embankment surface to a uniform cross-section. Eliminate all ruts and low spots that could hold water.

000465



During all stages of construction, route and distribute hauling and leveling equipment over the width and length of each layer of material.

Compact embankment side slopes with a tamping type roller or by walking with a dozer. For slopes 1:1.75 or steeper, compact the slopes as construction of the embankment progresses.

**(b) Rock.** Place rock in horizontal layers not exceeding 300 millimeters in compacted thickness. Material composed predominantly of boulders or rock fragments too large for 300-millimeter layers may be placed in layers of up to 600 millimeters thick. Incorporate oversize boulders or rock fragments into a 600-millimeter layer by reducing them in size or placing them individually according to (c) below. Place rock layers with sufficient earth and smaller rocks to fill the voids. Compact each layer according to Subsection 204.11 before placing the next layer.

Construct the top 300 millimeters of the embankment with topping or other suitable material.

**(c) Individual rock fragments and boulders.** Place individual rock fragments and boulders greater than 600 millimeters in diameter as follows:

(1) Reduce rock to less than 1200 millimeters in the largest dimension.

(2) Distribute rock within the embankment to prevent nesting and fill the voids between them with finer material.

(3) Compact each layer according to Subsection 204.11.

**(d) Earth.** Place earth in horizontal layers not exceeding 300 millimeters in compacted thickness. Incorporate oversize boulders or rock fragments into the 300-millimeter layers by reducing them in size or placing them individually as required in (c) above.

Compact each layer according to Subsection 204.11 before placing the next layer.





**(e) Embankment outside of roadway prism.** Where placing embankment outside the staked roadway prism, place material in horizontal layers not exceeding 600 millimeters in compacted thickness. Compact each layer according to Subsection 204.11(a).

**(f) Other Embankments.** Where placing embankment on one side of abutments, wing walls, piers, or culvert headwalls, compact the material using methods that prevent excessive pressure against the structure.

Where placing embankment material on both sides of a concrete wall or box structure, conduct operations so compacted embankment material is at the same elevation on both sides of the structure.

Where structural pilings are placed in embankment locations, limit the maximum particle size to 100 millimeters.

**204.11 Compaction.** Compact as follows:

**(a) Rock embankment.** Adjust the moisture content of the material to a moisture content suitable for compaction. Compact each layer of material full width with one of the following:

(1) Four roller passes of a 45-metric ton compression-type roller
(2) Four roller passes of a vibratory roller having a minimum dynamic force of 180 kilonewtons impact per vibration and a minimum frequency of 16 hertz
(3) Eight roller passes of a 20-metric ton compression-type roller
(4) Eight roller passes of a vibratory roller having a minimum dynamic force of 130 kilonewtons impact per vibration and a minimum frequency of 16 hertz

Proportion the compactive effort for layers deeper than 300 millimeters as follows.

- For each additional 150 millimeters or fraction thereof, increase the number of roller passes in (1) and (2) above by four.
- For each additional 150 millimeters or fraction thereof, increase the number of roller passes in (3) and (4) above, by eight.

000466



Operate compression-type rollers at speeds less than 2 meters per second and vibratory rollers at speeds less than 1 meter per second.

**(b) Earth embankment.** Classify the material according to AASHTO M 145. For material classified A-1 or A-2-4, determine the maximum density according to AASHTO T 180 method D. For other material classifications, determine the optimum moisture content and maximum density according to AASHTO T 99 method C.

Adjust the moisture content of material classified A-1 through A-5 to a moisture content suitable for compaction. Adjust the moisture content of material classified A-6 and A-7 to within 2 percent of the optimum moisture content.

Compact material placed in all embankment layers and the material scarified in cut sections to at least 95 percent of the maximum density. Determine the inplace density and moisture content according to AASHTO T 238 and AASHTO T 239 or other approved test procedures.

**204.12 Ditches.** Slope, grade, and shape ditches. Remove all projecting roots, stumps, rock, or similar matter. Maintain all ditches in an open condition and free from leaves, sticks, and other debris.

Form furrow ditches by plowing or using other acceptable methods to produce a continuous furrow. Place all excavated material on the downhill side so the bottom of the ditch is approximately 0.5 meter below the crest of the loose material. Clean the ditch using a hand shovel, ditcher, or other suitable method. Shape to provide drainage without overflow.

**204.13 Sloping, Shaping, and Finishing.** Complete slopes, ditches, culverts, riprap, and other underground minor structures before placing aggregate courses. Slope, shape, and finish as follows:

**(a) Sloping.** Leave all earth slopes with uniform roughened surfaces, except as described in (b) below, with no noticeable break as viewed from the road. Except in solid rock, round tops and bottoms of all slopes, including the slopes of drainage ditches. Round material overlaying solid rock to the extent practical. Scale all rock slopes.





If a slide or slipout occurs on a cut or embankment slope, remove or replace the material and repair or restore all damage to the work. Bench or key the slope to stabilize the slide. Reshape the cut or embankment slope to an acceptable condition.

**(b) Stepped slopes.** Where required by the contract, construct steps on slopes of 1.3:1 to 1:2. Construct the steps approximately 0.5 meter high. Blend the steps into natural ground at the end of the cut. If the slope contains nonrippable rock outcrops, blend steps into the rock. Remove loose material found in transitional area. Except for removing large rocks that may fall, scaling stepped slopes is not required.

**(c) Shaping.** Shape the subgrade to a smooth surface and to the cross-section required. Shape slopes to gradually transition into slope adjustments without noticeable breaks. At the ends of cuts and at intersections of cuts and embankments, adjust slopes in the horizontal and vertical planes to blend into each other or into the natural ground.

**(d) Finishing.** Remove all material larger than 150 millimeters from the top 150 millimeters of the roadbed. Remove unsuitable material from the roadbed and replace it with suitable material. Finish earth roadbeds to within ±15 millimeters and rock roadbeds to within ±30 millimeters of the staked line and grade. Finish ditch cross-sections to within ±30 millimeters of the staked line and grade. Maintain proper ditch drainage.

**204.14 Disposal of Unsuitable or Excess Material.** Dispose of unsuitable or excess material legally off the project.

When there is a pay item for waste, shape and compact the waste material in its final location. Do not mix clearing or other material not subject to payment with the waste material.

**204.15 Acceptance.** Material for embankment and conserved topsoil will be evaluated under Subsections 106.02 and 106.04. See Table 204-1 for minimum sampling and testing requirements.

Excavation and embankment construction will be evaluated under Subsections 106.02 and 106.04. See Table 204-1 for minimum sampling and testing requirements.

000467



Clearing will be evaluated under Sections 201 and 203.

Placing of conserved topsoil will be evaluated under Section 624.

## Measurement

**204.16** Measure as follows:

**(a) Roadway excavation.** When a roadway excavation pay item is shown in the bid schedule and there is no pay item for embankment construction, measure by the cubic meter in place in its original position as follows:

(1) Include the following volumes in roadway excavation:

*(a)* Roadway prism excavation
*(b)* Rock material excavated and removed from below subgrade in cut sections
*(c)* Unsuitable material below subgrade and unsuitable material beneath embankment areas when a pay item for subexcavation is not shown in the bid schedule
*(d)* Ditches, except furrow ditches measured under a separate bid item
*(e)* Conserved topsoil
*(f)* Borrow material used in the work when a pay item for borrow is not shown in the bid schedule
*(g)* Loose scattered rocks removed and placed as required within the roadway
*(h)* Conserved material taken from stockpiles and used in Section 204 work except topsoil measured under Section 624
*(i)* Slide and slipout material not attributable to the Contractor's method of operation

(2) Do not include the following in roadway excavation:

*(a)* Overburden and other spoil material from borrow sources
*(b)* Overbreakage from the backslope in rock excavation
*(c)* Water or other liquid material
*(d)* Material used for purposes other than required
*(e)* Roadbed material scarified in place and not removed





*(f)* Material excavated when stepping cut slopes
*(g)* Material excavated when rounding cut slopes
*(h)* Preparing foundations for embankment construction
*(i)* Material excavated when benching for embankments
*(j)* Slide or slipout material attributable to the Contractor's method of operation
*(k)* Conserved material stockpiled at the option of the Contractor
*(l)* Material excavated outside the established slope limits

**(b) Subexcavation.** When a subexcavation pay item is shown in the bid schedule, measure by the cubic meter in place in its original position.

**(c) Unclassified borrow, select borrow, and select topping.** When a borrow excavation pay item (unclassified borrow, select borrow, and select topping) is shown in the bid schedule, measure by the cubic meter in original position or by the metric ton. Do not measure borrow excavation used instead of excess roadway excavation. If borrow excavation is measured by the cubic meter, take initial cross-sections of the ground surface after stripping overburden. Upon completion of excavation and after the borrow source waste material is returned to the source, retake cross-sections before replacing the overburden.

**(d) Embankment construction.** When an embankment construction pay item is shown in the bid schedule, measure by the cubic meter in final position. Do not measure roadway excavation except as described in (3) below. Do not make deductions from the embankment construction quantity for the volume of minor structures.

(1) Include the following volumes in embankment construction:

*(a)* Roadway embankments
*(b)* Material used to backfill subexcavated areas, holes, pits, and other depressions
*(c)* Material used to restore obliterated roadbeds to original contours
*(d)* Material used for dikes, ramps, mounds, and berms

Case 1:04-cv-01052-EJD Document 64-3 Filed 03/17/2006 Page 13 of 15
000468

(2) Do not include the following in embankment construction:

*(a)* Preparing foundations for embankment construction
*(b)* Adjustments for subsidence or settlement of the embankment or of the foundation on which the embankment is placed
*(c)* Material used to round fill slopes

(3) When embankment construction and roadway excavation pay items are shown in the bid schedule, measure roadway excavation by the cubic meter in place in its original position and include only the following:

*(a)* Unsuitable material below subgrade in cuts and unsuitable material beneath embankment areas when a pay item for subexcavation is not shown in the bid schedule.
*(b)* Slide and slipout material not attributable to the Contractor's method of operations.
*(c)* Drainage ditches, channel changes, and diversion ditches.

**(e) Furrow ditches.** Measure furrow ditches by the meter.

**(f) Rounding cut slopes.** Measure rounding cut slopes by the meter horizontally along the centerline of the roadway for each side of the roadway.

**(g) Waste.** Measure waste by the cubic meter in final position. Take initial cross-sections of the ground surface after stripping over burden. Upon completion of the waste placement, retake cross-sections before replacing overburden.

**(h) Slope scaling.** Measure slope scaling by the cubic meter in the hauling vehicle.

## Payment

**204.17** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.





Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 20401 | Roadway excavation | Cubic meter |
| 20402 | Subexcavation | Cubic meter |
| 20403 | Unclassified borrow | Cubic meter |
| 20404 | Unclassified borrow | Metric ton |
| 20405 | Select borrow | Cubic meter |
| 20406 | Select borrow | Metric ton |
| 20407 | Select topping | Cubic meter |
| 20408 | Select topping | Metric ton |
| 20409 | Embankment construction | Cubic meter |
| 20410 | Furrow ditches | Meter |
| 20411 | Rounding cut slopes | Meter |
| 20412 | Waste | Cubic meter |
| 20413 | Slope scaling | Cubic meter |

## Table 204-1
## Sampling and Testing

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Earth (roadway excavation, backfill material, and unclassified borrow) | Classification | AASHTO M 145 | 1 for each material type | Source of material |
| | Moisture-Density | AASHTO T 99 method C or AASHTO T 180 method D (1) | 1 for each material type | Source of material |
| | In-place density and moisture content | AASHTO T 238 and AASHTO T 239 or other approved procedures | 1 for each 4000 $m^2$ but not less than 1 for each layer | Roadway embankment |
| Select borrow<br>Select topping | Classification | AASHTO M 145 | 1 for each material type | Source of material |
| | Moisture-Density | AASHTO T 99 method C or AASHTO T 180 method D (1) | 1 for each material type | Processed material before incorporated into the work |
| | Gradation<br>Liquid limit | AASHTO T 27 and AASHTO T 11<br>AASHTO T 89 | 1 for each 5000 $m^3$ | Processed material before incorporated into the work |
| | Inplace density and moisture content | AASHTO T 238 and AASHTO T 239 or other approved procedures | 1 for each 300 $m^3$ (500 t) but not less than 1 for each layer | Roadway embankment |

(1) See Subsection 204.11(b)

continued



## Table 204-1 (continued)
## Sampling and Testing

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Topping | Classification | AASHTO M 145 | 1 for each material type | Processed material before incorporated into the work |
| | Moisture-Density | AASHTO T 99 method C or AASHTO T 180 method D (1) | 1 for each material type | Processed material before incorporated into the work |
| | Inplace density and moisture content | AASHTO T 238 and AASHTO T 239 or other approved procedures | 1 for each 300 $m^3$ (500 t) but not less than 1 for each layer | Roadway embankment |

(1) See Subsection 204.11(b)

000470

# Section 205.— ROCK BLASTING

## Description

**205.01** This work consists of fracturing rock and constructing stable final rock cut faces using controlled blasting and production blasting techniques.

Controlled blasting uses explosives to form a shear plane in the rock along a specified backslope. Controlled blasting includes presplitting and cushion blasting.

Production blasting uses explosives to fracture rock.

## Material

**205.02** Conform to the following Subsection:

| | |
|---|---|
| Explosives and blasting accessories | 725.25 |

## Construction Requirements

**205.03 Regulations.** Furnish copies or other proof of all applicable permits and licenses. Comply with Federal, state, and local regulations on the purchase, transportation, storage, and use of explosive material. Federal regulations include the following:

(a) **Safety and health.** OSHA, 29 CFR Part 1926, Subpart U.

(b) **Storage, security, and accountability.** Bureau of Alcohol, Tobacco, and Firearms (BATF), 27 CFR Part 181.

(c) **Shipment.** DOT, 49 CFR Parts 171-179, 390-397.

**205.04 Blasting Plan.** Submit a blasting plan at least 14 days before drilling operations begin or whenever a change in drilling and blasting procedures is proposed. Include full details of drilling and blasting patterns and the techniques proposed for controlled and production blasting including provisions for loading wet holes.

As a minimum, the blasting plan shall contain the following:

(a) Maximum dimensions for width, length, and depth of shot.





(b) Typical plan and section view of the drill pattern for controlled blast holes and production blast holes. Show the free face, burden, hole diameters, depths, spacings, inclinations, and depth of subdrilling if any.

(c) Loading pattern diagram showing:

(1) Location of each hole
(2) Location and amount of each type of explosive in each hole including primer and initiators
(3) Location, type, and depth of stemming

(d) Initiation and delay methods, delay times, and overall powder factor.

(e) Manufacturer's data sheets for all explosives, primers, initiators, and other blasting devices.

(f) Working procedures and safety precautions for storing, transporting, and handling explosives.

(g) Working procedures and safety precautions for blasting.

The blasting plan is for quality control and record keeping purposes. The review of the blasting plan does not relieve the Contractor of the responsibility for using existing drilling and blasting technology and for obtaining the required results.

**205.05 Blaster-In-Charge.** At least 10 days before delivery or use of explosive material, designate in writing a blaster-in-charge. Submit evidence that the blaster-in-charge has a valid state blaster's license or other license issued by an equivalent licensing body for the type of blasting required.

**205.06 Test Blasting.** Drill, blast, and excavate one or more short test sections as proposed in the blasting plan before full-scale drilling and blasting. Test blasts may be made away from or at the final slope line.

Space blast holes for controlled blasting 750 millimeters apart for the initial test blast. Adjust the spacing as approved. Use the approved spacing in the full-scale blasting or subsequent test blasts if necessary.