000471



When a test blast is determined to be unacceptable, revise the blasting plan and make an additional test blast. A test blast is unacceptable when it results in fragmentation beyond the final rock face, fly rock, vibration, air blast, overbreak, damage to the final rock face, or is a violation of other requirements.

## 205.07 Controlled Blasting.

**(a) General.** Drill and blast according to the blasting plan. Use controlled blasting methods to form the final rock cut faces when the rock height is more than 3 meters above ditch grade and slopes are staked 2:1 or steeper.

Use downhole angle or fan drill blast holes for pioneering the tops of rock cuts or preparing a working platform for controlled blasting. Use the blast hole diameter established for controlled blasting and a hole spacing not exceeding 750 millimeters.

**(b) Drilling.** Remove overburden soil and loose rock along the top of the excavation for at least 10 meters beyond the production hole drilling limits or to the end of the cut.

Drill 75±25-millimeter diameter controlled blast holes along the final rock face line. Drill controlled blast holes within 75 millimeters of the proposed surface location. Drill controlled blast holes at least 10 meters beyond the production holes to be detonated or to the end of the cut.

Use drilling equipment with mechanical or electrical-mechanical devices that accurately control the angle the drill enters the rock. Select a lift height and conduct drilling operations so the blast hole spacing and downhole alignment does not vary more than 225 millimeters from the proposed spacing and alignment. When more than 5 percent of the holes exceed the variance, reduce the lift height and modify the drilling operations until the blast holes are within the allowable variance. Maximum lift height is limited to 15 meters.

A 300-millimeter offset is allowed for a working bench at the bottom of each lift for drilling the next lower controlled blasting hole pattern.

Adjust the drill inclination angle or the initial drill collar location so the required ditch cross-section is obtained when the bench is used.





Drilling 0.5 meter below the ditch bottom is allowed for removing the toe.

**(c) Blasting.** Free blast holes of obstructions for their entire depth. Place charges without caving the blast hole walls.

Use the types of explosives and blasting accessories necessary to obtain the required results. A bottom charge may be larger than the line charges if no overbreak results. Do not use bulk ammonium nitrate and fuel oil for controlled blasting.

Stem the upper portion of all blast holes with dry sand or other granular material passing a 9.5 millimeter sieve.

Where presplitting, delay the nearest production blast row at least 25 milliseconds after blasting the presplit line. Presplit a minimum of 10 meters ahead of production blasting zone.

Where cushion (trim) blasting, delay the cushion blast row from 25 to 75 milliseconds after blasting the nearest production row.

## 205.08 Production Blasting.

**(a) General.** Drill production holes and blast according to the blasting plan. Take all necessary precautions to minimize blast damage to the final rock face.

Following a blast, stop work in the entire blast area and check for misfires before allowing workers to return to excavate the rock.

Remove or stabilize all cut face rock that is loose, hanging, or potentially dangerous. Scale by hand methods using a standard steel mine scaling rod. Machine scale using hydraulic splitters or light blasting when necessary. Leave minor irregularities or surface variations in place if they do not create a hazard. Drill the next lift only after the cleanup work and stabilization work is complete.

If blasting operations cause fracturing of the final rock face, repair or stabilize it in an approved manner. Repair or stabilization may include removal, rock bolting, rock dowels, or other stabilization techniques.

000472



Halt blasting operations if any of the following occur:

(1) Slopes are unstable.
(2) Slopes exceed tolerances.
(3) Backslope damage occurs.
(4) Safety of the public is jeopardized.
(5) Property or natural features are endangered.
(6) Fly rock is generated.

**(b) Drilling.** Drill the row of production blast holes closest to the controlled blast line parallel and no closer than 2 meters to the controlled blast line. Do not drill production blast holes lower than the bottom of the controlled blast holes.

**(c) Blasting.** Use the types of explosives and blasting accessories that will obtain the desired fragmentation. Clean the blast holes, place the charges, and stem the holes according to Subsection 205.07(c). Detonate production holes on a delay sequence toward a free face.

**205.09 Blasting Log.** Submit a blasting log for each blast. The blasting log shall include the following:

(a) All actual dimensions of the shot including blast hole depths, burden, spacing, subdrilling, stemming, powder loads, and timing.

(b) A drawing or sketch showing the direction of the face, or faces, and the physical shot layout.

**205.10 Acceptance.** Material for rock blasting will be evaluated under Subsections 106.02 and 106.03.

Rock blasting work and services will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**205.11** Measure controlled blast hole by the meter based on the actual length of drilling as recorded in the blasting log.

Do not measure production blasting for payment.





## Payment

**205.12** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
| --- | --- |
| 20501 Controlled blast hole | Meter |

## Section 206 Reserved

# Section 207.— EARTHWORK GEOTEXTILES

## Description

**207.01** This work consists of furnishing and placing a geotextile as a permeable separator or permanent erosion control measure.

Geotextile types are designated as shown in Subsection 714.01.

## Material

**207.02** Conform to the following Subsection:

| | |
|---|---|
| Geotextile | 714.01 |

## Construction Requirements

**207.03 General.** Where placing a geotextile on native ground, cut the trees and shrubs flush with the ground surface. Do not remove the topsoil and vegetation mat. Remove all sharp objects and large rocks. Fill depressions or holes with suitable material to provide a firm foundation.

Replace or repair all geotextile that is torn, punctured, or muddy. Remove the damaged area and place a patch of the same type of geotextile overlapping 1 meter beyond the damaged area.

**207.04 Separation and Stabilization Applications.** Where placing a geotextile on a subgrade, prepare according to Subsections 204.13(c) and (d).

Place the geotextile smooth and free of tension, stress, or wrinkles. Fold or cut the geotextile to conform to curves. Overlap in the direction of construction. Overlap the geotextile a minimum of 0.5 meter at the ends and sides of adjoining sheets or sew the geotextile joints according to the manufacturer's recommendations. Do not place longitudinal overlaps below anticipated wheel loads. Hold the geotextile in place with pins, staples, or piles of cover material.

End dump the cover material onto the geotextile from the edge of the geotextile or from previously placed cover material. Do not operate equipment directly on the geotextile. Spread the end-dumped pile of cover material maintaining a minimum lift thickness of 300 millimeters. Compact the cover material with rubber-tired or nonvibratory smooth drum rollers.





Avoid sudden stops, starts, or turns of the construction equipment. Fill all ruts from construction equipment with additional cover material. Do not regrade ruts with placement equipment.

Place subsequent lifts of cover material in the same manner. Vibratory compactors may be used for compacting subsequent lifts. If foundation failures occur, repair the damaged areas and revert to the use of nonvibratory compaction equipment.

**207.05 Permanent Erosion Control Applications.** Place and anchor the geotextile on an approved smooth-graded surface. For slope or wave protection, place the long dimension of the geotextile down the slope. For stream bank protection, place the long dimension of the geotextile parallel to the centerline of the channel.

Overlap the geotextile a minimum of 300 millimeters at the ends and sides of adjoining sheets or sew the geotextile joints according to the manufacturer's recommendations. Overlap the uphill or upstream sheet over the downhill or downstream sheet. Offset end joints of adjacent sheets a minimum of 1.5 meters. Pins may be used to hold the geotextile sheets in place. Space pins along the overlaps at approximately 1-meter centers.

Place aggregate, slope protection, or riprap on the geotextile starting at the toe of the slope and proceed upward. Place riprap onto the geotextile from a height of less than 300 millimeters. Place slope protection rock or aggregate backfill onto the geotextile from a height less than 1 meter. In underwater applications, place the geotextile and cover material in the same day.

**207.06 Acceptance.** Material for earthwork geotextile will be evaluated under Subsections 106.02, 106.03, and 714.01.

Earthwork geotextile installation will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**207.07** Measure earthwork geotextile by the square meter excluding overlaps.

000474



## Payment

**207.08** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 20701 Earthwork geotextile type ____ | Square meter |



# Section 208.— STRUCTURE EXCAVATION AND BACKFILL FOR SELECTED MAJOR STRUCTURES

## Description

**208.01** This work consists of excavating material for the construction of selected structures. The work includes preserving channels, shoring and bracing, constructing cofferdams, sealing foundations, dewatering, excavating, preparing foundations, backfilling, and subsequent removal of safety features and cofferdams.

## Material

**208.02** Conform to the following Sections and Subsections:

| | |
|---|---|
| Concrete | 552 |
| Foundation fill | 704.01 |
| Seal concrete | 552 |
| Structural backfill | 704.04 |

## Construction Requirements

**208.03 Preparation for Structure Excavation.** Clear the area of vegetation and obstructions according to Sections 201 and 203.

**208.04 General.** Excavate trenches or foundation pits to a width and length that allows room for work. When excavation is complete, request approval as to the character and suitability of the foundation material. The foundation shall provide a firm foundation of uniform density throughout its length and width.

Where necessary to blast rock, blast according to Section 205.

Follow OSHA safety regulations (29 CFR, Part 1926, Subpart P, Excavation) for sloping the sides of excavations, using shoring and bracing, and for using other safety features. When sides of excavations are sloped for safety considerations, provide one copy of the design that demonstrates conformity with OSHA regulations. Submit working drawings and construction details according to Subsection 104.03 where support systems, shield systems, or other protective systems are used. Drawings shall demonstrate conformity with regulations.

Remove safety features when no longer necessary. Remove shoring and bracing to at least 0.5 meter below the surface of the finished ground.

Saw cut existing pavements or concrete structures adjacent to the area to be excavated that are designated to remain.

Conserve suitable material for structural backfill from excavated material. Do not deposit excavated material in or near a waterway. Do not stockpile excavated material or allow equipment closer than 0.6 meter from the edge of the excavation.

Dispose of unsuitable or excess material according to Subsection 204.14. If approved, suitable material may be used in embankment construction.

Remove all water as necessary to perform work.

**208.05 Channel Preservation.** Perform work in or next to a running waterway as follows:

**(a)** Excavate inside cofferdams, sheeting, or other separations such as dikes or sandbags.
**(b)** Do not disturb the natural bed of the waterway adjacent to the work.
**(c)** Backfill the excavation with structural backfill to original groundline.

**208.06 Cofferdams.** Use cofferdams when excavating under water or when the excavation is affected by groundwater.

Submit working drawings showing proposed methods and construction details of cofferdams according to Subsection 104.03. Shore and construct cofferdams according to OSHA standards. Cofferdams shall:

**(a)** Extend below the bottom of the footing.
**(b)** Be braced to withstand pressure without buckling and secured in place to prevent tipping or movement.
**(c)** Be as watertight as practicable.
**(d)** Provide sufficient clearance for the placement of forms and the inspection of their exteriors.
**(e)** Provide for dewatering.
**(f)** Protect fresh concrete against damage from sudden rises in water elevation.
**(g)** Prevent damage to the foundation by erosion.





When no longer required, remove all cofferdam material down to the natural bed of the waterway. Remove cofferdam material outside the waterway to a minimum of 0.5 meter below the surface of the finished ground.

**208.07 Foundation Seal.** Where a foundation area cannot be pumped reasonably free of water, provide a foundation seal of seal concrete. Design seal concrete according to Subsection 552.03.

Furnish and place seal concrete according to Section 552. While placing a foundation seal, maintain the water level inside the cofferdam at the same level as the water outside the cofferdam. Where a foundation seal is placed in tidal water, vent or port the cofferdam at low water level.

Do not dewater a concrete-sealed cofferdam until the concrete strength is sufficient to withstand the hydrostatic pressure.

**208.08 Dewatering.** While placing concrete, locate and operate the pumps outside the foundation form. If pumping is permitted from the interior of any foundation enclosure, pump in a manner to avoid removal or disturbance of concrete material.

**208.09 Foundation Preparation.** Prepare footing foundations as follows:

**(a) Footings placed on bedrock.** Cut the bottom of the excavation to the specified elevation, either level or stepped or serrated. Clean the foundation surface of loose or disintegrated material. Clean and grout all seams and crevices.

**(b) Footings placed on an excavated surface other than bedrock.** Do not disturb the bottom of the foundation excavation. Remove material to foundation grade and compact the foundation immediately before concrete is placed.

**(c) Footings keyed into undisturbed material.** Excavate the foundation to the neat lines of the footing and compact the foundation. Where material does not stand vertically, fill all space between the neat lines of the footing and the remaining undisturbed material with concrete. If the excavation is below the top of the footing, fill only to the top of the excavation. Concrete placed against steel sheet piles in cofferdams is considered as being against undisturbed material.

000476



**(d) Unstable material below footing elevation.** Excavate unstable material below foundation grade and replace it with foundation fill. Place foundation fill material in horizontal layers that when compacted do not exceed 150 millimeters in depth. Compact each layer according to Subsection 208.11.

**(e) Foundations using piles.** Excavate to the foundation elevation and drive the piles. Remove all loose and displaced material and reshape the bottom of the excavation to the foundation elevation. Smooth and compact the bed to receive the footing.

**208.10 Backfill.** Backfill with structural backfill material.

Place backfill in horizontal layers that do not exceed 150 millimeters in compacted thickness. Compact each layer according to Subsection 208.11.

Bring structural backfill up evenly on all sides of the structure as appropriate. Extend each layer to the limits of the excavation or to natural ground.

Do not place structural backfill against concrete less than 7 days old or until 90 percent of the design strength is achieved.

**208.11 Compacting.** Determine optimum moisture content and maximum density according to AASHTO T 99 method C. Adjust the moisture content of the backfill material to a moisture content suitable for compaction.

Compact material placed in all layers to at least 95 percent of the maximum density. Determine the inplace density and moisture content according to AASHTO T 238 and AASHTO T 239 or other approved test procedures.

**208.12 Acceptance.** Material for structural backfill and foundation fill will be evaluated under Subsections 106.02 and 106.04. See Table 208-1 for minimum sampling and testing requirements.

Structure excavation and backfill work will be evaluated under Subsections 106.02 and 106.04. See Table 208-1 for minimum sampling and testing requirements.





Shoring, bracing, and cofferdams will be evaluated under Subsections 106.02 and 106.04.

Clearing will be evaluated under Sections 201 and 203.

Seal concrete will be evaluated under Section 552.

## Measurement

**208.13** Measure structure excavation by the cubic meter in place in its original position. Do not include the following volumes:

(a) Material excavated outside vertical planes located 450 millimeters outside and parallel to the neat lines of footings or foundations. Use these vertical planes to determine pay quantities regardless of the amount of material excavated inside or outside these planes.

(b) Any material included within the staked limits of the roadway excavation, such as contiguous channel changes and ditches, for which payment is otherwise provided in the contract.

(c) Water or other liquid material.

(d) Material excavated before the survey of elevations and measurements of the original ground.

(e) Material rehandled, except when the contract specifically requires excavation after embankment placement.

Measure foundation fill by the cubic meter in place.

Measure structural backfill by the cubic meter in place. Limit the volume of structural backfill measured to that placed inside vertical planes located 450 millimeters outside and parallel to the neat lines of footings or foundations. Use these vertical planes to determine pay quantities regardless of the amount of backfill material placed outside these planes.

Measure shoring and bracing, and cofferdams by the lump sum.

Measure seal concrete under Section 552.

## Payment

**208.14** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment for structure excavation, shoring and bracing, and cofferdams will be full compensation for excavation to a depth of 2 meters below the lowest elevation shown on the plans for each foundation structure. When the excavation exceeds 2 meters, either the Contractor or the CO may request an equitable price adjustment for the depth in excess of 2 meters.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 20801 | Structure excavation | Cubic meter |
| 20802 | Foundation fill | Cubic meter |
| 20803 | Structural backfill | Cubic meter |
| 20804 | Shoring and bracing | Lump sum |
| 20805 | Cofferdams | Lump sum |





**Table 208-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Structural backfill | Gradation<br>Liquid limit | AASHTO T 27 and AASHTO T 11<br>AASHTO T 89 | 1 for each material type | Source of material or stockpile |
| | Moisture-Density | AASHTO T 99 method C | 1 for each material type | Processed material before incorporated into the work |
| | Inplace density and moisture content | AASHTO T 238 and AASHTO T 239 or other approved procedures | 1 for each 200 $m^3$ but not less than 2 for each installation | Compacted material |
| Foundation fill | Classification | AASHTO M 145 | 1 for each material type | Source of material or stockpile |
| | Moisture-Density | AASHTO T 99 method C | 1 for each material type | Processed material before incorporated into the work |
| | Inplace density and moisture content | AASHTO T 238 and AASHTO T 239 or other approved procedures | 1 for each 200 $m^3$ but not less than 2 for each installation | Compacted material |



000477

000478

# Section 209.— STRUCTURE EXCAVATION AND BACKFILL

## Description

**209.01** This work consists of excavating material for the construction of all structures except those specifically designated under Section 208. The work includes preserving channels, shoring and bracing, sealing foundations, dewatering, excavating, preparing foundations, bedding, and backfilling.

## Material

**209.02** Conform to the following Sections and Subsections:

| | |
|---|---|
| Backfill material | 704.03 |
| Bedding material | 704.02 |
| Concrete | 601 |
| Foundation fill | 704.01 |
| Seal concrete | 552 |
| Unclassified borrow | 704.06 |

## Construction Requirements

**209.03 Preparation for Structure Excavation.** Clear the area of vegetation and obstructions according to Sections 201 and 203.

**209.04 General.** Excavate trenches or foundation pits according to Subsection 208.04. Excavate to foundation grade without unduly disturbing the trench or foundation surface. Foundation grade is the elevation at the bottom of any bedding for installing the structure. Compact the foundation.

**209.05 Channel Preservation.** Preserve channels according to Subsection 208.05, except excavate inside separations such as dikes or sandbags.

**209.06 Foundation Seal.** Where necessary for a foundation seal, construct a foundation seal according to Subsection 208.07.





**209.07 Dewatering.** Where necessary to dewater, dewater according to Subsection 208.08.

**209.08 Foundation Preparation.** Excavate any unsuitable material present at foundation grade, and replace it with foundation fill. Place and compact the foundation fill material according to Subsection 208.09(d).

Where a footing is required to be keyed into undisturbed material, prepare foundation and construct footing according to Subsection 208.09(c).

**209.09 Bedding.** Place bedding material as follows:

**(a) Structures other than culverts.** Construct bedding when required by the contract. Place and shape bedding material in layers that when compacted do not exceed 150 millimeters in depth. Compact each layer according to Subsection 209.11. When no bedding material class is specified, use class B bedding material.

**(b) Culverts.** Bed culverts on a prepared foundation. Use one of the following classes. When no class is specified, use class C.

**(1) Class A.** Place a continuous cradle of class A bedding material. Place the culvert while the concrete is still plastic. Do not backfill until the concrete reaches initial set.

**(2) Class B.** Loosely place a 150-millimeter thick layer of class B bedding material. Place and shape additional bedding material to fit at least 10 percent of the culvert height. Where applicable, recess the shaped bedding to receive the culvert joints. Place the culvert in the bedding. Extend the bedding material up the sides of the culvert to cover 30 percent of the culvert height.

**(3) Class C.** Loosely place a layer of class C bedding material to a thickness equal to at least 10 percent of the culvert height. Place and shape additional bedding material to fit at least 10 percent of the culvert height. Where applicable, recess the shaped bedding to receive the culvert joints. Place the culvert in the bedding.

000479



**209.10 Backfill.** Backfill as follows:

**(a) General.** Place backfill in horizontal layers that when compacted do not exceed 150 millimeters in depth. Compact each layer according to Subsection 209.11.

Bring backfill up evenly on all sides of the structure, and extend each layer to the limits of the excavation or to natural ground.

Do not place backfill against concrete less than 7 days old or until 90 percent of the design strength is achieved.

**(b) Culvert.** Where installing plastic pipe, use backfill material conforming to AASHTO M 145 classification group A-1, A-2, or A-3.

Place and compact backfill material under exposed portions of the haunch. Extend each layer to the sides of the excavation, the natural groundline, or 3 times the span of the pipe, whichever is less. Repeat the layering process to a minimum of 300 millimeters above the top of the pipe.

Complete the backfilling of the trench with suitable roadway excavation or unclassified borrow. Place the material in layers that when compacted do not exceed 150 millimeters in depth. Compact each layer according to Subsection 209.11.

For multiple installations, place and compact backfill material layers evenly on each side of each culvert.

**(c) Arch culverts with headwalls.** Backfill according to one of the following:

**(1) Before headwalls are in place.** Place and compact the first backfill material midway between the ends of the arch. Place and compact backfill material in layers on both sides of the arch to form as narrow a ramp as possible. Build the ramp evenly on both sides until reaching the top of the arch. Place the remainder of the backfill material from the top of the ramp working both ways to the ends. Compact the backfill material evenly in layers on both sides of the arch.





**(2) After headwalls are in place.** Place and compact the first backfill material adjacent to one headwall. Place and compact backfill material evenly in layers on both sides of the arch adjacent to the headwall until reaching the top of the arch. Place remainder of the backfill material from the top of the arch working toward the other headwall. Compact the backfill material evenly in layers on both sides of the arch.

**(d) Patching existing pavement areas.** Construct the top 375 millimeters with 300 millimeters of crushed aggregate according to Section 301 and 75 millimeters of asphalt concrete according to Section 402 or 417.

**209.11 Compacting.** Determine optimum moisture content and maximum density according to AASHTO T 99 method C. Adjust the moisture content of the backfill material to a moisture content suitable for compaction.

Compact material placed in all layers to at least 95 percent of the maximum density. Determine the inplace density and moisture content according to AASHTO T 238 and AASHTO T 239 or other approved test procedures.

**209.12 Acceptance.** Material for backfill, bedding, and foundation fill will be evaluated under Subsections 106.02 and 106.04, except concrete for bedding or backfill will be evaluated according to Section 601. See Table 209-1 for minimum sampling and testing requirements.

Structural excavation and backfill work will be evaluated under Subsections 106.02 and 106.04. See Table 209-1 for minimum sampling and testing requirements.

Shoring, bracing, and cofferdams will be evaluated under Subsections 106.02 and 106.04.

Clearing will be evaluated under Sections 201 and 203.

Seal concrete will be evaluated under Section 552.

## Measurement and Payment

**209.13** See Subsection 109.05.

Do not measure structure excavation and backfill for payment.

Measure concrete for class A bedding material under Section 601.

Measure foundation fill under Section 208.

Measure seal concrete under Section 552.



**Table 209-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Backfill material<br>Unclassified borrow<br>Class C bedding material<br>Foundation fill | Classification | AASHTO M 145 | 1 for each material type | Source of material |
| | Moisture-Density | AASHTO T 99 method C | 1 for each material type | Processed material before incorporated into the work |
| | Inplace density and moisture content | AASHTO T 238 and AASHTO T 239 or other approved procedures | 1 for each 0.5 m of vertical depth but not less than 2 for each installation | Compacted material |
| Class B bedding material | Gradation | AASHTO T 27 and AASHTO T 11 | 1 for each material type | Source of material |
| Structural backfill<br>Select granular backfill<br>Crib wall backfill | Gradation<br>Liquid limit | AASHTO T 27 and AASHTO T 11<br>AASHTO T 89 | 1 for each material type | Source of material or stockpile |
| | Moisture-Density | AASHTO T 99 method C | 1 for each material type | Processed material before incorporated into the work |
| | Inplace density and moisture content | AASHTO T 238 and AASHTO T 239 or other approved procedures | 1 for each 0.5 m of vertical depth but not less than 2 for each installation | Compacted material |

000481

# Section 210.— PERMEABLE BACKFILL

## Description

**210.01** This work consists of furnishing and placing permeable backfill against the backfilled faces of retaining walls, wing walls, and abutments.

## Material

**210.02** Conform to the following Subsections:

| | |
|---|---|
| Geotextile type I | 714.01 |
| Permeable backfill | 703.04 |
| Structural backfill | 704.04 |

## Construction Requirements

**210.03 General.** Do not place permeable backfill against a mortar course less than 4 days old.

Cover the inlet end of each weep hole and drain with a geotextile extending at least 0.5 meter beyond the weep hole or drain. Place permeable backfill against the surface to be backfilled. Place structural backfill according to Subsection 208.10 using methods which prevent the structural backfill from mixing with the permeable backfill.

**210.04 Acceptance.** Material for permeable backfill will be evaluated under Subsections 106.02 and 106.04. See Table 210-1 for minimum sampling and testing requirements.

Placement of permeable backfill will evaluated under Subsections 106.02 and 106.04.

Geotextile will be evaluated under Section 207.

Structural backfill will be evaluated under Section 208.

## Measurement

**210.05** Measure permeable backfill by the cubic meter in the structure.





## Payment

**210.06** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 21001 Permeable backfill | Cubic meter |

**Table 210-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Permeable backfill | Gradation | AASHTO T 27 and AASHTO T 11 | 1 for each 500 t | Source of material or stockpile |



# Section 211.— ROADWAY OBLITERATION

## Description

**211.01** This work consists of obliterating and recontouring roadways, turnouts, parking areas, and other widened areas.

## Construction Requirements

**211.02 General.** Scarify and bury or remove the existing pavement structure. Break down and bury or remove old structures. Fill ditches and restore the obliterated roadway to the approximate original ground contour or shape to blend with the terrain.

**211.03 Rigid Material.**

**(a) Nonasphalt material.** Break concrete pavements, curbs, gutters, sidewalks, and other nonasphalt rigid material into pieces with maximum dimension of 300 millimeters. Bury under a minimum of 0.5 meters of soil. As an alternative to breaking and burying, remove the rigid material from the project and dispose of it according to Subsection 203.05(a).

**(b) Asphalt material.** Dispose of asphalt material in a manner consistent with state and local regulations. Asphalt material may be considered hazardous waste. Furnish copies of the disposal permits. Where no regulations exist, dispose of the material as described in (a) above.

**211.04 Nonrigid Material.**

**(a) Nonasphalt material.** Scarify or rip the gravel, crushed stone, or other nonrigid surface, base, and subbase material. Mix the scarified or ripped material with the underlying soil. Bury the mixture under at least 300 millimeters of soil.

**(b) Asphalt contaminated material.** Dispose of asphalt contaminated material according to Subsection 211.03(b).

**211.05 Shaping.** Shape to blend with the existing terrain.

**211.06 Acceptance.** Roadway obliteration will be evaluated under Subsection 106.02.



000482

000483



## Measurement

**211.07** Measure roadway obliteration by the square meter before obliteration or by the lump sum.

Measure the square meter area on a horizontal plane. Measure to the intersection of roadway with natural ground (approximate slope stake location). Do not measure isolated areas less than 20 square meters for payment.

Measure material obtained from obliterating roadways and used elsewhere in the work, or material obtained elsewhere in the work and used to obliterate roadways under Section 204.

## Payment

**211.08** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 21101 Roadway obliteration | Square meter |
| 21102 Roadway obliteration | Lump sum |



# Section 212.— LINEAR GRADING

## Description

**212.01** This work consists of constructing roadbeds within the specified alignment and grade tolerances.

## Construction Requirements

**212.02 Roadway Preparation.** Clear the area of vegetation and obstructions according to Sections 201 and 203.

**212.03 Roadway Excavation and Embankment.** Construct the roadbeds according to the applicable requirements of Section 204 except as modified herein.

Adjust the moisture content of embankment material to a moisture content suitable for compaction. Place embankment material in 300-millimeter layers and compact each layer according to Subsection 204.11(a). Where compacting with rollers is not practical, use approved mechanical or vibratory compaction equipment.

Construct approach connections to all existing roads, parking areas, and trails. Construct all new approaches.

**212.04 Grading Tolerance.** Do not encroach on stream channels, impact wetlands, or extend beyond right-of-way or easement limits. Do not make alignment or profile grade adjustments that adversely affect drainage. Construct the roadbed within the following grading tolerances:

(a) **Alignment (centerline).** Alignment may be shifted a maximum of 3 meters left or right of the planned centerline. Curve radii may be reduced by up to 50 percent. Do not construct curves with radii less than 30 meters. Compound curves are permitted.

(b) **Profile grade.** Profile grade may be shifted a maximum of 1.5 meters up or down from the plan elevation provided the new grade tangent does not vary more than 2 percent from the plan grade tangent. Connect revised forward and back grade tangents with a uniform vertical curve consistent with the design.

000484



**212.05 Acceptance.** Linear grading will be evaluated under Subsections 106.02 and 106.04.

Clearing will be evaluated under Sections 201 and 203.

## Measurement

**212.06** Measure linear grading by the kilometer based on the plan alignment.

## Payment

**212.07** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 21201 Linear grading | Kilometer |



# Section 213.— SUBGRADE STABILIZATION

## Description

**213.01** This work consists of processing and incorporating lime, lime/fly ash, or portland cement into the upper layer of a subgrade.

## Material

**213.02** Conform to the following Subsections:

| | |
|---|---|
| Blotter | 703.13 |
| Chemical admixtures (retarder) | 711.03 |
| Emulsified asphalt | 702.03 |
| Fly ash | 725.04 |
| Lime | 725.03 |
| Portland cement | 701.01 |
| Water | 725.01 |

## Construction Requirements

**213.03 Proportioning.** Submit a subgrade stabilization mix design 30 days before production. Provide minimum compressive strengths in Table 213-1.

**Table 213-1**
**Subgrade Stabilization Strengths**

| Stabilization Mixture | Test Procedure | Compressive Strength (minimum) |
|---|---|---|
| Lime/Soil | ASTM D 5102 | 0.70 MPa (1) |
| Lime/Fly ash/Soil | ASTM C 593 | 2.75 MPa (2) |
| Cement/Soil | ASTM D 1633 | 2.75 MPa (2) |

(1) 28-day cure.
(2) 7-day cure followed by vacuum saturation.

000485



Include the following with the mix design, as applicable:

**(a)** Source of each component material
**(b)** Results of the applicable tests
**(c)** 90-kilogram sample of the subgrade soil
**(d)** 25-kilogram sample of the fly ash
**(e)** 10-kilogram sample of the lime
**(f)** 10-kilogram sample of the cement
**(g)** 2-kilogram sample of the retarder or other admixtures proposed

Begin production only after the mix design is approved. Furnish a new mix design if there is a change in a material source.

**213.04 General.** Store chemical additives and admixtures in closed, weatherproof containers. Prepare the subgrade according to Section 303. Scarify and pulverize the subgrade to a depth of 150 millimeters. Size and shape the subgrade material to a windrow or blanket that is suitable for mixing. Determine the optimum moisture content and maximum density according to AASHTO T 99 method C.

**213.05 Application.** Apply additives when the subgrade material is at least 3 percent below optimum moisture content and at least 4 °C. Do not apply when excessive additive is lost to washing or blowing or when the air temperature is expected to fall below 4 °C within 48 hours.

Apply additives at the required rates by one of the following methods:

**(a) Dry method.** Uniformly apply the additives by an approved spreader. A motor grader is not an approved spreader. Apply water using approved methods to obtain the proper moisture content for mixing and compaction.

**(b) Slurry method.** Mix additives with water and apply as a thin water suspension or slurry using either trucks with approved distributors or rotary mixers. Equip the distributor truck or rotary mixer tank with an agitator to keep the additives suspended in water. Make successive passes over the material to obtain the moisture and additive content for mixing and compacting.

**213.06 Mixing.** Keep all traffic, except mixing equipment, off the spread material. Mix the material to obtain a homogeneous friable mixture.





**(a) Lime and lime/fly ash mixtures.** Add water and thoroughly mix to adjust the moisture content of the mixture to the optimum moisture content plus necessary hydration moisture. Hydration moisture is 1½ percent for each percent of additive in the mixture. Complete the mixing within 6 hours of additive application. Cure the mixture for 2 to 4 days by keeping it moist.

After curing, remix the mixture until 95 percent of all the mixture, except rock, passes a 45 millimeter sieve and at least 50 percent of the mixture passes a 4.75 millimeter sieve when tested according to AASHTO T 27, in a nondried condition. Retarders may be added.

**(b) Cement mixtures.** Add water and thoroughly mix to adjust the moisture content of the mixture to 2 percent above the optimum moisture content. Complete the mixing within 2 hours of cement application.

Adjust the moisture content of the mixture to within 2 percent of the optimum moisture content.

**213.07 Compacting and Finishing.** Immediately after mixing, spread and compact the mixture to at least 95 percent of the maximum density. Determine the inplace density and moisture content according to AASHTO T 238 and AASHTO T 239 or other approved test procedures. If the time between compacting adjacent partial widths exceeds 30 minutes, or when tying into the previous work, provide a construction joint according to Subsection 302.07. Finish the subgrade so it is smooth and suitable for placing a subsequent course.

**213.08 Curing.** Do not allow traffic on the stabilized subgrade. Keep the subgrade continuously moist until the next course is placed. Apply water under pressure through a spray bar equipped with nozzles producing a fine, uniform spray. Place the next course within 7 days after compacting and finishing the subgrade.

Placement of the next course may be deferred up to 21 days by sealing the surface with rapid setting emulsified asphalt. Keep the surface continuously moist for at least 7 days after compacting and finishing. After the 7 days, apply undiluted CRS-2 or RS-2 emulsified asphalt at a rate of 1.1 liters per square meter according to Section 409. Provide a continuous film over the surface. If the surface is opened to public traffic, furnish and apply blotter according to Section 411.