000486



If the subgrade looses stability, density, or finish before placement of the next course, reprocess or recompact the subgrade as necessary to restore the strength of the damaged material to that specified in the mix design. Reapply the emulsified asphalt seal where the continuous film is damaged.

**213.09 Acceptance.** Material for blotter, chemical admixtures (retarder), fly ash, lime, portland cement, and water will be evaluated under Subsections 106.02 and 106.03. Emulsified asphalt will be evaluated under Subsections 106.03 and 702.09.

Subgrade stabilization work will be evaluated under Subsections 106.02 and 106.04. See Table 213-2 for minimum sampling and testing requirements.

Reconditioning of subgrade will be evaluated under Section 303.

Emulsified asphalt seal will be evaluated under Section 409.

## Measurement

**213.10** Measure subgrade stabilization by the square meter. Measure the width horizontally to include the top of subgrade width and allowable curve widening. Measure length horizontally along the centerline of the roadway.

Measure lime, cement, and fly ash by the metric ton.

Measure emulsified asphalt under Section 409.

Measure blotter under Section 411.

## Payment

**213.11** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.





Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 21301 | Subgrade stabilization with ____________, __ millimeter depth | Square meter |
| 21302 | Lime | Metric ton |
| 21303 | Cement | Metric ton |
| 21304 | Fly ash | Metric ton |

**Table 213-2**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Remixed material | Gradation | AASHTO T 27 | 1 for each 5000 $m^2$ | Processed material before final compaction |
| | Moisture-Density | AASHTO T 99 method C | 1 for each mixture or change in material | Processed material before final compaction |
| | Inplace density and moisture content | AASHTO T 238 and AASHTO T 239 or other approved procedures | 1 for each 2500 $m^2$ | Compacted subgrade |



# DIVISION 250
# Structural Embankments

000488

# Section 251.— RIPRAP

## Description

**251.01** This work consists of furnishing and placing riprap for bank protection, slope protection, drainage structures, and erosion control.

Riprap classes are designated as shown in Table 705-1.

## Material

**251.02** Conform to the following Subsections:

| | |
|---|---|
| Geotextile type IV | 714.01 |
| Mortar | 712.05 |
| Riprap rock | 705.02 |

## Construction Requirements

**251.03 General.** Perform the work under Section 209. Dress the slope to produce a smooth surface. Place geotextile required by the contract according to Section 207.

**251.04 Placed Riprap.** Placed riprap is rock placed on a prepared surface to form a well-graded mass.

Place riprap to its full thickness in one operation to avoid displacing the underlying material. Do not place riprap material by methods that cause segregation or damage to the prepared surface. Place or rearrange individual rocks by mechanical or hand methods to obtain a dense uniform blanket with a reasonably smooth surface.

**251.05 Keyed Riprap.** Keyed riprap is rock placed on a prepared surface and keyed into place by striking with a flat-faced weight.

Place rock for keyed riprap according to Subsection 251.04. Key the riprap into place by striking the surface with a 1.2 meter by 1.5 meter flat-faced weight with a mass of approximately 2000 kilograms. Do not strike riprap below the water surface.





**251.06 Mortared Riprap.** Mortared riprap is rock placed on a prepared surface and with the voids filled with portland cement mortar.

Place rock for mortared riprap according to Section 251.04. Thoroughly moisten the rocks and wash excess fines to the underside of the riprap. Place mortar only when the temperature is above 2 °C and rising. Place the mortar in a manner to prevent segregation. Fill all voids without unseating the rocks. Provide weep holes through the riprap as required. Protect the mortared riprap from freezing and keep it moist for 3 days after the work is completed.

**251.07 Acceptance.** Rock for riprap will be evaluated under Subsection 106.02.

Rock placement for riprap will be evaluated under Subsections 106.02 and 106.04.

Structure excavation and backfill will be evaluated under Section 209.

Geotextile will be evaluated under Section 207.

Material for mortar will be evaluated under Subsections 106.02 and 106.03. Mortar will be evaluated under Subsections 106.02 and 106.04. Mortar placement will be evaluated under Subsection 106.02. See Table 251-1 for minimum sampling and testing requirements.

## Measurement

**251.08** Measure riprap by the metric ton or by the cubic meter in place.

## Payment

**251.09** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 25101 Placed riprap class ____ | Cubic meter |
| 25102 Placed riprap class ____ | Metric ton |
| 25103 Keyed riprap class ____ | Cubic meter |
| 25104 Keyed riprap class ____ | Metric ton |
| 25105 Mortared riprap class ____ | Cubic meter |



**Table 251-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Mortar | Making test specimens<br>Compressive strength (2) | AASHTO T 23<br>AASHTO T 22 | 1 sample per installation (1) | Job site |

(1) Sample consists of 2 test specimens.
(2) The compressive strength will be the average of two test specimens.

000490

# Section 252.— SPECIAL ROCK EMBANKMENT AND ROCK BUTTRESS

## Description

**252.01** Special rock embankment work consists of furnishing and placing hand-placed or mechanically-placed rock in fill sections. Rock buttress work consists of furnishing and placing hand-placed or mechanically-placed rock in cut sections.

Special rock embankments and rock buttresses are designated as hand-placed or mechanically-placed.

## Material

**252.02** Conform to the following Subsections:

| | |
|---|---|
| Rock for buttresses | 705.05 |
| Rock for special rock embankment | 705.04 |

## Construction Requirements

**252.03 Placing Rock.** Perform the work under Section 204 or 209 as required.

Place the rock in a stable orientation with minimal voids. Offset the rock to produce a random pattern. Use spalls smaller than the minimum rock size to chock the larger rock solidly in position and to fill voids between the large rock.

Construct the exposed face of the rock mass reasonably uniform with no projections beyond the neat line of the slope that are more than 300 millimeters for mechanically-placed rock or 150 millimeters for hand-placed rock.

**252.04 Acceptance.** Rock for special rock embankment and rock buttress will be evaluated under Subsection 106.02.

Rock placement for special rock embankment and rock buttress will be evaluated under Subsections 106.02 and 106.04.

Structure excavation and backfill will be evaluated under Section 209.





## Measurement

**252.05** Measure special rock embankment and rock buttress by the cubic meter in place or by the metric ton.

## Payment

**252.06** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 25201 Special rock embankment, __________ | Cubic meter |
| 25202 Special rock embankment, __________ | Metric ton |
| 25203 Rock buttress, __________ | Cubic meter |
| 25204 Rock buttress, __________ | Metric ton |

000491

# Section 253.— GABIONS AND REVET MATTRESSES

## Description

**253.01** This work consists of constructing gabion structures and revet mattresses.

## Material

**253.02** Conform to the following Subsections:

| | |
|---|---|
| Backfill material | 704.03 |
| Gabion and revet mattress material | 720.02 |
| Gabion and revet mattress rock | 705.01 |
| Geotextile type IV | 714.01 |
| Structural backfill | 704.04 |

## Construction Requirements

**253.03 General.** Survey according to Section 152 and verify the limits of the wall installation. Prepare and submit installation drawings according to Subsection 104.03. Perform the work under Section 209.

**253.04 Basket Assembly.** Do not damage wire coatings during basket assembly, structure erection, cell filling, or backfilling. Rotate the basket panels into position and join the vertical edges with fasteners according to Subsection 253.05. Temporary fasteners may be used for basket assembly if they are supplemented during structure erection with permanent fasteners according to Subsection 253.05.

Rotate the diaphragms into position and join the vertical edges according to Subsection 253.05.

**253.05 Structure Erection.** Place the empty gabion baskets on the foundation and interconnect the adjacent baskets along the top and vertical edges using permanent fasteners.

Where lacing wire is used, wrap the wire with alternating single and double loops every other mesh opening and not more than 150 millimeters apart. Where spiral binders are used, crimp the ends to secure the binders in place. Where alternate fasteners are used, space the fasteners in every mesh opening and not more than 150 millimeters apart.





In the same manner, interconnect each vertical layer of baskets to the underlying layer of baskets along the front, back, and sides. Stagger the vertical joints between baskets of adjacent rows and layers by at least one cell length.

**253.06 Cell Filling.** Remove all kinks and folds in the wire mesh and properly align all the baskets. Place rock carefully in the basket cells to prevent bulging of the baskets and to minimize voids in the rock fill. Maintain the basket alignment.

Place internal connecting wires in each unrestrained exterior basket cell greater than 0.3 meter in height. This includes interior basket cells left temporarily unrestrained. Place internal connecting wires concurrently with rock placement.

Fill the cells in any row or layer so that no cell is filled more than 0.3 meter above an adjacent cell. Repeat this process until the basket is full and the lid bears on the final rock layer.

Secure the lid to the sides, ends, and diaphragms according to Subsection 253.05. Make all exposed basket surfaces smooth and neat with no sharp rock edges projecting through the wire mesh.

**253.07 Backfilling.** Place a geotextile over the back face of the gabion structure. Concurrently with the cell filling operation, backfill the area behind the gabion structure with structural backfill according to Subsection 209.10. Compact each layer according to Subsection 209.11, except use an acceptable lightweight mechanical or vibratory compactor within one meter of the gabion structure.

**253.08 Revet Mattresses.** Place a geotextile according to Section 207. Construct revet mattresses according to Subsections 253.04 through 253.06. Anchor the mattresses in place. Place geotextile against the vertical edges of the mattress and backfill against the geotextile using backfill material or other approved material. Overfill revet mattresses by 30 to 50 millimeters.

**253.09 Acceptance.** Material for gabion structures and revet mattresses will be evaluated under Subsections 106.02 and 106.03.

Construction of gabion structures and revet mattresses will be evaluated under Subsections 106.02 and 106.04.

000492



Survey work will be evaluated under Section 152.

Geotextile will be evaluated under Subsection 207.

Structure excavation, structural backfill, and backfill material will be evaluated under Section 209. See Table 209-1 for minimum sampling and testing requirements.

## Measurement

**253.10** Measure gabions by the square meter of front wall face or by the cubic meter in the structure.

Measure revet mattresses by the square meter.

Measure foundation fill under Section 208.

## Payment

**253.11** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 25301 | Gabions, galvanized or aluminized coated | Square meter |
| 25302 | Gabions, polyvinyl chloride coated | Square meter |
| 25303 | Gabions, galvanized or aluminized coated | Cubic meter |
| 25304 | Gabions, polyvinyl chloride coated | Cubic meter |
| 25305 | Revet mattress, galvanized or aluminized coated | Square meter |
| 25306 | Revet mattress, polyvinyl chloride coated | Square meter |



# Section 254.— CRIB WALLS

## Description

**254.01** This work consists of constructing concrete, metal, or timber crib retaining walls.

## Material

**254.02** Conform to the following Section and Subsections:

| | |
|---|---|
| Bed course | 704.09 |
| Concrete | 601 |
| Crib wall backfill | 704.12 |
| Hardware for timber structures | 716.02 |
| Metal bin type crib walls | 720.03 |
| Precast concrete units | 725.11 |
| Reinforcing steel | 709.01 |
| Structural backfill | 704.04 |
| Treated structural timber and lumber | 716.03 |

## Construction Requirements

**254.03 General.** Survey according to Section 152 and verify the limits of the wall installation. Prepare and submit installation drawings according to Subsection 104.03. Perform the work under Section 209. When the wall is set on a rocky foundation, place 200 millimeters of bed course under the wall base elements.

**254.04 Erection.** Furnish all necessary bolts, nuts, and hardware for complete assembly of the units into a continuous wall of connected units. Erect the crib wall according to the fabricator's or manufacturer's instructions. On curves, obtain the proper curvature for the face by using shorter stringers in the front or rear panels. Construct the wall to within 25 millimeters in 3 meters from the lines and elevations shown on the plans.

(a) **Concrete crib wall.** Remove and replace all concrete members which are cracked or damaged.

(b) **Metal crib wall.** Torque bolts for metal crib walls to at least 34 newton meters.

000493



**(c) Timber crib wall.** Construct timber cribs according to Section 557.

**254.05 Backfilling.** Backfill within the cribs with crib wall backfill according to Subsection 209.10. Backfill behind the cribs with structural backfill according to Subsection 209.10. Maintain an equal level of backfill within and behind the cribs during the backfilling process. Compact each layer according to Subsection 209.11, except use an acceptable lightweight mechanical or vibratory compactor within one meter of the crib wall face.

**254.06 Acceptance.** Material for crib walls will be evaluated under Subsections 106.02 and 106.03. Furnish a production certification with each shipment for the following:

(a) Metal bin type crib walls
(b) Precast concrete units
(c) Reinforcement steel
(d) Treated structural timber and lumber

Construction of concrete, metal, or timber crib retaining wall construction will be evaluated under Subsections 106.02 and 106.04.

Survey work will be evaluated under Section 152.

Structure excavation, crib wall backfill, structural backfill, and bed course material will be evaluated under Section 209. See Table 209-1 for minimum sampling and testing requirements.

Concrete crib walls will be evaluated under Section 601.

Timber cribs walls will be evaluated under Section 557

## Measurement

**254.07** Measure crib walls by the square meter of front wall face.

Measure crib wall backfill placed within the cribs by the cubic meter.

Measure foundation fill under Section 208.





## Payment

**254.08** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 25401 | Reinforced concrete crib retaining wall | Square meter |
| 25402 | Metal crib retaining wall | Square meter |
| 25403 | Treated timber crib retaining wall | Square meter |
| 25404 | Crib wall backfill | Cubic meter |

000494

# Section 255.— MECHANICALLY STABILIZED EARTH WALLS

## Description

**255.01** This work consists of constructing mechanically stabilized earth walls.

## Material

**255.02** Conform to the following Section and Subsections:

| | |
|---|---|
| Concrete leveling pad | 601 |
| Geotextile type IV | 714.01 |
| Mechanically stabilized earth wall material | 720.01 |
| Select granular backfill | 704.10 |
| Structural backfill | 704.04 |

## Construction Requirements

**255.03 General.** Survey according to Section 152 and verify the limits of the wall installation. Prepare and submit installation drawings according to Subsection 104.03. Perform the work under Section 209. Grade the foundation for a width equal to the length of reinforcing mesh or strips plus 0.5 meter. Where the wall is set on a rocky foundation, place 150 millimeters of select granular backfill under the reinforcing mesh or strips.

For concrete-faced walls, provide a precast reinforced or a nonreinforced cast-in-place concrete leveling pad. Cure cast-in-place leveling pads a minimum of 12 hours before placing wall panels.

**255.04 Wall Erection.** Erect the wall according to the drawings and the manufacturer's recommendations. When requested, have an experienced field representative from the wall system manufacturer available during erection.

**(a) Concrete-faced walls.** Erect panels by means of lifting devices connected to the upper edge of the panel. Align precast facing panels within 19 millimeters vertically and horizontally when measured with a 3-meter straightedge.





Make the joint openings 19±6 millimeters wide. Install joint material according to the drawings. Cover all joints on the backside of the panels with a 300-millimeter wide strip of geotextile. Overlap geotextile splices a minimum of 100 millimeters.

Hold the panels in position with temporary wedges or bracing during backfilling operations. Erect the wall so the overall vertical tolerance (top to bottom) does not exceed 13 millimeters per 3 meters of wall height.

**(b) Wire-faced walls.** Place backing mats and 6-millimeter hardware cloth in successive horizontal lifts as backfill placement proceeds. Connect, tighten, and anchor soil reinforcement elements to the wall facing units before placing backfill. Do not exceed an individual lift vertical tolerance and an overall wall (top to bottom) vertical tolerance of 25 millimeters per 3 meters of wall height. Place reinforcement elements within 25 millimeters vertically above the corresponding connection elevation at the wall face. Do not place reinforcing elements below the corresponding connection elevations. Do not deviate from the designed batter of the wall by more than 25 millimeters per 3 meters of wall height. Do not deviate more than 50 millimeters at any point in the wall from a 3-meter straightedge placed horizontally on the theoretical plane of the design face.

**(c) Gabion-faced walls.** Place the first lift of backfill before filling the gabion baskets. Construct gabion structures according to Section 253. Lay reinforcement mesh horizontally on compacted fill and normal to the face of the wall. Connect the gabion facing unit to reinforcement mesh with spiral binders or tie wire at 100-millimeter nominal spacing with alternating single and double locked loops. Pull and anchor the reinforcement mesh taut before placing additional backfill.

**255.05 Backfilling.** Backfill the stabilized volume with select granular backfill according to Subsection 209.10. Ensure that no voids exist below the reinforcing mesh or strips. Compact each layer according to Subsection 209.11, except use an acceptable lightweight mechanical or vibratory compactor within one meter of the wall face. Where the stabilized volume supports spread footings for bridges or other structural loads, compact the top 1.5 meters to at least 100 percent of the maximum density.

000495



Do not damage or disturb the facing, reinforcing mesh, or strips. Do not operate equipment directly on top of the reinforcing mesh or strips. Correct all damaged, misaligned, or distorted wall elements.

Backfill and compact behind the stabilized volume with structural backfill according to Subsection 209.10. At the end of the day's operation, slope the last lift of backfill away from the wall face to direct surface runoff away from the wall. Do not allow surface runoff from adjacent areas to enter the wall construction area.

**255.06 Acceptance.** Material for mechanically stabilized earth walls listed under Subsection 720.01 will be evaluated under Subsections 106.02 and 106.03. Furnish a production certification with each shipment of concrete face panels.

Construction of mechanically stabilized earth wall and services will be evaluated under Subsections 106.02 and 106.04.

Survey work will be evaluated under Section 152.

Geotextile will be evaluated under Section 207.

Structure excavation, select granular backfill, and structural backfill will be evaluated under Section 209. See Table 209-1 for minimum sampling and testing requirements.

Gabions will be evaluated under Section 253.

Concrete leveling pad will be evaluated under Section 601.

## Measurement

**255.07** Measure mechanically stabilized earth walls by the square meter of front wall face.

Measure select granular backfill within the stabilized volume by the cubic meter in place.

Measure concrete leveling pad by the meter.





Measure foundation fill under Section 208.

## Payment

**255.08** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 25501 | Mechanically stabilized earth wall | Square meter |
| 25502 | Select granular backfill | Cubic meter |
| 25503 | Concrete leveling pad, ___ meter width | Meter |

000496

# Section 256.— PERMANENT GROUND ANCHORS

## Description

**256.01** This work consists of constructing permanent ground anchors.

## Material

**256.02** Conform to the following Subsection:

| | |
|---|---|
| Ground anchors | 722.02 |

## Construction Requirements

**256.03 Qualifications.** The Contractor or subcontractor performing the ground anchor work shall have completed at least 5 permanent ground anchor projects within the last 3 years. Submit a brief description of each project including the owning agency's name and current telephone number.

Provide an engineer with at least 3 years experience in the design and construction of permanent ground anchors. Provide on-site supervisors and drill operators with at least 1 year experience installing permanent ground anchors. At least 30 days before starting ground anchor work, identify the engineer, on-site supervisors, and drill operators assigned to the project and submit a summary of each individual's experience.

**256.04 Drawings.** At least 30 days before starting ground anchor work, submit drawings according to Subsection 104.03. Include the following:

(a) A ground anchor schedule giving the following information:

(1) Ground anchor number
(2) Ground anchor design load
(3) Type and size of tendon
(4) Minimum total anchor length
(5) Minimum bond length
(6) Minimum tendon bond length
(7) Minimum unbonded length





(b) Ground anchor system drawings shall include the following details:

(1) Spacers and their location
(2) Centralizers and their location
(3) Unbonded length corrosion protection system
(4) Bond length corrosion protection system
(5) Transition between the unbonded length and the bond length corrosion protection systems
(6) Anchorage and trumpet
(7) Anchorage corrosion protection system

**256.05 Tendon Fabrication.**

**(a) General.** Fabricate the tendons in either the shop or field as indicated on the drawings. Size the tendon so:

(1) The design load does not exceed 60 percent of the minimum required ultimate tensile strength of the tendon; and

(2) The maximum test load does not exceed 80 percent of the minimum specified ultimate tensile strength of the tendon.

**(b) Bond length.** Determine the bond length necessary to develop the design load indicated on the drawings. Use a minimum tendon bond length of 3 meters in rock and 4.5 meters in soil. Provide corrosion protection of the tendon bond length with a cement grout cover.

Where encapsulation of the tendon is required, protect the tendon bond length from corrosion by encapsulating it in a grout-filled corrugated plastic or deformed steel tube, or by coating it with fusion-bonded epoxy. Place the grout inside the tube either before or after the tendon is placed in the drill hole. Centralize the tendon within the tube with a minimum 2.5 millimeter grout cover.

**(c) Centralizers.** Use spacers along the tendon bond length of a multi-element tendon to separate each of the individual elements of the tendon. Use centralizers to insure a minimum of 13 millimeters of grout cover over the tendon bond length or tendon bond length encapsulation as appropriate. Use centralizers that do not impede the free flow of grout up the bore hole. Position centralizers so their center-to-center spacing does not exceed 3 meters.

000497



Locate the upper centralizer a maximum of 1.5 meters from the top of the tendon bond length. Locate the lower centralizer a maximum of 300 millimeters from the bottom of the tendon bond length.

Centralizers are not required on pressure-injected tendons if the ground anchor is installed in coarse-grained soils using grouting pressures greater than 1 megapascal.

Centralizers are not required on hollow-stem-augered tendons if the ground anchor is grouted through the auger and the hole is maintained full of a stiff grout during extraction of the auger. A grout is considered *"stiff"* if its slump is less than 225 millimeters.

**(d) Unbonded length.** Provide minimum unbonded length of 4.5 meters.

**(1)** If the entire drill hole is grouted in one operation, provide corrosion protection of the unbonded length with a sheath completely filled with corrosion inhibiting grease or grout, or a heat shrinkable tube internally coated with an elastic adhesive.

If grease is used under the sheath, completely coat the unbounded tendon length, fill spaces between individual elements of multi-element tendon with grease, and provide measures to prevent grease from escaping at the ends of the sheath.

If the sheath is grout filled, provide a separate bondbreaker along the unbonded length of the tendon.

**(2)** If a grease-filled sheath corrosion protection is provided and the drill hole above the bond length is grouted after the ground anchor is locked off, grout the tendon inside a second sheath.

Where restressable ground anchors are used, provide a restressable anchorage compatible with the post-tensioning system provided.

If multielement tendons are used, properly seat the wedges as recommended for the post-tensioning system provided.





**(e) Bearing plates.** Size the bearing plates so:

**(1)** The bending stresses in the plate do not exceed the yield strength of the steel when a load equal to 95 percent of the minimum specified ultimate tensile strength of the tendon is applied; and

**(2)** The average bearing stress of the bearing plate does not exceed that recommended in section 3.1.7 of the PTI, *Guide Specification for Post-Tensioning Materials.*

Weld trumpet to bearing plate. Make the inside diameter of the trumpet equal to or larger than the hole in the bearing plate. Make the trumpet long enough to accommodate movements during stressing and testing. For multielement tendons with encapsulation over the unbonded length, make the trumpet long enough to enable the tendon to make a transition from the diameter of the tendon in the unbonded length to the diameter of the tendon at the anchorhead without damaging the encapsulation. Fill the trumpet of restressable ground anchors with corrosion-inhibiting grease. Provide a permanent Buna-N synthetic rubber seal or an approved equal between the trumpet and the unbonded length corrosion protection.

Fill the trumpets of non-restressable ground anchors with grout. Provide a 300-millimeter minimum tightly fitting temporary seal between the trumpet and the unbonded length corrosion protection.

**256.06 Storing and Handling.** Handle and store tendons in a manner to avoid damage or corrosion. Replace tendons exhibiting abrasions, cuts, welds, weld splatter, corrosion or pitting. Repair or replace any tendons exhibiting damage to encapsulation or sheathing. Degrease the bond length of tendons and remove solvent residue before installation.

**256.07 Installation.** Drill ground anchor holes within 300 millimeters of the required location. Drill the longitudinal axis of the drill hole parallel to the longitudinal axis of the tendon. Install the ground anchor within 3 degrees of the required inclination from horizontal. Install the ground anchor with a horizontal angle within 3 degrees of a line drawn perpendicular to the plane of the structure. Do not extend ground anchors beyond the right-of-way or easement limits.

000498



Insert the tendon in the drill hole to the required depth without driving or forcing. Where the tendon cannot be completely inserted, remove the tendon and clean or redrill the hole to permit insertion.

Use a positive displacement pump to grout tendons into drill holes using either a neat cement grout or a sand/cement grout. Use a grout pump equipped with a pressure gauge capable of measuring pressures of at least 1 megapascal or twice the actual grout pressure, whichever is greater. Use well-mixed grout that is free of lumps or other indications of prior cement hydration. Continuously agitate the grout during placement. Place the grout in one continuous operation.

Inject the grout from the lowest point of the drill hole. The grout may be placed either before or after insertion of the tendon. Record the quantity of the grout and the grout pressure for each ground anchor. Control the grout pressures to avoid excessive heaving or fracturing.

Except as indicated below, the grout above the top of the bond length may be placed at the same time as the bond length grout, but it shall not be placed under pressure. Do not place grout at the top of the drill hole in contact with the back of the structure or the bottom of the trumpet.

If the ground anchor is installed in a fine-grained soil using drill holes larger than 150 millimeters in diameter, place the grout above the top of the bond length after the ground anchor has been tested and stressed. The entire drill hole may be grouted at one time if it can be demonstrated that the ground anchor does not derive a significant portion of its load-carrying capacity from the soil above the bond length.

Use pressure grouting for grout protected tendons anchored in rock. After sealing the drill hole, pressure inject grout until a 0.3 megapascal grout pressure at the top of the drill hole is maintained for 5 minutes.

After grouting is complete, fill the grout tube with grout if it will remain in the hole. Wait a minimum of 3 days before loading the tendon.

Extend the corrosion protection surrounding the unbonded length up beyond the bottom seal of the trumpet or 300 millimeters into the trumpet if no trumpet seal is provided.





Trim the corrosion protection surrounding the unbonded length of the tendon as necessary so that it does not contact the bearing plate of the anchorhead during testing and stressing.

Place the bearing plate and anchorhead so the axis of the tendon is within 3 degrees of perpendicular to the bearing plate and the axis of the tendon passes through the center of the bearing plate without bending the tendon.

If grout protected tendons or fusion-bonded epoxy encapsulations are used, electronically isolate the bearing plate, anchorhead, and trumpet from the surrounding concrete, soldier pile, or any metallic element embedded in the structure.

Place trumpet grease any time during construction. Place trumpet grout after the ground anchor has been tested and stressed.

Completely cover all anchorages permanently exposed to the atmosphere with a corrosion inhibiting grease or grout.

**256.08 Testing and Stressing.** Test each ground anchor using a maximum test load not to exceed 80 percent of the minimum ultimate tensile strength of the tendon. Simultaneously apply the test load to the entire tendon and all elements of multielement tendons.

**(a) Testing equipment.** The testing equipment shall consist of:

**(1)** A dial gauge or vernier scale capable of measuring to 0.025 millimeter. Use a movement-measuring device having a minimum travel equal to the theoretical elastic elongation of the total anchor length at the maximum test load. Use a device with sufficient travel so the anchor movement is measured without resetting the device.

**(2)** A hydraulic jack and pump. Use a jack and a calibrated pressure gauge to measure the applied load. Have the jack and pressure gauge calibrated as a unit by an independent firm within 45 days of the start of ground anchor work. Use a pressure gauge graduated in 1 megapascal increments or less. Use a jack having a minimum ram travel equal to the theoretical elastic elongation of the total anchor length at the maximum test load.

000499



(3) A calibrated reference gauge. Have the reference gauge calibrated with the test jack and pressure gauge. Keep it at the project site.

**(b) Performance tests.** Place stressing equipment over the ground anchor tendon so that the jack, bearing plates, load cells, and stressing anchorage are axially aligned with the tendon and the tendon is centered within the equipment.

Performance test 5 percent of the ground anchors or a minimum of 3 anchors, whichever is greater, at each separate structure. The CO will select the ground anchors to be performance tested.

Perform the performance test as indicated in Table 256-1.

Raise the load from one increment to another immediately after recording the ground anchor movement. Measure and record the ground anchor movement to the nearest 0.025 millimeter with respect to an independent fixed reference point at the alignment load and at each load increment. Monitor the load with a pressure gauge. Place the reference pressure gauge in series with the pressure gauge during each performance test. If the load measured by the pressure gauge and the load measured by the reference pressure gauge differ by more than 10 percent, recalibrate the jack, pressure gauge, and reference pressure gauge. At load increments other than the maximum test load, hold the load just long enough to obtain the movement reading.

**Table 256-1**
**Performance Test Load Sequence**

| Test Sequence | Test Load Increment | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | A | 0.25D | 0.50D | 0.75D | 1.00D | 1.20D | 1.33D | Reduce to Lock-Off Load |
| 1 | • | • | | | | | | |
| 2 | • | • | • | | | | | |
| 3 | • | • | • | • | | | | |
| 4 | • | • | • | • | • | | | |
| 5 | • | • | • | • | • | • | | |
| 6 | • | • | • | • | • | • | • | • |

Note: A = Alignment load and D = Design load





Hold the maximum test load for a minimum of 10 minutes. Repump the jack as necessary in order to maintain a constant load. Begin the load-hold period as soon as the maximum test load is applied.

Measure and record the ground anchor movement at 1, 2, 3, 4, 5, 6, and 10 minutes. If the ground anchor movement between 1 and 10 minutes exceeds 1 millimeter, continue holding the maximum test load and record ground anchor movement at 15, 20, 25, 30, 45, and 60 minutes.

Plot the ground anchor movement versus the maximum load for each test sequence in Table 256-1 and plot the residual movement of the tendon at each alignment load versus the highest previously applied load.

**(c) Proof tests.** Proof test all ground anchors which are not performance tested. Perform the proof test as indicated in Table 256-2.

Raise the load from one increment to another immediately after recording the ground anchor movement. Measure and record the ground anchor movement to the nearest 0.025 millimeter with respect to an independent fixed reference point at the alignment load and at each load increment. Monitor the load with a pressure gauge.

Hold the maximum test load for a minimum of 10 minutes. Repump the jack as necessary in order to maintain a constant load. Begin the load-hold period as soon as the maximum test load is applied.

Measure and record the ground anchor movement at 1, 2, 3, 4, 5, 6, and 10 minutes. If the anchor movement between 1 and 10 minutes exceeds 1 millimeter, continue holding the maximum test load and record anchor movements at 15, 20, 25, 30, 45, and 60 minutes.

**Table 256-2**
**Proof Test Load Sequence**

| Test Load Increment | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | 0.25D | 0.50D | 0.75D | 1.00D | 1.20D | 1.33D | Reduce to Lock-Off Load |
| • | • | • | • | • | • | • | • |

Note: A = Alignment load and D = Design load

000500



Plot the ground anchor movement versus load for each load increment in Table 256-2.

**(d) Lock off.** Upon completion of performance and proof tests, reduce the load to the specified lock-off load and transfer the load to the anchorage device. After transferring the load and before removing the jack, measure the lift-off load. If the load is not within 10 percent of the specified lock-off load, reset the anchorage and remeasure the lift-off load. Repeat as necessary.

**256.09 Acceptance.** Material for ground anchors will be evaluated under Subsections 106.02 and 106.03.

Construction of ground anchors and services will be evaluated under Subsections 106.02 and 106.04.

Installed ground anchors will be evaluated based on one of the following performance or proof test results:

**(a)** After a 10-minute hold, the ground anchor carries the maximum test load with less than 1 millimeter of movement between 1 and 10 minutes and the total movement at the maximum test load exceeds 80 percent of the theoretical elastic elongation of the unbonded length.

**(b)** After a 60-minute hold, the ground anchor carries the maximum test load with a creep rate that does not exceed 2-millimeter/log cycle of time and the total movement at the maximum test load exceeds 80 percent of the theoretical elastic elongation of the unbonded length.

Replace all ground anchors with unacceptable performance or proof test results. Do not retest failed ground anchors.

## Measurement

**256.10** Measure ground anchors by the each.

Measure performance tests that indicate acceptable installations by the each.





## Payment

**256.11** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 25601 Ground anchor | Each |
| 25602 Performance test | Each |