000501

# Section 257.— ALTERNATE RETAINING WALLS

## Description

**257.01** This work consists of constructing various types of retaining walls at the Contractor's option. The alternate wall types are gabions, crib walls, mechanically stabilized earth walls, permanent ground anchor walls, and reinforced concrete retaining walls.

## Material

**257.02** Conform to the following Sections:

| | |
|---|---|
| Crib walls | 254 |
| Driven piles | 551 |
| Gabions | 253 |
| Mechanically stabilized earth walls | 255 |
| Permanent ground anchors | 256 |
| Reinforced concrete retaining walls | 258 |
| Reinforcing steel | 554 |
| Structural concrete | 552 |

## Construction Requirements

**257.03 General.** The designer/supplier furnishing the proposed wall is responsible for the stability of the wall. Do not qualify the responsibility for the design or restrict the use of the drawings or calculations for the proposed alternate. Indemnify the Government from all claims for infringement of proprietary rights by others without the consent of the patent holders or licensees.

**257.04 Submittal.** Submit a proposal using any of the wall types listed. Submit wall type proposals on a site-by-site basis. Different types may be used at individual sites on the project.

Survey according to Section 152 and verify the limits of the wall installation. Provide drawings of the proposed wall according to Subsection 104.03 within 120 days of the notice to proceed and at least 90 days before starting wall construction.

All drawings shall be signed by a licensed professional engineer.





Include all details, dimensions, quantities, ground profiles, and cross-sections necessary to construct the wall. Submit design calculations on sheets about 200 by 300 millimeters in size with the project number, wall location, designation, date of preparation, initials of designer and checker, and page number at the top of the page.

Provide an index page with the design calculations. The drawings shall include, but not be limited to, the following items:

(a) Plan and elevation drawings for each wall containing the following:

(1) A plan view of the wall identifying:

*(a)* Offset from the construction centerline to the face of the wall at its base at all changes in horizontal alignment
*(b)* Limit of widest module, mesh, strip, or anchor
*(c)* Centerline of any drainage structure or drainage pipe behind, passing through, or passing under the wall

(2) An elevation view of the wall identifying:

*(a)* Elevation at the top of the wall, at all horizontal and vertical break points, and at least every 10 meters along the wall
*(b)* Elevations at the wall base, the top of leveling pads and footings, or the bottom of soldier piles
*(c)* Wall batter
*(d)* Distance along the face of the wall to all steps in the wall base, footings, leveling pads, or lagging
*(e)* Type of panel or depth of module or lagging
*(f)* Length and type of mesh, strips, or anchors
*(g)* Distance along the face of the wall to where changes in length of the mesh, strips, or anchors occur
*(h)* Original and final ground line

(3) General notes for constructing the wall.

(4) Horizontal and vertical curve data affecting the wall. Match lines or other details to relate wall stationing to centerline stationing.

(5) A listing of the summary of quantities on the elevation drawing of each wall.

000502



(b) Dimensions and schedules of all reinforcing steel including reinforcing bar bending details, dowels, and/or studs for attaching the facing.

(c) Details and dimensions for foundations and leveling pads including steps in the footings or leveling pads.

(d) Details and dimensions for all:

(1) Panels, modules, soldier piles, and lagging necessary to construct the element

(2) Reinforcing steel in the element

(3) Location of mesh, strip attachment, or anchor devices embedded in the panels

(4) Anchors and soldier piling including the spacing and size of piles and the spacing and angle of anchors

(e) Details for constructing walls around drainage facilities.

(f) Details for terminating walls and adjacent slope construction.

(g) Architectural treatment details.

(h) Design notes including an explanation of any symbols and computer programs used in the design of the walls. Specify the factors of safety for sliding, pullout, and overturning. Specify the bearing pressure beneath the wall footing, stabilized earth mass, or soldier piles.

(i) Verification of design criteria for the site specific wall locations with test procedures, results, and interpretations. Include results from creep, durability, construction induced damage, and junction strength tests.

(j) Other design calculations.

Process all submissions through the Contractor unless the Contractor gives written permission for the wall designer/supplier and the CO to communicate directly.





Submit 3 sets of the wall drawings with the initial submission. One set will be returned with any indicated corrections. If revisions are necessary, make the necessary corrections and resubmit 3 revised sets.

When the drawings are accepted, furnish 5 sets and a mylar sepia set of the drawings.

**257.05 Construction.** Construct the wall according to the accepted drawings and the following Sections, as applicable:

(a) **Gabions.** Section 253.

(b) **Crib walls.** Section 254.

(c) **Mechanically stabilized earth walls.** Section 255.

(d) **Permanent ground anchor walls.** Sections 256, 551, and 552.

(e) **Reinforced concrete retaining walls.** Section 258.

Revise the drawings when plan dimensions are revised due to field conditions or for other reasons.

**257.06 Acceptance.** Material for alternate retaining walls will be evaluated under Subsection 106.02, 106.03, or 106.04 according to the applicable sections listed in Subsection 257.05.

Construction of alternate retaining walls and services will be evaluated under Subsections 106.02 and 106.04 according to the applicable sections listed in Subsection 257.05.

Structure excavation and backfill will be evaluated under Section 209.

## Measurement

**257.07** Measure alternate retaining walls by the lump sum.

Measure foundation fill under Section 208.

000503



## Payment

**257.08** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

When plan dimensions are changed by the CO during construction to account for field conditions, the lump sum price of the wall will be adjusted by applying a calculated per square meter cost adjustment factor to the added or decreased wall front face area resulting from the change.

The adjustment factor will be determined by dividing the lump sum price bid for each wall by its estimated area shown in the pay item.

The alternate retaining wall lump sum will be paid based on the progress of the work under this Section.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 25701 Alternate retaining wall ___*(location)*___, (___*(estimated)*___ $m^2$) | Lump sum |



# Section 258.— REINFORCED CONCRETE RETAINING WALLS

## Description

**258.01** This work consists of constructing reinforced concrete retaining walls.

## Material

**258.02** Conform to the following Sections and Subsections:

| | |
|---|---|
| Concrete | 552 |
| Forms and falsework | 562 |
| Joint fillers and sealants | 712.01 |
| Reinforcing steel | 709.01 |
| Structural backfill | 704.04 |
| Tie bars, dowel bars, and hook bolts | 709.01 |

## Construction Requirements

**258.03 General.** Survey according to Section 152 and verify the limits of the wall installation. Prepare and submit forms and falsework drawings according to Section 562. Perform the work under Section 209.

**258.04 Reinforcing Steel.** Submit all order lists and bending diagrams according to Subsections 104.03 and 554.03. Fabricate reinforcing steel according to Subsection 554.05. Ship and protect material according to Subsections 554.04 and 554.06. Place, fasten, and splice reinforcing steel according to Subsections 554.08 and 554.09.

**258.05 Structural Concrete.** Design concrete mixture according to Subsection 552.03. Store, handle, batch, and mix material and deliver concrete according to Subsections 552.04 through 552.08. Provide quality control according to Section 153 and Subsection 552.09. Construct wall according to Subsections 552.10 through 552.16.

**258.06 Backfilling.** Backfill the area behind the wall with structural backfill according to Subsection 209.10. Compact each layer according to Subsection 209.11, except use an approved lightweight mechanical or vibratory compactor within one meter of the wall.

**258.07 Acceptance.** Reinforced concrete retaining wall material, construction, and services will be evaluated as follows:

Survey work will be evaluated under Section 152.

Forms and falsework drawings will be evaluated under Section 562.

Structure excavation and backfill will be evaluated under Section 209.

Concrete will be evaluated under Section 552.

Reinforcing steel will be evaluated under Section 554.

Material for joint fillers, sealants, tie bars, dowel bars, and hook bolts will be evaluated under Subsections 106.02 and 106.03.

## Measurement

**258.08** Measure reinforced concrete retaining walls by the cubic meter in the structure, by the square meter, or by the meter. Include the volume of footings in the cubic meter measurement. Determine the square meter area from the length of the front wall face and the height excluding footings. Determine the meter length along the top of the wall.

Measure foundation fill under Section 208.

## Payment

**258.09** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement adjusted according to Subsection 106.05 for the pay items listed below that are shown on the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.





The accepted quantities of reinforced concrete retaining wall will be paid for at the contract unit bid price multiplied by an adjusted pay factor ($PFa$) determined as follows:

$$PFa = 1 - 0.5\,(1 - PF)$$

Where

$PF$ = Pay factor for concrete as determined under Section 552.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 25801 Reinforced concrete retaining wall | Square meter |
| 25802 Reinforced concrete retaining wall | Meter |
| 25803 Reinforced concrete retaining wall | Cubic meter |

000505

# DIVISION 300
# Aggregate Courses

000506

# Section 301.— UNTREATED AGGREGATE COURSES

## Description

**301.01** This work consists of constructing one or more courses of aggregate on a prepared surface.

Subbase and base aggregate grading is designated as shown in Table 703-2.

## Material

**301.02** Conform to the following Subsections:

| | |
|---|---|
| Aggregate | 703.05 |
| Water | 725.01 |

## Construction Requirements

**301.03 General.** Prepare the surface on which the aggregate course is placed according to Section 204 or 303 as applicable.

After a representative quantity of aggregate is produced, submit proposed target values for the appropriate sieve sizes along with a representative 150-kilogram sample at least 14 days before incorporating the aggregate into the work.

Set target values within the gradation ranges shown in Table 703-2 or 703-3 for the required grading.

**301.04 Mixing and Spreading.** Determine the optimum moisture content according to AASHTO T 180 method D. Mix the aggregate and adjust the moisture content to obtain a uniform mixture with a moisture content within 2 percent of the optimum moisture content. Spread and shape the mixture on the prepared surface in a uniform layer.

Do not place the mixture in a layer exceeding 150 millimeters in compacted thickness. When more than one layer is necessary, compact each layer according to Subsection 301.05 before placing the next layer. Route hauling equipment uniformly over the full width of the surface to minimize rutting or uneven compaction.





**301.05 Compacting.** Determine the maximum density of the mixture according to AASHTO T 180 method D.

Compact each layer full width. Roll from the sides to the center, parallel to the centerline of the road. Along curbs, headers, walls, and all places not accessible to the roller, compact the material with approved tampers or compactors.

Compact each layer to at least 95 percent of maximum density. Determine the inplace density and moisture content according to AASHTO T 238 and AASHTO T 239 or other approved test procedures.

**301.06 Surface Tolerance.** If grade finishing stakes are required, finish the surface to within ±10 millimeters from staked line and grade elevation.

If grade finishing stakes are not required, shape the surface to the required template and check the surface with a 3-meter straightedge. Defective areas are surface deviations in excess of 15 millimeters in 3 meters between any two contacts of the straightedge with the surface.

Correct all defective areas by loosening the material, adding or removing material, reshaping, and compacting.

**301.07 Maintenance.** Maintain the aggregate course to the correct line, grade, and cross-section by blading, watering, rolling, or any combination thereof until placement of the next course. Correct all defects according to Subsection 301.06.

**301.08 Acceptance.** Aggregate gradation and surface course plasticity index will be evaluated under Subsection 106.05. Other aggregate quality properties will be evaluated under Subsections 106.02 and 106.04. See Table 301-1 for minimum sampling and testing requirements.

**(a) Aggregate gradation.** The upper and lower specification limits are the approved target values plus or minus the allowable deviations shown in Tables 703-2 and 703-3. See Table 301-1 for the acceptance quality characteristic categories.

**(b) Plasticity index.** The upper and lower specification limits for surface courses are shown in Table 703-3. See Table 301-1 for the acceptance quality characteristic category.

Construction of untreated aggregate courses will be evaluated under Subsections 106.02 and 106.04. See Table 301-1 for minimum sampling and testing requirements.

Preparation of the surface on which the aggregate course is placed will be evaluated under Section 204 or 303 as applicable.

## Measurement

**301.09** Measure aggregate by the metric ton, by the square meter, or by the cubic meter in the hauling vehicle. Measure square meter width horizontally to include the top of aggregate width and allowable curve widening. Measure the square meter length horizontally along the centerline of the roadway.

## Payment

**301.10** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement adjusted according to Subsection 106.05 for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| | **Pay Item** | **Pay Unit** |
|---|---|---|
| 30101 | Aggregate base grading ___ | Metric ton |
| 30102 | Aggregate base grading ___, ___ millimeter depth | Square meter |
| 30103 | Aggregate base grading ___ | Cubic meter |
| 30104 | Subbase grading ___ | Metric ton |
| 30105 | Subbase grading ___, ___ millimeter depth | Square meter |
| 30106 | Subbase grading ___ | Cubic meter |
| 30107 | Aggregate surface course | Metric ton |
| 30108 | Aggregate surface course, ___ millimeter depth | Square meter |
| 30109 | Aggregate surface course | Cubic meter |





**Table 301-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Category | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|---|
| Subbase and Base courses | Gradation (1) —<br>9.5 mm<br>4.75 mm<br>75 µm<br>Other specified sieves | <br>I<br>I<br>I<br>II | AASHTO T 11 and AASHTO T 27 | 1 sample per 1000 t | From the windrow or roadbed after processing |
| | Liquid limit | I | AASHTO T 89 | 1 sample per 3000 t | From the windrow or roadbed after processing |
| | Moisture-Density (maximum density) | I | AASHTO T 180 method D | 1 for each aggregate grading produced | Production output or stockpile |
| | Inplace density and moisture content | I | AASHTO T 238 and AASHTO T 239 or other approved procedures | 1 for each 500 t | Inplace completed compacted layer |

(1) Use only sieves indicated for the specified gradation.

continued



000507

000508



**Table 301-1 (continued)**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Category | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|---|
| Surface course aggregate | Gradation (1) —<br>4.75 mm<br>425 µm<br>75 µm<br>Other specified sieves | <br>I<br>I<br>I<br>II | AASHTO T 11 and AASHTO T 27 | 1 sample per 1000 t | From the windrow or roadbed after processing |
| | Plasticity index | I | AASHTO T 90 | 1 sample per 1000 t | From the windrow or roadbed after processing |
| | Moisture-Density (maximum density) | — | AASHTO T 180 method D | 1 for each aggregate grading produced | Production output or stockpile |
| | Inplace density and moisture content | — | AASHTO T 238 and AASHTO T 239 or other approved procedures | 1 for each 500 t | Inplace completed compacted layer |

(1) Use only sieves indicated for the specified gradation.



# Section 302.— TREATED AGGREGATE COURSES

## Description

**302.01** This work consists of constructing one or more courses of an aggregate and cement mixture or an aggregate, fly ash, lime, and/or cement (AFLC) mixture on a prepared roadbed.

Treated aggregate courses are designated as cement or AFLC.

Aggregate grading is designated as shown in Table 703-2.

## Material

**302.02** Conform to the following Subsections:

| | |
|---|---|
| Aggregate | 703.05 |
| Blotter | 703.13 |
| Chemical admixture (set-retarding) | 711.03 |
| Emulsified asphalt | 702.03 |
| Fly ash | 725.04 |
| Lime | 725.03 |
| Portland cement | 701.01 |
| Water | 725.01 |

## Construction Requirements

**302.03 Proportioning.** Submit a treated aggregate course mix design 30 days before production.

Provide a minimum average compressive strength of 3.45 megapascals with no single test lower than 2.75 megapascals. Mold, cure, and test samples of the AFLC mixture according to ASTM C 593, parts 10 and 11 except revise the curing period from 7 to 28 days at 38±2 °C.

For aggregate and cement mixtures, meet the design parameters in Table 302-1.

**Table 302-1**
**Range of Aggregate/Cement Mix Design Parameters**

| Material | Percent(1) |
|---|---|
| Aggregate | 90 - 96 |
| Portland cement | 4 - 10 |

(1) By mass of total dry mix.

For AFLC mixtures, meet the design parameters in Table 302-2.

**Table 302-2**
**Range of AFLC Mix Design Parameters**

| Material | Percent(1) |
|---|---|
| Aggregate | 75 - 92 |
| Fly ash | 6 - 20 |
| Lime and/or portland cement | 2 - 5 |

(1) By mass of total dry mix.

Include the following with the mix design, as applicable:

(a) Source of each component material
(b) Results of the applicable tests
(c) Target values for each aggregate sieve size specified as applicable
(d) 90-kilogram sample of aggregate
(e) 25-kilogram sample of fly ash
(f) 10-kilogram sample of lime
(g) 10-kilogram sample of portland cement
(h) 2-kilogram sample of the retarder or other admixtures

Begin production only after the mix design is approved. Furnish a new mix design if there is a change in a material source.





**302.04 General.** Store chemical additives and admixtures in closed, weatherproof containers. Prepare the surface on which the treated aggregate course is placed according to Section 204 or 303 as applicable. Determine the optimum moisture content according to AASHTO T 180 method D.

**302.05 Mixing.** Do not begin mixing operations when the atmospheric temperature is expected to fall below 4 °C within 48 hours. Do not place a treated aggregate course when the underlying surface is frozen, muddy, or when it is raining or snowing.

Mix the components with suitable equipment until a uniform mixture is obtained. During mixing, add sufficient water to obtain the optimum moisture content for compaction plus 2 percent.

Equip the mixer with batching or metering devices for proportioning the components either by mass or volume. Maintain the accuracy of the amounts of aggregate, chemical additives, and water (based on total dry mass) within the following tolerances:

| | |
|---|---|
| Aggregate | ±2.0% by mass |
| Fly ash | ±1.5% by mass |
| Lime or cement | ±0.5% by mass |
| Retarder or other additive | ±2.0% by mass |
| Water | ±2.0% by mass |

A retarder may be used to slow initial set for a maximum of 2 hours. Dissolve retarder in water and uniformly add the solution to the mixture.

When a central plant is used, transport the mixture in vehicles that maintain moisture content and prevent segregation and loss of the fine material.

**302.06 Placing, Compacting, and Finishing.** Place, compact, and finish the treated aggregate course according to Subsections 301.04, 301.05, and 301.06. Maintain the moisture content (±2 percent of optimum) during placing and finishing.

Do not leave any treated aggregate that has not been compacted undisturbed for more than 30 minutes. Complete the compaction and finishing within 1 hour (longer with a retarder) from the time water is added to the mixture. Make the compacted surface smooth, dense, and free of compaction planes, ridges, or loose material.

000510



If the time between placing adjacent partial widths exceeds 30 minutes, provide a construction joint.

**302.07 Construction Joints.** For lime and fly ash mixtures, tie each day's operation into the completed work of the previous day by remixing approximately 0.5 meters of the completed course before processing additional sections. Add 50 percent of the original amount of lime or fly ash to the remixed material.

For cement mixtures or when a lime or fly ash mixture remains undisturbed for more than 24 hours, make a transverse construction joint by cutting back into the completed work to form an approximately vertical face.

**302.08 Curing.** Do not allow traffic on the treated aggregate course. Keep the completed layer or course continuously moist until the next layer or course is placed. Apply water under pressure through a spray bar equipped with nozzles producing a fine, uniform spray. Place and compact the next layer or course within 7 days after compacting and finishing the treated aggregate course.

Placement of the next course may be deferred up to 21 days by sealing the surface with rapid setting emulsified asphalt. Do not seal intermediate layers of a course. Keep surface continuously moist for at least 7 days after compacting and finishing. After the 7 days, apply undiluted CRS-2 or RS-2 emulsified asphalt at a rate of 1.1 liters per square meter according to Section 409. Provide a continuous film over the surface. If the surface is opened to public traffic, furnish and apply blotter according to Section 411.

If the treated aggregate course looses stability, density, or finish before placement of the next course or acceptance of the work, reprocess, recompact, and add additives as necessary to restore the strength of the damaged material. Reapply the emulsified asphalt seal where the continuous film is damaged.

**302.09 Acceptance.** Fly ash, lime, cement, and chemical admixtures will be evaluated under Subsections 106.02 and 106.03. Emulsified asphalt will be evaluated under Subsections 106.03 and 702.09.





Aggregate gradation will be evaluated under Subsection 106.05. The aggregate gradation upper and lower specification limits are the approved target values plus or minus the allowable deviations shown in Table 703-2. Other aggregate quality properties will be evaluated under Subsections 106.02 and 106.04. See Table 302-3 for the acceptance quality characteristic categories and minimum sampling and testing requirements.

Construction of treated aggregate courses will be evaluated under Subsections 106.02 and 106.04. See Table 302-3 for minimum sampling and testing requirements.

Preparation of the surface on which the treated aggregate course is placed will be evaluated under to Section 204 or 303 as applicable.

Emulsified asphalt seal will be evaluated under Section 409.

Blotter will be evaluated under Section 411.

## Measurement

**302.10** Measure treated aggregate course by the metric ton or by the square meter. Measure square meter width horizontally to include the top of aggregate width and allowable curve widening. Measure the square meter length horizontally along the centerline of the roadway.

Measure fly ash, lime, and cement by the metric ton.

Measure emulsified asphalt under Section 409.

Measure blotter under Section 411.

## Payment

**302.11** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement adjusted in according to Subsection 106.05 for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 30201 ____ treated aggregate course grading ____ | Metric ton |
| 30202 ____ treated aggregate course grading ____, ____ millimeter depth | Square meter |
| 30203 Cement | Metric ton |
| 30204 Fly ash | Metric ton |
| 30205 Lime | Metric ton |



**Table 302-3**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Category | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|---|
| Aggregate | Gradation [1] —<br>9.5 mm<br>4.75 mm<br>75 µm<br>Other specified sieves | <br>I<br>I<br>I<br>II | AASHTO T 11 and AASHTO T 27 | 1 sample per 1000 t | From the windrow or roadbed after processing |
| | Liquid limit | — | AASHTO T 89 | 1 sample per 3000 t | From the windrow or roadbed after processing |
| Mixture | Moisture-Density (maximum density) | — | AASHTO T 180 method D | 1 for each aggregate grading produced | Processed material before incorporated into the work |
| | Inplace density and moisture content | — | AASHTO T 238 and AASHTO T 239 or other approved procedures | 1 for each 500 t | Inplace completed compacted layer |

(1) Use only sieves indicated for the specified gradation.

000512

# Section 303.— ROAD RECONDITIONING

## Description

**303.01** This work consists of reconditioning graded roadbeds, aggregate surfaces, or asphalt surfaces. This work also includes cleaning and reshaping shoulders, ditches, and culvert inlets and outlets.

## Material

**303.02** Conform to the following Sections and Subsection:

| | |
|---|---|
| Crack sealant | 414 |
| Crushed aggregate | 308 |
| Minor cold asphalt mix | 417 |
| Minor crushed aggregate | 308 |
| Minor hot asphalt concrete | 402 |
| Water | 725.01 |

## Construction Requirements

**303.03 General.** Remove all slide material, vegetation, and other debris from the existing roadbed or surface including parking areas, turnouts, other widened areas, shoulders, ditches, and culvert inlets and outlets. Clean and reshape ditches and culvert inlets and outlets as required. Dispose of material removed according to Section 203.05.

**303.04 Graded Roadbed.** Cut to grade any high areas in the roadbed and haul and deposit the resulting material in low areas. Construct embankments to bring the width and surface of the roadbed to finished subgrade according to Subsection 204.10. Remove all organic, deleterious, or oversize material larger than 150 millimeters from the top 150 millimeters of the roadbed.

Repair soft and unstable areas according to Subsection 204.07. Dispose of excess material according to Subsection 204.14.





**303.05 Aggregate Surfaces.** Repair soft and unstable areas according to Subsection 204.07. Repair the aggregate surface according to Subsection 301.07.

**303.06 Asphalt Surfaces.** Recondition asphalt surfaces as follows:

**(a) Patching.** Remove and dispose of unsuitable material that shows evidence of distress, excess asphalt material, or settlement in the subgrade. Patch the areas with approved material that conforms to and is compatible with the adjacent pavement structure. Perform the patch work according to Section 308, 402, 417, or other sections as applicable for the layer or courses being repaired.

**(b) Crack sealing.** Clean and seal cracks in the existing asphalt surface according to Subsection 414.05.

**(c) Preleveling.** Correct surface irregularities exceeding 150 millimeters in depth with a specified aggregate. Place and compact the aggregate according to Subsections 301.04 and 301.05.

Prelevel other dips, depressions, sags, excessive or nonexistent crown, or other surface irregularities with asphalt concrete according to Section 402. Spread and compact the asphalt concrete in layers parallel to the grade line not to exceed 50 millimeters in compacted depth.

**303.07 Finishing Road Surfaces.**

**(a) Graded roadbeds.** Blade, shape, compact, and finish the roadbed, including parking areas, turnouts, and other widened areas. Correct irregularities in the surface by scarifying the defective area and reworking. Compact according to Subsection 204.11. Finish the roadbed to the required line, grade, elevation, and cross-section.

**(b) Aggregate surfaces.** Perform the work under Subsection 303.07(a). Finish the surface according to Subsection 301.06. Compact the surface according to Subsection 301.05.

000513



**(c) Asphalt surfaces.** Clean the existing surface of all loose material, dirt, or other deleterious substances by approved methods.

**303.08 Scarification.** When required by the contract, scarify the material to the designated depth and width. Pulverize all lumps to a size one and one half times the maximum sized aggregate or to 40 millimeters, whichever is greater. Mix, spread, compact, and finish the material according to Section 301.

**303.09 Acceptance.** Material for road reconditioning will be evaluated under the applicable section furnished.

Road reconditioning will be evaluated under Subsection 106.02 and 106.04.

Roadbed finishing will be evaluated under Section 204.

Aggregate surfaces will be evaluated under Section 301 or 308.

Asphalt surfaces will be evaluated under Section 402 or 417.

Crack sealing will be evaluated under Section 414.

## Measurement

**303.10** Measure road reconditioning by the kilometer or by the square meter. Measure the square meter area on a horizontal plane. Measure to the intersection of the roadway with natural ground (approximate slope stake location). Do not measure isolated areas less than 20 square meters for payment.

Measure removal and disposal of unsuitable material under Section 203.

Measure crack sealing under Section 414.

Measure aggregate for patching and leveling under Section 308.

Measure asphalt material for patching and leveling under Section 402 or 417.





## Payment

**303.11** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 30301 | Road reconditioning | Kilometer |
| 30302 | Road reconditioning | Square meter |
| 30303 | Road reconditioning, scarify ____ millimeter depth | Kilometer |
| 30304 | Road reconditioning, scarify ____ millimeter depth | Square meter |

000514



# Section 304.— AGGREGATE STABILIZATION

## Description

**304.01** This work consists of processing and incorporating fly ash, lime, or portland cement into the upper layer of a previously constructed aggregate course.

## Material

**304.02** Conform to the following Subsections:

| | |
|---|---|
| Blotter | 703.13 |
| Chemical admixtures (set-retarding) | 711.03 |
| Emulsified asphalt | 702.03 |
| Fly ash | 725.04 |
| Lime | 725.03 |
| Portland cement | 701.01 |
| Water | 725.01 |

## Construction Requirements

**304.03 General.** Store chemical additives and admixtures in closed, weatherproof containers. Recondition the aggregate course according to Subsections 303.03 and 303.05. Scarify the aggregate course to a depth of 100 millimeters according to Subsection 303.08. Size and shape the scarified aggregate to a windrow or blanket that is suitable for mixing. Determine the optimum moisture content and maximum density according to AASHTO T 180 method D.

**304.04 Application.** Apply additives when the scarified aggregate is at least 3 percent below optimum moisture content and at least 4 °C. Do not apply when excessive additive is lost to washing or blowing or when the air temperature is expected to fall below 4 °C within 48 hours.

Apply additives at the required rates by one of the following methods:

**(a) Dry method.** Uniformly apply the additives with an approved spreader. A motor grader is not an approved spreader. Apply water using approved methods to obtain the proper moisture content for mixing and compaction.





**(b) Slurry method.** Mix additives with water and apply as a thin water suspension or slurry using either trucks with approved distributors or rotary mixers. Equip the distributor truck or rotary mixer tank with an agitator to keep the additives suspended in water. Make successive passes over the material to obtain the moisture and additive content for mixing and compacting.

**304.05 Mixing.** Mix material to obtain a homogeneous friable mixture.

**(a) Lime and fly ash mixtures.** Add water and thoroughly mix to adjust the moisture content of the mixture to the optimum moisture content plus necessary hydration moisture. Hydration moisture is 1.5 percent for each percent of additive in the mixture. Complete the mixing within 6 hours of additive application. Cure the mixture for 2 to 4 days by keeping it moist.

After curing, remix the mixture until 95 percent of all the mixture, except rock, passes a 45 millimeter sieve and at least 50 percent of the mixture passes a 4.75 millimeter sieve when tested according to AASHTO T 27, in a nondried condition. Retarders may be added.

**(b) Cement mixtures.** Add water and thoroughly mix to adjust the moisture content of the mixture to 2 percent above the optimum moisture content. Complete the mixing within 2 hours of cement application.

Adjust the moisture content of the mixture to within 2 percent of the optimum moisture content.

**304.06 Compaction and Finishing.** Immediately after mixing, spread and compact the mixture to at least 95 percent of the maximum density. Determine the inplace density and moisture content according to AASHTO T 238 and AASHTO T 239 or other approved test procedures. Finish the stabilized aggregate so it is smooth and suitable for placing another course.

If the time between compacting adjacent partial widths exceeds 30 minutes or when tying into the previous work, provide a construction joint according to Subsection 302.07.