000515





**304.07 Curing.** Do not allow traffic on the stabilized aggregate. Keep the aggregate continuously moist until the next course is placed. Apply water under pressure through a spray bar equipped with nozzles producing a fine, uniform spray. Place the next course within 7 days after compacting and finishing the stabilized aggregate.

Placement of the next course may be deferred up to 21 days by sealing the surface with a rapid setting emulsified asphalt. Keep the surface continuously moist for at least 7 days after compacting and finishing. After the 7 days, apply undiluted CRS-2 or RS-2 emulsified asphalt at a rate of 1.1 liters per square meter according to Section 409. Provide a continuous film over the surface. If the surface is opened to public traffic, furnish and apply blotter according to Section 411.

If the stabilized aggregate looses stability, density, or finish before placement of the next course, reprocess, recompact, and add additives as necessary to restore the strength of the damaged material. Reapply the emulsified asphalt seal where the continuous film is damaged.

**304.08 Acceptance.** Material for blotter, chemical admixtures (retarder), fly ash, lime, portland cement, and water will be evaluated under Subsections 106.02 and 106.03. Emulsified asphalt will be evaluated under Subsections 106.03 and 702.09.

Aggregate stabilization work will be evaluated under Subsections 106.02 and 106.04. See Table 304-1 for minimum sampling and testing requirements.

Reconditioning of the aggregate course will be evaluated under Section 303.

Emulsified asphalt seal will be evaluated under Section 409.

Blotter will be evaluated under Section 411.

## Measurement

**304.09** Measure aggregate stabilization by the kilometer or by the square meter. Measure square meter width horizontally to include the top of aggregate width and allowable curve widening. Measure the square meter length horizontally along the centerline of the roadway.





Measure lime, cement, and fly ash by the metric ton.

Measure emulsified asphalt under Section 409.

Measure blotter under Section 411.

## Payment

**304.10** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 30401 | Aggregate stabilization | Kilometer |
| 30402 | Aggregate stabilization | Square meter |
| 30403 | Lime | Metric ton |
| 30404 | Cement | Metric ton |
| 30405 | Fly ash | Metric ton |

**Table 304-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Mixture | Moisture-Density | AASHTO T 180 method D | 1 for each mixture or change in material | Processed material before incorporated into the work |
| | Inplace density and moisture content | AASHTO T 238 and AASHTO T 239 or other approved procedures | 1 for each 2500 $m^2$ | Compacted material |



# Section 305.— AGGREGATE-TOPSOIL COURSE

## Description

**305.01** This work consists of furnishing and placing an aggregate, topsoil, and seed mixture on a prepared shoulder or other surface.

## Material

**305.02** Conform to the following Subsections:

| | |
|---|---|
| Aggregate | 703.14 |
| Seed | 713.04 |
| Topsoil | 713.01 |
| Water | 725.01 |

## Construction Requirements

**305.03 Preparing Surface.** Complete the adjoining pavement before placing an aggregate-topsoil mixture on the shoulder. Scarify the area where the mixture is to be placed to a depth of 75 millimeters. Reduce all clods and sod to a maximum size of 100 millimeters.

**305.04 Mixing, Placing, and Compacting.** Furnish a mixture of 50±10 percent aggregate and 50±10 percent topsoil by volume with sufficient water for compaction.

Mix the components into a uniform mixture. Spread the mixture on the prepared surface in a uniform layer. Shape the mixture to the line, grade, and cross-section. Remove all clods and stones greater than 50 millimeters in diameter. Before compaction, dry seed the mixture surface at a rate of 85 kilograms per hectare according to Section 625.

Determine maximum density of the mixture according to AASHTO T 99 method C. Compact the mixture to at least 90 percent of maximum density. Determine the inplace density according to AASHTO T 238 or other approved test procedures. After compaction, dry seed the surface again at a rate of 85 kilograms per hectare.



000516

000517



**305.05 Acceptance.** Aggregate for aggregate-topsoil will be evaluated under Subsections 106.02 and 106.04. See Table 305-1 for minimum sampling and testing requirements. Seed and topsoil will be evaluated under Subsections 106.02 and 106.03.

Construction of the aggregate-topsoil course will be evaluated under Subsections 106.02 and 106.04. See Table 305-1 for minimum sampling and testing requirements.

## Measurement

**305.06** Measure aggregate-topsoil course by the metric ton, by the square meter, or by the cubic meter in the hauling vehicle.

## Payment

**305.07** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown on the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| **Pay Item** | **Pay Unit** |
|---|---|
| 30501 Aggregate-topsoil course | Metric ton |
| 30502 Aggregate-topsoil course, ___ millimeter depth | Square meter |
| 30503 Aggregate-topsoil course | Cubic meter |





**Table 305-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Aggregate for aggregate-topsoil | Gradation | AASHTO T 27 and AASHTO T 11 | 1 for each 1500 t | Source of material or stockpile |
| Aggregate-topsoil mixture | Moisture-Density | AASHTO T 99 method C | 1 for each mixture or change in material | Processed material before incorporated into the work |
| | Inplace density and moisture content | AASHTO T 238 and AASHTO T 239 or other approved procedures | 1 for each 2500 $m^2$ | Compacted material |

Case 1:04-cv-01052-EJD Document 64-7 Filed 03/17/2006 Page 4 of 16
000518

## Description

**306.01** This work consists of furnishing and applying one or more applications of a dust palliative on a prepared surface.

## Material

**306.02** Conform to the following Subsections:

| | |
|---|---|
| Calcium chloride | 725.02 |
| Emulsified asphalt | 702.03 |
| Lignin sulfonate | 725.20 |
| Magnesium chloride | 725.02 |
| Water | 725.01 |

## Construction Requirements

**306.03 General.** Use distributor equipment conforming to Subsection 409.04, except heating capability is not required. Equip the distributor with a hose and nozzle for areas inaccessible to the distributor and for touch-up work. Do not apply a dust palliative when the weather is foggy or rainy or when rain is anticipated within 24 hours of application. Apply when the ambient air temperature is 4 °C or above.

Protect the surfaces of structures and trees from splatter or marring during application. Use multiple applications at a reduced rate if necessary to prevent runoff. Do not discharge dust palliative into streams.

**306.04 Preparation and Application.**

**(a) Emulsified asphalt.** Prepare the surface according to Subsection 303.07.

When a slow setting emulsified asphalt is used, dilute it with water until the emulsion contains $25 \pm 10$ percent residual asphalt. Before application, approval of the exact proportions is required. Thoroughly blend the emulsified asphalt with the added water before application. Apply according to Subsection 409.08.





**(b) Lignin sulfonate, calcium chloride, or magnesium chloride.** Prepare the roadbed by blading and shaping to leave 25 to 50 millimeters of relatively loose material on the surface. Water the loose material so it is visibly moist.

When lignin sulfonate is used, dilute it with water until the mixture contains $40 \pm 10$ percent lignin sulfonate by volume. When calcium chloride is used, make a water solution that contains $32 \pm 5$ percent chloride by mass. Before application, approval of the exact proportions is required. Thoroughly mix the components before application.

When magnesium chloride is used, apply the brine when the ambient air temperature is 15 °C or above.

Apply at a rate of 1.4 to 2.7 liters per square meter as approved. Compact the surface.

**306.05 Acceptance.** Dust palliative material (emulsified asphalt, lignin sulfonate, calcium chloride, and magnesium chloride) will be evaluated under Subsection 106.03.

When lignin sulfonate is furnished, the commercial certification shall include the following information for each shipment: date, identification number (truck, trailer, etc.), net mass, net volume at 15 °C, specific gravity at 15 °C, percent solids by weight, pH, base cation, and brand name.

Application of dust palliative will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**306.06** Measure dust palliative application by the kilometer or by the square meter.

Measure dust palliative material (emulsified asphalt, lignin sulfonate, calcium chloride, and magnesium chloride) by the metric ton.

000519





## Payment

**306.07** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 30601 | Dust palliative application | Kilometer |
| 30602 | Dust palliative application | Square meter |
| 30603 | Emulsified asphalt | Metric ton |
| 30604 | Lignin sulfonate | Metric ton |
| 30605 | Calcium chloride | Metric ton |
| 30606 | Magnesium chloride | Metric ton |



# Section 307. — STOCKPILED AGGREGATES

## Description

**307.01** This work consists of furnishing and placing aggregate in a stockpile at an existing site or at a new site constructed by the Contractor.

## Material

**307.02** Conform to the following Section:

| | |
|---|---|
| Aggregate | 703 |

Provide the gradation and quality requirements specified in the Section identified in the pay item.

## Construction Requirements

**307.03 Stockpile Site.** Prepare existing sites as necessary to accommodate the quantity of aggregate to be stockpiled.

Prepare new sites as follows:

**(a)** Clear and grub according to Section 201.
**(b)** Grade and shape the site to a uniform cross-section that drains.
**(c)** Compact the floor of the site with at least three passes using compaction equipment conforming to Subsection 204.11.
**(d)** Place, compact, and maintain a minimum 150-millimeter layer of crushed aggregate over the stockpile site and access roads for stabilization and to prevent contamination of the stockpiles.

**307.04 Stockpile.** Obtain site approval before stockpiling aggregates. Make the stockpiles neat and regular in shape. Make the side slopes no flatter than 1:1.5.

Build the stockpiles in layers not to exceed 1 meter in thickness. Complete each layer before depositing aggregates in the next layer.

000520



Construct stockpile layers by spreading aggregates with trucks or other approved pneumatic-tired equipment. Do not push aggregates into piles.

Do not dump the aggregate so any part of it runs down and over the lower layers in the stockpile. Do not drop aggregates from a bucket or spout in one location to form a cone-shaped pile.

Do not stockpile aggregate where traffic runs through the piles. When operating trucks on stockpiles, use plank runways, where required, to avoid tracking dirt or other foreign matter onto the stockpiled material.

Space stockpiles far enough apart or separate stockpiles by suitable walls or partitions to prevent the mixing of the different aggregate gradations.

After the stockpiled aggregate is measured and accepted and if the stockpile is for future use, cover the stockpile with an approved covering for protection from the weather.

**307.05 Acceptance.** Aggregate for stockpiling will be evaluated under the Section identified in the pay item.

Aggregate gradation and surface course plasticity index will be evaluated under Subsection 106.05. Other aggregate quality properties will be evaluated under Subsections 106.02 and 106.04.

Preparation of stockpile sites and construction of stockpiles will be evaluated under Subsections 106.02 and 106.04.

Clearing will be evaluated under Section 201.

## Measurement

**307.06** Measure stockpiled aggregate by the metric ton or by the cubic meter in place.

Measure preparation of stockpile sites by the hectare.





## Payment

**307.07** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule except the stockpiled aggregate contract unit bid price will be adjusted according to Subsection 106.05. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 30701 Stockpiled aggregate, Section ___ grading ___ | Metric ton |
| 30702 Stockpiled aggregate, Section ___ grading ___ | Cubic meter |
| 30703 Preparation of stockpile site | Hectare |

000521

# Section 308.— MINOR CRUSHED AGGREGATE

## Description

**308.01** This work consists of furnishing and placing crushed aggregate for bedding, backfill, and roadway aggregate courses.

The roadway aggregate compaction method is designated as shown in Subsection 308.05(a).

## Material

**308.02** Conform to the following Subsections:

| | |
|---|---|
| Crushed aggregate | 703.06 |
| Water | 725.01 |

## Construction Requirements

**308.03 Preparing Surface.**

**(a) Roadway aggregate.** Prepare the surface on which the aggregate course is placed according to Subsection 303.07.

**(b) Bedding and backfill aggregate.** Shape, compact, and finish the surface to the required lines, grade, elevation, and cross-section according to Section 209.

**308.04 Placing Crushed Aggregate.**

**(a) Roadway aggregate.** Mix the aggregate and adjust the moisture content to obtain a uniform mixture with a moisture content suitable for compaction. Spread and shape the mixture on the prepared surface in a uniform layer.

Do not place the mixture in a layer exceeding 150 millimeters in compacted thickness. When more than one layer is necessary, compact each layer according to Subsection 308.05(a) before placing the next layer.

**(b) Bedding and backfill aggregate.** Place and shape the mixture in layers that when compacted do not exceed 150 millimeters in depth.





**308.05 Compacting and Finishing Crushed Aggregate.**

**(a) Roadway aggregate.** Compact using the specified method. When no method is specified, use either method. Finish the surface according to Subsection 301.06.

**(1) Method 1.** Compact each layer according to Subsection 204.11(a). Roll from the sides to the center, parallel to the centerline of the road. Along curbs, headers, and walls, and all places not accessible to the roller, compact the material with approved tampers or compactors.

Compactive effort may be decreased if inplace densities show that less compactive effort is required under method 2.

**(2) Method 2.** Compact each layer according to 301.05.

**(b) Bedding and backfill aggregate.** Compact each layer according to Subsection 209.11.

**308.06 Acceptance.** Crushed aggregate will be evaluated under Subsections 106.02 and 106.03. Furnish a production certification including gradation and quality properties for each source.

Construction of roadway aggregate courses will be evaluated under Subsections 106.02 and 106.04. Method 2 compaction will be evaluated under Section 106.04. See Table 308-1 for sampling and testing requirements.

Placement of bedding and backfill aggregate will be evaluated under Subsection 106.02 and Section 209.

Preparation of the surfaces on which crushed aggregate is placed will be evaluated under Section 303 and 209 as applicable.

## Measurement

**308.07** Measure crushed aggregate by the cubic meter in the hauling vehicle, by the metric ton, or by the square meter.

## Payment

**308.08** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 30801 Roadway aggregate method ___ | Cubic meter |
| 30802 Roadway aggregate method ___ | Metric ton |
| 30803 Roadway aggregate method ___ | Square meter |
| 30804 Bedding and backfill aggregate | Cubic meter |
| 30805 Bedding and backfill aggregate | Metric ton |
| 30806 Bedding and backfill aggregate | Square meter |





### Table 308-1
### Sampling and Testing

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Crushed aggregate [1] | Moisture-Density | AASHTO T 180 method D | 1 for each aggregate supplied | Production output or stockpile. |
| | Inplace density and moisture content | AASHTO T 238 and AASHTO T 239 or other approved procedures | 1 for each 500 t (300 $m^3$) | Inplace completed compacted layer |

(1) Sampling and testing required for roadway aggregate method 2.



000522

000523

# Section 309. — EMULSIFIED ASPHALT TREATED BASE COURSE

## Description

**309.01** This work consists of constructing an emulsified asphalt treated base course on a prepared surface.

Base aggregate grading is designated as shown in Table 703-2.

## Material

**309.02** Conform to the following Subsections:

| | |
|---|---|
| Base course aggregate | 703.05 |
| Emulsified asphalt | 702.03 |
| Water | 725.01 |

## Construction Requirements

**309.03 General.** Prepare the surface on which the treated aggregate base course is placed according to Section 204 or 303 as applicable.

After a representative quantity of aggregate is produced, submit proposed target values for the appropriate sieve sizes along with a representative 150-kilogram sample at least 14 days before incorporating the aggregate into the work.

Set target values within the gradation ranges shown in Table 703-2 for the required grading.

**309.04 Mixing and Spreading.** Use a stationary pugmill with weighing, volumetric, or other gauging equipment capable of accurately controlling the material entering the mixer. Interlock the controls for the aggregate feed with the emulsified asphalt and water controls to ensure uniform introduction of material into the mixer. Determine the optimum moisture content of the mixture according to AASHTO T 180 method D.





Add the aggregate and water to the mixer before the emulsified asphalt. Add 1 percent emulsified asphalt by mass of aggregate. Adjust the total liquid content (emulsified asphalt and water), so that at the time of compaction the total liquid content is within 2 percent of the optimum moisture content. Mix until all particles are uniformly coated.

Spread the mixture on the prepared surface in a uniform layer. Shape the mixture to the line, grade, and cross-section. Route hauling equipment uniformly over the full width of the surface to minimize rutting or uneven compaction.

**309.05 Compacting.** Determine the maximum density of the mixture according to AASHTO T 180 method D.

Compact the full width. Roll from the sides to the center, parallel to the centerline of the road. Along curbs, headers, walls, and all places not accessible to the roller, compact the material with approved tampers or compactors.

Compact the mixture to at least 95 percent of maximum density. Determine the inplace density and moisture content according to AASHTO T 238 and AASHTO T 239 or other approved test procedures.

**309.06 Surface Tolerance.** Finish the surface according to Subsection 301.06.

**309.07 Maintenance.** Maintain the treated aggregate course to the correct line, grade, and cross-section by blading, watering, rolling, or any combination thereof until placement of the next course. Correct all defects according to Subsection 301.06.

**309.08 Acceptance.** Emulsified asphalt will be evaluated under Subsections 106.03 and 702.09.

Aggregate gradation will be evaluated under Subsection 106.05. The aggregate gradation upper and lower specification limits are the approved target values plus or minus the allowable deviations shown in Table 703-2. See Table 309-1 for the acceptance quality characteristic categories and minimum sampling and testing requirements. All other aggregate quality properties will be evaluated under Subsections 106.02 and 106.04.

Construction of emulsified asphalt treated base course will be evaluated under Subsections 106.02 and 106.04. See Table 309-1 for minimum sampling and testing requirements.

Preparation of the surface on which the treated aggregate base course is placed will be evaluated under Section 204 or 303 as applicable.

## Measurement

**309.09** Measure aggregate for the emulsified asphalt treated base course by the metric ton, by the square meter, or by the cubic meter in the hauling vehicle. Measure square meter width horizontally to include the top of base width and allowable curve widening. Measure the square meter length horizontally along the centerline of the roadway.

Measure emulsified asphalt by the metric ton.

## Payment

**309.10** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule except the emulsified asphalt treated aggregate base contract unit bid price will be adjusted according to Subsection 106.05. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 30901 Emulsified asphalt treated aggregate base grading ___ | Metric ton |
| 30902 Emulsified asphalt treated aggregate base grading ___, ___ millimeter depth | Square meter |
| 30903 Emulsified asphalt treated aggregate base grading ___ | Cubic meter |
| 30904 Emulsified asphalt grade ______ | Metric ton |





**Table 309-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Category | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|---|
| Aggregate | Gradation (1) —<br>9.5 mm<br>4.75 mm<br>75 µm<br>Other specified sieves | <br>I<br>I<br>I<br>II | AASHTO T 11 and AASHTO T 27 | 1 sample per 1000 t | From the conveyor belt just before mixing |
| | Liquid limit | I | AASHTO T 89 | 1 sample per 3000 t | From the conveyor belt just before mixing |
| Mixture | Moisture-Density (maximum density) | I | AASHTO T 180 method D | 1 for each aggregate grading produced | Production output or stockpile before processing |
| | Inplace density and moisture content | I | AASHTO T 238 and AASHTO T 239 or other approved procedures | 1 for each 500 t | Inplace completed compacted layer |

(1) Use only sieves indicated for the specified gradation.

000525

# DIVISION 400
# Asphalt Pavements and Surface Treatments

000526

# Section 401.— HOT ASPHALT CONCRETE PAVEMENT

## Description

**401.01** This work consists of constructing one or more courses of hot asphalt concrete pavement.

Hot asphalt concrete pavement class is designated as shown in Table 401-1. Aggregate grading is designated as shown in Table 703-4. Smoothness type is designated as shown in Table 401-7.

Superpave asphalt concrete pavement ESALs is designated as shown in Tables 703-10 through 703-13. Nominal maximum size aggregate is designated as shown in Tables 703-14 through 703-16. Smoothness type is designated as shown in Table 401-7.

Asphalt cement grade is designated as shown in AASHTO M 20, AASHTO M 226, or AASHTO MP 1.

Antistrip additive is designated as shown in Subsection 702.08. Where no type is designated, use any type if needed.

## Material

**401.02** Conform to the following Subsections:

| | |
|---|---|
| Aggregate (class A, B, or C mix) | 703.07 |
| Aggregate (Superpave mix) | 703.17 |
| Antistrip additive | 702.08 |
| Asphalt cement | 702.01 |
| Mineral filler | 725.05 |

## Construction Requirements

**401.03 Composition of Mix (Job-Mix Formula).** For all but the final surface course, recycled material may be used according to Section 403. Recycled material may be used in the final surface course subject to approval of a Contractor quality control plan and submission of test data demonstrating that the mix will meet the requirements of this Section.





Furnish mixes as follows:

- **Class A, B, or C mix.** Furnish aggregate, asphalt, and additives that meet the applicable aggregate gradation in Table 703-4 and design parameters (a) or (b); (c) or (d); and (e) in Table 401-1.

**Table 401-1**
**Asphalt Concrete Mix Requirements**

| Design Parameters [1] | Class of Mix | | |
|---|---|---|---|
| | A | B | C |
| (a) Hveem (AASHTO T 246 and AASHTO T 247) | | | |
| (1) Stabilometer, minimum | 37 | 35 | 30 |
| (2) Percent air voids [1] | 3-5 | 3-5 | 3-5 |
| (3) Voids in mineral aggregate, min. % | See Table 401-2 | | |
| (b) Marshall (AASHTO T 245) | | | |
| (1) Stability, kN min. | 8.00 | 5.34 | 4.45 |
| (2) Flow, 0.25 mm | 8-14 | 8-16 | 8-20 |
| (3) Percent air voids [1] | 3-5 | 3-5 | 3-5 |
| (4) Voids in mineral aggregate, min. % | See Table 401-2 | | |
| (5) Compaction, number of blows each end of test specimen | 75 | 50 | 50 |
| (c) Immersion - Compression (AASHTO T 165 and AASHTO T 167) | | | |
| (1) Compressive strength, MPa min. | 2.1 | 1.7 | 1.4 |
| (2) Retained strength, min. % | 70 | 70 | 70 |
| (d) Root-Tunnicliff (ASTM D 4867) | | | |
| (1) Tensile strength ratio, min. % | 70 | 70 | 70 |
| (e) Dust-asphalt ratio [2] | 0.6-1.3 | 0.6-1.3 | 0.6-1.3 |

(1) The percent of air voids are based on AASHTO T 166, AASHTO T 209, AASHTO T 269. Maximum specific gravity (density) will be based on AASHTO T 209.
(2) Dust-asphalt ratio is defined as the percent of material including nonliquid antistrip and mineral filler passing the 75-micrometer sieve divided by the percent of asphalt (calculated by mass of mix).

**Table 401-2**
**Voids in Mineral Aggregate (VMA)**
**Marshall, Hveem, or Superpave Mix Design**

| Sieve Size(1) | Minimum Voids (2)(3) Percent | | |
|---|---|---|---|
| | Marshall | Hveem | Superpave |
| 2.36 mm | 21 | 19 | - |
| 4.75 mm | 18 | 16 | - |
| 9.5 mm | 16 | 14 | 15 |
| 12.5 mm | 15 | 13 | 14 |
| 19 mm | 14 | 12 | 13 |
| 25 mm | 13 | 11 | 12 |
| 37.5 mm | 12 | 10 | 11 |
| 50 mm | 11.5 | 9.5 | 10.5 |

(1) The largest sieve size listed in the applicable specification upon which any material is permitted to be retained.
(2) VMA to be determined according to *AI Manual Series No. 2 (MS-2)*.
(3) When a mineral filler or nonliquid antistrip is used, include the percentage specified in the calculation for compliance with the VMA.

• **Superpave level 1 mix.** Furnish mixes of aggregate, asphalt, and additives that meet applicable gradation and material requirements in Subsection 703.17 and the appropriate design parameters in Tables 401-2, 401-3, and 401-4. Compact specimens with the gyratory compactive effort specified in Table 401-5 for the corresponding traffic and air temperature.





**Table 401-3**
**Superpave Asphalt Concrete Mix Requirements**

| Design Parameters | Requirement |
|---|---|
| Percent air voids at design gyrations, $N_{des}$ | 4.0 |
| Percent maximum density at initial gyrations, $N_{init}$ | 89% maximum |
| Percent maximum density at maximum gyrations, $N_{max}$ | 98% maximum |
| Tensile strength ratio, min (AASHTO T 283) | 80 |
| Dust-asphalt ratio(1) | 0.6-1.2 |

(1) Dust-asphalt ratio is defined as the percent of material passing the 75-micrometer sieve divided by the effective asphalt content as calculated by mass of mix.

**Table 401-4**
**Superpave Voids Filled with Asphalt (VFA)**

| Traffic, million ESALs | Design VFA, % |
|---|---|
| ≤ 0.3 | 70 - 80 |
| > 0.3 - 3 | 65 - 78 |
| > 3 | 65 - 75 |

000528



**Table 401-5**
**Gyratory Compactive Effort**

| Design ESAL's millions | Average Design High Air Temperature | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | <39°C | | | 39 - 40°C | | | 41 - 42°C | | | 43 - 44°C | | |
| | $N_{init}$ | $N_{des}$ | $N_{max}$ | $N_{init}$ | $N_{des}$ | $N_{max}$ | $N_{init}$ | $N_{des}$ | $N_{max}$ | $N_{init}$ | $N_{des}$ | $N_{max}$ |
| ≤ 0.3 | 7 | 68 | 104 | 7 | 74 | 114 | 7 | 78 | 121 | 7 | 82 | 127 |
| > 0.3 - 1 | 7 | 76 | 117 | 7 | 83 | 129 | 7 | 88 | 138 | 8 | 93 | 146 |
| > 1 - 3 | 7 | 86 | 134 | 8 | 95 | 150 | 8 | 100 | 158 | 8 | 105 | 167 |
| > 3 - 10 | 8 | 96 | 152 | 8 | 106 | 169 | 8 | 113 | 181 | 9 | 119 | 192 |
| > 10 - 30 | 8 | 109 | 174 | 9 | 121 | 195 | 9 | 128 | 208 | 9 | 135 | 220 |
| > 30 - 100 | 9 | 126 | 204 | 9 | 139 | 228 | 9 | 146 | 240 | 10 | 153 | 253 |
| > 100 | 9 | 142 | 233 | 10 | 158 | 262 | 10 | 165 | 275 | 10 | 172 | 288 |





Submit written job-mix formulas for approval at least 21 days before production. For each job-mix formula, submit the following:

**(a) Aggregate and mineral filler.**

**(1)** Target value for percent passing each sieve size for the aggregate blend. Designate target values within the gradation band in the specified grading. Designate target values outside the restricted zone of Table 703-14, 703-15, or 703-16 for the appropriate nominal maximum size aggregate.

**(2)** Source and percentage of each aggregate stockpile to be used.

**(3)** Average gradation of each aggregate stockpile.

**(4)** Representative samples for each aggregate stockpile:

*(a)* 100 kilograms of each coarse aggregate
*(b)* 70 kilograms of each intermediate and fine aggregate
*(c)* 10 kilograms of mineral filler such as lime stone or filler earth if proposed to improve gradation characteristics or mix performance.
*(d)* 10 kilograms of bag house fines if proposed for the mix. See Subsection 401.04.

Aggregate samples when combined according to the Contractor's recommended stockpile percentages shall be within the gradation band defined by the target values plus or minus the allowable deviation for each sieve or the samples will not be considered representative.

**(5)** Results of aggregate quality tests.

**(b) Asphalt cement.**

**(1)** Five 4-liter samples of the asphalt cement to be used in the mix.

**(2)** Recent quality test results from the manufacturer for the asphalt cement including a temperature-viscosity curve.

**(3)** Material safety data sheets.

000529



**(c) Antistrip additives.** When an antistrip additive is needed to meet the mix requirements, furnish the following:

(1) Sample
*(a)* 0.5 liter of liquid heat-stable antistrip additive or
*(b)* 5 kilograms of dry antistrip additive such as lime or portland cement
(2) Name of product
(3) Manufacturer
(4) Material safety data sheet

**(d) Asphalt mixes.** When applicable, the location of all commercial mixing plants to be used. A job-mix formula is needed for each plant.

The CO will evaluate the suitability of the material and the proposed job-mix formula. If approved, the CO will develop a target value for the asphalt cement content, determine the need for antistrip additive, determine the maximum specific gravity (density) according to AASHTO T 209, and determine the discharge temperature range.

If a job-mix formula is rejected, submit a new job-mix formula as described above.

Changes to an approved job-mix formula require approval before production. Up to 14 days will be required to evaluate a change. Approved changes in target values will not be applied retroactively for payment.

The CO will deduct all job-mix formula evaluation costs incurred as a result of any of the following:

- Contractor-requested changes to the approved job-mix formula
- Contractor requests for additional job-mix formula evaluations
- Additional testing necessary due to the failure of a submitted job-mix formula





**401.04 Mixing Plant.** Use mixing plants conforming to AASHTO M 156 supplemented as follows:

**(a) All plants.**

**(1) Automated controls.** Control the proportioning, mixing, and discharging of the mix automatically.

**(2) Dust collector.** AASHTO M 156, Requirements for All Plants, Emission Controls is amended as follows:

Equip the plant with a dust collector. Dispose of the collected material. In the case of baghouse dust collectors, dispose of the collected material or return the collected material uniformly. Use of baghouse fines in asphalt concrete mixes requires approval unless included as part of the approved job-mix formula.

When baghouse fines are used in batch plants or continuous mix plants, deposit the material that is returned from the baghouse at the bottom of the hot elevator or meter it by volume or mass into the mixing chamber. Direct return from the baghouse to the hot elevator will be permitted only when the flow can be controlled at a uniform rate. In drum dryer-mixer plants, return the material to the drum at the same location as the asphalt.

**(3) Aggregate storage.** Store aggregate according to Section 307.

**(b) Drum dryer-mixer plants.**

**(1) Bins.** Provide a separate bin in the cold aggregate feeder for each individual aggregate stockpile in the mix. Use bins of sufficient size to keep the plant in continuous operation and of proper design to prevent overflow of material from one bin to another.

**(2) Stockpiling procedures.** Separate aggregate into at least 2 stockpiles with different gradations. As a minimum, one stockpile shall contain mostly coarse material, and one stockpile shall contain mostly fine material. Stockpile the material according to Section 307.

000530



**(c) Batch and continuous mix plants.**

**(1) Hot aggregate bin.** Provide a bin with 3 or more separate compartments for storage of the screened aggregate fractions to be combined for the mix. Make the partitions between the compartments tight and of sufficient height to prevent spillage of aggregate from one compartment into another.

**(2) Load cells.** Calibrated load cells may be used in batch plants instead of scales.

**401.05 Pavers.** Use pavers that are:

(a) Self-contained, power-propelled units with adjustable vibratory screeds with full-width screw augers.

(b) Heated for the full width of the screed.

(c) Capable of spreading and finishing courses of asphalt mix in widths at least 300 millimeters more than the width of one lane.

(d) Equipped with a receiving hopper having sufficient capacity to ensure a uniform spreading operation.

(e) Equipped with automatic feed controls, which are properly adjusted to maintain a uniform depth of material ahead of the screed.

(f) Operable at forward speeds consistent with satisfactory mix lay down.

(g) Capable of producing a finished surface of the required smoothness and texture without segregating, tearing, shoving, or gouging the mix.

(h) Equipped with automatic screed controls with sensors capable of sensing grade from an outside reference line, sensing the transverse slope of the screed, and providing the automatic signals that operate the screed to maintain grade and transverse slope.





**401.06 Surface Preparation.** Prepare the surface according to 303.07, 413, 502, or 503 as applicable. Apply an asphalt tack coat to contact surfaces of pavements, curbs, gutters, manholes, and other structures according to Section 412.

**401.07 Weather Limitations.** Place hot asphalt concrete pavement on a dry, unfrozen surface when the air temperature in the shade is above 2 °C and rising and the temperature of the road surface in the shade conforms to Table 401-6.

**Table 401-6**
**Asphalt Concrete Mix Placement Temperature**

| Compacted Lift Thickness → | < 50 mm | 50 - 75 mm | > 75 mm |
|---|---|---|---|
| **Road Surface Temperature °C** | **Minimum Lay-Down Temperature(1) °C** | | |
| < 2 | (2) | (2) | (2) |
| 2 - 3.9 | (2) | (2) | 138 |
| 4 - 9.9 | (2) | 141 | 135 |
| 10 - 14.9 | 146 | 138 | 132 |
| 15 - 19.9 | 141 | 135 | 129 |
| 20 - 24.9 | 138 | 132 | 129 |
| 25 - 29.9 | 132 | 129 | 127 |
| ≥ 30 | 129 | 127 | 124 |

(1) In no case shall the asphalt concrete mix be heated above the temperature specified in the approved mix design.
(2) Paving not allowed.

**401.08 Asphalt Preparation.** Uniformly heat the asphalt cement to provide a continuous supply of the heated asphalt cement from storage to the mixer. Do not heat asphalt cement above 175 °C.

If the job-mix formula requires a liquid heat stable antistrip additive, meter it into the asphalt cement transfer lines at a bulk terminal or mixing plant. Inject the additive for at least 80 percent of the transfer or mixing time to obtain uniformity.