Case 1:04-cv-01052-EJD Document 64-8 Filed 03/17/2006 Page 1 of 12

000531

**401.09 Aggregate Preparation.** If nonliquid antistrip is used, adjust the aggregate moisture to at least 4 percent by mass of aggregate. Mix the antistrip uniformly with the aggregate before introducing the aggregate into the dryer or dryer drum. Use calibrated weighing or metering devices to measure the amount of antistrip and moisture added to the aggregate.

For batch plants, heat, dry, and deliver aggregate for pugmill mixing at a temperature sufficient to produce a mix temperature within the approved range. Adjust flames used for drying and heating to prevent damage to and contamination of the aggregate.

Control plant operations so the moisture content of the mix behind the paver is 0.5 percent or less according to AASHTO T 110 or FLH T 515.

**401.10 Mixing.** Measure the aggregate and asphalt into the mixer according to the approved job-mix formula. Mix until all the particles are completely and uniformly coated with asphalt according to AASHTO M 156. Maintain the discharge temperature within the approved range.

**401.11 Hauling.** Use vehicles with tight, clean, and smooth metal beds for hauling asphalt concrete mixes.

Thinly coat the beds with an approved material to prevent the mix from adhering to the beds. Do not use petroleum derivatives or other coating material which contaminate or alter the characteristics of the mix. Drain the bed before loading.

Equip each truck with a canvas cover or other suitable material of sufficient size to protect the mix from the weather. When necessary to maintain temperature, use insulated truck beds and securely fastened covers. Provide access ports or holes for checking temperature of asphalt mix in the truck.

**401.12 Production Start-Up Procedures.** Provide 7 days notice before beginning production of an asphalt concrete mix.

On the first day of production, produce sufficient mix to construct a 300-meter long control strip, one-lane wide, and at the designated lift thickness. Construct the control strip on the project at an approved location.





Construct the control strip using mix production, lay-down, and compaction procedures intended for the entire mix. Cease production after construction of the control strip until the asphalt concrete mix and the control strip are evaluated and accepted.

**(a) Asphalt content and aggregate gradation.** Take at least three control strip asphalt concrete mix samples and evaluate according to Subsection 401.17. The mix is acceptable if all test results are within specification limits for asphalt content and aggregate gradation.

**(b) Compaction.** Take nuclear density readings behind each roller pass to determine the roller pattern necessary to achieve required density without damaging the mix.

At a minimum of 4 locations within the control strip, take nuclear gauge readings and cut and test core samples according to Subsection 401.17. Density is acceptable if all tests are above the specification limit. Furnish the CO with the nuclear gauge readings and correlations of the readings to the core specific gravities.

Repeat the control strip process until an acceptable control strip is produced. See Subsection 106.01 for the disposition of material in unacceptable control strips. Accepted control strips may remain in place and will be accepted and measured as a part of the completed pavement. Tests used for the control strip will not be included in the evaluation for payment according to Subsection 106.05. When a control strip is accepted, full production may begin.

Use these start-up procedures when producing material from a different plant or when resuming production after a termination of production due to unsatisfactory quality according to Subsection 106.05.

**401.13 Placing and Finishing.** Do not use mixes produced from different plants unless the mixes are produced according to the same job-mix formula, use material from the same sources, and are approved. Construct control strips according to Subsection 401.12 for each plant from which production is intended.

Place asphalt concrete mix at a temperature conforming to Table 401-6. Measure temperature of the mix in the hauling vehicle just before dumping into spreader or measure it in the windrow immediately before pickup.

Place the mix with a paver conforming to Subsection 401.05. Control horizontal alignment using a reference line. Automatically control the grade and slope from reference lines, a ski and slope control device, or dual skis. Use skis having a minimum length of 6 meters.

On areas where mechanical spreading and finishing is impractical, place and finish the mix with alternate equipment to produce a uniform surface closely matching the surface obtained when using a mechanical paver.

Offset the longitudinal joint of one layer at least 150 millimeters from the joint in the layer immediately below. Make the longitudinal joint in the top layer along the centerline of two-lane roadways or at the lane lines of roadways with more than two lanes.

The CO will designate the job-mix formula to be used for wedge and leveling courses at each location. Place wedge and leveling courses in maximum 75-millimeter lifts. Complete the wedge and leveling before starting normal paving operations.

**401.14 Compacting.** Furnish at least 3 rollers. Furnish one roller each for breakdown, intermediate, and finish rolling. At least one roller shall be pneumatic-tired. Size the rollers to achieve the required results. Operate rollers according to the recommendation of the manufacturer.

Thoroughly and uniformly compact the asphalt surface by rolling. Do not cause undue displacement, cracking, or shoving. Continue rolling until all roller marks are eliminated and the required density is obtained. Do not roll the mix after the surface cools below 80 °C.

Monitor the compaction process with nuclear density gauges calibrated to the control strip compaction test results. Compact to a pavement specific gravity (density) that is no less than 90 percent of the maximum specific gravity (density) determined according to AASHTO T 209.





Along forms, curbs, headers, walls, and other places not accessible to the rollers, compact the mix with alternate equipment to obtain the required compaction.

**401.15 Joints, Trimming Edges, and Cleanup.** Complete construction of adjacent traffic lanes to the same elevation within 24 hours. If drop offs are left overnight, sign the drop offs in excess of 50 millimeters with *"Uneven Lane"* warning signs and provide a 1:3 fillet for drop offs in excess of 100 millimeters.

At connections to existing pavements and previously placed lifts, make the transverse joints vertical to the depth of the new pavement. Form transverse joints by cutting back on previous run to expose the full-depth course.

Apply an asphalt tack coat to the edge of the joint for both transverse and longitudinal joints according to Section 412.

Place the asphalt concrete mix as continuously as possible. Do not pass rollers over the unprotected end of a freshly laid mix.

Dispose of material trimmed from the edges and any other discarded asphalt mix according to Subsection 211.03(b).

**401.16 Pavement Smoothness.** After final rolling, measure the smoothness of the final surface course or the surface immediately under an open-graded asphalt friction course.

**(a) Profilograph measurements.** Measure the traveled way parallel to the centerline according to FLH T 504 after mainline paving is completed. The CO will furnish a California type profilograph and direct and observe its operation. Furnish workers to operate the profilograph. Furnish the trace to the CO.

Exclude the following areas from the profile index and profilograph bump determination: bridge decks, cattle guards, traveled way lanes with horizontal curvature less than 150-meter radius, transverse joints with existing pavements, turning or passing lanes less than 100 meters in length, driveways, parking areas, and side roads less than 100 meters in length. Measure excluded areas and type IV pavements according to (b) below.

000533



A profile index will be calculated for each 0.1 kilometer lane of traveled way using a 5-millimeter wide blanking-band. The profile index will be determined according to FLH T 504. Bumps will be located using a 10 millimeter bump template. Defective areas are bumps in excess of 10 millimeters in 7.62 meters, 0.1-kilometer profile indexes greater than the defective limit in Table 401-7, and surfaces with a pay factor less than 0.75 as determined under Subsection 106.05.

**(b) Straightedge measurement.** Use a 3-meter metal straightedge to measure at right angles and parallel to the centerline. Defective areas are surface deviations in excess of 6 millimeters in 3 meters between any two contacts of the straightedge with the surface.

**(c) Defective area correction.** Correct defective areas from (a) and (b) above. Obtain approval for the proposed method of correction.

Remeasure corrected areas according to (a) and (b) above. The smoothness pay factor will be recomputed after measurement.

Table 401-7
Maximum Profile Index

| Pavement Smoothness Type | Profile Index - millimeters/kilometer | |
|---|---|---|
| | Upper Specification Limit | Defective Limit |
| I | 80 | 160 |
| II | 125 | 190 |
| III | 160 | 240 |
| IV | Subject to straightedge measurement only. See Subsection 401.16(b). | |





**401.17 Acceptance.** Mineral filler and antistrip additive will be evaluated under Subsections 106.02 and 106.03.

Asphalt will be evaluated under Subsections 106.04 and 702.09.

Construction of the hot asphalt concrete pavement course will be evaluated under Subsections 106.02 and 106.04.

Asphalt content, aggregate gradation, density, and pavement smoothness will be evaluated under Subsection 106.05. Other aggregate quality properties will be evaluated under Subsections 106.02 and 106.04. See Table 401-8 for minimum sampling and testing requirements.

**(a) Asphalt content.** The upper and lower specification limits are the approved job-mix formula target value ±0.5 percent. See Table 401-8 for the acceptance quality characteristic category.

**(b) Aggregate gradation.** The upper and lower specification limits are the approved job-mix formula target values plus or minus the allowable deviations shown in Table 703-4. See Table 401-8 for the acceptance quality characteristic categories.

**(c) Density.** The lower specification limit is 90 percent of the maximum specific gravity (density) determined according to AASHTO T 209 as part of the job-mix formula evaluation specified in Subsection 401.03. See Table 401-8 for the acceptance quality characteristic category.

**(d) Pavement smoothness.** See Subsection 401.16. The evaluation will be made after all defective areas are corrected. A sublot is a 0.1-kilometer section of the traveled way and a lot is the surface course of the entire project. The upper specification limit is shown in Table 401-7. See Table 401-8 for the acceptance quality characteristic category.

## Measurement

**401.18** Measure hot asphalt concrete pavement, asphalt cement, mineral filler, and antistrip additive by the metric ton.

000534



## Payment

**401.19** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule except the hot asphalt concrete pavement contract unit bid price will be adjusted according to Subsection 106.05. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment for hot asphalt concrete pavement will be made at a price determined by multiplying the contract unit bid price by the material pay factor. The material pay factor is the lowest single pay factor determined for asphalt content, specific gravity (density), or any individual sieve of the aggregate gradation.

When the bid schedule contains a pay item for hot asphalt concrete pavement type I, II, or III pavement smoothness, a separate adjustment will be made for pavement smoothness according to the following formula:

$$A = 12\,000(PF - 1.00)(L)$$

Where:

$A$ = Adjustment to contract payment in dollars for pavement smoothness.

$L$ = Total project length in lane kilometers of traveled way. Measure project length to 3 decimal places.

$PF$ = Pay factor for smoothness with respect to the upper specification limit determined according to Subsection 106.05 after completion of corrective work.





Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 40101 | Hot asphalt concrete pavement class ___, grading ___, type ___ pavement smoothness | Metric ton |
| 40102 | Hot asphalt concrete pavement class ___, grading ___, wedge and leveling course | Metric ton |
| 40103 | Asphalt cement grade ___ | Metric ton |
| 40104 | Mineral filler | Metric ton |
| 40105 | Antistrip additive type ___ | Metric ton |
| 40106 | Superpave asphalt concrete pavement, ___ nominal maximum size aggregate, ___ ESALs, type ___ pavement smoothness | Metric ton |

**Table 401-8**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Category | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|---|
| Hot asphalt concrete pavement | Asphalt content | I | FLH T 516, FLH T 517, or AASHTO T 164 | 1 per 500 t | Behind laydown machine before rolling |
| | Gradation (1) —<br>4.75 mm<br>600 µm<br>75 µm<br>Other specified sieves | <br>I<br>I<br>I<br>II | FLH T 514 and AASHTO T 30 (4) | 1 per 500 t | Behind laydown machine before rolling |
| | Core density (2) | I | AASHTO T 166 and AASHTO T 209 | 1 per 500 t | In place after compaction |
| | Smoothness (3) | I | FLH T 504 | See Subsection 401.16 | See Subsection 401.16 |

(1) Use only sieves indicated for the specified gradation.
(2) Cut core samples from the compacted pavement according to AASHTO T 230 method B. Fill and compact the sample holes with asphalt concrete mixture.
(3) Applies only to an item used as a final surface course constructed under the contract.
(4) Do not use FLH T 514 if AASHTO T 164 is used to determine asphalt content.



# Section 402.— MINOR HOT ASPHALT CONCRETE

## Description

**402.01** This work consists of constructing minor hot asphalt concrete for sidewalks, paved waterways, curbs, and roadways.

## Construction Requirements

**402.02 Composition of Mix (Job-Mix Formula).** Provide a hot asphalt concrete mix composed of crushed stone or gravel and asphalt cement mixed in an approved plant. Use an aggregate gradation and quality and an asphalt cement grade and quality conforming to those normally used locally in the construction of highways by either Federal or state agencies.

Submit the strength, quality, and gradation specifications for the asphalt concrete mix. Include copies of laboratory test reports that demonstrate the properties of the aggregates, asphalt cement, additives, and mix meet Federal or state agency specifications. Also submit the maximum specific gravity (density) of the mix as determined by AASHTO T 209.

**402.03 Surface Preparation.** Prepare the surface according to Section 209 or Subsection 303.07 as applicable.

**402.04 Weather Limitations.** Place asphalt concrete on a dry, unfrozen surface when the air temperature in the shade is at least 2 °C and rising.

**402.05 Hauling.** Haul the asphalt mix using vehicles conforming to Subsection 401.11.

**402.06 Placing.** Place the mix with a mechanical paver. For roadway paving, do not place lifts thicker than 100 millimeters. In areas where mechanical spreading and finishing is impractical, spread and finish each course by hand raking, screeding, or by other approved methods. Construct a surface that is uniform in texture and cross-section. Construct joints according to Subsection 401.15.

**402.07 Compacting.**

**(a) Roadway paving.** Compact the mix to a minimum of 90 percent of maximum specific gravity (density). Determine density by nuclear gauge.



000535

**(b) Non-roadway paving.** Compact by rolling with a hand-operated roller weighing at least 130 kilograms or with a small power roller.

Compact areas that are not accessible to rollers by other approved methods.

**402.08 Pavement Smoothness.** Use a 3-meter metal straightedge to measure at right angles and parallel to the centerline. Defective areas are surface deviations in excess of 7 millimeters in 3 meters between any two contacts of the straightedge with the surface. Correct defective areas using approved methods.

**402.09 Acceptance.** Minor hot asphalt concrete mixture will be evaluated under Subsections 106.02 and 106.03.

Minor hot asphalt concrete construction work will be evaluated under Subsections 106.02 and 106.04. See Table 402-1 for minimum sampling and testing requirements.

## Measurement

**402.10** Measure asphalt concrete by the metric ton.

## Payment

**402.11** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 40201 Minor hot asphalt concrete | Metric ton |





**Table 402-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Roadway paving | Inplace density | Nuclear gauge [1] | 1 for each 1000 m² | In place after compaction |

(1) When directed, verify density by taking core samples from the compacted pavement according AASHTO T 230 method B. Fill and compact the sample holes with asphalt concrete mixture.



000536

000537

307 Stockpiled Agg.

# Section 403.— HOT RECYCLED ASPHALT CONCRETE PAVEMENT

## Description

**403.01** This work consists of constructing one or more courses of hot recycled asphalt concrete pavement using reclaimed asphalt pavement material and/or reclaimed aggregate material combined with new aggregate, asphalt cement, and/or recycling agents.

Hot recycled asphalt concrete pavement class, aggregate grading, pavement smoothness type, asphalt cement grade, and antistrip additive type are designated according to Subsection 401.01.

## Material

**403.02** Conform to the following Subsections:

| | |
|---|---|
| Aggregate (new) | 703.07 |
| Antistrip additive | 702.08 |
| Asphalt cement | 702.01 |
| Mineral filler | 725.05 |
| Recycling agent | 702.06 |

## Construction Requirements

**403.03 Composition of Mix (Job-Mix Formula).** Prepare hot recycled asphalt concrete mixes using reclaimed aggregate material, reclaimed asphalt pavement material, new aggregate, asphalt cement, recycling agent, and additives that meet the applicable aggregate gradation requirements in Table 703-4 and design parameters (a) or (b); (c) or (d); and (e) in Table 401-1. Use a maximum of 50 percent reclaimed asphalt pavement material in the mix.

Submit written job-mix formulas for approval at least 30 days before production. For each job-mix formula, submit information and samples according to Subsection 401.03 and the following:

(a) Samples of the actual reclaimed asphalt pavement material, reclaimed aggregate material, and recycling agents to be incorporated in the work.





Where it is necessary to obtain a sample of existing pavement, mill the existing pavement to the pavement removal depth in an approved area. Replace the removed pavement with an approved asphalt concrete mix. Do not use the replacement material in the recycled mix.

(b) Sources of all stockpiled recyclable material.

(c) Laboratory test data on the reclaimed asphalt, new asphalt cement, and recycling agent demonstrating the combined asphalt grade.

The job-mix formula will be evaluated and approved according to Subsection 401.03.

**403.04 Mixing Plant.** Modify plants conforming to Subsection 401.04 according to the plant manufacturer's recommendations to process reclaimed material.

**(a) Batch plants.** Modify batch plants to allow the introduction of reclaimed asphalt pavement material into the mix using methods that by-pass the dryer. Design the cold feed bin, conveyor system, and special bin adjacent to the weigh hopper, if used, to avoid segregation and sticking of the reclaimed asphalt pavement material.

Heat the new aggregate and/or reclaimed aggregate material to a temperature that will transfer sufficient heat to the reclaimed asphalt pavement material to produce a mix of uniform temperature within the range specified in the approved job-mix formula.

**(b) Drum dryer-mixer plants.** Modify drum dryer-mixer plants to prevent direct contact of the reclaimed asphalt pavement material with the burner flame and to prevent overheating of the reclaimed asphalt pavement material.

**403.05 Construction.** Construct hot recycled asphalt concrete pavement according to Subsections 401.05 through 401.16. Dispose of reclaimed material not incorporated into the work according to Subsection 211.03.

**403.06 Acceptance.** Recycling agent and antistrip additive will be evaluated under Subsections 106.02 and 106.03.

000538

307 Stockpiled Agg.



Asphalt cement will be evaluated under Subsections 106.04 and 702.09.

Construction of hot recycled asphalt concrete pavement course will be evaluated under Subsections 106.02 and 106.04.

Asphalt content, aggregate gradation, density, and pavement smoothness will be evaluated under Subsection 106.05. Other aggregate quality properties will be evaluated under Subsections 106.02 and 106.04. See Table 403-1 for minimum sampling and testing requirements.

**(a) Asphalt content.** The upper and lower specification limits are the approved job-mix formula target value plus or minus 0.5 multiplied by (one plus the ratio of the reclaimed asphalt pavement material to the total mixture rounded to the nearest 0.10 percent). See Table 403-1 for acceptance quality characteristic category.

Example: If 30 percent of the mixture is reclaimed asphalt pavement material, then the allowable deviation from target value for percent asphalt content is 0.5(1.30) = 0.65 percent. Use plus 0.7 percent and minus 0.7 percent from approved job-mix formula target value for asphalt content.

**(b) Aggregate gradation.** The upper and lower specification limits are the approved job-mix formula target values plus or minus the allowable deviations shown in Table 703-4 multiplied by (one plus the ratio of reclaimed asphalt pavement material to the total mixture). Round to the nearest percent except for the 75-micrometer sieve that is rounded to the nearest tenth of a percent. See Table 403-1 for acceptance quality characteristic categories.

Example: If 30 percent of the mixture is reclaimed asphalt pavement material, then the allowable deviation from target value for percent of aggregate passing the 75-micrometer sieve is 2(1.30) or 2.6 percent. Use ±2.6 percent from the approved job-mix formula target value for percent passing the 75-micrometer sieve.





**(c) Density.** The lower specification limit is 90 percent of the maximum specific gravity (density) determined according to AASHTO T 209 as part of the job-mix formula evaluation specified in Subsection 401.03. See Table 403-1 for acceptance quality characteristic category.

**(d) Pavement smoothness.** See Subsection 401.16. The evaluation will be made after all defective areas are corrected. A sublot is a 0.1-kilometer section of the traveled way and a lot is the surface course of the entire project. The upper specification limit is shown in Table 401-7. See Table 403-1 for acceptance quality characteristic category.

## Measurement

**403.07** Measure hot recycled asphalt concrete pavement, asphalt cement, mineral filler, recycling agent, and antistrip additive by the metric ton.

Measure milling under Section 413.

## Payment

**403.08** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule except the hot recycled asphalt concrete pavement contract unit bid price will be adjusted according to Subsection 106.05. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment for hot recycled asphalt concrete pavement will be made at a price determined by multiplying the contract unit bid price by the material pay factor. The material pay factor is the lowest single pay factor determined for asphalt content, specific gravity (density), or any individual sieve of the aggregate gradation

307 Stockpiled Agg.



When the bid schedule contains a pay item for hot recycled asphalt concrete pavement type I, II, or III pavement smoothness, a separate adjustment will be made for pavement smoothness according to the following formula:

$$A = 12\,000(PF - 1.00)(L)$$

Where:

- $A$ = Adjustment to contract payment in dollars for pavement smoothness.
- $L$ = Total project length in lane kilometers of traveled way. Measure project length to 3 decimal places.
- $PF$ = Pay factor for smoothness with respect to the upper specification limit determined according to Subsection 106.05 after completion of corrective work.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 40301 Hot recycled asphalt concrete pavement class ___, grading ___, type ___ pavement smoothness | Metric ton |
| 40302 Hot recycled asphalt concrete pavement class ___, grading ___, wedge and leveling course | Metric ton |
| 40303 Asphalt cement grade ___ | Metric ton |
| 40304 Mineral filler | Metric ton |
| 40305 Recycling agent | Metric ton |
| 40306 Antistrip additive type ___ | Metric ton |





**Table 403-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Category | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|---|
| Hot recycled asphalt concrete pavement | Asphalt content | I | FLH T 516, FLH T 517, or AASHTO T 164 | 1 per 500 t | Behind laydown machine before rolling |
| | Gradation (1) —<br>4.75 mm<br>600 µm<br>75 µm<br>Other specified sieves | <br>I<br>I<br>I<br>II | FLH T 514 and AASHTO T 30 (4) | 1 per 500 t | Behind laydown machine before rolling |
| | Core density (2) | I | AASHTO T 166 and AASHTO T 209 | 1 per 500 t | In place after compaction |
| | Smoothness (3) | I | FLH T 504 | See Subsection 401.16 | See Subsection 401.16 |

(1) Use only sieves indicated for the specified gradation.
(2) Cut core samples from the compacted pavement according to AASHTO T 230 method B. Fill and compact the sample holes with asphalt concrete mixture.
(3) Applies only to an item used as a final surface course constructed under the contract.
(4) Do not use FLH T 514 if AASHTO T 164 is used to determine asphalt content.



000539

000540

307 Stockpiled Agg.

# Section 404.— OPEN-GRADED ASPHALT FRICTION COURSE

## Description

**404.01** This work consists of constructing an open-graded asphalt friction course.

Asphalt cement grade and antistrip additive type are designated according to Subsection 401.01.

## Material

**404.02** Conform to the following Subsections:

| | |
|---|---|
| Aggregate | 703.08 |
| Antistrip additive | 702.08 |
| Asphalt cement | 702.01 |

## Construction Requirements

**404.03 Composition of Mix (Job-Mix Formula).** Design an open-graded asphalt friction course mix of aggregate, asphalt, and additives according to the design procedure in *FHWA Technical Advisory T 5040.31, Open-Graded Friction Courses*, December 1990, or by other approved method. Meet the aggregate gradation of Table 703-4 grading F. Provide an application temperature range.

Submit a written job-mix formula for approval at least 21 days before production. Submit the information and samples according to Subsection 401.03. The job-mix formula will be evaluated and approved according to Subsection 401.03.

**404.04 Mixing Plant and Pavers.** Use a mixing plant conforming to Subsection 401.04. Use pavers conforming to Subsection 401.05.

**404.05 Surface Preparation.** Prepare the surface according to Subsection 401.06.





**404.06 Weather Limitations.** Place open-graded asphalt friction course on a dry asphalt surface only when the air temperature in the shade is above 13 °C and the road surface temperature at least 16 °C. Stop placement if either temperature falls below these minimums.

**404.07 Preparing and Mixing Material.** Prepare, mix, and control material according to Subsections 401.08 through 401.10, except the temperature of the aggregate introduced into the mixer shall not exceed the optimum mixing temperature established in the job-mix formula.

**404.08 Hauling, Placing, and Finishing.** Construct the open-graded asphalt friction course according to Subsections 401.11 through 401.13, except the temperature of the mix when placed shall be within the approved temperature range.

To minimize asphalt cement drainage, discharge the mix into the paver within 1.5 hours of loading the truck. When surge bins are used, begin the 1.5-hour limit at the time the mix is deposited into the surge bin.

**404.09 Compacting.** Roll asphalt mix parallel to centerline, commencing at the outside edge and progressing towards the center. Use a steel-wheeled roller in a manner that does not shove, distort, or strip the mix beneath the roller. On superelevated curves, begin the rolling on the low side and progress to the high side. Limit amount of rolling to that necessary for consolidating the asphalt mix and bonding it to the underlying surface.

Provide a smooth surface according to Subsection 402.08.

**404.10 Joints and Cleanup.** Use butt joints for longitudinal and transverse joints. Protect the completed open-graded asphalt friction course from all traffic until it has sufficiently hardened to resist abrasion, pickup, and ravelling.

**404.11 Acceptance.** Antistrip additive will be accepted under Subsections 106.02 and 106.03.

Asphalt will be evaluated under Subsections 106.04 and 702.09.

Construction of the open-graded asphalt friction course will be evaluated under Subsections 106.02 and 106.04.

Asphalt content and aggregate gradation will be evaluated under Subsection 106.05. Other aggregate quality properties will be evaluated under Subsections 106.02 and 106.04. See Table 404-1 for minimum sampling and testing requirements.

**(a) Asphalt content.** The upper and lower specification limits are the approved job-mix formula target value ±0.5 percent. See Table 404-1 for the acceptance quality characteristic category.

**(b) Aggregate gradation.** The upper and lower specification limits are the approved job-mix formula target values plus or minus the allowable deviations shown in Table 703-4 grading F. See Table 404-1 for the acceptance quality characteristic categories.

## Measurement

**404.12** Measure open-graded asphalt friction course, asphalt cement, and antistrip additive by the metric ton.

## Payment

**404.13** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule except the open-graded asphalt friction course contract unit bid price will be adjusted according to Subsection 106.05. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment for open-graded asphalt friction course will be made at a price determined by multiplying the contract unit bid price by the material pay factor. The material pay factor is the lowest single pay factor determined for asphalt content or any individual sieve of the aggregate gradation.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 40401 Open-graded asphalt friction course | Metric ton |
| 40402 Asphalt cement grade ___ | Metric ton |
| 40403 Antistrip additive type ___ | Metric ton |





**Table 404-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Category | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|---|
| Open-graded asphalt friction course | Asphalt content | I | FLH T 516, FLH T 517, or AASHTO T 164 | 1 per 100 t | Hopper of laydown machine after discharge from plant |
| | Gradation (1) —<br>4.75 mm<br>75 µm<br>Other specified sieves | <br>I<br>I<br>II | FLH T 514 and AASHTO T 30 (2) | 1 per 100 t | Hopper of laydown machine after discharge from plant |

(1) Use only sieves indicated for the specified gradation.
(2) Do not use FLH T 514 if AASHTO T 164 is used to determine asphalt content.



000541

000542

307 Stockpiled Agg.

# Section 405.—HOT ASPHALT TREATED BASE COURSE

## Description

**405.01** This work consists of constructing one or more courses of hot asphalt treated base.

Hot asphalt treated base course aggregate grading is designated as shown in Table 703-2.

Asphalt cement grade and antistrip additive type are designated according to Subsection 401.01.

## Material

**405.02** Conform to the following Subsections:

| | |
|---|---|
| Aggregate | 703.05 |
| Antistrip additive | 702.08 |
| Asphalt cement | 702.01 |
| Mineral filler | 725.05 |

## Construction Requirements

**405.03 Composition of Mix (Job-Mix Formula).** Furnish a mixture of aggregate, asphalt cement, and additives that meets the applicable aggregate gradation in Table 703-2 and the class C design parameters (a)(1), (b)(1), or (c)(1); and (c)(2) or (d)(1) in Table 401-1.

Submit a written job-mix formula for approval at least 21 days before production. Submit the information and samples according to Subsection 401.03. The job-mix formula will be evaluated and approved according to Subsection 401.03.

**405.04 Mixing Plant.** Use a plant conforming to Subsection 401.04, except:

(a) For pugmill type mixers, plant screens are not required, except to remove oversize material.

(b) Bins do not need to be divided.

(c) For drum dryer mixers, two separate stockpiles are not required.





**405.05 Construction.** Prepare the surface according to Subsection 303.07. Construct the base course according to Subsections 401.05 through 401.15. Provide a smooth surface according to Subsection 402.08.

**405.06 Acceptance.** Mineral filler and antistrip additive will be evaluated under Subsections 106.02 and 106.03.

Asphalt will be evaluated under Subsections 106.04 and 702.09.

Construction of the hot asphalt treated base course will be evaluated under Subsections 106.02 and 106.04.

Asphalt content, aggregate gradation, and density will be evaluated under Subsection 106.05. Other aggregate quality properties will be evaluated under Subsections 106.02 and 106.04. See Table 405-1 for minimum sampling and testing requirements.

(a) **Asphalt content.** The upper and lower specification limits are the approved job-mix formula target value ±0.5 percent. See Table 405-1 for the acceptance quality characteristic category.

(b) **Aggregate gradation.** The upper and lower specification limits are the approved job-mix formula target values plus or minus the allowable deviations shown in Table 703-2. See Table 405-1 for the acceptance quality characteristic categories.

(c) **Density.** The lower specification limit is 90 percent of the maximum specific gravity (density) determined according to AASHTO T 209 as part of the job-mix formula evaluation specified in Subsection 401.03. See Table 405-1 for the acceptance quality characteristic category.

## Measurement

**405.07** Measure hot asphalt treated base course, asphalt cement, mineral filler, and antistrip additive by the metric ton.