## Payment

**405.08** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule except the hot asphalt treated base course contract unit bid price will be adjusted according to Subsection 106.05. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment for hot asphalt treated base course will be made at a price determined by multiplying the contract unit bid price by the material pay factor. The pay material factor is the lowest single pay factor determined for asphalt content, specific gravity (density), or any individual sieve of the aggregate gradation.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 40501 Hot asphalt treated base course grading ___ | Metric ton |
| 40502 Asphalt cement grade ___ | Metric ton |
| 40503 Mineral filler | Metric ton |
| 40504 Antistrip additive type ___ | Metric ton |





**Table 405-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Category | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|---|
| Hot asphalt treated base course | Asphalt content | I | FLH T 516, FLH T 517, or AASHTO T 164 | 1 per 500 t | Behind laydown machine before rolling |
| | Gradation (1) —<br>9.5 mm<br>4.75 mm<br>75 µm<br>Other specified sieves | <br>I<br>I<br>I<br>II | FLH T 514 and AASHTO T 30 (3) | 1 per 500 t | Behind laydown machine before rolling |
| | Core density (2) | I | AASHTO T 166 and AASHTO T 209 | 1 per 500 t | In place after compaction |

(1) Use only sieves indicated for the specified gradation.
(2) Cut core samples from the compacted pavement according to AASHTO T 230 method B. Fill and compact the sample holes with treated base course mixture.
(3) Do not use FLH T 514 if AASHTO T 164 is used to determine asphalt content.



000543

000544

# Section 406.— DENSE-GRADED EMULSIFIED ASPHALT PAVEMENT

## Description

**406.01** This work consists of constructing one or more courses of dense-graded emulsified asphalt mix.

Dense-graded emulsified asphalt pavement aggregate grading is designated as shown in Table 703-5.

Emulsified asphalt grade is designated as shown in AASHTO M 140 or AASHTO M 208.

## Material

**406.02** Conform to the following Subsections:

| | |
|---|---|
| Aggregate | 703.09 |
| Blotter | 703.13 |
| Emulsified asphalt | 702.03 |
| Mineral filler | 725.05 |
| Water | 725.01 |

## Construction Requirements

**406.03 Composition of Mix (Job-Mix Formula).** Furnish a mixture of aggregate, emulsified asphalt, additives, and/or water that meets the applicable aggregate gradation in Table 703-5 and the design parameters (a); and (b) or (c) in Table 406-1.

Submit a written job-mix formula for approval at least 21 days before production. Submit the following:

**(a) Aggregate.**

(1) Target value for each sieve size for the aggregate blend.
(2) Percentage of each aggregate stockpile to be used.
(3) Average gradation of each aggregate stockpile.
(4) Proportional samples representing each aggregate stockpile, about 300 kilograms total.





**(b) Emulsified asphalt.**

(1) Percentage of emulsified asphalt to be added based on the total mass of the mix and corresponding residual asphalt content.
(2) Emulsified asphalt application temperature range conforming to Table 702-1.
(3) Source of the emulsified asphalt and a 20-liter sample. Furnish the sample in plastic containers.

**(c) Additives.** 25-kilogram sample of each solid additive (lime, portland cement, mineral filler, fly ash, etc.)

**(d) Water.** Percentage of water to be added based on the total mass of the mix.

The job-mix formula will be evaluated and approved according to Subsection 401.03.

**Table 406-1**
**Dense-Graded Emulsified Asphalt Mix**

| Design Parameters(1) | Specification | Test Procedure |
|---|---|---|
| (a) Coating, % minimum | | |
| Base | 50 | Visual(2) |
| Surface | 75 | |
| (b) Resistance(3) — $R_t$ at 22.8±3 °C | | |
| Early cure(4), minimum | 70 | (3) |
| Fully cured and water soak(5), minimum | 78 | |
| (c) Marshall stability, kN minimum at 22.2±1 °C | 2.22 | AASHTO T 245 |
| Marshall stability loss(6), % maximum | 50 | |

(1) Reference - *AI Manual Series No. 19 (MS-19).*
(2) Evaluate the mix after surface dry for the percent of particle surface coated.
(3) $R_t = R + 0.05C$.
Where: $R$ = Resistance value (AASHTO T 190).
$C$ = Cohesiometer value (AASHTO T 246).
(4) Cured in mold for total of 24 hours at specified temperature.
(5) Cured in mold for total of 72 hours at specified temperature plus vacuum desiccation.
(6) After vacuum saturation and immersion.

000545

307 Stapled Asg.



**406.04 Mixing Plant.** Use a pugmill or drum dryer-mixer plant equipped with weighing or volumetric gauging equipment capable of providing accurate control of the material entering the mixer.

Interlock the aggregate feed controls with the emulsified asphalt, additive, and water controls to ensure uniform introduction of the material into the mixer. Use equipment conforming to AASHTO M 156 for handling emulsified asphalt. Use positive displacement pumps to control the flow of emulsified asphalt. Provide dry storage facilities for additives.

**406.05 Surface Preparation.** Prepare the surface according to Subsection 401.06.

**406.06 Weather Limitations.** Place the emulsified asphalt pavement on a dry, unfrozen surface only when the air temperature in the shade is above 10 °C and the pavement surface temperature is above 4 °C.

Do not place emulsified asphalt mix when fog, showers, rain, frost, or temperatures below 2 °C are anticipated within 24 hours following the placement of the mix.

**406.07 Mixing, Hauling, Placing, Finishing, and Compacting.** Construct the dense-graded emulsified asphalt pavement according to Subsections 401.10 through 401.15, except:

(a) Add the following to Subsection 401.10:

(1) Where combining with the emulsified asphalt, maintain the aggregate temperature between 16 and 80 °C.

(2) Maintain emulsified asphalt temperature within the approved range.

(3) Combine and dry mix the aggregate according to the approved job-mix formula for a period sufficient to provide a uniform batch gradation. Add additives and water before the emulsified asphalt. Mix the material until particles are uniformly coated and a mixture of uniform color and even distribution of coarse and fine particles is obtained.

(b) Delete the reference to Table 401-6 in Subsection 401.13.





(c) Add the following to Subsection 401.14:

Compact when the fluid content (emulsified asphalt and water) is within 2 percent of the optimum fluid content determined by the CO and the residual asphalt content is within 0.75 percent of the percent in the job-mix formula. Use a steel-wheeled roller having a minimum mass of 8 metric tons for breakdown rolling and a pneumatic-tired roller with maximum tire pressure of 275 kilopascals for intermediate rolling.

Provide a smooth surface according to Subsection 402.08. Correct defective areas by removing or adding material and recompacting.

Where public traffic is permitted on a compacted mix, spread blotter on areas where tracking or pickup of material occurs.

Allow the surface to cure for not less than 10 days before covering with the next course or treatment. During this period, maintain the surface and keep it free of corrugations. Patch all holes that develop with approved material. Remove all excess blotter, dirt, or other objectionable substances before placing the following course or treatment.

**406.08 Acceptance.** Mineral filler and blotter will be evaluated under Subsections 106.02 and 106.03.

Emulsified asphalt will be evaluated under Subsections 106.04 and 702.09.

Construction of the dense-graded emulsified asphalt pavement course will be evaluated under Subsections 106.02 and 106.04.

Residual asphalt content and aggregate gradation will be evaluated under Subsection 106.05. Density and other aggregate quality properties will be evaluated under Subsections 106.02 and 106.04. See Table 406-2 for minimum sampling and testing requirements.

(a) **Residual asphalt content.** The upper and lower specification limits are the approved job-mix formula target value ±0.75 percent. See Table 406-2 for the acceptance quality characteristic category.

307 Stockpiled Agg.



**(b) Aggregate gradation.** The upper and lower specification limits are the approved job-mix formula target values plus or minus the allowable deviations shown in Table 703-5. See Table 406-2 for the acceptance quality characteristic categories.

## Measurement

**406.09** Measure dense-graded emulsified asphalt pavement, emulsified asphalt, and mineral filler by the metric ton. Do not adjust the scale masses of the mix for the emulsified asphalt, moisture content, or additives.

## Payment

**406.10** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule except the dense-graded emulsified asphalt pavement contract unit bid price will be adjusted according to Subsection 106.05. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment for dense-graded emulsified asphalt pavement will be made at a price determined by multiplying the contract unit bid price by the material pay factor. The material pay factor is the lowest single pay factor determined for residual asphalt content or any individual sieve of the aggregate gradation.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 40601 | Dense-graded emulsified asphalt pavement grading ___ | Metric ton |
| 40602 | Emulsified asphalt grade ___ | Metric ton |
| 40603 | Mineral filler | Metric ton |





**Table 406-2**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Category | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|---|
| Dense-graded emulsified asphalt pavement | Residual asphalt content | I | FLH T 516, FLH T 517, or AASHTO T 164 | 1 per 500 t | Behind laydown machine before rolling |
| | Gradation (1) — | | FLH T 514 and AASHTO T 30 (3) | 1 per 500 t | Behind laydown machine before rolling |
| | 4.75 mm | I | | | |
| | 2.36 mm | II | | | |
| | 75 µm | I | | | |
| | Other specified sieves | II | | | |
| | Core density (2) | — | AASHTO T 166 and AASHTO T 209 | 1 per 500 t | In place after compaction |

(1) Use only sieves indicated for the specified gradation.
(2) Cut core sample from the compacted pavement according to AASHTO T 230 method B using air-cooled equipment. Fill and compact the sample holes with dense-graded emulsified asphalt mixture.
(3) Do not use FLH T 514 if AASHTO T 164 is used to determine residual asphalt content.



000546

000547

307 Stockpiled Agg.

# Section 407.— OPEN-GRADED EMULSIFIED ASPHALT PAVEMENT

## Description

**407.01** This work consists of constructing one or more courses of open-graded emulsified asphalt.

Open-graded emulsified asphalt pavement aggregate grading is designated as shown in Table 703-6.

Emulsified asphalt grade is designated as shown in AASHTO M 140 or AASHTO M 208.

## Material

**407.02** Conform to the following Subsections:

| | |
|---|---|
| Aggregate | 703.09 |
| Choker aggregate | 703.12 |
| Emulsified asphalt | 702.03 |
| Water | 725.01 |

## Construction Requirements

**407.03 Composition of Mix (Job-Mix Formula).** Furnish a mixture of aggregate, emulsified asphalt, additives, and/or water that meets the aggregate gradation in Table 703-6 and design parameters in Table 407-1.

Submit a written job-mix formula for approval at least 21 days before production. Submit according to Subsection 406.03, except, if applicable, specify the percent of water to be added. Use a maximum moisture content approximately the same as the saturated surface dry condition of the aggregate as determined by AASHTO T 85.

The job-mix formula will be evaluated and approved according to Subsection 401.03.





**Table 407-1**
**Open-Graded Emulsified Asphalt Mix**

| Design Parameters[1] | Specification | Test Procedure |
|---|---|---|
| Coating, % minimum | | Visual[2] |
| Base | 50 | |
| Surface | 75 | |
| Runoff, % maximum residual asphalt | 0.5 | |
| Washoff, % maximum residual asphalt | 0.5 | |
| Combined (Runoff and Washoff), % maximum | 0.5 | |

(1) Reference - *AI Manual Series No. 19 (MS-19)*.
(2) Evaluate the mix after surface dry for the percent of particle surface coated.

**407.04 Mixing Plant.** Use a stationary pugmill, batch plant, drum dryer-mixer plant, or continuous mixing plant equipped with weighing or volumetric gauging equipment capable of providing accurate control of the material entering the mixer.

Use a mixing plant that permits variation in mixing times of 5 to 30 seconds and injects the emulsified asphalt into the mix as a stream and not a spray.

Locate the mixing plant as close as practical to the project.

**407.05 Surface Preparation.** Prepare the surface according to Subsection 401.06.

**407.06 Weather Limitations.** See Subsection 406.06.

**407.07 Mixing.** Introduce the material into the mixing plant according to the approved job-mix formula. Control the aggregate moisture content in the stockpiles so the maximum moisture determined in the job-mix formula is not exceeded. Mix until a uniform coating of between 70 percent and 95 percent is obtained upon discharge based on visual inspection.

000548



**407.08 Hauling, Spreading, and Finishing.** Use hauling vehicles conforming to Subsection 401.11. Begin placement at the point farthest from the mixing plant and progress toward the plant. Minimize hauling over material already placed and do not drive on the material until it is compacted. Cleanup asphalt material dripping from the hauling vehicles onto previously constructed pavement on a daily basis.

Do not use mixes produced from different plants unless the mixes are produced according to the same job-mix formula, use the same material from the same sources, and the procedure is approved.

Place the mix using pavers conforming to Subsection 401.05. Spread, strike off, and finish the mix to the grade and elevation needed to provide the compacted thickness. Offset and locate longitudinal joints according to Subsection 401.13.

Clean the paver immediately after use. Clean only in locations where asphalt material will not be discharged into a borrow pit, ditch, gutter, or stream, or onto a completed pavement.

**407.09 Compaction.** Compact when the fluid content (emulsified asphalt and water) is within ±2 percent of the optimum fluid content determined by the CO and the residual asphalt content is within ±0.5 percent of the approved job-mix formula percent. Make up any deficiencies in residual asphalt content through the application of a flush coat.

Furnish the number, mass, and type of rollers to obtain density without undue displacement, cracking, or shoving. Move the rollers at a uniform speed not to exceed 5 kilometers per hour, with the drive wheels nearest the paver.

Immediately correct undue displacement resulting from the reversing of the direction of a roller, or other causes, by the use of rakes and fresh mix. Do not displace the line and grade of the edges.

Begin rolling at the sides and proceed parallel to the road centerline. Overlap each trip one-half the roller width, gradually progressing to the crown of the road. On superelevated curves, begin the rolling at the low side and progress to the high side by overlapping passes parallel to the centerline.





Make a minimum of 3 complete roller passes using a nonvibratory 2 steel-wheeled roller having a minimum mass of 8 metric tons for breakdown rolling.

Immediately after breakdown rolling, place choker aggregate using a spreader designed for the controlled spreading of sand. Spread the choker aggregate at the rate of 1.7 to 3.2 kilograms per square meter.

Make a minimum of 2 complete roller passes using a self-propelled pneumatic-tired roller with a tire pressure of approximately 275 kilopascals for intermediate rolling. Obtain a uniform textured surface with a minimum of voids.

Use a nonvibratory 2 steel-wheeled roller for finish rolling. Continue finish rolling until all roller marks are eliminated.

Provide a smooth surface according to Subsection 402.08. Correct defective areas by removing or adding material and recompacting.

Along forms, curbs, headers, walls, and other places not accessible to the rollers, thoroughly compact the mix with mechanical hand tampers. Construct joints, trim edges, and cleanup according to Subsection 401.15.

**407.10 Flush Coat.** Allow the surface to cure for a minimum of 2 days. Maintain the surface and keep it free of corrugations. Patch any holes that develop with approved material. Remove all excess choker aggregate, dirt, or other objectionable substances.

If the final surface will be used for the driving surface, apply a flush coat of emulsified asphalt using an asphalt distributor according to Subsection 409.04. Use the same emulsified asphalt type and grade as used for the mix. Add water to the emulsified asphalt and thoroughly mix to produce a blend containing approximately 50 percent emulsified asphalt and 50 percent added water.

When introducing water into a CMS-2, CMS-2s, or CMS-2h emulsified asphalt, heating of the water may be necessary. Spread the blend at the rate of 0.2 to 0.7 liter per square meter. The CO will determine the total number of applications.

**407.11 Surface Treatment.** Allow the surface to cure for a minimum of 10 days according to Subsection 407.10. When required by the contract, place a surface treatment according to Section 409.

**407.12 Acceptance.** Choker aggregate will be evaluated under Subsections 106.02 and 106.03.

Emulsified asphalt will be evaluated under Subsections 106.04 and 702.09.

Construction of the open-graded emulsified asphalt pavement course will be evaluated under Subsections 106.02 and 106.04.

Residual asphalt content and aggregate gradation will be evaluated under Subsection 106.05. Other aggregate quality properties will be evaluated under Subsections 106.02 and 106.04. See Table 407-2 for minimum sampling and testing requirements.

(a) **Residual asphalt content.** The upper and lower specification limits are the approved job-mix formula target value ±0.5 percent. See Table 407-2 for the acceptance quality characteristic category.

(b) **Aggregate gradation.** The upper and lower specification limits are the approved job-mix formula target values plus or minus the allowable deviations shown in Table 703-6. See Table 407-2 for the acceptance quality characteristic categories.

Flush coat will be evaluated under Section 409.

## Measurement

**407.13** Measure open-graded emulsified asphalt pavement, emulsified asphalt for pavement and flush coat, and choker aggregate by the metric ton. Do not adjust the scale masses of the mix for the emulsified asphalt or moisture content.

Measure surface treatment under Section 409.





## Payment

**407.14** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule except the open-graded emulsified asphalt pavement contract unit bid price will be adjusted according to Subsection 106.05. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment for open-graded emulsified asphalt pavement will be made at a price determined by multiplying the contract unit bid price by the material pay factor. The material pay factor is the lowest single pay factor determined for residue asphalt content or any individual sieve of the aggregate gradation.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 40701 Open-graded emulsified asphalt pavement grading ___ | Metric ton |
| 40702 Emulsified asphalt grade ___ | Metric ton |
| 40703 Choker aggregate | Metric ton |

**Table 407-2**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Category | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|---|
| Open-graded emulsified asphalt pavement | Residual asphalt content | I | FLH T 516, FLH T 517, or AASHTO T 164 | 1 per 500 t | Hauling vehicle after discharge from plant |
| | Gradation (1) —<br>4.75 mm<br>2.36 mm<br>75 µm<br>Other specified sieves | <br>I<br>I<br>I<br>II | FLH T 514 and AASHTO T 30 (2) | 1 per 500 t | Hauling vehicle after discharge from plant |

(1) Use only sieves indicated for the specified gradation.
(2) Do not use FLH T 514 if AASHTO T 164 is used to determine residual asphalt content.



# Section 408.— COLD RECYCLED ASPHALT BASE COURSE

## Description

**408.01** This work consists of constructing one or more courses of cold recycled asphalt base using reclaimed asphalt pavement material and/or reclaimed aggregate material combined with new aggregates, water, emulsified asphalt, recycling agents, and/or lime.

Cold recycled asphalt base course aggregate grading is designated as shown in Table 703-5.

Emulsified asphalt grade is designated as shown in AASHTO M 140 or AASHTO M 208.

## Material

**408.02** Conform to the following Subsections:

| | |
|---|---|
| Aggregate (new) | 703.06 |
| Emulsified asphalt | 702.03 |
| Lime | 725.03 |
| Recycling agent | 702.06 |
| Water | 725.01 |

## Construction Requirements

**408.03 Composition of Mix (Job-Mix Formula).** Furnish a mixture of reclaimed aggregate material, reclaimed asphalt pavement material, new aggregate, water, emulsified asphalt, recycling agent, and/or lime that meets the applicable aggregate gradation in Table 703-5 and the design parameters (a); and (b) or (c) in Table 406-1.

Submit a written job-mix formula for approval at least 21 days before production. Submit the following:

(a) **Aggregate.** Sources of and proportional samples representing the reclaimed asphalt pavement material, reclaimed aggregate material, and new aggregate, about 300 kilograms total. Obtain samples of existing pavement according to Subsection 403.03(a).



000550

000551

307 Stockpiled Agg.



**(b) Emulsified asphalt.**

**(1)** Percentage of emulsified asphalt and/or recycling agent to be added based on the total mass of the mixture or the application rate if spray application is used.

**(2)** Source of and 20-liter sample of the emulsified asphalt and/or recycling agent to be used in the mixture. Furnish the samples in plastic containers.

**(c) Water.** Percentage of water to be added based on the total mass of the mixture.

**(d) Lime.** Percentage of lime added based on total mass of the mixture.

The job-mix formula will be evaluated and approved according to Subsection 401.03.

**408.04 Surface Preparation.** For inplace mixing, clear, grub, and dispose of all vegetation and debris within 300 millimeters of the pavement to be recycled. Perform the work according to Section 201. Prepare the surface according to Subsection 303.07.

**408.05 Weather Limitations.** See Subsection 406.06.

**408.06 Mixing.** Use rotary mixers, cold-milling machines, travel plants, stationary mixing plants, or other approved equipment for producing the completed base course mixture.

For inplace mixing, use self-propelled equipment capable of scarifying, crushing, mixing, weighing, and placing the mixture. Use equipment with meters capable of registering the rate of addition of the emulsified asphalt, recycling agent, or water. Adjust the travel speed and/or number of passes to obtain a thorough and uniform mixture.

For central plant mixing, use suitable equipment for scarifying and crushing the existing pavement. Use acceptable continuous flow or batch-type mixer equipped with batching or metering devices designed to measure the specified quantities of the respective material.





The final emulsified asphalt, recycling agent, and/or lime content will be established by the CO after evaluation of field results.

**408.07 Spreading, Finishing, and Compacting.** Spread, finish, and compact the mixture according to Subsection 406.07.

After the recycled mixture has been compacted, do not permit any traffic on the completed cold recycled asphalt base for at least 2 hours. Allow the pavement to cure according to Subsection 406.07 before placing the next course or sealing the surface with a fog seal according to Section 409.

**408.08 Acceptance.** Recycling agent and lime will be evaluated under Subsections 106.02 and 106.03.

Emulsified asphalt will be evaluated under Subsections 106.04 and 702.09.

Aggregate (new) will be evaluated under Subsections 106.02 and 106.04. See Table 408-1 for minimum sampling and testing requirements.

Construction of the cold recycled asphalt base course will be evaluated under Subsections 106.02 and 106.04. Cold recycled asphalt base density will be evaluated under Subsections 106.02 and 106.04. See Table 408-1 for minimum sampling and testing requirements.

## Measurement

**408.09** Measure cold recycled asphalt base course by the metric ton or by the square meter. When measurement is by the metric ton, do not deduct for the emulsified asphalt, recycling agent, water, and/or lime contained in the mixture. Measure square meter width horizontally to include the top of base width and allowable curve widening. Measure the square meter length horizontally along the centerline of the roadway.

Measure emulsified asphalt, lime, and recycling agent by the metric ton.

Measure fog seal under Section 409.

## Payment

**408.10** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 40801 Cold recycled asphalt base course grading ___ | Metric ton |
| 40802 Cold recycled asphalt base course grading ___, ___ millimeter depth | Square meter |
| 40803 Emulsified asphalt grade ___ | Metric ton |
| 40804 Recycling agent | Metric ton |
| 40805 Lime | Metric ton |





**Table 408-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Aggregate (new) | Gradation | AASHTO T 27 and AASHTO T 11 | 1 for each aggregate | Source of material or stockpile |
| Cold recycled asphalt pavement | Core density (1) | AASHTO T 166 and AASHTO T 209 | 1 for each 3500 $m^2$ | In place after compaction |

(1) Cut core sample from the compacted pavement according to AASHTO T 230 method B using air-cooled equipment. Fill and compact the sample holes with asphalt mixture.

# Section 409.— ASPHALT SURFACE TREATMENT

## Description

**409.01** This work consists of constructing a single or multiple asphalt surface treatment course. A fog seal is an asphalt surface treatment without aggregate.

The grade of asphalt is designated as shown in AASHTO M 20 or AASHTO M 226 for asphalt cement, AASHTO M 140 or AASHTO M 208 for emulsified asphalt, and AASHTO M 81 or AASHTO M 82 for cut-back asphalt.

Surface treatment aggregate designation is designated as shown in Tables 409-1, 409-2, and 409-3.

## Material

**409.02** Conform to the following Subsections:

| | |
|---|---|
| Aggregate | 703.10 |
| Asphalt cement | 702.01 |
| Blotter | 703.13 |
| Cut-back asphalt | 702.02 |
| Emulsified asphalt | 702.03 |

## Construction Requirements

**409.03 Composition of Mix.** For surface treatments, submit the following information and samples for approval at least 21 days before production:

**(a) Aggregate samples.** 35 kilograms from each stockpile produced and the gradation range represented by each.

**(b) Aggregate gradation target values.** The proposed percentage of each stockpile to be used and the proposed target value for each sieve size.

**(c) Asphalt samples.** 2 liters of asphalt from the same source and of the type to be used for the surface treatment.





**(d) Asphalt temperature.** Apply asphalt at temperatures according to Table 702-1.

**409.04 Equipment.** Furnish equipment as follows:

**(a) Asphalt distributor.**

(1) Capable of heating asphalt evenly.
(2) Adjustable full circulation spray bar to 4.6-meter width.
(3) Positive controls including tachometer, pressure gauge, volume measuring device, or calibrated tank to uniformly deposit asphalt over the full width within 0.08 liter per square meter of the required rate.
(4) Thermometer for measuring the asphalt temperature in the tank.

**(b) Rotary power broom.**

**(c) Pneumatic-tire rollers.**

(1) Minimum compacting width — 1.5 meters.
(2) Minimum ground contact pressure — 550 kilopascals.

**(d) Aggregate spreader.**

(1) Self-propelled.
(2) Minimum of 4 pneumatic tires on 2 axles.
(3) Positive controls to uniformly deposit the aggregate over the full width of asphalt within 10 percent by mass of the required rates.

**(e) Other equipment.** Other equipment of proven performance may be used in addition to or in lieu of the specified equipment when approved.

**409.05 Surface Preparation.** Prepare surface according to Subsection 303.07.

**409.06 Weather Limitations.** Place asphalt seal coats when the air temperature in the shade and the pavement surface temperature are at least 16 °C and rising and when the weather is not foggy or rainy.

000554



**409.07 Production Start-Up Procedures for Surface Treatment.** Provide 7 days advance notice before constructing all asphalt surface treatments containing aggregate. Also use these start-up procedures when resuming production after termination due to nonconforming work.

On the first day of production, construct a 150-meter control strip that is one-lane wide. Locate the control strip on the project as designated.

Construct the control strip using material, lay-down, and compaction procedures intended for the remainder of the surface treatment. Cease production after construction of the control strip until the material and the control strip are evaluated and accepted.

Acceptable control strips may remain in place and will be accepted as a part of the completed surface treatment.

Repeat control strip process until an acceptable control strip is produced.

**409.08 Asphalt Application.** Calibrate the asphalt distributor spray bar height, nozzle angle, and pump pressure and check longitudinal and transverse spread rates weekly according to ASTM D 2995.

Protect the surfaces of nearby objects to prevent spattering or marring. Spread building paper on the surface for a sufficient distance from the beginning and end of each application so the flow through the distributor nozzles may be started and stopped on the paper.

The CO will approve the exact application rate, temperature, and area to be treated before application and may make adjustments for variations in field conditions. Apply the asphalt uniformly with an asphalt distributor. Move distributor forward at the proper application speed at the time the spray bar is opened. Use care not to apply excess asphalt at the junction of spreads.

Correct skipped areas or deficiencies. Remove and dispose of paper or other material used.

**409.09 Aggregate Application.** When using emulsified asphalt, moisten the aggregate to remove its dust coating.





The CO will approve the exact application rate and area to be treated before application. Apply the aggregate uniformly with an aggregate spreader immediately after the asphalt is applied. Operate aggregate spreader so the asphalt is covered with the aggregate before wheels pass over it. During part-width construction, leave uncovered a strip of sprayed asphalt approximately 150 millimeters wide to permit an overlap of asphalt material.

Immediately correct excesses and deficiencies by brooming or by the addition or removal of aggregate until a uniform texture is achieved. Use hand methods in areas not accessible to power equipment.

Make first roller pass to seat the aggregate immediately after the aggregate is applied. Operate rollers at a maximum speed of 10 kilometers per hour.

**409.10 Fog Seal.** A fog seal consists of applying a slow-setting emulsified asphalt diluted with water onto an existing asphalt surface. Apply the diluted emulsified asphalt according to Subsection 409.08 at a rate of 0.45 to 0.70 liters per square meter depending on the condition of the existing surface. Allow the fog seal to penetrate undisturbed for at least 2 hours or until the emulsified asphalt breaks and is substantially absorbed into the existing surface. Then lightly cover remaining spots of excess asphalt with blotter according to Section 411 before opening the surface to traffic.

**409.11 Single-Course Surface Treatment.** A single-course surface treatment consists of applying an asphalt onto an existing asphalt surface immediately followed by a single, uniform application of aggregate. Apply the asphalt and aggregate according to Subsections 409.08 and 409.09 at the approximate rates shown in Table 409-1. Determine the exact rates based on approved control strips.

Use a pilot car according to Section 635 to limit traffic speeds. During the initial 45 minutes after rolling, limit the traffic speeds to 15 kilometers per hour. Limit traffic speeds to 30 kilometers per hour for 24 hours.

Lightly broom the aggregate surface on the morning after construction. Maintain the surface by distributing blotter according to Section 411 to absorb any free asphalt and by repairing areas deficient in aggregate. Sweep excess material from the surface using a rotary power broom. Do not displace embedded material.

**Table 409-1**
**Approximate Quantities of Material for**
**Single-Course Surface Treatment**

| Sequence of Operations | Treatment Designation and Aggregate Gradation[1] | | | | |
|---|---|---|---|---|---|
| | B | C | D | E | F |
| Apply asphalt material (L/m²) Emulsified asphalt | 2.00 | 1.70 | 1.25 | 0.90 | 0.90 |
| Cut-back asphalt or asphalt cement | 1.80 | 1.15 | 0.90 | 0.70 | 0.70 |
| Spread aggregate[1][2] (kg/m²) | 24 | 16 | 12 | 8 | 11 |

(1) See Table 703-7 for aggregate gradations.
(2) Aggregate masses are for aggregates having a bulk specific gravity of 2.65, as determined by AASHTO T 84 and AASHTO T 85. Make proportionate corrections when the aggregate furnished has a bulk specific gravity above 2.75 or below 2.55.

**409.12 Multiple-Course Surface Treatment.** A multiple-course surface treatment consists of applying multiple layers of asphalt and aggregate. Apply each asphalt and aggregate layer according to Subsections 409.08 and 409.09 and at the approximate rates shown in Table 409-2 or 409-3. Determine the exact rates based on approved control strips.

Maintain the surface and limit traffic according to Subsection 409.11.

For multiple-course surface treatment designations AT-61 and E-61, wait at least 24 hours between application of the third and fourth layers.





**Table 409-2**
**Approximate Quantities of Material for**
**Multiple-Course Surface Treatment**
**(Using Cut-back Asphalt or Asphalt Cement)**

| Aggregate Grading[1][2] and Sequence of Operations | Treatment Designation | | | | |
|---|---|---|---|---|---|
| | AT-19 | AT-27 | AT-33 | AT-38 | AT-61 |
| **First Course —** Apply asphalt material (L/m²) | 1.00 | 1.15 | 0.70 | 1.35 | 0.90 |
| Spread aggregate (kg/m²) Grading D | 13 | | | | |
| Grading C | | 19 | | | |
| Grading B | | | 21 | 27 | |
| Grading A | | | | | 38 |
| **Second Course —** Apply asphalt material (L/m²) | 0.60 | 1.15 | 1.35 | 1.55 | 1.80 |
| Spread aggregate (kg/m²) Grading E | 6 | 8 | | | |
| Grading D | | | 7 | 11 | |
| Grading C | | | | | 11 |
| **Third Course —** Apply asphalt material (L/m²) | | | 0.70 | | 0.90 |
| Spread aggregate (kg/m²) Grading E | | | 5 | | 7 |
| **Fourth Course —** Apply asphalt material (L/m²) | | | | | 0.90 |
| Spread aggregate (kg/m²)[3] Grading F | | | | | 5 |
| **TOTALS —** Asphalt material (L/m²) | 1.60 | 2.30 | 2.75 | 2.90 | 4.56 |
| Aggregate (kg/m²) | 19 | 27 | 33 | 38 | 61 |

(1) See Table 703-7 for aggregate gradations.
(2) Aggregate masses are for aggregates having a bulk specific gravity of 2.65, as determined by AASHTO T 84 and AASHTO T 85. Make proportionate corrections when the aggregate furnished has a bulk specific gravity above 2.75 or below 2.55.
(3) After final aggregate spread, apply additional cover aggregate, grading F, to all areas with unabsorbed asphalt materials.