**Table 409-3**
**Approximate Quantities of Material for Multiple-Course Surface Treatment (Using Emulsified Asphalt)**

| Aggregate Grading (1)(2) and Sequence of Operations | Treatment Designation | | | | |
|---|---|---|---|---|---|
| | E-19 | E-27 | E-33 | E-38 | E-61 |
| **First Course —** | | | | | |
| Apply asphalt material ($L/m^2$) | 2.00 | 1.55 | 2.00 | 2.25 | 1.80 |
| Spread aggregate ($kg/m^2$) | | | | | |
| Grading D | 13 | | | | |
| Grading C | | 17 | | | |
| Grading B | | | 19 | 21 | |
| Grading A | | | | | 38 |
| **Second Course —** | | | | | |
| Apply asphalt material ($L/m^2$) | 1.15 | 1.15 | 1.15 | 1.15 | 2.00 |
| Spread aggregate ($kg/m^2$) | | | | | |
| Grading E | 6 | 5 | | | |
| Grading D | | | 9 | 11 | 11 |
| **Third Course —** | | | | | |
| Apply asphalt material ($L/m^2$) | | 1.15 | 1.15 | 1.15 | 1.15 |
| Spread aggregate ($kg/m^2$) | | | | | |
| Grading E | | 5 | 5 | 6 | 7 |
| **Fourth Course —** | | | | | |
| Apply asphalt material ($L/m^2$) | | | | | 1.15 |
| Spread aggregate ($kg/m^2$) (3) | | | | | |
| Grading F | | | | | 5 |
| **TOTALS —** | | | | | |
| Asphalt material ($L/m^2$) | 3.15 | 3.85 | 4.30 | 4.55 | 6.10 |
| Aggregate ($kg/m^2$) | 19 | 27 | 33 | 38 | 61 |

(1) See Table 703-7 for aggregate gradations.
(2) Aggregate masses are for aggregates having a bulk specific gravity of 2.65, as determined by AASHTO T 84 and AASHTO T 85. Make proportionate corrections when the aggregate furnished has a bulk specific gravity above 2.75 or below 2.55.
(3) After final aggregate spread, apply additional cover aggregate, grading F, to all areas with unabsorbed asphalt materials.





**409.13 Acceptance.** Asphalt cement, emulsified asphalt, and cut-back asphalt will be evaluated under Subsections 106.04 and 702.09.

Aggregate for asphalt surface treatment will be evaluated under Subsections 106.02 and 106.04. See Table 409-4 for minimum sampling and testing requirements.

Construction of asphalt surface treatment course will be evaluated under Subsections 106.02 and 106.04.

Blotter will be evaluated under Section 411.

## Measurement

**409.14** Measure surface treatment aggregate by the metric ton or by the cubic meter in the hauling vehicle.

Measure asphalt cement and emulsified asphalt by the metric ton.

Measure blotter under Section 411.

## Payment

**409.15** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payments will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 40901 Surface treatment aggregates designation ___ | Metric ton |
| 40902 Surface treatment aggregates designation ___ | Cubic meter |
| 40903 Asphalt cement grade ___ | Metric ton |
| 40904 Emulsified asphalt grade ___ | Metric ton |

**Table 409-4**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Aggregate surface treatment aggregate | Gradation (1) | AASHTO T 27 and AASHTO T 11 | 1 for each 500 t | Spreader discharge |
| | Fractured faces (1) | FLH T 507 | 1 for each 500 t | Spreader discharge |
| | Flakiness index (1) | FLH T 508 | 1 for each 500 t | Spreader discharge |

(1) Applies to each aggregate grade furnished.



# Section 410.— SLURRY SEAL

## Description

**410.01** This work consists of applying an asphalt slurry seal mix.

Slurry seal type is designated as shown in Table 703-8.

Emulsified asphalt grade is designated as shown in AASHTO M 140 or AASHTO M 208.

## Material

**410.02** Conform to the following Subsections:

| | |
|---|---|
| Aggregate | 703.11 |
| Emulsified asphalt | 702.03 |
| Mineral filler | 725.05 |
| Water | 725.01 |

## Construction Requirements

**410.03 Composition of Mix (Job-Mix Formula).** Furnish a slurry seal mixture of aggregate, water, emulsified asphalt, and additives according to ASTM D 3910 and ISSA T 114. Conform to the applicable aggregate gradation in Table 703-8 and the following residual asphalt contents:

Type I - Residual asphalt between 10.0% and 16.0%

Type II - Residual asphalt between 7.5% and 13.5%

Type III - Residual asphalt between 6.5% and 12.0%

Submit a written job-mix formula for approval at least 21 days before production. Submit the following:

**(a) Aggregate gradation values.** The representative value for each sieve size for the aggregate blend.

**(b) Emulsified asphalt content.** The residual asphalt content, as a percent by mass of dry aggregate.



000557

(c) **Aggregate samples.** 45-kilogram sample of each aggregate.

(d) **Emulsified asphalt sample.** Source of and 20-liter sample of the emulsified asphalt to be used in the mix. Furnish the sample in plastic containers.

(e) **Mineral filler samples.** 25-kilogram sample of each proposed mineral filler, when applicable.

The job-mix formula will be evaluated for approval.

**410.04 Equipment.** Furnish equipment with the following capabilities:

(a) **Slurry seal mixer.**

(1) Self-propelled.
(2) Continuous-flow mixing.
(3) Calibrated controls.
(4) Easily readable metering devices that accurately measure all raw material before entering the pugmill.
(5) Automated system for sequencing in all raw material to ensure constant slurry mix.
(6) Mixing chamber to thoroughly blend all ingredients together.
(7) Fines feeder with an accurate metering device for introducing additive into the mixer where the aggregate is introduced into the mixer.
(8) A pressurized water system with a fog-type spray bar capable of fogging the surface immediately ahead of the spreading equipment at a rate of 0.13 to 0.27 liters per square meter.
(9) Proportioning system that is accurate for measuring all material independent of the engine speed.
(10) Minimum speed of 20 meters per minute and maximum speed of 55 meters per minute.
(11) Minimum storage capacity of 6 metric tons.
(12) Capable according to ISSA Performance Guidelines A 105.

(b) **Mechanical-type single squeegee spreader box.**

(1) Attaches to the slurry seal mixer.
(2) Flexible squeegee in contact with the surface to prevent loss of slurry.





(3) Adjustable to assure a uniform spread over varying grades and crowns.
(4) Adjustable in width with a flexible strike-off.
(5) Augers for uniform flow to edges.

(c) **Auxiliary equipment.** Furnish hand squeegees, shovels, and other equipment necessary to perform the work. Provide cleaning equipment including, but not limited to, power brooms, air compressors, water flushing equipment, and hand brooms for surface preparation.

**410.05 Surface Preparation.** Prepare the surface to be sealed according to Subsection 303.07.

**410.06 Weather Limitations.** Apply slurry seal when the air temperature in the shade and the surface temperature are at least 15 °C and rising and when the weather is not foggy, rainy, or overcast.

**410.07 Slurry Seal Application.** Mix the slurry seal using a slurry seal mixer. Fog the surface with water immediately preceding the spreader.

Blend the additive with the aggregate using the fines feeder. Pre-wet the aggregate in the pugmill immediately before mixing with the emulsified asphalt.

Mix the slurry seal a maximum of 4 minutes. Ensure the slurry seal mix is of the desired consistency as it leaves the mixer and conforms to the approved job-mix formula. Adjustment of the mineral filler and the emulsified asphalt content during construction may be approved to adjust for variations in field conditions.

Carry sufficient slurry seal mix in the spreader to completely cover the surface. Spread the mix with a mechanical-type single squeegee spreader box. In areas not accessible to the spreader box, use hand squeegees to work the slurry seal mix.

Allow treated areas to completely cure before opening to traffic. Cure is complete when clear water can be pressed out of the slurry mix with a piece of paper without discoloring the paper.

**410.08 Acceptance.** Emulsified asphalt will be evaluated under Subsections 106.04 and 702.09.

Aggregate for slurry seal will be evaluated under Subsections 106.02 and 106.04. See Table 410-1 for minimum sampling and testing requirements.

Construction of the slurry seal will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**410.09** Measure slurry seal by the square meter. Measure square meter width horizontally to include the top of surface width and allowable curve widening. Measure the square meter length horizontally along the centerline of the roadway.

Measure emulsified asphalt and slurry seal aggregate by the metric ton.

## Payment

**410.10** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 41001 Slurry seal type ___ | Square meter |
| 41002 Emulsified asphalt grade ___ | Metric ton |
| 41003 Slurry seal aggregate | Metric ton |





**Table 410-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Slurry seal aggregate | Gradation | AASHTO T 27 and AASHTO T 11 | 1 for each 500 t | Production output or stockpile |
| | Fineness modulus [1] | AASHTO T 27 | 1 for each 500 t | Production output or stockpile |
| | Sand equivalent | AASHTO T 176 alternate method no. 2 | 1 for each 500 t | Production output or stockpile |

(1) See AASHTO M 29.



000559

000560

# Section 411.— ASPHALT PRIME COAT

## Description

**411.01** This work consists of applying a cut-back or emulsified asphalt prime coat.

Prime coat asphalt grade is designated as shown in AASHTO M 140 or AASHTO M 208 for emulsified asphalt and AASHTO M 81 or AASHTO M 82 for cut-back asphalt.

## Material

**411.02** Conform to the following Subsections:

| | |
|---|---|
| Blotter | 703.13 |
| Cut-back asphalt | 702.02 |
| Emulsified asphalt | 702.03 |

## Construction Requirements

**411.03 Equipment.** Use equipment conforming to Subsection 409.04.

**411.04 Surface Preparation.** Prepare the surface to be primed according to Subsection 303.07.

**411.05 Weather Limitations.** Apply prime coat on a dry or slightly damp surface when the air temperature in the shade and the pavement surface temperature are at least 10 °C and rising and when the weather is not foggy or rainy.

**411.06 Asphalt Application.** When required, lightly spray the surface with water before applying the prime coat. Apply asphalt according to Subsection 409.08 at a rate of 0.45 to 2.25 liters per square meter for optimum penetration.

Where using an emulsified asphalt that is not formulated as a penetrating prime coat material, dampen the roadway surface and scarify 25 to 50 millimeters deep. When required, dilute a slow-setting emulsified asphalt by adding an equal amount of water. Apply the emulsified asphalt at a rate of 0.45 to 1.35 liters per square meter. Immediately process, respread, and compact the material.





Cure surfaces primed with emulsified asphalt for not less than 24 hours and surfaces primed with cut-back asphalt for not less than 3 days before covering with the next course.

Until the next course is placed, maintain the primed surface and keep it free of corrugations by broom dragging.

Where traffic is routed over a primed surface before the asphalt material has been completely absorbed, or to minimize damage by rain, spread blotter to cover the unabsorbed asphalt. Remove excess blotter as soon as practicable after excess asphalt is absorbed. Remove all dirt or other deleterious material and repair all damaged areas before placing the next course.

**411.07 Acceptance.** Emulsified asphalt and cut-back asphalt will be evaluated under Subsections 106.04 and 702.09.

Aggregate for blotter will be evaluated under Subsection 106.03.

Construction of the prime coat will be evaluated under Subsections 106.02 and 106.04.

Surface preparation will be evaluated under Section 303.

## Measurement

**411.08** Measure prime coat asphalt by the metric ton or by the liter including water added for dilution.

Measure blotter by the metric ton or by the cubic meter in the hauling vehicle.

## Payment

**411.09** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payments will be full compensation for the work prescribed in this Section. See Subsection 109.05.

000561



Payment will made under:

| Pay Item | Pay Unit |
| --- | --- |
| 41101 Prime coat grade ___ | Metric ton |
| 41102 Prime coat grade ___ | Liter |
| 41103 Blotter | Metric ton |
| 41104 Blotter | Cubic meter |



# Section 412.— ASPHALT TACK COAT

## Description

**412.01** This work consists of applying an emulsified asphalt tack coat.

Tack coat emulsified asphalt grade is designated as shown in AASHTO M 140 or AASHTO M 208.

## Material

**412.02** Conform to the following Subsection:

| | |
| --- | --- |
| Emulsified asphalt | 702.03 |

## Construction Requirements

**412.03 Equipment.** Use equipment conforming to Subsection 409.04.

**412.04 Surface Preparation.** Prepare the surface for a tack coat according to Subsection 303.07. When the surface is concrete, remove excess joint and crack filler.

**412.05 Weather Limitations.** Apply asphalt tack coat on a dry, unfrozen surface when the air temperature in the shade is above 2 °C and rising.

**412.06 Asphalt Application.** Where using slow-setting emulsified asphalt, dilute by adding an equal amount of water to the emulsified asphalt.

Apply the asphalt according to Subsection 409.08 at a rate of 0.15 to 0.70 liters per square meter. When a tack coat cannot be applied with an asphalt distributor spray bar, apply the tack coat uniformly and completely by fogging with a hand spray attachment or by another approved method.

If excess asphalt material is applied, squeegee the excess from the surface. Allow the tacked surfaces to completely cure before placing the covering course. Place the covering course within 4 hours of placing the tack coat.

000562



**412.07 Acceptance.** Emulsified asphalt will be evaluated under Subsections 106.04 and 702.09.

Construction of the tack coat will be evaluated under Subsections 106.02 and 106.04.

Surface preparation will be evaluated under Section 303.

## Measurement

**412.08** Measure tack coat by the metric ton or by the liter including water added for dilution.

## Payment

**412.09** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 41201 Tack coat grade ___ | Metric ton |
| 41202 Tack coat grade ___ | Liter |



# Section 413.— ASPHALT PAVEMENT MILLING

## Description

**413.01** This work consists of removing asphalt pavement by a cold milling process.

## Construction Requirements

**413.02 Equipment — Milling Machine.** Furnish equipment with the following capabilities:

(a) Self-propelled.
(b) Sufficient power, traction, and stability to accurately maintain depth of cut.
(c) Capable of removing the pavement thickness to provide profile and cross slope.
(d) Automatic system to control grade elevations by referencing from the existing pavement by means of a ski or matching shoe or from an independent grade control.
(e) Automatic system to maintain cross slope.
(f) System to effectively limit dust and other particulate matter from escaping removal operations.
(g) Loading system or adequate support equipment to completely recover milled material at removal rate.
(h) Cutting width equal to at least one third of the lane width.

**413.03 Milling.** Use a longitudinal reference to accurately guide the machine. References may include a curb, edge of pavement, or string attached to the pavement surface. Mill in a longitudinal direction.

Mill the transverse slope to within 6 millimeters in 3 meters of the required slope. Transition from one transverse slope to another at a uniform rate. Uniformly mill the entire roadway lane width so the cross-section of the new surface forms a straight line.

Transition between different depths of cut at a uniform rate of 17 millimeters of depth per 10 meters . At the beginning and end of the milling work, construct a smooth transition to the original surface at this rate. Do not leave an exposed vertical edge perpendicular to the direction of travel. When the pavement remains open to traffic, limit differences in elevation between adjacent lanes according to Subsection 156.06(b).

000563





Mill the surface to a smoothness conforming to Subsection 402.08.

Use a rotary broom and vacuum immediately behind the milling operations to remove and completely recover all loose material. Minimize the escape of dust into the air. Dispose of recovered milled material according to Subsection 211.03(b).

Before opening to traffic, patch milled travel lanes according to Subsection 635.17.

**413.04 Acceptance.** Asphalt pavement milling will be evaluated under Subsections 106.02 and 106.04.

Smoothness of milled surface will be evaluated under Section 402.

## Measurement

**413.05** Measure asphalt pavement milling by the square meter or by the kilometer. Measure square meter width horizontally. Measure the length horizontally along the centerline of the roadway.

## Payment

**413.06** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payments will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 41301 Asphalt pavement milling, ___ millimeter depth | Square meter |
| 41302 Asphalt pavement milling, ___ millimeter depth | Kilometer |



# Section 414.— ASPHALT PAVEMENT CRACK AND JOINT SEALING

## Description

**414.01** This work consists of saw cutting, when required in the contract, and cleaning and filling cracks and joints in asphalt pavement.

## Material

**414.02** Conform to the following Section and Subsections:

| | |
|---|---|
| Asphalt cement | 702.01 |
| Blotter | 703.13 |
| Emulsified asphalt | 702.03 |
| Fine aggregate | 703.01 |
| Joint sealant | 712.01(a) |
| Slurry seal | 410 |

## Construction Requirements

**414.03 Equipment.** Furnish equipment with the following capabilities:

**(a) Power saw and blades.** Saw and blades of such size and configuration that saw cuts can be made with one pass. Spacers are not allowed.

**(b) Router.** Power rotary impact router or vertical spindle router capable of cleaning cracks or joints to the required depth and width.

**(c) Hot-compressed air lance.** A lance capable of providing clean, oil-free compressed air at a volume of 2.8 cubic meters per minute at a pressure of 830 kilopascals and at a temperature of 1000 °C.

**(d) Application wand.** A crack sealant applicator wand attached to a heated hose that is attached to a heated sealant chamber. The temperature controls shall maintain temperature of the sealant within manufacturer's tolerances.

000564



**(e) Heating kettle.** An indirect-heating-type double boiler with the space between the inner and outer shells filled with oil or other heat transfer medium capable of constant agitation. Provide an accurate and calibrated thermometer having a range from 100 to 300 °C in 2 °C graduations. Locate the thermometer such that the temperature of the joint sealant may be safely checked.

**(f) Squeegee.** A hand-held squeegee for ensuring that the crack is filled to the existing surface.

**414.04 Saw Cutting and Joint Sealing.** Saw cut, clean, and seal joints in a continuous operation. Either dry or wet cutting is allowed.

Clean dry-sawed joints with a stream of air sufficient to remove all dirt, dust, or deleterious matter adhering to the joint walls or remaining in the joint cavity. Blow or brush dry material off the pavement surface.

Clean wet-sawed joints with a water blast, 350 kilopascals minimum, immediately after sawing to remove any sawing slurry, dirt, or deleterious matter adhering to the joint walls or remaining in the joint cavity. Immediately flush all sawing slurry from the pavement surface. Blow wet-sawed joints with air to dry joint surfaces.

Do not allow traffic to knead together or damage the sawed joints. If cleaning operations cause interference with traffic, provide protective screening.

Place the sealant when the pavement surface temperature is 4 °C or higher. Discontinue operations when weather conditions detrimentally affect the quality of forming joints and applying sealants.

Submit a copy of and adhere to the manufacturer's recommendations for heating and applying the joint sealant. Heat the joint sealant in a heating kettle. Do not heat the sealant above the safe heating temperature recommended by the manufacturer. Do not hold the material at the pouring temperature for more than 6 hours and do not reheat the material.

Place a bond breaker tape designed for use with hot poured sealant in the bottom of the saw cut joint.





Seal the joints with an applicator wand when the sealant material is at the pouring temperature. Heat or insulate the applicator wand to maintain the pouring temperature of the sealant during placing operation. Return the applicator wand to the machine and recirculate the joint sealant material immediately after sealing each joint.

Fill each joint such that, after cooling, the level of the sealant is no more than 3 millimeters below the pavement surface.

Wait for the sealant to be tack free before opening the joint to traffic. Do not spread blotter on the sealed joints to allow early opening to traffic.

**414.05 Crack Cleaning and Sealing.** Clean the existing surface of all loose material, dirt, or other deleterious substances by brooming, flushing with water, or other approved methods. Rout and clean all cracks with an average opening of 6 millimeters or more to make a sealant reservoir to the depth of the routed crack or at least 20 millimeters deep. Dry cracks before sealing.

When using the hot-compressed air lance, keep it moving so as not to burn the surrounding pavement and the joint. Place and finish sealant within 5 minutes after heating with the hot-compressed air lance.

For cracks with a 13 millimeter width or less, seal with hot-poured elastic sealant according to Subsection 414.04.

For cracks with a width greater than 13 millimeters, seal with an approved slurry seal mix, fine aggregate-asphalt cement mix, or fine aggregate-emulsified asphalt mix. Use a squeegee or other suitable equipment to force the mix into the cracks.

Immediately screed the joint sealant or asphalt mix to the elevation of the existing surface. Use a squeegee to ensure that a 75-millimeter wide band is centered on the finished sealed crack. Cover the sealed crack with a light application of blotter.

**414.06 Resealing Defective Joints or Cracks.** Reseal areas exhibiting adhesion failure, damage, missed areas, foreign objects in the sealant, or other problems which will accelerate failure.

000565



**414.07 Acceptance.** Material for asphalt pavement crack and joint sealing will be evaluated under Subsections 106.02 and 106.03.

Asphalt pavement crack and joint sealing will be evaluated under Subsection 106.04.

## Measurement

**414.08** Measure joint sealant by the liter or by the kilogram.

Measure saw cutting and joint sealing, and crack cleaning and sealing by the meter.

## Payment

**414.09** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payments will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 41401 | Joint sealant | Liter |
| 41402 | Joint sealant | Kilogram |
| 41403 | Saw cutting and joint sealing | Meter |
| 41404 | Crack cleaning and sealing | Meter |



# Section 415.— PAVING GEOTEXTILES

## Description

**415.01** This work consists of furnishing and placing a paving geotextile and asphalt sealant between pavement layers to form a waterproofing and stress-relieving membrane within the pavement structure.

## Material

**415.02** Conform to the following Subsections:

| | |
|---|---|
| Asphalt cement | 702.01 |
| Blotter | 703.13 |
| Emulsified asphalt | 702.03 |
| Geotextile type VI | 714.01 |
| Joint sealant | 712.01(a) |

## Construction Requirements

**415.03 Surface Preparation.** Prepare the surface to receive the geotextile fabric according to Subsection 303.07.

**415.04 Weather Limitations.** Apply asphalt sealant and paving geotextile on a dry surface when the pavement surface temperature is at least 13 °C and rising.

**415.05 Asphalt Sealant Application.** Use asphalt cements within a temperature range of 140 to 165 °C. Use emulsified asphalts within a temperature range of 55 to 70 °C.

Apply the asphalt sealant to the pavement surface according to Subsection 409.08 at a rate of 0.90 to 1.35 liters per square meter.

Spray the asphalt sealant 150 millimeters wider than the paving geotextile. Do not apply the asphalt sealant any farther in advance of the paving geotextile placement than can be maintained free of traffic.

Where emulsified asphalt is used, allow the emulsion to break before placing the paving geotextile.

000566



Where asphalt cement is used, place the paving geotextile before the asphalt has cooled and lost tackiness.

**415.06 Paving Geotextile Placement.** Place the paving geotextile onto the asphalt sealant with minimal wrinkling. Slit, lay flat, and tack all wrinkles or folds higher than 25 millimeters. Broom and/or roll the paving geotextile to maximize fabric contact with the pavement surface.

At geotextile joints, overlap the geotextile 6 inches (150 millimeters to ensure full closure. Overlap transverse joints in the direction of paving to prevent edge pickup by the paver. Apply additional asphalt sealant to paving geotextile overlaps to ensure proper bonding of the double fabric layer.

If asphalt sealant bleeds through the fabric, treat the affected areas with blotter. Minimize traffic on the geotextile. If circumstances require traffic on the membrane, apply blotter and place *"slippery when wet"* signs.

Broom the excess blotter from the geotextile surface before placing the overlay. Repair all damaged fabric before placing overlay. Apply a light tack coat according to Section 412 before placing the overlay. To avoid damaging the geotextile, do not turn equipment on the geotextile.

Place a hot asphalt concrete overlay within 48 hours after placing the paving geotextile. Limit the lay-down temperature of the mix to a maximum of 165 °C except when the paving geotextile is composed of polypropylene fibers, limit the lay-down temperature of the mix to a maximum of 150 °C.

**415.07 Acceptance.** Asphalt cement will be evaluated under Subsections 106.04 and 702.09. Geotextile material will be evaluated under Subsections 106.02, 106.03, and 714.01.

Placement of the paving geotextile will be evaluated under Subsections 106.02 and 106.04.

Blotter will be evaluated under Section 411.

Surface preparation will be evaluated under Section 303.





## Measurement

**415.08** Measure paving geotextile by the square meter excluding overlaps.

Measure asphalt sealant by the metric ton.

Measure blotter under Section 411.

## Payment

**415.09** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payments will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 41501 Paving geotextile | Square meter |
| 41502 Asphalt sealant | Metric ton |

000567

# Section 416.— CONTINUOUS COLD RECYCLED ASPHALT BASE COURSE

## Description

**416.01** This work consists of constructing a recycled asphalt base course using methods and equipment capable of recycling and relaying the material in a one-pass operation.

Continuous cold recycled asphalt base course compaction is designated type A or B as shown in Subsection 416.08.

Emulsified asphalt grades for emulsified binder agent and sealing emulsion are designated as shown in AASHTO M 140 or AASHTO M 208.

## Material

**416.02** Conform to the following Subsections:

| | |
|---|---|
| Emulsified binder agent | 702.03 |
| Quicklime | 725.03 |
| Recycling agent | 702.06 |
| Sealing emulsion | 702.03 |
| Water | 725.01 |

## Construction Requirements

**416.03 Submittals.**

**(a) Material.** When type A compaction is designated, submit the following at least 28 days before recycling:

(1) Ten pavement cores at least 150 millimeters in diameter from randomly selected sites
(2) Source of and 7 liters of emulsified binder agent
(3) One kilogram of quicklime if quicklime is included in the bid schedule
(4) Material safety data sheets

The CO will perform a mix design and provide an initial application rate for emulsified binder agent, recycling agent, and quicklime, as applicable.





**(b) Specialty qualifications.** At least 14 days before recycling, submit the name, qualifications, and references of a competent person with extensive recycling experience to be responsible for the recycling operations. This individual's responsibilities are identified in Subsection 416.07(c).

**(c) Sequence of operations.** At least 14 days before recycling, submit the proposed equipment, manpower, and sequence of operations.

**416.04 Surface Preparation.** Prepare the surface according to Subsection 303.07(c). Clear, grub, and remove all vegetation and debris within 0.5 meter of the pavement to be recycled.

**416.05 Weather Limitations.** See Subsection 406.06.

**416.06 Pavement Milling.** Use equipment that is:

(a) Self-propelled

(b) Equipped with automatic depth controls

(c) Capable of maintaining the required cutting depth

(d) Capable of milling to the required depth in a single pass, half the existing pavement width or one lane width, whichever is greater

(e) Capable of screening and crushing material

Do not disturb underlying material.

Reduce oversize particles to a maximum size of 25.0 millimeters.

**416.07 Mixing and Proportioning.** Produce a homogeneous and uniformly-coated mixture of milled paving material, emulsified binder agent, and water.

**(a) Equipment.** Use self-propelled equipment with:

(1) A positive displacement pump with an automatic interlock system which allows the addition of emulsified binder agent and/or recycling agent only when milled material is present in the mixing chamber and automatically shuts off when the machine is stopped. The pump must

000568



be capable of supplying from 0 to 10 percent emulsified binder agent by mass of aggregate to within ±0.1 percent of the desired application rate.

(2) A weighing device calibrated and synchronized with the emulsified binder agent metering pump to regulate the emulsified binder agent added to the material in the mixing chamber.

(3) A meter for monitoring flow rate and total delivery of emulsified binder agent and/or recycling agent into the mix.

**(b) Quicklime.** When there is an item in the bid schedule for quicklime, incorporate quicklime using one of the following methods:

**(1) Dry.** Use a calibrated spreader to place pelletized quicklime on the existing pavement ahead of the recycling operation. Place quicklime within the width of the milling head. After milling, add sufficient water to slake the quicklime.

**(2) Slurry.** Use mixing equipment designed for producing lime slurries. Equip the slurry plant operations with scales and meters to proportion quicklime and water within 0.5 percent by mass. Agitate the transport tanks to keep the lime in suspension. Provide a consistent pumpable lime slurry with the appropriate amount of quicklime to be incorporated into the recycled asphalt pavement. Introduce the lime slurry at the milling head. Meter lime slurry to within ±10 percent of the required amount.

**(c) Monitoring.** Continuously monitor and evaluate the milling/mixing/placing operations and make adjustments to proportioning or operational procedures as appropriate to maximize the quality and serviceability of the final recycled asphalt base product. Adjustments may include the application rate for emulsified binder agent, application of quicklime, application of water, changes to the recycling operation to address distinct variations in existing pavement and material conditions, changes due to variation in shoulder material, and termination of operations due to abnormal or questionable product.

**416.08 Spreading, Finishing, and Compacting.** Use a paver conforming to Subsection 401.05 that is capable of picking up the entire windrow and feeding it into the paver hopper. Do not heat the screed.





Place, spread, and strike off the recycled mix to the required line, grade, and elevation.

**(a) Initial compaction.** Compact using the designated type:

**(1) Type A.** One to 2 hours after placing the recycled mix, compact the recycled mix according to Subsection 401.14 except use pneumatic roller(s) weighing at least 27 metric tons. Do not park or idle rollers on uncompacted recycled material. Initially compact with pneumatic rollers until no displacement is visible. Use steel-wheel roller(s), either in static or vibratory mode, to achieve final density.

Compact the recycled mix until it obtains a minimum density, immediately after placing and rolling, of 88 percent of a laboratory specimen prepared according to AASHTO T 247 at 60 °C. Measure the density of the laboratory specimen according to AASHTO T 166. Measure the density of the inplace recycled mix according to AASHTO T 238.

**(2) Type B.** Compact the recycled mix using the following equipment, sequence, and number of roller passes:

*(a)* 6 to 8 roller passes with a double drum, vibratory roller having a minimum mass of 5.5 metric tons and equipped with frequency and amplitude controls.

*(b)* 8 to 12 roller passes with a pneumatic-tired roller having a minimum mass of 900 kilograms per wheel and a contact pressure of 550 kilopascals.

*(c)* 4 to 6 roller passes with a static steel-wheel roller with a minimum pressure of 1.7 megapascals.

Keep all traffic and equipment off of the recycled asphalt base for at least 2 hours after completing initial compaction.

**(b) Pavement smoothness.** Immediately after initial compaction is complete, measure pavement smoothness according to Subsection 401.16(b), except defective areas are surface deviations in excess of 10 millimeters in 3 meters. Correct defective areas according to Subsection 401.16(c).

000569



**(c) Final compaction.** Compact using the designated type:

**(1) Type A.** Before the next surfacing course is placed, compact the recycled mix until it obtains a minimum density of 92 percent of the laboratory specimen.

**(2) Type B.** At least 3 days after initial compaction, continue compactive effort with the pneumatic and static steel wheel rollers when the surface temperature is greater than 22 °C. Use a minimum of four passes over the entire surface with each roller.

**(d) Curing.** Repair damage to the recycled asphalt base.

**(1) Recycled mix with quicklime.** Overlay the recycled base within 21 days after recycling.

**(2) Recycled mix without quicklime.** Overlay after the recycled base has cured 7 to 21 days. Do not overlay until the moisture content of the recycled base is less than or equal to 1.5 percent according to AASHTO T 239 or until 21 days after recycling.

**416.09 Sealing Emulsion.** When there is a pay item for sealing emulsion in the bid schedule and when directed by the CO, place a sealing emulsion on the surface of the recycled base after final compaction. Dilute the sealing emulsion 50 percent by volume with water and apply it at a rate of 0.20 to 0.90 liters per square meter. Place blotter according to Section 411.

**416.10 Acceptance.** Emulsified binder material will be evaluated under Subsections 106.03, 106.04, and 702.09.

Quicklime will be evaluated under Subsection 106.03.

Construction of continuous cold recycled asphalt base course will be evaluated under Subsections 106.02 and 106.04. Type A compaction will be evaluated under Subsection 106.04. See Table 416-1 for minimum sampling and testing requirements.

Pavement smoothness will be evaluated under Subsections 106.02 and 106.04.

Blotter material will be evaluated under Section 411.





## Measurement

**416.11** Measure cold recycled asphalt base course by the kilometer or by the square meter. Measure square meter width horizontally to include the top of base width and allowable curve widening. Measure the square meter length horizontally along the centerline of the roadway.

Measure emulsified binder agent by the metric ton.

Measure sealing emulsion by the metric ton including water used for dilution.

## Payment

**416.12** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 41601 | Continuous cold recycled asphalt base course type ___ | Kilometer |
| 41602 | Continuous cold recycled asphalt base course type ___ | Square meter |
| 41603 | Emulsified binder agent grade ___ | Metric ton |
| 41604 | Sealing emulsion grade ___ | Metric ton |
| 41605 | Quicklime | Metric ton |

000570



**Table 416-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Recycled mix [1] | Inplace density | AASHTO T 238 | 1 for each 1000 $m^2$ | In place after compaction [2] |

(1) Testing required when cold recycled asphalt base course is designated type A.
(2) See Subsection 416.08.



# Section 417.— MINOR COLD ASPHALT MIX

## Description

**417.01** This work consists of furnishing and placing one or more courses of cold asphalt mix. This work also consists of furnishing and placing cold asphalt mix as a patching material for temporary roadway maintenance.

## Material

**417.02** Conform to the following Subsection:

| | |
|---|---|
| Cold asphalt mix | 702.10 |

## Construction Requirements

**417.03 Composition of Mix (Job-Mix Formula).** Submit the strength, quality, and gradation specifications for the cold asphalt mix. Include copies of laboratory test reports that demonstrate the properties of the aggregates, asphalt cement, additives, and mix meet Federal or state agency specifications.

**417.04 Surface Preparation.** Prepare the surface according to Section 209 or Subsection 303.07 as applicable.

**417.05 Placing.** Place the mix with appropriate equipment to produce a uniform surface. For roadway paving, do not place lifts thicker than 100 millimeters. In areas where mechanical spreading and finishing is impractical, spread and finish each course by hand raking, screeding, or by other approved methods. Construct a surface that is uniform in texture and cross-section. Construct joints or tapers as required.

**417.06 Compacting.**

**(a) Roadway paving.** Compact by rolling with a steel-wheeled roller weighing at least 8 metric tons.

**(b) Non-roadway paving and patching.** Compact by rolling with a hand-operated roller weighing at least 130 kilograms or with a small power roller.

Compact areas that are not accessible to rollers by other approved methods.