000571





**417.07 Acceptance.** Minor cold asphalt mix will be evaluated under Subsections 106.02 and 106.03.

Minor cold asphalt mix construction work will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**417.08** Measure minor cold asphalt mix by the metric ton.

## Payment

**417.09** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 41701 Minor cold asphalt mix | Metric ton |



# DIVISION 500
# Portland Cement Concrete Pavement

000572

# Section 501.— PORTLAND CEMENT CONCRETE PAVEMENT

## Description

**501.01** This work consists of constructing portland cement concrete pavement on a prepared surface. This work also includes pavement rehabilitation consisting of full-depth, full-width removal and reconstruction of portland cement concrete pavement.

## Material

**501.02** Conform to the following Subsections:

| | |
|---|---|
| Air-entraining admixtures | 711.02 |
| Chemical admixtures | 711.03 |
| Coarse aggregate | 703.02 |
| Curing material | 711.01 |
| Epoxy resin adhesives | 725.21 |
| Fine aggregate | 703.01 |
| Fly ash | 725.04 |
| Grout | 725.22 |
| Joint fillers and sealants | 712.01 |
| Portland cement | 701.01 |
| Reinforcing steel, tie bars, dowel bars, hook bolts, caps | 709.01 |
| Water | 725.01 |

## Construction Requirements

**501.03 Composition of Mix (Concrete Mix Design).** Design the concrete mix according to Subsection 552.03. Conform to Table 501-1.

**501.04 Equipment.** Furnish equipment conforming to the following:

**(a) Forms.** Furnish straight, steel forms. For edge radii less than 60 meters, furnish flexible or curved forms. Conform to all the following:

(1) Depth equal to edge of pavement thickness
(2) 3-meter minimum length
(3) Stabilizing devices to withstand paving operations
(4) Joint locks to join form lengths tightly together
(5) Cleaned and oiled before each use





**Table 501-1**
**Portland Cement Concrete Pavement Composition**

| Water/Cement Ratio (maximum) | Temperature of Concrete | Slump | Air Content (%) | Aggregate Size[1] (AASHTO M 43) | 28-Day Compressive Strength (minimum) |
|---|---|---|---|---|---|
| 0.49 | 20±10 °C | 40±20 mm | 4½ min. | No. 57 or 67 | 25 MPa |

(1) Other AASHTO M 43 aggregate sizes smaller than no. 57 or 67 may be used in the concrete mix design. However if the nominal-maximum-sized aggregate is 12.5 millimeters or smaller, provide at least 5 percent air content. Furnish type I or II portland cement.

**(b) Paving.** Furnish the paving and finishing equipment applicable to the type of construction as follows:

**(1) Slip form construction.** Furnish slip form machines capable of spreading, consolidating, screeding, and float-finishing the freshly placed concrete in one complete pass of the machine to provide a dense and homogeneous pavement with minimal hand finishing.

Equip the paving machine with the following:

*(a)* Electronic controls to control line and grade from either or both sides of the machine.
*(b)* Vibrators to vibrate the concrete for the full width and depth of the strip of pavement being placed.
*(c)* A positive interlock system to stop all vibration and tamping elements when the forward motion of the machine is interrupted.

Operate the paving machine with a continuous forward movement and coordinate mixing, delivering, and spreading concrete to provide uniform progress without stopping and starting the paving machine. Apply no tractive force to the machine, except that which is controlled from the machine.

000573



(2) **Side form construction.** Furnish mechanical, self-propelled spreading and finishing machines capable of compacting and finishing the concrete with minimal hand finishing. Equip the machine with one 450-millimeter minimum width screed with compensating springs to minimize the effect of the screed's momentum on the side forms, or 2 independently operated screeds.

Coordinate the number of driving wheels, power of the motor, and the machine's mass to prevent slippage. Any machine which displaces the side forms will not be permitted.

(3) **Vibrators.** Furnish internal immersed tube or multiple spud type vibrators for all paving more than 200 millimeters thick. Surface pan type vibrators are acceptable for full-width concrete consolidation of slabs 200 millimeters or less in thickness. Attach vibrators to the spreader or finishing machine or mount on a separate carriage. For construction of irregular areas, use hand held vibrators according to Subsection 552.11(d).

(c) **Joint sealing.** Furnish sealing equipment according to the sealant manufacturer's recommendations.

(d) **Joints and concrete removal.** Furnish an adequate supply of concrete saws with sufficient power to saw full-depth and complete the work with water-cooled, diamond-edged blades, or abrasive wheels. Equip saws with blade guards and guides or devices to control alignment and depth. Furnish and maintain stand-by equipment and an adequate supply of replacement blades or wheels.

(e) **Concrete removal.** Furnish concrete saws, drop hammers, hydro-hammers, and jack hammers to break concrete. Concrete saws shall conform to (d) above. Ball-drop breakers are not permitted.

Furnish equipment that will not damage the subgrade, subbase, base, or existing concrete slabs designated to remain.

If new or existing slabs, not scheduled for replacement, are chipped, spalled, or damaged during the removal operations, replace the damaged slabs.





**501.05 Preparing Roadbed.** Prepare the roadbed according to Subsection 303.07. Uniformly dampen the roadbed before placing the concrete. If traffic is allowed to use the prepared roadbed, check and correct the surface immediately before the concrete is placed.

Full-depth, full-width reconstruction shall conform to Subsection 501.13.

**501.06 Placing Concrete.** For storing, handling, batching, and mixing material and delivering concrete, conform to Subsections 552.04 through 552.08 and 552.10.

Do not place concrete on frozen subgrade. Place concrete with side form or slip form paving machines. Where a paving machine is impractical, place concrete according to Subsection 501.07.

When concrete is placed adjoining a previously constructed lane of pavement, do not allow mechanical equipment to be operated on the existing lane, until the lane has attained a minimum flexural strength of 3.8 megapascals according to AASHTO T 97 or compressive strength of 24 megapascals according to AASHTO T 22. Protect the previously constructed lane from damage by the paving equipment.

Construct reinforcing steel according to Section 554. Firmly position the reinforcement on acceptable supports before placing the concrete, or after spreading, mechanically place or vibrate the reinforcement to the required depth in the plastic concrete.

**501.07 Construction of Irregular Areas.** In irregular areas or areas inaccessible to paving equipment, construct the pavement using side forms. Strike-off, consolidate, float, and surface finish the concrete, as follows:

(a) Thoroughly and uniformly vibrate and compact the concrete during placement without segregating the material.

(b) Using templates or screeds, strike-off the concrete to shape it to the required cross-section between the forms. Carry a slight excess of concrete in front of the leading edge of the template or screed.

(c) Float the surface to the required grade and cross-section.

(d) Finish the surface according to Subsection 501.09.

000574



**501.08 Joints.** Do not vary longitudinal joints more than 13 millimeters and transverse joints more than 6 millimeters from the true alignment. When curbs or medians are constructed integral with the pavement, construct transverse joints continuous through the curb or median. Protect all joints from the intrusion of deleterious matter until sealed.

Form isolated joints at structures by placing 13-millimeter expansion joint filler around each structure that extends into or through the pavement before concrete is placed.

Remove and replace all newly placed concrete pavement where uncontrolled cracking occurs.

**(a) Longitudinal joints.** Construct longitudinal joints by forming or sawing. Construct sawed longitudinal joints (with tie bars) when the concrete pavement placement width exceeds 4.5 meters. Construct the longitudinal joint continuous with no gaps in either the transverse or longitudinal joints at intersections.

Place tie bars perpendicular to the longitudinal joints with mechanical equipment or rigidly secured chairs without damaging or disrupting the concrete. Do not paint or coat tie bars with any material or enclose them in tubes or sleeves.

Where adjacent lanes of pavement are constructed separately, use slip form paving machines or steel side forms to form a keyway along the construction joint. Tie bars may be bent at right angles against the form of the first lane constructed and straightened into final position before placing concrete in the adjacent lane. Repair or replace broken or badly damaged tie bars.

Threaded hook bolts may be used instead of tie bars. Fasten hook bolts to the form of the longitudinal construction joint. With slip form paving, tie bars may be hydraulically inserted through metal keyways.

**(1) Formed joints.** Form joints with an approved nonmetallic or removable device while the concrete is plastic. When adjacent lanes are constructed separately, form the sealant reservoir in the lane placed last.





**(2) Sawed joints.** After placing concrete, saw joints as soon as equipment can be supported and before uncontrolled cracking occurs. Do not ravel the joints while sawing. Saw longitudinal joints immediately after sawing transverse joints. Protect the sawed concrete faces from drying during the curing period. Saw sealant reservoirs no sooner than 72 hours after placing the concrete.

If necessary, continue sawing day and night, regardless of weather conditions. Clean the saw cut and adjacent concrete surface of slurry residue after sawing each joint.

Do not saw a joint if a crack occurs at or near the joint location before sawing. Discontinue sawing when a crack develops ahead of the saw.

If a crack develops in reinforced concrete pavement, remove and replace at least a 3-meter long, full-width slab properly attached to adjacent slabs.

If a crack develops in plain concrete pavement, remove and replace a full slab properly attached to adjacent slabs.

**(b) Transverse expansion joints.** Form transverse expansion joints according to (a)(1) above. Place dowel bars through transverse joints. Hold dowels parallel to the surface and center line of the slab by a metal device that remains in the pavement.

Dowel placement implanters may be used while the concrete is plastic provided they conform to the dowel tolerance specified. Remove all concrete that leaks into the joint expansion space.

Install the preformed joint filler full-depth, perpendicular to the subgrade, and continuous across the full-pavement width. Do not use damaged or repaired joint filler. If joint filler is assembled in sections, construct without an offset between adjacent sections.

**(c) Transverse contraction joints.** Where required by the contract, place dowel bars according to (b) above. Dowel bar sleeves and finishing caps are not required. Saw joints according to (a)(2) above. For adjacent lanes placed separately, construct joints continuously across full width of pavement.

000575



Concrete edges adjacent to the joint may be rounded or beveled to a radius or length as approved. Resaw or grind any joint having an insufficient opening. Where a joint is larger than required, furnish a larger size joint seal as approved.

**(d) Transverse construction joints.** Unless an expansion joint occurs at the same location, construct a transverse construction joint at the end of each day's work or where concrete placement is interrupted for more than 30 minutes. Do not construct a transverse joint within 3 meters of any parallel joint.

If sufficient concrete has not been mixed to form a slab at least 3 meters long when an interruption occurs, remove and dispose of the excess concrete back to the last preceding joint.

Use a metal or wooden bulkhead to form the joint, shaped to the pavement cross-section, and designed to permit the installation of dowel bars.

Install dowel bars in all transverse construction joints whose location does not coincide with the location of a transverse expansion or contraction joint.

**501.09 Surface Finishing.** Protect the surface from rain damage.

After floating, check the surface of the fresh concrete with a 3-meter straightedge. Remove high areas indicated by the straightedge. Lap each successive check with the straightedge 1.5 meters over the previous check path.

Correct pavement edge slump in excess of 6 millimeters in 3 meters before the concrete has hardened. If edge slump exceeds 25 millimeters on any 0.3 meter or greater length of hardened concrete, remove and replace the entire panel between the transverse and longitudinal joints.

Before the concrete has initially set, work the pavement edges on each side of transverse expansion joints, formed joints, transverse construction joints, and emergency construction joints to produce a 6-millimeter continuous radius and a smooth, dense mortar finish. Do not use mortar buildup to round edges.

Groove finish the surface according to Subsection 552.14(c)(1).





**501.10 Curing.** Immediately after finishing and when marring will not occur, cure the concrete for a minimum of 72 hours. Do not leave the concrete exposed for more than one half hour during the curing period. Cure using one of the following methods:

**(a) Water method.** Cure according to Subsection 552.15(b). Entirely cover the surface of the pavement and the edges of the slab with water saturated mats. Extend mats at least twice the thickness of the pavement beyond the edges of the slab. Place the mats in complete contact with the surface. Use masses or other approved methods to maintain contact.

**(b) Liquid membrane curing compound method.** Cure according to Subsection 552.15(c). Protect sawed joints from intrusion of foreign material into the joint before sealing. Repair damaged areas immediately with additional compound.

**(c) Waterproof cover method.** Thoroughly wet the surface using a fog mist applicator. Entirely cover the surface with a waterproof cover. Lap the cover at least 0.5 meter. Extend the cover beyond the edges of the slab at least twice the thickness of the pavement. Place the cover in complete contact with the surface.

Use masses or other approved methods to maintain contact. Seal, sew, or cement lap joints to prevent opening or separating while curing.

When the air temperature is expected to drop below 2 °C, furnish a sufficient supply of insulating material. Insulate the pavement surface and sides to a depth to maintain a temperature above 4 °C for 3 days. Furnish and place continuously recording thermometers according to Subsection 552.10.

Remove forms when the concrete has hardened sufficiently to resist damage, but not earlier than 12 hours after placing concrete. Protect the sides of the exposed slabs immediately with a curing method equal to that provided for the surface. Prevent erosion of the base course beneath the exposed pavement edges until shoulders are constructed.

**501.11 Sealing Joints.** Saw cut and seal joints before the pavement is opened to construction or public traffic. Do not saw sealant reservoirs within 72 hours after placing concrete.

000576



Clean each joint of all foreign material, including membrane curing compound and concrete slurry, immediately after sawing the joint. Blow dry joints with compressed air. Do not apply sealing material unless the joint faces are clean and surface dry.

Use preformed joint seals, silicone sealant, or hot-poured sealant for expansion joints. Use silicone or hot-poured sealants for longitudinal and transverse contraction joints.

**(a) Silicone or hot-poured sealants.** Install backer rod with a steel wheel to the depth required. Do not stretch or twist the backer rod during installation. Limit the length of backer rod installed to that which can be sealed during the same workday.

Place poured joint sealing material when the air temperature is over 4 °C. Immediately remove any excess or spilled material and clean the pavement surface. Do not use sand or similar material to cover the seal.

**(b) Preformed joint seals.** Furnish the seal in one piece in the size specified for the joint opening. Install seals with a lubricant adhesive covering both sides of the concrete joint. Compress the seal to between 20 and 50 percent of its nominal width. Install the top of the seal about 6 millimeters below the pavement surface.

Remove and replace seals that are damaged, twisted, improperly positioned, or stretched more than 3 percent.

**501.12 Pavement Smoothness.** After the concrete has sufficiently hardened, measure the smoothness of the surface.

**(a) Profilograph measurements.** Measure the traveled way parallel to the centerline according to Subsection 401.16(a). Measure the excluded areas according to (b) below. Defective areas are bumps in excess of 10 millimeters in 7.62 meters, 0.1-kilometer profile indexes greater than 160 millimeters per kilometer, and surfaces with a pay factor less than 0.75 as determined under Subsection 106.05.

**(b) Straightedge measurement.** Use a 3-meter metal straightedge to measure at right angles and parallel to the centerline. Defective areas are surface deviations in excess of 6 millimeters in 3 meters between any two contacts of the straightedge with the surface.





**(c) Defective area correction.** Correct defective areas from (a) and (b) above. Obtain approval for the proposed method of correction. Remeasure corrected areas according to (a) and (b) above. The smoothness pay factor will be recomputed after measurement.

**501.13 Full-Depth, Full-Width Patching.** Construct the pavement patch to provide a similar appearance to the existing pavement. Prepare test panels using the same materials proposed for the work.

Begin pavement work after the test panels have been inspected and approved for appearance and the concrete mix design 28-day compressive strength is verified.

**(a) Concrete removal.** For mesh reinforced, plain dowel, or plain jointed concrete pavement, saw cut slabs full depth, leaving vertical edges at the limits of the patch.

For continuously reinforced concrete pavement, saw cut the exterior transverse patch limits to a depth of 45±5 millimeters. Do not allow the saw cut to penetrate the steel reinforcement. Saw cut longitudinal limits full depth. Break up the concrete with a chipping hammer down to the steel.

If replacement steel will be welded, cut the existing reinforcing steel and leave 200 millimeters of steel exposed. If replacement steel will be tied, cut the existing steel to leave the lap length plus 50 millimeters. Lap lengths are shown in Table 501-2.

**Table 501-2**
**Reinforcing Steel Splices**

| Bar Size | Length of Overlap millimeters |
|---|---|
| 10M | 375 |
| 15M | 450 |
| 20M | 550 |

000577



Remove the concrete by either or both of the following methods:

**(1) Break-up and clean-out method.** Break up the concrete from the center of the patch area toward the end saw cuts. Remove the concrete pieces with equipment that will not damage the underlying surface.

**(2) Lift-out method.** Lift the slab in one or more pieces without disturbing the underlying surface. Clean out the area with hand tools.

Dispose of the concrete according to Section 203. When directed, excavate the underlying material to a maximum depth of 300 millimeters and replace with aggregate base according to Sections 204 and 301. Prevent adjacent concrete slabs from being undermined.

Remove and replace adjacent slabs damaged by concrete removal. Repair spalls using partial depth patching methods according to Section 502.

Repair all saw overcuts at the corner of repair areas and nicks to adjacent pavement outside the perimeter of the repair area with non-corrosive, non-shrink grout.

**(b) Replacing reinforcing steel.** For continuously reinforced concrete pavement, if more than 10 percent of the reinforcing steel is visibly corroded or damaged, extend the limits of the patch over the required lap length. The required lap lengths for various sizes of reinforcing steel bars are shown in Table 501-2.

For concrete pavement patches, provide a 75-millimeter clearance between the ends of new reinforcing steel and the existing slab face. Match the number, type, and spacing of the new reinforcement to the existing pavement. Support reinforcing steel with bar chairs or other approved methods while placing concrete.

**(c) Joints.** Construct joints according to Subsection 501.08. Field adjust locations and lengths of joints as directed at intersections, median openings, and other areas of odd shaped slabs such that no joint is less than 460 millimeters long and no slab has an angle less than 60 degrees. Construct joints perpendicular to the edge of pavement.





Place dowels or tie bars into the existing slab. Drill the dowel or tie bar holes into the face at the required diameter with the drill rigidly supported. Completely fill the holes around the dowels and tie bars with an epoxy or nonshrink grout for a permanent fastening to the existing concrete. Furnish a plug or donut to prevent epoxy or grout loss.

Edge all transverse and longitudinal joints against forms or existing pavement. Transverse joints in a continuous lane pour or longitudinal joints in a continuous dual lane pour do not require edging.

Clean the exposed faces of joints according to Subsection 502.06(a). Seal joints according to Subsection 501.11.

**(d) Concrete placement.** Construct side forms to overlap the ends of the existing slab. Securely fasten side forms so they do not move when concrete is placed. To accommodate forms for the patch, excavate the adjacent shoulders a maximum width of 300 millimeters.

Cast each patch in one continuous full-depth operation. After removal of the forms, backfill, compact, and return the excavated shoulder area to its previous condition.

**(e) Finishing.** Finish patches according to Subsection 501.09 to match the plane and texture of the contiguous pavement.

**501.14 Opening to Traffic.** Do not allow traffic on new concrete pavement earlier than 14 days after concrete placement, unless concrete tests indicate one of the following conditions is obtained.

**(a)** Flexural strength of 4 megapascals according to AASHTO T 97
**(b)** Compressive strength of 25 megapascals according to AASHTO T 22

Cure specimens according to AASHTO T 23, Curing, Curing for Determining Form Removal Time or When a Structure May be Put into Service.

Do not allow traffic on the pavement when joint sealant is tacky and traffic debris would imbed into the sealant.

000578



**501.15 Acceptance.** Material (except reinforcing steel) for portland cement concrete pavement will be evaluated under Subsections 106.02 and 106.03. Furnish a production certification for the portland cement.

The concrete mixture's slump, air content, unit mass, and temperature will be evaluated under Subsections 106.02 and 106.04. See Table 501-3 for minimum sampling and testing.

Concrete compressive strength, pavement thickness, and pavement smoothness will be evaluated under Subsection 106.05. See Table 501-3 for minimum sampling and testing.

**(a) Compressive strength.** The lower specification limit is the minimum required compressive strength at 28 days ($f_c'$) specified in Table 501-1. A single compressive strength test result is the average result from 2 cylinders cast from the same load and tested at 28 days. See Table 501-3 for the acceptance quality characteristic category.

**(b) Pavement thickness.** The lower specification limit is the required thickness minus 6 millimeters. See Table 501-3 for the acceptance quality characteristic category.

**(c) Pavement smoothness.** See Subsection 501.12. A sublot is a 0.1-kilometer section of traveled way and a lot is the surface of the entire project. The upper specification limit is 80 millimeters per kilometer. See Table 501-3 for the acceptance quality characteristic category.

Construction (including batching, placing, finishing, and curing concrete) of the portland cement concrete pavement will be evaluated under Subsections 106.02 and 106.04.

Reinforcing steel will be evaluated under Section 554.





## Measurement

**501.16** Measure portland cement concrete pavement by the square meter. Measure square meter width horizontally including allowable curve widening. Measure the square meter length horizontally along the centerline of the roadway.

Measure sealing joints under Section 502.

Measure removal and disposal of unsuitable material in the subbase or subgrade under Section 204.

Measure patching and leveling material used to replace unsuitable material removed from the roadbed under the applicable Sections.

## Payment

**501.17** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule except the portland cement concrete pavement contract unit bid price will be adjusted according to Subsection 106.05. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment for portland cement concrete pavement will be made at a price determined by multiplying the contract unit bid price by the material pay factor. The material pay factor is the lowest single pay factor determined for either compressive strength or pavement thickness.

In addition, a separate adjustment will be made for pavement smoothness according to the following formula:

$$A = 12\,000(PF - 1.00)(L)$$

Where:

$A$ = Adjustment to contract payment in dollars for pavement smoothness.

$L$ = Total project length in lane kilometers of traveled way. Measure project length to 3 decimal places.

$PF$ = Pay factor for smoothness with respect to the upper specification limit determined according to Subsection 106.05 after completion of corrective work.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 50101 Reinforced portland cement concrete pavement, ___ millimeter depth | Square meter |
| 50102 Plain portland cement concrete pavement, ___ millimeter depth | Square meter |



**Table 501-3**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Category | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|---|
| Concrete | Slump | — | AASHTO T 119 | 1 per load (2) | Discharge stream at point of placement (1) |
| | Air content | — | AASHTO T 152 or AASHTO T 196 | 1 per load (2) | Discharge stream at point of placement (1) |
| | Unit weight | — | AASHTO T 121 | 1 per load (2) | Discharge stream at point of placement (1) |
| | Temperature | — | Thermometer | First load | Discharge stream at point of placement (1) |
| | Making test specimens<br>Compressive strength (4) | —<br>II | AASHTO T 23<br>AASHTO T 22 | 1 set per 2000 m² but not less than 1 per day (3) | Discharge stream at point of placement (1) |
| Concrete pavement | Pavement thickness (5) | II | AASHTO T 24 | 1 core per 2000 m² | In place after sufficient hardening |
| | Smoothness (6) | I | FLH T 504 | See Subsection 501.12 | See Subsection 501.12 |

(1) Sample according to AASHTO T 141 except composite samples are not required.
(2) See Subsection 552.09(b)(3).
(3) Cast at least 4 compressive strength test cylinders and carefully transport the cylinders to the job site curing facility.
(4) A single compressive strength test result is the average result from 2 cylinders cast from the same load and tested at 28 days.
(5) Thickness is not a statistically evaluated parameter unless concrete pavement payment is by the square meter.
(6) Applies only to an item used as a final surface course constructed under the contract.

000580

307 Stockpiled Agg.

# Section 502.— PORTLAND CEMENT CONCRETE PAVEMENT RESTORATION

## Description

**502.01** This work consists of the restoration of portland cement concrete pavement. This work includes partial depth patching, pavement jacking, subsealing, surface grinding, crack and joint repair, and breaking and seating before a pavement overlay.

## Material

**502.02** Conform to the following Section and Subsections:

| | |
|---|---|
| Epoxy resin adhesives | 725.21 |
| Joint fillers and sealants | 712.01 |
| Polymer grout, mortar, and concrete | 725.22 |
| Portland cement concrete pavement | 501 |
| Water | 725.01 |

## Construction Requirements

**502.03 Composition of Mix (Concrete Mix Design).** Design the concrete mix according to Subsection 501.03. Provide cement which is similar in color to that used in existing pavement. Provide aggregates which are similar in gradation, color, and hardness to those used in existing pavement.

Design a hydraulic cement grout mix according to Subsection 725.22.

**502.04 Equipment.** Furnish equipment conforming to Section 501 and the following:

**(a) Portland cement concrete pavement removal.** Furnish removal equipment that will not fracture the concrete below the necessary patch depth.

**(b) Routing.** Furnish routers which will control and maintain the required cutting depth and width, without damaging the adjacent concrete or remaining joint material.





**(c) Sandblasting.** Furnish sandblasting equipment that will remove any residual sealant, oil, or other foreign material in joints that may prevent bond of new sealant.

**(d) Jet waterblasting.** Furnish a high-pressure water jet machine that is capable of removing all residual sealant, oil, or other foreign material in joints that may prevent the new sealant from bonding.

**(e) Air compressors.** Furnish air compressors with a minimum nozzle pressure of 690 kilopascals and capable of dislodging loose debris and drying joints and cracks.

**(f) Joint and crack sealing.** Furnish sealing equipment according to the manufacturer's recommendations for the sealing material furnished.

**(g) Grouting.** Furnish a grout plant which consists of a positive displacement cement injection pump and a high-speed colloidal mill. Operate colloidal mixing machine at speeds necessary to make a homogeneous mixture.

Furnish an injection pump having a pressure capability of $1900 \pm 170$ kilopascals when pumping a grout slurry mixed to a 12-second flow cone time and that will continuously pump at a minimum rate of 6.0 liters per minute. The system may be modified by adding a recirculating hose and valve at the discharge end of the pump.

Batch water through a meter or scale capable of measuring the total day's consumption. Furnish hoses, fittings, and control which provide a positive seal during grout injection.

**(h) Drilling.** Furnish rock drills capable of drilling straight and true minimum 38-millimeter holes through the concrete slab, steel reinforcement, and base material.

Furnish rock drills weighing less than 27 kilograms that are capable of drilling with a downward pressure of less than 90 kilograms. Furnish an auger to open clogged holes and existing pavement jacking holes.

000581



**(i) Slab stabilization testing.** Furnish testing equipment including the following:

(1) A 2-axle truck with dual rear wheels. Load the rear axle to 80 kilonewtons evenly distributed between the 2 wheel paths.
(2) Static load measuring gauges consisting of 4 gauges on 2 gauge mounts, 2 gauges per mount, capable of detecting slab movement under load.
(3) A modified Benkelman beam, or similar approved device.

**(j) Surface diamond grinding.** Furnish power driven, self-propelled grinding equipment, specifically designed to smooth and texture portland cement concrete pavement with diamond blades. Furnish equipment that will do each of the following:

(1) Cut or plane at least 1 meter in width.
(2) Not encroach on traffic movement outside of the work area.
(3) Grind the surface without spalling at joints and cracks or fracturing surface aggregates.

**(k) Fracturing and seating.** Furnish an approved fracturing device capable of producing the desired fracturing pattern without displacing or spalling the pavement. "Headache balls" and vibratory pneumatic hammers will not be permitted.

Furnish at least a 32-metric ton pneumatic tired roller to seat the broken pavement. Towing equipment shall have pneumatic tires and shall move the roller forward and backward along predetermined lines.

**502.05 Partial Depth Patching.** This work consists of patching spalls, potholes, corner breaks, or other surface distresses in portland cement concrete pavement.

Construct the pavement patch similar in appearance to the existing pavement. Prepare test panels using the same material proposed for the work. Begin concrete pavement work after approval of the concrete mix design and the test panel appearance.

**(a) Patch material.** Use an epoxy mortar or polymer concrete patch material for patches less than or equal to 40 millimeters deep. Use portland cement concrete for patches greater than 40 millimeters deep.





**(b) Patch area preparation.** Extend the limits of repair areas a minimum of 100 millimeters outside the area of delamination. Saw cut the perimeter of the patch area, parallel to the existing joint, to a minimum depth of 40 millimeters and provide a vertical face at the edge of the patch. Near vertical edges from milling or grinding machines are acceptable. Repair all saw overcuts at corners of repair areas and nicks to adjacent pavement outside the perimeter of the repair area with noncorrosive, nonshrink grout.

Break out concrete within the patch area to a minimum depth of 40 millimeters to expose sound and clean concrete. If the depth of the repair exceeds 100 millimeters, remove and replace the repair area as a full-width, full-depth slab according to Subsection 501.13.

Sandblast exposed concrete faces clean of loose particles, oil, dust, traces of asphalt concrete, and other contaminants before patching. Remove sandblasting residue immediately before placing the epoxy resin adhesive.

Remove shoulders adjacent to the patch longitudinally to the depth of the patch and to a maximum width of 300 millimeters, to facilitate placing form work. Patch and compact shoulders with material similar to the existing shoulder. Dispose of the concrete according to Section 203.

**(c) Placing patch material.** Apply an epoxy resin adhesive according to the manufacturer's recommendations. Delay concrete placement until the epoxy becomes tacky. Place and consolidate the patch mixture to eliminate voids at the interface of the patch and existing concrete. Finish patches according to Subsection 501.09 to match the plane and texture of the contiguous pavement. Cure according to Subsection 501.10.

**(d) Joints.** If a partial depth repair area abuts a working joint, repair the joint similar to the existing to maintain a working joint. Form a new joint to the same width as the existing joint. Seal the joint according to Subsection 502.06.