000582



**502.06 Joint and Crack Repair.** This work consists of repairing and resealing joints and cracks in existing concrete pavement.

**(a) Preparation of joints and cracks.** Clean and reseal longitudinal and transverse joints as required. Remove the existing material in the joints and clean the joint no earlier than 1 day before resealing. Use procedures that will not damage joints or previously repaired patches.

Remove sealant with a router to a minimum depth of 2.5 times the joint width to accommodate the backer rod and to provide the required depth for the new sealant. After routing, clean the adjacent pavement surfaces.

Reface cracks with a concrete saw. Remove old sealant from the crack faces to expose new, clean concrete. When the crack widths vary and the crack faces are ravelled and irregular, cut a crack reservoir depth of 20 millimeters.

Thoroughly clean the joint or crack of all foreign material. Clean the joint by sandblasting, high-pressure water jet, or with a mechanical wire brush. Repeat the process until a new, clean concrete face is exposed. Dry the joint with compressed air.

Use sawing if other methods will not properly clean the joint. Limit sawing to exposing clean, new, concrete faces in the joint with a minimum allowable cut of 2 millimeters on each face of the joint.

**(b) Backer rod.** Install the backer rod to the required depth after the joints and cracks are clean and dry. Do not stretch or twist the backer rod during installation. Limit the length of backer rod installed to that which can be sealed during the same workday.

**(c) Sealant application.** Seal joints and cracks immediately after placing the backer rod. Apply sealant at the air and surface temperatures recommended by the sealant manufacturer. If the joint or crack becomes contaminated or damp, remove the backer rod, clean and dry the joint or crack, and reinstall a new backer rod before placing the sealant. Immediately after application, tool the sealant to provide firm contact with the joint faces and to form the required recess below the slab surface.





**502.07 Pavement Jacking.** This work consists of raising and supporting the concrete pavement to the specified grade tolerances by drilling and injecting hydraulic cement grout.

**(a) Drilling holes.** Determine a pattern for grout injection holes and submit for approval. Drill holes vertically, round, and less than 50 millimeters in diameter. Prevent breaking out the bottom of the pavement.

**(b) Jacking.** Establish string lines from the pavement high points to monitor slab movement. Lower an expanding rubber packer or hose, providing a positive seal and connected to the discharge hose on the grout plant, into the holes. Do not allow the discharge end of the packer or hose to extend below the lower surface of the concrete pavement.

When jacking continuously reinforced concrete pavement, allow pumping to raise the pavement to within 3 millimeters of the string line grade. When jacking jointed pavement and bridge approach slabs, allow pumping to raise the pavement to within 6 millimeters of the transverse and longitudinal grades.

Continuous pressures to 1.4 megapascals are permitted. Use pressures to 2 megapascals only for short periods (30 seconds or less). If the pavement is bonded to the subbase, brief pressure rises (10 seconds or less) to 4.1 megapascals may be allowed. Stop pumping if grout extrudes through cracks, joints, shoulders, or from back pressure in the hose.

**(c) Overjacking.** Grind pavement raised above the specified tolerances to grade. If the overjacking is greater than 25 millimeters, remove and replace the pavement or a portion thereof, according to Subsection 501.13.

**(d) Cracks.** New cracks radiating through the grout injection holes are presumed to have been caused by improper injection techniques. If any cracks emanate from any grout injection hole, remove and replace the slab or a portion of the slab according to Subsection 501.13.

**(e) Hole patching.** After the grout has set and the hole plugs are removed, remove all grout from the holes for the full depth of the slab, and fill the holes with an epoxy mortar. Repair damaged holes.

000583



**502.08 Undersealing and Slab Stabilization.** This work consists of pumping a hydraulic cement grout mixture through holes drilled in the pavement into voids underneath the slabs to stabilize and underseal concrete pavement.

**(a) Preliminary testing.** Perform all testing at night or when there is no evidence of slab lock-up due to thermal expansion. Testing may be allowed to continue if the slabs are not interlocked or under compression. Furnish testing equipment as provided in Subsection 502.04(i).

Test each designated slab using a static method as follows:

(1) Position one set of gauges with one gauge referenced to the corner of each slab on both sides of the joint near the pavement edge.

(2) Set the gauges to zero with no load on the slab on either side of the joint.

(3) Move the test truck into position and stop with the center of the test axle 300 millimeters behind the joint and the outside test wheel 300 millimeters from the pavement edge. Read the back gauge.

(4) Move the test truck across the joint to a similar position 300 millimeters forward from the joint and stop. Read the forward gauge.

(5) Repeat for each joint to be tested. Underseal all slabs with a deflection of more than 0.8 millimeter.

**(b) Drilling Holes.** Drill holes using the required hole pattern. An altered hole pattern may be approved based on slab testing and field conditions. Size drilled holes to provide a positive seal for the pumping nozzle. For the first undersealing, drill holes to a depth of 75 millimeters beneath the bottom of the concrete.

Submit the number, depth, and location of holes for the second undersealing for review and approval.





**(c) Cleaning holes.** After the holes are drilled and before pumping the underseal grout, clean the hole with compressed air to remove debris and provide a passage for the grout.

**(d) Pumping underseal grout.** Pump grout in all holes. Seal the nozzle of the discharge hose in the hole to maintain the grout pressure underneath the slab. Do not allow the nozzle end to extend below the bottom of the concrete.

Continue pumping into a hole until grout flows out other holes, joints, or cracks, or until the slab begins to lift. Stop grouting if there is any lift in the slab or the adjacent shoulder.

During pumping and grouting, closely monitor lift measuring devices to prevent pumping pressures greater than 700 kilopascals and slab lift greater than 1.3 millimeters total accumulative movement measured at the outside joint corner. Do not plug holes while grouting.

Prevent the slab from cracking or breaking. Remove and replace damaged slabs according to Subsection 501.13.

**(e) Permanently sealing holes.** After the grout has set, remove all grout from the holes for the full depth of the slab and fill the holes with a nonshrink grout or epoxy mortar. Repair damaged holes.

**(f) Stability testing.** After the designated slabs have been undersealed and tested according to (a) above and after 24 hours have elapsed, underseal any slab that continues to show excess movement. The CO may accept or direct replacement of any slab that continues to show movement in excess of that specified after undersealing twice. Remove and replace designated slabs according to Subsection 501.13.

**502.09 Surface Diamond Grinding.** This work consists of grinding existing concrete pavement to eliminate joint or crack faults and providing positive lateral drainage. Uniformly transition auxiliary or ramp lane grinding from the mainline edge to provide positive drainage and an acceptable riding surface.

Remove solid residue from pavement surfaces before it is blown by traffic or wind. Do not allow residue to flow across lanes used by public traffic or into drainage facilities.

000584



Produce a surface texture consisting of parallel grooves 3±0.5 millimeters wide. Provide an area between the grooves 2.2±0.5 millimeters, and a difference between the peaks of the ridges and the bottom of the grooves of approximately 2 millimeters.

Test the ground pavement surfaces for pavement smoothness according to Subsection 501.12(b). Check transverse joints and random cracks with a 3-meter straightedge. Misalignment of surface planes on adjacent sides of the joints or cracks and between each grinding pass shall be less than 1.6 millimeters. The transverse slope of the pavement shall have no depressions or slope misalignment greater than 6 millimeters in 3 meters tested perpendicular to the centerline. Straightedge requirements do not apply across longitudinal joints or outside of ground areas.

**502.10 Fracturing Concrete Pavement.** This work consists of fracturing existing concrete pavement and firmly seating or compacting the pavement before a pavement overlay. Use one of the following methods:

**(a) Crack and seat.** Crack the existing concrete pavement into full-depth hairline cracks with pieces approximately 0.5 to 1.0 meters in size. Seat the pieces firmly into the foundation.

**(b) Break and seat.** Break the existing concrete pavement into full-depth hairline cracks with pieces approximately 0.4 to 0.6 meters in size. Rupture the reinforcement or break the concrete bond and seat the pieces firmly into the foundation.

**(c) Rubblize and compact.** Completely fracture the existing pavement into pieces approximately 0.05 to 0.15 meters in size. Remove exposed reinforcing steel and wire mesh. Compact the pieces into a layer.

The CO will designate a test section. Fracture the test section using varying energy and striking heights to establish a satisfactory evenly distributed crack pattern. Obtain 150-millimeter diameter pavement cores at 10 designated locations over the cracks to verify that the cracks are full depth.

When fracturing a test section, furnish and apply water to dampen the pavement following fracturing to enhance visual determination of the fracturing pattern. Furnish and apply water to a checked section at least once a day to verify that a satisfactory fracture pattern is maintained. If approved, adjust the energy and/or striking height based on check sections.





Seating consists of rolling the rigid pavement, 2 passes minimum with a 45-metric ton roller or 4 to 7 passes with a 32-metric ton roller, until the concrete pieces are firmly seated. Compacting consists of rolling the rigid pavement, 2 passes minimum with a 9-metric ton vibratory roller. The CO will determine the maximum number of roller passes on the test section to assure seating or compacting without damaging the pavement. Remove all loose pieces of broken concrete that are not firmly seated.

Tack, according to Section 412, the near vertical sides where full-depth broken concrete is removed. Fill the hole with asphalt concrete according to Section 402.

Prevent the formation of continuous longitudinal cracks. Do not fracture pavement within 3 meters of existing box or pipe culverts.

Fill 25-millimeter or greater depressions, resulting from the compaction, with graded aggregate and recompact.

If unable to fracture pavement to the specified size due to poor subgrade, remove the pavement and replace with aggregate according to Section 301.

Clean and seal existing joints and cracks greater than 15 millimeters width according to Subsection 414.05.

Place the first course of asphalt concrete within 48 hours following the fracturing operation. If the pavement is used to maintain traffic after fracturing, but before the asphalt concrete overlay, sweep and patch to maintain a safe riding surface.

**502.11 Opening to Traffic.** Do not allow traffic on patched pavement until the portland cement concrete has a compressive strength of 25 megapascals when tested according to AASHTO T 22 or until the grout used for jacking or undersealing the pavement has attained 4.2 megapascals when tested with a 160-square millimeter probe according to AASHTO T 197.

Do not allow traffic on sealed joints when the sealant is tacky and traffic debris embeds into the sealant.

000585



**502.12 Acceptance.** Material for portland cement concrete pavement restoration will be evaluated under Subsections 106.02 and 106.03. Furnish a production certification for the portland cement.

The concrete mixture's slump, air content, unit mass, and temperature will be evaluated under Subsections 106.02 and 106.04. See Table 502-1 for minimum sampling and testing.

The concrete compressive strength will be evaluated under Subsection 106.04. The lower specification limit is the minimum required compressive strength at 28 days ($f_c'$) specified in Table 501-1. A single compressive strength test result is the average result from two cylinders cast from the same load and tested at 28 days. See Table 502-1 for minimum sampling and testing.

Construction (including batching, placing, finishing, and curing concrete) of the portland cement concrete will be evaluated under Subsections 106.02 and 106.04.

Grout will be evaluated under Subsection 106.04. See Table 502-1 for minimum sampling and testing requirements.

Portland cement concrete pavement restoration work (including partial depth patching, pavement jacking, subsealing, surface grinding, crack and joint repair, and breaking and seating) will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**502.13** Measure concrete pavement patch by the square meter for all repairs with an average depth between 40 and 100 millimeters.

Measure sealing joints and cracks by the meter along the alignment of the joint or crack.

Measure grout for pavement jacking and undersealing by the cubic meter at the pump.

Measure undersealing holes by the each.





Measure surface diamond grinding, breaking and seating, cracking and seating, or rubblizing and compacting concrete pavement by the square meter.

Measure slabs ordered replaced after undersealing twice under Section 501.

Measure aggregate base under Section 301.

## Payment

**502.14** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 50201 | Concrete pavement patch | Square meter |
| 50202 | Sealing joints and cracks | Meter |
| 50203 | Grout | Cubic meter |
| 50204 | Undersealing holes | Each |
| 50205 | Surface diamond grinding | Square meter |
| 50206 | Breaking and seating concrete pavement | Square meter |
| 50207 | Cracking and seating concrete pavement | Square meter |
| 50208 | Rubblizing and compacting concrete pavement | Square meter |

## Table 502-1
## Sampling and Testing

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Concrete | Slump | AASHTO T 119 | 1 per load (2) | Discharge stream at point of placement (1) |
| | Air content | AASHTO T 152 or AASHTO T 196 | 1 per load (2) | Discharge stream at point of placement (1) |
| | Unit weight | AASHTO T 121 | 1 per load (2) | Discharge stream at point of placement (1) |
| | Temperature | Thermometer | First load | Discharge stream at point of placement (1) |
| | Making test specimens<br>Compressive strength (4) | AASHTO T 23<br>AASHTO T 22 | 1 set per 2000 $m^2$ but not less than 1 per day (3) | Discharge stream at point of placement (1) |
| Grout | Compressive strength | AASHTO T 106 | Each mixture | Each source |
| | Time of setting of concrete | AASHTO T 197 | AASHTO T 197 | Each source |

(1) Sample according to AASHTO T 141 except composite samples are not required.
(2) See Subsection 552.09(b)(3).
(3) Cast at least 4 compressive strength test cylinders, and carefully transport the cylinders to the job site curing facility.
(4) A single compressive strength test result is the average result from 2 cylinders cast from the same load and tested at 28 days.



# DIVISION 550
# Bridge Construction

000587

# Section 551.— DRIVEN PILES

## Description

**551.01** This work consists of furnishing and driving piles. This work also includes furnishing and placing reinforcing steel and concrete in concrete-filled steel shell and concrete-filled pipe piles.

Piles are designated as steel H-piles, concrete-filled steel shell piles, concrete-filled pipe piles, precast concrete piles, prestressed concrete piles, or timber piles. Pile load tests are designated as static or dynamic.

## Material

**551.02** Conform to the following Sections and Subsections:

| | |
|---|---|
| Concrete piles | 715.03 |
| Paint | 708 |
| Pile shoes | 715.08 |
| Reinforcing steel | 709.01 |
| Sheet piles | 715.07 |
| Splices | 715.09 |
| Steel H-piles | 715.06 |
| Steel pipes | 715.05 |
| Steel shells | 715.04 |
| Structural concrete | 552 |
| Treated timber piles | 715.02 |
| Untreated timber piles | 715.01 |

## Construction Requirements

**551.03 Pile Driving Equipment.** Furnish equipment meeting the following requirements.

**(a) Pile hammers.**

**(1) Gravity hammers.** Gravity hammers can only be used to drive timber piles. Furnish a hammer with a ram weighing between 900 and 1600 kilograms and limit the drop height to 4.5 meters. The ram mass shall be greater than the combined mass of the drive head and pile. Provide hammer guides to ensure concentric impact on the drive head.





**(2) Open-end diesel hammers.** Equip open-end (single acting) diesel hammers with a device, such as rings on the ram or a scale (jump stick) extending above the ram cylinder, to permit visual determination of hammer stroke. Submit a chart from the hammer manufacturer equating stroke and blows per minute for the hammer to be used. A speed versus stroke calibration may be used if approved.

**(3) Closed-end diesel hammers.** Submit a chart, calibrated to actual hammer performance within 90 days of use, equating bounce chamber pressure to either equivalent energy or stroke for the hammer to be used. Equip hammers with a dial gauge for measuring pressure in the bounce chamber. Make the gauge readable from ground level. Calibrate the dial gauge to allow for losses in the gauge hose. Verify the accuracy of the calibrated dial gauge during driving operations by ensuring that cylinder lift occurs when bounce chamber pressure is consistent with the maximum energy given in the hammer specifications. Do not use closed-end diesel hammers that do not attain cylinder lift at the maximum energy-bounce chamber pressure relationship given in the hammer specification.

**(4) Air or steam hammers.** Furnish plant and equipment for steam and air hammers with sufficient capacity to maintain the volume and pressure specified by the hammer manufacturer. Equip the hammer with accurate pressure gauges that are easily accessible. Use a hammer with the mass of the striking parts equal to or greater than one third the combined mass of the driving head and pile. The combined mass shall be at least 1250 kilograms.

Measure inlet pressures for double-acting and differential-acting air or stream hammers with a needle gauge at the head of the hammer when driving test piles. If required, also measure inlet pressures when driving production piles. A pressure versus speed calibration may be developed for specific driving conditions at the project as an alternative to periodic measurements with a needle gauge.

**(5) Nonimpact hammers.** Do not use nonimpact hammers, such as vibratory hammers, unless permitted in writing or when specified in the contract. If permitted, use such equipment for installing production piles only after the pile tip elevation or embedment length for safe support of the pile load is established by static or dynamic load testing. Control the installation of production piles when using vibratory

000588



hammers by power consumption, rate of penetration, specified tip elevation, or other acceptable methods that will ensure the required pile load capacity is obtained. On one out of every 10 piles driven, strike with an impact hammer of suitable energy to verify the required pile capacity is obtained.

**(b) Approval of pile driving equipment.** Furnish pile driving equipment of such size that the permanent piles can be driven with reasonable effort to the required lengths without damage.

The Government will evaluate the suitability of the equipment and will accept or reject the driving system within 14 days of receipt of the pile and driving equipment information. Approval of pile driving equipment will be based on a wave equation analysis when dynamic load testing is required, when ultimate pile capacities exceed 2400 kilonewtons, or when precast or prestressed concrete piles are used. When the wave equation analysis is not used, approval of the pile driving equipment will be based on minimum hammer energy in Table 551-1. Approval of a pile hammer relative to driving stress damage does not relieve the Contractor of responsibility for damaged piles.

Approval of the pile driving system is specific to the equipment data submitted. If the proposed equipment is modified or replaced, resubmit the revised data for approval before using. The revised driving system will be accepted or rejected within 14 days of receipt of the revised pile, equipment, and wave equation analysis (if required) information. Use only the approved equipment during pile driving operations.

**(1) Equipment submittal.** Submit the following pile driving equipment information at least 30 days before driving piles. When dynamic load tests are required by the contract, submit a wave equation analysis performed by a pile specialty consultant meeting the requirements of Subsection 551.11. If dynamic load testing is not required by the contract, the Government will perform the wave equation analysis.

*(a) General.* Project and structure identification, pile driving contractor or subcontractor, and auxiliary methods of installation such as jetting or preboring and the type and use of the equipment.

*(b) Hammer.* Manufacturer, model, type, serial number, rated energy ( _____ at _____ length of stroke), and modifications.





*(c) Capblock (hammer cushion).* Material, thickness, area, modulus of elasticity (E), and coefficient of restitution (e).

*(d) Pile cap.* Helmet mass, bonnet mass, anvil block mass, and drivehead mass.

*(e) Pile cushion.* Material, thickness, area, modulus of elasticity (E), and coefficient of restitution (e).

*(f) Pile.* Pile type, length (in leads), mass per meter, wall thickness, taper, cross-sectional area, design pile capacity, description of splice, and tip treatment description.

**(2) Wave equation.** The required number of hammer blows indicated by the wave equation at the ultimate pile capacity shall be between 3 and 15 per 25 millimeters. In addition, the pile stresses resulting from the wave equation analysis shall not exceed the values at which pile damage is impending. The point of impending damage is defined for steel, concrete, and timber piles as follows.

*(a) Steel piles.* Limit the compressive driving stress to 90 percent of the yield stress of the pile material.

*(b) Concrete piles.* Limit the tensile (*TS*) and compressive (*CS*) driving stresses to:

$$TS \le 3f_c'^{1/2} + EPV$$

$$CS \le 0.85f_c' - EPV$$

Where:

$f_c'$ = The 28-day design compressive strength of the concrete
$EPV$ = The effective prestress value

*(c) Timber piles.* Limit the compressive driving stress to 3 times the allowable static design stress.

000589



**(3) Minimum hammer energy.** The energy of the driving equipment submitted for approval, as rated by the manufacturer, shall be at least the energy specified in Table 551-1 that corresponds to the required ultimate pile capacity.

**Table 551-1**
**Minimum Pile Hammer Energy**

| Ultimate Pile Capacity (kilonewtons) | Minimum Rated Hammer Energy (kilojoules) |
|---|---|
| ≤800 | 14.0 |
| 1330 | 21.2 |
| 1600 | 28.1 |
| 1870 | 36.0 |
| 2140 | 44.9 |
| 2400 | 54.4 |
| >2400 | Wave equation required |

**(c) Driving appurtenances.**

**(1) Hammer cushion.** Equip all impact pile driving equipment, except gravity hammers, with a suitable thickness of hammer cushion material to prevent damage to the hammer or pile and to ensure uniform driving behavior. Fabricate hammer cushions from durable, manufactured material according to the hammer manufacturer's recommendations. Do not use wood, wire rope, or asbestos hammer cushions. Place a striker plate, as recommended by the hammer manufacturer, on the hammer cushion to ensure uniform compression of the cushion material. Inspect the hammer cushion in the presence of the CO when beginning pile driving at each structure or after each 100 hours of pile driving, whichever is less. Replace the cushion when its thickness is reduced by more than 25 percent of its original thickness.





**(2) Pile drive head.** Provide adequate drive heads for impact hammers and provide appropriate drive heads, mandrels, or other devices for special piles according to the manufacturer's recommendations. Align the drive head axially with the hammer and pile. Fit the drive head around the pile head so that it will prevent transfer of torsional forces during driving while maintaining proper alignment of hammer and pile.

**(3) Leads.** Support piles in line and position with leads while driving. Construct pile driver leads to allow freedom of movement of the hammer while maintaining axial alignment of the hammer and the pile. Do not use swinging leads unless permitted in writing or specified in the contract. When swinging leads are permitted, fit swinging leads with a pile gate at the bottom of the leads and, in the case of battered piles, with a horizontal brace between the crane and the leads. Adequately embed leads in the ground or constrain the pile in a structural frame (template) to maintain proper alignment. Provide leads of sufficient length that do not require a follower but will permit proper alignment of battered piles.

**(4) Followers.** Followers are not permitted unless approved in writing. When followers are permitted, drive the first pile in each bent or substructure unit and every tenth pile thereafter, full length without a follower, to verify that adequate pile embedment is being attained to develop the required ultimate capacity. Provide a follower of such material and dimensions that will permit the piles to be driven to the required penetration. Hold and maintain follower and pile in proper alignment during driving.

**(5) Jetting.** Do not use jetting unless approved in writing. Provide jetting equipment with sufficient capacity to deliver a consistent pressure equivalent to at least 700 kilopascals at two 20-millimeter jet nozzles. Jet so as not to affect the lateral stability of the final inplace pile. Remove jet pipes when the pile tip is at least 1.5 meters above the prescribed tip elevation and drive the pile to the required ultimate capacity with an impact hammer. Control, treat if necessary, and dispose of all jet water in an approved manner.

000590



**551.04 Pile Lengths.** Furnish piles with sufficient length to obtain the required penetration and to extend into the pile cap or footing as indicated on the plans. In addition, increase the length to provide fresh heading and to provide for the Contractor's method of operation. When test piles are required, furnish piles in the lengths determined by the test piles.

**551.05 Test Piles.** Install test piles when specified in the contract. Excavate the ground at the site of each test pile or production pile to the elevation of the bottom of the footing before the pile is driven. Furnish test piles longer than the estimated length of production piles. Drive test piles with the same equipment as the production piles.

Drive test piles to the required ultimate capacity at the estimated tip elevation. Allow test piles that do not attain the required ultimate capacity at the estimated tip elevation to *"set up"* for 24 hours before re-driving. Warm the hammer before re-driving begins by applying at least 20 blows to another pile. If the required ultimate capacity is not attained on re-driving, drive a portion or all of the remaining test pile length and repeat the *"set up"* and re-drive procedure as directed. Splice and continue driving until the required ultimate pile capacity is obtained.

Test piles to be used in the completed structure shall conform to the requirements for production piles. Remove test piles not incorporated in the completed structure to at least 0.5 meter below finished grade.

**551.06 Driven Pile Capacity.** Drive piles to the specified penetration and to the depth necessary to obtain the required ultimate pile capacity. Splice piles not obtaining the required ultimate capacity at the ordered length and drive with an impact hammer until the required ultimate pile capacity is achieved.

Use the dynamic formula to determine ultimate pile capacity of the inplace pile unless the wave equation is required according to Subsection 551.03(b).

**(a) Wave equation.** Adequate penetration will be considered to be obtained when the specified wave equation resistance criteria is achieved within 1.5 meters of the designated tip elevation. Drive piles that do not achieve the specified resistance within these limits to a penetration determined by the CO.





**(b) Dynamic formula.** Drive the piles to a penetration necessary to obtain the ultimate pile capacity according to the following formula:

$$Ru = (7\sqrt{E}\log(10N)) - 550$$

Where:

$Ru$ = Ultimate pile capacity in kilonewtons
$E$ = Manufacturer's rated hammer energy in joules at the ram stroke *observed or measured in the field*
$\log(10N)$ = logarithm to the base 10 of the quantity 10 multiplied by $N$
$N$ = Number of hammer blows per 25 millimeters at final penetration

Solving for $N$:

$$N = 10^x$$

$$x = \left(\frac{Ru + 550}{7\sqrt{E}}\right) - 1$$

Factor of safety = 3.0

**(1) Jetted piles.** Determine the inplace ultimate capacity of jetted piles based on impact hammer blow counts (dynamic formula) after the jet pipes have been removed. After the pile penetration length necessary to produce the required ultimate pile capacity has been determined by impact hammer blow count, install the remaining piles in each group or in each substructure unit to similar depths with similar methods. Confirm the required ultimate pile capacity has been achieved by using the dynamic formula.

**(2) Conditions for dynamic formula.** The dynamic formula is applicable only if all of the following apply:

*(a)* The hammer is in good condition and operating in a satisfactory manner.
*(b)* The hammer ram falls freely.
*(c)* A follower is not used.
*(d)* The head of the pile is not broomed or crushed.

**551.07 Preboring.** Prebore holes to natural ground when piles are driven through compacted embankments more than 1.5 meters in depth. Use augering, wet rotary drilling, or other approved methods of preboring. Except for piles end-bearing on rock or hardpan, stop preboring at least 1.5 meters above the estimated pile tip elevation and drive the pile with an impact hammer to a penetration which achieves the required ultimate pile capacity. Preboring may extend to the surface of the rock or hardpan where piles are to be end-bearing on rock or hardpan. Seat the piles into the end-bearing strata.

Prebore holes smaller than the diameter or diagonal of the pile cross-section while allowing penetration of the pile to the specified depth. If subsurface obstructions such as boulders or rock layers are encountered, the hole diameter may be increased to the least dimension adequate for pile installation. Fill any void space remaining around the pile after completion of driving with sand or other approved material. Do not use a punch or a spud in lieu of preboring.

Do not impair the capacity of existing piles or the safety or condition of adjacent structures. If preboring disturbs the capacity of previously installed piles or structures, restore the required ultimate capacity of piles and structures by approved methods.

**551.08 Preparation and Driving.** Perform the work under Section 208. Make the heads of all piles plane and perpendicular to the longitudinal axis of the pile. Coordinate pile driving so as not to damage other parts of the completed work.

Drive piles to within 50 millimeters of plan location at cutoff elevation for bent caps and within 150 millimeters of plan location for piles capped below finished ground. The pile shall not be closer than 100 millimeters to any cap face. Drive piles so that the axial alignment is within 20 millimeters per meter of the required alignment. The CO may stop driving to check the pile alignment. Check alignment of piles that cannot be internally inspected after installation before the last 1.5 meters are driven. Do not pull laterally on piles or splice to correct misalignment. Do not splice a properly aligned section on a misaligned pile.

Place individual piles in pile groups either starting from the center of the group and proceeding outward in both directions or starting at the outside row and proceeding progressively across the group.





Correct all piles driven improperly, driven out of proper location, misaligned, or driven below the designated cutoff elevation in an approved manner. Replace piles damaged during handling or driving. Obtain approval for the proposed method(s) of correcting or repairing deficiencies.

**(a) Timber piles.** Do not use piles with checks wider than 15 millimeters. Drive treated timber piles within 6 months after treatment. Handle and care for pressure-treated piles according to AWPA Standard M 4.

Carefully shape the pile tip to secure an even uniform bearing for the pile shoe. Fasten the shoe securely to the pile. Treat all holes, cuts, or caps in treated piles with 2-brush applications of creosote-coal tar solution.

**(b) Steel piles.** Furnish full-length, unspliced piles for lengths up to 18 meters. If splices are required in the first pile driven and it is anticipated that subsequent piles will also require splices, place the splices in lower third of the pile. Splice lengths less than 3 meters are not permitted and only 2 splices per pile are allowed.

Load, transport, unload, store, and handle steel piles so the metal is kept clean and free from damage. Do not use piles that exceed the camber and sweep permitted by allowable mill tolerance. Steel piles damaged during installation are considered unsatisfactory unless the bearing capacity is proven to be 100 percent of the required ultimate capacity by load tests. Load tests performed will be at no cost to the Government.

**(c) Precast and prestressed concrete piles.** Support concrete piles during lifting or moving at the points shown on the plans or, if not so shown, provide support at the quarter points. Provide slings or other equipment when raising or transporting concrete piles to avoid bending the pile or breaking edges.

Protect the heads of concrete piles with a pile cushion at least 100 millimeters thick. Cut the pile cushion to match the cross-section of the pile top. Replace the pile cushion if it is either compressed more than one-half its original thickness or begins to burn. Provide a new pile cushion for each pile.

A concrete pile is rejected if it contains any defect that will affect the strength or long-term performance of the pile.

**(d) Concrete-filled pipe or steel shell piles.** Furnish and handle the steel shells or pipes in accordance with (b) above. Cutting shoes for shells or pipes may be inside or outside the shell. Use high-carbon structural steel with a machined ledge for shell bearing or cast steel with a ledge designed for attachment with a simple weld.

When practicable, drive all pile shells or pipes for a substructure unit prior to placing concrete in any of the shells or pipes. Do not drive pile shells or pipes within 5 meters of any concrete-filled pile shell or pipe until the concrete has cured for at least 7 days or 3 days if using high-early-strength concrete. Do not drive any pile shell or pipe after it is filled with concrete.

Remove and replace shells that are determined to be unacceptable for use due to breaks, bends, or kinks.

**551.09 Splices.** Submit details for pile field splices for approval. Align and connect pile sections so the axis of the spliced pile is straight.

**(a) Steel piles.** Submit a welder certification for each welder. Use welders certified for structural welding.

Make surfaces to be welded smooth, uniform, and free from loose scale, slag, grease, or other material that prevents proper welding. Steel may be oxygen cut. Carbon-arc gouging, chipping, or grinding may be used for joint preparation.

Weld according to AASHTO/AWS D 1.5 Bridge Welding Code. Weld the entire pile cross-section using prequalified AWS groove weld butt joints. Weld so there is no visual evidence of cracks, lack of fusion, undercutting, excessive piping, porosity, or inadequate size. Manufactured splices may be used in place of full penetration groove butt welds.

**(b) Concrete pile splices.** Submit drawings of proposed splices for acceptance. Use dowels or other acceptable mechanical means to splice precast concrete or precast prestressed concrete piles. The splice shall develop strengths in compression, tension, and bending equal to or exceeding the strength of the pile being spliced.





**(c) Concrete pile extensions.**

**(1) Precast concrete piles.** Extend precast concrete piles by removing the concrete at the end of the pile and leaving 40 diameters of reinforcement steel exposed. Remove the concrete to produce a face perpendicular to the axis of the pile. Securely fasten reinforcement of the same size as that used in the pile to the projecting reinforcing steel. Form the extension to prevent leakage along the pile.

Immediately before placing concrete, wet the top of the pile thoroughly and cover with a thin coating of neat cement, re-tempered mortar, or other suitable bonding material. Place concrete of the same mix design and quality as that used in the pile. Keep forms in place for not less than 7 days after the concrete has been placed. Cure and finish according to Section 552.

**(2) Prestressed piles.** Extend prestressed precast piles according to (b) above. Include reinforcement bars in the pile head for splicing to the extension bars. Do not drive extended prestressed precast piles.

**(d) Timber piles.** Do not splice timber piles.

**551.10 Heaved Piles.** Check for pile heave during the driving operation. Take level readings immediately after each pile is driven and again after piles within a radius of 5 meters are driven. Re-drive all piles that heave more than 5 millimeters. Re-drive to the specified resistance or penetration.

**551.11 Pile Load Tests.** Pile load tests are not required unless specified to be performed in the contract.

**(a) Dynamic load test.** Use a qualified pile specialty consultant with at least 3 years experience in dynamic load testing and analysis to perform the dynamic load test, the case pile wave analysis program (CAPWAP), and the wave equation analysis including the initial wave equation analysis specified in Subsection 551.03(b). Submit a resume of the specialty consultant for approval.