000593



Furnish a shelter to protect the dynamic test equipment from the elements. Locate the shelter within 15 meters of the test location. Provide a shelter with a minimum floor size of 6 square meters and minimum ceiling height of 2 meters. Maintain the inside temperature between 10 and 35 °C.

Furnish equipment and perform dynamic load tests according to ASTM D 4945 under the supervision of the CO.

Place the piles designated as dynamic load test piles in a horizontal position and not in contact with other piles. Drill holes for mounting instruments near the head of the pile. Mount the instruments and take wave speed measurements. Place the designated pile in the leads. Provide at least a 1.2 by 1.2 meter rigid platform with a 1.1 meter safety rail that can be raised to the top of the pile.

Provide a suitable electrical power supply for the test equipment. If field generators are used as the power source, provide functioning meters for monitoring power voltage and frequency.

Drive the pile to the depth at which the dynamic test equipment indicates that the required ultimate pile capacity is achieved. If necessary to maintain stresses in the pile below the values in Subsection 551.03(b)(2), reduce the driving energy transmitted to the pile by using additional cushions or reducing the energy output of the hammer. If nonaxial driving is indicated, immediately realign the driving system.

At least 24 hours after the initial driving, re-drive each dynamic load test pile with instrumentation attached. Warm the hammer before re-driving by applying at least 20 blows to another pile. Re-drive the dynamic load test pile for a maximum penetration of 150 millimeters, a maximum of 50 blows, or to practical driving refusal, whichever occurs first. Practical driving refusal is defined as 15 blows per 25 millimeters for steel piles, 8 blows per 25 millimeters for concrete piles, and 5 blows per 25 millimeters for timber piles.

Verify the assumptions used in the initial wave equation analysis submitted according to Subsection 551.03(b) using CAPWAP. Analyze one blow from the original driving and one blow from the re-driving for each pile tested.





Perform additional wave equation analyses with adjustments based on the CAPWAP results. Provide a graph showing blow count versus ultimate capacity. For open-ended diesel hammers, provide a blow count versus stroke graph for the ultimate capacity. Provide the driving stresses, transferred energy, and pile capacity as a function of depth for each dynamic load test.

Based on the results of the dynamic load testing, CAPWAP analyses, and wave equation analyses, the order list and production driving criteria may be approved and the required cut-off elevations provided, or additional test piles and load testing may be specified. This information will be provided within 7 days after receipt of the order list and all required test data for the test piles driven.

**(b) Static load tests.** Perform static load tests according to ASTM D 1143 using the quick load test method except as modified herein. Submit drawings of the proposed loading apparatus for acceptance according to the following:

(1) Have a licensed professional engineer prepare the drawings.

(2) Furnish a loading system capable of applying 150 percent of the ultimate pile capacity or 9000 kilonewtons, whichever is less.

(3) Construct the apparatus to allow increments of load to be placed gradually without causing vibration to the test pile.

When tension (anchor) piles are required, drive tension piles at the location of permanent piles when feasible. Do not use timber or tapered piles installed in permanent locations as tension piles. Take the test to plunging failure or the capacity of the loading system, whichever occurs first.

The allowable axial pile load is defined as 50 percent of the failure load. The failure load is defined as follows:

- For piles 600 millimeters or less in diameter or diagonal width, the load that produces a settlement at failure of the pile head equal to:

$$S_f = S + (3.8 + 0.008D)$$

000594



- For piles greater than 600 millimeters in diameter or diagonal width:

$$S_f = S + \frac{D}{30}$$

Where:

$S_f$ = Settlement at failure in millimeters
$D$ = Pile diameter or diagonal width in millimeters
$S$ = Elastic deformation of pile in millimeters

Determine top elevation of the test pile immediately after driving and again just before load testing to check for heave. Wait a minimum of 3 days between the driving of any anchor or load test piles and the commencement of the load test. Prior to testing, re-drive or jack to the original elevation any pile that heaves more than 6 millimeters.

After completion of the load testing, remove or cut off any test or anchor piling not a part of the finished structure at least 0.5 meter below either the bottom of footing or the finished ground elevation.

Based on the results of the static load testing, the order list and production driving criteria may be approved and the required cut-off elevations provided or additional load tests may be specified. This information will be provided within 7 days after receipt of the order list and all required test data for the test piles driven.

**551.12 Pile Cutoffs.** Cut off the tops of all permanent piles and pile casings at the required elevation. Cut off the piles clean and straight parallel to the bottom face of the structural member in which they are embedded. Dispose of cutoff lengths according to Subsection 203.05(a).

**(a) Steel piles.** Do not paint steel to be embedded in concrete. Before painting the exposed steel pile, thoroughly clean the metal surface of any substance that will inhibit paint adhesion. Use aluminum colored paint system 2 according to Section 563. Paint portions of completed trestle or other exposed piling to a point not less than 1 meter below finished groundline or waterline with one shop prime coat and 2 shop finish coats. Shop coats applied in the field shall be applied before driving the pile. Paint exposed piling above finished groundline or waterline with one field finish coat.





**(b) Wood piles.** Treat the heads of all treated timber piles which are not embedded in concrete by one of the following methods.

**(1)** Reduce the moisture content of the wood to no more than 25 percent with no free moisture on the surface. Brush apply one application of creosote-coal tar solution, as required in AWPA Standards.

Build up a protective cap by applying alternate layers of loosely woven fabric and hot asphalt or tar similar to membrane waterproofing, using 3 layers of asphalt or tar and 2 layers of fabric. Use fabric at least 150 millimeters wider in each direction than the diameter of the pile. Turn the fabric down over the pile and secure the edges by binding with 2 turns of 3-millimeter minimum diameter galvanized wire. Apply a final layer of asphalt or tar to cover the wire. Neatly trim the fabric below the wires.

**(2)** Cover the sawed surface with 3 applications of a hot mixture of 60 percent creosote and 40 percent roofing pitch, or thoroughly brush coat with 3 applications of hot creosote and cover with hot roofing pitch. Place a covering of galvanized sheet metal over the coating and bend down over the sides of each pile.

**551.13 Unsatisfactory Piles.** Correct unsatisfactory piles by an approved method. Methods of correcting unsatisfactory piles may include one or more of the following:

**(a)** Use of the pile at a reduced capacity.
**(b)** Install additional piles.
**(c)** Repair damaged piles.
**(d)** Replace damaged piles.

**551.14 Placing Concrete in Steel Shell or Pipe Piles.** After driving, clean the inside of shells and pipes by removing all loose material. Keep the shell or pipe substantially water tight. Provide suitable equipment for inspecting the entire inside surface of the driven shell or pipe just before placing concrete.

**(a) Reinforcing steel.** When reinforcing steel is required, make the spacing between adjacent cage elements at least 5 times the maximum size of aggregate in the concrete.

000595



Securely tie concrete spacers or other approved spacers at fifth points around the perimeter of the reinforcing steel cage. Install spacers at intervals not to exceed 3 meters measured along the length of the cage.

Place the reinforcement cage into the driven shell or pipe when the concrete reaches the planned bottom elevation of the reinforcement. Support the reinforcement so it remains within 50 millimeters of the required vertical location. Support the cage from the top until the concrete reaches the top of the pile.

**(b) Concrete.** Construct concrete according to Section 552. Place concrete in one continuous operation from the bottom to the top of the pile. Before the initial concrete set, consolidate the top 3 meters of the concrete pile using approved vibratory equipment.

**551.15 Acceptance.** Pile material will be evaluated under Subsections 106.02 and 106.03.

Furnish production certifications with each shipment of the following:

(a) Concrete piles
(b) Sheet piles, steel H-piles, steel shells, and steel pipes
(c) Treated timber piles. Stamp each pile with an identification mark and date of inspection.

Driving piles and related work will be evaluated under Subsections 106.02 and 106.04.

Concrete for steel shells or pipe piles will be evaluated under Section 552.

Reinforcing steel for steel shells or pipe piles will be evaluated under Section 554.

## Measurement

**551.16** Measure piles by the meter or by the each. When measurement is by the meter, measure the length of pile from the cutoff elevation to the tip.

Measure pile load tests by the each or by the lump sum.





Measure preboring by the meter.

Measure splices required to drive piles in excess of the contract estimated tip elevation by the each.

Measure test piles by the meter or by the each.

## Payment

**551.17** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule except the concrete-filled pipe or steel shell pile contract unit bid price will be adjusted according to Subsection 106.05. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment for concrete-filled pipe or steel shell piles will be made at a price determined by multiplying the contract unit bid price by an adjusted pay factor (*PFa*) determined as follows:

$$PFa = 1 - 0.5\,(1 - PF)$$

Where:

*PF* = Pay factor for concrete as determined under Section 552.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 55101 ____________ piles, in place | Meter |
| 55102 ____________ piles, in place | Each |
| 55103 ____________ pile load test | Each |
| 55104 ____________ pile load test | Lump sum |
| 55105 Preboring | Meter |
| 55106 Splices | Each |
| 55107 Test piles | Meter |
| 55108 Test piles | Each |

000596

# Section 552.— STRUCTURAL CONCRETE

## Description

**552.01** This work consists of furnishing, placing, finishing, and curing concrete in bridges, culverts, and other structures.

Structural concrete class is designated as shown in Table 552-1.

## Material

**552.02** Conform to the following Subsections:

| | |
|---|---|
| Air-entraining admixture | 711.02 |
| Chemical admixtures | 711.03 |
| Coarse aggregate | 703.02 |
| Color coating | 725.24 |
| Curing material | 711.01 |
| Elastomeric bearing pads | 717.10 |
| Elastomeric compression joint seals | 717.16 |
| Fine aggregate | 703.01 |
| Fly ash | 725.04 |
| Ground iron blast-furnace slag | 725.04 |
| Joint fillers and sealants | 712.01 |
| Latex modifier | 711.04 |
| Linseed oil | 725.14 |
| Portland cement | 701.01 |
| Silica fume (microsilica) | 725.04 |
| Water | 725.01 |

## Construction Requirements

**552.03 Composition (Concrete Mix Design).** Design and produce concrete mixtures that conform to Table 552-1 for the class of concrete specified. Determine design strength values according to ACI 214. Structural concrete shall also conform to the following ACI specifications.

- ACI 211.1 for normal and heavy mass concrete.
- ACI 211.2 for lightweight concrete.
- ACI 211.3 for no-slump concrete.





**Table 552-1**
**Composition of Concrete**

| Class of Concrete | Minimum Cement Content (kg/m³) | Maximum W/C Ratio | Slump[1] (mm) | Minimum Air Content[2] % | Coarse Aggregate AASHTO M 43 |
|---|---|---|---|---|---|
| A | 360 | 0.49 | 50 to 100 | | No. 57 |
| A(AE) | 360 | 0.44 | 25 to 100 | 5.0 | No. 57 |
| B | 310 | 0.58 | 50 to 100 | | No. 357 |
| B(AE) | 310 | 0.58 | 50 to 100 | 4.0 | No. 357 |
| C | 390 | 0.49 | 50 to 100 | | No. 7 |
| C(AE) | 390 | 0.44 | 25 to 75 | 6.0 | No. 7 |
| D(AE)[3] | 360 | 0.40 | 25 to 75 | 4.0 | No. 57 |
| E(AE)[4] | 360 | 0.40 | 100 to 150[5] | 3.0 | No. 7 |
| P | 390 | 0.44 | 0 to 100 | | No. 67 |
| Seal | 390 | 0.54 | 100 to 200 | | No. 57 |

(1) Maximum slump is 200 millimeters if approved mix design includes a high-range water reducer.
(2) See Subsection 552.03(t) for maximum air content.
(3) Concrete with a water reducing and retarding admixture conforming to AASHTO M 194 type D.
(4) A latex modified concrete with 0.31 liters of modifier per kilogram of cement.
(5) Measure the slump 4 to 5 minutes after the concrete is discharged from the mixer.

Submit concrete mix designs on FHWA Form 1608.

Verify mix designs with trial mixes prepared from the same source(s) proposed for use. Submit written concrete mix designs for approval at least 36 days before production. Each mix design submittal shall include all of the following:

**(a)** Project identification.

**(b)** Name and address of Contractor and concrete producer.

000597



(c) Mix design designation.

(d) Class of concrete and intended use.

(e) Material proportions.

(f) Name and location of material sources for aggregate, cement, admixtures, and water.

(g) Type of cement and type of cement replacement if used. Fly ash, ground iron blast-furnace slag, or silica fume may partially replace cement as follows in any mix design except for prestressed concrete:

*(1) Fly ash.*

*(1) Class F.* Not more than 20 percent of the minimum mass of portland cement in Table 552-1 may be replaced with class F fly ash at the rate of 1.5 parts fly ash per 1 part cement.

*(2) Class C.* Not more than 25 percent of the minimum mass of portland cement in Table 552-1 may be replaced with class C fly ash at the rate of 1 part fly ash per 1 part cement.

*(2) Ground iron blast-furnace slag.* Not more than 50 percent of the minimum mass of portland cement in Table 552-1 may be replaced with ground iron blast-furnace slag at the rate of 1 part slag per 1 part cement.

*(3) Silica fume (microsilica).* Not more than 10 percent of the minimum mass of portland cement in Table 552-1 may be replaced with silica fume at the rate of 1 part silica fume per 1 part cement.

The water/cement ratio for modified concrete is the ratio of the mass of water to the combined masses of portland cement and cement substitute.

(h) Cement content in kilograms per cubic meter of concrete.

(i) The saturated surface dry batch mass of the coarse and fine aggregate in kilograms per cubic meter of concrete.





(j) Water content (including free moisture in the aggregate plus water in the drum, exclusive of absorbed moisture in the aggregate) in kilograms per cubic meter of concrete.

(k) Target water/cement ratio.

(l) Dosage of admixtures. Entrained air may be obtained either by the use of an air-entraining portland cement or by the use of an air entraining admixture. Do not use set accelerating admixtures with class P (prestressed) concrete. Do not mix chemical admixtures from different manufacturers. Do not use high range water reducers for bridge decks.

(m) Sieve analysis of fine and coarse aggregate.

(n) Absorption of fine and coarse aggregate.

(o) Bulk specific gravity (dry and saturated surface dry) of fine and coarse aggregate.

(p) Dry rodded unit mass of coarse aggregate in kilograms per cubic meter.

(q) Fineness modulus (FM) of fine aggregate.

(r) Material certifications for cement, admixtures, and aggregate.

(s) Target values for concrete slump with and without high-range water reducers.

(t) Target values for concrete air content. Include the proposed range of air content for concrete to be incorporated into the work. Describe the methods by which air content will be monitored and controlled. Provide acceptable documentation that the slump and compressive strength of the concrete are within specified limits throughout the full range of proposed air content. In the absence of such acceptable documentation, the maximum air content shall be 10 percent.

(u) Concrete unit mass.

000598





(v) Compressive strengths of 7 and 28-day concrete. Pending 28-day strength results, a mix design may be approved on the basis that the 7-day compressive strength results equal or exceed 85 percent of the minimum strength requirements when no accelerators or early strength cements are used.

(w) Material samples if requested.

Begin production only after the mix design is approved.

Furnish a new mix design for approval if there is a change in a source of material or when the fineness modulus of the fine aggregate changes by more than 0.20.

**552.04 Storage and Handling of Material.** Store and handle all material in a manner that prevents segregation, contamination, or other harmful effects. Do not use cement and fly ash containing evidence of moisture contamination. Store and handle aggregate in a manner that ensures a uniform moisture content at the time of batching.

**552.05 Measuring Material.** Batch the concrete according to the approved mix design and the following tolerances:

| | |
|---|---|
| Cement | ±1 percent |
| Water | ±1 percent |
| Aggregate | ±2 percent |
| Additive | ±3 percent |

A calibrated volumetric system may be used if the specified tolerances are maintained.

**552.06 Batching Plant, Mixers, and Agitators.** Use a batching plant, mixer, and agitator conforming to AASHTO M 157. Continuous volumetric mixing equipment shall conform to AASHTO M 241.

**552.07 Mixing.** Mix the concrete in a central-mix plant or in truck mixers. Operate all equipment within manufacturer's recommended capacity. Produce concrete of uniform consistency.





**(a) Central-mix plant.** Dispense liquid admixtures through a controlled flowmeter. Use dispensers with sufficient capacity to measure, at one time, the full quantity of admixture required for each batch. If more than one admixture is used, dispense each with separate equipment.

Charge the coarse aggregate, one third of the water, and all air entraining admixture into the mixer first, then add remainder of the material.

Mix for at least 50 seconds. Begin mixing time after all cement and aggregate are in the drum. Add the remaining water during the first quarter of the mixing time. Add 4 seconds to the mixing time if timing starts the instant the skip reaches its maximum raised position. Transfer time in multiple-drum mixers is included in mixing time. Mixing time ends when the discharge chute opens.

Remove the contents of an individual mixer before a succeeding batch is charged into the drum.

**(b) Truck mixer.** Do not use mixers with any section of the blades worn 25 millimeters or more below the original manufactured height. Do not use mixers and agitators with accumulated hard concrete or mortar in the mixing drum.

Add admixtures to the mix water before or during mixing.

Charge the batch into the drum so a portion of the mixing water enters in advance of the cement.

Mix each batch of concrete not less than 70 nor more than 100 revolutions of the drum or blades at mixing speed. Begin the count of mixing revolutions as soon as all material, including water, is in the mixer drum.

**552.08 Delivery.** Produce and deliver concrete to permit a continuous placement with no concrete achieving initial set before the remaining concrete being placed adjacent to it. Use methods of delivering, handling, and placing that will minimize rehandling of the concrete and prevent any damage to the structure.

Do not place concrete that has developed an initial set. Never re-temper concrete by adding water.

000599



**(a) Truck mixer/agitator.** Use the agitating speed for all rotation after mixing. When a truck mixer or truck agitator is used to transport concrete that is completely mixed in a stationary central construction mixer, mix during transportation at manufacturer's recommended agitating speed.

Water and admixtures (if in the approved mix design) may be added at the project to obtain the required slump or air content, providing the total of all water in the mix does not exceed the maximum water/cement ratio and the concrete has not obtained an initial set. If additional water is necessary, add only once and remix with 30 revolutions at mixing speed. Complete the remixing within 45 minutes (75 minutes for type I, IA, II, or IIA cements with water reducing/retarding admixture) after the initial introduction of mixing water to cement or cement to aggregates.

After the beginning of the addition of the cement, complete the discharge of the concrete within the time specified in Table 552-2.

**Table 552-2**
**Concrete Discharge Time Limits**

| Cement Type With and Without Admixtures | Time Limit (hour) |
|---|---|
| Type I, IA, II, or IIA | 1.00 |
| Type I, IA, II, or IIA with water reducing or retarding admixture | 1.50 |
| Type III | 0.75 |
| Type III with water reducing or retarding admixture | 1.25 |

**(b) Nonagitating equipment.** Nonagitating equipment may be used to deliver concrete if the concrete discharge is completed within 20 minutes from the beginning of the addition of the cement to the mixing drum. Use equipment with smooth, mortar tight, metal containers capable of discharging the concrete at a controlled rate without segregation. Provide covers when needed for protection.





**552.09 Quality Control of Mix.** Submit and follow a quality control plan according to Sections 153 and 154 as applicable and the following.

**(a) Mixing.** Designate a competent and experienced concrete technician to be at the mixing plant in charge of the mixing operations and to be responsible for the overall quality control including:

(1) The proper storage and handling of all components of the mix.

(2) The proper maintenance and cleanliness of plant, trucks, and other equipment.

(3) The gradation testing of fine and coarse aggregates.

(4) The determination of the fineness modulus of fine aggregate.

(5) The measurement of moisture content of the aggregates and adjusting the mix proportions as required before each day's production or more often if necessary to maintain the required water/cement ratio.

(6) The computation of the batch masses for each day's production and the checking of the plant's calibration as necessary.

(7) The completion of batch tickets. Include the following information:

*(a)* Concrete supplier
*(b)* Ticket serial number
*(c)* Date and truck number
*(d)* Contractor
*(e)* Structure or location of placement
*(f)* Mix-design and concrete class
*(g)* Component quantities and concrete total volume
*(h)* Moisture corrections for aggregate moisture
*(i)* Total water in mix at plant
*(j)* Time of batching and time at which discharge must be completed
*(k)* Maximum water that may be added to the mix at the project

Provide equipment necessary for the above tests and controls. Furnish copies of work sheets for (3), (4), (5), and (6) as they are completed.

009000



**(b) Delivery and sampling.** Designate at least one competent and experienced concrete technician to be at the project and be responsible for concrete delivery, discharge operations, and sampling that include the following:

(1) The verification that adjustments to the mix before discharge comply with the specifications.

(2) The completion of the batch ticket, the recording of the apparent water/cement ratio, and the time discharge is completed. Furnish a copy of each batch ticket at the time of placement.

(3) The furnishing of all equipment and the performing of temperature, unit mass, air content, slump, and other tests to verify specification compliance before and during each placement operation.

Sample every batch after at least 0.2 cubic meters are discharged and before placing any of the batch in the forms. When continuous mixing is used, sample approximately every 7.5 cubic meters. Test the air content according to AASHTO T 152 or AASHTO T 196.

Test unit mass, slump, and temperature according to Subsection 552.19.

If 3 successive samples are tested and compliance to the specifications is indicated, screening tests may be reduced to an approved frequency. Resume initial testing frequency if a test shows a failing temperature, air content, slump or when directed.

If there is no prior experience with the approved mix design or if special handling procedures, such as pumping, change of one or more of the characteristics between discharge of the load and placing in the forms, correlate the discharge tests with the placement tests to define these changes. Provide documentation. Repeat the correlations as often as necessary or as directed.

(4) Take samples according to AASHTO T 141 from specified loads. Composite samples are not required. The point of sampling is from the discharge stream at the point of placement. Provide cylinder molds. Make at least 4 compressive strength test cylinders, provide the appropriate initial curing, and carefully transport the cylinders to





the project curing facility. Two of the 4 cylinders will be used for 28-day compressive strength tests. The remaining cylinders will be used for verification, projected strengths, or other purposes specified. Assist in the performing of other tests as requested.

**552.10 Temperature and Weather Conditions.** Maintain the temperature of the concrete mixture just before placement between 10 and 30 °C, except maintain the concrete for bridge decks between 10 and 25 °C.

**(a) Cold weather.** Cold weather is defined as any time during the concrete placement or curing period the ambient temperature at the work site drops below 2 °C or the ambient temperature at the site drops below 10 °C for a period of 12 hours or more.

When cold weather is reasonably expected or has occurred within 7 days of anticipated concrete placement, submit a detailed plan for the producing, transporting, placing, protecting, curing, and temperature monitoring of concrete during cold weather. Include procedures for accommodating abrupt changes in weather conditions. Do not commence placement until plan is accepted. Acceptance of a plan will take at least 1 day.

Have all material and equipment required for protection available at or near the project before commencing cold weather concreting.

Remove all snow, ice, and frost from the surfaces, including reinforcement and subgrade, against which the concrete is to be placed. The temperature of any surface that will come into contact with fresh concrete shall be at least 2 °C and shall be maintained at a temperature of 2 °C or above during the placement of the concrete.

Place heaters and direct ducts so as not to cause concrete drying or fire hazards. Vent exhaust flue gases from combustion heating units to the outside of any enclosures. Heat the concrete components in a manner that is not detrimental to the mix. Do not heat cement or permit the cement to come into contact with aggregates that are hotter than 40 °C. Concrete at the time of placement shall be of uniform temperature and free of frost lumps. Do not heat aggregates with a direct flame or on sheet metal over fire. Do not heat fine aggregate by direct steam. The addition of salts to prevent freezing is not permitted.

000601



During cold weather, protect the concrete for at least 7 days at or above the minimum temperatures in Table 552-3.

Furnish and place continuously recording surface temperature measuring devices that are accurate within ±1 °C.

At the end of the protection period, allow the concrete to cool gradually over 24 hours at a rate not to exceed the maximum values shown in Table 552-3. All protection may be removed when the concrete surface temperature is within 15 °C of the ambient air temperature.

**Table 552-3**
**Cold Weather Concrete Surface Temperatures**

| Minimum section size dimension, mm | <300 | 300 - 900 | 900 - 1800 | >1800 |
|---|---|---|---|---|
| Minimum temperature of concrete during protection period | 13 °C | 10 °C | 7 °C | 4 °C |
| Maximum allowable temperature drop in any 24-hour period after end of protection | 28 °C | 22 °C | 17 °C | 11 °C |

**(b) Hot weather.** Hot weather is any time during the concrete placement that the ambient temperature at the work site is above 35 °C.

In hot weather, cool all surfaces that will come in contact with the mix to below 35 °C. Cool by covering with wet burlap or cotton mats, fog spraying with water, covering with protective housing, or by other approved methods.

During placement, maintain concrete temperature by using any combination of the following:

(1) Shade the material storage areas or production equipment.

(2) Cool aggregate by sprinkling.

(3) Cool aggregate and/or water by refrigeration or replacing a portion or all of the mix water with flaked or crushed ice to the extent that the ice will completely melt during mixing of the concrete.





**(c) Evaporation.** When placing concrete in bridge decks or other exposed slabs, limit expected evaporation rate to less than 0.5 kilograms per square meter per hour as determined by Figure 552-1 or the following:

$$EVAP = \frac{1+0.2374WV}{2906} * \left[CT^2 - 4.762CT + 220.8 - RH * \left[\frac{AT^3 + 127.8AT^2 + 665.6AT + 34283}{20415}\right]\right]$$

Where:

| | | |
|---|---|---|
| *EVAP* | = | Evaporation rate (kg/m²/hr) |
| *WV* | = | Wind velocity (km/hr) |
| *RH* | = | Relative humidity (%) |
| *AT* | = | Air temperature (°C) |
| *CT* | = | Concrete temperature (°C) |

When necessary, take one or more of the following actions:

(1) Construct windbreaks or enclosures to effectively reduce the wind velocity throughout the area of placement.

(2) Use fog sprayers upwind of the placement operation to effectively increase the relative humidity.

(3) Reduce the temperature of the concrete according to (b) above.

**(d) Rain.** At all times during and immediately after placement, protect the concrete from rain.

**552.11 Handling and Placing Concrete.** Perform the work under Section 208. Construct reinforcing steel, structural steel, bearing devices, joint material, and miscellaneous items according to the appropriate Sections.

**(a) General.** Design and construct falsework and forms according to Section 562. Handle, place, and consolidate concrete by methods that will not cause segregation and will result in dense homogeneous concrete which is free of voids and rock pockets. Placement methods shall not cause displacement of reinforcing steel or other material that is embedded in the concrete. Place and consolidate concrete before initial set. Do not retemper concrete by adding water to the mix.

000602






**Figure 552-1**
**Evaporation Rate of Surface Moisture**

**Note:** Example shown by dashed lines is for an air temperature of 22.5 °C, relative humidity of 90 percent, concrete temperature of 36 °C, and a wind velocity of 22.5 kilometers per hour. This results in a rate of evaporation of 1.75 kilograms per square meter per hour.





Do not place concrete until the forms, all embedded material, and the adequacy of the foundation material have been inspected.

Remove all mortar, debris, and foreign material from the forms and reinforcing steel before commencing placement. Thoroughly moisten the forms and subgrade immediately before concrete is placed against them. Temporary form spreader devices may be left in place until concrete placement precludes their need, after which they shall be removed.

Place concrete continuously without interruption between planned construction or expansion joints. The delivery rate, placing sequence, and methods shall be such that fresh concrete is always placed and consolidated against previously placed concrete before initial set has occurred in the previously placed concrete. Do not allow the time between the placement of successive batches to exceed 30 minutes.

During and after placement of concrete, do not damage previously placed concrete or break the bond between the concrete and reinforcing steel. Keep workers off fresh concrete. Do not support platforms for workers and equipment directly on reinforcing steel. Once the concrete is set, do not disturb the forms or reinforcing bars that project from the concrete until it is of sufficient strength to resist damage.

**(b) Sequence of placement.**

**(1) Substructures.** Do not place loads on finished bents, piers, or abutments until concrete cylinder tests from the same concrete cured under the same conditions as the substructure element indicate that all concrete has at least 80 percent of its required 28-day compressive strength.

**(2) Vertical members.** For vertical members over 5 meters in height, allow the concrete to set for at least 4 hours before placing concrete for integral horizontal members. For vertical members less than 5 meters in height, allow the concrete to set for at least 30 minutes. Do not apply loads from horizontal members until the vertical member has attained its required strength.

000603



**(3) Superstructures.** Do not place concrete in the superstructure until substructure forms have been stripped sufficiently to determine the acceptability of the supporting substructure concrete. Do not place concrete in the superstructure until the substructure has attained the required strength.

Place concrete for T-beams in 2 separate operations. Wait at least 5 days after stem placement before placing the top deck slab concrete.

Concrete for box girders may be placed in 2 or 3 separate operations consisting of bottom slab, girder webs, and top slab or as shown on the plans. However, place the bottom slab first and do not place the top slab until the girder webs have been in place for at least 5 days.

**(4) Arches.** Place concrete in arch rings so the centering is loaded uniformly and symmetrically.

**(5) Box culverts.** Place the base slab of box culverts and allow to set 24 hours before the remainder of the culvert is constructed. For sidewall heights of 1.5 meters or less, the sidewalls and top slab may be placed in one continuous operation. For sidewalls greater than 1.5 meters but less than 5 meters in height, allow sidewall concrete to set at least 30 minutes before placing concrete in the top slab. For sidewalls 5 meters or higher, allow sidewall concrete to set at least 12 hours before placing concrete in the top slab.

**(6) Precast elements.** Place and consolidate concrete so that shrinkage cracks are not produced in the member.

**(c) Placing methods.** Use equipment of sufficient capacity that is designed and operated to prevent mix segregation and mortar loss. Do not use equipment that causes vibrations that could damage the freshly placed concrete. Do not use equipment with aluminum parts that come in contact with the concrete. Remove set or dried mortar from inside surfaces of placing equipment.

Place concrete as near as possible to its final position. Do not place concrete in horizontal layers greater than 0.5 meter thick. Do not exceed the vibrator capacity to consolidate and merge the new layer with the previous layer. Do not place concrete at a rate that, when corrected for temperature, exceeds the design loading of the forms.





Do not drop unconfined concrete more than 2 meters. Concrete may be confined by using a tube fitted with a hopper head or other approved device that prevents mix segregation and mortar spattering. This does not apply to cast-in-place piling when concrete placement is completed before initial set occurs in the concrete placed first.

Operate concrete pumps so that a continuous stream of concrete without air pockets is delivered at the tube discharge. Do not use conveyor belt systems longer than 170 meters when measured from end to end of the total belt assembly. Arrange the belt assembly so that each section discharges into a vertical hopper to the next section without mortar adhering to the belt. Use a hopper, chute, and deflectors at the discharge end of the conveyor belt system to cause the concrete to drop vertically.

**(d) Consolidation.** Provide sufficient hand-held internal concrete vibrators suitable for the conditions of concrete placement. The vibrators shall conform to Table 552-4. Provide rubber coated vibrators when epoxy coated reinforcement is used.

**Table 552-4**
**Hand Held Vibratory Requirements**

| Head Diameter (millimeters) | Frequency (vibrations/minute) | Radius of Action (millimeters) |
|---|---|---|
| 19 to 38 | 10 000 to 15 000 | 75 to 125 |
| 32 to 64 | 9 000 to 13 500 | 125 to 255 |
| 50 to 89 | 8 000 to 12 000 | 180 to 485 |

Provide a sufficient number of vibrators to consolidate each batch as it is placed. Provide a spare vibrator at the site in case of breakdown. Use external form vibrators only when the forms have been designed for external vibration and when internal vibration is not possible.