000604



Consolidate all concrete by mechanical vibration immediately after placement. Manipulate vibrators to thoroughly work the concrete around reinforcement, embedded fixtures, corners, and angles in the forms. Do not cause segregation. Do not consolidate concrete placed underwater. Supplement vibration with spading, as necessary, to ensure smooth surfaces and dense concrete along form surfaces, in corners, and at locations impossible to reach with the vibrators.

Vibrate the concrete at the point of deposit and at uniformly spaced points not farther apart than 1.5 times the radius over which the vibration is visibly effective. Insert vibrators so that the affected vibrated areas overlap. Do not use vibrators to move concrete. Insert vibrators vertically and slowly withdraw from the concrete. The vibration shall be of sufficient duration and intensity to thoroughly consolidate the concrete, but not to cause segregation. Do not vibrate at any one point long enough to cause localized areas of grout to form. Do not vibrate reinforcement.

**(e) Underwater placement.** Underwater placement of concrete is permitted only for seal concrete and drilled shafts. If other than seal concrete is used, increase the minimum cement content by 10 percent. Use tremies, concrete pumps, or other approved methods for placement.

**(1) Tremies.** Use watertight tremies, with a diameter of 250 millimeters or more. Fit the top with a hopper. Use multiple tremies as required. Make tremies capable of being rapidly lowered to retard or stop the flow of concrete.

At the start of concrete placement, seal the discharge end and fill the tremie tube with concrete. Keep the tremie tube full of concrete to the bottom during placement. If water enters the tube, withdraw the tremie and reseal the discharge end. Maintain continuous concrete flow until the placement is completed.

**(2) Concrete pumps.** Use pumps with a device at the end of the discharge tube to seal out water while the tube is first being filled with concrete. When concrete flow is started, keep the end of the discharge tube full of concrete and below the surface of the deposited concrete until placement has been completed.





Place underwater concrete continuously from start to finish in a dense mass. Place each succeeding layer of concrete before the preceding layer has taken initial set. Use more than one tremie or pump as necessary to ensure compliance with this requirement. Keep the concrete surface as horizontal as practicable. Do not disturb after placement. Maintain still water at the point of deposit.

Dewater after test specimens cured under similar conditions indicate that the concrete has sufficient strength to resist the expected loads. Remove all laitance or other unsatisfactory material from the exposed concrete.

**(f) Concrete railings and parapets.** Use smooth, tight fitting, rigid forms. Neatly miter corners. Place concrete railings and parapets after the centering or falsework for the supporting span is released. Remove forms without damaging the concrete. Finish all corners to be true, clean-cut, and free from cracks, spalls, or other defects.

Cast precast railing members in mortar-tight forms. Remove precast members from molds as soon as the concrete has sufficient strength to be self-supporting. Protect edges and corners from chipping, cracking, and other damage. Cure in accordance with Subsection 552.15(b). The curing period may be shortened, as approved, by using moist heat and/or type III cement or water reducing agents.

**552.12 Construction Joints.** Provide construction joints at locations shown on the plans. Written approval is required for any additional construction joints.

At horizontal construction joints, place gauge strips inside the forms along all exposed faces to produce straight joint lines. Clean and saturate construction joints before placing fresh concrete. Keep joints saturated until adjacent fresh concrete is placed. Immediately before placing new concrete, draw forms tightly against previously placed concrete. Where accessible, thoroughly coat the existing surface with a very thin coating of cement mortar. Extend reinforcing bars across construction joints.

000605



**552.13 Expansion and Contraction Joints.**

**(a) Open joints.** Form open joints with a wooden strip, metal plate, or other approved material. Remove the joint forming material without chipping or breaking the corners of the concrete. Do not extend reinforcement across an open joint.

**(b) Filled joints.** Cut premolded expansion joint filler to the shape and size of the surface being jointed. Secure the joint filler on one surface of the joint using galvanized nails or other acceptable means. Splice according to the manufacturer's recommendations. After form removal, remove and neatly cut all concrete or mortar that has sealed across the joint. Fill all joint gaps 3 millimeters or wider with hot asphalt or other approved filler. Place all necessary dowels, load transfer devices, and other devices as shown on the plans or as directed.

**(c) Steel joints.** Fabricate plates, angles, or other structural shapes accurately to conform to the concrete surface. Set joint opening to conform to the ambient temperature at the time of concrete placement. Securely fasten the joints to keep them in correct position. Maintain an unobstructed joint opening during concrete placement.

**(d) Water stops.** Construct water stops according to Section 560.

**(e) Compression joint seals.** Use one-piece compression joint seals for transverse joints and the longest practicable length for longitudinal joints. Clean and dry joints and remove spalls and irregularities. Apply a lubricant-adhesive as a covering film to both sides of the seal immediately before installation. Compress the seal and place it in the joint as recommended by the manufacturer. Make sure the seal is in full contact with the joint walls throughout its length.

Remove and discard all seals that are twisted, curled, nicked or improperly formed. Remove and reinstall joint seals that elongate more than 5 percent of their original length when compressed. Remove all excess lubricant- adhesive before it dries.

**(f) Elastomeric expansion joint seal.** Install the joint according to the manufacturer's recommendations and in conformance with the plans.





**552.14 Finishing Plastic Concrete.** Strike off concrete surfaces which are not placed against forms. Float finish the concrete surface. Remove any laitance or thin grout. Carefully tool all nonchamfered edges with an edger. Leave edges of joint filler exposed.

Protect the surface from rain damage.

Finish all concrete surfaces used by traffic to a skid-resistant surface. Provide at least 2 suitable and adequate work bridges.

**(a) Striking off and floating.** For bridge decks or top slabs of structures serving as finished pavements, use an approved power driven finishing machine equipped with oscillating screed. If approved, use hand-finishing methods for irregular areas where the use of a machine is impractical.

Strike off all surfaces using equipment supported by and traveling on screed rails or headers. Do not support rails within the limits of the concrete placement without approval.

Set rails or headers on nonyielding supports so the finishing equipment operates without interruption over entire surface being finished. Extend rails beyond both ends of the scheduled concrete placement a sufficient distance to enable finishing machine to finish the concrete being placed.

Set rails the entire length of steel girder superstructures.

Adjust rails, headers, and strike-off equipment to the required profile and cross-section allowing for anticipated settlement, camber, and deflection of falsework.

Before beginning delivery and placement of concrete, operate the finishing machine over the entire area to be finished to check for excessive rail deflections, deck thickness, reinforcing steel cover, and to verify proper operation of equipment. Make necessary corrections before concrete placement begins.

000606



After placing the concrete, operate finishing machine over the concrete as needed to obtain the required profile and cross-section. Keep a slight roll of excess concrete in front of the cutting edge of the screed at all times. Maintain this excess of concrete to the end of the pour or form and then remove and waste it. Adjust rails or headers as necessary to correct for unanticipated settlement or deflection.

Remove rail supports embedded in the concrete to at least 50 millimeters below the finished surface and fill and finish any voids with fresh concrete. Finish the surface with a float, roller or other approved device as necessary to remove all local irregularities.

Remove all excess water, laitance, or foreign material brought to the surface using a squeegee or straightedge drawn from the center of the slab towards either edge. Do not apply water to the surface of the concrete during finishing operations.

**(b) Straightedging.** Check all slab and sidewalk surfaces. Check the entire surface parallel to the centerline of the bridge with a 3-meter metal straightedge. Overlap the straightedge at least half the length of the previous straightedge placement.

Correct deviations in excess of 3 millimeters from the testing edge of the straightedge. For deck surfaces that are to receive an overlay, correct deviations in excess of 6 millimeters.

**(c) Texturing.** Produce a skid-resistant surface texture on all driving surfaces by grooving. Use one of the following finishes or a combination thereof for other surfaces as required.

**(1) Grooved finish.** Use a float having a single row of fins or an approved machine designed specifically for sawing grooves in concrete pavements. Space fins 10 to 20 millimeters on centers. Make the grooves 2 to 5 millimeters wide and 3 to 5 millimeters deep. Groove perpendicular to the centerline without tearing the concrete surface or loosening surface aggregate.

If grooves are sawn, cut the grooves approximately 5 millimeters wide at a spacing of 15 to 25 millimeters.





On bridge decks, discontinue grooving 300 millimeters from curb face and provide a longitudinal troweled finish on the surface of gutters.

**(2) Sidewalk finish.** Strike off the surface using a strike board and then float the surface. Use an edging tool on edges and expansion joints. Broom the surface using a broom with stiff bristles, broom perpendicular to the centerline from edge to edge with adjacent strokes slightly overlapped. Produce regular corrugations not over 3 millimeters in depth without tearing the concrete. While the concrete is plastic, correct porous spots, irregularities, depressions, small pockets, and rough spots. Groove contraction joints at the required interval using an approved grooving tool.

**(3) Troweled and brushed finish.** Use a steel trowel to produce a slick, smooth surface free of bleed water. Brush the surface with a fine brush using parallel strokes.

**(4) Exposed aggregate finish.** Strike off the surface using a strike board and then float the surface. Use an edging tool on all transverse and longitudinal joints that are against forms or existing pavement. Do not edge transverse joints in a continuous lane pour or longitudinal joints in a continuous dual lane pour.

As soon as the concrete hardens sufficiently to prevent particles of gravel from being dislodged, broom the surface. Use stiff brushes approved by the CO. Exercise care to prevent marring of the surface and cracking or chipping of slab edges or joints. If approved by the CO, apply a light spray of retardant to the unfinished surface to facilitate this work.

First, broom transversely across the pavement. Pull the loosened semi-stiff mortar entirely off the pavement. Remove the mortar from all adjacent pavements. Then broom parallel to the pavement centerline. Continue this operation until a sufficient amount of coarse aggregate is exposed. Other methods of aggregate exposure, such as using a water spray attachment on a special exposed aggregate broom, will be permitted if satisfactory results are demonstrated.

000607



After curing according to Subsection 501.10, wash the surface with brush and water to remove all laitance and cement from the exposed coarse aggregate.

**(d) Surface underneath bearings.** Finish all bearing surfaces to within 5 millimeters of plan elevation. When a masonry plate is to be placed directly on the concrete or on filler material less than 5 millimeters thick, finish the surface with a float to an elevation slightly above plan elevation. After the concrete is set, grind the surface as necessary to provide a full and even bearing.

When a masonry plate is to be set on filler material between 5 and 15 millimeters thick, finish the surface with a steel trowel. Finish or grind the surface so that it does not vary from a straightedge in any direction by more than 2 millimeters.

When a masonry plate is to be set on filler material greater than 15 millimeters thick or when an elastomeric bearing pad is to be used, finish the surface to a plane surface free of ridges.

When required under a masonry plate or elastomeric bearing pad, use mortar in the proportions of 1 part portland cement and 1.5 parts clean sand. Thoroughly mix sand and cement before adding water. Mix only enough mortar for immediate use. Discard mortar that is more than 45 minutes old. Do not re-temper mortar. Cure mortar at least 3 days and do not apply loads to mortar for at least 48 hours. Do not mix and use mortar during freezing conditions. Mortar sand shall conform to AASHTO M 45. Proprietary products may be used with approval.

**(e) Surface underneath waterproofing membrane deck seal.** Surfaces that are to be covered with a waterproofing membrane deck seal shall not be coarse textured, but shall be finished to a smooth surface and free of ridges and other projections.

**552.15 Curing Concrete.** Begin curing immediately after the free surface water has evaporated and the finishing is complete. If the surface of the concrete begins to dry before the selected cure method can be implemented, keep concrete surface moist using a fog spray without damaging the surface.





Keep surfaces to be rubbed moist after forms are removed. Cure immediately following the first rub.

Cure the top surfaces of bridge decks using the liquid membrane curing compound method combined with the water method. Apply liquid membrane curing compound immediately after finishing. Apply the water cure within 4 hours after finishing.

Cure all concrete uninterrupted for at least 7 days. If pozzolans in excess of 10 percent by mass of the portland cement is used in the mix, cure uninterrupted for at least 10 days.

**(a) Forms inplace method.** For formed surfaces, leave the forms inplace without loosening. If forms are removed during the curing period to facilitate rubbing, only strip forms from those areas able to be rubbed during the same shift. During rubbing, keep the surface of the exposed concrete moist. After the rubbing is complete, continue curing process using the water method or by applying a clear curing compound (type 1 or type 1-D) for the remainder of the curing period.

**(b) Water method.** Keep the concrete surface continuously wet by ponding, spraying, or covering with material that is kept continuously and thoroughly wet. Covering material may consist of cotton mats, multiple layers of burlap, or other approved material that does not discolor or otherwise damage the concrete.

Cover the covering material with a waterproof sheet material that prevents moisture loss from the concrete. Use the widest sheets practical. Lap adjacent sheets at least 150 millimeters and tightly seal all seams with pressure sensitive tape, mastic, glue, or other approved methods. Secure all material so that wind will not displace it. Immediately repair sheets that are broken or damaged.

**(c) Liquid membrane curing compound method.** Do not use the liquid membrane method on surfaces to receive a rubbed finish. Use on construction joint surfaces is permitted only if the compound is removed by sandblasting before placement of concrete against the joint.

Use type 2, white pigmented, liquid membrane only on the top surfaces of bridge decks or on surfaces not exposed to view in the completed work. Use type 1 or 1-D clear curing compounds on other surfaces.

000608



Mix membrane curing solutions containing pigments before use. Continue to agitate during application. Use equipment capable of producing a fine spray. Apply the curing compound at a minimum rate of 0.25 liter per square meter in one or two uniform applications. If the solution is applied in 2 applications, follow the first application with the second application within 30 minutes and apply at right angles to the first application.

If the membrane is damaged by rain or other means during the curing period, immediately apply a new coat over the damaged areas.

**552.16 Finishing Formed Concrete Surfaces.** Remove and replace or repair, as approved, all rock pockets or honeycombed concrete. Finish sound, formed concrete surfaces as follows.

**(a) Class 1 - ordinary surface finish.** Finish the following surfaces with a class 1, ordinary surface finish.

(1) Under surfaces of slab spans, box girders, filled spandrel arch spans, and the roadway deck slab between superstructure girders.

(2) Inside vertical surface or T-girders of superstructures.

(3) Surfaces to be buried and culvert surfaces above finished ground that are not visible from the traveled way or a walkway.

Begin finishing as soon as the forms are removed. Remove fins and irregular projections from all surfaces which are exposed or will be waterproofed. Remove bulges and offsets with carborundum stones or discs. Remove localized, poorly bonded rock pockets or honeycombed concrete and replace with sound concrete or packed mortar in an approved manner.

Clean and point all form tie cavities, holes, broken corners and edges, and other defects. Saturate the area with water. Finish the area with mortar that is less than 1 hour old. After the mortar is set, rub it (if required) and continue curing. Match exposed surfaces to surrounding concrete.

Carefully tool and remove free mortar and concrete from construction and expansion joints. Leave joint filler exposed for its full length with clean, true edges.





Rub or grind bearing surfaces on piers and abutments to the specified elevation and slope.

If the final finished surface is not true and uniform, rub it according to (b) below.

**(b) Class 2 - rubbed finish.** Finish the following surfaces with a class 2, rubbed finish.

(1) All surfaces of bridge superstructures, except those surfaces designated to receive a class 1 or other finish.

(2) All surfaces of bridge piers, piles, columns and abutments, and retaining walls above finished ground and to at least 300 millimeters below finished ground.

(3) All surfaces of open spandrel arch rings, spandrel columns and abutment towers.

(4) All surfaces of pedestrian undercrossings, except floors and surfaces to be covered with earth.

(5) Surfaces above finished ground of culvert headwalls and endwalls when visible from the traveled way or walkway.

(6) Inside surfaces of culvert barrels higher than 1 meter that are visible from the traveled way. Finish for a distance inside the barrel at least equal to the height of the culvert.

(7) All surfaces of railings.

Complete a class 1 finish according to (a) above. Saturate the concrete surface with water. Rub the surface with a medium coarse carborundum stone using a small amount of mortar on its face. Use mortar composed of cement and fine sand mixed in the same proportions as the concrete being finished. Continue rubbing until form marks, projections, and irregularities are removed and a uniform surface is obtained. Leave the paste produced by this rubbing in place.

000609



After other work which could affect the surface is complete, rub with a fine carborundum stone and water until the entire surface has a smooth texture and uniform color. After the surface has dried, rub it with burlap to remove loose powder. Leave it free from all unsound patches, paste, powder, and objectionable marks.

(c) **Class 3 - tooled finish.** Let the concrete set for at least 14 days or longer if necessary to prevent the aggregate particles from being *"picked"* out of the surface. Use air tools such as a bush hammer, pick, or crand-all. Chip away the surface mortar and break the aggregate particles to expose a grouping of broken aggregate particles in a matrix of mortar.

(d) **Class 4 - sandblasted finish.** Let the concrete set for at least 14 days. Protect adjacent surfaces that are not to be sandblasted. Sandblast the surface with hard, sharp sand to produce an even fine-grained surface in which the mortar is cut away leaving the aggregate exposed.

(e) **Class 5 - wire brushed or scrubbed finish.** Begin as soon as the forms are removed. Scrub the surface with stiff wire or fiber brushes using a solution of muriatic acid. Mix the solution in the proportion of 1 part acid to 4 parts water. Scrub until the cement film or surface is completely removed and the aggregate particles are exposed. Leave an evenly pebbled texture having the appearance of fine granite to coarse conglomerate depending upon the size and grading of aggregate. Wash the entire surface with water containing a small amount of ammonia.

(f) **Class 6 - color finish.** Build a sufficient number of 0.5 by 1 meter concrete color sample panels to obtain a color acceptable to the CO. Protect the approved color sample panel at all times during the work. Color all designated surfaces to match the color of the approved sample.

Complete a class 1 finish according to (a) above. Do not apply the color finish until all concrete placement for the structure is complete. Remove all dust, foreign matter, form oil, grease, and curing compound with a 5 percent solution of trisodium phosphate and then rinse the concrete surface with clean water.





Use paper, cloth, or other means to protect surfaces not to be color finished. Apply the finish to a dry concrete surface when the surface temperature is 4 °C or higher and the air temperature in the shade is anticipated to be 4 °C or higher during the 24 hours following application.

Apply the color finish according to the manufacturer's recommendations. Spray, brush, or roll on the first coat of penetrating sealer and color base. Spray, brush, or roll on the finish coat after the first coat has thoroughly dried. Apply finish to provide a uniform, permanent color, free from runs and sags to the surfaces.

Clean concrete areas not intended to be covered by the finish using an approved method.

**552.17 Concrete Anchorage Devices.** Use chemical, grouted, or cast-in-place concrete anchorage devices for attaching equipment or fixtures to concrete.

Furnish the following for approval:

(a) Concrete anchorage device sample
(b) Manufacturer's installation instructions
(c) Material data and certifications

Fabricate all metal parts of the anchorage devices from stainless steel or from steel protected with a corrosion resistant metallic coating that does not react chemically with concrete. Supply anchorage devices complete with all hardware.

For chemical or grouted anchors, conduct a system approval test on one anchor on the project, not to be incorporated in the work. Conduct a static load test according to ASTM E 488. Demonstrate that the anchorage device will withstand a sustained direct tension test load not less than the values shown in Table 552-5 for a period of at least 48 hours with movement not to exceed 1 millimeter. Also demonstrate that when loaded to failure, the anchor device demonstrates a ductile failure of the anchor steel, not a failure of the chemical, grout, or concrete.

000610



Table 552-5
Sustained Load Test Values

| Anchorage Device Stud Size | Tension Test Load (kN) |
|---|---|
| M20 | 24.0 |
| M16 | 18.3 |
| M12 | 12.7 |
| M8 | 7.1 |

Install concrete anchorage devices as recommended by the device manufacturer and so that the attached equipment or fixtures will bear firmly against the concrete. Torque installed nuts to the values specified in Table 552-6 unless otherwise specified in the manufacturer's instructions. Set bearing anchor bolts according to the requirements of Section 564.

In the presence of the CO, proof load a random sample of at least 10 percent of the anchors to 90 percent of the yield stress of the steel. If any anchor fails, reset the failed anchor and proof load the reset anchor and 100 percent of all remaining anchors. The proof load may be applied by torquing against a load indicator washer, applying a direct tension load to the anchor, or another method approved by the CO. After proof loading, release the load on the anchor and retighten to the load specified in Table 552-6 or according to the manufacturer's instructions.

Table 552-6
Torque for Anchorage Devices

| Anchorage Device Stud Size | Torque (N • m) |
|---|---|
| M20 | 180 |
| M16 | 130 |
| M12 | 80 |
| M8 | 30 |





**552.18 Loads on New Concrete Structures.** Do not place any loads on finished bents piers, or abutments until tests on concrete cylinders cast from the same concrete and cured under the same conditions as the substructure element indicate that the concrete has attained at least 80 percent of the specified minimum 28-day compressive strength. This restriction does not apply to placement of upper lifts for substructure elements cast in stages.

Do not allow vehicles or construction equipment on any span until concrete in the entire superstructure has attained its design compressive strength and has been in place 21 days.

For post-tensioned concrete structures, do not allow vehicles over 2000 kilograms on any span until the prestressing steel for that span is tensioned, grouted, and cured, the grout has obtained a strength of 21 megapascals, and the tie rods are tightened. Vehicles weighing less than 2000 kilograms may be permitted on a span provided the mass of the vehicle was included in the falsework design.

**552.19 Acceptance.** Material for concrete will be evaluated under Subsections 106.02 and 106.03. Furnish a production certification for the portland cement.

The concrete mixture's slump, air content, unit mass, and temperature will be evaluated under Subsections 106.02 and 106.04. See Table 552-1 for specification limits. See Table 552-7 for minimum sampling and testing.

Concrete compressive strength will be evaluated under Subsection 106.05. See Table 552-7 for minimum sampling and testing. The lower specification limit is the minimum required compressive strength at 28 days ($f_c'$) specified in the contract. A single compressive strength test result is the average result from 2 cylinders cast from the same load and tested at 28 days. See Table 552-7 for the acceptance quality characteristic category.

Remove and replace concrete represented by cylinders having a compressive strength of less than 90 percent of the minimum 28-day compressive strength ($f_c'$) and so located as to cause an intolerably detrimental effect on the structure.

Construction (including batching, placing, finishing, and curing concrete) of concrete structures will be evaluated under Subsections 106.02 and 106.04.

Falsework and forms will be evaluated under Section 562.

## Measurement

**552.20** Measure structural concrete and seal concrete by the cubic meter in the structure.

## Payment

**552.21** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule except the structural concrete contract unit bid price will be adjusted according to Subsection 106.05. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment for a structural concrete will be made at a price determined by multiplying the contract unit bid price by the compressive strength pay factor.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 55201 Structural concrete class ___ | Cubic meter |
| 55202 Structural concrete class ___ for _(description)_ | Cubic meter |
| 55203 Structural concrete for _(description)_ | Cubic meter |
| 55204 Seal concrete for _(description)_ | Cubic meter |





**Table 552-7**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Category | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|---|
| Concrete | Slump | I | AASHTO T 119 | 1 per load (2) | Discharge stream at point of placement (1) |
| | Air content | I | AASHTO T 152 or AASHTO T 196 | 1 per load (2) | Discharge stream at point of placement (1) |
| | Unit weight | I | AASHTO T 121 | 1 per load (2) | Discharge stream at point of placement (1) |
| | Temperature | I | Thermometer | First load | Discharge stream at point of placement (1) |
| | Making test specimens<br>Compressive strength (4) | I<br>II | AASHTO T 23<br>AASHTO T 22 | 1 set per 25 $m^3$ but not less than 1 set each day (3) | Discharge stream at point of placement (1) |

(1) Sampling according to AASHTO T 141 except composite samples are not required.
(2) See Subsection 552.09(b)(3).
(3) Cast at least 4 compressive strength test cylinders and carefully transport the cylinders to the job site curing facility.
(4) A single compressive strength test result is the average result from 2 cylinders cast from the same load and tested at 28 days.



000611

000612

# Section 553.— PRESTRESSED CONCRETE

## Description

**553.01** This work consists of prestressing precast or cast-in-place concrete by furnishing, placing, and tensioning prestressing steel. It also includes installing all precast, prestressed members, except piling.

## Material

**553.02** Conform to the following Section and Subsections:

| | |
|---|---|
| Anchorage devices | 722.01 |
| Concrete | 552 |
| Elastomeric bearing pads | 717.10 |
| Grout | 725.22 |
| Prestressing steel | 709.03 |
| Reinforcing steel | 709.01 |

## Construction Requirements

**553.03 Method Approval.** Perform prestressing by either pretensioning or post-tensioning methods. If a method is proposed that is not in the contract, submit detailed drawings of the method, material, and equipment proposed for approval at least 30 days before starting prestressing. Show the following:

(a) Method and sequence of stressing
(b) Complete specifications, details, and test results for the prestressing steel and anchoring devices
(c) Anchoring stresses
(d) Arrangement of the prestressing steel in the members
(e) Tendon elongation calculations for jacking procedures to be used
(f) Number, spacing, and method of draping pretensioned strands
(g) Other substantiating calculations for the prestressing method
(h) Type of tendon ducts for post-tensioning
(i) Pressure grouting material and equipment for post-tensioning
(j) Samples of wire or strand taken according to Subsection 709.03





For on-site casting, submit drawings showing anticipated leveling or alterations to the site. After completion of casting, clear the site of equipment and rubbish and restore it to an acceptable condition.

**553.04 Prestressing Steel.** Use prestressing steel that is bright and free of corrosion, dirt, grease, wax, scale, rust, oil, or other foreign material that may prevent bond between the steel and the concrete. Do not use prestressing steel that has sustained physical damage or is pitted.

One approved splice per pretensioning strand is permitted if the splice is between members in the casting bed. Splice so the strands have the same *"twist"* or *"lay."*

Do not weld or ground welding equipment on forms or other steel in the member after the prestressing steel is installed.

Failure of one wire in a 7-wire prestressing strand is acceptable if 85 percent of the required tension load is attained before failure and if the failed strand does not constitute more than 2 percent of the total area of strands in an individual beam or girder.

Extend bars using couplers which when assembled have a tensile strength not less than the tensile strength of the bars.

**553.05 Concrete.** Construct prestressed concrete according to Section 552. Construct reinforcing steel according to Section 554.

Do not place concrete in the forms until the placement of reinforcing steel, prestressing steel, ducts, bearing plates, and other embedded material is approved. Place and vibrate concrete with care to avoid displacing the embedded material.

Make at least 2 release strength test cylinders according to AASHTO T 23 in addition to those required to determine the 28-day compressive strength. Cure the release strength test cylinders with the concrete member they represent.

Rough cast the top surface of members against which concrete will be cast.

000613



Cure the girder in a saturated atmosphere of at least 90 percent relative humidity. Cure time may be shortened by heating the outside of impervious forms with radiant heat, convection heat, conducted steam, or hot air.

Apply radiant heat by means of pipes circulating steam, hot oil, hot water, or electric heating elements. Inspect casting beds to ensure uniform heat application. Use a suitable enclosure to contain the heat. Minimize moisture loss by covering all exposed concrete surfaces with plastic sheeting or liquid membrane curing compound according to Subsection 552.15. Sandblast curing compound from all surfaces to which concrete will be bonded.

Envelop the entire surface with saturated steam. Completely enclose the casting bed with a suitable type of housing, tightly constructed to prevent the escape of steam and exclude outside air. Use steam at 100 percent relative humidity. Do not apply the steam directly to the concrete.

With hot air, the CO will approve the method to envelop and maintain the girder in a saturated atmosphere. Never allow dry heat to touch the girder surface.

With all heat curing methods:

(a) Keep all unformed girder surfaces in a saturated atmosphere throughout the curing time.
(b) Embed a thermocouple (linked with a thermometer accurate to ±3 °C) 150 to 200 millimeters from the top or bottom of the girder on its centerline and near its midpoint.
(c) Monitor with a recording sensor (accurate to ±3 °C) arranged and calibrated to continuously record, date, and identify concrete temperature throughout the heating cycle.
(d) Make the temperature record available to the CO.
(e) Heat concrete to no more than 38 °C during the first 2 hours after placing concrete and increase the temperature no more than 14 °C per hour to a maximum of 80 °C.
(f) Cool concrete, after curing is complete, no more than 14 °C per hour, to 38 °C.
(g) Keep the temperature of the concrete above 15 °C until the girder reaches release strength.





Cure precast, prestressed members until the concrete has attained the release compressive strength, required by the contract. The average strength of 2 test cylinders shall be greater than the minimum required strength. The individual strength of any one cylinder shall not be more than 5 percent below the required strength.

**553.06 Tensioning.** Use hydraulic jacks to tension prestressing steel. Use a pressure gauge or load cell for measuring jacking force.

Calibrate measuring devices at least once every 6 months or if they appear to be giving erratic results. Calibrate the jack and gauge as a unit with the cylinder extension in the approximate position that it will be at final jacking force. Keep a certified calibration chart with each gauge.

If a pressure gauge is used, do not gauge loads less than 1/4 nor more than 3/4 of the total graduated capacity of the gauge, unless calibration data clearly establishes consistent accuracy over a wider range. Use a pressure gauge with an accurate reading dial at least 150 millimeters in diameter.

Measure the force induced in the prestressing steel using jacking gauges and take elongation measurements of the prestressing steel. If there is a discrepancy of more than 7 percent between the measured elongation and that expected for the jacking force, check the entire operation, determine the reasons for the discrepancy, and correct before proceeding. Recalibrate jacking gauges if their readings do not agree within 5 percent of each other. If the jacking system is equipped with an automatic release valve that closes when the required prestressing force is reached, strand elongation measurements are only required for the first and last tendon tensioned and for at least 10 percent of the remaining tendons.

If a load cell is used, do not use the lower 10 percent of the manufacturer's rated capacity of the load cell to determine the jacking force.

Do not exceed a temporary tensile stress in prestressing steel of 80 percent of the specified minimum ultimate tensile strength of the prestressing steel. Anchor prestressing steel at an initial stress that will result in the retention of a working stress after all losses of not less than those required.

000614



For pretensioned members, do not allow the initial release stress after seating and before other losses to exceed 70 percent of the specified minimum ultimate tensile strength of the prestressing steel for stress relieved strands and 75 percent for low relaxation strands. For post-tensioned members, do not allow the initial release stress after seating to exceed 70 percent of the specified minimum ultimate tensile strength of the prestressing steel.

**553.07 Pretensioned Members.** Cast pretensioned members to the tolerances shown in Table 553-1.

**(a) Prestressing steel.** Protect prestressing steel placed in the stressing bed from contamination and corrosion if the stressing bed will be exposed to weather for more than 36 hours before encasement in concrete.

Free all strands of kinks or twists. Accurately hold prestressing steel in position and tension according to Subsection 553.06. Do not allow strands to unwind more than one turn. Keep a record of the jacking force and elongation measurements after the strands are tensioned to 20 percent of final jacking force.

Tension prestressing steel to the required stress. Include in elongation computations strand anchorage slippage, splice slippage, horizontal movement of abutments, and prestressing steel temperature changes between the time of tensioning and the time when the concrete takes its initial set.

Maintain the prestress bed forms, strands, and reinforcement bar temperature within 14 °C of the temperature of the concrete to be placed in the forms. Support strands with rollers at points of direction change when strands are tensioned in a draped position. Use free running rollers with minimal friction. Initially, when strands are tensioned and then pulled into the draped position, tension to no more than the required tension minus the increased tension due to forcing the strand to a draped profile. If the load in a draped strand at the dead end, as determined by elongation measurements, is less than 95 percent of the jack load, tension the strand from both ends of the bed. Make the load, as computed from the sum of elongations produced by jacking at both ends, agree within 5 percent of the jack load.





Within 3 hours before placing concrete, check the tension on the prestressing strands. The method and equipment for checking the loss of prestress shall be subject to approval by the CO. If strands are tensioned individually, check each strand for loss of prestress. Retension to the original computed jacking stress all strands that show a loss of prestress in excess of 3 percent. If strands are tensioned in a group, check the entire group for total loss of prestress. Release and retension the entire group if the total prestress shows a loss in excess of 3 percent or if any individual strand appears significantly different from the rest of the strands in the group.

**(b) Releasing steel.** Release the prestress load to the concrete after the concrete has attained its required release compressive strength. Do not expose the concrete to temperatures below freezing for at least 7 days after casting. Cut or release strands such that lateral eccentricity of the prestress force will be minimized. Cut prestressing steel off flush with the end of the member.

**553.08 Storing, Transporting, and Erecting.** Do not ship prestressed concrete members until concrete cylinder tests manufactured of the same concrete and cured under the same conditions as the members indicate that the concrete in each member has attained the minimum required design strength and is at least 14 days old.

Store, transport, and erect precast, prestressed girders, slab units, and box units in the upright position with the points of support and directions of the reactions, with respect to the member, approximately the same as when the member is in its final position. Prevent cracking or damage during storage, hoisting, and handling of the precast units. Replace units damaged by improper storage or handling.

**553.09 Post-Tensioned Members.** Construct post-tensioned members to the tolerances shown in Table 553-1. Construct supporting falsework so that the superstructure is free to lift off the falsework and shorten during post-tensioning. Detail formwork left inside box girders to support the roadway slab to offer minimum resistance to girder shortening due to shrinkage and post-tensioning.