000615



**(a) Ducts.** Use rigid, mortar tight, galvanized ferrous metal ducts fabricated with either welded or interlocked seams with sufficient strength to maintain correct alignment during concrete placement and with minimum wall thickness as follows:

(1) 0.55 millimeter for ducts ≤ 65 millimeter diameter
(2) 0.70 millimeter for ducts > 65 millimeter diameter
(3) 0.35 millimeter when bar tendons are preassembled with the duct

Make positive metallic joints between duct sections. Do not make angles at joints. Use waterproof tape at the joints. Bend ducts without crimping or flattening. Use ferrous metal or polyethylene couplings to connect ducts to anchoring devices.

Provide all ducts or anchorage assemblies with metal pipes or other suitable connections for the injection of grout after prestressing.

Provide ducts with an inside diameter at least 10 millimeters larger than the nominal diameter of a single wire, bar, or strand tendon. For multiple wire, bar, or strand tendons, provide a duct cross-sectional area at least 2 times the net area of the prestressing steel. When tendons are to be placed by the pull-through method, provide a duct cross-sectional area at least 2.5 times the net area of the prestressing steel.

Securely fasten ducts in place to prevent movement. Maintain distances from the forms by stays, blocks, ties, hangers, or other approved supports. Use precast mortar blocks of approved shape and dimensions. Separate layers of ducts by mortar blocks. Cover the ends of ducts to prevent the entry of water or debris.

Vent all ducts for continuous structures at the high points of the duct profile. Make mortar tight vents with 13-millimeter minimum diameter standard pipe or suitable plastic pipe. Connect vents to ducts with metallic or plastic structural fasteners. Do not use components that react with the concrete, cause corrosion of the prestressing steel, or contain water soluble chlorides.

**(b) Placing concrete.** Where the end of a post-tensioned assembly will not be covered by concrete, recess the anchoring devices so that the ends of the prestressing steel and all parts of the anchoring devices are at least 50 millimeters inside the end surface of the members.





Before placing concrete, demonstrate that all ducts are unobstructed. Immediately after concrete placement, blow out the metal conduit with compressed, oil-free air to break up and remove all mortar in the conduit before it hardens. Approximately 24 hours after the concrete placement, flush the metal conduits with water containing lime (calcium oxide) or slaked lime (calcium hydroxide) in the amount of 12 grams per liter. Blow the water out with compressed, oil-free air.

For post-tensioned members that are to be steam cured, do not install prestressing steel until curing is complete.

**(c) Anchorages and distribution.** Give at least a 10 days advanced notice before installing end fittings or heading wires.

When wires are used, provide an edge distance for any hole for prestressing wire through a stressing washer, unthreaded bearing ring, or plate of at least 6 millimeters from the root of any threads or the edge of any ring, plate, or washer.

Anchor post-tensioned prestressing steel at the ends by means of permanent type anchoring devices capable of developing not less than 95 percent of the ultimate tensile strength of the prestressing steel. If the anchoring device is sufficiently large and is used in conjunction with a steel grillage embedded in the concrete that effectively distributes the anchor load to the concrete, the steel distribution plates or assemblies may be omitted.

Enclose loop tendon anchorages in ducts for their entire length.

**(d) Prestressing steel.** Use a corrosion inhibitor to protect prestressing steel installed in ducts before placing and curing of the concrete. Use a corrosion inhibitor that does not adversely affect the steel, concrete, or bond strength of the steel to concrete.

If prestressing steel is installed in the ducts after concrete curing, stressing, and grouting are completed within 10 days after installation, no corrosion inhibitor is required.

000616



**(e) Post-tensioning.** Wait at least 10 days after the last concrete has been placed in the member or until tests on concrete cylinders indicate that the concrete has attained the minimum compressive strength. Demonstrate that the prestressing steel is free and unbonded in the duct. Straighten wires if necessary to produce equal stress in all wires, wire groups, or parallel lay tendons that are stressed simultaneously. Remove all side forms for girders before post-tensioning.

Record gauge pressures and prestressing steel elongation at all times while tensioning prestressing steel and submit records.

Determine the friction loss in the prestressing process (i.e., the difference between tension at the jack and minimum tension in the prestressing steel) according to the AASHTO *Standard Specifications for Highway Bridges.*

Use suitable shims or other approved devices to attain the specified anchor set loss.

**(f) Grouting.** Bond all post-tensioned prestressing steel to the concrete by filling the void space between the duct and tendon with grout. Provide prestressing steel to be bonded to the concrete, which is free of dirt, loose rust, grease, or other deleterious substances.

Use grouting equipment capable of grouting at a pressure of at least 0.7 megapascals with a pressure gauge with a full-scale reading of not more than 2.1 megapascals. Fit grout injection pipes with positive mechanical shutoff valves. Fit vents and ejection pipes with valves, caps, or other devices capable of withstanding the pumping pressures.

Determine pumpability of the grout according to FLH T 502. The efflux time of a grout sample immediately after mixing shall not be less than 11 seconds. When hot weather conditions may cause quick setting of the grout, cool the grout by approved methods, as necessary, to prevent blockages during pumping operations. When freezing weather conditions are possible during and following placement of grout, protect the grout from damage by freezing according to PTI Post-Tensioning Manual *Recommended Practice for Grouting of Post-Tensioned Prestressed Concrete,* Section 3.3.7, 5th edition.





Provide standby flushing equipment capable of developing a pumping pressure of 1.7 megapascals and of sufficient capacity to flush out any partially grouted ducts.

Clean all ducts of material that would impair bonding of the grout or interfere with grouting procedures. Blow out each duct with compressed, oil-free air.

Pass all grout through a screen with 2 millimeters maximum clear openings before entering the grout pump. Completely fill the duct from the low end with grout under pressure. Pump grout continuously through the duct and waste at the outlet until no visible slugs of water or air are ejected, and the efflux time of ejected grout is not less than 11 seconds.

Close all vents and openings and increase the grouting pressure at the injection end to at least 0.7 megapascals and hold for at least 10 seconds. Do not remove or open valves and caps until the grout has set.

Abrasive blast clean the concrete surface of recessed anchorage assemblies. Fill anchor recesses with concrete conforming to the requirements for the structure and finish flush.

Remove ends of vents 25 millimeters below the roadway surface after grouting has been completed.

Do not release the falsework under the bottom slab supporting the superstructure until at least 48 hours after grouting of the post-tension prestressing steel or until the grout strength is obtained.

**553.10 Painting Steel.** Use a wire brush or abrasive blast to remove all dirt and residue not firmly bonded to the metal or concrete surfaces. Clean and paint the exposed ends of the prestress steel, post-tension anchor head assemblies, and a 25-millimeter strip of adjoining concrete.

Mix zinc-rich paint conforming to FSS TT-P-641. Work the paint into all voids in the prestressing tendons. Apply one thick coat to surfaces that will be covered with concrete. Apply 2 coats to surfaces not covered with concrete.

000617



## Table 553-1
## Prestressed Concrete Member Tolerances

| Description | Tolerance |
|---|---|
| **Precast Girders With Cast-In-Place Deck**[1] | |
| Length | ±10 mm/10 m, ±25 mm max. |
| Width (overall) | +10 mm, -5 mm |
| Depth (overall) | +15 mm, -5 mm |
| Depth (flanges) | -5 mm |
| Width (web) | +10 mm, -5 mm |
| Sweep[2] | 3 mm/3 m |
| Variation from end squareness or skew | ±15 mm/m, ±25 mm max. |
| Camber variation from design camber | ±3 mm/3 m<br>±15 mm, max. ≤ 25 m length<br>±25 mm, max. > 25 m length |
| Position of strands:<br>Individual<br>Bundled<br>Position from design location of deflection points for deflected strands | <br>±5 mm - bundled<br>±15 mm<br>±500 mm |
| Position of plates other than bearing plates | ±25 mm |
| Position of bearing plates | ±15 mm |
| Tipping and flushness of plates | ±5 mm |
| Tipping and flushness of bearing plates | ±5 mm |
| Position of inserts for structural connections | ±15 mm |
| Position of handling devices:<br>Parallel to length<br>Transverse to length | <br>±150 mm<br>±25 mm |
| Position of stirrups:<br>Longitudinal spacing<br>Projection above top | <br>±50 mm<br>±20 mm |
| Local smoothness[3] | ±6 mm in 3 m any surface |

(1) AASHTO I Beams and Bulb Tee Girders
(2) Variation from straight line parallel to centerline of member.
(3) Does not apply to top surface left rough to receive a topping or to visually concealed surfaces.





## Table 553-1 (continued)
## Prestressed Concrete Member Tolerances

| Description | Tolerance |
|---|---|
| **Precast Girders Used In Multi-Beam Decks**[4] | |
| Length | ±20 mm |
| Width (overall) | ±5 mm |
| Depth (overall) | ±5 mm |
| Depth (top flange) | ±15 mm |
| Depth (bottom flange) | +15 mm, -5 mm |
| Width (web) | ±10 mm |
| Sweep[5]<br>Up to 12 m member length<br>12 to 18 m member length<br>Greater than 18 m member length | <br>±5 mm<br>±10 mm<br>±15 mm |
| Variation from end squareness or skew<br>Horizontal<br>Vertical | ±10 mm/m<br>±15 mm max.<br>±15 mm |
| Camber variation from design camber | ±3 mm/3 m, ±15 mm max. |
| Differential camber between adjacent members of the same design | 6 mm/3 m, 20 mm max. |
| Position of Strands:<br>Individual<br>Bundled<br>Position from design location of deflection points for deflected strands | <br>±5 mm<br>±5 mm<br>500 mm |
| Position of plates other than bearing plates | ±25 mm |
| Tipping and flushness of plates | ±5 mm |
| Position of inserts for structural connections | ±15 mm |
| Position of handling devices:<br>Parallel to length<br>Transverse to length | <br>±150 mm<br>±25 mm |

(4) Box beams, slabs, decked bulb tee, and multi-stem girders.
(5) Variation from straight line parallel to centerline of member.

000618



**Table 553-1** (continued)
**Prestressed Concrete Member Tolerances**

| Description | Tolerance |
| --- | --- |
| **Precast Girders Used In Multi-Beam Decks** | |
| Position of stirrups: | |
| Longitudinal spacing | ±25 mm |
| Projection above top | +5 mm, -20 mm |
| Tipping of beam seat bearing area | ±5 mm |
| Position of dowel tubes | ±15 mm |
| Position of tie rod tubes: | |
| Parallel to length | ±15 mm |
| Vertical | ±10 mm |
| Position of slab void: | |
| End of void to center of tie hole | ±15 mm |
| Adjacent to end block | ±25 mm |
| Local smoothness (6) | ±6 mm in 3 m any surface |
| **Post-Tension Members** | |
| Position of post tensioning ducts | ±5 mm |
| Position of tendon anchorage bearing plates | ±5 mm |

(6) Does not apply to top surface left rough to receive a topping or to visually concealed surfaces.

**553.11 Acceptance.** Prestressing steel, reinforcing steel, anchor devices, elastomeric bearings, and material for concrete and grout will be evaluated under Subsection 106.03. Furnish production certifications for the following:

(a) Portland cement
(b) Prestressing steel
(c) Reinforcing steel

Grouting will be evaluated under Subsections 106.02 and 106.04. See Table 553-2 for sampling and testing requirements.





Concrete for precast, prestressed concrete members will be evaluated under Subsections 106.02, 106.03, and 106.04. See Tables 552-7 and 553-2 for sampling and testing requirements.

Concrete for post-tensioned, cast-in-place concrete members will be evaluated under Section 552.

Construction of precast, prestressed concrete members and post-tensioned, cast-in-place concrete members will be evaluated under Subsections 106.02 and 106.04.

Reinforcing steel will be evaluated under Section 554.

Falsework and forms will be evaluated under Section 562.

## Measurement

**553.12** Measure precast, prestressed structural concrete members by the each or by the meter. Do not measure reinforcing steel or concrete for precast, structural concrete members.

Measure prestressing system by the lump sum.

Measure the concrete for post-tensioned, cast-in-place concrete structures under Section 552. Measure the reinforcing steel for post-tensioned, cast-in-place concrete structures under Section 554.

Measure prestressed piling under Section 551.

## Payment

**553.13** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 55301 Precast, prestressed concrete structural members _(description)_ | Each |
| 55302 Precast, prestressed concrete structural members _(description)_ | Meter |
| 55303 Prestressing system | Lump sum |





**Table 553-2**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Prestressed Concrete | Making test specimens<br>Compressive strength | AASHTO T 23<br>AASHTO T 22 | In addition to the test cylinders required to determine 28-day strength, cast 2 release cylinders for each concrete member. (2) | Discharge stream at point of placement (1) |
| Grout | Flow of grout mixture | FLH T 502 | Each mixture | Each source |

(1) Sample according to AASHTO T 141 except composite samples are not required.
(2) Cure the release strength cylinders with the concrete member that they represent.

000620

# Section 554.— REINFORCING STEEL

## Description

**554.01** This work consists of furnishing and placing reinforcing steel.

## Material

**554.02** Conform to the following Subsection:

| | |
|---|---|
| Reinforcing steel | 709.01 |

## Construction Requirements

**554.03 Order Lists.** On reinforcing steel order lists, use the same respective bar marks for labeling as shown on the plans. Submit all order lists and bending diagrams for acceptance. Acceptance does not relieve the Contractor of responsibility for the accuracy of the lists and diagrams. Do not order material until the lists and diagrams are accepted.

Do not fabricate vertical reinforcement in columns, walls, piers, and shafts until footing elevations are established in the field.

**554.04 Identification.** Ship bar reinforcement in standard bundles, tagged and marked according to CRSI *Manual of Standard Practice.*

**554.05 Bending.** Fabricate reinforcing bars according to ACI SP 66. Cold bend all reinforcing bars that require bending. Limit the overall height or drop bending tolerance of deck truss bars to plus 0 millimeters or minus 6 millimeters. Do not bend bars partially embedded in concrete except as shown on the plans or otherwise permitted.

When the dimensions of hooks or the diameter of bends are not shown on the plans, provide standard hooks conforming to ACI SP 66.

**554.06 Protection of Material.** Store reinforcing steel above the ground on platforms, skids, or other supports. Protect from physical damage, rust, and other surface deterioration.

Use reinforcing steel only when the surface is clean and the minimum dimensions, cross-sectional area, and tensile properties conform to the physical requirements for the size and grade of steel specified.





Do not use reinforcing steel that is cracked, laminated, or is covered with dirt, rust, loose scale, paint, grease, oil, or other deleterious material.

**554.07 Epoxy Coated Reinforcing Steel.** Support coated bars on padded contact areas. Pad all bundled bands. Lift with a strong back, multiple supports, or a platform bridge. Prevent bar to bar abrasion. Do not drop or drag bundles.

Before placement, inspect coated bars for damage to the coating. Patch all defects in the coating that are discernable to the unaided eye with a prequalified patching/repair material according to AASHTO M 284M. Clean areas to be patched by removing all surface contaminants and damaged coating. Roughen the area to be patched before applying the patching material. Where rust is present, remove the rust by blast cleaning or power tool cleaning immediately before applying the patching material.

Promptly treat the bar according to the resin manufacturer's recommendations and before detrimental oxidation occurs. Overlap the patching material onto the original coating for 50 millimeters or as recommended by the manufacturer. Provide a minimum 200-micrometer dry film thickness on the patched areas.

Take necessary steps to minimize damage to the epoxy coating of installed bars. Clean and patch any damage to the coating noted after installation as described above.

Field repairs will not be allowed on bars that have severely damaged coatings. Replace bars with severely damaged coatings. A severely damaged coating is defined as a coating with a total damaged area in any 0.5-meter length of bar that exceeds 5 percent of the surface area of that portion of the bar. Coat mechanical splices after splice installation according to AASHTO M 284M for patching damaged epoxy coatings.

**554.08 Placing and Fastening.** Support the bars on precast concrete blocks or metal supports according to the *Manual of Standard Practice of the Concrete Reinforcing Steel Institute.* Attach concrete block supports to the supported bar with wire cast in the center of each block. Use class 1 (plastic protected) or class 2, type B (stainless steel protected) metal supports in contact with exposed concrete surfaces. Use stainless steel conforming to ASTM A 493 type 430.

000621



Coat chairs, tie wires, and other devices used to support, position, or fasten epoxy coated reinforcement with a dielectric material. Do not use plastic supports.

Space slab bar supports no more than 1.2 meters apart transversely or longitudinally. Do not use bar supports either directly or indirectly to support runways for concrete buggies or other similar construction loads.

Space parallel bars within 38 millimeters of the required location. Do not cumulate spacing variations. The average of any two adjacent spaces shall not exceed the required spacing.

Provide 50 millimeters clear cover for all reinforcement except as otherwise shown on the plans.

Place reinforcing steel in deck slabs within 6 millimeters of the vertical plan location. Tie bridge deck reinforcing bars together at all intersections except where spacing is less than 300 millimeters in both directions, in which case alternate intersections may be tied. Check the clear cover over deck reinforcing steel using a template before placing deck concrete. Replace damaged supports.

Tie bundle bars together at intervals not exceeding 2 meters. Do not bundle bars unless the location and splice details are specified.

Do not place concrete in any member until the placement of the reinforcement is approved.

**554.09 Splices.** Splicing, except as shown on the plans, is not permitted without approval. Provide lap lengths shown on the plans. Splice reinforcing bars only where shown on the plans or accepted drawings. Do not place slab bar mechanical splices adjacent to each other.

Make lapped splices by placing the reinforcing bars in contact and wiring them together so as to maintain the alignment and position of the bars.

If welding of reinforcing steel is permitted by the contract, the welds shall conform to AWS D 1.4. Do not weld reinforcing steel if the chemical composition of the steel exceeds the percentages in Table 554-1.





**Table 554-1**
**Reinforcing Steel Components**

| Chemical Composition | Percent |
|---|---|
| Carbon (C) | 0.30 |
| Manganese (MA) | 1.50 |
| Carbon Equivalent (C.E.) | 0.55 |

Use welders that are currently certified. When required in the contract, test each weld using magnetic particle, radiography, or other nondestructive inspection techniques.

Mechanical couplers may be used in lieu of welding if approved. Use couplers with a strength that is at least 125 percent of the required yield strength of the reinforcing steel.

If welded wire fabric is shipped in rolls, straighten into flat sheets before placing. Splice sheets of mesh or bar mat reinforcement by overlapping not less than 1-mesh width plus 50 millimeters. Securely fasten at the ends and edges.

**554.10 Acceptance.** Reinforcing steel and epoxy coating material will be evaluated under Subsections 106.02 and 106.03. Furnish a production certification with each shipment of reinforcing steel.

Placement of reinforcing steel will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**554.11** Measure reinforcing steel by the kilogram excluding laps added for the Contractor's convenience.

000622



## Payment

**554.12** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 55401 | Reinforcing steel | Kilogram |
| 55402 | Epoxy coated reinforcing steel | Kilogram |



# Section 555.— STEEL STRUCTURES

## Description

**555.01** This work consists of constructing steel structures and the steel structure portions of composite structures. It includes furnishing, fabricating, and erecting structural steels and incidental metal construction.

## Material

**555.02** Conform to the following Sections and Subsections:

| | |
|---|---|
| Bearing devices | 564 |
| Bolts and nuts | 717.01(d) |
| Castings | 717.04 |
| Elastomeric compression joint seals | 717.16 |
| Falsework | 562 |
| Galvanized coatings | 717.07 |
| High-strength bolts, nuts, and washers | 717.01(e) |
| Painting | 563 |
| Pins and rollers | 717.03 |
| Sheet lead | 717.08 |
| Steel forgings | 717.02 |
| Steel grid floors | 717.09 |
| Steel pipe | 717.06 |
| Structural steels | 717.01 |
| Welded stud shear connectors | 717.05 |

## Construction Requirements

**555.03 General.** Fabricate the structural steel in a fabricating plant that is certified under the AISC Quality Certification Program. Fabricate fracture critical elements according to the AASHTO *Guide Specifications for Fracture Critical Non-Redundant Steel Bridge Members*.

Perform welding and weld qualification tests according to the provisions of ANSI/AASHTO/AWS Bridge Welding Code D1.5.

**555.04 Notice of Beginning of Work.** Give written notice 21 days before the beginning of work at the shop. Do not manufacture any material or perform any work in the shop before notification.

000623

**555.05 Inspection.** Structural steel may be inspected at the fabrication site according to Subsection 106.06.

Ultrasonically inspect all girder flanges before fabrication according to ASTM A 578M, except as follows:

(a) Inspect after the flanges are stripped from the master plate.

(b) Sections 6 and 7 acceptance standards do not apply. Use supplementary requirement S2.1 for acceptance standards.

(c) Flanges may be inspected in the plant or warehouse where the flanges are stripped.

Furnish a copy of all mill orders and certified mill test reports. Show on the mill test reports the chemical analyses and physical test results for each heat of steel used in the work.

If approved, furnish production certifications, in lieu of mill test reports for material that normally is not supplied with mill test reports and for items such as fills, minor gusset plates, and similar material when quantities are small and the material is taken from stock.

Include in the certified mill test reports for steels with specified impact values, in addition to other test results, the results of Charpy V-notch impact tests. When fine-grain practice is specified, confirm on the test report that the material was so produced. Furnish copies of mill orders at the time orders are placed with the manufacturer. Furnish certified mill test reports and production certifications before the start of fabrication using material covered by these reports. Furnish, from the manufacturer, a production certification according to Subsection 106.03.

**555.06 Drawings (Shop Drawings, Erection Drawings, and Transportation Drawings).** Prepare and submit drawings according to Subsection 104.03. Acceptance of the drawings covers the requirements for strength and detail only. No responsibility is assumed for errors in dimensions.

**(a) Shop drawings.** Show full, detailed dimensions and sizes of component parts of the structure and details of all miscellaneous parts (such as pins, nuts, bolts, drains, weld symbols, etc.) on shop drawings for steel structures.





Where specific orientation of plates is required, show the direction of rolling of plates. Cut flanges and webs of plate girders from plates so the long dimension of the girder parallels the rolling direction.

Identify on the shop drawings the type and grade of each piece that is to be made of steel other than AASHTO M 270M grade 250 steel.

Show on the shop drawings assembly marks that are cross-referenced to the original pieces of mill steel and their certified mill test reports.

The location of all shop welded splices shown on the shop drawings are subject to approval. Locate all shop welded splices to avoid points of maximum tensile or fatigue stress. Locate splices in webs at least 300 millimeters from shop splices, butt joints in flanges, or stiffeners. Additional nondestructive tests may be required on shop welded splices.

**(b) Erection drawings.** Submit drawings fully illustrating the proposed method of erection. Show details of all falsework bents, bracing, guys, dead-men, lifting devices, and attachments to the bridge members. Show the sequence of erection, location of cranes and barges, crane capacities, location of lifting points, and masses of bridge members. Show complete details for all anticipated phases and conditions of erection. Calculations may be required to demonstrate that allowable stresses are not exceeded and that member capacities and final geometry will be correct. See Subsection 562.03 for additional requirements.

**(c) Camber diagram.** Furnish a camber diagram that shows the camber at each panel point of trusses or arch ribs and at the location of field splices and fractions of span length (quarter points minimum) of continuous beams and girders or rigid frames. On the camber diagram, show calculated cambers to be used in preassembly of the structure as required in Subsection 555.15.

**(d) Transportation drawings.** Show all support points, tie-downs, temporary stiffening trusses or beams, and any other details needed to support and brace the member. Provide calculation sheets showing dead load plus impact stresses induced by the loading and transportation procedure. Use impact stresses of at least 200 percent of the dead load stress. Use a total load, including impact, of not less than 300 percent of the dead load.

If required, furnish transportation drawings for acceptance.

Ship and store all members, both straight and curved, with their webs vertical.

**555.07 Storage of Material.** Store structural material above the ground on platforms, skids, or other supports. Keep material free from dirt, grease, and other foreign matter and provide appropriate protection from corrosion.

**555.08 Fabrication.**

(a) **Identification of steels.** Use a system of assembly-marking of individual pieces and cutting instructions to the shop (generally by cross referencing of the assembly-marks shown on the shop drawings with the corresponding item covered on the mill purchase order) that maintains the identity of the original piece.

Material may be furnished from stock which can be identified by heat number and mill test report.

During fabrication, up to the point of assembling members, show clearly and legibly the specification of each piece of steel (other than grade 250 steel) by writing the material specification on the piece or using the identification color code shown in Table 555-1.

**Table 555-1**
**Identification Color Codes**

| Grade | Color |
|---|---|
| 345 | Green and Yellow |
| 345W | Blue and Yellow |
| 485W | Blue and Orange |
| 690 | Red |
| 690W | Red and Orange |





For other steels (except grade 250 steel) not shown in Table 555-1 or included in AASHTO M 160M, provide information on color code used.

Mark for grade by steel die stamping, or by a substantial firmly attached tag, pieces of steel (other than grade 250 steel) that before assembling into members will be subject to fabricating operations (such as blast cleaning, galvanizing, heating for forming, or painting) which might obliterate paint color code marking. Where the steel stamping method is used, place the impressions on the thicker tension-joint member in transition joints.

The maximum allowed depth of the impression is 0.25 millimeters. Use a tool that will make character sizes with corresponding face radii as shown in Table 555-2. Avoid impressions near edges of tensile-stressed plate members.

**Table 555-2**
**Size of Steel Die Stamp Markings**

| Character Size | Minimum Face Radii |
|---|---|
| 3 mm | 0.2 mm |
| 5 mm | 0.1 mm |
| 6 mm | 0.3 mm |

Use low-stress type steel die stamps. Do not use die stamps on fracture-critical members.

If requested, furnish an affidavit certifying that throughout the fabrication operation, the identification of steel has been maintained.

Heat curving of steel girders is not allowed.

Do not drill, cut, or weld portions of structural members unless shown in the plans or approved in writing.

**(b) Plates.**

**(1) Direction of rolling.** Unless otherwise shown on the drawings, cut and fabricate steel plates for main members and splice plates for flanges and main tension members, not secondary members, so that the primary direction of rolling is parallel to the direction of the principal tensile and/or compressive stresses.

**(2) Plate cut edges.**

*(a) Edge planing.* Remove sheared edges on plates thicker than 15 millimeters to a depth of 5 millimeters beyond the original sheared edge, or beyond any re-entrant cut produced by shearing. Fillet re-entrant cuts before cutting.

*(1) Oxygen cutting.* Oxygen cut structural steel according to ANSI/AASHTO/AWS Bridge Welding Code D1.5.

*(2) Visual inspection and repair of plate cut edges.* Visually inspect and repair plate cut edges. The cut edges shall conform to ANSI/AASHTO/AWS Bridge Welding Code D1.5.

*(b) Flange plates.* Furnish flange plates with either oxygen cut edges that have the corners chamfered at least 2 millimeters by grinding or furnish Universal Mill plates unless oxygen cut edges are required.

*(c) Web plates.* Oxygen cut to the prescribed camber web plates of built-up beams and girders, box girders, and box arches. Cut sufficient extra camber into the webs to provide for all camber losses due to welding, cutting, etc.

*(d) Truss members.* Prepare, by oxygen cutting, all longitudinal edges of all plates in welded sections of truss web and chord members. Chamfer, by grinding the edges of the corners of plates not joined by welding, at least 2 millimeters.





*(e) Stiffeners and connection plates.* Stiffeners and connection plates welded transverse to girder webs and flanges may be furnished with sheared edges provided the plate thickness does not exceed 20 millimeters. Universal mill plate may be used provided its thickness does not exceed 25 millimeters. Furnish other stiffeners and connection plates with oxygen cut edges.

*(f) Lateral gusset plates.* Oxygen cut, parallel to lines of stress, gusset plates and other connections welded parallel to lines of stress in tension members where the plate thickness exceeds 10 millimeters. Bolted lateral gusset plates may be furnished with sheared edges provided the thickness is less than or equal to 20 millimeters.

*(g) Splice plates and gusset plates.* Furnish girder and stringer splice plates and truss gusset plates with oxygen cut edges.

*(h) Bent plates.* Furnish unwelded, load-carrying, rolled-steel plates to be bent as follows.

Take material from the stock plates such that the bend line will be at right angles to the direction of rolling, except that cold-bent ribs for orthotopic-deck bridges may be bent with bend lines in the direction of rolling.

Before bending, round the corners of the plates to a radius of 2 millimeters throughout the portion of the plate where the bending occurs.

*(1) Cold bending.* Cold bend so that no cracking of the plate occurs. Use the minimum bend radii shown in Table 555-3 measured to the concave face of the metal.

Allow for springback of grades 690 and 690W steels equal to about three times that for grade 250 steel. Use a lower die span of at least 16 times the plate thickness for break press forming.