000626



*(2) Hot bending.* If a radius shorter than the minimum specified for cold bending is essential, hot bend the plates at a temperature not greater than 650 °C, except for grades 690 and 690W. When grades 690 and 690W steel plates are heated to temperatures greater than 605 °C, requench and temper according to the producing mill's standard practice.

**Table 555-3**
**Minimum Bending Radii**

| Plate Thickness - (t) (mm) | Bending Radius [1] |
|---|---|
| ≤ 13 | 2(t) |
| Over 13 to 25 | 2.5(t) |
| Over 25 to 38 | 3(t) |
| Over 38 to 64 | 3.5(t) |
| Over 64 to 102 | 4(t) |

(1) Bend radii for all grades of structural steel.

**(c) Fit of stiffeners.** Fabricate (mill, grind, or weld as shown on the plans or as specified) end bearing stiffeners for girders and stiffeners intended as supports for concentrated loads to provide full bearing on the flanges to which they transmit load or from which they receive load. Fabricate intermediate stiffeners not intended to support concentrated loads to provide a tight fit against the compression flange.

**(d) Abutting joints.** Mill or saw cut abutting joints in compression members of trusses and columns to give a square joint and uniform bearing. The maximum allowed opening at other joints, not required to be faced, is 10 millimeters.

**(e) Facing of bearing surfaces.** Finish bearing and base plates and other bearing surfaces that will come in contact with each other or with concrete to the ANSI surface roughness defined in ANSI B46.1, *Surface Roughness, Waviness and Lay, Part I,* as shown in Table 555-4.





**Table 555-4**
**ANSI Surface Roughness Values**

| Bearing Surface | Surface Roughness Value (μm) |
|---|---|
| Steel slabs | 50 |
| Heavy plates in contact in shoes to be welded | 25 |
| Milled ends of compression members, milled or ground ends of stiffeners and fillers | 13 |
| Bridge rollers and rockers | 6 |
| Pins and pin holes | 3 |
| Sliding bearings | 3 |

Machine sliding bearings that have a surface roughness greater than 2 micrometers according to ANSI so the lay of the cut is parallel to the direction of movement.

Fabricate parts in bearing to provide a uniform even contact with adjacent bearing surface when assembled. Limit maximum gap between bearing surfaces to 1 millimeter. Base and sole plates that are plane and true and have a surface roughness not exceeding the above tabulated values need not be machined, except machine sliding surfaces of base plates.

Do not machine surfaces of fabricated members until all fabrication on that particular assembly or subassembly is complete. Machine metal components that are to be heat treated after heat treatment.

**(f) Straightening material.** If approved, straighten plates, angles, other shapes, and built-up members by methods that will not produce fracture or other damage to the metal. Straighten distorted members by mechanical means or, if approved, by carefully planned procedures and supervised application of a limited amount of localized heat. Use rigidly controlled procedures and do not exceed the temperatures specified in Table 555-5 when heat straightening grades 485W, 690, and 690W steel members.

000627



**Table 555-5**
**Heat Straightening Temperatures**

| Material to be Straightened | Maximum Temperature |
|---|---|
| Grade 485W > 150 mm from weld | 580 °C |
| Grade 485W < 150 mm from weld | 480 °C |
| Grade 690 or 690W > 150 mm from weld | 605 °C |
| Grade 690 or 690W < 150 mm from weld | 510 °C |

In all the other steels, do not exceed 650 °C in the heated area. Control the application by temperature-indicating crayons, liquids, or bimetal thermometers.

Keep parts to be heat straightened and substantially free of external forces and stress, except stresses resulting from mechanical means used in conjunction with the application of heat.

Evidence of fracture following straightening of a bend or buckle will be cause for rejection of the damaged piece.

**555.09 Annealing and Stress Relieving.** Machine, finish bore, and straighten annealed or normalized structural members after heat treatment. Normalize and anneal (full annealing) according to ASTM A 919. Maintain uniform temperatures throughout the furnace during the heating and cooling so that the temperature at no two points on the member will differ by more than 60 °C at any one time.

Do not anneal or normalize members of grades 690/690W or 485W steels. Stress relieve these grades only with approval.

Record each furnace charge, identify the pieces in the charge and show the temperatures and schedule actually used. Provide proper instruments, including recording pyrometers, for determining at any time the temperatures of members in the furnace. Make records of the treatment operation available for approval. The maximum allowed holding temperature for stress relieving grades 690/690W and grade 485W steels is 605 °C and 580 °C, respectively.





Stress relieve members (such as bridge shoes, pedestals, or other parts that are built up by welding sections of plate together) according to Subsection 4.4 of ANSI/AASHTO/AWS Bridge Welding Code D1.5.

**555.10 Bolt Holes.** Punch or drill all bolt holes. Material forming the parts of a member that is composed of not more than 5 thicknesses of metal may be punched 2 millimeters larger than the nominal diameter of the bolts where the thickness of the material is not greater than 20 millimeters for structural steel, 15 millimeters for high-strength steel, or 15 millimeters for quenched and tempered alloy steel, unless subpunching and reaming is required under (h), the preparation of field connections.

Where there are more than five thicknesses or where any of the main material is thicker than 20 millimeters for structural steel, 15 millimeters for high-strength steel, or 15 millimeters for quenched and tempered alloy steel, either subdrill and ream or drill all holes full size.

If required, either subpunch or subdrill (subdrill if thickness limitation governs) 5 millimeters smaller and, after assembling, ream 2 millimeters larger or drill full size to 2 millimeters larger than the nominal diameter of the bolts.

**(a) Punched holes.** Use a die diameter that is not more than 2 millimeters larger than the punch diameter. Ream holes that require enlarging to admit bolts. Clean cut the holes without torn or ragged edges.

**(b) Reamed or drilled holes.** Ream or drill holes so they are cylindrical and perpendicular to the member. Where practical, direct reamers by mechanical means. Remove burrs on the outside surfaces. Ream and drill with twist drills, twist reamers, or roto-broach cutters. Assemble and securely hold together connecting parts that are being reamed or drilled and match-mark before disassembling.

**(c) Accuracy of holes.** Holes not more than 1 millimeter larger in diameter than the true decimal equivalent of the nominal diameter of the drill or reamer are acceptable. The slightly conical hole resulting from punching operations is acceptable. The width of slotted holes produced by flame cutting or a combination of drilling or punching and flame cutting shall be no more than 1 millimeter greater than the nominal width. Grind flame cut surfaces smooth.

**(d) Accuracy of hole group before reaming.** Accurately punch full size, subpunched, or subdrilled holes so that after assembling (before any reaming is done) a cylindrical pin 3 millimeters smaller in diameter than the nominal size of the punched hole may be entered perpendicular to the face of the member, without drifting, in at least 75 percent of the contiguous holes in the same plane. Punched pieces not meeting this requirement will be rejected. Holes, through which a pin 5 millimeters smaller in diameter than the nominal size of the punched hole cannot be inserted, will be rejected.

**(e) Accuracy of hole group after reaming.** After reaming, the maximum allowed offset of 85 percent of any contiguous group of holes through adjacent thicknesses of metal is 1 millimeter.

Use steel templates having hardened steel bushings in holes accurately dimensioned from the centerlines of the connection as inscribed on the template. Use connection centerlines when locating templates from the milled or scribed ends of members.

**(f) Numerically-controlled drilled field connections.** In lieu of drilling undersized holes and reaming while assembled, or drilling holes full-size while assembled, drilling or punching bolt holes full-size in unassembled pieces and/or connections, including templates for use with matching undersized and reamed holes by means of suitable numerically-controlled (N/C) drilling or punching equipment is allowed.

**(g) Holes for ribbed bolts, turned bolts, or other approved bearing-type bolts.** Provide finished holes with a driving fit.

**(h) Preparation of field connections.** Subpunch or subdrill and ream while assembled, or drill full size to a steel template, holes in all field connections and field splices of main members of trusses, arches, continuous beam spans, bents, towers (each face), plate girders, and rigid frames.

Holes for field splices of rolled beam stringers continuous over floor beams or cross frames may be drilled full-size unassembled to a steel template. Holes for floor beams or cross frames may be drilled full size unassembled to a steel template. Subpunch and ream while assembled, or drill full size to a steel template, all holes for floor beam and stringer field end connections.





When reaming or drilling full size field connection holes through a steel template, carefully locate and position the template and firmly bolt in place, before drilling. Use exact duplicates of templates used for reaming matching members, or the opposite faces of a single member. Accurately locate templates used for connections on like parts or members so that the parts or members are duplicates and require no match-marking.

For any connection, in lieu of subpunching and reaming or subdrilling and reaming, holes drilled full size through all thicknesses or material assembled in proper position may be used.

**555.11 Pins and Rollers.** Accurately fabricate pins and rollers that are straight, smooth, and free from flaws. Forge and anneal pins and rollers more than 225 millimeters in diameter. Pins and rollers 225 millimeters or less in diameter may be either forged and annealed or cold-finished carbon-steel shafting.

In pins larger than 225 millimeters in diameter, bore a hole not less than 50 millimeters in diameter full length along the pin axis after the forging has been allowed to cool to a temperature below the critical range (under suitable conditions to prevent damage by too rapid cooling and before being annealed).

**(a) Boring pin holes.** Bore pin holes true to the specified diameter, smooth and straight, at right angles with the axis of the member and parallel with each other. Produce the final surface using a finishing cut.

Produce a pin hole diameter that does not exceed that of the pin by more than 0.50 millimeter for pins 125 millimeters or less in diameter, or by 1 millimeter for larger pins.

The maximum allowed variation of the outside-to-outside distance of end holes in tension members and the inside-to-inside distance of end holes in compression members is 1 millimeter from that specified. Bore pin holes in built-up members after the member has been assembled.

**(b) Threads for bolts and pins.** Provide threads on all bolts and pins for structural steel construction that conform to the Unified Standard Series UNC ANSI B1.1, class 2A for external threads and class 2B for internal threads, except when pin ends have a diameter of 35 millimeters or more, provide six threads per 25 millimeters.

000629



**555.12 Eyebars.** Pin holes may be flame cut at least 50 millimeters smaller in diameter than the finished pin diameter. Securely fasten together (in the order to be placed on the pin) all eyebars that are to be placed side by side in the structure and bore at both ends while clamped. Pack and match-mark eyebars for shipment and erection. Stamp with steel stencils, so as to be visible when the bars are nested in place on the structure, all identifying marks on the edge of one head of each member after fabrication is completed. Use low-stress type steel die stamps.

Provide eyebars, straight and free from twists, with pin holes accurately located on the centerline of the bar. Do not allow the inclination of any bar to the plane of the truss to exceed 5.25 millimeters per meter.

Simultaneously cut the edges of eyebars that lie between the transverse centerline of their pin holes with two mechanically operated torches abreast of each other, guided by a substantial template to prevent distortion of the plates.

**555.13 Assembly - Bolting.** Clean surfaces of metal in contact before assembling. Assemble parts of a member. Securely pin and firmly draw together before drilling, reaming, or bolting is commenced. Take assembled pieces apart, if necessary, for the removal of burrs and shavings produced by the operation. Assemble members to be free from twists, bends, and other deformation.

Drift during assembling only enough to bring the parts into position without enlarging holes or distorting the metal.

**555.14 Welded Connections.** Fabricate surfaces and edges to be welded smooth, uniform, clean, and free of defects that would adversely affect the quality of the weld. Prepare edge according to ANSI/AASHTO/AWS Bridge Welding Code D1.5.

**555.15 Preassembly of Field Connections.** Preassemble field connections of main members of trusses, arches, continuous beams, plate girders, bents, towers, and rigid frames before erection to verify the geometry of the completed structure or unit and to verify or prepare field splices. Present the method and details of preassembly for approval.





Use methods and details of preassembly that are consistent with the procedure shown on the approved erection camber diagrams. Assemble all girders and beams in their cambered (no load) condition.

When members are assembled with their webs vertical, support them at intervals of 6 meters, or two tenths of the span length, whichever is less. When the webs are horizontal, the above intervals of support may be increased provided there is no noticeable deflection between points of support.

Assemble trusses in full dead-load position unless the design of the structure provides for the secondary stresses created by assembling the truss in the fully cambered (no load) position. Support trusses during assembly at each panel point. Preassemble at least 3 contiguous panels that are accurately adjusted for line and camber. For successive assemblies include at least one section or panel of the previous assembly (repositioned if necessary and adequately pinned to assure accurate alignment) plus 2 or more sections or panels added at the advancing end. For structures longer than 50 meters, make each assembly not less than 50 meters long regardless of the length of individual continuous panels or sections. Assembly may start from any location in the structure and proceed in one or both directions as long as preceding requirements are satisfied.

**(a) Bolted connections.** Where applicable, assemble major components with milled ends of compression members in full bearing and then ream subsized holes to the specified size while the connections are assembled.

**(b) Check assembly/numerically-controlled drilling.** When using numerically controlled drilling or punching, make a check assembly for each major structural type of each project. Fabricate the check assembly of at least 3 contiguous shop sections or, for a truss, all members in at least 3 contiguous panels but not less than the number of panels associated with 3 contiguous chord lengths (such as the length between field splices). Base check assemblies on the proposed order of erection, joints in bearings, special complex points, and similar considerations. Shop assemblies other than the check assemblies are not required.

If the check assembly fails in some specific manner to demonstrate that the required accuracy is being obtained, further check assemblies may be required.

000630

Receive approval of each assembly (including camber, alignment, accuracy of holes, and fit of milled joints) before reaming is commenced or before any N/C drilled check assembly is dismantled.

**(c) Field welded connections.** Field welded connections are prohibited unless specifically shown on the drawings. Verify the fit of members (including the proper space between abutting flanges) with the segment preassembled.

**(d) Match marking.** Match mark connecting parts preassembled in the shop to assure proper fit in the field. Provide a diagram showing such match-marks.

**555.16 Connections Using Unfinished, Turned, or Ribbed Bolts.** Use unfinished, turned, or ribbed bolts, where specified, conforming to ASTM A 307 for grade A bolts. Use bolts with single self-locking nuts or double nuts. Use beveled washers where bearing faces have a slope of more than 1:20 with respect to a plane normal to the bolt axis.

**(a) Turned bolts.** Furnish turned bolts with a body surface ANSI roughness not exceeding 3 micrometers. Furnish hex headed bolts and nuts of the nominal size specified. Carefully ream holes for turned bolts and furnish bolts to provide for a light driving fit. Keep bolt threads entirely outside of the holes. Provide a washer under the nut.

**(b) Ribbed bolts.** Use approved form of ribbed body with continuous longitudinal ribs. Provide a body diameter measured on a circle through the points of the ribs 2 millimeters greater than the nominal diameter specified for the bolts.

Furnish ribbed bolts with round heads conforming to ANSI B18.5. Furnish hexagonal nuts that are either recessed or have a washer of suitable thickness. Ribbed bolts shall have a driving fit when installed in holes. Provide sufficiently hard ribs such that the ribs do not compress or deform and allow the bolts to turn in the holes during tightening. If the bolt twists before drawing tight, ream the hole and provide an oversized replacement bolt.





**555.17 Connections Using High-Strength Bolts.** This subsection covers the assembly of structural joints using AASHTO M 164M or AASHTO M 253M high-strength bolts, or equivalent fasteners, tightened to a high tension.

**(a) Bolted parts.** Use steel material within the grip of the bolt with no compressible material such as gaskets or insulation. Fabricate bolted steel parts to fit solidly together after the bolts are tightened. Limit the maximum slope of the surfaces of parts in contact with the bolt head or nut to 1:20 with respect to a plane normal to the bolt axis.

**(b) Surface conditions.** At the time of assembly clean all joint surfaces (including surfaces adjacent to the bolt head and nut) of dirt or foreign material and scale, except tight mill scale. Remove burrs that would prevent solid seating of the connected parts in the snug-tight condition.

Paint or other coatings are not permitted on the faying surfaces of slip-critical connections. All connections are considered to be slip-critical. Exclude paint (including any inadvertent overspray) from areas closer than one-bolt diameter, but not less than 25 millimeters, from the edge of any hole and all areas within the bolt pattern.

**(c) Installation.** Install fasteners of the same lot number together. Protect fasteners from dirt and moisture. Take from protected storage only as many fasteners as are anticipated to be installed and tightened during a work shift. Return to protected storage fasteners not used at the end of the shift. Do not clean lubricant from fasteners that is required to be present in the as-delivered condition. Clean and relubricate, before installation, fasteners for slip-critical connections which accumulate rust or dirt.

Provide a tension measuring device (a Skidmore-Wilhelm calibrator or other acceptable bolt tension indicating device) on all projects where high-strength fasteners are being installed and tightened. Use the tension measuring device to perform the rotational-capacity test and to confirm all of the following:

- Table 555-6 requirement for the complete fastener assembly
- Calibration of the wrenches, if applicable
- Understanding and proper use of the tightening method

000631



**Table 555-6**
**Minimum Fastener Tension[1]**

| Nominal Bolt Diameter and Tread Pitch | AASHTO M 164M (kilonewtons) | AASHTO M 253M (kilonewtons) |
|---|---|---|
| M16 × 2 | 91 | 114 |
| M20 × 2.5 | 142 | 179 |
| M22 × 2.5 | 176 | 221 |
| M24 × 3 | 205 | 257 |
| M27 × 3 | 267 | 334 |
| M30 × 3.5 | 326 | 408 |
| M36 × 4 | 475 | 595 |

(1) Equal to 70 percent of the specified minimum tensile strength of bolts (as specified for tests of full size ASTM A 325M and ASTM A 490M bolts) rounded to the nearest kilonewton.

For short grip bolts, direct tension indicators (DTI) with solid plates may be used to perform this test. First check the DTI with a longer grip bolt in the Skidmore-Wilhelm calibrator. The frequency of confirmation testing, number of tests to be performed, and test procedure shall conform to (3) through (5) as applicable. Confirm the accuracy of the tension measuring device by an approved testing agency at least annually.

Install fasteners together with washers of size and quality specified, located as required below, in properly aligned holes and tightened by any of the methods described in (3) to (6) inclusive to at least the minimum tension specified in Table 555-6 after all the fasteners are tight.

If approved, tightening may be performed by turning the bolt while the nut is prevented from rotating when it is impractical to turn the nut. If impact wrenches are used, provide adequate capacity and sufficient air to tighten each bolt in approximately 10 seconds.

Do not reuse AASHTO M 253M fasteners and galvanized AASHTO M 164M fasteners. If approved, other AASHTO M 164M bolts may be reused once. Touching up or retightening previously tightened bolts that may have been loosened by the tightening of adjacent bolts will not be considered as reuse, provided the snugging up continues from the initial position and does not require greater rotation, including the tolerance, than that required by Table 555-7.





**Table 555-7[1]**
**Nut Rotation from the Snug-Tight Condition[2]**

| | Geometry of Outer Faces of Bolted Parts | | |
|---|---|---|---|
| **Bolt Length Measured from Underside of Head to End of Bolt** | Both faces normal to bolt axis | One face normal to bolt axis and other face sloped not more than 1:20. (Bevel washer not used) | Both faces sloped not more than 1:20 from normal to bolt axis. (Bevel washers not used) |
| Up to and including 4 diameters | 1/3 turn | 1/2 turn | 2/3 turn |
| Over 4 diameters but not exceeding 8 diameters | 1/2 turn | 2/3 turn | 5/6 turn |
| Over 8 diameters but not exceeding 12 diameters[3] | 2/3 turn | 5/6 turn | 1 turn |

(1) Applicable only to connections where all material within the grip of the bolt is steel.
(2) Nut rotation is relative to bolt, regardless of the element (nut or bolt) being turned. The tolerance is ±30° for bolts installed by 1/2 turn or less. The tolerance is ±45° for bolts installed by 2/3 turn or more.
(3) Determine the required rotation by actual tests in a suitable tension device simulating the actual conditions.

**(1) Rotational-capacity tests.** Subject high-strength fasteners, black and galvanized, to job-site rotational-capacity tests performed according to ASTM A 325M Test Methods and the following:

*(a)* After tightening to a snug-tight condition, as defined in (c)(3), tighten the fastener 2 times the required number of turns indicated in Table 555-7, in a Skidmore-Wilhelm Calibrator or equivalent tension measuring device, without stripping or failure.

000632



*(b)* During this test, the maximum recorded tension must be equal to or greater than the turn test tension which is 1.15 times the required fastener tension indicated in Table 555-6.

*(c)* The measured torque at a tension "P," after exceeding the turn test tension required above in *(b)*, shall not exceed the value obtained by the following equation:

$$\text{Torque} = \frac{PD}{4000}$$

Where:

| | | |
|---|---|---|
| Torque | = | Measured torque in newton meters |
| *P* | = | Measured bolt tension in newtons |
| *D* | = | Nominal bolt diameter in millimeters |

For rotational-capacity tests, use washers even though their use may not be required in the actual installation.

**(2) Washers.** Where the outer face of the bolted parts has a slope greater than 1:20 with respect to a plane normal to the bolt axis, use a hardened bevelled washer to compensate for the lack of parallelism.

Use hardened square or rectangular beveled washers for American Standard Beams and Channels conforming to AASHTO M 293.

Where necessary, washers may be clipped on one side not closer than 7/8 of the bolt diameter from the center of the washer.

Hardened washers are not required for connections using AASHTO M 164M and AASHTO M 253M bolts except under the following conditions.

*(a)* Use hardened washers under the element turned in tightening when the tightening is done by the calibrated wrench method.





*(b)* Use hardened washers under both the head and the nut when AASHTO M 253M bolts are installed in material having a specified yield point less than 275 megapascals regardless of the tightening method.

*(c)* Use a hardened washer conforming to ASTM F 436M where AASHTO M 164M bolts of any diameter or AASHTO M 253M bolts equal to or less than M24 are to be installed in oversize or short-slotted holes in an outer ply.

*(d)* Use hardened washers conforming to ASTM F 436M, except with 8 millimeter minimum thickness, under both the head and the nut in lieu of standard thickness hardened washers where AASHTO M 253M bolts over M24 are to be installed in an oversize or short-slotted hole in an outer ply. Multiple hardened washers with a combined thickness equal to or greater than 8 millimeters do not satisfy this requirement.

*(e)* Where AASHTO M 164M bolts of any diameter or AASHTO M 253M bolts equal to or less than M24 are installed in a long-slotted hole in an outer ply, provide a plate washer or continuous bar of at least 8-millimeter thickness with standard holes with sufficient size to cover the slot after installation and is structural grade material that need not be hardened.

When AASHTO M 253M bolts over M24 are used in long-slotted holes in external plies, use a single hardened washer conforming to ASTM F 436M with an 8-millimeter minimum thickness in lieu of washers or bars of structural grade material. Multiple hardened washers with combined thickness equal to or greater than 8 millimeters do not satisfy this requirement.

Alternate design fasteners conforming to Subsection 717.01 with a geometry that provides a bearing circle on the head or nut with a diameter equal to or greater than the diameter of hardened washers conforming to ASTM F 436M satisfy the requirements for washers specified herein and may be used without washers.

000633



**(3) Turn-of-nut tightening.** At the start of work, test nut tightening using a device capable of indicating bolt tension. Test not less than 3 bolt-and-nut assemblies of each diameter, length, and grade to be used in the work. Demonstrate with the test that the method for estimating snug-tight condition and controlling the turns from snug tight develops a tension not less than 5 percent greater than the tension required by Table 555-6. Perform periodic retesting when required.

Install bolts in all holes of the connection and initially tighten to a snug-tight condition. Snug tight is defined as the tightness that exists when the plies of the joint are in firm contact. This may be attained by a few impacts of an impact wrench or the full effort of a worker using an ordinary spud wrench.

Systematically snug-tighten bolt groups from the most rigid part of the connection to the free edges. Then retighten the bolts of the connection in a similar systematic manner as necessary until all bolts are snug tight and the connection is fully compacted. Following the snug-tightening operation, tighten all bolts in the connection by the applicable amount of rotation specified in Table 555-7.

During all tightening operations, do not allow rotation of the fastener part not turned by the wrench. Tighten systematically from the most rigid part of the joint to its free edges.

**(4) Calibrated wrench tightening.** Calibrated wrench tightening may be used only when installation procedures are calibrated on a daily basis and when a hardened washer is used under the element turned in tightening. Standard torques taken from tables or from formulas that assume to relate torque to tension are not acceptable.

If calibrated wrenches are used for installation, set them to provide a tension not less than 5 percent in excess of the minimum tension specified in Table 555-6. Calibrate the installation procedure at least once each working day for each bolt diameter, length, and grade using fastener assemblies that are being installed in the work.





Perform the calibration with a device capable of indicating actual bolt tension by tightening 3 typical bolts of each diameter, length, and grade from the bolts and washers being installed using a job-supplied washer under the element turned in tightening. Recalibrate wrenches when significant difference is noted in the surface condition of the bolts, threads, nuts or washers. Verify during use that the wrench adjustment selected by the calibration does not produce a nut or bolt head rotation from snug tight greater than permitted in Table 555-7. Turn nuts in the tightening direction when measuring the torque of manual torque wrenches.

If calibrated wrenches are used to install bolts in a connection, install bolts with hardened washers under the turned element. When tightening bolts in all holes of the connection, tighten to a snug-tight condition. Following this initial tightening operation, tighten all bolts in the connection using a calibrated wrench. Tighten systematically from the most rigid part of the joint to its free edges. Touch up previously tightened bolts that may have been relaxed during the tightening of adjacent bolts until all bolts are properly tightened.

**(5) Direct tension indicator tightening.** When tightening of bolts using direct tension indicator devices is used, assemble a representative sample of not less than 3 devices for each diameter and grade of fastener to be used in the work in a calibration device capable of indicating bolt tension. Include in the test assembly flat-hardened washers, if required in the actual connection, arranged as those in the actual connections to be tensioned. The calibration test must demonstrate that the device indicates a tension not less than 5 percent greater than that required by Table 555-6.

Follow the manufacturer's installation procedures for installation of bolts in the calibration device and in all connections. Give special attention to proper installation of flat-hardened washers when direct tension indicator devices are used with bolts installed in oversize or slotted holes and where the load indicating devices are used under the turned element.

000634



When bolts are installed using direct tension indicators conforming to ASTM F 959, install bolts in all holes of the connection and bring to a snug-tight condition. Snug tight is indicated by partial compression of the direct tension indicator protrusions. Then tighten all fasteners systematically from the most rigid part of the connection to the free edges in a manner that will minimize relaxation of previously tightened fasteners. Proper tensioning of the bolts may require more than a single cycle of systematic partial tightening before final tightening to deform the protrusion to the specified gap.

**(6) Installation of alternate design bolts.** When fasteners that incorporate a design feature intended to indirectly indicate the bolt tension or to automatically provide the tension required by Table 555-6 and conform to Subsection 717.01 are to be installed, test a representative sample of not less than 3 bolts of each diameter, length, and grade on the project with a device capable of indicating bolt tension.

Include in the test assembly flat-hardened washers, if required in the actual connection, arranged as in the actual connections to be tensioned. The calibration test must demonstrate that each bolt develops a tension not less than 5 percent greater than the tension required by Table 555-6. Follow manufacturer's installation procedure. Perform periodic re-testing when required.

When alternate design fasteners that are intended to control or indicate bolt tension of the fasteners are used, install bolts in all holes of the connection and initially tighten sufficiently to bring all plies of the joint into firm contact, but without yielding or fracturing the control or indicator element of the fasteners. Continue to tighten systematically from the most rigid part of the connection to the free edges in a manner that will minimize relaxation of previously tightened fasteners.

Proper tensioning of the bolts may require more than a single cycle of systematic partial tightening before final twist-off or pull-off of the control or indicator element of individual fasteners.

**(7) Inspection.** Inspect the tightened bolts in the presence of the CO. Use an inspection torque wrench to verify tightening of threaded fasteners. For non-threaded fasteners, ping each fastener with a hammer to test for soundness. Replace or retighten any loose or relaxed fastener. Cutting with a torch is not permitted for removal of bolts.





Individually place 3 bolts of the same grade, size, and condition as those under inspection in a device calibrated to measure bolt tension. Perform this calibration operation at least once each inspection day.

Use a washer under the part turned in tightening each bolt if washers are used on the structure. If washers are not used on the structure, use the same specification material which abuts the part turned in the tension measuring device as used on the structure. In the calibrated device, tighten each bolt by any convenient means to the specified tension. Apply the inspecting wrench to the tightened bolt to determine the torque required to turn the nut or head 5 degrees, approximately 30 millimeters at a 300-millimeter radius, in the tightening direction. Use the average of the torque required for all 3 bolts as the job-inspection torque.

Select at random in each connection 10 percent (at least two) of the tightened bolts on the structure represented by the test bolts and apply the job-inspection torque to each selected bolt with the inspecting wrench turned in the tightening direction. If this torque turns no bolt head or nut, the bolts in the connection will be considered to be properly tightened. If the torque turns one or more bolt heads or nuts, apply the job-inspection torque to all bolts in the connection. Tighten and reinspect any bolt whose head or nut turns at this stage. As an option retighten all bolts in the connection and resubmit for inspection.

**555.18 Welding.** Welding, welder qualifications, prequalification of weld details, and inspection of welds shall conform to ANSI/AASHTO/AWS Bridge Welding Code D1.5. Delete the provisions of 9.25.1.7. Do not underrun the nominal fillet weld size.

Do not weld or tack brackets, clips, shipping devices, or other material not required to any member unless shown on the accepted drawings.

**555.19 Erection.** Falsework and forms shall conform to Section 562.

**(a) Handling and storing material.** Place material stored on the project on skids above ground. Keep material clean and properly drained. Place and shore girders and beams upright. Support long members, such as columns and chords, on skids placed near enough together to prevent damage due to deflection.

000635



**(b) Bearings and anchorages.** Furnish and install bridge bearings according to Section 564. If the steel superstructure is to be placed on a substructure that was built under a separate contract, verify that the masonry has been correctly constructed before ordering material.

**(c) Erection procedures.**

**(1) Conformance to drawings.** Erect according to accepted erection drawings. Modifications to or deviations from the approved erection procedure will require revised drawings and verification of stresses and geometry.

**(2) Erection stresses.** Allow for erection stresses induced in the structure as a result of the use of a method of erection or equipment that differs from that previously approved and that will remain in the finished structure as locked-in stresses. Provide additional material, as needed, to keep both temporary and final stresses within the allowable limits used in the design.

Provide temporary bracing or stiffening devices to accommodate handling stresses in individual members or segments of the structure during erection.

**(3) Maintaining alignment and camber.** During erection, support segments of the structure in a manner that will produce the proper alignment and camber in the completed structure. Install cross frames and diagonal bracing as necessary during erection to provide stability and assure correct geometry. As necessary, provide temporary bracing at any stage of erection.

**(d) Field assembly.** Accurately assemble as shown on the erection drawings and required by match-marks. Carefully handle the material. Do not hammer, damage, or distort the members. Clean bearing surfaces and permanent contact surfaces before assembly.

Assemble splices and field connections with at least 2 cylindrical erection pins per part (4 minimum per splice or connection). A plate girder splice requires for example, at least 4 cylindrical erection pins for the top flange splice, 4 pins for the web splice, and 4 pins for the bottom flange splice. These provide 2 pins for each part. Place the pins in the corner holes of the splice plates.





Install more cylindrical erection pins, if necessary, to accurately align the parts. Fill the remaining holes in the connection with bolts and tighten systematically from the most rigid part of connection to the free edges. Remove cylindrical erection pins and replace with tightened bolts.

Release temporary erection supports at a splice or connection only after all bolts are installed and tightened. Show special assembly and support situations on the erection drawings.

Fitting-up bolts may be the same high-strength bolts used in the installation. If other fitting-up bolts are required, use the same nominal diameter as the high-strength bolts. Use cylindrical erection pins 1 millimeter larger than the bolts.

**(e) Pin connections.** Use pilot and driving nuts in driving pins. Drive the pins so that the members will fully bear on the pins. Screw pin nuts tight and burr the threads at the face of the nut with a pointed tool.

**(f) Misfits.** Correction of minor misfits involving minor amounts of reaming, cutting, and chipping may be done, if approved. Any error in the shop fabrication or deformation resulting from handling and transporting will be cause for rejection.

**555.20 Acceptance.** Material (except bearing devices and painting) for steel structures will be evaluated under Subsections 106.02 and 106.03. Furnish production certifications for each shipment of the following:

**(a)** Structural steel
**(b)** Steel forgings
**(c)** High-strength bolts, nuts, and washers

Construction of steel structures will be evaluated under Subsections 106.02 and 106.04.

Bearing devices will be evaluated under Section 564.

Painting will be evaluated under Section 563.

000636



## Measurement

**555.21** Measure structural steel by the kilogram computed according to the AASHTO *Standard Specifications for Highway Bridges*. Include all metal items incidental to the structure and required by the contract such as castings, steel plates, anchor bolts and nuts, bearings, rockers, rollers, pins and nuts, expansion dams, roadway drains and scuppers, weld metal, bolts embedded in concrete, cradles and brackets, posts, conduits and ducts, and structural shapes.

If the quantity shown in the bid schedule is a contract quantity as defined in Subsection 109.02(a), changes in quantities resulting from alternative details proposed by the Contractor and accepted as a part of the drawings are not subject to adjustment according to Subsection 109.05.

## Payment

**555.22** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 55501 Structural steel _*(description)*_ furnished, fabricated, and erected | Kilogram |



# Section 556.— BRIDGE RAILING

## Description

**556.01** This work consists of furnishing and erecting and removing and resetting bridge railing.

Bridge railing is designated as concrete, steel, aluminum, or timber according to the predominant material contained in the railing.

## Material

**556.02** Conform to the following Sections and Subsections:

| | |
|---|---|
| Aluminum alloy bolt heads and nuts | 717.14 |
| Aluminum alloy for bridge rail | 717.13 |
| Aluminum-impregnated caulking compound | 725.28 |
| Aluminum welding wire | 717.15 |
| Box beam rail | 710.07 |
| Concrete | 552 |
| Painting | 563 |
| Reinforcing steel | 709.01 |
| Structural steel | 555 |
| Timber | 557 |

## Construction Requirements

**556.03 General.** Accurately place anchor bolts to provide correct and true alignment of the railing. Set anchor bolts so that they project not more than 10 millimeters beyond the nut when tightened. Chamfer or round by grinding or filing all sharp exposed metal edges.

Do not erect railing until centering or falsework for the supporting span is removed. Construct bridge railing so that it does not follow any unevenness in the curb, sidewalk, or wall that supports the railing. The railing shall present a smooth, uniform appearance in its final position. Set all posts vertical.

**556.04 Concrete Railing.** Construct according to Section 552.