IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., | ) | Case No.: 041052C |
| | ) | (Judge Edward J. Damich) |
| | ) | |
| Plaintiff, | ) | **STATUS REPORT** |
| | ) | |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

M.A. DeAtley Construction, Inc. ("M.A. DeAtley"), by and through its attorneys of record, Dunn & Black, P.S., hereby submit a status report pursuant to Section 7(a)(i) of the Court's Special Procedures Order. Pursuant to those Special Procedures and this Court's March 10, 2006 Order, attached to this Status Report is a copy of the entire contract upon which M.A. DeAtley's claims are based. Due to the voluminous nature of this document, a hard copy will follow via overnight mail.

DATED this 17th day of March, 2006.

s/ JOHN C. BLACK
JOHN C. BLACK
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of March, 2006, a copy of the foregoing *Status Report* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK