000637



**556.05 Steel Railing.** Construct according to Section 555.

If required, galvanize according to AASHTO M 111 and furnish nuts, bolts and washers galvanized according to AASHTO M 232. Repair minor abrasions with zinc rich paint.

For exposed weathering steel, use railing fasteners, railing hardware, rail post anchor bolts, nuts, washers, and shims with the same atmospheric corrosion resistance and weathering characteristics as the railing and posts. Use hand methods to clean erected steel railing of all oil, dirt, grease, mortar, and other foreign substances. Use weld metal with similar atmospheric corrosion resistance and coloring characteristics as the base metal. Clean welds by power brushing or blast cleaning to remove welding flux, slag, and spatter.

Unless a coating is required, clean all weathering steel according to SSPC-SP6 and remove all mill scale and other foreign substances so that the steel surface is uniformly exposed to the atmosphere.

**556.06 Aluminum Railing.** Construct according to Section 555 except as amended by the following.

**(a) Cutting.** Material that is 13 millimeters thick or less may be cut by shearing, sawing, or milling. Saw or mill material that is over 13 millimeters thick. Do not flame cut. Make cut edges true, smooth, and free from excessive burrs or ragged breaks. Fillet reentrant cuts by drilling before cutting.

**(b) Bending.** Material may be heated to a maximum 200 °C for a period not to exceed 30 minutes to facilitate bending.

**(c) Rivet and bolt holes.** Drill rivet and bolt holes to finished size or subpunch smaller than the nominal diameter of the fastener and ream to size. Subpunch to a diameter that is smaller than that of the finished hole by at least one quarter the thickness of the piece. Make the finished diameter of holes not more than 7 percent greater than the nominal diameter of the fastener except:

**(1)** Fabricate slotted bolt holes as required.
**(2)** Fabricate anchor bolt holes up to 25 percent larger, not to exceed 15 millimeters larger than the nominal bolt diameter.





**(d) Welding.** Weld according to AWS Structural Aluminum Welding Code D1.2.

**(e) Contact with other material.** Do not place aluminum alloys in contact with copper, copper base alloys, lead, or nickel. Where aluminum alloys come in contact with other metals, coat the contacting surfaces thoroughly with an aluminum-impregnated caulking compound or place a neoprene gasket between the surfaces.

Where aluminum alloys come in contact with concrete or stone, coat the contacting surfaces with an aluminum-impregnated caulking compound. When bond between aluminum and concrete is required, coat the aluminum with zinc-chromate paint and allow to dry before installation.

Where aluminum alloys come in contact with wood, coat the contacting wood surface with 3 coats of paint according to Section 563 and coat the contacting aluminum surface with an aluminum caulking compound.

**556.07 Timber Railing.** Construct according to Section 557.

**556.08 Remove and Reset Bridge Railing.** Remove and store the existing bridge railings and appurtenances. Replace all railings, supports, and hardware damaged during removal, storage, or resetting.

**556.09 Painting.** Where required by the contract, paint according to Section 563.

**556.10 Acceptance.** Material (except concrete, painting, reinforcing steel, structural steel, and timber) for bridge railings will be evaluated under Section 106.03. Furnish a production certification with each shipment of bridge railing.

Concrete will be evaluated under Section 552.

Painting will be evaluated under Section 563.

Reinforcing steel will be evaluated under Section 554.

Structural steel will be evaluated under Section 555.

Timber will be evaluated under Section 557.

000638



Construction of bridge railings will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**556.11** Measure bridge railing by the meter or by the lump sum.

Measure remove and reset bridge railing by the meter.

When bridge railing is measured by the meter, measure along the top of the railing.

## Payment

**556.12** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 55601 | __________ bridge railing | Meter |
| 55602 | __________ bridge railing | Lump sum |
| 55603 | Remove and reset bridge railing | Meter |



# Section 557.— TIMBER STRUCTURES

## Description

**557.01** This work consists of furnishing, preparing, erecting, and painting structural timber. It also includes all required yard lumber and hardware.

## Material

**557.02** Conform to the following Section and Subsections:

| | |
|---|---|
| Hardware | 716.02 |
| Painting | 563 |
| Treated structural timber and lumber | 716.03 |
| Untreated structural timber and lumber | 716.01 |

## Construction Requirements

**557.03 General.** Perform excavation and backfill work under Section 209.

Furnish structural lumber and timber of the required stress grade.

Clear the ground under and in the vicinity of all stored material of stacks of weeds, rubbish, or other objectionable material. Place the bottom layer of material at least 200 millimeters above the ground level. Provide sufficient support to prevent sagging.

Open-stack untreated material to shed water. Stack material in layers on spacers (stickers) that extend across the full width of the stack to allow for free air circulation. Align all stickers vertically and space them at regular intervals.

Close-stack treated material to shed water.

Protect material from the weather. If covered, use sheet material such as water-resistant paper or opaque polyethylene film. Do not cover with impervious membranes such as polyethylene film during dry weather. Slit individual wrappings full length or puncture on the lower side to permit drainage of water.

**557.04 Treated Timber.** Fabricate timbers before treatment. Handle treated timber according to the Consumer Information Sheet published by the AWPA. Handle treated timbers carefully and do not drop, damage outer fibers, or penetrate the surface with tools. Do not use cant dogs, hooks, or pike poles. In coastal waters, do not cut or bore timber below the high-water mark.

Treat all cuts and abrasions in timber or lumber with 3 brush coats of the same type of preservative used in the original treatment.

Impregnate all holes bored after treatment with the same preservative using equipment suitable for proper application of the preservative. Plug all unused holes with preservative treated plugs.

**557.05 Untreated Timber.** Coat the following untreated timber surfaces according to AWPA Standard M4:

(a) Ends, tops, and all contact surfaces of posts, sills, and caps
(b) Ends, joints, and contact surfaces of bracing and truss members
(c) Surfaces of timber bumpers and the back faces of bulkheads
(d) Other timber that will be in contact with earth

**557.06 Holes for Bolts, Dowels, Rods, and Lag Screws.** Bore all holes before preservative treating the wood. Bore holes for round driftbolts and dowels 2 millimeters smaller in diameter than that of the bolt or dowel to be used. The diameter of holes for square driftbolts or dowels shall be equal to the side dimension of the bolt or dowel.

Bore holes for machine bolts with a bit of the same diameter as that of the bolt. Bore holes for lag screws with a bit not larger than the body of the screw at the base of the thread. Drill depth of lag screw bolt holes 25 millimeters less than length under screw head.

**557.07 Bolts and Washers.** Use washers under all bolt heads or nuts in contact with wood. Use cast-iron washers when the timber is in contact with the ground. Burr threads or check nuts with a pointed tool after final tightening.





**557.08 Countersinking.** Countersink nuts and bolt heads where required by the contract. Paint recesses formed for countersinking, except in railings, with an approved preservative. After bolts or screws are in place, fill the holes with hot pitch or other approved filler.

**557.09 Framing.** Do not slab or trim treated piles for fitting sway or sash braces. Fill all gaps that occur between braces and piles with treated blocks so that the bracing is securely fastened to the piles.

**557.10 Framing Bents.** Bed mud sills firmly and evenly to solid bearing and tamp in place.

When concrete is cast, set dowels for anchoring sills and posts to project at least 150 millimeters above the tops of the pedestals. Carefully finish concrete pedestals supporting framed bents so that sills or posts bear evenly on the pedestals.

Provide firm, even bedding for mud sills. Make sills bear true and even on mud sills, piles, or pedestals. Drift bolt sills with bolts that extend into the mud sills or piles for at least 150 millimeters. Where possible, remove all earth in contact with sills for circulation of air around the sills.

**557.11 Caps for All Bents.** Make timber caps bear evenly and uniformly over the tops of the supporting posts or piles with their ends in alignment. Secure all caps with driftbolts and set approximately at the center of and extending into the posts or piles at least 230 millimeters.

**557.12 Bracing.** Bolt the ends of bracing through the pile, post, cap, or sill. Brace intermediate intersections with posts or piles with bolts or spikes with wire or boat spikes, as required. In all cases use galvanized spikes in addition to bolts.

Make all bracing bear firmly against the pile or cap to which it is bolted. Provide and place shims as necessary to prevent bending the bracing more than 25 millimeters out of line when bracing bolts are tightened.

Where the space between the bracing and cap or pile is less than 25 millimeters, shims need not be used. Where the space between the bracing and the cap or pile is 40±15 millimeters, place 2 ogee washers with their narrow faces together or other approved washers on each bolt which passes through the space.

000640



Where the space between the bracing and the cap or pile is over 55 millimeters, use wooden shims of the proper thickness. Fabricate the wooden shims from white oak or from the same treated wood used in the structure. Do not use built-up wooden shims. Make wooden shims from a single piece of lumber with the width not less than 100 millimeters and the length not less than the width of the bracing measured along the cap or pile. Do not adze, trim, or cut any treated member to avoid the use of shims.

**557.13 Stringers.** Size stringers at bearings and place in position so that knots near edges are in the top portions of the stringers.

Outside stringers may have butt joints with the ends cut on a taper. Lap interior stringers to take bearing over the full width of the floor beam or cap at each end. Separate the lapped ends of untreated stringers by at least 15 millimeters for air circulation. Securely fasten the lapped ends with drift bolts as required. Stagger the joints where stringers are 2 panels in length.

Securely toenail cross-bridging between stringers with at least 2 nails in each end. Cut all cross-bridging members for a full bearing at each end against the sides of the stringers. Place cross-bridging at the center of each span. If blocking is used, make it fit snugly and hold in place as required.

**557.14 Plank Floors.** Use plank that is surfaced on four sides (S4S).

Single-ply timber floors consist of a single thickness of planks supported on stringers. Lay the planks heart side down with 5 millimeters space between them for seasoned material and with tight joints for unseasoned material. Spike each plank securely to each stringer. Carefully grade the planks as to thickness and lay so that no 2 adjacent planks vary in thickness by more than 2 millimeters.

Two-ply timber floors consist of 2 layers of flooring supported on stringers. Pressure treat the lower layer with creosote oil. Lay the top layer either diagonally or parallel to the centerline of roadway as required. Securely fasten each floor piece to the lower layer. Stagger joints at least 1 meter. Where the top layer is placed parallel to the centerline of the roadway, use special care to securely fasten the ends of the flooring. Bevel the ends of top layer members at each end of the structure.





**557.15 Transversely Nail-Laminated Decks.** Use 50 millimeters nominal thickness laminations, surface one edge hit or miss 3 millimeters scant (SIE-H or M 3 millimeter scant), and one side hit or miss 3 millimeter scant (SIS-H or M 3 millimeter scant).

Place the laminations on edge and at right angles to the centerline of roadway. Spike each piece to the preceding piece at each end and at approximately 450-millimeter intervals with the galvanized spikes driven alternately near the top and bottom edges. Use spikes of sufficient length to pass through 2 pieces and at least halfway through the third piece.

Where timber stringers are used, toenail every other piece to every other stringer. Use the size spikes required. When steel stringers are used, securely attach the pieces using approved galvanized metal clips.

Use pieces of sufficient length to bear on at least 4 stringers. Do not splice pieces between stringers. Space end joints on any one stringer no closer than every third piece. Space end joints in adjoining pieces no closer than every second stringer.

**557.16 Wheel Guards and Railings.** Surface (S4S) wheel guards, rails, and posts. Place wheel guards in sections not less than 4 meters in length. Squarely butt-joint all rails at posts.

**557.17 Trusses.** Fabricate trusses to show no irregularities of line when completed. Fabricate chords straight and true from end to end in horizontal projection. In vertical projection, fabricate chords to a smooth, corded curve through panel points conforming to the correct camber. Do not make uneven or rough cuts at the points of bearing.

**557.18 Drains.** Hot-dip galvanize drains, including anchorages, after fabrication.

**557.19 Painting.** When paint is specified in the contract, paint according to Section 563.

**557.20 Acceptance.** Material (except paint) for timber structures will be evaluated under Subsections 106.02 and 106.03. Furnish a production certification with each shipment of structural timber and lumber.

000641



Construction of timber structures will be evaluated under Subsections 106.02 and 106.04.

Painting will be evaluated under Section 563.

## Measurement

**557.21** Measure untreated and treated structural timber and lumber by the cubic meter in the structure. Compute the quantities from nominal dimensions and actual lengths, except for transversely nail-laminated decks . Measure transversely nail-laminated decks in place after dressing.

Measure timber piles under Section 551.

Measure timber bridge rail under Section 556.

## Payment

**557.22** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 55701 | Untreated structural timber and lumber | Cubic meter |
| 55702 | Treated structural timber and lumber | Cubic meter |



# Section 558.— DAMPPROOFING

## Description

**558.01** This work consists of dampproofing concrete or masonry surfaces.

## Material

**558.02** Conform to the following Subsections:

| | |
|---|---|
| Asphalt | 702.05(b) |
| Primer | 702.05(a) |

## Construction Requirements

**558.03 Dampproofing.** Cure the concrete or masonry surface according to Subsection 552.15 except do not use liquid membrane curing compound. Allow concrete surface to dry at least 10 days after completion of curing.

Apply dampproofing to a dry, clean, reasonably smooth surface that is free of dust and loose material. Apply dampproofing in dry weather when the air and surface temperatures are 7 °C or higher.

Apply primer to the surface and allow it to dry. Apply 2 coats of asphalt at the rate of approximately 1.25 kilograms per square meter of surface per coat. Apply prime coat and asphalt coats uniformly, fully covering the surface, and thoroughly work them into the surface. Make the total of the final 2 asphalt coats approximately 2 millimeters thick. Allow asphalt coats to harden before allowing contact with water or backfill material.

**558.04 Acceptance.** Material for dampproofing will be evaluated under Subsections 106.02 and 106.03.

Applying dampproofing will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**558.05** Measure dampproofing by the square meter or by the lump sum. When measurement is by the square meter, measure the visible surface area dampproofed.

000642



## Payment

**558.06** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 55801 Dampproofing | Square meter |
| 55802 Dampproofing | Lump sum |



# Section 559.— WATERPROOFING

## Description

**559.01** This work consists of waterproofing concrete surfaces with a firmly bonded membrane and when specified, protected with a mortar or asphalt plank overlay.

Protection types are designated as follows:

Type 1: Mortar overlay.
Type 2: Asphalt plank overlay.

## Material

**559.02** Conform to the following Subsections:

| | |
|---|---|
| Asphalt | 702.05(b) |
| Asphalt plank | 702.05(e) |
| Asphalt roll roofing | 702.05(f) |
| Joint filler | 712.01 |
| Mortar | 702.05(d) |
| Primer | 702.05(a) |
| Waterproofing fabric | 702.05(c) |
| Welded wire fabric | 709.01 |

## Construction Requirements

**559.03 Membrane Waterproofing.** Make the concrete surface smooth and free of projections or depressions that might cause puncture of the membrane. Allow concrete surfaces to dry at least 10 days after completion of curing. Make the surface dry and free of dust and loose material. Apply waterproofing in dry weather when the temperature is above freezing. Apply primer and allow to dry.

Begin at the lowest point of the concrete surface and apply a mop coat of asphalt slightly wider than half the width of fabric. Apply asphalt at a temperature between 150 and 175 °C. Apply so no uncoated areas of concrete remain.

000643



Lay fabric so that drainage is over and not against or along the laps. Lay a half width of fabric on the asphalt and press into place expelling all entrapped air and obtaining close contact with the surface.

Mop coat the top of the first strip, so as to completely conceal the weave and an adjoining section of concrete surface slightly wider than half the fabric width. On this mopping lay a full-width strip of fabric and press into place completely covering the first strip. Mop this second strip and an adjoining section of concrete surface slightly wider than half the fabric width. Place a third strip of fabric so as to lap the first strip by not less than 100 millimeters. Continue this process of lapping each strip of fabric at least 100 millimeters over the strip placed before the last strip until the entire surface is covered with 2 layers of fabric. Lap the ends at least 300 millimeters. Do not allow the fabric to touch an unmopped surface.

Mop the entire surface with hot asphalt after all fabric is placed. Apply asphalt at a rate not less than 5 liters per square meter of finished horizontal surface and not less than 6 liters per square meter of vertical surface. Regulate work so at the close of a day's work all fabric in place is mopped. Take special care to ensure that all laps are sealed.

At the edges of the membrane and at places where it is punctured by openings such as for drains or pipes, prevent water from getting between the waterproofing and the waterproofed surface.

Provide flashing at curbs and against girders, spandrel walls, etc. with separate sheets that lap the main membrane at least 300 millimeters. Seal flashing with either a metal counterflashing or by embedding the upper edges of the flashing in a groove joint filler.

Provide approved water stops for expansion joints, both horizontal and vertical, according to Section 560. Install membrane across all expansion joints as required.

Repair or replace any membrane waterproofing that is found to leak. Sampling frequency and location where samples are to be taken will be specified in the contract.

**559.04 Membrane Waterproofing with Mortar Protection.** Construct waterproofing membrane to be protected with mortar according to Subsection 559.03.





Completely cover the membrane, except on undercut surfaces, with a course of reinforced mortar.

Use a 50-millimeter thick mortar course reinforced with 152-millimeter by 152 millimeter welded wire reinforcement (MW34.9 X MW34.9) or its equivalent placed midway between the top and bottom surfaces of the mortar. Trowel the top surface of the mortar course to a smooth, hard finish. Cure the protective mortar with wet burlap held in close surface contact for 72 hours.

Protect undercut membrane surfaces with a layer of asphalt roll roofing laid in hot asphalt in place of the mortar covering. Use the same bituminous material as used for mopping the membrane.

**559.05 Membrane Waterproofing with Asphalt Plank Protection.** Construct waterproofing membrane with asphalt plank protection according to Subsection 559.03.

Cover the membrane with asphalt plank. Lay the plank in regular, straight courses as required. Use whole planks in all cases, except as required for closures and for fitting around openings and obstructions. Carefully cut to size closing and trimming pieces. Before the planks are laid, remove all surplus talc or other powder from the planks with a stiff brush or broom. Lay each piece in a mopping of hot asphalt and coat the edges and ends of pieces in place with hot asphalt before placing an adjacent piece in contact. Press each individual piece tightly against the piece next to it. Make the completed surface uniform and smooth without open joints.

**559.06 Acceptance.** Material for waterproofing will be evaluated under Subsections 106.02 and 106.03.

Applying waterproofing will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**559.07** Measure waterproofing by the square meter or by the lump sum. When measurement is by the square meter, measure the visible surface area waterproofed.

000644



## Payment

**559.08** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement, for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 55901 Membrane waterproofing | Square meter |
| 55902 Membrane waterproofing | Lump sum |
| 55903 Membrane waterproofing with type ___ protection | Square meter |
| 55904 Membrane waterproofing with type ___ protection | Lump sum |



# Section 560.— WATER STOPS

## Description

**560.01** This work consists of furnishing and installing water stops in expansion and construction joints.

Water stops are designated as copper, plastic, or rubber.

## Material

**560.02** Conform to the following Subsections:

| | |
|---|---|
| Copper water stops | 712.06 |
| Plastic water stops | 712.08 |
| Rubber water stops | 712.07 |

## Construction Requirements

**560.03 Copper Water Stops.** Use copper sheet of the thickness, mass, width, and shape required. Solder joints for a continuous watertight unit.

**560.04 Rubber Water Stops.** Before installation, submit for approval the following:

(a) Performance test data
(b) One-meter sample of each type of water stop required
(c) At least one preliminary field splice if splices are used

Form water stops with a cross-section that is uniform in width and web thickness. Do not splice straight strips.

Full-mold all junctions in the special connection pieces. Provide well-cured, dense, homogeneous special connection pieces that are nonporous and are free from other defects.

Fabricate splices that are dense and homogeneous throughout the cross-section. Fabricate splices watertight by vulcanizing or by mechanical means. Fabricate splices so they have a tensile strength of at least 50 percent of the reported tensile strength of the unspliced rubber water stop.

000645

**560.05 Plastic Water Stops.** Before installation, submit for approval at least one preliminary field splice sample. Heat splices according to the manufacturer's instructions to make them watertight. Fabricate splices so they have a tensile strength of at least 80 percent of the reported tensile strength of the unspliced plastic water stop.

**560.06 Placing Water Stops.** Carefully place and support water stops. Prevent water stops from being displaced or damaged by construction operations or other activities. Keep all surfaces of water stops free from oil, grease, dried mortar, or any other deleterious material until embedded in concrete. Ensure that embedded portions of the water stop are completely enclosed in dense concrete.

**560.07 Acceptance.** Material for water stops will be evaluated under Subsections 106.02 and 106.03.

Installing water stops will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**560.08** Measure water stops by the meter or by the lump sum.

## Payment

**560.09** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 56001 | ________ water stop, _____ width | Meter |
| 56002 | ________ water stop | Lump sum |



# Section 561.— STRUCTURAL CONCRETE BONDING

## Description

**561.01** This work consists of repairing cracks in concrete structures by pressure injecting epoxy.

## Material

**561.02** Conform to the following Subsections:

| | |
|---|---|
| Epoxy resin adhesives | 725.21 |
| Polymer grout | 725.22 |

## Construction Requirements

**561.03 Crack Preparation.** Provide notice of crack sealing at least 14 days before beginning work. The work areas will be identified and the locations of the cracks to be repaired will be marked.

Remove all dirt, laitance, and other debris from the exterior and interior of cracks. Apply a temporary surface seal material to the face of cracks. Use surface seal material with sufficient strength and adhesion to confine the injected epoxy material until cured.

Provide openings (entry ports) in the surface seal along the crack. Make the distance between entry ports at least the thickness of the concrete member being repaired.

After the injection adhesive has cured, remove the surface seal. Finish face of the crack and entry ports flush with the adjacent surface.

**561.04 Injection Procedures.** Begin injecting epoxy at the lowest entry port. Continue injection at the first port until epoxy begins to flow out of the next highest port. Plug the first port and inject epoxy in the second port until the epoxy flows from the next highest port. Continue this sequence until the entire crack is filled. Use a 2-component epoxy system. Maintain the mix ratio for the epoxy as prescribed by the manufacturer within 5 percent by volume at any discharge pressure not to exceed 1.4 megapascals. Do not use solvents to thin the epoxy.

000646



Use positive inline displacement type equipment to meter, mix, and inject the epoxy at pressures not to exceed 1.4 megapascals.

**(a) Test for proper ratio.** Perform this test for each injection unit at the beginning and at the end of every day that the unit is used. Disconnect the mixing head of the injection equipment and pump the 2 adhesive components through a ratio check device with 2 independent valved nozzles capable of controlling flow rate and back pressure by opening or closing valves on the check device. Use a pressure gauge capable of sensing back pressure behind each valve to adjust the discharge pressure to 1.4 megapascals for both epoxy components. Simultaneously discharge both epoxy components into separate calibrated containers. Compare the discharged amounts to determine the mix ratio.

After the test is completed at 1.4 megapascals discharge pressure, repeat the procedures for zero-megapascal discharge pressure.

**(b) Test for pressure check.** Perform this test for each injection unit at the beginning and at the end of every day that the unit is used.

Disconnect the mixing head of the injection equipment and attach the 2 adhesive component delivery lines to a pressure check device with 2 independent valved nozzles capable of controlling flow rate and pressure by opening or closing the valves. Use a pressure gauge capable of sensing the pressure build-up behind each valve. Close the valves on the pressure-check device and operate the equipment until the gauge pressure on each line reads 1.4 megapascals. When the pumps are stopped, the gauge pressure must not drop below 1.3 megapascals within 3 minutes.

**(c) Records.** Maintain and make available complete and accurate records of the ratio check tests and the pressure check tests. Additional ratio and pressure check tests may be required.





**561.05 Coring.** Take one 50 millimeters diameter test core according to AASHTO T 24 for every 15 meters of repaired crack at designated locations. The crack repair is acceptable if the core sample indicates that 90 percent or more of the crack has been successfully bonded.

When a test core shows that the epoxy bonding has penetrated less than 90 percent of the crack volume within the core sample, redo that 15-meter crack segment or the segment that the core represents and resample. Repeat this procedure until acceptable crack repair is achieved.

Fill all sample core holes with polymer grout and finish the surface to match the adjacent concrete.

**561.06 Acceptance.** Material for structural concrete bonding will be evaluated under Subsections 106.02 and 106.03.

Structural concrete bonding work will be evaluated under Subsections 106.02 and 106.04. See Table 561-1 for sampling and testing requirements. Crack repair will be evaluated according to Subsection 561.05.

## Measurement

**561.07** Measure crack preparation by the meter or by the lump sum.

Measure structural concrete bonding by the meter, by the liter, or by the lump sum.

When measurement is by the meter, measure the actual meters of surface crack acceptably repaired.

When measurement is by the liter, measure the actual number of liters of bonding material injected in the marked cracks that are acceptably repaired.

## Payment

**561.08** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 56101 | Structural concrete bonding | Meter |
| 56102 | Structural concrete bonding | Liter |
| 56103 | Structural concrete bonding | Lump sum |
| 56104 | Crack preparation | Meter |
| 56105 | Crack preparation | Lump sum |





**Table 561-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Repaired concrete | 50-mm diameter test core | AASHTO T 24 | 1 for every 15 meters of repaired crack. | Repaired crack |



000647