000648

# Section 562.— FORMS AND FALSEWORK

## Description

**562.01** This work consists of designing, constructing, and removing forms and falsework to temporarily support concrete, girders, and other structural elements until the structure is completed to the point it can support itself.

## Design and Construction Requirements

**562.02 Drawings.** When complete details for forms and falsework are not shown, prepare and submit drawings according to Subsection 104.03. Show the following, as applicable:

(a) Design and show the details for constructing safe and adequate forms and falsework that provide the necessary rigidity, support the loads imposed, and produce in the finished structure the required lines and grades. See Subsection 562.03 for design loads. See Subsection 562.04 for design stresses, loadings, and deflections. See Subsection 562.05 for manufactured assemblies.

(b) Show the maximum applied structural load on the foundation material. Include a drainage plan or description of how foundations will be protected from saturation, erosion, and/or scour. See Subsection 562.06.

(c) Precisely describe all proposed material. Describe the material that is not describable by standard nomenclature (such as AASHTO or ASTM specifications) based on manufacturer's tests and recommended working loads. Evaluate falsework material and ascertain whether the physical properties and conditions of the material is such that it can support the loads assumed in the design.

(d) Furnish design calculations and material specifications showing that the proposed system will support the imposed concrete pressures and other loads. Provide an outline of the proposed concrete placement operation listing the equipment, labor, and procedures to be used for the duration of each operation. Include proposed placement rates and design pressures for each pour. Include a superstructure placing diagram showing the concrete placing sequence and construction joint locations.





(e) Provide design calculations for proposed bridge falsework. A registered professional engineer proficient in structural design shall design, sign, and seal the drawings. The falsework design calculations shall show the stresses and deflections in load supporting members.

(f) Show anticipated total settlements of falsework and forms. Include falsework footing settlement and joint take-up. Design for anticipated settlements not to exceed 25 millimeters. Design and detail falsework supporting deck slabs and overhangs on girder bridges so there is no differential settlement between the girders and the deck forms during placement of deck concrete. Design and construct the falsework to elevations that include anticipated settlement during concrete placement and required camber to compensate for member deflections during construction.

(g) Show the support systems for form panels supporting concrete deck slabs and overhangs on girder bridges.

(h) Show details for strengthening and protecting falsework over or adjacent to roadways and railroads during each phase of erection and removal. See Subsection 562.07.

(i) Include intended steel erection procedures with calculations in sufficient detail to substantiate that the girder geometry will be correct. See Subsection 562.08.

(j) Submit details of proposed anchorage and ties for void forms. See Subsection 562.10 for void form requirements.

Submit separate falsework drawings for each structure, except for identical structures with identical falsework design and details. Do not start construction of any unit of falsework until the drawings for that unit are reviewed and accepted.

**562.03 Design Loads.**

(a) **Vertical design loads.** Dead loads include the mass of concrete, reinforcing steel, forms, and falsework. Consider the entire superstructure, or any concrete mass being supported by falsework to be a fluid dead load with no ability to support itself. If the concrete is to be prestressed, design the falsework to support any increased or readjusted loads caused by the prestressing forces.

Assume the density of concrete, reinforcing steel, and forms to be not less than 2600 kilograms per cubic meter for normal concrete and not less than 2100 kilograms per cubic meter for lightweight concrete.

Consider live loads to be the actual mass of equipment to be supported by falsework applied as concentrated loads at the point of contact plus a uniform load of not less than 1000 pascals applied over the area supported, plus 1100 newtons per meter applied at the outside edge of deck falsework overhangs.

The total vertical design load for falsework is the sum of vertical dead and live loads. Use a total vertical design load of not less than 4800 pascals.

**(b) Horizontal design loads.** Use an assumed horizontal design load on falsework towers, bents, frames, and other falsework structures to verify lateral stability. The assumed horizontal load is the sum of the actual horizontal loads due to equipment, construction sequence, or other causes and an allowance for wind. However, in no case is the assumed horizontal load to be less than 2 percent of the total supported dead load at the location under consideration.

The minimum wind allowance for each heavy-duty steel shoring having a vertical load carrying capacity exceeding 130 kilonewtons per leg is the sum of the products of the wind impact area, shape factor, and the applicable wind pressure value for each height zone. The wind impact area is the total projected area of all the elements in the tower face normal to the applied wind. Assume the shape factor for heavy-duty shoring to be 2.2. Determine wind pressure values from Table 562-1.

The minimum wind allowance on all other types of falsework, including falsework supported on heavy-duty shoring, is the sum of the products of the wind impact area and the applicable wind pressure value for each height zone. The wind impact area is the gross projected area of the falsework and unrestrained portion of the permanent structure, excluding the areas between falsework posts or towers where diagonal bracing is not used. Use design wind pressures from Table 562-2.

Design the falsework so it has sufficient rigidity to resist the assumed horizontal load without vertical dead load. Neglect the effects of frictional resistance.





**Table 562-1**
**Design Wind Pressure - Heavy Duty Steel Shoring**

| Height Zone Above Ground meter | Wind Pressure Value - Pa | |
|---|---|---|
| | Adjacent To Traffic | At Other Locations |
| 0 | 960 | 720 |
| 9 -15 | 1200 | 960 |
| 15 - 30 | 1450 | 1200 |
| Over 30 | 1675 | 1450 |

**Table 562-2**
**Design Wind Pressure - Other Types of Falsework**

| Height Zone Above Ground meter | Wind Pressure Value - Pa | |
|---|---|---|
| | For Members Over and Bents Adjacent To Traffic Openings | At Other Locations |
| 0 | 320 $Q$ | 240 $Q$ |
| 9 - 15 | 400 $Q$ | 320 $Q$ |
| 15 - 30 | 480 $Q$ | 400 $Q$ |
| Over 30 | 560 $Q$ | 480 $Q$ |

Note: $Q = 0.3 + 0.2W$, but not more than 3. $W$ is the width of the falsework system in meters measured in the direction of the wind force being considered.

**(c) Lateral fluid pressure.** For concrete with retarding admixture, fly ash, or other pozzolan replacement for cement, design forms, form ties, and bracing for a lateral fluid pressure based on concrete with a density of 2400 kilograms per cubic meter. For concrete containing no pozzolans or admixtures, which affect the time to initial set, determine the lateral fluid pressure based on concrete temperature and rate of placement according to ACI standard 347R, *Guide for Formwork for Concrete.*

**562.04 Design Stresses, Loads, and Deflections.** The allowable maximum design stresses and loads listed in this section are based on the use of undamaged, high-quality material. If lesser quality material is used, reduce the allowable stresses and loads. Do not exceed the following maximum stresses, loads, and deflections in the falsework design:

**(a) Timber.**

Compression perpendicular to the grain = 3100 kilopascals

Compression parallel to the grain [(1)] = $\frac{3309}{(L/d)^2}$ megapascals

**Note:** (1) Not to exceed 11 megapascals.

Where:

$L$ = Unsupported length
$d$ = Least dimension of a square or rectangular column or the width of a square of equivalent cross-sectional area for round columns

Flexural stress = 12.4 megapascals

**Note:** Reduced to 10 megapascals for members with a nominal depth of 200 millimeters or less.

Horizontal shear = 1300 kilopascals

Axial tension = 8.3 megapascals

Deflection due to the mass of concrete may not exceed 1/500 of the span even if the deflection is compensated for by camber strips.

Modulus of elasticity (E) for timber = 11.7 gigapascals

Maximum axial loading on timber piles = 400 kilonewtons

Design timber connections according to the stresses and loads allowed in the *National Design Specification for Wood Construction*, as published by the National Forest Products Association except:





**(1)** Reductions in allowable loads required therein for high moisture condition of the lumber and service conditions do not apply.

**(2)** Use 75 percent of the tabulated design value as the design value of bolts in two member connections (single shear).

**(b) Steel.** For identified grades of steel, do not exceed the design stresses (other than stresses due to flexural compression) specified in the *Manual of Steel Construction* as published by the AISC.

When the grade of steel cannot be positively identified, do not exceed the design stresses, other than stresses due to flexural compression, either specified in the AISC Manual for ASTM A 36M steel or the following:

Tension, axial and flexural = 150 megapascals

Compression, axial = 110 000 - $2.6(L/r)^2$ kilopascals

**Note:** $L/r$ shall not exceed 120.

Shear on the web gross section of rolled shapes = 100 megapascals

Web crippling for rolled shapes = 185 megapascals

For all grades of steel, do not exceed the following design stresses and deflection:

Compression, flexural [(1)] = $\frac{82\ 750}{Ld/bt}$ megapascals

**Note:** (1) Not to exceed 150 megapascals for unidentified steel or steel conforming to ASTM A 36. Not to exceed 0.6 $F_y$ for other identified steel.

Where:

$L$ = Unsupported length.
$d$ = Least dimension of a square or rectangular column or the width of a square of equivalent cross-sectional area for round columns or the depth of beams.
$b$ = Width of the compression flange.
$t$ = Thickness of the compression flange.
$r$ = Radius of gyration of the member.
$F_y$ = Specified minimum yield stress for the grade of steel used.

000651



Deflection due to the mass of concrete may not exceed 1/500 of the span even if the deflection is compensated for by camber strips.

Modulus of elasticity (E) for steel = 210 gigapascals

**(c) Other requirements.** Limit falsework spans supporting T-beam girder bridges to 4.3 meters plus 8.5 times the overall depth of T-beam girder.

**562.05 Manufactured Assemblies.** For jacks, brackets, columns, joists and other manufactured devices, do not exceed the manufacturer's recommendations or 40 percent of the ultimate load carrying capacity of the assembly based on the manufacturer's tests or additional tests ordered. Limit maximum allowable dead load deflection of joists to 1/500 of their spans.

Furnish catalog or equivalent data showing the manufacturer's recommendations or perform tests, as necessary, to demonstrate the adequacy of any manufactured device proposed for use. Do not substitute other manufacturer's components unless the manufacturer's data encompasses such substitutions or field tests reaffirm the integrity of the system.

If a component of the falsework system consists of a steel frame tower exceeding 2 or more tiers high, the differential leg loading within the steel tower unit shall not exceed 4 to 1. An exception may be approved if the manufacturer of the steel frame certifies, based on manufacturer's tests, that the proposed differential loadings are not detrimental to the safe load carrying capacity of the steel frame.

**562.06 Falsework Foundations.** Field verify all ground elevations at proposed foundation locations before design.

Where spread footing type foundations are used, determine the bearing capacity of the soil. The maximum allowable bearing capacity for foundation material, other than rock, is 190 kilopascals.

Do not locate the edge of footings closer than 300 millimeters from the intersection of the bench and the top of the slope. Unless the excavation for footings is adequately supported by shoring, do not locate the edge of the footings closer than 1.2 meters or the depth of excavation, whichever is greater, from the edge of the excavation.





When a pile-type foundation is used, use according to Section 551. When falsework is supported by footings placed on paved, well-compacted slopes of berm fills, do not strut the falsework to columns unless the column is founded on rock or supported by piling.

Size spread footings to support the footing design load at the assumed bearing capacity of the soil without exceeding anticipated settlements. Provide steel reinforcement in concrete footings.

When individual steel towers have maximum leg loads exceeding 130 kilonewtons, provide for uniform settlement under all legs or each tower under all loading conditions.

Protect the foundation from adverse effects for the duration of its use. Advise the CO of actions that will be taken to protect the foundation.

**562.07 Falsework Over or Adjacent to Roadways and Railroads.** Design and construct the falsework to be protected from vehicle impact. This includes falsework posts that support members crossing over a roadway or railroad and other falsework posts if they are located in the row of falsework posts nearest to the roadway or railroad and if the horizontal distance from the traffic side of the falsework to the edge of pavement or to a point 3 meters from the centerline of track is less than the total height of the falsework.

Provide additional features to ensure that this falsework will remain stable if subjected to impact by vehicles. Use vertical design loads for these falsework posts, columns, and towers (but not footings) that are greater than or equal to either of the following:

**(a)** 150 percent of the design load calculated according to Subsection 562.03, but not including any increased or readjusted loads caused by prestressing forces

**(b)** the increased or readjusted loads caused by prestressing forces

Install temporary traffic barriers before erecting falsework towers or columns adjacent to an open public roadway. Locate barriers so that falsework footings or pile caps are at least 75 millimeters clear of concrete traffic barriers and all other falsework members are at least 300 millimeters clear. Do not remove barriers until approved.

000652





Use falsework columns that are steel with a minimum section modulus about each axis of 156 000 cubic millimeters or sound timbers with a minimum section modulus about each axis of 4 100 000 cubic millimeters.

Mechanically connect the base of each column or tower frame supporting falsework over or immediately adjacent to an open public road to its supporting footing or provide other lateral restraint to withstand a force of not less than 9 kilonewtons applied to the base of the column in any direction. Mechanically connect such columns or frames to the falsework cap or stringer to resist a horizontal force of not less than 4.5 kilonewtons in any direction. Neglect the effects of frictional resistance.

Brace or tie exterior girders, upon which overhanging bridge deck falsework brackets are hung, to the adjacent interior girders as necessary to prevent rotation of exterior girders or overstressing the exterior girder web.

Mechanically connect all exterior falsework stringers and stringers adjacent to the end of discontinuous caps, the stringer or stringers over points of minimum vertical clearance and every fifth remaining stringer, to the falsework cap or framing. Provide mechanical connections capable of resisting a load in any direction, including uplift on the stringer, of not less than 2.2 kilonewtons. Install connections before traffic is allowed to pass beneath the span.

Use 16 millimeters diameter or larger bolts to connect timber members used to brace falsework bents located adjacent to roadways or railroads.

Sheath falsework bents within 6 meters of the centerline of a railroad track solid in the area between 1 and 5 meters above the track on the side facing the track. Construct sheathing of plywood not less than 16 millimeters thick or lumber not less than 25 millimeters nominal thickness. Provide adequate bracing on such bents so that the bent resists the required assumed horizontal load or 22 kilonewtons, whichever is greater, without the aid of sheathing.

Provide at least the minimum required vertical and horizontal clearances through falsework for roadways, railroads, pedestrians, and boats.





**562.08 Falsework for Steel Structures.**

(a) Use falsework design loads consisting of the mass of structural steel, the load of supported erection equipment, and all other loads supported by the falsework.

(b) Design falsework and forms for concrete supported on steel structures so that loads are applied to girder webs within 150 millimeters of a flange or stiffener. Distribute the loads in a manner that does not produce local distortion of the web. Do not use deck overhang forms that require holes to be drilled into the girder webs.

(c) Strut and tie exterior girders supporting overhanging deck falsework brackets to adjacent interior girders to prevent distortion and overstressing of the exterior girder web.

(d) Do not apply loads to existing, new, or partially completed structures that exceed the load carrying capacity of any part of the structure according to the load factor design methods of the AASHTO *Bridge Design Specifications* using load group IB.

(e) Build supporting falsework that will accommodate the proposed method of erection without overstressing the structural steel, as required, and will produce the required final structural geometry, intended continuity, and structural action.

**562.09 Falsework Construction.** Construct falsework to conform to the accepted drawings.

When welding is required, submit a welder certification for each welder according to Subsection 555.18.

Build camber into the falsework to compensate for falsework deflection and anticipated structure deflection. Camber shown on the plans or specified by the CO is for anticipated structure deflection only.

Attach tell-tales to soffit of concrete forms in enough systematically placed locations to be able to determine from the ground the total settlement of the structure while concrete is placed.

000653



Do not apply dead loads, other than forms and reinforcing steel, to any falsework until authorized.

Discontinue concrete placement and take corrective action, if unanticipated events occur, including settlements that cause a deviation of more then 10 millimeters from those shown on the falsework drawings. If satisfactory corrective action is not taken before initial set, remove all unacceptable concrete.

**562.10 Forms.** For exposed concrete surfaces, use U.S. Product Standard PS 1 for exterior B-B (concrete form) class I plywood or other approved material that will produce a smooth and uniform concrete surface. Use only form panels in good condition free of defects on exposed surfaces. If form panel material other than plywood is used, it shall have flexural strength, modulus of elasticity, and other physical properties equal to or greater than the physical properties for the type of plywood specified.

Furnish and place form panels for exposed surfaces in uniform widths of not less than 1 meter and in uniform lengths of not less than 2 meters, except where the width of the member formed is less than 1 meter.

Arrange panels in symmetrical patterns conforming to the general lines of the structure. Place panels for vertical surfaces with the long dimension horizontal and with horizontal joints level and continuous. For walls with sloping footings which do not abut other walls, panels may be placed with the long dimension parallel to the footing.

Precisely align form panels on each side of the panel joint by means of supports or fasteners common to both panels. Provide 19-millimeter triangular fillets at all sharp edges of the concrete.

Devices may be cast into the concrete for later use in supporting forms or for lifting precast members. Do not use driven devices for fastening forms or form supports to concrete. Use form ties consisting of form bolts, clamps, or other devices necessary to prevent spreading of the forms during concrete placement.





Do not use form ties consisting of twisted wire loops. Use form ties and anchors that can be removed without damaging the concrete surface. Construct metal ties or anchorages within the forms to permit their removal to a depth of at least 25 millimeters from the face without damage to the concrete. Fill cavities with cement mortar and finish to a sound, smooth, uniform colored surface.

Construct all exposed concrete surfaces that will not be completely enclosed or hidden below the permanent ground surface so the formed surface of the concrete does not undulate more than 2.5 millimeters or 1/360 of the center to center distance between studs, joists, form stiffeners, form fasteners, or wales. Interior surfaces of underground drainage structures are considered to be completely enclosed surfaces. Form all exposed surfaces for each element of a concrete structure with the same forming material or with materials that produce similar surface textures, color, and appearance.

Support roadway slab forms of box girder type structures on wales or similar supports fastened, as nearly as possible, to the top of the web walls.

Construct concrete forms mortar-tight, true to the dimensions, lines, and grades of the structure, and of sufficient strength to prevent appreciable deflection during placement of concrete. Place all material required to be embedded in the concrete before concrete placement. Clean inside surfaces of forms of all dirt, mortar and foreign material. Remove all loose material before the completion of forming for the roadway deck slab of cast-in-place box girders or cells or voids of other members in which the forms are to either remain in place or be removed.

Form exposed curved surfaces to follow the shape of the curve, except on retaining walls that follow a horizontal curve. The wall stems may be a series of short chords if all of the following apply:

- Chords within the panel are the same length.
- Chords do not vary from a true curve by more than 15 millimeters at any point.
- All panel points are on the true curve.

When architectural treatment is required, make the angle points for chords in wall stems fall at vertical rustication joints.

000654



Coat forms to be removed with form oil. Use commercial quality form oil or an equivalent coating that permits release of the forms and does not discolor the concrete. Do not place concrete in forms until the forms have been inspected and approved.

**(a) Stay inplace deck forms.** Use permanent or stay inplace forms only when permitted by the contract.

Fabricate permanent steel bridge deck forms and supports from steel conforming to ASTM A 653M coating designation 2600, any grade except grade 340, class 3.

Install forms according to accepted fabrication and erection drawings. Do not rest form sheets directly on the top of stringer or floor beam flanges. Securely fasten sheets to form supports. Place form supports in direct contact with the stringer flange or floor beam. Make all attachments with permissible welds, bolts, or clips. Do not weld form supports to flanges of steels not considered weldable or to portions of flanges subject to tensile stresses.

Clean, wire brush, and paint with 2 coats of zinc dust zinc-oxide primer (FSS TT-P-641 type II, no color added) any permanently exposed form metal where the galvanized coating has been damaged. Minor heat discoloration in areas of welds need not be touched up.

Locate transverse construction joints in slabs at the bottom of a flute. Field drill 6-millimeter diameter weep holes at not less than 300 millimeters on center along the line of the joint.

**(b) Void forms.** Store void forms in a dry location to prevent distortion. Secure the forms using anchors and ties which leave a minimum of metal or other supporting material exposed at the bottom of finished slab.

Make the outside surface of the forms waterproof. Cover the ends with waterproof mortar tight caps. Use a premolded 6 millimeters thick rubber joint filler around the perimeter of the caps to permit expansion.

Provide a PVC vent near each end of each void form. Construct vents so the vent tube shall not extend more than 13 millimeters below the bottom surface of the finished concrete after form removal. Protect void forms from the weather until concrete is placed.





**(c) Metal forms.** The specifications for forms relative to design, mortar tightness, filleted corners, beveled projections, bracing, alignment, removal, reuse, and oiling also apply to metal forms.

**562.11 Removal of Forms and Falsework.** Remove all forms except as follows:

**(a)** Interior soffit forms for roadway deck slabs of cast-in-place box girders

**(b)** Forms for the interior voids of precast members

**(c)** Forms for abutments or piers when no permanent access is available into the cells or voids

Forms that do not support the dead load of concrete members and forms for railings and barriers may be removed 24 hours after the concrete is placed. Protect exposed concrete surfaces from damage. Cure all exposed concrete surfaces according to Subsection 552.15, if forms are removed less than 7 days after concrete placement.

Do not remove forms and falsework until the strength and time requirements of Table 562-3 are met.

Remove falsework for arch bridges uniformly and gradually. Begin at the crown and work toward the springing. Remove falsework for adjacent arch spans simultaneously.

Do not release falsework for cast-in-place prestressed portions of structures until after the prestressing steel has been tensioned.

Do not remove falsework supporting the deck of rigid frame structures, excluding box culverts, until backfill material is placed and compacted against the vertical legs of the frame.

Install a reshoring system if falsework supporting the sides of girder stems with slopes steeper than 1:1 are removed before placing deck slab concrete. Design the reshoring system with lateral supports which resist all rotational forces acting on the stem, including those caused by the placement of deck slab concrete. Install the lateral supports immediately after each form panel is removed and before release of supports for the adjacent form panel.

000655



**Table 562-3**
**Minimum Form/Support Release Criteria**

| Structural Element | Percent of Specified 28-Day Strength ($f'_c$) | Minimum Number of Days Since Last Pour |
|---|---|---|
| (a) Columns and wall faces (not yet supporting loads) | 50 | 3 |
| (b) Mass piers and mass abutments (not yet supporting loads) except pier caps | 50 | 3 |
| (c) Box girders | 80 | 14 |
| (d) Simple span girders, T-beam girders, slab bridges, cross beams, caps, pier caps not continuously supported, struts, and top slabs of concrete box culverts. | 80 | 14 |
| (e) Trestle slabs where supported on wood stringers | 70 | 10 |
| (f) Slabs and overhangs where supported on steel stringers or prestressed concrete girders | 70 | 10 |
| (g) Pier caps continuously supported | 60 | 7 |
| (h) Arches, continuous span bridges, rigid frames | 90 | 21 |

Remove all falsework material. Remove falsework piling to at least 0.5 meter below the surface of the original ground or original stream bed. Where falsework piling is driven within the limits of ditch or channel excavation, remove the piling to at least 0.5 meter below the bottom and side slopes of the excavated areas.

Leave the forms for footings constructed within a cofferdam or crib in place when their removal would endanger the safety of the cofferdam or crib, and where the forms will not be exposed to view in the finished structure.

Remove all other forms whether above or below groundline or water level.





**562.12 Acceptance.** Forms and falsework (including design, construction, and removal) will be evaluated under Subsections 106.02, 106.03, and 106.04.

When the falsework installation is complete and before concrete placement or removal begins, have the falsework inspected by a licensed professional engineer proficient in structural design. Certify in writing that the installation conforms to the contract, the approved falsework drawings (including approved changes), and acceptable engineering practices. Provide a copy of the certification before concrete placement.

## Measurement and Payment

**562.13** See Subsection 109.05.

Do not measure forms and falsework for payment.

000656

# Section 563.— PAINTING

## Description

**563.01** This work consists of applying protective coatings to metal, timber, or concrete surfaces to control corrosion and deterioration.

## Material

**563.02** Conform to the following Section and Subsections:

| | |
|---|---|
| Linseed oil | 725.14 |
| Mineral spirits | 725.14 |
| Paint | 708 |
| Water | 725.01 |

## Construction Requirements

**563.03 Protection of Public, Property, and Workers.** Comply with the Steel Structures Painting Council's (SSPC) *SSPC-PA Guide 3 - A Guide to Safety in Paint Application* and OSHA requirements. If the paint being removed is a hazardous material containing lead or chromium, comply with all the following:

- SSPC Guide 6I(CON) - *Guide for Containing Debris Generated During Paint Removal Operations*
- SSPC Guide 7I(DIS) - *Guide for the Disposal of Lead-Contaminated Surface Preparation Debris*
- 29 CFR 1926.62 - *OSHA Construction Industry Standards for Lead*
- 40 CFR 50.6 - *EPA National Primary and Secondary Ambient Air Quality Standards for Particulate Matter*
- 40 CFR 50.12 - *EPA National Primary and Secondary Ambient Air Quality Standards for Lead*
- 40 CFR Parts 260-268 - *Resource Conservation and Recovery Act (RCRA)*

At least 28 days before beginning surface preparation, submit a written plan for acceptance that details the measures to be used for protecting the environment, public, adjacent property, and workers. Include in the plan the following:





(a) Manufacturer's material safety data sheets and product data sheets for all cleaning and painting products.

(b) A detailed containment plan for removed material, cleaning products, and paint debris. Include details of attachment to the structure.

(c) A detailed disposal plan for removed material, cleaning products, and paint debris.

(d) Specific safety measures to protect workers from site hazards including falls, fumes, fires, or explosions.

(e) If paint being removed is a hazardous material include specific safety measures to comply with 29 CFR 1926.62, 40 CFR 50.6, 40 CFR 50.12, and 40 CFR Parts 260-268. Document compliance upon request.

(f) Emergency spill procedures.

(g) A Competent person responsible for ensuring that all necessary health, safety, and containment measures are enacted and maintained.

After acceptance, perform work according to the plan. If the measures fail to perform as intended, immediately stop work and take corrective action. Collect and properly dispose of all material including waste water that is used in preparing, cleaning, or painting.

**563.04 Protection of the Work.** Protect adjacent surfaces that are not to be painted by using tarps, screens, paper, cloth, or other suitable means. Prevent contamination of freshly painted surfaces by dust, oil, grease, or other harmful or deleterious material.

**563.05 Surface Preparation, General.** Notify the CO in writing at least 7 days before beginning operations. Immediately before painting, prepare the surface according to the following:

(a) Clean the surface to the specified cleanliness level.
(b) Remove dirt, dust, and other contaminants from the surface using methods recommended by the paint manufacturer.
(c) Thoroughly dry the surface.

000657



(d) Determine that the surface temperature is between 10 and 40 °C
(e) Determine that the surface temperature is 3 °C or more above the point according to ASTM E 337.
(f) Determine that the humidity is 85 percent less, unless specified wise on the manufacturer's product data sheet.

Suitable engineering controls such as enclosures and dehumidification be used to provide the conditions required above.

**563.06 Paint Application, General.** Use safe handling practices conform to the manufacturer's safety data sheet and instructions. Mix apply paint according to the product instructions. Mix paint with mech cal mixers for a sufficient length of time to thoroughly blend the pig and vehicle together. Continue the mixing during application. Do not paint that is formulated ready for application.

Paint in a neat and workmanlike manner that does not produce exces paint build-up, runs, sags, skips, holidays, or thin areas in the paint Measure the wet film thickness during application and adjust the applic rate such that, after curing, the desired dry film thickness is obta Apply paint by brush, spray, roller, or any combination thereof if perm by the manufacturer's product data sheet.

Use brushes that have sufficient bristle body and length to spread the in a uniform film. Use round, oval shaped brushes, or flat brushes wider than 120 millimeters. Evenly spread and thoroughly brush out paint as it is applied.

Use airless or conventional spray equipment with suitable traps, filters separators to exclude oil and water from the compressed air. Use c pressed air that does not show black or wet spots when tested accordin ASTM D 4285. Use the spray gun tip sizes and pressures recommen by the manufacturer.

Use rollers only on flat, even surfaces. Do not use rollers that leav stippled texture in the paint film.

Use sheepskin daubers, bottle brushes, or other acceptable methods to surfaces that are inaccessible for painting by regular means.





each coat of paint according to the manufacturer's recommendations. ect all thin areas, skips, holidays, and other deficiencies before the next ication of paint. Tint succeeding applications of paint to contrast with paint being covered. The CO will approve the color for the finish coat re application.

surfaces that will be inaccessible after erection with the full number dercoats required before erection. After erection thoroughly clean all where the undercoating is damaged or deteriorated and spot coat these the specified undercoats to the required thickness before applying the coat.

**07 Structural Iron and Steel.**

**) Paint systems.**

**(1) New surfaces or surfaces with all existing paint removed.** Furnish a paint system shown in Table 563-1.

**(2) Surfaces with existing sound paint.** Furnish a paint system compatible with the existing paint. Furnish a system shown in Table 563-2 or a system approved for use on steel structures by the state highway agency in the state in which the structure is located.

At least 14 days before ordering paint, verify compatibility of the proposed system with the existing system as follows:

*(a)* Select a test area of at least 3 square meters in a condition representative of the condition of the structure. Perform the specified level of surface preparation and apply the proposed system to the existing topcoat and to the existing primer. Observe for lifting, bleeding, blistering, wrinkling, cracking, flaking, or other evidence of incompatibility.

*(b)* Verify that no indication of incompatibility exists at least 14 days after the application of each product. Perform adhesion tests according to ASTM D 3359 method A. Notify the CO immediately if adhesion testing fails at the interface of the existing system and substrate or between the existing finish coat and primer. An adhesion failure indicates incompatibility. Choose a more compatible paint system.

**Table 563-1**
**Structural Iron and Steel Coating Systems for New Surfaces and Surfaces with All Existing Paint Removed**

| COAT | Paint System (1) | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| | Aggressive Environments (Salt) | Aggressive Environments (Salt) | Aggressive Environments (Salt) | Less Aggressive Environments (No Salt) | Less Aggressive Environments (No Salt) |
| **Primer** | Inorganic zinc type II 75-100 μm dry | Zinc-rich epoxy 75-100 μm dry | Moisture-cured urethane 50-75 μm dry | Acrylic latex 50-75 μm dry | Low VOC alkyd 50-75 μm dry |
| **Intermediate** | Epoxy 75-100 μm dry | Epoxy 75-100 μm dry | Moisture-cured urethane 50-75 μm dry | Acrylic latex 50-75 μm dry | Low VOC alkyd 50-75 μm dry |
| **Top** | Aliphatic urethane 50-75 μm dry | Aliphatic urethane 50-75 μm dry | Moisture-cured urethane or Aliphatic urethane 50-75 μm dry | Acrylic latex 50-75 μm dry | Low VOC alkyd 50-75 μm dry |
| **Total Thickness** | 200-275 μm dry | 200-275 μm dry | 150-225 μm dry | 150-225 μm dry | 150-225 μm dry |

(1) System 1, 2, or 3 is for the corrosion protection of iron and steel in aggressively corrosive atmospheric environments such as marine, industrial, high humidity, or structures exposed to deicing salts. System 4 or 5 is for use in those environments free from high concentrations of salts or pollutants that cause aggressive corrosion environments.





**Table 563 - 2**
**Structural Iron and Steel Coating Systems for Surfaces with Existing Sound Paint**

| COAT | Paint System (1) | | |
|---|---|---|---|
| | 6 | 7 | 8 |
| | Aggressive Environments (Salt) | Less Aggressive Environments (No Salt) | Less Aggressive Environments (No Salt) |
| **Primer** | Moisture-cured urethane 50-75 μm dry | Low VOC alkyd 50-75 μm dry | Low viscosity epoxy sealer 25-50 μm dry |
| **Intermediate** | Moisture-cured urethane 50-75 μm dry | Low VOC alkyd 50-75 μm dry | Epoxy 75-100 μm dry |
| **Top** | Moisture-cured urethane or Aliphatic urethane 50-75 μm dry | Low VOC silicone-alkyd 50-75 μm dry | Aliphatic urethane 50-75 μm dry |
| **Total Thickness** | 150-225 μm dry | 150-225 μm dry | 150-225 μm dry |

(1) System 1 is for the corrosion protection of iron and steel in aggressively corrosive atmospheric environments such as marine, industrial, high humidity, or structures exposed to deicing salts. System 2 or 3 is for use in those environments free from high concentrations of salts or pollutants that cause aggressive corrosion environments.

**(b) Surface preparation.** Do not remove sound paint unless specifically required by the contract.

**(1) New surfaces or surfaces with all existing paint removed.** Remove all dirt, mill scale, rust, paint, and other foreign material from exposed surfaces by blast cleaning to near white metal according to SSPC-SP 10.

Use compressed air that is free from oil or moisture and does not show black or wet spots when tested according to ASTM D 4285. Do not use unwashed sand or abrasives that contain salts, dirt, oil, or other foreign matter. Before blast cleaning near machinery, seal bearings, journals, motors, and moving parts against entry of abrasive dust.



000658