000659



Blast clean with clean dry slag, mineral grit, steel shot, or steel grit. Use a suitable gradation to produce a dense, uniform anchor pattern. Produce an anchor profile height of 25 to 50 micrometers, but not less than that recommended by the paint system manufacturer's product data sheet. Measure anchor profile height using the tape method according to ASTM D 4417.

The same day cleaning is performed, remove dirt, dust, and other debris from the surface by brushing, blowing with clean dry air, or vacuuming and apply the first coat of paint to the blast cleaned surfaces. If the cleaned surfaces rust or become contaminated before painting, repeat the blast cleaning.

**(2) Surfaces with existing sound paint.** Wash all areas to be painted with pressurized water to remove dirt, surface chalking, loose rust, and contaminants such as chlorides. Maintain a wash water pressure of at least 3.5 megapascals. Capture all wash water and removed waste according to appropriate regulations.

Clean according to SSPC-SP 2 - Hand Tool Cleaning, SSPC-SP 3 - Power Tool Cleaning, or SSPC-SP 6 - Commercial Blast Cleaning to remove dirt, loose mill scale, loose rust, or paint that is not firmly bonded to the underlying surface. Clean small areas that show pinhole corrosion, stone damage from traffic, or minor scratches. Clean at least 50 millimeters beyond the damaged areas. Feather edges of remaining old paint to achieve a reasonably smooth surface.

The same day hand- or power-tool cleaning is performed, remove dirt, dust, and other contaminants from the surface with solvent cleaning methods according to SSPC-SP 1 and spot paint all bare steel areas with the first coat of paint. If the cleaned surfaces rust or become contaminated before painting, repeat solvent cleaning. Repair all damage to sound paint by applying the entire system.

**(c) Application of paints.** Apply each coat to the wet film thickness as recommended by the paint manufacturer to obtain the specified dry film thickness. Verify the application rate of each coat with a wet film paint thickness gauge immediately after applying paint to the surface. Confirm the application rate by measuring the dry film thickness after the solvent has evaporated from the surface.





**Table 563-3**
**Coating Systems for Other Structures**

| Substrate | Paint Coatings | | | |
|---|---|---|---|---|
| | Primer | Intermediate | Finish | Total |
| Smooth Wood | Exterior wood primer (1) 60-70μm dry | Exterior latex or alkyd 35-50μm dry | Exterior latex or alkyd 35-50μm dry | 130-170μm dry |
| Rough Lumber | Exterior latex or alkyd (1) 35-50μm dry | Exterior latex or alkyd 35-50μm dry | Exterior latex or alkyd 35-50μm dry | 105-150μm dry |
| Concrete | Epoxy single coat 80-100μm dry. For gloss finish, finish with aliphatic-polyurethane (50μm dry). | | | 80-150μm dry |
| Masonry Block | Masonry block filler 50-60μm dry | Exterior latex or alkyd 35-50μm dry | Exterior latex or alkyd 35-50μm dry | 120-160μm dry |
| Aluminum | Metal primer 30-40μm dry | Exterior latex or alkyd 35-50μm dry | Exterior latex or alkyd 35-50μm dry | 100-140μm dry |
| Other Metals | Metal primer (2) 35-45μm dry | Exterior latex or alkyd 35-50μm dry | Exterior latex or alkyd 35-50μm dry | 105-145μm dry |

(1) For untreated wood, thin the primer with up to 0.1 liter of turpentine and 0.1 liter of linseed oil per liter of paint.
(2) For galvanized surfaces, use an epoxy primer (35-45 micrometers dry thickness) or a vinyl wash primer (7-13 micrometers dry thickness).

**563.08 Painting Galvanized Surfaces.** Remove all oil, grease, or other contaminants on the surface by washing with a mineral spirit solvent according to SSPC-SP 1.

Apply the coating system shown in Table 563-3 for other metals.

**563.09 Painting Timber Structures.** Dry timber to a moisture content of 20 percent or less. On previously painted timber, remove all cracked or peeled paint, loose chalky paint, dirt, and other foreign material by wire brushing, scraping, or other approved methods. On timber treated with creosote or oilborne pentachlorophenol preservative, wash and brush away visible salt crystals on the wood surface and allow to dry. Remove all dust or other foreign material from the surface to be painted.

000660



Apply the coating system shown in Table 563-3. The primer may be applied before erection. After the primer dries and the timber is in place, fill all cracks, checks, nail holes, or other depressions flush with the surface using approved putty. Evenly spread and thoroughly work the paint into all corners and recesses. Allow the full thickness of the applied coat of paint to dry before applying the next coat.

**563.10 Painting Concrete Structures.** Remove all laitance, dust, foreign material, curing compound, form oil, grease or other deleterious material from the concrete surface. Remove form oil, grease, or curing compound by washing with a 5 percent solution of trisodium phosphate and rinsing with clean water. Allow the surface to dry completely.

Give the cleaned surface a light abrasive sweep to remove mortar wash or other contaminants. Remove all residue and dust by hand, broom, compressed air or other approved methods.

Apply the coating system coatings shown in Table 563-3. Evenly spread and thoroughly work the paint into all corners and recesses. Allow the full thickness of the applied coat of paint to dry before applying the next coat.

**563.12 Acceptance.** Paint material will be evaluated under Subsections 106.02 and 106.03. If sampling and testing of paint components is required, sampling will be according to FSS 141 method 1021 and the testing of the paint properties will be according to the procedures and methods listed in FSS 141.

Painting application will be evaluated under Subsection 106.02 and 106.04. The dry paint thickness on steel structures will be determined using a type I magnetic film thickness gauge according to SSPC-PA 2 or by using destructive methods according to ASTM D 4138. If destructive methods are used, repair test locations in an approved manner.

## Measurement

**563.12** Measure painting by the square meter or by the lump sum. When measurement is by the square meter, measure the visible surface area painted.





## Payment

**563.13** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 56301 Painting, *description* structure | Lump sum |
| 56302 Painting, *description* structure | Square meter |

000661

# Section 564.— BEARING DEVICES

## Description

**564.01** This work consists of furnishing and installing bridge bearings. Bearing devices are designated as elastomeric, rocker, roller, and sliding plate.

## Material

**564.02** Conform to the following Subsections:

| | |
|---|---|
| Elastomeric bearing pads | 717.10 |
| Tetrafluoroethylene (TFE) surfaces for bearings | 717.11 |

## Construction Requirements

**564.03 General.**

**(a) Drawings.** Prepare and submit drawings for the bearings according to Subsection 104.03 and Section 18 of the AASHTO *Standard Specifications for Highway Bridges* Division II, Volume II. Show all details of the bearings including the material proposed for use. Obtain approval before beginning fabrication.

**(b) Fabrication.** Fabricate bearings according to Section 18 of the AASHTO *Standard Specifications for Highway Bridges* Division II, Volume II. The surface finish of bearing components in contact with each other or with concrete, but not embedded in concrete, shall conform to Subsection 555.08(e).

Preassemble bearing assemblies in the shop and check for proper completeness and geometry. Galvanize steel bearing components and anchor bolts according to Subsection 717.07. Do not galvanize stainless steel bearing components or anchor bolts.

**(c) Packaging, handling, and storage.** Before shipping from the manufacturer, clearly identify each bearing component and mark on its top the location and orientation in the structure. Securely bolt, strap, or otherwise fasten the bearings to prevent any relative movement.





Package bearings so they are protected from damage due to shipping, handling, weather, or other hazards. Do not dismantle bearing assemblies at the site except for inspection or installation.

Store all bearing devices and components at the work site in a location that provides protection from environmental and physical damage.

**(d) Construction and installation.** Clean the bearings of all deleterious substances. Install the bearings to the positions shown on the drawings. Set bearings and bearing components to the dimensions shown on the drawings or as prescribed by the manufacturer. Adjust according to the manufacturer's instructions to compensate for installation temperature and future movements of the bridge.

Set bridge bearings level at the exact elevation and position. Provide full and even bearing on all external bearing contact surfaces. If bearing surfaces are at improper elevations, not level, or if bearings cannot otherwise be set properly, notify the CO and submit a written proposal to modify the installation for approval.

Bed metallic bearing assemblies, not embedded in concrete, on concrete with an approved filler or fabric material.

Set elastomeric bearing pads directly on properly prepared concrete surfaces without bedding material.

Machine bearing surfaces seated directly on steel to provide a level and planar surface upon which to place the bearing.

**564.04 Elastomeric Bearings.** The bearings include nonreinforced pads (consisting of elastomer only) and reinforced bearings with steel or fabric laminates.

Reinforce elastomeric bearings more than 15 millimeters thick with laminates every 15 millimeters through the entire thickness.

If not specified, use 50-durometer elastomer, capable of sustaining an average compressive stress of 7 megapascals.

Fabricate elastomeric bearings according to AASHTO M 251. Use material that meets the flash tolerance, finish, and appearance requirements of the *Rubber Handbook* as published by the Rubber Manufacturer's Association Incorporated, RMA F3 and T.063 for molded bearings and RMA F2 for extruded bearings. Determine compliance with AASHTO M 251, level I acceptance criteria.

Mark each reinforced bearing with indelible ink or flexible paint. The marking information shall include the order number, lot number, bearing identification number, and elastomer type and grade number. Unless otherwise specified, mark on a face that is visible after erection of the bridge. Furnish a list of all individual bearing numbers.

Place bearings on a level surface. Correct any misalignment in the support to form a level surface. Do not weld steel girders or base plates to the exterior plates of the bearing unless there is more than 40 millimeters of steel between the weld and elastomer. Do not expose the elastomer or elastomer bond to instantaneous temperatures greater than 200 °C.

**564.05 Rocker, Roller, and Sliding Bearings.** When TFE coatings are required, use coatings conforming to Subsection 564.07.

Fabricate rocker, roller, and sliding bearings according to the details shown on the plans and to Section 555. Perform fabrication according to the standard practice in modern commercial shops. Remove burrs, rough and sharp edges, and other flaws. Stress relieve rocker, roller, and other bearings that are built up by welding sections of plate together before boring, straightening, or finished machining.

Thoroughly coat all contact surfaces with oil and graphite just before placing roller bearings. Install rocker, roller, and sliding bearings so they are vertical at the specified mean temperature after release of falsework and after any shortening due to prestressing forces. Take into account any variation from mean temperature of the supported span at time of installation and any other anticipated changes in length of the supported span.

Make sure the superstructure has full and free movement at movable bearings. Carefully position cylindrical bearings so that their axes of rotation align and coincide with the axis of rotation of the superstructure.





**564.06 Masonry, Sole, and Shim Plates for Bearings.** Provide metal plates used in masonry, sole, and shim plates, conforming to AASHTO M 270M grade 250.

Fabricate and finish steel according to Section 555. Form holes in bearing plates by drilling, punching, or accurately controlled oxygen cutting. Remove all burrs by grinding.

Accurately set bearing plates in level position as shown on the drawings and provide a uniform bearing over the bearing contact area. When plates are embedded in concrete, make provision to keep them in correct position as the concrete is placed.

**564.07 Tetrafluoroethylene (TFE) Surfaces for Bearings.** Furnish TFE material that is factory-bonded, mechanically connected, or recessed into the backup material as shown on the plans.

Bond or mechanically attach the fabric containing TFE fibers to a rigid substrate. Use a fabric capable of carrying unit loads of 70 megapascals without cold flow. Use a fabric-substrate bond capable of withstanding, without delamination, a shear force equal to 10 percent of the perpendicular or normal application loading plus any other bearing shear forces.

Determine compliance using approved test methods and procedures according to Section 18, Subsection 18.8.3, AASHTO *Standard Specifications for Highway Bridges* Division II, Volume II. If the test facility does not permit testing completed bearings, manufacture extra bearings and prepare samples of at least 450-kilonewton capacity at normal working stresses.

Determine static and dynamic coefficient of friction at first movement of the test bearing at a sliding speed of less than 25 millimeters per minute. The coefficient of friction shall not exceed the coefficient of friction as specified in Table 564-1 or by the manufacturer.

Furnish a listing of all individual bearing numbers.

000663



**Table 564-1**
**Coefficient of Friction**

| Material | Bearing Pressure (megapascals) | Friction Coefficient |
|---|---|---|
| Unfilled TFE, fabric containing TFE fibers, or TFE-perforated metal composite | 3.5 | 0.08 |
| | 14 | 0.06 |
| | 24 | 0.04 |
| Filled TFE | 3.5 | 0.12 |
| | 14 | 0.10 |
| | 24 | 0.08 |
| Interlocked bronze and filled TFE structures | 3.5 | 0.10 |
| | 14 | 0.07 |
| | 24 | 0.05 |

**564.08 Anchor Bolts.** Furnish swedge or thread anchor bolts conforming to ASTM A 307 or as shown on the plans or specified in the contract.

Drill holes for anchor bolts and set them in portland cement non-shrink grout or preset them before placing the concrete.

Adjust bolt locations for superstructure temperature as required. Do not restrict free movement of the superstructure at movable bearings by anchor bolts or nuts.

**564.09 Bedding of Masonry Plates.** Place filler or fabric as bedding material under masonry plates if required by the contract. Use the type of filler or fabric specified and install to provide full bearing on contact areas. Thoroughly clean the contact surfaces of the concrete and steel immediately before placing the bedding material and installing bearings or masonry plates.

**564.10 Acceptance.** Bearing devices will be evaluated under Subsections 106.02 and 106.03. Furnish a production certification with each shipment of bearing devices.





Bearing device installation will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**564.11** Measure bearing devices by the each.

## Payment

**564.12** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement, for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 56401 ________ bearing device | Each |

000664

## Section 565.— DRILLED SHAFTS

### Description

**565.01** This work consists of constructing drilled shafts.

### Material

**565.02** Conform to the following Section and Subsections:

| | |
|---|---|
| Mineral slurry | 725.26 |
| Reinforcing steel | 709.01 |
| Structural concrete | 552 |

### Construction Requirements

**565.03 Contractor Qualifications and Equipment Adequacy.** Use personnel with at least 3 or more years experience in the construction of drilled shafts. Provide personnel resumes of job experiences and appropriate documentation including names, addresses, and telephone numbers of organizations or associations that verify the information. Acceptance of the proposed personnel responsible for the construction of the drilled shafts is required before work begins.

Submit an installation plan for acceptance at least 30 days before constructing drilled shafts. Include the following information in the plan.

(a) List of proposed equipment to be used including cranes, drills, augers, bailing buckets, final cleaning equipment, desanding equipment, slurry pumps, core sampling equipment, tremies, concrete pumps, casings, etc.

(b) Details of overall construction operation sequence and the sequence of shaft construction in bents or groups.

(c) Details of shaft excavation methods and procedures for maintaining correct horizontal and vertical alignment of the excavation.

(d) When a mineral slurry is required, details of the methods to mix, circulate, and de-sand the slurry.

(e) Details of methods to clean the shaft excavation.





(f) Details of reinforcement placement including support and centralization methods.

(g) Details of concrete placement including proposed operational procedures for free fall, tremie, or pumping methods.

Acceptance of the Contractor's plan, personnel, and trial shafts does not relieve the Contractor of the responsibility for obtaining the required results.

**565.04 Trial Drilled Shafts.** When trial drilled shafts are required by the contract, perform the work according to the applicable requirements of Subsection 565.05 and the following.

Before drilling holes for production shafts, demonstrate that the proposed methods and equipment are adequate by drilling a trial drilled shaft adjacent to the production shafts at an approved location. Make the center-to-center spacing between the trial shaft and production shafts at least 3 shaft diameters or 2 bell diameters whichever is larger.

Construct the trial drilled shaft to the same size and to the tip elevation of the deepest production shaft shown on the plans. When bells are specified for production shafts, include a bell in the final shaft to verify the feasibility of belling in the specified bearing stratum.

If material caves into the drilled hole or the hole deforms excessively, case the hole. When casings are used, seat the casing as necessary to prevent caving and to allow dewatering of the hole. Remove all material inside the hole. Keep the casing in place a minimum of 4 hours while attempting to remove all water in the hole. Record the rate of groundwater seepage into the hole. After this 4 hour period, fill the hole with saturated sand while the casing is removed to simulate the concreting operation and casing removal for the production drilled shafts. Concrete or reinforcing steel is not required in the trial drilled shaft.

If the trial drilled shaft is determined to be unsatisfactory, modify the methods and equipment. Submit a new installation plan and drill a new trial drilled shaft at the Contractors' expense.

Once approval is given to construct the production drilled shafts, no changes are permitted in the installation plan without prior approval.

000665



## 565.05 Drilled Shafts.

**(a) Excavation.** Do not excavate additional shafts, allow excessive wheel loads, or allow excessive vibrations within 5 meters or 3 shaft diameters, whichever is greater, of a newly constructed shaft for at least 20 hours. Excavate for structure footings supported on drilled shafts and construct fills before drilling. Position the drilled shaft within 75 millimeters of the required position in a horizontal plane at the top of shaft elevation.

Excavate holes according to the accepted installation plan. Do not allow the alignment of a vertical shaft to vary from the required alignment by more than 20 millimeters per meter of depth. Do not allow the alignment of a battered shaft to vary by more than 40 millimeters per meter of depth from the required batter alignment.

Provide equipment with the capability to excavate shafts 20 percent longer than and the same diameter as those shown on the plans.

Maintain a log of material excavated from the drilled shaft that includes the following information:

- Description and approximate top and bottom elevation of each type of soil or rock material encountered
- Elevation and approximate rate of any seepage or groundwater en countered
- Equipment used, time required to drill shaft, and all difficulties en countered
- Remarks

**(1) Dry method.** Use the dry construction method at sites where the groundwater level and soil conditions are suitable to permit construction of the shaft in a relatively dry excavation and where the sides and bottom of the shaft may be visually inspected before placing concrete. The dry method consists of drilling the shaft, removing accumulated water, removing loose material from the excavation, placing the reinforcing cage, and concreting the shaft in a relatively dry excavation.

The dry construction method can only be used when the trial shaft excavation demonstrates all the following:





*(a)* Less than 300 millimeters of water accumulates above the base of the hole during a 1-hour period when no pumping is permitted.
*(b)* The sides and bottom of the hole remain stable without detrimental caving, sloughing, or swelling over a 4-hour period immediately following completion of excavation.
*(c)* Loose material and water can be satisfactorily removed before inspection and before concrete placement.

**(2) Wet method.** Use the wet construction method or the casing construction method for shafts that do not meet the above requirements for the dry construction method. This method consists of using water or mineral slurry to maintain stability of the hole perimeter while advancing the excavation to final depth, placing the reinforcing cage, and concreting the shaft.

The wet method involves the following work:

*(a)* Desanding and cleaning the slurry.
*(b)* Final cleaning of the excavation using a bailing bucket, air lift, submersible pump, or other approved devices.
*(c)* Placing the shaft concrete with a tremie or concrete pump beginning at the shaft bottom.
*(d)* Providing, as needed, temporary surface casings to aid shaft alignment and positioning.
*(e)* Providing temporary surface casings to prevent sloughing of the top of the shaft excavation unless it can be satisfactorily demonstrated that the surface casing is not required.

Where drilled shafts are located in open water areas, extend exterior casings from above the water elevation into the ground to protect the shaft concrete from water action during placement and curing of the concrete. Install the exterior casing in a manner that will produce a positive seal at the bottom of the casing to prevent piping of water or entry of other material from the shaft excavation.

When it is determined that the hole sidewall has softened due to excavation methods, swelled due to delays in concreting, or degraded because of slurry cake buildup, overream sidewall a minimum of 15 millimeters or a maximum of 75 millimeters to sound material.

999000





At the time of concrete placement, clean the hole so no more than 50 percent of the bottom of each hole has more than 10 millimeters of sediment and the maximum depth of sediment at any place on the bottom of the hole does not exceed 40 millimeters. For dry holes, reduce the depth of water to 75 millimeters or less before placing concrete.

**(b) Mineral slurry.** Premix the mineral slurry with clean fresh water according to the mineral manufacturer to allow for hydration before introduction into the shaft excavation. Use slurry tanks of adequate capacity for slurry circulation, storage, and treatment. Do not use excavated slurry pits or the shaft excavation to mix the slurry. Do not add mineral component directly into the shaft excavation.

Provide desanding equipment to limit slurry sand content to less than 4 percent by volume at any point in bore hole. Desanding is not required for setting temporary casings, sign posts, or lighting mast foundations.

During drilling, maintain slurry surface in the shaft at least 1 meter above the highest expected adjacent piezometric water pressure head and at a level sufficient to prevent caving of the hole.

When there is a sudden significant loss of slurry from the hole, stop drilling and take corrective measures to prevent slurry loss. Prevent the slurry from setting up in the shaft. If at any time the slurry construction method fails to produce the desired final results, discontinue and use an approved alternative method.

Maintain density, viscosity, and pH of the mineral slurry during shaft excavation and until concrete placement within the acceptable ranges shown in Table 565-1. Take slurry samples using an approved sampling tool. Extract slurry samples from the base of the shaft and 3 meters up from the base of the shaft. Perform 4 sets of tests during first 8 hours of slurry use. When results are acceptable and consistent, the testing frequency may be decreased to one test set for every 4 hours of slurry use.

When a slurry sample is unacceptable, make necessary corrections to bring the slurry within specifications. Do not place concrete until the results of the resampling and retesting indicate acceptable values.





Furnish reports of all tests, signed by an authorized representative, after completion of each drilled shaft. Dispose of slurry at approved locations.

**Table 565-1**
**Acceptable Range of Values for Mineral Slurry**

| Property | At Time of Slurry Introduction | In Hole at Time of Test Concreting | Method |
|---|---|---|---|
| Density, kg/m$^3$ | 1030 - 1110 | 1030 - 1200 | Density balance |
| Viscosity, s/L | 30 - 48 | 30 - 48 | Marsh cone |
| pH | 8 - 11 | 8 - 11 | pH paper or meter |

**Note:** Density values shown are for fresh water. Increase density values 30 kilograms per cubic meter for saltwater. Perform tests when slurry temperature is above 4 °C. If desanding is required, sand content shall not exceed 4 percent by volume at any point in the bore hole according to the American Petroleum Institute sand content test.

**(c) Casings.** Use smooth, clean, watertight, steel casings of sufficient strength to withstand handling and installation stresses and the concrete and surrounding earth pressures. All casing diameters shown on the plans are outside diameters.

The diameter of a permanent casing is subject to American Pipe Institute tolerances applicable to regular steel pipe. Make the outside diameter of the casing no less than the specified size of the shaft.

Install casings to produce a positive seal at the bottom that prevents piping of water or other material into or out of the hole. If it becomes necessary to remove a casing and substitute a longer or larger diameter casing through caving soils, stabilize the excavation with slurry or backfill before the new casing is installed. Other approved methods may be used to control the stability of the excavation and protect the integrity of the foundation soils.

0006667



All subsurface casings are to be considered temporary unless designated in the contract as permanent casing. Remove temporary casing before completing placement of concrete in any shaft excavation requiring casing. During casing extraction, maintain a level of fresh concrete in the casing that is a minimum of 1.5 meters above the surrounding level of water or drilling fluid. Exercise care during casing removal to maintain an adequate level of concrete within the casing so fluid trapped behind the casing is displaced upward and discharged at the ground surface without contaminating or displacing the shaft concrete.

Temporary casings that have become bound or fouled during shaft construction and cannot be practically removed are considered to be a defect in the drilled shaft. Correct defective shafts using approved methods. Corrective action may consist of, but is not limited to, the following:

(1) Removing the shaft concrete and extending the shaft deeper to compensate for loss of frictional capacity in the cased zone
(2) Providing straddle shafts to compensate for capacity loss
(3) Providing a replacement shaft

When a casing is designated as permanent, cut the casing off at the required elevation and leave in place.

**565.06 Reinforcing Steel for Drilled Shafts.** Perform the work according to Section 554. Place the reinforcing steel cage as a unit immediately after the shaft excavation is inspected and accepted and before concrete placement. Securely wire together contact reinforcing steel lap splices. If the concrete is not placed immediately after the cage is installed, the cage may have to be removed before placing the concrete to verify the integrity of the excavated area and to ensure loose material is removed from the bottom of the hole.

Tie and support the reinforcing steel so it remains within the required tolerances. Securely tie concrete spacers or other approved spacing devices at fifth points around the cage perimeter and space at intervals not to exceed 3 meters along the length of the cage. Use spacers of approved material at least equal in quality and durability to the shaft concrete.

Handle reinforcing cages to avoid distortion or racking of the steel.





During concrete placement, provide positive support from the top for the reinforcing steel cage. Maintain the top of the reinforcing steel cage no more than 150 millimeters above and no more than 75 millimeters below the required position. If the reinforcing steel cage is not maintained within tolerances, make acceptable corrections and do not construct additional shafts until the method of reinforcing steel cage support has been approved.

**565.07 Concrete for Drilled Shafts.** Place concrete immediately after all excavation is complete and the reinforcing steel cage is in place. Furnish concrete conforming to Section 552 except as otherwise indicated herein. For shafts constructed without drilling fluid, use class A structural concrete having a slump of $175 \pm 25$ millimeters. For shafts constructed with drilling fluid, use class A structural concrete having a slump of $200 \pm 25$ millimeters. Use seal concrete for under water placement. Do not use seal concrete above the freeze/thaw or wet/dry zone of the hole. Place underwater concrete according to Subsection 552.11(e) except as modified herein. The method of underwater placement is subject to approval.

Adjust approved admixtures for project conditions to ensure that the concrete has the minimum required slump for at least 2 hours. Submit trial mix and slump loss test results for concrete at ambient temperatures appropriate for site conditions.

Place each load of concrete within 2 hours of batching. Longer placement time may be permitted if the concrete mix maintains the minimum required slump for longer than 2 hours. Do not retemper concrete that has developed its initial set.

Place concrete in one continuous operation from bottom to top of the shaft. Continue placing concrete after the shaft excavation is full and until acceptable quality concrete is evident at the top of shaft. Before initial concrete set, consolidate the top 3 meters of the shaft concrete using acceptable vibratory equipment. Finish the top of the shaft to +25 millimeters or -75 millimeters from the required elevation. For wet holes, do not consolidate until all water or slurry above the concrete surface has been removed. Place concrete either by free fall, tremie, or concrete pump.

**(a) Free-fall concrete placement.** Use free-fall placement only in dry holes with an 8-meter maximum height of free-fall. The concrete shall fall directly to the shaft base without contacting either the rebar cage or hole sidewall.

000668



Drop chutes may be used to direct placement of free-fall concrete. Drop chutes consist of a smooth tube of either one-piece construction or sections that can be added and removed. Place concrete through a hopper at the top of the tube or through side openings as the drop chute is removed from the shaft during concrete placement. Support the drop chute so that the maximum height of free-fall of the concrete measured from the bottom of the chute is 8 meters. If concrete placement causes the shaft excavation to cave or slough or if the concrete strikes the rebar cage or sidewall, reduce the height of free-fall and/or reduce the rate of concrete flow into the excavation. If placement cannot be satisfactorily accomplished by free-fall, use tremie or pumping to place the concrete.

**(b) Tremies.** Use tremies for concrete placement in either wet or dry holes. A tremie consists of a tube of sufficient length, mass, and diameter to discharge concrete at the shaft base. Do not use tremies that contain aluminum parts that will come in contact with the concrete. Make the tremie inside diameter at least 6 times the maximum size of aggregate used in the concrete mix and not less than 250 millimeters. Make the inside and outside surfaces of the tremie clean and smooth. Make the wall thick enough to prevent crimping or sharp bends.

Use a watertight tremie in accordance with Subsection 552.11(e) for wet holes. Construct the discharge end of the tremie to permit free radial flow of concrete during placement. Place the tremie discharge at the shaft base elevation. Place the concrete in a continuous flow. Keep the tremie discharge immersed at least 1.5 meters below the surface of the fluid concrete. Maintain a positive head of concrete in the tremie at all times. If at any time during the concrete placement, the tremie discharge is removed from the fluid concrete column and discharges concrete above the rising concrete surface into displaced water, remove the reinforcing cage and concrete, complete any necessary sidewall removal as directed, and reconstruct the shaft.

**(c) Pumped concrete.** Use pumped concrete placement in either wet or dry holes. Use 100-millimeter minimum diameter discharge tubes with watertight joints. Place the discharge tube at the shaft base elevation.

Use a sealed discharge tube according to Subsection 552.11(e) for wet holes. If a plug is used, remove it from the hole or use a plug made from approved material that will prevent a defect in the shaft if not removed.





Place the concrete in a continuous flow. Keep pump discharge tube immersed at least 1.5 meters below the surface of the fluid concrete. If at any time during the concrete placement, the discharge tube is removed from the fluid concrete column and discharges concrete above the rising concrete surface into displaced water, remove the reinforcing cage and concrete, complete any necessary sidewall removal as directed by the CO, and reconstruct the shaft.

When the top of shaft is above ground, use a removable form or other approved means to form the shaft to at least 0.5 meter below finished ground. Forms may be removed provided the requirements in Subsection 562.11 and Table 562-3(a) are complied with and the shaft concrete has not been exposed to saltwater or moving water for 7 days. Strip the forms without damaging the concrete.

Remove the top portion of the drilled shaft concrete before continuing with column construction when it is determined the concrete has been effected by underwater placement.

**565.08 Acceptance.** Material for mineral slurry will be evaluated under Subsections 106.02 and 106.03.

Construction of drilled shafts will be evaluated under Subsections 106.02 and 106.04.

Concrete will be evaluated under Section 552. Concrete, tremie placed or pumped, will be sampled at point of discharge into the tremie or concrete pump hopper.

Reinforcing steel will be evaluated under Section 554.

## Measurement

**565.09** Measure drilled shafts by the meter from the plan top elevation to the approved tip. Do not measure portions of shafts extending deeper than approved.

Do not measure concrete or reinforcing steel for payment.

000669



Measure trial drilled shafts, determined to be satisfactory, by the meter from the approved tip elevation to the ground surface at the center of the shaft.

Measure drilled shaft bells by the each.

## Payment

**565.10** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 56501 | Drilled shafts | Meter |
| 56502 | Trial drilled shaft | Each |
| 56503 | Bell | Each |



# DIVISION 600
# Incidental Construction