000670



# Section 601.— MINOR CONCRETE STRUCTURES

## Description

**601.01** This work consists of constructing minor concrete structures.

## Material

**601.02** Conform to the following Subsections:

| | |
|---|---|
| Air-entraining admixtures | 711.02 |
| Chemical admixtures | 711.03 |
| Coarse aggregate | 703.02 |
| Curing material | 711.01 |
| Fine aggregate | 703.01 |
| Fly ash | 725.04 |
| Joint fillers | 712.01 |
| Portland cement | 701.01 |
| Precast concrete curbing | 725.06 |
| Precast concrete units | 725.11 |
| Reinforcing steel | 709.01 |
| Structural steel | 717.01 |
| Water | 725.01 |

**601.03 Concrete Composition.** Conform to Table 601-1. Before batching concrete, submit the proposed concrete proportions for approval on Form FHWA 1606 *Minor Portland Cement Concrete Mix Design Trial Batch Summary* or other approved form. As a minimum, submit the following:

(a) Type and source(s) of all material proposed for use.
(b) Material certification for all material proposed for use.
(c) Saturated surface dry mass of the fine and coarse aggregate per cubic meter of concrete.
(d) Gradation of fine and coarse aggregate.
(e) Mass of mixing water per cubic meter of concrete.
(f) Mass of cement per cubic meter of concrete. Fly ash, ground iron blast-furnace slag, or silica fume may be substituted for cement according to Subsection 552.03(g).
(g) Entrained air content of plastic concrete in percent by volume.
(h) Maximum slump of plastic concrete in millimeters.





**TABLE 601-1**
**Composition of Minor Structure Concrete**

| Property | Specification |
|---|---|
| Minimum cement content, kg/m$^3$) | 362 |
| Maximum water/cement ratio | 0.49 |
| Maximum slump, mm | 125 |
| Minimum air content, % | 4 |
| Size of coarse aggregate | AASHTO M 43 with 100% passing the 37.5 mm sieve |
| Minimum 28-day compressive strength, MPa | 25 |

## Construction Requirements

**601.04 General.** Perform excavation and backfill work under Section 209. When concrete is cracked, spalling, or scaling, remove concrete to the nearest joint.

Design and construct forms that are free of bulge and warp and allow for removal without injuring the concrete. When concrete contains a retarding admixture, fly ash, or other pozzolan replacement for cement, design the forms for a lateral pressure equal to that exerted by a fluid weighing 2400 kilograms per cubic meter.

Use wood, metal, or other suitable material for forms. Keep forms clean and coat with a form release agent or form oil before placing concrete.

Place and fasten reinforcing steel according to Subsection 554.08.

**601.05 Placing Concrete.** Conform to Subsection 552.10. Moisten the forms and foundation immediately before placing concrete. Discharge concrete within the time limit shown in Table 552-2.

000671



Place concrete to avoid segregation of material. Consolidate with vibrators according to Subsection 552.11(d). Do not use aluminum pipe for transporting or placing concrete. The intervals between delivery of batches for a single pour on a structure shall not exceed 30 minutes.

Do not apply water to plastic concrete surfaces during finishing operations.

**601.06 Curing Concrete.** Cure concrete a minimum of 7 days. If high early strength cement is used, cure concrete a minimum of 3 days. Cure according to Subsection 552.15. Finish exposed concrete surfaces according to Subsection 552.16(a) or (b), as applicable.

**601.07 Acceptance.** Material for minor concrete structures including concrete, reinforcing steel, and structural steel for minor structures will be evaluated under Subsections 106.02 and 106.03. For confirming commercial certifications of compressive strength, AASHTO T 23 is modified to allow the 28-day cure in a waterproof mold.

Excavation and backfill will be evaluated under Section 209.

Construction or minor concrete structures will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**601.08** Measure concrete by the cubic meter in the structure, by the square meter, by the lump sum, or by the each.

## Payment

**601.09** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

The concrete lump sum item will be paid based on the progress of the work under this Section.





Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 60101 | Concrete | Cubic meter |
| 60102 | Concrete | Square meter |
| 60103 | Concrete | Lump sum |
| 60104 | Concrete | Each |

000672



# Section 602.— CULVERTS AND DRAINS

## Description

**602.01** This work consists of constructing culverts, drains, and precast concrete box culverts.

## Material

**602.02** Conform to the following Subsections:

| | |
|---|---|
| Aluminum-alloy corrugated pipe | 707.03 |
| Aluminum-alloy spiral rib pipe | 707.12 |
| Asphalt-coated pipe | 707.04 |
| Asphalt mastic | 702.07 |
| Concrete-lined corrugated steel pipe | 707.13 |
| Fiber-bonded asphalt coated steel pipe | 707.09 |
| Invert-paved corrugated steel pipe | 707.14 |
| Joint fillers, sealants, and preformed joint seals | 712.01 |
| Joint mortar | 712.02 |
| Metallic-coated corrugated steel pipe | 707.02 |
| Metallic-coated spiral rib pipe | 707.11 |
| Non-reinforced concrete pipe | 706.01 |
| Plastic pipe | 706.08 |
| Polymer-coated steel pipe | 707.08 |
| Precast reinforced concrete box sections | 706.07 |
| Reinforced arch-shaped concrete pipe | 706.04 |
| Reinforced concrete pipe | 706.02 |
| Reinforced D-load concrete pipe | 706.06 |
| Reinforced elliptically-shaped concrete pipe | 706.05 |
| Slotted drain pipe | 707.10 |
| Special grout backfill | 704.11 |
| Watertight gaskets | 712.03 |





## Construction Requirements

**602.03 General.** Use the same material and coating on all contiguous pipe sections, extensions, and special sections, such as elbows and branch connections. Culvert material, sizes, and approximate locations are shown on the plans. Determine the final location, length, and special sections in the field. Perform excavation and backfill work under Section 209.

**602.04 Laying Concrete Pipe and Precast Concrete Box Culverts.** Start at the lower end and lay the bell or groove end upgrade. Fully join all sections. Place circular pipe with elliptical reinforcement with the minor axis of the reinforcement in a vertical position. Construct the joints by one of the following methods:

**(a) Mortared joints.** Clean the lower portion of the receiving end of the pipe. Plaster the inside with sufficient joint mortar to bring the inner surfaces of the abutting pipe sections flush and even. Fit the sections as close as the construction of the culvert permits. Fill and seal joints with mortar inside and out. Clean excess mortar from the inside of the joint.

Cure mortar outside of joints by covering with polyethylene sheeting or spraying with a curing compound. Backfill while mortar is plastic or, if mortar sets before backfilling, wait at least 24 hours before backfilling.

**(b) Gasket joints.** Protect the joint ends from mud, silt, gravel, or other unwanted material. Lay the pipe sections with gaskets attached. Remove, clean, relubricate, and reseat gaskets disturbed or contaminated.

Align the pipe sections. Force the joints home using the pipe manufacturers' recommended procedure. Do not drive or ram by hand or machinery. Block the last section of each day's run to prevent creep.

000673



**602.05 Laying Metal Pipe.** Lay pipe with outside laps of circumferential joints upgrade and longitudinal laps positioned other than in the invert. Place elongated pipes with major axis within 5 degrees of vertical.

Join the sections together with coupling bands. Do not use flat bands or smooth sleeve type couplers. Limit the use of coupling bands with projections (dimples) to attaching prefabricated flared end sections.

When aluminum alloys come in contact with other metals, coat the contacting surfaces with asphalt mastic or a preapproved impregnated caulking compound.

**602.06 Laying Plastic Pipe.** Lay plastic pipe according to the pipe manufacturer's recommendation.

**602.07 Laying Slotted Drain Pipe.** Join the sections together with coupling bands. Cover the slots with roofing paper or other approved covering during backfilling and paving to keep material out of the pipe. Backfill with a special grout backfill.

**602.08 Acceptance.** Material for culverts, drains, and precast concrete box culverts furnished will be evaluated under Subsections 106.02 and 106.03.

Installation of culverts, drains and precast concrete box culverts will be evaluated under Subsections 106.02 and 106.04.

Excavation and backfill will be evaluated under Section 209.

## Measurement

**602.09** Measure pipe and box culverts by the meter along the invert.

Measure end sections, elbows, and branch connections by the each. If there is no pay item for elbows or branch connections, measure them as additional pipe length along the invert.





## Payment

**602.10** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| | Pay Item | Pay Unit |
|---|---|---|
| 60201 | __ millimeter pipe culvert | Meter |
| 60202 | __ millimeter span, __ millimeter rise pipe arch culvert | Meter |
| 60203 | __ millimeter equivalent diameter arch or elliptical culvert pipe | Meter |
| 60204 | __ millimeter slotted drain pipe | Meter |
| 60205 | __ span, __ rise precast reinforced concrete box culvert | Meter |
| 60206 | End section for __ millimeter pipe culvert | Each |
| 60207 | End section for __ millimeter span, __ millimeter rise pipe arch culvert | Each |
| 60208 | End section for __ millimeter equivalent diameter arch or elliptical culvert | Each |
| 60209 | Elbow *(description)* | Each |
| 60210 | Branch connection *(description)* | Each |

000674

# Section 603.— STRUCTURAL PLATE STRUCTURES

## Description

**603.01** This work consists of constructing structural plate pipes, arches, pipe arches, boxes, and underpasses.

## Material

**603.02** Conform to the following Subsections:

| | |
|---|---|
| Aluminum-alloy structural plate structures | 707.06 |
| Asphalt-coated structural plate structures | 707.07 |
| Steel structural plate structures | 707.05 |

## Construction Requirements

**603.03 General.** Perform excavation and backfill work under Section 209.

**603.04 Erecting.** Furnish steel, aluminum alloy, asphalt coated steel, or asphalt coated aluminum alloy structural plate structures.

Provide a copy of manufacturer's assembly instructions before assembly. The instructions shall show the position of each plate and assembly order.

Assemble the structural plates according to the manufacturer's instructions. Exercise care in the use of drift pins and pry bars to prevent damage to the structural plate and its coating. The plates shall have a proper fit-up.

Where aluminum alloys come in contact with other types of metal, coat the contacting surfaces according to Subsection 602.05.

Torque steel bolts on steel plates to a minimum of 135 newton meters and a maximum of 400 newton meters.

Torque steel bolts and aluminum bolts on 2.5-millimeter thick aluminum plates to a minimum of 120 newton meters and a maximum of 155 newton meters.





Torque steel bolts and aluminum bolts on 3-millimeter thick and heavier aluminum plates to a minimum of 155 newton meters and a maximum of 180 newton meters.

For long-span structures:

(a) Tighten the longitudinal seams when the plates are assembled unless the plates are held in shape by cables, struts, or backfill. Properly align plates circumferentially to avoid permanent distortion from the design shape. Before backfilling, do not exceed 2 percent variation from the design shape.

(b) Do not distort the shape of the structure by operating equipment over or near it.

(c) Provide suitable survey control on the structure to check structure movement.

(d) Check and control the deflection movements of the structure during the entire backfilling operation. Do not exceed the manufacturer's recommended limits.

(e) Provide a manufacturer's representative to monitor the erecting and backfilling of the structure.

**603.05 Acceptance.** Material for structural plate structures will be evaluated under Subsections 106.02 and 106.03.

Installation of structural plate structures will be evaluated under Subsections 106.02 and 106.04.

Excavation and backfill will be evaluated under Section 209.

## Measurement

**603.06** Measure structural plate pipes, pipe arches, boxes, and underpasses by the meter along the invert.

Measure structural plate arches by the meter along the average of the springline lengths.

000675



## Payment

**603.07** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 60301 | *(diameter)* millimeter structural plate pipe, *(metal thickness)* millimeter | Meter |
| 60302 | ___ span, ___ rise, structural plate pipe-arch, *(metal thickness)* millimeter | Meter |
| 60303 | ___ span, ___ rise, structural plate underpass, *(metal thickness)* millimeter | Meter |
| 60304 | ___ span, ___ rise, structural plate arch, *(metal thickness)* millimeter | Meter |
| 60305 | ___ span, ___ rise, structural plate box, *(metal thickness)* millimeter | Meter |



# Section 604.— MANHOLES, INLETS, AND CATCH BASINS

## Description

**604.01** This work consists of constructing or adjusting manholes, inlets, catch basins, junction boxes, and spring boxes.

## Material

**604.02** Conform to the following Section and Subsections:

| | |
|---|---|
| Concrete | 601 |
| Concrete brick | 725.08 |
| Concrete masonry blocks | 725.09 |
| Corrugated metal units | 725.13 |
| Frames, grates, covers, and ladder rungs | 725.12 |
| Grout | 725.22 |
| Joint fillers, sealants, and preformed joint seals | 712.01 |
| Joint mortar | 712.02 |
| Precast concrete units | 725.11 |
| Reinforcing steel | 709.01 |
| Watertight gaskets | 712.03 |

## Construction Requirements

**604.03 General.** Perform excavation and backfill work under Section 209.

**604.04 Concrete Construction.** Construct concrete manholes, inlets, and catch basins according to Section 601. Concrete units may be cast-in-place or precast. Finish the surface according to Subsection 552.16(a) or (b) as applicable.

Where a pipe enters through an existing concrete wall, cut the concrete and steel reinforcement in a manner that will not loosen the reinforcement in the wall. Cut the steel reinforcement flush with the opening wall face. Grout all joints and openings cut in the wall.

Finish the channel flow line in manholes, inlets, and catch basins accurately to match the pipe flow line.

0000676



Assemble precast concrete manhole sections with flexible watertight gaskets or mastic joint fillers in the tongue and groove joints. If gaskets are used, handle the precast units carefully after the gasket has been attached to avoid damaging the gasket or contaminating the joint. Attain the proper alignment before the joints are forced home. Maintain partial support during the insertion of the tongue or spigot to minimize the unequal lateral pressure on the gasket and to maintain concentricity until the gasket is properly positioned. If mastic is used, apply mastic joint filler according to the manufacturer's recommendations.

Set metal frames in a full joint mortar bed.

Grout or use a preformed joint seal to make all joints and openings watertight. Finish mortar joints with a bead on the outside and a smooth finish on the inside.

Space ladder rungs uniformly on 300-millimeter centers and align vertically. Grout ladder rungs into precast concrete walls.

**604.05 Masonry Block Construction.** Construct concrete footings according to Section 601. Construct block masonry plumb. Stagger vertical joints and set block with the cells vertical. Dampen block to reduce the rate of absorption. Butter bearing members and vertical joints full of mortar. Bond block with mortar on all sides. Construct joints straight, level, plumb, flush, and 6 to 13 millimeters thick. Backfill the structure after the masonry block has cured according to Subsection 552.15 for 7 days.

**604.06 Metal Construction.** Fabricate metal drop inlets from the same material as adjoining metal pipes.

**604.07 Grade Adjustment of Existing Structures.** Adjust metal frames and grates to grade before placing the surface course.

Remove and clean the frames, covers, and grates. Trim the walls down to solid material. Reconstruct the walls with the same material as existing and reset the cleaned frames at the required elevation.

When the existing casting and supporting walls are in good condition, an approved device may be used to adjust the manhole casting cover to the correct grade without reconstructing the walls or resetting the frame.





When catch basins and inlets are adjusted to grade and abut existing concrete construction, separate the castings from the adjacent concrete with a preformed expansion joint no less than 12 millimeters thick.

Clean each structure of all accumulated silt, debris, or foreign matter.

When an existing structure is abandoned, seal all pipes entering the structure with a tight fitting plug of concrete not less than 150 millimeters thick or water tight masonry not less than 200 millimeters thick. Fracture the base of concrete structure to prevent entrapment of water. Obliterate the top of the structure to an elevation at least 1 meter below finished grade and backfill according to Section 209.

**604.08 Acceptance.** Precast concrete units (including manholes, inlets, catch basins, junction boxes, and spring boxes) furnished will be evaluated under Subsections 106.02 and 106.03.

Material (except concrete) for cast-in-place concrete units (including manholes, inlets, catch basins, junction boxes, and spring boxes) will be evaluated under Subsections 106.02 and 106.03. Construction of cast-in-place concrete units will be evaluated under Subsections 106.02 and 106.04.

Concrete for cast-in-place units will be evaluated under Section 601.

Excavation and backfill will be evaluated under Section 209.

Installation and adjustment of concrete units (including manholes, inlets, catch basins, junction boxes, and spring boxes) will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**604.09** Measure manholes by the meter from finished grade to the flow line surface of the manhole or by the each.

Measure inlets, catch basins, manhole and inlet adjustments, capping inlets and manholes, junction boxes, and spring boxes by the each.

000677



Measure metal frames and grates and removing and resetting metal frames and grates by the each unless included as part of the original inlet, manhole, or catch basin construction. The frame and the grate or cover used with it constitute one unit.

## Payment

**604.10** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 60401 Manhole *(description)* | Each |
| 60402 Manhole *(description)* | Meter |
| 60403 Inlet *(description)* | Each |
| 60404 Catch basin *(description)* | Each |
| 60405 Manhole adjustment | Each |
| 60406 Inlet adjustment | Each |
| 60407 Capping inlets and manholes | Each |
| 60408 Junction box | Each |
| 60409 Metal frame and grate *(description)* | Each |
| 60410 Spring box | Each |
| 60411 Removing and resetting metal frame and grate | Each |



# Section 605.— UNDERDRAINS, SHEET DRAINS, AND PAVEMENT EDGE DRAINS

## Description

**605.01** This work consists of furnishing and installing underdrains, sheet drains, and pavement edge drains.

## Material

**605.02** Conform to the following Subsections:

| | |
|---|---|
| Aluminum-alloy corrugated pipe | 707.03 |
| Asphalt-coated pipe | 707.04 |
| Geocomposite drains | 714.02 |
| Geotextile type I | 714.01 |
| Granular backfill | 703.03 |
| Metallic coated corrugated steel pipe | 707.02 |
| Perforated concrete pipe | 706.03 |
| Plastic pipe | 706.08 |
| Sand | 703.15 |
| Structural backfill | 704.04 |

## Construction Requirements

**605.03 General.** Use the same material and coating on all contiguous drain sections, extensions, elbows, branch connections, and other special sections.

Drain material, size, and approximate location are shown on the plans. Determine the final location and length in the field.

Perform excavation and backfill work under Section 209.

If geotextile or geocomposite is used, smooth the trench surfaces by removing all projections that may damage the geotextile or geocomposite. Replace geotextile or geocomposite damaged during installation. Make repairs to geocomposites according to the manufacturer's recommendations.

000678



Do not permit soil or other foreign material to enter the drain syste
Plug the upgrade end of installations.

Furnish nonperforated pipe for outlet pipe. Install outlet pipe according Section 602. Immediately place and secure a screen made of 1.4-millime diameter galvanized wire having approximately 13 by 13-millimeter me openings over the outlet ends of all exposed pipes and weep holes.

**605.04 Placing Underdrain.** Place a layer of granular backfill at least millimeters thick in the bottom of the trench.

Furnish a collector pipe at least 125 millimeters in size with all underdrain

Join pipe sections securely with coupling fittings or bands. Join polyvin chloride (PVC) and acrylonitrile-butadiene-styrene (ABS) pipe using eithe a flexible elastomeric seal or solvent cement. Join polyethylene pipe wi snap-on, screw-on, or wrap around coupling bands as recommended by th manufacturer.

Backfill and compact all trenches within the limits of the roadbed accordin to Section 209, except use granular backfill material. Trenches for geocom posite underdrains within the limits of the roadbed may also be backfilled with clean sand and compacted.

When underdrain is placed in ditchlines, prevent infiltration of surface wate by placing material conforming to AASHTO M 145 classification grou A-4, A-5, A-6, or A-7 in the top 300 millimeters of the trench.

**(a) Standard underdrain.** When geotextile is required, place the long dimension of the geotextile parallel to the centerline of the trench. Posi tion the geotextile, without stretching in contact with the trench surface Overlap the joints a minimum of 600 millimeters with the upstream geo textile placed over the downstream geotextile.

Place collector pipe with the perforations down.

Place granular backfill to a height of 300 millimeters above the top of the collector pipe and compact. Do not displace the collector pipe. Place and compact the remainder of the granular backfill material according to Section 209.





Fold the geotextile over the top of the granular backfill with a minimum overlap of 300 millimeters.

**(b) Geocomposite underdrain.** Extend the geotextile from the bottom of the drainage core around the collector pipe.

Construct splices and install outlet fittings according to the manufacturer's recommendations. Prevent infiltration of soil into the geocomposite core. Construct the geocomposite underdrain so not to impede flow through the geocomposite core.

Place the assembled geocomposite in the trench with the face of the geocomposite against the inflow side of the trench. If the trench wall is irregular, smooth the trench wall or place a layer of granular backfill between the geocomposite and the trench wall. Temporarily support the drain against the trench wall while backfilling.

When the trench is less than 0.5 meter wide, backfill the trench using clean sand. Backfilling and compacting in layers is not required. Compact the sand by wheel rolling, vibrating, tamping with a mechanical tamper, or flooding with water.

When the trench is 0.5 meter wide or more, place granular backfill or clean sand to a height of 300 millimeters above the top of the collector pipe and compact. Place and compact the remainder of the granular backfill material or clean sand according to Section 209.

**605.05 Placing Geocomposite Sheet Drain.** Do not place sheet drain against a mortar course less than 4 days old.

When a geocomposite is used in conjunction with a waterproof membrane, install drainage panels compatible with the membrane using methods recommended by the membrane manufacturer. Assemble and place the geocomposite drain against the surface to be backfilled according to the manufacturer's recommendations.

Splice geocomposite drains so the flow across the edges is continuous. Overlap the geotextile a minimum of 75 millimeters in the direction of water flow. For vertical splices, overlap the geotextile in the direction backfill proceeds.

0000679





Connect the drainage core to the collector pipe or weep holes so the flow is continuous through the system. Extend the geotextile from the bottom of the drainage core around the collector pipe.

Backfill with structural backfill and compact according to Subsections 208.10 and 208.11.

**605.06 Placing Geocomposite Pavement Edge Drain.** Assemble the geocomposite pavement edge drain and outlet material according to the manufacturer's recommendations and place it in the trench. If the trench wall is irregular, smooth the trench wall or place a layer of clean sand between the geocomposite and the trench wall. Temporarily support the drain against the trench wall while backfilling.

When the trench is less than 0.5 meter wide, backfill the trench using clean sand. Backfilling and compacting in layers is not required. Compact the sand by wheel rolling, vibrating, tamping with a mechanical tamper, or flooding with water.

When the trench is 0.5 meter wide or more, place and compact granular backfill or clean sand according to Section 209.

**605.07 Acceptance.** Material (except granular backfill) for underdrains, sheet drains, and edge drains will be evaluated under Subsections 106.02 and 106.03.

Granular backfill will be evaluated under Subsections 106.02 and 106.04. See Table 605-1 for sampling and testing requirements.

Excavation and backfill will be evaluated under Section 209.

Geotextile will be evaluated under Section 207.

Outlet pipes will be evaluated under Section 602.

Installation of underdrains, sheet drains, and edge drains will be evaluated under Subsections 106.02 and 106.04.





## Measurement

**605.08** Measure underdrain systems, standard underdrain systems, geocomposite underdrain systems, and pavement edge drain systems by the meter. When measurement is for a system, do not measure geotextiles, collector pipes, backfill, and outlet pipes that are part of the system unless a pay item is shown in the contract.

Measure sheet drain systems by the square meter of front face in final position excluding overlaps.

Measure collector pipe and outlet pipe by the meter.

Measure granular backfill and sand by the cubic meter in place.

## Payment

**605.09** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 60501 | Underdrain system | Meter |
| 60502 | Standard underdrain system | Meter |
| 60503 | Geocomposite underdrain system | Meter |
| 60504 | Geocomposite pavement edge drain system | Meter |
| 60505 | Geocomposite sheet drain system | Square meter |
| 60506 | ___ millimeter collector pipe | Meter |
| 60507 | ___ millimeter outlet pipe | Meter |
| 60508 | Granular backfill | Cubic meter |
| 60509 | Sand | Cubic meter |

**Table 605-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Granular backfill | Gradation | AASHTO T 27 and AASHTO T 11 | 1 for each 500 $m^3$ | Production output or stockpile |



# Section 606.— CORRUGATED METAL SPILLWAYS

## Description

**606.01** This work consists of furnishing and installing corrugated metal spillways.

## Material

**606.02** Conform to the following Section:

| | |
|---|---|
| Culverts and drains | 602 |

## Construction Requirements

**606.03 Placing Corrugated Metal Spillways.** Spillway, inlet, outlet, and connector dimensions and proportions may vary to permit the use of manufacturer's standard jigs and templates.

Install spillway inlet assemblies as shown on the plans and consolidate the earth backfill by tamping.

Lay spillway outlet pipe according to Section 602. Anchor the spillway as shown on the plans.

**606.04 Acceptance.** Pipes, anchor assemblies, hardware, and other material furnished to fabricate metal spillways will be evaluated under Subsections 106.02 and 106.03.

Excavation and backfill will be evaluated under Section 209.

Construction of spillways will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**606.05** Measure spillway assemblies and pipe anchor assemblies by the each.

Measure downdrain and outlet pipes under Section 602.



000680

000681



## Payment

**606.06** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 60601 Spillway assembly | Each |
| 60602 Pipe anchor assembly, ___ millimeter | Each |



# Section 607.— CLEANING, RECONDITIONING, AND REPAIRING EXISTING DRAINAGE STRUCTURES

## Description

**607.01** This work consists of cleaning, reconditioning, and repairing existing culverts and appurtenant structures.

## Construction Requirements

**607.02 General.** Dispose of material according to Subsection 203.05.

**607.03 Removing and Cleaning Culverts.** Carefully remove the culvert and clean all foreign material from within the barrel and at the jointed ends.

**607.04 Cleaning Culverts in Place.** Remove and dispose of all foreign material within the barrel and appurtenances of the culvert by any method that does not damage the culvert.

All or part of a culvert designated to be cleaned in place may be removed, cleaned, and relayed according to Section 602.

**607.05 Relaying or Stockpiling Salvaged Pipe.** Relay removed and cleaned pipe according to Section 602. Furnish all jointing material and replace damaged pipe according to Section 602.

Place salvaged pipe at a designated stockpile location. Dispose of pipe that is damaged.

**607.06 Reconditioning Drainage Structures.** Remove all debris from structures designated to be reconditioned. Repair all leaks and structural damage and replace missing or broken metalwork according to Section 602.

**607.07 Acceptance.** Cleaning, reconditioning, and repairing existing drainage structures will be evaluated under Subsection 106.02.

Relaying culverts will be evaluated under Section 602.

000682



## Measurement

**607.08** Measure removing, cleaning, and stockpiling culvert by the meter of pipe in the stockpile.

Measure removing, cleaning, and relaying culvert by the meter along the invert of the culvert.

Measure cleaning culvert in place along the invert of the culvert. If the culvert is removed and relayed at the Contractor's option there is no additional measurement.

Measure reconditioning drainage structures by the each.

## Payment

**607.09** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 60701 | Removing, cleaning, and stockpiling culvert | Meter |
| 60702 | Removing, cleaning, and relaying culvert | Meter |
| 60703 | Cleaning culverts in place | Meter |
| 60704 | Reconditioning drainage structures | Each |



# Section 608.— PAVED WATERWAYS

## Description

**608.01** This work consists of constructing paved ditches, gutters, spillways, and similar waterways not contiguous to the traveled way.

Paved waterways are designated as follows:

| | |
|---|---|
| Type I | Grouted rubble |
| Type II | Mortared rubble |
| Type III | Concrete and rubble |
| Type IV | Concrete |
| Type V | Asphalt |
| Type VI | Placed riprap |

## Material

**608.02** Conform to the following Sections and Subsections:

| | |
|---|---|
| Asphalt mixtures | 402 |
| Bed course | 704.09 |
| Concrete | 601 |
| Granular backfill | 703.03(b) |
| Mortar | 712.05 |
| Reinforcing steel | 709.01 |
| Riprap rock | 705.02 |
| Rubble | 620 |

## Construction Requirements

**608.03 General.** Perform excavation and backfill work under Section 209. Place and compact bed course material. Compact the bed course with at least three passes of a lightweight mechanical tamper, roller, or vibratory system. Form the bed parallel to the finished surface of the waterway.

**608.04 Grouted Rubble Paved Waterway.** Embed pavement stones on the bed in a broken pattern with no continuous joint across the waterway or parallel to the flow line. Make the joints 25 to 50 millimeters wide. Place the stones with the flat faces up and the longest dimension at right angles to the centerline of the waterway.

000683



Ram each stone until it is firm and reasonably true to the surface in grade, alignment, and cross-section. Remove and relay stone having an irregular or uneven surface.

Fill the joints with granular backfill to within 100 millimeters of the surface. Pour and broom mortar into the joints until the mortar is 13 millimeters below the surface. Clean the excess mortar from the surface.

**608.05 Mortared Rubble Paved Waterway.** Embed each pavement stone with its flat face up and its longest dimension parallel to the gutter line. Place stones alternately so that there is not a continuous joint across the waterway or parallel to the flow line. Limit joint widths from 25 millimeters minimum to 50 millimeters maximum.

Ram the stone until it is firm and reasonably true to the surface in grade, alignment, and cross-section.

Apply mortar to the exposed stone sides in such quantities that when the adjacent stone is placed and rammed into position, the mortar is within 13 millimeters of the surface but not protruding above the surface. Clean the excess mortar from the surface.

**608.06 Concrete and Rubble Paved Waterway.** Place the concrete foundation, reinforcing steel, and pavement stone in a progressive operation. Secure the reinforcing steel within the middle third of the depth of the concrete foundation. Clean and wet the pavement stone to near saturation.

Embed the stone in the concrete foundation before it hardens. Place stones alternately so there is not a continuous joint across the waterway or parallel to the flow line. Limit joint widths from 25 millimeters minimum to 50 millimeters maximum. Fill the joints between stones with mortar to 25 millimeters below the top of the stone.

**608.07 Concrete Paved Waterway.** Perform the work according to Section 601.

**608.08 Asphalt Paved Waterway.** Perform the work according to Section 402. Before overlaying existing asphalt paved waterway, clean and seal the cracks according to Section 414.





**608.09 Placed Riprap Waterway.** Use class I riprap. Perform the work according to Subsections 251.03 and 251.04.

**608.10 Acceptance.** Material for mortar will be evaluated under Subsections 106.02 and 106.03. Mortar will be evaluated under Subsection 106.04. See Table 608-1 for sampling and testing requirements.

Bed course and granular backfill will be evaluated under Subsections 106.02 and 106.04. See Table 608-1 for sampling and testing requirements.

Construction of paved waterways will be evaluated under Subsections 106.02 and 106.04.

Excavation and backfill will be evaluated under Section 209.

Riprap will be evaluated under Section 251.

Asphalt mixture will be evaluated under Section 402.

Concrete will be evaluated under Section 601.

Rubble will be evaluated under Section 620.

## Measurement

**608.11** Measure paved waterways by the square meter, by the meter, or by the metric ton. Measure square meter width horizontally to include the total width. Measure the length parallel to the flow line.

## Payment

**608.12** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.