Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 60801 Paved waterway type ___ | Square meter |
| 60802 Paved waterway type ___ | Meter |
| 60803 Asphalt paved waterway | Metric ton |





**Table 608-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Bed course | Gradation<br>Liquid limit | AASHTO T 27 and AASHTO T 11<br>AASHTO T 89 | 1 for each 500 $m^3$ | Production output or stockpile |
| Granular backfill | Gradation | AASHTO T 27 and AASHTO T 11 | 1 for each 500 $m^3$ | Production output or stockpile |
| Mortar | Making test specimens<br>Compressive strength [(2)] | AASHTO T 23<br>AASHTO T 22 | 1 sample per installation [(1)] | Job site |

(1) Sample consists of 2 test specimens.
(2) The compressive strength will be the average of two test specimens.

000685

# Section 609.— CURB AND GUTTER

## Description

**609.01** This work consists of constructing or resetting of curb, combination curb and gutter, or wheelstops.

Stone curb is designated as type I or II according to Subsection 705.06.

## Material

**609.02** Conform to the following Sections and Subsections:

| | |
|---|---|
| Asphalt mixtures | 402 |
| Bed course | 704.09 |
| Concrete | 601 |
| Joint filler | 712.01 |
| Mortar | 712.05 |
| Precast concrete curbing | 725.06 |
| Reinforcing steel | 709.01 |
| Stone curbing | 705.06 |

## Construction Requirements

**609.03 General.** Perform excavation and backfill work under Section 209. Place and compact the bed course material. Compact the bed course with at least three passes of a lightweight mechanical tamper, roller, or vibratory system.

**609.04 Stone and Precast Concrete Curb.** Clean the curb material thoroughly and wet it just before setting. Set the curb in bed course so the face and top lines are to line and grade. Make the joints 10 to 25 millimeters wide and fill the joints with mortar.

Complete the first 8 meters of curb to demonstrate the ability to build a curb meeting these requirements. Do not continue construction until the 8-meter test section is approved.

Where a concrete pavement is constructed contiguous to the curb, construct the joints in the curb directly in line with the pavement expansion joints.





Make the curb joint 19 millimeters wide and fill it with expansion joint filler of the same nominal thickness as the pavement joint. Fill all voids between the joint filler and the curb with mortar.

**609.05 Portland Cement Concrete Curb or Curb and Gutter.** Perform work according to Section 601. The curb or curb and gutter may be cast-in-place or slip-formed.

**(a) Cast-in-place.** Use forms that extend for the full depth of the concrete. Use curved forms for curb with a radius of 90 meters or less.

**(1) Contraction joints.** Construct curb in sections of uniform 3 meter lengths. Construct contraction joints 3 millimeters wide. Use metal divider plates. When the curb is constructed adjacent to or on concrete pavement, match the contraction joints in the pavement.

**(2) Expansion joints.** Form expansion joints at intervals of 18 meters using a 19-millimeter thick preformed expansion joint filler. Where the curb is constructed adjacent to or on concrete pavement, match the expansion joints in the pavement.

Finish the concrete smooth and even with a wood float. Broom finish parallel to the curb line according to Subsection 552.14(c)(2). When an exposed aggregate finish is required, finish according to Subsection 552.14(c)(4). Leave forms in place for 24 hours or until the concrete has set sufficiently so the forms can be removed without harming the curb.

**(b) Slip-formed.** Use a self-propelled automatic curb machine or a paver with curb attachments. Use a machine that is heavy enough to obtain consolidation without the machine riding above the foundation.

Adjust the concrete aggregate gradation, if necessary, to produce a curb or curb and gutter that has well-defined web marks of water on the surface. Remove and replace sections with craters larger than 5 millimeters or other sections determined to be damaged or defective. Repairing surface craters and other defective sections by plastering is not permitted.

After the concrete has hardened sufficiently to permit sawing without damage, saw contraction joints according to (a)(1) above. Construct expansion joints according to (a)(2) above.

000686



**609.06 Asphalt Concrete Curb.** Where curb is constructed on a pavement, place a tack coat according to Section 412 on the area under the curb.

Construct asphalt concrete curb according to Section 402. Use a self-propelled automatic curb machine or a paver with curb attachments that is heavy enough to compact a curb without riding above the foundation. Make the curb uniform in texture, shape, and density. Curb may be constructed by other means only in short sections or sections with short radii.

**609.07 Resetting Stone or Precast Concrete Curb.** Carefully remove, clean, and store the curb. Cut or fit the curb as necessary for installation. Replace all lost, damaged, or destroyed curb. Reset the curb according to Subsection 609.04.

**609.08 Wheelstops.** Pin the wheelstops in place with two 1-meter sections of 20M reinforcing steel or 19-millimeter steel rods. Reset wheelstops in the same manner.

**609.09 Acceptance.** Material for mortar will be evaluated under Subsections 106.02 and 106.03. Mortar will be evaluated under Subsection 106.04. See Table 609-1 for sampling and testing requirements.

Precast units (curb and wheel stops) will be evaluated under Subsections 106.02 and 106.03.

Bed course material will be evaluated under Subsections 106.02 and 106.04. See Table 609-1 for sampling and testing requirements,

Stone for stone curbing will be evaluated under Subsections 106.02 and 106.04.

Construction of curb and gutter, and wheelstops will be evaluated under Subsections 106.02 and 106.04.

Excavation and backfill will be evaluated under Section 209.

Asphalt mixture will be evaluated under Section 402.

Concrete will be evaluated under Section 601.





## Measurement

**609.10** Measure curb and combination curb and gutter, both new and reset, by the meter along the front face of the curb. Make no deduction in length for drainage structures installed in the curb section or for driveway and handicap access ramp openings where the gutter is carried across.

Measure wheelstops, both new and reset, by the each.

Measure bed course material by the metric ton or by the cubic meter in place.

## Payment

**609.11** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 60901 | Portland cement concrete curb, ___ millimeter depth | Meter |
| 60902 | Portland cement concrete curb and gutter, ___ millimeter depth | Meter |
| 60903 | Stone curb type ___, ___ millimeter depth | Meter |
| 60904 | Precast concrete curb | Meter |
| 60905 | Asphalt concrete curb, ___ millimeter depth | Meter |
| 60906 | Reset curb | Meter |
| 60907 | Bed course material | Cubic meter |
| 60908 | Bed course material | Metric ton |
| 60909 | Wheelstop | Each |
| 60910 | Remove and reset wheelstop | Each |

**Table 609-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Bed course | Gradation<br>Liquid limit | AASHTO T 27 and AASHTO T 11<br>AASHTO T 89 | 1 for each 500 $m^3$ | Production output or stockpile |
| Mortar | Making test specimens<br>Compressive strength (2) | AASHTO T 23<br>AASHTO T 22 | 1 sample per installation (1) | Job site |

(1) Sample consists of 2 test specimens.
(2) The compressive strength will be the average of two test specimens.



# Section 610.— HORIZONTAL DRAINS

## Description

**610.01** This work consists of constructing horizontal drains including collector systems when specified.

## Material

**610.02** Conform to the following Subsections:

| | |
|---|---|
| Metallic-coated corrugated steel pipe | 707.02 |
| Polyethylene (PE) pipe | 725.16 |
| Polyvinyl chloride (PVC) pipe | 725.15 |
| Steel pipe | 717.06 |

## Construction Requirements

**610.03 General.** Furnish pipe and fittings of one material shown in Subsection 610.02. Furnish slotted pipe with 2 rows of slots cut circumferentially in the pipe on 2 of the third points that are 120 degrees apart. Make the width of the slots 0.5 millimeter with the total slot opening equal to 4200 square millimeters per meter of pipe.

**610.04 Drilling Holes.** The locations for installing horizontal drains as shown on the plans are approximate. The exact locations will be determined in the field.

Drill holes with rotary equipment capable of drilling 75 to 150-millimeter diameter holes through soil and rock. Determine the elevation at the upper end of the completed horizontal drain hole by inserting tubes or pipes and measuring liquid levels, or by other satisfactory means. Dispose of drilling water in a manner that does not contaminate surface watercourses.

**610.05 Installing Horizontal Drain.** Tightly plug the entrance end of the slotted pipe with a rounded or pointed extension that does not extend more than 150 millimeters beyond the end of the pipe. Insert the pipe inside the drill rod with the slots up. Retract the drill rod so the drilled hole is fully cased with the slotted pipe. Connect additional pipe as necessary to form a continuous tube.



000687

000688





Use unslotted pipe for the last 3 to 6 meters of the outlet end. Seal the space between the drilled hole and the unslotted pipe for at least 3 meters at the outlet end with an approved impermeable material. Do not seal the space between the drilled hole and the slotted pipe.

**610.06 Installing Outlet Drains and Collector Systems.** Attach outlet drain pipe to the ends of all horizontal drains by means of a tee or street ell. Install a collector system of the type, kind, and size detailed in the contract.

**610.07 Acceptance.** Material furnished for horizontal drains will be evaluated under Subsections 106.02 and 106.03.

Construction of horizontal drains will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**610.08** Measure horizontal drain pipe, including the length of the outlet pipe, by the meter.

Measure the collector system by the meter or lump sum.

## Payment

**610.09** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 61001 Horizontal drain pipe | Meter |
| 61002 Collector system | Meter |
| 61003 Collector system | Lump sum |



# Section 611.— WATER SYSTEMS

## Description

**611.01** This work consists of constructing or reconstructing water systems.

## Material

**611.02** Conform to the following Section and Subsections:

| | |
|---|---|
| Bedding material | 704.02 |
| Cast iron soil pipe and fittings | 725.17 |
| Concrete | 601 |
| Polyvinyl chloride (PVC) pipe and fittings | 725.15 |
| Seamless copper water tube and fittings | 725.18 |
| Steel pipe and fittings | 717.06 |

## Construction Requirements

**611.03 General.** Furnish material and workmanship conforming to the standards of APWA, the AWWA, *National Building Code*, and local plumbing and safety codes.

At the preconstruction conference, submit a certified cost breakdown of the individual items involved in the lump sum item for use in making progress payments and price adjustments.

Obtain permits, arrange for inspections, and pay all fees necessary to obtain water service.

Perform excavation and backfill work under Section 209. Bed the pipe according to Subsection 209.09(b)(2).

**611.04 Laying Waterline.** Where it is necessary to cross a waterline over a sewer line, construct the waterline a minimum vertical distance of 450 millimeters above the sewer line.

Inspect each joint or fixture and clean the interior of the pipe before placing in the trench. Do not allow dirt, water, rodents, or other contaminants to enter the pipe during installation. Center and push each joint completely home, and fasten the joint according to the manufacturer's recommendations.

000689



Brace major fixtures or fixtures that could blow off the line under pressure with a cast-in-place concrete wedge block. Cast the block between the fixture and the undisturbed vertical trench wall with a minimum bearing surface of 0.2 square meters against the vertical wall. Do not pressure test lines until concrete has established its required strength.

**611.05 Testing and Disinfecting Lines.** Test all joints under pressure before backfilling. Repair all leaks.

Disinfect all lines that are to carry water for human consumption. Fill the lines with a water solution containing a residual chlorine level of at least 50 parts per million for at least 24 hours. Drain and flush the line after the disinfecting period. Do not dispose of disinfectant water in live streams.

**611.06 Backfilling.** Backfill according to Subsection 209.10, except hand place the backfill to 300 millimeters over the top of the pipe. Remove all rocks and hard lumps from the hand-placed layer.

During backfilling, place a plastic locator strip approximately 300 millimeters above the pipe. If nonmetallic waterline is installed, use a locator strip containing metal that allows detection with a metal detector. Hold hydrants, valve boxes, and other vertical fixtures vertical with the tops adjusted to the required elevation.

**611.07 Acceptance.** Material for water systems will be evaluated under Subsections 106.02 and 106.03.

Installation of water systems will be evaluated under Subsections 106.02 and 106.04.

Excavation and backfill will be evaluated under Section 209.

## Measurement

**611.08** Measure water systems by the lump sum.

Measure waterlines and encasement pipes by the meter with no deduction for the length through tees, bends, valves, or other fixtures.

Measure valves, valve boxes, and fire hydrants by the each.





## Payment

**611.09** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Water system lump sum will be paid as follows:

**(a)** 75 percent of the lump sum will be paid as work progresses based on the certified cost breakdown.

**(b)** Payment of the remaining 25 percent will be made upon successful completion of the work.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 61101 | Water system | Lump sum |
| 61102 | ___ millimeter waterline _(description)_ | Meter |
| 61103 | ___ millimeter encasement pipe _(description)_ | Meter |
| 61104 | Valve _(description)_ | Each |
| 61105 | Valve box | Each |
| 61106 | Fire hydrant | Each |

000690

# Section 612.— SANITARY SEWER SYSTEMS

## Description

**612.01** This work consists of constructing sanitary sewer systems.

## Material

**612.02** Conform to the following Section and Subsections.

| | |
|---|---|
| Bedding material | 704.02 |
| Cast iron soil pipe | 725.17 |
| Concrete | 601 |
| Plastic pipe | 706.08 |
| Watertight gaskets | 712.03 |

## Construction Requirements

**612.03 General.** Furnish either cast iron or plastic sanitary sewer lines. Furnish material and workmanship conforming to the standards of the AWWA, *National Building Code*, and local plumbing and safety codes. At the preconstruction conference, submit a certified cost breakdown of items involved in the lump sum item for use in making progress payments and price adjustments.

Obtain permits, arrange for inspections, and pay all fees necessary to obtain sewerage service.

Perform excavation and backfill work under Section 209. Bed the pipe according to Subsection 209.09(b)(2).

**612.04 Laying Sewer Lines.** Separate waterlines and sewer lines according to Subsection 611.04.

Inspect each joint and clean the pipe and bell before placing in the trench. Lay the sewer line from the lower end with the spigot ends pointing in the direction of flow. Fully support each length between joints and check for line and grade before placing the next length.





Where premolded watertight gaskets are used, check the gasket for proper positioning and shove sewer pipe into proper position. When poured joints are used, position the pipe and fill the joint completely with joint sealer. Allow the sealer to cool completely before removing the runner.

**612.05 Backfilling.** Backfill according to Subsection 611.06. After backfilling, flush the lines with water to assure that they are unobstructed.

**612.06 Acceptance.** Material for sanitary sewer systems will be evaluated under Subsections 106.02 and 106.03.

Installation of sanitary sewer systems will be evaluated under Subsections 106.02 and 106.04.

Excavation and backfill will be evaluated under Section 209.

## Measurement

**612.07** Measure sewer systems by the lump sum.

Measure sewer lines by the meter with no deduction for length through valves, ells, tees, valve boxes, reducers, manholes, or other fixtures. Where two different sizes enter or go from a manhole, measure each size to the center of the manhole.

## Payment

**612.08** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Sewer system lump sum will be paid as follows:

**(a)** 75 percent of the lump sum will be paid as work progresses based on the certified cost breakdown.

**(b)** Payment of the remaining 25 percent will be made upon successful completion of the work.

000691



Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 61201 | Sewer system | Lump sum |
| 61202 | ___ millimeter sewer line _(description)_ | Meter |



# Section 613.— SIMULATED STONE MASONRY SURFACE

## Description

**613.01** This work consists of using concrete, color/stain, and grout to simulate the texture and color of native stone masonry in the stone pattern shown on the plans. It consists of the following:

**(a)** Designing and furnishing textured form liners.

**(b)** Installing form liners.

**(c)** Applying a surface finish (color/stain application) that will duplicate the unique coloring and mottled appearance of stone masonry.

**(d)** Preparing a simulated stone masonry test wall and demonstrating the surface finish before beginning production work.

## Material

**613.02** Conform to the following Subsections:

| | |
|---|---|
| Form liner | 725.27 |
| Joint filler | 712.01(b) |
| Penetrating stain | 708.05 |
| Plaster mix (grout) | 725.22 |

## Construction Requirements

**613.03 Form Liner Fabrication.** Take an impression of the stone shape, texture, and mortar joints from a designated location. Design form liners from the impressions according to the stone pattern shown on the plans. Submit detailed drawings of the form liner for approval according to Subsection 104.03.

**613.04 Form Liner Installation.** Attach the form liners to the form. Attach adjacent form liners to each other with less than a 3-millimeter seam. Do not repeat the form liner pattern between expansion joints or within 6-meter intervals, whichever is greater.

000692



Form expansion joints at the intervals shown on the plans. Blend the butt joints into the pattern and the final concrete surface.

Coordinate the forms with wall ties. Place form tie holes in the high point of rustication or in the mortar joint.

Clean off build-up before reusing form liners. Visually inspect each liner for blemishes and tears. Repair the liner before installation.

**613.05 Top Surface.** Emboss the plastic concrete in the exposed top surface by stamping, tooling, troweling, hand shaping, or combination thereof, to simulate the stone masonry texture and mortared joints. Match the side pattern of the formed mortared joints. Immediately after the free surface water evaporates and the finish embossing is complete, cure the concrete for 7 days according to Subsection 552.15(b). Do not use liquid membrane curing compounds.

**613.06 Form Liner Removal.** Within 24 hours after placing concrete, remove or break free the form liners without causing concrete surface deterioration or weakness in the substratum. Remove all form tie material to a depth of at least 25 millimeters below the concrete face without spalling and damaging the concrete.

Cure the concrete for 7 days according to Subsection 552.15(b). Do not use liquid membrane curing compounds.

**613.07 Preparation of Concrete Surface.** Finish all exposed formed concrete surfaces according to Subsection 552.16(a). Finish so that vertical seams, horizontal seams, and butt joint marks are not visible. Minimize grinding and chipping to avoid exposing aggregate.

Provide a completed surface free of blemishes, discolorations, surface voids, and conspicuous form marks. Make the finished texture and patterns continuous without visual disruption.

**613.08 Color/Stain Application.** Age concrete, including patches, a minimum of 30 days. Clean the surface of all latency, dirt, dust, grease, and any foreign material by approved methods.





Remove efflorescence with a pressure water wash. Use a fan nozzle held perpendicular to the surface at a distance between 0.6 and 1 meter. Use a minimum 20-megapascal water pressure at a rate of 12 to 16 liters per minute. Do not sand blast surfaces that receive color/stain.

Correct all surface irregularities created by the surface cleaning.

Maintain the concrete temperature between 4 and 30 °C when applying color/stain and for 48 hours after applying color/stain.

Color/stain all exposed concrete surfaces. Use a color/stain application suitable to obtain the appearance of the native stone masonry. Use a minimum of 3 colors/stains.

When required at boundaries between two color tones or between surfaces receiving color at different times, take care and provide protection to avoid over-spray and color overlap.

Apply grout of a natural cement color to each form joint. Use sufficient grout so the over-spray of the color/stain is not visible. Give the form pattern grout joint the appearance of mortared joints in completed masonry.

Recoat all areas inconsistent with the approved test wall.

Treat expansion joints with caulk/grout to blend with the appearance of the adjacent stone or mortar joint.

**613.09 Test Wall.** Before production work on the simulated stone masonry, construct a 1-meter high, by 0.5-meter wide, by 3 meter-long test wall according to Section 552 and these specifications.

Cast the test wall on site, using the same forming methods, procedures, form liner, texture configuration, expansion joint, concrete mixture, and color/stain application proposed for the production work. Demonstrate the quality and consistency of joint treatment, end treatment, top embossing methods, back treatment, and color/stain application on the test wall. If a test wall is unacceptable, construct a new test wall.

Begin production structural concrete work only after the test wall is approved. Begin production color/stain application only after the color/stain application on the test wall is approved. Dispose of the test wall after use.

000693



**613.11 Acceptance.** Material for simulated stone masonry surface treatment will be evaluated under Subsections 106.02 and 106.03.

Installation of form liners will be evaluated under Subsections 106.02 and 106.04.

Application of color/stain to all exposed concrete surfaces will be evaluated under Subsection 106.02.

Construction of the simulated stone masonry test wall will be evaluated under Subsection 106.02.

## Measurement

**613.11** Measure simulated stone masonry surface treatment by the square meter.

Measure simulated stone masonry test wall including concrete and surface finish by the each.

Do not measure form liners for payment.

## Payment

**613.12** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown on the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 61301 Simulated stone masonry surface treatment | Square meter |
| 61302 Simulated stone masonry test wall | Each |



# Section 614.— LEAN CONCRETE BACKFILL

## Description

**614.01** This work consists of constructing lean concrete backfill.

## Material

**614.02** Conform to the following Subsections:

| | |
|---|---|
| Aggregate | 703.16 |
| Portland cement | 701.01 |
| Water | 725.01 |

## Construction Requirements

**614.03 Composition of Mix.** Furnish an aggregate which is uniformly graded from coarse to fine, has a maximum size of 25 millimeters, and has no more than 10 percent passing the 75-micrometer sieve.

Proportion aggregate, cement, and water by mass or volume.

Furnish lean concrete backfill which contains 110 to 113 kilograms of cement per cubic meter.

Submit the following:

**(a)** Type and source(s) of aggregates
**(b)** Type and source of cement
**(c)** Scale mass or quantity of each aggregate proposed per cubic meter of lean concrete backfill
**(d)** Quantity of water proposed per cubic meter of lean concrete backfill
**(e)** Quantity of cement proposed per cubic meter of lean concrete backfill
**(f)** Slump

**614.04 General.** Perform the work described under Section 209.

Do not place lean concrete backfill in contact with aluminum or aluminum-coated structures.

Do not use lean concrete backfill above the top of subgrade.

000694



**614.05 Mixing and Placing Lean Concrete Backfill.** Mix lean concrete backfill by pugmill, rotary drum, or other approved mixer to obtain a uniform mix.

Place lean concrete backfill in a uniform manner that prevents voids in or segregation of the backfill. Place lean concrete backfill in horizontal layers not exceeding 300 millimeters in thickness.

When backfilling around culverts and other structures, place lean concrete backfill in a manner which will not float or shift the structure. Bring the backfill up evenly on all sides of the structure.

When placing lean concrete backfill at or below an atmospheric temperature of 2 °C, perform the work under Subsection 552.10(a).

Wait at least 4 hours before backfilling over lean concrete backfill.

**614.06 Acceptance.** Material for lean concrete backfill will be evaluated under Subsections 106.02 and 106.03.

Lean concrete backfilling will be evaluated under Subsection 106.02.

## Measurement

**614.07** Measure lean concrete backfill by the cubic meter in the hauling vehicle.

## Payment

**614.08** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 61401 Lean concrete backfill | Cubic meter |



# Section 615.— SIDEWALKS, DRIVE PADS, AND PAVED MEDIANS

## Description

**615.01** This work consists of constructing sidewalks, drive pads, and paved medians.

Sidewalks, drive pads, and paved medians are designated as concrete, asphalt, concrete brick, or clay brick.

## Material

**615.02** Conform to the following Sections and Subsections:

| | |
|---|---|
| Asphalt mixtures | 402 |
| Bed course | 704.09 |
| Clay or shale brick | 725.07 |
| Concrete | 601 |
| Concrete brick | 725.08 |
| Curing material | 711.01 |
| Joint fillers | 712.01 |
| Reinforcing steel | 709.01 |

## Construction Requirements

**615.03 General.** Perform excavation and backfill work under Section 209. Place bed course material in layers not exceeding 100 millimeters in compacted thickness. Compact each layer with at least three passes of a lightweight mechanical tamper, roller, or vibratory system.

**615.04 Portland Cement Concrete Sidewalks, Drive Pads, and Medians.** Perform the work according to Section 601. Use forms which extend for the full depth of the concrete.

**(a) Joints.** Construct joints perpendicular to the outside slab edges and other joints. Match the joints in adjacent curb or pavements. Tool and remove all free mortar and concrete from joints.

000695



**(1) Expansion joints.** Construct at intervals not exceeding 18 meters. Use 19-millimeter thick preformed expansion joint filler for the full depth of the joints.

**(2) Contraction joints.** Construct at intervals not exceeding 3 meters. Form the joint with a jointing tool or saw the joints to a depth of 1/4 to 1/3 of the thickness of the concrete and about 3 millimeters wide.

**(3) Construction joints.** Form construction joints around all appurtenances such as manholes, utility poles, buildings, and bridges. Use 13-millimeter thick preformed expansion joint filler for the full depth of the joints.

**(b) Finishes.** Provide a sidewalk finish unless otherwise required. Edge outside edges of slab and all joints with a 6-millimeter radius edging tool.

**(1) Sidewalk finish.** See Subsection 552.14(c)(2).

**(2) Exposed aggregate finish.** See Subsection 552.14(c)(4).

Cure the concrete for at least 72 hours according to Subsection 552.15(b) or (c). Protect the work from pedestrian traffic for 72 hours and from vehicular traffic for 7 days.

**615.05 Asphalt Concrete Sidewalks, Drive Pads, and Medians.** Perform the work according to Section 402.

**615.06 Brick Sidewalks, Drive Pads, and Medians.** Lay brick in successive courses on a prepared surface. Lay each course of brick to grade. Relay any course that deviates from a straight line by more than 55 millimeters in 10 meters.

Sweep and inspect the brick surface before the bed sets. Remove each imperfect brick and replace.

Chock the joints flush with a dry mixture of 4 parts sand and 1 part cement by mass and carefully water the surface to saturate the joint filler.





**615.07 Acceptance.** Clay or shale brick, concrete brick, curing material, joint fillers, and reinforcing steel will be evaluated under Subsections 106.02 and 106.03.

Bed course material will be evaluated under Subsections 106.02 and 106.04. See Table 615-1 for sampling and testing requirements.

Construction of sidewalks, drive pads, and medians will be evaluated under Subsections 106.02 and 106.04.

Excavation and backfill will be evaluated under Section 209.

Asphalt mixture will be evaluated under Section 402.

Concrete will be evaluated under Section 601.

## Measurement

**615.08** Measure sidewalks, drive pads, and paved medians by the square meter.

## Payment

**615.09** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 61501 ________ sidewalk | Square meter |
| 61502 ________ drive pad | Square meter |
| 61503 ________ median | Square meter |

**Table 615-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Granular backfill | Gradation<br>Liquid limit | AASHTO T 27 and AASHTO T 11<br>AASHTO T 89 | 1 for each 500 $m^3$ | Production output or stockpile |



# Section 616.— SLOPE PAVING

## Description

**616.01** This work consists of constructing concrete, brick, masonry block, rubble, or cellular concrete block slope paving.

## Material

**616.02** Conform to the following Sections and Subsections:

| | |
|---|---|
| Bed course | 704.09 |
| Cellular concrete blocks | 725.10 |
| Concrete | 601 |
| Concrete brick | 725.08 |
| Concrete masonry blocks | 725.09 |
| Geotextile type IV | 714.01 |
| Mortar | 712.05 |
| Rubble | 620 |
| Welded steel wire fabric | 709.01(h) |

## Construction Requirements

**616.03 General.** Perform excavation and backfill work under Section 209. Place and compact bed course material with at least three passes of a lightweight mechanical tamper, roller, or vibratory system.

**616.04 Geotextile.** When required by the contract, place geotextile according to Subsection 207.05. Bury the ends of the geotextile for anchorage. Pin the strips at 1.5-meter intervals to hold the geotextile lap in place until slope paving is placed. Replace or repair all geotextile that is torn or punctured.

**616.05 Concrete Slope Paving.** Construct toe walls. Place welded wire fabric at the center of slab. Run the welded steel wire fabric continuously through the joints. Lap adjacent runs of fabric by at least 150 millimeters.



000696

0006697



Perform concrete work according to Section 601. Place slabs starting at the bottom of the slope. Construct horizontal joints parallel to the bottom of the slope and the vertical joints perpendicular to the horizontal joints. Construct cold joints without filler.

Finish the surface with a sidewalk finish according to Subsection 552.14(c)(2). Edge the outside edges of the slab and all joints with a 6-millimeter radius edging tool.

**616.06 Brick, Masonry Block, or Rubble Slope Paving.** Place bricks, masonry blocks, or rubble starting at the bottom of the slope. Place them on the foundation bed with flat faces up and the longest dimension parallel to the bottom of the slope.

Ram each brick, masonry block, or stone into place. Apply mortar on the exposed side in such quantities that when the adjacent brick, masonry block, or stone is placed and rammed into position, the mortar is within 13 millimeters of the surface and not protruding above the top. Make the brick and masonry block joints 13 millimeters wide or less and rubble joints 25 millimeters or less. Clean all mortar stain from the surface.

**616.07 Cellular Concrete Block Slope Paving.** Place the blocks starting in a trench or against a suitable anchorage at the bottom of the slope. Lay each block perpendicular to the slope and bed firmly against adjoining blocks. Grout to fill misaligned joints or breaks at slope changes. Do not grout individual blocks to each other.

Spread topsoil loosely over the cellular block slope paving, partially filling the cell openings. When required by the contract, establish turf according to Section 625.

**616.08 Acceptance.** Cellular concrete blocks, concrete brick, concrete masonry blocks, material for mortar, and welded steel wire fabric will be evaluated under Subsections 106.02 and 106.03.

Mortar will be evaluated under Subsections 106.02 and 106.04. See Table 616-1 for sampling and testing requirements.

Bed course material will be evaluated under Subsections 106.02 and 106.04. See Table 616-1 for sampling and testing requirements.





Slope paving construction will be evaluated under Subsections 106.02 and 106.04.

Geotextile will be evaluated under Section 207.

Excavation and backfill will be evaluated under Section 209.

Concrete will be evaluated under Section 601.

Rubble will be evaluated under Section 620.

Topsoil will be evaluated under Section 624.

Turf will be evaluated under Section 625.

## Measurement

**616.09** Measure slope paving by the square meter.

Measure topsoil under Section 624.

Measure turf establishment under Section 625.

## Payment

**616.10** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 61601 | Concrete slope paving | Square meter |
| 61602 | Brick slope paving | Square meter |
| 61603 | Masonry block slope paving | Square meter |
| 61604 | Rubble slope paving | Square meter |
| 61605 | Cellular concrete block slope paving | Square meter |

**Table 616-1**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Bed course | Gradation<br>Liquid limit | AASHTO T 27 and AASHTO T 11<br>AASHTO T 89 | 1 for each 500 $m^3$ | Production output or stockpile |
| Mortar | Making test specimens<br>Compressive strength [2] | AASHTO T 23<br>AASHTO T 22 | 1 sample per installation [1] | Job site |

(1) Sample consists of 2 test specimens.
(2) The compressive strength will be the average of two test specimens.



# Section 617.— GUARDRAIL

## Description

**617.01** This work consists of constructing guardrail systems and modifying, removing, resetting, and raising existing guardrail systems.

(a) Guardrail systems are designated as follows:

| | |
|---|---|
| G1 | Cable guardrail |
| G2 | W-beam (weak post) |
| G3 | Box beam |
| G4 | Blocked-out W beam standard barrier |
| G9 | Blocked-out thrie beam standard barrier |
| MB4 | Blocked-out W beam median barrier |
| SBTA | Steel-backed timber guardrail/timber posts and block-out |
| SBTB | Steel-backed timber guardrail/timber posts and no block-out |
| CRT | W-beam guardrail and no blockout |
| SBLG | Steel-backed log rail |

(b) Steel guardrail types are designated as follows:

| | |
|---|---|
| I | Zinc-coated, 550 grams per square meter |
| II | Zinc-coated, 1100 grams per square meter |
| III | Painted rails |
| IV | Corrosion resistant steel |

(c) Steel guardrail classes are designated as follows:

| | |
|---|---|
| A | Metal thickness - 2.67 millimeters |
| B | Metal thickness - 3.43 millimeters |

(d) Terminal section types are designated as follows:

| | |
|---|---|
| BCT | Breakaway cable terminal |
| CRT | Cable releasing terminal |
| MELT | Modified eccentric loader terminal |
| G4-BAT | Back slope anchor terminal |



000698