000699



## Material

**617.02** Conform to the following Section and Subsections:

| | |
|---|---|
| Box beam rail | 710.07 |
| Concrete | 601 |
| Corrosion resistant steel rail | 710.06(b) |
| Galvanized steel rail | 710.06(a) |
| Guardrail hardware | 710.10 |
| Guardrail posts | 710.09 |
| Precast anchors | 725.11 |
| Reflector tabs | 710.10 |
| Retroreflective sheeting type I or type II | 718.01 |
| Steel-backed timber rail | 710.08 |
| Welding | 555.03 |
| Wire rope or wire cable | 709.02 |
| Wood preservative treatment | 716.03 |

## Construction Requirements

**617.03 Posts.** When pavement is within 1 meter of the guardrail, set posts before placing the pavement.

Do not shorten guardrail posts unless the cut end is set in concrete. Do not shorten posts in terminal sections.

If an impenetrable object is encountered while placing posts, enlarge the hole to provide not less than 150 millimeters clearance on all sides, and to a minimum depth of 0.75 meters. Set the post in concrete to within 150 millimeters of the top of the hole. Backfill and compact the remaining 150 millimeters with acceptable material.

Drive posts into pilot holes that are punched or drilled. The dimensions of the pilot hole shall not exceed the dimensions of the post by more than 15 millimeters. Set posts plumb, backfill, and compact.

When longer posts are specified, do not use them in the terminal sections.





Stamp the post length on the top of all wood posts. Restamp numbers disturbed during installation. Stamp post length on all metal posts. Galvanize after stamping.

Alternate hole arrangements do not apply to posts in anchorage assemblies.

**617.04 Rail Elements.** Install the rail elements after the pavement adjacent to the guardrail is complete. Do not modify specified hole diameters or slot dimensions.

**(a) Steel rail.** Shop bend all curved guardrail with a radius of 45 meters or less.

Erect rail elements in a smooth continuous line with the laps in the direction of traffic flow. Use bolts that extend at least 6 millimeters but not more than 25 millimeters beyond the nuts. Tighten all bolts.

Paint all scrapes on galvanized surfaces that are through to the base metal with 2 coats of zinc-oxide paint.

**(b) Timber rail.** Equally space bolts along the front face of the timber rail to match the holes in the steel backing. Align timber guardrail along the top and front edges of the rail.

Field cut timber rails to produce a close fit at joints. Treat field cuts with 2 coats of chromated copper arsenate.

**(c) Log rail.** Construct log rail according to the plans.

**617.05 Terminal Sections.** Construct terminal sections at the locations shown. Terminal sections consist of posts, railing, hardware, and anchorage assembly necessary to construct the type of terminal section specified.

Where concrete anchors are installed, construct either cast-in-place or precast units. Do not connect the guardrail to cast-in-place anchors until the concrete has cured 7 days. Install end anchor cables tightly without slack.

Use either the steel tube anchor or the concrete anchor in the construction of the anchorage assembly for the type BCT terminal section.

000700



When required by the contract, construct earth berms according to Section 204.

**617.06 Connection to Structure.** Construct connection to structure and, where required by the contract, reinforced concrete transition according to the plans.

**617.07 Removing and Resetting Guardrail.** Remove and store the existing guardrail, posts, and appurtenances. Remove and dispose of posts that are set in concrete. Replace all guardrail, posts, and hardware damaged during removal, storage, or resetting. Backfill all holes resulting from the removal of guardrail posts and anchors with granular material according to Section 209.

**617.08 Raising Guardrail.** Remove the existing guardrail and appurtenances. Replace and reset posts as needed. Replace all guardrail, posts, and hardware damaged during the removal and raising.

**617.09 Acceptance.** Material for guardrail will be evaluated under Subsections 106.02 and 106.03.

Construction of guardrail will be evaluated under Subsections 106.02 and 106.04.

Earth berm construction will be evaluated under Section 204.

Structural excavation will be evaluated under Section 209.

Welding will be evaluated under Section 555.

Concrete will be evaluated under Section 601.

## Measurement

**617.10** Measure guardrail, except steel-backed timber guardrail and steel-backed log rail, by the meter along the face of the rail excluding terminal sections. Measure steel-backed timber guardrail and steel-backed log rail by the meter along the face of the rail including terminal sections. Measure transition sections from G9 rail to G4 rail as G9 rail.





Measure terminal sections by the each, except measure the following terminal sections as a part of the rail:

**(a)** Steel-backed timber guardrail terminal sections
**(b)** Steel-backed log rail terminal sections
**(c)** BCT anchorage assemblies constructed as a part of the CRT system

Measure removing and resetting guardrail and raising guardrail by the meter along the face of the rail including reset terminal sections.

Measure replacement posts (except replacement posts for posts damaged by construction operations) used in the removing, resetting, or raising guardrail by the each.

Measure connection to structure by the each.

Measure reinforced concrete transitions by the each.

Measure earth berms under Section 204.

## Payment

**617.11** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 61701 | Guardrail system ____, type ___, class ___ | Meter |
| 61702 | Terminal section type ___ | Each |
| 61703 | Removing and resetting guardrail | Meter |
| 61704 | Raising guardrail | Meter |
| 61705 | Replacement posts | Each |
| 61706 | Connection to structure | Each |
| 61707 | Reinforced concrete transition | Each |

000701



# Section 618.— CONCRETE BARRIERS AND PRECAST GUARDWALLS

## Description

**618.01** This work consists of constructing and resetting concrete barrier and precast concrete guardwall systems.

## Material

**618.02** Conform to the following Section and Subsections:

| | |
|---|---|
| Concrete class A(AE) | 552 |
| Guardrail hardware | 710.10 |
| Precast concrete guardwall | 725.11 |
| Preformed joint filler | 712.01(b) |
| Reinforcing steel | 709.01 |

## Construction Requirements

**618.03 General.** Perform excavation and backfill work under Section 209.

**618.04 Concrete Barriers.** Concrete barriers may be cast-in-place, slip-formed, or precast according to Section 552. Finish the sides and top according to Subsection 552.16(a).

**(a) Cast-in-place.** Hand form or saw contraction joints 5 millimeters wide and 50 millimeters deep at 6-meter intervals. Saw as soon as possible after the concrete has set sufficiently to preclude raveling during sawing, but before shrinkage cracking occurs. Decrease the depth of the saw cut at the edge adjacent to the pavement to prevent pavement damage.

Place 19 millimeters preformed joint filler in all construction joints. Cut the joint filler to fit the cross-sectional area at structures and barrier construction joints. Construct 6-millimeter wide longitudinal joints on the sides of the barrier as indicated. Tool construction joint edges. Seal joints according to Subsection 501.11.





**(b) Slip-formed.** Do not touch the barrier extruded concrete surface as it leaves the slip-form machine, except to immediately remove offsets and fins by light troweling.

Make adjustments in the operation to correct any condition causing surface blemishes larger than 13 millimeters. Do not use water on the completed barrier to correct imperfections.

**(c) Precast.** Precast barriers in section lengths. Prepare the barrier foundation so it does not vary over 6 millimeters when a 3-meter straightedge is laid along the centerline of the barrier. Align the joints and connect adjacent sections in an acceptable manner. Shim with a 300 by 600 millimeter polystyrene foam pad under the end. Provide at least 300 millimeters of bearing surface under the shim.

Use cast-in-place barrier where transitions, split barriers, or gaps shorter than 3 meters require it. At each joint between precast and cast-in-place barrier, provide hardware in the cast-in-place section to tie its end to the abutting precast section.

**618.05 Precast Concrete Guardwall.**

**(a) Fabrication.** A full-size sample of the guardwall will be provided at a specified location. Fabricate the guardwall to match the sample's shape, color, and texture. The guardwall shall also conform to the following:

(1) Fabricate in a precast concrete production facility certified by the National Precast Concrete Association and according to the Association's *Manual of Quality Control.*

(2) Formulate the facing mixes, backing mixes, and structural concrete backup to produce concrete mix designs of similar aggregate-cement ratios to minimize differences in shrinkage factors and coefficients of thermal expansion and contraction. Formulate using portland cement, limestone, quartz, mica, and silicious stones in such proportions as to match the sample.

(3) Use epoxy coated reinforcing steel at locations where the reinforcing steel is less than 50 millimeters from the exposed surface.

000702



(4) Cast the segments straight and true to a line in strong permanent composite molds of steel, plastic resins, concrete, or rubber.

(5) Cast the facing mixes a minimum of 25 millimeters thick. Assure a good bond between facing and backup mixes.

(6) Provide 4 lifting inserts in unexposed areas. Provide removable caps for the lifting inserts to allow for future segment replacement.

**(b) Test section.** Demonstrate the ability to match the sample by fabricating a 3-meter, full-scale guardwall test section and delivering it to the location of the sample for comparison. If the test section is not in reasonably close conformity to the sample, fabricate another test section according to (a) above. Test sections that do not match the sample may not be used in the wall installation.

**(c) Installation.** After the test section is approved, produce the guardwall sections to match the approved test section. Prevent damage to the segments during fabrication, handling, delivery, and installation. Repair or replace all damaged sections. Prepare the foundation and place the sections. Use backer rods and joint sealant in the section joints to match the false joints.

At 30-meter intervals and at low points in the guardwall, dig outlet ditches and fill them with 150 millimeters of aggregate conforming to AASHTO M 43 no. 57.

**618.06 Terminal Sections.** Where barrier is being constructed next to roadway lanes open to traffic, connect an approved temporary terminal section to the barrier at the end of each day.

Construct permanent graded berms according to Section 204.

**618.07 Resetting Barrier.** Reset barrier and terminal sections according to Subsections 618.03 and 618.06. Store barrier sections in an approved location when resetting cannot immediately follow removal.

**618.08 Acceptance.** Material for concrete barrier and precast guardwall (except concrete and reinforcing steel) will be evaluated under Subsections 106.02 and 106.03.





Construction of concrete barriers and precast concrete guardwalls will be evaluated under Subsections 106.02 and 106.04.

Concrete barrier and precast concrete guardwall appearance will be evaluated under Subsection 106.02.

Precast concrete guardwall test sections will be evaluated under Subsection 106.02.

Concrete will be evaluated under Section 552.

Reinforcing steel will be evaluated under Section 554.

## Measurement

**618.09** Measure concrete barrier and precast concrete guardwall by the meter along the top of the barrier excluding terminal sections.

Measure terminal sections by the each.

Measure reset barrier by the meter in the relocated position including terminal sections.

Measure earth berms under Section 204.

## Payment

**618.10** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 61801 | Concrete barrier | Meter |
| 61802 | Precast concrete guardwall | Meter |
| 61803 | Terminal section _(description)_ | Each |
| 61804 | Reset barrier | Meter |

000703

# Section 619.—FENCES, GATES, AND CATTLE GUARDS

## Description

**619.01** This work consists of constructing fences, gates, cattle guards, and bollard posts and removing and resetting fence.

## Material

**619.02** Conform to the following Sections and Subsections:

| | |
|---|---|
| Barbed wire | 710.01 |
| Chain link fence | 710.03 |
| Concrete | 601 |
| Fence gates | 710.05 |
| Fence posts and bollards | 710.04 |
| Grout | 725.22(e) |
| Precast concrete units | 725.11 |
| Reinforcing steel | 709.01 |
| Temporary plastic fence | 710.11 |
| Woven wire | 710.02 |

## Construction Requirements

**619.03 Fences and Gates.**

**(a) General.** Clear along the fence line. Remove and dispose of trees, brush, logs, upturned stumps, roots of downed trees, rubbish, and debris according to Subsection 201.06. Clear a 3-meter width for chain link fence and a 1-meter width for wire fence.

Grubbing is not required except where short and abrupt changes in the ground contour require removal of stumps to properly grade the fence line. Remove or close cut stumps within the clearing limits.

Perform clearing and leveling with minimum disturbance to the terrain outside the fence line.

Schedule the fence installation, provide temporary fence, or other adequate means to prevent livestock from entering the project right-of-way, easements, or adjoining properties.





At bridges, cattle underpasses, and culverts, connect new fence to structure to permit free passage of livestock under or through the structure.

**(b) Chain link fence and gates.**

**(1) Posts.** Space posts at not more than 3-meter intervals. Measure the post spacing interval horizontally. Set posts vertically.

Set posts in concrete according to Section 601.

Where solid rock is encountered without overburden, drill line post holes at least 350 millimeters deep and drill end, corner, gate, and pull posts at least 500 millimeters deep in the solid rock. Make the hole width or diameter at least 25 millimeters greater than the post width or diameter. Cut the post to the required length before installation or drill the hole deep enough to set the post at the required height. Set and plumb the post and fill the hole with grout. Thoroughly work the grout into the hole to eliminate voids. Crown the grout to drain water away from the post.

Where solid rock is covered with soil or loose rock overburden, set posts to the plan depth or to the minimum depth into the solid rock as specified above, whichever is less. When solid rock is encountered before the plan depth, grout the portion of the post in solid rock and backfill the post hole from the solid rock to the top of the ground with concrete.

Provide end, gate, corner, and pull posts with adjacent brace posts as shown on the plans. A change in the fence alignment of 20 degrees or more is considered a corner.

**(2) Top rail.** Install top rails through the ornamental tops of the line posts, forming a continuous brace from end-to-end of each stretch of fence. Join lengths of top rail with sleeve-type couplings. Securely fasten top rails to terminal posts by pressed steel fittings or other appropriate means.

000704



**(3) Tension wire.** Attach tension wire to end, gate, corner, or pull posts by bands and clamps. Either thread the top tension wire through the line post loop caps or hold in open slots in a manner to limit vertical movement. Tie or attach the bottom tension wire to the bottom of the line posts by ties or clamps in a manner that prevents vertical movement. Apply sufficient tension to avoid excess sag between posts. On the top tension wire, provide one turnbuckle or ratchet take-up in each run of fence.

**(4) Fence fabric.** For fences placed on the right-of-way, place fence fabric on the post face away from the highway. On curved alignment, place the fence fabric on the post face on the outside of the curve. For residential fences and fences off the right-of-way, place fence fabric on the post face designated by the CO.

Place the fabric approximately 25 millimeters above the ground and on a straight line between posts. Excavate high points of the ground to maintain grade. Do not fill in depressions without prior approval.

Stretch the fabric taut and securely fasten the fabric to the posts. Do not stretch using a motor vehicle. Use stretcher bars and fabric bands to fasten to end, gate, corner, and pull posts or weave the fabric into the fastening loops of roll-formed posts.

Fasten fabric to line posts using wire ties, metal bands, or other approved method. Fasten the top and bottom edge of the fabric with tie wires or hog rings to the top rail or tension wires, as applicable.

Join rolls of fabric by weaving a single strand into the ends of the rolls to form a continuous mesh.

**(5) Gates.** Fasten fabric to the end bars of the gate frame by stretcher bars and fabric bands. Fasten fabric to the top and bottom bars of the gate frame by tie wires similar to the method specified for fence fabric or by other approved standard methods.

Thoroughly clean welded connections on gate frames where the smelter coating has been burned with a wire brush. Remove traces of the welding flux and loose or cracked smelter. Paint the cleaned areas with two coats of zinc-oxide paint.





Provide a concrete footing for the drop-bar locking device on double metal gates. Make a hole to receive the locking bar to the depth specified by the manufacturer of the locking device.

Hinge each single gate to prevent removal of the gate without tools. Set the gate in an approximately horizontal plane. Set the gate so it swings freely inward and outward and fastens securely in its latch holder, or in the case of double gates, in its latch holder and gate stops. Set double gates on their respective hinge pintles to provide a common horizontal plane in which each single gate swings. Set gates to swing open at least 90 degrees in each direction.

**(c) Wire fences and gates.**

**(1) Posts.** Excavate holes for posts, footings, and anchors as shown. Space posts at intervals shown for the type of fence being installed. Measure post spacing interval parallel to the existing ground slope. Set posts in a vertical position. Backfill post holes in 150-millimeter lifts. Tamp and compact each lift.

Wood posts may be driven in place if the method of driving does not damage the post. Metal posts may be driven. Set metal corner, gate, end, and pull posts in concrete.

Where solid rock is encountered without overburden, drill line post holes at least 350 millimeters deep and end, corner, gate, and pull posts at least 500 millimeters deep in the solid rock. Make the hole width or diameter at least 25 millimeters greater than the post width or diameter. Cut the post to the required length before installation or drill the hole deep enough to set the post at the required height. Set and plumb the post and fill the hole with grout. Thoroughly work the grout into the hole to eliminate voids. Crown the grout to drain water away from the post. Metal posts set in this manner do not require anchor plates and concrete footings.

Where solid rock is covered with soil or loose rock overburden, set posts to the plan depth or to the minimum depth into the solid rock as specified above, whichever is less. When the depth of overburden is greater than 300 millimeters, use an anchor plate on steel line posts and backfill steel end, corner, gate, and pull posts with concrete from the solid rock to top of the ground. When the depth of overburden is

000705



300 millimeters or less, anchor plates and concrete backfill are not required. Grout the portion of the post in solid rock.

Install corner posts at changes in alignment of 30 degrees or more. Where new fence joins an existing fence, set end or corner posts, as necessary, and attach in a manner satisfactory to the CO.

**(2) Braces.** Limit fence runs to no more than 200 meters between adjacent corner braces, gate braces, end braces, or line braces. Install line braces at uniform intervals so the distance between any two braces is 200 meters or less. Construct braces before placing the fence fabric and wires on posts.

*(a) Metal braces.* Provide corner posts and pull posts with two braces, one each direction from the post in the main fence line. Provide end posts and gate posts with one brace in the line of the fence. Attach metal braces to the metal end, corner, pull, and gate posts and set in concrete as shown.

*(b) Wood braces.* Tap the posts to receive the braces. Anchor the brace to the post with three 16d nails or a 10 by 100-millimeter dowel. Install brace wires as shown and twist together until the entire assembly is taut and firm. Lightly notch the posts to position the brace wire. Drive three staples at each notch to secure wire.

**(3) Barbed wire and woven wire.** Place barbed wire and woven wire on the post face away from the highway. On curved alignment, place the barbed wire and the woven wire on the post face on the outside of the curve. Tightly stretch and fasten barbed wire and woven wire to the posts.

Apply tension according to the manufacturer's recommendations using a mechanical stretcher or other device designed for such use. Evenly distribute the pull over the longitudinal wires in the woven wire so not more than 50 percent of the original depth of the tension curves is removed. Do not use a motor vehicle to stretch the wire.





Splicing of barbed wire and woven wire between posts is permitted provided not more than two splices, spaced a minimum of 15 meters apart, occur in any one run of fence. Use wrap or telephone type splices for the longitudinal woven wire and barbed wire with each end wrapped around the other wire for not less than six complete turns.

**(4) Fastening barbed wire and woven wire.** Terminate the woven wire and barbed wire at each end, corner, gate, and pull post. Warp each line of barbed wire and each longitudinal wire of the woven wire around the post and then itself with at least four turns. Where wood posts are used, staple the wires tightly to the posts.

At line posts, fasten the woven wire to the post at top and bottom and at intermediate points not exceeding 300 millimeters apart. Fasten each strand of barbed wire to each line post. Use wire ties or clamps to fasten the wires to metal posts. Securely splice tie wires to the fence on both sides of the post so there are two loops behind the post and one loop in front. On wood line posts, drive U-shaped staples diagonally across the wood grain so that both points do not enter between the same grain. In depressions where wire uplift occurs, drive staples with points slightly upward. On level ground and over knolls, slope the points slightly downward. Drive the staples just short of actual contact with the wires to permit free longitudinal movement of those lines and to prevent damage to the protective coating.

At grade depressions, alignment angles, and other locations where stresses tending to pull posts from the ground or out of alignment are created, snub or guy the wire fence. Attach the guy wire to each strand of barbed wire and to the top and bottom wires of woven wire in a manner to maintain the entire fence in its normal shape. Attach the guy wire to a deadman anchor buried not less than 600 millimeters in the ground or to an approved anchor at a point that will best serve to resist the pull of the wire fence. If necessary to guy the fence in solid rock, grout the guy wire in a hole 50 millimeters in diameter and 250 millimeters deep. Deadman may also be fastened to posts. Place the deadman anchors at locations as directed.

Where required, install vertical cinch stays as shown. Twist the wire to permit weaving into the horizontal fence wires to provide rigid spacing. Weave barbed wires and the top, middle, and bottom wire of the woven wire, as applicable, into the cinch stay.

Where existing fence intersects the new fence, cut the existing fence materials or, splice in kind, new material as necessary, and fasten each longitudinal wire of the woven wire and each strand of the barbed wire to a new end post in line with or immediately adjacent to the new fence line.

**(5) Gate installation.**

*(a) Wire gates.* Construct wire gates of the same material as the fence and as shown. Provide a taut and well-aligned closure of the opening, capable of being readily opened and closed by hand.

*(b) Metal gates.* Install metal gates and fittings to gate posts previously set. Firmly attach the fittings to the posts and gates. Hinge each single gate to prevent removal of the gate without tools. Set the gate in an approximately horizontal plane. Set the gate so it swings freely inward and outward and fastens securely in its latch holder, or in the case of double gates, in its latch holder and gate stops. Set double gates and their respective pintles to provide a common horizontal plane in which each single gate swings. Set gates to swing open at least 90 degrees in each direction.

For double gates, provide a drop-bar locking device with a concrete footing 300 millimeters in diameter and 300 millimeters deep. Crown the top of the footing and make a hole to receive the locking bar. Make the diameter and depth of the hole in the footing as specified by the manufacturer of the locking device.

*(c) Wood gates.* Install wood gates similar to metal gates and as shown.

**619.04 Grounding Fences.** Where an electric line crosses the fence line, ground the fence. Drive a 2.5-meter long, 13-millimeter minimum diameter galvanized or copper coated steel rod into the ground under the fence directly below the point of crossing. Drive the rod vertically until the top is 150 millimeters below the ground surface. Connect the grounding rod to each fence element with a 5-millimeter diameter solid copper conductor or equivalent. Either braze the connections or fasten with noncorrosive clamps.





Where an electric line runs parallel or nearly parallel to and above the fence, ground the fence at each end or gate post or at intervals not exceeding 500 meters.

Where vertical penetration of the grounding rod cannot be accomplished, use an equivalent horizontal grounding system.

**619.05 Remove and Reset Fence.** Remove existing fence and reset to approximately the same condition as the original fence. Salvage material in the existing fence and incorporate the material into the reset fence. When posts are set in concrete, remove concrete from old post and reset in concrete. Replace fence material damaged beyond reuse. Firmly reset posts on new alignment. Space posts and attach the horizontal members or wires to posts the same as the original fence. Furnish and use new material to fasten members or wires to posts.

**619.06 Temporary Fence.** When necessary, construct temporary fence to keep livestock and traffic off the road being constructed. Temporary fence is intended to remain in place only during the construction of the project or until the fence is directed to be removed.

Construct a temporary fence of a type that provides an adequate enclosure for the type of livestock to be confined.

**619.07 Cattle Guards.**

**(a) Excavating and backfilling.** Perform the work described under Section 209. Excavate foundation to depth with sufficient space for proper installation of formwork.

When the cattle guard is to be installed on new embankment, complete and compact the embankment according to Section 204 before excavating for footing.

**(b) Concrete foundation.** Construct concrete foundations according to Section 601. Concrete units may be cast-in-place or precast.

Finish stringer bearings to allow full bearing under each stringer. The cattle guard shall rest on the concrete without rocking.

000707



(c) **Cattle guard.** Fabricate cattle guard according to Section 555. Assemble and place guards as shown on the plans. Securely fasten the cattle guard to the foundation. Fasten the metal wings to the cattle guard as shown on the plans. Connect fences and gates according to the plans. Weld according to ANSI/AASHTO/AWS D1.5.

Standard manufactured cattle guards may be used if approved. Designs shall provide for AASHTO loading M-18. Suitable cleanouts shall be provided. Prepare and submit drawings according to Subsection 104.03. Acceptance of the drawings covers the requirements for strength and detail only. No responsibility is assumed for errors in dimensions.

(d) **Painting.** All metal parts shall receive one shop coat. Two additional coats are required and may be applied in the shop or in the field. Paint according to Section 563.

**619.08 Bollards.** Drill holes for bollards. Set posts plumb, backfill with approved material, and compact.

**619.09 Acceptance.** Material for fences, gates, cattle guards, and bollards will be evaluated under Subsections 106.02 and 106.03.

Construction and erection of fences, gates, cattle guards, and bollards will be evaluated under Subsections 106.02 and 106.04.

Excavation and backfill for cattle guards will be evaluated under Section 209.

Structural steel work for cattle guards will be evaluated under Section 555.

Painting of cattle guards will be evaluated under Section 563.

Concrete work for cattle guards will be evaluated under Section 601.

## Measurement

**619.10** Measure fence and remove and reset fence by the meter along the top of the fence.

Measure gates, cattle guards, brace panels, and bollard posts by the each.





## Payment

**619.11** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 61901 Fence ___*(description)*___ | Meter |
| 61902 Gate ___*(description)*___ | Each |
| 61903 Cattle guard, ___ meter | Each |
| 61904 Brace panel | Each |
| 61905 Bollard post | Each |
| 61906 Remove and reset fence | Meter |

000708

# Section 620.— STONE MASONRY

## Description

**620.01** This work consists of constructing or rehabilitating stone masonry structures and the stone masonry portions of composite structures.

Masonry class is designated according to Subsection 705.03 and as follows:

(a) **Dimensioned masonry.** Stones are cut in two or more dimensions and laid in a broken-course pattern in cement mortar.

(b) **Class A masonry.** Stones are shaped, dressed to within 6 millimeters of true line, and laid in cement mortar.

(c) **Class B masonry.** Stones are shaped, dressed to within 19 millimeters of true line, and laid in cement mortar.

(d) **Cement rubble masonry.** Stones vary in size and shape, are roughly dressed, and laid in random courses in cement mortar.

Finish for exposed faces is designated according to Subsection 705.03(f).

## Material

**620.02** Conform to the following Section and Subsections:

| | |
|---|---|
| Concrete | 601 |
| Mortar | 712.05 |
| Rock for masonry structures | 705.03 |

## Construction Requirements

**620.03 General.** Furnish stone that matches the native stone on the project. Submit stone samples representing the range of colors and sizes to be used on the project to the CO 14 days before beginning work.

Keep an adequate inventory of the stone on the site to provide an ample variety of stones for the masons. When additional stone is added, mix the new stone with the existing stone in a uniform pattern and color.





Perform excavation and backfill work under Section 209. Prepare the foundation bed normal to, or in steps normal to, the face of the masonry. Where foundation masonry is used, clean the bearing surface thoroughly and wet immediately before spreading the mortar bed.

**620.04 Placing Stone.** Place stone to provide a uniform pattern and color. Do not place stone in freezing weather. Clean all stones thoroughly and moisten immediately before placing. Clean and moisten the bed.

Spread the mortar. The thicknesses of beds and joints for face stones are as shown in Table 620-1. Ring stone joints on the faces and soffits are not less than 6 millimeters or more than 38 millimeters thick. However, make the bed of each course of uniform thickness throughout.

Construct joints in dimensioned masonry vertical. In all other masonry, joints may be at angles with the vertical from 0 to 45 degrees.

Level the cross beds for vertical walls. Beds for battered walls may vary from level to normal to the batter line of the face of the wall.

Lay the stones with the longest face horizontal and the exposed face parallel to the masonry face. Flush the joints with mortar.

Do not jar or displace the stones already set. If a stone is loosened after the mortar has taken initial set, remove it, clean off the mortar, and relay the stone with fresh mortar.

**Table 620-1**
**Masonry Bed and Joint Thicknesses**

| Class | Beds - mm | Joints - mm |
|---|---|---|
| Rubble | 13 - 64 | 13 - 64 |
| Class B | 13 - 50 | 13 - 50 |
| Class A | 13 - 50 | 13 - 38 |
| Dimensioned | 10 - 25 | 19 - 25 |

0007709



**620.05 Pointing.** Point or finish all joints. Crown the mortar in the joints on top surfaces slightly at the center of the masonry to provide drainage.

Where raked joints are required, squarely rake all mortar in exposed face joints and beds to the required depth. Where weather joints are required, slightly rake the joints. Do not leave the mortar flush with the stone faces.

Clean all face stone of mortar stains while the mortar is fresh. After the mortar sets, clean again using wire brushes and acid. Protect the masonry during hot or dry weather and keep it wet for at least 3 days after the work is completed.

**620.06 Constructing Walls.** Construct an L-shaped sample section of wall not less than 1.5 meters high and 2.5 meters long, showing examples of face wall, top wall, method of turning corners, and method of forming joints. Do not construct masonry other than the foundation masonry before the sample is approved.

Set face stones in random bond to produce the effect shown on the plans and to correspond with the approved sample section. Do not extend beds in an unbroken line through more than 5 stones and joints through more than 2 stones. Bond each face stone with all contiguous face stones at least 150 millimeters longitudinally and 50 millimeters vertically. Do not construct so that the corners of four stones are adjacent to each other.

Do not bunch small stones or stones of the same size, color, or texture. In general, the stones decrease in size from the bottom to the top of work. Use large stones for the bottom courses and large, selected stones in the corners.

**(a) Headers.** Where required, distribute headers uniformly throughout the walls of structures to form at least 20 percent of the faces.

**(b) Backing.** Construct the backing out of large stones. Bond the individual stones composing the backing and heart with the stones in the face wall and with each other. Fill all openings and interstices in the backing completely with mortar or with spalls surrounded completely by mortar.





**(c) Coping.** Construct copings as shown on the plans. Where copings are not called for, finish the top of the wall with stones wide enough to cover the top of the wall from 0.5 to 1.5 meters in length, and of random heights, with a minimum height of 150 millimeters. Lay stones in a manner that the top course is an integral part of the wall. Pitch the tops of the top courses of stone to line in both vertical and horizontal planes.

**(d) Parapet walls.** Use selected stones, squared and pitched to line and with heads dressed in the ends of parapet walls and in all exposed angles and corners. Interlock headers with as many headers as possible extending entirely through the wall. Interlock both the headers and stretchers in the 2 faces of the wall. The headers and stretchers shall comprise practically the whole volume of the wall. Completely fill all interstices and spalls with mortar.

**(e) Weep holes.** Provide weep holes for all walls and abutments. Place weep holes at the lowest points where free outlets can be obtained and space them no more than 3 meters center to center.

**620.07 Facing for Concrete.**

**(a) Stone placed before concrete.** Make the back of the masonry uneven to improve the bond to the concrete backing.

Use no. 10M reinforcing steel bent into an elongated letter S to anchor the stone. Embed each anchor in a mortar bed to within 50 millimeters from the face of the stones. Project the other end ±250 millimeters into the concrete backing. Space the anchors 0.5 meter apart both horizontally and vertically.

After the mortar has attained sufficient strength, clean the back masonry surface of all dirt, loose material, and mortar drippings. Wash surfaces just before placing the concrete using a high-pressure water jet.

When placing the concrete, carry a neat cement grout of the consistency of cream on top of the concrete and against the masonry at all times. Coat all interstices in the back of the masonry with grout.