000710



**(b) Concrete placed before stone.** Allow a facing thickness as shown on the plans. Set galvanized metal slots with anchors in the concrete face. Set the anchors vertically at a horizontal spacing not exceeding 600 millimeters. Place a temporary filling of felt or other material in the slots to prevent filling with concrete.

Where setting the stone facing, fit the metal anchors tightly in the slots at an average vertical spacing of 600 millimeters. Bend at least 25 percent of the anchors at a short right angle to engage a recess cut in the stone. Extend the anchors to within 75 millimeters of the exposed face of the stone work.

Where the shape of the concrete face is unsuitable for the use of metal slots, use 3.8-millimeter galvanized iron wire ties at a rate of 7 ties for each square meter of exposed surface. Install ties after the concrete has cured using a gun.

Keep the concrete face continuously wet for 2 hours preceding the placing of the stone and fill spaces between the stones and concrete with mortar.

**620.08 Constructing Arches.** Prepare and submit drawings for falsework according to Section 562. Stratify arch ring stones parallel to the radial joint and stratify other stones parallel to the beds.

Lay out a full-size template of the arch ring near the quarry site showing face dimensions of each ring stone and thickness of joints. Receive approval before the shaping of any ring stone is started and place no ring stone in the structure until all ring stones have been shaped and dressed.

Construct arch centering according to the approved drawings. Provide suitable wedges for adjusting the elevation of the forms.

Set arch ring stones to the exact position and hold in place with hardwood wedges until the joints are packed with mortar. When required, support centering with approved jacks to correct settlement after masonry placement begins. Lower the centering gradually and symmetrically to avoid overstresses in the arch. Make the arch self-supporting before the railing or coping is placed.





For filled spandrel arches, strike the centers before constructing the spandrel walls to avoid jamming of the expansion joints. Place the backfill so the ring is uniformly and symmetrically loaded.

**620.09 Guardwall.** Use cement rubble masonry. Concrete corewalls for guardwall may be cast-in-place or precast units according to Section 601, except the concrete shall have a minimum 28-day compressive strength of 25 megapascals.

Construct an 8-meter sample section of guardwall. Do not construct additional guardwall before the sample is approved.

Construct the guardwall true and uniform along its length with no stone projecting more than 38 millimeters beyond the neat line. Make mortar beds and joints according to Table 620-1. Rake the joints and beds to a depth of 50 millimeters on the front and top sides and to 38 millimeters on the back.

Use a one-piece capstone for the full width of the guardwall for at least 25 percent of the total length. Use a two-piece capstone with the joint within 100 millimeters of the guardwall center for the remaining length.

Place all stones, including the capstones, randomly to avoid a pattern. Lay stones to reflect the width of the expansion joints. Do not leave a gap or a mortar edge at the expansion joint. Use various size stones to coin or key the corners of the guardwall.

**620.10 Acceptance.** Material for mortar will be evaluated under Subsections 106.02 and 106.03. Mortar will be evaluated under Subsections 106.02 and 106.04. See Table 620-2 for sampling and testing requirements.

Rock for masonry structures will be evaluated under Subsections 106.02 and 106.04.

Construction or rehabilitation stone masonry structures will be evaluated under Subsections 106.02 and 106.04.

Excavation and backfill will be evaluated under Section 209.

Concrete will be evaluated under Section 601.

## Measurement

**620.11** Measure stone masonry by the cubic meter in the structure. Do not measure sample wall sections not incorporated in the work.

Measure stone masonry guardwall by the meter along the front face of the wall including terminal sections.

Measure remove and reset stone masonry by the cubic meter in the structure after resetting.

Measure repoint stone masonry by the meter of joint.

## Payment

**620.12** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for all work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 62001 | _(Class)_ masonry, ___ finish | Cubic meter |
| 62002 | Stone masonry guardwall | Meter |
| 62003 | Remove and reset stone masonry | Cubic meter |
| 62004 | Repoint stone masonry | Meter |





**Table 620-2**
**Sampling and Testing**

| Material or Product | Property or Characteristic | Test Methods or Specifications | Frequency | Sampling Point |
|---|---|---|---|---|
| Mortar | Making test specimens<br>Compressive strength (2) | AASHTO T 23<br>AASHTO T 22 | 1 sample per installation (1) | Job site |

(1) Sample consists of two test specimens.
(2) The compressive strength will be the average of two test specimens.



000711

000712

# Section 621.— MONUMENTS AND MARKERS

## Description

**621.01** This work consists of constructing right-of-way monuments, maintenance markers, and similar monuments or posts.

## Material

**621.02** Conform to the following Sections and Subsections:

| | |
|---|---|
| Concrete | 601 |
| Paint | 708 |
| Reflectors | 718.12 |
| Reinforcing steel | 709.01 |
| Treated structural timber and lumber | 716.03 |
| Untreated structural timber and lumber | 716.01 |

## Construction Requirements

**621.03 Monuments and Markers.** Locate permanent points according to Section 152. Perform excavation and backfill work under Section 209. Set each monument and marker vertically at the required location and elevation. Monuments may be cast-in-place or precast according to Section 601. Backfill and compact around the monument or marker to ensure that it is held firmly in place.

**621.04 Acceptance.** Material (except concrete and paint) for monuments and markers will be evaluated under Subsections 106.02 and 106.03.

Construction of monuments and markers will be evaluated under Subsections 106.02 and 106.04.

Location of permanent points will be evaluated under Section 152.

Structural excavation and backfill will be evaluated under Section 209.

Concrete will be evaluated under Section 601.

Paint will be evaluated under Section 563.





## Measurement

**621.05** Measure monuments and markers by the each.

## Payment

**621.06** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 62101 Monument | Each |
| 62102 Marker | Each |

000713

# Section 622.— RENTAL EQUIPMENT

## Description

**622.01** This work consists of furnishing and operating equipment for construction work ordered by the CO and not otherwise provided for under the contract.

## Construction Requirements

**622.02 Rental Equipment.** The CO will order in writing rental equipment for use on the project. Submit the model number and serial number for each piece of equipment before use. Make equipment available for inspection and approval before use.

Furnish and operate equipment with such auxiliary attachments, oilers, etc., as are usually needed for efficient operation of the equipment. Keep the equipment in good repair and capable of operating 90 percent of the working time.

Obtain approval of the length of workday and workweek before beginning work. Keep daily records of the number of unit-hours of operation. Submit the records along with certified copies of the payroll.

**622.03 Acceptance.** Rental equipment work will be evaluated under Subsection 106.02.

## Measurement

**622.04** Measure rental equipment by the hour of production time as ordered by the CO and furnished. Round portions of an hour up to the next half hour. Measure time in excess of 40 hours per week at the same rate as the first 40 hours. Measure time for moving equipment between project work sites. Do not measure nonoperable equipment or equipment dependent upon another piece of nonoperable equipment.





## Payment

**622.05** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 62201 *(Type and size of equipment)* | Hour |

000714

# Section 623.— GENERAL LABOR

## Description

**623.01** This work consists of furnishing workers and hand tools for construction work ordered by the CO and not otherwise provided for under the contract.

## Construction Requirements

**623.02 Workers and Equipment.** Furnish competent workers and appropriate hand tools for the work.

Obtain approval of the length of workday and workweek before beginning work. Keep daily records of the number of hours worked. Submit the records along with certified copies of the payroll.

**623.03 Acceptance.** General labor work will be evaluated under Subsection 106.02.

## Measurement

**623.04** Measure general labor by the hour as ordered by the CO and furnished. Round portions of an hour up to the next half hour. Measure time in excess of 40 hours per week at the same rate as the first 40 hours. Do not measure time for workers' transportation.

## Payment

**623.05** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 62301 General labor | Hour |



# Section 624.— TOPSOIL

## Description

**624.01** This work consists of furnishing and placing topsoil and placing conserved topsoil.

## Material

**624.02** Conform to the following Subsections:

| | |
|---|---|
| Topsoil (furnished) | 713.01(a) |
| Topsoil (conserved) | 713.01(b) |

## Construction Requirements

**624.03 Preparing Areas.** Shape all slopes and disturbed areas to be covered with topsoil. Disk or scarify slopes 1:3 or flatter to a depth of 100 millimeters.

**624.04 Placing Topsoil.** Provide at least 7 days notice before the start of topsoil placement. Do not place topsoil when the ground or topsoil is frozen, excessively wet, or otherwise in a condition detrimental to the work. Use all conserved topsoil before furnishing topsoil. Keep the roadway surfaces clean during hauling and spreading operations.

Spread topsoil to a depth which, after settlement, will provide the required depth. Break clods and lumps with harrows, disks, or other appropriate equipment to provide a uniform textured soil. Remove and dispose of clods that will not break down, stones larger than 50 millimeters, stumps, roots, and other litter according to Subsection 203.05.

Compact the topsoil after placement using a cleated roller, crawler tractor, or other similar equipment that will form longitudinal depressions at least 50 millimeters deep perpendicular to the natural flow of water.

**624.05 Acceptance.** Material for topsoil (furnished) will be evaluated under Subsections 106.02 and 106.03.

Material for topsoil (conserved) will be evaluated under Subsection 106.02.

000715



Placing topsoil (furnished and conserved) material will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**624.06** Measure furnishing and placing topsoil, and placing conserved topsoil by the cubic meter in the hauling vehicle, by the hectare on the ground surface, or by the square meter.

## Payment

**624.07** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 62401 Furnishing and placing topsoil, ___ millimeter depth | Square meter |
| 62402 Furnishing and placing topsoil, ___ millimeter depth | Hectare |
| 62403 Furnishing and placing topsoil | Cubic meter |
| 62404 Placing conserved topsoil, ___ millimeter depth | Square meter |
| 62405 Placing conserved topsoil, ___ millimeter depth | Hectare |
| 62406 Placing conserved topsoil | Cubic meter |



# Section 625.— TURF ESTABLISHMENT

## Description

**625.01** This work consists of soil preparation, watering, fertilizing, seeding, and mulching.

Seeding and mulching methods are designated as dry or hydraulic.

## Material

**625.02** Conform to the following Subsections:

| | |
|---|---|
| Agricultural limestone | 713.02 |
| Fertilizer | 713.03 |
| Mulch | 713.05 |
| Seed | 713.04 |
| Stabilizing emulsion tackifiers | 713.12 |
| Water | 725.01 |

## Construction Requirements

**625.03 Turf Establishment Seasons.** Establish turf during the local growing season. Do not seed during windy weather or when the ground is excessively wet, frozen, or otherwise untillable.

**625.04 Preparing Seedbed.** Grade the seeding area to line and grade. Remove all weeds, sticks, stones 50 millimeters in diameter and larger, and other debris detrimental to application, growth, or maintenance of the turf.

If required by the contract, apply limestone and grubproofing.

Cultivate the seeding area to a minimum depth of 100 millimeters and prepare a reasonably firm but friable seedbed. Do not cultivate aggregate-topsoil courses that were previously dry seeded under Section 305.

**625.05 Watering.** Moisten seeding areas before seeding and maintain the moisture until 10 days after germination.

000716



**625.06 Fertilizing.** Apply fertilizer by the following methods:

**(a) Dry method.** Incorporate the fertilizer into the upper portion of the seedbed before seeding.

**(b) Hydraulic method.** Add fertilizer to the slurry and mix before adding seed. Apply the seed and fertilizer in one application.

**625.07 Seeding.** Apply seed by the following methods:

**(a) Dry method.** Apply the seed with approved power driven seeders, drills, or other mechanical equipment. Hand-operated seeding methods are satisfactory on areas inaccessible to mechanical equipment. Lightly compact the seedbed within 24 hours after seeding.

**(b) Hydraulic method.** Use hydro-type equipment capable of providing a uniform application using water as the carrying agent. Add a tracer material consisting of either wood or grass cellulose fiber mulch to the water. Add the seed to the water slurry no more than 30 minutes before application. Seed by hand areas inaccessible to seeding equipment.

**625.08 Mulching.** Apply mulch within 48 hours after seeding by the following methods:

**(a) Dry method.** Spread all mulch material, except wood and grass cellulose fibers, by a mulch spreader utilizing forced air to blow the mulch material onto the seeded area. Anchor the mulch material with an approved stabilizing emulsion tackifier or approved mechanical method. Do not mark or deface structures, pavements, utilities, or plant growth with tackifier.

**(b) Hydraulic method.** Use hydro-type equipment capable of providing a uniform application. Apply when no rainfall is anticipated for 24 hours.

Apply wood or grass cellulose fiber mulch following the application of seed and fertilizer with hydro-type equipment according to Subsection 625.07(b).

Apply bonded fiber matrix hydramulch at a minimum rate of 3400 kilograms per hectare. Apply so no hole in the matrix is greater than 1 millimeter. Apply so that no gaps exist between the matrix and the soil.





Mulch by hand areas inaccessible to mulching equipment.

**625.09 Protecting and Caring for Seeded Areas.** Protect and care for seeded areas including watering when needed until final acceptance. Repair all damage to seeded areas by reseeding, refertilizing, and remulching. Apply supplemental applications of seed, mulch, fertilizer, lime, or ammonium nitrate.

**625.10 Acceptance.** Seed will be evaluated under Subsections 106.02, 106.03, and 713.04. Mulch, fertilizer, and other turf establishment material will be evaluated under Subsections 106.02 and 106.03.

Turf establishment work will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**625.11** Measure seeding and mulching by the hectare on the ground surface, by the square meter, or by the slurry unit. A slurry unit consists of approximately 4000 liters of water plus the specified turf establishment material. Ten slurry units contain the material to cover one hectare.

Measure fertilizer, dry method by the metric ton.

Measure water to establish and maintain germination by the cubic meter in the hauling vehicle or by metering.

Measure turf establishment by the hectare on the ground surface.

Measure supplemental applications of seed, mulch, fertilizer, or lime by the hectare on the ground surface, by the metric ton, or by the kilogram as ordered.

## Payment

**625.12** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

0007717





Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 62501 | Seeding, ________ method | Hectare |
| 62502 | Seeding, ________ method | Square meter |
| 62503 | Seeding, hydraulic method | Slurry unit |
| 62504 | Mulching, ________ method | Hectare |
| 62505 | Mulching, ________ method | Square meter |
| 62506 | Mulching, hydraulic method | Slurry unit |
| 62507 | Fertilizer, dry method | Metric ton |
| 62508 | Water | Cubic meter |
| 62509 | Turf establishment | Hectare |
| 62510 | *Description* supplemental application | Hectare |
| 62511 | *Description* supplemental application | Metric ton |
| 62512 | *Description* supplemental application | Pound |



# Section 626.— PLANTS, TREES, SHRUBS, VINES, AND GROUNDCOVERS

## Description

**626.01** This work consists of furnishing and planting trees, shrubs, vines, groundcovers, and other plants.

## Material

**626.02** Conform to the following Subsections:

| | |
|---|---|
| Fertilizer | 713.03 |
| Miscellaneous planting material | 713.08 |
| Mulch | 713.05 |
| Plant material | 713.06 |
| Topsoil | 713.01 |
| Water | 725.01 |

## Construction Requirements

**626.03 General.** Do not plant in frozen ground, when snow covers the ground, or when the soil is in an unsatisfactory condition for planting.

Furnish stock with a fibrous, cohesive root system. Do not provide container-grown stock that is pot-bound, that has a top system out of proportion (larger) to the size of the container, or that has roots growing out of the container.

**626.04 Inspecting and Delivering.** Notify the CO 30 days in advance of the delivery of material to permit the CO the opportunity to select material at the source. Submit commercial certifications and complete written information concerning the source of supply for all plant material at least 15 days before delivery of plants to the project.

**626.05 Protection and Temporary Storage.** Keep all plant material moist and protected (covered) in transit, in temporary storage, and on the project awaiting planting. Protect plants delivered but not scheduled for immediate planting as follows:

000718



(a) Open the bundles of bare root material, separate plants, and cover the roots in moist trenches.

(b) Cover the earth balls of balled and burlapped material with mulch or other suitable material and keep moist.

Install all plant material received on site within 30 days.

**626.06 Excavation for Plant Pits and Beds.** Remove all sod, weeds, roots, and other unsuitable material from the planting site. Excavate plant pits as follows:

**(a) Width of excavation.**

(1) For root spread or ball diameters up to 1 meter, dig the pits circular in outline to the root spread plus 0.5 meter.

(2) For root spreads or ball diameters over 1 meter, excavate 1.5 times the root spread.

**(b) Depth of excavation.** Dig the pits to a depth that permits a minimum of 150 millimeters of backfill under the roots or balls or dig the pits to the following depths, whichever is deeper:

**(1) Deciduous trees.**

*(a) Under 38 millimeters caliper.* 0.5 meter deep
*(b) Over 38 millimeters caliper.* 1 meter deep

**(2) Deciduous and evergreen shrubs.**

*(a) Under 0.5 meter height.* 0.3 meters deep
*(b) Over 0.5 meter height.* 0.5 meters deep

**(3) Evergreen trees.**

*(a) Under 1.5 meters height.* 0.2 meters plus ball height
*(b) Over 1.5 meters height.* 0.3 meters plus ball height





Loosen soil at the sidewalls and bottom of the plant pit to a depth of 150 millimeters before setting the plant.

**626.07 Setting Plants.** Do not plant material until inspected and approved by the CO. Plants not meeting specifications, arriving on site in an unsatisfactory condition, or showing sign of improper handling will be rejected. Immediately remove and dispose of all rejected plants off site and replace with approved nursery stock.

Prepare a backfill mixture of 4 parts topsoil, loam, or selected soil to one part peat moss. Place backfill mixture in the bottom of the plant pit. Set all plants approximately plumb and at the same level or slightly lower than the depth at which they were grown in the nursery or collected in the field. Set plants as follows:

**(a) Bare root stock.** Place bare rooted plants in the center of the plant pit with the roots properly spread in a natural position. Cut broken or damaged roots back to sound root growth. Work backfill mixture around and over the roots and tamp.

**(b) Balled and burlapped stock.** Handle and move plants by the ball. Place balled and burlapped plants in the prepared pits on tamped backfill mixture. Backfill around the plant ball to half the depth of the ball. Tamp and thoroughly water. Cut the burlap and remove it from the upper half of the ball or loosen the burlap and fold it back. If wire baskets are used cut the wire from the upper half of the basket. Backfill the remainder of the plant with backfill mixture.

**(c) Container-grown stock.** Remove the container just before planting. Place plants in the prepared pits on tamped backfill mixture. Backfill the remainder of the plant with backfill mixture and tamp.

**626.08 Fertilizing.** Fertilize using either of the following methods:

(a) Mix the fertilizer with the backfill mixture when it is prepared.

(b) Spread the fertilizer uniformly around the pit area of individual plants or over shrub beds. Cultivate the fertilizer into the top 50 millimeters of the backfill mixture.

0007/19





**626.09 Watering.** Construct 100-millimeter deep water basins around trees and 75-millimeter deep water basins around shrubs. Make the diameter of the basin equal to that of the plant pit.

Water plants during and immediately after planting and throughout the plant establishment period. Saturate the soil around each plant at each watering.

**626.10 Guying and Staking.** When guying and staking is specified, guy deciduous trees just below the first lateral branch and guy evergreen trees half way up the height of the tree. Do not leave the guys and stakes on a tree for more than one growing season.

**626.11 Pruning.** Prune before or immediately after planting to preserve the natural character of each plant. Use experienced personnel to perform the pruning. Use accepted horticultural practice. Paint cuts over 20 millimeters in diameter with tree wound dressing.

**626.12 Mulching.** Place mulch within 24 hours after planting. Place mulch material over all pit or water basin areas of individual trees and shrubs and over the entire shrub bed. If wood fiber is used, apply nitrogen at the rate of 5 kilograms per cubic meter to the mulch material.

**626.13 Plant Establishment Period.** The plant establishment period is a one-year period beginning at the completion of the project. Employ all necessary means to preserve the plants in a healthy growing condition during the plant establishment period. Care during the establishment period includes watering, cultivating, pruning, repairing, adjusting guys and stakes, and controlling insects and disease.

**626.14 Acceptance.** Plant material (including plants, fertilizer, mulch, and topsoil) will be evaluated under Subsections 106.02 and 106.03.

Planting of trees, shrubs, vines, groundcovers and other plants will be evaluated under Subsections 106.02 and 106.04 and as follows:

An inspection of the plant material will be made about 15 days before the end of the plant establishment period to identify all dead, dying, or diseased plants for removal and replacement. During the following planting season, remove and replace all identified plants according to this Section. A final inspection of all plant material within 15 days after completion of all replacement planting will be the basis for final acceptance.





## Measurement

**626.15** Measure plants by the each.

## Payment

**626.16** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Partial payments for plants will be made as follows:

**(a)** 75 percent of the bid price will be paid following initial planting.

**(b)** The remaining 25 percent of the bid price will be paid after the final inspection.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 62601 *(Plant name)*, *(size)* | Each |

000720

# Section 627.— SOD

## Description

**627.01** This work consists of furnishing and placing living sod of perennial turf-forming grasses.

Sod placement is designated as solid, strip, or spot according to Subsection 627.06.

## Material

**627.02** Conform to the following Subsections:

| | |
|---|---|
| Agricultural limestone | 713.02 |
| Fertilizer | 713.03 |
| Pegs for sod | 713.11 |
| Sod | 713.10 |
| Water | 725.01 |

## Construction Requirements

**627.03 General.** Move and lay sod during dry weather and on dry, unfrozen ground.

**627.04 Inspecting and Delivering.** Provide at least 3 days notice before cutting sod. The CO will approve the sod in its original position before cutting. Do not deliver sod until the soil is prepared.

**627.05 Preparing the Soil.** Clear and grade the area to be sodded. Cultivate, disk, harrow, or otherwise loosen the grade to a depth of not less than 100 millimeters. Remove stones larger than 50 millimeters in any diameter, sticks, stumps, and other debris that might interfere with the proper placement or subsequent growth.

Topsoil according to Section 624.

Apply fertilizer and agricultural limestone uniformly over the sodding area. Mechanical spreaders or blower equipment may be used. Disk or till the fertilizer and limestone into the soil to a depth of 100 millimeters.

Moisten the prepared soil.





**627.06 Placing Sod.** Place sod within 24 hours after cutting or within 5 days after cutting when the sod is stored in moist stacks, grass-to-grass and roots-to-roots. Protect sod against drying and from freezing.

**(a) Solid sod.** Place sod perpendicular to drainage flows. Place sections of solid sod edge to edge with staggered joints. Plug openings with sod or fill openings with acceptable loamy seeded topsoil. Roll or tamp sod to eliminate air pockets and provide an even surface. On slopes 1:2 or steeper and in channels, peg sod on 0.5 meter centers after rolling or tamping. Drive pegs flush with the sod bed surface.

**(b) Strip sod.** Lay strip sod in shallow trenches in parallel rows. Firmly roll or tamp until the surface of the sod is level with or below the adjacent soil. Seed the soil between the strips of sod according to Section 625. Rake or drag the seeded areas to cover the seed.

**(c) Spot sod.** Place sod blocks. Roll or tamp the blocks into the soil until the sod surfaces are slightly below the surrounding ground surface.

Blend final grades with existing adjacent areas. Leave the entire area drainable and free from abrupt changes in slope.

**627.07 Maintaining Sodded Areas.** Water sod when placing and keep moist. Avoid erosion when watering.

Erect warning signs and barriers to protect newly sodded areas. Do not allow wheeled vehicles on newly sodded areas.

Mow sodded areas and repair or replace sodded areas that are damaged or fail to show a uniform growth of grass. Maintain sodded areas and replace all nonliving sod until final acceptance of the project.

**627.08 Acceptance.** Material (including lime and fertilizer) for sodding will be evaluated under Subsections 106.02 and 106.03.

Sod placement will be evaluated under Subsections 106.02 and 106.04.

Topsoil will be evaluated under Section 624.

000721



## Measurement

**627.09** Measure sod by the square meter. Do not measure nonsodded areas adjacent to strip and spot sodding.

Measure topsoil under Section 624.

Measure water and seeding under Section 625.

## Payment

**627.10** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay item listed below that is shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 62701 ___________ sod | Square meter |



# Section 628.— SPRIGGING

## Description

**628.01** This work consists of furnishing and planting living grass plants.

Sprigging is designated as broadcast, row, or spot according to Subsection 628.06.

## Material

**628.02** Conform to the following Subsections:

| | |
|---|---|
| Agricultural limestone | 713.02 |
| Fertilizer | 713.03 |
| Mulch | 713.05 |
| Sprigs | 713.09 |
| Water | 725.01 |

## Construction Requirements

**628.03 General.** Do not sprig during windy weather or when the ground is dry, excessively wet, frozen, or otherwise untillable.

**628.04 Harvesting Sprigs.** Provide at least 5 days notice before harvesting sprigs. Before harvesting, mow grass and weeds to a height of $65 \pm 15$ millimeters and remove all clippings.

Loosen sprigs by cross-disking, shallow plowing, or other acceptable methods. Gather the sprigs in small piles or windrows, water, and keep moist until planting. Dispose of sprigs that freeze or dry out.

**628.05 Preparing the Soil.** Prepare the soil according to Subsection 627.05.

**628.06 Planting Sprigs.** Plant the sprigs within 24 hours after harvesting.

**(a) Broadcast sprigging.** Broadcast sprigs by hand or suitable equipment in a uniform layer over the prepared surface with spacing between sprigs not to exceed 150 millimeters. Force the sprigs into the soil to a depth of $75 \pm 25$ millimeters with a straight spade, a disk harrow, or other equipment.

000722



(b) **Row sprigging.** Open furrows along the approximate contour of slopes. Place sprigs in a continuous row in the open furrow with successive sprigs touching. Cover the sprigs immediately.

(c) **Spot sprigging.** Spot sprig according to (b) above, except that instead of planting in a continuous row, group 4 or more sprigs 0.5 meter apart in the rows.

After planting, clear the surface of stones larger than 25 millimeters, large clods, roots, and other litter brought to the surface during sprigging. Lightly compact sprigged area within 24 hours. Do not compact when soil is so wet that it is picked up by the equipment. Do not compact clayey soils.

When mulch is required by the contract, cover the sprigged area with mulch within 24 hours according to Section 625.

**628.07 Maintaining Sprigged Areas.** Keep the sprigged areas moist. Water carefully to avoid erosion.

Erect warning signs and barriers to protect newly sprigged areas. Regrade and resprig all areas damaged.

**628.08 Acceptance.** Material (including lime and fertilizer) for spigging will be evaluated under Subsections 106.02 and 106.03.

Planting living grass plants will be evaluated under Subsections 106.02.

Preparing of soil will be evaluated under Section 627.

Mulch will be evaluated under Section 625.

## Measurement

**628.09** Measure sprigging by the hectare on the ground surface or by the square meter.

Measure topsoil under Section 624.

Measure water under Section 625.





## Payment

**628.10** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 62801 __________ sprigging | Hectare |
| 62802 __________ sprigging | Square meter |