000723

# Section 629.— EROSION CONTROL MATS, ROVING, AND CELLULAR CONFINEMENT SYSTEMS

## Description

**629.01** This work consists of constructing erosion control for ditch and slope protection, and stabilization. This includes installing mats, roving, and cellular confinement systems.

Erosion control mats are designated as follows:

| | |
|---|---|
| Type 1 | Straw mats, burlap fabric, jute mesh, and woven paper or sisal mesh netting |
| Type 2 | Straw and coconut mats, excelsior blanket, or mulch blanket |
| Type 3 | Coconut mat |
| Type 4 | Synthetic erosion control mats and meshes |
| Type 5 | Turf reinforcement mats |

## Material

**629.02** Conform to the following Sections and Subsections:

| | |
|---|---|
| Erosion control mats | 713.07(a) |
| Emulsified asphalt | 702.03 |
| Cellular confinement systems | 713.07(c) |
| Roving | 713.07(b) |
| Topsoil | 624 |
| Turf establishment | 625 |

## Construction Requirements

**629.03 Erosion Control Mats (Types 1, 2, 3, 4, and 5).** Install erosion control mats according to the manufacturer's recommendations.

Install erosion control mats to soil surfaces which are at final grade, stable, firm, and free of rocks or other obstructions. Spread erosion control mats evenly and smoothly, without stretching, to ensure direct contact with the soil at all points. Unroll erosion control mats parallel to the drainage flow direction. Lap edges as recommended by the manufacturer. Place the upslope end in a 150-millimeter vertical slot. Backfill the slot and compact.





For swale or ditch installations, place up the side slopes to extend above anticipated flow line and construct intermediated 150-millimeter vertical check slots at 8-meter intervals. Construct check slots perpendicular to flow direction. Staple erosion control mats as recommended by manufacturer. Drive all staples flush with the soil surface.

Repair damaged areas immediately. Restore the soil in damaged areas to finished grade, refertilize, and reseed.

**(a) Synthetic erosion control mats and meshes (type 4).** Install after Section 625 (Turf Establishment) is in place.

**(b) Turf reinforcement mats (type 5).** Install before Section 625 (Turf Establishment) is in place. After seeding, lightly brush or rake $15 \pm 5$ millimeter of topsoil into the mat voids to fill the mat thickness.

**629.04 Roving.** Furnish a pneumatic ejector capable of applying roving at a rate of 0.9 kilograms per minute. Furnish an air compressor capable of supplying 1.1 cubic meters per minute at $620 \pm 70$ kilopascals, complete with air hoses necessary for supplying air to areas not accessible to the compressor. Furnish an asphalt distributor with necessary hoses and a hand spray bar for slopes and other areas not accessible to the distributor.

**(a) Fiber glass roving.** Spread fiber glass roving uniformly at the rate of $0.16 \pm 0.03$ kilograms per square meter to form a random mat of continuous glass fibers.

**(b) Polypropylene roving.** Spread polypropylene roving uniformly at the rate of $0.08 \pm 0.03$ kilograms per square meter to form a random mat of continuous polypropylene fibers.

Anchor the roving to the ground with a slow setting emulsified asphalt applied uniformly at a rate of $1.5 \pm 0.2$ liters per square meter over the roving. Bury upslope end of the roving 300 millimeters deep.

**629.05 Cellular Confinement System.** Excavate to the depth of the cellular confinement system, and smooth and compact the slope. Install the top of the system flush or lower than the adjacent slope. Expand the geocell down the slope. Connect adjacent geocell sections with hog rings or staples every other cell.

000724



Anchor the system with stakes across the top at every other cell. Repeat the anchoring pattern in every tenth row and in the bottom row.

Backfill the system with topsoil. Hand-compact the topsoil within each cell. Apply permanent turf establishment according to Section 625.

**629.05 Acceptance.** Material (including mats, roving, and cellular confinement systems) for erosion control, ditch and slope protection, and stabilization will be evaluated under Subsections 106.02 and 106.03.

Installation of erosion control mats, roving, and cellular confinement systems will be evaluated under Subsections 106.02 and 106.04.

Topsoil will be evaluated under Section 624.

Turf establishment will be evaluated under Section 625.

## Measurement

**629.07** Measure erosion control mats, roving, and cellular confinement systems by the square meter excluding overlaps.

Measure topsoil under Section 624.

Measure turf establishment under Section 625.

## Payment

**629.08** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 62901 Erosion control mat type ____ | Square meter |
| 62902 Roving | Square meter |
| 62903 Cellular confinement system | Square meter |



# Sections 630, 631, and 632 Reserved

000725

# Section 633.— PERMANENT TRAFFIC CONTROL

## Description

**633.01** This work consists of constructing permanent traffic control signs, supports, delineators, and object markers, and removing and resetting permanent traffic control devices.

Sign panels are designated as plywood, aluminum, steel, plastic, or fiberglass reinforced plastic.

Sign retroreflective sheeting type is designated according to Subsection 718.01.

Posts are designated as wood, aluminum, or steel.

## Material

**633.02** Conform to the MUTCD and the following Section and Subsections:

| | |
|---|---|
| Aluminum panels | 718.05 |
| Concrete | 601 |
| Delineator and object marker retroreflectors | 718.12 |
| Extruded aluminum panels | 718.07 |
| Fiberglass reinforced plastic panels | 718.06(b) |
| Hardware | 718.10 |
| Insulating material | 556.06(e) |
| Letters, numerals, arrows, symbols, and borders | 718.11 |
| Object marker and delineator posts | 718.09 |
| Plastic panels | 718.06(a) |
| Plywood panels | 718.03 |
| Retroreflective sheeting | 718.01 |
| Signposts | 718.08 |
| Steel panels | 718.04 |

## Construction Requirements

**633.03 General.** Furnish traffic control devices according to the MUTCD and *Standard Highway Signs* published by FHWA. Submit the sign list for approval before ordering.





**633.04 Supports.** Sign locations shown on the plans may be changed to fit field conditions. Determine the lengths of posts at time of staking.

Drive posts with a suitable driving head or set posts in drilled or punched holes. Replace all posts damaged by driving. Erect sign supports plumb, backfill, and compact.

Construct concrete footings according to Section 601. Perform excavation and backfill work under Section 209.

**633.05 Panels.** Use type I, II, III, or IV retroreflective sheeting. Use type L-1 letters, numerals, arrows, symbols, and borders. Cut panels to size and shape and drill or punch all holes. Make panels flat and free of buckles, warp, dents, cockles, burrs, and other defects.

Clean and degrease the face of metal panels using methods recommended by the retroreflective sheeting manufacturer. Abrade, clean, and degrease the face of the plywood panels using methods recommended by the retroreflective sheeting manufacturer. Treat the edges of the plywood panel with an approved edge sealant. Apply the retroreflective sheeting material to the panels. Package sign panels in protective material and transport them in a vertical position.

Mount sign panels with the legend horizontal. Where multiple panels adjoin, limit the gap between adjacent panels to 2 millimeters. To reduce specular glare (mirror reflection), turn the sign panel 3 degrees away from the road in the direction of travel.

Place insulating material to prevent contact between aluminum and steel material. Use oversized bolt heads and neoprene or nylon washers for fastening plastic sign panels.

Do not field drill holes in any part of the panel. Use antitheft fasteners where possible. Paint all bolt heads, screw heads, and washers that are exposed on the sign face. Match the color of the paint to the color of the background or message area at the point where the fitting is exposed.

If a sign message is not applicable, completely cover the face of the sign with an opaque material. Maintain the covering in good condition until the message becomes applicable. Do not use adhesive tape on the sign face.

000726



Repair or replace damaged parts including sheeting.

**633.06 Delineators and Object Markers.** Attach delineators and object markers to posts according to the manufacturer's recommendation.

**633.07 Removing and Resetting Permanent Traffic Control Devices.** Remove and store the existing signs, delineators, and object markers. Replace all devices, posts, and hardware damaged during removal, storage, and raising.

**633.08 Acceptance.** Material (including signs panels, retroreflective sheeting, supports, delineators, object markers, and hardware) for traffic control devices will be evaluated under Subsections 106.02 and 106.03.

Installation of traffic control devices will be evaluated under Subsections 106.02 and 106.04.

Excavation and backfill will be evaluated under Section 209.

Concrete will be evaluated under Section 601.

## Measurement

**633.09** Measure sign installations by the each or by the square meter of front face sign panel as follows:

(a) When an installation is measured by the each, measure each installation as one sign regardless of the number of sign panels or posts in the installation.

(b) When an installation is measured by the square meter, measure the nominal dimensions of all the sign panels in the installation.

(c) A sign installation includes the support.

Measure signs by the each or by the square meter of front face sign panel. Measure each sign in a multiple configuration.

Measure posts by the meter.





Measure object markers and delineators by the each.

Measure removing and resetting permanent traffic control devices by the each after they are reset. Measure based on the number of devices reset in their final position as described in (a) above.

## Payment

**633.10** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 63301 | Sign installation | Each |
| 63302 | Sign installation | Square meter |
| 63303 | Signs, ________ panels, type ___ sheeting | Each |
| 63304 | Signs, ________ panels, type ___ sheeting | Square meter |
| 63305 | Posts, ________ | Meter |
| 63306 | Object markers _(description)_ | Each |
| 63307 | Delineators _(description)_ | Each |
| 63308 | Removing and resetting _(description)_ | Each |

000727

# Section 634.— PERMANENT PAVEMENT MARKINGS

## Description

**634.01** This work consists of applying permanent pavement markings and raised pavement markers on the completed pavement.

Pavement markings are designated as follows:

Type A Conventional traffic paint with type 1 glass beads
Type B Waterborne traffic paint with type 1 glass beads
Type C Waterborne traffic paint with type 3 glass beads
Type D Epoxy markings with type 1 glass beads
Type E Epoxy markings with type 1 and type 4 glass beads
Type F Polyester markings with type 1 glass beads
Type G Polyester markings with type 1 and type 4 glass beads
Type H Thermoplastic markings with type 1 glass beads
Type I Thermoplastic markings with type 1 and type 5 glass beads
Type J Preformed plastic markings
Type K Nonreflectorized markings

## Material

**634.02** Conform to the MUTCD and the following Subsections:

| | |
|---|---|
| Conventional traffic paint | 718.13 |
| Epoxy markings | 718.15 |
| Epoxy resin adhesives | 718.23 |
| Glass beads | 718.19 |
| Polyester markings | 718.16 |
| Preformed plastic markings | 718.18 |
| Raised pavement markers | 718.20 |
| Thermoplastic markings | 718.17 |
| Waterborne traffic paint | 718.14 |





## Construction Requirements

**634.03 General.** Where existing and final pavement marking locations are identical, stake the limits of all existing pavement markings (no-passing zones, edge stripes, etc.) before any pavement work. Upon completion of the final surface course, establish line limits for the new pavement for approval before marking. Establish markings according to the MUTCD.

Remove loose particles, dirt, tar, grease, and other deleterious material from the surface to be marked. Where markings are placed on portland cement concrete pavement less than 1 year old, clean the pavement of all residue and curing compounds. Remove temporary pavement markings the same day permanent pavement markings are applied. Apply markings to a clean, dry surface according to the MUTCD.

At least 7 days before applying pavement markings, furnish a written copy of the marking manufacturer's recommendations for use. A field demonstration may be required to verify the adequacy of recommendations.

Ship marking material in appropriate containers plainly marked with the following information as appropriate for the material being furnished:

(a) Manufacturer's name and address
(b) Name of product
(c) Lot/batch numbers
(d) Color
(e) Net mass and volume of contents
(f) Date of manufacture
(g) Date of expiration
(h) Statement of contents (if mixing of components is required)
(i) Mixing proportions and instructions
(j) Safety information

Apply pavement markings in the direction of traffic according to the manufacturer's recommendations. Apply all markings to provide a clean-cut, uniform, and workmanlike appearance by day and night.

000728

Make lines 100 millimeters wide. Make broken lines 3 meters long with 9-meter gaps. Make dotted lines 0.5 meter long with 1-meter gaps. Separate double lines with a 100-millimeter space.

Protect marked areas from traffic until the markings are dried to no-tracking condition. Remove all tracking marks, spilled marking material, markings in unauthorized areas, and defective markings.

**634.04 Conventional Traffic Paint (Type A).** Apply paint when the pavement and air temperatures are above 4 °C. Spray paint at 0.38 millimeters minimum wet film thickness before glass beads or at a rate of 2.6 square meters per liter. Immediately apply type 1 glass beads on the paint at a minimum rate of 0.7 kilograms per liter of paint.

On new asphalt pavements or new asphalt surface treatments, apply two coats. Apply the first coat at 8.8 square meters per liter and the second coat at 3.7 square meters per liter.

**634.05 Waterborne Traffic Paint (Type B and C).** Apply paint when the pavement and air temperatures are above 10 °C. Spray paint at 0.38 millimeters minimum wet film thickness before glass beads or at a of rate 2.6 square meters per liter.

**Type B.** Immediately apply type 1 glass beads on the paint at a minimum rate of 0.7 kilograms per liter of paint.

**Type C.** Immediately apply type 3 glass beads on the paint at a minimum rate of 1.4 kilograms per liter of paint.

On new asphalt pavements or new asphalt surface treatments, apply two coats. Apply each coat at 5.2 square meters per liter.

**634.06 Epoxy Markings (Types D and E).** Heat components A and B separately at 43±17 °C and mix. Discard all material heated over 60 °C. Apply epoxy when the pavement and air temperatures are above 10 °C. Apply as a spray at 43±17 °C (gun tip temperature) at a 0.38 millimeters minimum dry film thickness or 2.6 square meters per liter.

**Type D.** Immediately apply type 1 glass beads on the epoxy at a minimum rate of 1.8 kilograms per liter of epoxy.





**Type E.** Use two bead dispensers. Immediately apply type 4 glass beads on the epoxy at a minimum rate of 1.4 kilograms per liter of epoxy immediately followed by an application of type 1 glass beads at a minimum rate of 1.4 kilograms per liter.

**634.07 Polyester Markings (Types F and G).** Apply polyester when the pavement and air temperatures are above 10 °C. Spray at 53±4 °C (gun tip temperature) at a 0.38 millimeters minimum dry film thickness or 2.6 square meters per liter. Discard all material heated over 66 °C. Do not use fast dry polyester markings on hot asphalt concrete pavements less than 1 year old.

**Type F.** Immediately apply type 1 glass beads on the polyester at a minimum rate of 1.8 kilograms per liter of polyester.

**Type G.** Use two bead dispensers. Immediately apply type 4 glass beads on the polyester at a minimum rate of 1.4 kilograms per liter of polyester immediately followed by an application of type 1 glass beads at a minimum rate of 1.4 kilograms per liter.

**634.08 Thermoplastic Markings (Type H and I).** On areas to be marked on portland cement concrete pavements and old asphalt pavements, apply an epoxy resin primer/sealer according to the thermoplastic manufacturer's recommendations. Allow the primer/sealer to dry.

Apply thermoplastic when the pavement and air temperatures are above 10 °C. Spray or extrude the thermoplastic at 220±3 °C. For centerlines and lane lines, spray or extrude 2.3 millimeters minimum dry film thickness or at a rate of 0.44 square meters per liter. For edge lines, spray or extrude 1.5 millimeters minimum dry film thickness or at a rate of 0.66 square meters per liter.

**Type H.** Immediately apply type 1 glass beads on the thermoplastic at a minimum rate of 0.59 kilograms per square meter.

**Type I.** Use two bead dispensers. Immediately apply type 5 glass beads on the thermoplastic at a minimum rate of 0.59 kilograms per square meter immediately followed by an application of type 1 glass beads at a minimum rate of 0.59 kilograms per square meter.

The minimum bond strength of the thermoplastic shall be 1.2 megapascals on portland cement concrete pavements.

**634.09 Preformed Plastic Markings (Type J).** Install to form a durable, weather resistant bond to the pavement. Apply preformed plastic markings according to the manufacturer's recommendation.

Where applied during final compaction of asphalt pavement, apply preformed plastic when the pavement temperature is about 60 °C. Roll the marking into the surface with a steel wheel roller. The finished pavement marking may extend approximately 0.25 millimeters above the final surface.

**634.10 Nonreflectorized Markings (Type K).** Apply conventional traffic paint, waterborne traffic paint, epoxy markings, polyester markings, or thermoplastic markings as described above, but with no glass beads added.

**634.11 Raised Pavement Markers.** Install raised pavement markers when the pavement and air temperatures are above 10 °C. Apply raised pavement markers with epoxy resin or asphalt adhesive.

Heat epoxy components A and B separately with indirect heat, mix, and apply at $21 \pm 6$ °C. Discard all material heated over 49 °C or stiffened by polymerization.

Heat and apply asphalt adhesives at $211 \pm 7$ °C. Discard all material heated over 232 °C.

Space and align the markers to within 13 millimeters of the required location. Do not place raised pavement markers over pavement joints.

The minimum bond strength shall be 12 kilopascals or a total tensile strength of 110 newtons.

**634.11 Acceptance.** Material for permanent pavement markings will be evaluated under Subsections 106.02 and 106.03.

Placement of permanent pavement marking will be evaluated under Subsections 106.02 and 106.04.





## Measurement

**634.13** Measure pavement markings by the meter, by the liter, by the square meter, or by the kilometer. When two coats of paint are required, measure each coat for payment.

**(a)** When pavement markings are measured by the meter or kilometer, measure the length of line applied along the centerline of each 100 millimeter-wide line applied regardless of color. Measure broken or dotted pavement lines from end to end of the line including gaps. Measure solid pavement lines from end to end of each continuous line. For line widths other than 100 millimeters, the measured length of line is adjusted in the ratio of the required width to 100 millimeters.

**(b)** When pavement markings are measured by the square meter, measure the number of square meters of symbol or letter marking based on the marking area shown in the contract or, if not shown, the area of each marking measured in place to the nearest square meter.

Measure raised pavement markers by the each.

## Payment

**634.14** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 63401 | Pavement markings type ___ | Meter |
| 63402 | Pavement markings type ___ | Square meter |
| 63403 | Pavement markings type ___ | Liter |
| 63404 | Pavement markings type ___ | Kilometer |
| 63405 | Raised pavement markers | Each |

000730

# Section 635.— TEMPORARY TRAFFIC CONTROL

## Description

**635.01** This work consists of furnishing, maintaining, relocating, and removing temporary traffic control devices and services as ordered for the control and protection of public traffic through the project.

Advance warning arrow panel, barricade, and warning light types are designated as shown in the MUTCD.

## Material

**635.02** Conform to the MUTCD and the following Sections and Subsections:

| | |
|---|---|
| Construction sign panels | 633 |
| Crash cushion barrels | 710.12 |
| Retroreflective sheeting | 718.01 |
| Temporary concrete barrier | 618 |
| Temporary plastic fence | 710.11 |
| Temporary guardrail | 617 |
| Temporary pavement markings | 718.21 |
| Temporary traffic control devices | 718.22 |
| Traffic markings | 634 |

## Construction Requirements

**635.03 General.** Install and maintain temporary traffic control devices adjacent to and within the project as required by the traffic control plan, Section 156, and the MUTCD. Install and maintain traffic control devices as follows:

(a) Furnish and install traffic control devices before the start of construction operations.

(b) Install only those traffic control devices needed for each stage or phase.

(c) Relocate temporary traffic control devices as necessary.

(d) Remove devices that no longer apply to the existing conditions.





(e) Immediately replace any device that is lost, stolen, destroyed, or inoperative.

(f) Keep temporary traffic control devices clean.

(g) Furnish and maintain traffic control devices that meet the "acceptable" standard described in *Quality Standards for Work Zone Traffic Control Devices* published by ATSSA. Amend the ATSSA standards as follows:

(1) Repair or remove and replace "marginal" devices within 48 hours.

(2) Repair or remove and replace "unacceptable" devices immediately.

(h) Remove all temporary traffic control devices upon contract completion or when approved.

**635.04 Advance Warning Arrow Panels.** Perform the work described under MUTCD Part VI.

**635.05 Barricades.** Perform the work described under MUTCD Part VI. Use type III or IV retroreflective sheeting. Use wood, metal, or plastic barricades. When type II barricades are used, use barricades that collapse when tipped over.

**635.06 Cones and Tubular Markers.** Perform the work described under MUTCD Part VI. Use 700 millimeter cones or tubular markers. Use type III, IV, or VI retroreflective sheeting.

**635.07 Construction Signs.** Use type III or IV retroreflective sheeting. Remove or completely cover all unnecessary signs with metal, plywood, or other acceptable material.

Use wood, metal, fiberglass, or other approved posts. Use breakaway posts within the traversable area adjacent to traffic. Install posts according to Section 633.

**635.08 Drums.** Perform work described in MUTCD Part VI. Use plastic drums that are approximately 900 millimeters high and a minimum of 450 millimeters in diameter. Use type III, IV, or VI retroreflective sheeting.

000731



**635.09 Flaggers.** Furnish flaggers certified by ATSSA or a state agency. Perform the work described under MUTCD Part VI. Use type III or IV retroreflective sheeting on flagger paddles. Do not use flags.

**635.10 Pilot Cars.** Perform the work described under MUTCD Part VI. Employ pilot car operators meeting the minimum qualifications of a flagger according to Subsection 635.09. Mount a rotating amber beacon on the roof of each pilot car. Do not use strobe light beacons.

**635.11 Temporary Concrete Barriers.** Perform the work described under MUTCD Part VI. Furnish temporary concrete barriers that are new or used provided they are not badly damaged. Lifting holes no larger than 100 millimeters or lifting loops are permitted. Individual sections may vary in length. Connect sections so they do not separate when struck by a vehicle.

Mount 75-millimeter minimum dimension white or yellow retroreflectors, as applicable, to the top or side of the barrier on 7.5-meter centers. Mount the retroreflectors at a uniform height at least 0.6 meters above the pavement surface.

**635.12 Temporary Guardrail.** Used guardrail material may be used with approval. Construct temporary guardrail according to Section 617.

Mount 75-millimeter minimum dimension white or yellow retroreflectors, as applicable, to the top or side of the guardrail on 7.5-meter centers. Mount the retroreflectors at a uniform height at least 0.6 meters above the pavement surface.

**635.13 Temporary Pavement Markings and Delineation.** Before opening a pavement surface to traffic, provide acceptable pavement markings or delineation and signing according to Section 156 and the MUTCD.

For temporary pavement markings, use preformed retroreflective tape, traffic paint, or temporary raised pavement markers as follows:

**(a) Preformed retroreflective tape.** Apply according to the manufacturer's instructions. Remove all loose temporary preformed retroreflective tape before placing additional pavement layers.





**(b) Traffic paint.** Do not apply temporary traffic paint to the final surface. Apply traffic paint as the temporary pavement marking if no work will be performed on the project for at least 30 consecutive days. Apply temporary traffic paint at a 0.38-millimeter minimum wet film thickness (0.38 liters per square meter). Immediately apply type 1 glass beads on the paint at a minimum rate of 0.7 kilograms per liter of paint.

**(c) Raised pavement markers.** Do not use raised pavement markers during seasonal suspensions. When chip seals, slurry seals, or tack coats are used after marker placement, protect the markers with an approved protective cover, which is removed after the asphalt material is sprayed. Temporary raised pavement markers may be used as temporary pavement markings as follows:

**(1) 3-meter broken line.** Four pavement markers spaced 1 meter apart followed by a 9-meter gap.

**(2) 1-meter broken line.** Three pavement markers spaced 0.5 meter apart followed by an 11-meter gap.

**(3) 0.5-meter broken line.** Two pavement markers spaced 0.5 meter apart followed by a 5.5-meter gap.

**(4) Solid line.** Pavement markers on 1.5-meter centers.

Remove all temporary raised pavement markers before placing additional pavement layers.

Install and maintain temporary pavement markings that are neat, crack free, true, straight, and unbroken.

Remove all temporary pavement markings from the surface course before placing permanent pavement markings.

Remove all conflicting pavement markings by sandblasting or other methods that do not damage the surface or texture of the pavement. Make the removal pattern uneven so it does not perpetuate the outline of the removed pavement markings. Lightly coat sandblasted or removal areas on asphalt surfaces with emulsified asphalt.

**635.14 Vertical Panels.** Perform the work described under MUTCD Part VI. Use wood, metal, or plastic vertical panels. Use type III or IV retro-reflective sheeting.

**635.15 Warning Lights.** Perform the work described under MUTCD Part VI. When type C, steady-burn, warning lights are installed on barricades or drums and used in a series for delineation, use type A, flashing, warning lights on the first 2 barricades or drums in the series. Mount batteries for type B warning lights a maximum of 300 millimeters from ground or road-way surface as measured to top of the battery casing.

**635.16 Shadow Vehicle.** Furnish a shadow vehicle (6800-kilogram gross vehicle mass minimum) equipped with a truck-mounted attenuator (crash cushion) attached to the rear of the vehicle, exterior flashing yellow dome light, and an advance warning arrow panel. Furnish the advance warning arrow panel according to Subsection 635.04.

Use the shadow vehicle to provide physical protection to workers from traffic approaching from the rear during moving operations (i.e. pavement markings, traffic control set up and removal, etc.). Use the following procedures to close a lane of traffic. Alternate procedures may be used if approved by the CO.

**(a)** Move the shadow vehicle to a point approximately 60 meters from the first advance warning sign for the lane closure and stop on the shoulder.

**(b)** Activate the flashing lights and flashing arrow panel. Begin the arrow panel in the caution mode and after approximately 2 minutes display the correct flashing pass arrow.

**(c)** Move the shadow vehicle (now acting as a protection vehicle) along the shoulder to the first sign location, stopping approximately 30 meters before the sign location in a blocking position.

**(d)** Install the first sign then proceed to the next advance sign location. Repeat Step (c) for the second sign and install that sign. Repeat this procedure until all advance warning signs are installed.





**(e)** After installing all of the advanced warning signs for the lane closure, move the shadow vehicle into the lane that is to be closed to a position 30 meters in advance of the closing taper location. Install the channelizing devices for the taper in the shielded lane.

**(f)** Move the shadow vehicle off the roadway and past the taper on the shoulder and remain in position until the flashing arrow panel for the closure (if one is to be provided) is placed and operating. Move the shadow vehicle with the workers as they proceed to set up the remaining devices as additional protection.

**635.17 Pavement Patch.** Furnish an asphalt mix according to Section 401, 402, or 417 to repair potholes and rough spots in the traveled way before reopening travel lanes to traffic.

**635.18 Variable Message Sign.** Furnish a self-contained, trailer mounted sign system consisting of a sign message panel, controller, power source, and structural support system. Make the trailer and sign support system safety orange. Furnish a sign system that:

**(a)** Has a 3 line sign message panel containing at least 8 modular and interchangeable bulb or dot matrix assemblies per line, each capable of displaying a character.

*(1) Bulb matrix.* Furnish a sign panel assembly containing eight lamp bank matrices with a minimum of 7 X 5 lamps per line, which displays up to eight characters minimum, 450 millimeters minimum in height. Furnish rugged, high performance, 50 millimeters diameter, sealed beam unit lamps rated at 24 volts, 20 watts with a minimum light output of 8600 lux.

*(2) Dot matrix.* Furnish a dot matrix assembly containing electromagnetically activated fluorescent yellow dots. Illuminate the sign panel by internal backlight. Activate the backlight system by photo cell system to measure both vertical and horizontal ambient lighting. Provide a manual over-ride switch to deactivate the photo cell system.

**(b)** Is legible from a distance of 275 meters.

**(c)** Cycles messages so 3 message cycles are displayed to the driver while approaching the sign at 90 kilometers per hour from 275 meters.

(d) Operates on a continuous basis for at least 5 days.

(e) Electrically and manually raises the message panel in the vertical axis a minimum of 2.1 meters above the pavement surface.

(f) Rotates the message panel 30 degrees vertically and 360 degrees horizontally and stops in any position.

(g) Allows the entry of all sign and message functions from a controller in a control cabinet on the trailer mounted unit.

(h) Has a start/stop switch on the controller to activate the power supply and sign panel.

(i) Requires an entry code for entry into the controller to access the memory and display messages.

(j) Has a keyboard to generate and store a minimum of 20 preprogrammed or newly composed messages.

**635.19 Temporary Crash Cushions.**

**(a) Crash cushion barrels.** Provide and install all parts of the completed barrels including placement of sand according to the manufacturer's recommendations. After the barrels are set and the sand placed, secure the lids in place to prevent loss or theft. If the barrels are placed on surfaces subject to vibrations or on steep slopes, secure the barrels according to the manufacturer's recommendations.

**(b) GREAT system.** Provide a 3-bay (or 6-bay) Construction Zone Guardrail Energy Absorbing Terminal (GREAT) crash cushion manufactured by Energy Absorption Systems, Inc., or an approved equal. Maintain 8 additional cartridges for use in reestablishing damaged systems. Mount type II retroreflective sheeting to the front face.

**635.20 Temporary Signal System.** Design, furnish, and install a temporary signal system according to Section 636 and MUTCD Part IV. Furnish either new or used material for temporary traffic signal systems. Used material is subject to the CO's approval.





Furnish signal heads with three lenses, minimum 200 millimeters diameter, indicating red, yellow, and green phases. Furnish a signal controller capable of operating in either the solid red, solid green, or a red/yellow/green mode for each signal.

**635.21 Temporary Fence.** Provide and install temporary fence according to Section 619.

**635.22 Portable Rumble Strip.** Provide and install a strip 3 meters long, 450 millimeters wide, and 30 millimeters high to alert drivers of an approaching flagger station or work area.

**635.23 Opposing Traffic Lane Divider.** Provide and install 300 by 450-millimeter signs mounted on flexible supports on a temporary centerline to remind drivers of a two-way traffic pattern on sections that are normally one-way.

**635.24 Steel Plates.** Furnish 25-millimeter or thicker steel plates capable of safely carrying traffic. Secure the plates to the pavement to prevent any movement.

**635.25 Acceptance.** Material (including signs, barrels, barricades, cones, tubular markers, crash cushions, concrete barriers, dividers, fence, guardrail, pavement markings, rumble strips, traffic signals, lights, and vertical panels) for temporary traffic control devices will be evaluated under Subsections 106.02 and 106.03. Vehicles for pilot cars and shadow vehicles will be evaluated under Subsection 106.02.

Placement of temporary traffic control devices will be evaluated under Subsections 106.02 and 106.04.

Temporary traffic control services will be evaluated under Subsection 106.02.

## Measurement

**635.26** Measure temporary traffic control by the lump sum.

Measure the following items for payment when ordered by the CO and installed:

000734



(a) Measure advance warning arrow panels by the hour or by the each. When measurement is by the each, measure the panels only one time even if relocated or replaced. When measurement is by the hour, round portions of an hour up to the half hour.

(b) Measure barricades by the meter of width or by the each. Measure only one time even if relocated or replaced.

(c) Measure cones by the each. Measure only one time even if relocated or replaced.

(d) Measure construction signs by the square meter of front face sign panel. Do not measure posts and temporary supports. Measure only one time even if relocated or replaced.

(e) Measure drums by the each. Measure only one time even if relocated or replaced.

(f) Measure flaggers by the hour, for each hour a person is actually performing the work. Round portions of an hour up to the half hour. Time measured in excess of 40 hours per week will be measured at the same rate as the first 40 hours.

(g) Measure pilot cars (including operators) by the hour for each hour the car is actually performing the work. Round portions of an hour up to the half hour. Time measured in excess of 40 hours per week will be measured at the same rate as the first 40 hours.

(h) Measure temporary concrete barriers by the meter along the face of the barrier. Measure only one time even if relocated or replaced.

(i) Measure moving temporary concrete barriers by the meter along the face of the barrier as reinstalled at designated locations that are more than 3 meters from the point of initial installation.

(j) Measure temporary guardrail by the meter along the face of the rail from center-to-center of end posts.

(k) Measure temporary pavement markings by the meter, by the kilometer, by the square meter, or by the each. Measure only one application of pavement markings per lift.





When temporary pavement markings are measured by the meter or kilometer, measure the number of meters or kilometers of lines applied along the centerline of each 100-millimeter wide line applied regardless of color. Measure solid lines from end to end of each continuous line. Measure broken lines from end to end including gaps. For line widths greater than 100 millimeters, adjust the measured length of line in the ratio of the required width to 100 millimeters.

When temporary pavement markings are measured by the square meter, measure the number of square meters of symbols or letter markings based on the marking area shown in the contract or, if not shown, the area of each marking measured in place to the nearest tenth of a square meter.

(l) Measure temporary raised pavement markers by the each. Measure only one time for each lift of pavement even if replaced. Measure temporary raised pavement markers used at the option of the Contractor in lieu of temporary pavement markings as equivalent temporary pavement markings and not as temporary raised pavement markers.

(m) Measure pavement marking removal by the meter of line removed. Gaps will not be measured.

(n) Measure vertical panels by the each. Measure only one time even if relocated or replaced.

(o) Measure warning lights by the each. Measure only one time even if relocated or replaced.

(p) Measure shadow vehicles by the each.

(q) Measure pavement patches by the metric ton.

(r) Measure variable message signs by the each.

(s) Measure temporary crash cushions by the each for each entire crash configuration. Measure only one time even if relocated or replaced.

(t) Measure moving temporary crash cushion by the each for each entire crash configuration.

000735



(u) Measure replacement barrels or cartridges for crash cushions by the each for barrels or cartridges damaged by public traffic.

(v) Measure temporary traffic signal system by the lump sum or each.

(w) Measure relocating temporary traffic signal system by the each.

(x) Measure temporary fence by the meter.

(y) Measure portable rumble strips by the each. Measure only one time even if relocated or replaced.

(z) Measure opposing traffic lane dividers by the each. Measure only one time even if relocated or replaced.

(aa) Measure steel plates by the square meter. Measure only one time even if relocated or replaced.

## Payment

**635.27** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Progress payments for temporary traffic control devices will be made as follows:

(a) 50 percent of the unit bid price for each item will be paid upon installation.

(b) 25 percent of the unit bid price for each item will be paid following completion of 50 percent of the contract amount.

(c) Payment of the remaining portion of the unit bid price for each item will be paid when the temporary traffic control devices are removed from the project.

Progressive payments for items paid for by the hour will be paid at 100 percent of the unit bid price when ordered by the CO and furnished.





Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 63501 Temporary traffic control | Lump sum |
| 63502 Advance warning arrow panel type ___ | Hour |
| 63503 Advance warning arrow panel type ___ | Each |
| 63504 Barricade type ___ | Meter |
| 63505 Barricade type ___ | Each |
| 63506 Cone _(description)_ | Each |
| 63507 Construction sign | Square meter |
| 63508 Drum _(description)_ | Each |
| 63509 Flagger | Hour |
| 63510 Pilot car | Hour |
| 63511 Temporary concrete barrier | Meter |
| 63512 Moving temporary concrete barrier | Meter |
| 63513 Temporary guardrail | Meter |
| 63514 Temporary pavement markings | Meter |
| 63515 Temporary pavement markings | Kilometer |
| 63516 Temporary pavement markings, symbols, and letters | Square meter |
| 63517 Temporary pavement markings, symbols, and letters | Each |
| 63518 Temporary raised pavement marker | Each |
| 63519 Pavement marking removal | Meter |
| 63520 Vertical panel | Each |
| 63521 Warning light type ___ | Each |
| 63522 Shadow vehicle | Each |
| 63523 Maintenance of traffic, pavement patch | Metric ton |
| 63524 Variable message sign | Each |
| 63525 Temporary crash cushion _(description)_ system | Each |
| 63526 Moving temporary crash cushion | Each |
| 63527 Replacement _(description)_ for crash cushions | Each |
| 63528 Temporary traffic signal system | Lump sum |
| 63529 Temporary traffic signal system | Each |
| 63530 Relocating temporary traffic signal system | Each |
| 63531 Temporary fence _(description)_ | Meter |
| 63532 Portable rumble strip | Each |
| 63533 Opposing traffic lane divider | Each |
| 63534 Steel plates | Square meter |