000736

# Section 636.— SIGNAL, LIGHTING, AND ELECTRICAL SYSTEMS

## Description

**636.01** This work consists of installing, modifying, or removing traffic signals, flashing beacons, highway lighting, sign illumination, communication conduits, and electrical systems or provisions for future systems.

## Material

**636.02** Conform to the following Subsections:

| | |
|---|---|
| Backer rod | 712.01(g) |
| Electrical material | 721.01 |
| Lighting material | 721.02 |
| Sealant | 712.01(a) |

## Construction Requirements

**636.03 Regulations and Codes.** Furnish material and workmanship conforming to the standards of the National Electrical Code, local safety code, UL, and the National Electrical Manufacturers Association.

Obtain permits, arrange for inspections, and pay all fees necessary to obtain electrical service.

Notify the CO, local traffic enforcement agency, local utility company, or railroad company 7 days before any operational shutdown to coordinate connections or disconnections to an existing utility or system.

**636.04 General.** At the preconstruction conference, submit a certified cost breakdown of items involved in the lump sum for use in making progress payments and price adjustments.

Fifteen days before installation, submit a list of proposed equipment and material. Include the manufacturer's name, size, and identification number of each item. Supplement the list with scale drawings, catalog cuts, and wiring diagrams showing locations and details of equipment and wiring.

The CO will establish the exact locations of the systems.





Remove structures and obstructions according to Section 203. Salvage all material acceptable for reuse in the work. Perform excavation and backfill work under Section 209. Construct concrete according to Section 601.

Where roadways are to remain open to traffic and existing systems will be modified, maintain the existing systems in operation until final connection to the modified circuit to minimize traffic disruptions.

**636.05 Conduit.** Cut conduit so the ends are smooth. Connect conduit sections with couplings to butt the ends of both conduits squarely against each other inside the couplings. Provide a metal expansion and deflection fitting where conduit crosses a structural expansion joint.

Install conduits continuous between outlets with a minimum of couplings to permit pulling conductors. Terminate conduit with bell fittings or bushings. Furnish pull wires for conduits designated for future cable installation.

Remove and replace crushed, deformed, or damaged conduit. Maintain conduits clean and dry and protect ends of conduit with plugs, caps, or fittings.

Size pull boxes to provide for termination of the conduit and connection of the conductors.

**636.06 Installation of Signal and Lighting Systems.** Design the control unit to energize the lighting circuit upon failure of any component of its circuit. Furnish a control with an "on" level adjustable between 11 and 54 lux. Operate luminaires with a series circuit distribution system at a potential not exceeding 2400 volts.

Control lights and luminaires by photocell controls. For current less than or equal to 10 amperes, furnish a photocell switch. For current greater than 10 amperes, furnish a photocell switch operating a magnetic relay for switching the lighting circuit.

**636.07 Loop Installation.** Do not install loops when the pavement is wet. Saw cut, wire, and seal for loop wires on the same day. Do not allow vehicular traffic to pass over an open saw cut unless covered by a protective panel.

000737



Saw clean, smooth, well-defined, 8-millimeter wide, and 45-millimeter deep cuts without damaging the adjacent pavement. Overlap saw cuts to provide full depth at all corners. Saw cut the lead-in to the pull box as close as possible to the edge of pavement. Clean and dry saw cuts according to Subsection 502.06(a).

Install the loop wire in one continuous length at the bottom of the cut. Install without kinks, curls, or other damage to the wire or its insulation. Replace any damaged wires. Hold the loop wire in place with 0.6-meter long backer rods.

Where the loop wire crosses a crack or joint, use a plastic sleeve which extends 100 millimeters on each side of the crack or joint. Provide extra loop wire in the sleeve for joint expansion and contraction.

Twist the loop lead-in wires 3 turns per meter from the loop to the pull box. Color code the wires of each loop for identification of separate loops. Coil 1 meter of lead-in pair slack in the pull box for each loop.

Before applying sealant, test the loop and lead-in for continuity and resistance by applying a 1000-volt megger between each end of the loop lead-in and the nearest reliable electrical ground. If no available ground exists, establish a ground for the measurement. Record the location and megger readings and submit readings and test equipment data. Replace the loop if the megger reading is less than 10 microohms or the inductance is less than 60 microhenries or more than 100 microhenries.

Apply sealant to the saw cuts with the backer rods in place. Apply the sealant in a manner which does not produce air bubbles. Remove excess sealant and finish level with the pavement. Follow the manufacturer's instructions for sufficient time for the sealant to harden before allowing traffic to cross the loops.

Repeat the resistance and continuity test after sealant is applied. Report the second test for comparison with the first report.

**636.08 Testing and Demonstration Period.** Before energizing any portion of the system, demonstrate that the conductor system is clear and free of all short circuits, open circuits, and unintentional grounds. Repair or replace faulty circuits.





After energizing the system, demonstrate that all electrical components work properly. Repair or replace faulty electrical components.

After completing electrical component tests, conduct a demonstration test for 30 continuous days. Adjust and correct any deficiencies in the system during the 30-day demonstration period. If any part of the system is replaced or repaired, retest that part of the system for an additional 30 days.

**636.09 Warranties, Guarantees, and Instruction Sheets.** When installations are permanent, deliver manufacturers' warranties, guarantees, instruction sheets, and parts lists at the final inspection.

Upon completion of the work, also submit as-built drawings showing all detail changes from the original plans.

**636.10 Relocations.** Use material equivalent to existing material, unless present codes require different or improved material. Existing material may be salvaged and reused, provided all material and installation methods used meet the requirements of applicable codes and ordinances.

**636.11 Acceptance.** Material for signal systems, lighting systems, and electrical systems will be evaluated under Subsections 106.02 and 106.03.

Installation of signal systems, lighting systems, and electrical systems will be evaluated under Subsections 106.02 and 106.04.

Structural excavation and backfill will be evaluated under Section 209.

Concrete will be evaluated under Section 601.

## Measurement

**636.12** Measure signal installation, lighting installation, electrical installation, railroad crossing system, and relocations by the lump sum.

Measure conduits and electrical conductors (wire) by the meter.

Measure luminaires, poles, and pull boxes by the each.

000738



Measure relocations by the each. Do not measure additional line or connections necessary, to place the fixture at the new location.

## Payment

**636.13** The accepted quantities, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

Lump sum items will be paid as follows:

(a) 75 percent of the lump sum will be paid as the work progresses based on a certified cost breakdown.

(b) Payment of the remaining 25 percent will be made upon successful completion of the demonstration period.

Payment will be made under:

| Pay Item | Pay Unit |
|---|---|
| 63601 Signal installation | Lump sum |
| 63602 Lighting installation | Lump sum |
| 63603 Electrical installation | Lump sum |
| 63604 Railroad crossing system | Lump sum |
| 63605 Relocate *(description)* | Lump sum |
| 63606 Conduit, ___ millimeter, *(description)* | Meter |
| 63607 Electrical conductors *(description)* | Meter |
| 63608 Luminaires *(description)* | Each |
| 63609 Poles *(description)* | Each |
| 63610 Pull box | Each |
| 63611 Relocate *(description)* | Each |



# SECTION 637. — FACILITIES AND SERVICES

## Description

**637.01** This work consists of furnishing, installing, maintaining, and removing facilities (including services) such as field offices, field laboratories, and residential housing for the exclusive use of Government personnel.

## Construction Requirements

**637.02 General.** Provide the facilities and services beginning 14 days before project work begins and ending 21 days after final acceptance. Facilities remain the property of the Contractor upon completion of the contract.

Perform all site work to set up and remove facilities. Provide weatherproof buildings or trailers in good condition. Facilities and their location are subject to approval. Suitable commercial or private facilities located near the project may be provided.

**637.03 Facilities.** Furnish facilities that are ample, safe, sanitary, and include the appropriate electrical service, potable water supply, toilet accommodations and waste disposal services. Pay utility bills (electricity and water) promptly for all facilities. When specified in the contract, provide local and long distance telephone services. The Government will pay the cost of all telephone calls. Conform to all applicable ordinances, safety codes, and regulations.

**(a) Field office.** Furnish and maintain a field office according to Tables 637-1 and 637-2.

**(b) Field laboratory.** Furnish and maintain a field laboratory according to Tables 637-1 and 637-2.

When concrete testing is required, furnish a curing tank according to AASHTO M 201 with a minimum capacity for fifty 150 by 300-millimeter cylinders. Locate the curing tank for concrete cylinders in a 14-square meter or larger room. The room may be an adjacent separate facility or may be a second room of the field laboratory.

Equip the tank with a heater and circulator, an outlet for draining the tank, and a separate pressurized water source for filling the tank.

000739



**(c) Residential housing.** Furnish and maintain residential housing according to Tables 637-1 and 637-2. When the unit is part of a larger building, separate units with partitions and furnish separate outside doors with locks.

**Table 637-1**
**Minimum Requirements for Field Facilities**

| Property | Field Office | Field Laboratory | Residential Housing |
|---|---|---|---|
| Floor space - m² | 37 | 28 | 46 |
| Locking outside door - deadbolt with keys | 1 | 1 | 1 |
| Steps with slipproof tread and handrails | (1) | (1) | (1) |
| Windows with locks | 2 | 2 | 3 |
| Total window area - m² | 2.8 | 1.4 | 5.6 |
| Ceiling height, 2.1 m | ✓ | ✓ | ✓ |
| Rooms, including toilet room | 4 | 2 | 5(2) |
| Room Size, except toilet room - m² | 9 | 28 | 9 |
| Closet - 1.2 m³ | | | 2 |
| Shelves, 300 mm depth - m² | 1.1 | 2.2 | 1.1 |
| Electrical lighting | ✓ | ✓ | ✓ |
| Heat and air conditioning, maintain temperature of 22±4 °C | ✓ | ✓ | ✓ |
| Adequate electrical outlets | ✓ | ✓ | ✓ |
| Surge protectors | ✓ | ✓ | ✓ |
| Adequate Electricity (120 and/or 240 volt, 60 cycle as applicable) | ✓ | ✓ | ✓ |
| Adequate potable water supply | ✓ | ✓ | ✓ |
| Drinking water cooler with water supply | ✓ | ✓ | |
| Sparkproof exhaust fan - 0.6 m³/s | | ✓ | |
| Sink, with faucets for both hot and cold water | | ✓ | ✓ |
| Adequate hot and cold water supply | | ✓ | ✓ |
| Shower/bath facilities | | | ✓ |
| Parking for 3 vehicles on gravel surface | ✓ | ✓ | ✓ |
| 1.8 m high chain link fence with gate around building and parking area | ✓ | ✓ | ✓ |

(1) As required.
(2) Includes 2 bedrooms.





**Table 637-2**
**Minimum Facility Furnishings and Services**

| Property | Field Office | Field Laboratory | Residential Housing |
|---|---|---|---|
| Table 750 mm wide x 2.4 m long x 750 mm high | 1 | | |
| File cabinet, 2-drawer, fire resistant, metal, with lock | 1 | | |
| File cabinet, 4-drawer, metal | 1 | 1 | |
| Desk - 1.1 m² | 2 | 1 | |
| Desk lamp | 2 | 1 | |
| Office chair | 5 | 1 | |
| Storage cabinet 1.8 m wide x 900 mm wide x 450 mm high | 1 | | |
| Fire extinguisher | 1 | 1 | 2 |
| Refrigerator, 0.28 m³ | | | 1 |
| Range and oven, standard 900 mm | | | 1 |
| Kitchen table with 2 chairs | | | 1 set |
| Sofa, 1.8 m | | | 1 |
| Coffee table | | | 1 |
| Easy chair | | | 1 |
| End table | | | 1 |
| Table lamp | | | 1 |
| Double bed | | | 2 |
| Night stand | | | 2 |
| Night stand lamp | | | 2 |
| Dresser, 4-drawer, 900 mm | | | 2 |

**637.04 Acceptance.** Facilities and services will be evaluated under Subsections 106.02 and 106.04.

## Measurement

**637.05** Measure field office, field laboratory, and residential housing by the each.

000740



## Payment

**637.06** The accepted quantity, measured as provided above, will be paid at the contract price per unit of measurement for the pay items listed below that are shown in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

The bid amount for each facility will be paid as follows:

(a) 60 percent of the each bid amount will be paid after the facility is accepted as available for occupancy.

(b) Payment of the remaining 40 percent of the bid amount will be paid after final acceptance or when CO determines the facility is no longer needed.

Payment will be made under:

| Pay Item | | Pay Unit |
|---|---|---|
| 63701 | Field office | Each |
| 63702 | Field laboratory | Each |
| 63703 | Residential housing | Each |



# DIVISION 700
# Material

000741

## Section 701.— HYDRAULIC CEMENT

**701.01 Portland Cement and Masonry Cement.** Furnish cement according to Table 701-1 and the following.

**Table 701-1**
**Types of Cement**

| Type | Specification |
|---|---|
| Portland cement | AASHTO M 85 |
| Blended hydraulic cement | AASHTO M 240 |
| Masonry cement | ASTM C 91 |

Do not use different brands or types of cement, or the same brand or type of cement from different mills without approval.



## Section 702.— ASPHALT MATERIAL

**702.01 Asphalt Cement.** Conform to AASHTO M 20, M 226, or MP 1. Conform to Subsection 702.04.

**702.02 Cut-Back Asphalt.** Conform to Subsection 702.04.

**(a) Rapid-curing.** Conform to AASHTO M 81.

**(b) Medium-curing.** Conform to AASHTO M 82.

**702.03 Emulsified Asphalt.** Conform to Subsection 702.04. When specified for tack coat, an equivalent anionic grade emulsion may be substituted for a cationic grade and vice versa. The sieve test in AASHTO M 140 and M 208 is not required.

**(a) Anionic emulsions.** Conform to AASHTO M 140. For RS-1h and RS-2h, conform to AASHTO M 140 for RS-1 and RS-2, except conform to (c)(4)(a) below for the penetration on the residue.

**(b) Cationic emulsions.** Conform to AASHTO M 208. For CRS-1h and CRS-2h, conform to AASHTO M 208 for CRS-1 and CRS-2, except conform to (c)(4)(a) below for the penetration on the residue.

**(c) Quick-setting emulsions.** Conform to the following:

| | |
|---|---|
| (1) Viscosity, Saybolt Furol at 25 °C, AASHTO T 59 | 20 to 100 s |
| (2) Residue by distillation, AASHTO T 59 | 57% min. |
| (3) Sieve test, AASHTO T 59 | 0.10 max. |
| (4) Tests on residue from distillation: | |
| *(a)* Penetration, 25 °C, 100 g, 5 s, AASHTO T 49 | 40 to 100 |
| *(b)* Solubility in trichloroethylene, AASHTO T 44 | 97.5% min. |
| *(c)* Ductility, 25 °C, 50 mm/min, AASHTO T 51 | 40 mm min. |

**702.04 Application Temperatures.** Apply asphalt within the temperature ranges shown in Table 702-1.

000742



**Table 702-1**
**Application Temperatures - Range °C**

| Type and Grade of Asphalt | Temperature Ranges Minimum - Maximum | |
|---|---|---|
| | Spraying Temperatures | Mixing Temperatures (1) |
| **Cut-back asphalt —** | | |
| MC-30 | 30 - (2) | — |
| RC or MC-70 | 50 - (2) | — |
| RC or MC-250 | 75 - (2) | 60 - 80(3) |
| RC or MC-800 | 95 - (2) | 75 - 100(3) |
| RC or MC-3000 | 110 - (2) | 80 - 115(3) |
| **Emulsified asphalt —** | | |
| RS-1 | 20 - 60 | — |
| RS-2 | 50 - 85 | — |
| MS-1 | 20 - 70 | 20 - 70 |
| MS-2, MS-2h | — | 20 - 70 |
| HFMS-1, 2, 2h, 2s | 20 - 70 | 10 - 70 |
| SS-1, 1h, CSS-1, 1h | 20 - 70(4) | 20 - 70 |
| CRS-1 | 50 - 85 | — |
| CRS-2 | 60 - 85 | — |
| CMS-2, CMS-2h | 40 - 70 | 50 - 60 |
| **Asphalt cement —** | | |
| All grades | 180 max. | 180 max. |

(1) Temperature of mix immediately after discharge.
(2) The maximum temperature at which fogging or foaming does not occur.
(3) Temperature may be above flash point. Take precautions to prevent fire or explosion.
(4) For fog seals and tack coats.

**702.05 Material for Dampproofing and Waterproofing Concrete and Masonry Surfaces.**

**(a) Primer.** Conform to ASTM D 41.

**(b) Asphalt.** For mop coat, conform to ASTM D 449 type III.





**(c) Waterproofing fabric.** Furnish asphalt saturated fabric conforming to ASTM D 173.

**(d) Mortar.** Conform to Subsection 712.05 except uniformly mix the mortar to a spreading consistency using volumetric proportions of 1 part portland cement to 3 parts fine aggregate.

**(e) Asphalt plank.** Conform to ASTM D 517 and the following:

**(1) Thickness.** 32 millimeters.

**(2) Width.** 225±75 millimeters. Use only one width of plank for a single structure except for necessary closers.

**(3) Length.** 1 to 2.5 meters. Use length that permit the laying of planks to the best advantage on the surface to be covered.

**(f) Asphalt roll roofing.** Conform to ASTM D 224 type II.

**702.06 Recycling Agent.** Conform to ASTM D 4552 or use an approved petroleum product additive that restores aged asphalt to the required specifications.

**702.07 Asphalt Mastic.** Conform to AASHTO M 243.

**702.08 Antistrip Additive.** Conform to the following:

**(a) Type 1.** Furnish commercially produced, heat stable liquid products that when added to an asphalt have the chemical and physical properties to prevent separation of the asphalt from aggregates.

**(b) Type 2.** Furnish cement conforming to Subsection 701.01 or fly ash conforming to Subsection 725.04.

**(c) Type 3.** Furnish lime conforming to Subsection 725.03.

**702.09 Evaluation Procedures for Asphalt.** Evaluate under Subsection 106.04 subject to the following:

**(a) Shipping container.** Before loading, examine the shipping container and remove all remnants of previous cargos that may contaminate the asphalt.

**(b) Delivery ticket.** Furnish with each shipment 2 copies of the delivery ticket containing the following:

(1) Consignees
(2) Project number
(3) Grade
(4) Net volume
(5) Net mass
(6) Type and amount of antistrip additive
(7) Identification number (truck, car, tank, etc.)
(8) Destination
(9) Date
(10) Loading temperature
(11) Specific gravity at 15 °C

**(c) Sampling procedures.** Obtain samples of asphalt according to AASHTO T 40 at the applicable sampling location as follows:

**(1) Asphalt used in direct application on the road.** Take samples from each shipping container at the time of discharge into distributors or other conveyances on the project.

**(2) Asphalt initially discharged into storage tanks on the project.** Take samples from the line between the storage tank and the distributor or the mixing plant after each delivery. Take samples after a sufficient period of circulation to ensure samples are representative of the material in the storage tank.

**702.10 Cold Asphalt Mix.** Mix crushed stone or gravel, and asphalt in an approved plant. Conform to aggregate gradation and quality and asphalt grade and quality specifications normally used in the construction of highways by Federal or state agencies.

Do not use an aggregate asphalt mix that strips. For patching mixes, use an asphalt grade and mix that remains pliable and workable at -10 °C.



# Section 703.— AGGREGATE

**703.01 Fine Aggregate for Portland Cement Concrete.** Furnish sand conforming to AASHTO M 6 class B including the reactive aggregate supplementary requirement, except as amended or supplemented by the following:

| | |
|---|---|
| (a) Material passing 75-$\mu$m sieve, AASHTO T 11 | 3.0% max. |
| (b) Sand equivalent value, AASHTO T 176 referee method | 75 min. |

For lightweight fine aggregate, conform to AASHTO M 195.

**703.02 Coarse Aggregate for Portland Cement Concrete.** Conform to AASHTO M 80 class A, except as amended or supplemented by the following:

| | |
|---|---|
| (a) Los Angeles abrasion, AASHTO T 96 | 40% max. |
| (b) Adherent coating, FLH T 512 | 1.0% max. |

For bridge decks or surface courses, do not use aggregates known to polish or carbonate aggregates containing less than 25 percent by mass of insoluble residue as determined by ASTM D 3042.

For lightweight coarse aggregate, conform to AASHTO M 195.

**703.03 Granular Backfill.** Furnish aggregate for the following installations.

**(a) Underdrain pipe with geotextile.** Furnish granular backfill conforming to AASHTO M 80 class E and AASHTO M 43 no. 3, 4, 5, 7, 57, or 67.

**(b) Underdrain pipe without geotextile.** Furnish granular backfill conforming to AASHTO M 6, except the soundness test is not required.

**703.04 Permeable Backfill.** Furnish either sand conforming to Subsection 703.15 or coarse aggregate consisting of sound, durable particles of gravel, slag, or crushed stone conforming to Table 703-1.

**Table 703 - 1**
**Permeable Backfill Gradation**

| Sieve Size | Percent by Mass Passing Standard Sieves (AASHTO T 11 and T 27) |
|---|---|
| 75 mm | 100 |
| 19.0 mm | 50 - 90 |
| 4.75 mm | 20 - 50 |
| 75 µm | 0.0 - 2.0 |

## 703.05 Subbase, Base, and Surface Course Aggregate.

**(a) General.** Furnish hard, durable particles or fragments of crushed stone, crushed slag, or crushed gravel conforming the following:

| | |
|---|---|
| (1) Los Angeles abrasion, AASHTO T 96 | 50% max. |
| (2) Sodium sulfate soundness loss (5 cycles), AASHTO T 104 | 12% max. |
| (3) Durability index (coarse), AASHTO T 210 | 35 min. |
| (4) Durability index (fine), AASHTO T 210 | 35 min. |
| (5) Fractured faces, FLH T 507 | 50% min. |
| (6) Free from organic matter and lumps or balls of clay | |

Do not use material that breaks up when alternately frozen and thawed or wetted and dried.

Obtain the aggregate gradation by crushing, screening, and blending processes as necessary. Fine aggregate, material passing the 4.75 millimeter sieve, shall consist of natural or crushed sand and fine mineral particles.

**(b) Subbase or base aggregate.** In addition to (a) above, conform to the following:

| | |
|---|---|
| (1) Gradation | Table 703-2 |
| (2) Liquid limit, AASHTO T 89 | 25 max. |





**Table 703 - 2**
**Target Value Ranges for Subbase and Base Gradation**

| Sieve Size | Percent by Mass Passing Designated Sieve (AASHTO T 27 and T 11) | | | | |
|---|---|---|---|---|---|
| | Grading Designation | | | | |
| | A (Subbase) | B (Subbase) | C (Base) | D (Base) | E (Base) |
| 63 mm | 100(1) | | | | |
| 50 mm | 97 - 100(1) | 100(1) | 100(1) | | |
| 37.5 mm | | 97 - 100(1) | 97 - 100(1) | 100(1) | |
| 25 mm | 65 - 79 (6) | | | 97 - 100(1) | 100(1) |
| 19 mm | | | 67 - 81 (6) | | 97 - 100(1) |
| 12.5 mm | 45 - 59 (7) | | | | |
| 9.5 mm | | | | 56 - 70 (7) | 67 - 79 (6) |
| 4.75 mm | 28 - 42 (6) | 40 - 60 (8) | 33 - 47 (6) | 39 - 53 (6) | 47 - 59 (7) |
| 425 µm | 9 - 17 (4) | | 10 - 19 (4) | 12 - 21 (4) | 12 - 21 (4) |
| 75 µm | 4.0 - 8.0 (3) | 0.0 - 12.0 (4) | 4.0 - 8.0 (3) | 4.0 - 8.0 (3) | 4.0 - 8.0 (3) |

(1) Statistical procedures do not apply.
( ) Allowable deviations (±) from the target values.



000744

0000745



**(c) Surface course aggregate.** In addition to (a) above, conform to the following:

| | |
|---|---|
| (1) Gradation and plasticity index, AASHTO T 90 | Table 703-3 |
| (2) Liquid limit, AASHTO T 89 | 35 max. |

Do not furnish material that contains asbestos fibers.

**Table 703-3**
**Target Value Ranges for**
**Surface Course Gradation and Plasticity Index**

| Sieve Size | Percent by Mass Passing Designated Sieve (AASHTO T 27 and T 11) |
|---|---|
| 25 mm | 100(1) |
| 19 mm | 97 - 100(1) |
| 4.75 mm | 41 - 71 (7) |
| 425 $\mu$m | 12 - 28 (5) |
| 75 $\mu$m | 9 - 16 (4) |
| Plasticity index | 8 (4) |

(1) Statistical procedures do not apply.
( ) Allowable deviations ($\pm$) from the target values.

**703.06 Crushed Aggregate.** Furnish hard, durable particles or fragments of crushed stone or gravel conforming to the size and quality requirements for crushed aggregate material normally used locally in the construction and maintenance of highways by Federal or state agencies. Furnish crushed aggregate with a maximum size of 25 millimeters as determined by AASHTO T 27 and T 11. Furnish crushed aggregate uniformly graded from coarse to fine and free of organic matter, lumps or balls of clay, and other deleterious matter.





**703.07 Hot Asphalt Concrete Pavement Aggregate.**

**(a) Coarse aggregate (retained on a 4.75-millimeter sieve).** Furnish hard, durable particles or fragments of crushed stone, crushed slag, or crushed gravel conforming to the following:

| | |
|---|---|
| (1) Los Angeles abrasion, AASHTO T 96 | 40% max. |
| (2) Sodium sulfate soundness loss (5 cycles), AASHTO T 104 | 12% max. |
| (3) Fractured faces, FLH T 507 | 75% min. |
| (4) Durability index (coarse), AASHTO T 210 | 35 min. |

For the surface course, do not use aggregates known to polish or carbonate aggregates containing less than 25 percent by mass of insoluble residue when tested according to ASTM D 3042.

**(b) Fine aggregate (passing a 4.75-millimeter sieve).** Furnish natural sand, stone screenings, slag screenings, or a combination thereof conforming to AASHTO M 29 including sulfate soundness and the following:

| | |
|---|---|
| (1) Durability index (fine), AASHTO T 210 | 35 min. |
| (2) Sand equivalent value, AASHTO T 176 referee method | 45 min. |

**(c) Composite aggregate blend.** Size, grade, and combine the aggregate fractions in mix proportions conforming to the following:

| | |
|---|---|
| (1) Gradation | Table 703-4 |
| (2) Clay lumps and friable particles, AASHTO T 112 | 1.0% max. |
| (3) Reasonably free from organic or other deleterious material | |

**(d) Lightweight aggregate (slag).** Furnish crushed slag conforming to the quality requirements of AASHTO M 195. Do not use any other kind or type of lightweight aggregate as defined in AASHTO M 195.

0000746

Table 703-4
Target Value Ranges for
Hot Asphalt Concrete Pavement Aggregate Gradation

| Sieve Size | Percent by Mass Passing Designated Sieve (AASHTO T 27 and AASHTO T 11) | | | | | |
|---|---|---|---|---|---|---|
| | Grading Designation | | | | | |
| | A | B | C | D | E | F |
| 37.5 mm | 100(1) | | | | | |
| 25 mm | 97-100(1) | 100(1) | 100(1) | | | |
| 19 mm | — | 97-100(1) | 97-100(1) | 100(1) | 100(1) | |
| 12.5 mm | — | 76-88(5) | *(5) | 97-100(1) | 97-100(1) | |
| 9.5 mm | 53-70(6) | — | *(6) | — | *(5) | 100(1) |
| 4.75 mm | 40-52(6) | 49-59(7) | *(7) | 57-69(6) | *(6) | 33-47(6) |
| 2.36 mm | 25-39(4) | 36-45(5) | *(5) | 41-49(6) | *(6) | 7-13(4) |
| 600 μm | 12-22(4) | 20-28(4) | *(4) | 22-30(4) | *(4) | — |
| 300 μm | 8-16(3) | 13-21(3) | *(3) | 13-21(3) | *(3) | — |
| 75 μm | 3-8(2) | 3-7(2) | 3-8(2) | 3-8(2) | 3-8(2) | 2-4(2) |

(1) Statistical procedures do not apply.
* Contractor specified target value.
( ) Allowable deviations (±) from the target values.

**703.08 Open-Graded Asphalt Friction Course Aggregate.** Conform to Subsection 703.07 grading F and the following:

(a) 2 or more fractured faces, FLH T 506 — 75% min.
(b) 1 or more fractured faces, FLH T 506 — 90% min.
(c) Flakiness index, FLH T 508 — 30 max.



**703.09 Emulsified Asphalt Pavement Aggregate.**

**(a) Coarse aggregate.** Furnish hard, durable particles or fragments of crushed stone, crushed slag, or crushed gravel conforming to the following:

(1) Los Angeles abrasion, AASHTO T 96 — 40% max.
(2) Sodium sulfate soundness loss (5 cycles), AASHTO T 104 — 12% max.
(3) Fractured faces, FLH T 507 — 75% min.
(4) Durability index (coarse), AASHTO T 210 — 35 min.

Do not use aggregates known to polish or carbonate aggregates containing less than 25 percent by mass of insoluble residue according to ASTM D 3042.

**(b) Fine aggregate.** Furnish natural sand, stone screenings, slag screenings, or a combination thereof conforming to AASHTO M 29 including sulfate soundness and the following:

(1) Durability index (fine), AASHTO T 210 — 35 min.
(2) Sand equivalent value, AASHTO T 176 referee method — 35 min.

**(c) Composite aggregate blend.** Size, grade, and combine the aggregate fractions in mix proportions conforming to the following:

(1) Dense graded mix gradation — Table 703-5
(2) Open graded mix gradation — Table 703-6
(3) Clay lumps and friable particles, AASHTO T 112 — 1.0% max.
(4) Reasonably free from organic or other deleterious material

000747

## Table 703-5
## Target Value Ranges for Dense Graded Emulsified Asphalt Pavement Aggregate Gradation

| Sieve Size | Percent by mass passing designated sieve (AASHTO T 27 and AASHTO T 11) | | | | |
|---|---|---|---|---|---|
| | Grading Designation | | | | |
| | A | B | C | D | E |
| 50 mm | 100[1] | | | | |
| 37.5 mm | 95-100[1] | 100[1] | | | |
| 25 mm | — | 95-100[1] | 100[1] | | |
| 19 mm | 60-80(7) | — | 95-100[1] | 100[1] | |
| 12.5 mm | — | 60-80(7) | — | 95-100[1] | 100[1] |
| 9.5 mm | — | — | 60-80(7) | — | 95-100[1] |
| 4.75 mm | 20-55(7) | 25-60(7) | 35-65(7) | 45-70(7) | 60-80(7) |
| 2.36 mm | 10-40(6) | 15-45(6) | 20-50(6) | 25-55(6) | 35-65(6) |
| 300 μm | 2-16(4) | 3-18(4) | 3-20(4) | 5-20(4) | 6-25(4) |
| 75 μm | 0-5(3) | 1-7(3) | 2-8(3) | 2-9(3) | 2-10(3) |

(1) Statistical procedures do not apply.
( ) Allowable deviations (±) from the target values.





## Table 703-6
## Target Value Ranges for Open Graded Emulsified Asphalt Pavement Aggregate Gradation

| Sieve Size | Percent by mass passing designated sieve (AASHTO T 27 and AASHTO T 11) | | | |
|---|---|---|---|---|
| | Grading Designation | | | |
| | A | B | C | D |
| 37.5 mm | 100[1] | | | |
| 25 mm | 95-100[1] | 100[1] | | |
| 19 mm | — | 95-100[1] | 100[1] | |
| 12.5 mm | 25-65(7) | — | 95-100[1] | 100[1] |
| 9.5 mm | — | 20-55(7) | 35-40(7) | 85-100(7) |
| 4.25 mm | 0-10(5) | 0-10(5) | - | — |
| 2.36 mm | 0-5(3) | 0-5(3) | 3-7(3) | — |
| 1.18 mm | — | — | - | 0-5(3) |
| 75 μm | 0-2(1) | 0-2(1) | 0-1(1) | 0-2(1) |

(1) Statistical procedures do not apply.
( ) Allowable deviations (±) from the target values.

**703.10 Asphalt Surface Treatment Aggregate.** Furnish hard, durable particles or fragments of crushed stone, crushed slag, or crushed gravel. Use only one type of aggregate on a project.

Size, grade, and combine the aggregate fractions in mix proportions conforming to the following:

| | |
|---|---|
| (a) Gradation | Table 703-7 |
| (b) Los Angeles abrasion, AASHTO T 96 | 40% max. |
| (c) Sodium sulfate soundness loss, AASHTO T 104 | 12% max. |
| (d) Density, AASHTO T 19M | 1100 kg/m$^3$ min. |
| (e) Coating and stripping of bitumen-aggregate mixtures, AASHTO T 182 | 95% min. |

 Case 1:04-cv-01052-EJD Document 65-10 Filed 03/17/2006 Page 13 of 14

000748

(f) Adherent coating on the aggregate, FLH T 512 — 0.5% max.
(g) Fractured faces, FLH T 507 — 75% min.
(h) Flakiness index, FLH T 508 — 30 max.
(i) Durability index (coarse), AASHTO T 210 — 35 min.
(j) Durability index (fine), AASHTO T 210 — 35 min.
(k) Clay lumps and friable particles, AASHTO T 112 — 1.0% max.
(l) Reasonably free from organic or other deleterious material

Do not use lightweight aggregate according to AASHTO M 195.

**Table 703-7**
**Target Value Ranges for**
**Single and Multiple Course Surface Treatment Aggregate Gradation**

| Sieve Size | Percent by mass passing designated sieve (AASHTO T 27 and AASHTO T 11) | | | | | |
|---|---|---|---|---|---|---|
| | Grading Designation | | | | | |
| | A | B | C | D | E | F |
| 37.5 mm | 100[1] | | | | | |
| 25 mm | 90-100(3) | 100[1] | | | | |
| 19 mm | 0-35(5) | 90-100(3) | 100[1] | | | |
| 12.5 mm | 0-8(3) | 0-35(5) | 90-100(3) | 100[1] | | |
| 9.5 mm | — | 0-12(3) | 0-35(5) | 85-100(3) | 100[1] | 100[1] |
| 4.25 mm | — | — | 0-12(3) | 0-35(5) | 85-100(3) | 85-100[1] |
| 2.36 mm | — | — | — | 0-8(3) | 0-23(4) | — |
| 75 µm | 0-1(1) | 0-1(1) | 0-1(1) | 0-1(1) | 0-1(1) | 0-10[1] |

(1) Statistical procedures do not apply.
( ) Allowable deviations (±) from the target values.





**703.11 Slurry Seal Aggregate.** Furnish natural or manufactured sand, slag, crushed fines, or other mineral aggregate conforming to AASHTO M 29 and the following:

(a) Gradation — Table 703-8
(b) Los Angeles abrasion, AASHTO T 96 — 35% max.
(c) Sand equivalent value, AASHTO T 176 referee method — 45 min.
(d) Smooth textured sand with < 1.25% water absorption content by weight of total combined aggregate — 50% max.

**Table 703-8**
**Slurry Seal Aggregate Gradation[1] and Application Rates[2]**

| Sieve Size | Percent by mass passing designated sieve (AASHTO T 27 and AASHTO T 11) | | |
|---|---|---|---|
| | Type of Slurry Seal | | |
| | I | II | III |
| | Gradation Requirements | | |
| 9.5 mm | — | 100 | 100 |
| 4.75 mm | 100 | 90-100 | 70-90 |
| 2.36 mm | 90-100 | 65-90 | 45-70 |
| 1.18 mm | 65-90 | 45-70 | 28-50 |
| 600 µm | 40-65 | 30-50 | 19-34 |
| 300 µm | 25-42 | 18-30 | 12-25 |
| 150 µm | 15-30 | 10-21 | 7-18 |
| 75 µm | 10-20 | 5-15 | 5-15 |
| Application Rate[2], $kg/m^2$ | 3.3 - 5.5 | 5.5 - 8.2 | 8.2 or more |

(1) Statistical procedures do not apply.
(2) Based on the dry mass of the aggregate.

**703.12 Choker Aggregate.** Furnish hard durable particles or fragments of crushed gravel or crushed stone conforming to the following:

| | |
|---|---|
| (a) Gradation | Table 703-9 |
| (b) Sand equivalent value, AASHTO T 176 referee method | 75 min. |
| (c) Free from organic matter and clay balls | |

**Table 703-9**
**Choker Aggregate Gradation(1)**

| Sieve Size | Percent by Mass Passing Designated Sieve (AASHTO T 27 and T 11) |
|---|---|
| 9.5 mm | 100 |
| 4.75 mm | 70 - 100 |
| 75 µm | 0.0 - 5.0 |

(1) Statistical procedures do not apply.

**703.13 Blotter.** Furnish sound durable particles of gravel or crushed stone conforming to the following:

| | |
|---|---|
| (a) Material passing 9.5-mm sieve, AASHTO T 27 | 100% |
| (b) Liquid limit, AASHTO T 89 | 25 max. |
| (c) Free of organic matter and clay balls | |

**703.14 Aggregate for Aggregate-Topsoil Course.** Conform to the following:

| | |
|---|---|
| (a) Gradation | AASHTO M 43 no. 57 |
| (b) Quality | AASHTO M 80 class E |

**703.15 Sand.** Furnish clean material conforming to the following:

| | |
|---|---|
| (a) Gradation | AASHTO M 6 |
| (b) Deleterious substances | AASHTO M 6 class B |





**703.16 Aggregate for Lean Concrete Backfill.** Furnish hard, clean, durable, nonplastic, nonorganic, nonreactive aggregate.

**703.17 Superpave Asphalt Concrete Pavement Aggregate.** Furnish hard, durable particles or fragments of crushed stone, crushed slag, or crushed gravel conforming to the following:

| | |
|---|---|
| (a) Los Angeles abrasion, AASHTO T 96 | 35% max. |
| (b) Sodium sulfate soundness loss (5 cycles) | 12% max. |
| (c) Durability index (coarse and fine) | 35 min. |
| (d) Fractured faces, FLH T 506 and T 507 | Table 703-10 |
| (e) Fine aggregate angularity, AASHTO TP 33 method A | Table 703-11 |
| (f) Flat and elongated particles, ASTM D 4791 | Table 703-12 |
| (g) Sand equivalent value, AASHTO T 176 referee method | Table 703-13 |

(h) Gradation. Size, grade, and combine the aggregate fractions in mix proportions that result in a composite blend between the control points for the appropriate nominal maximum size of aggregate of Table 703-14, 703-15, or 703-16. The nominal maximum size is one sieve size greater than the first sieve to retain more than 10 percent of the combined aggregate. Do not produce mixes for a nominal maximum size aggregate that fall in restricted zone shown in Table 703-14, 703-15, or 703-16 as appropriate. Test according to AASHTO T 11 and AASHTO T 27.

**Table 703-10**
**Fractured Faces Requirement**

| Traffic, million ESALs | Depth from Surface | |
|---|---|---|
| | < 100 mm | ≥ 100 mm |
| ≤ 0.3 | 55/- | -/- |
| > 0.3 - 1 | 65/- | -/- |
| > 1 - 3 | 75/- | 50/- |
| > 3 - 10 | 85/80 | 60/- |
| > 10 - 30 | 95/90 | 80/75 |
| > 30 - 100 | 100/100 | 95/90 |
| > 100 | 100/100 | 100/100 |

Note: "85/80" denotes that 85 percent of coarse aggregate has one fractured face and 80 percent has two fractured faces.