Case 1:04-cv-01052-EJD Document 65-11 Filed 03/17/2006 Page 1 of 13

000750



**Table 703-11**
**Fine Aggregate Angularity**

| Traffic, million ESALs | Depth from Surface | |
|---|---|---|
| | < 100 mm | ≥ 100 mm |
| ≤ 0.3 | - | - |
| > 0.3 - 1 | 40 min. | - |
| > 1 - 3 | 40 min. | 40 min. |
| > 3 - 30 | 45 min. | 40 min. |
| > 30 | 45 min. | 45 min. |

**Table 703-12**
**Flat and Elongated Particles Requirement**

| Traffic, million ESALs | Percent (maximum) |
|---|---|
| ≤ 1 | - |
| > 1 | 10 |

**Table 703-13**
**Sand Equivalent Requirement**

| Traffic, million ESALs | Sand Equivalent (minimum) |
|---|---|
| ≤ 3 | 40 |
| > 3 - 30 | 45 |
| > 30 | 50 |





**Table 703-14**
**Superpave Gradation for 12.5-mm Nominal Maximum Size Aggregate**

| Sieve mm | Control Points | | 0.45 Chart Max Den | Restricted Zone Min. Boundary | Restricted Zone Max. Boundary | Target Values | Allowable Deviation |
|---|---|---|---|---|---|---|---|
| 19.00 | | 100.0 | 100.0 | | | | |
| 12.50 | 100.0 | 90.0 | 82.8 | | | | |
| 9.50 | | | 73.2 | | | | |
| 4.75 | | | 53.6 | | | * | (6) |
| 2.36 | 58.0 | 28.0 | 39.1 | 39.1 | 39.1 | * | (6) |
| 1.18 | | | 28.6 | 25.6 | 31.6 | | |
| 0.60 | | | 21.1 | 19.1 | 23.1 | * | (4) |
| 0.30 | | | 15.5 | 15.1 | 15.1 | * | (3) |
| 0.15 | | | 11.3 | | | | |
| 0.075 | 10.0 | 2.0 | 8.3 | | | * | (2) |

* Contractor specified target value to the nearest 0.1 percent.
( ) Allowable deviations (±) from the target values.




**Figure 703-1**
**Gradation Chart for 12.5 mm Nominal Maximum Size Aggregate**

## Table 703-15
## Superpave Gradation for 19-mm Nominal Maximum Size Aggregate

| Sieve mm | Control Points | | 0.45 Chart Max Den | Restricted Zone Min. Boundary | Restricted Zone Max. Boundary | Target Values | Allowable Deviation |
|---|---|---|---|---|---|---|---|
| 25 | | 100.0 | 100.0 | | | | |
| 19.00 | 100.0 | 90.0 | 88.4 | | | | |
| 12.50 | | | 73.2 | | | | |
| 9.50 | | | 64.7 | | | | |
| 4.75 | | | 47.4 | | | * | (6) |
| 2.36 | 49.0 | 23.0 | 34.6 | 34.6 | 34.6 | * | (6) |
| 1.18 | | | 25.3 | 22.3 | 28.3 | | |
| 0.60 | | | 18.7 | 16.7 | 20.7 | * | (4) |
| 0.30 | | | 13.7 | 13.7 | 13.7 | * | (3) |
| 0.15 | | | 10.0 | | | | |
| 0.075 | 8.0 | 2.0 | 7.3 | | | * | (2) |

* Contractor specified target value to the nearest 0.1 percent.
( ) Allowable deviations (±) from the target values.




**Figure 703-2**
**Gradation Chart for 19 mm Nominal Maximum Size Aggregate**





## Table 703-16
## Superpave Gradation for 25-mm Nominal Maximum Size Aggregate

| Sieve mm | Control Points | | 0.45 Chart Max Den | Restricted Zone Min. Boundary | Restricted Zone Max. Boundary | Target Values | Allowable Deviation |
|---|---|---|---|---|---|---|---|
| 37.5 | | 100.0 | 100.0 | | | | |
| 25 | 100.0 | 90.0 | 83.3 | | | | |
| 19.00 | | | 73.6 | | | | |
| 12.50 | | | 61.0 | | | | |
| 9.50 | | | 53.9 | | | | |
| 4.75 | | | 39.5 | 39.5 | 39.5 | * | (6) |
| 2.36 | 45.0 | 19.0 | 28.8 | 26.8 | 30.8 | * | (6) |
| 1.18 | | | 21.1 | 18.1 | 24.1 | | |
| 0.60 | | | 15.6 | 13.6 | 17.6 | * | (4) |
| 0.30 | | | 11.4 | 11.4 | 11.4 | * | (3) |
| 0.15 | | | 8.3 | | | | |
| 0.075 | 7.0 | 1.0 | 6.1 | | | * | (2) |

* Contractor specified target value to the nearest 0.1 percent.
( ) Allowable deviations (±) from the target values.




**Figure 703-3**
**Gradation Chart for 25 mm Nominal Maximum Size Aggregate**

**704.01 Foundation Fill.** Furnish granular material free of excess moisture, frozen lumps, roots, sod, or other deleterious material and conforming to the following:

| | |
|---|---|
| (a) Material passing 50-mm sieve | 100% |
| (b) Soil classification, AASHTO M 145 | A-1-a |
| (c) In wet environments, material passing 75-$\mu$m sieve, AASHTO T 27 and T 11 | 6% max. |

**704.02 Bedding Material.** Conform to the following:

**(a) Class A bedding material.** Furnish concrete conforming to Section 601.

**(b) Class B bedding material.** Furnish sand or selected sandy soil free of excess moisture, muck, frozen lumps, roots, sod, or other deleterious material and conforming to the following:

| | |
|---|---|
| (1) Material passing 9.5-mm sieve, AASHTO T 27 | 100% |
| (2) Material passing 75-$\mu$m sieve, AASHTO T 27 and T 11 | 10% max. |

**(c) Class C bedding material.** Furnish sand or fine granular material free of excess moisture, muck, frozen lumps, roots, sod, or other deleterious material. Remove all rock particles and hard earth clods larger than 38 millimeters.

**704.03 Backfill Material.** Furnish granular material or fine soil free of excess moisture, muck, frozen lumps, roots, sod, or other deleterious material. Remove all rock particles and hard earth clods larger than 75 millimeters in the longest dimension.

**704.04 Structural Backfill.** Furnish free draining granular material free of excess moisture, muck, frozen lumps, roots, sod, or other deleterious material conforming to the following:

| | |
|---|---|
| (a) Maximum dimension | 75 mm |
| (b) Material passing 75-$\mu$m sieve, AASHTO T 27 and T 11 | 15% max. |
| (c) Liquid limit, AASHTO T 89 | 30% max. |





**704.05 Topping.** Furnish a granular material free of excess moisture, muck, frozen lumps, roots, sod, or other deleterious material conforming to the following:

| | |
|---|---|
| (a) Maximum dimension | 100 mm |
| (b) Soil classification, AASHTO M 145 | A-1 or A-2-4 |

**704.06 Unclassified Borrow.** Furnish granular material free of excess moisture, muck, frozen lumps, roots, sod, or other deleterious material conforming to the following:

| | |
|---|---|
| (a) Maximum dimension | 600 mm |
| (b) Soil classification, AASHTO M 145 | A-1, A-3, or A-2-4 |

**704.07 Select Borrow.** Furnish granular material free of excess moisture, muck, frozen lumps, roots, sod, or other deleterious material conforming to the following:

| | |
|---|---|
| (a) Gradation | Table 704-1 |
| (b) Liquid limit, AASHTO T 89 | 30 max. |

**Table 704-1**
**Select Borrow Gradation**

| Sieve Size | Percent by Mass Passing Designated Sieve (AASHTO T 27) |
|---|---|
| 75 mm | 100 |
| 25.0 mm | 70-100 |
| 4.75 mm | 30-70 |
| 150 $\mu$m | 0-15 |

**704.08 Select Topping.** Furnish granular material free of excess moisture, muck, frozen lumps, roots, sod, or other deleterious material conforming to the following:

| | |
|---|---|
| (a) Gradation, uniform coarse to fine | Table 704-2 |
| (b) Liquid limit, AASHTO T 89 | 30 max. |

000753



**Table 704-2**
**Select Topping Gradation**

| Sieve Size | Percent by Mass Passing Designated Sieve (AASHTO T 27 and T 11) |
|---|---|
| 75 mm | 100 |
| 75 µm | 0-15 |

**704.09 Bed Course.** Furnish porous, free-draining granular material free of excess moisture, muck, frozen lumps, roots, sod, or other deleterious material conforming to the following:

(a) Gradation, uniform coarse to fine — Table 704-3
(b) Liquid limit, AASHTO T 89 — 30 max.

**Table 704-3**
**Bed Course Gradation**

| Sieve Size | Percent by Mass Passing Designated Sieve (AASHTO T 27 and T 11) |
|---|---|
| 12.5 mm | 100 |
| 75 µm | 0 - 10 |

**704.10 Select Granular Backfill.** Furnish sound, durable, granular material free from organic matter or other deleterious material (such as shale or other soft particles with poor durability). Conform to the following:

**(a) Quality requirements.**

(1) Gradation — Table 704-4
(2) Shear angle of internal friction, AASHTO T 236 — 34° min.

**Note:** Compact samples for AASHTO T 236 to 95 percent of the maximum density determined according to AASHTO T 99 method C or D and corrected for oversized material according to AASHTO T 99, Note 7.





(3) Sodium sulfate soundness loss (5 cycles), AASHTO T 104 — 15% max.
(4) Los Angeles abrasion, AASHTO T 96 — 50% max.
(5) Liquid limit, AASHTO T 89 — 30 max.

**(b) Electrochemical requirements.**

(1) Resistivity, AASHTO T 288 — 3000 Ω•cm min.
(2) pH, AASHTO T 289 — 5.0 to 10.0
(3) Sulfate content, AASHTO T 290 — 1000 ppm max.
(4) Chloride content, AASHTO T 291 — 200 ppm max.

**Note:** Tests for sulfate and chloride content are not required when pH is between 6.0 and 8.0 and the resistivity is greater than 5000 ohm centimeters.

**Table 704-4**
**Select Granular Backfill Gradation**

| Sieve Size | Percent by Mass Passing Designated Sieve (AASHTO T 27 and T 11) |
|---|---|
| 100 mm | 100 |
| 75 mm | 75 - 100 |
| 75 µm | 0 - 15 |

**704.11 Special Grout Backfill.** Furnish lean grout slurry composed of 3 parts portland cement and 8 parts fine aggregate by volume. Fly ash may be substituted for 2 of the 3 parts portland cement. Conform to the following:

(a) Water/cement ratio — 1.5
(b) Portland cement — Subsection 701.01
(c) Fly ash — AASHTO M 295 class C
(d) Fine aggregate — Subsection 703.01
(e) Water — Subsection 725.01

000754

**704.12 Crib Wall Backfill.** Furnish material according to Subsection 704.10, except conform to the following:

(a) Gradation Table 704-5
(b) Unit mass, AASHTO T 19M 1900 kg/m³ min.

Table 704-5
Crib Wall Backfill Gradation

| Sieve Size | Percent by Mass Passing Designated Sieve (AASHTO T 27 and T 11) |
|---|---|
| 75 mm | 100 |
| 4.75 mm | 25 - 70 |
| 300 µm | 5 - 20 |
| 75 µm | 0 - 5 |



# Section 705.- ROCK

**705.01 Gabion and Revet Mattress Rock.** Furnish hard, durable rock that is resistant to weathering and reasonably free of organic and spoil material. Conform to the following:

**(a)** Coarse durability index, AASHTO T 210 52 min.
**(b)** Unit mass of a filled basket 1600 kg/m³ min.
**(c)** Gradation:

**(1)** Baskets 0.3 meters or greater in the vertical dimension.
*(a)* Maximum dimension 200 mm
*(b)* Minimum dimension 100 mm
**(2)** Baskets less than 0.3 meters in the vertical dimension.
*(a)* Maximum dimension 150 mm
*(b)* Minimum dimension 75 mm

**705.02 Riprap Rock.** Furnish hard, durable, angular rock that is resistant to weathering and water action and free of organic and spoil material. Do not use boulders, shale, or rock with shale seams. Conform to the following:

**(a)** Apparent specific gravity, AASHTO T 85 2.50 min.
**(b)** Absorption, AASHTO T 85 4.2% max.
**(c)** Coarse durability index, AASHTO T 210 52 min.
**(d)** Gradation for the class specified Table 705-1

000755



**Table 705-1**
**Gradation Requirements for Riprap**

| Class | Percent of Rock by Mass | Mass kg | Approximate Cubic Dimension[(2)(3)] mm |
|---|---|---|---|
| 1 | 20 | 10 to 15 | 150 to 200 |
| | 30 | 5 to 10 | 125 to 150 |
| | 40 | 0.5 to 5 | 50 to 125 |
| | 10 [(1)] | 0 to 0.5 | 0 to 50 |
| 2 | 20 | 25 to 50 | 200 to 250 |
| | 30 | 10 to 25 | 150 to 200 |
| | 40 | 1 to 10 | 75 to 150 |
| | 10 [(1)] | 0 to 1 | 0 to 75 |
| 3 | 20 | 100 to 150 | 350 to 400 |
| | 30 | 50 to 100 | 250 to 350 |
| | 40 | 5 to 50 | 125 to 250 |
| | 10 [(1)] | 0 to 5 | 0 to 125 |
| 4 | 20 | 250 to 350 | 450 to 500 |
| | 30 | 100 to 250 | 350 to 450 |
| | 40 | 10 to 100 | 150 to 350 |
| | 10 [(1)] | 0 to 10 | 0 to 150 |
| 5 | 20 | 700 to 1000 | 650 to 700 |
| | 30 | 350 to 700 | 500 to 650 |
| | 40 | 25 to 350 | 200 to 500 |
| | 10 [(1)] | 0 to 25 | 0 to 200 |
| 6 | 20 | 850 to 1600 | 700 to 850 |
| | 30 | 500 to 850 | 550 to 700 |
| | 40 | 50 to 500 | 250 to 550 |
| | 10 [(1)] | 0 to 50 | 0 to 250 |

(1) Furnish spalls and rock fragments graded to provide a stable dense mass.
(2) The volume of a rock with these cubic dimensions will have a mass approximately equal to the specified rock mass.
(3) Furnish rock with breadth and thickness at least one-third its length.





**705.03 Rock for Masonry Structures.** Furnish sound, durable rock that is native to the vicinity of the work or is similar in texture and color to the native rock and has been proven satisfactory for the intended use.

Furnish dimensioned masonry rock free of reeds, rifts, seams, laminations, and minerals that may cause discoloration or deterioration from weathering.

**(a) Sizes and shapes.** Do not use rock with depressions or projections that might weaken it or prevent it from being properly bedded.

When no dimensions are shown on the plans, furnish the rocks in the sizes and face areas necessary to produce the general characteristics and appearance indicated on the plans.

Unless otherwise specified, furnish rock fragments with the following dimensions:

| | |
|---|---|
| (1) Minimum thickness | 125 mm |
| (2) Minimum width | 300 mm or 1½ times the thickness, whichever is greater |
| (3) Minimum length | 1½ times the width |
| (4) Rocks with volume $\geq 0.3\ m^3$ | 50% min. |

When headers are required, furnish headers with lengths no less than the width of bed of the widest adjacent stretcher plus 300 millimeters.

**(b) Dressing.** Remove all thin or weak portions. Dress face rock bed and joint lines to a maximum variation from true line as follows:

| | |
|---|---|
| (1) Cement rubble masonry | 40 mm |
| (2) Class B masonry | 20 mm |
| (3) Class A masonry | 5 mm |
| (4) Dimensioned masonry | Reasonably true |

**(c) Bed surfaces.** Dress face rock bed surfaces normal to the face to a depth of 75 millimeters. Beyond that point, the departure from normal may not exceed 25 millimeters in 300 millimeters for dimensioned masonry or 50 millimeters in 300 millimeters for all other classes.

000756



**(d) Joint surfaces.** For dimensioned masonry, dress face rock joint surfaces normal to the bed surface. For all other classes of masonry, dress face rock joint surfaces to form an angle with the bed surface of not less than 45 degrees.

Dress face rock joint surfaces normal to the face to a depth of 50 millimeters. Beyond that point, the departure from normal may not exceed 25 millimeters in 300 millimeters.

Do not round corners at the meeting of the bed and joint lines in excess of the following radii:

| | |
|---|---|
| (1) Cement rubble masonry | 40 mm |
| (2) Class B masonry | 25 mm |
| (3) Class A masonry | No rounding |
| (4) Dimensioned masonry | No rounding |

**(e) Arch ring rock joint surfaces.** Dress ring rock joint surfaces radial to the arch or normal to the front face to a depth of 75 millimeters. Beyond that point, the departure from the radial or normal may not exceed 20 millimeters in 300 millimeters.

Dress the back surface adjacent to the arch barrel concrete parallel to the front face and normal to the intrados to a depth of 150 millimeters. When concrete is placed after the masonry is constructed, vary adjacent ring stones at least 150 millimeters in depth.

**(f) Finish for exposed faces.** Remove all drill or quarry marks from exposed faces. Pitch face stones to the line along all beds and joints. Finish the exposed faces as specified in the contract. The following symbols are used to represent the type of surface or dressing specified:

**(1) Fine pointed (F.P.).** Make point depressions approximately 10 millimeters apart. Limit surface variations to 3 millimeters or less from the pitch line.





**(2) Medium pointed (M.P.).** Make point depressions approximately 15 millimeters apart. Limit surface variations to 5 millimeters or less from the pitch line.

**(3) Coarse pointed (C.P.).** Make point depressions approximately 30 millimeters apart. Limit surface variations to 10 millimeters or less from the pitch line.

**(4) Split or seam face (S.).** Provide a smooth appearance, free from tool marks, with no depressions below the pitch line, and no projection exceeding 20 millimeters beyond the pitch line.

**(5) Rock faced (R.F.).** Provide an irregular projecting surface without tool marks, concave surfaces below the pitch line, and projections beyond the specified pitch line. For example, the specification "40 R.F." means no projections 40 millimeters beyond the pitch line. Where a "variable rock face" is specified, uniformly distribute stones of the same height of projection.

## 705.04 Rock for Special Rock Embankment.

**(a) Mechanically-placed embankments.** Furnish hard, durable rock that is angular in shape, resistant to weathering, and graded in a well-balanced range conforming to Table 705-2.

**Table 705-2**
**Gradation for Mechanically-placed Rock**

| Percent of Rock Fragments by Mass | Mass kg | Equivalent Cubic Dimension mm |
|---|---|---|
| 50 | Greater than 900 | Larger than 700 |
| 50 | 40 to 900 | 250 to 700 |

**(b) Hand-placed embankments.** Furnish hard, durable rock that is angular in shape, resistant to weathering, and graded in a well-balanced range conforming to Table 705-3.

**Table 705-3**
**Gradation for Hand-placed Rock**

| Percent of Rock Fragments by Mass | Mass kg | Equivalent Cubic Dimension mm |
|---|---|---|
| 75 | Greater than 75 | Larger than 300 |
| 25 | 40 to 75 | 250 to 300 |

## 705.05 Rock for Buttresses.

**(a) General.** Furnish hard, durable, angular rock free of organic and spoil material, resistant to weathering and water action. Furnish rock with breath and thickness at least one-third its length. Conform to the following:

- Apparent specific gravity, AASHTO T 85 — 2.50 min.
- Absorption, AASHTO T 85 — 4.2% max.
- Coarse durability index, AASHTO T 210 — 52 min.

**(b) Mechanically-placed buttresses.** In addition to (a) above, furnish rock graded in a well-balanced range conforming to Table 705-2.

**(c) Hand-placed buttresses.** In addition to (a) above, furnish rock graded in a well-balanced ranges conforming to Table 705-3.

## 705.06 Stone Curbing.

**(a) Stone curb, type I.** Conform to the size and shape specified and the following:

Furnish quarried limestone, sandstone, or granite from an approved source. Use one type of stone throughout the project. Do not use stone with visible drill marks on the exposed faces.

Saw or point the top surface of all vertical stone curb to an approximate true plane with no depression or projection on that surface of over 6 millimeters. Pitch the front and back arris lines straight and true. Limit projections or depressions on the back surface to not exceed a batter of 25 millimeters horizontal to 75 millimeters vertical.





Saw, point, or smooth quarry split the front exposed face of the vertical stone curb and form to an approximately true plane. Limit projections or depressions on the remaining face distance to 25 millimeters or less from the plane of the exposed face.

Square the ends of vertical stone curb with the top back and face and finish so when the sections are placed end to end, no space more than 13 millimeters shall show in the joint for the full width of the top surface and for the entire exposed front face. The remainder of the end may break back no more than 100 millimeters from the plane of the joint. Cut the joints of circular or curved stone curb on radial lines.

The minimum length of any segment of vertical stone curb is 1.2 meters. However the length may vary where a depressed or modified section of curb is required for driveways, crossings, closures, etc.

**(b) Stone curb, type II.** Slope stone curb shall conform to the requirements for type I stone curb except as follows:

The maximum allowable projection or depression on a horizontal top surface is limited to 13 millimeters. On other exposed faces, the maximum allowable projection or depression is limited to 25 millimeters.

For unexposed surfaces, the maximum allowable projection or depression from a true plane on a 0.5 meter length shall be 75 millimeters.

The maximum allowable space showing on exposed faces between adjacent segments of slope stone curb is 19 millimeters. The minimum length of any segment of slope stone curb is 0.5 meter.

000758

# Section 706.— CONCRETE AND PLASTIC PIPE

**706.01 Non-Reinforced Concrete Pipe.** Conform to AASHTO M 86M for the diameters and strength classes specified.

**706.02 Reinforced Concrete Pipe.** Conform to AASHTO M 170M for the diameters and strength classes specified. For precast reinforced concrete end sections, conform to cited specifications to the extent they apply.

**706.03 Perforated Concrete Pipe.** Conform to AASHTO M 175M type 1 or 2 and AASHTO M 86M for the diameters and strength classes specified.

**706.04 Reinforced Arch-Shaped Concrete Pipe.** Conform to AASHTO M 206M for the diameters and strength classes specified.

**706.05 Reinforced Elliptically-Shaped Concrete Pipe.** Conform to AASHTO M 207M for the diameters, placement design (horizontal or vertical), and strength classes specified.

**706.06 Reinforced D-Load Concrete Pipe.** Conform to AASHTO M 242M for the diameters specified.

**706.07 Precast Reinforced Concrete Box Sections.** Conform to AASHTO M 259M or M 273M, as applicable, for dimensions and loading conditions specified.

**706.08 Plastic Pipe.** Furnish perforated and nonperforated plastic pipe conforming to the following for the sizes and types specified. For watertight joints, conform to ASTM D 3212.

**(a) Smooth wall polyethylene pipe.** Furnish 300 to 1050-millimeter diameter pipe conforming to ASTM F 714 and minimum cell class, ASTM D 3350, 335434C.

**(b) Corrugated polyethylene pipe.** Furnish 300 to 900-millimeter diameter pipe conforming to AASHTO M 294 and minimum cell class, ASTM D 3350, 315412C or 324420C. For sanitary sewer applications, furnish AASHTO M 294 type S pipe with watertight joints.





**(c) Profile wall (ribbed) polyethylene pipe.** Furnish 450 to 1200-millimeter diameter pipe conforming to ASTM F 894 and minimum cell class, ASTM D 3350, 334433C or 335434C.

**(d) Corrugated polyethylene drainage tubing.** Furnish 75 to 250-millimeter diameter tubing conforming to AASHTO M 252.

**(e) Smooth wall polyvinyl chloride pipe.** Furnish 100 to 375-millimeter diameter pipe conforming to AASHTO M 278 and minimum cell class, ASTM D 1784, 12454C or 12364C. For sanitary sewer applications, conform to ASTM D 3034.

**(f) Profile wall (ribbed) polyvinyl chloride pipe.** Furnish 100 to 1200-millimeter diameter pipe conforming to AASHTO M 304 and minimum cell class, ASTM D 1784, 12454C or 12364C. For sanitary sewer applications, conform to ASTM F 794 or F 949.

**(g) Acrylonitrile-butadiene-styrene (ABS) pipe.** Conform to AASHTO M 264. For perforations, conform to AASHTO M 278.

000759



# Section 707.— METAL PIPE

**707.01 Ductile Iron Culvert Pipe.** Conform to ASTM A 716 for the sizes specified.

**707.02 Metallic-Coated Corrugated Steel Pipe.** Furnish pipe, special sections (such as elbows, branch connections, and prefabricated flared end sections), and coupling bands conforming to AASHTO M 36M and either AASHTO M 218, M 274, or M 289 for the dimensions and thicknesses specified.

Fabricate underdrain pipe from steel sheets with a minimum thickness of 1.32 millimeters. Use any class of perforation specified in AASHTO M 36M.

**707.03 Aluminum-Alloy Corrugated Pipe.** Furnish pipe, special sections (such as elbows, branch connections, and prefabricated flared end sections), and coupling bands conforming to AASHTO M 196M for the dimensions and thicknesses specified.

Fabricate underdrain pipe from aluminum sheets with a minimum thickness of 1.22 millimeters. Use any class of perforation.

**707.04 Asphalt-Coated Pipe.** Furnish pipe, special sections (such as elbows, branch connections, and prefabricated flared end sections), and coupling bands conforming to Subsections 707.02, 707.03, 707.08, 707.09, and 707.13 as applicable for the kinds of pipes to be coated.

Coat the pipe with asphalt material conforming to AASHTO M 190 for the type of coating specified. Coat special sections (such as elbows, branch connections, and end sections) and coupling bands according to AASHTO M 190. Coat flared end sections with an asphalt coating conforming to AASHTO M 190 type A or a field applied asphalt mastic coating conforming to AASHTO M 243.

**707.05 Steel Structural Plate Structures.** Furnish structures and assembly fasteners for connecting plates conforming to AASHTO M 167M for the sizes and types specified.



**707.06 Aluminum-Alloy Structural Plate Structures.** Furnish structures and assembly fasteners for connecting plates conforming to AASHTO M 219M for the sizes and types specified.

**707.07 Asphalt-Coated Structural Plate Structures.** Furnish structures conforming to either Subsection 707.05 or 707.06 as applicable. Coat with an asphalt coating conforming to AASHTO M 190 type A or a field applied asphalt mastic coating conforming to AASHTO M 243.

If the asphalt coating is applied to the plates before field erection, identify each plate's nominal metal thickness by painting the data on the inside surface of the plates after coating. Other methods of plate identification may be used if approved.

**707.08 Polymer-Coated Steel Pipe.** Furnish pipe, special sections (such as elbows and branch connections), and coupling bands conforming to AASHTO M 245M and M 246M. Furnish pipe with a grade 250/250 polymer coating.

**707.09 Fiber-Bonded Asphalt Coated Steel Pipe.** Furnish pipe, special sections (such as elbows, branch connections, and prefabricated flared end sections), and coupling bands conforming to Subsection 707.02 except use a zinc metallic coating impregnated with an aramid fiber composite conforming to ASTM A 885.

After fabrication, coat the pipe sections with asphalt material according to AASHTO M 190 for the type of coating specified.

Coat coupling bands with a asphalt material according to AASHTO M 190 type A. Coupling bands do not require fiber bonding.

**707.10 Slotted Drain Pipe.** Furnish pipe conforming to AASHTO M 36M and either AASHTO M 218, 274, or M 289 for the dimensions and thicknesses specified. Fabricate the pipe with either angle slots or grate slots and as shown on the plans.

Furnish grate assemblies for the grate slot drain conforming to ASTM A 570M grade 36. Galvanize slot angles and grate slot assemblies according to Subsection 725.12.

000760

 Case 1:04-cv-01052-EJD Document 65-11 Filed 03/17/2006 Page 11 of 13

**707.11 Metallic-Coated Spiral Rib Pipe.** Furnish pipe, special sections (such as elbows and branch connections), and coupling bands conforming to AASHTO M 36M type IR and IIR and AASHTO M 218, AASHTO M 274, or AASHTO M 289 for the dimensions and thicknesses specified.

**707.12 Aluminum-Alloy Spiral Rib Pipe.** Furnish pipe, special sections (such as elbows and branch connections), and coupling bands conforming to AASHTO M 196M type IR and IIR for the dimensions and thicknesses specified.

**707.13 Concrete-Lined Corrugated Steel Pipe.** Furnish pipe, special sections (such as elbows and branch connections), and coupling bands conforming to Subsection 707.02 for the dimensions and thicknesses specified. Fully line the pipe and special sections with concrete according to ASTM A 849 class C.

**707.14 Invert-Paved Corrugated Steel Pipe.** Furnish pipe, special sections (such as elbows and branch connections), and coupling bands conforming to Subsection 707.02 for the dimensions and thicknesses specified. Pave the invert of the pipe and special sections with concrete or asphalt material according to ASTM A 849 class C or B, as specified.



## Section 708.— PAINT

**708.01 General.** Furnish a contrasting color for each coat of paint. For the finish coat color, conform to Federal Standard 595 B. If requested, provide color chips from the paint supplier.

**(a) Packaging.** Furnish paint in strong, substantial containers, plainly marked with the following:

(1) Trade name or trade mark
(2) Paint type, color, formulation, lot number, and date of manufacture
(3) Net mass
(4) Volume including the percent of solids and the percent of volatile organic compound (VOC)
(5) Storage requirements
(6) Mixing instructions and equipment cleanup instructions
(7) Name and address of the manufacturer

**(b) Volatile organic compound (VOC) content.** Conform to the following VOC limits for both shop and field painting:

| | |
|---|---|
| (1) Clear (unpigmented) coatings | 520 g/L max. |
| (2) Other coatings | 350 g/L max. |

**(c) Lead content.** max. 0.06 % by mass in the dried film

**(d) Other properties.** Furnish paint that:

(1) Does not show excessive settling in a freshly-opened full can
(2) Easily redisperses with a paddle to a smooth, homogeneous state free of curdling, livering, caking, color separation, lumps, and skins
(3) Does not skin within 48 hours in a ¾ filled, closed container
(4) Brushes on easily
(5) Possess good leveling properties
(6) Shows no running or sagging tendencies when applied to smooth steel vertical surfaces
(7) Dries to a smooth uniform finish, free from roughness, grit, unevenness and other surface imperfections
(8) Shows no streaking or separation when flowed on clean glass

000761



**(9)** Shows no thickening, curdling, gelling, or hard caking after 6 months of storage in a full, tightly-covered container at a temperature of 20 °C

**708.02 Paint for Timber Structures.**

**(a) Primer.** Conform to FSS TT-P-25, TT-P-96D, or TT-P-001984.

**(b) Paint.** Conform to FSS TT-P-102 class A, TT-P-96D, TT-P-102F, or TT-P-19D.

**708.03 Paint for Concrete and Masonry Block Structures.** Conform to FSS TT-P-19. Color tint with universal or all purpose concentrates.

**708.04 Paint for Steel Structures.** Conform to the following:

| | |
|---|---|
| **(a) Inorganic zinc primer.** | AASHTO M 300 type II |
| **(b) Vinyl wash primer.** | MIL-P-15328 or SSPC no. 27 |
| **(c) Aliphatic urethane coating.** | USPS-C-644 type I |
| **(d) Acrylic latex coating.** | SSPC no. 24 |
| **(e) Epoxy coating.** | MIL-P-24441 or SSPC no. 22 |

**708.05 Penetrating Stain.** Conform to the following:

| | |
|---|---|
| (a) Weatherometer on base material, ASTM G 23 | 1000 h |
| (b) Acrylic dispersion | 73.4% of nonvolatile vehicle |
| (c) Viscosity | 58±2 Krebs units |
| (d) Solids volatile content | 40.3 |

Store stain according to the manufacturer's recommendations.



# Section 709.—REINFORCING STEEL AND WIRE ROPE

**709.01 Reinforcing Steel.**

**(a) General.** Furnish the following information with each shipment of steel to the project:

**(1)** Name and location of the steel rolling mill
**(2)** Manufacturing process
**(3)** Heat number(s)
**(4)** Size(s)
**(5)** Specifications
**(6)** Copies of mill test analyses for chemical and physical tests
**(7)** Consignee and destination of shipment

**(b) Reinforcing bars.** Furnish deformed, grade 400 bars conforming to AASHTO M 31M, M 42M, or M 53M.

**(c) Epoxy coated reinforcing bars.** Conform to AASHTO M 284M.

Inspect the reinforcing bars after the near white blast cleaning. Reject all bars with steel slivers or scabs. Selective sorting and rejection at the fabricator's shop may avoid unnecessary delays and subsequent rejection of bars during the precoating inspection at the coating applicator's shop.

Coat epoxy coated reinforcing steel in a plant certified by CRSI as a fusion bonded epoxy applicator.

**(d) Tie bars.** Furnish deformed, grade 400 bars conforming to AASHTO M 31M or M 42M, except do not use AASHTO M 42M steel for tie bars bent and restraightened during construction.

**(e) Hook bolts.** Furnish plain, grade 400 bars conforming to AASHTO M 31M or M 42M with M14 rolled threads or M16 cut threads. Furnish a threaded sleeve nut capable of sustaining a minimum axial load of 67 kilonewtons.

**(f) Dowel bars.** Conform to AASHTO M 254 type A or B. Use plain round bars, free from burring or other deformation restricting free movement in the concrete. Paint half the length of each dowel bar with one coat of tar paint. When the paint dries and immediately before placing the dowels, lubricate the painted end to prevent concrete from bonding to the painted end.

For expansion joints, furnish a dowel cap that snugly covers 50±5 millimeters of the dowel, has a closed end, and has a suitable stop to hold the closed end 25 millimeters from the end of the dowel bar.

Lubricants for type B dowels may be rapid-curing cut-back asphalt, medium setting emulsified asphalt, or a flaked graphite and vehicle. Lubricants are not required for type A coated dowel bars.

Furnish dowel assemblies that hold dowel bars within 6-millimeter tolerance vertically and horizontally during concrete placement and permit unrestricted movement of the pavement slab.

Use wire conforming to AASHTO M 32M for dowel assemblies. Coat dowel assemblies with the same material as the dowel bar. Recoat or repair damaged coatings equivalent to the manufacturer's original coating.

**(g) Deformed steel wire.** Conform to AASHTO M 225M.

**(h) Welded steel wire fabric.** Conform to AASHTO M 55M.

**(i) Cold-drawn steel wire.** Conform to AASHTO M 32M.

**(j) Welded deformed steel wire fabric.** Conform to AASHTO M 221M.

**(k) Fabricated deformed steel bar or rod mats.** Conform to AASHTO M 54M.

**(l) Low alloy steel deformed bars.** Conform to ASTM A 706M.

**709.02 Wire Rope or Wire Cable.** Conform to AASHTO M 30 for the size and strength class specified.





**709.03 Prestressing Steel.** Fabricate from one of the following:

- Stress-relieved wire strand, AASHTO M 204M type BA or WA
- Stress-relieved seven-wire strand, AASHTO M 203M grade 270
- High-strength steel bars, AASHTO M 275M type II

Protect all prestressing steel against physical damage, rust, or corrosion at all times. Do not use damaged prestressing steel.

Package prestressing steel to protect it from physical damage and corrosion during shipping and storage. Place a corrosion inhibitor in the package. Use a corrosion inhibitor that will have no deleterious effect on the steel, concrete, or bond strength of steel to concrete. Immediately replace or restore damaged packaging.

Mark the shipping package with a statement that the package contains high-strength prestressing steel and a warning to use care in handling. Identify the type, kind, and amount of corrosion inhibitor used, including the date when placed, safety regulations, and instructions for use. Assign a lot number and tag, for identification purposes, to all wire, strand, anchorage assemblies, or bars shipped to the site.

Submit representative samples from prestressed members fabricated off site. In the case of wire or strand, take the sample from the same master roll.

**(a) Pretensioning method.** Furnish a sample at least 2 meters long of each strand size from each coil.

**(b) Post-tensioning method.** Furnish samples of the following lengths.

**(1)** For wires requiring a head, 5 meters.

**(2)** For wires not requiring a head, sufficient length to make up one parallel-lay cable 1.5 meters long consisting of the same number of wires as the cable to be furnished.

**(3)** For strands furnished with fittings, 1.5 meters between near ends of fittings.

**(4)** For bars to be furnished with threaded ends and nuts, 1.5 meters between threads at ends.