000763

# Section 710.— FENCE AND GUARDRAIL

**710.01 Barbed Wire.** Furnish galvanized wire conforming to AASHTO M 280 or aluminum coated wire conforming to AASHTO M 305 type I.

**710.02 Woven Wire.** Furnish galvanized fabric conforming to AASHTO M 279 or aluminum coated fabric conforming to ASTM A 584.

**710.03 Chain Link Fence.** Furnish fabric, posts, rails, ties, bands, bars, rods, and other fittings and hardware conforming to AASHTO M 181.

Furnish 4.5-millimeter coiled spring steel tension wire conforming to ASTM A 641M hard temper with a class 3 galvanized coating or an aluminized coating having a minimum coating mass of 120 grams per square meter of aluminum. Use the same coating on the tension wire as used on the rest of the chain link fence.

**710.04 Fence Posts.**

**(a) Wood.** Conform to AASHTO M 168.

Peel all bark, except for red cedar posts and bracing which do not require peeling. Trim all knots flush with the surface and season the wood.

For dimension lumber for fences or gates, use timber that is sound, straight, and reasonably free from knots, splits, and shakes. Provide S4S finish.

**(b) Concrete.** Conform to Section 601.

**(c) Steel.** For line fence posts, conform to AASHTO M 281. For chain link fence, conform to AASHTO M 181.

**710.05 Fence Gates.** For frame gates used with chain link fences, conform to AASHTO M 181. Use the same chain link fabric in the gate and the fence.





**710.06 Metal Beam Rail.**

**(a) Galvanized steel rail.** Furnish W-beam or thrie beam rail elements fabricated from corrugated sheet steel conforming to AASHTO M 180 for the designated shape, class, type, and mass of coating specified.

**(b) Corrosion resistant steel rail.** Furnish W-beam or thrie beam rail elements and associated weathering steel hardware conforming to the following:

| | |
|---|---|
| (1) Shapes and plates | AASHTO M 222M |
| (2) Rail elements | ASTM A 606 type 4 |
| (3) Fasteners | AASHTO M 164M type 3 |

**710.07 Box Beam Rail.** Furnish steel box beam rail elements conforming to the AASHTO-AGC-ARTBA *A Guide to Standardized Highway Barrier Hardware,* 1995 edition.

**710.08 Steel-Backed Timber Rail.** Furnish timber conforming to AASHTO M 168. Fabricate the 150 by 250-millimeter timber rail and the 100 by 225-millimeter blockouts from dry, well seasoned, and dressed rough sawn Douglas fir, southern pine, or other species having a stress grade of at least 10 megapascals.

Treat the timber rail and blockout elements with CCA, ACZA, or ACA preservative treatment conforming to AWPA C14 except the minimum retention shall be 9.6 kilograms per cubic meter.

Fabricate the steel backing elements from 9.5-millimeter structural steel conforming to AASHTO M 222M. For fastener hardware, conform to AASHTO M 222M.

**710.09 Guardrail Posts.**

**(a) Wood posts.** Do not use a wood guardrail post that has a through check, shake, or end split in the same plane as, or a plane parallel to the bolt hole and extending from the top of the post to within 75 millimeters of the bolt hole.

**(b) Box beam posts.** Conform to the AASHTO-AGC-ARTBA *A Guide to Standardized Highway Barrier Hardware,* 1995 edition.

0000764



**(c) Steel-backed timber posts.** Furnish 250 by 300-millimeter guardrail posts conforming to Subsection 710.08. Post lengths will be specified in the contract.

**710.10 Guardrail Hardware.** Conform to the AASHTO-AGC-ARTBA *A Guide to Standardized Highway Barrier Hardware,* 1995 edition.

For angles, channels, wide flanges, and plates not contained in the above standard, conform to ASTM A 36M. For structural tubing for short steel posts, conform to ASTM A 500 or ASTM A 513 grade 1008. Galvanize soil plates and structural tubing according to ASTM A 123. Do not punch, drill, cut, or weld the metal after galvanizing.

Manufacture reflector tabs from 4-millimeter aluminum or galvanized steel sheets. Use an adhesive that resists peeling with a force of 0.89 kilograms per centimeter of width. Use mildew resistant adhesive which has no staining effect on retroreflective sheeting.

**710.11 Temporary Plastic Fence.** Furnish plastic noncorrosive fence fabricated from polyethylene (HDPE) and UV stabilized for outdoor weathering. Conform to the following:

| | |
|---|---|
| (a) Height | 1200 mm min. |
| (b) Mesh openings | 80 to 85 mm |
| (c) Color | International orange |
| (d) Mass | 0.25 kg/m min. |

**710.12 Crash Cushion Barrels.** Furnish 900-millimeter diameter barrels made of high-density polyethylene structural foam or equal material. Furnish lids of the same material as the barrels, but of a thinner gauge. Furnish appropriate height cores made of polystyrene or equal material.



# Section 711.— CONCRETE CURING MATERIAL AND ADMIXTURES

**711.01 Curing Material.** Conform to the following:

| | |
|---|---|
| (a) Burlap cloth | AASHTO M 182 |
| (b) Waterproof paper | AASHTO M 171 |
| (c) Polyethylene film | AASHTO M 171 |
| (d) Liquid membrane forming compounds | AASHTO M 148 |

**711.02 Air-Entraining Admixtures.** Conform to AASHTO M 154. For structural concrete, furnish air-entraining admixtures classified as vinsol resin or neutralized vinsol resin.

**711.03 Chemical Admixtures.** Furnish water-reducing, set-retarding, and set-accelerating additives, or combinations thereof, conforming t'o AASHTO M 194. Do not combine chemical admixtures together into a mixture unless they are compatible. Furnish supporting documentation of compatibility from the manufacturers. Do not use chloride accelerators.

**711.04 Latex Modifier.** Furnish a homogeneous, nontoxic, film forming polymeric emulsion with stabilizers added at the point of manufacture. Conform to the following:

| | |
|---|---|
| (a) Color | white |
| (b) Styrene butadiene polymer type | $68 \pm 4\%$ styrene<br>$32 \pm 4\%$ butadiene |
| (c) Chlorides | 0% |
| (d) Polymer particle size | 0.15 to 0.25 $\mu$m avg. |
| (e) Emulsion stabilizers | anionic and non-ionic surfactant |
| (f) Solids | 46.5 to 49.0% |
| (g) Mass | 1.00 to 1.02 kg/L |
| (h) pH | 9 to 13 |
| (i) Shelf life | 2 years min. |

0007765

# Section 712.— JOINT MATERIAL

**712.01 Sealants, Fillers, Seals, and Sleeves.** Conform to the following:

**(a) Joint sealants and crack fillers.** Furnish a commercial certification identifying the batch and/or lot number, material, quantity of batch, date and time of manufacture, and the name and address of the manufacturer.

| | |
|---|---|
| (1) Concrete joint-sealer, hot-poured elastic type | AASHTO M 173 |
| (2) Joint sealants, hot-poured, for concrete and asphalt pavement | AASHTO M 301 |
| (3) Crack filler, hot applied, for asphalt concrete and portland cement concrete pavements | ASTM D 5078 |

(4) For proprietary asphalt-rubber products, furnish the following:

*(a)* Source and grade of asphalt cement
*(b)* Total granulated rubber content and mass, as percent of the asphalt-rubber mixture
*(c)* Granulated rubber type(s) and content of each type (if blend).

*(1)* Mass as a percent of combined rubber
*(2)* Gradation of granulated rubber

*(d)* Type of asphalt modifier, if any
*(e)* Quantity of asphalt modifier and mass as a percent of asphalt cement
*(f)* Other additives
*(g)* Heating and application temperatures
*(h)* Manufacturer's recommended application procedures

**(b) Preformed expansion joint fillers.** Furnish in a single piece for the depth and width required for the joint.

| | |
|---|---|
| (1) Performed expansion joint filler for concrete (bituminous type) | AASHTO M 33 |
| (2) Performed sponge rubber expansion joint fillers for concrete paving and structural construction | AASHTO M 153 |





| | |
|---|---|
| (3) Performed cork expansion joint fillers for concrete paving and structural construction[(1)] | AASHTO M 153 |
| (4) Performed expansion joint fillers for concrete paving and structural construction (nonextruding and resilient bituminous types) | AASHTO M 213 |

Note: (1) Do not use in major concrete structures.

**(c) Preformed joint seals and sleeves.**

**(1) Paving applications.** Furnish a polychloroprene elastomeric seal conforming to AASHTO M 220. Use a lubricant adhesive conforming to the following:

| | |
|---|---|
| *(a)* Solids content by mass, ASTM D 2369 | 22% min. |
| *(b)* Peel strength, ASTM D 903 | 10 MPa max. |
| *(c)* Age from manufacturing | 9 months max. |

**(2) Manhole, inlet, and drainage applications.** Furnish a multi-sectional neoprene rubber and ethylene propylene di monomer (EPDM) rubber seal with a minimum thickness of 1.5 millimeters. Before shipping, coat the rubber with a nonhardening butyl rubber sealant to produce a watertight seal when installed. Properties and values are listed in Table 712-1.

**Table 712-1**
**Preformed Joint Seals**

| Physical Properties | ASTM Test Method | EPDM | Neo-prene | Butyl Mastic |
|---|---|---|---|---|
| Tensile, MPa | D 412 | 10 | 12 | - |
| Elongation, % | D 412 | 440 | 230 | 280 |
| Tear resistance, N/mm | D 624 (die B) | 40 | 20 | - |
| Rebound, %, 5 min | C 972 (mod.) | - | - | 11 |
| Rebound, %, 2 h | C 972 (mod.) | - | - | 12 |

0007766



**(d) Foam filler.** Furnish an expanded polystyrene filler having a compressive strength of not less than 70 kilopascals.

**(e) Cold-poured sealer.** Furnish a one-part, low-modulus silicone rubber base joint sealing compound conforming to FSS TT-S-1543 class A with an ultimate elongation of 1200 percent.

**(f) Low-modulus silicone joint sealant.** Furnish a one-part silicone formulation conforming to the following.

| | |
|---|---|
| (1) Flow, MIL S-8802 | 8 mm max. |
| (2) Extrusion rate, MIL S-8802 | 75 to 250 g/min |
| (3) Tack free time, MIL S-8802 | 20 to 75 minutes |
| (4) Specific gravity, ASTM D 792, method A | 1.010 to 1.515 |
| (5) Durometer hardness, shore A, ASTM D 2240 | 10 to 25 |
| (6) Tensile stress @ 150% elongation, ASTM D 412 | 520 kPa max. |
| (7) Elongation, ASTM D 412 | 500% min. |
| (8) Peel (adhesion), MIL S-8802 | ≥ 9 kg with ≥ 75% cohesive failure |
| (9) Age from manufacturing | 6 months max. |

**(g) Backer rod.** Furnish a closed-cell polyethylene conforming to ASTM D 3204 type 1. Use a compatible sealant as recommended by the manufacturer of the rod. For size of backer rod, conform to Table 712-2.

**712.02 Joint Mortar.** Furnish portland cement and fine aggregate conforming to Subsections 701.01 and 703.01 respectively. Mix one part portland cement and two parts sand with water as necessary to obtain a usable consistency. Use the mortar within 30 minutes after mixing.

**712.03 Watertight Gaskets.** For ring gaskets for rigid pipe, conform to AASHTO M 198 type A or B. For ring gaskets for flexible metal pipe, conform to ASTM C 361M. For continuous flat gaskets for flexible metal pipe with flat bands or bands with projections, conform to ASTM D 1056 grade SCE 41 and use a gasket with a thickness 13 millimeters greater than the nominal depth of the pipe corrugations. For continuous flat gaskets for flexible metal pipe with corrugated bands, conform to ASTM D 1056 grade SCE 43 and use a 9-millimeter thick gasket.





**Table 712-2**
**Backer Rod Sizes**

| Joint Width After Preparation | Rod Diameter |
|---|---|
| 8 mm | 9 mm |
| 9 mm | 13 mm |
| 13 mm | 16 mm |
| 16 mm | 19 mm |
| 19 mm | 25 mm |
| 25 mm | 32 mm |
| 32 mm | 38 mm |
| 38 mm | 50 mm |

**712.04** Reserved.

**712.05 Mortar for Masonry Beds and Joints.**

**(a) Material.** When the contract contains other concrete work, the same type of cement used for other work may be used for mortar. Conform to the following:

| | |
|---|---|
| (1) Masonry cement/portland cement | Subsection 701.01 |
| (2) Fine aggregate | Subsection 703.01 or AASHTO M 45 |
| (3) Lime | Subsection 725.03 |
| (4) Fly ash | Subsection 725.04 |
| (5) Water | Subsection 725.01 |

**(b) Composition.** Mix one part masonry cement, portland cement, or air-entraining portland cement with two parts fine aggregate by volume. Lime or fly ash may be added in an amount not to exceed 10 percent of the portland cement by mass. In lieu of air-entraining cement, portland cement may be used with an air-entraining admixture according to Section 552.

000767



(c) **Compressive strength.** Use mortar with a minimum 28-day compressive strength of 14 megapascals when tested according to AASHTO T 22 and T 23, except that samples shall consist of cylinders with a length to diameter ratio of 2 to 1.

**712.06 Copper Water Stops or Flashings.** Furnish sheet copper conforming to AASHTO M 138M copper USN no. C11000. The resistivity test is not required.

**712.07 Rubber Water Stops.** Furnish molded or extruded rubber with a uniform cross-section that is free from porosity or other defects. If approved, an equivalent standard shape may be furnished.

Fabricate rubber water stops from a compound of natural rubber, synthetic rubber, or a blend of the two, together with other compatible material. Do not use any reclaimed material. Furnish a certification from the producer showing the composition of the material. Conform to the following:

| | |
|---|---|
| (a) Hardness (shore), 3021(1) | 60 to 70 |
| (b) Compression set, 3311(1) | 30% max. |
| (c) Tensile strength, 4111(1) | 17 MPa min. |
| (d) Elongation at breaking, ASTM D 412 | 450% min. |
| (e) Tensile stress, 300% elongation, 4131(1) | 6 MPa min. |
| (f) Water absorption by mass, 6631(1) | 5% max. |
| (g) Tensile strength after aging, 7111(1) | 80% of original min. |

Note: (1) FTMS 601.

**712.08 Plastic Water Stops.** Fabricate from a homogeneous, elastomeric, plastic compound of basic polyvinyl chloride and other material. Form to a uniform cross-section that is free from porosity or other defects. If approved, an equivalent standard shape may be furnished. Conform to the following:

| | |
|---|---|
| (a) Tensile strength, ASTM D 638M | 9.6 MPa min. |
| (b) Elongation at breaking, ASTM D 638M | 250% min. |
| (c) Hardness, ASTM D 2240 | 60 to 75 shore |
| (d) Specific gravity, 5011(1) | Note (2) |





| | |
|---|---|
| (e) Resistance to alkali(3), ASTM D 543 | |
| Mass change | -0.10 to +0.25% |
| Hardness change | ±5 shore max. |
| Tensile strength change | 15% max. |
| (f) Water absorption (48 hours), ASTM D 570 | 0.50% max. |
| (g) Cold bending (4) | No cracking |
| (h) Volatile loss, ASTM D 1203 | Note (5) |

**Notes:**(1) FTMS 406.
(2) Manufacturer's value ±0.02.
(3) Use a 10 percent solution of NaOH for a 7-day test period.
(4) Subject a 25 by 150-millimeter strip that is 3 millimeters thick to a temperature of -29 °C for a period of 2 hours. After the 2 hours, immediately bend the sample 180 degrees around a 3-millimeter diameter rod. Apply sufficient force to maintain contact with the rod during bending. Examine the sample for evidence of cracking. Test and report results for at least three individual samples from each lot.
(5) Not more than manufacturer's value.

Furnish the manufacturer's test results for the above properties with the commercial certification. If directed, furnish samples in lengths adequate for performing the specified tests.

0007768



## 713.01 Topsoil.

**(a) Furnished topsoil.** Furnish fertile, friable, free draining, sandy loam soil that is free of subsoil, refuse, stumps, roots, brush, weeds, rocks larger than 25 millimeters, or other substances detrimental to the development of vegetative growth. Demonstrate that the soil will sustain healthy crops of grass, shrubs, or other plant growth. Conform to the following:

| | |
|---|---|
| (1) Texture | |
| *(a)* Organic matter, AASHTO T 267 | 3 to 10% |
| *(b)* Sand, AASHTO T 88 | 20 to 70% |
| *(c)* Silt, AASHTO T 88 | 10 to 60% |
| *(d)* Clay, AASHTO T 88 | 5 to 30% |
| (2) pH, AASHTO T 289 | 6 to 8 |

**(b) Conserved topsoil.** See Subsection 204.02(d).

**713.02 Agricultural Limestone.** Furnish calcic or dolomitic ground limestone conforming to the standards of the Association of Official Analytical Chemists International, applicable state and Federal regulations, and the following:

| | |
|---|---|
| (a) Purity (calcium and magnesium) carbonates | 75% min. |
| (b) Gradation | Table 713-1 |

Table 713-1
Agricultural Limestone Gradation

| Sieve Size | Minimum Percent by Mass Passing Designated Sieve (AASHTO T 27) |
|---|---|
| 2.00 mm | 90 |
| 425 $\mu$m | 50 |





Granulated slag or other approved natural sources of lime may be used provided the application rate is adjusted to equal the total neutralizing power of the specified ground limestone.

**713.03 Fertilizer.** Furnish standard commercial grade dry formulated fertilizer conforming to the standards of the Association of Official Analytical Chemists International, applicable state and Federal regulations, and required minimum percentages of available nutrients.

Supply the fertilizer in new, clean, sealed, and properly labeled containers with name, mass, and guaranteed analysis of contents clearly marked.

Liquid fertilizer containing the minimum percentage of available nutrients may be used.

**713.04 Seed.** Conform to FSS JJJ-S-181. Do not use wet, moldy, or otherwise contaminated or damaged seed. Furnish each seed type in separate sealed container. Clearly label each container with the following:

(a) Name and type of seed
(b) Lot number
(c) Net mass
(d) Percent of purity, germination, and hard seed
(e) Percent of maximum weed seed content

Inoculate legume seed with approved cultures according to the manufacturer's instructions.

## 713.05 Mulch.

**(a) Straw.** Furnish straw from oats, wheat, rye, or other grain crops that is free from weeds, mold, or other objectionable material. Furnish straw in an air-dry condition suitable for placing with mulch blower equipment.

**(b) Hay.** Furnish hay from herbaceous mowing, free from weeds, mold, or other objectionable material. Furnish hay in an air-dry condition suitable for placing with mulch blower equipment.

0007769



**(c) Wood fiber.** Furnish processed wood fiber from wood chips that is as follows:

(1) Colored with a green dye noninjurious to plant growth
(2) Readily dispersible in water
(3) Nontoxic to seed or other plant material
(4) Free of growth or germination inhibiting substances
(5) Free of weed seed
(6) Air dried to an equilibrium moisture content of $12 \pm 3$ percent
(7) Packaged in new labeled containers
(8) Packaged in a condition appropriate for mixing in a homogeneous slurry suitable for application with power spray equipment

**(d) Grass straw cellulose fiber.** Furnish processed grass straw fiber that is as follows:

(1) Colored with a green dye noninjurious to plant growth
(2) Readily dispersible in water
(3) Nontoxic to seed or other plant material
(4) Free of growth or germination inhibiting substances
(5) Free of weed seed
(6) Air dried to a moisture content of $10 \pm 0.2$ percent
(7) Air dried to a uniform mass of $\pm 5$ percent
(8) Packaged in new containers labeled with the manufacturer's name and air-dry mass
(9) Packaged in a condition appropriate for mixing in a homogeneous slurry suitable for application with power spray equipment

**(e) Peat moss.** Furnish a granulated sphagnum peat moss conforming to the following:

| | |
|---|---|
| (1) Sticks, stones, and mineral matter | 0% |
| (2) Partially decomposed stems and leaves of sphagnum | 75% min. |
| (3) Color | brown |
| (4) Textured from porous fibrous to spongy fibrous | |
| (5) pH | 3.5 to 7.5 |
| (6) Air-dried | |





**(f) Mature compost.** Furnish partially decomposed organic material, such as leaves, grass, shrubs, and yard trimmings, cured for 4 to 8 weeks. Maturity is indicated by temperature stability and soil-like odor. Furnish friable, dark brown, weed-free, and pathogen-free mature compost conforming to the following:

| | |
|---|---|
| (1) Carbon/nitrogen ratio | 25/1 to 35/1 |
| (2) Carbon/phosphorus ratio | 120/1 to 240/1 |
| (3) pH | 6.0 to 7.8 |
| (4) Water content | 40% max. |
| (5) Particle size | |
| Seeding and sodding | 12 mm max. |
| Erosion control | 25 mm max. |
| (6) Organic material | 50% min. |
| (7) Man-made inserts (plastic, glass, metal) | 2% max. |

**(g) Straw for hydroseeding.** Furnish clean agricultural straw milled to 25 millimeters or less in length. Dry the fibers to 10 percent moisture for compaction. Bale in heat-sealed plastic bags.

**(h) Bonded fiber matrix hydromulch.** Furnish a mixture of long-wood fibers and bonding agent which when hydraulically applied and dried produce a matrix conforming to the following:

(1) Does not dissolve or disperse when wetted.
(2) Holds at least 1000 grams of water per 100 grams of dry matrix.
(3) Has no germination or growth inhibiting factors.
(4) Forms no water insensitive crust.
(5) Contains material that is 100 percent biodegradable.

**713.06 Plant Material.** Conform to the *American Standard for Nursery Stock.*

**(a) Quality of plant material.** Furnish plants that are excellent representatives of their normal species or varieties. Furnish nursery grown stock that has been transplanted or root-trimmed two or more times according to the kind and size of plant. Furnish plants with a normally developed branch system. Do not furnish plants with disfiguring knots, sun-scald, injuries, abrasions of the bark, dead or dry wood, broken terminal growth, or other objectionable disfigurements.

000770



Furnish trees with reasonably straight stems and well branched and symmetrical branches according to their natural habits of growth.

**(b) Plant names.** For scientific and common plant names, conform to *Standardized Plant Names* as adopted by the American Joint Committee on Horticultural Nomenclature. Legibly tag and identify all plants by name and size.

**(c) Grading standards.** Conform to *American Standard for Nursery Stock* as approved by ANSI.

**(d) Nursery inspection and plant quarantine.** Furnish plants that are essentially free from plant diseases and insect pests.

Comply with all nursery inspection and plant quarantine regulations of the states of origin and destination including Federal regulations governing interstate movement of nursery stock. Provide a valid copy of the certificate of inspection with each package, box, bale, or carload shipped or otherwise delivered.

**(e) Balled and burlapped (B&B) plants.** Furnish plants from the original and undisturbed soil in which the plants were grown. Dig B&B plants to retain as many fibrous roots as possible. Wrap, transport, and handle the plants so the soil ball and small and fibrous roots remain intact.

## 713.07 Erosion Control Mats, Roving, and Geocell.

**(a) Erosion control mats.** Erosion control mats are designated as follows:

**(1) Type 1 - Erosion control mats.**

*(a) Straw mats.* Furnish a mat of clean agricultural straw conforming to Subsection 713.05(a) that is attached to a photodegradable polypropylene netting by sewing with cotton thread. Conform to Table 713-2.





**Table 713-2**
**Straw Erosion Control Mat**

| Material | Specification |
|---|---|
| Straw(1) | 240 g/m² min. |
| Netting | Photodegradable netting on one side 5-20 mm square mesh(2) with a 1.5 kg/100 m² mass |

(1) Moisture content shall not exceed 20 percent.
(2) Dimensions are approximate and may vary to meet manufacturer's standards.

*(b) Burlap fabric.* Furnish burlap fabric with a standard weave and a mass of 145±20 grams per square meter.

*(c) Jute mesh.* Furnish jute mesh with a uniform open plain weave fabricated from jute yarn that does not vary in thickness by more than half its normal diameter. Conform to the following:

| | |
|---|---|
| *(1)* Mesh size | 25 by 25 mm max. |
| *(2)* Mesh mass, ASTM D 1776 | 0.5 kg/m² ±5% |

*(d) Woven paper or sisal mesh netting.* Furnish mesh netting of woven paper or woven sisal twisted yarn conforming to the following:

| | |
|---|---|
| *(1)* Mesh openings | 3 to 6 mm |
| *(2)* Shrinkage after wetting | 20% max. |

**(2) Type 2 - Erosion control mats.**

*(a) Straw and coconut mats.* Furnish a mat consisting of straw and undyed untreated biodegradable jute, coconut coir, and synthetic polypropylene fibers or other approved yarn woven into a plain weave mesh. Conform to Table 713-3.

000771



**Table 713-3**
**Straw and Coconut Mat**

| Material | Specification |
|---|---|
| Straw[1] 70% | 240 g/m² min. |
| Coconut 30% | 240 g/m² min. |
| Netting | Photodegradable netting on both sides 16-25-mm square mesh[2] with a 1.5 kg/100 m² mass. |

(1) Moisture content shall not exceed 20 percent.
(2) Dimensions are approximate and may vary to meet manufacturer's standards.

*(b) Excelsior blanket.* Furnish a blanket of uniform thickness consisting of curled wood excelsior secured on the top side to a biodegradable, photodegradable extruded plastic mesh. Make the blanket smolder resistant without the use of chemical additives. Conform to the following:

| | |
|---|---|
| *(1)* Excelsior fibers ≥ 200-mm length | 80% min. |
| *(2)* Mesh size | 25 mm by 50 mm |
| *(3)* Blanket mass/area | $0.53 \pm 0.05$ kg/m² |

*(c) Mulch blanket.* Furnish a 3 to 13-millimeter thick blanket consisting of organic, biodegradable mulch such as straw, curled wood cellulose, coconut coir, or other material evenly distributed on one side of a photodegradable, polypropylene mesh having a minimum mass of 0.27 kilograms per square meter.

**(3) Type 3 - Coconut mat.** Furnish a mat consisting of undyed untreated biodegradable jute, coconut coir, and synthetic polypropylene fibers or other approved yarn woven into a plain weave mesh with approximately 16 to 25 - millimeter square openings. Conform to Table 713-4.





**Table 713-4**
**Coconut Mat**

| Material | Specification |
|---|---|
| Coconut [1] 100% | 240 g/m² min. |
| Netting | Photodegradable netting on one side 16 to 25 mm square mesh [2] with a 1.5 kg/100 m² mass |

(1) Moisture content shall not exceed 20 percent.
(2) Dimensions are approximate and may vary to meet manufacturer's standards.

**(4) Type 4 - Synthetic erosion control mats and meshes.**

*(a) Synthetic mat.* Furnish a machine produced flexible mat consisting of polyolefin monofilament fibers positioned between 2 biaxially oriented nets. Mechanically bind the nets together by parallel stitching with polyolefin thread to form a 3-dimensional web-like weave, highly resistant to environmental and chemical deterioration. Conform to Table 713-5.

**Table 713-5**
**Synthetic Erosion Control Mat**

| Property | Specifications | Test Method |
|---|---|---|
| Color | Green | Visual |
| Thickness | 6 mm min. | ASTM D 1777 |
| Strength [1] | 1590 x 525 N/m min. | ASTM D 5035 |
| Elongation [1] | 50% max. | ASTM D 5035 |
| Porosity [2] | 85% min. | Calculated |
| Resiliency [3] | 80% | ASTM D 1777 |
| Ultraviolet stability [4] | 80% | ASTM D 4355 |

(1) Values for both machine and cross-machine directions under dry or saturated conditions. Machine direction specimen for 50-millimeter strip test includes one machine direction polyolefin stitch line centered within its width and extending the full length of the specimen.
(2) Calculation based upon mass, thickness, and specific gravity.
(3) The percentage of original thickness retained after 3 cycles of a 690-kilopascal load for 60 seconds followed by 60 seconds without load. Thickness measured 30 minutes after load removed.
(4) Tensile strength retained after 1000 hours in an Xenon ARC weatherometer.

000772

*(b) Synthetic polypropylene mesh.* Furnish a flexible woven geotextile mesh fabricated from polypropylene fibers that were spun in one direction. Conform to Table 713-6.

**Table 713-6**
**Synthetic Polypropylene Mesh**

| Property | Specifications | Test Methods |
|---|---|---|
| Color | Beige | Visual |
| Mass | 59 g/m² min. | ASTM D 5261 |
| Tensile strength | 6700 x 3700 N/m | ASTM D 5035 |
| Elongation at break | 40% max. | ASTM D 5035 |
| Mullen burst strength | 515 kPa min. | ASTM D 3786 |

*(c) Synthetic mulch control netting.* Furnish a uniformly extruded, rectangular, plastic mesh netting with 50 by 50-millimeter nominal mesh openings and weighing at least 8 grams per square meter.

*(d) Organic mulch control netting.* Furnish a leno weave mesh netting fabricated from 12.7-kilogram biodegradable cellulose fiber yarn having 5 twists per 25 millimeters. Make the size of the mesh grid 13 to 25 millimeters square. Finish the selvedge to prevent raveling or fraying.

**(5) Type 5 - Turf reinforcement mats.** Furnish a web of mechanically or melt bonded polymer netting, monofilaments, or fibers that are entangled to form a strong and dimensionally stable mat. Bonding methods include polymer welding, thermal or polymer fusion, or the placement of fibers between 2 high-strength, biaxially oriented nets mechanically bound together by parallel stitching with polyolefin thread. Make the mat resistant to biological, chemical, and ultraviolet degradation. Conform to Table 713-7.





**Table 713-7**
**Synthetic Polypropylene Erosion Control Mat**

| Property | Specification | Test Method |
|---|---|---|
| Color | Black | Visual |
| Thickness | 13 mm min. | ASTM D 1777 |
| Tensile strength[(1)] | 1370 x 790 N/m 50% max. | ASTM D 5035 |
| Elongation[(1)] | 90% max. | ASTM D 5035 |
| Porosity [(2)] | 80% min. | Calculated |
| Resiliency [(3)] | 80% min. | ASTM D 1777 |
| Ultraviolet stability [(4)] | | ASTM D 4355 |

(1) Values for both machine and cross-machine directions under dry or saturated conditions using 50-millimeter strip method.
(2) Calculation based upon mass, thickness, and specific gravity.
(3) The percent of original thickness retained after 3 cycles of a 690 kilopascal load for 60 seconds followed by 60 seconds without load. Thickness measured 30 minutes after load removed.
(4) Tensile strength retained after 1000 hours in a Xenon ARC weatherometer.

**(b) Roving.**

**(1) Fiber glass roving.** Form fiber glass roving from continuous fibers drawn from molten glass, coated with a chrome-complex sizing compound, collected into strands and lightly bound together into roving without the use of clay, starch, or like deleterious substances. Wind the roving into a cylindrical package approximately 300 millimeters high so the roving can be continuously fed from the center of the package through an ejector driven by compressed air and expanded into a mat of glass fibers on the soil surface. Do not use roving containing petroleum solvents or other agents known to be toxic to plant or animal life. Conform to the following:

| | |
|---|---|
| *(a)* Strands/rove, end count | 56 to 64 |
| *(b)* Fibers/strand, end count | 184 to 234 |
| *(c)* Fiber diameter (trade designation G), ASTM D 578 | 0.009 to 0.013 mm |
| *(d)* m/kg of rove, ASTM D 578 | 340 to 600 m/kg |
| *(e)* km/kg of strand, ASTM D 578 | 26.2 to 2.82 |
| *(f)* Organic content, ASTM D 578 | 1.65% max. |

000773



**(2) Polypropylene roving.** Form polypropylene roving from continuous strands of fibrillated polypropylene yarn. Wind the roving into a cylindrical package so the roving can be continuously fed from the outside of the package through an ejector driven by compressed air and expanded into a mat of polypropylene strands. The material shall contain no agents that are toxic to plant or animal life. Conform to the following:

| | |
|---|---|
| *(a)* Tensile strength, ASTM D 2256 | 15.6 N |
| *(b)* Elongation at break, ASTM D 2256 | 15.5% |
| *(c)* Mass of strand, ASTM D 1907 | 360 denier |
| *(d)* Strands per rove, measured | 24 |
| *(e)* UV stability, ASTM D 4355 | 50% retained after 200 hours |

**(c) Geocell (cellular confinement system).** Furnish a flexible honeycomb 3-dimensional structure fabricated from polyethylene that has been properly stabilized with carbon black and/or hindered aminc light stabilizers.

## 713.08 Miscellaneous Planting Material.

**(a) Stakes for bracing and anchoring.** Conform to the American Lumber Standards. Fabricate stakes for bracing and anchoring trees from rough cypress, cedar, locust, or other approved wood essentially free from knots, rot, crossgrain, or other defects that would impair the strength of the stake. Furnish stakes with a minimum 50 by 50-millimeter square cross-section and adequate length.

Furnish anchor stakes of the same size and quality as bracing stakes. The diameter and length of the deadman is specified in the contract.

**(b) Hose.** Furnish 25-millimeter diameter garden or steam hose (rubber and fabric) to be used with wire for bracing and anchoring trees.

**(c) Wire.** Furnish 3.8-millimeter diameter soft annealed galvanized steel wire for bracing and anchoring trees.

**(d) Wrapping material.** Furnish 100-millimeter wide rolls of waterproof paper (triple lamination 30-30-30) or 150-millimeter wide rolls of burlap for wrapping trees.





**(e) Twine.** Furnish 2-ply twine for trees 75 millimeters and less in diameter and 3-ply twine for trees over 75 millimeters in diameter for tying wrapping material to the trees.

**(f) Antidesiccant.** If approved, furnish a commercially available antidesiccant emulsion to provide a film over plant surfaces that is permeable enough to permit transpiration.

**(g) Tree wound dressing.** Furnish a commercially available product with asphalt base and fungicide. Furnish material that is antiseptic, waterproof, adhesive, and elastic. Do not use material that is harmful to living tree tissue such as kerosene, coal tar, or creosote.

**713.09 Sprigs.** Furnish healthy living stems (stolons or rhizomes) and attached roots of the perennial turf-forming grasses specified in the contract. Obtain sprigs from approved heavy and thickly matted sources in the locality of the work. Remove all johnson grass or other objectionable grasses, weeds, or other detrimental material.

**713.10 Sod.** Furnish living vigorous sod of the type of grass and thickness specified in the contract. Furnish sod with a dense root system that is reasonably free from noxious weeds and grasses. Before taking up the sod, cut the top growth to less than 75-millimeter height.

**713.11 Pegs for Sod.** Furnish square or round pegs of sound wood and conform to the following:

| | |
|---|---|
| (a) Length | 200 mm min. |
| (b) Approximate cross-sectional area | 600 $mm^2$ |

**713.12 Stabilizing Emulsion Tackifiers.** Furnish a commercially available product containing no solvents or other diluting agents toxic to plant life. Conform to one of the following:

**(a)** Emulsified asphalt grades SS-1, SS-1h, CSS-1, or CSS-1h.
**(b)** Nonasphalt emulsions having a water soluble natural vegetable gum, blended with gelling and hardening agents or a water soluble blend of hydrophilic polymers, viscosifiers, sticking agents, and gums.
**(c)** Polyvinyl acetate using emulsion resins and containing $60 \pm 1$ percent total solids by mass.

000774



**713.13 Bales.**

**(a) Straw bales.** Furnish bales tied with either commercial quality baling wire or string. Conform to the following:

| | |
|---|---|
| (1) Straw | Subsection 713.05(a) |
| (2) Approximate length | 1 meter |
| (3) Shape | rectangular |
| (4) Approximate mass | 30 kilograms |

**(b) Wood excelsior bales.** Furnish bales of curled wood excelsior. Tie the bales with either a commercial bailing wire, plastic, or string. Conform to the following:

| | |
|---|---|
| (1) Approximate dimensions | 400 by 450 by 900 mm |
| (2) Approximate mass | 33 kilograms |

**713.14 Sandbags.** Use clean, silt free material for sand filler. Conform to the following:

| | |
|---|---|
| (a) Bag material | canvas or burlap |
| (b) Volume per bag | 0.01 cubic meter min. |

**713.15 Erosion Control Culvert Pipe.** Furnish culvert pipe fabricated from corrugated metal, plastic, or concrete for use in diverting live streams through work areas. Provide for AASHTO loading M18 on temporary culvert pipe placed beneath the traveled way.

**713.16 Silt Fence.** Furnish a combination of the following material constructed as specified. If approved, variations may be furnished to accommodate premanufactured fences.

**(a) Posts.** Furnish 75-millimeter diameter wood or 1.86-kilogram per meter steel fence posts.

**(b) Supports.** Furnish 2.03-millimeter steel wire with a mesh spacing of 150 by 150 millimeters or a prefabricated polymeric mesh of equivalent strength.





**(c) Geotextile.** Conform to Subsection 714.01 and Table 714-5 as applicable.

**(d) Height.** Minimum height above the ground is 760 millimeters. Minimum embedment depth is 150 millimeters.

000775

# Section 714.— GEOTEXTILE AND GEOCOMPOSITE DRAIN MATERIAL

**714.01 Geotextile.** Use long-chain, synthetic polymers, composed at least 95 percent by mass of polyolefins or polyesters, to manufacture geotextile or the threads used to sew geotextile. Form the geotextile, including selvedges, into a stable network such that the filaments or yarns retain their dimensional stability relative to each other.

**(a) Physical requirements.** Conform to the following tables for the type of geotextile specified:

| | | |
|---|---|---|
| **(1) Type I (A - F)** | Subsurface drainage | Table 714-1 |
| **(2) Type II (A - C)** | Separation | Table 714-2 |
| **(3) Type III (A - B)** | Stabilization geotextile | Table 714-3 |
| **(4) Type IV (A - F)** | Permanent erosion control | Table 714-4 |
| **(5) Type V (A - C)** | Temporary silt fence | Table 714-5 |
| **(6) Type VI** | Paving fabric | Table 714-6 |

All property values, with the exception of apparent opening size (AOS), in these specifications represent minimum average roll values in the weakest principal direction (i.e., average test results of any roll in a lot sampled for conformance or quality assurance testing shall meet or exceed the specified values). Values for AOS represent maximum average roll values.

Elevate and protect rolls with a waterproof cover if stored outdoors. When using a geotextile for a permanent installation, limit the geotextile exposure to ultraviolet radiation to less than 10 days.

**(b) Evaluation procedures.** Geotextile will be evaluated under Subsection 106.03. Furnish a commercial certification including the name of the manufacturer, product name, style number, chemical composition of the filaments or yarns, and other pertinent information to fully describe the geotextile.

When samples are required, remove a 1-meter long, full-width sample from beyond the first outer wrap of the roll. Label the sample with the lot and batch number, date of sampling, project number, item number, manufacturer, and product name.





In addition, when geotextile joints are sewn, submit the seam assembly description and a sample of the sewn material. This description shall include the seam type, seam allowance, stitch type, sewing thread tex ticket number(s) and type(s), stitch density, and stitch gauge. If the production seams are sewn in both the machine and cross-machine directions, provide sample sewn seams that are oriented in both the machine and cross-machine directions. Furnish a sewn sample that has at least 2 meters of sewn seam and is at least 1.5 meters wide. Sew the sample seams with the same equipment and procedures that are used to sew the production seams. For seams sewn on-site, conform to the manufacturer's recommendations. Obtain approval of the seam before installation.