## Table 714-1
## Physical Requirements For Subsurface Drainage Geotextile

| Property | Test Method ASTM | Units | Specifications (1) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Type I-A | Type I-B | Type I-C | Type I-D | Type I-E | Type I-F |
| Grab Strength | D 4632 | N | 1100/700 | 1100/700 | 1100/700 | 800/500 | 800/500 | 800/500 |
| Sewn Seam Strength | D 4632 | N | 990/630 | 990/630 | 990/630 | 720/450 | 720/450 | 720/450 |
| Tear Strength | D 4533 | N | 400(3)/250 | 400(3)/250 | 400(3)/250 | 300/175 | 300/175 | 300/175 |
| Puncture Strength | D 4833 | N | 400/250 | 400/250 | 400/250 | 300/175 | 300/175 | 300/175 |
| Burst Strength | D 3786 | kPa | 2750/1350 | 2750/1350 | 2750/1350 | 2100/950 | 2100/950 | 2100/950 |
| Permittivity | D 4491 | $s^{-1}$ | 0.5 | 0.2 | 0.1 | 0.5 | 0.2 | 0.1 |
| Apparent Opening Size | D 4751 | mm | 0.45 (2) | 0.25 (2) | 0.22 (2) | 0.45 (2) | 0.25 (2) | 0.22 (2) |
| Ultraviolet Stability | D 4355 | % | 50% after 500 hours of exposure | | | | | |

(1) The first values in a column apply to geotextiles that break at <50 percent elongation (ASTM D 4632). The second values in a column apply to geotextiles that break at ≥50 elongation (ASTM D 4632).
(2) Maximum average roll value.
(3) The minimum average roll tear strength for woven monofilament geotextile is 245 N.





## Table 714-2
## Physical Requirements For Separation Geotextile

| Property | Test Method ASTM | Units | Specifications (1) | | |
|---|---|---|---|---|---|
| | | | Type II-A | Type II-B | Type II-C |
| Grab Strength | D 4632 | N | 1400/900 | 1100/700 | 800/500 |
| Sewn Seam Strength | D 4632 | N | 1260/810 | 990/630 | 720/450 |
| Tear Strength | D 4533 | N | 500/350 | 400(3)/250 | 300/180 |
| Puncture Strength | D 4833 | N | 500/350 | 400/250 | 300/180 |
| Burst Strength | D 3786 | kPa | 3500/1700 | 2700/1300 | 2100/950 |
| Permittivity | D 4491 | $s^{-1}$ | 0.02 | 0.02 | 0.02 |
| Apparent Opening Size | D 4751 | mm | 0.60 (2) | 0.60 (2) | 0.60 (2) |
| Ultraviolet Stability | D 4355 | % | 50% after 500 hours of exposure | | |

(1) The first values in a column apply to geotextiles that break at <50 percent elongation (ASTM D 4632). The second values in a column apply to geotextiles that break at ≥50 percent elongation (ASTM D 4632).
(2) Maximum average roll value.
(3) The minimum average tear strength for woven monofilament geotextile is 245 N.

## Table 714-3
## Physical Requirements For Stabilization Geotextile

| Property | Test Method ASTM | Units | Specifications (1) | |
|---|---|---|---|---|
| | | | Type III-A | Type III-B |
| Grab Strength | D 4632 | N | 1400/900 | 1100/700 |
| Sewn Seam Strength | D 4632 | N | 1260/810 | 990/630 |
| Tear Strength | D 4533 | N | 500/350 | 400(3)/250 |
| Puncture Strength | D 4833 | N | 500/350 | 400/250 |
| Burst Strength | D 3786 | kPa | 3500/1700 | 2700/1300 |
| Permittivity | D 4491 | $s^{-1}$ | 0.05 | 0.05 |
| Apparent Opening Size | D 4751 | mm | 0.43 (2) | 0.43 (2) |
| Ultraviolet Stability | D 4355 | % | 50% after 500 hours of exposure | |

(1) The first values in a column apply to geotextiles that break at <50 percent elongation (ASTM D 4632). The second values in a column apply to geotextiles that break at ≥50 percent elongation (ASTM D 4632).
(2) Maximum average roll value.
(3) The minimum average tear strength for woven monofilament geotextile is 245 N.

**Table 714-4**
**Physical Requirements For Permanent Erosion Control Geotextile**

| Property | Test Method ASTM | Units | Specifications[1] | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Type IV-A | Type IV-B | Type IV-C | Type IV-D | Type IV-E | Type IV-F |
| Grab Strength | D 4632 | N | 1400/900 | 1400/900 | 1400/900 | 1100/700 | 1100/700 | 1100/700 |
| Sewn Seam Strength | D 4632 | N | 1260/810 | 1260/810 | 1260/810 | 990/630 | 990/630 | 990/630 |
| Tear Strength | D 4533 | N | 500/350 | 500/350 | 500/350 | 400[3]/250 | 400[3]/250 | 400[3]/250 |
| Puncture Strength | D 4833 | N | 500/350 | 500/350 | 500/350 | 400/250 | 400/250 | 400/250 |
| Burst Strength | D 3786 | kPa | 3500/1750 | 3500/1750 | 3500/1750 | 2750/1350 | 2750/1350 | 2750/1350 |
| Permittivity | D 4491 | $s^{-1}$ | 0.7 | 0.2 | 0.1 | 0.7 | 0.2 | 0.1 |
| Apparent Open Size | D 4751 | mm | 0.43 [2] | 0.25 [2] | 0.22 [2] | 0.43 [2] | 0.25 [2] | 0.22 [2] |
| Ultraviolet Stability | D 4355 | % | 50% after 500 hours of exposure | | | | | |

(1) The first values in a column apply to geotextiles that break at <50 percent elongation (ASTM D 4632). The second values in a column apply to geotextiles that break at ≥50 elongation (ASTM D 4632).
(2) Maximum average roll value.
(3) The minimum average roll tear strength for woven monofilament geotextile is 245 N.





**Table 714-5**
**Physical Requirements For Temporary Silt Fence**

| Property | Test Method ASTM | Units | ✓ Specifications | | |
|---|---|---|---|---|---|
| | | | Type V-A | Type V-B [2] | Type V-C [3] |
| Grab Strength<br>Machine Direction<br>Cross Direction | D 4632 | N | <br>400<br>400 | <br>550<br>450 | <br>550<br>450 |
| Permittivity | D 4491 | $s^{-1}$ | 0.05 | 0.05 | 0.05 |
| Apparent Opening Size | D 4751 | mm | 0.60 [1] | 0.60 [1] | 0.60 [1] |
| Ultraviolet Stability | D 4355 | % | 70% after 500 hours of exposure | | |
| Maximum Post Spacing | | | 1.2 m | 1.2 m | 2 m |

(1) Maximum average roll value.
(2) Elongation at break ≥50 percent elongation (ASTM D 4632).
(3) Elongation at break <50 percent elongation (ASTM D 4632).

**Table 714-6**
**Physical Requirements For Paving Fabric**

| Property | Test Method | Units | Specifications |
|---|---|---|---|
| | | | Type VI |
| Grab Strength | ASTM D 4632 | N | 500 |
| Ultimate Elongation | ASTM D 4632 | N | 50% at break |
| Asphalt Retention | Texas DOT item 3099 | L/m² | 0.90 |
| Melting Point | ASTM D 276 | °C | 150 |

**714.02 Geocomposite Drains.** Furnish a drainage core with a subsurface drainage geotextile attached to or encapsulating the core. Include all necessary fittings and material to splice one sheet, panel, or roll to the next and to connect the geocomposite drain to the collector and outlet piping.

For the drainage core, use long chain synthetic polymers composed at least 85 percent by mass of polypropylene, polyester, polyamide, polyvinyl chloride, polyolefin, or polystyrene. Fabricate the core in sheets, panels, or rolls of adequate strength to resist installation stresses and long-term loading conditions. Build the core up in thickness by means of columns, cones, nubs, cusps, meshes, stiff filaments, or other configurations.



000777

000778



Furnish geocomposite drains with a minimum compressive strength of 275 kilopascals when tested according to ASTM D 1621 procedure A. Furnish splices, fittings, and connections with sufficient strength to maintain the integrity of the system during construction handling and permanent loading without impeding flow or damaging the core.

Elevate and protect sheets, panels, or rolls with a waterproof and ultraviolet resistant cover if stored outdoors.

When using a geocomposite drain for a permanent installation, limit the geocomposite exposure to ultraviolet radiation to less than 10 days.

Geocomposites will be evaluated under Subsection 106.03. When samples are required, provide a 1-meter square sample from products supplied as sheets or panels or a 1-meter length full-roll width sample from products supplied in rolls. Label the sample with the lot and batch number, date of sampling, project number, item number, manufacturer, and product name.

**(a) Geocomposite underdrains.** The horizontal and vertical flow of water within the core shall interconnect at all times for the full height of the core. The drainage core with the geotextile fully encapsulating the core shall provide a minimum flow rate of 1 liter per second per meter of width when tested according to ASTM D 4716 under the following test conditions:

(1) 300-millimeter long specimen
(2) Applied load of 69 kilopascals
(3) Gradient of 0.1
(4) 100-hour seating period
(5) Closed-cell foam rubber between platens and geocomposite

Firmly attach the geotextile to the core so folding, wrinkling, or other movement cannot occur either during handling or after placement. Achieve bonding using nonwater-soluble adhesive, heat sealing, or other methods recommended by the manufacturer. Do not use adhesive on areas of the geotextile fabric where flow is intended to occur.

If heat sealing is used, do not weaken the geotextile below the required strength values. Extend the geotextile below the bottom of the core a length sufficient to completely encapsulate the collector pipe.





**(b) Geocomposite sheet drains.** The horizontal and vertical flow of water within the sheet drain shall interconnect at all times for the full height of the core. The drainage core with the geotextile laminated to one side of the core shall provide a minimum flow rate of 1 liter per second per meter of width when tested according to ASTM D 4716 under test conditions (1) through (5) in (a) above, except the gradient shall be 1.0.

If core construction separates the flow channel into two or more sections, only the flow rate on the in-flow face is considered in determining the core's acceptability.

Firmly attach the geotextile to the core so folding, wrinkling, or other movement cannot occur either during handling or after placement. Achieve bonding using nonwater-soluble adhesive, heat sealing, or other method recommended by the manufacturer. Do not use adhesive on areas of the geotextile fabric where flow is intended to occur.

If heat sealing is used, do not weaken the geotextile below the required strength values. Extend the geotextile below the bottom of the core length sufficient to completely encapsulate the collector pipe.

**(c) Geocomposite pavement edge drains.** The geotextile shall tightly encapsulate the geocomposite edge drain. The edge drains shall permit in-flow from both sides. The drain core with the geotextile in place shall provide a minimum flow rate of 3 liters per second per meter of width when tested according to ASTM D 4716 under test conditions (1) through (5) in (a) above.

If the geocomposite polymer core separates the flow channel into two or more parts, consider only the tested flow rate of the channel facing the pavement.

All pipe and pipe fittings used for an outlet to the edge drain shall be non-perforated plastic pipe conforming to Subsection 706.08.

The solvent cement for the outlet pipe and fittings shall be according to ASTM D 2564. The material composition of the outlet fittings shall be compatible for direct solvent welding to PVC.

000779



**715.01 Untreated Timber Piles.** Conform to ASTM D 25. Fabricate the piles from the following species for the sizes and dimensions specified in the contract:

(a) Douglas fir
(b) Larch
(c) Norway pine
(d) Red oak
(e) Southern yellow pine

Install steel straps along the length of the pile at not more than 3-meter centers. In addition, place a strap at 75, 150, and 300 millimeters from the tip and 2 additional straps within 600 millimeters of the butt. Use 32-millimeter wide by 0.8-millimeter thick steel strapping material fabricated from cold-rolled, heat-treated, high-tensile steel having a minimum tensile strength of 22 kilonewtons.

Hold straps in place with clips that are secured by crimping twice in the clip length with a notch type sealer. Fabricate the clips from 57-millimeter by 0.9-millimeter thick steel. The clip joint shall develop at least 75 percent of the strap tensile strength. Straps shall encircle the pile once and be tightened by hand operated or power assisted tensioning tools.

**715.02 Treated Timber Piles.** Conform to Subsection 715.01, except furnish only Douglas fir or southern yellow pine piles for use in saltwater. Treat the piles with preservative according to AASHTO M 133 for the types and quantities of preservatives specified in the contract.

Use the pressure method procedure prescribed in AWPA Standard C1. Apply the treatment to the piles after all millwork is completed.

Imprint legible symbols or legend on the end of all piles identifying the name of the treating company and type and year of treatment according to AWPA Standards M1 and M6.

**715.03 Concrete Piles.** Fabricate piles from class A (AE) concrete conforming to Section 552. For billet steel and rail steel reinforcement bars, conform to Subsection 709.01. For prestressing reinforcement steel, conform to Subsection 709.03.





Construct precast concrete piles according to Section 552. Construct prestressed concrete piles according to Section 553. When lifting anchors are used, maintain at least a 25-millimeter clearance from the pile reinforcing steel or prestressing steel.

Use metal, plywood, or dressed lumber forms that are watertight, rigid, and true to line. Use a 25-millimeter chamfer strip in all corners of the forms.

Cast piles separately or, if alternate piles are cast in a tier, cast the intermediate piles at least 4 days after the adjacent piles are poured. Separate piles cast in tiers with tar paper or other suitable separating material. Place concrete in each tier in a continuous operation that prevents the formation of stone pockets, honeycombs, or other defects. Leave forms in place for at least 24 hours.

Make piles straight so when a line is stretched from butt to tip on any face, the line is no more than 25 millimeters from the face of the pile at any point. Make the pile surface true, smooth, even, and free from honeycombs and voids.

Remove lifting anchors to a depth of at least 25 millimeters below the concrete surface and fill the resulting hole with concrete. Finish the surface of each pile with a class 1 ordinary surface finish according to Subsection 552.16. Cure the piles according to Sections 552 and 553 as applicable.

If concrete test cylinders are made and tested according to Section 552, do not move piles until the tests indicate a compressive strength of at least 80 percent of the design 28-day compressive strength. Do not transport or drive piles until tests indicate the minimum design 28-day compressive strength is attained.

If concrete test cylinders are not made, do not move piles until they have cured for at least 14 days at a minimum temperature of 15 °C or 21 days at a minimum temperature of 4 °C. Do not transport or drive piles until cured for at least 21 days at a minimum of 15 °C or 28 days at a minimum of 4 °C. When high-early-strength cement is used, do not move, transport, or drive piles until cured for at least 7 days.

000780



**715.04 Steel Shells.** Furnish either cylindrical or tapered pile shells of spiral welded, straight-seam welded, or seamless tube steel material. Use only one type of pile shell throughout a structure. Conform to the following minimum shell wall thicknesses:

| | |
|---|---|
| • Outside cylinder diameter < 350 mm | 6 mm |
| • Outside cylinder diameter ≥ 350 mm | 10 mm |
| • Tapered or fluted | 4.5 mm |

**(a) Shells driven without a mandrel.** For tapered or step tapered cast-in-place concrete piles, furnish shells having a minimum 300-millimeter diameter at cutoff and a minimum 200-millimeter diameter tip. For constant diameter cast-in-place concrete piles, furnish shells having a minimum nominal diameter of 270 millimeters.

Fabricate shells from not less than 4.5-millimeter plate stock conforming to AASHTO M 183M. Shells may be either spirally welded or longitudinally welded and may be either tapered or constant in section. Seal the tips as noted on the drawings.

**(b) Shells driven with a mandrel.** Furnish shells of sufficient strength and thickness to withstand driving without injury and to resist harmful distortion and/or buckling due to soil pressure after being driven and the mandrel removed. Butt and tip dimensions are specified in the contract.

**715.05 Steel Pipes.** Conform to the following:

| | |
|---|---|
| (a) Steel pipe to be filled with concrete | ASTM A 252 grade 2 |
| (b) Closure plates for closed end piles | AASHTO M 183M |
| (c) Reinforced conical points for pipe closure at the tip | AASHTO M 103M |
| (d) Unfilled tubular steel piles for welded and seamless steel pipe piles with chemical properties conforming to ASTM A 53 grade B | ASTM A 252 grade 2 |

**715.06 Steel H-Piles.** Furnish steel H-piles from rolled steel sections of the mass and shape specified in the contract. Fabricate the H-piles from structural steel conforming to AASHTO M 183M, except do not use steel manufactured by the acid-bessemer process.





For copper-bearing structural steel, furnish steel with 0.20 to 0.35 percent copper.

**715.07 Sheet Piles.** For steel sheet piles, conform to AASHTO M 202M or M 223M. For all other sheet piles, conform to the requirements prescribed above for the particular material specified. Make the joints practically watertight when the piles are in place.

**715.08 Pile Shoes.** For timber piles, prefabricate shoes from cast steel conforming to ASTM A 27M.

**715.09 Splices.** For H or pipe piles, manufacture splices from structural steel conforming to AASHTO M 183M.

000781

# Section 716.— MATERIAL FOR TIMBER STRUCTURES

**716.01 Untreated Structural Timber and Lumber.** Conform to AASHTO M 168 and the applicable standards of the West Coast Lumber Inspection Bureau, Southern Pine Inspection Bureau, or other nationally recognized timber associations. Mark all pieces with the inspection service, grade designation, species, and inspector identity.

Do not use boxed-heart pieces of Douglas fir or redwood in outside stringers, floor beams, caps, posts, sills, or rail posts. Boxed-heart pieces are defined as timber so sawed that at any point in the length of a sawed piece the pith lies entirely inside the four faces.

**716.02 Hardware.** Machine bolts, drift bolts and dowels may be medium steel. Fabricate washers from gray iron or malleable iron castings unless structural washers are specified.

Use square headed bolts and nuts. Use a standard commercial type of cut or round nail. Use cut, round or boat spikes, as specified.

Galvanize all hardware according to AASHTO M 232 or cadmium plate all hardware according to ASTM B 766 class 12, type III.

Use ring or shear plate timber connectors conforming to AASHTO *Standard Specifications for Highway Bridges* Division II, article 16.2.6, Timber Connectors.

**716.03 Treated Structural Timber and Lumber.** Conform to Subsection 716.01. Make all dimensional cuts and incisions in the wood before pressure treatment. Treat the wood according to AASHTO M 133. When wood is to be painted, use water borne ammoniacal copper arsenate or chromated copper arsenate preservative.

Mark all treated wood with an ALSC (American Lumber Standards Committee) quality mark certifying conformance with appropriate AWPA standards.



# Section 717.— STRUCTURAL METAL

**717.01 Structural Steel.**

**(a) Structural carbon steel.** Conform to the following:

| | |
|---|---|
| (1) Primary bridge members | AASHTO M 270M grade 250T |
| (2) Fracture critical bridge members | AASHTO M 270M grade 250F |
| (3) Other shapes, plates, and bars | AASHTO M 270M grade 250 |

**(b) High-strength low-alloy structural (HSLA) steel.** Conform to the following:

| | |
|---|---|
| (1) Primary bridge members and welded members | AASHTO M 270M grade 345T or 345WT |
| (2) Fracture critical bridge members and fracture critical welded members | AASHTO M 270M grade 345F or 345WF |
| (3) Other shapes, plates, and bars | AASHTO M 270M grade 345 or 345W |

**(c) High-strength quenched and tempered (QT) steel.** Conform to the following:

| | |
|---|---|
| (1) Primary bridge members | AASHTO M 270M grade 485WT, 690T, or 690WT |
| (2) Fracture critical bridge members | AASHTO M 270M grade 485WF, 690F, or 690WF |
| (3) Other shapes, plates, and bars | AASHTO M 270M grade 485W, 690, or 690W |

**(d) Bolts and nuts.** Conform to ASTM A 307.

**(e) High-strength bolts, nuts, and washers.** Conform to either AASHTO M 164M or AASHTO M 253M as specified.

**717.02 Steel Forgings.** Conform to AASHTO M 102 classes C, D, F, and G.

**717.03 Pins and Rollers.** Furnish pins and rollers more than 225 millimeters in diameter from annealed carbon-steel forgings conforming to AASHTO M 102 class C.

Furnish pins and rollers 225 millimeters or less in diameter from either annealed carbon-steel forgings conforming to AASHTO M 102 class C or cold finished carbon-steel shafting conforming to AASHTO M 169 grade 1016 to 1030 inclusive, with a minimum Rockwell Scale B hardness of 85. The hardness requirement may be waived if the steel develops a tensile strength of 480 megapascals and a yield point of 250 megapascals.

For pin threads, conform to ANSI B1.1 Coarse Thread Series, class 2A. Thread pin ends with a diameter of 35 millimeters or more with 6 threads in 25 millimeters.

**717.04 Castings.**

**(a) Steel castings.** Conform to AASHTO M 192M class 485.

**(b) Chromium alloy steel castings.** Conform to AASHTO M 163M grade CA-15.

**(c) Gray iron castings.** Conform to AASHTO M 105 class 30B, unless otherwise specified. Make the castings free from pouring faults, sponginess, cracks, blow holes, and other defects in positions affecting strength and value for the service intended. Boldly fillet the castings at angles and make the arrises sharp and perfect. Sand blast all castings or otherwise effectively remove the scale and sand to present a smooth, clean, and uniform surface.

**(d) Malleable iron castings.** Conform to ASTM A 47M grade 35018, unless otherwise specified. For workmanship, finishing, and cleaning, conform to (c) above.

**717.05 Welded Stud Shear Connectors.** Conform to AASHTO M 169 and AASHTO *Standard Specifications for Highway Bridges* Division II, article 11.3.3, Welded Stud Shear Connectors.

**717.06 Steel Pipe.** Furnish galvanized steel pipe conforming to ASTM A 3 type F, standard weight class, and plain ends for the designation specified in the contract.

**717.07 Galvanized Coatings.** When specified, galvanize structural steel according to AASHTO M 111.





**717.08 Sheet Lead.** Furnish common desilverized lead conforming to ASTM B 29. Furnish sheets in a uniform 6±1 millimeter thickness free from cracks, seams, slivers, scale, and other defects.

**717.09 Steel Grid Floors.** Conform to AASHTO M 270M grade 250 or 345W. AASHTO M 270M grade 250 steel shall have a minimum copper content of 0.2 percent unless galvanized. Galvanize steel grid floors unless painting is specified.

**717.10 Elastomeric Bearing Pads.** Conform to AASHTO M 251.

**717.11 Tetrafluoroethylene (TFE) Surfaces for Bearings.**

**(a) TFE resin.** Furnish virgin TFE resin material conforming to ASTM D 1457 and the following:

| | |
|---|---|
| (1) Specific gravity | 2.13 to 2.19 |
| (2) Melting point | 328 °C ±1 °C |

**(b) Filler material.** Furnish milled glass fibers, carbon, or other approved inert material.

**(c) Adhesive material.** Furnish epoxy resin adhesive conforming to FSS MMM-A-134, FEP film or an approved equal.

**(d) Unfilled TFE sheet.** Furnish unfilled TFE sheet made from TFE resin. Conform to the following:

| | |
|---|---|
| (1) Tensile strength, ASTM D 1457 | 19 MPa min. |
| (2) Elongation, ASTM D 1457 | 200% min. |

**(e) Filled TFE sheet.** Furnish filled TFE sheet made from TFE resin uniformly blended with filler material. For filled TFE sheets containing glass fibers or carbon, conform to Table 717-1.

**(f) Fabric containing TFE fibers.** Furnish fabric made from oriental multifilament TFE fluorocarbon and other fibers. Use TFE fibers, conform to the following:

| | |
|---|---|
| (1) Tensile strength, ASTM D 2256 | 165 MPa min. |
| (2) Elongation, ASTM D 2256 | 75% min. |

000783



Table 717-1
Filled Tetrafluoroethylene Sheeting

| Property | ASTM Method | 15% Glass Fibers | 25% Carbon |
|---|---|---|---|
| Mechanical: | | | |
| Min. tensile strength | D 1457 | 14 MPa | 9 MPa |
| Min. elongation | D 1457 | 150% | 75% |
| Physical: | | | |
| Min. specific gravity | D 792 | 2.20 | 2.10 |
| Melting point | D 1457 | 327±10 °C | 327±10 °C |

**(g) Interlocked bronze and filled TFE components.** Furnish a phosphor bronze plate conforming to ASTM B 100 with an 0.25 millimeter thick porous bronze surface layer conforming to ASTM B 103M into which is impregnated a TFE compound. Overlay the surface with compounded TFE not less than 25 micrometers thick.

**(h) TFE metal composite.** Furnish virgin TFE molded on each side and completely through a 33-millimeter perforated stainless steel sheet conforming to ASTM A 240 type 304.

**(i) Surface treatment.** For epoxy bonding, factory treat one side of the TFE sheet with a sodium napthalene or sodium ammonia process.

**(j) Stainless steel mating surface.** Conform to ASTM A 240 type 304 and the following:

(1) Thickness 0.91 mm min.
(2) Surface finish 0.5 $\mu$m root mean square max.

Polish or roll stainless steel mating surfaces as necessary to meet the specified friction properties.

**717.12 Structural Aluminum Alloy.** Conform to the *Specifications for Aluminum Structures* published by the Aluminum Association, Inc. For aluminum expansion joint material, furnish aluminum extrusion alloy 6061-T6.





**717.13 Aluminum Alloy for Bridge Rail.** Conform to the applicable specifications of Table 717-3.

**717.14 Aluminum Bolt Heads and Nuts.** Conform to American standard heavy hexagon ANSI B18.2. For threads, conform to American standard coarse series, class 2 fit, ANSI specification B1.1.

**717.15 Aluminum Welding Wire.** Conform to Table 717-2.

Table 717-2
Aluminum Welding Wire

| Alloys Series | Specification | Wire |
|---|---|---|
| 3xxx and 6xxx | AWS 5.10 | ER 4043 |
| 3xxx, 5xxx, and 6xxx | | ER 5356 |
| 5xxx and 6xxx | | ER 5556 or ER 5183 |

**717.16 Elastomeric Compression Joint Seals.** Conform to AASHTO M 220.

## Table 717-3 Aluminum Alloys for Bridge Railing Systems

| RAILING COMPONENT | ASTM and Aluminum Association Alloy Designation | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sheet and Plate | Drawn Formless Tubes | Bars, Rods, and Wire | Extruded Bars, Rods, Shapes, and Tubes | Pipe | Standard Structural Shapes | Rivet Cold and Heading Wires and Rods | Sand Castings | Permanent Mold Castings |
| *ASTM Specification →* | *B 209* | *B 210* | *B 211* | *B 221* | *B 241* | *B 308* | *B 316* | *B 26* | *B 108* |
| Posts and Post Bases,<br>Structural; Wrought<br>Cast | | | | 6061-T6 | 6061-T6<br>6063-T6 | 6061-T6 | | | <br><br>A444.0-T4 |
| Posts, Ornamental<br>Wrought<br>Cast | | | | 6063-T6 | 6063-T6 | | | 356.0-T6<br>356.0-T6 | A356.0-T6<br>A356.0-T6 |
| Rails & Sleeves,<br>Structural; Wrought | | 6061-T6<br>6063-T6 | | 6061-T6<br>6063-T6<br>6351-T5 | 6061-T6<br>6063-T6 | 6061-T6 | | | |
| Bolts & Screws, Misc.[2, 3]<br>Aluminum; Wrought<br>Stainless Steel<br>Galvanized Steel<br>Aluminized Steel | | | 2024-T4[4]<br>6061-T6[5] | | | | | | |
| Nuts,[6] Wrought<br>6 mm and under[3]<br>5 mm and over | | | 2024-T4<br>6061-T6<br>6262-T9 | 6061-T6[7] | | | | | |

General Note: "F" temper applies to products that acquire some temper from fabricating processes.



## Table 717-3 Aluminum Alloys for Bridge Railing Systems (continued)

| RAILING COMPONENT | ASTM and Aluminum Association Alloy Designation | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sheet and Plate | Drawn Formless Tubes | Bars, Rods, and Wire | Extruded Bars, Rods, Shapes, and Tubes | Pipe | Standard Structural Shapes | Rivet Cold and Heading Wires and Rods | Sand Castings | Permanent Mold Castings |
| *ASTM Specification →* | *B 209* | *B 210* | *B 211* | *B 221* | *B 241* | *B 308* | *B 316* | *B 26* | *B 108* |
| Washers, flat:[6]<br>Wrought | Alclad 2024-T4<br>Alclad 2024-T3[8] | | | | | | | | |
| Washers, Springlock:[6]<br>Wrought | | | 7075-T6 | | | | | | |
| Rivets: Wrought | | | | 6061-T6 | | | 6061-T6[1] [9]<br>6061-T4[1] [10] | | |
| Shims:<br>Wrought<br>Cast | 1100-0 | | | 6063-F[1] | | | | 443.0-F | |
| Weld Filler:<br>Wrought | | | | | | 5356 | | | |
| End Caps:<br>Wrought<br>Cast | 6061-T6 | | | 6061-T6 | | | | 356.0-T6[1]<br>356.0-F<br>443.0-F | |

Specific Notes:
(1) Chemical, composition only.
(2) Use compatible stainless or coated steel nuts and washers. Do not use aluminum for anchor bolts.
(3) Coat alloy 2024-T4 with a 5-micrometer minimum thickness anodic coating with a dichromate or boiling water seal.
(4) Use alloy 2024-T4 for stress-carrying bolts and minor bolts.
(5) Use alloy 6061-T6 as an alternate material for minor bolts.
(6) Use with aluminum bolts and screws. Do not use aluminum for anchor bolt nuts and washers.
(7) B 211 is an acceptable alternate.
(8) Use T3 temper for thicknesses less than 6 millimeters and use T4 temper for thicknesses 6 millimeters and greater.
(9) Use for cold-driven rivets.
(10) Use for rivets driven at 530 to 565 °C.

000785

# Section 718.— TRAFFIC SIGNING AND MARKING MATERIAL

**718.01 Retroreflective Sheeting.** Conform to ASTM D 4956, except the minimum coefficients of retroreflection for brown type I sheeting shown in ASTM D 4956 Table 1, Type I Sheeting, are amended as follows: 2.0 candela per lux per square meter at 0.2 degree observation angle and -4 degree entrance angle, 1.0 candela per lux per square meter at 0.2 degree observation angle and +30 degree entrance angle and at 0.5 degree observation angle and -4 degree entrance angle, and 0.5 candela per lux per square meter at 0.5 degree observation angle and +30 degree entrance angle.

Conform to ASTM D 4956 Supplemental Requirement S1, Fungus Resistance, if specified. For reboundable retroreflective sheeting, conform to ASTM D 4956 including Supplemental Requirement S2, Reboundable Sheeting Requirements.

Types of retroreflective sheeting are as follows:

(a) **Type I.** Medium-intensity sheeting with enclosed lens glass-beads.

(b) **Type II.** Medium-high-intensity sheeting with enclosed lens glass-beads.

(c) **Type III.** High-intensity sheeting with encapsulated glass beads or prismatic material.

(d) **Type IV.** High-intensity sheeting with unmetallized microprismatic elements.

(e) **Type V.** Super-high-intensity sheeting with metallized microprismatic elements.

(f) **Type VI.** Elastomeric high-intensity sheeting with vinyl microprismatic material.

When an adhesive is used, use ASTM D 4956 backing class 1, 2, or 3.





**718.02 Test Procedures.** Conform to ASTM D 4956, except Supplementary Requirement S1, Fungus Resistance, is amended as follows: The stock cultures of Aspergillus niger, ATCC no. 6275, may be kept for not more than 4 months in a refrigerator at a temperature from 3 to 10 °C. Use subcultures incubated at 28 to 30 °C for 10 to 14 days in preparing the inoculum.

**718.03 Plywood Panels.** Furnish exterior type B-B high-density overlay plywood or better conforming to NIST specification PS-1 for construction and industrial plywood. Use 13-millimeter thick plywood for sign panels with a facial area 0.4 square meters or less and the horizontal dimension no greater than the vertical dimension. Use 19-millimeter thick plywood for larger panels.

Abrade, clean, and degrease the face of the plywood panel according to methods recommended by the manufacturer of the retroreflective sheeting. Treat the edges of the plywood panel with an approved edge sealant.

**718.04 Steel Panels.** Furnish 2-millimeter continuous coat galvanized sheet steel blanks conforming to ASTM A 525M. Mill phosphatize the zinc coating (designation G 90) to a thickness of 1.1±0.5 grams per square meter of surface area.

Furnish panels with a substantially plane surface. Do not use twisted or buckled panels. Clean, degrease, or otherwise prepare the panels according to methods recommended by the sheeting manufacturer.

**718.05 Aluminum Panels.** Conform to ASTM B 209M, alloy 6061-T6 or 5052-H38.

Fabricate all temporary panels and those permanent panels that are 750 by 750 millimeters or smaller from 2-millimeter thick aluminum sheets. Fabricate larger permanent panels from 3-millimeter thick aluminum sheets.

The blanks shall be free from laminations, blisters, open seams, pits, holes, or other defects that may affect their appearance or use. The thickness shall be uniform and the blank commercially flat. Perform shearing, cutting, and punching before preparing the blanks for application of reflective material.

Clean, degrease, and chromate the blanks or otherwise properly prepare the panels according to methods recommended by the sheeting manufacturer.

0000786



**718.06 Plastic Panels.**

**(a) Plastic.** Furnish light, flexible, high-impact, and ultraviolet chemical resistant polycarbonate material, or approved equal that will accept adhesives, coatings, and retroreflective sheeting material as recommended for such material.

Fabricate panels that are 600 by 600 millimeters or smaller from 2-millimeter thick plastic blanks. Fabricate larger panels from 3-millimeter thick plastic blanks.

The panels shall be flat and free of buckles, warps, and other defects. Where multiple panels adjoin, the gap between adjacent panels shall not be greater than 16 millimeters. Signs larger than 600 by 600 millimeters shall have reinforcement stiffeners attached on the back for rigidity and for mounting on the supports.

**(b) Fiberglass reinforced plastic.** Furnish fiberglass reinforced thermoset polyester acrylic modified laminate sheets. Furnish sign panel UV stabilized for outdoor weathering ability. The sign panel shall accept adhesives, coatings, and retroreflective sheeting material as recommended.

Furnish sign panel free of visible cracks, pinholes, foreign inclusions, or surface wrinkles that would affect implied performance, alter the specific dimensions of the panel, or otherwise affect the sign panels serviceability.

Wipe sign panel surface clean with a slightly dampened cloth before applying reflective sheeting.

Make fiberglass reinforced panels conform to the following mechanical and physical properties:

| | |
|---|---|
| (1) Average tensile strength, ASTM D 638M | 69 MPa min. |
| (2) Average tensile modulus, ASTM D 638M | 8.3 GPa min. |
| (3) Average flexural strength, ASTM D 790M | 140 MPa min. |
| (4) Average flexural modulus, ASTM D 790M | 8.3 GPa min. |
| (5) Average compression strength, ASTM D 695M | 220 MPa min. |
| (6) Average compression modulus, ASTM D 695M | 9.7 GPa min. |
| (7) Punch shear, ASTM D 732 | 90 MPa min. |
| (8) Thickness | 3.4±0.1 mm |
| (9) Size, dimension < 3.7 m, ASTM D 3841 | ±3 mm |
| (10) Squareness in 3.7 m length, ASTM D 3841 | ±3 mm |
| (11) Surfaces, top and bottom | Smooth |
| (12) Color, visually uniform gray, Munsel[R] range | N.7.5/ - N.8.5/ |
| (13) Coefficient of lineal thermal expansion, ASTM D 696 | 0.01 μm/mm/°C max. |
| (14) Impact resistance, -54 to 100 °C, ASTM D 3841 | 0.54 kg from 18.3 m |
| (15) Flame resistance, ASTM D 635 | 25 mm max. |
| (16) Weather resistance, 3000±100 h, ASTM D 3841 | grade II min. |





**718.07 Extruded Aluminum Panels.** Furnish panels conforming to ASTM B 221M aluminum alloy 6063-T6. For panel thickness and fabrication, conform to Subsection 718.05. The maximum allowable deviation from flat on the face is 4 millimeters per meter.

**718.08 Signposts.** Furnish wood, steel, or aluminum signposts as specified.

**(a) Wood posts.** Furnish posts from dry no. 1 grade Douglas fir, southern or Ponderosa pine, hemlock, spruce, or western larch conforming to AASHTO M 168. Treat the posts with water-borne preservative ACA, ACZA, or CCA according to AWPA Standard C14 except the minimum preservative retention is 6 kilograms per cubic meter.

**(b) Steel posts.** Furnish posts from billet or rail steel conforming to ASTM A 499. Drill or punch 10-millimeter holes in the posts along the centerline of the web before galvanizing. Begin punching or drilling 25 millimeters from top of post and proceed on 25-millimeter centers for the entire length of the post. Galvanize the posts according to ASTM A 123.

**(c) Aluminum posts.** Furnish approved standard shapes and thicknesses conforming to ASTM B 221M alloy 6061-T6, 6351-T5, 6063-T6, or 6005-T5.

**718.09 Object Marker and Delineator Posts.** Furnish wood, steel, or aluminum object marker and delineator posts. Delineator posts may also be fabricated from plastic.

000787





(a) **Wood posts.** Furnish 100 by 100-millimeter wooden posts conforming to Subsection 718.08.

(b) **Steel posts.** Furnish flanged U-channel steel posts weighing not less than 3 kilograms per meter and conforming to ASTM A 36M. Galvanize the posts according to ASTM A 123.

(c) **Aluminum posts.** Furnish standard shaped 3-millimeter thick aluminum posts conforming to ASTM B 221M alloy 356.0-T6.

(d) **Plastic posts.** Furnish flexible delineator posts made with high impact resistant polymer material.

**718.10 Hardware.** For lag screws, washers, clip angles, wood screws, shear plates, U-bolts, clamps, bolts, nuts, and other fasteners, use galvanized steel or aluminum alloy.

For high-strength steel bolts, nuts, and washers, conform to Subsection 717.01. Galvanize steel hardware according to ASTM A 153.

For aluminum alloy bolts, nuts, and washers, conform to Subsections 717.13 and 717.14 as applicable.

Furnish oversize bolt heads and oversize neoprene or nylon washers for plastic sign panels.

**718.11 Letters, Numerals, Arrows, Symbols, and Borders.** Colors will be specified in the contract and shall conform to Subsection 718.01.

Form letters, numerals, and other units to provide a continuous stroke width with smooth edges. Make the surface flat and free of warp, blisters, wrinkles, burrs, and splinters. Conform to one of the following:

(a) **Type L-1 (screen process).** Apply letters, numerals, arrows, symbols, and borders on the retroreflective sheeting or opaque background of the sign by direct or reverse screen process. Apply messages and borders of a color darker than the background to the paint or the retroreflective sheeting by direct process. Produce messages and borders of a color lighter than sign background by the reverse screen process.





Use opaque or transparent colors, inks, and paints in the screen process of the type and quality recommended by the retroreflective sheeting manufacturer.

Perform the screening in a manner that results in a uniform color and tone, with sharply defined edges of legends and borders and without blemishes on the sign background that will affect intended use.

Air dry or bake the signs after screening according to manufacturer's recommendations to provide a smooth hard finish. Any signs with blisters or other blemishes will be rejected.

(b) **Type L-3 (direct applied characters).** Cut letters, numerals, symbols, borders, and other features of the sign message from the type and color of the retroreflective sheeting specified and apply to the sign background's retroreflective sheeting according to the retroreflective sheeting manufacturer's instructions. For the retroreflective sheeting minimum coefficient of retroreflection ($R_A$), conform to ASTM D 4956.

**718.12 Delineator and Object Marker Retroreflectors.** Furnish type 1 or type 2 retroreflectors that are ready for mounting. Furnish antitheft hardware for mounting as required.

(a) **Type 1 (acrylic plastic lens).** Furnish a 4500-square millimeter minimum acrylic plastic lens with prismatic optical elements and a smooth, clear, transparent face. Fabricate the back from similar material and fuse it to the lens around the entire perimeter to form a homogenous unit. Permanently seal the units against the intrusion of dust, water or air. Conform to Table 718-1 regardless of the orientation angle.

**Table 718-1**
**Minimum Coefficient of (Retroreflective) Luminous Intensity ($R_I$)**
**Candelas per lux**

| Observation Angle ° | Entrance Angle ° | White[(1)] | Yellow | Red |
|---|---|---|---|---|
| 0.1 | 0 | 10.7 | 6.5 | 2.8 |
| 0.1 | 20 | 4.2 | 2.3 | 1.1 |

(1) Crystal, clear, or colorless are acceptable color designations.

0000788



Mount the retroreflector unit in a housing fabricated from 1.6-millimeter aluminum alloy 3003-H-14 or similar, or from cold rolled, hot dip, galvanized steel, having a thickness of 1.6 millimeters. Provide antitheft attachment hardware.

**(b) Type 2 (retroreflective sheeting).** Furnish a fungus resistant type III, IV, or V retroreflective sheeting material with a class 1 or 2 adhesive backing conforming to ASTM D 4956. Attach the sheeting to an aluminum or plastic support panel (target plate) of the size and dimension specified.

**718.13 Conventional Traffic Paint.** Furnish a ready-mixed paint for use on asphalt and portland cement concrete pavements conforming to FSS TT-P-115F.

**718.14 Waterborne Traffic Paint.** Furnish an acrylic water based ready-mixed paint for use on asphalt and portland cement concrete pavements conforming to the following:

**(a) Composition.** Furnish a paint composed of resin solids of 100 percent acrylic polymer with the exact formulation determined by the manufacturer. Conform to the following:

| | |
|---|---|
| (1) Pigment, % by mass, ASTM D 3723 | 45% to 55% |
| (2) Nonvolatile vehicle, % by mass, FTMS 141 | 40% min. |
| (3) Lead, chromium, cadmium, or barium | 0% |
| (4) Volatile organic compounds | 250 g/L max. |
| (5) Mass of paint, ASTM D 1475 | 1.44 kg/L min. |

**(b) Viscosity.** ASTM D 562 — 75-90 Krebs units

**(c) Drying time.**

| | |
|---|---|
| (1) Dry to no pickup, ASTM D 711 | 10 minutes max. |
| (2) Drying to no track, 0.7 kg/L type 1 waterproofed glass beads, 0.38±0.03-mm wet film thickness at 54 °C | 90 s max. |

**(d) Flexibility.** FSS TT-P-1952B — No cracking or flaking





**(e) Dry opacity.** FTMS 141, contrast ratio at 0.25 mm — 0.96 min.

**(f) Color.**

(1) White - FHWA standard highway white
(2) Yellow - FHWA standard highway yellow

**(g) Daylight reflectance.** (Without glass beads)

| | |
|---|---|
| (1) White, FTMS 141 method 6121 | 84% relative to magnesium oxide standard |
| (2) Yellow, FTMS 141 method 6121 | 55% relative to magnesium oxide standard |

**(h) Bleeding ratio.** FSS TT-P-1952B — 0.96 min.

**(i) Scrub resistance.** ASTM D 2486 — 300 cycles min.

**(j) Freeze-thaw stability.** FSS TT-P-1952B

| | |
|---|---|
| (1) Change in viscosity | ±5 Krebs units max. |
| (2) Decrease in scrub resistance | -10% max. |

**(k) Storage stability.** During a 12 month storage period, conform to the following:

(1) No excessive setting, caking, or increase in viscosity
(2) Readily stirred to a consistency for use in the striping equipment

**718.15 Epoxy Markings.** Furnish a 2-component, 100 percent solids type system for hot-spray application conforming to the following:

**(a) Pigments.** Component A. Percent by mass.

**(1) White.**

| | |
|---|---|
| *(a)* Titanium dioxide ($TiO_2$), ASTM D 476, type II (16.5% min. at 100% purity) | 18% min. |
| *(b)* Epoxy resin | 75 to 82% |

000789



(2) **Yellow:**

| | |
|---|---|
| *(a)* Chrome yellow ($PbCrO_4$), ASTM D 211, type III (20% min. at 100% purity) | 23% min. |
| *(b)* Epoxy resin | 70 to 77% |

| | |
|---|---|
| **(b) Epoxy content.** Component A. Mass per epoxy equivalent, ASTM D 1652 | Manufacturer's target value ±50 |
| **(c) Amine value.** Component B, ASTM D 2074 | Manufacturer's target value ±50 |
| **(d) Toxicity.** Toxic or injurious fumes at application temperature | none |

**(e) Color.** 0.38 millimeter film thickness (cured).

| | |
|---|---|
| (1) White | FHWA standard highway white |
| (2) Yellow | FHWA standard highway yellow |

**(f) Directional reflectance.** (Without glass beads)

| | |
|---|---|
| (1) White, FTMS 141 method 6121 | 84% relative to magnesium oxide standard |
| (2) Yellow, FTMS 141 method 6121 | 55% relative to magnesium oxide standard |

**(g) Drying time.** 0.38 millimeter film thickness with beads

| | |
|---|---|
| (1) Laboratory at 22 °C, ASTM D 711 | 30 minutes maximum to no-pick-up condition |
| (2) Field at 25 °C, viewed from 15 m | 10 minutes maximum to no-tracking condition |
| **(h) Abrasion resistance.** Wear index with a CS-17 wheel under a 1000 g load for 1000 cycles, ASTM C 501 | 82 max. |
| **(i) Hardness.** Shore D hardness with 72 to 96-hour cure at 22 °C, ASTM D 2240 | 75 to 100 |





**(j) Storage.** When stored for up to 12 months, individual epoxy components shall not require mixing before use.

**718.16 Polyester Markings.** Furnish a 2-component system conforming to the following:

**(a) Directional reflectance.** (Without glass beads)

| | |
|---|---|
| (1) White, FTMS 141 method 6121 | 80% relative to magnesium oxide standard |
| (2) Yellow, FTMS 141 method 6121 | 55% relative to magnesium oxide standard |

**(b) Color.**

| | |
|---|---|
| (1) White | FHWA standard highway white |
| (2) Yellow | FHWA standard highway yellow |
| **(c) Viscosity.** Uncatalyzed polyester at -4 °C, ASTM D 562 | 70 to 90 Krebs units |
| **(d) Bleeding.** ASTM D 969 | 6 minimum |
| **(e) Drying time in field.** Viewed from 15 m | 45 minutes max. to no-tracking condition |

**718.17 Thermoplastic Markings.** Conform to AASHTO M 249.

**718.18 Preformed Plastic Markings.** Conform to ASTM D 4505 type I, V, VI, or VII, grade A, B, C, D, or E.

**718.19 Glass Beads.** Conform to AASHTO M 247 for the type specified. Table 1, Gradation of Glass Beads in AASHTO M 247 is supplemented by Table 718-2. Treat glass beads with an adherence coating as recommended by manufacturer.