**Table 718-2**
**Gradation of Glass Beads**

| Sieve Size | Percent by Mass Passing Designated Sieve (ASTM D 1214) Grading Designation | | |
|---|---|---|---|
| | Type 3 | Type 4 | Type 5 |
| 2.36 mm | | | 100 |
| 2.0 mm | | 100 | 95 - 100 |
| 1.7 mm | 100 | 95 - 100 | 80 - 95 |
| 1.4 mm | 95 - 100 | 80 - 95 | 10 - 40 |
| 1.18 mm | 80 - 95 | 10 - 40 | 0 - 5 |
| 1.0 mm | 10 - 40 | 0 - 5 | 0 - 2 |
| 850 μm | 0 - 5 | 0 - 2 | |
| 710 μm | 0 - 2 | | |

For type 3, 4, and 5 glass beads, also conform to the following:

(a) Treat beads with a reactive adherence coating as recommended by the manufacturer.

(b) Roundness, FLH T 520 — 70% min/sieve size

(c) Refractive index, AASHTO M 247 — 1.50 - 1.55

**718.20 Raised Pavement Markers.** Furnish prismatic retroreflector type markers consisting of a methyl methacrylate, polycarbonate, or suitably compounded acrylonitrile-butadiene-styrene (ABS) shell fitted with retroreflective lenses. Make the exterior surface of the shell smooth.

Use a retroreflector with a minimum coefficient of (retroreflected) luminous intensity conforming to Table 718-3.





**Table 718-3**
**Minimum Coefficient of (Retroreflected) Luminous Intensity ($R_I$)**
**Millicandelas per lux**

| Observation Angle ° | Entrance Angle ° | White[(1)] | Yellow | Red |
|---|---|---|---|---|
| 0.2 | 0 | 279 | 167 | 70 |
| 0.2 | 20 | 112 | 67 | 28 |

(1) Crystal, clear, or colorless are acceptable color designations.

Make the base of the marker flat, patterned, or textured and free from gloss or substances that may reduce its bond to the adhesive. The deviation from a flat surface shall not exceed 1 millimeter.

**718.21 Temporary Pavement Markings.**

**(a) Preformed retroreflective tape.** Furnish 100-millimeter wide tape conforming to ASTM D 4592, type I (removable).

**(b) Raised pavement markers.** Furnish an L-shaped polyurethane marker body with retroreflective tape on both faces of the vertical section, capable of retroreflecting light from opposite directions, and with an adhesive on the base.

Provide a minimum coefficient of retroreflection of 1200 candela per lux per square meter at 0.1 degree observation angle and -4 degrees entrance angle.

Fabricate the marker body from 1.5-millimeter minimum thickness polyurethane. Fabricate the vertical leg about 50 millimeters high by about 100 millimeters wide. Fabricate the base for the marker body about 30 millimeters wide.

Factory apply a 3-millimeter minimum thickness and 19-millimeter wide pressure sensitive adhesive to the marker base and protect it with release paper.

000791

If approved, variations in design and dimensions will be permitted to meet manufacturer's standards.

**718.22 Temporary Traffic Control Devices.** Furnish traffic control devices (barricades, cones, tubular markers, vertical panels, drums, portable barriers, warning lights, advance warning arrow panels, traffic control signals, etc.) whose designs and configurations conform to the MUTCD. When interpreting the requirements in the applicable MUTCD sections, replace the word "should" with the word "shall."

Use suitable commercial grade material for the fabrication of the temporary traffic control devices. Construct the devices from material capable of withstanding anticipated weather, traffic conditions, and be suitable for the intended use. Do not use units used on other projects without approval.

**718.23 Epoxy Resin Adhesives.** Epoxy resin adhesives for bonding traffic markers to hardened portland cement and asphalt concrete shall conform to AASHTO M 237.

## Section 719 Reserved



# Section 720.— STRUCTURAL WALL AND STABILIZED EMBANKMENT MATERIAL

**720.01 Mechanically Stabilized Earth Wall Material.**

**(a) Concrete face panels.** Conform to Section 552 and the following:

**(1)** Use portland cement concrete class A(AE) with a minimum 30-megapascal, 28-day compressive strength.

**(2)** Conform to Subsection 562.11 and fully support the units until the concrete reaches a minimum compressive strength of 7 megapascals. The units may be shipped and/or installed after the concrete reaches a minimum compressive strength of 24 megapascals.

**(3)** Finish the front face of the panel with a class 1 finish according to Subsection 552.16. Screed the rear face of the panel to eliminate open pockets of aggregate and surface distortions in excess of 6 millimeters. Cast the panels on a flat area. Do not attach galvanized connecting devices or fasteners to the face panel reinforcement steel.

**(4)** Clearly scribe on an unexposed face of each panel the date of manufacture, the production lot number, and the piece mark.

**(5)** Handle, store, and ship all units in such a manner as to eliminate the dangers of chipping, discoloration, cracks, fractures, and excessive bending stresses. Support panels in storage on firm blocking to protect the panel connection devices and the exposed exterior finish.

**(6)** Manufacture all units within the following tolerances:

*(a) Panel dimensions.* Position of panel connection devices within 25 millimeters. All other dimensions within 5 millimeters.

*(b) Panel squareness.* Squareness, as determined by the difference between the 2 diagonals, shall not exceed 13 millimeters.

*(c) Panel surface finish.* Surface defects on smooth formed surfaces 1.5 meters or more in length shall not exceed 3 millimeters. Surface defects on textured-finished surfaces 1.5 meters or more in length shall not exceed 8 millimeters.

Concrete face panels having any or all of the following defects will be rejected.

- Defects that indicate imperfect molding.
- Defects indicating honeycombed or open texture concrete.
- Cracked or severely chipped panels.
- Color variation on front face of panel due to excess form oil or other reasons.

**(b) Wire facing.** Fabricate from MW40 x MW15 welded wire fabric conforming to AASHTO M 55M except the average shear value shall not be less than 450 kilopascals. After fabrication, galvanize according to AASHTO M 111.

**(c) Backing mat.** Fabricate from MW10 x MW10 (minimum) welded wire fabric conforming to AASHTO M 55M. After fabrication, galvanize according to AASHTO M 111.

**(d) Clevis connector.** Fabricate from cold-drawn steel wire conforming to AASHTO M 32M and weld according to AASHTO M 55M. After fabrication, galvanize according to AASHTO M 111.

**(e) Connector bars.** Fabricate from cold-drawn steel wire conforming to AASHTO M 32M. Galvanize according to AASHTO M 111.

**(f) Fasteners.** Furnish 13-millimeter diameter, heavy hexhead bolts, nuts, and washers conforming to AASHTO M 164M. Galvanize according to AASHTO M 232.

**(g) Hardware cloth.** Fabricate with maximum 7-millimeter square mesh openings from woven or welded galvanized steel wire fabric conforming to ASTM A 740.

**(h) Reinforcing mesh.** Fabricate from cold-drawn steel wire conforming to AASHTO M 32M. Weld the wire into the finished mesh fabric according to AASHTO M 55M. After fabrication, galvanize according to AASHTO M 111. Repair all damage to the galvanized coating before installation.





**(i) Reinforcing strips.** Fabricate from high-strength low-allow structural steel conforming to AASHTO M 223M grade 450, type 3. After fabrication, galvanize according to AASHTO M 111.

**(j) Tie strip.** Fabricate from hot-rolled steel conforming to ASTM A 570M grade 50. Galvanize according to AASHTO M 111.

## 720.02 Gabion and Revet Mattress Material.

**(a) Basket mesh.** Twist or weld the mesh from galvanized steel wire conforming to ASTM A 641M class 3 or aluminized steel wire conforming to ASTM A 809. Use wire with a minimum tensile strength of 415 megapascals when tested according to ASTM A 370. The galvanized or aluminized coating may be applied after mesh fabrication. Make the mesh openings with a maximum dimension less than 120 millimeters, an area less than 7000 square millimeters, and a size less than the gabion or revet mattress rock to be used with the mesh.

**(1) Gabion baskets (0.3 meter or greater in the vertical dimension).** Fabricate the mesh for galvanized or aluminized coated baskets from nominal-sized 3.0-millimeter or greater diameter wire and fabricate the mesh for polyvinyl chloride coated baskets from nominal-sized 2.7-millimeter or greater diameter wire.

*(a) Twisted wire mesh.* Form the mesh in a uniform hexagonal pattern with nonraveling double twists. For galvanized or aluminized coated baskets, tie the perimeter edges of the mesh for each panel to a 3.9-millimeter or greater diameter selvedge wire. For polyvinyl chloride coated baskets, tie the perimeter edges of the mesh for each panel to a 3.4-millimeter or greater diameter selvedge wire. Make the selvedge at least the same strength as the body of the mesh. Furnish selvedge wire from the same type of material used for the wire mesh.

*(b) Welded wire mesh.* For galvanized or aluminized coated baskets, weld each connection to obtain a minimum average weld shear strength of 2600 newtons with no value less than 2000 newtons. For polyvinyl chloride coated baskets, weld each connection to obtain a minimum average weld shear strength of 2100 newtons with no value less than 1600 newtons.

Fabricate gabion baskets in the dimensions required with a dimension tolerance of ±5 percent. Where the length of the basket exceeds 1.5 times its width, equally divide the basket into cells less than or equal to the basket width using diaphragms of the same type and size mesh as the basket panels. Prefabricate each basket with the necessary panels and diaphragms secured so they rotate into place.

**(2) Revet mattresses (less than 0.3 meter in the vertical dimension).** Fabricate the mesh from nominal-sized 2.2-millimeter or greater diameter wire.

*(a) Twisted wire mesh.* Form the mesh in a uniform hexagonal pattern with nonraveling double twists. Tie the perimeter edges of the mesh for each panel to a 2.7-millimeter or greater diameter selvedge wire. Make the selvedge at least the same strength as the body of the mesh. Furnish selvedge wire from the same type of material used for the wire mesh.

*(b) Welded wire mesh.* Weld each connection to obtain a minimum average weld shear strength of 1300 newtons with no value less than 1000 newtons.

Fabricate revet baskets in the dimensions required with a dimension tolerance of ±5 percent in length and width and ±10 percent in height. Where the length of the basket exceeds 0.5 times its width, equally divide the basket into cells less than or equal to 0.5 times the basket width using diaphragms of the same type and size mesh as the mattress panels. Prefabricate each basket with the necessary panels and diaphragms secured so they rotate into place.

**(3) Polyvinyl chloride coated baskets.** Use either a fusion bonded or extruded coating to coat the galvanized or aluminized mesh. Conform to the following:

| | |
|---|---|
| *(a)* Color | Black or gray |
| *(b)* Thickness | 0.38 mm min. |
| *(c)* Specific gravity, ASTM D 792 | 1.20 to 1.40 |
| *(d)* Tensile strength, ASTM D 638M | 15.7 MPa min. |
| *(e)* Modulus of elasticity, ASTM D 638M | 13.7 MPa min. at 100 strain |
| *(f)* Hardness - shore "A", ASTM D 2240 | 75 min. |
| *(g)* Brittleness temperature, ASTM D 746 | -9 °C max. |
| *(h)* Abrasion resistance, ASTM D 1242, method B at 200 cycles, CSI-A abrader tape, 80 grit | 12% max. mass loss |
| *(i)* Salt spray (ASTM B 117) and ultraviolet light exposure (ASTM D 1499 and G 23 using apparatus type E and 63 °C) for 3000 hours | No visual effect<br>*(c)* Δ < 6%<br>*(d)* Δ < 25%<br>*(e)* Δ < 25%<br>*(h)* Δ < 10% |
| *(j)* Mandrel bend, 360° bend at -18 °C around a mandrel 10 times the wire diameter | No breaks or cracks in coating |





**(b) Permanent fasteners.**

**(1) Lacing wire.** Furnish nominal-sized 2.2-millimeter diameter wire of the same type, strength, and coating as the basket mesh.

**(2) Spiral binders.** Form with wire having at least the same diameter, type, strength, and coating as the basket mesh.

**(3) Alternate fasteners.** Furnish fasteners according to the basket manufacturer's specification that remain closed when subjected to a 2600-newton tensile force while confining the maximum number of wires to be confined in the gabion structure or revet mattress. Submit installation procedures and fastener test results.

**(c) Internal connecting wire.** Furnish lacing wire as described in (b)(1) above or alternate stiffeners according to the basket manufacturer's specification.

**720.03 Metal Bin Type Crib Walls.** Fabricate members from the type and kind of material specified in the contract. Conform to the following:

| | |
|---|---|
| (a) Galvanized steel sheets | AASHTO M 218 |
| (b) Aluminum sheets | AASHTO M 197M |
| (c) Fiber-bonded steel sheets | Subsection 707.09 |
| (d) Aluminum coated steel sheets | AASHTO M 274 |
| (e) Bolts and nuts | ASTM A 307 grade A |

0000794



Case 1:04-cv-01052-EJD Document 65-14 Filed 03/17/2006 Page 5 of 15

Furnish heavy hexagon heads and nuts without washers or hexagon heads and nuts with 2 plate washers. Fabricate washers from 3.3-millimeter thick round steel plate including coating with holes not more than 1.6 millimeters larger than the bolt diameter. Galvanize the bolts, nuts, and washers according to AASHTO M 232.



# Section 721.— ELECTRICAL AND ILLUMINATION MATERIAL

**721.01 Electrical Material.** Conform to the following:

**(a) Conduit.** Conform to the following:

**(1) Nonmetallic conduit and duct couplings, elbows, bends, and nipples.** For above ground and underground use without concrete encasement, furnish rigid PVC, heavy wall conduit conforming to UL 651. For solvent cement to join conduit, conform to ASTM D 2564.

**(2) Metallic conduit and duct, couplings, elbows, bends, and nipples.** Furnish rigid galvanized steel conduit conforming to UL 6. Uniformly coat the conduit on the outside with an asphalt mastic conforming to AASHTO M 243 or a 0.5-millimeter PVC coating. Furnish rigid, full-mass sherardized or galvanized threaded fittings.

**(3) Flexible conduit.** Furnish a watertight metallic conduit conforming to UL 360, acceptable for equipment grounding. Furnish insulated throat, grounding, malleable iron watertight fittings.

**(4) Conduit bodies, boxes, and fittings.** Furnish watertight, galvanized steel conforming to UL 514 B.

**(b) Pull boxes, frames, and covers.** For boxes formed in concrete, fabricate with cast iron or welded sheet steel having a minimum thickness of 5 millimeters. Galvanize, inside and out, according to AASHTO M 232.

**(c) Wire and cable.** Furnish 600-volt stranded copper conductors, insulation, and jackets. Label and color code the wire and cable to identify its type, size, UL symbol, and manufacturer. Conform to the following:

| | |
|---|---|
| (1) Rubber-insulated wires and cables | UL 44 |
| (2) Thermoplastic-insulated wires and cables | UL 83 |
| (3) Thermoplastic-insulated underground feeder and branch circuit cables | UL 493 |
| (4) Nonmetallic sheathed cable | UL 719 |

| | |
|---|---|
| (5) Service-entrance cables | UL 854 |
| (6) Machine-tool wires and cables | UL 1063 |
| (7) Reference standard for electrical wires, cables, and flexible cords | UL 1581 |

**(d) Circuit breakers and panels.** Conform to UL 489 and UL 67. Furnish molded case thermal magnetic trip type breakers. Furnish panel enclosures conforming to NEMA 3R, lockable with padlocks.

**(e) Safety disconnect switches.** Furnish heavy duty, NEMA 3R, safety disconnect switches conforming to UL 98.

**(f) Grounding and bonding equipment.** Furnish 16-millimeter diameter, 2.5-meter long, copper-clad steel ground rods, ground clamps, grounding and bonding bushings, and lock nuts conforming to UL 467.

**(g) Contactors and control transformers.** Furnish a magnetic, 60-ampere, 2-pole contactor with a 120-volt coil, equipped with control switches for automatic actuation conforming to UL 508. Furnish cadmium-sulfide type photocell controls for 120 or 240-volt operation, as applicable; rated at 1000 watts resistive load or 1800 volt-amperes inductive load; adaptable for pole-top mounting in a plug-in, locking-type receptacle, conforming to UL 773; and with a built-in surge protective device for protection from induced high-voltage and follow-through currents.

Furnish single-phase, 240/480 volt primary, 120/240 volt secondary, dry type, 60 hertz, 1 KVA transformers for indoor or outdoor use, conforming to UL 506.

**(h) Secondary lightning arrester.** Furnish a secondary lightning arrester rated for a maximum operating voltage of 650 volts RMS with a bracket for mounting on the control cabinet backboard.

**(i) Service poles.** Furnish treated southern yellow pine, treated Douglas fir, butt-treated western red cedar, or butt-treated northern white cedar service poles that is at least 9 meters long. Treat the poles according to Subsection 716.03.

**(j) Meter cabinet.** Conform to local power company requirements.





**(k) Control cabinet.** Furnish a NEMA type IV cabinet, equipped with door clamps on the unhinged sides, solid neoprene gasket, welded seams, continuous hinge with stainless steel pin, stainless steel external hardware, backboard for mounting apparatus, padlock with an outdoor, tumbler-type padlocks keyed the same, supplied with 2 keys for each lock. Furnish a cabinet constructed of one of the following:

(1) Code-gauge stainless steel, ASTM A 167 type 304

(2) Code-gauge aluminum sheet with mechanical properties equivalent or exceeding ASTM B 209 alloy 5052-H32.

**721.02 Lighting Material.** Conform to the following:

**(a) Poles.** Furnish 3-millimeter thick round steel conforming to ASTM A 595 or aluminum shafts conforming to ASTM B 429 alloy 6063-T6, tapered uniformly at 12 millimeters per meter. Provide hand holes with no rough edges and a reinforcing frame and cover designed to maintain the required pole strength. Weld a 60 to 75-millimeter outside diameter vertical tenon, fabricated from the same material as the pole, and welded at the top and on the same axis as the pole.

Furnish pole sections in minimum 4.5-meter lengths. Furnish pole sections less than 21 meters in height in 2 sections or less; between 21 and 30 meters in 3 sections or less; and over 30 meters in 4 sections or less.

Design and furnish poles capable of sustaining the following loadings:

(1) A horizontal load of 2.2 kilonewtons applied 450 millimeters from the shaft top, in any direction, without failure of any component part, and a maximum allowable vertical deflection of 7.5 percent of the shaft length.

(2) A horizontal load of 220 newtons applied at the luminaire attachment point and normal to the pole bracket member plane, with a vertical load of 130 newtons on the luminaire supporting arm, and a maximum allowable horizontal deflection of 10 percent of the luminaire supporting arm's horizontal length.

(3) A vertical load of 440 newtons applied at the luminaire attachment point, and a maximum allowable vertical deflection of 5.5 percent of the pole arm's horizontal length.

0007796



(4) A vertical load of 1.1 kilonewtons applied at the luminaire attachment point, and no collapse or rupture of any portion of the structure.

(5) The pole arm and luminaire mass with a maximum allowable deflection from vertical at the top of the pole of 1 percent of the total shaft length.

Prime the poles inside and out according to the fabricator's recommendation. Use epoxy modified enamel matching FSS 595A color 27040 for the finish coat.

**(b) Pole arms.**

**(1) Material.** Furnish steel or aluminum. Use the same material as the pole.

**(2) Type.** Furnish bracket type, truss or single member arms. Furnish single member arms with a minimum diameter of 50 millimeters and the same taper as the pole.

**(3) Connection.** Furnish a weather resistant connection to the pole and a smooth raceway for wiring. Furnish all fittings for connection to the pole.

**(c) Anchor bases.** Furnish a one-piece base dimensioned for adequate pole mounting and structural support with holes for anchor bolts and tapped holes for anchor bolt covers. Fabricate anchor bases from material similar to the pole material and conform to the following:

| | |
|---|---|
| (1) Steel casings | AASHTO M 103M grade 450-240 |
| (2) Steel plate | AASHTO M 183M |
| (3) Aluminum castings | ASTM B 26M alloy SG70A-T6 (356-T6) |

**(d) Bolts, nuts, and washers.**

**(1) Steel anchor bolts.** Conform to AASHTO M 183M except as amended by *(a)* or *(b)* below:

| | | |
|---|---|---|
| *(a)* | *(1)* Yield strength | 380 MPa min. |
| | *(2)* Tensile strength | 520 to 650 MPa |
| | *(3)* Elongation in 200 mm | 18% min. |
| | *(4)* Elongation in 50 mm | 21% min. |
| | *(5)* Area reduction | 30% min. |
| *(b)* | *(1)* Yield strength | 725 MPa min. |
| | *(2)* Tensile strength | 680 to 1030 MPa |
| | *(3)* Elongation in 50 mm | 15% min. |
| | *(4)* Area reduction | 45% min. |





**(2) Hex head bolts.** Conform to the following:

| | |
|---|---|
| *(a)* 380 MPa yield anchor bolts | AASHTO M 164M |
| *(b)* 725 MPa yield anchor bolts | ASTM A 354 grade BC |

**(3) Nuts.** Conform to AASHTO M 291M. Furnish nuts appropriate for the strength of the anchor bolt.

**(4) Washers.** Furnish flat, circular washers conforming to AASHTO M 293.

Galvanize the top 300 millimeters of anchor bolts and all associated hardware according to AASHTO M 232.

**(e) Anchor bolt covers.** Furnish a bolt cover for each anchor bolt and 6-millimeter stainless steel, Phillips-head or hex-head screws to attach the cover to the base or pole.

**(f) Luminaires.** Operate luminaires on a 240-volt series circuit. Furnish the following types of luminaires.

**(1) Conventional highway luminaires.** Furnish 250-watt, 100-volt, high pressure sodium vapor lamps including all materials for a complete installation. Furnish aluminum housings with refractor holder and slipfitter. Furnish thermal shock-resistant glass prismatic refractors with gaskets and clips. Furnish aluminum detachable reflectors with ethylene propylene terpolymer gaskets.

Furnish internal regulator or auto regulator type ballast, with a power factor greater than 90 percent, which will start lamps at a minimum ambient temperature of -29 °C.

**(2) Sign lighting luminaires.** Furnish deluxe white, 250-watt mercury vapor lamps with a minimum rated life of 24 000 hours. Include all material for a complete installation. Furnish die-cast aluminum housings with mounting bracket and door assembly. Furnish thermal, shock-resistant, borosilicate glass refractors with gaskets. Furnish aluminum reflectors.

Furnish 120/240 volt, 60 hertz, constant-wattage ballasts with a power factor greater than 90 percent, which will start lamps at a minimum ambient temperature of -29 °C.



## Section 722.— ANCHOR MATERIAL

**722.01 Anchorage Devices.** For post-tensioning, furnish anchorage devices capable of holding the prestressing steel at a load producing a stress of not less than 95 percent of the guaranteed minimum tensile strength of the prestressing steel.

Use a steel distribution plate or assembly to effectively distribute the compressive stresses from the anchoring device to the concrete. If the anchorage device is sufficiently large and is used with a steel grillage embedded in the concrete, the distribution plate or assembly may be omitted. Conform to the following:

**(a)** The final unit compressive stress on the concrete directly beneath the plate or assembly shall not exceed 21 megapascals.

**(b)** Bending stresses in the plates or assemblies induced by the pull of the prestressing shall not exceed the yield point of the material or cause visible distortion in the anchorage plate when 100 percent of the ultimate load is applied.

Furnish 2 anchorage devices (complete with distribution plates or assemblies) for each size and type to be used.

**722.02 Ground Anchors.** Conform to the following:

**(a) Tendons.** For either single or multiple elements, conform to one of the following:

| | |
|---|---|
| **(1)** Steel strand uncoated seven-wire stress relieved for prestressed concrete | AASHTO M 203M |
| **(2)** Uncoated high-strength steel bar for prestressed concrete | AASHTO M 275M |
| **(3)** Steel strand uncoated seven-wire compacted stress relieved for prestressing concrete | ASTM A 779 and AASHTO M 203M |

**(b) Couplers.** Furnish couplers for tendon sections that are capable of developing 95 percent of the minimum specified ultimate tensile strength of the tendon.

**(c) Sheathing.** Conform to one of the following:

**(1) Unbonded length.**

*(a) Polyethylene tube.* Conform to ASTM D 1248 type II, III, or IV with a minimum wall thickness of 1.5 millimeters.

*(b) Hot-melt extruded polypropylene tube.* Conform to ASTM D 4101 cell classification PP 210 B5554211 with a minimum wall thickness of 1.5 millimeters.

*(c) Hot-melt extruded polyethylene tube.* Conform to ASTM D 3350 and D 1248 high-density type III with a minimum wall thickness of 1.5 millimeters.

*(d) Steel tubing.* Conform to ASTM A 500 with a minimum wall thickness of 5 millimeters.

*(e) Steel pipe.* Conform to ASTM A 53 schedule 40 minimum.

*(f) Plastic pipe.* Conform to ASTM D 1785 schedule 40 minimum.

**(2) Bonded length.**

*(a) High-density corrugated polyethylene tubing.* Conform to AASHTO M 252 with a minimum wall thickness of 0.75 millimeters.

*(b) Corrugated, polyvinyl chloride tubes.* Conform to ASTM D 1784 class 13464-B.

*(c) Fusion-bonded epoxy.* Conform to AASHTO M 284M with a minimum film thickness of 0.4 millimeters.

**(d) Grease.** Conform to Table 3.2.1 of the PTI *Post Tensioning Manual.* Formulate to provide corrosion inhibiting and lubricating properties.





**(e) Grout.** Furnish a pumpable mixture of portland cement, sand, water, and admixtures mixed according to Subsection 725.22. Use type I, II or III portland cement conforming to Subsection 701.01.

Chemical additives that control bleed or retard set may be used provided the additives conform to Subsection 711.03 and are mixed according to the manufacturer's recommendations.

Furnish grout capable of reaching a cube strength (AASHTO T 106) of 25 megapascals in 7 days. Make grout cubes for testing from random batches of grout as directed. Normally, strength testing will not be required as system performance will be measured by proof-testing each anchor. Grout cube testing will be required if admixtures are used or irregularities occur in anchor testing.

**(f) Centralizers.** Fabricate centralizers and spacers from any type of material, except wood, that is not deleterious to the prestressing steel.

**(g) Anchorage devices.** Conform to Section 3.2.3 of the PTI *Post Tensioning Manual.* For strand tendons, design anchorage devices to permit lift-off testing without the jack engaging the strand. For anchorage device bearing plates, furnish steel plates conforming to AASHTO M 183M or M 222M.

Extend a pipe or trumpet from the anchor plate a sufficient distance to encapsulate the protective sheath. Furnish anchorage devices capable of developing 95 percent of the minimum specified ultimate tensile strength of the anchor tendon.

## Sections 723 and 724 Reserved

0007 99

# Section 725.— MISCELLANEOUS MATERIAL

**725.01 Water.** Conform to the following:

**(a) Water for mixing or curing cement concrete, mortar, or grout.** Conform to AASHTO M 157. Potable water of known quality may be used without testing according to AASHTO T 26. Potable water is safe for human consumption, as defined by the public health authority having jurisdiction.

**(b) Water for planting or care of vegetation.** Furnish water that is free of substances injurious to plant life such as oils, acids, alkalies, or salts.

**(c) Water for earthwork, pavement courses, dust control, and incidental construction.** Furnish water free of substances detrimental to the work.

**725.02 Calcium Chloride and Magnesium Chloride.**

**(a) Calcium chloride for dust control.** Conform to AASHTO M 144 type S for the grade and class specified.

**(b) Magnesium chloride.** Furnish a brine solution conforming to the following:

| | |
|---|---|
| (1) Magnesium chloride by mass | 28 to 35% |
| (2) Water by mass | 65 to 72% |
| (3) Specific gravity, ASTM D 1298 | 1.290 to 1.330 |

**725.03 Lime.**

**(a) Lime for masonry.** Furnish hydrated lime conforming to ASTM C 207 type N.

**(b) Lime for soil stabilization and paving.** Conform to AASHTO M 216.

**725.04 Pozzolans.** Conform to the following:

| | |
|---|---|
| (a) Fly ash | AASHTO M 295 |
| (b) Ground iron blast-furnace slag | AASHTO M 302 grade 100 or 120 |
| (c) Silica fume (microsilica) | AASHTO M 307 |





**725.05 Mineral Filler.** Conform to AASHTO M 17.

**725.06 Precast Concrete Curbing.** Furnish units conforming to the following:

| | |
|---|---|
| (a) Concrete | Section 601 |
| (b) Reinforcing steel | Subsection 709.01 |

**725.07 Clay or Shale Brick.** Conform to one of the following:

| | |
|---|---|
| (a) Sewer brick | AASHTO M 91 grade SM |
| (b) Building brick | AASHTO M 114 grade SW |

**725.08 Concrete Brick.** Conform to ASTM C 55 grade N-I.

**725.09 Concrete Masonry Blocks.** Furnish rectangular or segmented concrete masonry blocks. When required, form the block ends to provide an interlock at vertical joints. Conform to the following:

| | |
|---|---|
| (a) Solid load-bearing blocks | ASTM C 139 |
| (b) Hollow load-bearing blocks | ASTM C 90 |
| (c) Nonload-bearing blocks | ASTM C 129 |

**725.10 Cellular Concrete Blocks.** Conform to ASTM C 90 grade N-I or N-II, normal mass, except use concrete conforming to Section 601.

**725.11 Precast Concrete Units.** Cast the units in substantial permanent steel forms. Provide additional reinforcement as necessary to provide for handling the units. Use concrete conforming to the following:

| | |
|---|---|
| (a) 28-day strength, AASHTO T 22 | 25 MPa min. |
| (b) Air content by volume, when required | |
| (1) 9.5 mm max. size aggregate | 5% min. |
| (2) > 9.5 mm max. size aggregate | 4% min. |

Cure the units according to AASHTO M 170M.

Cast a sufficient number of concrete cylinders from each unit to permit compression tests at 7, 14 and 28 days. Make at least 3 cylinders for each test. If the strength requirement is met at 7 or 14 days, the units will be certified for use 14 days from date of casting.

Do not use precast concrete units when:

- Representative cylinders do not meet the strength requirement by 28 days.
- Cracks, honeycombed, or patched areas are larger than 0.02 square meters.

Furnish precast reinforced concrete manhole risers and tops conforming to AASHTO M 199M.

**725.12 Frames, Grates, Covers, and Ladder Rungs.** Fabricate metal grates and covers to evenly bear on the frames. Correct bearing inaccuracies by machining. Assemble all units before shipment. Mark all pieces to facilitate reassembly at the installation site. Uniformly coat all castings with asphalt varnish or with a commercial preservative according to the manufacturer's standard practice. Conform to the following:

| | |
|---|---|
| (a) Gray iron castings | AASHTO M 105 |
| (b) Carbon steel castings | AASHTO M 103M |
| (c) Structural steel | AASHTO M 183M |
| (d) Galvanizing | AASHTO M 111 |
| (e) Malleable iron castings | ASTM A 47M |
| (f) Aluminum alloy ladder rung material | ASTM B 221M alloy 6061-T6 |
| (g) Aluminum castings | ASTM B 26M alloy 356.0-T6 |
| (h) Asphalt varnish | FSS TT-V-51 |

**725.13 Corrugated Metal Units.** For steel corrugated units, conform to AASHTO M 36M. For aluminum corrugated units, conform to AASHTO M 196M. For coatings, conform to the following:

| | |
|---|---|
| (a) Asphalt-coated corrugated units | AASHTO M 190 type A |
| (b) Polymer precoated corrugated units | AASHTO M 245M grade 250/250 |
| (c) Fiber-bonded units | Subsection 707.09 |

**725.14 Protective Coatings for Concrete.** Furnish protective coatings for bridge decks, curbs, sidewalks, and concrete portions of bridge railings conforming to one of the following:

| | |
|---|---|
| (a) Boiled linseed oil | ASTM D 260 type I or II |
| (b) Petroleum spirits (mineral spirits) | ASTM D 235 |





**725.15 Polyvinyl Chloride (PVC) Pipe for Water Distribution Systems.** Conform to the following for the designated sizes and strength schedules:

| | |
|---|---|
| (a) PVC pipe | ASTM D 1785 |
| (b) Solvent cement for pipe and fittings | ASTM D 2564 |

**725.16 Polyethylene (PE) Pipe for Water Distribution Systems.** Conform to ASTM D 2447 for the designated sizes and strength schedules.

**725.17 Cast Iron Soil Pipe and Fittings.** Conform to ASTM A 74 class SV for the designated sizes.

**725.18 Seamless Copper Water Tube and Fittings.** Conform to ASTM B 88M type L for the designated sizes.

**725.19 Plastic Lining.** Furnish a film having a thickness of 175±25 micrometers and conforming to one of the following:

| | |
|---|---|
| (a) Polyvinyl chloride plastic film | ASTM D 1593 type II |
| (b) Polyethylene plastic film | ASTM D 2103 type 02000 |

**725.20 Lignin Sulfonate.** Furnish a water solution with a base cation of ammonia, calcium, or sodium. Conform to the following:

| | |
|---|---|
| (a) Solids[(1)] | 50% |
| (b) Specific gravity | 1.25 |
| (c) pH, AASHTO T 210 | 4.5 min. |

**Note:** (1) Determine the percentage of solids according to the modified Technical Association of the Pulp and Paper Industry Standard T 650-TM-84 or by a specific gravity/percent solids versus temperature graph that correlates with the standard.

**725.21 Epoxy Resin Adhesives.** Conform to AASHTO M 235.

**725.22 Grout.** Furnish grout mixtures conforming to the following for the type or types specified in the contract.

**(a) Hydraulic cement grout.** Furnish a mixture of portland cement, fine aggregate, water, expansive admixture, and/or fly ash conforming to the following:

| | |
|---|---|
| (1) 7-day compressive strength, AASHTO T 106 | 4 MPa min. |

000801



| | |
|---|---|
| (2) Flow (time of efflux), FLH T 502 or ASTM C 939 | 16 to 26 s |

**Note:** A more fluid mix, having a flow cone time of efflux of 9 to 15 seconds, may be used during the initial injection.

Submit the following with the production certification:

- Mill certifications for the cement
- Physical and chemical analysis for the pozzolans
- Independent laboratory test results (1-day, 3-day, and 7-day strengths, flow cone times, shrinkage and expansion observed, and time of initial set)

**(b) Polymer grout and mortar.** Furnish a polymer binder and fine aggregate in the proportions recommended by the polymer manufacturer with a minimum compressive strength of 25 megapascals in 4 hours.

**(c) Nonshrink grout.** Conform to ASTM C 1107.

**(d) Plaster mix (grout).** Conform to the following:

| | |
|---|---|
| (1) Adhesive strength, 28-day, sheer-bond adhesion testing method | 2 MPa min. |
| (2) Freeze-thaw resistance, ASTM C 666, method B, 300 cycles | No cracks or delamination |
| (3) Accelerated weathering, 5000 hours | No visible defects |
| (4) Slat spray resistance, 300 hours | No deterioration or loss of adhesion |
| (5) Absorption, ASTM C 67 | 3.5% max. |
| (6) Flexural strength, ASTM C 348, 28-day | 6.8 MPa min. |
| (7) Compressive strength, AASHTO T 106, 28-day | 27.5 MPa min. |

**(e) Portland cement grout.** Furnish 1 part portland cement and 3 parts sand. Thoroughly mix with water to produce a thick, creamy consistency.

**725.23** Reserved.





**725.24 Color Coating.** Furnish a semiopaque colored toner containing methyl methacrylate-ethyl acrylate copolymer resins or equivalent resins, solvents, and color toning pigments suspended in solution by a chemical suspension agent. The color toning pigments shall consist of laminar silicates, titanium dioxide, and inorganic oxides. Conform to the following:

| | |
|---|---|
| (a) Mass per liter, ASTM D 1475 | 38 kg min. |
| (b) Solids by mass, ASTM D 2369 | 30% min. |
| (c) Solids by volume | 21% min. |
| (d) Drying time, ASTM D 1640 | 30 minutes at 21 °C and 50% max. humidity |
| (e) Color change, ASTM D 822, 1000 h | No appreciable change |
| (f) Resistance to acids, alkalies, gasoline, and mineral spirits, ASTM D 543 | Excellent |
| (g) Water vapor transmission from interior concrete, ASTM D 1653 | Transmittable |
| (h) Exterior moisture absorption into the concrete surface pores, FSS TT-C-555 | Reduces rate |
| (i) Oxidation over time | None |

**725.25 Explosives and Blasting Accessories.** Only use explosives and initiating devices less than 1 year old. Explosives and initiating devices include, but are not necessarily limited to, dynamite and other high explosives, slurries, water gels, emulsions, blasting agents, initiating explosives, detonators, and detonating cord.

**725.26 Mineral Slurry (Drillers Mud).** Furnish commercially available sodium bentonite or attapulgite in potable water. Use a mineral grain size that will remain in suspension with sufficient viscosity and gel characteristics so the mixture is capable of transporting excavated material to a suitable screening system.

**725.27 Form Liner.** Furnish a high quality product which attaches easily to the forming system. Install the form liner so it does not compress more than 6 millimeters at a concrete pour rate of 3650 kilograms per square meter.

**725.28 Aluminum-Impregnated Caulking Compound.** Conform to FSS TT-C-598 grade 1.

000802

# INDEX

000803

## — A —


Abbreviations . . . . . 4
Acceptance
 final . . . . . 33
 of work . . . . . 25
 partial . . . . . 32
Accident prevention . . . . . 42, 84
Accident reporting . . . . . 43
Accommodating traffic . . . . . 84
Acquisition regulations . . . . . 14, 21
Acronyms . . . . . 4
Acrylonitrile-butadiene-styrene (ABS) pipe . . . . . 536, 697
Additional clearing and grubbing . . . . . 102
Additives . . . . . 150, 709
Administrative change . . . . . 8
Adhesives . . . . . 711, 745, 750, 756, 762, 781
Admixtures
 air-entraining . . . . . 709
 chemical . . . . . 150, 709
Advance warning arrow panels . . . . . 641, 648, 762
Agents . . . . . 14
Aggregate courses
 treated . . . . . 197
 untreated . . . . . 192
Aggregate for
 asphalt surface treatment . . . . . 675
 base . . . . . 668
 bed course . . . . . 686
 blotter . . . . . 678
 choker . . . . . 678
 concrete base course . . . . . 667
 emulsified asphalt pavement . . . . . 673
 granular backfill . . . . . 667
 hot asphalt concrete pavement . . . . . 671
 lean concrete backfill . . . . . 679
 open-grade friction course . . . . . 672
 portland cement . . . . . 662
 select granular backfill . . . . . 686
 slurry seal . . . . . 677
 subbase . . . . . 668
 surface course . . . . . 668
 topsoil course . . . . . 213





Aggregate spreader . . . . . 287
Aggregate stabilization . . . . . 208
Aggregate stockpiled . . . . . 219
Aggregate topsoil course . . . . . 213
Agitators . . . . . 376
Agricultural limestone . . . . . 716
Air compressors . . . . . 297, 341
Air hammers . . . . . 355
Aluminum alloy
 bolt heads and nuts . . . . . 747
 bridge rail . . . . . 453, 747
 contact surfaces . . . . . 455
 corrugated pipe . . . . . 524, 698
 panels . . . . . 630, 751, 753
 railing . . . . . 454
 spiral rib pipe . . . . . 524, 700
 structural plate structures . . . . . 528, 699
 welding wire . . . . . 747
Aluminum-impregnated caulking compound . . . . . 783
Anchor bolts . . . . . 506, 772
Anchors, ground . . . . . 172, 775
Anchorage devices . . . . . 399, 775, 777
Annealing . . . . . 434
Antidesiccant . . . . . 727
Antistrip additive . . . . . 238, 665
Apparent specific gravity . . . . . 689, 694
Application wand . . . . . 307
Archeological sites . . . . . 38
Arches . . . . . 386, 436, 528, 600
Arrows for traffic signs . . . . . 754
Asphalt
 antistrip additive . . . . . 238, 665
 application temperature . . . . . 664
 cement . . . . . 52, 237, 663
 coated pipe . . . . . 524, 698
 coated structural plate structures . . . . . 528, 699
 cutback . . . . . 663
 distributor . . . . . 277, 287, 303, 627
 emulsified . . . . . 52, 663, 727
 evaluation procedures . . . . . 665
 mastic . . . . . 665
 mop coat . . . . . 664
 paved waterway . . . . . 546
 pavement crack and joint sealing . . . . . 310

000804

Asphalt (continued)
- pavement milling ... 305
- placement temperature ... 241
- plank ... 467, 665
- prime coat ... 300
- recycling agent ... 665
- roll roofing ... 467, 665
- sampling procedures ... 666
- surface treatment ... 286, 293, 675
- tack coat ... 241, 245, 303

Authority of
- government inspectors ... 20
- the contracting officer ... 20

Automobile liability insurance ... 42
Award ... 7, 14, 19, 45


## — B —

Backer rod ... 332, 344, 652, 712
Backfill material ... 132, 138, 684
- drainage culvert ... 137, 138, 684
- select granular ... 686
- special grout ... 687
- structural ... 684

Backing mat ... 764
Bales ... 90, 728
Bar chart method ... 80
Barbed wire ... 586, 590-592, 706
Barricades ... 85, 644, 762
Base aggregate ... 192, 226, 668
Base course, emulsified asphalt, treated ... 226
Batching plant ... 376
Bearing devices ... 383, 502
- elastomeric pads ... 745
- masonry, sole, and shim plates ... 505
- rocker, roller, and sliding ... 504
- tetrafluoroethylene surfaces ... 745

Bed course ... 686
Bedding material ... 137, 506, 684
Belt conveyor scales ... 52
Benching ... 106, 115
Bent plates ... 431




Bid
- bond ... 7, 15
- forms ... 7
- guarantee ... 7, 15
- opening of ... 16
- preparation of ... 14
- rejection of ... 16
- schedule ... 7
- schedule quantities ... 15

Bituminous material ... 467, 710, 711
Blasting log ... 124
Blasting plan ... 120
Block, concrete, masonry, and rubble ... 574, 779
Blotter ... 678
Bollards ... 586, 594
Bond ... 7, 16
Bonded fiber matrix hydromulch ... 719
Borders for traffic signs ... 754
Borrow excavation ... 106, 108, 115
Box beam rail ... 453, 578, 707
Box culverts ... 386, 524
Bracing ... 459
Brick ... 779
Bridge railing ... 453, 455, 748, 749
Bulletin board ... 39
Burlap ... 721
Burning material ... 104
Burying material ... 104
Butyl mastic ... 711


## — C —

Cable, wire ... 578, 704
Calcium chloride ... 217, 778
Camber diagram ... 427
Cast iron soil pipe and fittings ... 557, 781
Castings ... 744, 780
Catch basins ... 104, 531, 533
Cattle guards ... 593, 594
Caulking compound ... 783
Cellular concrete blocks ... 574, 779
Cement ... 662
Cement rubble masonry ... 596, 601, 691, 692
Central-mix plant ... 376, 377