000805

Centralizers . . . . . 173, 777
Certification . . . . . 26, 27, 59, 75
Certification of insurance . . . . . 41
Chain link fence . . . . . 587, 658, 706
Change order . . . . . 8
Channel preservation . . . . . 130, 136
Check dams . . . . . 91
Chemical admixtures . . . . . 709
Choker aggregate . . . . . 277-279, 678
Chromium alloy steel castings . . . . . 744
Circuit breakers and panels . . . . . 770
Claims . . . . . 41, 60, 182
Clay brick . . . . . 569, 779
Clay lumps . . . . . 671, 673, 676
Cleaning drainage structures . . . . . 543
Cleanup . . . . . 92, 123, 245, 261, 276, 277, 701
Clearing and grubbing . . . . . 68, 70-72, 98-102
Clevis connector . . . . . 764
Cloth, hardware . . . . . 764
Coarse aggregate for portland cement concrete . . . . . 667
Coconut mat . . . . . 626, 722
Cofferdams . . . . . 21, 130
Cold asphalt mix . . . . . 321, 666
Cold recycled asphalt base course . . . . . 281, 314
Cold weather . . . . . 381
Cold-drawn steel wire . . . . . 704, 764
Cold-poured sealer . . . . . 712
Collector systems . . . . . 556
Color coating . . . . . 372, 783
Commencement of work . . . . . 45
Commercial certification . . . . . 27
Commercial general liability insurance . . . . . 42
Completion of work . . . . . 45
Compost . . . . . 719
Comprehensive liability insurance . . . . . 42
Concrete
  anchorage devices . . . . . 399
  barriers . . . . . 582, 642
  bonding . . . . . 471
  brick . . . . . 779
  corrugated steel pipe . . . . . 524, 700
  crib wall . . . . . 165
  curing material . . . . . 709
  finishes . . . . . 391, 396, 398



Concrete (continued)
  masonry blocks . . . . . 574, 779
  minor structures . . . . . 520
  patching . . . . . 342
  pavement aggregate . . . . . 232, 671, 679
  paved waterway . . . . . 546
  piles . . . . . 357, 363, 365, 738
  pipe . . . . . 525, 535, 696
  prestressed . . . . . 404
  protective coatings . . . . . 780
  pumps . . . . . 388, 508
  railing . . . . . 453
  railings and parapets . . . . . 389
  structural . . . . . 372
Cones and tubular markers . . . . . 641
Conformity with contract requirements . . . . . 25
Connection plates . . . . . 431
Conserved topsoil . . . . . 107, 609, 716
Construction limits . . . . . 7, 38
Construction survey and staking . . . . . 67, 70
Contingent sum . . . . . 15
Contract
  conformity with . . . . . 25
  coordination of documents . . . . . 21
  intent of . . . . . 18
  modification . . . . . 8, 56, 82
  quantity . . . . . 15, 49, 55
  time . . . . . 46
Contracting officer . . . . . 8, 20
Contractor
  material sources . . . . . 23
  quality control . . . . . 73, 77, 232
  records . . . . . 18
  responsibility for work . . . . . 42
  sampling and testing . . . . . 77
Control charts . . . . . 75
Controlled blasting . . . . . 122
Conventional traffic paint . . . . . 756
Coordination of contract documents . . . . . 21
Coping . . . . . 599
Copper
  flashings . . . . . 714
  water stops . . . . . 469, 714
  water tube and fittings . . . . . 781
Corporations . . . . . 14

000806




Corrosion resistant steel rail . . . 378, 707
Corrugated
  metal spillways . . . 541
  metal units . . . 780
  polyethylene drainage tubing . . . 697
Cost or pricing data . . . 56
Countersinking . . . 459
Crack cleaning and sealing . . . 309, 341, 471
Crack fillers . . . 710
Crash cushion barrels . . . 640, 646, 708
Crib wall backfill . . . 688
Crib walls . . . 165, 182, 767
Critical path method . . . 46, 80
Crushed aggregate . . . 670
Culverts . . . 137, 386, 524
Curb and gutter . . . 550
Curbing
  asphalt concrete . . . 552
  cast-in-place concrete . . . 551
  precast concrete . . . 550
  stone . . . 550, 694
Curing material . . . 709
Cut-back asphalt . . . 663


## — D —


Damage claims . . . 41
Dampproofing . . . 463, 664
Day . . . 8
Default . . . 13, 48
Definitions . . . 7, 49, 101, 106
Deformed steel wire . . . 704
Delineator posts . . . 630, 753
Delineator retroreflectors . . . 754
Delivery and sampling of concrete . . . 380
Dense-graded emulsified asphalt pavement . . . 268
Determination of contract time . . . 46
Determination of pay factor . . . 27
Detour . . . 21, 84, 95
Dewatering . . . 131, 509
Diamond grinding . . . 342, 347, 351
Diesel hammers . . . 355, 367
Dimensioned masonry . . . 596, 692
Direct payment . . . 3, 54





Direct tension indicators . . . 442, 448
Disposal of unsuitable material . . . 113, 206, 337
Disposing of material . . . 104
Disputes . . . 18
Ditches . . . 112, 116, 545, 584
Dowels . . . 123, 329, 390, 458, 704, 742
Drains . . . 91, 461, 524, 535, 555, 735-737
Drilled shafts . . . 508-511, 514, 515
Drillers mud . . . 783
Drive pads . . . 569-571
Driven piles . . . 182, 354
Drum dryer-mixer plants . . . 239, 255
Drums . . . 641
Ductile iron culvert pipe . . . 698
Ducts . . . 410
Durometer hardness . . . 712
Dust control . . . 95, 778
Dust palliative . . . 216-218
Dynamic formula . . . 361


## — E —


Earthwork geotextiles . . . 126
Elastomeric bearing pads . . . 745
Elastomeric compression joint seals . . . 747
Electrical material . . . 652, 769
Electrical systems . . . 652
Electrochemical requirements
  chloride content . . . 687
  pH . . . 687
  resistivity . . . 687
  sulfate content . . . 687
Eliminated work . . . 58
Embankment construction . . . 106, 109, 115
Emulsified asphalt . . . 52, 663, 727
Emulsified asphalt pavement aggregate . . . 673-675
Emulsified asphalt treated base course . . . 226
Emulsion stabilizers . . . 709
Emulsion tackifiers . . . 611, 727
Environmental protection . . . 43
Epoxy
  coated reinforcing steel . . . 421, 583, 703
  markings . . . 636, 757
  resin adhesives . . . 762, 781

000807

Equipment . . . . . 287
Equipment costs . . . . . 57
Erection drawings . . . . . 20, 426, 450
Erosion control
  blankets and mats . . . . . 91, 626, 720-723
  check dams . . . . . 91
  culvert pipe . . . . . 88, 728
  diversions . . . . . 90
  filter barriers . . . . . 90
  mats and geocell . . . . . 720
  netting . . . . . 722-724
  outlet protection . . . . . 90
  roving . . . . . 627, 720, 725
  sandbags . . . . . 728
  sediment basins . . . . . 90
  silt fence . . . . . 90, 728, 730, 735
  slope drains . . . . . 91
  straw/hay bales . . . . . 728
  tackifiers . . . . . 611, 727
  turf establishment . . . . . 89, 91, 611, 626
Evaluation procedures for asphalt . . . . . 665
Evaporation . . . . . 383
Excavation
  borrow . . . . . 106, 108, 115
  roadway . . . . . 106,147
  rock blasting . . . . . 120
  structure . . . . . 129, 136
  topsoil . . . . . 107, 213, 609, 716
Excelsior blanket . . . . . 626, 722
Expansion and contraction joints . . . . . 390
Explosives and blasting accessories . . . . . 783
Extension of contract time . . . . . 46
Extruded aluminum panels . . . . . 630, 753
Eyebars . . . . . 438

## — F —

Fabric, welded wire . . . . . 704
Facilities and services . . . . . 657
Failure to complete work on time . . . . . 46, 60
Falsework . . . . . 476
Fasteners . . . . . 767
Fences . . . . . 586-595, 706, 728
Fencing materials . . . . . 706



Fertilizer . . . . . 717
Fiber glass roving . . . . . 627, 725
Fiberglass reinforced plastic . . . . . 752
Fiber-bonded asphalt coated steel pipe . . . . . 699
Field welded connections . . . . . 440
Filter barriers . . . . . 90
Filter fabrics . . . . . 730
Final acceptance . . . . . 32, 60
Final payment . . . . . 60
Fine aggregate angularity . . . . . 679
Fine aggregate for portland cement concrete . . . . . 667
Fineness modulus . . . . . 375
Finishing road surfaces . . . . . 205
Flaggers . . . . . 40, 86, 642
Flakiness index . . . . . 672
Flange plates . . . . . 430
Flat and elongated particles . . . . . 679
Floors
  laminated decks . . . . . 461
  planks . . . . . 460
  steel-grid . . . . . 425, 745
Flush coat . . . . . 277
Fly ash . . . . . 778
Foam filler . . . . . 712
Fog seal . . . . . 289
Form liner . . . . . 783
Form/support release criteria . . . . . 490
Forms and falsework . . . . . 476
Foundation fill . . . . . 684
Foundation preparation . . . . . 131, 137
Foundation seal . . . . . 131, 136
Frame material . . . . . 780
Freeze-thaw stability . . . . . 757
Furrow ditches . . . . . 112
Fusion-bonded epoxy . . . . . 776

## — G —

Gabion and revet mattress material . . . . . 765
Gabions . . . . . 162
Gabion rock . . . . . 689
Galvanized coatings . . . . . 425, 744
Galvanized coatings for structural steel . . . . . 744

000808


Galvanized steel rail . . . . . 578, 707
Gaskets . . . . . 712
Gasket joints . . . . . 525
Gates . . . . . 586-595, 706
General labor . . . . . 608
Geocell . . . . . 627, 720, 726
Geocomposite drains . . . . . 537, 735
Geotextile . . . . . 126, 573, 729-735
Glass beads . . . . . 759
Government-listed sources . . . . . 23
Government-provided sources . . . . . 22
Granular backfill . . . . . 667, 686
Grass straw cellulose fiber mulch . . . . . 718
Grate material . . . . . 780
Gray iron casting . . . . . 744, 780
Gravity hammers . . . . . 354, 358
Grease . . . . . 776
Ground anchors . . . . . 172, 775
Groundcovers . . . . . 615
Grout . . . . . 341, 347, 412, 687
Grout material . . . . . 781, 782
Grouted rubble paved waterway . . . . . 545
Grubbing . . . . . 98
Grubproofing . . . . . 611
Guardrail . . . . . 577, 642
Guardrail materials . . . . . 707
Guardwall . . . . . 582
Gutter . . . . . 550


## — H —


Hand-placed embankments . . . . . 693
Handling Material . . . . . 24
Hardware . . . . . 708, 742, 754, 764
Hardware, cloth . . . . . 764
Hauling vehicle . . . . . 50
Hazardous material . . . . . 105, 492
Heating kettle . . . . . 308
High-strength bolts, nuts, and washers . . . . . 425, 451, 743
High strength steel . . . . . 743
Hook bolts . . . . . 703
Horizontal drains . . . . . 555
Hot
  air . . . . . 406
  asphalt concrete pavement . . . . . 232, 671
  asphalt treated base course . . . . . 264-267
  compressed air lance . . . . . 307
  poured sealants . . . . . 332
  recycled asphalt concrete pavement . . . . . 254-259
  weather . . . . . 382, 412
Hydraulic cement . . . . . 662
Hydraulic jacks . . . . . 407
Hydrophilic polymers . . . . . 727


## — I —


Identification of steel . . . . . 428
Illumination material . . . . . 769
Indirect payment . . . . . 55
Individual surety . . . . . 16
Individuals . . . . . 14
Inlets . . . . . 531
Inspection
  at the plant . . . . . 32
  final . . . . . 33
  of construction . . . . . 25
  nursery . . . . . 720
  plant material . . . . . 618
  records . . . . . 75
  reporting . . . . . 92
  steel . . . . . 426
  visual . . . . . 26
Insurance . . . . . 40-42
Intent of contract . . . . . 18
Invert-paved corrugated steel pipe . . . . . 524, 700
Iron blast-furnace slag . . . . . 374, 778


## — J —


Jacking . . . . . 345, 404, 407
Jet waterblasting . . . . . 341
Jetted piles . . . . . 361

608000


Joint
- material . . . 710
- mortar . . . 712
- sealing . . . 308, 326, 332, 712
- ventures . . . 14

Jute mesh . . . 626, 721


## — K —


Keyed riprap . . . 156


## — L —


Laboratory, field . . . 657
Labor, general . . . 608
Ladder rung material . . . 780
Lag screws . . . 754
Laminated decks . . . 461
Lateral gusset plates . . . 431
Latex modifier . . . 372, 709
Laws to be observed . . . 38
Layout of work . . . 66
Lean concrete backfill . . . 567, 679
Legal relationship of the parties . . . 43
Legume inoculants . . . 717
Letters for traffic signs . . . 754
Lighting material . . . 771
Lighting systems . . . 652
Lightning arrester . . . 770
Lightweight aggregate . . . 671
Lignin sulfonate . . . 217, 781
Lime . . . 316, 318, 778
Limestone . . . 583, 694, 716
Limitations on construction . . . 85
Linear grading . . . 147
Lining, plastic . . . 90, 781
Linseed oil . . . 780
Liquid membrane curing compound . . . 331, 395, 406, 463
Liquidated damages . . . 47
Load restrictions . . . 21
Local material sources . . . 22
Log rail . . . 577-579
Low-modulus silicone joint sealant . . . 712





Lubricant adhesive . . . 711
Lumber . . . 458, 742
Luminaires . . . 653, 773
Lump sum . . . 15


## — M —


Magnesium chloride . . . 217, 778
Maintaining roadways . . . 84
Maintenance of
- the roadway . . . 84, 193,227
- the work . . . 32, 33, 92

Malleable iron castings . . . 744, 780
Manholes . . . 531
Markers . . . 604, 630, 638, 641-643, 760, 761
Masonry cement . . . 662, 713
Masonry, stone . . . 563, 596
Material
- contractor sources . . . 23
- found in the work . . . 24
- government sources . . . 23, 24
- local sources . . . 22
- source management . . . 23
- storing and handling . . . 24

Matting . . . 91, 626, 720-723
Meaning of terms . . . 3
Measured conformance . . . 27
Measurement methods . . . 10, 49
Measurement terms and definitions . . . 49
Mechanically stabilized earth wall material . . . 763
Mechanically stabilized earth walls . . . 168
Membrane waterproofing . . . 465
Merchantable timber . . . 99
Metal beam rail . . . 707
Metal crib wall . . . 165
Metal pipe . . . 526, 698, 712
Metallic-coated corrugated steel pipe . . . 524, 555, 698
Metallic-coated spiral rib pipe . . . 524, 700
Mineral
- filler . . . 779
- slurry (drillers mud) . . . 513, 783
- spirits . . . 780, 783

Minor concrete structures . . . 520
Miscellaneous planting material . . . 615, 726

000810


Mobilization . . . . . 64
Monuments . . . . . 69, 604
Mortar . . . . . 665, 712, 713, 782
Mortar for masonry beds and joints . . . . . 713
Mortared joints . . . . . 525
Mortared riprap . . . . . 157
Mortared rubble paved waterway . . . . . 546
Mulch . . . . . 612, 618, 717
  bonded fiber matrix . . . . . 719
  compost . . . . . 719
  grass straw cellulose fiber . . . . . 718
  hay . . . . . 718
  peat moss . . . . . 617, 718
  straw . . . . . 717, 719
  wood chips . . . . . 718
  wood fiber . . . . . 718
Multiple-course surface treatment . . . . . 290


## — N —


Nighttime operations . . . . . 86
Non-reinforced concrete pipe . . . . . 524, 696
Nonasphalt emulsions . . . . . 727
Nonimpact hammers . . . . . 355
Notice to proceed . . . . . 10, 19, 45, 79, 82
Numerals for traffic signs . . . . . 754


## — O —


Object marker . . . . . 630, 753, 755
Object marker retroreflectors . . . . . 630, 755
Office, field . . . . . 657
Open-graded
  asphalt friction course . . . . . 260
  asphalt friction course aggregate . . . . . 672
  emulsified asphalt pavement . . . . . 274
Opening of bids . . . . . 16
Opening to traffic . . . . . 335, 349
Outlet drains . . . . . 556
Overburden . . . . . 23, 114, 122
Oxygen cutting . . . . . 430, 505




## — P —


Pads
  drive . . . . . 569-571
  elastomeric bearing . . . . . 745
Paint for
  concrete and masonry block structures . . . . . 702
  steel structures . . . . . 702
  timber structures . . . . . 702
Paint, general . . . . . 701
Painting . . . . . 413, 455, 461, 492-501
Paleontological sites . . . . . 38
Panels for traffic signs . . . . . 751
Parapet walls . . . . . 599
Partial acceptance . . . . . 32
Partial payment . . . . . 60, 619
Partnering . . . . . 18
Partnerships . . . . . 14
Patching . . . . . 139, 205, 321, 333, 342, 345
Paved medians . . . . . 569
Paved waterways . . . . . 545
Pavement
  edge drains . . . . . 535, 737
  jacking . . . . . 345
  markers . . . . . 634, 638, 643, 760
  smoothness . . . . . 245, 317, 332, 336
Pavements
  cold recycled . . . . . 281,314
  concrete restoration . . . . . 340
  crack and joint sealing . . . . . 307
  dense-graded emulsified asphalt . . . . . 268
  hot asphalt concrete . . . . . 232
  hot asphalt treated base course . . . . . 264
  hot recycled . . . . . 254
  milling . . . . . 305
  minor asphalt concrete . . . . . 251
  open-graded asphalt friction course . . . . . 260
  open-graded emulsified asphalt . . . . . 274
  portland cement concrete . . . . . 324, 340
  surface treatment . . . . . 286
Paving fabric geotextiles . . . . . 735
Paving geotextiles . . . . . 311
Pay factor . . . . . 27

000811



Payment
- bond . . . . . 10, 16
- eliminated work . . . . . 58
- final . . . . . 60
- partial . . . . . 60, 619
- pricing of adjustments . . . . . 55
- progress . . . . . 58, 94, 650
- scope of . . . . . 54

Peat moss . . . . . 617, 718
Pegs for sod . . . . . 620, 727
Penetrating stain . . . . . 563, 702
Perforated concrete pipe . . . . . 535, 696
Performance bond . . . . . 10, 16
Performance tests . . . . . 178
Permanent
- erosion control . . . . . 126, 734
- ground anchors . . . . . 172, 182
- pavement markings . . . . . 634
- traffic control . . . . . 630

Permeable backfill . . . . . 142, 667
Piles
- CAPWAP . . . . . 365-367
- concrete . . . . . 357, 363, 365, 738
- drive . . . . . 354
- dynamic formula . . . . . 361
- hammers . . . . . 354
- load tests . . . . . 354, 365, 370
- preboring . . . . . 362
- sheet . . . . . 741
- shoes . . . . . 354, 741
- splices . . . . . 741
- steel . . . . . 363, 368
- steel H-piles . . . . . 354, 370, 740
- steel pipe . . . . . 740, 744
- steel shell . . . . . 364, 740
- timber . . . . . 363, 369, 480, 738
- wave equation . . . . . 357, 360

Pilot cars . . . . . 642
Pins and rollers . . . . . 437, 743
Pipe
- cast iron soil . . . . . 557, 781
- polyethylene . . . . . 781
- polyvinyl chloride . . . . . 781
- seamless copper . . . . . 781



Pipe culverts
- aluminum alloy . . . . . 698
- asphalt-coated . . . . . 698
- concrete . . . . . 525, 535, 696
- concrete-lined . . . . . 700
- ductile iron . . . . . 698
- erosion control . . . . . 88, 728
- fiber-bonded . . . . . 699
- invert-paved . . . . . 524, 700
- metallic-coated . . . . . 698
- plastic . . . . . 696
- polymer-coated . . . . . 699
- salvaged . . . . . 543
- slotted drain . . . . . 526, 699
- spiral ribbed . . . . . 700
- structural plate . . . . . 528, 698
- underdrains . . . . . 535, 736

Placed riprap . . . . . 156
Plank floors . . . . . 460
Plant
- establishment period . . . . . 47, 618
- inspection . . . . . 32
- material . . . . . 615-618, 719

Plastic
- fence material . . . . . 708
- lining . . . . . 90
- lining material . . . . . 781
- panels . . . . . 630, 752
- pipe . . . . . 138, 526, 696, 776
- water stops . . . . . 470, 714

Platform scales . . . . . 52
Plywood panels . . . . . 751
Pneumatic-tire rollers . . . . . 287
Polyester markings . . . . . 637, 759
Polyethylene film . . . . . 457, 709
Polymer-coated steel pipe . . . . . 699
Polypropylene roving . . . . . 627, 726
Polyvinyl acetate . . . . . 727
Portland cement . . . . . 662
Portland cement concrete pavement . . . . . 324
Portland cement concrete pavement restoration . . . . . 340
Portable rubble strip . . . . . 647

000812

Post
- delineator . . . . . 630, 753
- fence . . . . . 706
- guardrail . . . . . 707, 708
- sign . . . . . 753

Post-tensioned members . . . . . 409
Postwork pricing . . . . . 56
Power of attorney . . . . . 15
Pozzolans . . . . . 778
Preboring . . . . . 362
Precast
- concrete curbing . . . . . 779
- concrete piles . . . . . 363, 365, 739
- concrete units . . . . . 779
- guardwalls . . . . . 582
- reinforced concrete box sections . . . . . 524

Preconstruction conference . . . . . 45, 79, 86, 557, 652
Preformed expansion joint fillers . . . . . 710
Preformed plastic markings . . . . . 638, 759
Preparation of bids . . . . . 14
Preparing foundation for embankment . . . . . 109
Preservative treatment . . . . . 578, 707, 742
Presplitting . . . . . 120
Prestressed concrete . . . . . 404
Prestressed concrete piles . . . . . 356, 363
Prestressing steel . . . . . 405, 408, 411, 705
Pretensioned members . . . . . 408
Pricing of adjustments . . . . . 55
Production blasting . . . . . 123
Production certification . . . . . 26
Profile index . . . . . 246, 322
Profilograph . . . . . 245, 332
Progress payments . . . . . 58, 94, 650
Project dust control . . . . . 95
Project weighing system . . . . . 52
Proof test . . . . . 179
Prosecution of work . . . . . 45
Protecting seeded areas . . . . . 613
Protection of
- environmental . . . . . 43
- erosion . . . . . 91, 127
- forests . . . . . 44
- parks . . . . . 44
- property . . . . . 38
- public, property, and workers . . . . . 39, 492, 644



Protection of (continued)
- public lands . . . . . 44
- railroad . . . . . 39
- the work . . . . . 493, 615
- traffic . . . . . 640
- utilities . . . . . 38

Protective coatings for concrete . . . . . 780
Public opening of bids . . . . . 16
Public traffic . . . . . 33, 84, 95, 640

## — Q —

Quality control . . . . . 73-77, 282, 379, 583
Quicklime . . . . . 316, 318

## — R —

Rail
- box beam . . . . . 707
- corrosion resistant steel . . . . . 707
- galvanized steel . . . . . 707
- steel-backed timber . . . . . 707

Railroad insurance . . . . . 40
Railroad protection . . . . . 39
Raised pavement markers . . . . . 638, 643, 760, 761
Rate of evaporation . . . . . 384
Receiving procedures . . . . . 54
Reconditioning drainage structures . . . . . 543
Records . . . . . 18, 57, 74, 75, 472
Recycled asphalt concrete pavement . . . . . 254
Recycled mix . . . . . 318
Recycling agent . . . . . 665
Reinforced
- arch-shaped concrete pipe . . . . . 696
- concrete pipe . . . . . 696
- concrete retaining walls . . . . . 187
- D-load concrete pipe . . . . . 696
- elliptically-shaped concrete pipe . . . . . 696

Reinforcing steel . . . . . 187, 333, 369, 420, 703
Rejection of bid . . . . . 16
Relative humidity . . . . . 383
Removal of
- individual trees . . . . . 101
- structures and obstructions . . . . . 105
- stumps . . . . . 586

000813

Rental equipment . . . 606
Repairing drainage structure . . . 543
Residential housing . . . 658
Residual asphalt content . . . 271, 278, 295
Resistivity . . . 687, 714
Responsibility
  for damage claims . . . 41
  for inspection system . . . 74, 75
  for the work . . . 32, 33, 42
  to the public . . . 38
Restoration of landscape . . . 38
Restrictions, load . . . 21
Retaining walls . . . 165, 182, 187
Retarder . . . 709
Retent . . . 59
Retroreflective sheeting . . . 750
Revet mattresses . . . 689
Revet mattress rock . . . 765
Ribbed bolts . . . 440
Right-of-way . . . 10, 42
Riprap . . . 91
Riprap rock . . . 690
Risk . . . 28
Road maintenance . . . 84
Road reconditioning . . . 204
Roadside improvement material . . . 716
Roadway excavation . . . 106, 147
Roadway obliteration . . . 145
Rock blasting . . . 120
Rock for
  buttresses . . . 694
  masonry structures . . . 691
  special rock embankment . . . 693
Rocker bearings . . . 504
Roller bearings . . . 504
Rope, wire . . . 703
Rotary power broom . . . 287
Rounding cut slopes . . . 116
Router . . . 307
Roving . . . 627, 720, 725
Rubber water stops . . . 469, 714
Rubble masonry . . . 596
Rubblize . . . 348
Rumble strip, portable . . . 647



— S —

Safety
  accident prevention . . . 42, 84
  codes . . . 38
  disconnect switches . . . 770
  painting . . . 492
  supervisor . . . 86
Salvaging material . . . 103
Sand . . . 667, 673, 678
Sandbags . . . 728
Sandblasting . . . 341
Sanitary sewer systems . . . 560
Sanitation, health, and safety . . . 42
Saw cutting . . . 308
Scales . . . 52, 53, 316
Scarification . . . 206
Schedule updates . . . 82
Schedules for construction contracts . . . 79
Scope of payment . . . 54
Scrub resistance . . . 757
Sealants, fillers, seals, and sleeves . . . 710
Seamless copper water tube and fittings . . . 557, 781
Sediment retention structures . . . 90
Seed . . . 91, 612, 717
Select
  borrow . . . 106, 115, 685
  granular backfill . . . 686
  topping . . . 115, 685
Selective clearing and grubbing . . . 101
Shadow vehicle . . . 644
Shale brick . . . 779
Shear angle of internal friction . . . 686
Shear connector, welded stud . . . 744
Sheathing . . . 776
Sheet drains . . . 535, 737
Sheet drain geocomposite . . . 737
Sheet lead . . . 425, 745
Sheet piles . . . 741
Shim plates . . . 505
Shop drawings . . . 426-428
Shrubs . . . 615
SI symbols . . . 5
Sidewalks . . . 569

000814


Signal system . . . . . 646
Signals, traffic . . . . . 652, 762
Signposts . . . . . 753
Signs . . . . . 84, 245, 312, 630, 641
Silica fume . . . . . 374, 778
Silicon sealants . . . . . 712
Silt fence . . . . . 90, 728, 730, 735
Simulated stone masonry surface . . . . . 566
Single-course surface treatment . . . . . 289
Sisal mesh . . . . . 626, 721
Skidmore-wilhelm calibrator . . . . . 441-443
Slab stabilization . . . . . 342
Slag . . . . . 374, 520, 671, 717, 778
Sliding bearing . . . . . 504
Slip form . . . . . 325
Slopes
  finishing . . . . . 110-113, 609
  paving . . . . . 573-575
  protection of . . . . . 90
Slotted drain pipe . . . . . 526, 699
Slurry
  mineral . . . . . 783
  seal . . . . . 295
  seal aggregate . . . . . 677
Small business . . . . . 15, 45
Sod . . . . . 620, 727
Soil erosion control . . . . . 88
Solicitation . . . . . 11, 14, 25
Source of supply and quality requirements . . . . . 22
Special grout backfill . . . . . 687
Special rock buttress . . . . . 160, 694
Special rock embankment . . . . . 160, 693
Specifications and drawings . . . . . 9, 20
Specifications format . . . . . 3
Sphagnum . . . . . 718
Spillways . . . . . 541, 545
Splice plates . . . . . 431
Splices . . . . . 333, 364, 422, 436, 741
Sprigging . . . . . 623-625
Sprigs . . . . . 623, 727
Squeegee . . . . . 296 308
Stability testing . . . . . 347
Stabilizing emulsion tackifiers . . . . . 611, 727
Staking . . . . . 66





Staking tolerances . . . . . 70
Staging areas . . . . . 85, 95
Statistical evaluation
  of the work . . . . . 27-37
  pay factor determination . . . . . 31, 36, 37
  quality characteristics . . . . . 28
  quality level . . . . . 30, 34, 35
Station . . . . . 12
Steam hammers . . . . . 355
Steel
  backed log rail . . . . . 577, 579
  backed timber rail . . . . . 578, 707
  bolts, nuts, and washers . . . . . 425, 451, 743
  castings . . . . . 744, 780
  die stamp markings . . . . . 429
  forgings . . . . . 425, 451, 743
  grid floors . . . . . 425, 745
  H-piles . . . . . 354, 370, 740
  identification . . . . . 428
  joints . . . . . 390
  panels . . . . . 630, 751
  piles . . . . . 363, 368
  pins and rollers . . . . . 743
  pipe . . . . . 698, 740, 744
  rail . . . . . 454, 579, 707
  shell piles . . . . . 364
  shells . . . . . 740
  shoring . . . . . 479
  structures . . . . . 425
Steel surface roughness values . . . . . 433
Stepped slopes . . . . . 113
Stiffeners . . . . . 431-433
Stockpiled aggregates . . . . . 219
Stone curbing . . . . . 694
Stone masonry . . . . . 563, 596
Storing material . . . . . 24, 449
Straw bales . . . . . 728
Straw mulch . . . . . 717
Striping (see Pavement markings)
Structural
  aluminum alloy . . . . . 746
  concrete . . . . . 372
  concrete bonding . . . . . 471
  plate structures . . . . . 528, 698
  steel . . . . . 425, 743