000815


Structure excavation and backfill . . . . . . 129, 136
Subbase aggregate . . . . . . 668
Subcontracting . . . . . . 45
Subcontractor . . . . . . 12, 45, 74
Subexcavation . . . . . . 106-108, 115
Subgrade stabilization . . . . . . 149
Substantial completion . . . . . . 12
Suitable material . . . . . . 12
Superpave asphalt concrete pavement aggregate . . . . . . 679, 681, 683
Supplemental agreement . . . . . . 8
Surety . . . . . . 13, 16
Surface course aggregate . . . . . . 668-670
Surface treatment, asphalt . . . . . . 286, 293, 675
Survey and staking . . . . . . 66
Survey and staking tolerances . . . . . . 70
Stop order . . . . . . 48
Symbols for traffic signs . . . . . . 754
Synthetic erosion control mat . . . . . . 723
Synthetic polypropylene mesh . . . . . . 724


## — T —


Tackifiers . . . . . . 611, 727
Tar . . . . . . 363, 369, 704
Tar paper . . . . . . 739
Target value . . . . . . 13, 670, 672, 674-676, 681-683
Temperature and weather conditions . . . . . . 381
Temporary
  concrete barriers . . . . . . 642
  crash cushion . . . . . . 640, 646, 708
  pavement markings . . . . . . 761
  plastic fence . . . . . . 88, 708
  signal system . . . . . . 640, 646
  traffic barriers . . . . . . 483
  traffic control . . . . . . 640
  traffic control devices . . . . . . 762
Test piles . . . . . . 360
Tested conformance . . . . . . 27
Testing equipment . . . . . . 177
Tetrafluoroethylene surfaces for bearings . . . . . . 745
Texturing concrete . . . . . . 392
TFE materials . . . . . . 745
Thermoplastic markings . . . . . . 637, 759
Tie bars . . . . . . 703





Timber
  crib wall . . . . . . 166
  piles . . . . . . 363, 369, 480, 738
  piles, untreated . . . . . . 738
  rail . . . . . . 578, 707
  railing . . . . . . 455
  structures . . . . . . 457, 742
Time extensions . . . . . . 46
Topping . . . . . . 115, 685
Topsoil . . . . . . 107, 213, 609, 716
Traffic
  control . . . . . . 70, 84-87, 630-633, 640-647, 762
  control signs . . . . . . 630
  marking material . . . . . . 750
  markings . . . . . . 634, 640
  paint . . . . . . 638, 756
  signing material . . . . . . 750
  supervisor . . . . . . 86
Treated
  aggregate courses . . . . . . 197
  structural timber and lumber . . . . . . 742
  timber . . . . . . 458
  timber piles . . . . . . 363, 738
Tree wound dressing . . . . . . 727
Trees . . . . . . 615, 720
Tremies . . . . . . 388, 516
Truck agitator . . . . . . 378
Truck mixer . . . . . . 377
Truss members . . . . . . 430, 458
Tubular markers . . . . . . 641, 647, 762
Tubular steel piles . . . . . . 740
Turf establishment . . . . . . 89, 91, 611, 626
Turf reinforcement mats . . . . . . 91, 626, 724
Turned bolts . . . . . . 440
Twine . . . . . . 727


## — U —


Unclassified borrow . . . . . . 115, 685
Underdrains . . . . . . 535, 736
Underdrain, geocomposite . . . . . . 736
Underpass, structural plate . . . . . . 528
Underseal grout . . . . . . 347
Undersealing . . . . . . 346

000816

Unit mass . . . . . 9, 375, 688, 689
Untreated
  aggregate courses . . . . . 192
  structural timber and lumber . . . . . 457, 742
  timber . . . . . 458, 742
  timber piles . . . . . 354, 738
Use of material found in the work . . . . . 24
Utilities . . . . . 38, 39
Utilization of small business . . . . . 45

— V —

Value engineering . . . . . 18
Value of work . . . . . 27
Variable message sign . . . . . 645
Vegetable gum . . . . . 727
Vertical panels . . . . . 644, 762
Vibratory requirements . . . . . 387
Vines . . . . . 615
Viscosifiers . . . . . 727
Visual inspection . . . . . 26, 30, 269, 430, 510

— W —

Walls
  alternate retaining . . . . . 182-186
  crib . . . . . 165
  gabions . . . . . 162
  mechanically stabilized earth . . . . . 168-170
  reinforced concrete . . . . . 187-190
  revets . . . . . 162
Warning lights . . . . . 644, 762
Washers . . . . . 442, 458, 742, 773
Water . . . . . 778
Water crossing, temporary . . . . . 90
Water distribution system material . . . . . 781
Water stops . . . . . 390, 469, 714
Water systems . . . . . 557-559
Waterborne traffic paint . . . . . 756
Watering for dust control . . . . . 95
Waterproof paper . . . . . 709, 726
Waterproofing . . . . . 394, 465, 664
Watertight gaskets . . . . . 712
Waterways . . . . . 90, 251, 545



Wave equation . . . . . 357, 360
Weather conditions . . . . . 47, 241, 251, 261, 270, 381
Web plates . . . . . 430
Weighing procedures and devices . . . . . 52
Welded steel wire fabric . . . . . 704
Welded stud shear connectors . . . . . 425, 744
Welded connections . . . . . 438
Welding . . . . . 364, 449
Wheel guards . . . . . 461
Wheel stops . . . . . 552
Wind velocity . . . . . 383
Wire
  aluminum welding . . . . . 747
  barbed . . . . . 706
  brace and anchor . . . . . 726
  cable . . . . . 578, 704
  chain link . . . . . 706
  electrical . . . . . 769
  facing fabric . . . . . 764
  gates . . . . . 592
  revet mattress . . . . . 766
  rope . . . . . 703
  woven . . . . . 590-592, 706
Wood
  excelsior bales . . . . . 728
  fiber mulch . . . . . 718
  piles . . . . . 369
Work
  control of . . . . . 20
  completion of . . . . . 45
  disputes . . . . . 18
  elimination of . . . . . 58
  layout of . . . . . 66
  prosecution of . . . . . 45
  scope of . . . . . 18
  statistical evaluation . . . . . 27-37
  zone . . . . . 641
Worker's compensation insurance . . . . . 42
Working drawings . . . . . 14,129,130
Woven paper netting . . . . . 721
Woven wire . . . . . 590-592, 706

# MARGIN INDEX

DIVISION 100 — General Requirements

DIVISION 150 — Project Requirements

DIVISION 200 — Earthwork

DIVISION 250 — Structural Embankments

DIVISION 300 — Aggregate Courses

DIVISION 400 — Asphalt Pavements and Surface Treatments

DIVISION 500 — Portland Cement Concrete Pavement

DIVISION 550 — Bridge Construction

DIVISION 600 — Incidental Construction

DIVISION 700 — Material

Publication No. FHWA-FLP-96-007