IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DEATLEY CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1052C |
| | ) | (Chief Judge Edward J. Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REOPEN DISCOVERY

Defendant, the United States, respectfully moves for leave to file this sur-reply to plaintiff's reply to our opposition to plaintiff's motion to re-open fact discovery.

By order dated January 24, 2006, this Court granted the Government's motion to amend its answer to the complaint in order to assert counterclaims and an affirmative defense. The gravamen of the Government's motion is that plaintiff fraudulently inflated the amount of the claim that it presented to the contracting officer, the denial of which is the basis for this lawsuit.

On March 1, 2006, plaintiff filed a motion seeking to reopen fact witness discovery "for the sole purpose of discovering facts that surround or refute the Government's counterclaims and affirmative defense." Plaintiff's memorandum in support of motion to reopen discovery at 1.

In our March 2, 2006 opposition to plaintiff's motion we argued that plaintiff's motion should be be denied because our counterclaims are premised entirely upon DeAtley's certified claim. Thus, there are no "facts" of which any Government employee is aware that are not contained in DeAtley's own documents. In its reply to our opposition, DeAtley argues that it seeks to "obtain a clear understanding of the basis of the Government's claims . . ." Plaintiff's reply to defendant's opposition to plaintiff's motion to reopen discovery at 2. Government

counsel is willing to outline for DeAtley's counsel the basis of the counterclaims, counterclaims that were in fact drafted by Government counsel and for which Government counsel is responsible. In fact, DeAtley's counsel, and the principals of DeAtley, were made aware of the Government's concern that the claimed amount was inflated during the March 2005 settlement meeting. Counsel for DeAtley choose not to pursue the issue during our settlement meeting or thereafter when DeAtley's counsel deposed a number of the agency's fact witnesses.

For the foregoing reasons, and for the reasons stated in our March 2, 2006 opposition to plaintiff's motion, the United States respectfully requests that plaintiff's Motion for Leave to Reopen Discovery be denied.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
ATTN: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972

March 22, 2006

Attorneys for Defendant