IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., Plaintiff, vs. THE UNITED STATES, Defendant. | Case No.: 041052C (Judge Edward J. Damich) **SUPPLEMENTAL STATUS REPORT** |

M.A. DeAtley Construction, Inc. ("M.A. DeAtley"), by and through its attorneys of record, Dunn & Black, P.S., hereby submit a supplemental status report pursuant to Section 7(a)(i) of the Court's Special Procedures Order. On March 17, 2006, M.A. DeAtley Construction, Inc., filed a Status Report and attached a copy of the entire contract upon which M.A. DeAtley's claims are based. To supplement, attached to this Supplemental Status Report are the plans related to the contract. Due to the voluminous nature of this document, a hard copy will follow via overnight mail.

DATED this 24th day of March, 2006.

s/ JOHN C. BLACK
JOHN C. BLACK
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of March, 2006, a copy of the foregoing *Supplemental Status Report* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK