
USFS Road 4300500
12+000 To 12+026
(Mainline 19+186 Lt.)
Stimpson Lumber Road
11+000 To 11+196
(Mainline 18+460 Lt.)
STATE WA
PROJECT PFH 158-1(2)
SHEET NUMBER E.6
Designed: TOM CAVANAUGH, P.E. 11/00
Checked: BRIAN WACKER, P.E. 11/00
M.A. DeATLEY 01446




M.A. DeATLEY 01447


STATE
WA
PROJECT
PFH 158-1(2)
SHEET NUMBER
E.8
Note:
Approach road to be completed by others.
Stimpson Lumber Road
19+000 To 19+182
(Mainline 22+265 Rt.)
Stimpson Lumber Road
18+000 To 18+031
(Mainline 22+265 Lt.)
M.A. DeATLEY 01448
Designed: TOM CAVANAUGH, E.I.T. 11/00
Checked: BRIAN WACKER, P.E. 11/00
Excavation cubic meter
Embankment cubic meter

M.A. DeATLEY 01449




STATE WA
PROJECT PFH 158-1(2)
SHEET NUMBER E.10
℄ USFS ROAD 4347000
R=49m
27°10'57"
R=49m
R=24m
R=2.4m
R=1m
27°9'25"
20+554.60
20+500
20+480
℄ Flowery Trail Road
Mainline Edge of Shoulder 1/
10.0 m Paved
1.0 m Gravel
Place 25 Boulders @ 2.5 m Centers
Road Approach Edge of Pavement
NOTES:
1. Provide boulders that are 0.6-1.0 m meters in diameter.
2. Quantities for roadway excavation and surfacing are included in mainline quantities.
3. Use same typical section for turnout pavement structure as mainline.
FOOTNOTE:
1/ Provide a minimum 2.1m clear distance between edge of traveled way and embeded boulder.
Intersection Radii Data
Northing Easting
① 248995.438 846651.195
② 249041.116 846633.185
③ 249044.298 846656.041
④ 249034.513 846635.794
⑤ 249030.498 846629.938
⑥ 249042.659 846650.747
⑦ 249022.309 846637.837
℄
Traveled Way
Shoulder
10.0 m Paved
2.0%
1.0 m Gravel
Boulder (Embed 1/3 Diameter)
1:4
1:1.5
Subexcavation
TYPICAL CROSS SECTION
U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
SPECIAL
TURNOUT DETAIL
STA. 20+480 TO 20+554.60
SPECIAL
S999-1
M.A. DeATLEY 01450
Designed: MARK McNEARNEY, E.I.T. 11/00
Checked: BRIAN WACKER, P.E. 11/00


STATE
WA
PROJECT
PFH 158-1(2)
SHEET NUMBER
E.11
NOTES:
1. Provide boulders that are 0.6-1.0 m meters in diameter.
2. Quantities for roadway excavation and surfacing are included in mainline quantities.
3. Use same typical section for turnout pavement structure as mainline.
FOOTNOTES:
1/ See cross sections for cross slope.
2/ Provide a minimum 2.1m clear distance between edge of traveled way and embedded boulder.
U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
SPECIAL
TURNOUT DETAIL
STA. 24+540 TO 24+600
SPECIAL
S999-2
M.A. DeATLEY 01451
Proposed Retaining Wall
Proposed Guardrail
℄ Flowery Trail Road
24+600
24+580
24+560
24+540
Place 20 Boulders @ 2.5 m Centers
Not to Scale
4.2m Paved
1.0m Gravel
Mainline Edge of Shoulder 2/
Boulder (Embed 1/3 Diameter)
1.0 m Gravel
Variable
Shoulder
4.2 m Paved
1/
Traveled Way
℄
Subexcavation
Rock armor, drainage blanket
TYPICAL CROSS SECTION
Not to Scale
07 NOV 1998

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | E.12 |




PLAN OF TYPE M APPROACH




PLAN OF TYPE B APPROACH




Illustration showing standard Road Approach locations on plan sheet

## TYPE M INTERSECTION DATA

| INTERSECT ∠ I | $\Delta_1$ | $\Delta_2$ | $T_1$ | $T_2$ | $T_3$ | $T_4$ |
|---|---|---|---|---|---|---|
| 75° | 67°35' | 105° | 11.04 | 21.50 | 39.52 | 16.56 |
| 76° | 68°35' | 104° | 11.25 | 21.12 | 39.82 | 16.77 |
| 77° | 69°35' | 103° | 11.46 | 20.74 | 40.12 | 16.99 |
| 78° | 70°35' | 102° | 11.68 | 20.38 | 40.43 | 17.21 |
| 79° | 71°35' | 101° | 11.90 | 20.02 | 40.74 | 17.44 |
| 80° | 72°35' | 100° | 12.12 | 19.66 | 41.05 | 17.67 |
| 81° | 73°35' | 99° | 12.34 | 19.32 | 41.36 | 17.91 |
| 82° | 74°35' | 98° | 12.57 | 18.98 | 41.68 | 18.13 |
| 83° | 75°35' | 97° | 12.80 | 18.65 | 42.00 | 18.39 |
| 84° | 76°35' | 96° | 13.03 | 18.33 | 42.33 | 18.64 |
| 85° | 77°35' | 95° | 13.26 | 18.01 | 42.66 | 18.90 |
| 86° | 78°35' | 94° | 13.50 | 17.69 | 42.99 | 19.16 |
| 87° | 79°35' | 93° | 13.74 | 17.39 | 43.33 | 19.43 |
| 88° | 80°35' | 92° | 13.99 | 17.09 | 43.67 | 19.67 |
| 89° | 81°35' | 91° | 14.24 | 16.79 | 44.02 | 19.98 |
| 90° | 82°35' | 90° | 14.49 | 16.50 | 44.31 | 20.27 |
| 91° | 83°35' | 89° | 14.75 | 16.21 | 44.72 | 20.56 |
| 92° | 84°35' | 88° | 15.01 | 15.93 | 45.08 | 20.82 |
| 93° | 85°35' | 87° | 15.27 | 15.66 | 45.45 | 21.16 |
| 94° | 86°35' | 86° | 15.54 | 15.39 | 45.82 | 21.47 |
| 95° | 87°35' | 85° | 15.82 | 15.12 | 46.20 | 21.79 |
| 96° | 88°35' | 84° | 16.10 | 14.87 | 46.59 | 22.11 |
| 97° | 89°35' | 83° | 16.38 | 14.60 | 46.98 | 22.44 |
| 98° | 90°35' | 82° | 16.67 | 14.34 | 47.38 | 22.78 |
| 99° | 91°35' | 81° | 16.96 | 14.09 | 47.78 | 23.13 |
| 100° | 92°35' | 80° | 17.26 | 13.85 | 48.20 | 23.49 |
| 101° | 93°35' | 79° | 17.57 | 13.60 | 48.62 | 23.85 |
| 102° | 94°25' | 78° | 17.88 | 13.36 | 49.04 | 24.23 |
| 103° | 95°35' | 77° | 18.19 | 13.12 | 49.48 | 24.61 |
| 104° | 96°35' | 76° | 18.51 | 12.89 | 49.93 | 25.00 |
| 105° | 97°35' | 75° | 18.84 | 12.66 | 50.38 | 25.40 |




PROFILE OF TYPE B AND M APPROACHES

* See plans for exceptions




ROAD APPROACH CONNECTION DETAIL FOR AGGREGATE SURFACED ROADS

NOTES:

1. Dimensions not labeled are in millimeters.
2. Continue approach radius as required if connection to existing alignment of new approach is at an angle.
3. Pave approaches for gravel surfaced roads with hot asphalt concrete pavement from Flowery Trail widening for a distance of 7 m from edge of shoulder of Flowery Trail.

FOOTNOTES:

1/ Adjusted for actual constructed lengths shown.

2/ See Sheet E.2 for radii lengths and coordinates.

NO SCALE

M.A. DeATLEY 01452

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

ROAD APPROACH INTERSECTIONS

REVISED:

SPECIAL S999-3

...\design\approach\wa1582gj.dgn 97 NOV 100

Designed: By: Date:
Checked:

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | F.1 |

# SUBEXCAVATION QUANTITIES

| Station to Station 2/ | Subex. 2/3/ Type | Item 20402 Subexcavation (m3) | Item 20405 Select Borrow (m3) | Item 20408 1/ Select Topping (t) | Item 60510 2/3/ 400 mm Perforated Underdrain (m) |
|---|---|---|---|---|---|
| 18+460 TO 18+570 | B | 1584 | 2107 | | |
| 18+480 TO 18+570 | B | 625 | 831 | | |
| 19+360 TO 19+400 | B | 1221 | 1624 | | |
| 20+040 TO 20+050 | B | 87 | 116 | | |
| 20+050 TO 20+120 | A | 509 | 677 | | |
| 20+480 TO 20+500 | A,B | 261 | 347 | | |
| 20+500 TO 20+700 | A | 2924 | 3889 | | |
| 20+700 TO 20+900 | B | 3927 | 5223 | | |
| 21+020 TO 21+040 | B | 110 | 146 | | |
| 21+040 TO 21+140 | E | 1212 | 4091 | | 125 |
| 21+140 TO 21+220 | A | 2630 | 3498 | | |
| 21+300 TO 21+440 | B | 2630 | 3498 | | |
| 21+440 TO 21+540 | E | 757 | 4323 | | 75 |
| 21+540 TO 21+600 | B | 949 | 1262 | | |
| 21+780 TO 21+840 | E | 656 | 2273 | | 60 |
| 21+840 TO 21+860 | B | 393 | 523 | | |
| 22+000 TO 22+153.83 | E | 1854 | 5353 | | 110 |
| 22+153.83 TO 22+200 | B | 959 | 1275 | | |
| 22+280 TO 22+285 | B | 200 | 266 | | |
| 22+285 TO 22+360 | A | 1186 | 1577 | | |
| 22+360 TO 22+440 | B | 1717 | 2284 | | |
| 22+500 TO 22+740 | A | 3607 | 4797 | | |
| 22+740 TO 22+760 | B | 526 | 700 | | |
| 22+920 TO 22+980 | A | 913 | 1214 | | |
| 23+100 TO 23+140 | A | 653 | 868 | | |
| 23+360 TO 23+540 | A | 3553 | 4725 | | |
| 23+600 TO 23+620 | A,B | 147 | 196 | | |
| 23+620 TO 23+640 | B | 348 | 463 | | |
| 23+800 TO 23+840 | B | 588 | 782 | | |
| 23+840 TO 24+040 | A | 1988 | 2644 | | |
| 24+040 TO 24+180 | B | 2214 | 2945 | | |
| 24+180 TO 24+280 | A | 842 | 1120 | | |
| 24+280 TO 24+400 | B | 1253 | 1666 | | |
| 24+400 TO 24+600 | C | 443 | | 1940 | |
| 24+600 TO 24+740 | D | 1650 | 2195 | 1360 | |
| 4/ 11+010 TO 11+060 | C | 115 | 153 | | |
| SCHEDULE A TOTAL | | 45231 | 69651 | 3300 | 370 |
| SCHEDULE B TOTAL | | 43647 | 67544 | 3300 | 370 |

SCHEDULE B
SCHEDULE A

Ordered 1300 6-27-01 396.24 m

8390

FOOTNOTES:

1/ Based on 2.33 t/m³ Quantities include 6% water additive.

2/ Adjust limits based on field conditions as directed by C.O.

3/ See sheets S204-1 and S204-2.

4/ Stimpson Lumber road approach.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

TABULATION OF EARTHWORK QUANTITIES

...\flowery2\design\subex\subexl.dgn 07 DEC 100

M.A. DeATLEY 01453

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | F.2 |

## ITEM 25107 RIPRAP LINED DITCH

| Station To Station | Side | Type 2/ | Length (m) | Placed riprap Class 1 (m3) 1/ |
|---|---|---|---|---|
| 18+120 TO 18+390 | Lt. | 1 | 270.0 | 218.7 |
| 18+480 TO 19+140 | Lt. | 1 | 660.0 | 534.6 |
| 18+700 TO 18+880 | Rt. | 1 | 180.0 | 145.8 |
| 19+200 TO 19+260 | Lt. | 1 | 60.0 | 48.6 |
| 19+340 TO 19+560 | Lt. | 1 | 220.0 | 178.2 |
| 19+740 TO 19+800 | Lt. | 1 | 60.0 | 48.6 |
| 20+020 TO 20+050 | Lt. | 1 | 30.0 | 24.3 |
| 20+120 TO 20+160 | Lt. | 1 | 40.0 | 32.4 |
| 20+710 TO 20+780 | Lt. | 1 | 70.0 | 56.7 |
| 21+000 TO 21+060 | Lt. | 1 | 60.0 | 48.6 |
| 21+000 TO 21+030 | Rt. | 1 | 30.0 | 24.3 |
| 21+740 TO 21+980 | Lt. | 1 | 240.0 | 194.4 |
| 22+285 TO 22+340 | Lt. | 1 | 55.0 | 44.6 |
| 22+480 TO 22+500 | Lt. | 1 | 20.0 | 16.2 |
| 24+800 TO 24+900 | Lt. | 1 | 100.0 | 81.0 |
| 24+900 TO 25+037.5 | Rt. | 1 | 137.5 | 111.4 |
| 24+980 TO 25+037.5 | Lt. | 1 | 57.5 | 46.6 |
| 11+020 TO 11+175 3/ | Lt. | 2 | 155.0 | 43.4 |
| 11+020 TO 11+075 3/ | Rt. | 2 | 55.0 | 15.4 |
| 11+115 TO 11+190 3/ | Rt. | 2 | 75.0 | 21.0 |
| 12+010 TO 12+026 3/ | Rt. | 2 | 16.0 | 4.5 |
| 14+020 TO 14+195 3/ | Lt. | 2 | 175.0 | 49.0 |
| 14+020 TO 14+095 3/ | Rt. | 2 | 75.0 | 21.0 |
| 14+115 TO 14+185 3/ | Rt. | 2 | 70.0 | 19.6 |
| 15+025 TO 15+100 3/ | Lt. | 2 | 75.0 | 21.0 |
| 15+070 TO 15+100 3/ | Rt. | 2 | 30.0 | 8.4 |
| | | | | |
| SCHEDULE A TOTAL | | | 3016.0 | 2058.3 |
| SCHEDULE B TOTAL | | | 2461.0 | 1759.8 |

SCHEDULE A (18+120 TO 18+390 through 15+070 TO 15+100); SCHEDULE B (18+480 TO 19+140 through 24+980 TO 25+037.5; 12+010 TO 12+026 through 15+070 TO 15+100)

## ITEM 25118 ENERGY DISSIPATOR, 4/ TYPE I

| Station | Side | Area (m2) | Placed riprap Class 2 (m3) 1/ | Earthwork Geotextile (m2) Type IV-B 1/ |
|---|---|---|---|---|
| 18+380 5/ | RT. | 12.0 | 4.6 | 22.0 |
| 18+983.94 | RT. | 11.2 | 4.3 | 20.5 |
| 19+560 5/ | RT. | 8.4 | 3.2 | 15.4 |
| 20+602 | RT. | 17.9 | 6.8 | 32.3 |
| 21+194.68 | LT. | 30.0 | 11.4 | 53.5 |
| 21+360 | RT. | 15.5 | 5.9 | 28.1 |
| 21+440 | RT. | 17.3 | 6.6 | 31.2 |
| 22+142.40 | RT. | 12.5 | 4.8 | 22.8 |
| 23+003.60 | RT. | 15.1 | 5.8 | 27.5 |
| | | | | |
| SCHEDULE A TOTAL | | 139.9 | 53.4 | 253.3 |
| SCHEDULE B TOTAL | | 127.9 | 48.8 | 231.3 |

SCHEDULE A (18+380 through 23+003.60); SCHEDULE B (18+983.94 through 23+003.60)

FOOTNOTES:

1/ Quantities for information only.

2/ Refer to S251-2 for riprap lined ditch types.

3/ Stationing listed is road approach stationing. See sheets E.5 though E.9.

4/ For concrete curb runoff water and roadway obliteration runoff water.

5/ Place energy dissipator at end of roadway obliteration ditch.

| Designed: | MARK McNEARNEY, E.I.T. | 11/00 |
|---|---|---|
| Checked: | BRIAN WACKER, P.E. | 11/00 |

(Header row: By: / Date:)

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

TABULATION OF EARTHWORK QUANTITIES

M.A. DeATLEY 01454

...\flowery2\design\subex\subex1.dgn 07 DEC 100

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | F.3 |




TYPE A
Not to scale




TYPE B
Not to scale




TYPE C
Not to scale

FOOTNOTES:

1/ Construct slopes as shown in the "Staking Report Data Listing", and on the cross sections.

2/ See sheet F.1 for subexcavation and backfill quantities. Backfill type A and type B with select borrow, type C with select topping.

3/ See standard drawing M602-6 "Pipe Culvert Inlet Treatment in Cut Slopes".

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL
SUBEXCAVATION DETAILS

REVISED:

SPECIAL
S204-1

M.A. DeATLEY 01455

...\flowery2\design\subex\subexl.dgn 07 NOV 100

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | F.4 |




TYPE D
Not to scale




TYPE E
Not to scale

FOOTNOTES:

1/ Construct slopes as shown in the "Staking Report Data Listing", and on the cross sections.

2/ See sheet F.1 for subexcavation quantities and backfill quantities. Backfill type D with select borrow and select topping for the top 300 mm. Backfill type E with select borrow.

3/ See standard drawing M602-6 "Pipe Culvert Inlet Treatment in Cut Slopes".

4/ Place 400 mm perforated drain pipe along lower bound of Type E subexcavation/select borrow. Space drain pipe at 40 m intervals.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

SUBEXCAVATION DETAILS

M.A. DeATLEY 01456

REVISED:

SPECIAL
S204-2

...\flowery2\design\subex\subex1.dgn 07 NOV 100

| | By: | Date: |
|---|---|---|
| Designed: | MARK MCNEARNEY, E.I.T. | 11/00 |
| Checked: | BRIAN WACKER, P.E. | 11/00 |

M.A. DeATLEY 01457



| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 156-1(2) | F.6 |

## TYPE I ENERGY DISSIPATOR
SCALE: NONE




PLAN




SECTION A-A




CROSS SECTION
600 mm CROSS DRAIN




SECTION B-B




CROSS SECTION
CONCRETE CURB DRAINAGE CHUTE

NOTES:

1. Place riprap in energy dissipators at the following rates:

| Section | Class 2 Riprap | Geotextile, Type IV-B |
|---|---|---|
| A-A | 0.45 m3/m | 2.1 m2/m |
| B-B | 0.54 m3/m | 2.1 m2/m |

2. Dimensions not labeled are in millimeters.

...\design\erosion\wa1582sg.dgn 09 NOV 2000




## TYPE I RIPRAP LINED DITCH
MAINLINE
SCALE: NONE




## TYPE 2 RIPRAP LINED DITCH
APPROACH ROADS
SCALE: NONE

NOTES:

1. Estimated quantity of riprap:
   - 0.81 $m^3$ per linear meter in Type I ditches.
   - 0.28 $m^3$ per linear meter in Type 2 ditches.
2. Dimensions not labled are in millimeters.
3. Increase riprap quantity for pipe culvert inlet treatment in cut slopes.
4. Grade ditch to establish well defined flowline.
5. See "Erosion Control Plans" for location and quantity.

FOOTNOTE:

1/ Width of riprap lined ditch section increases to 3.0 m (Type 1) and 1.95 m (Type 2) for pipe culvert inlet treatment in cut slopes.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

RIPRAP LINED DITCH AND ENERGY DISSIPATOR DETAILS

REVISED:

SPECIAL
S251-2

M.A. DeATLEY 01458

| Designed: | By: JEREMY PERLINSKI | Date: 11/00 |
|---|---|---|
| Checked: | BRIAN WACKER, P.E. | 11/00 |

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | F.7 |




NOTES:

1. Catch rock buttress benched excavation slope with existing ground.
2. See Subsection 705.05 for gradation for mechanically placed buttress rock.
3. See section D for locations and quantities.

FOOTNOTES:

1/ Construct slopes as shown in the "Staking Report Data Listing" and on the cross sections.

2/ See sheet D.2 for rock buttress quantities.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

ROCK BUTTRESS DETAIL

REVISION

SPECIAL S252-1

M.A. DeATLEY 01459

...\flovery2\design\subex\subexl.dgn 07 NOV 100

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | G.1 |

**ITEM 25504**
**GABION-FACED RETAINING WALL**

| Station to Station | Wall Area $m^2$ | Select granular backfill $m^3$ 1/ | Offset |
|---|---|---|---|
| 24+630 TO 24+690 | 244.0 | 1135 | RT. |
| | | | |
| SCHEDULE A & B TOTAL | 244.0 | 1135 | |

SCHEDULE A & B

**ITEM 25101B**
**PLACED RIPRAP**
**CLASS 5**

| Station to Station | Riprap class 5 $m^3$ | Earthwork Geotextile Type IV-D $m^2$ 1/ | Offset |
|---|---|---|---|
| 24+638 TO 24+686 | 240 | 216.0 | RT. |
| | | | |
| SCHEDULE A & B TOTAL | 240 | 216.0 | |

SCHEDULE A & B

FOOTNOTE:
1/ Quantities for information only.

| Designed: | By: MARK McNEARNEY, E.I.T. | Date: 11/00 |
|---|---|---|
| Checked: | BRIAN WACKER, P.E. | 11/00 |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

**TABULATION OF RETAINING WALL QUANTITIES**

M.A. DeATLEY 01460

..\design\retwall\wal582zz.dgn 11 DEC 100

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | G.2 |




RETAINING WALL ELEVATIONS

| Mainline Stationing | Wall Stationing | Top of Wall Elevation |
|---|---|---|
| 24+630.00 | 1+000.00 | 903.26 |
| 24+634.00 | 1+004.00 | 903.23 |
| 24+638.00 | 1+008.00 | 903.20 |
| 24+642.00 | 1+012.00 | 903.17 |
| 24+646.00 | 1+016.00 | 903.14 |
| 24+650.00 | 1+020.00 | 903.11 |
| 24+654.00 | 1+024.00 | 903.08 |
| 24+658.00 | 1+028.00 | 903.05 |
| 24+662.00 | 1+032.00 | 903.02 |
| 24+666.00 | 1+036.00 | 902.99 |
| 24+670.00 | 1+040.00 | 902.96 |
| 24+674.00 | 1+044.00 | 902.93 |
| 24+678.00 | 1+048.00 | 902.89 |
| 24+682.00 | 1+052.00 | 902.87 |
| 24+686.00 | 1+056.00 | 902.84 |
| 24+690.00 | 1+060.00 | 902.81 |

NOTES:

1. Fill face of patterned gabions with select granular backfill and topsoil mix.
2. Baskets are size C except end baskets as shown.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

SPECIAL

GABION FACED RETAINING WALL ELEVATIONS
STA. 24+630 TO 24+690

SPECIAL S255-1

M.A. DeATLEY 01461

...\design\retwall\wal582zl.dgn 09 NOV 2000

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | G.3 |




TYPICAL GABION FACED RETAINING WALL SECTION




TOP SOIL FACED GABION BASKET DETAIL




TYPICAL CONNECTION DETAIL




TYPICAL WALL END TREATMENT
(ELEV. VIEW)




WELDED WIRE FABRIC FOR SOIL REINFORCEMENT

NOTES:

1. Dimensions not labeled are in millimeters.
2. Select granular backfill shall conform to Subsection 704.10.
3. The welded wire fabric sheets vary in length within each wall. The height (H) of the vertical face of the wall determines the length of the welded wire fabric for the entire section.
4. Connect the welded wire fabric sheets with spiral binders or tie wire to the front edge of the upper and lower gabion basket.
5. The heights and quantities are subject to field adjustment. Any increase in wall heights over those shown on the plans require investigation to determine that the safe bearing pressure is not exceeded.
6. Fill bottom three rows of gabion baskets with gabion rock at station 24+638 to 24+686. See subsection 705.01.

Design assumptions:
Unit weight of backfill material 19.6 Kg/m3.
Unit weight of rock filled gabions 1680 Kg/m3.
ø angle = 34° for backfill material.

M.S.E. RETAINING WALL
WALL HEIGHT vs
WELDED WIRE FABRIC LENGTH

| Wall Height (H) m | Fabric Length (L) m | Number of Mats MW45.2 x MW45.2 |
|---|---|---|
| 5 | 3.5 | 5 |
| 4 | 3.5 | 4 |
| 3 | 3.5 | 3 |
| 2 | 3.5 | 2 |
| 1 | 3.5 | 1 |

RETAINING WALLS - QUANTITIES

| Location | Structural excavation (m3) 1/ | Earthwork geotextile type IV-D m2) 1/ | Erosion Control Matting type 4 1/ | Hardware cloth (m2) 1/ | Select Granular Backfill (m3) 1/ | Gabion Rock (m3) 1/ | Top-soil mix (m3) 1/ | Select Granular Backfill (Basket) (m3) 1/ | Welded Wire Fabric (m2) 1/ | Gabion Faced Retaining Wall Item 25501 (m2) |
|---|---|---|---|---|---|---|---|---|---|---|
| 24+630 TO 24+690 | 867 | 216.0 | 244 | 244 | 1059.5 | 124 | 37 | 75 | 854 | 244.0 |
| Schedule A & B Total | 867 | 216.0 | 244 | 244 | 1059.5 | 124 | 37 | 75 | 854 | 244.0 |

SCHEDULE A & B

FOOTNOTES:

1/ Quantities for information only.

2/ Place earthwork geotextile at ends of end gabions.

| Designed: | MARK McNEARNEY, E.I.T. | 11/00 |
|---|---|---|
| Checked: | BRIAN WACKER, P.E. | 11/00 |

(column headings: By: / Date:)

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

GABION FACED RETAINING WALL

SPECIAL S255-2

M.A. DeATLEY 01462

...\design\retwall\wal582zr.dgn 11 DEC 100


STATE WA
PROJECT PFH 158-1(2)
SHEET NUMBER G.4
M.A. DeATLEY 01463
NOMINAL SIZES AND CAPACITY OF GABION BASKET
Size Code Letter | Size in meters Length | Height | Diaphragm Partitions | Capacity m3
A | 2 | 1 | 1 | 2
B | 3 | 1 | 2 | 3
C | 4 | 1 | 3 | 4
X | 5 | 1 | 4 | 5
NOTE:
1. Dimensions not labeled are in millimeters.
U.S. DEPARTMENT OF TRANSPORTATION FEDERAL HIGHWAY ADMINISTRATION WESTERN FEDERAL LANDS HIGHWAY DIVISION
SPECIAL
GABION BASKET DETAIL
SPECIAL S255-3
HALF HITCH TYING DETAIL
Continuous tie wire to next single half hitch
Edge wires
Double half hitch. Alternate single and double half hitches as shown
100 mm± nominal spacing
2.18 mm dia. tie wire
Continuous tie wire to next double half hitch
Single half hitch
TYPICAL INSTALLATION GABION BASKETS
167 mm setback
Spiral binder. Crimp ends to lock
SPIRAL BINDER TIE
Tie wire. Tie with half hitch loops at 75 mm spacing.
HALF HITCH TYING DETAIL
SPIRAL BINDER 3.76 mm DIA.
Crimped end of joint
Wire diameter 3.76 mm
NOTE: All dimensions are nominal
WELDED WIRE TOPSOIL FACED GABION BASKET INTERNAL WIRE CONNECTERS
ALL END AND INTERIOR GABION CELLS
Diaphram
3.76 mm stiffener hooked at intersection, crimped closed
Diaphragm
9 gage stiffener hooked at intersection of wires
Crimp hook closed
Loop two meshes at each end of internal connecting wires
INTERNAL CONNECTING WIRE DETAILS
TYPICAL ASSEMBLED SOILED FACED GABION BASKET
Diaphragms
Tie wire lacing or spiral binder (see tying details)
Length - 1,2,3,4 or 5 m
Lid
Side
Base
End
OPTIONAL INTERNAL CONNECTING WIRES
ALL GABION CELLS
TYPICAL ASSEMBLED GABION BASKET
Internal connecting wires
ALL INTERIOR GABION CELLS
TYPICAL INTERNAL CONNECTING WIRES
ALL END GABION CELLS
Diaphrams
WIRE DIAMETER 3.18 mm
BEFORE CLOSURE
AFTER CLOSURE
INTERLOCKING WIRE FASTENER
25 mm overlap
WIRE DIAMETER 3.05 mm
OVERLAPPING RING WIRE FASTENER (Not allowed for basket to basket connection)
ALTERNATE TYING FASTENERS

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | G.5 |




**NOTES:**

1. Place loose class 5 riprap 0.8 m below the bottom gabion basket to 2.5 meters below the top of the retaining wall. Estimated riprap quantity is 5 m3/m.
2. Refer to S255-2 for Gabion faced retaining wall details.
3. Dewater wall excavation to 0.5 m below bottom basket.
4. Boulders, LWD, root wads, and placement of native vegetation will not be measured for payment.

**FOOTNOTES:**

1/ Earthwork geotextile is incidental to class 5 riprap installation. No measurement for payment will be made.

2/ Sheet Pile type to be determined by contractor.

3/ Prune native vegetation to a height of 0.3 meters prior to excavating







SECTION A-A

Riprap Installation Typical 24+638 to 24+686

NOT TO SCALE

- Large woody debris - LWD
  - Diameter - minimum 0.4 m (16") at small end
  - Length - 9 m (30') minimum
  - Anchors - minimum of 2 per log. minimum 5/8" cable.
  - Species - Cedar

M.A. DeATLEY 01464

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

GABION FACED RETAINING WALL RIPRAP INSTALLATION 24+638 TO 24+686

REVISED:

SPECIAL S255-4

...\design\retwall\wal582zo.dgn 11 DEC 100

| Designed: | FHWA | 11/00 |
|---|---|---|
| Checked: | | 11/00 |

| STATE | PROJECT | SHEET NO. |
|---|---|---|
| WA | PFH 158-1(2) | H.1 |

# TABULATION OF DRAINAGE QUANTITIES

THE QUANTITIES SHOWN HEREON ARE APPROXIMATE, AND ARE SUBJECT TO FIELD ADJUSTMENTS

| STATION | EST MAX COVER METERS | STR EXC m3 | METERS: PIPE CULVERT 450mm | 600mm | 900mm | △1 | 3000mm | OUTLET TREATMENT: ENERGY DISSIPATOR, TYPE 1 AREA (m2) | PLACED RIPRAP, CLASS 2 (m3) | GEOTEX TILE, (m2) | INLET TREATMENT TYPE | SKEW DEGREES | BEVELS LT | BEVELS RT | NOTES | ACCEPTABLE CULVERT PIPE: STEEL: CORRUGATIONS (INCHES) (See Note 1) 68 X 13 | 72 X 25 | 125 X 25 | 152 X 51 | ALUMINUM: CORRUGATIONS (INCHES) 68 X 13 | 72 X 25 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIA OR SPAN X RISE: | | | | | | | | | | | | | | | | THICKNESS (mm) | | | | THICKNESS (mm) | | | |
| ITEM NO: | | | 60201A | 60201B | 60201C | | 60201D | 25118 | | | | | | | | | | | | | | | |
| 18+060 | 2.21 | 16.7 | | 19.5 | | | | 2.5 | 1.2 | 5.3 | TYPE 1 | | 1:2 | 1:2 | 2,5 | 2.01 | | | | 1.52 | | | |
| 18+220 | 0.85 | 16.7 | | 20.0 | | | | | | | TYPE 1 | | 1:2 | 1:2 | 2 | 2.01 | | | | 1.52 | | Ordered 21.02 | 7/20 |
| 18+320 | 0.96 | 20.6 | | 21.5 | | | | | | | TYPE 1 | | 1:2 | 1:2 | 2 | 2.01 | | | | 1.52 | | Ordered 22.41 | 7/20 |
| 18+455 | 1.77 | 4.7 | | 20.5 | | | | 6.7 | 2.6 | 12.8 | TYPE 1 | | 1:2 | 1:2 | 2,5 | 2.01 | | | | 1.52 | | Ordered 21.34 | 7/20 |
| 18+580 | 1.25 | 55.5 | | 23.5 | | | | | | | TYPE 1 | | 1:2 | 1:2 | 2,8 | 2.01 | | | | 1.52 | | | |
| 18+680 | 1.72 | 12.2 | | 18.5 | | | | 9.5 | 3.7 | 17.6 | TYPE 1 | | 1:2 | 1:2 | 2,5 | 2.01 | | | | 1.52 | | | |
| 18+900 | 1.85 | 30.0 | | 21.0 | | | | 9.5 | 3.7 | 17.6 | TYPE 1 | | 1:2 | 1:2 | 2,5 | 2.01 | | | | 1.52 | | | |
| 19+040 | 1.27 | 49.3 | | 23.0 | | | | | | | TYPE 1 | | 1:2 | 1:2 | 2,6 | 2.01 | | | | 1.52 | | Ordered 19.54 | 7/20 |
| 19+340 | 1.10 | 32.0 | | 20.0 | | | | | | | TYPE 1 | | 1:2 | 1:2 | 2 | 2.01 | | | | 1.52 | | Ordered 17.86 | 7/20 |
| 19+410 | 0.98 | 14.5 | | 20.0 | | | | | | | TYPE 1 | | 1:2 | 1:2 | 2 | 2.01 | | | | 1.52 | | Ordered 18.82 | 7/20 |
| 19+480 | 0.91 | 4.9 | | 18.0 | | | | | | | TYPE 1 | | 1:2 | 1:2 | 2 | 2.01 | | | | 1.52 | | | |
| 19+614 | 1.31 | 13.1 | | 19.0 | | | | | | | TYPE 1 | | 1:2 | 1:2 | 2 | 2.01 | | | | 1.52 | | | |
| 19+720 | 0.57 | 9.4 | | 22.0 | | | | | | | TYPE 1 | | 1:2 | 1:2 | 2 | 2.01 | | | | 1.52 | | | |
| 19+840 | 1.53 | 19.8 | | 22.0 | | | | 1.8 | 0.8 | 4.1 | TYPE 1 | | 1:2 | 1:2 | 2,5 | 2.01 | | | | 1.52 | | | |
| 19+980 | 1.06 | 8.6 | | 20.5 | | | | 1.8 | 0.8 | 4.1 | TYPE 1 | | 1:2 | 1:2 | 2,5 | 2.01 | | | | 1.52 | | | |
| 20+101 | 1.68 | | | | | | 26.5 | | | | | 35 | 1:1.5 | 1:1.5 | 7,8,9 | | 2.8 | 2.8 | | | 4.2 | Ordered 27.5 | 7/20 |
| 20+220 | 2.33 | 20.9 | | 22.0 | | | | 1.8 | 0.8 | 4.1 | TYPE 1 | | 1:2 | 1:2 | 2,5 | 2.01 | | | | 1.52 | | Ordered 24.05 | 7/20 |
| 20+380 | 1.46 | 16.6 | | 18.0 | | | | | | | TYPE 1 | | 1:2 | 1:2 | 2 | 2.01 | | | | 1.52 | | Ordered 17.96 | 7/20 |
| 20+493 | 2.26 | 23.3 | | | 34.5 | | | | | | TYPE 1 | 31 | 1:2 | 1:1.5 | 2,7,8 | 2.01 | | | | 1.52 | | Ordered 34.0 | 7/20 |
| 20+640 | 1.91 | | | 20.5 | | | | 10.6 | 4.0 | 19.5 | | | 1:2 | 1:1.5 | 5 | 2.01 | | | | 1.52 | | | |
| 20+780 | 0.80 | 23.4 | | 18.0 | | | | 12.0 | 4.6 | 21.0 | TYPE 1 | | 1:2 | 1:1.5 | 2,5 | 2.01 | | | | 1.52 | | | |
| 21+060 | 4.54 | 17.1 | | 28.5 | | | | | | | | | 1:2 | 1:1.5 | | 2.01 | | | | 1.52 | | Ordered 28.56 | 7/20 |
| 21+194 | 14.28 | 1.6 | | 57.0 | | | | | | | | 8 | 1:1.5 | 1:1.5 | 7,8 | 2.01 | | | | 1.52 | | Ordered 58.0m | 6/27 |
| 21+320 | 1.41 | 0.9 | | 18.5 | | | | 12.2 | 4.7 | 22.4 | TYPE 1 | | 1:2 | 1:1.5 | 2,5 | 2.01 | | | | 1.52 | | Ordered 19.5m | 6/27 |
| 21+460 | 4.75 | | | 29.0 | | | | 12.1 | 4.6 | 22.2 | | | 1:2 | 1:1.5 | 5 | | | | | 1.52 | | Ordered 30.0m | 6/27 |
| 21+471 | 3.40 | | | 25.5 | | | | 15.8 | 6.0 | 27.7 | | | 1:1.5 | 1:1.5 | 5 | 2.01 | | | | 1.52 | | Ordered 26.5m | 6/27 |
| 21+700 | 2.45 | 1.4 | | 21.0 | | | | 24.7 | 9.3 | 44.3 | | | 1:2 | 1:1.5 | 5 | | | | | 1.52 | | Ordered 27.7 | 7/20 |
| 21+820 | 5.08 | 4.7 | | 30.5 | | | | | | | | | 1:2 | 1:1.5 | | 2.01 | | | | 1.52 | | | |
| 21+977 | 5.78 | 36.6 | | 37.0 | | | | | | | | | 1:2 | 1:2 | | 2.01 | | | | 1.52 | | | |
| SHEET TOTAL (SCHEDULE A) | | | | 634.5 | 34.5 | | 26.5 | 121.0 | 46.8 | 222.7 | | | | | | | | | | | | | |
| SHEET TOTAL (SCHEDULE B) | | | | 553.0 | 34.5 | | 26.5 | 111.8 | 43.0 | 204.6 | | | | | | | | | | | | | |

SCHEDULE B

SCHEDULE A

NOTES:
1. ALLOW ONE NOMINAL THICKNESS LESS FOR ALUMINIZED STEEL CULVERT PIPE.
2. SEE DETAIL M602-6 FOR INLET TREATMENT DETAILS
3. APPROACH ROAD RT.
4. APPROACH ROAD LT.
5. ENERGY DISSIPATOR ON OUTLET SLOPE REQUIRED, SEE S251-2
6. LEADOFF DITCH REQUIRED
7. CONSTRUCT INLET AND/OR OUTLET CONTROL SYSTEM SEE S251-3
8. CONSTRUCT RIPRAP HEADWALL AT PIPE ENDS SEE S251-3
9. CONSTRUCT TEMPORARY DIVERSION CHANNEL SEE S157-1
10. EXTEND BOTH LEFT AND RIGHT AS REQUIRED.

△1 Revised by Amendment No. A001

M.A. DeATLEY 0146

# TABULATION OF DRAINAGE QUANTITIES

THE QUANTITIES SHOWN HEREON ARE APPROXIMATE, AND ARE SUBJECT TO FIELD ADJUSTMENTS

| STATE | PROJECT | SHEET NO. |
|---|---|---|
| WA | PFH 158-1(2) | H.2 |

| STATION | EST MAX COVER METERS | STR EXC m3 | PIPE CULVERT 450mm (60201A) | PIPE CULVERT 600mm (60201B) | PIPE CULVERT 900mm (60201C) | PIPE CULVERT △1 | PIPE CULVERT 3000mm (60201D) | OUTLET TREATMENT: ENERGY DISSIPATOR, TYPE 1 AREA(m2) (25118) | PLACED RIPRAP, CLASS 2 (m3) | GEOTEX TILE (m2) | INLET TREATMENT TYPE | SKEW DEGREES | BEVELS LT | BEVELS RT | NOTES | STEEL CORRUGATIONS (INCHES) (See Note 1) 68 X 13 THICKNESS (mm) | 72 X 25 | 125 X 25 | 152 X 51 | ALUMINUM CORRUGATIONS (INCHES) 68 X 13 THICKNESS (mm) | 75 X 25 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22+060 | 7.74 | 5.6 | | 40.5 | | | | | | | | | 1:1.5 | 1:1.5 | | 2.01 | | | | 1.52 | | Ordered 42.65 | 7/20 |
| 22+180 | 0.60 | | | 19.0 | | | | | | | TYPE 1 | | 1:2 | 1:2 | 2,8 | 2.01 | | | | 1.52 | | Ordered 19.75 | 7/20 |
| 22+340 | 2.05 | | | 20.0 | | | | 10.2 | 3.9 | 18.8 | | | 1:2 | 1:1.5 | 5 | 2.01 | | | | 1.52 | | Ordered 21.72 | 7/20 |
| 22+532 | 3.61 | | | 32.0 | | | | | | | | | 1:2 | 1:2 | 6 | 2.01 | | | | 1.52 | | Ordered 33.0 | 7/20 |
| △1 22+578 | 4.02 | | | | | | 30.0 | | | | | 4.5 | 1:1.5 | 1:1.5 | 7,8,9 | 4.27 | 2.01 | 2.01 | | | 2.67 | Ordered 31.0 | 7/20 |
| 22+618 | 3.35 | | | 33.5 | | | | | | | | | 1:2 | 1:2 | | 2.01 | | | | 1.52 | | Ordered 35.74 | 7/20 |
| 22+680 | 4.07 | | | 32.0 | | | | | | | | | 1:2 | 1:2 | | 2.01 | | | | 1.52 | | Ordered 33.7 | 7/20 |
| 22+940 | 7.00 | | | 35.0 | | | | | | | | | 1:1.5 | 1:1.5 | | 2.01 | | | | 1.52 | | Ordered 36.75 | 7/20 |
| 23+120 | 2.72 | | | 24.5 | | | | 6.2 | 2.4 | 10.9 | | | 1:2 | 1:2 | 5 | 2.01 | | | | 1.52 | | Ordered 25.90 | 7/20 |
| 23+340 | 2.51 | 1.4 | | 23.0 | | | | 9.6 | 3.7 | 16.8 | | | 1:2 | 1:2 | 5 | 2.01 | | | | 1.52 | | Ordered 23.82 | 7/20 |
| 23+460 | 5.16 | | | 32.0 | | | | | | | | | 1:2 | 1:2 | | 2.01 | | | | 1.52 | | | |
| 23+580 | 2.28 | 5.5 | | 21.5 | | | | | | | | | 1:2 | 1:2 | | 2.01 | | | | 1.52 | | | |
| 23+840 | 1.38 | 3.9 | | 21.0 | | | | | | | | | 1:2 | 1:3 | | 2.01 | | | | 1.52 | | | |
| 23+940 | 2.85 | | | 24.5 | | | | | | | | | 1:2 | 1:2 | | 2.01 | | | | 1.52 | | | |
| 24+140 | 0.85 | 24.5 | | 19.0 | | | | | | | TYPE 1 | | 1:2 | 1:2 | 2,6 | 2.01 | | | | 1.52 | | | |
| 24+220 | 2.37 | 16.1 | | | 24.5 | | | | | | | | 1:2 | 1:2 | | 2.01 | | | | 1.52 | | | |
| 24+320 | 1.47 | | | 18.0 | | | | | | | | | 1:2 | 1:2 | | 2.01 | | | | 1.52 | | | |
| 24+460 | 1.09 | 11.9 | | 18.5 | | | | | | | TYPE 1 | | 1:2 | 1:2 | 2 | 2.01 | | | | 1.52 | | | |
| 24+620 | 0.65 | 9.5 | | 18.5 | | | | 5.9 | | | TYPE 1 | | 1:2 | 1:2 | 2 | 2.01 | | | | 1.52 | | | |
| 24+760 | 1.82 | 0.4 | | 23.0 | | | | | | | | | 1:2 | 1:2 | | 2.01 | | | | 1.52 | | | |
| 24+842 | | | | 6.0 | | | | | | | | | 1:2 | 1:2 | 10 | 2.01 | | | | 1.52 | | | |
| 14+009 | 0.80 | 18.6 | 22.0 | | | | | | | | | 10 | 1:2 | 1:2 | 4 | 2.01 | | | | 1.52 | | Ordered 23.0 | 9/18 |
| 14+110 | 0.50 | 11.4 | 10.0 | | | | | | | | TYPE 1 | | 1:2 | 1:2 | 2,4 | 2.01 | | | | 1.52 | | Ordered 11.0 | 9/18 |
| 15+013 | 1.80 | | 18.0 | | | | | 5.4 | 2.1 | 9.5 | | 11 | 1:2 | 1:2 | 4,5 | 2.01 | | | | 1.52 | | Ordered 19.0 | 9/18 |
| 16+080 | 0.94 | 1.5 | 12.5 | | | | | | | | | | 1:2 | 1:2 | 3 | 2.01 | | | | 1.52 | | | |
| 18+010 | 0.82 | 24.2 | 27.0 | | | | | | | | | 12 | 1:2 | 1:2 | 4 | 2.01 | | | | 1.52 | | Ordered 28.0 | 9/18 |
| 19+011 | 0.94 | 22.8 | 23.0 | | | | | | | | | 19 | 1:2 | 1:2 | 3 | 2.01 | | | | 1.52 | | Ordered 24.0 | 9/18 |
| 11+090 | 1.34 | 14.9 | 13.5 | | | | | 3.3 | 1.4 | 5.8 | TYPE 1 | | 1:2 | 1:2 | 4,5 | 2.01 | | | | 1.52 | | Ordered 14.5 | 9/18 |
| SHEET TOTAL (SCHEDULE A) | | | 126.0 | 461.5 | 24.5 | | 30.0 | 40.6 | 13.5 | 61.8 | | | | | | | | | | | | | |
| SHEET TOTAL (SCHEDULE B) | | | 112.5 | 461.5 | 24.5 | | 30.0 | 37.3 | 12.1 | 56.0 | | | | | | | | | | | | | |
| PROJECT TOTAL (SCHEDULE A) | | | 126.0 | 1096.0 | 59.0 | | 56.5 | 161.6 | 60.3 | 284.5 | | | | | | | | | | | | | |
| PROJECT TOTAL (SCHEDULE B) | | | 112.5 | 1014.5 | 59.0 | | 56.5 | 149.1 | 55.1 | 260.6 | | | | | | | | | | | | | |

SCHEDULE B

SCHEDULE A

NOTES:
1. ALLOW ONE NOMINAL THICKNESS LESS FOR ALUMINIZED STEEL CULVERT PIPE.
2. SEE DETAIL M602-6 FOR INLET TREATMENT DETAILS
3. APPROACH ROAD RT.
4. APPROACH ROAD LT.
5. ENERGY DISSIPATOR ON OUTLET SLOPE REQUIRED, SEE S251-2
6. LEADOFF DITCH REQUIRED
7. CONSTRUCT INLET AND/OR OUTLET CONTROL SYSTEM SEE S251-3
8. CONSTRUCT RIPRAP HEADWALL AT PIPE ENDS SEE S251-3
9. CONSTRUCT TEMPORARY DIVERSION CHANNEL SEE S157-1
10. EXTEND BOTH LEFT AND RIGHT AS REQUIRED.

△1 Revised by Amendment No. A001

M.A. DeATLEY 01466

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | H.3 |

| | | ITEM 25110 CULVERT INLET/OUTLET CONTROL SYSTEM | | | ITEM 25112 RIPRAP HEADWALL | | |
|---|---|---|---|---|---|---|---|
| Location | Culvert size mm | Quantity Each | Streambed Material m3 1/ | Class 4 Riprap m3 1/ | Quantity Each | Class 4 Riprap m3 1/ | Geotextile Type IV-B m2 1/ |
| 20+101.25 | 3000 | 1 | 25 | 22 | 2 | 54 | 54 |
| 20+493 | 900 | 2 | | 24 | 2 | 12 | 12 |
| 21+194.21 | 600 | 2 | | 24 | 2 | 12 | 12 |
| 22+576.31 | 2100 | 1 | 10 | 15 | 2 | 36 | 36 |
| SCHEDULE A AND B TOTAL | | 6 | 35 | 85 | 8 | 114 | 114 |

SCHEDULE A & B

ITEM 60501
UNDERDRAIN SYSTEM TYPE I

| Station to Station 3/ | Side | Underdrain System, Type I m | 150 mm Perforated Corrugated Plastic Drain Pipe m 1/ | 150 mm Corrugated Plastic Outlet Pipe m 1/ | Geotextile Type I-D m2 1/ | Granular Backfill m3 1/ | Application Type 4/ |
|---|---|---|---|---|---|---|---|
| 18+460 to 18+580 | Lt. | 120 | 120 | 0 | 432 | 72 | A |
| 18+480 to 18+580 | Lt. | 100 | 100 | 0 | 360 | 60 | A |
| 18+900 to 18+980 | Rt. | 80 | 80 | 14.5 | 288 | 48 | B |
| 19+360 to 19+480 | Lt. | 120 | 120 | 0 | 432 | 72 | A |
| 19+560 to 19+680 | Rt. | 120 | 120 | 12 | 432 | 72 | B |
| 21+600 to 21+700 | Lt. | 100 | 100 | 21.5 | 360 | 60 | A |
| 22+040 to 22+100 | Lt./Rt. | 60 | 60 | 14 | 216 | 36 | B |
| 22+200 to 22+260 | Lt | 60 | 60 | 0 | 216 | 36 | A |
| 22+200 to 22+260 | Rt. | 60 | 60 | 0 | 216 | 36 | A |
| 22+380 to 22+500 | Lt. | 110 | 110 | 0 | 396 | 66 | A |
| 22+380 to 22+480 | Rt. | 100 | 100 | 0 | 360 | 60 | A |
| 23+600 to 23+640 | Lt./Rt. | 40 | 40 | 20 | 144 | 24 | B |
| 24+060 to 24+320 | Lt. | 260 | 260 | 0 | 936 | 156 | A |
| 24+060 to 24+140 | Rt. | 80 | 80 | 0 | 288 | 48 | A |
| 24+900 to 24+980 | Lt. | 80 | 80 | 30 | 288 | 48 | B |
| 11+020 to 11+090 2/ | Lt. | 70 | 70 | 0 | 252 | 42 | A |
| 11+130 to 11+190 2/ | Rt. | 60 | 60 | 0 | 216 | 36 | A |
| SCHEDULE A TOTAL | | 1620 | 1620 | 112 | 5832 | 972 | |
| SCHEDULE B TOTAL | | 1370 | 1370 | 112 | 4932 | 822 | |

SCHEDULE B
SCHEDULE A

Ordered 4??? 2 m 6/27/01

FOOTNOTES:

1/ Quantities for information only.

2/ Stationing is referenced to Stimpson Lumber Road approach, see sheet E.6.

3/ Adjust to meet field conditions as directed by the C.O.

4/ See S605-1

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

TABULATION OF DRAINAGE QUANTITIES

M.A. DeATLEY 01467

...\design\drainage\wa158Zed.dgn 11 DEC 100

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | H.4 |

## INLET/OUTLET CONTROL - TYPE I




PLAN
Not To Scale




SECTION B-B
INLET/OUTLET APRON
Not To Scale




SECTION A-A
Not To Scale

| GRADATION OF SUITABLE STREAMBED MATERIAL | |
|---|---|
| Sieve Size | Percent Passing |
| 300 mm | 100 |
| 150 mm | 75-80 |
| 75 mm | 50-65 |
| 25 mm | 30-40 |
| 6.3 mm | 15-20 |
| 0.425 mm | 0-10 |

NOTES:

1. All riprap shall have a side slope no steeper than 1:1.5.
2. Conserve suitable material encountered in streambed excavation for use as streambed material. If sufficient streambed material is not available, use material described in the Gradation of Suitable Streambed Material table.
3. Adjust the inlet control system to meet field conditions as directed by C.O.

FOOTNOTES:

1/ Space habitat stones randomly throughout apron. Bury one-half of stone in streambed material.

2/ No apron. Excavate grade and backfill inlet area with streambed material as needed to transition inlet area to match existing stream.

| Station | Inlet or Outlet | Pipe D (mm) | W (m) | L (m) | E (mm) | Riprap Class | Habitat Stone Dimension (mm) | Habitat Stone Number | T (mm) | P (mm) | K (mm) | V (mm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20+101 | Outlet | 3000 | 2 | 3 | 1300 | 4 | 500 - 800 | 4 | 600 | 400 | 200 | 1000 |
| | Inlet | 3000 | 2 | 0 | 1300 | 4 | 500 - 800 | 4 | 2/ | 2/ | 2/ | 2/ |
| 22+576 | Outlet | 3000 | 2 | 3 | 1300 | 4 | 500 - 800 | 4 | 600 | 400 | 200 | 1000 |
| | Inlet | 3000 | 2 | 0 | 1300 | 4 | 500 - 800 | 4 | 2/ | 2/ | 2/ | 2/ |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL
CULVERT END TREATMENTS

SPECIAL
S251-3

REVISED:

M.A. DeATLEY 01468

...\design\drainage\wa1582qs.dgn 11 DEC 100

| | By: | Date: |
|---|---|---|
| Designed: | FHWA | 11/00 |
| Checked: | FHWA | 11/00 |

053

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | H.5 |




SECTION A-A
Not To Scale




SIDE VIEW
Not To Scale




PLAN
Not To Scale

| ROCK WEIR SCHEDULE | | | | | | |
|---|---|---|---|---|---|---|
| Location | D (mm) | S (mm) | H (mm) | N (mm) | Minimum Dimension (mm) Small Stone | Large Stone |
| 20+101 | 3000 | 200 | 1000 | 300 | 300 - 400 | 1000 - 1200 |
| 22+576 | 3000 | 200 | 1000 | 300 | 300 - 400 | 1000 - 1200 |

FOOTNOTES:

1/ 50 percent of rock weir boulders shall meet the small stone dimension and 50 percent shall meet the large stone dimension.

2/ Orient weir rock to deflect water towards center of stream.

3/ Streambed material thickness varies. Nominal depth is 1000 mm.

4/ Bed sealer consists of 150 mm of straw full width of culvert and full depth of material inside the culvert

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

ROCK WEIR DETAILS

REVISED:

SPECIAL
S251-4

\design\drainage\wa1582qu.dgn 11 DEC 100

M.A. DeATLEY 01469

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | H.6 |







PLAN VIEW

ROCK WEIR SPACING




SKEW ANGLE DIAGRAM

GRADATION OF SUITABLE STREAMBED MATERIAL

| Sieve Size | Percent Passing |
|---|---|
| 300 mm | 100 |
| 150 mm | 75-80 |
| 75 mm | 50-65 |
| 25 mm | 30-40 |
| 6.3 mm | 15-20 |
| 0.425 mm | 0-10 |




PROFILE SECTION A-A

Not to scale

35 Degree Skew

**NOTES:**

1. Conserve suitable material encountered in streambed excavation for use as streambed material. Estimated quantity is 25 m3.
2. Place conserved streambed material in the culvert to match the existing streambed gradient as closely as possible. If sufficient streambed material is not available, use material with a gradation described in the table above.
3. Culvert backfill, streambed materials, bed sealer and rocks will not be measured for payment.
4. Place 4 bed sealers at 5 m to 6 m. Bed sealers consist of 150 mm layer of straw, the full width of culvert and full depth of the material inside the culvert.

**FOOTNOTES:**

1/ Culvert inlet/outlet control, S251-3.
2/ Riprap headwall, S251-3.
3/ Rock Weir, S251-4.

M.A. DeATLEY 01470

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

FISH PASSAGE, STA. 20+101
DONALDSON CREEK
3000 mm CULVERT

REVISED:

SPECIAL S602-1

..\design\drainage\wa1582qt.dgn    09 NOV 100

| | By: | Date: |
|---|---|---|
| Designed: | FHWA | 11/00 |
| Checked: | FHWA | 11/00 |

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | H.7 |







## PLAN VIEW
## ROCK WEIR SPACING




## SKEW ANGLE DIAGRAM

**GRADATION OF SUITABLE STREAMBED MATERIAL**

| Sieve Size | Percent Passing |
|---|---|
| 300 mm | 100 |
| 150 mm | 75-80 |
| 75 mm | 50-65 |
| 25 mm | 30-40 |
| 6.3 mm | 15-20 |
| 0.425 mm | 0-10 |

**NOTES:**

1. Conserve suitable material encountered in streambed excavation for use as streambed material. Estimated quantity is 25 m3.
2. Place conserved streambed material in the culvert to match the existing streambed gradient as closely as possible. If sufficient streambed material is not available, use material with a gradation described in the table above.
3. Culvert backfill, streambed materials, bed sealer and rocks will not be measured for payment.
4. Place 5 bed sealers at 5 m to 6 m. Bed sealers consist of 150 mm layer of straw, the full width of culvert and full depth of the material inside the culvert.




## PROFILE SECTION A-A
Not to scale
4.5 Degree Skew

**FOOTNOTES:**

1/ Culvert inlet/outlet control, S251-3.
2/ Riprap headwall, S251-3.
3/ Rock weir, S251-4

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

**FISH PASSAGE, STA. 22+576**
**TEN MILE TRIBUTARY**
**3000 mm CULVERT**

REVISED:

SPECIAL
S602-2

..\design\drainage\wa1582qu.dgn 09 NOV 100

M.A. DeATLEY 01471

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 156-1(2) | H.8 |

## PROPOSED DITCH DETAIL




APPLICATION A

## EXISTING DITCH DETAIL




APPLICATION B

## UNDERDRAIN SYSTEM, TYPE I
## TYPICAL SECTIONS

NOT TO SCALE

NOTES:

1. Adjust underdrain typical sections to meet field conditions as directed by the C.O.
2. Refer to cross sections for underdrain location and typical section determination.
3. Estimated granular backfill and geotextile quantities in underdrain system.

| Granular Backfill | Geotextile, Type I-D |
|---|---|
| 0.6 m3/m | 3.6 m2/m |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

UNDERDRAIN SYSTEM DETAIL

REVISED:

SPECIAL S605-I

M.A. DeATLEY 01472

...\design\drainage\wa1582qa.dgn 11 DEC 100

| Designed: | MARK MCNEARNEY, E.I.T. | 11/00 |
|---|---|---|
| Checked: | BRIAN WACKER, P.E. | 11/00 |
| | By: | Date: |




M.A. DeATLEY 01473

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | H.10 |

# METAL ROUND PIPE CULVERT

## FILL HEIGHT AND METAL THICKNESS TABLE FOR HELICAL LOCKSEAM AND WELDED SEAM PIPE CULVERT

### STEEL

| PIPE SIZE | MINIMUM COVER | 68 x 13 CORRUGATIONS | | | | | 75 x 25 CORRUGATIONS | | | | | 125 x 25 CORRUGATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | METAL THICKNESS | | | | | | | | | | | | | | |
| DIAMETER | | 1.63 | 2.01 | 2.77 | 3.51 | 4.27 | 1.63 | 2.01 | 2.77 | 3.51 | 4.27 | 1.63 | 2.01 | 2.77 | 3.51 | 4.27 |
| | | MAXIMUM FILL HEIGHT ABOVE TOP OF PIPE IN METERS | | | | | | | | | | | | | | |
| 300 | 300 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | | | | | | | | | | |
| 375 | 300 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | | | | | | | | | | |
| 450 | 300 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | | | | | | | | | | |
| 525 | 300 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | | | | | | | | | | |
| 600 | 300 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | | | | | | | | | | |
| 750 | 300 | 25.9 | 30.0 | 30.0 | 30.0 | 30.0 | | | | | | | | | | |
| 900 | 300 | 21.6 | 27.0 | 30.0 | 30.0 | 30.0 | 24.8 | 30.0 | 30.0 | 30.0 | 30.0 | | | | | |
| 1050 | 300 | 18.5 | 23.1 | 30.0 | 30.0 | 30.0 | 21.2 | 26.6 | 30.0 | 30.0 | 30.0 | | | | | |
| 1200 | 300 | 16.2 | 20.2 | 28.4 | 30.0 | 30.0 | 18.5 | 23.2 | 30.0 | 30.0 | 30.0 | 16.5 | 20.7 | 29.0 | 30.0 | 30.0 |
| 1350 | 300 | | 18.0 | 25.2 | 30.0 | 30.0 | 16.5 | 20.6 | 29.0 | 30.0 | 30.0 | 14.7 | 18.4 | 25.8 | 30.0 | 30.0 |
| 1500 | 300 | | | 22.7 | 29.5 | 30.0 | 14.8 | 18.6 | 26.1 | 30.0 | 30.0 | 13.2 | 16.5 | 23.2 | 29.9 | 30.0 |
| 1650 | 300 | | | | 26.5 | 30.0 | 13.5 | 16.9 | 23.7 | 30.0 | 30.0 | 12.0 | 15.0 | 21.1 | 27.1 | 30.0 |
| 1800 | 300 | | | | 24.3 | 29.7 | 12.3 | 15.4 | 21.7 | 28.0 | 30.0 | 11.0 | 13.8 | 19.3 | 24.9 | 30.0 |
| 1950 | 300 | | | | | 26.4 | 11.4 | 14.3 | 20.0 | 25.8 | 30.0 | 10.1 | 12.7 | 17.8 | 23.0 | 28.1 |
| 2100 | 300 | | | | | 22.8 | 10.6 | 13.2 | 18.6 | 23.9 | 29.3 | 9.4 | 11.8 | 16.5 | 21.3 | 26.1 |
| 2250 | 300 | | | | | | 9.8 | 12.3 | 17.3 | 22.3 | 27.4 | 8.8 | 11.0 | 15.4 | 19.9 | 24.3 |
| 2400 | 300 | | | | | | | 11.6 | 16.2 | 20.9 | 25.7 | | 10.3 | 14.5 | 18.6 | 22.8 |
| 2550 | 350 | | | | | | | 10.9 | 15.3 | 19.7 | 24.1 | | 9.7 | 13.6 | 17.5 | 21.5 |
| 2700 | 350 | | | | | | | | 14.4 | 18.6 | 22.8 | | | 12.8 | 16.6 | 20.3 |
| 2850 | 450 | | | | | | | | 13.7 | 17.6 | 21.6 | | | 12.2 | 15.7 | 19.2 |
| 3000 | 450 | | | | | | | | 13.0 | 16.7 | 20.5 | | | 11.6 | 14.9 | 18.2 |
| 3150 | 450 | | | | | | | | | 15.9 | 19.5 | | | | 14.2 | 17.4 |
| 3300 | 450 | | | | | | | | | 15.2 | 18.6 | | | | 13.5 | 16.6 |
| 3450 | 450 | | | | | | | | | 14.5 | 17.8 | | | | 12.9 | 15.8 |
| 3600 | 450 | | | | | | | | | | 17.1 | | | | | 15.2 |

### ALUMINUM

| PIPE SIZE | MINIMUM COVER | 68 x 13 CORRUGATIONS | | | | | 75 x 25 CORRUGATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | METAL THICKNESS | | | | | | | | | |
| DIAMETER | | 1.52 | 1.91 | 2.67 | 3.43 | 4.17 | 1.52 | 1.91 | 2.67 | 3.43 | 4.17 |
| | | MAXIMUM FILL HEIGHT ABOVE TOP OF PIPE IN METERS | | | | | | | | | |
| 300 | 300 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | | | | | |
| 375 | 300 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | | | | | |
| 450 | 300 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | | | | | |
| 525 | 300 | 26.9 | 30.0 | 30.0 | 30.0 | 30.0 | | | | | |
| 600 | 300 | 23.6 | 29.5 | 30.0 | 30.0 | 30.0 | | | | | |
| 750 | 300 | 18.8 | 23.6 | 30.0 | 30.0 | 30.0 | 21.7 | 27.2 | 30.0 | 30 | 30.0 |
| 900 | 300 | 15.7 | 19.6 | 27.5 | 30.0 | 30.0 | 18.0 | 22.7 | 30.0 | 30 | 30.0 |
| 1050 | 300 | 13.4 | 16.8 | 23.6 | 30.3 | 30.0 | 15.5 | 19.4 | 27.1 | 30 | 30.0 |
| 1200 | 300 | | | 20.3 | 26.4 | 30.0 | 13.5 | 17 | 23.7 | 30 | 30.0 |
| 1350 | 300 | | | 16.5 | 21.6 | 26.7 | 12.0 | 15.1 | 21.1 | 28.2 | 30.0 |
| 1500 | 300 | | | | 17.5 | 21.8 | 10.8 | 13.6 | 19.0 | 25.4 | 29.9 |
| 1650 | 300 | | | | | 17.6 | 9.8 | 12.3 | 17.2 | 23.1 | 27.2 |
| 1800 | 300 | | | | | 13.8 | 9.0 | 11.3 | 16.8 | 21.2 | 24.9 |
| 1950 | 300 | | | | | | | 10.4 | 14.6 | 19.5 | 23.0 |
| 2100 | 300 | | | | | | | | 13.5 | 18.1 | 21.4 |
| 2250 | 300 | | | | | | | | 12.6 | 18.9 | 19.9 |
| 2400 | 300 | | | | | | | | 11.6 | 15.6 | 18.5 |
| 2550 | 350 | | | | | | | | | 14.1 | 16.7 |
| 2700 | 350 | | | | | | | | | 12.7 | 15.1 |
| 2850 | 400 | | | | | | | | | | 13.6 |
| 3000 | 400 | | | | | | | | | | 12.2 |

NOTE:

1. Dimensions not labeled are in millimeters.
2. When directed, camber pipe culverts upward from a chord through the inlet and outlet inverts an ordinate amount equal to 1% of the pipe length. Develop camber on a parabolic curve. If the midpoint elevation on the parabolic curve as designed exceeds the elevation of the inlet invert, reduce the amount of camber or increase the pipe culvert gradient.
3. Fill heights exceeding 30 meters require special analysis by the CO.
4. The fill heights in the table are for helical lockseam and welded seam pipe only. Fill heights for culvert pipe with annular corrugations are more restrictive than those of helical lockseam and welded seam pipe. Obtain approval before furnishing annular corrugation pipe.
5. Measure minimum cover from the top of the pipe culvert to the subgrade for flexible pavements, and to the top of the pavement for rigid pavements. Measure maximum fill height from the top of the pipe to the top of the pavement for both flexible and rigid pavement.

# METAL PIPE ARCH CULVERT

## FILL HEIGHT AND METAL THICKNESS TABLE FOR HELICAL LOCKSEAM AND WELDED SEAM PIPE CULVERT

### STEEL

| PIPE ARCH SIZE | EQUIVALENT | MINIMUM CORNER RADIUS | MINIMUM COVER | 68 x 13 CORRUGATIONS | | | | | 75 x 25 CORRUGATIONS | | | | 125 x 25 CORRUGATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | METAL THICKNESS | | | | | | | | | | | | |
| SPAN x RISE | DIAMETER | | | 1.63 | 2.01 | 2.77 | 3.51 | 4.27 | 2.01 | 2.77 | 3.51 | 4.27 | 2.01 | 2.77 | 3.51 | 4.27 |
| | | | | MAXIMUM FILL HEIGHT ABOVE TOP OF PIPE IN METERS | | | | | | | | | | | | |
| 430 x 330 | 375 | 75 | 300 | 4.0 | | | | | | | | | | | | |
| 530 x 380 | 450 | 75 | 300 | 3.5 | | | | | | | | | | | | |
| 610 x 460 | 525 | 75 | 300 | 4.0 | | | | | | | | | | | | |
| 710 x 510 | 600 | 75 | 300 | 4.0 | | | | | | | | | | | | |
| 885 x 610 | 750 | 75 | 300 | 3.5 | | | | | | | | | | | | |
| 1060 x 740 | 900 | 90 | 300 | 3.5 | | | | | | | | | | | | |
| 1240 x 840 | 1050 | 100 | 300 | | 3.5 | | | | | | | | | | | |
| 1440 x 970 | 1200 | 130 | 300 | | | 3.5 | | | | | | | | | | |
| 1520 x 1170 | 1350 | 205 | 300 | | | | | | | 6.5 | | | | 6.5 | | |
| 1620 x 1100 | 1350 | 155 | 300 | | | 3.5 | | | | | | | | 6.5 | | |
| 1670 x 1300 | 1500 | 230 | 300 | | | | | | | 6.5 | | | | 6.0 | | |
| 1800 x 1200 | 1500 | 180 | 300 | | | | 3.5 | | | | | | | | | |
| 1850 x 1400 | 1650 | 305 | 300 | | | | | | | 6.0 | | | | | | |
| 1950 x 1320 | 1650 | 205 | 300 | | | | | 3.5 | | | | | | | | |
| 2050 x 1500 | 1800 | 355 | 300 | | | | | | 5.0 | | | | 5.0 | | | |
| 2100 x 1450 | 1800 | 230 | 300 | | | | | 3.5 | | | | | | | | |
| 2200 x 1620 | 1950 | 365 | 300 | | | | | | 5.0 | | | | 5.0 | | | |
| 2400 x 1720 | 2100 | 410 | 300 | | | | | | 5.0 | | | | 5.0 | | | |
| 2600 x 1820 | 2250 | 410 | 450 | | | | | | | 5.0 | | | 5.0 | | | |
| 2840 x 1920 | 2400 | 460 | 450 | | | | | | | 5.0 | | | | 5.0 | | |
| 2970 x 2020 | 2550 | 460 | 450 | | | | | | | 5.0 | | | | 5.0 | | |
| 3240 x 2120 | 2700 | 460 | 600 | | | | | | | | 5.0 | | | | 5.0 | |
| 3470 x 2220 | 2850 | 460 | 600 | | | | | | | | 5.0 | | | | 5.0 | |
| 3600 x 2320 | 3000 | 460 | 600 | | | | | | | | | 5.0 | | | | 5.0 |

### ALUMINUM

| PIPE ARCH SIZE | EQUIVALENT | MINIMUM CORNER RADIUS | MINIMUM COVER | 68 x 13 CORRUGATIONS | | | | 75 x 25 CORRUGATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | METAL THICKNESS | | | | | | | |
| SPAN x RISE | DIAMETER | | | 1.52 | 1.91 | 2.67 | 3.43 | 1.52 | 1.91 | 2.67 | 3.43 |
| | | | | MAXIMUM FILL HEIGHT ABOVE TOP OF PIPE IN METERS | | | | | | | |
| 430 x 330 | 375 | 75 | 300 | 4.0 | | | | | | | |
| 530 x 380 | 450 | 75 | 300 | 3.5 | | | | | | | |
| 610 x 460 | 525 | 75 | 300 | 4.0 | | | | | | | |
| 710 x 510 | 600 | 75 | 300 | | 4.0 | | | | | | |
| 885 x 610 | 750 | 75 | 300 | | 3.5 | | | | | | |
| 1060 x 740 | 900 | 90 | 375 | | | 3.5 | | | | | |
| 1240 x 840 | 1050 | 100 | 375 | | | 3.5 | | | | | |
| 1440 x 970 | 1200 | 130 | 375 | | | | 3.5 | | | | |
| 1520 x 1170 | 1350 | 205 | 375 | | | | | 6.5 | | | |
| 1620 x 1100 | 1350 | 155 | 450 | | | | 3.5 | | | | |
| 1670 x 1300 | 1500 | 230 | 450 | | | | | 6.5 | | | |
| 1850 x 1400 | 1650 | 355 | 450 | | | | | | 6.0 | | |
| 2050 x 1500 | 1800 | 365 | 525 | | | | | | | 5.0 | |
| 2200 x 1620 | 1950 | 365 | 525 | | | | | | | 5.0 | |
| 2400 x 1720 | 2100 | 410 | 600 | | | | | | | 5.0 | |
| 2600 x 1820 | 2250 | 410 | 600 | | | | | | | | 5.0 |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

METRIC STANDARD

METAL PIPE CULVERT

STANDARD APPROVED FOR USE 03/96

REVISED: 10/97

STANDARD M602-1

NO SCALE

M.A. DeATLEY 01474

Designed: Checked: By: Date:

...\design\drainage\wa1582ql.dgn 09 NOV 108

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | H.11 |

## COUPLING BANDS FOR METAL PIPE CULVERT 1/

| CORRUGATION SIZE 2/ | ROUND PIPE DIAMETER | PIPE-ARCH SPAN X RISE | MINIMUM BAND WIDTH: ANNULAR 3/ CORRUGATED BANDS | MINIMUM BAND WIDTH: HELICALLY 4/ CORRUGATED BANDS | MINIMUM BAND WIDTH: SEMI- 5/ CORRUGATED BANDS |
|---|---|---|---|---|---|
| 38 x 6.5 | underdrain 6/ | - | 265 | 180 | 265 |
| 68 x 13 | 300 to 900 | 430 x 330 to 1060 x 740 | 180 | 300 | |
| | 1050 to 1800 | 1240 x 840 to 2100 x 1450 | 265 | 300 | |
| | 1950 to 2100 | - | 265 | 300 | 265 |
| 75 x 25 | 900 to 1800 | 1520 x 1170 to 2050 x 1500 | 300 | 350 | 265 |
| | 1950 to 3600 | 2200 x 1620 to 3600 x 2320 | 300 | 350 | 265 |
| 125 x 25 | 900 to 1800 | 1520 x 1170 to 2050 x 1500 | 500 | 560 | |
| | 1950 to 3600 | 2200 x 1620 to 3600 x 2320 | 500 | 560 | |

1/ Fabricate annular, helical and semi-corrugated type coupling bands from the same metal as the connecting pipe. Provide coupling bands not more than 3 nominal sheet thicknesses thinner than the thickness of the pipe to be connected, and no thinner than 1.32 mm for steel or 1.2 mm for aluminum. Fasten coupling bands with the following diameter of bolt:
M10 for 450 mm round culvert (530x380 mm pipe arch) or less
M12 for 525 mm round culvert (610x460 mm pipe arch) or more

2/ For helically corrugated pipe with rerolled ends, the nominal corrugations size refers to the dimension of the end corrugation in the pipe.

3/ Use annular corrugated bands with pipes having annular corrugations or with helical pipe having rerolled end to form annular corrugations. A 265 mm band is acceptable on pipe ends rerolled with 68x13 mm corrugations. A 300 mm band is acceptable on pipe ends rerolled with 75x25 mm pipe corrugations.

4/ Use helical corrugated bands with pipes having helically corrugated ends.

5/ The minimum band widths shown for 75x25 mm and 125x25 mm corrugated sizes apply to 68x13 mm corrugations on rerolled pipe ends.

6/ Smooth sleeve-type couplers and flat bands may be used for pipe diameters of 300 mm or less. Use a matching metal having a nominal thickness of not less than 1.02 mm for steel, or 0.91 mm for aluminum, or a plastic with an equivalent strength to metal.




Smoother sleeve with center stop. Stab type joint.

SMOOTH SLEEVE BAND




FLAT BAND

NOTE:

1. Dimensions not labeled are in millimeters.
2. Watertight pipe joints are not required unless specified in the Special Contract Requirements.
3. Other types of coupling bands or fastening devices that comply with the joint performance criteria of AASHTO Standard specifications for Highway Bridges, Division II Section 26 may be used.







Second angle connection optional to 1050 mm diameter, required above 1065 mm diameter.

ANNULAR BAND







Second angle connection optional to 1050 mm diameter, required above 1050 mm diameter.

HELICAL BAND







SEMI-CORRUGATED BAND




STANDARD BAND CONNECTIONS

NO SCALE

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

METRIC STANDARD

METAL PIPE CULVERT COUPLING BAND

STANDARD APPROVED FOR USE 03/96 | REVISED: 8/97 | STANDARD M602-2

M.A. DeATLEY 01475

..\design\drainage\wa1582gn.dgn 09 NOV 100