| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | H.12 |







NOTE:

1. Dimensions not labeled are in millimeters.
2. When directed, camber pipe culverts upward from a chord through the inlet and outlet inverts an ordinate amount equal to 1% of the pipe length. Develop camber on a parabolic curve. If the midpoint elevation on the parabolic curve as designed exceeds the elevation of the inlet invert, reduce the amount of camber or increase the pipe culvert gradient.
3. H equals the diameter of all round pipe culverts or the rise dimension of all pipe arch culverts.
4. Bed pipe culverts 1200 mm and larger in diameter and pipe arch culverts 960 mm and greater in rise in Class B bedding. Bed smaller pipe culverts in Class B or C bedding.

| MINIMUM SPACING | |
|---|---|
| DIAMETER or SPAN | SPACING |
| UP to 1200 | 610 |
| 1200 and UP | 0.5 Diameter or span or 900 whichever is less |

MULTIPLE PIPE INSTALLATION







Construct piping plug of impermeable backfill material at the pipe culvert inlet where granular material is used for backfill. Width may be adjusted to tie into impervious material.

PIPING PLUG

NO SCALE

M.A. DeATLEY 01476

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

METRIC STANDARD

METAL AND PLASTIC PIPE CULVERT BEDDING

STANDARD M602-3

...\design\drainage\wa1582gn.dgn

09 NOV 100

MST60203.DGN

Designed: Checked: By: Date:

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | H.13 |

## END SECTIONS FOR PIPE ARCH CULVERT

| PIPE SIZE | STEEL | ALUMINUM | DIMENSIONS | | | | | | SLOPE |
|---|---|---|---|---|---|---|---|---|---|
| SPAN X RISE | METAL THICKNESS | | A | B | H | F | L | W | Approx. |
| 430 x 330 | 1.63 | 1.52 | 125 | 225 | 150 | 700 | 500 | 1300 | 2.1 |
| 530 x 380 | 1.63 | 1.52 | 150 | 275 | 150 | 850 | 600 | 1450 | 2.0 |
| 610 x 460 | 1.63 | 1.52 | 175 | 300 | 150 | 1000 | 700 | 1575 | 2.1 |
| 710 x 510 | 1.63 | 1.52 | 175 | 400 | 150 | 1150 | 800 | 1750 | 2.0 |
| 885 x 610 | 2.01 | 1.91 | 225 | 400 | 150 | 1450 | 925 | 2125 | 1.9 |
| 1060 x 740 | 2.01 | 1.91 | 275 | 450 | 175 | 1825 | 1150 | 2600 | 1.9 |
| 1240 x 840 | 2.77 | 2.67 | 300 | 525 | 225 | 2050 | 1325 | 2925 | 1.8 |
| 1440 x 990 | 2.77 | 2.67 | 400 | 650 | 300 | 2200 | 1550 | 3300 | 1.9 |
| 1620 x 1100 | 2.77 | 2.67 | 425 | 750 | 300 | 2500 | 1725 | 3600 | 1.9 |
| 1520 x 1170 | 2.77 | 2.67 | 425 | 900 | 300 | 2500 | 1750 | 3550 | 1.9 |
| 1800 x 1200 | 2.77 | 2.67 | 425 | 900 | 300 | 2800 | 1925 | 3900 | 1.9 |
| 1670 x 1300 | 2.77 | 2.67 | 425 | 900 | 300 | 2800 | 1925 | 3900 | 1.8 |
| 1950 x 1320 | 2.77 | 2.67 | 425 | 900 | 300 | 3100 | 1925 | 4175 | 1.6 |
| 1850 x 1400 | 2.77 | 2.67 | 425 | 900 | 300 | 3100 | 1925 | 4200 | 1.5 |
| 2110 x 1450 | 2.77 | 2.67 | 425 | 1100 | 300 | 3250 | 1925 | 4425 | 1.5 |
| 2050 x 1500 | 2.77 | 2.67 | 425 | 1100 | 300 | 3400 | 1925 | 4475 | 1.6 |
| 2200 x 1620 | 2.77 | 2.67 | 425 | 1100 | 300 | 3400 | 1925 | 4650 | 1.5 |
| 2400 x 1720 | 2.77 | 2.67 | 425 | 1100 | 300 | 4000 | 2175 | 5250 | 1.5 |
| 2600 x 1820 | 2.77 | 2.67 | 425 | 1100 | 300 | 4300 | 2175 | 5550 | 1.3 |
| 2840 x 1920 | 2.77 | 2.67 | 425 | 1100 | 300 | 4300 | 2175 | 5650 | 1.2 |

## END SECTIONS FOR ROUND PIPE CULVERT

| PIPE SIZE | STEEL | ALUMINUM | DIMENSIONS | | | | | | SLOPE |
|---|---|---|---|---|---|---|---|---|---|
| DIAMETER | METAL THICKNESS | | A | B | H | F | L | W | Approx. |
| 300 | 1.63 | 1.52 | 125 | 175 | 150 | 550 | 525 | 1100 | 2.2 |
| 375 | 1.63 | 1.52 | 150 | 200 | 150 | 700 | 650 | 1300 | 2.2 |
| 450 | 1.63 | 1.52 | 175 | 250 | 150 | 850 | 775 | 1450 | 2.1 |
| 600 | 1.63 | 1.52 | 225 | 325 | 150 | 1150 | 1025 | 1800 | 2.1 |
| 750 | 2.01 | 1.91 | 275 | 400 | 200 | 1375 | 1275 | 2200 | 2.1 |
| 900 | 2.01 | 1.91 | 325 | 475 | 225 | 1750 | 1500 | 2650 | 2.0 |
| 1050 | 2.77 | 2.67 | 375 | 625 | 250 | 2050 | 1725 | 3050 | 2.1 |
| 1200 | 2.77 | 2.67 | 425 | 725 | 300 | 2200 | 1950 | 3275 | 2.0 |
| 1350 | 2.77 | 2.67 | 425 | 825 | 300 | 2500 | 2100 | 3575 | 2.0 |
| 1500 | 2.77 | 2.67 | 425 | 900 | 300 | 2800 | 2175 | 3925 | 1.9 |
| 1650 | 2.77 | 2.67 | 425 | 975 | 300 | 2950 | 2175 | 4050 | 1.6 |
| 1800 | 2.77 | 2.67 | 425 | 1100 | 300 | 3000 | 2175 | 4225 | 1.5 |
| 1950 | 2.77 | 2.67 | 425 | 1200 | 300 | 3250 | 2175 | 4450 | 1.4 |
| 2100 | 2.77 | 2.67 | 425 | 1300 | 300 | 3400 | 2175 | 4600 | 1.3 |
| 2250 | 2.77 | 2.67 | 425 | 1450 | 300 | 3550 | 2175 | 4700 | 1.2 |
| 2400 | 2.77 | 2.67 | 425 | 1450 | 300 | 3600 | 2175 | 4925 | 1.1 |



PLAN



SECTION A-A

ROUND OR PIPE ARCH CULVERT



ELEVATION

ROUND PIPE CULVERT



ELEVATION

PIPE ARCH CULVERT

## NOTE:

1. Dimensions not labeled are in millimeters.
2. Variations in design and dimensions are permitted to allow for manufacturer's standards.
3. Fabricate the diameter of the end section of Design B to match the inside diameter of the concrete pipe culvert.
4. Design C may be used in lieu of design A for all metal pipe culvert sizes. Coupling bands may be any acceptable type for the pipe culvert specified.
5. Fabricate multiple piece bodies with lap seams tightly joined by M10 rivets or bolts. Fabricate end section center panels for 1500 mm and larger diameter pipe and 1800 x 1200 mm and larger pipe arch from 3.51 mm steel or 3.43 mm aluminum.
6. On end section center panels for 1950 x 1320, 1850 x 1400 mm and larger pipe arch, provide 64 x 64 x 6.4 mm angle reinforcement bolted or riveted under the center panel seam.
7. Supplement the reinforced edges of end sections for 1500 mm and larger diameter pipe and 1950 x 1320, 1850 x 1400 mm and larger pipe arch with 51 x 51 x 6.4 mm stiffener angles attached with bolts or rivets.
8. Fabricate connector section, corner plate and toe plate extensions from the same metal thickness as the panel body. Use toe plate extension where shown on the plans.
9. Warp embankment slopes to match the slope of the flared end sections.
10. Furnish hardware in the metric sizes shown. Equivalent Imperial sizes may be used when metric sizes are not available.



For 300 thru 600 mm round pipe and 430 x 330 thru 710 x 510 mm pipe arch.

For 750 thru 1500 mm round pipe and 890 x 610 thru 1670 x 1290 mm pipe arch.

DESIGN A
CONNECTION TO ANNULAR CORRUGATED METAL PIPE



DESIGN B
CONNECTION TO CONCRETE PIPE INLET END



For all sizes of round pipe and pipe arch.

DESIGN C
CONNECTION TO METAL PIPE OR OUTLET END OF CONCRETE PIPE

NO SCALE

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

METRIC STANDARD

METAL END SECTION

STANDARD APPROVED FOR USE 03/96
REVISED: 6/97

STANDARD
M602-4

...\design\drainage\wa1582qp.dgn 09 NOV 100

M.A. DeATLEY 0147


STATE VA
PROJECT PFH 158-1(2)
SHEET NUMBER H.14
NOTE:
1. Dimensions not labeled are in millimeters.
2. D equals the diameter of all round pipe or the rise dimension of all pipe arch culverts.
Taper at 10:1 in rolling or flat terrain. Taper at 5:1 in mountainous terrain.
FLOW
1:3 maximum slope
300
Berm
1:1.5 maximum slope
End section
Cut slope
Taper at 10:1 ratio
Flat bottom ditch at culvert inlet
Normal ditch line
Standard 45° pipe elbow. At skewed pipe locations, 22.5° or 30° pipe elbows may be required in lieu of 45° pipe elbow.
Subgrade shoulder
PLAN
Original ground
Normal cut slope
Slope at pipe as staked
End section
Flow line of ditch at end section
Ditch widening (See table)
Pavement surface
Subgrade
Pipe culvert
End of pipe
SECTION B-B
TYPE II
DITCH WIDENING
PIPE SIZE (D) | WIDENING
450 | 1500
600 | 1800
750 | 2100
2D or 1200 mm (min.)
75 mm dip at center
Maximum 2D or subgrade elevation
End of pipe bevel or end section
SECTION A-A
TYPE I
U.S. DEPARTMENT OF TRANSPORTATION FEDERAL HIGHWAY ADMINISTRATION WESTERN FEDERAL LANDS HIGHWAY DIVISION
METRIC STANDARD
PIPE CULVERT INLET TREATMENT IN CUT SLOPES
STANDARD M602-6
NO SCALE
M.A. DeATLEY 01478
Designed:
Checked:
By:
Date:


M.A. DeATLEY 01478
STATE WA
PROJECT PFH 158-1(2)
SHEET NUMBER 1.1
WITH CONCRETE CURB
Not To Scale
3.3 m plus curve widening Traveled Way
1.4 m
1.083 m
See concrete curb detail S609-1
1:2
Variable
Varies 1/
See Mainline Typical Section
WITHOUT CONCRETE CURB
Not To Scale
3.3 m plus curve widening Traveled Way
1.4 m
1.083 m
1:2
Variable
Varies 1/
See Mainline Typical Section
MINOR ROAD APPROACHES 2/
Not To Scale
2.1 m Traveled Way
0.5 m
0.478 m
1:2
Variable
Varies 1/
See Approach Typical Section
Increase guardrail post length 3/
NOTE:
1. See section D for location and quantity of guardrail.
FOOTNOTES:
1/ See cross sections for pavement cross slope.
2/ Adjust guardrail system CRT to meet field conditions as directed by the C.O.
3/ See Subsection 617.02.
U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
SPECIAL
GUARDRAIL DETAIL
SPECIAL
S617-1
REVISED:

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | I.2 |




APPROACH & DEPARTURE FLARE FOR FLEAT




APPROACH & DEPARTURE FLARE WITH SLOTTED RAIL TERMINAL (SRT-350)

NOTE:

1. Unless otherwise indicated in the contract, install the SRT-350 (3.81, 8 post) as manufactured by SYRO, Inc. or the FLEAT 350 as manufactured by Road Systems, Inc. per manufacturer's recommendations. If specified in the contract, install the FLEAT TL2 as manufactured by Road Systems, Inc. per manufacturer's recommendations.
2. Where terminal is placed on a curve, and post offsets would result in the rail encroaching onto the shoulder (e.g., the inside of a curve), install the posts so that the face of the rail is at the edge of the shoulder.
3. Offset distances:
   FLEAT 350 - 1.220 m
   FLEAT TL2 - 0.510 m (Min)
4. Paving of widened shoulder on both ends of guardrail runs is required.
5. See manufacturer's drawings for other details.

NO SCALE

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

METRIC DETAIL

G4 W BEAM GUARDRAIL TYPE FLARED TERMINAL

DETAIL APPROVED FOR USE 9/2000
REVISED:
DETAIL M617-19

...\design\grdrail\wa1582ua.dgn 15 NOV 100 MST6172LDGN

M.A. DeATLEY 01480




NOTE:

1. Dimensions not labeled are in millimeters.
2. Dimensional tolerances not shown or implied are intended to be those consistent with the proper functioning of the part, including its appearance, and accepted manufacturing practices.
3. Furnish hardware in the metric sizes shown. Equivalent imperial sizes may be used when metric sizes are not available.

| L | Threaded Length |
|---|---|
| 35 | Full length |
| 50 | 30 minimum |
| 255 | 45 minimum |
| 460 | 100 minimum |
| 640 | 100 minimum |

M.A. DeATLEY 01489

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | I.4 |

| RADIUS METERS | ANGLE | NO.CRT POSTS | AREA FREE OF FIXED OBJECTS METERS | |
|---|---|---|---|---|
| | | | L | W |
| 2.6 | 75°-105° | 5 | 8.0 | 5.0 |
| 5.0 | 75°-90° | 6 | 9.0 | 5.0 |
| | 90°-105° | 7 | | |
| 8.0 | 75° | 7 | 12.0 | 6.0 |
| | 90° | 8 | | |
| | 105° | 9 | | |
| 10.0 | 75° | 9 | 15.0 | 6.0 |
| | 90° | 11 | | |
| | 105° | 12 | | |




PLAN




**NOTE:**

1. Dimensions not labeled are in millimeters.
2. Dimensional tolerances not shown or implied are intended to be those consistent with the proper functioning of the part, including its appearance, and accepted manufacturing practices.
3. The use of terminal section, Type CRT, is limited to driveways, road approaches and low speed minor road connections. Do not use on mainline roadways.
4. Do not bolt post to W beam for 2.6 m radius only.
5. Furnish hardware in the metric sizes shown. Equivalent Imperial sizes may be used when metric sizes are not available.




TYPICAL GUARDRAIL CROSS SECTION




ELEVATION

GUARDRAIL SYSTEM CRT
WITH CABLE RELEASING TERMINAL CRT POSTS

M.A. DeATLEY 01482

NO SCALE

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

METRIC STANDARD
CRT W BEAM GUARDRAIL
CABLE RELEASING TERMINAL
CRT POSTS
TERMINAL SECTION, TYPE CRT

STANDARD APPROVED FOR USE 03/96
REVISED: 12/98
STANDARD M617-21

MST617Z1.DGN




M.A. DeATLEY 01463




Designed: By: Date:
Checked:

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | J.1 |

## ITEM 63302
## SIGN INSTALLATION

| Sign | M.U.T.C.D. Manual No. | Location Station | Location Side | Description | Sign Size (mm) | No. of Signs | Quantity ($M^2$) |
|---|---|---|---|---|---|---|---|
| 1 | W5-1 | 18+100 | LT. | ROAD NARROWS | 900 x 900 | 1 | 0.81 |
| 2 | R1-1 | 18+316 | RT. | STOP | 750 x 750 | 1 | 0.56 |
| 3 | W1-5L | 18+340 | LT. | WINDING ROAD (SYMBOL) | 750 x 750 | 1 | 0.56 |
| 4 | R1-1 | 18+456 | LT. | STOP | 750 x 750 | 1 | 0.56 |
| 5 | R2-1 | 18+600 | LT. | SPEED LIMIT 40 MPH | 600 x 750 | 1 | 0.45 |
| 6 | R2-1 | 18+600 | RT. | SPEED LIMIT 40 MPH | 600 x 750 | 1 | 0.45 |
| 7 | W1-5L | 18+670 | RT. | WINDING ROAD (SYMBOL) | 750 x 750 | 1 | 0.56 |
| 8 | W5-1 | 18+700 | LT. | ROAD NARROWS | 900 x 900 | 1 | 0.81 |
| 9 | R1-1 | 19+183 | LT. | STOP | 750 x 750 | 1 | 0.56 |
| 10 | W1-5R | 19+340 | LT. | WINDING ROAD (SYMBOL) | 750 x 750 | 1 | 0.56 |
| 11 | W1-2L | 20+080 | RT. | CURVE (SYMBOL) | 750 x 750 | 1 | 0.56 |
| 12 | W1-2R | 20+260 | LT. | CURVE (SYMBOL) | 750 x 750 | 1 | 0.56 |
| 13 | S-1 3/ | 20+290 | RT. | CATTLE GUARD | 750 x 750 | 1 | 0.56 |
| 14 | S-1 3/ | 20+470 | LT. | CATTLE GUARD | 750 x 750 | 1 | 0.56 |
| 15 | R1-1 | 20+572 | RT. | STOP | 750 x 750 | 1 | 0.56 |
| 16 | R1-1 | 21+426 | LT. | STOP | 750 x 750 | 1 | 0.56 |
| 17 | R1-1 | 22+261 | LT. | STOP | 750 x 750 | 1 | 0.56 |
| 18 | R1-1 | 22+269 | RT. | STOP | 750 x 750 | 1 | 0.56 |
| 19 | R1-1 | 22+506 | LT. | STOP | 750 x 750 | 1 | 0.56 |
| 20 | R1-1 | 23+624 | RT. | STOP | 750 x 750 | 1 | 0.56 |
| 21 | S-1 3/ | 24+270 | RT. | CATTLE GUARD | 750 x 750 | 1 | 0.56 |
| 22 | S-1 3/ | 24+410 | LT. | CATTLE GUARD | 750 x 750 | 1 | 0.56 |
| 23 | S-1 3/ | 24+750 | RT. | CATTLE GUARD | 750 x 750 | 1 | 0.56 |
| 24 | S-1 3/ | 24+890 | LT. | CATTLE GUARD | 750 x 750 | 1 | 0.56 |
| 25 | R2-1 | 25+000 | LT. | SPEED LIMIT 40 MPH | 600 x 750 | 1 | 0.45 |
| SCHEDULE A TOTAL | | | | | | | 14.17 |
| SCHEDULE B TOTAL | | | | | | | 11.23 |

SCHEDULE A (signs 1–25); SCHEDULE B (signs 6–25)

| Item No. | Description | Unit | Schedule A Quantity | Schedule B Quantity |
|---|---|---|---|---|
| 63306 | Object marker, type 3 | each | 12 | 12 |
| 63307A | Delineator, flexible, type CC-3 | each | 165 | 143 |
| 63307B | Delineator, flexible, type CC-4 | each | 62 | 59 |
| 63307C | Delineator, flexible, type DD-3 | each | 17 | 13 |

## 1/ PAVEMENT MARKING QUANTITIES

| | Item No. | Description | Unit | Schedule A Quantity | Schedule B Quantity |
|---|---|---|---|---|---|
| 2/ | 63401A | Pavement markings, type B, broken yellow | m | 12156 | 11520 |
| 2/ | 63401B | Pavement markings, type B, solid yellow | m | 9480 | 7956 |
| 2/ | 63401C | Pavement markings, type B, solid white | m | 28392 | 26232 |

FOOTNOTES:

1/ The quantities and locations of the pavement markings listed in the tables are approximate. The final longitudinal location and quantities are subject to field review, verification, and adjustment.

2/ Double application in accordance with Subsection 634.03.

3/ See sheet S634-1.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

TABULATION OF PERMANENT SIGNING & MARKING QUANTITIES

M.A. DeATLEY 01485

_\design\persign\wa158pf.dgn    89 NOV 180

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | J.2 |

PERMENANT TRAFFIC CONTROL
LEGEND:

- H = Type CC-3 Delineators
- H-H = Type DD-3 Delineators
- ——— = Yellow Solid
- — — — = Yellow Skip

NOTES:

1. Tentative No Passing Zones are shown on the plans. Verification that those zones are appropriate in length and placement is required prior to installation.
2. Signing for No Passing Zones is not included as part of this project.
3. Delineators shown are for curve spacing only. Install delineators on tangent sections using 120 m spacing.
4. Signing and pavement markings for the resurfacing section of the project are shown in Section P.




...\design\permsign\wa1582pe.dgn 11 DEC 100

M.A. DeATLEY 01486

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SIGNING &
PAVEMENT MARKING PLAN
STA. 17+940 TO 18+300

| | By: | Date: |
|---|---|---|
| Designed: | MARK MCNEARNEY, E.I.T. | 11/00 |
| Checked: | BRIAN WACKER, P.E. | 11/00 |

M.A. DeATLEY 01480




STATE
WA
PROJECT
PFH 158-1(2)
SHEET NUMBER
J.4
U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
SIGNING &
PAVEMENT MARKING PLAN
STA. 19+700 TO 21+100
M.A. DeATLEY 01488
EQUATION
OM-3L 20+400 LT.
OM-3R 20+400 RT.
CATTLE GUARD
13 S-1 20+290 RT.
12 W1-2R 20+260 LT.
11 W1-2L 20+080 RT.
15 R1-1 20+572 RT.
STOP
14 S-1 20+470 LT.
OM-3R 20+400 LT.
OM-3L 20+400 RT.
Designed: MARK McNEARNEY, E.I.T. 11/00
Checked: BRIAN WACKER, P.E. 11/00

M.A. DeATLEY 01489




STATE
WA
PROJECT
PFH 156-1(2)
SHEET NUMBER
J.6
U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
SIGNING &
PAVEMENT MARKING PLAN
STA. 22+500 TO 23+900
M.A. DeATLEY 01490
STOP
(19) R1-1
22+506 LT.
STOP
(20) R1-1
23+624 RT.
22+500
22+600
22+700
22+800
22+900
23+000
23+100
23+200
23+300
23+400
23+500
23+600
23+700
23+800
23+900
Designed: MARK McNEARNEY, E.I.T. 11/00
Checked: BRIAN WACKER, P.E. 11/00


STATE WA
PROJECT PFH 158-1(2)
SHEET NUMBER J.7
U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
SIGNING &
PAVEMENT MARKING PLAN
STA. 23+900 TO 25+037.500
STA. 25+037.500
END RECONSTRUCTION PFH 158-1(2)
SCHEDULE A AND B
FLOWERY TRAIL ROAD
M.A. DeATLEY 0149
CATTLE GUARD
22 S-1 24+410 LT.
OM-3R 24+340 LT.
OM-3L 24+340 RT.
OM-3R 24+340 RT.
OM-3L 24+340 LT.
21 S-1 24+270 RT.
SPEED LIMIT 40
25 R2-1 25+000 LT.
24 S-1 24+890 LT.
OM-3R 24+822.88 LT.
OM-3L 24+822.88 RT.
OM-3L 24+822.88 LT.
OM-3R 24+822.88 RT.
23 S-1 24+750 RT.
23+900
24+000
24+100
24+200
24+300
24+400
24+500
24+600
24+700
24+800
24+900
25+000
25+100

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | J.8 |




## FLEXIBLE DELINEATOR TYPICAL INSTALLATION

Type C-3 - Flexible Post with 75 x 200 mm Silverwhite retroreflective sheeting.

Type D-3 - Flexible Post with 75 x 200 mm Yellow retroreflective sheeting.

Type CC-3 - Flexible Post with 75 x 200 mm Silverwhite retroreflective sheeting on both Front & Back of Post. Used on two-way, two-lane Highways on outside of Horizontal Curves and on Approaches to non-illuminated Intersections.

Type DD-3- Flexible Post with 75 x 200 mm Silverwhite retroreflective sheeting on both Front & Back of Post. Used at side road approaches, (left and right of intersecting approach).

Type C-4 & CC-4 - Short version of Flexible Post that is attached to Timber Guardrail Posts.




## TYPE C-4 & CC-4 OPTIONAL INSTALLATION WITH BEAM TYPE GUARDRAIL

| HORIZONTAL CURVES | | | | |
|---|---|---|---|---|
| RADIUS OF CURVE IN METERS | SPACING ON OUTSIDE OF CURVE IN METERS | | | |
| | ON CURVE | IN ADVANCE OF & BEYOND CURVE | | |
| | | 1st SPACE | 2nd SPACE | 3rd SPACE |
| 15 | 6 | 12 | 18 | 36 |
| 45 | 9 | 18 | 27 | 54 |
| 60 | 11 | 22 | 33 | 66 |
| 75 | 13 | 26 | 39 | 78 |
| 90 | 14 | 28 | 42 | 84 |
| 120 | 17 | 34 | 51 | 90 |
| 150 | 19 | 38 | 57 | 90 |
| 180 | 22 | 44 | 66 | 90 |
| 210 | 23 | 46 | 69 | 90 |
| 240 | 25 | 50 | 75 | 90 |
| 270 | 26 | 52 | 78 | 90 |
| 300 | 28 | 56 | 84 | 90 |

Spacing for specific radii not shown may be interpolated from the formula: Spacing = $1.65 \sqrt{R-15}$.
The minimum spacing should be 6 meters and not exceed 90 meters.

**NOTE:**

1. Dimensions not labeled are in millimeters.
2. Vary the post spacing up to $1/8$ of the spacing shown to clear driveways, cross roads, intersections or ramps. Eliminate the post if the variation is exceeded.
3. Install all delineators with reflectors facing adjacent to on-coming traffic.
4. Place delineators 600 mm from the edge of design shoulder unless otherwise specified.
5. Install delineators behind the rail at guardrail locations. Either drive the delineator post C-3 or CC-3 in line with the guardrail posts or install a post C-4 or CC-4.
6. Fasten delineator Post C-4 or CC-4 to the guardrail post with two 20d galvanized nails, or two M6 x 50 mm lag screws with washers, as near to the centerline of the, post as possible. Any approved method submitted by the guide post manufacturer is also acceptable.
7. When the contract does not provide for the construction of the ultimate pavement, allow for the thickness of base and pavement to be placed later when establishing the elevation of the traffic delineators.
8. Use the latest edition of the Manual on Uniform Traffic Control Devices for Streets and Highways (MUTCD) as a guide for delineation layout.
9. Furnish hardware in the metric sizes shown. Equivalent Imperial sizes may be used when metric sizes are not available.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

M.A. DeATLEY 01492

TRAFFIC DELINEATORS
WASHINGTON PROJECTS

NO SCALE

REVISED:

SPECIAL
S633-1

—\design\permsign\wa1982pg.dgn 09 NOV 100

Designed:
Checked:
By:
Date:

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | J.9 |




| SCHEDULE A - PAVEMENT MARKINGS (MAINLINE) | | | | | |
|---|---|---|---|---|---|
| | Solid White Left Shoulder Item 63401C | Solid Yellow Left Center Item 63401B | Broken Yellow Center Item 63401A | Solid Yellow Right Center Item 63401B | Solid White Right Shoulder Item 63401C |
| | 17+940 to 25+038 | 17+940 to 18+926<br>19+320 to 19+695<br>20+189 to 20+600<br>20+893 to 21+171<br>23+670 to 23+799<br>24+335 to 24+639<br>24+820 to 25+038 | 18+300 to 18+618<br>18+736 to 19+320<br>19+504 to 20+189<br>20+420 to 20+893<br>20+974 to 24+335<br>24+343 to 24+637<br>24+639 to 24+820<br>24+856 to 25+038 | 17+940 to 18+300<br>18+618 to 18+736<br>19+144 to 19+504<br>20+015 to 20+420<br>20+669 to 20+974<br>23+517 to 23+598<br>24+152 to 24+343<br>24+637 to 24+856 | 17+940 to 25+038 |
| Total | 7098 m | 2701 m | 6078 m | 2039 m | 7098 m |

| SCHEDULE B - PAVEMENT MARKINGS (MAINLINE) | | | | | |
|---|---|---|---|---|---|
| | Solid White Left Shoulder Item 63401C | Solid Yellow Left Center Item 63401B | Broken Yellow Center Item 63401A | Solid Yellow Right Center Item 63401B | Solid White Right Shoulder Item 63401C |
| | 18+480 to 25+038 | 18+480 to 18+926<br>19+320 to 19+695<br>20+189 to 20+600<br>20+893 to 21+171<br>23+670 to 23+799<br>24+335 to 24+639<br>24+820 to 25+038 | 18+736 to 19+320<br>19+504 to 20+189<br>20+420 to 20+893<br>20+974 to 24+335<br>24+343 to 24+637<br>24+639 to 24+820<br>24+856 to 25+038 | 18+480 to 18+736<br>19+144 to 19+504<br>20+015 to 20+420<br>20+669 to 20+974<br>23+517 to 23+598<br>24+152 to 24+343<br>24+637 to 24+856 | 18+480 to 25+038 |
| Total | 6558 m | 2161 m | 5760 m | 1817 m | 6558 m |

S-1
(13) STA. 20+290 RT.
(14) STA. 20+470 LT.
(21) STA. 24+250 RT.
(22) STA. 24+410 LT.
(23) STA. 24+750 RT.
(24) STA. 24+890 LT.

COLORS:
LEGEND - Black (nonreflectorized)
BACKGROUND - Yellow (reflectorized)




NOTES:

1. In curve widening areas, increase the 3.3 m width shown between centerline and shoulder striping by half the curve widening.
2. Dimensions not labeled are in millimeters.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

SPECIAL

PERMANENT TRAFFIC CONTROL PAVEMENT MARKINGS AND SIGN DETAILS

SPECIAL S634-1

M.A. DeATLEY 01493

...\design\peresign\wa1582pf.dgn 16 NOV 100

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | J.10 |




POST DETAIL




SINGLE POST SIGNS




TWO POST SIGNS

NOTE:

1. Dimensions not labeled are in millimeters.
2. Install signs in relation to the road: W- 3.7 m minimum; V- 1.6 m minimum.
3. $H_1$ thru $H_4$- Overall post length. Select post lengths to fit field conditions.
4. D- Minimum post embedment depth for average soil conditions. See wood post selection table below.
5. Z- the height from ground line to mid-height of sign at the longest post.




TYPICAL MOUNTING FOR SIGNS WITHOUT ANGLES

WOOD POST SELECTION TABLE

| | POST SIZE | NUMBER OF POSTS 1 | 2 | 3 | 4 | D (m) | Notch depth & hole dia. (mm) |
|---|---|---|---|---|---|---|---|
| | | Product of X-Y-Z (m3) | | | | | |
| | 100 x 100 | 2.2 | 4.3 | 6.6 | 18.7 | 0.9 | - |
| | 100 x 150 | 5.0 | 10.8 | 15.3 | 20.3 | 1.2 | 45 |
| | 150 x 150 | 6.6 | 13.3 | 19.9 | 26.6 | 1.2 | 45 |
| | 150 x 200 | 8.4 | 23.8 | 35.8 | 47.6 | 1.2 | 65 |
| * | 150 x 250 | 10.8 | 33.0 | 49.6 | 66.1 | 1.5 | - |
| * | 200 x 250 | 16.1 | 45.1 | 67.5 | 90.0 | 1.5 | - |
| * | 200 x 300 | 21.7 | 64.7 | 97.0 | 129.4 | 1.8 | - |

Values shown are the maximum permitted. If the product of XYZ exceeds the limit for 200 x 300 mm posts, use steel post installation.

For the purpose of post selection- X and Y are as follows:

Single sign, or back to back signs- X and Y are the overall dimensions of the signs.

Multiple sign installations- X and Y are the dimensions of a rectangle enclosing all the signs.

* Traffic barrier protection is required when located within the clear zone or is vulnerable to being struck when placed outside the clear zone.




THREE POST SIGNS




For all retroreflectorized signs where W is more than 7500 mm.

SIGN INSTALLATION ANGLE




FOUR POST SIGNS

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

METRIC DETAIL
PERMANENT SIGN INSTALLATION WOOD POSTS

NO SCALE

DETAIL APPROVED FOR USE 03/96
REVISED: 3/99
DETAIL WM633-7

M.A. DeATLEY 01494

...\design\pensign\wa1582ph.dgn 07 NOV 100

MDT63307.DGN

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | K.1 |

## ITEM 63507 - CONSTRUCTION SIGN (WORK SITE CONSTRUCTION SIGNS)

| Sign Number | MUTCD Number 4/ | Legend | Sign Size (mm) x (mm) | Number of Signs | Quantity (m2) |
|---|---|---|---|---|---|
| 20 | R1-1 | STOP | 750 x 750 | 4 | 2.25 |
| 21 | R4-1 | DO NOT PASS | 600 x 750 | 8 | 3.60 |
| 22 | W7-3a | NEXT XX MI 3/ | 600 x 600 | 8 | 2.88 |
| 23 | W8-6 | TRUCK CROSSING | 750 x 750 | 8 | 5.50 |
| 24 | W8-9a | SHOULDER DROP-OFF | 900 x 900 | 8 | 6.48 |
| 25 | W8-11a | UNEVEN LANES | 900 x 900 | 8 | 6.48 |
| 26 | W12-3 | 500 FEET | 600 x 450 | 4 | 1.08 |
| 27 | W8-12 | NO CENTER STRIPE | 900 x 900 | 8 | 6.48 |
| 28 | W20-1 | ROAD CONSTRUCTION 1500 FT | 1200 x 1200 | 10 | 14.40 |
| 29 | W20-4 | ONE LANE ROAD AHEAD | 1200 x 1200 | 4 | 5.76 |
| 30 | W20-7a | FLAGGER (SYMBOL) | 1200 x 1200 | 10 | 14.40 |
| | | | | | |
| | | | | | |
| SCHEDULE A AND B TOTAL | | | | | 68.31 |

SCHEDULE A AND B

## ITEM 63505B BARRICADE - TYPE III

| Sign Number | Stripe Configuration | Unit | Quantity |
|---|---|---|---|
| 5 | CENTER | each | 10 |
| 1 | LEFT | each | 5 |
| 1 | RIGHT | each | 5 |
| | | | |
| SCHEDULE A AND B TOTAL | | | 20 |

SCHEDULE A AND B

## SUMMARY OF TEMPORARY TRAFFIC CONTROL QUANTITIES

| Item Number | Description | Unit | Quantity |
|---|---|---|---|
| 63505A | Barricade type I | each | 40 |
| 63505B | Barricade type III | each | 20 |
| 63506 | Cone type 1050 mm tubular | each | 300 |
| 63507 | Construction sign | m2 | 219.31 |
| 63508 | Drum, Type I meter | each | 50 |
| 63509 | Flagger | fixed hourly rate | 5000 |
| 63510 | Pilot car | hour | 500 |
| 63511 | Temporary concrete barrier | m | 500 |
| 63560 | Traffic and safety supervisor | day | 120 |

SCHEDULE A AND B

## ITEM 63511 TEMPORARY CONCRETE BARRIER

| Station to Station 1/ | Side | Quantity m |
|---|---|---|
| 20+088 to 21+113 | LT. & RT. | 50 |
| 22+563 to 22+588 | LT. & RT. | 50 |
| 24+635 to 24+685 | RT. | 50 |
| 2/ | | 350 |
| | | |
| SCHEDULE A AND B TOTAL | | 500 |

SCHEDULE A AND B

NOTE:

1. See S635-5 for typical sign locations.

FOOTNOTES:

1/ Adjust limits based on field conditions as directed by the C.O.

2/ Locations to be determined by the C.O.

3/ Variable information to be determined in the field.

4/ 1988 Edition and Revision 3, 1993

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

TABULATION OF TEMPORARY TRAFFIC CONTROL QUANTITIES

M.A. DeATLEY 01495

...\design\tempsign\wa1582pz.dgn 11 DEC 199

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | K.2 |

# ITEM 63507 - CONSTRUCTION SIGNS (DETOUR CONSTRUCTION SIGNS)

| Sign Number | MUTCD Number 2/ | Legend | Sign Size (mm) x (mm) | Number of Signs | Quantity (m2) |
|---|---|---|---|---|---|
| 1 | R11-2 | ROAD CLOSED | 1200 x 750 | 10 | 9.00 |
| 2 | Ref-10 | ROAD CLOSED 7½ MILES AHEAD | 1500 x 750 | 1 | 1.13 |
| 3 | Ref-11 | ROAD CLOSED 6½ MILES AHEAD | 1500 x 750 | 1 | 1.13 |
| 4 | R11-3 | ROAD CLOSED 5½ MILES AHEAD | 1500 x 750 | 1 | 1.13 |
| 5 | R11-4 | ROAD CLOSED TO THRU TRAFFIC | 1500 x 750 | 10 | 11.25 |
| 6 | W20-1<br>W13-1 | ROAD WORK 1000 FT<br>25 MPH 1/ | 1200 x 1200<br>600 x 600 | 2<br>2 | 2.88<br>0.72 |
| 7 | W20-1 | ROAD WORK 500 FT | 1200 x 1200 | 2 | 2.88 |
| 8 | W20-3 | ROAD CLOSED 1000 FT | 1200 x 1200 | 2 | 2.88 |
| 9 | W20-3 | ROAD CLOSED 500 FT | 1200 x 1200 | 2 | 2.88 |
| 10 | Ref-7 | DETOUR (STRAIGHT) | 1200 x 1600 | 4 | 7.68 |
| 11 | Ref-8 | DETOUR (LEFT) | 1200 x 1600 | 7 | 13.44 |
| 12 | Ref-9 | DETOUR (RIGHT) | 1200 x 1600 | 6 | 11.52 |
| 13 | G20-1 | ROAD WORK NEXT 4½ MILES | 1500 x 600 | 2 | 1.80 |
| 14 | G20-2a | END ROAD WORK | 1200 x 600 | 2 | 1.44 |
| 15 | Ref-1 | FLOWERY TRAIL RD (INFORMATION) | 2650 x 1300 | 7 | 24.12 |
| 16 | Ref-2 | FLOWERY TRAIL RD (INFORMATION) | 2200 x 1600 | 7 | 24.64 |
| 17 | Ref-3 | DETOUR TO CHEWELAH (LEFT) | 2300 x 1400 | 3 | 9.66 |
| 17a | Ref-4 | DETOUR TO CHEWELAH (RIGHT) | 2300 x 1400 | 4 | 12.88 |
| 18 | Ref-5 | DETOUR TO NEWPORT/USK (LEFT) | 2700 x 1400 | 1 | 3.78 |
| 19 | Ref-6 | DETOUR TO NEWPORT AND USK | 2600 x 1600 | 1 | 4.16 |
| | | | | | |
| SCHEDULE A AND B TOTAL | | | | | 151.00 |

SCHEDULE A AND B

NOTES:

1. See S635-1 & S635-2 for approximate sign locations. Final locations will be set in the field by the C.O.
2. See S635-3 for sign identification.
3. Use construction signs 2, 3, 4, 8, 9, and 16 for first season only.
4. Cover construction signs 2, 3, 4, 8, and 9 when road is open to traffic.
5. Cover construction signs 6 and 7 when road is closed.
6. See section 156 for requirements.

FOOTNOTES:

1/ Verification of advisory speed is required prior to posting W13-1 supplemental plates.

2/ 1988 Edition and Revision 3, 1993

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

TABULATION OF TEMPORARY TRAFFIC CONTROL QUANTITIES

M.A. DeATLEY 01496

| | By: | Date: |
|---|---|---|
| Designed: | MARK McNEARNEY, E.I.T. | 11/00 |
| Checked: | BRIAN WACKER, P.E. | 11/00 |

...\design\tempsign\wa1582pz.dgn

11 DEC 100

M.A. DeATLEY 01497






M.A. DeATLEY 01498

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(1) | K.5 |







*NOTE:*

1. *Use signs 2,3 and 16 for first construction season only.*
2. *Conformance with M.U.T.C.D. is required for all signing.*
3. *Mounting on wood posts or barricades is required for signs shown on this sheet.*
4. *Use sign colors as follows:*
   *Orange & Black for warning, guide, & route marker signing*
   *White & Black for regulatory signing*
   *White & Orange for barricades*

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

TEMPORARY
TRAFFIC CONTROL
SIGN IDENTIFICATION

M.A. DeATLEY 01499

REVISED:

SPECIAL
S635-3

...\design\tempsign\wa1582pe.dgn 11 DEC 100




| Designed: | By: MARK McNEARNEY, E.I.T. | Date: 11/00 |
|---|---|---|
| Checked: | BRIAN WACKER, P.E. | 11/00 |

| STATE | PROJECT | SHEET NUMBER |
| --- | --- | --- |
| WA | PFH 158-1(2) | K.7 |




## TRUCK CROSSING SIGNING




## UNMARKED ROADWAY SIGNING 2/




## UNEVEN LANE ELEVATION OR SHOULDER DROP-OFF SIGNING

## SYMBOLS

- Post mounted sign (single)
- Post mounted sign (double)
- Portable sign
- Flagger
- Cone

| BUFFER SPACE LENGTH | | |
| --- | --- | --- |
| Approach Speed | | Length of Buffer Space in Meters |
| Miles Per Hour | Kilometers Per Hour | |
| 25 | 40 | 20 |
| 30 | 50 | 25 |
| 35 | 55 | 35 |
| 40 | 65 | 50 |
| 45 | 70 | 60 |
| 50 | 80 | 85 |
| 55 | 90 | 105 |




## FLAGGER STATION SIGNING 1/




## TRAFFIC CONTROL FOR DAYTIME LANE CLOSURE




## EQUIPMENT ENTRANCE No Flagger

NOTES:

1. Traffic control devices and quantities shown are for the Contractor's convenience and reference. All devices and installation shall conform to M.U.T.C.D. requirements.
2. Mounting of devices shown on this sheet will be on lightweight, yielding supports.

FOOTNOTES:

1/ Flagger station shall be lighted if operated in night or poor light conditions.

2/ Repeat W8-12 sign at 3 Km intervals as needed.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL
TEMPORARY (WORK SITE) TRAFFIC CONTROL PLANS

SPECIAL S635-5

REVISED:

M.A. DeATLEY 0150

...design\tempsign\wal58Zpc.dgn 10 NOV 100

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | K.8 |




SINGLE POST SIGN

TWO POST SIGN

NOTES:

1. Dimensions not labeled are in millimeters.
2. Attach sign panels with a minimum of 2- M6 bolts per post.
3. Mount signs smaller than listed on a 100 x 100 mm post.
4. $H_1$ and $H_2$ = Overall post length. Select post lengths to fit field conditions.
5. D= Post embedment depth for average soil conditions.
6. Furnish hardware in the metric sizes shown. Equivalent Imperial sizes may be used when metric sizes are not available.




SIGN INSTALLATION ANGLE

WOOD POST SELECTION TABLE

| SIGN SHAPE | X x Y | GROUNDLINE TO CENTER OF SIGN HEIGHT (Z): Z IS 3000 mm OR LESS | | | | | Z IS GREATER THAN 3000 mm | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NUMBER OF POSTS | POST SIZE | D | HOLE SIZE | NOTCH DEPTH | NUMBER OF POSTS | POST SIZE | D | HOLE SIZE | NOTCH DEPTH |
| ◇ ○ | 750 x 750 | 1 | 100 x 100 | 900 | 0 | 0 | 1 or 2 | 100 x 150<br>100 x 100 | 1200<br>900 | 40<br>0 | 0<br>0 |
| ◇ ○ ○ | 900 x 900 | 1 or 2 | 100 x 150<br>100 x 100 | 1200<br>900 | 40<br>0 | 0<br>0 | 1 or 2 | 100 x 150<br>100 x 100 | 1200<br>900 | 40<br>0 | 0<br>0 |
| ◇ ○ | 1200 x 1200 | 1 | 100 x 150 | 1200 | 40 | 0 | 1 or 2 | 150 x 200<br>100 x 150 | 1200<br>1200 | 75<br>40 | 0<br>45 |
| ▭ | 1500 x 600 | 2 | 100 x 100 | 900 | 0 | 0 | 2 | 100 x 100 | 900 | 0 | 0 |
| ▭ | 1600 x 900 | 2 | 100 x 100 | 900 | 0 | 0 | 2 | 100 x 150 | 1200 | 40 | 45 |




POST DETAIL

M.A. DeATLEY 01502

NO SCALE

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

METRIC DETAIL
CONSTRUCTION SIGN
INSTALLATION
WOOD POSTS

DETAIL APPROVED FOR USE 03/96

REVISED: 3/99

DETAIL
WM635-2

MDT63502.DGN

...\design\tempsign\wa1582pb.dgn

87 NOV 188

087

M.A. DeATLEY 01508



| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | L.2 |

# GLETTY PIT




| CONTROL POINTS | | | |
|---|---|---|---|
| CP | N | E | Elev |
| 8 | 249602.7860 | 851383.4924 | 1015.7963 |
| 9 | 249572.5493 | 851387.5520 | 1015.0233 |
| 12 | 249578.7392 | 851267.1140 | 1023.9903 |
| 2A | 249664.3723 | 851193.8862 | |
| 3A | 249556.4349 | 851166.8302 | |

0 20 40 80 120

Scale in meters

## LEGEND

| | |
|---|---|
| Existing Tree Line | |
| Development Limits | |
| Control Point | |
| Bore Hole And Test Pit Locations | |

NOTES:

1. Develop and Rehabilitate the source according to the requirements of Sections 105, 204, 622, 695.
2. Gletty pit may be used for the disposal of excess and unsuitable material. The disposal of items such as asphalt concrete, old culverts, bridge components, old signs, old erosion control devices and other miscellaneous items will not be allowed.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

SPECIAL

GLETTY PIT

SPECIAL S105-2

M.A. DeATLEY 01504

...\design\wtls:tes\wa1582mb.dgn 15 NOV 100

| | By: | Date: |
|---|---|---|
| Designed: | TOM CAVANAUGH, P.E. | 11/00 |
| Checked: | BRIAN WACKER, P.E. | 11/00 |

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | M.1 |

## ITEM 15703 SILT FENCE

| Station To Station 3/ | Side | Length (m) |
|---|---|---|
| 10+010 TO 10+070 2/ | Lt. | 60 |
| 10+010 TO 10+070 2/ | Rt. | 60 |
| 12+015 TO 12+030 2/ | Lt. | 15 |
| 15+010 TO 15+100 2/ | Rt. | 90 |
| 16+010 TO 16+100 2/ | Lt. | 90 |
| 16+010 TO 16+100 2/ | Rt. | 90 |
| 18+010 TO 18+030 2/ | Rt. | 20 |
| 18+020 TO 18+300 | Rt. | 280 |
| 18+320 TO 18+520 | Rt. | 200 |
| 18+600 TO 18+700 | Rt. | 100 |
| 18+885 TO 20+720 | Rt. | 1835 |
| 19+160 TO 19+180 | Lt. | 20 |
| 20+060 TO 20+110 | Lt. | 50 |
| 21+980 TO 22+150 | Lt. | 170 |
| 22+300 TO 22+360 | Lt. | 60 |
| 22+520 TO 22+620 | Lt. | 100 |
| 22+900 TO 23+000 | Lt. | 100 |
| 23+820 TO 24+020 | Rt. | 200 |
| 23+840 TO 23+980 | Lt. | 140 |
| 24+120 TO 24+880 | Rt. | 760 |
| 24+180 TO 24+260 | Lt. | 80 |
| | | |
| SCHEDULE A TOTAL | | 4520 |
| SCHEDULE B TOTAL | | 3920 |

SCHEDULE B (rows 12+015 TO 18+030); SCHEDULE B (rows 18+600 TO 24+260); SCHEDULE A (all rows)

## BRUSH BARRIER 1/

| Station To Station 3/ | Side | Length (m) |
|---|---|---|
| 20+760 TO 20+940 | Rt. | 180 |
| 21+140 TO 21+580 | Rt. | 440 |
| 21+660 TO 21+840 | Rt. | 180 |
| 21+940 TO 22+180 | Rt. | 240 |
| 22+300 TO 22+400 | Rt. | 100 |
| 22+500 TO 22+720 | Rt. | 220 |
| 22+900 TO 23+020 | Rt. | 120 |
| 23+080 TO 23+240 | Rt. | 160 |
| 23+320 TO 23+600 | Rt. | 280 |
| | | |
| SCHEDULE A & B TOTAL | | 1920 |

SCHEDULE A & B

## ITEM 15730 4/ TEMPORARY TURF ESTABLISHMENT

| Station To Station | Unit | Quantity |
|---|---|---|
| 17+940 TO 18+480 | slry unit | 10 |
| 18+480 TO 25+037.50 | slry unit | 90 |
| | | |
| SCHEDULE A TOTAL | | 100 |
| SCHEDULE B TOTAL | | 90 |

SCHEDULE A; SCHEDULE B

## ITEM 62901 EROSION CONTROL MATTING TYPE 3

| Station To Station | Unit | Quantity |
|---|---|---|
| 21+040 TO 21+260 Rt. | m² | 3120 |
| | | |
| | | |
| SCHEDULE A TOTAL | | 3120 |
| SCHEDULE B TOTAL | | 3120 |

SCHEDULE A & B

## ITEM 15801 WATERING FOR DUST CONTROL

| Station To Station | Unit | Quantity |
|---|---|---|
| 17+940 TO 18+480 | m³ | 500 |
| 18+480 TO 25+037.50 | m³ | 5000 |
| | | |
| SCHEDULE A TOTAL | | 5500 |
| SCHEDULE B TOTAL | | 5000 |

SCHEDULE B; SCHEDULE A

## ITEM 15708 STRAW BALES

| Station | Side | Each |
|---|---|---|
| 17+940 TO 18+480 | Lt. & Rt. | 10 |
| 18+480 TO 25+037.50 | Lt. & Rt. | 90 |
| | | |
| SCHEDULE A TOTAL | | 100 |
| SCHEDULE B TOTAL | | 90 |

SCHEDULE B; SCHEDULE A

FOOTNOTES:

1/ Quantities for information only.

2/ Stationing listed is road approach stationing. See sheets E.5 through E.9.

3/ Adjust to meet field conditions as directed by C.O.

4/ Topsoil stockpiles and other areas as directed by C. O.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

TABULATION OF EROSION CONTROL QUANTITIES

M.A. DeATLEY 01505

—\design\erosion\ws1582se.dgn    16 NOV 100