| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | M.2 |

## TURF ESTABLISHMENT

| Station | Item 62405 Placing Conserved Topsoil, 75 mm Depth (hectare) | Item 62514 Turf Establishment (slurry unit) |
|---|---|---|
| 10+010 TO 10+070 2/ | 0.055 | 0.63 |
| 11+015 TO 11+190 2/ | 0.243 | 4.08 |
| 12+010 TO 12+026 2/ | 0.019 | 0.19 |
| 13+020 TO 13+090 2/ | 0.099 | 0.99 |
| 14+010 TO 14+195 2/ | 0.255 | 3.96 |
| 15+010 TO 15+125 2/ | 0.113 | 1.13 |
| 16+010 TO 16+120 2/ | 0.127 | 1.27 |
| 18+010 TO 18+030 2/ | 0.039 | 0.39 |
| 19+010 to 19+030.0 2/ | 0.207 | 4.16 |
| 17+940 to 18+300 | 0.421 | 4.59 |
| 18+300 to 18+615 | 0.387 | 5.81 |
| 18+615 to 19+000 | 0.501 | 5.99 |
| 19+000 TO 19+700 | 0.899 | 9.83 |
| 19+700 to 20+400 | 0.825 | 9.28 |
| 20+400 to 21+100 | 0.744 | 17.52 |
| 21+100 to 21+800 | 0.655 | 20.48 |
| 21+800 to 22+500 | 0.938 | 18.06 |
| 22+500 to 23+200 | 1.179 | 16.08 |
| 23+200 to 23+900 | 1.311 | 14.53 |
| 23+900 to 24+600 | 0.915 | 21.82 |
| 24+600 to 25+037.500 | 0.439 | 9.38 |
| ROAD OBLITERATION AREAS 4/ | 1.778 | 17.78 |
| ROAD OBLITERATION AREAS | 0.106 | 1.06 |
| | | |
| SCHEDULE A TOTAL | 12.255 | 189.01 |
| SCHEDULE B TOTAL 3/ | 11.188 | 174.65 |

SCHEDULE A (10+010 TO 10+070 through ROAD OBLITERATION AREAS)
SCHEDULE B (12+010 TO 12+026 through 19+010 to 19+030.0)
SCHEDULE B (18+615 to 19+000 through ROAD OBLITERATION AREAS 4/)

## ITEM 15718 DIVERSION CHANNEL, PLASTIC LINED

| Station | Length (m) | Plastic Lining 1/ (m2) | Sandbags 1/ (each) | Temporary Culvert 1/ Length (m) | Temporary Culvert 1/ Size(mm) |
|---|---|---|---|---|---|
| 20+101.25 | 39.5 | 170.0 | 100 | 15.0 | 1200 |
| 22+576.31 | 40.0 | 105.0 | 100 | | |
| SCHEDULE A AND B TOTAL | 79.5 | 275.0 | 200 | 15.0 | |

SCHEDULE A AND B

FOOTNOTES:

1/ Quantities for information only.

2/ Stationing listed is road approach stationing. See sheet E.5 through E.9

3/ Schedule B total includes 0.145 ha placing conserved topsoil, 75 mm depth and 1.81 su turf establishment for tie in to existing Flowery Trail road.

4/ Refer to S626-1 for areas requiring wetland seed mix as provided by Government.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

TABULATION OF EROSION CONTROL QUANTITIES

M.A. DeATLEY 01506

...\design\erosion\wa1582ea.dgn 07 DEC 100

| | By: | Date: |
|---|---|---|
| Designed: | MARK MCNEARNEY, E.I.T. | 11/00 |
| Checked: | BRIAN WACKER, P.E. | 11/00 |

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | M.3 |

# EROSION CONTROL LEGEND

- Energy Dissipator
- TS — Topsoil
- PS — Permanent Seeding and Mulching
- Riprap Lined Ditch
- Silt Fence
- Straw Bales
- TDC — Temporary Diversion Channel
- Culvert w/Leadoff ditch
- Brush Barrier




STA. 17+940.000
BEGIN PROJECT PFH 158-1(2)
SCHEDULE A
FLOWERY TRAIL ROAD
N 149841.1220
E 744375.1710
EL 1070.447

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

EROSION CONTROL PLANS
STA. 17+940 TO 18+300

M.A. DeATLEY 01507

...\design\erosion\wa1582ab.dgn 09 NOV 100


STATE WA
PROJECT PFH 158-1(2)
SHEET NUMBER W.4
U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
EROSION CONTROL PLANS
STA. 18+300 TO 19+700
M.A. DeATLEY 01508
STA. 18+480.000
BEGIN PROJECT PFH 158-1(2)
SCHEDULE B
FLOWERY TRAIL ROAD
Palmer Creek
Ten Mile Creek
N
18+400
18+500
18+600
18+700
18+800
18+900
19+000
19+100
19+200
19+300
19+400
19+500
19+600
19+700
Designed: MARK MCNEARNEY, E.I.T. 11/00
Checked: BRIAN WACKER, P.E. 11/00

M.A. DeATLEY 01509




STATE
WA
PROJECT
PFH 158-1(2)
SHEET NUMBER
W.6
U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
EROSION CONTROL PLANS
STA. 21+100 TO 22+500
M.A. DeATLEY 01510
21+100
21+200
21+300
21+400
21+500
21+600
21+700
21+800
21+900
22+000
22+100
22+200
22+300
22+400
22+500
TS
PS
N
By:
Date:
Designed: MARK McNEARNEY, E.I.T. 11/00
Checked: BRIAN WACKER, P.E. 11/00

M.A. DeATLEY 01511




STATE
WA
PROJECT
PFH 158-1(2)
SHEET NUMBER
W.8
STA. 25+037.500
END RECONSTRUCTION PFH 158-1(2)
SCHEDULE A & B
FLOWERY TRAIL ROAD
U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
SPECIAL
EROSION CONTROL PLANS
STA. 23+900 TO 25+037.500
M.A. DeATLEY 01512
23+900
24+000
24+100
24+200
24+300
24+400
24+500
24+600
24+700
24+800
24+900
25+000
25+100
N
Designed: MARK McNEARNEY, E.I.T. 11/00
Checked: BRIAN WACKER, P.E. 11/00

M.A. DeATLEY 01513

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | M.9 |




PLAN
DIVERSION CHANNEL

**TEMPORARY DIVERSION CHANNELS**

| Station | W | B | D | SS |
|---|---|---|---|---|
| 20+101.25 | 4.2 m | 1 m | 0.5 m | 1:2 |
| 22+576.31 | 4.2 m | 1 m | 0.5 m | 1:2 |

**TEMPORARY DIVERSION CHANNEL RESTORATION QUANTITIES**

| Location | Live Stake (each) 1/ | Class 4 Riprap (m3) 1/ | Root Wad W/Bole (each) 1/ | Conserved Streambed Material (m3) 1/ |
|---|---|---|---|---|
| 20+101.25 LT. | 12 | 4 | | 4 |
| 20+101.25 RT. | 40 | 4 | 1 | 14 |
| 22+576.31 LT. | 25 | 4 | | 8 |
| 22+576.31 RT. | 16 | 4 | 1 | 5 |




SECTION A-A




SECTION B-B

PLASTIC LINED DIVERSION CHANNEL

NOTES:

1. Dimensions not labeled are in millimeters.
2. See Temporary Diversion Channel tables for channel dimensions and quantities. Implement the restoration quantities for disturbed areas outside the roadway construction limits.
3. Use a combination of plastic lining or temporary culvert as indicated on sheet M.2 along the entire length of the temporary diversion channel.
4. Construct channel at a minimum grade of 0.5 percent.
5. Do not construct with longitudinal joints. Bury the upstream edge of the liner a minimum of 150 mm deep and secure with sandbags.
6. Stake proposed temporary diversion channel alignments every 5 m for Contracting Officer's approval. Layout diversion channel to avoid disturbing large woody debris within the stream channel.
7. Conserve diversion channel excavation and large woody debris.
8. Compact temporary culvert backfill using one of the methods listed in specification 204.11(a).

FOOTNOTE:

1/ Quantities for information only.




TEMPORARY DIVERSION CHANNEL RESTORATION DETAIL




SECTION C-C

TEMPORARY CULVERT

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

EROSION CONTROL
SEDIMENTATION DETAIL &
TEMPORARY DIVERSION CHANNEL

REVISED:

SPECIAL
SI57-1

...\design\erosion\wa1582sh.dgn
11 DEC 100

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | M.10 |




JOINING TWO ADJACENT SILT FENCE SECTIONS




SILT FENCE INSTALLATION IN A DRAINAGE DITCH
(See note 2)




SILT FENCE INSTALLATION AT TOE OF FILL




POST AND FABRIC INSTALLATION DETAIL




BRUSH BARRIER

NOTES:

1. Dimensions not labeled are in millimeters.
2. Use drainage ditch installation for low flow conditions only when specified on Erosion Control Plan.
3. Alternate pre-assembled silt fence options will be allowed as long as specified dimensions are satisfied. Follow manufacturer's information for installation procedures.
4. Construct brush barriers at locations shown on the Erosion Control Plan sheets.
5. In brush barrier locations, limit clearing to trees, shrubs and plants less than 100 mm in diameter. Grubbing shall not be performed.
6. Construct brush barrier approximately parallel to original ground contour.
7. Construct top of the brush barrier at least 1 meter below the finished roadway.
8. Do not allow brush barriers to support the embankment.
9. Construct brush barrier with a well intermingled mass of brush, trees, trimmings, etc. porous to allow water to filter through, but properly secured at the proposed locations by placing some of the heavier material (trees, logs, etc.) throughout and on top of the brush. Compact by operating tracked equipment over them or packing with an excavator bucket.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

SILT FENCE AND BRUSH BARRIER

NO SCALE

REVISED:

SPECIAL
SI57-2

M.A. DeATLEY 01514

MST1570.DGN ...\design\erosion\wa1582af.dgn 87 NOV 100

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | M-11 |




SLOPE INSTALLATION




WIRE STAPLE DETAIL




DETAIL OF WIRE STAPLE PLACEMENT

**NOTES:**

1. Do not mulch or seed at the time of EC matting installation; hydroseed applications will occur at a later time.
2. Place matting over the top of each lift 0.7 meters back from edge of fill, and secure with u-shaped staples along the back edge (see diagram).
3. For area across face of EC mat (not tied back into fill), place staples at a spacing of 2.3 staples per square meter, and in accordance with manufacturer's specifications. In addition, the edges of adjacent parallel rolls must be overlapped a minimum of 150 millimeters (6 inches) along the entire overlap length, and stapled every 0.3 meter along overlapped section.
4. At culverts or other obstructions, fold back or cut theblanket to fit securely against the feature, and provide additional anchorage.
5. For Information Only: Rolls of coconut (bristle) coir matting are commercially available in rolls of 4.0 meter width (and 25 or 50 m length) that will facilitate construction of this design with the least amount of cutting and splicing.




SCHEMATIC VIEW OF STAPLE PATTERN




CROSS SECTION OF FABRIC & STAPLE PLACEMENT FOR EACH LIFT




ANCHOR TRENCH FOR UPPER SLOPE MATTING

NO SCALE

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

TYPE 3 EROSION CONTROL MATTING DETAILS

REVISED:

SPECIAL
S629-1

MSTI570I.DGN

_\design\erosion\wel582ef.dgn 11 DEC 100

M.A. DeATLEY 01515

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | M.12 |

NOTE:

1. Dimensions not labeled are in millimeters.
2. Use straw bales in drainage ditches only for low flow conditions and when specified on the Erosion Control Plans.
3. Provide only certified weed free straw bales.




INSTALLATION OF A STRAW BALE BARRIER AT TOE OF FILL




PROPERLY STAKED AND ENTRENCHED STRAW BALES




INSTALLATION OF A STRAW BALE BARRIER IN DITCH
(See note 2)

NO SCALE

M.A. DeATLEY 01516

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

SPECIAL

STRAW BALES

STANDARD APPROVED FOR USE 03/96

REVISED:

SPECIAL
MI57-3

MST15703.DGN

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(1) | N.1 |

## ROADWAY QUANTITIES

| Station | Item 20426 Boulders (each) | Item 21101 Roadway Obliteration (m2) | Location |
|---|---|---|---|
| 22+091 to 22+617 | | 4470 | RT. |
| 22+278 | 24 | 1295 | 260 m RT |
| | | | |
| SCHEDULE A & B TOTAL | 24 | 5765 | |

SCHEDULE A & B

## TURF ESTABLISHMENT QUANTITIES

| Station | Item 62405 Placing Conserved Topsoil, 75 mm Depth (hectare) | Item 62514 Turf Establishment, Hydraulic Method (slurry unit) | Location |
|---|---|---|---|
| 22+091 to 22+617 1/ | 0.435 | 4.35 | RT. |
| 22+278 | 0.157 | 1.57 | 260 m RT |
| | | | |
| SCHEDULE A & B TOTAL | 0.592 | 5.92 | |

SCHEDULE A & B

FOOTNOTE:

1/ Refer to S626-1 for areas requiring wetland seed mix as provided by Government.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

M.A. DeATLEY 0117

**TABULATION OF ROAD OBLITERATION QUANTITIES**

...\flowery2\design\oblit\wa1582ra.dgn 11 DEC 100




M.A. DeATLEY 01518

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | N.3 |

# TEN MILE CREEK RESTORATION
## WOODEN BRIDGE REMOVAL
## STA. 22+278 RT.







SECTION B-B
PLAN
(TYPICAL)




SECTION A-A
ELEVATION
(TYPICAL)

## TEN MILE CREEK RESTORATION QUANTITIES

| Item Number | Description | Unit | Quantity |
|---|---|---|---|
| 20304 | Removal of bridge | LPSM | ALL |
| 20426 | Boulders | each | 24 |
| 21101 | Roadway obliteration | m2 | 1295 |
| 62404 | Placing conserved topsoil, 75mm depth | ha | 0.157 |
| 62514 | Turf establishment, hydraulic method | su | 1.57 |

NOTES:
1. Minimize disturbance to natural streambed. Avoid impacting the existing stream channel.
2. Remove the existing wooden bridge and footings.
3. The following quantities are provided for information only.

   Excavation of Roadbed Embankment Material - 1230 m3
   Live stakes - 1300 each.
4. Rootwads, treelogs, live stakes, and coir/rap soil pillows will not be measured for payment.

FOOTNOTES:
1/ Match existing width.

ROADWAY OBLITERATION LEGEND

Obliteration Method "D"
See S211-4

M.A. DeATLEY 01519

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL
BRIDGE REMOVAL & CHANNEL CONSTRUCTION DETAILS

REVISED:
SPECIAL S211-2

...\flowery2\design\oblit\wa1582ro.dgn 11 DEC 100


STATE
WA
PROJECT
PFH 158-1(2)
SHEET NUMBER
N.4
U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
SPECIAL
WATER BAR & TANK TRAP DETAILS
SPECIAL
S211-3
REVISED:
TYPICAL ROADWAY SECTION
Existing Roadbed
1.5 m
1.5 m
1:2
1:1.5
A
A
SECTION A-A
Existing Roadbed
1 m
1:2
1:2
1.5 m
1.5 m
1:1.5
3 m
1:1.5
M.A. DeATLEY 01520
TYPICAL ROADWAY SECTION
Existing Roadbed
Berm
2%
450 mm min.
225 mm min.
SECTION A-A
Existing Roadbed
450 mm min.
1:1.5
Flow
1:1.5
Berm
225 mm min.
Designed:
JEREMY PERLINSKI
11/00
Checked:
BRIAN WACKER, P.E.
11/00
By:
Date:

| STATE | PROJECT | SHEET NUMBER |
| --- | --- | --- |
| WA | PFH 158-1(2) | N.5. |




METHOD A - PULL SHOULDER WITH ASPHALT SURFACE

1) Remove asphalt pavement according to Subsection 211.03. 2/
2) Rip the inside lane using two passes with two ripper shanks.
3) Excavate outside shoulder 1 m deep.
4) Outslope roadbed 20% minimum.
5) Do not disturb trees greater than 0.15 m in diameter.
6) Place excavated shoulder material against back slope.
   Do not place excess excavation from other areas on roadbed.
7) Construct waterbars at 50 m intervals. 1/




METHOD B - PULL SHOULDER WITH GRAVEL SURFACE

1) Rip the inside lane using two passes with two ripper shanks.
2) Excavate outside shoulder 1 m deep.
3) Outslope roadbed 20% minimum.
4) Do not disturb trees greater than 0.15 m in diameter.
5) Place excavated shoulder material against back slope.
   Do not place excess excavation from other areas on roadbed.
6) Construct waterbars at 50 m intervals. 1/




METHOD C - SCARIFY

1) Rip with dozer mounted rippers (0.7 m deep).
2) Use two ripper shanks spaced at 1 m.
3) Make two passes per lane, spaced at 1 to 2 m.
4) Construct waterbars at 50 m intervals. 1/



METHOD D - REMOVE ROADWAY

1) Remove all roadway embankment to reestablish natural drainage.
2) Dispose of material in waste disposal area or according to Subsection 203.05.




METHOD E - LEADOFF SLOPE

1) Outslope roadbed at 4% minimum from toe of fill slope.
2) Do not disturb trees greater than 0.15 m in diameter.
3) Dispose of material in waste disposal area or according to Subsection 203.05.




METHOD F - PARALLEL DITCH

1) Construct 0.3 m ditch parallel to toe of fill slope.
2) Do not disturb trees greater than 0.15 m in diameter.
3) Dispose of material in waste disposal area or according to Subsection 203.05.

FOOTNOTES:

1/ See Sheet S211-3.

2/ Asphalt pavement removal under method "A" will not be measured for payment.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

ROAD OBLITERATION METHODS

M.A. DeATLEY 01521

REVISED:

SPECIAL
S211-4

...\flowery2\design\oblit\wa1582rd.dgn 07 NOV 100

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | 0.1 |







TYPICAL SAG SECTION - TYPE 2 FENCE




| MEMBER | WOOD | | STEEL | | |
|---|---|---|---|---|---|
| | ROUND | SQUARE | SHAPE | kg/m (min.) | SIZE |
| | Dia. of small end (min.) | SIZE nominal | | nominal | nominal |
| Line post | 75 | 75x75 | Tee, channel or U-bar | 1.98 | U.S. Comm. Standard |
| Brace | 150 | 150x150 | Round pipe | 3.38 | approx. 40 mm OD |
| | | | Angle | 3.63 | 51x51x6.4 mm |
| Other posts | 150 | 150x150 | Round pipe | 5.43 | 60.3 mm OD |
| | | | Angle | 6.10 | 64x64x6.4 mm |

POST DIMENSIONS

**NOTE:**

1. Dimensions not labeled are in millimeters.
2. Furnish either zinc coated (galvanized) or aluminum coated steel barbed wire. Fabricate zinc coated barbed wire from two strands of 2.51 mm steel wire with a Class 3 zinc coating and 2 point or 4 point barbs of 2.03 mm zinc coated wire. Fabricate aluminum coated barbed wire from two strands of 2.51 mm aluminum coated steel wire with 4 point barbs of 2.03 mm aluminum coated or aluminum alloy wire.
3. Furnish either zinc coated (galvanized) or aluminum coated steel wire fence fabric. If zinc coated fabric is furnished, use Grade 60 fabric with a Class 3 coating.
4. Furnish 3.05 mm tie wire or wire clamps for fasteners on metal posts and 3.76 mm by 40 mm long wire staples for wood posts. Galvanize wire stays, tie wire, wire loops, and wire clamps with a Class I zinc coating according to ASTM A 641.
5. Furnish either painted or galvanized steel fence posts for tee, channel or U bar shapes. Furnish galvanized steel round pipe or steel angle for posts and braces. Fit round pipe posts with snug-fitting galvanized metal caps. Fabricate steel line posts and angles from Type A steel according to AASHTO M 281. Fabricate steel pipe posts and braces according to AASHTO M 160.
6. Furnish Douglas fir, Western red cedar, Hemlock or Larch for fence posts, brace rails, and wood stays. Treat the posts and brace rails with creosote, pentachlorophenol, ACZA, or CCA, Type I, A, B, or C.







DETAIL A

| END PANEL UNITS | | |
|---|---|---|
| | R | PANELS |
| ALL FENCE TYPES | 6 or less | None |
| | 6 - 100 | A |
| | Over 100 | A & B |

NO SCALE

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

WASHINGTON FENCE & GATE DETAILS

REVISED:

SPECIAL S619-1

Designed: Checked: By: Date:

...\design\details\wa1582te.dgn 07 NOV 180

M.A. DeATLEY 01522

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | D.2 |

# ITEM 62101
## MONUMENT

| Station 1/ | Description | Quantity |
|---|---|---|
| 18+061.561 | ST | 1 |
| 18+093.360 | TS | 1 |
| 18+328.437 | ST | 1 |
| 18+342.379 | TS | 1 |
| 18+429.881 | ST | 1 |
| 18+471.070 | TS | 1 |
| 18+614.691 | ST | 1 |
| 18+708.210 | TS | 1 |
| 18+837.313 | ST | 1 |
| 18+890.552 | TS | 1 |
| 18+983.937 | ST | 1 |
| 19+045.752 | TS | 1 |
| 19+206.125 | ST | 1 |
| 19+218.713 | TS | 1 |
| 19+344.099 | ST | 1 |
| 19+501.048 | TS | 1 |
| 19+613.994 | ST | 1 |
| 19+640.176 | TS | 1 |
| 19+791.128 | ST | 1 |
| 19+948.312 | TS | 1 |
| 20+049.922 | ST | 1 |
| 20+102.146 | TS | 1 |
| 20+259.387 | ST | 1 |
| 20+376.099 | TS | 1 |
| 20+536.032 | SRS | 1 |
| 20+713.758 | ST | 1 |
| 20+786.193 | TS | 1 |
| 21+193.228 | SRS | 1 |
| | | |
| SCHEDULE A TOTAL | | 28 |
| SCHEDULE B TOTAL | | 21 |

SCHEDULE B — SCHEDULE A







CAP DETAIL

**MONUMENT BOX**
Neenah Foundary Co. (pattern no. R-1971 or pattern no. 1970) or approved equal.

**FOOTNOTE:**
1/ Stationing is based on right of way alignment. Alignment will be provided by CO.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

MONUMENT DETAIL

REVISED:

SPECIAL
S621-1

M.A. DeATLEY 01523

...\design\details\wal582tf.dgn 11 DEC 108

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | 0.3 |

## ITEM 62102 MARKER

| Station 1/ | Offset | Quantity |
|---|---|---|
| 18+061.561 | 30 m Lt. | 1 |
| 18+061.561 | 20 m Rt. | 1 |
| 18+288.437 | 30 m Lt. | 1 |
| 18+328.437 | 35 m Lt. | 1 |
| 18+389.871 | 35 m Lt. | 1 |
| 18+429.881 | 30 m Lt. | 1 |
| 18+708.210 | 30 m Lt. | 1 |
| 18+708.210 | 20 m Rt. | 1 |
| 18+748.210 | 35 m Lt. | 1 |
| 18+748.210 | 25 m Rt. | 1 |
| 18+797.313 | 35 m Lt. | 1 |
| 18+837.313 | 30 m Lt. | 1 |
| 18+943.937 | 30 m Lt. | 1 |
| 18+943.937 | 25 m Rt. | 1 |
| 18+983.937 | 35 m Lt. | 1 |
| 18+983.937 | 20 m Rt. | 1 |
| 19+218.713 | 35 m Lt. | 1 |
| 19+254.713 | 40 m Lt. | 1 |
| 19+308.099 | 40 m Lt. | 1 |
| 19+344.099 | 50 m Lt. | 1 |
| 19+360.000 | 50 m Lt. | 1 |
| 19+400.000 | 35 m Lt. | 1 |
| 19+501.048 | 35 m Lt. | 1 |
| 19+541.048 | 40 m Lt | 1 |
| 19+541.048 | 20 m Rt. | 1 |
| 19+573.994 | 40 m Lt. | 1 |
| 19+613.994 | 35 m Lt. | 1 |
| 19+948.312 | 35 m Lt. | 1 |
| 19+988.312 | 40 m Lt. | 1 |
| 20+009.912 | 40 m Lt. | 1 |
| 20+049.922 | 20 m Lt. | 1 |
| 20+102.146 | 20 m Lt. | 1 |
| 20+142.146 | 30 m Lt. | 1 |
| 20+219.387 | 30 m Lt. | 1 |
| 20+259.387 | 25 m Lt. | 1 |

SCHEDULE A (18+061.561 – 20+259.387)
SCHEDULE B (18+708.210 – 20+259.387)

## ITEM 62102 MARKER

| Station 1/ | Offset | Quantity |
|---|---|---|
| 22+177.208 | 30 m Lt. | 1 |
| 22+177.208 | 30 m Rt. | 1 |
| 22+360.811 | 30 m Lt. | 1 |
| 22+440.000 | 50 m Lt. | 1 |
| 22+500.000 | 25 m Lt. | 1 |
| 22+515.943 | 30 m Rt. | 1 |
| 22+705.924 | 25 m Lt. | 1 |
| 22+705.924 | 30 m Rt. | 1 |
| | | |
| | | |
| SCHEDULE A TOTAL | | 43 |
| SCHEDULE B TOTAL | | 37 |

SCHEDULE B
SCHEDULE A







CAP DETAIL

FOOTNOTE:
1/ Stationing is based on right of way alignment. Alignment will be provided by CO.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

**RIGHT OF WAY MARKER DETAIL**

REVISED:

SPECIAL
S621-2

| | By: | Date: |
|---|---|---|
| Designed: | MARK McNEARNEY, E.I.T. | 11/00 |
| Checked: | BRIAN WACKER, P.E. | 11/00 |

...\design\details\wa1582tf.dgn 11 DEC 100

M.A. DeATLEY 01524

M.A. DeATLEY 01525

| STATE | PROJECT | SHEET NUMBER |
| --- | --- | --- |
| WA | PFH 158-1(2) | 0.4 |

## STATIONS 22+020 Rt. to 22+140 Rt.




## STATIONS 22+550 Rt. to 22+710 Rt.




## STATIONS 23+860 Lt. to 24+000 Lt.




## TEN MILE CREEK BRIDGE REMOVAL AREA




NOTES:

1. Wetland mitigation work will be paid for under Sections 622 and 623.
2. Wetland mitigation work includes minor grading and placement of log spreaders as directed by CO.
3. Plantings will be done by others.
4. Seed wetland mitigation sites with wetland seed mix provided by Government. Quantities included on sheets M.2 and N.I.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

SPECIAL

WETLAND MITIGATION SITES

REVISED:

SPECIAL
S626-1

...\design\details\wa1582xb.dgn

07 NOV 100

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | 0.5 |




NOTE:

1. Dimensions not labeled are in millimeters.
2. LOADING: AASHTO MS18.
3. CONCRETE: Chamfer exposed edges 20 mm unless otherwise shown. Give all concrete surfaces a Class I finish.
4. STRUCTURAL STEEL: Rails conform to the requirements for ASCE 40 crane rail. Structural steel for alternate sections conforms to ASTM A 500, Grade B, Copper Steel or ASTM A 618, Grade 2. If the steel does not contain a minimum of 0.2 percent copper, galvanize the alternate sections. All other structural steel conforms to AASHTO M 183 and is painted.
5. The minimum concrete cover to the face of any bar is 50 mm unless otherwise shown. All bars are *13.
6. All welds are continuous 6 mm fillet shop welds. Weld rail or alternate sections on both sides to the W 200 x 27 beams at each intersection. All welding conforms to Section 555.
7. Use aluminum alloy 6061-T6 or 6063-T6 for aluminum tubing.
8. All timber conforms to AASHTO M 168, and is treated with chromated copper arsenate according to AASHTO M 133.
9. Galvanize all hardware according to AASHTO M 111.
10. Construct the cattle guard to conform with the finished roadway grade and template.
11. Place one object marker at each corner of the cattle guard as shown. Mount object markers on 100 x 100 x 1950 mm posts with the reflector located 1050 mm above the elevation of the lateral support concrete.
12. Install drain pipe as shown where required. Drain pipe is included in cattle guard unless otherwise shown.
13. Unless otherwise shown in the special contract requirements, shop apply paint system 2 according to Section 555 and color the top coat according to Federal Standard 595B, Gray, 36231. Repair any damage to the paint system during installation.
14. Install channels and wood blocking on cattle guards wider than 4.8 m to maintain grate spacing as shown on Standard M619-2.
15. See Standard M619-3 for optional precast foundation details.

NO SCALE

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

METRIC STANDARD

# CATTLE GUARD

STANDARD APPROVED FOR USE 03/96
REVISED: 6/97
STANDARD M619-1

...\design\details\wa1582tb.dgn 07 NOV 100

M.A. DeATLEY 01526

| Designed: | By: | Date: |
|---|---|---|
| Checked: | | |

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | 0.6 |

# CATTLE GUARD

## REINFORCING STEEL, CONCRETE, STRUCTURAL STEEL, AND GRID UNIT TABLE OF QUANTITIES

NOMINAL CATTLE GUARD WIDTH

| DESCRIPTION | 3.6 | | 4.2 | | 4.8 | | 5.4 | | 6.0 | | 6.6 | | 7.2 | | 7.8 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | QUAN. | LGTH. | QUAN. | LGTH. | QUAN. | LGTH. | QUAN. | LGTH. | QUAN. | LGTH. | QUAN. | LGTH. | QUAN. | LGTH. | QUAN. | LGTH. |
| *13 Reinforcing bars, A1 | 8 | 2300 | 8 | 2300 | 8 | 2300 | 8 | 2300 | 8 | 2300 | 8 | 2300 | 8 | 2300 | 8 | 2300 |
| *13 Reinforcing bars, A2 | 20 | 2150 | 20 | 2150 | 20 | 2150 | 20 | 2150 | 20 | 2150 | 20 | 2150 | 20 | 2150 | 20 | 2150 |
| *13 Reinforcing bars, A3 | 32 | 2685 | 36 | 2685 | 40 | 2685 | 46 | 2685 | 50 | 2685 | 54 | 2685 | 60 | 2685 | 64 | 2685 |
| *13 Reinforcing bars, A4 | 10 | 3900 | 10 | 4500 | 10 | 5100 | 10 | 5700 | 10 | 6300 | 10 | 6900 | 10 | 7500 | 10 | 8100 |
| *13 Reinforcing bars, A5 | 8 | 3550 | 8 | 4150 | 8 | 4750 | 8 | 5350 | 8 | 5950 | 8 | 6550 | 8 | 7150 | 8 | 7750 |
| Grid unit A (1.8 m) | 2 | | 1 | | | | 3 | | 2 | | 1 | | | | 3 | |
| Grid unit B (2.4 m) | | | 1 | | 2 | | | | 1 | | 2 | | 3 | | 1 | |
| Concrete lateral supports, m3 | 1.19 | | 1.19 | | 1.19 | | 1.19 | | 1.19 | | 1.19 | | 1.19 | | 1.19 | |
| Concrete end supports, m3 | 3.07 | | 3.59 | | 4.11 | | 4.62 | | 5.12 | | 5.66 | | 6.16 | | 6.67 | |
| Total concrete, m3 | 4.26 | | 4.78 | | 5.30 | | 5.81 | | 6.31 | | 6.85 | | 7.35 | | 7.86 | |
| *Structural steel, kg: W 200 x 27 beams | 416 | | 468 | | 540 | | 624 | | 676 | | 728 | | 780 | | 884 | |
| *Structural steel, kg: Rail, ASCE 40 | 920 | | 1073 | | 1226 | | 1380 | | 1533 | | 1686 | | 1839 | | 1993 | |
| *Structural steel, kg: Rail, Type I | 360 | | 420 | | 480 | | 540 | | 600 | | 660 | | 720 | | 780 | |
| *Structural steel, kg: Rail, Type II | 472 | | 552 | | 632 | | 708 | | 788 | | 868 | | 945 | | 1024 | |
| Reinforcing steel, kg | 101.0 | | 109.5 | | 118.0 | | 126.5 | | 135.0 | | 143.5 | | 152.0 | | 160.5 | |

| DESCRIPTION | 8.4 | | 9.0 | | 9.6 | | 10.2 | | 10.8 | | 11.4 | | 12.0 | | 12.6 | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | QUAN. | LGTH. | QUAN. | LGTH. | QUAN. | LGTH. | QUAN. | LGTH. | QUAN. | LGTH. | QUAN. | LGTH. | QUAN. | LGTH. | QUAN. | LGTH. | |
| *13 Reinforcing bars, A1 | 8 | 2300 | 8 | 2300 | 8 | 2300 | 8 | 2300 | 8 | 2300 | 8 | 2300 | 8 | 2300 | 8 | 2300 | |
| *13 Reinforcing bars, A2 | 20 | 2150 | 20 | 2150 | 20 | 2150 | 20 | 2150 | 20 | 2150 | 20 | 2150 | 20 | 2150 | 20 | 2150 | See bar bending detail |
| *13 Reinforcing bars, A3 | 70 | 2685 | 74 | 2685 | 80 | 2685 | 84 | 2685 | 90 | 2685 | 94 | 2685 | 98 | 2685 | 102 | 2685 | See bar bending detail |
| *13 Reinforcing bars, A4 | 10 | 8700 | 10 | 9300 | 100 | 9900 | 10 | 10500 | 10 | 11100 | 10 | 11350 | 10 | 12300 | 10 | 12900 | |
| *13 Reinforcing bars, A5 | 8 | 8350 | 8 | 8950 | 8 | 9550 | 8 | 10150 | 8 | 10750 | 8 | 11700 | 8 | 11950 | 8 | 12550 | |
| Grid unit A (1.8 m) | 2 | | 5 | | | | 3 | | 6 | | 1 | | | | 7 | | See grid unit list of materials |
| Grid unit B (2.4 m) | 2 | | | | 4 | | 2 | | | | 4 | | 5 | | | | See grid unit list of materials |
| Concrete lateral supports, m3 | 1.19 | | 1.19 | | 1.19 | | 1.19 | | 1.19 | | 1.19 | | 1.19 | | 1.15 | | |
| Concrete end supports, m3 | 7.19 | | 7.71 | | 8.21 | | 8.73 | | 9.24 | | 9.76 | | 10.26 | | 10.78 | | |
| Total concrete, m3 | 8.38 | | 8.90 | | 9.40 | | 9.92 | | 10.43 | | 10.95 | | 11.45 | | 11.93 | | |
| *Structural steel, kg: W 200 x 27 beams | 936 | | 1040 | | 1040 | | 1144 | | 1248 | | 1248 | | 1300 | | 1456 | | Beams 27 kg/m |
| *Structural steel, kg: Rail, ASCE 40 | 2146 | | 2300 | | 2452 | | 2606 | | 2760 | | 2912 | | 3065 | | 3220 | | 19.82 kg/m |
| *Structural steel, kg: Rail, Type I | 840 | | 900 | | 960 | | 1020 | | 1080 | | 1140 | | 1200 | | 1260 | | Approx. 7.77 kg/m |
| *Structural steel, kg: Rail, Type II | 1104 | | 1180 | | 1264 | | 1340 | | 1416 | | 1500 | | 1580 | | 1652 | | 10.2 kg/m |
| Reinforcing steel, kg | 169.0 | | 177.5 | | 186.0 | | 194.5 | | 203.0 | | 211.5 | | 220.0 | | 493 | | 0.994 kg/m |

* Weights do not include hardware or guard angle.

## CATTLE GUARD WING

### LIST OF MATERIALS PER WING

(TWO REQUIRED PER INSTALLATION)

| PART DESCRIPTION | WOOD WING | ANGLE IRON WING | ALUMINUM TUBING WING |
|---|---|---|---|
| Outside diagonal supports | Two 50 x 150 x 2100 mm treated S4S | Two 51 x 51 x 6.4 x 2210 mm galvanized steel angle | One 50 mm OD x 3.17 x 4200 mm aluminum tubing |
| Middle support | One 50 x 150 x 1800 mm treated S4S | One 51 x 51 x 6.4 x 1850 mm galvanized steel angle | |
| Horizontal brace no.1 | One 50 x 150 x 1675 mm treated S4S | One 12 mm x 1980 mm galvanized steel bar | One 50 mm OD x 3.17 x 1830 mm aluminum tubing |
| No. 2 | One 50 x 150 x 1220 mm treated S4S | One 12 mm x 1675 mm galvanized steel bar | One 50 mm OD 3.17 x 760 mm aluminum tubing |
| No. 3 | One 50 x 150 x 455 mm treated S4S | One 12 mm x 1370 mm galvanized steel bar | None |
| No. 4 | None | One 12 mm x 990 mm galvanized steel bar | None |
| No. 5 | None | One 12 mm x 610 mm galvanized steel bar | None |
| No. 6 | None | One 12 mm x 225 mm galvanized steel bar | None |
| Post | 150 x 150 x 2400 mm treated S4S | One 150 x 150 x 2100 mm treated S4S or approved alternate | One 150 x 150 x 2400 mm treated S4S or approved alternate |
| Top anchor assembly | Toenail diagonal supports to the post with 16d galvanized nails as required. | M10 x 150 mm galvanized hex bolt w/nut and flat washer | M20 x 1625 mm galvanized steel rod threaded on one end w/nut and washers & 75 mm radius hook in other end. |
| Bottom anchor assembly | 50 x 200 x 2400 mm treated S4S sill attached to concrete w/3 each M12 x 175 mm hex bolts w/nuts 7 washers embedded in concrete. Toenail diagonal supports to wooden sill w/16d galvanized nails. | 3 each M10 x 150 mm galvanized hex bolts embeded in concrete. Attach steel L iron to bolt w/flat washer and nut | 2 each 6.4 x 125 x 250 mm flat irons welded to 100 mm tubing. 4 each M10 x 150 mm galvanized hex bolts embedded in concrete. Attach the flat iron plates to the bolts with washer & nuts. |

design\details\w619-2cd.dgn 07 NOV 186




DETAIL A

### GRID UNIT LIST OF MATERIALS

| GRID UNIT TYPE A |
|---|
| 4 each W 200 x 27 x 1925 mm long 13 each ASCE 40 crane rail (with minimum spacing), or II tubular cross bar sections, (with minimum spacing), Type I or Type II, 1780 mm |
| **GRID UNIT TYPE B** |
| 5 each W 200 x 27 x 1925 mm long 13 each ASCE 40 crane rail (with minimum spacing), or II tubular cross bar sections, (with minimum spacing), Type I or Type II, 2380 mm |




BAR BENDING DETAIL




ISOMETRIC VIEW

M.A. DeATLEY 01527

NO SCALE

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

METRIC STANDARD

CATTLE GUARD

| STANDARD APPROVED FOR USE 03/96 | STANDARD |
|---|---|
| REVISED: 5/97 | M619-2 |

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | 0.7 |




NOTE:

1. Dimensions not labeled are in millimeters.
2. See Standard M619-1 for reinforcing steel size and grade.
3. See Standard M619-2 for cattle guard wing details. Fabricate end units to accommodate selected cattle guard wing.
4. Minimum soil bearing 19 500 kg/m$^2$. Place units in fine aggregate bed 75 mm thick over hand leveled soil compacted to not less than 95 percent density.
5. Chamfer exposed concrete edges 20 mm unless otherwise shown. Give all concrete surfaces a Class I finish.
6. Approved alternate designs may be used.

**PRECAST CATTLE GUARD**

**REINFORCING STEEL AND CONCRETE**

| UNIT | No. of BARS | BAR MARK | LENGTH | MASS kg | CONCRETE m³ |
|---|---|---|---|---|---|
| 1.6 m END | 7 | B3 | 2100 | 11.5 | 1.23 |
| | 10 | B2 | 1850 | 14.5 | |
| | 8 | B1 | 425 | 4.7 | |
| | 6 | B4 | 650 | 3.1 | |
| | 18 | B6 | 1750 | 14.1 | |
| | 6 | B5 | 900 | 4.2 | |
| 1.6 m INTERIOR | 8 | B3 | 2100 | 13.2 | 1.00 |
| | 10 | B2 | 1650 | 13.0 | |
| | 12 | B4 | 650 | 6.1 | |
| | 18 | B6 | 1750 | 24.7 | |
| | 8 | B5 | 900 | 5.7 | |
| 2.4 m INTERIOR | 8 | B3 | 2100 | 13.2 | 1.32 |
| | 10 | B2 | 2250 | 17.7 | |
| | 12 | B4 | 650 | 6.1 | |
| | 20 | B6 | 1750 | 27.5 | |
| | 8 | B5 | 900 | 5.7 | |
| 2.4 m END | 7 | B3 | 2100 | 11.5 | 1.56 |
| | 10 | B2 | 2450 | 19.2 | |
| | 8 | B1 | 425 | 4.7 | |
| | 6 | B4 | 650 | 3.1 | |
| | 20 | B6 | 1750 | 27.5 | |
| | 6 | B5 | 900 | 4.2 | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION

METRIC STANDARD

CATTLE GUARD
PRECAST FOUNDATION

NO SCALE

STANDARD APPROVED FOR USE 03/96 — REVISION 8/97

STANDARD M619-3

M.A. DeATLEY 01528

| Designed: | By: | Date: |
|---|---|---|
| Checked: | | |

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | P.1 |

## ITEM 61709 REMOVING AND RESETTING GUARDRAIL BEAM ELEMENTS

| Station to Station | Side | Quantity m |
|---|---|---|
| 25+120 to 25+200 | Rt. | 57.150 |
| 28+280 to 28+360 | Lt. | 57.150 |
| 28+800 to 28+880 | Rt. | 57.150 |
| 30+070 to 30+320 8/ | Lt. | 228.600 |
| 30+478 to 30+597 | Rt. | 95.250 |
| 30+660 to 30+740 | Rt. | 57.150 |
| 30+500 to 30+540 | Lt. | 30.480 |
| 30+540 to 30+559 | Lt. | 45.720 |
| 31+119 to 31+129 | Rt. | 19.050 |
| 31+128 to 31+240 | Rt. | 102.870 |
| | | |
| TOTAL | | 750.57 |

## ITEM 25116 ENERGY DISSIPATOR, TYPE 1

| Station | Side | Area (m2) | Placed riprap Class 2 (m3) 9/ | Earthwork Geotextile (m2) Type IV-B 9/ |
|---|---|---|---|---|
| 30+300 | Lt. | 6 | 4.3 | 20.5 |
| 31+220 | Rt. | 24 | 6.8 | 32.3 |
| | | | | |
| TOTAL | | 30 | 11.1 | 52.8 |

## PAVEMENT MARKING QUANTITIES 6/

| Item No. | Description | Unit | Quantity |
|---|---|---|---|
| 63401A 7/ | Pavement markings, type B, broken yellow | M | 6420 |
| 63401B 7/ | Pavement markings, type B, solid yellow | M | 18572 |
| 63401C 7/ | Pavement markings, type B, solid white | M | 27676 |

## ITEM 30301 2/3/ ROAD RECONDITIONING

| Station | Quantity (km) |
|---|---|
| 25+038 TO 31+970 | 6.9 |
| | |
| TOTAL | 6.9 |

## ITEM 62514 2/ TURF ESTABLISHMENT, HYDRAULIC METHOD

| Station | Quantity (Slurry Units) |
|---|---|
| 25+038 TO 31+970 | 20 |
| | |
| TOTAL | 20 |

## ITEM 60901 PORTLAND CEMENT CONCRETE CURB, 75 mm DEPTH

| Station to Station | Side | Curb m | Drainage Chute ea. 9/ |
|---|---|---|---|
| 30+080 to 30+300 | Lt. | 220 | 1 |
| 31+128 to 31+230 | Rt. | 102 | 1 |
| | | | |
| TOTAL | | 322 | 2 |

## SURFACING QUANTITIES 5/

| Item Number | Description | Unit | Mainline Quantity | Connect Quantity | Total | Remarks |
|---|---|---|---|---|---|---|
| 30101 | Aggregate base grading D | t | | 250 | 250 | Based on 2.33 t/m3 1/ |
| 30901 4/ | Emulsified asphalt treated aggregate base grading D | t | 500 | 100 | 600 | Based on 2.33 t/m3 1/ |
| 30904 | Emulsified asphalt grade CSS-1 | t | 5 | 1 | 6 | Based on 1% of Item number 30901 |
| 40101 | Hot asphalt concrete pavement, class B, grading C, type I pavement smoothness | t | 13823 | 70 | 13893 | Based on 2.33 t/m3 |
| 40103 | Asphalt cement, grade SHRP PG 58-34 | t | 829 | 4 | 833 | Based on 6% of Item number 40101 |
| 40104 | Mineral filler (hydrated lime) | t | 138 | 1 | 139 | Based on 1% of Item number 40101 |
| 41201 | Tack coat, grade CSS-1 | t | 23 | | 23 | Based on 0.00035 t/m2 |

NOTE:

1. All quantities are for both schedule A and schedule B.

FOOTNOTES:

1/ Quantities include 6% water additive.

2/ Use in areas as directed by CO.

3/ Not to be paid for in areas which are used as haul road.

4/ For use as directed by CO.

5/ See sheet P.2 for pavement depth information. C.O. will stake centerline and widths.

6/ The quantities and locations of the pavement markings listed in the tables are approximate. The final longitudinal location and quantities are subject to field review, verification, and adjustment.

7/ Double application in accordance with Subsection 634.03.

8/ Remove rail and post as necessary to construct energy dissipators at station 30+300.

9/ Quantities for information only.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

TABULATION OF QUANTITIES

M.A. DeATLEY 01529

...\design\158-1(1)\1581eqa.dgn 11 DEC 199

| STATE | PROJECT | SHEET NUMBER |
|---|---|---|
| WA | PFH 158-1(2) | P.2 |

NOTE: Tentative No Passing Zones are shown on the plans. Verification that those zones are appropriate in length and placement is required prior to installation.
Signing for No Passing Zones is not included as part of this project.

PAVEMENT MARKINGS LEGEND:
——— = Yellow Solid
— — = Yellow Skip

STA. 25+037.500
BEGIN RESURFACING PFH 158-1(2)
SCHEDULE A AND B
FLOWERY TRAIL ROAD




## SURFACING SECTION - PAVEMENT MARKINGS (MAINLINE)

| | Solid White Left Shoulder Item 63401C | Solid Yellow Left Center Item 63401B | Broken Yellow Center Item 63401A | Solid Yellow Right Center Item 63401B | Solid White Right Shoulder Item 63401C |
|---|---|---|---|---|---|
| | 25+038 to 31+957 | 25+038 to 25+434<br>25+994 to 27+701<br>28+207 to 28+516<br>28+929 to 29+482<br>29+699 to 30+213<br>30+494 to 31+248<br>31+568 to 31+763<br>31+940 to 32+107 | 25+394 to 25+994<br>27+612 to 28+207<br>28+426 to 28+929<br>29+392 to 29+699<br>30+103 to 30+494<br>31+158 to 31+568<br>31+673 to 31+940<br>31+970 to 32+107 | 25+038 to 25+394<br>25+586 to 25+784<br>25+904 to 27+612<br>28+116 to 28+426<br>28+839 to 29+392<br>29+649 to 30+103<br>30+404 to 31+158<br>31+478 to 31+673<br>31+807 to 31+970 | 25+038 to 31+957 |
| Total | 6919 m | 4595 m | 3210 m | 4691 m | 6919 m |




FOOTNOTE:
1/ For stations 31+951 to 31+970 only.




| Designed: | MARK McNEARNEY, E.I.T. | 11/00 |
|---|---|---|
| Checked: | BRIAN WACKER, P.E. | 11/00 |

(By: / Date:)

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE

SURFACING SECTION
PLAN
STA. 25+038 TO 25+900

M.A. DeATLEY 01530

...\design\158-1(2)\158lvapb.dgn 11 DEC 100

M.A. DeATLEY 01531






M.A. DeATLEY 01532

M.A. DeATLEY 01533




STATE WA
PROJECT PFH 158-1(2)
SHEET NUMBER P.6
U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
FEDERAL LANDS HIGHWAY OFFICE
SURFACING SECTION PLAN
STA. 30+100 TO 31+500
M.A. DeATLEY 01534
Designed: MARK McNEARNEY, E.I.T. 11/00
Checked: BRIAN WACKER, P.E. 11/00




M.A. DeATLEY 01535