| | | |
|---|---|---|
| DeAtley, Def.'s Suppl. Statement, Attach. 1 | **DEATLEY Complaint** | |
| DeAtley, Def.'s Suppl. Statement, Attach. 2, File 1 | **COD** | DEATLEY Final COD 1-12.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 2, File 2 | | DEATLEY Final COD 13 - 24.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 2, File 3 | | DEATLEY Final COD 25 - 40.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 2, File 4 | | DEATLEY Final COD 41 - 49.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 2, File 5 | | DEATLEY Final COD 50- 57.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 2, File 6 | | DEATLEY Final COD 58- 73.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 2, File 7 | | DEATLEY Final COD 74-90.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 2, File 8 | | DEATLEY Final COD 91-98.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 2, File 9 | | DEATLEY Final COD 99-110.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 2, File 10 | | DEATLEY Final COD 111 - 119.... |
| DeAtley, Def.'s Suppl. Statement, Attach. 2, File 11 | | DEATLEY Final COD 120- 127.... |
| DeAtley, Def.'s Suppl. Statement, Attach. 3 | **FHWA August 221,2002 letter** | |
| DeAtley, Def.'s Suppl. Statement, Attach. 4, File 1 | **DEATLEY Claim** | DEATLEY REQUEST FOR COD 1-12.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 4, File 2 | | DEATLEY REQUEST FOR COD 13-24.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 4, File 3 | | DEATLEY REQUEST FOR COD 25-34.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 4, File 4 | | DEATLEY REQUEST FOR COD 35-41.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 4, File 5 | | DEATLEY REQUEST FOR COD 42-49.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 4, File 6 | | DEATLEY REQUEST FOR COD 50-58.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 4, File 7 | | DEATLEY REQUEST FOR COD 59-67.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 4, File 8 | | DEATLEY REQUEST FOR COD 68-77.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 4, File 9 | | DEATLEY REQUEST FOR COD 78-89.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 4, File 10 | | DEATLEY REQUEST FOR COD 90-100.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 4, File 11 | | DEATLEY REQUEST FOR COD 101-112.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 4, File 12 | | DEATLEY REQUEST FOR COD 113-125.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 4, File 13 | | DEATLEY REQUEST FOR COD 126-137.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 4, File 14 | | DEATLEY REQUEST FOR COD 138-146.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 4, File 15 | | DEATLEY REQUEST FOR COD 147-159.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 4, File 16 | | DEATLEY REQUEST FOR COD 160-168.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 4, File 17 | | DEATLEY REQUEST FOR COD 169-175.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 4, File 18 | | DEATLEY REQUEST FOR COD 176-182.pdf |
| DeAtley, Def.'s Suppl. Statement, Attach. 5 | **Budinger Data** | |
| DeAtley, Def.'s Suppl. Statement, Attach. 6 | **FHWA December 13, 2002 letter** | |
| DeAtley, Def.'s Suppl. Statement, Attach. 7 | **Final Pay Estimate** | |
| DeAtley, Def.'s Suppl. Statement, Attach. 8 | **Osborn Deposition** | |
| DeAtley, Def.'s Suppl. Statement, Attach. 9 | **DEATLY QC Plan** | |