*Standard Method of Test*
*for*

# Soundness of Aggregate by Use of Sodium Sulfate or Magnesium Sulfate

AASHTO DESIGNATION: T 104-99

## 1. SCOPE

**1.1** This method covers the procedure to be followed in testing aggregates to determine their resistance to disintegration by saturated solutions of sodium sulfate or magnesium sulfate. This is accomplished by repeated immersion in saturated solutions of sodium or magnesium sulfate followed by oven drying to partially or completely dehydrate the salt precipitated in permeable pore spaces. The internal expansive force, derived from the rehydration of the salt upon re-immersion, simulates the expansion of water on freezing. This test method furnishes information helpful in judging the soundness of aggregates subject to weathering action, particularly when adequate information is not available from service records of the material exposed to actual weathering conditions. Attention is called to the fact that test results by the use of the two salts differ considerably and care must be exercised in fixing proper limits in any specifications which may include requirements for these tests.

**1.2** The values stated in SI units are to be regarded as the standard.

**1.3** *This standard may involve hazardous materials, operations, and equipment. This standard does not purport to address all of the safety problems associated with its use. It is the responsibility of whoever uses this standard to consult and establish appropriate safety and health practices and determine the applicability of regulatory limitations prior to use.*

## 2. REFERENCED DOCUMENTS

**2.1** *AASHTO Standards:*

- M 92 Wire-Cloth Sieves for Testing Purposes
- R 16 Regulatory Information for Chemicals Used in AASHTO Tests
- T 27 Sieve Analysis of Fine and Coarse Aggregates

**2.2** *ASTM Standards:*

- C 670 Practice for Preparing Precision Statements for Test Methods for Construction Materials
- E 100 Specification for ASTM Hydrometers

## 3. APPARATUS

**3.1** *Sieves*—With square openings of the following sizes conforming to M 92, for sieving the samples in accordance with Sections 5, 6, and 8:

| | | | |
|---|---|---|---|
| 4.75 mm | (No. 4) | 63 mm | ($2\frac{1}{2}$ in.) |
| 4.00 mm | (No. 5) | 50 mm | (2 in.) |
| 2.36 mm | (No. 8) | 37.5 mm | ($1\frac{1}{2}$) |
| 1.18 mm | (No. 16) | 31.5 mm | ($1\frac{1}{4}$) |
| 600 μm | (No. 30) | 25.0 mm | (1 in.) |
| 300 μm | (No. 50) | 19.0 mm | ($\frac{3}{4}$ in.) |
| 150 μm | (No. 100) | 16.0 mm | ($\frac{5}{8}$ in.) |
| | | 12.5 mm | ($\frac{1}{2}$ in.) |
| | | 9.5 mm | ($\frac{3}{8}$ in.) |
| | | 8.0 mm | ($\frac{5}{16}$ in.) |

**3.2** *Containers for Samples*—Sieves 203.2 mm (8 in.) in diameter for each separate size fractions of aggregate during test. Used, out-of-tolerance sieves according to M 92, in acceptable condition, may be used as containers (Note 1).

**3.2.1** *Coarse Aggregate*—2.36-mm (No. 8) Size.

**3.2.2** *Fine Aggregate*—250-μm (No. 60) Size.

NOTE 1—Sieves 203.2 mm (8 in.) in diameter may be substituted with containers which permit free access of solution to the sample and drainage of the solution from the sample without loss of aggregate. Substitution with such containers may affect results. Referee testing, comparison testing, or testing of aggregate to be used in critical applications must be performed using sieves 203.2 mm (8 in.) in diameter.

**3.3** *Apparatus for Immersing Samples in Solution (optional)*—When necessary, apparatus for holding the sieves containing the sample for immersing into the solution shall be constructed in such a manner to permit free access of the solution to the sample and drainage of the solution from the sample.

**3.4** *Temperature Regulation*—Suitable means for regulating the temperature of the samples during immersion in the sodium sulfate or magnesium sulfate solution shall be provided.

**3.5** *Thermometer*—A thermometer covering the recommended temperature range for solutions during test and readable to 0.1°C (0.2°F).

**3.6** *Temperature Recorder*—A unit capable of recording solution temperature a minimum of once every 10 minutes for the duration of the test with an accuracy of 0.3°C (0.5° F).

**3.7** *Balance*—The balance shall have sufficient capacity, be readable to 0.1 percent of the sample mass, or better, and conform to the requirements of M 231.

**3.8** *Drying Oven*—The oven shall be capable of being heated continuously at 110° ± 5°C (230° ± 9°F) and the rate of evaporation, at this range of temperature, shall be at least 25 g/h for 4 hours, during which period the doors of the oven shall be kept closed. This rate shall be determined by the loss of water from 1-liter Griffin low-form beakers, each initially containing 500 g of water at a temperature of 21° ± 2°C (70° ± 3°F), placed

at each corner and the center of each shelf of the oven. The evaporation requirement is to apply to all test locations when the oven is empty except for the beakers of water.

**3.9** *Specific Gravity Measurement*—Hydrometers conforming to the requirements of ASTM E 100, or a suitable combination of graduated glassware and balance, capable of measuring the solution specific gravity within ± 0.001.

## 4. SPECIAL SOLUTIONS REQUIRED

**4.1** Prepare the solution for immersion of test samples from either sodium or magnesium sulfate in accordance with Section 4.1.1 or 4.1.2 (Note 2). The volume of the solution shall be at least five times the solid volume of all samples immersed at any one time.

NOTE 2—Some aggregates containing carbonates of calcium or magnesium are attacked chemically by fresh sulfate solution, resulting in erroneously high measured losses. If this condition is encountered or is suspected, repeat the test using a filtered solution that has been used previously to test the same type of carbonate rock, provided that the solution meets the requirements of Sections 4.1.1 and 4.1.2 for specific gravity.

**4.1.1** *Sodium Sulfate Solution*—Prepare a saturated solution of sodium sulfate by dissolving a reagent grade of the salt in water (Note 5) at a temperature of 25°C (77°F) minimum. Add sufficient salt (Note 3) of the anhydrous ($Na_2SO_4$) form to ensure not only saturation but also the presence of excess crystals when the solution is ready for use in the tests. Thoroughly stir the mixture during the addition of the salt and stir the solution at frequent intervals until used. To reduce evaporation and prevent contamination, keep the solution covered at all times when access is not needed. Allow the solution to cool to 20.3 to 21.9°C (68.5 to 71.5°F). Again stir, and allow the solution to remain at the designated temperature for at least 48 hours before use. Prior to each use, break up the salt cake, if any, in the container, stir the solution thoroughly, and determine the specific gravity of the solution. When used, the solution shall have a specific gravity not less than 1.154 nor more than 1.171. Discard a discolored solution, or filter it and check for specific gravity.

NOTE 3—For the solution, 215 g of anhydrous salt per liter of water are sufficient for saturation at 22°C (71.6°F). However, since this salt is not completely stable and since it is desirable that an excess of crystals be present, the use of not less than 225 g of the anhydrous salt per liter of water is recommended.

**4.1.2** *Magnesium Sulfate Solution*—Prepare a saturated solution of magnesium sulfate by dissolving a reagent grade of the salt in water (Note 5) at a minimum temperature of 25°C (77°F) (Note 4). Add sufficient salt (Note 4) of either the anhydrous ($MgSO_4$) or the crystalline ($MgSO_4 \cdot 7H_2O$) (Epsom salt) form, to ensure saturation and the presence of excess crystals when the solution is ready for use in the tests. Thoroughly stir the mixture during the addition of the salt and stir the solution at frequent intervals until used. To reduce evaporation and prevent contamination, keep the solution covered at all times when access is not needed. Allow the solution to cool to 20.3 to 21.9°C (68.5 to 71.5°F). Again stir, and allow the solution to remain at the designated temperature for at least 48 hours before use. Prior to each use, break up the salt cake, if any, in the container, stir the solution thoroughly, and determine the specific gravity of the solution. When used, the solution shall have a specific gravity not less than 1.297 nor more than 1.306. Discard a discolored solution, or filter it and check for specific gravity.

NOTE 4—For the solution, 350 g of anhydrous salt or 1230 g of the heptahydrate per liter of water are sufficient for saturation at 23°C (73.4°F). However, since these salts are not completely stable, with the hydrous salt being the more stable of the two, and since it is desirable that an excess of crystals be present, it is recommended that the heptahydrate salt be used and in an amount of not less than 1400 g/L of water.

When preparing the saturated solution of magnesium sulfate, the salt crystals will dissolve more readily if the crystals are added in small amounts and the water temperature is higher than 35°C (95°F) due to the chemical cooling effect during preparation.

NOTE 5—Distilled water shall be used in referee or comparison testing.

**4.2** *Barium Chloride Solution*—A 0.2 molar solution of barium chloride (41.6 g of $BaCl_2$ per liter of solution) to determine the presence of sodium or magnesium sulfate in the wash water.

## 5. SAMPLES

**5.1** *Fine Aggregate*—Fine aggregate for the test shall be passed through a 9.5-mm (3/8-in.) sieve. The sample shall be of such size that it will yield not less than 100 g of each of the following sizes, expressed in terms of the following sieves:

| Passing Sieve | Retained on Sieve |
|---|---|
| 9.5 mm (3/8 in.) | 4.75 mm (No. 4) |
| 4.75 mm (No. 4) | 2.36 mm (No. 8) |
| 2.36 mm (No. 8) | 1.18 mm (No. 16) |
| 1.18 mm (No. 16) | 600 μm (No. 30) |
| 600 μm (No. 30) | 300 μm (No. 50) |

**5.1.1** Should the sample contain less than 5 percent of any of the sizes specified in Section 5.1, that size shall not be tested.

**5.2** *Coarse Aggregate*—Coarse aggregate for the test shall consist of material from which the sizes finer than the 4.75-mm (No. 4) sieve have been removed. The sample shall be of such a size that it will yield the amounts indicated in Table 1.

**5.2.1** Should the sample contain less than 5 percent of any of the sizes specified in Section 5.2, that size shall not be tested. When a combination of sizes is specified for the test portion and one of the sizes specified is less than 5 percent of the sample, reduce the test portion by the applicable mass specified in Section 5.2 for the size not available.

**5.2.2** When testing large rock (broken stone, ledge rock, cobbles, and boulders for use as riprap, channel lining, etc.), obtain the test portion by crushing, splitting, or sawing the larger sample pieces. Test only those pieces in the 37.5 to 19.0 mm (1 1/2 to 3/4 in.) and 63 to 37.5 mm (2 1/2 to 1 1/2 in.) size fractions when size reduction is by crushing or splitting. Test pieces in the 63 to 37.5 mm (2 1/2 to 1 1/2 in.) size fraction when size reduction is by sawing.

**TABLE 1 Coarse Aggregate Sample**

| Sieve Size | Mass, g |
|---|---|
| 63-mm to 37.5-mm ($2^1/_2$ in. to $1^1/_2$ in.) | 5000 ± 300 |
| Consisting of: | |
| 50-mm to 37.5-mm (2 in. to $1^1/_2$ in.) material | 2000 ± 200 |
| 63-mm to 50-mm ($2^1/_2$ in. to 2 in.) material | 3000 ± 300 |
| 37.5-mm to 19.0-mm ($1^1/_2$ to $^3/_4$ in.) | 1500 ± 50 |
| Consisting of: | |
| 25.0-mm to 19.0-mm (1 in. to $^3/_4$ in.) material | 500 ± 30 |
| 37.5-mm to 25.0-mm ($1^1/_2$ in. to 1 in.) material | 1000 ± 50 |
| 19.0-mm to 9.5-mm ($^3/_4$ in. to $^3/_8$ in.) | 1000 ± 10 |
| Consisting of: | |
| 12.5-mm to 9.5-mm ($^1/_2$ in. to $^3/_8$ in.) material | 330 ± 5 |
| 19.0-mm to 12.5-mm ($^3/_4$ in. to $^1/_2$ in.) material | 670 ± 10 |
| 9.5-mm to 4.75-mm ($^3/_8$ in. to No. 4) | 300 ± 5 |

NOTE 6—When the rock contains bedding planes, crushing or splitting will usually cause the rock to break on those bedding planes. Sawing will usually leave the bedding planes intact, and thus more likely to split the particles due to growth of the salt crystals in the soundness test.

**5.2.3** When testing large rock (to evaluate a potential source) which will be subsequently crushed to produce aggregate, obtain the test portion by crushing the larger sample pieces. Test pieces only in those sizes which will be included in the produced aggregate, but ignoring any material finer than 4.75-mm (No. 4) sieve or coarser than 63-mm ($2^1/_2$-in.) sieve.

**5.2.4** When the finished aggregate material will contain particles coarser than 63 mm ($2^1/_2$ in.), such as aggregate for use in mass concrete, crush the material coarser than 63 mm ($2^1/_2$ in.) and distribute the material among that in the range of 63 mm ($2^1/_2$ in.) to 4.75-mm (No. 4) sieves. Discard material finer than 4.75-mm (No. 4) sieve.

**5.3** When an aggregate to be tested contains appreciable amounts of both fine and coarse material, having a grading with more than 10 percent coarser than the 9.5-mm ($^3/_8$ in.) sieve and, also, more than 10 percent finer than the 4.75-mm (No. 4) sieve, test separate samples of the minus 4.75 mm (No. 4) fraction and the plus 4.75 mm (No. 4) fraction in accordance with the procedures for fine aggregate and coarse aggregate, respectively. Report the results separately for the fine aggregate fraction and the coarse aggregate fraction, giving the percentages of the coarse and fine size fractions in the initial grading.

## 6. PREPARATION OF TEST SAMPLE

**6.1** *Fine Aggregate*—Thoroughly wash the sample of fine aggregate on a 300-µm (No. 50) sieve, dry to constant mass at 110° ± 5°C (230° ± 9°F), and separate into the different sizes by sieving, as follows: Make a rough separation of the graded sample by means of a nest of the standard sieves specified in Section 5.1. From the fractions obtained in this manner, select samples of sufficient size to yield 100 g after sieving to refusal. (In general, a 110-g sample will be sufficient.) Do not use fine aggregate sticking in the meshes of the sieves in preparing the samples. Weigh samples consisting of 100 ± 0.1 g out of each of the separated fractions after final sieving, record the masses of the test samples, and place in separate containers for the test.

**6.2** *Coarse Aggregate*—Thoroughly wash and dry the sample of coarse aggregate to constant mass at 110° ± 5°C (230° ± 9°F) and separate it into the different sizes shown in Section 5.2 by sieving to refusal. Weigh out quantities of the different sizes within the tolerances of Section 5.2 and combine them to the designated total mass (Note 7). Record the masses of the test samples and their fractional components. In the case of sizes larger than 19.0 mm ($^3/_4$ in.), record the number of particles in the test samples.

NOTE 7—The fractional components of each sample may be placed in separate containers if so desired but is not required. If separate containers are used, the two sizes must be combined for the calculations for 8.1.2 (Table 2).

## 7. PROCEDURE

**7.1** *Storage of Samples in Solution*—Immerse the samples in the prepared solution of sodium sulfate or magnesium sulfate for not less than 16 hours nor more than 18 hours in such a manner that the solution covers them to a depth of at least 12.5 mm ($^1/_2$ in.) (Note 8). Cover the containers to reduce evaporation and prevent the accidental addition of extraneous substances. Maintain the samples immersed in the solution at a temperature of 20.3 to 21.9°C (68.5 to 71.5°F) for the immersion period.

NOTE 8—Suitably weighted wire grids placed over the sample in the containers will permit this coverage to be achieved with very light-weight aggregates.

**7.2** *Drying Samples After Immersion*—After the immersion period, remove the aggregate sample from the solution, permit it to drain for 15 ± 5 minutes, and place in the drying oven. The temperature of the oven shall have been brought previously to 110° ± 5°C (230° ± 9°F). Dry the samples at the specified temperature until constant mass has been achieved. Establish the time required to attain constant mass as follows: with the oven containing the maximum sample load expected, check the mass losses of test samples by removing and weighing them without cooling, at intervals of 2 to 4 hours; make enough checks to establish required drying time for the least favorable oven location (Section 3.6) and sample condition (Note 9). Constant mass will be considered to have been achieved when mass loss is less than 0.1 percent of sample mass in 4 hours of drying. After constant mass has been achieved, allow the samples to cool to 20 to 25°C (68 to 77°F) (Note 10), when they shall again be immersed

in the prepared solution as described in Section 7.1. Cooling may be aided by the use of an air conditioner or fan. Temperature of the material shall be checked by thermometer or other acceptable means before placing the material in the soaking solution.

**NOTE 9**—Drying time required to reach constant mass may vary considerably for several reasons. Efficiency of drying will be reduced as cycles accumulate because of salt adhering to particles and, in some cases, because of increase in surface area due to breakdown. The different size fractions of aggregate will have differing drying rates. The smaller sizes will tend to dry more slowly because of their larger surface area and restricted interparticle voids, but this tendency may be altered by the effects of container size and shape.

**NOTE 10**—Experience has shown that sample temperatures significantly different than the solution temperature of 21.1°C (70.0°F) may change the temperature of the solution temporarily, thereby causing a change in salt saturation even though the solution returns to 21.1°C (70.0°F) for most of the soaking period. This may cause erroneous results.

**7.3** *Number of Cycles*—Repeat the process of alternate immersion and drying until the required number of cycles is obtained. Preferably, the test shall be performed continuously until the specified number of cycles is obtained. However, if the test must be interrupted, leave the samples in the oven, at 110° ± 5°C (230° ± 9°F) until the testing can be resumed.

**7.4** Review the temperature record from the recording unit. Verify solution temperature limits were not exceeded.

## 8. QUANTITATIVE EXAMINATION

**8.1** Make the quantitative examination as follows:

**8.1.1** After the completion of the final cycle and after the sample has cooled, wash the sample free from the sodium sulfate or magnesium sulfate. Wash by circulating water at 43° ± 6°C (110° ± 10°F) through the samples in their containers by introducing hot water near the bottom and allowing the water to pass through the samples and overflow. The thoroughness of washing shall be checked by obtaining a sample of rinse water after it has passed through the samples and checked with 0.2 molar barium chloride. Further washing is required if sample becomes cloudy upon addition of the barium chloride solution. In areas where the water gives a reaction with barium chloride other analytical means shall be used to assure thoroughness of washing. In the washing operation, the samples shall not be subjected to impact or abrasion that may tend to break up particles.

**8.1.2** After the sodium sulfate or magnesium sulfate has been removed, dry each fraction of the sample to constant mass at 110° ± 5°C (230° ± 9°F). Sieve the fine aggregate over the same sieve on which it was retained before the test, and sieve the coarse aggregate over the sieve shown below for the appropriate size of particle. For fine aggregate, the method and duration of sieving shall be the same as were used in preparing the test samples. For coarse aggregate, sieving shall be by hand, with agitation sufficient only to assure that all undersize material passes the designated sieve. No extra manipulation shall be employed to break up particles or cause them to pass the sieves. Determine the mass of the material retained on each sieve and record each amount. The difference between each of these amounts and the initial mass of the fraction of the sample tested is the loss in the test and is to be expressed as a percentage of the initial mass for use in Table 2.

| Size of Aggregate | Sieve Used to Determine Loss |
|---|---|
| 63 mm to 37.5 mm (2$^1/_2$ to 1$^1/_2$ in.) | 31.5 mm (1$^1/_4$ in.) |
| 37.5 mm to 19.0 mm (1$^1/_2$ to $^3/_4$ in.) | 16.0 mm ($^5/_8$ in.) |
| 19.0 mm to 9.5 mm ($^3/_4$ to $^3/_8$ in.) | 8.0 mm ($^5/_{16}$ in.) |
| 9.5 mm to 4.75 mm ($^3/_8$ in. to No. 4) | 4.0 mm (No. 5) |

## 9. QUALITATIVE EXAMINATION

**9.1** Make a qualitative examination of test samples coarser than 19.0 mm ($^3/_4$ in.) as follows (Note 11):

**9.1.1** Separate the particles of each test sample into groups according to the action produced by the test (Note 11).

**9.1.2** Record the number of particles showing each type of distress.

**NOTE 11**—Many types of action may be expected. In general, they may be classified as disintegration, splitting, crumbling, cracking, flaking, etc. While only particles larger than 19.0 mm ($^3/_4$ in.) in size are required to be examined qualitatively, it is recommended that examination of the smaller sizes be made in order to determine whether there is any evidence of excessive splitting.

## 10. REPORT

**10.1** The report shall include the following data (Note 12):

**10.1.1** Mass of each fraction of each sample before test.

**10.1.2** Material from each fraction of the sample finer than the sieve designated in Section 8.1.2 for sieving after test, expressed as a percentage of the original mass of the fraction.

**10.1.3** Weighted average calculated from the percentage of loss for each fraction, based on the grading of the sample as received for examination determined by using T 27 or, preferably, on the average grading of the material from that portion of the supply of which the sample is representative except that:

**10.1.3.1** For fine aggregates with less than 10 percent coarser than the 9.5-mm ($^3/_8$-in.) sieve, assume sizes finer than the 300-µm (No. 50) sieve to have 0 percent loss and sizes coarser than the 9.5-mm ($^3/_8$-in.) sieve to have the same loss as the next smaller size for which test data are available.

**10.1.3.2** For coarse aggregate with less than 10 percent finer than the 4.75-mm (No. 4) sieve, assume sizes finer than the 4.75-mm (No. 4) sieve to have the same loss as the next larger size for which test data are available.

**10.1.3.3** For an aggregate containing appreciable amounts of both fine and coarse material tested as two separate samples as required in Section 5.3, compute the weighted average losses separately for the minus 4.75-mm (No. 4) and plus 4.75-mm (No. 4) fractions based on recomputed gradings considering the fine fraction as 100 percent and the coarse fraction as 100 percent. Report the results sep-

## 11. PRECISION

**11.1** For coarse aggregate with weighted average sulfate soundness losses in the ranges of 6 to 16 percent for sodium and 9 to 20 percent for magnesium, the precision indexes are as indicated, in the table entitled "Precision Indexes" (Note 13).

**NOTE 13**—The values in the precision statement are based on testing according to this method prior to revision in 1991. The revisions in 1991 are believed to improve the precision of the method.

Precision Indexes

| | Coefficient of Variation (1S%), Percent[a] | Difference Between Two Tests (D2S%), Percent of Average[a] |
|---|---|---|
| *Multilaboratory:* | | |
| Sodium sulfate | 41 | 116 |
| Magnesium sulfate | 25 | 71 |
| *Single-Operator:* | | |
| Sodium sulfate | 24 | 68 |
| Magnesium sulfate | 11 | 31 |

[a] These numbers represent, respectively, the (1S%) and (D2S%) limits as described in ASTM C 670.

Appendix B

# Appendix B

## AASHTO T-104 Test Results

## Contractor and the Government

**Pre-Bid Site T-104 Test Data - Government**

DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
ATERIALS SECTION

REPORT OF TESTING
Apr 12, 1999
LABORATORY CONTROL NUMBER
W-99-0036-AG

PROJECT NAME: Flowery Trail Phase II
AGENCY: WFHWA
ACCT NO.: 415-17-53-51-1580-002G
PROJECT NUMBER: WA PFH 158
SUBMITTED BY: Kerry Cook
DATE SAMPLED: 10/07/98
ADDRESS: WFLHD, Geotechnical Branch
Vancouver, WA 98661-3893
Phone:(360)696-7738 / FAX 7845
DATE SHIPPED: / /
DATE RECEIVED: 03/23/99
SAMPLE OF: Quartzite & Argillite
SAMPLED BY: GMT
SAMPLE NO.: B-28 & B-29
NO. SACKS:
DEPTH: 1.52-20.1
SOURCE NO.: 45-33-0006
QUANTITY REPRESENTED:
SOURCE NAME:
LOCATION: 18+850 Thru-Cut
OWNER:
COUNTY: Stevens
STATE: WA
INTENDED USE:
REMARKS:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COMPLETE PRELIMINARY TESTS ON QUARRIES

DURABILITY COARSE 73
DURABILITY FINE 54

AASHTO T-104 SOUNDNESS COMPUTED TO
MID SPECIF ITEM 301 GR d PCT LOSS= 1.85

ACC-WEATHERING-DMSO-COMPUTED TO
MID SPECIF ITEM 301 GR D PCT LOSS= 1.46

APPARENT SPECIFIC GRAVITY COARSE: 2.716 FINE: 2.742

LOS ANGELES ABRASION, GR B LOSS PCT 25

SAND EQUIVALENT REFEREE LAB CRUSHED 71

ATTERBERG LIMITS, LAB MANUFACTURED
LIQUID LIMIT NP
PLASTICITY INDEX NP

RAYMOND ROSENBAUM,
CHIEF MATERIALS LABORATORY

FOR EMORY S. RICHARDSON,
MATERIALS ENGINEER

COM Tested by ph Test date 03/26/99 Flowery Trail Phase II

**Gradation to use for weighting**

- (•) Specified gradation (CL800/WL800)
- ( ) As received gradation
- ( ) None

Item: 301 Grading: d

| COARSE Sieve size | Mass retained | Cumulative mass retained | Mass after test | % Raw loss | % Loss weighted to coarse | Overall % loss |
|---|---|---|---|---|---|---|
| 50mm | | | | | | |
| 37.5mm | | | | | 0.000 | 0.000 |
| 25.0mm | 1032.9 | | | | | |
| 19.0mm | 503.5 | 1536.4 | 1527.3 | 0.592 | 0.145 | 0.078 |
| 12.5mm | 671.8 | | | | | |
| 9.5mm | 330.4 | 1002.2 | 997.6 | 0.459 | 0.202 | 0.109 |
| 4.75mm | 300.4 | | 291.7 | 2.90 | 0.912 | 0.492 |
| % 4.75mm+ | 54.0 | Total % loss weighted to coarse: | | | 1.26 | |

| FINE | | | | | weighted to fine | |
|---|---|---|---|---|---|---|
| | 4.75mm | 100.0 | 90.7 | 9.30 | | |
| | 2.36mm | 100.0 | 95.1 | 4.90 | 1.28 | 0.589 |
| | 1.18mm | 100.0 | 96.7 | 3.30 | 0.625 | 0.287 |
| | 600µm | 100.0 | 97.4 | 2.60 | 0.353 | 0.162 |
| | 300µm | 100.0 | 97.5 | 2.50 | 0.290 | 0.133 |
| % 4.75mm- | 46.0 | Total % loss weighted to fines | | | 2.55 | |
| | | | | Total overall % loss | | 1.85 |
| | | | | Maximum % loss Spec | | |

Remarks

# Post-Construction Site T-104 Test Data - Contractor