## *ON SITE AGGREGATE SOURCE LABORATORY SUMMARY*

From windrow stockpile

| | UNITS | SPEC | | South | North |
|---|---|---|---|---|---|
| LABORATORY NUMBER | | | 02-1011 | 02-1012 | 02-1039 |
| SAMPLE NUMBER | | | 1 | 2 | 3 |
| SAMPLED BY | | | B&A | B&A | B&A |
| SAMPLE DATE | | | Bulk | Bulk | Bulk |
| DATE RECEIVED | | | 8/23/02 | 8/23/02 | 8/28/02 |
| SAMPLE DESCRIPTION | | | Grading "D" | Source Rock Uncrushed | Source Rock Uncrushed |
| DMSO | weighted % loss | 12 MAX | 1.3 | 4.0 | 1.2 |
| LA ABRASION | % loss | 50 MAX | 25 | 28 | 19 |
| DURABILITY INDEX | | | | | |
| COARSE | Dc | 35 MIN | 58 | 40 | 67 |
| FINE | Df | 35 MIN | 62 | 51 | 70 |
| SODIUM SULFATE SOUNDNESS | | | | | |
| COARSE | weighted % loss | 12 MAX | 3 | 8 | 1 |
| FINE | weighted % loss | 12 MAX | 10 | 19 | 10 |

Lab# 02-1012

# SULFATE SOUNDNESS

PROJECT Flowery Trail
LOCATION
JOB # Merill 3
CLIENT MA Arthley

SAMPLED BY SLJ DATE 8/23
TESTED BY SLJ/TP DATE - 11

SAMPLE 2 Sweet rock
BORING #
DEPTH
LOCATION

No. of Cycles = 5

FINE AGGREGATE

| PASSING | RETAINED | SPECIFIED WT. | WT. BEFORE | SIEVE | WT AFTER | % LOST | ORIG. GRADING | WT. % LOSS |
|---|---|---|---|---|---|---|---|---|
| 3/8" | #4 | 300 ± 5 | | #5 | | | | |
| #4 | #8 | 100 + | 100 | #8 | 67.1 | 32.9 | 14 | 4.6 |
| #8 | #16 | 100 + | 100 | #16 | 68.6 | 31.4 | 14 | 4.4 |
| #16 | #30 | 100 + | 100 | #30 | 75.8 | 24.2 | 24 | 5.8 |
| #30 | #50 | 100 + | 100 | #50 | 73.5 | 26.5 | 17 | 4.5 |
| #50 | #100 | | | | | | 10 | |
| #100 | | | | | | | 21 | |
| TOTAL | | | | | | | 100 | 19.3 (19) |

COARSE AGGREGATE

| PASSING | RETAINED | SPECIFIED WT. | WT. BEFORE | SIEVE | WT AFTER | % LOST | ORIG. GRADING | WT. % LOSS |
|---|---|---|---|---|---|---|---|---|
| 3/8" | #4 | 300 ± 5 | 300.3 | #5 | 246.8 | 17.8 | 18 | 3.2 |
| 3/4" | 3/8" | 1000 ± 15 | 1000.0 | 5/16" | 961.0 | 3.9 | 46 | 1.8 |
| 1/2" | 3/8" | 330 ± 5 | 329.6 | | | | | |
| 3/4" | 1/2" | 670 ± 10 | 670.4 | | | | | |
| 1½" | 3/4" | 1500 ± 50 | 1500.1 | 5/8" | 1383.1 | 7.8 | 36 | 2.8 |
| 1" | 3/4" | 500 ± 30 | 499.1 | | | | | |
| 1½" | 1" | 1000 ± 50 | 1008.0 | | | | | |
| 2½" | 1½" | | | 1½" | | | | |
| 2" | 1½" | 2000 ± 200 | | | | | | |
| 2½" | 2" | 3000 ± 300 | | | | | | |
| TOTAL | | | | | | | 100 | 7.8 (8) |

QUALITATIVE EXAMINATION

| SIZE RANGE | # of Particles Showing: Initial | Split | Crumble | Crack | Flaking | Misc | Total |
|---|---|---|---|---|---|---|---|
| 1½" to 3/4 | | | | | | | |
| 2½" to 1½ | | | | | | | |

budinger & associates
geotechnical & material engineers

02-1089

# SULFATE SOUNDNESS

...JECT Flowery Trail
...CATION
... Mall 3
...ENT

SAMPLED BY RJA DATE 8/30
TESTED BY SW/TA DATE "

SAMPLE 3 Shale Rock
BORING #
DEPTH
LOCATION

No. of Cycles = 5

FINE AGGREGATE

| PASSING | RETAINED | SPECIFIED WT. | WT. BEFORE | SIEVE | WT AFTER | LOSS % LOST | ORIG. GRADING | WT. % LOSS |
|---|---|---|---|---|---|---|---|---|
| 3/8" | #4 | 300 ± 5 | | #5 | | | | |
| #4 | #8 | 100 + | 100.0 | #8 | 90.0 | 10.0 | 20 | 2.0 |
| #8 | #16 | 100 + | 100.0 | #16 | 88.1 | 11.9 | 16 | 1.9 |
| #16 | #30 | 100 + | 100.0 | #30 | 83.3 | 16.7 | 18 | 3.0 |
| #30 | #50 | 100 + | 100.0 | #50 | 75.0 | 25.0 | 12 | 3.0 |
| #50 | #100 | | | | | | 11 | — |
| #100 | | | | | | | 23 | — |
| TOTAL | | | | | | | 100 | 10.2 (10) |

COARSE AGGREGATE

| PASSING | RETAINED | SPECIFIED WT. | WT. BEFORE | SIEVE | WT AFTER | LOSS % LOST | ORIG. GRADING | WT. % LOSS |
|---|---|---|---|---|---|---|---|---|
| 3/8" | #4 | 300 ± 5 | 300.5 | #5 | 298.4 | 0.7 | 28 | 0.2 |
| 3/4" | 3/8" | 1000 ± 15 | 1004.5 | 5/16" | 999.5 | 0.5 | 60 | 0.3 |
| 1/2" | 3/8" | 330 ± 5 | 330.9 | | | | | |
| 3/4" | 1/2" | 670 ± 10 | 673.6 | | | | | |
| 1½" | 3/4" | 1500 ± 50 | 1495.3 | 5/8" | 1420.1 | 5.0 | 12 | 0.6 |
| 1" | 3/4" | 500 ± 30 | 496.2 | | | | | |
| 1½" | 1" | 1000 ± 50 | 999.1 | | | | | |
| 2½" | 1½" | | | 1¼" | | | | |
| 2" | 1½" | 2000 ± 200 | | | | | | |
| 2½" | 2" | 3000 ± 300 | | | | | | |
| TOTAL | | | | | | | 100 | 1.1 (1) |

QUALITATIVE EXAMINATION

| SIZE RANGE | # of Particles Showing: Initial | Split | Crumble | Crack | Flaking | Misc | Total |
|---|---|---|---|---|---|---|---|
| 1½" to 3/4 | | | | | | | |
| 2½" to 1½ | | | | | | | |

budinger & associates
geotechnical & material engineers

# Crushed Material T-104 Testing Data - Government

Western Federal Lands Highway Division
Materials Testing Laboratory
610 E. Fifth St, Vancouver, WA 98661

Test Report Issued: 02 Dec 2002
Lab Control Number: **W-02-1337-AG**

| | | | |
|---|---|---|---|
| **Project Name:** | Flowery Trail Road | **Sample No:** | #1 |
| **Project Number:** | WA PFH 158-1(2) | **Sampled By:** | B & A |
| **Acct. No.:** | 415-17-53-52-1581-002M | **Date Sampled:** | 11/15/2002 |
| **Submitted By:** | Linda Persoon | **Address:** | FHWA<br>PO Box 1220<br>Chewelah WA 99109 |
| **Phone:** | (509)935-7175 | | |
| **Fax:** | (509)938-7188 | | |
| **Sample of:** | Select Granular Backfill | **Date Received:** | 11/13/2002 |
| **Quantity Rep:** | | **No. & Containers:** | 1 sack |
| **Source Name:** | Roadway through cut | | |
| **Owner:** | | **County:** | Stevens |
| | | **State:** | WA |
| **Station:** | 18+700-900 | **Milepost:** | |
| | | **Offset:** | |

| | | | |
|---|---|---|---|
| Soundness (T104) | Computed to Mid Spec Item Loss, % | 2.98 | 12.0 max |

12/2/2002

LYNN MURPHY, Materials Laboratory Chief
For: BRAD K. NEITZKE, Materials Engineer

COM Tested by: bh cm Test date: 11/18/02 Flowery Trail Road

**Gradation to use for weighting**

- (•) Specified gradation (CL800/WL800)
- ( ) As received gradation
- ( ) None

Item: Grading:

| COARSE Sieve size | Mass retained | Cumulative mass retained | Mass after test | % Raw loss | % Loss weighted to coarse | Overall % loss |
|---|---|---|---|---|---|---|
| 50mm | | | | | | |
| 37.5mm | | | | | 0.000 | 0.000 |
| 25.0mm | 1002.8 | | | | | |
| 19.0mm | 505.8 | 1508.6 | 1498.2 | 0.689 | 0.168 | 0.091 |
| 12.5mm | 667.6 | | | | | |
| 9.5mm | 333.5 | 1001.1 | 972.9 | 2.82 | 1.24 | 0.671 |
| 4.75mm | 301.1 | | 289.8 | 3.75 | 1.18 | 0.638 |
| % 4.75mm+ | 54.0 | | Total % loss weighted to coarse: | | 2.59 | |

| FINE | | | | | weighted to fine | |
|---|---|---|---|---|---|---|
| | 4.75mm | 100.0 | 93.9 | 6.10 | | |
| | 2.36mm | 100.0 | 95.2 | 4.80 | 1.25 | 0.577 |
| | 1.18mm | 100.0 | 94.6 | 5.40 | 1.02 | 0.470 |
| | 600µm | 100.0 | 95.3 | 4.70 | 0.638 | 0.293 |
| | 300µm | 100.0 | 95.5 | 4.50 | 0.522 | 0.240 |
| % 4.75mm- | 46.0 | | Total % loss weighted to fines | | 3.44 | |
| | | | | Total overall % loss | | 2.98 |
| | | | | Maximum % loss Spec | | 12.0 |

Remarks

Western Federal Lands Highway Division
Materials Testing Laboratory
610 E. Fifth St, Vancouver, WA 98661

Test Report Issued: **02 Dec 2002**
Lab Control Number: **W-02-1338-AG**

| | | | |
|---|---|---|---|
| **Project Name:** | Flowery Trail Road | **Sample No:** | #2 |
| **Project Number:** | WA PFH 158-1(2) | **Sampled By:** | Budinger& Assoc. |
| **Acct. No.:** | 415-17-53-52-1581-002M | **Date Sampled:** | 11/01/2001 |
| **Submitted By:** | Linda Persoon | **Address:** | FHWA<br>PO Box 1220<br>Chewelah WA 99109 |
| **Phone:** | (509)935-7175 | | |
| **Fax:** | (509)938-7188 | | |
| **Sample of:** | Select Topping | **Date Received:** | 11/13/2002 |
| **Quantity Rep:** | | **No. & Containers:** | 1 |
| **Source Name:** | Roadway through cut | | |
| **Owner:** | | **County:** | Stevens |
| **Station:** | 18+700-900 | **State:** | WA |
| **Milepost:** | | **Offset:** | |

| | | | |
|---|---|---|---|
| Soundness (T104) | Computed to Mid Spec Item Loss, % | 6.68 | 12.0 max |

12/2/2002

LYNN MURPHY, Materials Laboratory Chief
For: BRAD K. NEITZKE, Materials Engineer

W-02-1338-AG T104 Soundness of Aggregate

COM Tested by [ cm bh ] Test date [ 11/18/02 ] Flowery Trail Road

**Gradation to use for weighting**

- (•) Specified gradation (CL800/WL800)
- ( ) As received gradation
- ( ) None

Item: [ ] Grading: [ ]

| COARSE Sieve size | Mass retained | Cumulative mass retained | Mass after test | % Raw loss | % Loss weighted to coarse | Overall % loss |
|---|---|---|---|---|---|---|
| 50mm | | | | | | |
| 37.5mm | | | | | 0.000 | 0.000 |
| 25.0mm | 1024.2 | | | | | |
| 19.0mm | 503.7 | 1527.9 | 1391.2 | 8.95 | 2.18 | 1.18 |
| 12.5mm | 674.9 | | | | | |
| 9.5mm | 333.5 | 1008.4 | 942.6 | 6.53 | 2.88 | 1.55 |
| 4.75mm | 301.9 | | 287.9 | 4.64 | 1.46 | 0.788 |
| % 4.75mm+ | 54.0 | | Total % loss weighted to coarse: | | 6.52 | |

| FINE | | | | | weighted to fine | |
|---|---|---|---|---|---|---|
| | 4.75mm | 100.0 | 90.4 | 9.60 | | |
| | 2.36mm | 100.1 | 91.0 | 9.09 | 2.38 | 1.09 |
| | 1.18mm | 100.0 | 89.4 | 10.6 | 2.01 | 0.923 |
| | 600µm | 100.0 | 89.1 | 10.9 | 1.48 | 0.681 |
| | 300µm | 100.0 | 91.4 | 8.60 | 0.997 | 0.459 |
| % 4.75mm- | 46.0 | | Total % loss weighted to fines | | 6.86 | |
| | | | | Total overall % loss | | 6.68 |
| | | | | Maximum % loss Spec | | 12.0 |

Remarks

[ ]

Western Federal Lands Highway Division
Materials Testing Laboratory
610 E. Fifth St, Vancouver, WA 98661

Test Report Issued: 02 Dec 2002
Lab Control Number: W-02-1339-AG

| | | | |
|---|---|---|---|
| **Project Name:** | Flowery Trail Road | **Sample No:** | 9 |
| **Project Number:** | WA PFH 158-1(2) | **Sampled By:** | Budinger & Assoc. |
| **Acct. No.:** | 415-17-53-52-1581-002M | **Date Sampled:** | 11/07/2001 |
| **Submitted By:** | Linda Persoon | **Address:** | FHWA<br>PO Box 1220<br>Chewelah WA 99109 |
| **Phone:** | (509)935-7175 | | |
| **Fax:** | (509)938-7188 | | |
| **Sample of:** | | **Date Received:** | 11/13/2002 |
| **Quantity Rep:** | | **No. & Containers:** | 1 |
| **Source Name:** | Roadway through cut | | |
| **Owner:** | | **County:** | Stevens |
| | | **State:** | WA |
| **Station:** | 18+700-900 | **Milepost:** | |
| | | **Offset:** | |

| Test | | Computed to Mid Spec Item | |
|---|---|---|---|
| Soundness (T104) | Loss, % | 3.35 | 12.0 max |

12/2/2002

LYNN MURPHY, Materials Laboratory Chief
For: BRAD K. NEITZKE, Materials Engineer

W-02-1339-AG T104 Soundness of Aggregate

COM Tested by cm bh Test date 11/18/02 Flowery Trail Road

**Gradation to use for weighting**

- (•) Specified gradation (CL800/WL800)
- ( ) As received gradation
- ( ) None

Item: Grading:

| COARSE Sieve size | Mass retained | Cumulative mass retained | Mass after test | % Raw loss | % Loss weighted to coarse | Overall % loss |
|---|---|---|---|---|---|---|
| 50mm | | | | | | |
| 37.5mm | | | | | 0.000 | 0.000 |
| 25.0mm | | | | | | |
| 19.0mm | | | | | 0.640 | 0.345 |
| 12.5mm | 674.0 | | | | | |
| 9.5mm | 333.8 | 1007.8 | 981.4 | 2.62 | 1.16 | 0.624 |
| 4.75mm | 303.4 | | 298.6 | 1.58 | 0.498 | 0.269 |
| % 4.75mm+ | 54.0 | | Total % loss weighted to coarse: | | 2.29 | |

| FINE | | | | | weighted to fine | |
|---|---|---|---|---|---|---|
| | 4.75mm | 100.0 | 95.3 | 4.70 | | |
| | 2.36mm | 100.1 | 94.2 | 5.89 | 1.54 | 0.709 |
| | 1.18mm | 100.0 | 93.5 | 6.50 | 1.23 | 0.566 |
| | 600µm | 100.1 | 94.0 | 6.09 | 0.827 | 0.380 |
| | 300µm | 100.1 | 91.5 | 8.59 | 0.996 | 0.458 |
| % 4.75mm- | 46.0 | | Total % loss weighted to fines | | 4.59 | |
| | | | Total overall % loss | | | 3.35 |
| | | | Maximum % loss Spec | | | 12.0 |

Remarks

Appendix C

# Appendix C

**Production Test Gradation Data – Contractor**

Wed Dec 03 14:47:12 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Road
Project Number: WA PFH 158-1(2)
Project ID: DTFH70-01-C-00011

Item Number: 30101
Lot Number: 1
Lab: Contractor's Lab

| Quality Charac- teristic | TV | Allowable Devia- tion | Category | Mean | Standard Devia- tion | Est. no. Samples | Actual no. Samples | Quality Level | Current Pay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 9.5mm | 63.73 | 7 | 1 | 63.73 | 7.376 | 18 | 18 | 34 | 0.84 |
| 4.75mm | 40.73 | 6 | 1 | 40.73 | 6.614 | 18 | 18 | 36 | 0.82 |
| 425μm | 15.8 | 4 | 2 | 15.80 | 2.957 | 18 | 18 | 18 | 1.00 |
| 75μm | 10 | max | | 7.93 | 1.526 | 18 | 18 | 9 | 1.01 |

TESTING COMPLETED
FINAL PAY FACTOR: 0.82

Lot Terminated: Corrective Action Required

Wed Dec 03 14:47:12 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Road Item Number: 30101
Project Number: WA PFH 158-1(2) Lot Number: 1
Project ID: DTFH70-01-C-00011 Lab: Contractor's Lab

** ACCEPTANCE PARAMETERS **

| Quality Characteristic: | 9.5mm | 4.75mm | 425μm | 75μm |
|---|---|---|---|---|
| Target Values: | 63.73 | 40.73 | 15.8 | 10 |
| Allowable Deviation: | 7 | 6 | 4 | max |
| Est. No. Tests: | 18 | 18 | 18 | 18 |
| Category: | 1 | 1 | 2 | |
| Actual No. Samples: | 18 | 18 | 18 | 18 |

** TEST RESULTS **

| Sample Number | 9.5mm | 4.75mm | 425μm | 75μm |
|---|---|---|---|---|
| 1 | 55.7 | 34.2 | 13.7 | 6.9 |
| 2 | 57.8 | 38.8 | 18.5 | 9.0 |
| 3 | 73.1 | 45.4 | 16.8 | 8.0 |
| 4 | 51.5 | 30.2 | 12.8 | 6.3 |
| 5 | 65.8 | 40.2 | 13.0 | 6.4 |
| 6 | 79.7 | 58.6 | 24.2 | 12.1 |
| 7 | 64.9 | 41.8 | 15.9 | 8.1 |
| 8 | 76.8 | 51.9 | 19.8 | 10.2 |
| 9 | 61.0 | 37.5 | 14.0 | 7.1 |
| 10 | 61.6 | 39.1 | 15.5 | 7.2 |
| 11 | 65.9 | 40.8 | 15.8 | 8.1 |
| 12 | 59.0 | 43.1 | 18.6 | 9.4 |
| 13 | 64.9 | 39.5 | 14.0 | 6.9 |
| 14 | 56.3 | 33.6 | 13.2 | 7.0 |
| 15 | 57.6 | 34.6 | 12.9 | 6.3 |
| 16 | 67.2 | 42.4 | 14.2 | 7.0 |
| 17 | 61.9 | 38.8 | 15.3 | 7.8 |
| 18 | 66.5 | 42.7 | 16.2 | 8.9 |

Wed Dec 03 14:47:12 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Road — Item Number: 30101
Project Number: WA PFH 158-1(2) — Lot Number: 1
Project ID: DTFH70-01-C-00011 — Contractor's Lab

CONTROL CHART FOR 9.5MM SAMPLES




| | | | | | |
|---|---|---|---|---|---|
| No of Samples | 18 | Mean | 63.733 | Target Value | 63.730 |
| Quality level | 34 | Std Dev | 7.376 | Range | 51.500 to 79.700 |

Project Name: Flowery Trail Road — Item Number: 30101

Project Number: WA PFH 158-1(2) — Lot Number: 1

Project ID: DTFH70-01-C-00011 — Contractor's Lab

CONTROL CHART FOR 4.75MM SAMPLES




| | | | | | | |
|---|---|---|---|---|---|---|
| No of Samples | 18 | Mean | 40.733 | Target Value | | 40.730 |
| Quality level | 36 | Std Dev | 6.614 | Range | 30.200 to | 58.600 |