Wed Dec ... Western Federal Lands Highway Division

Project Name: Flowery Trail Road — Item Number: 30101

Project Number: WA PFH 158-1(2) — Lot Number: 1

Project ID: DTFH70-01-C-00011 — Contractor's Lab

CONTROL CHART FOR 425$\mu$M SAMPLES




| | | | | | | |
|---|---|---|---|---|---|---|
| No of Samples | 18 | Mean | 15.800 | Target Value | | 15.800 |
| Quality level | 18 | Std Dev | 2.957 | Range | 12.800 to | 24.200 |

Wed Dec 03 14:47:12 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Road — Item Number: 30101

Project Number: WA PFH 158-1(2) — Lot Number: 1

Project ID: DTFH70-01-C-00011 — Contractor's Lab

CONTROL CHART FOR 75μM SAMPLES




| | | | | | | |
|---|---|---|---|---|---|---|
| No of Samples | 18 | Mean | 7.928 | Target Value | | 10.000 |
| Quality level | 9 | Std Dev | 1.526 | Range | 6.300 to | 12.100 |

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL Source: ______ Sample no.: 1, Agg Base, Grade

Sample of: GRADATION D Quantity represented: ______ Lot no.: 1

Sampled by: EZ Date: 11-02 Tested by: EZ Date: 11-02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | | 868.0 |
| Mass of dry aggregate | | 842.3 |
| Mass of water | | |
| Moisture (%) | | 3.1 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | | 530.0 |
| Mass of dry aggregate | | 514.1 |
| Mass of washed dry aggregate | | 429.3 |
| Mass of 75 µm minus | | 84.8 |

REMARKS: F.F =
1" = 100%
3/4" = 100%
1/2" = 100%
3/8" = 100%

| Coarse Aggregate Sieve Size | Retained | | | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| | Mass Wet | Mass Dry | % | | |
| 1 1/2 mm | 0 | | | | 100 |
| 1 mm | 69.0 | | .1 | 99.9 | 97-100 |
| 3/4" mm | 642.7 | | 10.1 | 89.9 | |
| 1/2" mm | 2097.6 | | 33.0 | 67.0 | |
| 3/8" mm | 2814.8 | | 44.3 | 55.7 | 56-70 |
| mm | | | | | |
| 4.75 mm | 4188.2 | | 65.8 | 34.2 | 39-53 |
| 4.75 mm minus | 2226.8 | | | | |
| Total sample mass | 6415.0 | | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | | | | | | | | | | |
| [illegible] | | | | | 194.5 | 37.8 | 62.2 | | 21.1 | |
| .425 | | | | | 307.0 | 59.7 | 40.3 | | 13.7 | 12-21 |
| [illegible] | | | | | 355.0 | 69.1 | 30.9 | | 10.5 | |
| .075 | | | | | 409.5 | 79.7 | 20.3 | | 6.9 | 10 max |
| Pan | | | | | 20.4 | | | | | |
| Mass P-75 | | | | | 84.8 | | | | | |
| Total P-75 | | | | | | | | | | |
| Orig. dry mass | | | | | | | | | | |

Form FHWA 1621 (Rev 10-96)

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL Rd Source: Bett Sample no.: 2

Sample of: Class D, Agg. Base Quantity represented: ______ Lot no.: ______

Sampled by: JJW Date: 11-2-01 6:00 PM Tested by: ______ Date: 11-2-01

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine #4- |
| Mass of wet aggregate | | 561.5 |
| Mass of dry aggregate | | 538.8 |
| Mass of water | | |
| Moisture (%) | | 4.2 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine #4- |
| Mass of wet aggregate | | 561.5 |
| Mass of dry aggregate | | 538.8 |
| Mass of washed dry aggregate | | 445.2 |
| Mass of 75 μm minus | | |

REMARKS: F.F >

3/4" = 100%
1/2" = 100%
3/8" = 100%

| Coarse Aggregate Sieve Size | Retained | | | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| | Mass Wet | Mass Dry | % | | |
| 1 1/2" mm | 0 | | | | 100 |
| 1" mm | 0 | | 0.0 | 100.0 | 97-100 |
| 3/4" mm | 760.4 | | 6.3 | 93.7 | |
| 1/2" mm | 3426.7 | | 28.2 | 71.7 | |
| 3/8" mm | 5121.0 | | 42.2 | 57.8 | 56-70 |
| mm | | | | | |
| 4.75 mm | 7421.7 | | 61.2 | 38.8 | 39-53 |
| 4.75 mm minus | 4907.0 | 4709.2 | | | |
| Total sample mass | 12328.7 | 12130.9 | | | |

| Fine Aggregate Sieve Size | WASHED FROM COARSE | | | | DRY 4.75 mm MINUS | | | | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | Retained | | Percent Passing | Adjusted (%) Passing | Retained | | Percent Passing | Adjusted (%) Passing | | |
| | Mass Dry | % | | | Mass Dry | % | | | | |
| | | | | | | | | | | |
| 4.75 mm | | | | | | | | | | |
| #10 | | | | | 166.5 | 30.9 | 69.1 | | 26.8 | |
| 40 | | | | | 281.3 | 52.2 | 47.8 | | 18.5 | 12-21 |
| 100 | | | | | 343.1 | 63.7 | 36.3 | | 14.1 | |
| 200 | | | | | 414.5 | 76.9 | 23.1 | | 9.0 | 10.0 Max |
| Pan | | | | | | | | | | |
| Mass P-75 | | | | | | | | | | |
| Total P-75 | | | | | | | | | | |
| Orig. dry mass | | | | | | | | | | |

Form FHWA 1621 (Rev 10-96)

58 538.8

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

Doc 509

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD  Source: STA 18+700 - STA 18+900  Sample no.: 3

Sample of: GRADING D AGG. BASE  Quantity represented: 2880 - 3870  Lot no.: 1

Sampled by: EZ  Date: 11-5-01  Tested by: EZ  Date: 11-5-01

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | | 1121.0 |
| Mass of dry aggregate | | 1099.2 |
| Mass of water | | 21.8 |
| Moisture (%) | | 2.0 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | | 1121.0 |
| Mass of dry aggregate | | 1099.2 |
| Mass of washed dry aggregate | | 953.3 |
| Mass of 75 μm minus | | 145.9 |

REMARKS: F P

1" = 100%
3/4" - 100%
1/2" - 100%
3/8" - 100%

| Coarse Aggregate Sieve Size | Retained | | | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| | Mass Wet | Mass Dry | % | | |
| 1½" mm | 0 | | 0 | 100 | 100 |
| 1" mm | 17.9 | | 0.3 | 99.7 | 97-100 |
| 3/4" mm | 189.5 | | 2.8 | 97.2 | |
| 1/2" mm | 1001.7 | | 14.7 | 85.3 | |
| 3/8" mm | 1841.9 | | 26.9 | 73.1 | 56-70 |
| mm | | | | | |
| 4.75 mm | 3731.0 | | 54.6 | 45.4 | 39-53 |
| 4.75 mm minus | 3240.7 | | | | |
| Total sample mass | 6971.7 | 6835.0 | | | |

| Fine Aggregate Sieve Size | WASHED FROM COARSE | | | | DRY 4.75 mm MINUS | | | | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | Retained | | Percent Passing | Adjusted (%) Passing | Retained | | Percent Passing | Adjusted (%) Passing | | |
| | Mass Dry | % | | | Mass Dry | % | | | | |
| | | | | | | | | | | |
| 4.75 mm | | | | | | | | | | |
| #10 | | | | | 409.1 | 37.2 | 62.8 | | 28.2 | |
| #40 | | | | | 689.5 | 62.7 | 37.3 | | 16.8 | 12-21 |
| #100 | | | | | 791.9 | 72.0 | 28.0 | | 12.6 | |
| #200 | | | | | 903.1 | 82.2 | 17.8 | | 8.0 | 10.0 max |
| Pan | | | | | 50.2 | | | | | |
| Mass P-75 | | | | | | | | | | |
| Total P-75 | | | | | | | | | | |
| [illegible] | | | | | | | | | | |

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

Bird -001

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD Source: STA 18+700 – STA 18+900 Sample no.: 4

Sample of: GRADING AGG BASE Quantity represented: 3876-4872 Lot no.: 1

Sampled by: EZ Date: 11-5 11:45AM Tested by: SW Date: 11-5

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 6153.0 | 644.7 |
| Mass of dry aggregate | 6079.0 | 627.7 |
| Mass of water | 74.0 | 17.0 |
| Moisture (%) | 1.2 | 2.7 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 6153.0 | 1004.4 |
| Mass of dry aggregate | 6079.0 | 978.0 |
| Mass of washed dry aggregate | 6025.9 | 812.1 |
| Mass of 75 µm minus | 53.1 | 165.9 |

REMARKS: F.F

1" = 100%
3/4" = 100%
1/2" = 100%
3/8" = 100%

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1½" mm | 0 | 0 | 0 | 100 | 100 |
| 1" mm | 53.7 | 53.1 | 0.6 | 99.4 | 97-100 |
| 3/4" mm | 768.3 | 759.2 | 8.8 | 91.2 | |
| 1/2" mm | 2823.5 | 2790.0 | 32.3 | 67.7 | |
| 3/8" mm | 4239.4 | 4189.1 | 48.5 | 51.5 | 56-70 |
| mm | | | | | |
| 4.75 mm | 6154.3 | 6081.3 | 70.3 | 29.7 | 39-53 |
| 4.75 mm minus | 2633.9 | 2564.6 | 29.7 | | |
| Total sample mass | 8788.2 | 8645.9 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 5968.4 | 98.2 | 1.8 | 0.5 | | | | 29.7 | 30.2 | |
| #10 | 5990.8 | 98.5 | 1.5 | 0.4 | 347.5 | 35.5 | 64.5 | 19.2 | 19.6 | |
| #40 | 5993.7 | 98.6 | 1.4 | 0.4 | 570.2 | 58.3 | 41.7 | 12.4 | 12.8 | 12-21 |
| #100 | 5998.1 | 98.7 | 1.3 | 0.4 | 667.4 | 68.2 | 31.8 | 9.4 | 9.8 | |
| #200 | 6013.5 | 98.9 | 1.1 | 0.3 | 775.4 | 79.3 | 20.3 | 6.0 | 6.3 | 10.0 max |
| Pan | 6025.5 | | | | 811.6 | | | | | |
| Mass P-75 | 12.2 | | | | 36.2 | | | | | |
| Total P-75 | 65.7 | | | | 202.6 | | | | | |
| Orig. dry mass | 6079.0 | | | | 978.0 | | | | | |

Form FHWA 1621 (Rev. 10-96)

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

• Bad 2001

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD  Source: STA 18+700 - STA 18+900  Sample no.: 5

Sample of: CRUSHED AGG BASE  Quantity represented: 4812 5818  Lot no.: 1

Sampled by: [illegible]  Date: 11-5 8:15 AM  Tested by: SW  Date: 11-5

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 4594.2 | 636.2 |
| Mass of dry aggregate | 4565.4 | 630.1 |
| Mass of water | 28.8 | 6.1 |
| Moisture (%) | 0.6 | 1.0 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3935.3 | 555.3 |
| Mass of dry aggregate | 3911.8 | 549.8 |
| Mass of washed dry aggregate | 3885.9 | 479.5 |
| Mass of 75 μm minus | 25.9 | 70.3 |

REMARKS: F.F =

1" - 100%
3/4" - 100%
1/2" - 100%
3/8" - 100%

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1 1/2" mm | 0 | | | | 100 |
| 1" mm | 0 | 0 | 100 | 100 | 97-100 |
| 3/4" mm | 188.0 | 186.9 | 1.4 | 98.6 | |
| 1/2" mm | 2560.4 | 2545.1 | 18.5 | 81.5 | |
| 3/8" mm | 4738.7 | 4710.4 | 34.2 | 65.8 | 56-70 |
| mm | | | | | |
| 4.75 mm | 8530.4 | 8479.5 | 61.5 | 38.5 | |
| 4.75 mm minus | 5363.5 | 5310.4 | | | |
| Total sample mass | 13893.9 | 13789.9 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.75 mm | 3742.7 | 95.7 | 4.3 | 1.7 | | 61.5 | 38.5 | 38.5 | 40.2 | 37-53 |
| #10 | 3872.6 | 99.0 | 1.0 | 0.4 | 216.4 | 39.4 | 60.6 | 23.3 | 23.7 | |
| #40 | 3874.2 | 99.4 | .96 | 0.4 | 370.4 | 67.4 | 32.6 | 12.6 | 13.0 | 12-21 |
| #100 | 3875.0 | 99.1 | .94 | 0.36 | 419.2 | 76.2 | 23.8 | 9.2 | 9.6 | |
| #200 | 3877.8 | 99.1 | .87 | 0.33 | 462.6 | 84.1 | 15.9 | 6.1 | 6.4 | 10.0 max |
| Pan | 8.1 | | | | | | | | | |
| Mass P-75 | 25.9 | | | | | | | | | |
| Total P-75 | 34.0 | | | | | | | | | |
| Orig. mass | 549.8 | | | | | | | | | |

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

Bai ZOU!

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD  Source: STA 18+700 – STA 18+900  Sample no.: 6

Sample of: CLASS D AGG BASE  Quantity represented: 5868–7134  Lot no.: 1

Sampled by: EZ  Date: 11-6 8:45 AM  Tested by: EZ  Date: 11-6

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 3462.2 | 657.9 |
| Mass of dry aggregate | 3424.2 | 643.9 |
| Mass of water | 38.0 | 14.0 |
| Moisture (%) | 1.1 | 2.2 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3804.3 | 1201.3 |
| Mass of dry aggregate | 3722.4 | 1175.4 |
| Mass of washed dry aggregate | 3714.5 | 997.2 |
| Mass of 75 μm minus | 7.9 | 178.2 |

REMARKS: F.F
3/4" 100%
1/2" 100%
3/8" - 100%

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1 1/2" mm | 0 | 0 | 100 | 100 | 100 |
| 1" mm | 0 | 0 | 100 | 100 | 97-100 |
| 3/4" mm | 42.5 | 42.0 | 0.5 | 99.5 | |
| 1/2" mm | 897.5 | 887.7 | 10.1 | 89.9 | |
| 3/8" mm | 1804.6 | 1785.0 | 20.3 | 79.7 | 56-70 |
| mm | | | | | |
| 4.75 mm | 3805.1 | 3763.7 | 42.7 | 57.3 | 39-53 |
| 4.75 mm minus | 5153.5 | 5042.6 | | | |
| Total sample mass | 8958.6 | 8806.3 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 3640.1 | 97.8 | 2.2 | 1.3 | ~~392~~ | | | 57.3 | 58.6 | 39-53 |
| #10 | 3680.4 | 99.03 | .97 | .56 | 392.6 | 33.4 | 66.6 | 38.2 | 38.8 | |
| #40 | 3692.6 | 99.2 | .80 | .46 | 688.8 | 58.6 | 41.4 | 23.7 | 24.2 | 12-21 |
| #100 | 3696.8 | 99.3 | .70 | .39 | 798.6 | 67.9 | 32.1 | 18.4 | 18.8 | |
| #200 | 3708.1 | 99.6 | .40 | .23 | 931.5 | 79.2 | 20.8 | 11.9 | 12.1 | 10.0 max |
| Pan | 7.4 | | | | 65.0 | | | | | |
| Mass P-75 | 7.9 | | | | 178.2 | | | | | |
| Total P-75 | 15.3 | | | | 243.2 | | | | | |
| Orig. dry mass | | | | | | | | | | |

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

• Ban 2001

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD Source: STA 18+700 – STA 18+900 Sample no.: 7

Sample of: CLASS D AGG BASE Quantity represented: 7134-8400 Lot no.: 1

Sampled by: EZ Date: 11-6 11:45 AM Tested by: EZ/SW Date: 11-6

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 4857.2 | 854.0 |
| Mass of dry aggregate | 4805.1 | 840.1 |
| Mass of water | 52.1 | 13.9 |
| Moisture (%) | 1.1 | 1.7 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 4857.2 | 1296.1 |
| Mass of dry aggregate | 4805.1 | 1282.0 |
| Mass of washed dry aggregate | 4771.6 | 1093.3 |
| Mass of 75 µm minus | 33.5 | 188.7 |

REMARKS:

F.F. –
3/4" - 100%
1/2" 100%
3/8" - 100%

| Coarse Aggregate Sieve Size | Retained: Mass Wet | Retained: Mass Dry | Retained: % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1 1/2" mm | 0 | 0 | 100 | 100 | 100 |
| 1" mm | 0 | 0 | 100 | 100 | 97-100 |
| 3/4" mm | 215.0 | 212.7 | 2.6 | 97.4 | |
| 1/2" mm | 1670.5 | 1652.3 | 20.4 | 79.6 | |
| 3/8" mm | 2873.5 | 2842.2 | 35.1 | 64.9 | 56-70 |
| mm | | | | | |
| 4.75 mm | 4857.2 | 4809.4 | 59.3 | 40.7 | |
| 4.75 mm minus | 3353.3 | 3297.2 | | | |
| Total sample mass | 8210.5 | 8101.6 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 4672.4 | 97.2 | 2.8 | 1.1 | | 59.3 | 40.7 | 40.7 | 41.8 | 39-53 |
| #10 | 4740.9 | 98.7 | 1.3 | 0.5 | 460.6 | 35.9 | 64.1 | 26.1 | 26.6 | |
| #40 | 4744.3 | 98.1 | 1.3 | 0.5 | 798.0 | 62.2 | 37.8 | 15.4 | 15.9 | 12-21 |
| #100 | 4747.6 | 98.8 | 1.2 | 0.5 | 913.3 | 71.2 | 28.8 | 11.7 | 12.2 | |
| #200 | 4757.7 | 99.0 | 1.0 | 0.4 | 1040.4 | 81.2 | 18.8 | 7.7 | 8.1 | 10.0 max |
| Pan | 13.7 | | | | 52.9 | | | | | |
| Mass P-75 | 33.5 | | | | 188.7 | | | | | |
| Total P-75 | 47.2 | | | | 241.6 | | | | | |
| [illegible] | 4805.1 | | | | 1282.0 | | | | | |