U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

. I d 2001

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD Source: STH 18+700 - STH 18+900 Sample no.: 8

Sample of: CLASS B AGG BASE Quantity represented: 8400-9600 Lot no.: 1

Sampled by: SW Date: 11-6-01 6:45 PM Tested by: SW Date: 11-6-01

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 6422.6 | 977.1 |
| Mass of dry aggregate | 6352.2 | 960.2 |
| Mass of water | 70.4 | 16.9 |
| Moisture (%) | 1.1 | 1.80 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 6422.6 | 665.8 |
| Mass of dry aggregate | 6352.2 | 654.0 |
| Mass of washed dry aggregate | 6291.3 | 557.9 |
| Mass of 75 µm minus | 60.9 | 96.1 |

REMARKS:
F.F -
3/4" - 100%
1/2" - 100%
3/8" - 100%

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1 1/2" mm | 0 | 0 | 100 | 100 | 100 |
| 1" mm | 0 | 0 | 100 | 100 | 97-100 |
| 3/4" mm | 234.8 | 232.2 | 1.8 | 98.2 | ~~97-100~~ |
| 1/2" mm | 1538.7 | 1522.0 | 11.8 | 88.2 | |
| 3/8" mm | 3017.7 | 2984.9 | 23.2 | 76.8 | 56-70 |
| mm | | | | | |
| 4.75 mm | 6422.6 | 6352.7 | 50.7 | | |
| 4.75 mm minus | 6647.1 | 6529.6 | | | |
| Total sample mass | 13069.7 | 12882.3 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 6163.2 | 97.0 | 3.0 | 1.5 | 6352.7 | 49.3 | 50.7 | 50.7 | 51.9 | 39-53 |
| #10 | 6255.0 | 98.5 | 1.5 | 0.8 | 239.6 | 36.6 | 63.4 | 32.1 | 32.9 | |
| #40 | 6259.6 | 98.6 | 1.4 | 0.76 | 407.7 | 62.3 | 37.7 | 19.1 | 19.8 | 12-21 |
| #100 | 6264.1 | 98.6 | 1.4 | 0.76 | 465.8 | 71.2 | 28.8 | 14.6 | 15.3 | |
| #200 | 6277.9 | 98.8 | 1.2 | 0.6 | 529.7 | 81.0 | 19.0 | 9.6 | 10.2 | 10.0 max |
| Pan | 13.2 | | | | 557.8 | | | | | |
| Mass P-75 | 60.9 | | | | 28.1 | | | | | |
| Total P-75 | 74.1 | | | | 124.3 | | | | | |
| Orig. dry mass | | | | | 654.0 | | | | | |

Form FHWA ... (Rev 10-96)

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

E-2 2001

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD Source: STA 18+700 TO STA 18+900 Sample no.: 9

Sample of: CRUSSD AGG BASE Quantity represented: ____ Lot no.: 1

Sampled by: EZ Date: 11-7 6:45 AM Tested by: EZ Date: 11-7

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 3687.4 | 808.4 |
| Mass of dry aggregate | 3646.7 | 792.1 |
| Mass of water | 41.7 | 16.3 |
| Moisture (%) | 1.1 | 2.1 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 5304.4 | 1156.6 |
| Mass of dry aggregate | 5246.7 | 1132.8 |
| Mass of washed dry aggregate | 5197.8 | 970.5 |
| Mass of 75 µm minus | 48.9 | 162.3 |

REMARKS:

F.F.

1 - 100%
3/4 - 100%
1/2 - 100%
3/8 - 100%

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1 1/2 mm | 0 | 0 | 0 | 100 | 100 |
| 1 mm | 23.7 | 23.4 | 0.3 | 99.7 | 97-100 |
| 3/4 mm | 363.5 | 359.5 | 4.3 | 95.7 | |
| 1/2 mm | 1885.6 | 1865.1 | 22.0 | 72.5 | |
| 3/8 mm | 5276.0 | 3239.4 | 39.0 | 61.0 | 56-70 |
| mm | | | | | |
| 4.75 mm | 5304.4 | 5246.7 | 63.2 | 36.8 | |
| 4.75 mm minus | 3123.8 | 3059.5 | | | |
| Total sample mass | 8428.2 | 8306.2 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 36.8 | 37.5 | 39-53 |
| 4.75 mm | 5150.5 | 98.2 | 1.8 | 0.7 | 436.3 | 38.4 | 61.6 | 22.7 | 23.2 | |
| #10 | 5177.6 | 98.7 | 1.3 | 0.5 | 717.0 | 63.3 | 36.7 | 13.5 | 14.0 | 12-21 |
| #40 | 5180.3 | 98.7 | 1.3 | 0.5 | 816.2 | 72.1 | 27.9 | 10.3 | 10.7 | |
| #100 | 5183.7 | 98.8 | 1.2 | 0.4 | 921.6 | 81.4 | 18.6 | 6.7 | 7.1 | 10.0 max |
| #200 | 5192.6 | 99.0 | 1.0 | 0.4 | | | | | | |
| Pan | 5.2 | | | | 49.0 | | | | | |
| Mass P-75 | 48.9 | | | | 162.3 | | | | | |
| Total P-75 | 54.1 | | | | 211.3 | | | | | |
| Orig. dry | 5246.7 | | | | 1132.8 | | | | | |

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: Flowery Trail Rd. Source: sta 18+700 to 18+900, Bett Sample no.: 10

Sample of: Grade C Agg Quantity represented: 11-200-12+410 Lot no.:

Sampled by: EZ Date: 11-7-01 Tested by: EZ/SJW Date: 11-7-01

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 3833.9 | 723.3 |
| Mass of dry aggregate | 3798.1 | 708.1 |
| Mass of water | 35.8 | 15.2 |
| Moisture (%) | 0.9 | 2.1 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 4866.6 | 1479.4 |
| Mass of dry aggregate | 4823.2 | 1449.2 |
| Mass of washed dry aggregate | 4751.5 | 1251.5 |
| Mass of 75 µm minus | 71.7 | 197.7 |

REMARKS:

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1½ mm | 0 | | 0.0 | 100.0 | 100 |
| 1 mm | 29.4 | 29.1 | 0.4 | 99.6 | 97-100 |
| ¾ mm | 297.2 | 294.5 | 3.8 | 96.2 | – |
| ½ mm | 1799.6 | 1783.5 | 23.0 | 77.0 | – |
| ⅜ mm | 3005.2 | 2978.4 | 38.4 | 61.6 | 56-70 |
| mm | | | | | |
| 4.75 mm | 4866.6 | 4823.2 | | | |
| 4.75 mm minus | 2992.4 | 2930.9 | | | |
| Total sample mass | 7859.0 | 7754.1 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 4655.3 | 96.5 | 3.5 | 1.3 | 4823.2 | 62.2 | 37.8 | 37.8 | 39.1 | 39-53 |
| #10 | 4717.8 | 97.8 | 2.2 | 0.8 | 503.1 | 34.7 | 65.3 | 24.7 | 25.5 | |
| #40 | 4727.2 | 98.0 | 2.0 | 0.8 | 886.4 | 61.2 | 38.8 | 14.7 | 15.5 | 12-21 |
| #100 | 4733.5 | 98.1 | 1.9 | 0.7 | 1043.2 | 72.0 | 28.0 | 10.6 | 12.5 | |
| #200 | 4745.8 | 98.4 | 1.6 | 0.6 | 1196.9 | 82.6 | 17.4 | 6.6 | 7.2 | 10.0 Max |
| Pan | 4752.4 | | | | 1251.1 | | | | | |
| Mass P-75 | 6.1 | | | | 54.2 | | | | | |
| Total P-75 | 77.4 | | | | 252.3 | | | | | |
| Orig. dry mass | 4[illegible].2 | | | | 1449.2 | | | | | |

Form FHWA [illegible]

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

° 2nd 2001

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: [illegible] R.d. Source: Sta 18+700 to 18+900, Bett Sample no.: 11

Sample of: [illegible] Quantity represented: 12790-14270 Lot no.:

Sampled by: SJW Date: 11-7-01 6:30 PM Tested by: SJW Date: 11-7-01

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 4128.0 | 827.2 |
| Mass of dry aggregate | 4085.7 | 809.8 |
| Mass of water | 42.3 | 17.4 |
| Moisture (%) | 1.0 | 2.1 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 5070.2 | 885.3 |
| Mass of dry aggregate | 5020.0 | 866.8 |
| Mass of washed dry aggregate | 4967.1 | 731.1 |
| Mass of 75 μm minus | 52.9 | 135.7 |

REMARKS:
Est-1 WT - 8494.5
F.F-
3/4" 100%
1/2" 100%
3/8" 100%

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1 1/2" | | | | | 100 |
| 1" | 0 | | 0.0 | 100.0 | 97-100 |
| 3/4" | 342.4 | 339.0 | 4.1 | 95.9 | — |
| 1/2" | 1714.0 | 1697.0 | 20.3 | 79.7 | — |
| 3/8" | 2885.3 | 2856.7 | 34.1 | 65.9 | 56-70 |
| mm | | | | | |
| 4.75 mm | 5070.2 | 5020.0 | | | |
| 4.75 mm minus | 3416.5 | 3346.2 | | | |
| Total sample mass | 8486.7 | 8366.2 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 4912.5 | 97.9 | 2.1 | 6.8 | 5020.0 | 60.0 | 40.0 | 40.0 | 40.8 | 39-53 |
| #10 | 4941.3 | 98.4 | 1.6 | 0.6 | 340.5 | 39.3 | 60.7 | 24.3 | 24.9 | |
| #40 | 4943.9 | 98.5 | 1.5 | 0.6 | 536.7 | 61.9 | 38.1 | 15.2 | 15.8 | 12-21 |
| #100 | 4947.4 | 98.6 | 1.4 | 0.6 | 614.8 | 70.9 | 29.1 | 11.6 | 12.2 | — |
| #200 | 4957.5 | 98.8 | 1.2 | 0.5 | 701.3 | 80.9 | 19.1 | 7.6 | 8.1 | 10 Max |
| Pan | [illegible] | | | | 731.0 | | | | | |
| Mass P-75 | | | | | 29.7 | | | | | |
| Total P-75 | | | | | 165.5 | | | | | |
| Orig. dry mass | #1500 [illegible] | | | | 866.8 | | | | | |

Form FH [illegible]

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

2001

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD Source: STA 18+700 18+900 Sample no.: 12

Sample of: CLASS 5 AGG BASE Quantity represented: 14270 - 15640 Lot no.: 1

Sampled by: EZ Date: 11-8 7:00 AM Tested by: EZ Date: 11-8

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 3417.3 | 917.5 |
| Mass of dry aggregate | 3362.4 | 895.0 |
| Mass of water | 54.9 | 22.5 |
| Moisture (%) | 1.6 | 2.5 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3443.6 | 1534.2 |
| Mass of dry aggregate | 3389.4 | 1498.7 |
| Mass of washed dry aggregate | 3351.4 | 1264.4 |
| Mass of 75 µm minus | 38.0 | 234.3 |

REMARKS:

F.F

1" 100%

3/4 100%

1/2" 100%

3/8 = 100%

| Coarse Aggregate Sieve Size | Retained | | | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| | Mass Wet | Mass Dry | % | | |
| 1 1/2" mm | 0 | 0 | 0 | 100 | 100 |
| 1" mm | 27.8 | 27.4 | 0.3 | 99.7 | 97-100 |
| 3/4" mm | 175.9 | 173.1 | 1.9 | 98.1 | |
| 1/2" mm | 1831.6 | 1802.8 | 19.4 | 80.4 | |
| 3/8" mm | 3831.6 | 3771.3 | 41.0 | 59.0 | 56-70 |
| mm | | | | | |
| 4.75 mm | 5443.4 | 5357.7 | 58.3 | 41.7 | |
| 4.75 mm minus | 3929.3 | 3833.5 | | | |
| Total sample mass | 9372.7 | 9191.2 | | | |

| Fine Aggregate Sieve Size | WASHED FROM COARSE | | | | DRY 4.75 mm MINUS | | | | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | Retained | | Percent Passing | Adjusted (%) Passing | Retained | | Percent Passing | Adjusted (%) Passing | | |
| | Mass Dry | % | | | Mass Dry | % | | | | |
| | | | | | | | | | | |
| 4.75 mm | 3280.1 | 96.8 | 3.2 | 1.4 | | | | 41.7 | 43.1 | 39-53 |
| #10 | 3329.2 | 98.2 | 1.8 | .8 | 482.1 | 32.2 | 67.8 | 28.3 | ~~29.1~~ 29.1 | |
| #40 | 3332.2 | 98.3 | 1.7 | .7 | 855.1 | 57.0 | 42.9 | 17.9 | 18.6 | 12-21 |
| #100 | 3335.8 | 98.4 | 1.6 | .7 | 1008.5 | 67.3 | 32.7 | 13.6 | 14.3 | |
| #200 | 3345.6 | 98.7 | 1.3 | .5 | 1179.5 | 78.7 | 21.3 | 8.9 | 9.4 | 10 max |
| Pan | 5.7 | | | | 84.9 | | | | | |
| Mass P-75 | 38.0 | | | | 234.3 | | | | | |
| Total P-75 | 43.7 | | | | | | | | | |
| Orig. dry [illegible] | | | | | | | | | | |

Form FHWA [illegible] (Rev [illegible])

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

6 Dec 2001

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: Flowery Trail Rd. Source: Sta 18+700 to 18+900, BeH Sample no.: 13

Sample of: Grade 0, Agg Quantity represented: 15640 / 17010 Lot no.:

Sampled by: EL Date: 11-8-01 12:30 PM Tested by: EZ/SJW Date: 11-8-01

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 4957.2 | 817.6 |
| Mass of dry aggregate | 4915.3 | 805.4 |
| Mass of water | 41.9 | 12.2 |
| Moisture (%) | 0.9 | 1.5 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 5087.5 ~~3272.0~~ | 1261.2 |
| Mass of dry aggregate | 5042.1 | 1242.6 |
| Mass of washed dry aggregate | 5020.0 | 1076.4 |
| Mass of 75 µm minus | 22.1 | ~~18.6~~ 166.2 |

REMARKS:

F.F.
1" = 100%
3/4" = 100%
1/2" = 100%
3/8" = 100%

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1 1/2" ~~mm~~ | | | | | 100 |
| 1" ~~mm~~ | 0 | | 0.0 | 100.0 | 97-100 |
| 3/4" ~~mm~~ | 2979 | 2952.2 | 3.6 | 96.4 | — |
| 1/2" ~~mm~~ | 1706.3 | 1691.1 | 20.5 | 79.5 | — |
| 3/8" mm | 2924.6 | 2900.5 | 35.1 | 64.9 | 56-70 |
| mm | | | | | |
| 4.75 mm | 5087.5 | 5042.1 | | | 39-53 |
| 4.75 mm minus | 3272.0 | 3223.6 | | | |
| Total sample mass | 8329.5 | 8265.7 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 4970.2 | 98.6 | 1.4 | 0.5 | 5042.1 | 61.0 | 39.0 | 39.0 | 39.5 | 39-53 |
| #10 | 5005.7 | 99.3 | 0.7 | 0.3 | 463.1 | 37.3 | 62.7 | 24.5 | 24.8 | |
| #40 | 5007.7 | 99.3 | 0.7 | 0.3 | 805.1 | 64.8 | 35.2 | 13.7 | 14.0 | 12-21 |
| #100 | 5009.7 | 99.4 | 0.6 | 0.2 | 922.8 | 74.3 | 25.7 | 10.0 | 10.2 | — |
| #200 | 5014.2 | 98.4 | 0.6 | 0.2 | 1029.7 | 82.9 | 17.1 | 6.7 | 6.9 | 10 Max |
| Pan | 5019.2 | | | | 1076.7 | | | | | |
| Mass P-75 | 5.0 | | | | 47.0 | | | | | |
| Total P-75 | 27.1 | | | | 212.9 | | | | | |
| Original mass | 5042.1 | | | | 1242.6 | | | | | |

Form FHWA [illegible]

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: Flowery Trail Rd. Source: Sta 18+700 to 18+900, Bett Sample no.: 14

Sample of: Grade B, Agg Quantity represented: 17010 18930 Lot no.:

Sampled by: SJW Date: 11-8-01 6:15 PM Tested by: SJW Date: 11-8-01

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 6036.8 | 728.6 |
| Mass of dry aggregate | 5977.4 | 713.6 |
| Mass of water | 59.4 | 15.0 |
| Moisture (%) | 1.0 | 2.1 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 6719.6 | 587.6 |
| Mass of dry aggregate | 6653.1 | 575.5 |
| Mass of washed dry aggregate | 6587.4 | 477.8 |
| Mass of 75 µm minus | 65.7 | 97.7 |

REMARKS:

Initial WT = 9054.0

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1½ mm | | | | | 100 |
| 1 mm | 0.0 | | 0.0 | 100.0 | 97-100 |
| ¾ mm | 567.9 | 562.3 | 6.3 | 93.7 | – |
| ½ mm | 2553.5 | 2528.2 | 28.3 | 71.7 | – |
| ⅜ mm | 3940.3 | 3901.3 | 43.7 | 56.3 | 56-70 |
| mm | | | | | |
| 4.75 mm | 6036.8 | 5977.0 | | | |
| 4.75 mm minus | 3012.1 | 2950.1 | | | |
| Total sample mass | 9048.9 | 8927.1 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 6539.2 | 98.3 | 1.7 | 0.6 | 5977.0 | 67.0 | 33.0 | 33.0 | 33.6 | 39-53 |
| # 10 | 6557.5 | 98.6 | 1.4 | 0.5 | 212.7 | 36.9 | 63.1 | 20.8 | 21.3 | |
| # 40 | 6560.8 | 98.6 | 1.4 | 0.5 | 353.5 | 61.4 | 38.6 | 12.7 | 13.2 | 12-21 |
| # 100 | 6566.1 | 98.7 | 1.3 | 0.4 | 408.0 | 70.9 | 29.1 | 9.6 | 10.0 | – |
| # 200 | 6578.4 | 98.9 | 1.1 | 0.4 | 461.2 | 80.1 | 19.9 | 6.6 | 7.0 | 10 max |
| Pan | 6586.8 | | | | 477.8 | | | | | |
| Mass P-75 | 8.4 | | | | 16.6 | | | | | |
| Total P-75 | 74.7 | | | | 114.3 | | | | | |
| Orig. dry mass | 6653.1 | | | | 575.5 | | | | | |

Form FHWA ... (Rev 12-96)

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

Sand 2001

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD  Source: STA 18+700 18+900  Sample no.: 15

Sample of: CLASS D  Quantity represented: 18+930 / 19910  Lot no.: 1

Sampled by: EZ  Date: 11-9 430 AM  Tested by: EZ  Date: 11-9

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 5239.0 | 987.6 |
| Mass of dry aggregate | 5177.4 | 965.4 |
| Mass of water | 61.6 | 22.2 |
| Moisture (%) | 1.2 | 2.3 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 51430 | 1352.9 |
| Mass of dry aggregate | 5082.0 | 1322.5 |
| Mass of washed dry aggregate | 5050.1 | 1156.4 |
| Mass of 75 µm minus | 31.9 | 166.1 |

REMARKS:

F.F.-
1" - 100%
3/4 - 100%
1/2 - 100%
3/8 - 100%

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1 1/2 mm | 0 | 0 | 100 | 100 | 100 |
| 1 mm | 31.4 | 31.0 | 0.4 | 99.6 | 97-100 |
| 3/4 mm | 435.2 | 430.0 | 5.6 | 94.4 | |
| 1/2 mm | 1957.5 | 1934.3 | 25.1 | 74.9 | |
| 3/8 mm | 3299.8 | 3260.1 | 42.3 | 57.6 | 56-70 |
| mm | | | | | |
| 4.75 mm | 5143.0 | 5082.0 | 66.0 | 34.0 | |
| 4.75 mm minus | 2673.8 | 2613.7 | | | |
| Total sample mass | 7816.8 | 7695.7 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 4994.8 | 98.3 | 1.7 | 0.6 | | | | 34.0 | 34.6 | 39-53 |
| #10 | 5034.0 | 99.0 | 1.0 | 0.3 | 499.7 | 37.8 | 62.2 | 21.2 | 21.5 | |
| #40 | 5035.8 | 99.1 | .9 | 0.3 | 832.3 | 62.9 | 37.1 | ~~37.1~~ 12.6 | ~~3~~ 12.9 | 12-21 |
| #100 | 5038.5 | 99.1 | .9 | 0.3 | 963.2 | 72.8 | 27.2 | 9.2 | 9.5 | |
| #200 | 5045.1 | 99.3 | .7 | .25 | 1090.6 | 82.8 | 17.5 | 6.0 | 6.3 | 10.0 MAX |
| Pan | 5.0 | | | | 66.1 | | | | | |
| Mass [illegible] | 31.9 | | | | 166.1 | | | | | |
| Total [illegible] | 36.9 | | | | 232.2 | | | | | |
| [illegible] | 5082.0 | | | | 1322.5 | | | | | |

Form [illegible]

4/332