U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD Source: 18+700 – 18+900 Sample no.: 16

Sample of: CLASS B Quantity represented: 19810 – 20490 Lot no.: 1

Sampled by: EZ Date: 11-9 12:00PM Tested by: EZ/SW Date: 11-9

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 4541.7 | 858.7 |
| Mass of dry aggregate | 4504.3 | 849.0 |
| Mass of water | 37.4 | 9.7 |
| Moisture (%) | 0.8 | 1.1 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 5025.5 | 985.4 |
| Mass of dry aggregate | 4985.6 | 974.7 |
| Mass of washed dry aggregate | 4958.9 | 856.3 |
| Mass of 75 µm minus | 26.7 | 118.4 |

REMARKS:

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1½ mm | | | | | 100 |
| 1 mm | 0 | | 0.0 | 100.0 | 97-100 |
| 3/4 mm | 327.3 | 324.7 | 3.8 | 96.2 | – |
| 1/2 mm | 1602.0 | 1589.3 | 18.7 | 81.3 | – |
| 3/8 mm | 2805.1 | 2782.8 | 32.8 | 67.2 | 56-70 |
| mm | | | | | |
| 4.75 mm | 5025.5 | 4985.6 | 58.7 | 41.3 | |
| 4.75 mm minus | 3548.5 | 3509.9 | | | |
| Total sample mass | 8574.0 | 8495.5 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 4854.9 | 97.4 | 2.6 | 1.1 | 4985.6 | 58.7 | 41.3 | 41.3 | 42.4 | 39-53 |
| #10 | 4939.6 | 99.1 | 0.9 | 0.4 | 394.6 | 40.5 | 59.5 | 24.6 | 25.0 | – |
| #40 | 4944.2 | 99.2 | 0.8 | 0.3 | 646.5 | 66.3 | 33.7 | 13.9 | 14.2 | 12-21 |
| #100 | 4946.8 | 99.2 | 0.8 | 0.3 | 734.2 | 75.3 | 24.7 | 10.2 | 10.5 | – |
| #200 | 4952.2 | 99.3 | 0.7 | 0.3 | 817.0 | 83.8 | 16.2 | 6.7 | 7.0 | 10.0 Max |
| Pan | 4959.3 | | | | 855.3 | | | | | |
| Mass P-75 | 7.1 | | | | 38.3 | | | | | |
| Total P-75 | 33.4 | | | | 157.7 | | | | | |
| Orig. dry mass | 4985.6 | | | | 974.7 | | | | | |

Form FHWA [illegible]

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

3rd 2001

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD Source: STA 18+700 - 18+900 Sample no.: 17

Sample of: CLASS D - AGG Quantity represented: 206907 21420 Lot no.: 1

Sampled by: EZ Date: 11-12 330 PM Tested by: EZ Date: 11-12

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 4817.7 | 669.6 |
| Mass of dry aggregate | 4756.0 | 655.3 |
| Mass of water | 61.7 | 14.3 |
| Moisture (%) | 1.3 | 2.2 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 4439.0 | 1044.9 |
| Mass of dry aggregate | 4382.0 | 1022.4 |
| Mass of washed dry aggregate | 4322.0 | 885.2 |
| Mass of 75 µm minus | 50.0 | 137.2 |

REMARKS:

F.F -

3/4" - 100%
1/2" - 100%
3/8" - 100%

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1 1/2 mm | 0 | 0 | 100 | 100 | 100 |
| 1 mm | 0 | 0 | 100 | 100 | 97-100 |
| 3/4 mm | 370.0 | 365.3 | 5.2 | 94.8 | |
| 1/2 mm | 1664.3 | 1642.9 | 23.3 | 76.7 | |
| 3/8 mm | 2719.2 | 2684.3 | 38.1 | 61.9 | 56-70 |
| mm | | | | | |
| 4.75 mm | 4439.0 | 4382.0 | 62.1 | 37.9 | |
| 4.75 mm minus | 2727.4 | 2668.7 | | | |
| Total sample mass | 7166.4 | 7050.7 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 4278.9 | 97.6 | 2.4 | .90 | | | ~~37~~ | 57.9 | 38.8 | 39-53 |
| #10 | 4307.5 | 98.3 | 1.7 | .6 | 372.6 | 36.4 | 63.6 | 24.1 | 24.7 | |
| #40 | 4311.9 | 98.4 | 1.6 | .6 | 626.9 | 61.3 | 38.7 | 14.7 | 15.3 | 12-21 |
| #100 | 4315.4 | 98.5 | 1.5 | .6 | 722.6 | 70.7 | 29.3 | 11.1 | 11.7 | |
| #200 | 4324.8 | 98.7 | 1.3 | .5 | 825.9 | 80.8 | 19.2 | 7.3 | 7.8 | 10.0 max |
| Pan | 7.2 | | | | 59.4 | | | | | |
| Mass P-75 | 50.0 | | | | 137.2 | | | | | |
| Total P-75 | 57.2 | | | | 196.6 | | | | | |
| Orig. dry mass | 4382.0 | | | | 885.2 | | | | | |

Form FHWA-... (rev ...)

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD Source: STA 18+700- 18+900 Sample no.: 18

Sample of: CRUSHED AGG BASE Quantity represented: 21470-23720 Lot no.: 1

Sampled by: EZ Date: 11-12 6:30 PM Tested by: EZ Date: 11-12

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 4768.2 | 712.0 |
| Mass of dry aggregate | 4716.3 | 698.7 |
| Mass of water | 57.9 | 13.3 |
| Moisture (%) | 1.1 | 1.9 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 6415.8 | 1070.6 |
| Mass of dry aggregate | 6346.0 | 1050.6 |
| Mass of washed dry aggregate | 6273.3 | 906.3 |
| Mass of 75 µm minus | 72.7 | 144.3 |

REMARKS:

FF -

3/4 - 100%
1/2 - 100%
3/8 - 100%

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1 1/2 mm | 0 | 0 | 100 | 100 | 100 |
| 1 mm | 0 | 0 | 100 | 100 | 97-100 |
| 3/4 mm | 349.5 | 345.7 | 3.2 | 96.8 | |
| 1/2 mm | 2047.7 | 2025.4 | 18.7 | 81.3 | |
| 3/8 mm | 3671.0 | 3631.1 | 33.5 | 66.5 | 56-70 |
| mm | | | | | |
| 4.75 mm | 6415.8 | 6346.0 | 58.6 | 41.4 | |
| 4.75 mm minus | 4567.6 | 4482.4 | | | |
| Total sample mass | 10983.4 | 10828.4 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.75 mm | 6139.[illegible] | 96.7 | 3.3 | 1.3 | | | | 41.4 | 42.7 | 39-53 |
| #10 | 6241.8 | 98.4 | 1.6 | .7 | 369.6 | 35.2 | 44.8 | 26.8 | 27.5 | |
| #40 | 6246.4 | 98.4 | 1.6 | .7 | 653.8 | 62.2 | 37.8 | 15.6 | 16.2 | 12-21 |
| #100 | 6251.4 | 98.5 | 1.5 | .6 | 751.4 | 71.5 | 28.5 | 11.8 | 12.4 | |
| #200 | 6264.6 | 98.7 | 1.3 | .5 | 836.5 | 79.6 | 20.4 | 8.4 | 8.9 | 10.0 max+ |
| Pan | 8.7 | | | | 69.7 | | | | | |
| Mass P-75 | 72.7 | | | | 144.3 | | | | | |
| Total P-75 | 81.4 | | | | 214.0 | | | | | |
| Orig. dry mass | 6346.0 | | | | 1050.6 | | | | | |

Appendix D

# Appendix D

## Production Test Gradation Data – Government

Wed Dec 03 14:38:03 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Road
Project Number: WA PFH 158-1(2)
Project ID: DTFH70-01-C-00011

Item Number: 30101
Lot Number: 1
Lab: Central Lab

| Quality Charac-teristic | TV | Allowable Devia-tion | Category | Mean | Standard Devia-tion | Est. no. Samples | Actual no. Samples | Quality Level | Current Pay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 9.5mm | 63.73 | 7 | 1 | 63.02 | 6.577 | 18 | 9 | 29 | 0.92 |
| 4.75mm | 40.73 | 6 | 1 | 41.29 | 4.725 | 18 | 9 | 20 | 0.98 |
| 425µm | 15.8 | 4 | 2 | 15.90 | 2.251 | 18 | 9 | 5 | 1.00 |
| 75µm | 10 | max | | 8.54 | 1.144 | 18 | 9 | 10 | 1.01 |

Current Pay Factor: 0.92
Projected Pay Factor Based On Quality Level: 0.88

Warning: Corrective Action Recommended

Wed Dec 03 14:38:03 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Road
Project Number: WA PFH 158-1(2)
Project ID: DTFH70-01-C-00011

Item Number: 30101
Lot Number: 1
Lab: Central Lab

** ACCEPTANCE PARAMETERS **

| Quality Characteristic: | 9.5mm | 4.75mm | 425µm | 75µm |
|---|---|---|---|---|
| Target Values: | 63.73 | 40.73 | 15.8 | 10 |
| Allowable Deviation: | 7 | 6 | 4 | max |
| Est. No. Tests: | 18 | 18 | 18 | 18 |
| Category: | 1 | 1 | 2 | |
| Actual No. Samples: | 9 | 9 | 9 | 9 |

** TEST RESULTS **

| Sample Number | 9.5mm | 4.75mm | 425µm | 75µm |
|---|---|---|---|---|
| 1 | 59.3 | 40.2 | 17.3 | 9.38 |
| 2 | 55.2 | 38.3 | 19.1 | 10 |
| 3 | 70.5 | 47.7 | 17.1 | 9.16 |
| 4 | 61.8 | 41.7 | 17.9 | 9.74 |
| 5 | 70.7 | 44.8 | 13.3 | 6.79 |
| 8 | 59.8 | 37.8 | 14.3 | 7.73 |
| 11 | 68.3 | 44.7 | 16.9 | 8.73 |
| 14 | 53.5 | 32.2 | 12.6 | 7.16 |
| 16 | 68.1 | 44.2 | 14.6 | 8.15 |

Wed Dec ... Western Federal Lands Highway Division

Project Name: Flowery Trail Road — Item Number: 30101

Project Number: WA PFH 158-1(2) — Lot Number: 1

Project ID: DTFH70-01-C-00011 — Central Lab

CONTROL CHART FOR 9.5MM SAMPLES




| | | | | | | |
|---|---|---|---|---|---|---|
| No of Samples | 9 | Mean | 63.022 | Target Value | | 63.730 |
| Quality level | 29 | Std Dev | 6.577 | Range | 53.500 to | 70.700 |

Wed Dec 03 14:38:03 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Road Item Number: 30101

Project Number: WA PFH 158-1(2) Lot Number: 1

Project ID: DTFH70-01-C-00011 Central Lab

CONTROL CHART FOR 4.75MM SAMPLES




| | | | | | |
|---|---|---|---|---|---|
| No of Samples | 9 | Mean | 41.289 | Target Value | 40.730 |
| Quality level | 20 | Std Dev | 4.725 | Range | 32.200 to 47.700 |

Wed Dec 03 14:38:03 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Road | Item Number: 30101
Project Number: WA PFH 158-1(2) | Lot Number: 1
Project ID: DTFH70-01-C-00011 | Central Lab

CONTROL CHART FOR 425$\mu$M SAMPLES




| | | | | | |
|---|---|---|---|---|---|
| No of Samples | 9 | Mean | 15.900 | Target Value | 15.800 |
| Quality level | 5 | Std Dev | 2.251 | Range | 12.600 to 19.100 |

DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
MATERIALS SECTION

REPORT OF TESTING
Dec 3, 2001
LABORATORY CONTROL NUMBER
W-01-2065-AG

PROJECT NAME: Flowery Trail Road
ACCT NO.: 415-17-53-52-1581-002M
SUBMITTED BY: Linda Persoon
ADDRESS: FHWA
PO Box 1220
Chewelah WA 99109
PHONE: (509)935-7175
FAX: (509)938-7188

AGENCY: WFLHD
PROJECT NUMBER: WA PFH 158-1(2)
DATE SAMPLED: 11/02/01
DATE SHIPPED: 11/15/01
DATE RECEIVED: 11/20/01

SAMPLE OF: 30101 Agg base, grading D PROCESS CONTROL
SAMPLED BY: E.2 SAMPLE NO.: 1
NO. SACKS: 1 bucket HOLE: DEPTH:
SOURCE NO.: - - QUANTITY REPRESENTED: 600 t
SOURCE NAME: within project limits
LOCATION: 17+000 to 18+880, Crusher Belt OWNER: MA DeAtley Constru
COUNTY: Stevens STATE: WA INTENDED USE: Base, Grading D
REMARKS:
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

SIEVE ANALYSIS
AS RECEIVED

| SIEVE SIZE | PERCENT PASSING |
|---|---|
| 37.5mm | 100.0 |
| 25.0mm | 98.9 |
| 19.0mm | 89.8 |
| 12.5mm | 69.5 |
| 9.5mm | 59.3 |
| 4.75mm | 40.2 |
| 2.00mm | 26.1 |
| 425µm | 17.3 |
| 150µm | 13.4 |
| 75µm | 9.38 |

SAND EQUIVALENT REFEREE AS RECEIVED 46
SEP 1.338 1.000 min

D5821 FRACTURED PARTICLES, PERCENT 97

12/3/01

LYNN MURPHY,
CHIEF MATERIALS LABORATORY

FOR BRAD K. NEITZKE,
MATERIALS ENGINEER

DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
MATERIALS SECTION

REPORT OF TESTING
Dec 3, 2001
LABORATORY CONTROL NUMBER
W-01-2066-AG

PROJECT NAME: Flowery Trail Road
ACCT NO.: 415-17-53-52-1581-002M
SUBMITTED BY: Linda Persoon
ADDRESS: FHWA
PO Box 1220
Chewelah WA 99109
PHONE: (509)935-7175
FAX: (509)938-7188

AGENCY: WFLHD
PROJECT NUMBER: WA PFH 158-1(2)
DATE SAMPLED: 11/02/01
DATE SHIPPED: 11/15/01
DATE RECEIVED: 11/20/01

SAMPLE OF: 30101 Agg base, grading D PROCESS CONTROL
SAMPLED BY: SJW SAMPLE NO.: 2
NO. SACKS: 2 buckets HOLE: DEPTH:
SOURCE NO.: - - QUANTITY REPRESENTED: 400 t
SOURCE NAME: within project limits
LOCATION: 17+000 to 18+880, Crusher Belt OWNER: MA DeAtley Constru
COUNTY: Stevens STATE: WA INTENDED USE: Base, Grading D
REMARKS:
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

SIEVE ANALYSIS
AS RECEIVED

| SIEVE SIZE | PERCENT PASSING |
|---|---|
| 37.5mm | 100.0 |
| 25.0mm | 99.7 |
| 19.0mm | 93.3 |
| 12.5mm | 68.0 |
| 9.5mm | 55.2 |
| 4.75mm | 38.3 |
| 2.00mm | 26.8 |
| 425µm | 19.1 |
| 150µm | 14.7 |
| 75µm | 10.0 |

SAND EQUIVALENT REFEREE AS RECEIVED 33
SEP 0.943 1.000 min

D5821 FRACTURED PARTICLES, PERCENT 96

12/3/01
------------------------------------------------
LYNN MURPHY,
CHIEF MATERIALS LABORATORY

FOR BRAD K. NEITZKE,
MATERIALS ENGINEER

DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
MATERIALS SECTION

REPORT OF TESTING
Dec 3, 2001
LABORATORY CONTROL NUMBER
W-01-2067-AG

PROJECT NAME: Flowery Trail Road
ACCT NO.: 415-17-53-52-1581-002M
SUBMITTED BY: Linda Persoon
ADDRESS: FHWA
PO Box 1220
Chewelah WA 99109
PHONE: (509)935-7175
FAX: (509)938-7188

AGENCY: WFLHD
PROJECT NUMBER: WA PFH 158-1(2)
DATE SAMPLED: 11/05/01
DATE SHIPPED: 11/15/01
DATE RECEIVED: 11/20/01

SAMPLE OF: 30101 Agg base, grading D PROCESS CONTROL
SAMPLED BY: EZ SAMPLE NO.: 3
NO. SACKS: 1 bucket HOLE: DEPTH:
SOURCE NO.: - - QUANTITY REPRESENTED: 1000 t
SOURCE NAME: within project limits
LOCATION: 17+000 to 18+880, Crusher Belt OWNER: MA DeAtley Constru
COUNTY: Stevens STATE: WA INTENDED USE: Base, Grading D
REMARKS:
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

SIEVE ANALYSIS
AS RECEIVED

| SIEVE SIZE | PERCENT PASSING |
|---|---|
| 25.0mm | 100.0 |
| 19.0mm | 97.0 |
| 12.5mm | 82.5 |
| 9.5mm | 70.5 |
| 4.75mm | 47.7 |
| 2.00mm | 28.8 |
| 425μm | 17.1 |
| 150μm | 13.0 |
| 75μm | 9.16 |

SAND EQUIVALENT REFEREE AS RECEIVED 59
SEP 1.727 1.000 min

D5821 FRACTURED PARTICLES, PERCENT 97

12/3/01

LYNN MURPHY,
CHIEF MATERIALS LABORATORY

FOR BRAD K. NEITZKE,
MATERIALS ENGINEER

DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
MATERIALS SECTION

REPORT OF TESTING
Dec 3, 2001
LABORATORY CONTROL NUMBER
W-01-2068-AG

PROJECT NAME: Flowery Trail Road
ACCT NO.: 415-17-53-52-1581-002M
SUBMITTED BY: Linda Persoon
ADDRESS: FHWA
PO Box 1220
Chewelah WA 99109
PHONE: (509)935-7175
FAX: (509)938-7188

AGENCY: WFLHD
PROJECT NUMBER: WA PFH 158-1(2)
DATE SAMPLED: 11/05/01
DATE SHIPPED: 11/15/01
DATE RECEIVED: 11/20/01

SAMPLE OF: 30101 Agg base, grading D PROCESS CONTROL
SAMPLED BY: EZ SAMPLE NO.: 4
NO. SACKS: 1 bucket HOLE: DEPTH:
SOURCE NO.: - - QUANTITY REPRESENTED: 1200 t
SOURCE NAME: within project limits
LOCATION: 17+000 to 18+880, Crusher Belt OWNER: MA DeAtley Constru
COUNTY: Stevens STATE: WA INTENDED USE: Base, Grading D
REMARKS:
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

SIEVE ANALYSIS
AS RECEIVED

| SIEVE SIZE | PERCENT PASSING |
|---|---|
| 37.5mm | 100.0 |
| 25.0mm | 99.9 |
| 19.0mm | 94.8 |
| 12.5mm | 74.0 |
| 9.5mm | 61.8 |
| 4.75mm | 41.7 |
| 2.00mm | 27.5 |
| 425μm | 17.9 |
| 150μm | 13.8 |
| 75μm | 9.74 |

SAND EQUIVALENT REFEREE AS RECEIVED 46
SEP 1.324 1.000 min

D5821 FRACTURED PARTICLES, PERCENT 94