12/3/01

LYNN MURPHY,
CHIEF MATERIALS LABORATORY

FOR BRAD K. NEITZKE,
MATERIALS ENGINEER

DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
MATERIALS SECTION

REPORT OF TESTING
Dec 5, 2001
LABORATORY CONTROL NUMBER
W-01-2069-AG

PROJECT NAME: Flowery Trail Road
AGENCY: WFLHD
ACCT NO.: 415-17-53-52-1581-002M
PROJECT NUMBER: WA PFH 158-1(2)
SUBMITTED BY: Linda Persoon
DATE SAMPLED: 11/05/01
ADDRESS: FHWA
PO Box 1220
Chewelah WA 99109
DATE SHIPPED: 11/15/01
DATE RECEIVED: 11/20/01
PHONE: (509)935-7175
FAX: (509)938-7188
SAMPLE OF: 30101 Agg base, grading D PROCESS CONTROL
SAMPLED BY: SJW SAMPLE NO.: 5
NO. SACKS: 2 buckets HOLE: DEPTH:
SOURCE NO.: - - QUANTITY REPRESENTED: 1200 t
SOURCE NAME: within project limits
LOCATION: 17+000 to 18+880, Crusher Belt OWNER: MA DeAtley Constru
COUNTY: Stevens STATE: WA INTENDED USE: Base, Grading D
REMARKS:
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

SIEVE ANALYSIS
AS RECEIVED

| SIEVE SIZE | PERCENT PASSING |
|---|---|
| 25.0mm | 100.0 |
| 19.0mm | 99.1 |
| 12.5mm | 84.0 |
| 9.5mm | 70.7 |
| 4.75mm | 44.8 |
| 2.00mm | 25.2 |
| 425µm | 13.3 |
| 150µm | 9.71 |
| 75µm | 6.79 |

SAND EQUIVALENT REFEREE AS RECEIVED 66
SEP 2.076 1.000 min

D5821 FRACTURED PARTICLES, PERCENT 98

[signature] 12/5/01

LYNN MURPHY,
CHIEF MATERIALS LABORATORY

FOR BRAD K. NEITZKE,
MATERIALS ENGINEER

DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
MATERIALS SECTION

REPORT OF TESTING
Dec 5, 2001
LABORATORY CONTROL NUMBER
W-01-2070-AG

PROJECT NAME: Flowery Trail Road
ACCT NO.: 415-17-53-52-1581-002M
SUBMITTED BY: Linda Persoon
ADDRESS: FHWA
PO Box 1220
Chewelah WA 99109
PHONE: (509)935-7175
FAX: (509)938-7188

AGENCY: WFLHD
PROJECT NUMBER: WA PFH 158-1(2)
DATE SAMPLED: 11/06/01
DATE SHIPPED: 11/15/01
DATE RECEIVED: 11/20/01

SAMPLE OF: 30101 Agg base grading D PROCESS CONTROL
SAMPLED BY: SJW SAMPLE NO.: 8
NO. SACKS: 2 buckets HOLE: DEPTH:
SOURCE NO.: - - QUANTITY REPRESENTED: 1400 t
SOURCE NAME: within project limits
LOCATION: 17+000 to 18+880, Crusher Belt OWNER: MA DeAtley Constru
COUNTY: Stevens STATE: WA INTENDED USE: Base, Grading D
REMARKS:
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

SIEVE ANALYSIS
AS RECEIVED

| SIEVE SIZE | PERCENT PASSING |
|---|---|
| 37.5mm | 100.0 |
| 25.0mm | 99.9 |
| 19.0mm | 95.0 |
| 12.5mm | 73.4 |
| 9.5mm | 59.8 |
| 4.75mm | 37.8 |
| 2.00mm | 23.2 |
| 425µm | 14.3 |
| 150µm | 11.0 |
| 75µm | 7.73 |

SAND EQUIVALENT REFEREE AS RECEIVED 55
SEP 1.680 1.000 min

D5821 FRACTURED PARTICLES, PERCENT 97

12/5/01

LYNN MURPHY,
CHIEF MATERIALS LABORATORY

FOR BRAD K. NEITZKE,
MATERIALS ENGINEER

DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
MATERIALS SECTION

REPORT OF TESTING
Dec 14, 2001
LABORATORY CONTROL NUMBER
W-01-2072-AG

PROJECT NAME: Flowery Trail Road
ACCT NO.: 415-17-53-52-1581-002M
SUBMITTED BY: Linda Persoon
ADDRESS: FHWA
PO Box 1220
Chewelah WA 99109
PHONE: (509)935-7175
FAX: (509)938-7188

AGENCY: WFLHD
PROJECT NUMBER: WA PFH 158-1(2)
DATE SAMPLED: 11/08/01
DATE SHIPPED: 11/15/01
DATE RECEIVED: 11/20/01

PROCESS CONTROL

SAMPLE OF: 30101 Agg base, grading D
SAMPLED BY: SJW SAMPLE NO.: 14
NO. SACKS: 1 bucket HOLE: DEPTH:
SOURCE NO.: - - QUANTITY REPRESENTED: 1400 t
SOURCE NAME: within project limits
LOCATION: 17+000 to 18+880, Crusher Belt OWNER: MA DeAtley Constru
COUNTY: Stevens STATE: WA INTENDED USE: Base, Grading D
REMARKS:
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

SIEVE ANALYSIS
AS RECEIVED

| SIEVE SIZE | PERCENT PASSING |
|---|---|
| 25.0mm | 100.0 |
| 19.0mm | 96.1 |
| 12.5mm | 69.6 |
| 9.5mm | 53.5 |
| 4.75mm | 32.2 |
| 2.00mm | 20.2 |
| 425µm | 12.6 |
| 150µm | 9.80 |
| 75µm | 7.16 |

SAND EQUIVALENT REFEREE AS RECEIVED 50
SEP 1.555 1.000 min

D5821 FRACTURED PARTICLES, PERCENT 96

12/14/01

LYNN MURPHY,
CHIEF MATERIALS LABORATORY

FOR BRAD K. NEITZKE,
MATERIALS ENGINEER

DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
MATERIALS SECTION

REPORT OF TESTING
Dec 14, 2001
LABORATORY CONTROL NUMBER
W-01-2073-AG

PROJECT NAME: Flowery Trail Road
ACCT NO.: 415-17-53-52-1581-002M
SUBMITTED BY: Linda Persoon
ADDRESS: FHWA
PO Box 1220
Chewelah WA 99109
PHONE: (509)935-7175
FAX: (509)938-7188

AGENCY: WFLHD
PROJECT NUMBER: WA PFH 158-1(2)
DATE SAMPLED: 11/09/01
DATE SHIPPED: 11/15/01
DATE RECEIVED: 11/20/01

SAMPLE OF: 30101 Agg base grading D PROCESS CONTROL
SAMPLED BY: EZ SAMPLE NO.: 16
NO. SACKS: 1 bucket HOLE: DEPTH:
SOURCE NO.: - - QUANTITY REPRESENTED: 1400 t
SOURCE NAME: within project limits
LOCATION: 17+000 to 18+880, Crusher Belt OWNER: MA DeAtley Constru
COUNTY: Stevens STATE: WA INTENDED USE: Base, Grading D
REMARKS:
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

SIEVE ANALYSIS
AS RECEIVED

| SIEVE SIZE | PERCENT PASSING |
|---|---|
| 37.5mm | 100.0 |
| 25.0mm | 99.7 |
| 19.0mm | 97.0 |
| 12.5mm | 81.2 |
| 9.5mm | 68.1 |
| 4.75mm | 44.2 |
| 2.00mm | 25.5 |
| 425µm | 14.6 |
| 150µm | 10.9 |
| 75µm | 8.15 |

SAND EQUIVALENT REFEREE AS RECEIVED 65
SEP 1.961 1.000 min

D5821 FRACTURED PARTICLES, PERCENT 97

12/14/01

LYNN MURPHY,
CHIEF MATERIALS LABORATORY

FOR BRAD K. NEITZKE,
MATERIALS ENGINEER

Appendix E

# Appendix E

## Placement Test Gradation Data – Contractor

Thu Dec 04 06:28:50 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Road
Project Number: WA PFH 158-1(2)
Project ID: DTFH70-01-C-00011

Item Number: 30101
Lot Number: 1 Windrow
Lab: Engr's Field Lab

| Quality Charac- teristic | TV | Allowable Devia- tion | Category | Mean | Standard Devia- tion | Est. no. Samples | Actual no. Samples | Quality Level | Current Pay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 9.5mm | 70 | 7 | 1 | 70.46 | 5.226 | 19 | 5 | 14 | 1.00 |
| 4.75mm | 50.16 | 6 | 1 | 50.16 | 4.600 | 19 | 5 | 16 | 1.00 |
| 425µm | 21 | 4 | 2 | 21.80 | 2.325 | 19 | 5 | 7 | 1.00 |
| 75µm | 10 | | | 12.42 | 1.103 | 19 | 5 | ------ | ------ |

Current Pay Factor: 1.00
Projected Pay Factor Based On Quality Level: 0.97

Thu Dec 04 06:28:50 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Road
Project Number: WA PFH 158-1(2)
Project ID: DTFH70-01-C-00011

Item Number: 30101
Lot Number: 1
Lab: Engr's Field Lab

** ACCEPTANCE PARAMETERS **

| Quality Characteristic: | 9.5mm | 4.75mm | 425µm | 75µm |
|---|---|---|---|---|
| Target Values: | 70 | 50.16 | 21 | 10 |
| Allowable Deviation: | 7 | 6 | 4 | |
| Est. No. Tests: | 19 | 19 | 19 | 19 |
| Category: | 1 | 1 | 2 | |
| Actual No. Samples: | 5 | 5 | 5 | 5 |

** TEST RESULTS **

| Sample Number | 9.5mm | 4.75mm | 425µm | 75µm |
|---|---|---|---|---|
| 1 | 72.1 | 50.3 | 20.5 | 11.6 |
| 2 | 75.4 | 53.9 | 23.5 | 13.3 |
| 3 | 69.3 | 50.9 | 22 | 13 |
| 4 | 62 | 42.4 | 18.6 | 10.9 |
| 5 | 73.5 | 53.3 | 24.4 | 13.3 |

Thu Dec 04 06:28:50 2003 Western Federal Lands Highway Division
Project Name: Flowery Trail Road Item Number: 30101
Project Number: WA PFH 158-1(2) Lot Number: 1
Project ID: DTFH70-01-C-00011 Engr's Field Lab

CONTROL CHART FOR 9.5MM SAMPLES




| | | | | | |
|---|---|---|---|---|---|
| No of Samples | 5 | Mean | 70.460 | Target Value | 70.000 |
| Quality level | 14 | Std Dev | 5.226 | Range 62.000 to | 75.400 |

Thu Dec 04 06:28:50 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Road — Item Number: 30101

Project Number: WA PFH 158-1(2) — Lot Number: 1

Project ID: DTFH70-01-C-00011 — Engr's Field Lab

CONTROL CHART FOR 4.75MM SAMPLES




| | | | | | |
|---|---|---|---|---|---|
| No of Samples | 5 | Mean | 50.160 | Target Value | 50.160 |
| Quality level | 16 | Std Dev | 4.600 | Range 42.400 to | 53.900 |

Thu Dec 04 06:28:50 2003 Western Federal Lands Highway Division

| | | | |
|---|---|---|---|
| Project Name: | Flowery Trail Road | Item Number: | 30101 |
| Project Number: | WA PFH 158-1(2) | Lot Number: | 1 |
| Project ID: | DTFH70-01-C-00011 | | Engr's Field Lab |

CONTROL CHART FOR 425µM SAMPLES




| | | | | | |
|---|---|---|---|---|---|
| No of Samples | 5 | Mean | 21.800 | Target Value | 21.000 |
| Quality level | 7 | Std Dev | 2.325 | Range | 18.600 to 24.400 |

Thu Dec 04 06:28:50 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Road — Item Number: 30101
Project Number: WA PFH 158-1(2) — Lot Number: 1
Project ID: DTFH70-01-C-00011 — Engr's Field Lab

CONTROL CHART FOR 75µM SAMPLES




| | | | | | |
|---|---|---|---|---|---|
| No of Samples | 5 | Mean | 12.420 | Target Value | 10.000 |
| Quality level | ----- | Std Dev | 1.103 | Range | 10.900 to 13.300 |

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WAPFH 158-1(2) Source: R. LANE STA 20+800 Sample no.: 1

Sample of: AGG BASE GRADE D Quantity represented: 147 ton Lot no.: 1

Sampled by: B&A Date: 8/19/02 Tested by: MS / SW Date: 8/19/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2187.6 | 831.9 |
| Mass of dry aggregate | 2135.8 | 781.7 |
| Mass of water | 51.8 | 50.2 |
| Moisture (%) 2.43 | 2.4 | 6.4 (6.42) |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | | |
|---|---|---|---|
| P-75 Content | Coarse | Fine | |
| Mass of wet aggregate | 3645.9 | 751.2 | |
| Mass of dry aggregate 3557.3 | 3560.4 | 706.0 | 703.0 |
| Mass of washed dry aggregate | 3395.9 | 586.0 | |
| Mass of 75 μm minus 161.4 | 164.5 | 120.0 | 117.0 |

REMARKS:

F.F. = 95.3%

STEP = 1.389

$- \frac{50}{11.6+25} = 1.366$

INITIAL TOTAL = 6820.4

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.50 mm | | | | | 100 |
| 25.00 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.00 mm | 134.50 | 131.35 | 2.0 (2.01) | 98.0 | - |
| 12.50 mm | 852.50 | 832.52 | 12.7 (12.74) | 85.3 | - |
| 9.50 mm | 876.90 | 856.35 | 13.1 (13.11) | 72.2 (72.1) | 56-70 |
| 4.75 mm | 1782.00 | 1740.23 | 26.6 (26.64) | 45.6 (45.5) | |
| 4.75 mm minus | 3161.90 | 2971.71 | 45.5 | | |
| Total sample mass | 6807.80 | 6532.16 | 100.0 | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.75 mm | 3256.0 | 91.5 (91.3) | 8.5 (8.7) | 4.6 (4.6) | 0 | 0 | 100.0 | 45.6 | 50.2 (50.3) | 39-53 |
| 2.00 | 59.0 | 1.7 | 6.8 (7.1) | 3.7 (3.4) | 263.0 | 37.3 | 62.7 | 28.6 (28.55) | 32.3 (32.4) | - |
| 0.425 | 2.4 | 0.1 | 6.7 (7.0) | 3.6 (3.6) | 183.7 | 26.0 | 36.7 | 16.7 (16.71) | 20.3 (20.5) | 12-21 |
| 0.150 | 12.9 | 0.4 | 6.3 (6.6) | 3.4 (3.6) | 64.7 | 9.2 | 27.5 (27.6) | 12.5 (12.54) | 15.9 (16.2) | - |
| 0.075 | 44.5 | 1.2 (1.3) | 5.1 (5.4) | 2.8 (2.7) | 60.9 | 8.6 | 18.9 | 8.6 (8.61) | 11.4 (11.3) | 10 max |
| Pan | 27.9 | | | | 13.6 | | | | | |
| Mass P-75 | 164.5 | | | | 120.0 | | | | | |
| Total P-75 | 192.4 | 5.4 | | | ~~120~~ 133.6 | 18.9 | | | | |
| Orig. dry mass | 3560.4 (3567.2) | 100.0 | | | 706.0 | 100.0 | | | | |

Form FHWA 1621 (Rev 10-96)

NOTE: FAX RECEIVED + CHECK + SHARED W/ CONTRACTOR 8/21/02

✓ by L Persoon 8/25/02 (see attached)

| | |
|---|---|
| Sample | 30101 1 1 |
| Date | 08/19/02 |
| Location | 20+800 RT |

| | | |
|---|---|---|
| Fractures | 95.3% | (50% min.) |
| Sand Eq. | 50.0 | |
| SEP | 1.368 | (1.000 min.) |




| Sieve Size | 3010[illegible] | Low Spec. | High Spec | FHWA |
|---|---|---|---|---|
| 37.5 mm | | | | |
| 25 mm | | | | |
| 19 mm | | | | |
| 9.5 mm | | | | |
| 9.5 mm | 72.1% | 58% | 70% | |
| 4.75 mm | 50.3% | 34% | 48% | |
| 425 um | 20.5% | 12% | 20% | |
| 75 um | 11.6% | 0% | 10% | |

| Moisture Content | Course | Fine | 75 umCntnt | Coarse | Fine |
|---|---|---|---|---|---|
| Mass Wet Aggr. | 2187.6 | 831.9 | Ma. Wet Aggr | 3645.9 | 751.2 |
| Mass Dry Aggr. | 2135.8 | 781.7 | Ma. Dry Aggr. | 3557.3 | 703.0 |
| Mass of Water | 51.8 | 50.2 | Ma. W Dr Agg | 3395.9 | 586.0 |
| Moisture % | 2.43 | 6.42 | Ma. .075 - | 161.4 | 117.0 |

| Sieve Size | Mass Wet | Mass Dry | % Retained | Total % Passing | Specifications |
|---|---|---|---|---|---|
| 25 mm | 0.0 | 0.0 | 0.00% | 100.0% | 100 |
| 19 mm | 134.5 | 131.3 | 2.01% | 98.0% | 97-100 |
| 12,5 nn | 852.5 | 832.3 | 12.74% | ~~85.3%~~ | |
| 9.5 mm | 876.9 | 856.1 | 13.11% | 72.1% | 67-79 |
| 4.75 mm | 1782.0 | 1739.7 | 26.64% | 45.5% | 47-59 |
| 4.75 mm minus | 3161.9 | 2971.2 | 45.50% | | |
| Total | 6807.8 | 6530.6 | 100.00% | | |

| Sand Eq. | Clay | Sand | SE |
|---|---|---|---|
| #1 | 4.5 | 2.2 | 49 |
| #2 | 4.5 | 2.3 | 52 |
| #3 | 4.5 | 2.2 | 49 |
| | | Avg. SE | 50.0 |

| | Washed from Course | | | | Dry No. 4 Minus | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sieve Size | Mass Dry | % Retained | % Passing | Sub Tot % | Mass Dry | % Retained | % Passing | Sub Tot % | Total % Passing | Specifications |
| 4.75 mm | 3256.0 | 91.3% | 8.7% | 4.8% | 0.0 | 0.0% | 100.0% | 45.50% | 50.3% | 47-59(7) |
| 2.00 mm | 59.0 | 1.7% | 7.1% | 3.9% | 263.0 | 37.3% | 62.7% | 28.55% | 32.4% | |
| .425 mm | 2.4 | 0.1% | 7.0% | 3.8% | 183.7 | 26.0% | 36.7% | 16.71% | 20.5% | 12-21(4) |
| 150 um | 12.9 | 0.4% | 6.6% | 3.6% | 64.7 | 9.2% | 27.6% | 12.54% | 16.2% | |
| 75 um | 44.5 | 1.3% | 5.4% | 2.9% | 60.9 | 8.6% | 18.9% | 8.61% | 11.6% | 0-10 |
| Pan | ~~27.9~~ | | | | ~~13.6~~ | | | | | |
| Mass P-75 | ~~164.5~~ | | | | ~~120.0~~ | | | | | |
| Total P-75 | 192.4 | 5.4% | | | 133.6 | 18.9% | | | | |
| Orig. Dry Mass | 3567.2 | 100.0% | | | 706 | 100.0% | | | | |

| | | | |
|---|---|---|---|
| SAMPLE WT | 0.00 | | |
| FRACTURE WT | 0.00 | | |
| % FRACTURE | ERR | | |
| | | | |
| | | | |