U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL ROAD Source: L. LANE STA 20+897 Sample no.: 2

Sample of: AGG BASE GRADE D Quantity represented: 1715 ton Lot no.:

Sampled by: SW Date: 8/19/02 Tested by: MS/SW Date: 8/19/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2397.3 | 758.0 |
| Mass of dry aggregate | 2350.7 | 719.0 |
| Mass of water | 46.6 | 39.0 |
| Moisture (%) | 2.0 | 5.4 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 2952.7 | 757.9 |
| Mass of dry aggregate | 2894.8 | 714.3 |
| Mass of washed dry aggregate | 2781.6 | 580.9 |
| Mass of 75 μm minus | 113.2 | 133.4 |

REMARKS:

F.F. = 94.1%

STEP = 1,257

INITIAL TOTAL — 6040.30

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.50 mm | | | | | 100 |
| 25.00 mm | 0 | 0 | 0 | 100 | 97-100 |
| 19.00 mm | 83.00 | 81.40 | 1.4 | 98.6 | – |
| 12.50 mm | 707.50 | 693.60 | 11.9 | 86.7 | – |
| 9.50 mm | 670.60 | 657.45 | 11.3 | 75.4 | 56-70 |
| 4.75 mm 1491.6 | ~~2952.70~~ | 1462.35 | 25.1 | 50.3 | |
| 4.75 mm minus | 3078.40 | 2920.68 | 50.2 | | |
| Total sample mass | 6031.10 | 5815.50 | 100.0 | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 2684.5 | 92.7 | 7.3 | 3.6 | ~~23~~ 0 | 0 | 100.0 | 50.3 | 53.9 | 39-53 |
| 2.00 | 49.8 | 1.7 | 5.6 | 2.8 | 237.4 | 33.2 | 66.8 | 33.6 | 36.4 | – |
| 0.425 | 1.1 | 0.04 | 5.6 | 2.8 | 182.6 | 25.6 | 41.2 | 20.7 | 23.5 | 12-21 |
| 0.150 | 4.7 | 0.2 | 5.4 | 2.7 | 67.9 | 9.5 | 31.7 | 15.9 | 18.6 | – |
| 0.075 | 24.6 | 0.8 | 4.6 | 2.3 | 70.5 | 9.9 | 21.8 | 11.0 | 13.3 | 10. MAX |
| Pan | 20.0 | | | | 22.5 | | | | | |
| Mass P-75 | 113.2 | | | | 133.4 | | | | | |
| Total P-75 | 133.2 | 4.6 | | | 155.9 | 21.8 | | | | |
| Orig. dry mass | 2894.8 | 100.0 | | | 714.3 | 100.0 | | | | |

Form FHWA 1621 (Rev 10-96)

REVIEW DONE ON FAX COPY
RECEIVED EARIER

I. PERSOON

| | |
|---|---|
| Sample | 30101 1 2 |
| Date | 08/19/02 |
| Location | Sta 20+897LT |

| | | |
|---|---|---|
| Fractures | 94.1% | (50% min.) |
| Sand Eq. | 48.0 | |
| SEP | 1.255 | (1.000 min.) |

| Sieve Size | 30101 1 2 | Low Spec. | High Spec | FHWA |
|---|---|---|---|---|
| 37.5 mm | | | | |
| 25 mm | | | | |
| 19 mm | | | | |
| 9.5 mm | | | | |
| 9.5 mm | 75.4% | 58% | 70% | |
| 4.75 mm | 53.9% | 34% | 48% | |
| 425 um | 23.5% | 12% | 20% | |
| 75 um | 13.3% | 0% | 10% | |




| Moisture Content | Course | Fine | 75 umCntnt | Coarse | Fine |
|---|---|---|---|---|---|
| Mass Wet Aggr. | 2397.3 | 758.0 | Ma. Wet Aggr | 2952.7 | 752.9 |
| Mass Dry Aggr. | 2350.7 | 719.0 | Ma. Dry Aggr. | 2895.4 | 714.2 |
| Mass of Water | 46.6 | 39.0 | Ma. W Dr Agg | 2781.6 | 580.9 |
| Moisture % | 1.98 | 5.42 | Ma. .075 - | 113.8 | 133.3 |

| Sieve Size | Mass Wet | Mass Dry | % Retained | Total % Passing | Specifications |
|---|---|---|---|---|---|
| 25 mm | 0.0 | 0.0 | 0.00% | 100.0% | 100 |
| 19 mm | 83.0 | 81.4 | 1.40% | 98.6% | 97-100 |
| 12,5 nn | 707.5 | 693.8 | 11.93% | ~~86.7%~~ | |
| 9.5 mm | 670.6 | 657.6 | 11.31% | 75.4% | 67-79 |
| 4.75 mm | 1491.6 | 1462.6 | 25.15% | 50.2% | 47-59 |
| 4.75 mm minus | 3078.4 | 2920.1 | 50.21% | | |
| Total | 6031.1 | 5815.5 | 100.00% | | |

| Sand Eq. | Clay | Sand | SE |
|---|---|---|---|
| #1 | 4.7 | 2.2 | 47 |
| #2 | 4.7 | 2.2 | 47 |
| #3 | 4.8 | 2.3 | 48 |
| | | Avg. SE | 48.0 |

| | Washed from Course | | | | Dry No. 4 Minus | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sieve Size | Mass Dry | % Retained | % Passing | Sub Tot % | Mass Dry | % Retained | % Passing | Sub Tot % | Total % Passing | Specifications |
| 4.75 mm | 2684.5 | 92.6% | 7.4% | 3.7% | 0.0 | 0.0% | 100.0% | 50.21% | 53.9% | 47-59(7) |
| 2.00 mm | 49.8 | 1.7% | 5.6% | 2.8% | 237.4 | 33.2% | 66.8% | 33.52% | 36.3% | |
| .425 mm | 1.1 | 0.0% | 5.6% | 2.8% | 182.6 | 25.6% | 41.2% | 20.69% | 23.5% | 12-21(4) |
| 150 um | 4.7 | 0.2% | 5.4% | 2.7% | 67.9 | 9.5% | 31.7% | 15.91% | 18.6% | |
| 75 um | 24.6 | 0.9% | 4.6% | 2.3% | 70.5 | 9.9% | 21.8% | 10.96% | 13.3% | 0-10 |
| Pan | ~~20.0~~ | | | | ~~22.6~~ | | | | | |
| Mass P-75 | ~~113.2~~ | | | | ~~133.4~~ | | | | | |
| Total P-75 | 133.2 | 4.6% | | | 155.9 | 21.8% | | | | |
| Orig. Dry Mass | 2897.9 | 100.0% | | | 714.3 | 100.0% | | | | |

| | | | |
|---|---|---|---|
| SAMPLE WT | 0.00 | | |
| FRACTURE WT | 0.00 | | |
| % FRACTURE | ERR | | |
| | | | |
| | | | |

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL ROAD Source: L. LANE STA. 21+120 Sample no.: 3

Sample of: AGG BASE GRADE D Quantity represented: 214 ton Lot no.:

Sampled by: B & A Date: 8/20/02 7:40 AM Tested by: MS / SW Date: 8/20/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2404.3 | 752.9 |
| Mass of dry aggregate | 2350.0 | 710.6 |
| Mass of water | 54.3 | 42.3 |
| Moisture (%) | 2.3 (2.31) | 6.0 (5.95) |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3816.6 | 988.6 |
| Mass of dry aggregate | 3730.8 | 932.6 (933.1) |
| Mass of washed dry aggregate | 3587.9 | 762.7 |
| Mass of 75 µm minus | 142.5 228.7 | 169.9 (170.4) |

REMARKS:

FRACTURED FACES

SEP = 52 / (13+25) = 1.368

TOTAL INITIAL SAMPLE 7150.8

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.50 mm | | | | | 100 |
| 25.00 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.00 mm | 248.20 | 242.10 | 3.5 | 96.5 | - |
| 12.50 mm | 1152.90 | 1127.60 | 16.4 | 80.1 | - |
| 9.50 mm | 754.50 | 737.50 | 10.8 | 69.3 | 56-70 |
| 4.75 mm | 1661.00 | 1623.70 | 23.6 | 45.7 | |
| 4.75 mm minus | 3327.50 | 3139.10 | 45.7 | | |
| Total sample mass | 7144.1 | 6870.00 | 100.0 | | CHECK |

| Fine Aggregate Sieve Size | Washed from Coarse Retained Mass Dry | % | Percent Passing | Adjusted (%) Passing | Dry 4.75 mm Minus Retained Mass Dry | % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 5.2 | | | | | | |
| 4.75 mm | 3448.3 | ~~92.4~~ 90.4 | 7.6 | ~~3.5~~ 4.1 | ~~321.0~~ | 0 | 100.0 | 45.7 | 49.8 (50.9) | 39-53 |
| 2.00 | 68.9 | 1.8 | 5.8 | 3.1 (4.3) | 321.0 | 34.4 | 65.6 | 30.0 | 33.1 (34.2) | |
| 0.425 | 1.9 | 0.1 | 5.7 | 3.1 (4.2) | 248.4 | 26.6 | 39.0 | 17.8 | 20.9 (22.0) | 12-21 |
| 0.150 | 7.8 | 0.2 | 5.5 | 3.0 (4.1) | 87.9 | 9.4 | 29.6 | 13.5 | 16.5 (17.6) | |
| 0.075 | 36.1 | 1.0 | 4.5 | 2.4 (3.6) | 84.5 | 9.1 | 20.5 | 9.4 | 11.8 (13) | 10 MAX |
| Pan | 23.9 | | | | 21.1 | | | | | |
| Mass P-75 | 228.7 | | | | 169.9 | | | | | |
| Total P-75 | 252.6 | 6.8 (6.6) | | | 191.0 | 20.5 | | | | |
| Orig. dry mass | ~~3730.8~~ 3815.6 | 100.0 | | | 932.6 (932.8) | 100.0 | | | | |

check

Form FHWA 1621 (Rev 10-96)

RE-CHECK 8/25/02 [signature]

~~REVIEW DONE OF FAX - RECEIVED 8/21/02~~ [signature]

| | |
|---|---|
| Sample | 30101 1 3 |
| Date | 08/20/02 |
| Location | Sta 21+120 LT |

| | | |
|---|---|---|
| Fractures | ERR | (50% min.) |
| Sand Eq. | 52.0 | |
| SEP | 1.370 | (1.000 min.) |

| Sieve Size | 30101 1 3 | Low Spec. | High Spec | FHWA |
|---|---|---|---|---|
| 37.5 mm | | | | |
| 25 mm | | | | |
| 19 mm | | | | |
| 9.5 mm | | | | |
| 9.5 mm | 69.3% | 58% | 70% | |
| 4.75 mm | 50.9% | 34% | 48% | |
| 425 um | 22.0% | 12% | 20% | |
| 75 um | 13.0% | 0% | 10% | |




| Moisture Content | Course | Fine | 75 umCntnt | Coarse | Fine |
|---|---|---|---|---|---|
| Mass Wet Aggr. | 2404.3 | 752.9 | Ma. Wet Aggr | 3816.6 | 988.6 |
| Mass Dry Aggr. | 2350.0 | 710.6 | Ma. Dry Aggr. | 3730.4 | 933.1 |
| Mass of Water | 54.3 | 42.3 | Ma. W Dr Agg | 3587.9 | 762.7 |
| Moisture % | 2.31 | 5.95 | Ma. .075 - | 142.5 | 170.4 |

| Sieve Size | Mass Wet | Mass Dry | % Retained | Total % Passing | Specifications |
|---|---|---|---|---|---|
| 25 mm | 0.0 | 0.0 | 0.00% | 100.0% | 100 |
| 19 mm | 248.2 | 242.6 | 3.53% | 96.5% | 97-100 |
| 12.5 nn | 1152.9 | 1126.9 | 16.40% | ~~80.1%~~ | |
| 9.5 mm | 754.5 | 737.5 | 10.73% | 69.3% | 67-79 |
| 4.75 mm | 1661.0 | 1623.5 | 23.63% | 45.7% | 47-59 |
| 4.75 mm minus | 3327.5 | 3140.6 | 45.71% | | |
| Total | 7144.1 | 6871.1 | 100.00% | | |

| Sand Eq. | Clay | Sand | SE |
|---|---|---|---|
| #1 | 4.5 | 2.4 | 54 |
| #2 | 4.5 | 2.3 | 52 |
| #3 | 4.8 | 2.4 | 50 |
| | | Avg. SE | 52.0 |

| Sieve Size | Washed from Course Mass Dry | % Retained | % Passing | Sub Tot % | Dry No. 4 Minus Mass Dry | % Retained | % Passing | Sub Tot % | Total % Passing | Specifications |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.75 mm | 3448.3 | 90.4% | 9.6% | 5.2% | 0.0 | 0.0% | 100.0% | 45.71% | 50.9% | 47-59(7) |
| 2.00 mm | 68.9 | 1.8% | 7.8% | 4.3% | 321.0 | 34.4% | 65.6% | 29.98% | 34.2% | |
| .425 mm | 1.9 | 0.1% | 7.8% | 4.2% | 248.4 | 26.6% | 39.0% | 17.81% | 22.0% | 12-21(4) |
| 150 um | 7.8 | 0.2% | 7.6% | 4.1% | 87.9 | 9.4% | 29.5% | 13.50% | 17.6% | |
| 75 um | 36.1 | 1.0% | 6.6% | 3.6% | 84.5 | 9.1% | 20.5% | 9.36% | 13.0% | 0-10 |
| Pan | ~~23.9~~ | | | | ~~21.1~~ | | | | | |
| Mass P-75 | ~~228.7~~ | | | | ~~169.9~~ | | | | | |
| Total P-75 | 252.6 | 6.6% | | | 191.0 | 20.5% | | | | |
| Orig. Dry Mass | 3815.6 | 100.0% | | | 932.8 | 100.0% | | | | |

| | | | |
|---|---|---|---|
| SAMPLE WT | 0.00 | | |
| FRACTURE WT | 0.00 | | |
| % FRACTURE | ERR | | |
| | | | |
| | | | |

FAXED @ 6:45 p.m 8/20/02

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL ROAD Source: Roadway Rt. lane Stn. 224000 Sample no.: 4

Sample of: AGG BASE GRADE D Quantity represented: 3292.41 Lot no.: 1

Sampled by: ____ Date: 8/20/02 Tested by: MK Date: 8/20/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 3337.2 | 618.5 |
| Mass of dry aggregate | 3283.6 | 591.0 |
| Mass of water | 53.6 | 27.5 |
| Moisture (%) | 1.63 | 4.7 (4.65) |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | | |
|---|---|---|---|
| P-75 Content | Coarse | Fine | |
| Mass of wet aggregate | 4146.5 | 940.0 | |
| Mass of dry aggregate (4080.0) | 4081.2 | 897.8 | 898.2 |
| Mass of washed dry aggregate | 3918.7 | 731.4 | |
| Mass of 75 µm minus (161.3) | 162.5 | 166.4 | 166.8 |

REMARKS:

F.F = 90.7%

SEP = 49 / (10.9 + 25) = 1.365

TOTAL INITIAL SAMPLE – 6746.20

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.50 mm | | | | | 100 |
| 25.00 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.00 mm | 344.60 | 339.17 | 5.2 | 94.8 | — |
| 12.50 mm | 1167.90 | 1149.51 | 17.6 | 77.3 | — |
| 9.50 mm | 1013.70 | 997.74 | 15.3 | 61.9 | 56-70 |
| 4.75 mm | 1623.40 | 1597.83 | 24.4 | 37.5 | |
| 4.75 mm minus | 2571.10 | 2455.68 | 37.5 | | |
| Total sample mass | 6720.70 | 6539.93 | 100.0 | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | % | Percent Passing | Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 42.4 | |
| 4.75 mm | 3766.2 | 92.3 | 7.7 | 4.8 | 0 | 0 | 100.0 | 37.58 | 42.3 | 39-53 |
| 2.00 mm | 70.2 | 1.7 | 6.0 | 3.8 | 317.0 | 35.3 | 64.7 | 24.30 | 28.1 | — |
| 0.425 mm | 1.9 | 0.1 | 5.9 | 3.7 | 223.5 | 24.9 | 39.8 | 14.94 | 18.6 | 12-21 |
| 0.150 mm | 9.6 | 0.2 | 5.7 | 3.6 | 84.5 | 9.4 | 30.4 | 11.40 | 15.0 | — |
| 0.075 mm | 43.4 | 1.1 | 4.6 | 2.9 | 81.0 | 9.0 | 21.4 | 8.01 | 10.9 | 10 max |
| Pan | 27.3 | | | | 24.8 | | CHECK | | | |
| Mass P-75 | 162.5 | | | | 166.4 | | | | | |
| Total P-75 | 189.8 | 4.7 | | | 191.2 | 21.3 | | | | |
| Orig. dry mass | 4081.2 | 100.0 | | | 897.8 | 100.0 | | | | |

Form FHWA 1621 (Rev 10-96)

REVIEW DONE ON FAX RECEIVED 8/20/02

RECHECK – 8/21/02 [signature]

| | |
|---|---|
| Sample | 30101 1 4 |
| Date | 08/20/02 |
| Location | Sta 22+000 RT |

| | | |
|---|---|---|
| Fractures | ERR | (50% min.) |
| Sand Eq. | 49.0 | |
| SEP | 1.365 | (1.000 min.) |

| Sieve Size | 30101 1 4 | Low Spec. | High Spec | FHWA |
|---|---|---|---|---|
| 37.5 mm | | | | |
| 25 mm | | | | |
| 19 mm | | | | |
| 9.5 mm | | | | |
| 9.5 mm | 62.0% | 58% | 70% | |
| 4.75 mm | 42.4% | 34% | 48% | |
| 425 um | 18.6% | 12% | 20% | |
| 75 um | 10.9% | 0% | 10% | |




| Moisture Content | Course | Fine | 75 umCntnt | Coarse | Fine |
|---|---|---|---|---|---|
| Mass Wet Aggr. | 3337.2 | 618.5 | Ma. Wet Aggr | 4146.5 | 940.0 |
| Mass Dry Aggr. | 3283.6 | 591.0 | Ma. Dry Aggr. | 4080.0 | 898.2 |
| Mass of Water | 53.6 | 27.5 | Ma. W Dr Agg | 3918.7 | 731.4 |
| Moisture % | 1.63 | 4.65 | Ma. .075 - | 161.3 | 166.8 |

| Sieve Size | Mass Wet | Mass Dry | % Retained | Total % Passing | Specifications |
|---|---|---|---|---|---|
| 25 mm | 0.0 | 0.0 | 0.00% | 100.0% | 100 |
| 19 mm | 344.6 | 339.1 | 5.18% | 94.8% | 97-100 |
| 12,5 nn | 1167.9 | 1149.2 | 17.57% | 77.3% | |
| 9.5 mm | 1013.7 | 997.4 | 15.25% | 62.0% | 67-79 |
| 4.75 mm | 1623.4 | 1597.4 | 24.42% | 37.6% | 47-59 |
| 4.75 mm minus | 2571.1 | 2456.9 | 37.57% | | |
| Total | 6720.7 | 6539.9 | 99.99% | | |

| Sand Eq. | Clay | Sand | SE |
|---|---|---|---|
| #1 | 5.0 | 2.4 | 48 |
| #2 | 5.1 | 2.5 | 50 |
| #3 | 5.2 | 2.5 | 49 |
| | | Avg. SE | 49.0 |

| | Washed from Course | | | | Dry No. 4 Minus | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sieve Size | Mass Dry | % Retained | % Passing | Sub Tot % | Mass Dry | % Retained | % Passing | Sub Tot % | Total % Passing | Specifications |
| 4.75 mm | 3766.2 | 92.3% | 7.7% | 4.8% | 0.0 | 0.0% | 100.0% | 37.58% | 42.4% | 47-59(7) |
| 2.00 mm | 70.2 | 1.7% | 6.0% | 3.8% | 317.0 | 35.3% | 64.7% | 24.30% | 28.1% | |
| .425 mm | 1.9 | 0.1% | 6.0% | 3.7% | 223.5 | 24.9% | 39.8% | 14.94% | 18.6% | 12-21(4) |
| 150 um | 9.6 | 0.2% | 5.7% | 3.6% | 84.5 | 9.4% | 30.3% | 11.40% | 15.0% | |
| 75 um | 43.4 | 1.1% | 4.7% | 2.9% | 81.0 | 9.0% | 21.3% | 8.01% | 10.9% | 0-10 |
| Pan | 27.3 | | | | 24.8 | | | | | |
| Mass P-75 | 162.5 | | | | 166.4 | | | | | |
| Total P-75 | 189.8 | 4.7% | | | 191.2 | 21.3% | | | | |
| Orig. Dry Mass | 4081.1 | 100.0% | | | 897.2 | 100.0% | | | | |

| | | | |
|---|---|---|---|
| SAMPLE WT | 0.00 | | |
| FRACTURE WT | 0.00 | | |
| % FRACTURE | ERR | | |
| | | | |
| | | | |

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WA PFH 158-1 (2) Source: RT. LANE STA. 22+120 Sample no.: 5

Sample of: 30101 Quantity represented: 4400 tons Lot no.: 1

Sampled by: B&A Date: 8/21/02 10:45 A.M. Tested by: MS/SW Date: 8/21/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 3707.6 | 528.8 |
| Mass of dry aggregate | 3638.8 | 505.9 |
| Mass of water | 68.8 | 22.9 |
| Moisture (%) | 1.89 | 4.53 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3030.8 | 572.9 |
| Mass of dry aggregate | 2974.6 | 548.1 |
| Mass of washed dry aggregate | 2867.6 | 434.7 |
| Mass of 75 µm minus | 107.0 | 113.4 |

REMARKS: $\frac{649.6 + (44/2)}{711.0} \times 100 =$

F.F. — 94.5%

S.E.P. — 1,123

$\frac{43}{13.3+25}$ = SEP

INITIAL SAMPLE WT. – 6003.8

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.50 mm | | | | | 100 |
| 25.00 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.00 mm | 112.00 | 109.92 | 1.9 | 98.1 | – |
| 12.50 mm | 723.00 | 709.59 | 12.2 | 85.9 | – |
| 9.50 mm | 734.00 | 720.38 | 12.4 | 73.5 | 56-70 |
| 4.75 mm | 1462.80 | 1435.67 | 24.7 | 48.8 | |
| 4.75 mm minus | 2963.40 | 2834.98 | 48.8 | | |
| Total sample mass | 5995.20 | 5810.54 | 100.0 | CHECK | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.75 mm | 2712.9 | 91.2 | 8.8 | 4.5 | 0 | 0 | 100.0 | 48.8 | 53.3 | 39-53 |
| 2.00 | 85.3 | 2.9 | 5.9 | 3.0 | 174.6 | 31.9 | 68.1 | 33.2 | 36.2 | – |
| 0.425 | 1.8 | 0.1 | 5.8 | 3.0 | 133.2 | 24.3 | 43.8 | 21.4 | 24.4 | 12-21 |
| 0.150 | 10.9 | 0.4 | 5.4 | 2.8 | 57.2 | 10.4 | 33.4 | 16.3 | 19.1 | – |
| 0.075 | 33.9 | 1.1 | 4.3 | 2.2 | 58.6 | 10.7 | 22.7 | 11.1 | 13.3 | 10 MAX |
| Pan | 22.8 | | | | 11.0 | | | | | |
| Mass P-75 | 107.0 | | | | 113.4 | | | | | |
| Total P-75 | 129.8 | 4.4 | | | 124.4 | 22.7 | CHECK | | | |
| Orig. dry mass | 2974.6 | 100.0 | | | 548.1 | 100.0 | | | | |



Received by BA @ 5:15 PM from Dusty

Torsoon 8/25/02

| | | | | | |
|---|---|---|---|---|---|
| Sample | 30101 1 5 | | Fractures | 94.5% | (50% min.) |
| Date | 08/21/02 | | Sand Eq. | 43.0 | |
| Location | Sta 22+000 RT | Sta 22+120 R | SEP | 1.122 | (1.000 min.) |

| Sieve Size | 30101 1 5 | Low Spec. | High Spec | FHWA |
|---|---|---|---|---|
| 37.5 mm | | | | |
| 25 mm | | | | |
| 19 mm | | | | |
| 9.5 mm | | | | |
| 9.5 mm | 73.5% | 58% | 70% | |
| 4.75 mm | 53.3% | 34% | 48% | |
| 425 um | 24.4% | 12% | 20% | |
| 75 um | 13.3% | 0% | 10% | |

| Moisture Content | Course | Fine | 75 umCntnt | Coarse | Fine |
|---|---|---|---|---|---|
| Mass Wet Aggr. | 3707.6 | 528.8 | Ma. Wet Aggr | 3030.8 | 572.9 |
| Mass Dry Aggr. | 3638.8 | 505.9 | Ma. Dry Aggr. | 2974.6 | 548.1 |
| Mass of Water | 68.8 | 22.9 | Ma. W Dr Agg | 2867.6 | 434.7 |
| Moisture % | 1.89 | 4.53 | Ma. .075 - | 107.0 | 113.4 |

| Sieve Size | Mass Wet | Mass Dry | % Retained | Total % Passing | Specifications |
|---|---|---|---|---|---|
| 25 mm | 0.0 | 0.0 | 0.00% | 100.0% | 100 |
| 19 mm | 112.0 | 109.9 | 1.89% | 98.1% | 97-100 |
| 12,5 nn | 723.0 | 709.6 | 12.21% | ~~85.9%~~ | |
| 9.5 mm | 734.0 | 720.4 | 12.40% | 73.5% | 67-79 |
| 4.75 mm | 1462.8 | 1435.7 | 24.71% | 48.8% | 47-59 |
| 4.75 mm minus | 2963.4 | 2835.0 | 48.79% | | |
| Total | 5995.2 | 5810.5 | 100.00% | | |

| Sand Eq. | Clay | Sand | SE |
|---|---|---|---|
| #1 | 5.0 | 2.4 | 48 |
| #2 | 5.1 | 2.5 | 50 |
| #3 | 5.2 | 2.5 | 49 |
| | | Avg. SE | 49.0 |

| | Washed from Course | | | | Dry No. 4 Minus | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sieve Size | Mass Dry | % Retained | % Passing | Sub Tot % | Mass Dry | % Retained | % Passing | Sub Tot % | Total % Passing | Specifications |
| 4.75 mm | 2712.9 | 91.2% | 8.8% | 4.5% | 0.0 | 0.0% | 100.0% | 48.79% | 53.3% | 47-59(7) |
| 2.00 mm | 85.3 | 2.9% | 5.9% | 3.0% | 174.6 | 31.9% | 68.1% | 33.25% | 36.3% | |
| .425 mm | 1.8 | 0.1% | 5.9% | 3.0% | 133.2 | 24.3% | 43.8% | 21.38% | 24.4% | 12-21(4) |
| 150 um | 10.9 | 0.4% | 5.5% | 2.8% | 57.2 | 10.4% | 33.4% | 16.29% | 19.1% | |
| 75 um | 33.9 | 1.1% | 4.4% | 2.2% | 58.6 | 10.7% | 22.7% | 11.08% | 13.3% | 0-10 |
| Pan | ~~22.8~~ | | | | ~~11.0~~ | | | | | |
| Mass P-75 | ~~107.0~~ | | | | ~~113.4~~ | | | | | |
| Total P-75 | 129.8 | 4.4% | | | 124.4 | 22.7% | | | | |
| Orig. Dry Mass | 2974.6 | 100.0% | | | 548.0 | 100.0% | | | | |

| | | | |
|---|---|---|---|
| SAMPLE WT | 711.00 | | |
| FRACTURE WT | 671.60 | | |
| % FRACTURE | 94.5 | | |
| | | | |
| | | | |