Thu Dec 04 06:20:17 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Road
Project Number: WA PFH 158-1(2)
Project ID: DTFH70-01-C-00011

Item Number: 30101
Lot Number: 2 Large Stockpile
Lab: Engr's Field Lab

| Quality Charac-teristic | TV | Allowable Devia-tion | Category | Mean | Standard Devia-tion | Est. no. Samples | Actual no. Samples | Quality Level | Current Pay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 9.5mm | 63.15 | 7 | 1 | 63.15 | 6.440 | 14 | 6 | 28 | 0.96 |
| 4.75mm | 44.5 | 6 | 1 | 44.50 | 5.083 | 14 | 6 | 22 | 0.99 |
| 425μm | 20.10 | 4 | 2 | 20.10 | 2.312 | 14 | 6 | 4 | 1.00 |
| 75μm | 10 | | | 11.05 | 1.317 | 14 | 6 | ------ | ------ |

Current Pay Factor: 0.96
Projected Pay Factor Based On Quality Level: 0.91

Warning: Corrective Action Recommended

Thu Dec 04 06:20:17 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Road
Project Number: WA PFH 158-1(2)
roject ID: DTFH70-01-C-00011

Item Number: 30101
Lot Number: 2
Lab: Engr's Field Lab

** ACCEPTANCE PARAMETERS **

| Quality Characteristic: | 9.5mm | 4.75mm | 425µm | 75µm |
|---|---|---|---|---|
| Target Values: | 63.15 | 44.5 | 20.10 | 10 |
| Allowable Deviation: | 7 | 6 | 4 | |
| Est. No. Tests: | 14 | 14 | 14 | 14 |
| Category: | 1 | 1 | 2 | |
| Actual No. Samples: | 6 | 6 | 6 | 6 |

** TEST RESULTS **

| ample umber | 9.5mm | 4.75mm | 425µm | 75µm |
|---|---|---|---|---|
| 1 | 60.8 | 42.6 | 18.2 | 9.4 |
| 2 | 52.4 | 35.8 | 16.4 | 9.5 |
| 3 | 71.2 | 50.8 | 22.4 | 12.6 |
| 4 | 66.5 | 46.9 | 20.7 | 11.8 |
| 5 | 61.9 | 44.3 | 21.7 | 11.8 |
| 6 | 66.1 | 46.6 | 21.2 | 11.2 |

Thu Dec 04 06:20:17 2003 Western Federal Lands Highway Division

| | | | |
|---|---|---|---|
| Project Name: | Flowery Trail Road | Item Number: | 30101 |
| Project Number: | WA PFH 158-1(2) | Lot Number: | 2 |
| Project ID: | DTFH70-01-C-00011 | | Engr's Field Lab |

CONTROL CHART FOR 9.5MM SAMPLES




| | | | | | | |
|---|---|---|---|---|---|---|
| No of Samples | 6 | Mean | 63.150 | Target Value | | 63.150 |
| Quality level | 28 | Std Dev | 6.440 | Range | 52.400 to | 71.200 |

Thu Dec 04 06:20:17 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Road
Project Number: WA PFH 158-1(2)
Project ID: DTFH70-01-C-00011

Item Number: 30101
Lot Number: 2
Engr's Field Lab

CONTROL CHART FOR 4.75MM SAMPLES




| | | | | | | |
|---|---|---|---|---|---|---|
| No of Samples | 6 | Mean | 44.500 | Target Value | | 44.500 |
| Quality level | 22 | Std Dev | 5.083 | Range | 35.800 to | 50.800 |

Thu Dec 04 [illegible] 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Road
Item Number: 30101
Project Number: WA PFH 158-1(2)
Lot Number: 2
Project ID: DTFH70-01-C-00011
Engr's Field Lab

CONTROL CHART FOR 425μM SAMPLES




| | | | | | |
|---|---|---|---|---|---|
| No of Samples | 6 | Mean | 20.100 | Target Value | 20.100 |
| Quality level | 4 | Std Dev | 2.312 | Range | 16.400 to 22.400 |

Thu Dec 04 06:20:17 2003 Western Federal Lands Highway Division

| | | | |
|---|---|---|---|
| Project Name: | Flowery Trail Road | Item Number: | 30101 |
| Project Number: | WA PFH 158-1(2) | Lot Number: | 2 |
| Project ID: | DTFH70-01-C-00011 | | Engr's Field Lab |

CONTROL CHART FOR 75μM SAMPLES




| | | | | | | |
|---|---|---|---|---|---|---|
| No of Samples | 6 | Mean | 11.050 | Target Value | | 10.000 |
| Quality level | ----- | Std Dev | 1.317 | Range | 9.400 to | 12.600 |

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

RECEIVED
OCT 10 2002
By Project Engineer

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WAPFH 158-1(2) Source: L. Lane Sta 22+440 Sample no.: 1

Sample of: 30101 Quantity represented: 5413 tons Lot no.: 2

Sampled by: SJW Date: 8/21/02 Tested by: SJW Date: 8/21/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2649.1 | 578.6 |
| Mass of dry aggregate | 2603.8 | 551.6 |
| Mass of water | 45.3 | 27.0 |
| Moisture (%) | 1.74 | 4.90 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3727.7 | 574.7 |
| Mass of dry aggregate | 3663.9 | 547.9 |
| Mass of washed dry aggregate | 3609.9 | 456.4 |
| Mass of 75 μm minus | 54.0 | 91.5 |

REMARKS: 790.5

F.F. $\frac{696.4 + \frac{64.6}{2}}{790.5} \times 100 = 92.2\%$

$SEP = \frac{47}{8.9 + 25} = 1.386$

Initial Sample = 6172.0

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.5 mm | - | | | | 100 |
| 25.0 mm | 0.0 | 0.0 | 0.0 | 100.0 | 97-100 |
| 19.0 mm | 344.00 | 338.10 | 5.6 | 94.4 | - |
| 12.5 mm | 1259.70 | 1238.10 | 20.7 | 73.7 | - |
| 9.5 mm | 780.70 | 767.40 | 12.8 | 60.9 | 56-70 |
| 4.75 mm | 1343.30 | 1320.30 | 22.1 | 38.8 | |
| 4.75 mm minus | 2433.80 | 2320.10 | 38.8 | | |
| Total sample mass | 6161.50 | 5984.10 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 3434.7 | 93.7 | 6.3 | 2.5 | 0 | 0 | 100.0 | 38.8 | 41.3 | 39-53 |
| 2.00 | 71.2 | 1.9 | 4.4 | 1.7 | 182.2 | 33.2 | 66.8 | 25.9 | 27.6 | - |
| 0.425 | 2.0 | 0.1 | 4.3 | 1.7 | 145.2 | 26.5 | 40.3 | 15.6 | 17.3 | 12-21 |
| 0.150 | 13.0 | 0.4 | 3.9 | 1.5 | 55.9 | 10.2 | 30.1 | 11.7 | 13.2 | - |
| 0.075 | 53.4 | 1.5 | 2.4 | 0.9 | 52.8 | 9.6 | 20.5 | 8.0 | 8.9 | 10.0 Max |
| Pan | 35.6 | | | | 20.6 | | | | | |
| Mass P-75 | 54.0 | | | | 91.5 | | | | | |
| Total P-75 | 189.6 | 2.4 | | | 112.1 | 20.5 | | | | |
| Orig. dry mass | 3663.9 | | | | 547.9 | | | | | |

Form FHWA 1621 (Rev 10-96)

| | |
|---|---|
| Sample | 30101 2 1 |
| Date | 08/21/02 |
| location | Sta 22+440 RT |

| | | |
|---|---|---|
| Fractures | | (50% min.) |
| Sand Eq. | 43.0 | |
| SEP | 1.249 | (1.000 min.) |

| Sieve Size | 30101 2 1 | Low Spec | High Spec | FHWA |
|---|---|---|---|---|
| 37.5 mm | | | | |
| 25 mm | | | | |
| 19 mm | | | | |
| 9.5 mm | | | | |
| 9.5 mm | 60.8% | 58% | 70% | |
| 4.75 mm | 42.6% | 34% | 48% | |
| 425 um | 18.2% | 12% | 20% | |
| 75 um | 9.4% | 0% | 10% | |

| Moisture Content | Course | Fine | 75 umCntnt | Coarse | Fine |
|---|---|---|---|---|---|
| Mass Wet Aggr. | 2649.1 | 578.0 | Ma. Wet Aggr | 3727.7 | 574.7 |
| Mass Dry Aggr. | 2603.8 | 551.0 | Ma. Dry Aggr. | 3663.9 | 547.9 |
| Mass of Water | 45.3 | 27.0 | Ma. W Dr Agg | 3609.9 | 456.4 |
| Moisture % | 1.74 | 4.90 | Ma. .075 - | 54.0 | 91.5 |

| Sieve Size | Mass Wet | Mass Dry | % Retained | Total % Passing | Specifications |
|---|---|---|---|---|---|
| 25 mm | 0.0 | 0.0 | 0.00% | 100.0% | 100 |
| 19 mm | 344.0 | 338.1 | 5.65% | 94.4% | 97-100 |
| 12.5 mm | 1259.7 | 1238.2 | 20.69% | ~~73.7%~~ | |
| 9.5 mm | 780.7 | 767.4 | 12.82% | 60.8% | 67-79 |
| 4.75 mm | 1343.3 | 1320.3 | 22.06% | 38.8% | 47-59 |
| 4.75 mm minus | 2433.8 | 2320.1 | 38.77% | | |
| Total | 6161.5 | 5984.1 | 99.99% | | |

| Sand Eq. | Clay | Sand | SE |
|---|---|---|---|
| #1 | | | ERR |
| #2 | | | ERR |
| #3 | | | ERR |
| | | Avg. SE | ERR |

| | Washed from Course | | | | Dry No. 4 Minus | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sieve Size | Mass Dry | % Retained | % Passing | Sub Tot % | Mass Dry | % Retained | % Passing | Sub Tot % | Total % Passing | Specifications |
| 4.75 mm | 3434.7 | 93.7% | 6.3% | 3.8% | 0.0 | 0.0% | 100.0% | 38.78% | 42.6% | 47-59(7) |
| 2.00 mm | 71.2 | 1.9% | 4.3% | 2.6% | 182.2 | 33.3% | 66.8% | 25.89% | 28.5% | |
| .425 mm | 2.0 | 0.1% | 4.3% | 2.6% | 145.2 | 26.5% | 40.3% | 15.61% | 18.2% | 12-21(4) |
| 150 um | 13.0 | 0.4% | 3.9% | 2.4% | 55.9 | 10.2% | 30.1% | 11.65% | 14.1% | |
| 75 um | 53.4 | 1.5% | 2.5% | 1.5% | 52.8 | 9.6% | 20.4% | 7.91% | 9.4% | 0-10 |
| Pan | ~~35.6~~ | | | | ~~20.6~~ | | | | | |
| Mass P-75 | ~~54.0~~ | | | | ~~91.5~~ | | | | | |
| Total P-75 | 89.6 | 2.5% | | | 112.1 | 20.5% | | | | |
| Orig. Dry Mass | 3663.9 | 100.0% | | | 547.9 | 100.0% | | | | |

| | | | |
|---|---|---|---|
| SAMPLE WT | 711.00 | | |
| FRACTURE WT | 671.60 | | |
| % FRACTURE | 94.5 | | |
| | | | |
| | | | |

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WA PFH 158-1(2) Source: STA. 22+740 RT. LANE Sample no.: (2) 1✓

Sample of: 30101 Quantity represented: 6149 Lot no.: 2

Sampled by: SJW Date: 8/22/02 Tested by: MS/SJW Date: 8/22/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2245.2 | 708.4 |
| Mass of dry aggregate | 2196.2 | 666.9 |
| Mass of water | 49.0 | 41.5 |
| Moisture (%) | 2.23 | 6.22 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3189.6 | 756.8 |
| Mass of dry aggregate | 3120.0 | 712.5 |
| Mass of washed dry aggregate | 2999.6 | 577.9 |
| Mass of 75 µm minus | 120.4 | 134.6 |

REMARKS:

F.F. = (570.9 + 170.8/2) / 765.9 = 85.7%

SEP = 49 / (9.4 + 25) = 1.424

TOTAL INITIAL – 6289.90

| Coarse Aggregate Sieve Size | Retained | | | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| | Mass Wet | Mass Dry | % | | |
| mm | | | | ✓ | |
| 37.5 mm | | | | | 100 |
| 25.0 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.0 mm | 567.40 | 555.02 | 9.1 | 90.9 | – |
| 12.5 mm | 1528.80 | 1495.45 | 24.6 | 66.3 | – |
| 9.5 mm | 862.60 | 843.78 | 13.9 | 52.4 | 56-70 |
| 4.75 mm | 1370.10 | 1340.21 | 22.0 | 30.4 | |
| 4.75 mm minus | 1960.20 | 1845.42 | 30.4 | | |
| Total sample mass | 6289.10 | 6079.88 | 100.0 | | CHECK |

| Fine Aggregate Sieve Size | WASHED FROM COARSE | | | | DRY 4.75 mm MINUS | | | | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | | |
| | | ✓ | | | ✓ | | | | | |
| 4.75 mm | 2876.4 | 92.2 | 7.8 | 5.4 [5.5] | 0 | 0 | 100.0 | 30.4 | 35.8 | 39-53 |
| 2.00 | 48.8 | 1.6 | 6.2 [6.3] | 4.3 [4.2] | 242.8 | 34.1 | 65.9 | 20.0 | 24.3 | – |
| 0.425 | 2.0 | 0.1 | 6.1 [6.2] | 4.2 [4.3] | 185.8 | 26.1 | 39.8 | 12.1 | 16.3 | 12-21 |
| 0.150 | 11.8 | 0.4 | 5.7 [5.8] | 4.0 [4.1] | 70.9 | 9.9 [10.0] | 29.9 | 9.1 | 13.1 | – |
| 0.075 | 39.6 | 1.3 | 4.4 [4.6] | 3.1 [3.2] | 66.1 | 9.3 | 20.6 | 6.3 | 9.4 | 10 MAX |
| Pan | 21.7 | | | | 12.6 | | | | | |
| Mass P-75 | 120.4 | [illegible] | | | 134.6 | 19 | | | | |
| Total P-75 | 142.1 | 4.6 | | | 147.2 | 20.7 | | | | |
| Orig. dry mass | 3120.7 | | | | 712.8 | | | | | |

Form FHWA 1621 (Rev 10-96)

Rec'd Inv. 8/22/02 JMA

By L. Persoon 8/25/02

| | | | | | |
|---|---|---|---|---|---|
| Sample | 30101 2 2 | | Fractures | | (50% min.) |
| Date | 08/22/02 | | Sand Eq. | 49.0 | |
| Location | Sta 22+740 RT | | SEP | 1.422 | (1.000 min.) |

| Sieve Size | 30101 2 2 | Low Spec | High Spec | FHWA |
|---|---|---|---|---|
| 37.5 mm | | | | |
| 25 mm | | | | |
| 19 mm | | | | |
| 9.5 mm | | | | |
| 9.5 mm | 52.4% | 58% | 70% | |
| 4.75 mm | 35.8% | 34% | 48% | |
| 425 um | 16.4% | 12% | 20% | |
| 75 um | 9.5% | 0% | 10% | |

| Moisture Content | Course | Fine | 75 umCntnt | Coarse | Fine |
|---|---|---|---|---|---|
| Mass Wet Aggr. | 2245.2 | 708.4 | Ma. Wet Aggr | 3189.6 | 756.8 |
| Mass Dry Aggr. | 2196.2 | 666.9 | Ma. Dry Aggr. | 3120.0 | 712.5 |
| Mass of Water | 49.0 | 41.5 | Ma. W Dr Agg | 2999.6 | 577.9 |
| Moisture % | 2.23 | 6.22 | Ma. .075 - | 120.4 | 134.6 |

| Sieve Size | Mass Wet | Mass Dry | % Retained | Total % Passing | Specifications |
|---|---|---|---|---|---|
| 25 mm | 0.0 | 0.0 | 0.00% | 100.0% | 100 |
| 19 mm | 567.4 | 555.0 | 9.13% | 90.9% | 97-100 |
| 12.5 mm | 1528.8 | 1495.5 | 24.60% | ~~66.3%~~ | |
| 9.5 mm | 862.6 | 843.8 | 13.88% | 52.4% | 67-79 |
| 4.75 mm | 1370.1 | 1340.2 | 22.04% | 30.4% | 47-59 |
| 4.75 mm minus | 1960.2 | 1845.4 | 30.35% | | |
| Total | 6289.1 | 6079.9 | 100.00% | | |

| Sand Eq. | Clay | Sand | SE |
|---|---|---|---|
| #1 | 4.9 | 2.4 | 49 |
| #2 | 4.8 | 2.4 | 50 |
| #3 | 4.7 | 2.2 | 47 |
| | | Avg. SE | 49.0 |

| | Washed from Course | | | | Dry No. 4 Minus | | | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sieve Size | Mass Dry | % Retained | % Passing | Sub Tot % | Mass Dry | % Retained | % Passing | Sub Tot % | % Passing | Specifications |
| 4.75 mm | 2876.4 | 92.2% | 7.8% | 5.5% | 0.0 | 0.0% | 100.0% | 30.35% | 35.8% | 47-59(7) |
| 2.00 mm | 48.8 | 1.6% | 6.3% | 4.4% | 242.8 | 34.1% | 65.9% | 20.01% | 24.4% | |
| .425 mm | 2.0 | 0.1% | 6.2% | 4.3% | 185.8 | 26.1% | 39.9% | 12.10% | 16.4% | 12-21(4) |
| 150 um | 11.8 | 0.4% | 5.8% | 4.1% | 70.9 | 10.0% | 29.9% | 9.08% | 13.1% | |
| 75 um | 39.6 | 1.3% | 4.6% | 3.2% | 66.1 | 9.3% | 20.7% | 6.27% | 9.5% | 0-10 |
| Pan | ~~21.7~~ | | | | ~~12.6~~ | | | | | |
| Mass P-75 | ~~120.4~~ | | | | ~~134.6~~ | | | | | |
| Total P-75 | 142.1 | 4.6% | | | 147.2 | 20.7% | | | | |
| Orig. Dry Mass | 3120.7 | 100.0% | | | 712.8 | 100.0% | | | | |

| | | | |
|---|---|---|---|
| SAMPLE WT | 765.90 | | |
| FRACTURE WT | 656.30 | | |
| % FRACTURE | 85.7 | | |
| | | | |
| | | | |

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WA PFH 158-1(2) Source: RT. LANE STA. 22+740 Sample no.: (3) 2R

Sample of: 30101 Quantity represented: 7297 tons Lot no.: 2

Sampled by: SJW Date: 8/22/02 12:45 pm Tested by: MS / SJW Date: 8/22/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2483.4 | 730.7 |
| Mass of dry aggregate | 2433.0 | 694.2 |
| Mass of water | 50.4 | 36.5 |
| Moisture (%) | 2.07 | 5.26 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3293.2 | 628.6 |
| Mass of dry aggregate | 3226.4 | 597.2 |
| Mass of washed dry aggregate | 3096.2 | 480.3 |
| Mass of 75 μm minus | 130.2 | 116.9 |

REMARKS:

INITIAL TOTAL — 6236.0

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.5 mm | | | | | 100 |
| 25.0 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.0 mm | 75.90 | 74.36 | 1.2 | 98.8 | – |
| 12.5 mm | 896.70 | 878.51 | 14.6 | 84.2 | – |
| 9.5 mm | 799.20 | 782.99 | 13.0 | 71.2 | 56-70 |
| 4.75 mm | 1529.50 | 1498.48 | 24.9 | 46.3 | |
| 4.75 mm minus | 2933.80 | 2787.19 | 46.3 | | |
| Total sample mass | 6235.10 | 6021.53 | 100.0 | | CHECK |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 2956.1 | 91.6 | 8.4 | 4.5 | 0 | 0 | 100.0 | 46.3 | 50.8 | 39-53 |
| 2.00 | 67.1 | 2.1 | 6.3 | 3.4 | 197.1 | 33.0 | 67.0 | 31.0 | 34.4 | – |
| 0.425 | 2.6 | 0.1 | 6.2 | 3.3 | 154.7 | 25.9 | 41.1 | 19.0 | 22.3 | 12-21 |
| 0.150 | 8.5 | 0.3 | 5.9 | 3.2 | 58.4 | 9.8 | 31.3 | 14.5 | 17.7 | – |
| 0.075 | 34.5 | 1.1 | 4.8 | 2.6 | 58.3 | 9.8 | 21.5 | 10.0 | 12.6 | 10 max |
| Pan | 27.2 | | | | 12.0 | | | | | |
| Mass P-75 | 130.2 | | | | 116.9 | | | | | |
| Total P-75 | 157.4 | 4.9 | | | 128.9 | 21.6 | | | | |
| Orig. dry mass | 3226.4 | | | | 597.4 | | | | | |

Form FHWA 1621 (Rev 10-96)

Vby L. Persoon 8/25/02

| | | | | | |
|---|---|---|---|---|---|
| Sample | 30101 2 3 | | Fractures | | (50% min.) |
| Date | 08/22/02 | | Sand Eq. | ERR | |
| Location | ????? | | SEP | ERR | (1.000 min.) |

| Sieve Size | 30101 2 3 | Low Spec | High Spec | FHWA |
|---|---|---|---|---|
| 37.5 mm | | | | |
| 25 mm | | | | |
| 19 mm | | | | |
| 9.5 mm | | | | |
| 9.5 mm | 71.2% | 58% | 70% | |
| 4.75 mm | 50.8% | 34% | 48% | |
| 425 um | 22.4% | 12% | 20% | |
| 75 um | 12.6% | 0% | 10% | |

| Moisture Content | Course | Fine | 75 umCntnt | Coarse | Fine |
|---|---|---|---|---|---|
| Mass Wet Aggr. | 2483.4 | 730.7 | Ma. Wet Aggr | 3293.2 | 628.6 |
| Mass Dry Aggr. | 2433.0 | 694.2 | Ma. Dry Aggr. | 3226.4 | 597.2 |
| Mass of Water | 50.4 | 36.5 | Ma. W Dr Agg | 3096.2 | 480.3 |
| Moisture % | 2.07 | 5.26 | Ma. .075 - | 130.2 | 116.9 |

| Sieve Size | Mass Wet | Mass Dry | % Retained | Total % Passing | Specifications |
|---|---|---|---|---|---|
| 25 mm | 0.0 | 0.0 | 0.00% | 100.0% | 100 |
| 19 mm | 75.9 | 74.4 | 1.23% | 98.8% | 97-100 |
| 12.5 nn | 896.7 | 878.5 | 14.59% | ~~84.2%~~ | |
| 9.5 mm | 799.2 | 783.0 | 13.00% | 71.2% | 67-79 |
| 4.75 mm | 1529.5 | 1498.5 | 24.89% | 46.3% | 47-59 |
| 4.75 mm minus | 2933.8 | 2787.2 | 46.29% | | |
| Total | 6235.1 | 6021.5 | 100.00% | | |

| Sand Eq. | Clay | Sand | SE |
|---|---|---|---|
| #1 | | | ERR |
| #2 | | | ERR |
| #3 | | | ERR |
| | | Avg. SE | ERR |

| | Washed from Course | | | | Dry No. 4 Minus | | | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sieve Size | Mass Dry | % Retained | % Passing | Sub Tot % | Mass Dry | % Retained | % Passing | Sub Tot % | % Passing | Specifications |
| 4.75 mm | 2956.1 | 91.6% | 8.4% | 4.5% | 0.0 | 0.0% | 100.0% | 46.29% | 50.8% | 47-59(7) |
| 2.00 mm | 67.1 | 2.1% | 6.3% | 3.4% | 197.1 | 33.0% | 67.0% | 31.02% | 34.4% | |
| .425 mm | 2.6 | 0.1% | 6.2% | 3.3% | 154.7 | 25.9% | 41.1% | 19.03% | 22.4% | 12-21(4) |
| 150 um | 8.5 | 0.3% | 6.0% | 3.2% | 58.4 | 9.8% | 31.3% | 14.50% | 17.7% | |
| 75 um | 34.5 | 1.1% | 4.9% | 2.6% | 58.3 | 9.8% | 21.6% | 9.98% | 12.6% | 0-10 |
| Pan | ~~27.2~~ | | | | ~~12.0~~ | | | | | |
| Mass P-75 | ~~130.2~~ | | | | ~~116.9~~ | | | | | |
| Total P-75 | 157.4 | 4.9% | | | 128.9 | 21.6% | | | | |
| Orig. Dry Mass | 3226.2 | 100.0% | | | 597.4 | 100.0% | | | | |

| | | | |
|---|---|---|---|
| SAMPLE WT | | | |
| FRACTURE WT | | | |
| % FRACTURE | ERR | | |
| | | | |
| | | | |