U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

FAXED @ 6:05 pm 8/22/02

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WA PFH 158-1(2) Source: L. LANE STA - 23+400 Sample no.: (4) 3r

Sample of: 30101 Quantity represented: 8492 tons Lot no.: 2

Sampled by: SJW Date: 8/22/02 4:15 Tested by: MS / SJW Date: 8/22/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 3264.5 | 592.3 |
| Mass of dry aggregate | 3209.1 | 564.8 |
| Mass of water | 55.4 | 27.5 |
| Moisture (%) | 1.73 | 4.87 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3466.9 | 572.1 |
| Mass of dry aggregate | 3407.9 | 545.5 |
| Mass of washed dry aggregate | 3266.1 | 437.1 |
| Mass of 75 μm minus | 141.8 | 108.4 |

REMARKS:

INITIAL WT — 5975.5

| Coarse Aggregate Sieve Size | Retained | | | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| | Mass Wet | Mass Dry | % | | |
| mm | | | | | |
| 37.5 mm | | | | | 100 |
| 25.0 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.0 mm | 173.90 | 170.94 | 3.0 | 97.0 | – |
| 12.5 mm | 1115.10 | 1096.14 | 18.9 | 78.1 | – |
| 9.5 mm | 685.10 | 673.45 | 11.6 | 66.5 | 56-70 |
| 4.75 mm | 1493.90 | 1468.50 | 25.3 | 41.2 | |
| 4.75 mm minus | 2560.80 | 2384.67 | 41.2 | | |
| Total sample mass | 5968.80 | 5793.70 | 100.0 | | |

check

| Fine Aggregate Sieve Size | WASHED FROM COARSE | | | | DRY 4.75 mm MINUS | | | | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | Retained | | Percent Passing | Adjusted (%) Passing | Retained | | Percent Passing | Adjusted (%) Passing | | |
| | Mass Dry | % | | | Mass Dry | % | | | | |
| | | · | ✓ | ✓ | | | | | | |
| 4.75 mm | 3077.4 | 90.3 | 9.7 | 5.7 | 0 | 0 | 100.0 | 41.2 .16 | 46.9 | 39-53 |
| 2.00 | 106.5 | 3.1 | 6.6 | 3.9 | 183.0 | 33.5 | 66.5 | 27.4 .3 | 31.3 .2 | – |
| 0.425 | 1.8 | 0.1 | 6.5 | 3.8 | 139.4 | 25.5 | 41.0 | 16.9 .85 | 20.7 . | 12-21 |
| 0.150 | 11.1 | 0.3 | 6.2 | 3.6 | 52.6 | 9.6 | 31.4 | 12.9 .88 | 16.5 | – |
| 0.075 | 45.2 | 1.3 | 4.9 | 2.9 | 52.1 | 9.5 | 21.9 | 9.0 8.96 | 11.9 .8 | 10 MAX |
| Pan | 24.2 | | | | 10.4 | | | | | |
| Mass P-75 | 141.8 | | | | 108.4 | | | | | |
| Total P-75 | 166.0 | 4.9 | | | 118.8 | 21.8 | | | | |
| Orig. dry mass | 3408.0 | | | | 545.9 | | | | | |

Form FHWA 1621 (Rev 10-96)

✓by L. Persoon 8/25/02

| | |
|---|---|
| Sample | 30101 2 4 |
| Date | 08/22/02 |
| Location | Sta 23+400 LT |

| | | |
|---|---|---|
| Fractures | | (50% min.) |
| Sand Eq. | ERR | |
| SEP | ERR | (1.000 min.) |

| Sieve Size | 30101 2 4 | Low Spec. | High Spec | FHWA |
|---|---|---|---|---|
| 37.5 mm | | | | |
| 25 mm | | | | |
| 19 mm | | | | |
| 9.5 mm | | | | |
| 9.5 mm | 66.5% | 58% | 70% | |
| 4.75 mm | 46.9% | 34% | 48% | |
| 425 um | 20.7% | 12% | 20% | |
| 75 um | 11.8% | 0% | 10% | |

| Moisture Content | Course | Fine | 75 umCntnt | Coarse | Fine |
|---|---|---|---|---|---|
| Mass Wet Aggr. | 3264.5 | 592.3 | Ma. Wet Aggr | 3466.9 | 572.1 |
| Mass Dry Aggr. | 3209.1 | 564.8 | Ma. Dry Aggr. | 3407.9 | 545.5 |
| Mass of Water | 55.4 | 27.5 | Ma. W Dr Agg | 3266.1 | 437.1 |
| Moisture % | 1.73 | 4.87 | Ma. .075 - | 141.8 | 108.4 |

| Sieve Size | Mass Wet | Mass Dry | % Retained | Total % Passing | Specifications |
|---|---|---|---|---|---|
| 25 mm | 0.0 | 0.0 | 0.00% | 100.0% | 100 |
| 19 mm | 173.9 | 170.9 | 2.95% | 97.1% | 97-100 |
| 12,5 nn | 1115.1 | 1096.1 | 18.92% | ~~78.1%~~ | |
| 9.5 mm | 685.1 | 673.5 | 11.62% | 66.5% | 67-79 |
| 4.75 mm | 1493.9 | 1468.5 | 25.35% | 41.2% | 47-59 |
| 4.75 mm minus | 2500.8 | 2384.7 | 41.16% | | |
| Total | 5968.8 | 5793.7 | 100.00% | | |

| Sand Eq. | Clay | Sand | SE |
|---|---|---|---|
| #1 | | | ERR |
| #2 | | | ERR |
| #3 | | | ERR |
| | | Avg. SE | ERR |

| | Washed from Course | | | | Dry No. 4 Minus | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sieve Size | Mass Dry | % Retained | % Passing | Sub Tot % | Mass Dry | % Retained | % Passing | Sub Tot % | Total % Passing | Specifications |
| 4.75 mm | 3077.4 | 90.3% | 9.7% | 5.7% | 0.0 | 0.0% | 100.0% | 41.16% | 46.9% | 47-59(7) |
| 2.00 mm | 106.5 | 3.1% | 6.6% | 3.9% | 183.0 | 33.5% | 66.5% | 27.36% | 31.2% | |
| .425 mm | 1.8 | 0.1% | 6.5% | 3.8% | 139.4 | 25.5% | 40.9% | 16.85% | 20.7% | 12-21(4) |
| 150 um | 11.1 | 0.3% | 6.2% | 3.6% | 52.6 | 9.6% | 31.3% | 12.88% | 16.5% | |
| 75 um | 45.2 | 1.3% | 4.9% | 2.9% | 52.1 | 9.5% | 21.8% | 8.96% | 11.8% | 0-10 |
| Pan | ~~24.2~~ | | | | ~~10.4~~ | | | | | |
| Mass P-75 | ~~141.8~~ | | | | ~~108.4~~ | | | | | |
| Total P-75 | 166.0 | 4.9% | | | 118.8 | 21.8% | | | | |
| Orig. Dry Mass | 3408.0 | 100.0% | | | 545.9 | 100.0% | | | | |

| | | | |
|---|---|---|---|
| SAMPLE WT | | | |
| FRACTURE WT | | | |
| % FRACTURE | ERR | | |
| | | | |
| | | | |

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: Flowery Trail Road  Source: Sta 24+022 R. Lane  Sample no.: 5

Sample of: 30101  Quantity represented: 9785  Lot no.: 2

Sampled by: Dusty (DeAtley)  Date: 8/27/02 11:45 AM  Tested by: SJW  Date: 8/27/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 1755.0 | 552.8 |
| Mass of dry aggregate | 1712.3 | 517.6 |
| Mass of water | 42.7 | 35.2 |
| Moisture (%) | 2.5 (2.49) | 6.8 (6.80) |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 1758.9 | 556.6 |
| Mass of dry aggregate | 1716.0 (2) | 521.2 |
| Mass of washed dry aggregate | 1641.7 | 431.1 |
| Mass of 75 µm minus | 74.3 (5) | 90.1 |

REMARKS:
Started – 12:55 AM
Finished – 3:10 PM
FAXED – 3:20 PM

SEP = 42 / (11.7+25) = 1.144

Frac = (1009.4 + 106.2/2) / 1191.2 = 89.2%
= 89.

Intial WT = 5793.5

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.5 mm | 0.0 | 0.0 | 0.0 | 100.0 | 100 |
| 25.0 mm | 19.0 | 18.5 | 0.3 | 99.7 (.8) | 97-100 |
| 19.0 mm | 184.1 | 179.6 | 3.2 | 96.5 (.8) | |
| 12.5 mm | 1041.7 | 1016.3 (.4) | 18.3 | 78.2 (.5) | |
| 9.5 mm | 939.5 | 916.6 (.7) | 16.5 | 61.7 (.8) | 56-70 |
| 4.75 mm | 1333.1 | 1300.6 (7) | 23.4 | 38.3 (.5) | |
| 4.75 mm minus | 2264.7 | 2120.5 | 38.2 | | |
| Total sample mass | 5782.1 | 5552.1 | | | |

| Fine Aggregate Sieve Size | Washed From Coarse: Retained Mass Dry | Washed From Coarse: Retained % | Washed From Coarse: Percent Passing | Washed From Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.75 mm | 1556.8 | 90.7 | 9.3 | 5.7 | 0.0 | 0.0 | 100.0 | 38.3 (.5) | 44.0 (.3) | 39-53 |
| -2 2.00 | 24.0 | 1.4 | 7.9 | 4.9 | 162.1 | 31.1 | 68.9 | 26.4 (.53) | 31.3 (.4) | |
| 0.425 | 1.6 | 0.1 | 7.8 (7.9) | 4.8 | 130.4 | 25.0 | 43.9 | 16.8 (.87) | 21.6 (.7) | 12-21 |
| 0.150 | 12.0 | 0.7 | 7.1 (7.2) | 4.4 | 57.4 | 11.0 | 32.9 | 12.6 (.65) | 17.0 (.1) | |
| 0.075 | 29.0 | 1.7 | 5.4 (5.5) | 3.3 (3.4) | 57.3 | 11.0 | 21.9 | 8.4 (.41) | 11.7 (.9) | 10.0 Max |
| Pan | 19.4 | | | | 23.7 | | | | | |
| Mass P-75 | 74.3 | | | | 90.1 | | | | | |
| Total P-75 | 93.7 | 5.5 | | | 113.8 | 21.8 | | | | |
| Orig. dry mass | 1716.0 (1717.1) | | | | 521.2 | | | | | |

Form FHWA 1621 (Rev 10-96)

61.7

Received 3:00 PM 8/28/02 BH.

Reviewed by L. Persson

| | | | | | |
|---|---|---|---|---|---|
| Sample | 30101 2 5 | | Fractures | | (50% min.) |
| Date | 08/27/02 | | Sand Eq. | 42.0 | |
| Location | Sta 24+022 RT | | SEP | 1.142 | (1.000 min.) |
| | Sta 24+340 RT | | | | |

| Sieve Size | 30101 2 5 | Low Spec. | High Spec | FHWA |
|---|---|---|---|---|
| 37.5 mm | | | | |
| 25 mm | | | | |
| 19 mm | | | | |
| 9.5 mm | | | | |
| 9.5 mm | 61.9% | 58% | 70% | |
| 4.75 mm | 44.3% | 34% | 48% | |
| 425 um | 21.7% | 12% | 20% | |
| 75 um | 11.8% | 0% | 10% | |

| Moisture Content | Course | Fine | 75 umCntnt | Coarse | Fine |
|---|---|---|---|---|---|
| Mass Wet Aggr. | 1755.0 | 552.8 | Ma. Wet Aggr | 1758.9 | 556.6 |
| Mass Dry Aggr. | 1712.3 | 517.6 | Ma. Dry Aggr. | 1716.2 | 521.2 |
| Mass of Water | 42.7 | 35.2 | Ma. W Dr Agg | 1641.7 | 431.1 |
| Moisture % | 2.49 | 6.80 | Ma. .075 - | 74.5 | 90.1 |

| Sieve Size | Mass Wet | Mass Dry | % Retained | Total % Passing | Specifications |
|---|---|---|---|---|---|
| 25 mm | 19.0 | 18.5 | 0.33% | 100.0% | 100 |
| 19 mm | 184.1 | 179.6 | 3.24% | 96.8% | 97-100 |
| 12,5 nn | 1041.7 | 1016.4 | 18.31% | ~~78.5%~~ | |
| 9.5 mm | 939.5 | 916.7 | 16.51% | 61.9% | 67-79 |
| 4.75 mm | 1333.1 | 1300.7 | 23.43% | 38.5% | 47-59 |
| 4.75 mm minus | 2264.7 | 2120.5 | 38.19% | | |
| Total | 5782.1 | 5552.4 | 100.01% | | |

| Sand Eq. | Clay | Sand | SE |
|---|---|---|---|
| #1 | 5.4 | 2.3 | 43 |
| #2 | 5.2 | 2.1 | 41 |
| #3 | 5.3 | 2.2 | 42 |
| | | Avg. SE | 42.0 |

| | Washed from Course | | | | Dry No. 4 Minus | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sieve Size | Mass Dry | % Retained | % Passing | Sub Tot % | Mass Dry | % Retained | % Passing | Sub Tot % | Total % Passing | Specifications |
| 4.75 mm | 1556.8 | 90.7% | 9.3% | 5.7% | 0.0 | 0.0% | 100.0% | 38.51% | 44.3% | 47-59(7) |
| 2.00 mm | 24.0 | 1.4% | 7.9% | 4.9% | 162.1 | 31.1% | 68.9% | 26.53% | 31.4% | |
| .425 mm | 1.6 | 0.1% | 7.9% | 4.8% | 130.4 | 25.0% | 43.9% | 16.89% | 21.7% | 12-21(4) |
| 150 um | 12.0 | 0.7% | 7.2% | 4.4% | 57.4 | 11.0% | 32.8% | 12.65% | 17.1% | |
| 75 um | 29.0 | 1.7% | 5.5% | 3.4% | 57.3 | 11.0% | 21.8% | 8.41% | 11.8% | 0-10 |
| Pan | ~~19.4~~ | | | | ~~23.7~~ | | | | | |
| Mass P-75 | ~~74.3~~ | | | | ~~90.1~~ | | | | | |
| Total P-75 | 93.7 | 5.5% | | | 113.8 | 21.8% | | | | |
| Orig. Dry Mass | 1717.1 | 100.0% | | | 521.0 | 100.0% | | | | |

| | | | |
|---|---|---|---|
| SAMPLE WT | 1191.30 | | |
| FRACTURE WT | 1062.50 | | |
| % FRACTURE | 89.2 | | |
| | | | |
| | | | |

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: Flowery Trail Road  Source: Sta 24+340 R. Lane  Sample no.: 6

Sample of: 301 01  Quantity represented: 10155  Lot no.: 2

Sampled by: Dusty (DeAtley)  Date: 8/27/02 2:30 PM  Tested by: STW  Date: 8/27/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2123.5 | 561.6 |
| Mass of dry aggregate | 2081.6 | 532.2 |
| Mass of water | 41.9 | 29.4 |
| Moisture (%) | 2.01 | 5.52 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 2051.0 | 514.2 |
| Mass of dry aggregate | 2010.8 (2011.8) | 487.4 (487.3) |
| Mass of washed dry aggregate | 1938.0 | 413.4 |
| Mass of 75 μm minus | 72.8 (73.8) | 74.0 (73.9) |

REMARKS:
Started – 3:40 PM
Finished – 6:10 PM
Faxed – 6:15

$SEP = \frac{44}{11.1 + 25} = 1.219$

$\text{Frac Face} = \frac{1145.5 + \frac{183.9}{2}}{1377.2} = 89.9\%$

Initial WT. – 7366.8

| Coarse Aggregate Sieve Size | Retained: Mass Wet | Retained: Mass Dry | Retained: % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.5 mm | | | | | 100 |
| 25.0 mm | 0.0 | 0.0 (1.9) | 0.0 | 100.0 | 97-100 |
| 19.0 mm | 369.2 | 362.0 (362.6) | 5.1 | 94.1 | |
| 12.5 mm | 1250.3 | 1225.8 (1225.7) | 17.3 | 77.6 | |
| 9.5 mm | 837.5 | 821.0 (821.9) | 11.6 | 66.0 | 56-70 |
| 4.75 mm | 1721.7 | 1687.9 (1687.8) | 23.8 | 42.2 (42.3) | |
| 4.75 mm minus | 3174.3 | 3008.8 (3008.2) | 42.3 | | |
| Total sample mass | 7353.0 | ~~7105.6~~ 7104.6 | | | |

| Fine Aggregate Sieve Size | WASHED FROM COARSE Retained: Mass Dry | Retained: % | Percent Passing | Adjusted (%) Passing | DRY 4.75 mm MINUS Retained: Mass Dry | Retained: % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 1863.2 | 92.7 (92.6) | 7.3 (7.4) | 4.2 (4.3) | 0.0 | 0.0 | 100.0 | 42.2 | 46.4 | 39-53 |
| 2.00 | 29.8 | 1.5 | 5.8 (5.9) | 3.4 (3.44) | 164.5 | 33.8 | 66.2 | 27.9 | 31.5 | |
| 0.425 | 1.1 | 0.1 | 5.7 (5.9) | 3.3 (3.34) | 118.4 | 24.3 | 41.9 | 17.7 | 21.0 | 12-21 |
| 0.150 | 8.1 | 0.4 | 5.3 (5.5) | 3.1 (3.2) | 51.2 | 10.5 | 31.4 | 13.3 | 16.4 | |
| 0.075 | 24.7 | 1.2 | 4.1 (4.2) | 2.4 | 53.2 | 10.9 | 20.5 | 8.7 | 11.1 | 10.0 Max |
| Pan | 12.1 | | | | 26.4 | | | | | |
| Mass P-75 | 72.8 | | | | 74.0 | | | | | |
| Total P-75 | 84.9 | 4.2 | | | 100.4 | 20.6 | | | | |
| Orig. dry mass | ~~2010.8~~ 2011.8 | | | | 487.4 | | | | | |

Form FHWA 1621 (Rev 10-96)

Rec'd Fax 8/27/02 JMZ

Received 3:00 AM 8/28/02 BH

see attached Review
I. Persson 8/29/02

| | |
|---|---|
| Sample | 30101 2 6 |
| Date | 08/27/02 |
| Location | Sta 23+400 LT<br>Sta 24+340 RT |

| | | |
|---|---|---|
| Fractures | | (50% min.) |
| Sand Eq. | 44.0 | |
| SEP | 1.217 | (1.000 min.) |

| Sieve Size | 30101 2 6 | Low Spec. | High Spec | FHWA |
|---|---|---|---|---|
| 37.5 mm | | | | |
| 25 mm | | | | |
| 19 mm | | | | |
| 9.5 mm | | | | |
| 9.5 mm | 66.1% | 58% | 70% | |
| 4.75 mm | 46.6% | 34% | 48% | |
| 425 um | 21.2% | 12% | 20% | |
| 75 um | 11.2% | 0% | 10% | |

| Moisture Content | Course | Fine | 75 umCntnt | Coarse | Fine |
|---|---|---|---|---|---|
| Mass Wet Aggr. | 2123.5 | 561.6 | Ma. Wet Aggr | 2051.0 | 514.2 |
| Mass Dry Aggr. | 2081.6 | 532.2 | Ma. Dry Aggr. | 2010.6 | 487.3 |
| Mass of Water | 41.9 | 29.4 | Ma. W Dr Agg | 1938.0 | 413.4 |
| Moisture % | 2.01 | 5.52 | Ma. .075 - | 72.6 | 73.9 |

| Sieve Size | Mass Wet | Mass Dry | % Retained | Total % Passing | Specifications |
|---|---|---|---|---|---|
| 25 mm | 0.0 | 0.0 | 0.00% | 100.0% | 100 |
| 19 mm | 369.2 | 361.9 | 5.09% | 94.9% | 97-100 |
| 12,5 nn | 1250.3 | 1225.7 | 17.25% | ~~77.7%~~ | |
| 9.5 mm | 837.5 | 821.0 | 11.56% | 66.1% | 67-79 |
| 4.75 mm | 1721.7 | 1687.8 | 23.76% | 42.3% | 47-59 |
| 4.75 mm minus | 3174.3 | 3008.2 | 42.34% | | |
| Total | 7353.0 | 7104.6 | 100.00% | | |

| Sand Eq. | Clay | Sand | SE |
|---|---|---|---|
| #1 | 5.4 | 2.3 | 43 |
| #2 | 5.1 | 2.2 | 44 |
| #3 | 5.4 | 2.3 | 43 |
| | | Avg. SE | 44.0 |

| | Washed from Course | | | | Dry No. 4 Minus | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sieve Size | Mass Dry | % Retained | % Passing | Sub Tot % | Mass Dry | % Retained | % Passing | Sub Tot % | Total % Passing | Specifications |
| 4.75 mm | 1863.2 | 92.6% | 7.4% | 4.3% | 0.0 | 0.0% | 100.0% | 42.34% | 46.6% | 47-59(7) |
| 2.00 mm | 29.8 | 1.5% | 5.9% | 3.4% | 164.5 | 33.7% | 66.3% | 28.06% | 31.5% | |
| .425 mm | 1.1 | 0.1% | 5.9% | 3.4% | 118.4 | 24.3% | 42.0% | 17.78% | 21.2% | 12-21(4) |
| 150 um | 8.1 | 0.4% | 5.5% | 3.2% | 51.2 | 10.5% | 31.5% | 13.33% | 16.5% | |
| 75 um | 24.7 | 1.2% | 4.2% | 2.4% | 53.2 | 10.9% | 20.6% | 8.71% | 11.2% | 0-10 |
| Pan | ~~12.1~~ | | | | ~~26.4~~ | | | | | |
| Mass P-75 | ~~72.8~~ | | | | ~~74.0~~ | | | | | |
| Total P-75 | 84.9 | 4.2% | | | 100.4 | 20.6% | | | | |
| Orig. Dry Mass | 2011.8 | 100.0% | | | 487.7 | 100.0% | | | | |

| | | | |
|---|---|---|---|
| SAMPLE WT | 1377.20 | | |
| FRACTURE WT | 1237.45 | | |
| % FRACTURE | 89.9 | | |
| | | | |
| | | | |

Appendix F

# Appendix F

**Photographs**



10/24/01



10/24/01