

11/04/01



11/04/01




11/16/01



12/2/01



12/6/01


Aggregate D Base stock pile
that sat through the winter
Station 20 + 000
3 28 '02

3/28/02



Government photo - no date



Contractor photo – no date



Contractor photo – no date



Contractor photo – no date



Contractor photo – no date



Contractor photo – no date



8/21/02



8/21/02



8/21/02