U.S. Department
of Transportation
**Federal Highway**
**Administration**

FLOWERY TRAIL ROAD
WA PFH 158-1(2)
107 W Main
Chewelah, WA 99109
(509) 935-7175
FAX (509) 935-7188

Facsimile:

Date: August 221, 2002

Craig Owens, Project Manager
M. A. DeAtley Construction, Inc.
Clarkston, WA 99403

Refer to: DAC114
Reject Lot 1 - 30101

Subject: Flowery Trail Road, WA PFH 158-1(2)
Contract Number DTFH70-01-C-00011

Item 30101 Aggregate Base, Grading D, (Lot 1) Rejected

Dear Mr. Owens:

All of the aggregate base material placed Monday, Tuesday, and Wednesday morning is rejected due to non-conformance with the contract. The mean for the five tests taken is 12.42% passing the 75um (#200) sieve. No one test met the contract requirement of 10% maximum on this sieve.

Section 106.01 outlines the necessary steps in response to rejected work. "As an alternative to removal and replacement, the Contractor may submit a written request…The request shall contain supporting rationale and documentation. Include reference or data justifying the proposal based on an evaluation of test results, effect on service life, value of material or work, quality and other tangible engineering basis…."

The tests taken since noon yesterday when you switched the method of loading out of the stockpile have resulted in an apparent acceptable product. Therefore, beginning yesterday noon, a new lot will be started for statistical evaluation – Lot 2.

To minimize the effect of unacceptable material, I will be requiring that test reports be delivered within 4 hours of sampling.

If you have any questions, I can be reached at (509) 935-7175.

Linda M Persoon
*Linda M Persoon*
Project Engineer

cc: Central files, Brent Coe
Project files: correspondence to contractor