**M.A. DEATLEY**
**CONSTRUCTION, INC.**

P.O. Box 490 • Clarkston, WA 99403 • 509-751-1580 • Fax 509-751-1922

RECEIVED
FHWA-VANCOUVER
03 SEP 23 AM 9:04
MAIL ROOM

September 18, 2003

Mr. William Parsons
Western Federal Lands Highway Division
610 East Fifth Street
Vancouver, WA 98661-3801

RE: Request of Contracting Officers Decision

Dear William:

M.A. DeAtley Construction, Inc. and DeAtley Crushing Company respectfully request the Contracting Officer's Decision on our claim for additional compensation for the Flowery Trail Project #DTFH70-01-C-00011. M.A. DeAtley is asking for the sum of $164,223.55 and our subcontractor, DeAtley Crushing is asking for the sum of $113,610.00 to recover the costs incurred due to the removal of unaccepted Aggregate D Base, reproduction, and replacement with accepted Aggregate D Base. The failing tests indicated a higher than specified percentage of material passing the # 200 sieve. It is M.A. DeAtley's and DeAtley Crushing's contention that the failing tests were a result of the WFLHD's designated source which subsequently caused the Aggregate D Base material to break down in the stockpile between November 2001 and August 2002.

M.A. DeAtley Construction, Inc. and DeAtley Crushing Company used the Government provided source under the guidance of the Standard Specifications, page E-8, section 105.5, paragraph 2. Gradation tests on the materials during crushing operations from the source indicated satisfactory results and retesting of the crushed material several months later from stockpile produced unacceptable gradation test results.

M.A. DeAtley Construction, Inc. and DeAtley Crushing Company retained the services of an independent laboratory to test the WFLHD provided material source. The results of the sodium sulfate soundness tests, used to depict weathering, have shown that the actual source does not meet WFLHD source requirements. These test results indicate that the Geotechnical Report findings on the limited sample were in error. The test results clearly indicate that the degradation of the crushed Aggregate D Base was a result of a poor material source and not the actions of M.A. DeAtley Construction, Inc.

The contract clearly indicates that the risk of providing a suitable source remains with the WFLHD. The existence of a Geotechnical Report that turns out to be in error similarly does not relieve the Government of its responsibility to provide a source that meets source specification. If the source had met the source specifications, the degradation and

weathering of the Aggregate D Base would not have occurred. The crushed Aggregate D Base would have remained within specification, and M.A. DeAtley Construction, Inc. and DeAtley Crushing Company would not have incurred significant additional costs.

To date we have been unable to resolve this issue with members of the WFLHD. Under 52.233-1 DISPUTES (DEC 1998) ALTERNATE I (DECEMBER 1991) we respectfully request your consideration and resolution and decision regarding our claim on or prior to November 26, 2003. To assist with your review, we are attaching a packet of information, test results, and correspondence.

Thank you in advance for your consideration.

Sincerely,

M.A. DeAtley Construction, Inc.

Craig T. Owens
Project Manager

**CERTIFICATION**

As required by the Contract Disputes Act, 49 U.S.C. ‘605 et seq., under the Contract Disputes Act, ‘605(c)(1), the undersigned hereby certifies that this claim is made in good faith, that the supporting data are accurate and complete to the best of my knowledge and belief, that the amount requested accurately reflects the contract adjustment for which M.A. DeAtley Construction, Inc. believes the Government is liable, and that I, Mark DeAtley, President of M.A. DeAtley Construction, Inc. is duly authorized to certify this claim on behalf of M.A. DeAtley Construction, Inc..

M.A. DeAtley Construction, Inc.

By: [signature]
Its: President
Date: September 19, 2003

STATE OF ~~IDAHO~~ Washington )
: ss
County of ~~Nez Perce~~ Asotin )

SUBSCRIBED AND SWORN to before me this 19th day of ~~July~~ September, 2003.

[signature: Carrie A. Johnson]
Print Name: Carrie A. Johnson
Notary Public in and for the State of Washington, Residing at Asotin.
My Appointment Expires: 1-10-06.

CARRIE A. JOHNSON
COMMISSION EXP.
NOTARY PUBLIC
JAN. 10, 2006
STATE OF WASHINGTON

# TABLE OF CONTENTS

**Request of CO Decision September 18, 2003**

**Project Timeline**

**Contentions**

**WFLHD – Contractors Daily Record of Construction Operation**

**Contractor's Daily Quality Control Reports 2001-2002**

**Professional Opinions**

**Correspondence: Contractors and WFLHD**

**Test Data**

Request CO Decision
September 18, 2003

M.A. DEATLEY
CONSTRUCTION, INC.

P.O. Box 490 • Clarkston, WA 99403 • 509-751-1580 • Fax 509-751-1922

RECEIVED
FHWA-VANCOUVER
03 SEP 23 AM 9:04
MAIL ROOM

September 18, 2003

Mr. William Parsons
Western Federal Lands Highway Division
610 East Fifth Street
Vancouver, WA 98661-3801

RE: Request of Contracting Officers Decision

Dear William:

M.A. DeAtley Construction, Inc. and DeAtley Crushing Company respectfully request the Contracting Officer's Decision on our claim for additional compensation for the Flowery Trail Project #DTFH70-01-C-00011. M.A. DeAtley is asking for the sum of $164,223.55 and our subcontractor, DeAtley Crushing is asking for the sum of $113,610.00 to recover the costs incurred due to the removal of unaccepted Aggregate D Base, reproduction, and replacement with accepted Aggregate D Base. The failing tests indicated a higher than specified percentage of material passing the # 200 sieve. It is M.A. DeAtley's and DeAtley Crushing's contention that the failing tests were a result of the WFLHD's designated source which subsequently caused the Aggregate D Base material to break down in the stockpile between November 2001 and August 2002.

M.A. DeAtley Construction, Inc. and DeAtley Crushing Company used the Government provided source under the guidance of the Standard Specifications, page E-8, section 105.5, paragraph 2. Gradation tests on the materials during crushing operations from the source indicated satisfactory results and retesting of the crushed material several months later from stockpile produced unacceptable gradation test results.

M.A. DeAtley Construction, Inc. and DeAtley Crushing Company retained the services of an independent laboratory to test the WFLHD provided material source. The results of the sodium sulfate soundness tests, used to depict weathering, have shown that the actual source does not meet WFLHD source requirements. These test results indicate that the Geotechnical Report findings on the limited sample were in error. The test results clearly indicate that the degradation of the crushed Aggregate D Base was a result of a poor material source and not the actions of M.A. DeAtley Construction, Inc.

The contract clearly indicates that the risk of providing a suitable source remains with the WFLHD. The existence of a Geotechnical Report that turns out to be in error similarly does not relieve the Government of its responsibility to provide a source that meets source specification. If the source had met the source specifications, the degradation and

weathering of the Aggregate D Base would not have occurred. The crushed Aggregate D Base would have remained within specification, and M.A. DeAtley Construction, Inc. and DeAtley Crushing Company would not have incurred significant additional costs.

To date we have been unable to resolve this issue with members of the WFLHD. Under 52.233-1 DISPUTES (DEC 1998) ALTERNATE I (DECEMBER 1991) we respectfully request your consideration and resolution and decision regarding our claim on or prior to November 26, 2003. To assist with your review, we are attaching a packet of information, test results, and correspondence.

Thank you in advance for your consideration.

Sincerely,

M.A. DeAtley Construction, Inc.

Craig T. Owens
Project Manager

M.A. DeAtley Construction, Inc.
Flowery Trail Road
Attach to DeAtley Crushing - Invoice
Period Worked: 9/1/02 - 9/15-02

Aggregate D

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/01 | Abrahamson, James | GL | $ 29.49 | 2.5 | $ 73.73 | | | | $ - | |
| | | | $ 47.14 | 0.5 | $ 23.57 | | | | $ - | |
| | Fisher, Allyn | ED | $ 33.20 | 3.5 | $ 116.20 | 18-152 | 3.5 | $ 31.95 | $ 111.83 | |
| | Glover, David | ED | $ 33.20 | 7 | $ 232.40 | 18-152 | 7.5 | $ 31.95 | $ 239.63 | |
| | | ED | $ 44.84 | 2 | $ 89.68 | 18-152 | | | $ - | |
| | Mattson, Thomas | ED | $ 33.20 | 8 | $ 265.60 | 18-150 | 9 | $ 31.95 | $ 287.55 | |
| | | ED | $ 44.84 | 1 | $ 44.84 | 18-150 | | | $ - | |
| | Willman, Chris | ED | $ 33.20 | 8.5 | $ 282.20 | 18-151 | 8.5 | $ 31.95 | $ 271.58 | |
| | Lacey, Rick | Rental | | | $ - | Truck Only | 8 | $ 55.00 | $ 440.00 | 26 Loads |
| | Lehman, Scott | | | | $ - | Truck Only | 9 | $ 55.00 | $ 495.00 | 38 Loads |
| | Piatt, Chris | Rental | | | $ - | Truck Only | 8.5 | $ 55.00 | $ 467.50 | 35 Loads |
| 11/05/01 | Abrahamson, James | GL | $ 29.49 | 8 | $ 235.92 | | | | $ - | |
| | Fisher, Allyn | ED | $ 33.20 | 7.5 | $ 249.00 | 18-152 | 7 | $ 31.95 | $ 223.65 | |
| | Glover, David | ED | $ 33.20 | 9 | $ 298.80 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | Mattson, Thomas | ED | $ 33.20 | 4.5 | $ 149.40 | 18-150 | 2 | $ 31.95 | $ 63.90 | |
| | Lacey, Rick | Rental | | | $ - | Truck Only | 9 | $ 55.00 | $ 495.00 | 56 Loads |
| | Lehman, Scott | | | | $ - | Truck Only | 10 | $ 55.00 | $ 550.00 | 48 Loads |
| | Willman, Chris | ED | $ 33.20 | 4.5 | $ 149.40 | 18-151 | 4.5 | $ 31.95 | $ 143.78 | |
| 11/06/01 | Lacey, Rick | Rental | | | $ - | Truck Only | 9.5 | $ 55.00 | $ 522.50 | 48 Loads |
| | Lehman, Scott | | | | $ - | Truck Only | 10 | $ 55.00 | $ 550.00 | 59 Loads |
| | Beyer, David | ED | $ 33.20 | 8 | $ 265.60 | 18-150 | 7.5 | $ 31.95 | $ 239.63 | |
| | Fisher, Allyn | ED | $ 33.20 | 9.5 | $ 315.40 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | Mattson, Thomas | ED | $ 33.20 | 1.5 | $ 49.80 | 18-150 | 1.5 | $ 31.95 | $ 47.93 | |
| | Speelmon, Douglas | GL | $ 29.49 | 6 | $ 176.94 | | | | $ - | |
| | Abrahamson, James | GL | $ 29.49 | 8 | $ 235.92 | | | | $ - | |
| 11/07/01 | Lacey, Rick | Rental | | | $ - | Truck Only | 9 | $ 55.00 | $ 495.00 | 55 Loads |
| | Lehman, Scott | | | | $ - | Truck Only | 11 | $ 55.00 | $ 605.00 | 72 Loads |
| | Fisher, Allyn | ED | $ 33.20 | 9.5 | $ 315.40 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | Glover, David | ED | $ 33.20 | 9 | $ 298.80 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | Lodi, Stephen | B2 | $ 34.21 | 1.5 | $ 51.32 | 1-302 Grader | 1.5 | $ 60.69 | $ 91.04 | |
| | Speelmon, Douglas | GL | $ 29.49 | 5.5 | $ 162.20 | | | | $ - | |
| | Willman, Chris | ED | $ 33.20 | 9 | $ 298.80 | 18-151 | 7 | $ 31.95 | $ 223.65 | |
| | Abrahamson, James | GL | $ 29.49 | 8 | $ 235.92 | | | | $ - | |
| 11/08/01 | Clark, Mark | ED | $ 33.20 | 1 | $ 33.20 | 18-060 | 1 | $ 31.95 | $ 31.95 | |
| | Lacey, Rick | Rental | | | $ - | Truck Only | 8 | $ 55.00 | $ 440.00 | 45 Loads |
| | Lehman, Scott | | | | $ - | Truck Only | 10 | $ 55.00 | $ 550.00 | 43 Loads |
| | Piatt, Chris | Rental | | | $ - | Truck Only | 4.5 | $ 55.00 | $ 247.50 | 18 Loads |
| | Fisher, Allyn | ED | $ 33.20 | 8 | $ 265.60 | 18-152 | 7.5 | $ 31.95 | $ 239.63 | |
| | Lodi, Stephen | B2 | $ 34.21 | 2 | $ 68.42 | 1-301 Grader | 2 | $ 60.59 | $ 121.18 | |
| | Mattson, Thomas | ED | $ 33.20 | 1.5 | $ 49.80 | 18-150 | 1.5 | $ 31.95 | $ 47.93 | |
| | Speelmon, Douglas | GL | $ 29.49 | 2.5 | $ 73.73 | | | | $ - | |
| | | GL | $ 40.56 | 3 | $ 121.68 | | | | $ - | |
| | White, Marty | ED | $ 33.20 | 1 | $ 33.20 | 18-060 | 3.5 | $ 31.95 | $ 111.83 | |

**M.A. DeAtley Construction, Inc.**
**Flowery Trail Road**
**Attach to DeAtley Crushing - Invoice**
**Period Worked: 9/1/02 - 9/15-02**

Aggregate D

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ED | $ 44.84 | 3 | $ 134.52 | 18-060 | | | $ - | |
| | Willman, Chris | ED | $ 33.20 | 7.5 | $ 249.00 | 18-152 | 7 | $ 31.95 | $ 223.65 | |
| | Abrahamson, James | GL | $ 29.49 | 12 | $ 353.88 | | | | $ - | |
| | Beyer, David | ED | $ 33.20 | 8 | $ 265.60 | 18-150 | 5 | $ 31.95 | $ 159.75 | |
| 11/09/01 | Lacey, Rick | Rental | | | $ - | Truck Only | 11.5 | $ 55.00 | $ 632.50 | 53 Loads |
| | Piatt, Chris | Rental | | | $ - | Truck Only | 3.5 | $ 55.00 | $ 192.50 | 8 Loads |
| | Fisher, Allyn | ED | $ 33.20 | 1.5 | $ 49.80 | | | | $ - | |
| | | ED | $ 44.84 | 8 | $ 358.72 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | Glover, David | ED | $ 33.20 | 3 | $ 99.60 | 18-152 | 3 | $ 31.95 | $ 95.85 | |
| | Mattson, Thomas | ED | $ 33.20 | 3 | $ 99.60 | 18-150 | 3 | $ 31.95 | $ 95.85 | |
| | | ED | $ 44.84 | 7 | $ 313.88 | 18-150 | 7 | $ 31.95 | $ 223.65 | |
| | White, Marty | ED | $ 44.84 | 3.5 | $ 156.94 | 18-060 | 3 | $ 31.95 | $ 95.85 | |
| | Abrahamson, James | GL | $ 29.49 | 4 | $ 117.96 | | | | $ - | |
| | | GL | $ 40.56 | 5.5 | $ 223.08 | | | | $ - | |
| | Beyer, David | ED | $ 44.84 | 3 | $ 134.52 | 18-150 | 3 | $ 31.95 | $ 95.85 | |
| 11/12/01 | Abrahamson, James | GL | $ 29.49 | 13 | $ 383.37 | | | | $ - | |
| | Beyer, David | ED | $ 33.20 | 10 | $ 332.00 | 18-150 | 9.5 | $ 31.95 | $ 303.53 | |
| | Glover, David | ED | $ 33.20 | 10 | $ 332.00 | 18-152 | 10 | $ 31.95 | $ 319.50 | |
| | White, Marty | ED | $ 33.20 | 2.5 | $ 83.00 | 18-060 | 2.5 | $ 31.95 | $ 79.88 | |
| | Piatt, Chris | Rental | | | $ - | Truck Only | 2 | $ 55.00 | $ 110.00 | 11 Loads |
| 11/13/01 | Abrahamson, James | GL | $ 29.49 | 7 | $ 206.43 | | | | $ - | |
| 08/28/02 | Smith, Alan | D1 | $ 34.21 | 5 | $ 171.05 | 6-303 Dozer | 4 | $ 131.35 | $ 525.40 | |
| | Lodi, Stephen | H1 | $ 34.52 | 10 | $ 345.20 | 25-303 Excav. | 6 | $ 134.79 | $ 808.74 | |
| | Beyer, David | TB | $ 33.32 | 10 | $ 333.20 | 18-806 | 10 | $ 41.18 | $ 411.80 | |
| | | | | | $ - | 20-226 | 10 | $ 9.94 | $ 99.40 | |
| | Colson, Ken | TB | $ 33.32 | 10 | $ 333.20 | 18-807 | 10 | $ 41.18 | $ 411.80 | |
| | | | | | $ - | 20-230 | 10 | $ 9.94 | $ 99.40 | |
| | Willman, Chris | ED | $ 33.20 | 3 | $ 99.60 | 18-151 | 3 | $ 31.95 | $ 95.85 | |
| | Fisher, Allyn | ED | $ 33.20 | 2 | $ 66.40 | 18-152 | 2 | $ 31.95 | $ 63.90 | |
| 08/29/02 | Smith, Alan | D1 | $ 34.21 | 7 | $ 239.47 | 6-303 Dozer | 7 | $ 131.35 | $ 919.45 | |
| | Lodi, Stephen | H1 | $ 34.52 | 6.5 | $ 224.38 | 25-303 Excav. | 6.5 | $ 134.79 | $ 876.14 | |
| | Beyer, David | TB | $ 33.32 | 7 | $ 233.24 | 18-806 | 7 | $ 41.18 | $ 288.26 | |
| | | | | | $ - | 20-226 | 7 | $ 9.94 | $ 69.58 | |
| | Colson, Ken | TB | $ 33.32 | 7 | $ 233.24 | 18-807 | 7 | $ 41.18 | $ 288.26 | |
| | | | | | $ - | 20-230 | 7 | $ 9.94 | $ 69.58 | |
| | Sumner, Joe | TB | $ 33.32 | 7 | $ 233.24 | 18-140 | 7 | $ 41.18 | $ 288.26 | |
| | | | | | $ - | 20-231 | 7 | $ 9.94 | $ 69.58 | |
| | Fisher, Allyn | ED | $ 33.20 | 4 | $ 132.80 | 18-152 | 4 | $ 31.95 | $ 127.80 | |
| 08/30/02 | Abrahamson, James | L1 | $ 34.21 | 3.5 | $ 119.74 | 450 Loader | 3.5 | $ 71.10 | $ 248.85 | |
| | Bishop, Dennis | H1 | $ 34.52 | 4 | $ 138.08 | Cat 320 Excav. | 3 | $ 63.92 | $ 191.76 | |
| | Jensen, Michael | B2 | $ 34.21 | 2 | $ 68.42 | 1-301 Grader | 2 | $ 60.59 | $ 121.18 | |
| | Mays, Diane | S1 | $ 34.21 | 8 | $ 273.68 | 8-309 Scraper | 6 | $ 152.94 | $ 917.64 | |
| 09/03/02 | Grove Enterprises | Rental | | | $ - | Truck and Pup | 10.5 | $ 70.00 | $ 735.00 | |

M.A. DeAtley Construction, Inc.
Flowery Trail Road
Attach to DeAtley Crushing - Invoice
Period Worked: 9/1/02 - 9/15-02

Aggregate D

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | Grove, Jereme | Rental | | | $ - | Truck and Pup | 10 | $ 70.00 | $ 700.00 | |
| | Lacey, Rick | Rental | | | $ - | Truck and Pup | 10 | $ 70.00 | $ 700.00 | |
| | Maresca, Pete | Rental | | | $ - | Truck and Pup | 10 | $ 70.00 | $ 700.00 | |
| | Piatt, Chris | Rental | | | $ - | Truck and Pup | 10 | $ 70.00 | $ 700.00 | |
| | Reijonen, Steve | Rental | | | $ - | Truck and Pup | 9 | $ 70.00 | $ 630.00 | |
| | Abrahamson, James | L1 | $ 34.21 | 10 | $ 342.10 | 450 Loader | 10 | $ 71.10 | $ 711.00 | |
| | Beyer, David | TB | $ 33.32 | 10 | $ 333.20 | 18-807 | 10 | $ 41.18 | $ 411.80 | |
| | | | | | $ - | 20-226 | 10 | $ 9.94 | $ 99.40 | |
| | Clark, Mark | TP | $ 33.52 | 10.5 | $ 351.96 | 18-060 | 10.5 | $ 31.95 | $ 335.48 | |
| | | | | | $ - | 20-062 | 10.5 | $ 11.22 | $ 117.81 | |
| | Colsen, Ken | TB | $ 33.32 | 10.5 | $ 349.86 | 18-806 | 10.5 | $ 41.18 | $ 432.39 | |
| | | | | | $ - | 20-230 | 10.5 | $ 9.94 | $ 104.37 | |
| | Fisher, Allyn | ED | $ 33.20 | 10 | $ 332.00 | 18-152 | 10 | $ 31.95 | $ 319.50 | |
| | Hansen, Gene | D1 | $ 34.21 | 4 | $ 136.84 | 6-301 Dozer | 4 | $ 54.70 | $ 218.80 | |
| | | L1 | $ 34.21 | 2 | $ 68.42 | 950G Loader | 2 | $ 47.39 | $ 94.78 | |
| | Kyle, Dale | B2 | $ 34.21 | 10.5 | $ 359.21 | 160H Grader | 10.5 | $ 56.70 | $ 595.35 | |
| | Leslie, Richard | TB | $ 33.32 | 10.5 | $ 349.86 | 18-808 | 10.5 | $ 41.18 | $ 432.39 | |
| | | | | | $ - | 20-234 | 10.5 | $ 9.94 | $ 104.37 | |
| | Lodi, Stephen | B2 | $ 34.21 | 10.5 | $ 359.21 | 1-301 Grader | 10.5 | $ 60.59 | $ 636.20 | |
| | | | | | $ - | | | | $ - | |
| | Mattson, Thomas | TP | $ 33.52 | 11 | $ 368.72 | 18-150 | 11 | $ 31.95 | $ 351.45 | |
| | | | | | $ - | 20-150 | 11 | $ 11.22 | $ 123.42 | |
| | Mays, Diane | GL | $ 29.49 | 10 | $ 294.90 | Weigh Reject | | | $ - | |
| | Sumner, Joe | TB | $ 33.32 | 10.5 | $ 349.86 | 18-140 | 10.5 | $ 41.18 | $ 432.39 | |
| | | | | | $ - | 20-231 | 10.5 | $ 9.94 | $ 104.37 | |
| | Willman, Chris | TP | $ 33.52 | 10 | $ 335.20 | 18-151 | 10 | $ 31.95 | $ 319.50 | |
| | | | | | $ - | 20-151 | 10 | $ 11.22 | $ 112.20 | |
| | Youngers, Ken | H1 | $ 34.52 | 10.5 | $ 362.46 | PC600 Excav. | 9.5 | $ 177.07 | $ 1,682.17 | |
| 09/04/02 | Grove Enterprises | Rental | | | $ - | Truck and Pup | 1 | $ 70.00 | $ 70.00 | |
| | Grove, Jereme | Rental | | | $ - | Truck and Pup | 6 | $ 70.00 | $ 420.00 | |
| | Lacey, Rick | Rental | | | $ - | Truck and Pup | 8 | $ 70.00 | $ 560.00 | |
| | Maresca, Pete | Rental | | | $ - | Truck and Pup | 9.5 | $ 70.00 | $ 665.00 | |
| | Piatt, Chris | Rental | | | $ - | Truck and Pup | 10 | $ 70.00 | $ 700.00 | |
| | Reijonen, Steve | Rental | | | $ - | Truck and Pup | 9.5 | $ 70.00 | $ 665.00 | |
| | Abrahamson, James | L1 | $ 34.21 | 11 | $ 376.31 | 450 Loader | 11 | $ 71.10 | $ 782.10 | |
| | Arthur, William | S1 | $ 34.21 | 4 | $ 136.84 | 8-309 Scraper | 4 | $ 152.94 | $ 611.76 | |
| | Beyer, David | TB | $ 33.32 | 7.5 | $ 249.90 | 18-807 | 7.5 | $ 41.18 | $ 308.85 | |
| | | | | | $ - | 20-226 | 7.5 | $ 9.94 | $ 74.55 | |
| | Clark, Mark | TP | $ 33.52 | 8 | $ 268.16 | 18-060 | 8 | $ 31.95 | $ 255.60 | |
| | | | | | $ - | 20-062 | 8 | $ 11.22 | $ 89.76 | |
| | Colson, Ken | TB | $ 33.32 | 7.5 | $ 249.90 | 18-806 | 7.5 | $ 41.18 | $ 308.85 | |
| | | | | | $ - | 20-230 | 7.5 | $ 9.94 | $ 74.55 | |
| | Fisher, Allyn | TP | $ 33.52 | 2 | $ 67.04 | 18-152 | 2 | $ 31.95 | $ 63.90 | |

**M.A. DeAtley Construction, Inc.**
**Flowery Trail Road**
**Attach to DeAtley Crushing - Invoice**
**Period Worked: 9/1/02 - 9/15-02**

Aggregate D

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $ - | 20-152 | 2 | $ 11.22 | $ 22.44 | |
| | Jensen, Michael | B2 | $ 34.21 | 5 | $ 171.05 | 1-301Grader | 5 | $ 60.59 | $ 302.95 | |
| | Kyle, Dale | B2 | $ 34.21 | 3 | $ 102.63 | 160H Grader | 2 | $ 56.70 | $ 113.40 | |
| | Leslie, Richard | TB | $ 33.32 | 7 | $ 233.24 | 18-808 | 7 | $ 41.18 | $ 288.26 | |
| | | | | | $ - | 20-234 | 7 | $ 9.94 | $ 69.58 | |
| | Lodi, Stephen | L1 | $ 34.21 | 5 | $ 171.05 | 950G Loader | 5 | $ 47.39 | $ 236.95 | |
| | Mattson, Thomas | TP | $ 33.52 | 8 | $ 268.16 | 18-150 | 8 | $ 31.95 | $ 255.60 | |
| | | | | | $ - | 20-150 | 8 | $ 11.22 | $ 89.76 | |
| | Mays, Diane | GL | $ 29.49 | 7 | $ 206.43 | Weigh Reject | | | $ - | |
| | Sumner, Joe | TB | $ 33.32 | 7 | $ 233.24 | 18-140 | 7 | $ 41.18 | $ 288.26 | |
| | | | | | $ - | 20-231 | 7 | $ 9.94 | $ 69.58 | |
| | Willman, Chris | TP | $ 33.52 | 6 | $ 201.12 | 18-151 | 6 | $ 31.95 | $ 191.70 | |
| | | | | | $ - | 20-151 | 6 | $ 11.22 | $ 67.32 | |
| | Youngers, Ken | H1 | $ 34.52 | 10 | $ 345.20 | PC600 Excav. | 10 | $ 177.07 | $ 1,770.70 | |
| | Smith, Vickie | R1 | $ 32.47 | 9 | $ 292.23 | 583C Roller | 9 | $ 51.81 | $ 466.29 | |
| 09/05/02 | Grove Enterprises | Rental | | | $ - | Truck and Pup | 2 | $ 70.00 | $ 140.00 | |
| | Grove, Jereme | Rental | | | $ - | Truck and Pup | 2 | $ 70.00 | $ 140.00 | |
| | Lacey, Rick | Rental | | | $ - | Truck and Pup | 4 | $ 70.00 | $ 280.00 | |
| | Maresca, Pete | Rental | | | $ - | Truck and Pup | 1 | $ 70.00 | $ 70.00 | |
| | Piatt, Chris | Rental | | | $ - | Truck and Pup | 4 | $ 70.00 | $ 280.00 | |
| | Reijonen, Steve | Rental | | | $ - | Truck and Pup | 2 | $ 70.00 | $ 140.00 | |
| | Abrahamson, James | L1 | $ 34.21 | 11 | $ 376.31 | 450 Loader | 11 | $ 71.10 | $ 782.10 | |
| | Arthur, William | S1 | $ 34.21 | 4 | $ 136.84 | 8-309 Scraper | 3 | $ 152.94 | $ 458.82 | |
| | Beyer, David | TB | $ 33.32 | 11 | $ 366.52 | 18-807 | 9 | $ 41.18 | $ 370.62 | |
| | | | | | $ - | 20-226 | 9 | $ 9.94 | $ 89.46 | |
| | Clark, Mark | TP | $ 33.52 | 5 | $ 167.60 | 18-060 | 3 | $ 31.95 | $ 95.85 | |
| | | | | | $ - | 20-062 | 3 | $ 11.22 | $ 33.66 | |
| | Colson, Ken | TB | $ 33.32 | 11 | $ 366.52 | 18-806 | 9 | $ 41.18 | $ 370.62 | |
| | | | | | $ - | 20-230 | 9 | $ 9.94 | $ 89.46 | |
| | Fisher, Allyn | TP | $ 33.52 | 10 | $ 335.20 | 18-152 | 8 | $ 31.95 | $ 255.60 | |
| | | | | | $ - | 20-152 | 8 | $ 11.22 | $ 89.76 | |
| | Guiza, Jose | GL | $ 29.49 | 3 | $ 88.47 | | | | $ - | |
| | | R1 | $ 32.47 | 10 | $ 324.70 | 583C Roller | 8 | $ 51.81 | $ 414.48 | |
| | Jensen, Michael | B2 | $ 34.21 | 12 | $ 410.52 | 1-301 Grader | 12 | $ 60.59 | $ 727.08 | |
| | Jones, Kristy | GL | $ 29.49 | 12 | $ 353.88 | | | | $ - | |
| | Kyle, Dale | B2 | $ 34.21 | 12.5 | $ 427.63 | 160H Grader | 12.5 | $ 56.70 | $ 708.75 | |
| | Leslie, Richard | TB | $ 33.32 | 11 | $ 366.52 | 18-808 | 9 | $ 41.18 | $ 370.62 | |
| | | | | | $ - | 20-234 | 9 | $ 9.94 | $ 89.46 | |
| | Lodi, Stephen | L1 | $ 34.21 | 6 | $ 205.26 | 950G Loader | 6 | $ 47.39 | $ 284.34 | |
| | Mattson, Thomas | TP | $ 33.52 | 7.5 | $ 251.40 | 18-150 | 7 | $ 31.95 | $ 223.65 | |
| | | | | | $ - | 20-150 | 7 | $ 11.22 | $ 78.54 | |
| | Mays, Diane | GL | $ 29.49 | | $ - | Weigh Reject | | | $ - | |
| | Smith, Alan | L1 | $ 34.21 | 11 | $ 376.31 | Crusher Loader | | | $ - | |

M.A. DeAtley Construction, Inc.
Flowery Trail Road
Attach to DeAtley Crushing - Invoice
Period Worked: 9/1/02 - 9/15-02

Aggregate D

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sumner, Joe | TB | $ 33.32 | 11.5 | $ 383.18 | 18-140 | 8.5 | $ 41.18 | $ 350.03 | |
| | | | | | $ - | 20-231 | 8.5 | $ 9.94 | $ 84.49 | |
| | Willman, Chris | TP | $ 33.52 | 9 | $ 301.68 | 18-151 | 6 | $ 31.95 | $ 191.70 | |
| | | | | | $ - | 20-151 | 6 | $ 11.22 | $ 67.32 | |
| 09/06/02 | Piatt, Chris | Rental | | | $ - | Truck and Pup | 4 | $ 70.00 | $ 280.00 | |
| | Abrahamson, James | L1 | $ 34.21 | 8 | $ 273.68 | 450 Loader | 8 | $ 71.10 | $ 568.80 | |
| | | L1 | $ 47.14 | 3 | $ 141.42 | 450 Loader | 3 | $ 71.10 | $ 213.30 | |
| | Arthur, William | S1 | $ 34.21 | 1.5 | $ 51.32 | 8-309 Scraper | 1.5 | $ 152.94 | $ 229.41 | |
| | | S1 | $ 47.14 | 4 | $ 188.56 | 8-309 Scraper | 4 | $ 152.94 | $ 611.76 | |
| | Beyer, David | TB | $ 33.32 | 7.5 | $ 249.90 | 18-807 | 9 | $ 41.18 | $ 370.62 | |
| | | | $ 45.03 | 2.5 | $ 112.58 | 20-226 | 9 | $ 9.94 | $ 89.46 | |
| | Colson, Ken | TB | $ 33.32 | 7 | $ 233.24 | 18-806 | 8.5 | $ 41.18 | $ 350.03 | |
| | | | $ 45.03 | 2.5 | $ 112.58 | 20-230 | 8.5 | $ 9.94 | $ 84.49 | |
| | Fisher, Allyn | TP | $ 33.52 | 8 | $ 268.16 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | | | $ 45.03 | 2.5 | $ 112.58 | 20-152 | 9 | $ 11.22 | $ 100.98 | |
| | Guiza, Jose | R1 | $ 32.47 | 6 | $ 194.82 | 583C Roller | 4 | $ 51.81 | $ 207.24 | |
| | | GL | $ 29.49 | 1 | $ 29.49 | | | | $ - | |
| | | GL | $ 40.56 | 3.5 | $ 141.96 | | | | $ - | |
| | Hansen, David | D1 | $ 34.21 | 11 | $ 376.31 | 6-301 Dozer | 11 | $ 54.70 | $ 601.70 | |
| | Jensen, Michael | B2 | $ 34.21 | 6 | $ 205.26 | 1-301 Grader | 6 | $ 60.59 | $ 363.54 | |
| | Jones, Kristy | GL | $ 29.49 | 6 | $ 176.94 | | | | $ - | |
| | Kyle, Dale | B2 | $ 34.21 | 5 | $ 171.05 | 160H Grader | 5 | $ 56.70 | $ 283.50 | |
| | | B2 | $ 47.14 | 4.5 | $ 212.13 | 160H Grader | 4.5 | $ 56.70 | $ 255.15 | |
| | Leslie, Richard | TB | $ 33.32 | 7.5 | $ 249.90 | 18-808 | 9 | $ 41.18 | $ 370.62 | |
| | | | $ 45.03 | 2.5 | $ 112.58 | 20-234 | 9 | $ 9.94 | $ 89.46 | |
| | Mattson, Thomas | ED | $ 33.20 | 5.5 | $ 182.60 | 18-152 | 5 | $ 31.95 | $ 159.75 | |
| | | ED | $ 44.84 | 5 | $ 224.20 | 18-152 | 5 | $ 31.95 | $ 159.75 | |
| | Mays, Diane | GL | $ 29.49 | 6.5 | $ 191.69 | Weigh Reject | | | $ - | |
| | | GL | $ 40.56 | 4 | $ 162.24 | Weigh Reject | | | $ - | |
| | Owens, John | R1 | $ 32.47 | 2.5 | $ 81.18 | 583C Roller | 3.5 | $ 51.81 | $ 181.34 | |
| | | R1 | $ 44.53 | 1 | $ 44.53 | | | | $ - | |
| | Smith, Alan | L1 | $ 34.21 | 10 | $ 342.10 | 950G Loader | 10 | $ 47.39 | $ 473.90 | |
| | | L1 | $ 47.14 | 1 | $ 47.14 | 950G Loader | 1 | $ 47.39 | $ 47.39 | |
| | Sumner, Joe | TB | $ 33.32 | 7 | $ 233.24 | 18-140 | 9 | $ 41.18 | $ 370.62 | |
| | | | $ 45.03 | 3 | $ 135.09 | 20-231 | 9 | $ 9.94 | $ 89.46 | |
| | Willman, Chris | TP | $ 33.52 | 8 | $ 268.16 | 18-151 | 10 | $ 31.95 | $ 319.50 | |
| | | | $ 45.03 | 2 | $ 90.06 | 20-151 | 10 | $ 11.22 | $ 112.20 | |
| 09/07/02 | Guiza, Jose | GL | $ 29.49 | 6.5 | $ 191.69 | | | | $ - | |
| | Hansen, David | D1 | $ 34.21 | 5 | $ 171.05 | 6-301 Dozer | 4 | $ 54.70 | $ 218.80 | |
| | Jones, Kristy | R1 | $ 32.47 | 8.5 | $ 276.00 | 583C Roller | 5.5 | $ 51.81 | $ 284.96 | |
| | Wilson, Alvin | R1 | $ 32.47 | 7.5 | $ 243.53 | 2-306 Roller | 5 | $ 55.37 | $ 276.85 | |
| 09/09/02 | Beyer, David | TB | $ 33.21 | 4 | $ 132.84 | 18-808 | 2 | $ 41.18 | $ 82.36 | |
| | | | | | $ - | 20-226 | 2 | $ 9.94 | $ 19.88 | |