**M.A. DeAtley Construction, Inc.**
**Flowery Trail Road**
**Attach to DeAtley Crushing - Invoice**
**Period Worked: 9/1/02 - 9/15-02**

Aggregate D

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | Clark, Mark | TB | $ 33.21 | 3 | $ 99.63 | 18-060 | 3 | $ 41.18 | $ 123.54 | |
| | | | | | $ - | 20-226 | 3 | $ 9.94 | $ 29.82 | |
| | Fisher, Allyn | TP | $ 33.52 | 3 | $ 100.56 | 18-152 | 3 | $ 31.95 | $ 95.85 | |
| | | | | | $ - | 20-152 | 3 | $ 11.22 | $ 33.66 | |
| | Guiza, Jose | GL | $ 29.49 | 11.5 | $ 339.14 | | | | $ - | |
| | Hansen, David | R1 | $ 32.47 | 4 | $ 129.88 | 583C Roller | 3 | $ 51.81 | $ 155.43 | |
| | Jones, Kristy | R1 | $ 32.47 | 7 | $ 227.29 | 583C Roller | 6 | $ 51.81 | $ 310.86 | |
| | | GL | $ 29.49 | 4.5 | $ 132.71 | | | | $ - | |
| | Kyle, Dale | B2 | $ 34.21 | 11.5 | $ 393.42 | 160H Grader | 9.5 | $ 56.70 | $ 538.65 | |
| | Leslie, Richard | TB | $ 33.32 | 2 | $ 66.64 | 18-808 | 1.5 | $ 41.18 | $ 61.77 | |
| | | | | | $ - | 20-234 | 1.5 | $ 9.94 | $ 14.91 | |
| | Lodi, Stephen | TB | $ 33.32 | 3.5 | $ 116.62 | 18-806 | 2.5 | $ 41.18 | $ 102.95 | |
| | | | | | $ - | 20-230 | 2.5 | $ 9.94 | $ 24.85 | |
| | Mays, Diane | GL | $ 29.49 | 3.5 | $ 103.22 | | | | $ - | |
| | Smith, Alan | L1 | $ 34.21 | 4 | $ 136.84 | 950G Loader | 3 | $ 47.39 | $ 142.17 | |
| | Sumner, Joe | TB | $ 33.32 | 1.5 | $ 49.98 | 18-140 | 1.5 | $ 41.18 | $ 61.77 | |
| | | | | | $ - | 20-231 | 1.5 | $ 9.94 | $ 14.91 | |
| 09/10/02 | Beyer, Dave | TB | $ 33.32 | 10 | $ 333.20 | 18-807 | 8 | $ 41.18 | $ 329.44 | |
| | | | | | $ - | 20-226 | 8 | $ 9.94 | $ 79.52 | |
| | Clark, Mark | TP | $ 33.52 | 10 | $ 335.20 | 18-060 | 9 | $ 31.95 | $ 287.55 | |
| | | | | | $ - | 20-062 | 9 | $ 11.22 | $ 100.98 | |
| | Fisher, Allyn | TP | $ 33.52 | 10.5 | $ 351.96 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | | | | | $ - | 20-152 | 9 | $ 11.22 | $ 100.98 | |
| | Kyle, Dale | B2 | $ 34.21 | 10.5 | $ 359.21 | 160H Grader | 8.5 | $ 56.70 | $ 481.95 | |
| | Leslie, Richard | TB | $ 33.32 | 11 | $ 366.52 | 18-808 | 10 | $ 41.18 | $ 411.80 | |
| | | | | | $ - | 20-234 | 10 | $ 9.94 | $ 99.40 | |
| | Matson, Thomas | TB | $ 33.32 | 10 | $ 333.20 | 18-806 | 9 | $ 41.18 | $ 370.62 | |
| | | | | | $ - | 20-230 | 9 | $ 9.94 | $ 89.46 | |
| | Mays, Diane | GL | $ 29.49 | 11 | $ 324.39 | | | | $ - | |
| | Rose, John | TP | $ 33.52 | 10 | $ 335.20 | 18-150 | 9 | $ 31.95 | $ 287.55 | |
| | | | | | $ - | 20-150 | 9 | $ 11.22 | $ 100.98 | |
| | Smith, Alan | L1 | $ 34.21 | 10 | $ 342.10 | 950G Loader | 9 | $ 47.39 | $ 426.51 | |
| | Sumner, Joe | TB | $ 33.32 | 10 | $ 333.20 | 18-140 | 9 | $ 41.18 | $ 370.62 | |
| | | | | | $ - | 20-231 | 9 | $ 9.94 | $ 89.46 | |
| | Lacey, Rick | Rental | | | $ - | Truck and Pup | 7 | $ 70.00 | $ 490.00 | |
| 09/11/02 | Fisher, Allyn | TP | $ 33.52 | 1 | $ 33.52 | 18-152 | 1 | $ 31.95 | $ 31.95 | |
| | | | | | $ - | 20-152 | 1 | $ 11.22 | $ 11.22 | |
| | Mays, Diane | GL | $ 29.49 | 2 | $ 58.98 | Weigh Reject | | | $ - | |
| | Lacey, Rick | Rental | | | $ - | Truck and Pup | 1 | $ 70.00 | $ 70.00 | |
| 09/16/02 | Clark, Mark | TP | $ 33.52 | 2 | $ 67.04 | 18-060 | 2 | $ 31.95 | $ 63.90 | 9/16 and |
| | | | | | $ - | 20-062 | 2 | $ 11.22 | $ 22.44 | 9/18 time |
| | Fisher, Allyn | TP | $ 33.52 | 3.5 | $ 117.32 | 18-152 | 3 | $ 31.95 | $ 95.85 | is for the |
| | | | | | $ - | 20-152 | 3 | $ 11.22 | $ 33.66 | completion |

**M.A. DeAtley Construction, Inc.**
**Flowery Trail Road**
**Attach to DeAtley Crushing - Invoice**
**Period Worked: 9/1/02 - 9/15-02**

Aggregate D

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | McCann, Mike | S1 | $ 34.21 | 5 | $ 171.05 | 8-309 Scraper | 4 | $ 152.94 | $ 611.76 | of moving |
| | Mitchell, Timm | CW | $ 33.52 | 2.5 | $ 83.80 | T-230 Cwagon | 2 | $ 97.00 | $ 194.00 | the stock |
| | Smith, Alan | L1 | $ 34.21 | 6 | $ 205.26 | 950G Loader | 4 | $ 47.39 | $ 189.56 | pile areas |
| | Willman, Chris | TP | $ 33.52 | 3 | $ 100.56 | 18-151 | 2.5 | $ 31.95 | $ 79.88 | that were |
| | | | | | $ - | 20-151 | 2.5 | $ 11.22 | $ 28.05 | on the |
| 09/18/02 | Clark, Mark | TP | $ 33.52 | 1 | $ 33.52 | 18-060 | 1 | $ 31.95 | $ 31.95 | road, all is |
| | | | | | $ - | 20-062 | 1 | $ 11.22 | $ 11.22 | reject |
| | Colson, Ken | TP | $ 33.52 | 1 | $ 33.52 | 18-150 | 1 | $ 31.95 | $ 31.95 | material |
| | | | | | $ - | 20-150 | 1 | $ 11.22 | $ 11.22 | |
| | Fisher, Allyn | TP | $ 33.52 | 1 | $ 33.52 | 18-152 | 1 | $ 31.95 | $ 31.95 | |
| | | | | | $ - | 20-152 | 1 | $ 11.22 | $ 11.22 | |
| | Mays, Diane | GL | $ 29.49 | 1 | $ 29.49 | | | | $ - | |
| | McCann, Mike | L1 | $ 34.21 | 2 | $ 68.42 | 950G Loader | 2 | $ 47.39 | $ 94.78 | |
| | | L1 | $ 34.21 | 1.5 | $ 51.32 | 450 Loader | 1 | $ 71.10 | $ 71.10 | |
| | Willman, Chris | TP | $ 33.52 | 1 | $ 33.52 | 18-151 | 1 | $ 31.95 | $ 31.95 | |
| | | | | | $ - | 20-151 | 1 | $ 11.22 | $ 11.22 | |
| | | | | | $ - | | | | $ - | |
| | | | | | $ - | | | | $ - | |
| | | | | | $ - | | | | $ - | |
| | | | | | $ - | | | | $ - | |
| | | | | | $ - | | | | $ - | |
| | | | | | $ - | | | | $ - | |

| | | | |
|---|---|---|---|
| Labor: | $ 38,968.78 | Equipment: | $ 64,516.81 |
| Plus 10% | $ 3,896.88 | Admin plus 10%: | $ 6,451.68 |
| **Total Labor:** | **$ 42,865.66** | **Total Equipment:** | **$ 70,968.49** |

**M.A. DeAtley Construction, Inc.**
**Flowery Trail Road**
**Attach to DeAtley Crushing - Invoice**
**Period Worked: 8/19/2002 - 9/23/02**

**Materials/Rentals**

| Date | Vendor | Invoice | Amount | Comments |
|---|---|---|---|---|
| 8/19/02 | Budinger | regular | $1,313.50 | 37 hrs @ $35.5 |
| 8/19/02 | Budinger | mob | $231.36 | 723 miles @ 0.32 |
| 8/19/02 | Budinger | overtime | $576.88 | 12.5 hrs @ $46.15 |
| 8/19/02 | Brand x water truck | | $780.00 | Agg-D placement |
| 8/20/02 | Brand x water truck | | $845.00 | Agg-D placement |
| 8/21/02 | Brand x water truck | | $780.00 | Agg-D placement |
| 8/22/02 | Brand x water truck | | $720.00 | Agg-D placement |
| 8/23/02 | Brand x water truck | | $357.50 | Agg-D placement |
| 8/26/02 | Brand x water truck | | $130.00 | Agg-D placement |
| 8/29/02 | Welch Engineering | | $520.00 | Restake C/L for bluetops 19+960-20+000 |
| 8/30/02 | Welch Engineering | | $200.00 | Restake C/L for bluetops 20+180-20+338 |
| 8/30/02 | Welch Engineering | | $520.00 | Restake Bluetops 20+100-20+300 |
| 9/3/02 | Budinger | regular | $1,704.00 | 48 hrs @$35.5 |
| 9/3/02 | Budinger | overtime | $1,338.35 | 29 hrs @ $46.15 |
| 9/3/02 | Budinger | mob | $204.80 | 640 miles @ 0.32 |
| 9/3/02 | Brand x water truck | | $260.00 | dust control pick |
| 9/4/02 | Welch Engineering | | $720.00 | Restake Bluetops 20+300-20+540 |
| 9/4/02 | Brand x water truck | | $682.50 | dust control pick |
| 9/5/02 | Brand x water truck | | $780.00 | dust control pick |
| 9/6/02 | Brand x water truck | | $715.00 | dust control pick |
| 9/7/02 | Brand x water truck | | $747.50 | dust control pick |
| [illegible]/9/02 | Welch Engineering | | [illegible] | Restake bluetops 24+[illegible]-24+740 |
| 9/10/02 | Welch Engineering | | [illegible] | Restake bluetops 20+420-20+700 |
| 9/12/02 | Welch Engineering | | [illegible] | Restake bluetops 20+[illegible]-20+860 & [illegible] |
| 9/12/02 | Welch Engineering | | $240.00 | Restake bluetops 20+540-20+600 |
| 9/16/02 | Welch Engineering | | [illegible] | Restake bluetops 18+680-19+120 |
| 9/18/02 | Welch Engineering | | $280.00 | Restake bluetops 19+220-19+120 |
| 9/20/02 | Welch Engineering | | [illegible] | Restake bluetops 19+080-19+200 |
| 9/23/02 | Welch Engineering | | $160.00 | Restake bluetops 18+300-18+360 |
| thru cut | Budinger | Sr. tech. | $240.00 | 5 hrs @ $48 |
| thru cut | Budinger | sample P/U | $159.75 | 4.5hrs @ $35.5 |
| thru cut | Budinger | mob | $128.00 | 400 miles @ 0.32 |
| thru cut | Budinger | sample prep. | $57.00 | 1.5hrs @ $38 |
| thru cut | Budinger | sieve analysis | $680.00 | 8 hrs @ $85 |
| thru cut | Budinger | DMSO | $675.00 | 3 hrs @ $225 |
| thru cut | Budinger | coarse dur. | $540.00 | 3 hrs @ $180 |
| thru cut | Budinger | fine dur. | $540.00 | 3 hrs @ $180 |
| thru cut | Budinger | La wear | $450.00 | 3 hrs @ $150 |
| thru cut | Budinger | sulfate sound | $660.00 | 3 hrs @ $ 220 |
| | added haul length | $1.03 tonne | $20,428.00 | Ski hill to West end of job sta. 17+057 |

| | | |
|---|---|---|
| Materials/Rentals | | $41,644.14 |
| Admin Exp. 10%: | $ | 4,164.41 |
| **Total:** | $ | **45,808.55** |

**Plus 10% Profit $ 4,580.86**

**Total $ 50,389.41**

**M.A. DeAtley Construction, Inc.**
**Flowery Trail Road**
**Attach to DeAtley Crushing - Invoice**
**Period Worked: 9/1/02 - 9/15-02**

| **Aggregate D** | |
|---|---|
| Material/Rental | $ 45,808.55 |
| Labor + 10% | $ 42,865.66 |
| Equipment + 10% | $ 70,968.49 |
| **Total:** | **$ 159,642.70** |

| **Recap** | |
|---|---|
| 10 % Profit | $ 4,580.86 |
| Aggregate D | $ 159,642.70 |
| **Grand Total:** | **$ 164,223.55** |

# BILLING FOR MATERIALS

TO: M. A. DeATLEY CONSTRUCTION
890 EVANS ROAD
CLARKSTON, Wa. 99403

PERIOD COVERED: STATEMENT OF OVERDUE BALANCE W/LATE FEES

DATE 10/31/02
PLANT NO 3
BILLING NO 6

FROM: DeATLEY CRUSHING COMPANY
P.O. BOX 769
LEWISTON, ID 83501

PROJECT: FLOWERY TRAIL ROAD
SITE: 49 DEGREES NORTH RE-CRUSH
PROJECT NO: 21504A

| ESTIMATED CONTRACT | | | | | | PREVIOUS BILLING | | JOB TO DATE | | CURRENT BILLING | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION | UNIT PRICE | UNIT | QUANTITY | AMOUNT | QUANTITY | AMOUNT | QUANTITY | AMOUNT | QUANTITY | AMOUNT |
| FLOWERY TRAIL ROAD | | | | | | | | | | | |
| 1. | MOBILIZATION | $25,000.00 | LS | 1.00 | $25,000.00 | 1.00 | $25,000.00 | 1.00 | $25,000.00 | 0.00 | $0.00 |
| 2. | AGG BASE GRADE D | $3.80 | MG | 21,500.00 | $81,700.00 | 21,500.00 | $81,700.00 | 21,500.00 | $81,700.00 | 0.00 | $0.00 |
| 3. | ADDITIONAL TESTING COSTS | $1,500.00 | LS | 1.00 | $1,500.00 | 1.00 | $1,500.00 | 1.00 | $1,500.00 | 0.00 | $0.00 |
| 4. | ADMINISTRATIVE COSTS @ | 5.00% | LS | 1.00 | $5,410.00 | 1.00 | $5,410.00 | 1.00 | $5,410.00 | 0.00 | $0.00 |
| | ESTIMATED CONTRACT AMOUNT: | | | | $113,610.00 | | $113,610.00 | | $113,610.00 | | $0.00 |

PREVIOUS BALANCE OVERDUE: $113,610.00
**LATE FEE ON OVERDUE BALANCE: $1,704.15**
**AMOUNT DUE IF PAID PRIOR TO NOV. 10, 2002: $115,314.15**

NOTE: ORIGINAL INVOICE ON AUGUST 10, 2002

_____BD _____BW _____GG _____SB

Invoice From Crushing of D-Base Has Been Previously Passed on to FHWA

# RELEASE OF CLAIMS

WA PFH 158-1(2)
Flowery Trail Road
Contract No. DTFH70-01-C-00011

In accordance with Contract Clause 52.232-5, Payment Under Fixed-Price Construction Contracts, I hereby release and discharge all claims arising under or out of the subject contract except the following claims in stated amounts which are specifically reserved herein:

30101 Aggregate Base Grading D
DeAtley Crushing for the amount of $115,314.15
M.A. DeAtley Construction, Inc. for the amount of $164,223.55
We are proposing a claim in the amount of $279,537.70 for source failure.
Attached are the invoices.

By: [signature]

Title: President

Date: 5/16/03

BUCKLE UP AMERICA

M. A. DeATLEY CONSTRUCTION NOTES
FLOWERY TRAIL ROAD

PROJECT # 21101
WA PFH 158-1(2)

DESCRIPTION

PHASE # 1702-00 | FED ITEM # 30101 | AUTH. QUANT. 21,500 Tonne | UNIT Tonne | UNIT PRICE $7.50 | AGGREGATE BASE GRADING D

| Date | Station to Station Lt or Rt | # Of Trucks | Tonne Per Load | # Of Loads | Tonne Today | Tonne Previous | Tonne To Date | Comments, Calcs, Info |
|---|---|---|---|---|---|---|---|---|
| 8/19/2002 | 20+680 - 21+351 | 3 | | 96 | 2219.29 | | 2219.29 | |
| 8/20/2002 | 21+351 - 22+100 | 4 | | 60 | 1519.98 | 2219.29 | 3739.27 | |
| 8/21/2002 | 21+700 - 22+500 | 4 | | 86 | 2149.33 | 3739.27 | 5888.6 | |
| 8/22/2002 | 22+300 - 23+600 | 4 | | 102 | 2656.71 | 5888.6 | 8545.31 | |
| | Ticket 315 Voided, Brian | | | | -25.27 | 8545.31 | 8520.04 | Dirty load picked up, and wasted. Deduct load |
| 8/27/2002 | 23+455 - 24+500 | 4 | | 82 | 2052.83 | 8520.04 | 10572.87 | |
| 8/29/2002 | Guard Rail Areas | | | 16 | 243.42 | 10572.87 | 10816.29 | |
| 8/30/2002 | Guard Rail Areas | 3 | | 3 | 45.81 | 10816.29 | 10862.1 | |
| 9/3/2002 | Rejected being picked up | 14 | Reject | 74 | -1713.37 | 10862.1 | 9148.73 | Re-scaled for weight, this is rejected material. |
| | 15 Loads out of spec | | | | 0 | 9148.73 | 9148.73 | 15 Loads, 404.94 9/3/02 |
| 9/4/2002 | Reject being picked up | | | | 0 | 9148.73 | 9148.73 | |
| | and re-scaled. 102 loads | 8 | Reject | | -2350.66 | 9148.73 | 6798.07 | Re-ject material being picked up off road. |
| | 23+600 - 24+200 | 11 | Good | 58 | 1446.71 | 6798.07 | 8244.78 | Crusher is now in spec., hauling to road again. |
| 9/5/2002 | Reject being picked up | | | | 0 | 8244.78 | 8244.78 | |
| | and re-scaled. 65 loads | 12 | Reject | 65 | -1512.1 | 8244.78 | 6732.68 | Re-ject material being picked up off road. |
| | 22+500 - 25+000 | 14 | Good | 87 | 2181.67 | 6732.68 | 8914.35 | Crusher is now in spec., hauling to road again. |
| 9/6/2002 | Reject being picked up | | | | 0 | 8914.35 | 8914.35 | |
| | and re-scaled. 9 loads | 9 | Reject | 59 | -180.7 | 8914.35 | 8733.65 | Re-ject material being picked up off road. |
| | 21+400 - 23+600 | 10 | Good | 109 | 2908.42 | 8733.65 | 11642.07 | Crusher is now in spec., hauling to road again. |
| 9/9/2002 | 21+140 - 21+460 | 6 | Good | 14 | 576.99 | 11642.07 | 12219.06 | Good Rock hauled to road. |
| 9/10/2002 | 19+600 - 20+100 and | | | | 0 | 12219.06 | 12219.06 | Back to original placement area. NOTE |
| | 20+600 - 21+400 | 9 | Good | 110 | 2872.86 | 12219.06 | 15091.92 | |
| | Reject being picked up | | | | 0 | 15091.92 | 15091.92 | |
| | and re-scaled. 6 loads | | Reject | 6 | -135.17 | 15091.92 | 14956.75 | |
| 9/11/2002 | Reject being picked up | | | | 0 | 14956.75 | 14956.75 | |
| | and re-scaled. 4 loads | | Reject | 4 | -93.9 | 14956.75 | 14862.85 | |
| | 19+700 - 20+340 | 7 | Good | 49 | 1407.82 | 14862.85 | 16270.67 | |
| 9/11/2002 | 19+200 - 19+600 | | | | 0 | 16270.67 | 16270.67 | |
| | 20+400 - 20+600 | 8 | Good | 52 | 1462.67 | 16270.67 | 17733.34 | |
| | Reject being picked up | | | | | 17733.34 | 17733.34 | |
| | and re-scaled. 4 loads | 2 | Reject | | -99.39 | 17733.34 | 17633.95 | |
| 9/18/2002 | 19+860 - 19+900 Lt. / Rt. | 4 | Good | 5 | 130.08 | 17633.95 | 17764.03 | |

| PHASE # | FED ITEM # | QUANT. | UNIT | UNIT PRICE | |
|---|---|---|---|---|---|
| 1702-00 | 30101 | 21,500 | Tonne | $7.50 | AGGREGATE BASE GRADING D |

| Date | Station to Station Lt or Rt | # Of Trucks | Tonne Per Load | # Of Loads | Tonne Today | Tonne Previous | Tonne To Date | Comments, Calcs, Info |
|---|---|---|---|---|---|---|---|---|
| 9/20/2002 | 18+760 - 19+460 | | Good | 43 | 1141.5 | 17764.03 | 18905.53 | |
| 9/25/2002 | Spot loads 18+900-19+200 | | Good | 15 | 388.91 | 18905.53 | 19294.44 | |
| 9/26/2002 | 18+440 - 18+600 | | Good | 20 | 534.44 | 19294.44 | 19828.88 | |
| 9/30/2002 | 18+400 - 19+200 | | Good | 26 | 693.57 | 19828.88 | 20522.45 | |
| 10/2/2002 | 18+200 - 18+460 | | Good | 27 | 689.71 | 20522.45 | 21212.16 | |
| 10/3/2002 | Guard Rail Areas + Spot | | Good | 17 | 449.78 | 21212.16 | 21661.94 | |
| 10/9/2002 | Shoulder Rock | | | 22 | | 21661.94 | 21661.94 | Antoine Belly Dump |
| | | | | 21 | | 21661.94 | 21661.94 | C & R Belly Dump |
| | | | | 22 | | 21661.94 | 21661.94 | R & J Belly Dump |
| | | | | 22 | | 21661.94 | 21661.94 | Harold R. Faubion |
| 10/10/2002 | Shoulder Rock | | | 4 | | 21661.94 | 21661.94 | Antoine Belly Dump |
| | | | | 2 | | 21661.94 | 21661.94 | C & R Belly Dump |
| | | | | 4 | | 21661.94 | 21661.94 | R & J Belly Dump |
| | | | | 5 | | 21661.94 | 21661.94 | Harold R. Faubion |
| 11/19/2002 | Scales were gone, rock was hauled and converted for entries on 10/9 & 10/10 by the avg. of the loads previously hauled. The average of 25 tonnes per load was agreed on by John, Linda, and myself. This is covered under Contract Mod. # 21, and new Item # 30110. The money for this is coming out of Item 62201D, loader hours. This covers the entries on 10/9 & 10/10 above. | | 25 | 22 | 550 | 21661.94 | 22211.94 | Antoine Belly Dump |
| | | | 25 | 21 | 525 | 22211.94 | 22736.94 | C & R Belly Dump |
| | | | 25 | 22 | 550 | 22736.94 | 23286.94 | R & J Belly Dump |
| | | | 25 | 22 | 550 | 23286.94 | 23836.94 | Harold R. Faubion |
| | | | 25 | 4 | 100 | 23836.94 | 23936.94 | Antoine Belly Dump |
| | | | 25 | 2 | 50 | 23936.94 | 23986.94 | C & R Belly Dump |
| | | | 25 | 4 | 100 | 23986.94 | 24086.94 | R & J Belly Dump |
| | | | 25 | 5 | 125 | 24086.94 | 24211.94 | Harold R. Faubion |
| | | | | | | 24211.94 | 24211.94 | |

********* <u>This is Contract Modification # 21, and will have a new Item Number for the Feds of Item # 30110.</u>

Project Time Line

# Flowery Trail Project / Contract #DTFH70-01-C-00011

## Project Timeline:

- On February 9, 2001, M.A. DeAtley Construction Inc. was awarded the contract for WA PFH 158-1(2)

- April 23,2001; M.A. DeAtley Construction Inc. executes subcontract with DeAtley Crushing Company to perform crushing services for the project.

- October 24, 2001 preparation work began on the source and for the crusher site.

- October 26, 2001 crusher arrived on site.

- October 29, 2001 crusher began making 3" material for the temporary road. DeAtley Crushing Company also made a sample of Aggregate D base for approval.

- November 02, 2001. DeAtley Crushing Company produced aggregate for item #3010 Aggregate D base utilizing the WFLHD provided source. M.A. DeAtley Construction Inc. mined the area and pushed the material that was to be crushed to DeAtley Crushing Company.

- During the Crushing material was sampled and tested. All production tests performed by the contractor, the independent testing laboratory, and WFLHD's laboratory confirmed that the percent passing the #200 sieve of representative samples of Aggregate D base produced by DeAtley Crushing Company is between 7.5 – 8.5%. Contract specification is 10% maximum.

- The material was placed by M.A. DeAtley Construction Inc. Inc. in stockpiles in accordance with Standard specifications for Road Construction FP-96 section 307 sub-sections 307.03, stockpile site and 307.04 stockpile, page 219. When production of base aggregates was completed, the area being cut/utilized was still approximately 18-20 feet above floor level or cut elevation. The materials remained in the stockpiles from November 14, 2001 thru August 19, 2002.

- August 19, 2002 M.A. DeAtley Construction Inc. Inc. began the placement of the Aggregate D base. Samples of materials placed on the roadway show amount of material passing the #200 sieve slightly higher than contract specifications.

- August 22, 2002 WFLHD shut the Aggregate D base placement down due to failing test result. M.A. DeAtley Construction, Budinger & Associates, and DeAtley Crushing Company retrieve samples from the WFLHD provided source

of materials for the project. Samples were retrieved from the area that was mined for production of the Agg Base Grading D. WFLHD was asked to be present for the sampling of the WFLHD source but refused to be present.

- August 27, 2002 M.A. DeAtley Construction Inc. notifies DeAtley Crushing Company, of the problem with the gradation.

- August 28, 2002, DeAtley Crushing Company, notifies M.A. DeAtley that the materials produced by DeAtley Crushing Company during November 2001 were within gradation tolerances when materials left the crushing plant. DeAtley Crushing Company, nonetheless, in a good faith effort to keep the project progressing, makes offer to provide credit to the WFLHD in the amount of $21,425.00, which is 25% of contract price for the Agg Base Grading D. WFLHD refuses to accept this offer. Orders material on the roadway to be removed and new material produced.

- August 29, 2002 M.A. DeAtley Construction Inc. Inc. Began removing the rejected Aggregate D base and hauling it to the contractor picked waste area.

- August 30, 2002, M.A. DeAtley & DeAtley Crushing Company receives results of the source tests run on WFLHD project source. Test results show that the source significantly failed the Sodium Sulfate Soundness test (AASHTO T 104). Test results show a loss of 19% with a contract specified 12% maximum.

- September 1, 2002, DeAtley Crushing Company mobilizes crushing plant back to site to begin crushing replacement Agg Base Grading D. Production completed during September 2002. DeAtley Crushing Company provides invoice to M.A. DeAtley for the replacement aggregate production in the amount of $113,610.00.

- Incidentally, WFLHD arbitrarily waived the requirement of a 14-day wait for the Humphreys Test results when the materials were produced (re-produced) in September of 2002.

- September 3, 2002, Contractors (M.A. DeAtley Construction and DeAtley Crushing Company) notify WFLHD that the initial government provided source failed the Sodium Sulfate test. After receiving the results that show a failure of the source material in passing the Sodium Sulfate Test Contractors request that WFLHD meet at the site to retrieve additional samples of source materials together with independent Quality Assurance Contractor (Budinger & Associates). M.A. DeAtley Construction Inc. Inc. also notifies WFLHD that this is a change in conditions and that M.A. DeAtley Construction Inc. Inc. And DeAtley Crushing Company will require payment in full for the replacement of aggregates. WFLHD initially indicates that they will want to take samples of the source.

- February 14, 2003 representatives of M.A. DeAtley Construction, DeAtley Crushing Company, Budinger & Associates, meet with WFLHD to discuss this issue. WFLHD referred M.A. DeAtley Construction Inc. Inc. to the Geotechnical reports and documentations of the project and they stand solely behind the information provided in those reports.

- M.A.DeAtley exchanged correspondence regarding filing this claim with WFLHD.