Contentions

# FLOWERY TRAIL / M.A. DeATLEY

## Contentions:

- WFLHD relied on Geotechnical Report to represent source as acceptable for project aggregates. The source that was named above is for rock material between station 18+700 and 18+900. There were 2 bore logs done for this area at station 18+850 RT & LT B-28 and B-29. The selection of the source by the Government was based upon a Geotechnical report, which clearly showed that the government anticipated utilizing the source.

- Geotechnical report relies on a composite sample from the test borings 18+850 RT & LT B-28 and B-29 from a depth of 1.52 to a depth of 20.1 the holes appear to have been mixed for the testing. Only the upper portion of the cut was used for production of Aggregate D Base.

- WFLHD arbitrarily waived the requirement of a 14 day wait for the Humphreys Test results when the materials were produced (re-produced) in September of 2002 WFLHD also waived the source qualification requirements for the second pit crushed in, which resulted in the ultimate materials that were placed and incorporated into the roadway.

- Independent experts have provided commentary on the need to do "source tests" correctly and have stressed to WFLHD the importance of retrieving material directly from the source that has undergone none of the handling or pummeling of the production process. Exactly where these samples are to be retrieved from is very clearly identified in the contract SCR's in the form of a very thorough matrix that identifies testing to be performed for the different stages of the project such as **Source Qualification, Production of Aggregates, and On Grade Acceptance.** The SCR's clearly state that samples to be utilized for source compliance testing are to be retrieved from the source. WFLHD personnel indicate that the FP-96 General Specifications tell them they can test any time in any way. This is absolutely incorrect. As M.A. DeAtley Construction Inc. Inc. are sure WFLHD fully understands, the FP-96 Specifications are General Specifications that are overridden by the contracts "Special Contract Requirements" (SCR's). The SCR's are in place for that specific contract, and replace or modify that particular section of the general specification for the contract in effect.

- WFLHD did not provide adequate oversight with regards to the development of the Government provided source. WFLHD took no action with regards to

ensuring that the source continued to provide materials meeting the contract source compliance requirements. WFLHD conducted no testing of the source after it was opened up. WFLHD gave no direction as to what area or level of the source should be utilized for production of aggregates for the project.

- WFLHD did not provide M.A. DeAtley Construction Inc. the information, with regards to the possibility of the source providing faulty material, which would have given M.A. DeAtley the opportunity to plan, or adjust, the treatment of materials that were for integration into the project.

- On the issue of materials being produced within the contract allowable tolerances, WFLHD letter of December 19, 2002, reads as follows: *"While the amount retained on the 75 um sieve was relatively consistent, it was in the upper allowable range (10.0 maximum)."* Whether the material is in the Upper allowable range is irrelevant. The specification is a maximum of 10%. WFLHD has acknowledged that the material was tested and verified by their own laboratory technicians, as well as Budinger technicians, to be between 7.5% and 8.5% when stockpiled. On Grade testing during placement roughly eight months later, after sitting through the winter, showed a 75um percentage of 10% to 12%.

- The WFLHD letter of 12/19/02 further reads as follows: *"It is my contention that the 30101 Agg Base Grading D, crushed in 2001 failed to meet the requirements of 10% maximum on the 75um sieve during the on grade acceptance testing because of poor stockpiling techniques resulting in contamination after the material was crushed in the upper range of the maximum allowable gradation."* The material meets the contract requirements. The material was placed in stockpiles in accordance with Standard specifications for Road Construction FP-96 section 307 sub-sections 307.03, stockpile site and 307.04 stockpile, page 219.

- Lastly, M.A. DeAtley Construction Inc. Inc. feels it should be noted that the rejection of this material was unjust in its base. The materials were clearly rejected by WFLHD for no other reason than the fact that the percent passing the #200 (75um) sieve averaged a 10.69% according to the results provided by Mr. Coe in his letter of March 7, 2003. This rejection is very hard to fathom when you consider that the material is that close to the contract required 10%, less than seven tenths of one percent. This rejection of material even after DeAtley Crushing Company offers to provide a credit of $.95 per MG, which equates to 25% off of the price of the material and a savings to WFLHD of $21,425.00. In his letter of March 7th, Mr. Coe includes all of the data from Lot #1 and Lot #2 representing the WFLHD results of testing the material that WFLHD rejected and ordered M.A. DeAtley Crushing to remove from the roadway. Please note that when these results are run through WFLHD's QL Pay program and discounting the #200 sieve, Lot #1 comes out to a pay factor of 1.0, and Lot #2 comes out to a pay factor of .99. This is hardly material that should be rejected out of hand. The fact that WFLHD decided to force the contractor to remove this material rather

than just leave it in place as extra road base below the new material cannot be justified. Giving the rejected aggregate a structural coefficient equal to no better than Select Borrow, one can only surmise that the road structure would have been better with it left in place.

- M.A. DeAtley had to haul rock from another source within the project limits up to the new crusher site off the project. This was done because no room was available within the project limits. M.A. DeAtley Construction Inc. Inc. also had to pick up the Aggregate D Base product that was placed on the roadway and dispose of it. M.A. DeAtley Construction Inc. and DeAtley Crushing have incurred substantial costs from placing the material the first time, then picking it up, hauling Aggregate D Base to a waste site, hauling material to the Crusher to produce Aggregate D Base the second time, remobilizations, recrushing Aggregate D Base, retesting, hauling Aggregate D Base back to the project, surveying, equipment time, and overhead.

WFLHD – Contractors
Daily Record of
Construction Operation

WFLHD 403 (REV. 10/98)

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 19, 2002 DAY: Monday

WEATHER: Sunny and Clear 52 - 81

## DESCRIPTION AND LOCATION OF WORK

A Excavation 18+300 and haul to [illegible] center and the [illegible] area, waste other.

B Excavation for gabion basket construction, haul rock for baskets.

C Finishing sub-grade in prep for inspection for placement of rock.

D Place aggregate base grading D station 20+680 – 21+351.

E Place slope armor at site 9 station19+350 Rt.

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PRODUCTION TIME (PERSON HOURS WORKED) | | | | | | | | | | | EQUIPMENT TIME | | |
| 10 | Driver | 10 | End Dump+2 pups | 70 | 33 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 11.5 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D9 | 3.5 | | | | | | | | | | | | 1/2 DAY Jm | |
| 2 | Driver | 2 | Water Truck | 28 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | | 12 | | | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | 11 | | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | | | | 6.5 | | | | | | | | | 1/4 DAY Jm | |
| 1 | Operator | 1 | 150 Excavator | 2.5 | | | | | | | | | | | | 3/4 DAY Jm | |
| 2 | Operator | 2 | Vibratory Roller | 10 | | 11 | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | 6 | 5 | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | 6 | | | | | | | | | | | | 1/2 DAY Jm | |
| 7 | Laborers | | | 20 | 24 | | 21 | | | | | | | | | | |
| 4 | Driver | 1 | 1 Moxy +3 bellys | 8 | | | 30 | 2 | | | | | | | | | |
| 4 | Grade Checkers | | | 22 | 5 | | 5 | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: 8/19/02

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 8/21/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

WFLHD-403

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 20, 2002 DAY: Tuesday

WEATHER: Sunny and Clear 55 - 81

DESCRIPTION AND LOCATION OF WORK

A Load and haul excavation from 18+400 the learning center and The ski area, and waste at site 6 station 18+700 Rt.

B Excavation for gabion basket retaining wall station 24+630 – 24+690. Haul some rock to wall area for baskets.

C Finishing sub-grade from station 22+100 – 23+600, prep for rock inspection.

D Place aggregate base grading D rock station 21+351 – 22+100.

E Place aggregate surfacing course at approach road at station 21+400 CL.

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Driver | 9 | End Dump+1 pup | 76 | 18 | | | | | | | | | | | | |
| | Operator | 1 | 14 G Grader | | | | 7 | 4.5 | | | | | | | | | |
| | Operator | 1 | D8R | 11 | | | | | | | | | | | | | |
| | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| | Driver | 2 | Water Truck | 27 | | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | 38 | | | | | | | | |
| | Operator | 1 | 600 Excavator | 11 | | | | | | | | | | | | | |
| | Operator | 1 | 350 Excavator | | 11 | | | | | | | | | | | | |
| | Operator | 1 | 320 Excavator | 2.5 | 8.5 | | | | | | | | | | | | |
| | Operator | 1 | 300 Excavator | 11 | | | | | | | | | | | | | |
| | Operator | 1 | 150 Excavator | 9 | | 3 | | | | | | | | | | | |
| | Operator | 2 | Vibratory Roller | | | 11 | | | | | | | | | | | |
| | Operator | 1 | 450 Loader | | | | 6 | 4 | | | | | | | | | |
| | Operator | 1 | D9 Dozer | | | 11 | | | | | | | | | | | |
| | Laborers | | | 11 | 29 | 10 | 13.5 | 7 | | | | | | | | | |
| | Driver | 4 | Belly Dumps | | | | 25 | 9 | | | | | | | | | |
| | Grade Checkers | | | 21 | 13 | | | | | | | | | | | | |
| | Operator | 1 | 160 G Grader | | | 5 | 6 | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: 8/20/02

REVIEWED BY: John Foster

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 8/21/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 21, 2002 DAY: Wednesday

WEATHER: Partly Cloudy 52 - 77

DESCRIPTION OF WORK

A Excavation from 18+400 with haul ~ski area and the learning center.

B Constructing gabion retaining wall 24+360 – 23+390 Rt., baskets, backfill.9

C Placed surfacing aggregate D rock stastion 21+700 –22+500.

D Preparing sub-grade 22+300 – 23+600 for inspection for rock placement.

E Blast at station 18+400 and drilling station 18+740 and 780.
Used ECM 490 drill.

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Driver | 9 | End Dump | 71 | 21 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | 11.5 | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 26 | | | | | | | | | | | | | |
| | Service of Equip | | Mech and Oilers | | | | | | | 37 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | 8 | 1.5 | 3.5 | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | | 12 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | 12 | | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 11 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 10 | | 2 | 8 | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 6 | | 5.5 | | | | | | | | | | | |
| 1 | Operator | 1 | D9 Dozer | 11 | | | | | | | | | | | | | |
| 7 | Laborers | | ECM 490 Drill | | 42 | 21 | 8.5 | 15 | | | | | | | | | |
| 4 | Driver | 4 | Belly Dumps | | | 34 | | | | | | | | | | | |
| 1 | Grade Checkers | | | 12 | 12 | | 10 | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | | 5 | 5.5 | 6 | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: 8/21/02

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 8/23/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

WFLHD-465 (REV. 10/96)

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

**CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS**

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 23, 2002 22 DAY: Thursday

WEATHER: Sunny and Clear 50 - 80

**DESCRIPTION AND LOCATION OF WORK**

A Haul from 18+400 to waste at the l[illegible]ing center and the ski lodge. Working on finish sub-grade station [illegible]3+000 – 24+000

B Placed Aggregate D on the road from 22+300 to 23+600.

C Constructing gabion retaining wall station 24+630 – 24+690 Rt.

D Drilling boulders and ditch lines where needed

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Driver | 9 | End Dump + 1 pup | 56 | | 40 | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 7 | 5 | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 13 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 14 | 12 | | | | | | | | | | | | |
| 3 | Service of Equip | | Mech and Oilers | | | | | | | 36 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 12 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 10 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 12 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 9 | 5 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 6 | | | | | | | | | | | | | |
| 1 | Operator | 1 | ECM 490 Drill | | | | 10 | | | | | | | | | | |
| 10 | Laborers | | | 9 | 21 | 62 | | | | | | | | | | | |
| 1 | Operator | 1 | D9 Dozer | 9 | | | | | | | | | | | | | |
| 1 | Grade Checkers | | | 11 | | | | | | | | | | | | | |
| 4 | Drivers | 4 | Belly Dumps | | 40 | | | | | | | | | | | | |

BY: STEVE SMITHERMAN
SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman
DATE: 8/23/02

REVIEWED BY: JOHN FOSTER
SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster
DATE: 8/28/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

WFLHD-465 (REV. 10/98)

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

**CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS**

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 27, 2002 DAY: Tuesday

WEATHER: Mostly Clear and warm 50 - 82

DESCRIPTION AND LOCATION

A Haul excavation from 18+400 to [illegible] place at the ski area.

B Haul and place aggregate base D 23+600 – 24+500.

C Haul and place aggregate surface course, 2 approaches, 22+510 and 23+620

D Constructing cattle guard at station 24+830.

E Continue work at the gabion wall, station 24+630 – 24+690 Rt.

F Repairing silt fence throughout project where needed.

G

H

I One mechanic and two oilers to service equipment.

J ECM 490 Rock Drill 18+400

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Driver | 10 | End Dump | 22.5 | 3 | 1 | 4 | 7 | | | | 37 | 10 | | | | |
| 1 | Operator | 1 | 14 G Grader | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | | 10 | | | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | 10.5 | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | | 10 | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | | | 3 | | 7 | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 5 | | | | 5 | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 8 | | 2 | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 9 | 2 | | | | | | | | | | | |
| 4 | Drivers | 4 | Belly Dumps | | 34 | 6 | | | | | | | | | | | |
| 10 | Laborers | | | 11 | 18 | 2 | 34 | 29 | 3 | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 30 | | | | | | | | | | | | | |
| 1 | Grade Checkers | | | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D9 Dozer | 10 | | | | | | | | | | | | | |

(Columns (A)–(K): PRODUCTION TIME (PERSON HOURS WORKED); WORK / IDLE / DO: EQUIPMENT TIME)

BY: STEVE SMITHERMAN
SIGNATURE FOR CONTRACTOR: (*)
Steve Smitherman
DATE: August 27, 2002

REVIEWED BY: JOHN FOSTER
SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster
DATE: 8/28/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.