US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

**CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS**

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 28, 2002 DAY: Wednesday

WEATHER: Sunny and hot 55 - 88

**DESCRIPTION AND LOCATION OF WORK**

A Roadway excavation from 18+400, h[illegible] to ski area and learning center. Finishing sub-grade from 19+000 – 2[illegible]00.

B Continue work on gabion wall, backfill etc, station 24+630 – 24+690 Rt.

C Install cattle guards station 24+830 – 24+340.

D Move aggregate from 20+100 – 20+300 to big stockpile at station 18+500.

E Recondition roadway on Phase 1.

F Drill working 18+400 and ditches.

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Driver | 9 | End Dump | 70 | 17 | 6 | 2 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 11 | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 14 | | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | 37 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | 10 | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | 11 | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | D9 Dozer | 5 | | | 5 | | | | | | | | | | |
| 1 | Operator | 2 | ECM 490 Rock Dril | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | | 4 | 6.5 | | | | | | | | | |
| 2 | Drivers | 2 | Belly Dumps | | | | 20 | | | | | | | | | | |
| 10 | Laborers | | | 9 | 61 | 22 | | | | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 22 | | | | | | | | | | | | | |
| 2 | Grade Checkers | | | 10.5 | 5 | 5 | | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | | 5 | 5 | | | | | | | | | | | |

**BY: STEVE SMITHERMAN**

**SIGNATURE FOR CONTRACTOR: (*)** Steve Smitherman

**DATE:** 8/28/02

**REVIEWED BY:** John Foster

**SIGNATURE PROJECT ENGINEER OR INSPECTOR:** John M Foster

**DATE:** 8/30/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 29, 2002 DAY: Thursday

WEATHER: Hot and Clear 57 - 90

**DESCRIPTION AND LOCATION OF WORK**

A Excavation from 18+400 and haul to lo[illegible]ing center and the ski area.

B Install cattle guard station 20+400.

C Complete gabion faced retaining wall 24+630 – 24+690 Rt.

D Pick up rejected D Agg. and haul to stockpile. Place D agg at guard rail.

E Re-condition phase 1 road.

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Driver | 9 | End Dump | 78 | 3 | 13 | 4 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 12 | | | | 12 | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | 38 | | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | 3.5 | | | 6 | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | 3 | | 11 | | | | | | | | | | | |
| 1 | Operator | 1 | D9 Dozer | 3 | | | 7 | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | | | 11 | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | | 12 | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | | | 10 | | | | | | | | | | | |
| 12 | Laborers | | | | 31 | 27 | 7 | 22 | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 25 | | | | | | | | | | | | | |
| 1 | Grade Checkers | | | 11 | 6 | | | | | | | | | | | | |
| 1 | Drivers | 1 | Belly Dumps | | | | 21 | | | | | | | | | | |

| BY: STEVE SMITHERMAN | REVIEWED BY: John Foster |
|---|---|
| SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman | SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster |
| DATE: 8/29/02 | DATE: 9/4/02 |

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 30, 2002 DAY: Friday

WEATHER: Sunny and Clear 55 - 80

**DESCRIPTION AND LOCATION OF WORK**

A Excavation from 18+400 and haul to t[illegible]earning center and ski area.

B Install 600 mm culvert and energy dissipator at station 18+680.

C Work on cattle guards on project, finishing touches.

D Haul and place select topping station 24+630 – 24+690, gabion wall.

E Pick up D aggregate and haul to stockpile site.

F Work on slide area station 18+500.

G Repair silt fence as needed.

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Driver | 8 | End Dump | 59 | 4 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | 6 | 2 | | | | | | | | | |
| 1 | Operator | 1 | D8R | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 8 | | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 12 | | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | | 18.5 | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | | | | 8 | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | 4 | | 4 | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | 6 | | | | 2 | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 8 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | | | 5 | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 5 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | | | | 4 | 3.5 | | | | | | | | | |
| 6 | Laborers | | | 8 | 20 | 7 | | | | 5 | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 22 | | | | | 2 | | | | | | | | |
| 2 | Grade Checkers | | | 7 | | | | | | | | | | | | | |
| 3 | Drivers | 3 | Belly Dumps | | | | 16 | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*)

Steve Smitherman

DATE: August 30, 2002

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/3/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

**CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS**

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 3, 2002 DAY: Tuesday

WEATHER: Mostly Cloudy 58 - 79

**DESCRIPTION AND LOCATION OF WORK**

A Pick up rejected D Aggregate and ha[illegible]p waste areas, from 20+680 – 24+500.

B Road re-conditioning for phase one.

C Preparing subgrade station 19+900 – 20+400.

D Maintenance of the equipment.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PRODUCTION TIME (PERSON HOURS WORKED) | | | | | | | | | | | EQUIPMENT TIME | | |
| 11 | Driver | 11 | End Dump+11 pups | 105 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 10.5 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | | | 2 | | | | | | | | | | 3/4 DAY | |
| 1 | Operator | 1 | D6H | 4 | | | | | | | | | | | | 1/2 DAY | |
| 2 | Driver | 2 | Water Truck | 14 | 6 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | 36 | | | | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10.5 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 12 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | 10 | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 10.5 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | 12 | | | | | | | | | | | | | |
| 11 | Laborers | | | 15 | 82 | | | | | | | | | | | | |
| 3 | Driver | 3 | Belly Dumps | 38 | | | | | | | | | | | | | |
| 1 | Grade Checkers | | | 10.5 | | 15 | | | | | | | | | | | |
| 1 | Operator | 1 | Power Broom | | 10 | | | | | | | | | | | | |

| | |
|---|---|
| BY: STEVE SMITHERMAN | REVIEWED BY: JOHN FOSTER |
| SIGNATURE FOR CONTRACTOR: (*) Smitherman | SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster |
| DATE: 9/3/02 | DATE: 9/5/02 |

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 4, 2002 DAY: Wednesday

WEATHER: Cloudy and cool 45 - 72

**DESCRIPTION AND LOCATION OF WORK**

A Remove reject material D-Aggrega[illegible] from road and haul away.

B Road Re-conditioning in preparation for paving on phase one.

C Place D Aggregate station 23+600 – 24+200.

D Roadway excavation 18+400 and clean up areas in prep for subgrade.

E Repair silt fence where needed.

F Move back and excavate more material as directed by Linda Persoon.

G See Letter dated 9/6/02

H DAC 122

I Perform Maintenance of equipment

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PRODUCTION TIME (PERSON HOURS WORKED) | | | | | | | | | | | EQUIPMENT TIME | | |
| 9 | Driver | 9 | End Dump+ 9 Pups | 62 | | 21 | 6 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 5 | | 4 | 2 | | | | | | | | | | |
| 1 | Operator | 1 | D8R | | | | 4 | | | | | | | | | | |
| 2 | Operator | 2 | Water Trucks | 7 | 7 | 3 | 4 | | | | | | | | | | |
| 2 | Driver | | Power Brooms | | 20 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | | | 37 | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | 9 | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | | 11 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | 10 | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | 11 | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 3 | 3 | 3 | | | 3 | | | | | | | | |
| 1 | Operator | 1 | Scraper | 4 | | | | | | | | | | | | ½ Day | [illegible] |
| 12 | Laborers | | | 7 | 62 | 11 | | 4 | 12 | | | | | | | | |
| 4 | Driver | 4 | Belly Dumps | 29 | | 16 | | | | | | | | | | | |
| 1 | Grade Checkers | | | | | 6 | | | | | | | | | | | |
| 3 | Operator | 3 | Loaders | 16 | 3 | 7 | 7.5 | | 3 | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: 9/4/02

REVIEWED BY: [signature]

SIGNATURE PROJECT ENGINEER OR INSPECTOR:

DATE: 9/8/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

WFLHD-405 (REV. 10/98)

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

**CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS**

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 5, 2002 DAY: Thursday

WEATHER: Cloudy and cool 52 - 70

**DESCRIPTION AND LOCATION OF WORK**

A Remove reject D-Agg. from road ar aste, place new D-Agg, 22+500 – 25+0

B Haul material that was shot 18+400 and haul to crusher for crushing.

C Road Re-conditioning for phase 1.

D Loading holes for blast 18+400.

E Repair silt fence as needed.

F Rerpair of the cattle guard on phase 1 as directed.

G Maintenance of the equipment.

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Driver | 10 | End Dump+ 10 pup | 53 | 66 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 12 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 12 | 12 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | 38 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | 3 | 4 | 3 | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | | | | | | | | | | DAY | 9m2 |
| 1 | Operator | 1 | 150 Excavator | | 8 | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 12.5 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Power Brooms | | | 18 | | | | | | | | | | | |
| 10 | Laborers | | | 27 | | 6 | 18 | 4 | 18 | | | | | | | | |
| 4 | Driver | 4 | Belly Dumps | 44 | | | | | | | | | | | | | |
| 1 | Grade Checkers | | | | 11 | | | | | | | | | | | | |
| 3 | Operator | 3 | Loaders | 28 | 5 | | | | | | | | | | | | |

**BY: STEVE SMITHERMAN**

**SIGNATURE FOR CONTRACTOR: (*)** Steve Smitherman

**DATE:** 9/5/02

**REVIEWED BY:** John Foster

**SIGNATURE PROJECT ENGINEER OR INSPECTOR:** John M Foster

**DATE:** 9/10/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

[illegible]

US [illegible]ARTMENT OF TRANSPORTATIO[illegible]
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

**CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS**

**PROJECT: WA PFH 158- 1 (2)**
**FLOWERY TRAIL ROAD**

**CONTRACTOR/SUB-CONTRACTOR:**

**M. A. DeATLEY CONSTRUCTION**

**DATE: 9/6/02** **DAY: Friday**

**WEATHER: Mostly Cloudy 45 - 71**

**DESCRIPTION AND LOCATION OF WORK**

**A** Excavation from 18+400 and haul t[illegible]e Ski Lodge for waste and for crusher.

**B** Pick up rejected D-Agg and rescale, haul and place D-Agg 21+400 – 23+600.

**C** Road Re-conditioning for phase 1.

**D** Repair silt fence as needed, erosion control.

**E** Repair Cattle guard on phase 1.

**F**

**G**

**H**

**I**

**J**

**K**

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Driver | 13 | 3 Belly 10 Pup&Trk | 60 | 65 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 5 | 6 | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | 11 | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 12 | 11 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | 35 | | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | 3 | | | | | | | | | | | | 3/4 DAY | JMD |
| 1 | Operator | 1 | 320 Excavator | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | | | | | | | | | | 3/4 DAY | JMD |
| 1 | Operator | 1 | 150 Excavator | | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 9 | 2 | | | | | | | | | | | |
| 3 | Operator | 3 | Loaders | | 22 | 6 | | | | | | | | | | | |
| 6 | Laborers | | | | 28 | 18 | | 6 | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 33 | | | | | | | | | | | | | |
| 2 | Grade Checkers | | | 9 | 9 | | | | | | | | | | | | |
| 1 | Operator | 1 | ECM 490 Rock Dri | | | | | | | | | | | | | | |

**BY: STEVE SMITHERMAN**

**SIGNATURE FOR CONTRACTOR: (*)**

Steve Smitherman

**DATE:** 9/6/02

**REVIEWED BY:** John Foster

**SIGNATURE PROJECT ENGINEER OR INSPECTOR:** John M Foster

**DATE:** 9/10/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.