US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

**CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS**

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 7, 2002 DAY: Saturday

WEATHER: Partly Cloudy 44 - 71

**DESCRIPTION AND LOCATION OF WORK**

A Haul excavation from 18+400 to wa[illegible]t the ski area, and to the crusher.

B Install 600mm culvert at station 19+340.

C Work on chanel change and gabion wall.

D Tear down scales and move to new location.

E Pick up reject D-Agg, haul to the ski area, place D-Agg at new scale site. Process D-Aggregate that has been placed on the road.

F Work at Palmer Creek station 19+200. Haul rock from Kings Lake Pit.

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Driver | 9 | End Dump + pups | 50 | | | | | 16 | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | | | | 5 | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | | | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | | 24 | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | 7 | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 9 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | 7 | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | | | | 16 | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | | | 13 | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 5.5 | | | 7.5 | | | | | | | | | | |
| 9 | Laborers | | | | 22 | 23 | 25 | | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 26 | | | | | | | | | | | | | |
| 1 | Grade Checkers | | | 3 | | 3 | | 2 | | | | | | | | | |
| 1 | Operator | 1 | ECM 490 Rock Dri | | | | | | | | | | | | | | |

**BY:** STEVE SMITHERMAN

**SIGNATURE FOR CONTRACTOR: (*)** Steve Smitherman

**DATE:** September 7, 2002

**REVIEWED BY:** JOHN FOSTER

**SIGNATURE PROJECT ENGINEER OR INSPECTOR:** John M Foster

**DATE:** 9/10/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

WFLHD-65 (REV 10/96)

US DEPARTMENT OF TRANSPORTATIO
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 9, 2002 DAY: Monday

WEATHER: Sunny and Clear 50 - 75

**DESCRIPTION AND LOCATION OF WORK**

A Excavation from 18+400 and haul [illegible]e crusher and ski area.

B Haul and place D-Aggregate from the crusher to the road.

C Install 600mm culvert and dissipator station 19+340.

D Install diversion culvert station 19+200.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | Driver | 12 | Bellys and Pups | 83 | 17 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D9R | 3 | | | | | | | | | | | | 3/4 DAY | [illegible] |
| 1 | Operator | 1 | D6H | | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 6 | 6 | | | | | | | | | | | | |
| | Service of Equip | | Mech and Oilers | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 11 | | | | | | | | | | | | | |
| ~~1~~ | ~~Operator~~ | ~~1~~ | ~~350 Excavator~~ | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | 11 | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | 13 | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 10 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 6 | 20 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 11.5 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | 9 | | | | | | | | | | | | | |
| 7 | Laborers | 1 | Grade Checkers | 17 | 21 | 32 | 26 | | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 34 | | | | | | | | | | | | | |
| 1 | Operator | 1 | Loader | 11 | | 7 | | | | | | | | | | | |
| 1 | Operator | 1 | D8 Dozer | 11 | | | | | | | | | | | | | |

**BY: STEVE SMITHERMAN**

**SIGNATURE FOR CONTRACTOR: (*)** Steve Smitherman

**DATE:** September 9, 2002

**REVIEWED BY:** JOHN FOSTER

**SIGNATURE PROJECT ENGINEER OR INSPECTOR:** John M Foster

**DATE:** 9/12/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

WFLHD-465 (REV. 10/98)

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 10, 2002 DAY: Tuesday

WEATHER: Sunny and Clear 50 – 82

DESCRIPTION AND LOCATION OF WORK

A Haul excavation from 18+400, and [illegible]ce at the ski area.

B Haul and place D-Agg at station 20+600 – 21+400 and 19+600 – 20+100.

C Working on culvert at Palmer Creek, station 19+200.

D Install 600mm culverts.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Driver | 13 | Tk.Pups and Bellys | 44 | 70 | 3 | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 2 | Driver | 1 | Water Truck | 12 | 12 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | 36 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10 | | | | | | | | | | | | | |
| 1 | ~~Operator~~ | ~~1~~ | ~~350 Excavator~~ | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | | 12 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 12 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 10 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 10 | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | 2 | | | | | | | | | | | | | |
| 8 | Laborers | | | 12 | 11 | 50 | 7 | | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 32 | | | | | | | | | | | | | |
| 2 | Grade Checkers | | | 12 | 10 | | | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 11 | 10 | | | | | | | | | | | | |

PRODUCTION TIME (PERSON HOURS WORKED) columns (A)–(K).

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 10, 2002

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/12/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATIO
FEDERAL HIGHWAY ADMINISTRATIOI
WESTERN FEDERAL LANDS HIGHWAY DIV.

**CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS**

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 12, 2002 DAY Thursday

WEATHER: Clear and Warm 52 - 83

**DESCRIPTION AND LOCATION OF WORK**

A Haul excavation to the ski area an embankment at 18+500. Work sub grade station 19+240 – 20+600.

B Finishing D-Aggregrate from station 20+600 – 23+600.

C Force Account work on slide station 19+000. Excavate material and haul off.

D Installing 3600mm pipe at Palmer Creek.

E Installing 150mm underdrain at approach station 18+500.

F Sub-excavation at approach.

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | Driver | 6 | End Dump + 3 pups | | | 21 | 4 | 32 | 6 | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D9 Dozer | | | 5 | | | | | | | | | | 5 JMJ | |
| 2 | Driver | 2 | Water Truck | 12 | 9 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | | 33 | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 12 | | | | | | | | | | | | | |
| 1 | ~~Operator~~ | ~~1~~ | ~~350 Excavator~~ | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 7 | | 3 | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | 13 | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | 6 | 1 | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 7 | 6 | | 4 | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | 9 | | | | | | | | | | | | |
| 9 | Laborers | | | | 11 | | 57 | 9 | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 28 | | | 3 | | | | | | | | | | |
| 2 | Grade Checkers | | | 18 | 4 | | | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 5 | | 5 | 11 | | | | | | | | | | |

Columns (A)–(K): PRODUCTION TIME (PERSON HOURS WORKED); WORK / IDLE / DOWN: EQUIPMENT TIME

BY: STEVE SMITHERMAN
SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman
DATE: September 12, 2002

REVIEWED BY: JOHN FOSTER
SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster
DATE: 9/16/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

Case 1:04-cv-01052-EJD Document 72-20 Filed 07/21/2006 Page 5 of 8

WFLHD-405 (REV. 10/98)

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

**CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS**

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 13, 2002 DAY Friday

WEATHER: Clear, 52 - 88

## DESCRIPTION AND LOCATION OF WORK

A Roadway excavation 18+400 and ha[illegible] to the Sgt area parking lot.

B Place D-Agg. and finish, station 19+200 – 19+600 and 20+400 – 20+600.

C Working on pipe at Palmer Creek.

D Work on slide areas station 18+500 and 19+000.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Driver | 9 | Pups and Bellys | 11 | 38 | 9 | 3 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | 6 | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 8 | | | 2 | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | | | 3 | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 17 | 5 | | | | | | | | | | | | |
| | Service of Equip | 2 | Mech and Oilers | | | | | | | 22 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 7 | | | 4 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 5 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | 8 | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 12 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | 2 | | | | | | | | | | | | |
| 7 | Laborers | | | | 14 | 50 | | | | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 24 | | 1 | 2 | | | | | | | | | | |
| 2 | Grade Checkers | | | 11 | | | 4 | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | | 8 | 8 | | | | | | | | | | | |

**BY: STEVE SMITHERMAN**
**SIGNATURE FOR CONTRACTOR: (*)**
Steve Smitherman

**DATE:** September 13, 2002

**REVIEWED BY:** JOHN FOSTER
**SIGNATURE PROJECT ENGINEER OR INSPECTOR:** John M Foster

**DATE:** 9/23/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

WFLHD-463 (REV. 10/90)

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

**CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS**

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 16, 2002 DAY Monday

WEATHER: Partly Cloudy 55 - 70

**DESCRIPTION AND LOCATION OF WORK**

A Roadway excavation station 18+300 - 18+400, agg. to ski area.

B Continue installing culvert at Palmer Creek, Riprap headwall, Rock Weir.

C Tight blading D Agg., processing, hauling stockpiled reject D to ski Area.

D Working on excavating slides areas 18+500 and 19+860.

E Installing 150mm underdrain station 18+500 approach.

F Silt fence repair, erosion control as needed.

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | Driver | 7 | End Dump & pups | 27 | 1 | 9 | 20 | 11 | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R and D9 | 8 | | | 6 | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | | | 5 | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 8 | | 4 | | | | | | | | | | | |
| | Service of Equip | 2 | Mech and Oilers | | | | | | | | | 23 | | | | | |
| 1 | Operator | 1 | 600 Excavator | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 2 | 8 | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | 7 | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | 6 | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | | 10 | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | 9 | | | | | | | | | | | |
| 2 | Operator | 1 | Scraper | 1 | | 5 | | | | | | | | | | | |
| 8 | Laborers | | | | 20 | | 5 | 14 | 24 | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 12 | 4 | 3 | 2 | | | | | | | | | | |
| 1 | Grade Checkers | | | 10 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 7 | | 9 | 4 | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 16, 2002

REVIEWED BY: John Foster

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/23/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

WFLHD-405 (REV. 10/98)

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 17, 2002 DAY Tuesday

WEATHER: Cloudy and Rain showers 50 - 68

**DESCRIPTION AND LOCATION OF WORK**

A Excavating slide areas, station 18+5[illegible] 19+000, and 19+860.

B Installing 150mm underdrain pipe station 11+120-11+190 and 11+000–11+09(

C Processing and blue-topped D-Agg.

D Finished pipe at Palmer Creek. Pulled diversion channel.

E Repair silt fence and erosion control as needed.

F Placed Slope armor 18+470 – 18+530.

G Haul excavation to waste.

H Work on the multi-plate pipe station 18+312 , haul bedding, ex. out.

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Driver | 8 | End Dump+ Pups | 63 | 13 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | | | | | | | 6 | | | | | | | |
| 1 | Operator | 1 | D6H | | | | | | | 10 | | | | | | | |
| 1 | Driver | 1 | Water Truck | 1 | | | | | | | | | | | | | |
| | Service of Equip | 2 | Mech and Oilers | | | | | | | | | 23 | | | | | |
| 1 | Operator | 1 | 600 Excavator | 3 | | | | | 3 | | | | | | | | |
| | | 1 | Foreman | 4 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 7 | | | 3 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | 2 | | 7 | 1 | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | 6 | | 4 | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | | 5 | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | 10 | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | | 10 | | | | | | | | | | | |
| 4 | Laborers | | | | 10 | 5 | 4 | 11 | | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 8 | | | | | 5 | 2 | 6 | | | | | | |
| 2 | Grade Checkers | | | | | 5 | | | | 16 | | | | | | | |
| 2 | Operator | 2 | Loader | 10 | 5 | | | | | 4 | | | | | | | |

BY: STEVE SMITHERMAN
SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 17, 2002

REVIEWED BY: Jill Foster
SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/23/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

A Hours & Equip. to be Determined @ Later Date JMF

WFLHD-465 (REV. 10/98)

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

**CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS**

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 18, 2002 DAY Wednesday

WEATHER: Overcast am. Sunny pm 40 - 70

**DESCRIPTION AND LOCATION OF WORK**

A Hauling excavation from 18+360 to [illegible] Gletty Pit. Subgrade finishing at Station 18+700 – 19+240.

B Hauling slide material from 18+500 and disposing of, force account work.

C Install 600mm pipe station 18+220 and 18+455.

D Processing D-Aggregate and haul 5 loads to 19+860.

E Repair silt fence as needed.

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Driver | 10 | End Dump + Pups | 83 | 10 | | 4.5 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | 12 | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 3 | 7 | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 9 | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 2 | | | | | | | | | | | | | |
| | Service of Equip | 2 | Mech and Oilers | | | | | | | | 28 | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 8 | 11.5 | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 6 | | 6.5 | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | .5 | 6 | 4 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 7 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 4 | | | 4 | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | 4 | | | | | | | | | | | | | |
| 6 | Laborers | | | | 4.5 | 26 | 5 | 6 | | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | | 12 | 10 | | | | | | | | | | | |
| 1 | Grade Checkers | | | 12 | | 6 | | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 7 | | 2 | 3.5 | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 18, 2002

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/23/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

A&B - Hours & Equip. To Be Determined @ [illegible]