US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

**CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS**

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:
M. A. DeATLEY CONSTRUCTION

DATE: September 20, 2002 DAY Friday

WEATHER: Sunny and Clear 38 - 70

**DESCRIPTION AND LOCATION OF WORK**

A Excavation at slide location 18+605 ( # 17. Haul material away.

B Place D-Aggregate on road station, 18+760 – 19+460 plus some spot loads.

C Perform sub-excavation as directed station 18+510 – 18+550.

D Clean ditches, minor excavation in areas, clean up.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Driver | 13 | Trucks,pups, bellys | 69 | 26.5 | 4 | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | | | | | | | | | | | |
| 2 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 8 | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 9.5 | | | | | | | | | | | | | |
| | Service of Equip | 2 | Mech and Oilers | | | | | | | 20 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 8 | | 2 | | | | | | | | | | | |
| 1 | Foreman | | | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 3 | | | 7.5 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | 7 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | 2 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | | | | | | | | | | | | | |
| 2 | Laborers | | | | 12 | | | | | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 18.5 | | | | | | | | | | | | | |
| 2 | Grade Checkers | | | 8 | 6 | 4 | | | | | | | | | | | |
| 2 | Operator | | Loaders | 8 | | | | | | | | | | | | | |

(Columns A–K: PRODUCTION TIME (PERSON HOURS WORKED); WORK / IDLE / DOWN: EQUIPMENT TIME)

**BY: STEVE SMITHERMAN**

**SIGNATURE FOR CONTRACTOR: (*)** Steve Smitherman

**DATE:** September 20, 2002

**REVIEWED BY:** John Foster

**SIGNATURE PROJECT ENGINEER OR INSPECTOR:** John M Foster

**DATE:** 9/26/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE MUTCD AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

"A" work to be determined at later date
JMF

[illegible]

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 25, 2002 DAY Wednesday

WEATHER: Sunny and Clear 44 - 71

**DESCRIPTION AND LOCATION OF WORK**

A Hauling excavation from 18+400 a[illegible] [illegible]asting material.

B Place aggregate on approaches and spot loads of D-Base Aggregate.

C Perform work in the wetlands as directed.

D Extend 600mm culvert station 18+540.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Driver | 4 | 2 Dumps 2 Bellys | 7 | 26 | 2 | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 11 | | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | 16 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 6.5 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 9.5 | | | 1 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 10 | | | | | | | | | | | |
| 1 | Foreman | | | 6 | 2 | 2 | 2 | | | | | | | | | | & No |
| 2 | Operator | 2 | Vibratory Roller | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | | | | | | | | | | | | | |
| 3 | Laborers | | | 3.5 | 14 | | 10 | | | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 6.5 | | 3.5 | | | | | | | | | | | |
| 1 | Grade Checkers | | | | | | 4 | | | | | | | | | | |
| 1 | Operator | 1 | Loader | | 10 | | | | | | | | | | | | |

BY: STEVE SMITHERMAN
SIGNATURE FOR CONTRACTOR: (*)
Steve Smitherman

DATE: September 25, 2002

REVIEWED BY: John FOSTER
SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/30/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE MUTCD AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

& No payment for time of fore[illegible]

WFLHD-465 (REV. 10/98)

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 26, 2002 DAY Thursday

WEATHER: Cloudy and Cool 45 - 67

**DESCRIPTION AND LOCATION OF WORK**

A Continue working sub-grade, haulin[illegible]cavation away.

B Finishing rocklined ditches and placing slope armor 18+470 – 18+540.

C Haul D-Aggregate for spot loads and placement on the road.

D Haul and place fish rock at the multi plate.

E Work on the wetlands.

F Roadway obliteration on the forest service road.

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | Equipment Time WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | Driver | 6 | Trk Pups and Bellys | 23 | | 16 | 14 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 10 | | | | | | | | | | | | | |
| | Service of Equip | 1 | Mech and Oilers | | | | | | | 10.5 | | | | | | | |
| 1 | Foreman | 1 | | 12 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | | 4.5 | 4.5 | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 8.5 | | 2 | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 6 | | 4 | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | | | | | | | | | | | | | |
| 1 | Laborers | | | 2.5 | | | | | | | | | | | | | |
| 1 | Driver | 1 | Moxy Truck | | | | | | 7 | | | | | | | | |
| 2 | Grade Checkers | | | 10.5 | | 3 | | | | | | | | | | | |
| 1 | Operator | 1 | Loader | 6.5 | | 4 | | | | | | | | | | | |

PRODUCTION TIME (PERSON HOURS WORKED) applies to columns (A)–(K).

**BY: STEVE SMITHERMAN**

**SIGNATURE FOR CONTRACTOR: (*)** Steve Smitherman

**DATE:** September 26, 2002

**REVIEWED BY:** JOHN FOSTER

**SIGNATURE PROJECT ENGINEER OR INSPECTOR:** John M Foster

**DATE:** 10/1/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

WFLHD-465 (REV. 10/90)

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

**CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS**

**PROJECT: WA PFH 158- 1 (2)**
**FLOWERY TRAIL ROAD**

**CONTRACTOR/SUB-CONTRACTOR:**

**M. A. DeATLEY CONSTRUCTION**

**DATE: September 30, 2002 DAY Monday**

**WEATHER: Cloudy, Showers, 38 - 55**

**DESCRIPTION AND LOCATION OF WORK**

**A** Working on subgrade prep, clean s[illegible]s, ditches etc.

**B** Haul and place D-Aggregate, process, tight blade 18+400 – 19+200.

**C** Working on multiplate at Palmer Creek.

**D** Install 600mm culvert and dissipator station 18+346.5.

**E** Roadway obliteration Ten Mile Creek Road 261.

**F**

**G**

**H**

**I**

**J**

**K**

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | Driver | 5 | 2 Trk &Pup 3 Bellys | 9 | | 2 | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 3 | | | | | | | | | | | | | |
| | Driver | | Water Truck | 5 | 2 | | | | | | | | | | | | |
| | Service of Equip | 1 | Mech and Oilers | | | | | | | 9 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | | | | | | | | | | | | | | |
| 1 | Foreman | | | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | 3 | 7 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | | 8 | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 8 | 4 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 5 | 5 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | | | | | | | | | | | | | |
| 2 | Laborers | | | | 5.5 | | 10 | | | | | | | | | | |
| 1 | Driver | 1 | Moxy Truck | | | | | 2 | | | | | | | | | |
| 1 | Grade Checkers | | | 8 | 2 | | | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 2 | 9 | | | | | | | | | | | | |

**BY: STEVE SMITHERMAN**

**SIGNATURE FOR CONTRACTOR: (*)** Steve Smitherman

**DATE:** September 30, 2002

**REVIEWED BY:** John Foster

**SIGNATURE PROJECT ENGINEER OR INSPECTOR:** John M Foster

**DATE:** 10/3/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

WFLHD-465 (REV. 10/98)

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

**CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS**

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: October 2, 2002 DAY Wednesday
WEATHER: Mostly sunny and cold in morning, mostly cloudy and cool in afternoon

**DESCRIPTION AND LOCATION OF WORK**

A Haul material from ski area to ca... grade and build approach at 18+320

B Haul grading D base rock from ski area to 18+200 to 18+460

C Clear for fencing crew at cattleguard

D Service and Mechanic Equipment

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Operator | 1 | 450 loader | 7 | 4 | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 excavator | 3 | | | | | | | | | | | | | |
| 2 | Drivers | 2 | Moxy Trucks | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | Cat Roller | 7 | 4 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160H blade | 7 | 4 | | | | | | | | | | | | |
| 1 | Service/Mechanic | | | | | | 10 | | | | | | | | | | |
| 1 | Laborer | | | | | 6 | | | | | | | | | | | |
| 1 | Laborer | | | 4 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 6 | | | | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Dusty Forsman

DATE: 10-3-02

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 10/03/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

Contractors Daily Quality
Control Reports 2001-2002

US Department of Transportation
Federal Highway Administration

# CONTRACTOR DAILY QUALITY CONTROL REPORT

Project WA PFH 158-1(2) FLOWERY TRAIL ROAD

Contractor/Subcontractor M.A. DeAtley Construction

Date 10-22-01 Day Monday

Weather Cloudy, Rainy, ≈ 45°-50°

RECEIVED OCT 23 2001

Quality Control Inspection Narrative

On Standby until around 8:00 A.m. Trucks started hauling waste excavation from 18+800 to 49° North Ski Area. 350 loaded trucks. D&N pushed to 350 hoe. D&N dozer placed material at 49° North Ski Area.

2 guys from DeAtley Crushing here today to look at job. They said they had room to set up crusher. Said they would be here by Friday of this week. Going to have to plan a pre-crushing meeting.

Had partnering meeting this morning. I could not attend because I brought the crusher guys back to the airport.

Started raining pretty hard around 12:00 (noon). We worked until 3:00 p.m. + then shut down. Just too wet.

Labor crew: worked on fixing silt fence.

Getting close to seeding time. Not ready yet. We need to address this now. Nov. 1 is coming real soon!!!

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Foreman
Contractor Quality Control Manager

Reviewed by:
Federal Highway Administration

US DEPARTMENT OF TRANSPORTATION
Federal Highway Administration

# CONTRACTOR DAILY QUALITY CONTROL REPORT

Project WA PFH 158-1(2) FLOWERY TRAIL ROAD

Contractor/Subcontractor M.A. DeAtley

Date 10-24-01 Day Wednesday

Weather Cloudy, cool, some rain, ≈ 45°

11a

Quality Control Inspection Narrative

Another muddy day on the job site. This mud is not getting any better. I don't think it will until next year.

Continued hauling excess excavation from 18+800 to 49° North Ski Area. Also started building plant site for crusher. Slope is starting to give away at this location (crusher plant site location). Linda P. on site to look at. She wants to take it out. Will pay by the hour. Not sure if she is going to pay truckers by the hour too. I will ask John F. this tommorrow.

D8N + D5M dozer worked between 22+000 - 23+200 on slope work (including placing + track walking slopes). These slopes are still pretty wet. I am not sure about the seeding situation.

Greg with Precision Hydroseeding here this afternoon to look over job. He said he will be back tommorrow to discuss some important issues. I let him know that we will not be seeding what we originally estimated because of weather reasons. We may not seed anything if the weather does not straighten out. Both myself + John Foster have been discussing topsoil placement + seeding for the last 2 months. Nothing seemed to [illegible] get done.

Linda expected to meet with us tommorrow about seeding + temporary turf establishment.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Fagnan

Contractor Quality Control Manager

Reviewed by:

Federal Highway Administration

US DEPARTMENT OF TRANSPORTATION
Federal Highway Administration

## CONTRACTOR DAILY QUALITY CONTROL REPORT

Project WA PFH 158-1(2) FLOWERY TRAIL ROAD

Contractor/Subcontractor M.A. DeAtley Construction

Date 10-31-01 Day Wednesday

Weather Mostly Cloudy, Rain in Morning, ≈ 50°

RECEIVED
MOON
NOV 1 2001

**Quality Control Inspection Narrative**

Crusher is still grinding select topping material to place on top of subgrade to get traffic through this winter. We are still hauling the rejects to 49° North Ski Area parking lot. D8N dozer at Ski Area is placing the material at outside edges of parking lot.

4 laborers are devoted to erosion control. All 4 spent all day repairing & installing silt fence. They are simply following the list that was provided by John Foster.

The select topping that we are currently making is being tested by DeAtley Crushing but not by us because there is no pay item for it, therefore there is really no spec. for it. DeAtley Crushing is running gradations because they want to know what they are screening out.

~~Aft~~ At 12:00 p.m., I had to leave job site because I was experiencing major electrical problems with my vehicle. I contacted both Sam Stamper & John Foster before I left to make sure that I was not needed this afternoon. They both gave me the green light to go handle my pickup.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Forsman
Contractor Quality Control Manager

Reviewed by:
Federal Highway Administration