US DEPARTMENT OF TRANSPORTATION
Federal Highway Administration

# CONTRACTOR DAILY QUALITY CONTROL REPORT

RECEIVED NOV 5 2001

**Project** WA PFH 158-1(2) FLOWERY TRAIL ROAD

**Contractor/Subcontractor** M.A. DeAtley Construction

**Date** Nov 11-01-01 **Day** Thursday

**Weather** Cloudy, cool, ≈ 50°

**Quality Control Inspection Narrative**

Spent most of day working with Eric (Budinger) + Bob (Federal Highway) on testing methods for aggregates. I wanted to be present so I could tell if the testing that Budinger is doing is correct. I think I have a good idea what is going on.

Continued working on erosion control by installing + repairing silt fence. We also installed 30 bales today.

Crusher still crushing select topping (used to get road back into shape for winter). Crusher foreman said that it will be around 8:00 or 9:00 tommorow morning before they get switched over to the grading "D" base rock. I have lined out Budinger to make sure that we will be covered for testing this. They (Budinger) said they would be here.

Road is open to traffic today because it is November 1st. Spent a good hour this morning going over traffic control items with Kat. I think we covered everything that needs to be covered for the rest of this week + the weekend. Talked about detour signs. Kat said they would be removed by Friday night I said the sooner the better because they should already be down

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

**Reported by:** Dusty Fasmann

Contractor Quality Control Manager

**Reviewed by:**

Federal Highway Administration

US DEPARTMENT OF TRANSPORTATION
Federal Highway Administration

# CONTRACTOR DAILY QUALITY CONTROL REPORT

RECEIVED
NOON
NOV 7 2001

Project WA PFH 158-1(2) FLOWERY TRAIL ROAD

Contractor/Subcontractor M.A. DeAtley Construction

Date 11-6-01 Day Tuesday

Weather Cloudy, cold, ≈ 45°

**Quality Control Inspection Narrative**

Spent all morning in office at Flowery Trail working on quality control plan + approval for using King's Lake Pit for making aggregates for asphalt concrete, + emulsified treated base. Also: spent time with Eric of Budinger about testing methods + results. Told him that the results need to go to someone.

Crusher continued crushing Grading D base rock. Production for the day was 1792 tonnes for day shift and 1995 tonnes for night shift. A total of 3 samples was taken today for quality control testing.

Our stockpile is being strung out along new roadway around 20.000. It seems like we are losing a fair amount to floor loss. Going to have to account for this when Crusher thinks they are done crushing.

Erosion Control still doing there thing. John Foster is keeping a close eye on their work. Kris is too.

Told Linda that I would have a quality control plan for asphalt rock by Next Monday. She said O.K.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Foreman

Contractor Quality Control Manager

Reviewed by:

Federal Highway Administration

US DEPARTMENT OF TRANSPORTATION
Federal Highway Administration

# CONTRACTOR DAILY QUALITY CONTROL REPORT

RECEIVED NOV 8 2001

Project: WA PFH 158-1(2) FLOWERY TRAIL ROAD

Contractor/Subcontractor: M.A. DeAtley Construction

Date: 11-7-01 Day: Wednesday

Weather: Partly Sunny, cold, ≈ 45°

**Quality Control Inspection Narrative**

Crusher still crushing Agg. Base Grading D ~~next~~ aggregate. All tests run today by Budinger met the specs. 1st day that all tests were in.

DeAtley Crushing caught the big sample for the Humphries test that the Federal Highway Administration will be doing. They caught this sample around 11:00 a.m. I was not present when they caught the sample but I made sure that they were running consistent at the exact time they caught the sample.

Robert (Quality Control Person for DeAtley Crushing) was down at the Fed's lab today with Budinger representatives trying to figure out why Budingers tests have been jumping around + not DeAtley Crushing tests. Robert thinks it is the shaker that Eric + Steve are using. They are going to need to shake their samples a little longer.

Erosion control crew still working. Kris is keeping a close eye on this crew.

Material Source seems to be very dirty still. Crusher is producing a lot of rejects. Our trucks can hardly keep up!

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Foreman
Contractor Quality Control Manager

Reviewed by:
Federal Highway Administration

US DEPARTMENT OF TRANSPORTATION
Federal Highway Administration

# CONTRACTOR DAILY QUALITY CONTROL REPORT

RECEIVED NOV 9 2001

Project WA PFH 158-1(2) FLOWERY TRAIL ROAD

Contractor/Subcontractor M.A. DeAtley Construction

Date 11-8-01 Day Thursday

Weather Partly Cloudy, Cold, ≈ 45°

**Quality Control Inspection Narrative**

Crusher still producing Grading D base rock. See flow chart for production rates + test results. Everything seemed to run smoothly today.

4 Laborers on erosion control worked ½ of day and other 4 laborers worked all day. I think that our erosion control is pretty well complete, unless John F. or Linda can direct us to do something else.

Running out of room for stockpiles. Don't know where we are going to put the agg. surface course.

Moved D8N to material source (18+700 - 18+900) to help the D10N push to crusher. It is becoming a long push and the dozers are having to rip the material.

Around 2:00 p.m., got the word from office that a driller will be here on Friday + will drill Friday + Saturday, + shoot the material source on Sunday.

Kris nor I plan on being here on Sunday to witness blast. I will talk with blaster and make sure that a blasting plan is submitted before we shoot + that the road be closed (just right before they shot) during the shot. I am sure that the driller is aware of this already.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Farnam

Contractor Quality Control Manager

Reviewed by:

Federal Highway Administration

US DEPARTMENT OF TRANSPORTATION
Federal Highway Administration

## CONTRACTOR DAILY QUALITY CONTROL REPORT

RECEIVED NOV 12 2001

Project WA PFH 158-1(2) FLOWERY TRAIL ROAD

Contractor/Subcontractor M.A. DeAtley Construction

Date 11-9-01 Day Friday

Weather Mostly Sunny, Cool, ≈ 45°

**Quality Control Inspection Narrative**

Crusher continued producing Agg. Base Grading D. At around 5:00 p.m., switched over to Agg. Surface Course. Stockpiling the Surface Course around 19,000. Budinger representative here to test agg surface course also.

No erosion control crew here today. All silt fence + straw bales seem to be complete.

Don Graham here this morning to start drilling material source. John Foster + myself shot grade in this area to get drilling depths for Don. It was very helpful having John Foster help us do this.

Checked on Eric + his testing. He seems to be doing a good job.

Talked with both Rick + Robert of DeAtley Crushing about upcoming schedule. It sounds like the Crusher is going to go do a different job after this one + then go to King's Lake pit. This is not definite.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Foreman

Contractor Quality Control Manager

Reviewed by:

Federal Highway Administration

US DEPARTMENT OF TRANSPORTATION
Federal Highway Administration

# CONTRACTOR DAILY QUALITY CONTROL REPORT

RECEIVED NOV 13 2001 100

Project WA PFH 158-1(2) FLOWERY TRAIL ROAD

Contractor/Subcontractor M.A. DeAtley Construction

Date 11-12-01 Day Monday

Weather Partly Sunny, cool, ≈ 45°

**Quality Control Inspection Narrative**

6 Laborers spent morning loading shot at 18+700. Blasted around 12:00 p.m. (noon). There was some fly rock but it didn't go anywhere. The shot looks pretty chunky with a few boulders.

Crusher finished up crushing agg. surface course around 11:00 A.M. They then switched to select granular backfill. They cannot meet the spec. for this product. They can't get enough 3" rock. I then talked to them about how they didn't include floor loss. DeAtley Crushing said Mark DeAtley told them not to include floor loss. I told Kris this. She immediately got on phone with John Cooper. He resolved the issue. Crusher then switched back to Agg. Base Grading D. Crushed this all night. We now have about 10% going to floor loss. This seems reasonable.

Still need target values for the Humphres test. I will talk to John Cooper about this next time I see him.

After blast, labor crew worked on erosion control.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Foreman
Contractor Quality Control Manager

Reviewed by:
Federal Highway Administration

US DEPARTMENT OF TRANSPORTATION
Federal Highway Administration

RECEIVED NOV 16 2001 10a

# CONTRACTOR DAILY QUALITY CONTROL REPORT

Project WA PFH 158-1(2) FLOWERY TRAIL ROAD

Contractor/Subcontractor M.A. DeAtley Construction

Date 11-13-01 Day Tuesday

Weather Partly Cloudy, cool, ≈ 45°

Quality Control Inspection Narrative

Day shift for crusher is making 3" rock for 49° North Ski Area Parking Lot. M.A. DeAtley is hauling the rock to the parking lot from the crusher.

Night shift for crusher is making select granular backfill. DeAtley Crushing cannot meet the spec. on the 3" sieve but it is ~~their~~ their choice to make it the way they are + ask for a spec. change later. The aggregate is still very clean but we were not able to retain anything on the 3" sieve because the way the crusher is set up.

Erosion control work is still going on. Talked with Linda P. around 2:00 p.m. She expressed her thoughts about our erosion control (Not being adequate). I asked her to show me what she wanted because she has just been showing Kris + then ~~Altho~~ asking me why it is not done when I don't even know what is wanted. I think we got things squared away.

John Cooper + myself submitted target values to Linda around 6:00 p.m. Around 6:30 p.m., I left site to head for Clarkston for 2 days to attend a soil erosion class. This was approved by Linda. John Cooper will be filling in.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Freeman
Contractor Quality Control Manager

Reviewed by:
Federal Highway Administration

US DEPARTMENT OF TRANSPORTATION
Federal Highway Administration

## CONTRACTOR DAILY QUALITY CONTROL REPORT

Project WA PFH 158-1(2) FLOWERY TRAIL ROAD

Contractor/Subcontractor M.A. DeAtley Construction

Date 11-20-01 Day Tuesday

Weather Cloudy, slight rain, cool, ≈45°

**Quality Control Inspection Narrative**

James, Mark, + Tom working on erosion control. Mark is walking the creek + edge of right-of-way to see where more silt fence should be installed. They worked in the vicinity of 21+000 to 22+000 today. Their definitly was a need for improvement in this area.

Paul started blading road at 6:00 A.m. Road dep of Stevens County out to look at the road at about 10:00 A.m. They were much more impressed than they were yesterday. There is more than 20' of solid, rocked roadway throughout the job now. The county did express their concerns for plowing snow this winter with our stockpiles where they are at. I explained to the county that we ran into some extra excavation that was not planned on + it put us back a couple of weeks, which in turn put back the crusher a couple of weeks, which then it was too late to put base rock on subgrade so we had to stockpile it. The county understood + said "It doesn't look to be your fault at all." It just seems to be a bad situation." I agreed. It sounds like they are going to have to use a blade to plow the snow, preferrably a blade with a wing on it. 49° North Ski Course has a blade with a wing + is willing to blade the road for 65$^{00}$/per hour. John C., John F., Linda P., + myself are going to have to discuss this issue soon.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

RECEIVED
8a
NOV 21 2001

Reported by: Dusty Freeman

Contractor Quality Control Manager

Reviewed by:

Federal Highway Administration

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project : FLOWERY TRAIL ROAD WA PFH 158-1(2)**

**Contract/Subcontractor M.A. DeAtley Construction**

**Date :** 8-19-02 **Day:** Monday

**Weather :** Sunny, warm, ≈ 50° - 80°

**Quality Control Inspection Narrative**

Shift start at 6:00 A.m. Started laying gravel around 7:30 A.M. Measured off spread lengths for truck drivers to ensure the proper amount of gravel at each station. Caught 3 samples throughout the day. Bryan (Feds), myself, + Steve (Budinger) coordinated the time + location.

Started digging out gabion wall today. Grade checker there present all day to ensure that we do not take out more material than necessary.

300 hoe worked on finishing slope armor between 19+350 + 19+400. Dwight dressed it up nice.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Forsmann
Contractor Quality Control Manager

Reviewed by: John M Foster
Federal Highway Administration