U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

Project : FLOWERY TRAIL ROAD WA PFH 158-1(2)

Contract/Subcontractor M.A. DeAtley Construction

Date : 8-20-02 Day: Tuesday

Weather : Sunny, warm, ≈ 50° - 80°

**Quality Control Inspection Narrative**

Shift start at 6:00 A.m. Hauling agg. base grading D again today. No where to go in the morning so hauled approach rock to station 21+400 approach. Talked to both Linda + John F. about gradation tests + Compaction tests for approaches. Both said that gradations were not necessary + that visual tests for compaction would be fine.

Went back to hauling grading D around 11:30 p.m. Pulled sample round 2:45 p.m. We were not at our random tonnage but Linda P. said we needed at least 1 sample per day. Matt from Budinger stayed until 7:00 p.m to finish gradation tests. I told him not to worry about an S.E. test because the first 3 were consistent + in spec.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Forman
Contractor Quality Control Manager

Reviewed by: [signature]
Federal Highway Administration

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project:** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** M.A. DeAtley Construction

**Date:** 8-21-02 **Day:** Wednesday

**Weather:** Sunny, warm, ≈ 50° - 80°

**Quality Control Inspection Narrative**

Shift start at 6:00 A.m. Gravel spread up + going this morning. Linda P. shut down operation because too much material is passing the #200 sieve. Spread was shut down for about 3 hours while we were making changes. Started back up by about 2:00 p.m. with the 350 excavator loading instead of the loader. Pulled sample at about 3:30 p.m. This sample passed so we have the green light to continue with base laying.

Gabion wall progressing along. Everything looks good ~~as~~ for quality control

Blasted around 18+400 at 9:00 A.m. today. Rock was put in the creek. Will need blast plan in future before blaster shoots.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Forman
Contractor Quality Control Manager

Reviewed by: [signature]
Federal Highway Administration

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** M.A. DeAtley Construction

**Date :** 8-22-02 **Day:** Thursday

**Weather :** Sun Partly Cloudy, Rain in the morning, ≈ 55° - 75°

**Quality Control Inspection Narrative**

Gravel crew laying gravel again today. We are in lot #2 now. The first sample of the day passed but the other two did not so we shut down until a solution is achieved. Rain in the morning concerned Federal Highway Administration. Put 1 to 2 laborers on silt fence crew to fix all down fence. Will have this completed by Friday, 8-23-02.

Gabion crew working on retaining wall today. Surveyors staked the wall with a curve in it. M.A. DeAtley took the time to get it straight. It looks like everything is back to normal.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Forsman
Contractor Quality Control Manager

Reviewed by: [signature]
Federal Highway Administration

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

Project : FLOWERY TRAIL ROAD WA PFH 158-1(2)

Contract/Subcontractor M.A. DeAtley Construction

Date : 8-23-02 Day: Friday

Weather : Sunny, warm, ≈ 50° - 80°

**Quality Control Inspection Narrative**

Shift start at 6:00 A.M. No excavation crew or gravel crew.

Gabion crew worked on retaining wall. Everything looked to be going O.K.

Finish crew worked all day finishing subgrade between stations 18+500 to 19+400 + 23+600 to ~~24+200~~ 24+600.

2 laborers worked on repairing silt fence throughout the job.

600 Komatsu excavator worked on pulling rocks from slope in order to repair silt fence

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Forsmann
Contractor Quality Control Manager

Reviewed by: [signature]
Federal Highway Administration

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** M.A. DeAtley Construction

**Date :** 8-26-02 **Day:** Monday

**Weather :** Cloudy, warm, rain in the morning

**Quality Control Inspection Narrative**

Shift start at 6:00 A.m. No gravel crew working today because we have not come up with a corrective solution to get the 0.075 mm sieve in spec.
Excavation crew hauling waste to ski area
Gabion crew continued installing retaining wall
2 excavators worked on finishing ditches + slopes.
2 blades worked on finishing subgrade.
1 excavator started digging out cattle guards on east end of project. Welch staked the cattle guards for depth. This will ensure that the cattle guards will line up with the final lift of asphalt.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Foreman
Contractor Quality Control Manager

Reviewed by: John M Foster
Federal Highway Administration

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project : FLOWERY TRAIL ROAD WA PFH 158-1(2)**

**Contract/Subcontractor M.A. DeAtley Construction**

**Date :** 8-27-02 **Day:** Tuesday

Note – ~~[illegible]~~ ~~[illegible]~~ — Wrong day!

**Weather :** Sunny, warm, ≈ 50° - 70°

**Quality Control Inspection Narrative**

Shift start at 6:00 A.m.

Building grade for cattle guard at station ~~[illegible]~~ 24+830.

John Foster + crew helped with quality control by shooting in some elevations to go by. This helped tremendously but we still managed to be about 4 cm too low on the 1st half of placement. This is beyond the tolerance we are allowed so pulled cattle guard back out + re-shot grade. At end of shift, cattle guard was back in place and at the right elevation. Gravel crew placing agg. base grading "D" today. Pulled sample at 11:30 a.m. + 2:30 p.m. Both tests failed on the 0.075 mm sieve. Shut down once again until a corrective solution is utilized.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Forsmann
Contractor Quality Control Manager

Reviewed by: John M Foster
Federal Highway Administration

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** M.A. DeAtley Construction

**Date :** 8-28-02 **Day:** Wednesday

**Weather :** Sunny, warm, ≈ 55° - 85°

**Quality Control Inspection Narrative**

Excavation crew working on bringing area around 18+300 to grade. Gravel crew moving stock piles from 20+100 to 20+300 to 18+500. 350 excavator is staying off of the floor so we don't contaminate the material any more than it already is. Gabion retaining wall coming right along. Seed mixture for the outside basket seemed to turn out all right. Cattle guards being installed looks satisfactorily. Grade checker is making sure that our floor is perfectly level + compacted. Finish crew working on cutting blue tops between 18+600 to 20+600. There is alot of work that needs to be done in this area before Federal Highway will accep

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Forsman
Contractor Quality Control Manager

Reviewed by: John M Peter
Federal Highway Administration

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** M.A. DeAtley Construction

**Date :** 8-29-02 **Day:** Thursday

**Weather :** Sunny, Warm, Cloudy in the afternoon, ≈ 55° - 85°

**Quality Control Inspection Narrative**

Attended Pre-Paving meeting at 10:00 A.m. at ~~[illegible]~~ King's Lake Pit. Linda + Bruce of Federal Highway emphasized a couple of quality control issues that both Steve (Budinger) + I researched. By end of the day, Steve + I were on the same page about testing procedures + what needs to be done before startup of asphalt. One concern is going to be if we are placing asphalt + grading D at the same time.

Submitted Target Values to Linda in afternoon. Also gave Linda quality control plan for asphalt + blast plan for upcoming shot.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

**Recorded by:** Dusty Forsmann
Contractor Quality Control Manager

Reviewed by: John M Foster
Federal Highway Administration

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** M.A. DeAtley Construction

**Date :** 9-3-02 **Day:** Tuesday

**Weather :** Cloudy, Cool, ≈ 55° - 70°

**Quality Control Inspection Narrative**

Safety meeting at 5:45 a.m Things got started around 6:15 am Crusher set up + crushing at Ski Area Parking Lot Started hauling "D" rock onto road right away in the morning. First test looked pretty dirty when I went to pull sample so we shut gravel spread down. Just hauled waste to ski area parking lot.

Inland Asphalt on site getting ready to go. Will do test strip tomorrow + will also do some patching.

Kept a close eye on crusher most of day

Had a small meeting with Linda late afternoon. Talked about transition on Phase I. Linda said all we need to do is take out 4" of existing + gave us a length that needed to be taken out See note:

It is hereby certified that the information contained in this record is accurate. and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Forsmann
Contractor Quality Control Manager

Reviewed by: John M Potter
Federal Highway Administration

→ Discussed with L. Persson
Because of construction 200mm Grade on this section of new roadway will require 100mm removed replaced with Asphalt Conc. "then" 2 lifts of normal paving to finished elev.

JMP

Federal Highway Administration
Western Federal Lands Highway
Vancouver WA 98661

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project:** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** M.A. DeAtley Construction

**Date:** 9-5-02 **Day:** Thursday

**Weather:** Cloudy, pleasant ~ 50° 70°

**Quality Control Inspection Narrative**

Laying gravel again today 3 Budinger representatives here today for quality control. I took all samples from roadway with Budinger ~~guys~~ ~~taking~~ people sampling from Crusher ~~#~~ The #200 sieve was in on all production + placement samples

Inland Asphalt only patching today so no sampling was needed.

The blast at 18+400 was a good blast. No rock ended up in the creek. It was a very controlled blast

3 laborers fixed cattle guard from Phase I. This will be paid for time + materials

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Forsman
Contractor Quality Control Manager

Reviewed by: [signature]
Federal Highway Administration