U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project:** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** R.A. DeAtley Construction

**Date:** 9-6-02 **Day:** Friday

**Weather:** Sunny, warm, ≈ 55° - 75°

**Quality Control Inspection Narrative**

Inland started paving today (Production Paving). 3 Budinger representatives here today. 1 person did all of the sampling ⇒ cold feed from asphalt, asphalt placed on road, production sample from crusher, + sample from road. 1 person did all of the testing for the grading "D" + 1 person did all of the testing for the asphalt.

All of the grading D is looking good. The testing results are bouncing around but the #200 has always been under 10%.

Guardrail crew here pounding posts. Everything looks to be going O.K.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Forsmann
Contractor Quality Control Manager

Reviewed by: [signature]
Federal Highway Administration

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** M.A. DeAtley Construction

**Date :** 9-9-02 **Day:** Monday

**Weather :** Sunny, cool, ≈ 40° - 70°

**Quality Control Inspection Narrative**

Installed diversion pipe at ~~station~~ Palmer Creek. The installation looked good. Should be ~~to~~ able to start installing pipe tomorrow. Installed ~~pipe @~~ 600 mm at 18+900.

Crusher crushed until around 7:00 p.m. + then ~~turned~~ tore down crusher. We pulled sample in morning + afternoon. Went to pull sample in evening but crusher was ready to shut down so we never pulled a sample.

Started laying gravel around 1:00 p.m. Did not put ~~any~~ enough tonnage on ground so did not pull sample off of roadway.

~~Pulled a sample~~ 3 people from Budinger here today for quality control. Everything ran pretty smooth for us

It is hereby certified that the information contained in this record is accurate. and that all work documented herein complies with the requirements of the contract Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Fasmann
Contractor Quality Control Manager

Reviewed by: [signature]
Federal Highway Administration

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

Project : FLOWERY TRAIL ROAD WA PFH 158-1(2)

Contract/Subcontractor M.A. DeAtley Construction

Date : 9-11-02 Day: Wednesday

Weather : Sunny, warm, ≈ 45° - 75°

Quality Control Inspection Narrative

~~[illegible]~~

Gravel Crew hauling agg. base grading D from ~~[illegible]~~ stk area stockpile to 19+600 to 20+400. 1 sample was taken today from the roadway. This sample looked pretty good. The 9.5 mm sieve was out by 2%. The current pay factor to date on this aggregat is 86%. We seem to be in fairly good shape.

Asphalt plant shut down at around 11:00 a.m. due to a break down on the plant. Pulled 2 samples in the morning. Current pay factor for ACP is 1.01. Looks to be going O.K.

Worked on getting area between 20+400 & 20+600 ready for grade. Will turn in 470 form tomorrow for this area

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Forsman
Contractor Quality Control Manager

Reviewed by: John M. Foster
Federal Highway Administration

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project:** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** M.A. DeAtley Construction

**Date:** 9-12-02 **Day:** Thursday

**Weather:** Sunny, warm, ≈ 45° - 80°

**Quality Control Inspection Narrative**

2 Budinger representatives & myself here today for quality control. No gravel hauling today but paving operation started back up again today.

Took compaction tests on grading D using Humphres curve. All tests came out good today.

All tests for asphalt came out pretty good. The current pay factor is 1.02. Everything looks to be going good on the asphalt end. Smoothness may be our down fall.

3600 mm pipe at Palmer Creek looks to be going O.K. Steve with Budinger there to watch backfill & take compaction tests.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

**Recorded by:** Dusty Fasman
Contractor Quality Control Manager

Reviewed by: [signature]
Federal Highway Administration

Professional Opinions

Budinger & Associates

3820 E. Broadway Ave.
Spokane, WA 99202
Tel: 509.535.8841
Fax: 509.535.9589

Project No. M01113

Mr. Craig Owens
M.A. Deatley Construction
PO Box 490
Clarkston, WA 99403

Project: Flowery Trail Road

Subject: Aggregate Source Quality Tests

Mr. Owens,

At your request, we provided field and laboratory construction materials testing during construction of the subject project. Our services were limited to the sampling and testing of specific construction components, selected at your discretion.

Near the end of the project, we sampled source material from the exposed faces of the cut that was mined for aggregates used for base. At the time of sampling, aggregates had already been produced and the cut had been substantially finish graded.

Source quality tests were conducted on the rock sampled, which included sulfate soundness testing. Some of the test results indicated percent loss exceeding project specifications. Although the rock sampled was technically outside of the area from which aggregates were produced, we believe that test results indicate the possibility that some portion of the source may not have met durability requirements. We believe that this suspicion may warrant additional investigation into the quality of the source by the parties involved.

It is a pleasure to be of continued service to you on this project. Please call if you have any questions or require additional information.

Respectfully submitted,

Budinger and Associates, Inc.

Scott L. Walters

Construction Services Manager

slw/SLW

addressee-1

Correspondence
Contractors-WFLHD

U S. Department
of Transportation

**Federal Highway Administration**

WESTERN FEDERAL LANDS HIGHWAY DIVISION
107 W Main
Chewelah, WA 99109
(509) 935 7175 FAX (509) 935 7188
cell (360) 607 6410

Facsimile

Date: November 26, 2001

Attn: John Cooper, Project Manager
M. A. DeAtley Construction, Inc.
P.O. Box 490
Clarkston, WA 99403

Refer to: DAC 63
Accept Schedule of Nov 26 with note

Dear Mr. Cooper:

WA PFH 158-1(2)
Flowery Trail Road
Contract Number DTFH70-01-C-00011

This fax is in response to the updated CPM graphic that was hand delivered by Dusty Forsman this afternoon.

This schedule was reviewed only for the as-built portion. One error was found. Activity ID 1730, Submit CSBC/CSTC Target Values (301.03) is listed as October 29, 2001. The 30101 Aggregate Base Grading D Target Values were submitted on 11/13/01.

In order to process Progress Estimate #5, I will accept this schedule as noted: Activity ID 1730, Submit CSBC/CSTC Target Values was done on November 13, 2001. Please show this correction in the next updated schedule.

If you have any questions I can be reached at (509) 935-7175 in the office. My cell phone number is (360) 607-6410.

Linda M Persoon
Linda M Persoon
Project Engineer

cc: Central files, Brent Coe
Project files

U.S. Department
of Transportation
**Federal Highway
Administration**

FLOWERY TRAIL ROAD
WA PFH 158-1(2)
107 W Main
Chewelah, WA 99109
(509) 935-7175
FAX (509) 935-7188

Facsimile:

Date: August 221, 2002

Refer to: DAC114
Reject Lot 1 - 30101

Craig Owens, Project Manager
M. A. DeAtley Construction, Inc.
Clarkston, WA 99403

Subject: Flowery Trail Road, WA PFH 158-1(2)
Contract Number DTFH70-01-C-00011

Item 30101 Aggregate Base, Grading D, (Lot 1) Rejected

Dear Mr. Owens:

All of the aggregate base material placed Monday, Tuesday, and Wednesday morning is rejected due to non-conformance with the contract. The mean for the five tests taken is 12.42% passing the 75um (#200) sieve. No one test met the contract requirement of 10% maximum on this sieve.

Section 106.01 outlines the necessary steps in response to rejected work. "As an alternative to removal and replacement, the Contractor may submit a written request…The request shall contain supporting rationale and documentation. Include reference or data justifying the proposal based on an evaluation of test results, effect on service life, value of material or work, quality and other tangible engineering basis…."

The tests taken since noon yesterday when you switched the method of loading out of the stockpile have resulted in an apparent acceptable product. Therefore, beginning yesterday noon, a new lot will be started for statistical evaluation – Lot 2.

To minimize the effect of unacceptable material, I will be requiring that test reports be delivered within 4 hours of sampling.

If you have any questions, I can be reached at (509) 935-7175.

Linda M Persoon
Linda M Persoon
Project Engineer

cc: Central files, Brent Coe
Project files: correspondence to contractor

Linda's Response

U.S. Department
of Transportation
**Federal Highway**
**Administration**

FLOWERY TRAIL ROAD
WA PFH 158-1(2)
107 W Main
Chewelah, WA 99109
(509) 935-7175
FAX (509) 935-7188

Facsimile:

Date: August 28, 2002

Refer to: DAC116
Reject Lot 2 - 30101

Craig Owens, Project Manager
M. A. DeAtley Construction, Inc.
Clarkston, WA 99403

Subject: Flowery Trail Road, WA PFH 158-1(2)
Contract Number DTFH70-01-C-00011

Item 30101 Aggregate Base, Grading D, (Lot 2) Rejected

Dear Mr. Owens:

All of the aggregate base material placed under Lot 2 is rejected due to non-conformance with the contract The mean for the six tests taken is 11.05% passing the 75um (#200) sieve. The contract maximum for this sieve is 10%.

Only the first two of the four tests taken last week had acceptable percentages on the 75 um sieve (9.4% and 9.5%). This material was taken from the windrowed stockpile using an excavator to load leaving 6" of material on the stockpile floor.

The material hauled yesterday was from the large stockpile near Sta 18+500 LT. The two tests taken from this stockpile both failed the 75 um sieve.

Section 106.01 outlines the necessary steps in response to rejected work. "As an alternative to removal and replacement, the Contractor may submit a written request…The request shall contain supporting rationale and documentation. Include reference or data justifying the proposal based on an evaluation of test results, effect on service life, value of material or work, quality and other tangible engineering basis. .."

If you have any questions, I can be reached at (509) 935-7175.

Linda M Persoon
Linda M Persoon
Project Engineer

cc: Central files, Brent Coe
Project files: correspondence to contractor

**DeAtley Crushing Company**

3661 Snake River Avenue • P.O. Box 759 • Lewiston, Idaho 83501 • 208-743-6550 • Fax 208-743-6474

August 28, 2002

File

M. A. DeAtley Construction Company
Attn: Mr. Craig T. Owens
P O Box 490
Clarkston, Wa. 99403

**RE: Flowery Trail / Project #DTFH70-01-C-00011**
**Stockpile Gradation / Price Reduction**

Dear Craig:

DeAtley Crushing Company is in receipt of your letter dated August 27, 2002. With regards to the Aggregate Base "D" in question, we would offer the following.

DeAtley Crushing Company does feel that the material was made within the specification bands allowed for in the contract. It is well known that stockpiles have a tendency to get more on the fine side after sitting over at least one winter in pile. DeAtley Crushing Company feels that the materials that have been placed as well as the materials presently stockpiled will provide for and acceptable base "as is", and will not be a hindrance to the structural integrity of the road, nor will this material make the road more susceptible to frost upheaval.

Nonetheless, due to time constraints involved with other possible solutions, we would offer to accept a deduct in our payment for this aggregate. DeAtley Crushing Company's original payment for this item was $3.80 per MG. DeAtley would offer a credit of $0.95 per MG for this item should the government agree to accept the aggregates "as is". This equates to a 25% reduction in price and an ultimate savings to the government of $21,425.00.

Please notify me at your earliest convenience if this is deemed acceptable by the government.

Sincerely,
DeAtley Crushing Company

Brian Wilsey
Vice President

U.S. Department
of Transportation
**Federal Highway
Administration**

FLOWERY TRAIL ROAD
WA PFH 158-1(2)
107 W Main
Chewelah, WA 99109
(509) 935-7175
FAX (509) 935-7188

Date: August 29, 2002

Refer to: DAC117
Base behind guardrail

Facsimile:

Craig Owens, Project Manager
M. A. DeAtley Construction, Inc.
Clarkston, WA 99403

Subject: Flowery Trail Road, WA PFH 158-1(2)
Contract Number DTFH70-01-C-00011

Item 30101 Aggregate Base, Grading D, (Lot 2) Rejected

Dear Mr. Owens:

This letter is meant to followup on your letter received yesterday, August 28, 2002, proposing installing Guardrail through the rejected base material.

It will be acceptable to place the rejected base material behind the posts. You may use this base material in place of emulsified base behind the guardrail posts also.

If you have any questions, I can be reached at (509) 935-7175.

Linda M Persoon
*Linda M Persoon*
Project Engineer

cc: Central files, Brent Coe
Project files: correspondence to contractor

BUCKLE UP AMERICA