U.S. Department
of Transportation
**Federal Highway
Administration**

FLOWERY TRAIL ROAD
WA PFH 158-1(2)
107 W Main
Chewelah, WA 99109
(509) 935-7175
FAX (509) 935-7188

Facsimile:

Date: September 5, 2002

Donald L. Ruchert, Operating Manager
M. A. DeAtley Construction, Inc.
Clarkston, WA 99403

Refer to: DAC121
Rock source, Sta 18+400 LT

Subject: Flowery Trail Road, WA PFH 158-1(2)
Contract Number DTFH70-01-C-00011

Rock Source, Sta 18+400 LT

Dear Mr. Ruchert:

This letter is meant to follow-up on your letter dated August 30, 2002 and subsequent conversations. Your letter outlined M.A.DeAtley's intention to replace the Base Grade D Aggregate already placed with material hauled earlier to 49 Degrees North ski area. The material being crushed at the ski area is rock waste from the cut near Sta 18+400 LT.

Last year in partnering conversations we had discussions about testing the material in one of the exposed rock cuts on either side of the approved source (Sta 18+700 to Sta 18+900). Test holes last summer with an excavator in the area of Sta 18+700 to Sta 18+900 confirmed the core logs. The core log delineated the material in the upper portion of this thru-cut was highly/moderately/slightly fractured. This material had considerable soil with the rock. We discussed using the rock from Sta 18+300 or Sta 19+200 since the exposed rock cuts had much less overburden and the rock was more competent. The quantity of rock in the cut at Sta 19+200 was questionable, but more rock appeared to be available in the slope at Sta 18+300.

To the best of my knowledge, no quality tests were taken last year. Without quality testing I can not guarantee the rock, but it's physical appearance would indicate the rock to be of equal or better quality than the approved source rock. I am waiting on your quality test results: LA Abrasion, Durability, Sodium Sulfate Soundness, and Accelerated Weathering; but I do not anticipate a problem.

If you have any questions, I can be reached at (509) 935-7175.

Linda M Persoon
*Linda M Persoon*
Project Engineer

cc: Central files, Brent Coe
Project files: correspondence to contractor

# DeAtley Crushing Company

3661 Snake River Avenue • P.O. Box 759 • Lewiston, Idaho 83501 • 208-743-6550 • Fax 208-743-6474

September 6, 2002

M. A. DeAtley Construction Company
Attn: Mr. Craig T. Owens
P O Box 490
Clarkston, Wa. 99403

**RE: Flowery Trail / Project #DTFH70-01-C-00011**
**Differing Site Conditions / WFLHD Source**

Dear Craig:

DeAtley Crushing Company provided notice to M.A. DeAtley Construction, on September 3, 2002, of our intent to be paid for the current work in relation to the above mentioned project, which includes re-mobilization, production of aggregates, and administrative costs involved. We also provided notice of our intent to file claim for these costs should WFLHD indicate that it did not intend to pay for our services. This letter is further notice of that intent and we now notify you that we will be providing to M.A. DeAtley Construction an invoice for our administrative costs, Remobilization fee of $25,000.00, and charges for equipment and labor for the current work.

Prior to our remobilization Mr. Lou Ruchert indicated that Brent Coe, of WFLHD, had given his verbal agreement to accept the aggregates we are now producing without the need of any Source Compliance Testing or acceptance. DeAtley Crushing Company received today, via fax from M.A. DeAtley Construction, a letter of 9-5-2002, authored by Linda M. Persoon, WFLHD Project Engineer, which seems to indicate that the source that the rock we are crushing has not been accepted and that WFLHD is, for some reason, expecting Source Compliance test results from M.A. DeAtley Construction. This does cause some confusion as it is our understanding that WFLHD is the provider of the source for this aggregate, and therefore would be responsible for providing aggregates that meet contract requirements as well as providing the required testing to ensure contract compliance.

We have not received any response from M.A. DeAtley Construction or WFLHD in regards to our letter and notice of September 3, 2002. Again, we would remind you that the original source of materials, provided by WFLHD, to be used for production of the Base "D" aggregates, did not meet

the contract requirements for the Sodium Sulfate Test. The WFLHD source's failure to ensure constant availability of quality materials, meeting all contract source requirements, clearly constitutes a change in conditions, as well as provides a good idea as to why the materials produced last year have gained so much in the percentage passing the #200 sieve. The failure of the source materials subjected to the Sodium Sulfate test is a clear indicator that the material is susceptible to break down when exposed to repeated freeze thaw cycles.

DeAtley Crushing Company will be completed with the re-crushing of the Agg Base "D" materials on or about Monday, September 9. Please be reminded that Source Compliance issue are not, in any way, the responsibility of DeAtley Crushing Company, nor are they, in our opinion, M.A. DeAtley Construction's in this instance. We would hope for an early response from M.A. DeAtley Construction as to what response is received from WFLHD and what course of action M.A. DeAtley will be taking with regards to notice and furtherance of claim to the Government.

Please contact us if you would have need of further information, or have questions.

Sincerely,
DeAtley Crushing Company

Brian Wilsey
Vice President

M.A. DEATLEY
CONSTRUCTION, INC.

P.O. Box 490 • Clarkston, WA 99403 • 509-751-1580 • Fax 509-751-1922

~~SENT~~ FAXED 9/6/02

Linda M. Persoon
P.O. Box 1220
107 W. Main
Chewelah, WA 99109

September 5, 2002

Dear Linda,

In accordance with the Contract Clauses, specifically 52.236-2, Differing Site Conditions, and per our sub-contractor DeAtley Crushings request for compensation and intent to file claim, I am forwarding their letter to you.

Please be aware that any costs incurred by M. A. DeAtley Construction due to the differing site conditions, and all delays caused by these conditions, is also included in the same intent to file claim, and will be seeking compensation and additional working days.

Sincerely, SS. for
Craig T. Owens

Craig T. Owens
Project Manager

cc: Brent Coe

M.A. DEATLEY
CONSTRUCTION, INC.

P.O. Box 490 • Clarkston, WA 99403 • 509-751-1580 • Fax 509-751-1922

September 10, 2002

DeAtley Crushing Company
Attn: Brian Wilsey
3661 Snake River Avenue
P.O. Box 758
Lewiston, Idaho 83501

Ref: W A PFH 158-1(2) Flowery Trail Road

Dear Brian,

In response to your letter of September 6, 2002 sent to M. A. DeAtley Construction, I will update you on the latest. Your second paragraph concerning the area that you were crushing at, and the understanding that a verbal agreement had been given by Brent Coe is no longer an issue. The source has been approved.

We have notified the WFLHD of your intent to file claim, and forwarded your letter of September 3, 2002 to Linda Persoon and Brent Coe. If you have invoices or costs that you want us to forward to them, please submit them to us.

Please contact us if we can be of any help to you.

Sincerely,

Steve Smitherman
M.A.DeAtley Construction Inc.
Project Administrator

Faxed 9/11/02

September 11, 2002

Linda M Persoon, Project Engineer
Federal Highway Administration
P.O. Box 1220
107 W. Main
Chewelah, WA 99109

Ref: W A PFH 158-1(2) Flowery Trail Road

Dear Linda,

We are forwarding to you a letter from DeAtley Crushing along with their invoice for work completed

This is in reference to their letter of September 3, 2002 and our letter of September 5, 2002, notifying you of intent to file claim.

Sincerely,

M.A.DeAtley Construction Inc.

Steve Smitherman
Project Administrator

U.S. Department
of Transportation
**Federal Highway
Administration**

FLOWERY TRAIL ROAD
WA PFH 158-1(2)
P.O. Box 1220
Chewelah, WA 99109
(509) 935-7175
FAX (509) 935-7188

Facsimile:

Date: October 15, 2002

Attn: Craig Owens
M. A. DeAtley Construction, Inc.
P.O. Box 490
Clarkston, WA 99403
Cc: Mike Osburn, DeAtley Crushing

Refer to: DAC135
Pay Factor Results

WA PFH 158-1(2)
Flowery Trail Road
Contract Number DTFH70-01-C-00011

Dear Mr. Owens:

We are still waiting on the original test results for the following samples:

Item 40101, Hot Asphalt Concrete Pavement Class B, Grading C
Samples 1 – 16

Item 30101, Aggregate Base, Grading D
Lot 3, Samples 5 –13

Attached are the contractor test results and pay factors for Items 30101, 30901, 40101. We are using the faxed copies for missing originals at this time.

If you have any questions, please call this office.

Linda Persoon
Linda Persoon
Project Engineer

cc: Central files, Brent Coe
Corr. To Contractor
DeAtley Crushing

Tue Oct 15 09:13:16 2002 Western Federal Lands Highway Division

Project Name: Flowery Trail (2)
Item Number: 30101
Project Number: WA PFH 158-1(2)
Lot Number: 3
Project ID: DTFH70-01-C-00011
Lab: Engr's Field Lab

| Quality Charac-teristic | TV | Allowable Devia-tion | Category | Mean | Standard Devia-tion | Est. no. Samples | Actual no. Samples | Quality Level | Current Pay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 9.5mm | 67.06 | 7 | 1 | 67.06 | 5.258 | 17 | 17 | 18 | 0.97 |
| 4.75mm | 41.57 | 6 | 1 | 41.57 | 5.331 | 17 | 17 | 26 | 0.91 |
| 425µm | 14.32 | 4 | 2 | 14.32 | 2.327 | 17 | 17 | 8 | 1.00 |
| 75µm | 8.09 | | | 8.09 | 1.192 | 17 | 17 | ------ | ------ |
| SE/P | 1.000 | min | 1 | 1.86 | 0.134 | 17 | 17 | 0 | 1.05 |
| % FRAC | 50 | min | 1 | 94.14 | 2.955 | 17 | 15 | 0 | 1.05 |
| SE | 35 | | | 61.47 | 3.955 | 17 | 17 | ------ | ------ |

Current Pay Factor: 0.91
Projected Pay Factor Based On Quality Level: 0.91

Warning: Corrective Action Recommended

# DeAtley Crushing Company

4307 Snake River Avenue • P.O. Box 759 • Lewiston, Idaho 83501 • 208-743-6550 • Fax 208-743-6474

November 11, 2002

RECEIVED
NOV 11 2002

COPY

U.S. Department of Transportation
Attn: Linda Persoon, Project Engineer
107 West Main
Chewelah, Wa. 99109

**RE: Flowery Trail / Project #DTFH70-01-C-00011**
**Additional Base "D" Agg / WFLHD Source Failure**

Ms Persoon:

DeAtley Crushing Company was requested, by M.A. DeAtley Construction, to perform production of additional Agg Base "D" aggregates at the 49 Degrees North facility that were used for the above mentioned project. DeAtley Crushing Company produced the requested 22,000 MG of additional materials. Per M.A. DeAtley Construction's request we provided invoice on September 11, 2002, in the amount of $113,610.00. We now notify WFLHD that we have not received payment for this service.

Due to conversations last week between Mike Osburn, of DeAtley Crushing Company, and yourself, we are concerned that our prime contractor, M.A. DeAtley Construction, may not be fully protecting our rights to recover our combined additional costs. M.A. DeAtley Construction obviously incurred substantial costs associated with the rejection of the original aggregates that were produced from WFLHD's source, which has failed at least one of the "Contract Source Compliance Requirements". We have invoiced M.A. DeAtley, as previously indicated, but have received neither payment nor any legitimate correspondence that would explain the lack of payment. We do not intend that WFLHD take any possible lack of activity by our prime contractor, M.A. DeAtley, as an indication that we, DeAtley Crushing Company, waive our rights to recover in the event that WFLHD, for whatever reason, does not follow through with its obligation to pay for this additional work.

As you know, representatives from M.A. DeAtley Construction, DeAtley Crushing Company, and Buddinger & Associates retrieved representative samples from the WFLHD Provided Source on August 22, 2002. These samples were retrieved from the area that was mined by DeAtley Crushing Company to produce the rejected Base "D" materials for the project. The samples were tested to identify if, in fact, the source materials met all of the "Contract Source Compliance Requirements" set forth to ensure that the contractor has sufficient materials available to produce finished materials

that meet all other contract requirements. It was clearly identified through this testing that the source materials do not meet the requirements as the materials failed the Sodium Sulfate Test (AASHTO T 104). This is clearly as a case of "Differing Site Conditions" as it is WFLHD's responsibility to provide the contractor materials in sufficient quantity and quality to complete the project within the remaining contract guidelines and requirements. Obviously the contractor can not be held accountable for the failure of the government to provide source materials that consistently meet all contract requirements. It is fair and equitable that the government provides full payment for any work brought about due to the use of this government provided source which does not meet the contract requirements.

M.A. DeAtley Construction verbally notified DeAtley Crushing Company, on September 10, 2002, that WFLHD representatives had indicated that they wanted to go to the source and retrieve further samples for testing. DeAtley Crushing Company notified Buddinger & Associates and has awaited word from M.A. DeAtley or WFLHD as to when to meet at the source to collectively retrieve samples. Through phone conversations between M.A. DeAtley Construction and Mike Osburn of DeAtley Crushing Company, it has been indicated that WFLHD has decided not to retrieve further samples from the source in question. As I understand, you indicated in your conversation with Mike Osburn on 11-6-02, that WFLHD was going to run some tests on select samples of the finished product. We would remind you that "Source Tests" are to be taken from the "Source", as stated in the contract documents, and as we had offered to due collectively with the government back in early September. It should be noted that the possibility of some materials meeting Contract Source Compliance Requirements and other materials not meeting those requirements is possible. This, however, is not the responsibility of the contractor. It is the governments (WFLHD's) obligation to ensure that consistent quantity and quality of materials are available for use by the contractor when the government provides the source of materials.
We properly notified M.A. DeAtley that the source did not meet the contract requirements on 9-03-2002. M.A. DeAtley Construction indicates that it notified WFLHD that the source failed to meet contract requirements. We have seen absolutely no correspondence from WFLHD or M.A. DeAtley Construction regarding the failing source or our payment.

Please provide payment for our services or a detailed explanation as to why the government has not paid for the extra work brought about by this change in conditions at the WFLHD source.

Sincerely,
DeAtley Crushing Company

Greg Graybill
Administrator

Cc: M.A DeAtley

COPY

# M.A. DEATLEY CONSTRUCTION, INC.

P.O. Box 490 • Clarkston, WA 99403 • 509-751-1580 • Fax 509-751-1922

12-2-02
TO Linda
Brent Coe

November 26, 2002

Linda M Persoon, Project Engineer
Federal Highway Administration
P.O. Box 1220
107 W. Main
Chewelah, WA 99109

MAILED
12-03-02 to Linda

Ref: W A PFH 158-1(2) Flowery Trail Road

Dear Linda,

Please be advised these are the costs incurred by M.A.DeAtley Construction due to the differing site conditions. As we informed you in the September 5, 2002 letter we would be attaching these costs to the same intent to file claim our sub-contractor DeAtley Crushing is requesting compensation for. We will also be looking for additional working days.

You will find the information broken out by the day and item and should be easy to follow.

Sincerely,

M.A.DeAtley Construction Inc.

Craig T. Owens

Craig T. Owens
Project Manager

Cc Brent Coe