WESTERN FEDERA[illegible]ANDS HIGHWAY DIVISION
610 E[illegible] FIFTH STREET
VANCOUVER, WA 98661-3801

U.S. Department
of Transportation

**Federal Highway
Administration**

FAX 509-751-1922

March 7, 2003

Attn: Mr. Lou Ruchert
M. A. DeAtley Construction, Inc.
P.O. Box 490
Clarkston, WA 99403

Phone # ~~503-399-5775~~
~~399-5749~~
360-619-7744
7700

RE: WA PFH 158-1(2)
Flowery Trail Road
Contract Number DTFH70-01-C-00011

Mr. Ruchert,

On February 14, 2003 Linda Persoon and I met with you, Craig Owens, Steve Smithermen (all of MA Deatley, Inc.) Greg Graybill, Mike Osbon and Brian Wilseyfrom DeAtley Crushing and Scott Walters from Budinger and Associates to discuss Item 30101, Aggregate base grading D material, specifically the aggregate that was crushed in November 2001 and rejected in 2002 during acceptance testing on the project. During the meeting we discussed the merit and value of the source samples that Budinger obtained and tested for Sodium Sulfate Soundness in August 2002, after crushing for the project was completed, and the splits of the production samples that FHWA tested for Sodium Sulfate Soundness. At the meeting FHWA was provided with a summary of the production, stockpile and acceptance sample test results for gradation.

As discussed in the meeting, representatives from MA DeAtley, DeAtley Crushing and Budinger obtained four samples, two from the north side and two from the south side of the finished rock cut from Station 18+700 to 18+900 on August 23 and 30, 2002 (approximately nine months after the excavation and crushing was completed). The two north samples were combined into a composite sample (north #3) and the two south samples were combined into a composite sample (south #2). For the north #3 sample you received a Sodium Sulfate Soundness loss result of 1.1% on the course aggregate and 10.2% on the fine aggregate. For the south #2 sample you received a Sodium Sulfate Soundness loss result of 7.8% on the course aggregate and 19.1% on the fine aggregate.

From the February 14, 2003 meeting and all the information you have provided to date, your position, as I understand it, is that the material source listed in the contract (name or location of source) does not consistently provide quality material. This position is primarily based on the Sodium Sulfate Soundness loss of 19.1% for the fine aggregate portion of the south #2 sample. You have further substantiated your position by the change in gradation of the production and acceptance samples.

The Governments position is that a 19.1% loss on one fine aggregate sample does not prove that the source is of a questionable quality or that the source produces crushed aggregate that is highly susceptible to degradation in the stockpile.

The basis for the Government's position is summarized below:

- During the crushing process, DeAtley Crushing was scalping approximately 70% of the fine material fed to the crusher. This scalping process would have removed a substantial portion of any fine material, the portion of the source that has the higher Sodium Sulfate Soundness loss.
- The Government tested three production samples from various portions of the aggregate production run and the Sodium Sulfate Soundness loss results were 2.98%, 3.35% and 6.68%, significantly below the maximum loss of 12% allowed in the contract.

One issue that has been brought up in support of stockpile degradation is with regards to the 25 mm (1 inch) rock. You have asked, "what happened to the 1" rock?" The production test results averaged 99.81% passing the 25 mm sieve. The acceptance test results averaged 100% passing the 25 mm sieve. The percent passing the 25 mm sieve does not differ significantly between the production and acceptance test results.

Below is a table that summarizes the results of the Government's verification testing of the acceptance sample splits for lots 1 and 2. Lot 1 averaged 99.86% passing the 25 mm sieve and lot 2 averaged 99.57% passing the 25 mm sieve. These results are well within allowable tolerances between two labs. These results are also comparable to the average production result (from DeAtley Crushing) of 99.81%. This does not provide evidence that the material is breaking down.

Item 30101, Aggregate base grading D
WFLHD Lab results of acceptance sample splits

**Lot 1**

| Sample No. | Sample Date | 37.5 mm | 25 mm | 9.5 mm | 4.75 mm | 425 um | 75 um | SE/P |
|---|---|---|---|---|---|---|---|---|
| 1 | 8/19/02 | 100.0 | 100.0 | 70.4 | 48.3 | 17.6 | 9.7 | 1.441 |
| 2 | 8/19/02 | 100.0 | 100.0 | 61.4 | 48.6 | 18.3 | 10.3 | 1.331 |
| 3 | 8/20/02 | 100.0 | 99.8 | 67.9 | 47.0 | 19.5 | 10.8 | 1.173 |
| 4 | 8/20/02 | 100.0 | 99.6 | 62.1 | 41.7 | 18.0 | 9.9 | 1.145 |
| 5 | 8/21/02 | 100.0 | 99.9 | 71.8 | 51.5 | 22.7 | 12.2 | 1.022 |
| | **Average =** | 100 | 99.86 | 66.72 | 47.42 | 19.22 | 10.59 | 1.222 |

**Lot 2**

| Sample No. | Sample Date | 37.5 mm | 25 mm | 9.5 mm | 4.75 mm | 425 um | 75 um | SE/P |
|---|---|---|---|---|---|---|---|---|
| 1 | 8/21/02 | 100.0 | 98.6 | 58.9 | 39.2 | 17.0 | 9.4 | 1.163 |
| 2 | 8/22/02 | 100.0 | 99.5 | 56.6 | 38.0 | 17.1 | 9.4 | 1.105 |
| 3 | 8/22/02 | 100.0 | 100.0 | 70.6 | 49.5 | 19.8 | 10.8 | 1.229 |
| 4 | 8/22/02 | 100.0 | 99.8 | 70.1 | 49.1 | 19.7 | 10.8 | 1.201 |
| 5 | 8/27/02 | 100.0 | 99.6 | 66.0 | 46.5 | 21.8 | 12.2 | 0.941 |
| 6 | 8/27/02 | 100.0 | 99.9 | 63.9 | 43.5 | 21.2 | 12.2 | 0.833 |
| | **Average =** | 100 | 99.57 | 64.35 | 44.30 | 19.43 | 10.80 | 1.079 |

Upon review of the information you have provided and the concerns you have raised we do not agree that the gradation problems were caused by the quality of the rock in the material source. The percent of fines can be controlled in the crushing and screening process. The tests we have do not support a conclusion that the high amount of fines were caused by degradation of the rock. Other factors, such as the handling of the crushed and screened product and the addition of fines from road use over the winter appear as more likely reasons for the high percent of fines.

Accordingly, we do not believe that an additional equitable adjustment payment is due. If you have any questions please contact me at 360-619-7744.

Brent L. Coe

Brent L. Coe
Construction Operations Engineer

cc: Central files
Project Engineer
Construction Engineer

**WESTERN FEDERAL LANDS HIGHWAY DIVISION**
**610 EAST FIFTH STREET**
**VANCOUVER, WA 98661-3801**

U.S. Department
of Transportation

**Federal Highway Administration**

May 6, 2003

FAX 509-751-1922

Attn: Mr. Craig Owens
M. A. DeAtley Construction, Inc.
P.O. Box 490
Clarkston, WA 99403

RE: WA PFH 158-1(2)
Flowery Trail Road
Contract Number DTFH70-01-C-00011

Mr. Owens,

I received your April 30, 2003 letter requesting additional compensation for extra work incurred to replace the item 30101 aggregate base, grading D material that was rejected in 2001. While your letter is addressed to me your subject line is "Request for Contracting Officer decision" and you state "The Contracting Officers decision on or prior to May 16, 2003 would be appreciated." Because of these statements I need further clarification as to whether you want me to review the issue again or if you are requesting a Contracting Officers decision under FAR Clause 52.233-1 DISPUTES (DEC 1998) ALTERNATE I (DECEMBER 1991).

If you are requesting a Contracting Officers decision you need to address your request to Mr. William Parsons, Contracting Officer, 610 East Fifth Street, Vancouver, Washington 98661. Since the amount you are claiming is over $100,000 you also need to include in that request the certification statement and support data as outlined in FAR Clause 52.233-1 (page C-60&61 of the contract).

If you have any questions please contact me at 360-619-7744.

Brent L. Coe

Brent L. Coe
Construction Operations Engineer

cc: Project files
Linda Persoon, Project Engineer
David K. Heckman, Construction Engineer
William Parsons, Contracting Officer

WESTERN FEDERAL LANDS HIGHWAY DIVISION
610 EAST FIFTH STREET
VANCOUVER, WA 98661-3801
(360) 619-7700 FAX: (360) 619-7846

U.S. Department of Transportation
Federal Highway Administration

June 2, 2003

Faxed to 509 751 1922
2:10pm 6/2/03

Mr. Craig Owens
Project Manager
M.A. DeAtley Construction, Inc.
P.O. Box 490
Clarkston, WA 99403

Re: Request for Contracting Officer's Decision on
WA PFH 158-1(2) Flowery Trail Road

Dear Mr. Owens:

We have received your May 16, 2003 "Request of Contracting Officers Decision" on the above noted project. The subject line of your letter states a request for a contracting officer's decision and the end of your letter states your goal to resolve this issue and not file a claim. As we discussed May 29, 2003 you feel you are past the point of resolving this issue within the Construction Branch of our office and do intend to file a claim asking for a Final Contracting Officer's Decision.

Since your claim is over $100,000.00 you will need to certify the claim. The necessary certification can be found in the Disputes clause of the FAR, specifically at FAR 52.233-1 Disputes (Dec 1998) Alternate 1 (December 1991). This clause can be found on pages C-60 and C-61 of the Special Contract Requirements of the contract.

As we discussed, your claim submittal should include the facts of the issue you are claiming for and the support of those facts. You had asked for a copy of a claim filed by another contractor (with names blacked out) to use as an example in the preparation of your claim. I sorry to say I am unable to provide this. How you choose to present your claim is up to you. There is no set format or requirement for specific information. The claim needs to specify what the claim is, indicate the dollar amount that is being requested and include the support for the claim.

Your claim certification and the claim itself should be addressed to the Contracting Officer, William Parsons at the address in the letterhead. If you have any questions, please call me at 360-619-7931.

Sincerely yours,

Elizabeth M. Firestone
Contract Administration Engineer

cc (via e-mail): Linda Persoon, WFLHD
Brent Coe, WFLHD
William Parsons, WFLHD

BUCKLE UP AMERICA

August 11, 2003

Dorothy Adesko, FOIA Officer

Western Federal Lands Highway Division
610 East Fifth Street
Vancouver, WA 98661-3801

Ref: W A PFH 158-1(2) Flowery Trail Road

Dear Dorothy,

M.A.DeAtley Construction, Inc. is making a request for all testing reports for the above mentioned project locations boring log 28 station 18+850 11.5 m RT and boring log 29 station 11+850 5m LT. Under the Federal Freedom of Information Act. We will pay for any and all cost needed to receive this information.

M.A.DeAtley would like to be contacted as soon as possible to let us know how soon this information will be available. Please call Craig T. Owens at (509)-751-1580 ext. 40.

Sincerely,

Craig T. Owens
Project Manager
M.A.DeAtley Construction, Inc.

Test Data

DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
MATERIALS SECTION

REPORT OF TESTING
Apr 15, 1999
LABORATORY CONTROL NUMBER
W-99-0036-AC

PROJECT NAME: Flowery Trail Plase II
AGENCY: WFHWA
ACCT NO.: 415-17-53-51-1580-002G
PROJECT NUMBER: WA PFH 158-1(2)
SUBMITTED BY: Kerry Cook
DATE SAMPLED: 10/07/98
ADDRESS: WFLHD, Geotechnical Branch
Vancouver, WA 98661-3893
Phone:(360)696-7738 / FAX 7845
DATE SHIPPED: / /
DATE RECEIVED: 03/23/99
SAMPLE OF: Quartzite & Argillite
SAMPLED BY: GMT
SAMPLE NO.: B-28 & B-29
NO. SACKS:
DEPTH: 1.52-20.1 m
SOURCE NO.: 45-33-0006
QUANTITY REPRESENTED:
SOURCE NAME:
LOCATION: 18+850 Thru-Cut
OWNER:
COUNTY: Stevens
STATE: WA
INTENDED USE:
REMARKS:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PRELIMINARY IMMERSION COMPRESSION TESTS

SIEVE SPECIFICATIONS

| SIEVE SIZE | PERCENT PASSING: TV |
|---|---|
| 12.5mm | 95 |
| 9.5mm | 85 |
| 4.75mm | 55 |
| 2.36mm | 35 |
| 1.18mm | 24 |
| 600μm | 17 |
| 300μm | 12 |
| 75μm | 6.0 |

APPARENT SPECIFIC GRAVITY COARSE: 2.716 FINE: 2.742

ASPHALT PERCENT BY C.K.E = 5.56
SURFACE AREA - m2/kg = 5.55

PRELIMINARY IMMERSION COMPRESSION

ASPHALT SUPPLIER: Chevron U.S.A.
REFINERY LOCATION: Portland, Oregon

ASPHALT GRADE: PG58-28
SPECIFIC GRAVITY: 1.02

PCT ASPHALT BY WT OF AGG. 4.6
FILLER: None
ANTI-STRIP: None

| SPECIMEN ID | | UNIT WT kg/m3 | | AIR | COMP STRENGTH kPa | |
|---|---|---|---|---|---|---|
| DRY | WET | DRY | WET | VOIDS | DRY | WET |
| 21 | 22 | 2214 | 2214 | | 2013 | 814 |

INDEX OF RET. STRENGTH PCT 40

PCT ASPHALT BY WT OF AGG. 5.6
FILLER: None
ANTI-STRIP: None

| SPECIMEN ID | | UNIT WT kg/m3 | | AIR | COMP STRENGTH kPa | |
|---|---|---|---|---|---|---|
| DRY | WET | DRY | WET | VOIDS | DRY | WET |
| 23 | 24 | 2235 | 2236 | | 2082 | 1041 |

INDEX OF RET. STRENGTH PCT 50

PCT ASPHALT BY WT OF AGG. 6.6
FILLER: None
ANTI-STRIP: None

| SPECIMEN ID | | UNIT WT kg/m3 | | AIR | COMP STRENGTH kPa | |
|---|---|---|---|---|---|---|
| DRY | WET | DRY | WET | VOIDS | DRY | WET |
| 25 | 26 | 2255 | 2255 | | 2041 | 1255 |

INDEX OF RET. STRENGTH PCT 61

PCT ASPHALT BY WT OF AGG. 5.6
FILLER: 1% Hydrated Lime Slurry
ANTI-STRIP: None

| SPECIMEN ID | | UNIT WT kg/m3 | | AIR | COMP STRENGTH kPa | |
|---|---|---|---|---|---|---|
| DRY | WET | DRY | WET | VOIDS | DRY | WET |
| 27 | 28 | 2257 | 2257 | | 2675 | 1627 |

INDEX OF RET. STRENGTH PCT 61

Raymond Rosenbaum

RAYMOND ROSENBAUM,
CHIEF MATERIALS LABORATORY

FOR EMORY S. RICHARDSON,
MATERIALS ENGINEER

DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIVISION
MATERIALS SECTION

REPORT OF TESTING
Apr 12, 1999
LABORATORY CONTROL NUMBER
W-99-0036-AG

PROJECT NAME: Flowery Trail Phase II
AGENCY: WFHWA
ACCT NO.: 415-17-53-51-1580-002G
PROJECT NUMBER: WA PFH 158
SUBMITTED BY: Kerry Cook
DATE SAMPLED: 10/07/98
ADDRESS: WFLHD, Geotechnical Branch
Vancouver, WA 98661-3893
Phone:(360)696-7738 / FAX 7845
DATE SHIPPED: / /
DATE RECEIVED: 03/23/99
SAMPLE OF: Quartzite & Argillite
SAMPLED BY: GMT
SAMPLE NO.: B-28 & B-29
NO. SACKS:
DEPTH: 1.52-20.1
SOURCE NO.: 45-33-0006
QUANTITY REPRESENTED:
SOURCE NAME:
LOCATION: 18+850 Thru-Cut
OWNER:
COUNTY: Stevens
STATE: WA
INTENDED USE:
REMARKS:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COMPLETE PRELIMINARY TESTS ON QUARRIES

DURABILITY COARSE 73
DURABILITY FINE 54

AASHTO T-104 SOUNDNESS COMPUTED TO
MID SPECIF ITEM 301 GR d PCT LOSS= 1.85

ACC-WEATHERING-DMSO-COMPUTED TO
MID SPECIF ITEM 301 GR D PCT LOSS= 1.46

APPARENT SPECIFIC GRAVITY COARSE: 2.716 FINE: 2.742

LOS ANGELES ABRASION, GR B LOSS PCT 25

SAND EQUIVALENT REFEREE LAB CRUSHED 71

ATTERBERG LIMITS, LAB MANUFACTURED
LIQUID LIMIT NP
PLASTICITY INDEX NP

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

Bad 2001

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD Source: STA 18+700 - 18+900 Sample no.: 18

Sample of: CRUSHED AGG BASE Quantity represented: 21470 - 23720 Lot no.: 1

Sampled by: ET Date: 11-12 6:30 PM Tested by: ET Date: 11-12

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 4768.2 | 712.0 |
| Mass of dry aggregate | 4716.3 | 698.7 |
| Mass of water | 57.9 | 13.3 |
| Moisture (%) | 1.1 | 1.9 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 6415.8 | 1070.6 |
| Mass of dry aggregate | 6346.0 | 1050.6 |
| Mass of washed dry aggregate | 6273.3 | 906.3 |
| Mass of 75 μm minus | 72.7 | 144.3 |

REMARKS:

HF

3/4 100%

1/2 - 100%

3/8 100%

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1 1/2 mm | 0 | 0 | 100 | 100 | 100 |
| 1 mm | 0 | 0 | 100 | 100 | 97-100 |
| 3/4 mm | 349.5 | 345.7 | 3.2 | 96.8 | |
| 1/2 mm | 2047.7 | 2025.4 | 18.7 | 81.3 | |
| 3/8 mm | 3671.0 | 3631.1 | 33.5 | 66.5 | 56-70 |
| mm | | | | | |
| 4.75 mm | 6415.8 | 6346.0 | 58.6 | 41.4 | |
| 4.75 mm minus | 4567.6 | 4482.4 | | | |
| Total sample mass | 10983.4 | 10828.4 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 6139.7 | 96.7 | 3.3 | 1.3 | | | | 41.4 | 42.7 | 39-53 |
| #10 | 6241.8 | 98.4 | 1.6 | .7 | 369.6 | 35.2 | 44.8 | 26.8 | 27.5 | |
| #40 | 6246.4 | 98.4 | 1.6 | .7 | 653.8 | 62.2 | 37.8 | 15.6 | 16.2 | 12-21 |
| #100 | 6251.4 | 98.5 | 1.5 | .6 | 751.4 | 71.5 | 28.5 | 11.8 | 12.4 | |
| #200 | 6264.6 | 98.7 | 1.3 | .5 | 836.5 | 79.6 | 20.4 | 8.4 | 8.9 | 10.0 Max |
| Pan | 8.7 | | | | 69.7 | | | | | |
| Mass P-75 | 72.7 | | | | 144.3 | | | | | |
| Total P-75 | 81.4 | | | | 214.0 | | | | | |
| Orig. dry mass | 6346.0 | | | | 1050.6 | | | | | |

Form FHWA

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

3rd 2001

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD  Source: STA 18+700 - 18+900  Sample no.: 17

Sample of: CLASS D AGG  Quantity represented: 206907 21420  Lot no.: 1

Sampled by: EZ  Date: 11-12 330pm  Tested by: EZ  Date: 11-12

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 4817.7 | 669.6 |
| Mass of dry aggregate | 4756.0 | 655.3 |
| Mass of water | 61.7 | 14.3 |
| Moisture (%) | 1.3 | 2.2 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 4439.0 | 1044.9 |
| Mass of dry aggregate | 4382.0 | 1022.4 |
| Mass of washed dry aggregate | 4322.0 | 885.2 |
| Mass of 75 µm minus | 50.0 | 137.2 |

REMARKS:

F.F -
3/4" - 100%
1/2" - 100%
3/8" - 100%

| Coarse Aggregate Sieve Size | Retained | | | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| | Mass Wet | Mass Dry | % | | |
| 1 1/2 mm | 0 | 0 | 100 | 100 | 100 |
| 1 mm | 0 | 0 | 100 | 100 | 97-100 |
| 3/4 mm | 370.0 | 365.3 | 5.2 | 94.8 | |
| 1/2 mm | 1664.3 | 1642.9 | 23.3 | 76.7 | |
| 3/8 mm | 2719.2 | 2684.3 | 38.1 | 61.9 | 56-70 |
| mm | | | | | |
| 4.75 mm | 4439.0 | 4382.0 | 62.1 | 37.9 | |
| 4.75 mm minus | 2727.4 | 2668.7 | | | |
| Total sample mass | 7166.4 | 7050.7 | | | |

| Fine Aggregate Sieve Size | WASHED FROM COARSE | | | | DRY 4.75 mm MINUS | | | | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | Retained | | Percent Passing | Adjusted (%) Passing | Retained | | Percent Passing | Adjusted (%) Passing | | |
| | Mass Dry | % | | | Mass Dry | % | | | | |
| | | | | | | | | | | |
| 4.75 mm | 4278.8 | 97.6 | 2.4 | .90 | | | ~~37~~ | 37.9 | 38.8 | 39-53 |
| #10 | 4307.5 | 98.3 | 1.7 | .6 | 372.6 | 36.4 | 63.6 | 24.1 | 24.7 | |
| #40 | 4311.9 | 98.4 | 1.6 | .6 | 626.9 | 61.3 | 38.7 | 14.7 | 15.3 | 12-21 |
| #100 | 4315.4 | 98.5 | 1.5 | .6 | 722.6 | 70.7 | 29.3 | 11.1 | 11.7 | |
| #200 | 4324.8 | 98.7 | 1.3 | .5 | 825.9 | 80.8 | 19.2 | 7.3 | 7.8 | 10.0 max |
| Pan | 7.2 | | | | 59.4 | | | | | |
| Mass P-75 | 50.0 | | | | 137.2 | | | | | |
| Total P-75 | 57.2 | | | | 196.6 | | | | | |
| Orig. dry mass | 4382.0 | | | | 885.2 | | | | | |