U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

• Ben 2001

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD Source: STA 18+700 – STA 18+900 Sample no.: 7

Sample of: CRUSHED AGG BASE Quantity represented: 7134–8400 Lot no.: 1

Sampled by: EZ Date: 11-6 11:45 AM Tested by: EZ/SW Date: 11-6

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 4857.2 | 854.0 |
| Mass of dry aggregate | 4805.1 | 840.1 |
| Mass of water | 52.1 | 13.9 |
| Moisture (%) | 1.1 | 1.7 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 4857.2 | 1296.1 |
| Mass of dry aggregate | 4805.1 | 1282.0 |
| Mass of washed dry aggregate | 4771.6 | 1093.3 |
| Mass of 75 µm minus | 33.5 | 188.7 |

REMARKS:

F.F –
3/4" – 100%
1/2" 100%
3/8" – 100%

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1 1/2" mm | 0 | 0 | 100 | 100 | 100 |
| 1" mm | 0 | 0 | 100 | 100 | 97-100 |
| 3/4" mm | 215.0 | 212.7 | 2.6 | 97.4 | |
| 1/2" mm | 1670.5 | 1652.3 | 20.4 | 79.6 | |
| 3/8" mm | 2873.5 | 2842.2 | 35.1 | 64.9 | 56-70 |
| mm | | | | | |
| 4.75 mm | 4857.2 | 4804.4 | 59.3 | 40.7 | |
| 4.75 mm minus | 3353.3 | 3297.2 | | | |
| Total sample mass | 8210.5 | 8101.6 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.75 mm | 4672.4 | 97.2 | 2.8 | 1.1 | | 59.3 | 40.7 | 40.7 | 41.8 | 39-53 |
| #10 | 4740.9 | 98.7 | 1.3 | 0.5 | 460.6 | 35.9 | 64.1 | 26.1 | 26.6 | |
| #40 | 4744.3 | 98.1 | 1.3 | 0.5 | 798.0 | 62.2 | 37.8 | 15.4 | 15.9 | 12-21 |
| #100 | 4747.6 | 98.8 | 1.2 | 0.5 | 913.3 | 71.2 | 28.8 | 11.7 | 12.2 | |
| #200 | 4757.7 | 99.0 | 1.0 | 0.4 | 1040.4 | 81.2 | 18.8 | 7.7 | 8.1 | 10.0 max |
| Pan | 13.7 | | | | 52.9 | | | | | |
| Mass P-75 | 33.5 | | | | 188.7 | | | | | |
| Total P-75 | 47.2 | | | | 241.6 | | | | | |
| Orig. dry mass | 4805.1 | | | | 1282.0 | | | | | |

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

° Bu. Zoo!

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD Source: STA 18+700 – STA 18+900 Sample no.: 6

Sample of: CLASSD AGG BASE Quantity represented: 5868 – 7134 Lot no.: 1

Sampled by: EZ Date: 11-6 8:45 AM Tested by: EZ Date: 11-6

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 3462.2 | 657.9 |
| Mass of dry aggregate | 3424.2 | 643.9 |
| Mass of water | 38.0 | 14.0 |
| Moisture (%) | 1.1 | 2.2 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3804.3 | 1201.3 |
| Mass of dry aggregate | 3722.4 | 1175.4 |
| Mass of washed dry aggregate | 3714.5 | 997.2 |
| Mass of 75 μm minus | 7.9 | 178.2 |

REMARKS: F.F
3/4" 100%
1/2" 100%
3/8" - 100%

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1 1/2" mm | 0 | 0 | 100 | 100 | 100 |
| 1" mm | 0 | 0 | 100 | 100 | 97-100 |
| 3/4" mm | 42.5 | 42.0 | 0.5 | 99.5 | |
| 1/2" mm | 897.5 | 887.7 | 10.1 | 89.9 | |
| 3/8" mm | 1804.6 | 1785.0 | 20.3 | 79.7 | 56-79 |
| mm | | | | | |
| 4.75 mm | 3805.1 | 3763.7 | 42.7 | 57.3 | 39-53 |
| 4.75 mm minus | 5153.5 | 5042.6 | | | |
| Total sample mass | 8958.6 | 8806.3 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 3640.1 | 97.8 | 2.2 | 1.3 | ~~392~~ | | | 57.3 | 58.6 | 39-53 |
| #10 | 3686.4 | 99.03 | .97 | .56 | 392.6 | 33.4 | 66.6 | 38.2 | 38.8 | |
| #40 | 3692.6 | 99.2 | .80 | .46 | 688.8 | 58.6 | 41.4 | 23.7 | 24.2 | 12-21 |
| #100 | 3696.8 | 99.3 | .70 | .39 | 798.6 | 67.9 | 32.1 | 18.4 | 18.8 | |
| #200 | 3708.1 | 99.6 | .40 | .23 | 931.5 | 79.2 | 20.8 | 11.9 | 12.1 | 10.0 MAX |
| Pan | 7.4 | | | | 65.0 | | | | | |
| Mass P-75 | 7.9 | | | | 178.2 | | | | | |
| Total P-75 | 15.3 | | | | 243.2 | | | | | |
| Orig. dry mass | | | | | | | | | | |

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

• Bad 2001

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD  Source: STA 18+700 - STA 18+900  Sample no.: 5

Sample of: CRUSHED AGG BASE  Quantity represented: 4872 SEWC  Lot no.: 1

Sampled by: [illegible]  Date: 11-5 8:15 AM  Tested by: SW  Date: 11-5

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 4594.2 | 636.2 |
| Mass of dry aggregate | 4565.4 | 630.1 |
| Mass of water | 28.8 | 6.1 |
| Moisture (%) | 0.6 | 1.0 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3935.3 | 555.3 |
| Mass of dry aggregate | 3911.8 | 549.8 |
| Mass of washed dry aggregate | 3885.9 | 479.5 |
| Mass of 75 μm minus | 25.9 | 70.3 |

REMARKS: F.F =
1" - 100%
3/4" - 100%
1/2" - 100%
3/8" - 100%

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1½" mm | 0 | | | | 100 |
| 1" mm | 0 | 0 | 100 | 100 | 97-100 |
| 3/4" mm | 188.0 | 186.9 | 1.4 | 98.6 | |
| 1/2" mm | 2560.4 | 2545.1 | 18.5 | 81.5 | |
| 3/8" mm | 4738.7 | 4710.4 | 34.2 | 65.8 | 56-70 |
| mm | | | | | |
| 4.75 mm | 8530.4 | 8479.5 | 61.5 | 38.5 | |
| 4.75 mm minus | 5363.5 | 5310.4 | | | |
| Total sample mass | 13893.9 | 13789.9 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 3742.7 | 95.7 | 4.3 | 1.7 | | 61.5 | 38.5 | 38.5 | 40.2 | 37-53 |
| #10 | 3872.6 | 99.0 | 1.0 | 0.4 | 216.4 | 39.4 | 60.6 | 23.3 | 23.7 | |
| #40 | 3874.2 | 99.4 | .96 | 0.4 | 370.4 | 67.4 | 32.6 | 12.6 | 13.0 | 12-21 |
| #100 | 3875.0 | 99.1 | .94 | 0.36 | 419.2 | 76.2 | 23.8 | 9.2 | 9.6 | |
| #200 | 3877.8 | 99.1 | .87 | 0.33 | 462.6 | 84.1 | 15.9 | 6.1 | 6.4 | 10.0 max |
| Pan | 8.1 | | | | | | | | | |
| Mass P-75 | 25.9 | | | | | | | | | |
| Total P-75 | 34.0 | | | | | | | | | |
| Orig. dry mass | 549.8 | | | | | | | | | |

Form FHWA [illegible] (Rev. [illegible]/86)

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

- Bid -001

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD Source: STA 18+700 - STA 18+900 Sample no.: 4

Sample of: GRADING AGG BASE Quantity represented: 3876 - 4872 Lot no.: 1

Sampled by: EZ Date: 11-5 11:45 AM Tested by: SW Date: 11-5

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 6153.0 | 644.7 |
| Mass of dry aggregate | 6079.0 | 627.7 |
| Mass of water | 74.0 | 17.0 |
| Moisture (%) | 1.2 | 2.7 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 6153.0 | 1004.4 |
| Mass of dry aggregate | 6079.0 | 978.0 |
| Mass of washed dry aggregate | 6025.9 | 812.1 |
| Mass of 75 µm minus | 53.1 | 165.9 |

REMARKS: F.F.

1" = 100%
3/4" = 100%
1/2" = 100%
3/8" = 100%

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1 1/2" mm | 0 | 0 | 0 | 100 | 100 |
| 1" mm | 53.7 | 53.1 | 0.6 | 99.4 | 97-100 |
| 3/4" mm | 768.3 | 759.2 | 8.8 | 81.2 | |
| 1/2" mm | 2823.5 | 2790.0 | 32.3 | 67.7 | |
| 3/8" mm | 4239.4 | 4189.1 | 48.5 | 51.5 | 56-70 |
| mm | | | | | |
| 4.75 mm | 6154.3 | 6081.3 | 70.3 | 29.7 | 39-53 |
| 4.75 mm minus | 2633.9 | 2564.6 | 29.7 | | |
| Total sample mass | 8788.2 | 8645.9 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 5968.4 | 98.2 | 1.8 | 0.5 | | | | 29.7 | 30.2 | |
| #10 | 5990.8 | 98.5 | 1.5 | 0.4 | 347.5 | 35.5 | 64.5 | 19.2 | 19.6 | |
| #40 | 5993.7 | 98.6 | 1.4 | 0.4 | 570.2 | 58.3 | 41.7 | 12.4 | 12.8 | 12-21 |
| #100 | 5998.7 | 98.7 | 1.3 | 0.4 | 667.4 | 68.2 | 31.8 | 9.4 | 9.8 | |
| #200 | 6013.5 | 98.9 | 1.1 | 0.3 | 775.4 | 79.3 | 20.3 | 6.0 | 6.3 | 10.0 max |
| Pan | 6025.5 | | | | 811.6 | | | | | |
| Mass P-75 | 12.2 | | | | 36.2 | | | | | |
| Total P-75 | 65.7 | | | | 202.6 | | | | | |
| Orig. dry mass | 6079.0 | | | | 978.0 | | | | | |

Form FHWA 1621 (Rev 10-96)

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

• Bid 2001

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL RD Source: STA 18+700 - STA 18+900 Sample no.: 3

Sample of: GRADED AGG. BASE Quantity represented: 28800 - 38.7(?) Lot no.: 1

Sampled by: EZ Date: 11-5-01 Tested by: EZ Date: 11-5-01

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | | 1121.0 |
| Mass of dry aggregate | | 1099.2 |
| Mass of water | | 21.8 |
| Moisture (%) | | 2.0 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | | 1121.0 |
| Mass of dry aggregate | | 1099.2 |
| Mass of washed dry aggregate | | 953.3 |
| Mass of 75 μm minus | | 145.9 |

REMARKS: F-F

1" = 100%
3/4" = 100%
1/2" = 100%
3/8" = 100%

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1 1/2" mm | 0 | | 0 | 100 | 100 |
| 1" mm | 17.9 | | 0.3 | 99.7 | 97-100 |
| 3/4" mm | 189.5 | | 2.8 | 97.2 | |
| 1/2" mm | 1001.7 | | 14.7 | 85.3 | |
| 3/8" mm | 1841.9 | | 26.9 | 73.1 | 56-70 |
| mm | | | | | |
| 4.75 mm | 3731.0 | | 54.6 | 45.4 | 39-53 |
| 4.75 mm minus | 3240.7 | | | | |
| Total sample mass | 6971.7 | 6835.0 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | | | | | | | | | | |
| #10 | | | | | 409.1 | 37.2 | 62.8 | | 28.2 | |
| #40 | | | | | 689.5 | 62.7 | 37.3 | | 16.8 | 12-21 |
| #100 | | | | | 791.9 | 72.0 | 28.0 | | 12.6 | |
| #200 | | | | | 903.1 | 82.2 | 17.8 | | 8.0 | 10 max |
| Pan | | | | | 50.2 | | | | | |
| Mass P-75 | | | | | | | | | | |
| Total P-75 | | | | | | | | | | |
| (illegible) | | | | | | | | | | |

Flowery Road
Stevens C. ...y, WA

Project Number M01113

## CLASS "D" AGGREGATE BASE
## LABORATORY SUMMARY

| | | UNITS | SPEC | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LABORATORY NUMBER / SAMPLE NUMBER | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| SAMPLED BY | | | | B&A | B&A | B&A | B&A | B&A | B&A | B&A | B&A | B&A | B&A |
| SAMPLE TYPE | | | | Bulk | Bulk | Bulk | Bulk | Bulk | Bulk | Bulk | Bulk | Bulk | Bulk |
| DATE RECEIVED | | | | 11/2/01 | 11/2/01 | 11/5/01 | 11/5/01 | 11/5/01 | 11/6/01 | 11/6/01 | 11/6/01 | 11/7/01 | 11/7/01 |
| S | 1½" | % | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| I | 1" | | 97-100 | 98.9 | 100 | 99.7 | 99.4 | 100 | 100 | 100 | 100 | 99.7 | 99.6 |
| E | 3/4" | P | - | 90.0 | 93.7 | 97.2 | 81.2 | 98.6 | 99.5 | 97.4 | 98.2 | 95.7 | 96.2 |
| V | 1/2" | A | - | 67.3 | 71.7 | 85.3 | 67.7 | 81.5 | 89.9 | 79.6 | 88.2 | 77.5 | 77.0 |
| E | 3/8" | S | 56-70 | 56.1 | 57.8 | 73.1 | 51.5 | 65.8 | 79.7 | 64.9 | 76.8 | 61.0 | 61.6 |
| | #4 | S | 39-53 | 34.7 | 38.8 | 45.4 | 30.2 | 40.2 | 58.6 | 41.8 | 51.9 | 37.5 | 39.1 |
| S | #10 | I | - | 21.1 | 26.8 | 28.2 | 19.6 | 23.7 | 38.8 | 26.6 | 32.9 | 23.2 | 25.5 |
| I | #40 | N | 12-21 | 13.7 | 18.5 | 16.8 | 12.8 | 13.0 | 24.2 | 15.9 | 19.8 | 14.0 | 15.5 |
| Z | #100 | G | - | 10.5 | 14.1 | 12.6 | 9.8 | 9.6 | 18.8 | 12.2 | 15.3 | 10.7 | 12.5 |
| E | #200 | | 10 MAX | 6.9 | 9.0 | 8.0 | 6.3 | 6.4 | 12.1 | 8.1 | 10.2 | 7.1 | 7.2 |
| SEP INDEX | | | 1.000 MIN | 1.661 | 1.059 | 1.667 | 1.323 | 2.166 | 1.294 | 1.692 | 1.534 | 1.526 | 1.553 |
| FRACTURED FACE | | % | 50% MIN | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**budinger & associates, inc.**
geotechnical & material engineers

Flowery T. Road
Stevens County, WA

Project Number MF

## CLASS "D" AGGREGATE BASE
## LABORATORY SUMMARY

| LABORATORY NUMBER | | UNITS | | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAMPLE NUMBER | | | | B&A | B&A | B&A | B&A | B&A | B&A | B&A | B&A | |
| SAMPLED BY | | | | Bulk | Bulk | Bulk | Bulk | Bulk | Bulk | Bulk | Bulk | |
| SAMPLE TYPE / DATE RECEIVED | | | | 11/7/01 | 11/8/01 | 11/8/01 | 11/8/01 | 11/9/01 | 11/9/01 | 11/12/01 | 11/12/01 | |
| | | | SPEC | | | | | | | | | AVERAGE |
| S | 1½" | % | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| I | 1" | | 97-100 | 100 | 99.7 | 100 | 100 | 99.6 | 100 | 100 | 100 | 99.8 |
| E | 3/4" | P | - | 95.9 | 98.1 | 96.4 | 93.7 | 94.4 | 96.2 | 94.8 | 96.8 | 95.2 |
| V | 1/2" | A | - | 79.7 | 80.4 | 79.5 | 71.7 | 74.9 | 81.3 | 76.7 | 81.3 | 78.4 |
| E | 3/8" | S | 56-70 | 65.9 | 59.0 | 64.9 | 56.3 | 57.6 | 67.2 | 61.9 | 66.5 | 63.8 |
| | #4 | S | 39-53 | 40.8 | 43.1 | 39.5 | 33.6 | 34.6 | 42.4 | 38.8 | 42.7 | 40.8 |
| S | #10 | I | - | 24.9 | 29.1 | 24.8 | 21.3 | 21.5 | 25.0 | 24.7 | 27.5 | 25.8 |
| I | #40 | N | 12-21 | 15.8 | 18.6 | 14.0 | 13.2 | 12.9 | 14.2 | 15.3 | 16.2 | 15.8 |
| Z | #100 | G | - | 12.2 | 14.3 | 10.2 | 10.0 | 9.5 | 10.5 | 11.7 | 12.4 | 12.1 |
| E | #200 | | 10 MAX | 8.1 | 9.4 | 6.9 | 7.0 | 6.3 | 7.0 | 7.8 | 8.9 | 7.9 |
| SEP INDEX | | | 1.000 MIN | 1.510 | 1.163 | 1.536 | 1.563 | 1.821 | 1.781 | 1.494 | 1.504 | 1.547 |
| FRACTURED FACE | | % | 50% MIN | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

**budinger & associates, inc.**
geotechnical & material engineers

# PROCESS CONTROL TESTING
## AGG BASE

| Sieve Size | Project Req % | Contractor QC Test # 1 | WFLHD QA Test # 1 | QC Test # 2 | QA Test # 2 | QC Test # 3 | QA Test # 3 |
|---|---|---|---|---|---|---|---|
| 37.5 mm | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| 25.0 mm | 97 - 100 | 99.9 | 98.9 | 100 | 99.7 | 99.7 | 100 |
| 19.0 mm | | 89.9 | 89.8 | 93.7 | 93.3 | 97.2 | 97 |
| 12.5 mm | | 67 | 69.5 | 71.7 | 68 | 85.3 | 82.5 |
| 9.5 mm | 56 - 70 (7) | 55.7 | 59.3 | 57.8 | 55.2 | 73.1 | 70.5 |
| 4.75 mm | 39 - 53 (6) | 34.2 | 40.2 | 38.8 | 38.3 | 45.4 | 47.7 |
| 2.00 mm | | 21.1 | 26.1 | 26.8 | 26.8 | 28.2 | 28.8 |
| 425 um | 12 - 21 (4) | 13.7 | 17.3 | 18.5 | 19.1 | 16.8 | 17.1 |
| 150 um | | 10.5 | 13.4 | 14.1 | 14.7 | 12.6 | 13 |
| 75 um | 10 max | 6.9 | 9.38 | 9 | 10 | 8 | 9.16 |
| SE | | 53 | 46 | 36 | 33 | 55 | 59 |
| SEP | 1.000 min | 1.66 | 1.338 | 1.059 | 0.943 | 1.67 | 1.727 |
| Fractured Face % | 50 | 100 | 97 | 100 | 96 | 100 | 97 |

• Feds 2001

PROCESS CONTROL TESTING
AGG BASE

| Sieve Size | Project Req % | Contractor QC Test # 4 | WFLHD QA Test # 4 | QC Test # 5 | QA Test # 5 | QC Test # 8 | QA Test # 8 |
|---|---|---|---|---|---|---|---|
| 37.5 mm | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| 25.0 mm | 97 - 100 | 99.4 | 99.9 | 100 | 100 | 100 | 99.9 |
| 19.0 mm | | 91.2 | 94.8 | 98.6 | 99.1 | 98.2 | 95 |
| 12.5 mm | | 67.7 | 74 | 81.5 | 84 | 88.2 | 73.4 |
| 9.5 mm | 56 - 70 (7) | 51.5 | 61.8 | 65.8 | 70.7 | 76.8 | 59.8 |
| 4.75 mm | 39 - 53 (6) | 29.7 | 41.7 | 40.2 | 44.8 | 51.9 | 37.8 |
| 2.00 mm | | 19.6 | 27.5 | 23.7 | 25.2 | 32.9 | 23.2 |
| 425 um | 12 - 21 (4) | 12.8 | 17.9 | 13 | 13.3 | 19.8 | 14.3 |
| 150 um | | 9.8 | 13.8 | 9.6 | 9.71 | 15.3 | 11 |
| 75 um | 10 max | 6.3 | 9.74 | 6.4 | 6.79 | 10.2 | 7.73 |
| SE | | 41 | 46 | | 66 | | 55 |
| SEP | 1.000 min | 1.323 | 1.324 | | 2.076 | | 1.68 |
| Fractured Face % | 50 | 100 | 94 | | 98 | | 97 |

o Feds 2001

# PROCESS CONTROL TESTING
## AGG BASE

| Sieve Size | Project Req % | Contractor QC Test # 11 | WFLHD QA Test # 11 | QC Test # 14 | QA Test # 14 | QC Test # 16 | QA Test # 16 |
|---|---|---|---|---|---|---|---|
| 37.5 mm | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| 25.0 mm | 97 - 100 | 100 | 100 | 100 | 100 | 100 | 99.7 |
| 19.0 mm | | 95.9 | 97.7 | 93.7 | 96.2 | 96.2 | 97 |
| 12.5 mm | | 79.7 | 80.9 | 71.7 | 69.6 | 81.3 | 81.2 |
| 9.5 mm | 56 - 70 (7) | 65.9 | 68.3 | 56.3 | 53.5 | 67.2 | 68.1 |
| 4.75 mm | 39 - 53 (6) | 40.8 | 44.7 | 33.6 | 32.2 | 42.4 | 44.2 |
| 2.00 mm | | 24.9 | 27.6 | 21.3 | 20.2 | 25 | 25.5 |
| 425 um | 12 - 21 (4) | 15.8 | 16.9 | 13.2 | 12.6 | 14.2 | 14.6 |
| 150 um | | 12.2 | 12.8 | 10 | 9.8 | 10.5 | 10.9 |
| 75 um | 10 max | 8.1 | 8.73 | 7 | 7.16 | 7 | 8.15 |
| SE | | | 54 | | 50 | | 65 |
| SEP | 1.000 min | | 1.601 | | 1.555 | | 1.961 |
| Fractured Face % | 50 | | 95 | | 96 | | 97 |

• Feds 2001

Flowery Trail Road
Stevens County, WA

Project Number M01113

## AGGREGATE BASE, GRADING D - ROADWAY
## LABORATORY SUMMARY

| | | UNITS | SPEC | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SAMPLE NUMBER | | | | 2-1 | 2-2 | 2-3 | 2-4 | 2-5 | 2-6 |
| SAMPLED BY | | | | B&A | B&A | B&A | B&A | B&A | B&A |
| SAMPLE TYPE | | | | Bulk | Bulk | Bulk | Bulk | Bulk | Bulk |
| DATE RECEIVED | | | | 8/21/02 | 8/22/02 | 8/22/02 | 8/22/02 | 8/27/02 | 8/27/02 |
| SAMPLE LOCATION | | | | STA 22+440 left lane | STA 22+740 right lane | STA 23+035 right lane | STA 23+400 left lane | STA 24+022 right lane | STAS 24+340 right lane |
| TONNAGE | | | | | | 7297 | 8492 | 9785 | 10155 |
| S | 37.5 mm | % | 100 | | | | | 100.0 | |
| I | 25.0 mm | | 97-100 | 100.0 | 100.0 | 100.0 | 100.0 | 99.7 | 100.0 |
| E | 19.0 mm | P | - | 94.4 | 90.9 | 98.8 | 97.0 | 96.5 | 94.1 |
| V | 12.5 mm | A | - | 73.7 | 66.3 | 84.2 | 78.1 | 78.2 | 77.6 |
| E | 9.5 mm | S | 56-70 | 60.9 | 52.4 | 71.2 | 66.5 | 61.7 | 66.0 |
| | 4.75 mm | S | 39-53 | 41.3 | 35.8 | 50.8 | 46.9 | 44.0 | 46.4 |
| S | 2.00 mm | I | - | 27.6 | 24.3 | 34.4 | 31.3 | 31.3 | 31.5 |
| I | 0.425 mm | N | 12-21 | 17.3 | 16.3 | 22.3 | 20.7 | 21.6 | 21.0 |
| Z | 0.150 mm | G | - | 13.2 | 13.1 | 17.7 | 16.5 | 17.0 | 16.4 |
| E | 0.075 mm | | 10.0 MAX | 8.9 | 9.4 | 12.6 | 11.9 | 11.7 | 11.1 |
| SAND EQUIVALENT | | % | | 47 | 49 | 47 | 48 | 42 | 44 |
| FRACTURED FACE | | % | | 92 | 86 | 93 | 93 | 89 | 90 |
| SEP | | | | 1.386 | 1.424 | 1.250 | 1.301 | 1.144 | 1.219 |

Flowery Trail Road
Stevens County, WA

Project Number M01113

## *AGGREGATE BASE, GRADING D - ROADWAY*
## *LABORATORY SUMMARY*

| | | UNITS | SPEC | | | | | |
|---|---|---|---|---|---|---|---|---|
| SAMPLE NUMBER | | | | 1-1 | 1-2 | 1-3 | 1-4 | 1-5 |
| SAMPLED BY | | | | B&A | B&A | B&A | B&A | B&A |
| SAMPLE TYPE | | | | Bulk | Bulk | Bulk | Bulk | Bulk |
| DATE RECEIVED | | | | 8/19/02 | 8/19/02 | 8/20/02 | 8/20/02 | 8/21/02 |
| SAMPLE LOCATION | | | | STA 20+800 right lane | STA 20+897 left lane | STA 21+120 left lane | | STA 22+120 right lane |
| TONNAGE | | | | | | | | |
| S | 37.5 mm | % | 100 | | | | | |
| I | 25.0 mm | | 97-100 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| E | 19.0 mm | P | - | 98.0 | 98.6 | 96.5 | 94.8 | 98.1 |
| V | 12.5 mm | A | - | 85.3 | 86.7 | 80.1 | 77.2 | 85.9 |
| E | 9.5 mm | S | 56-70 | 72.2 | 75.4 | 69.3 | 61.9 | 73.5 |
| | 4.75 mm | S | 39-53 | 50.2 | 53.9 | 49.8 | 42.3 | 53.3 |
| S | 2.00 mm | I | - | 32.3 | 36.4 | 33.1 | 28.1 | 36.2 |
| I | 0.425 mm | N | 12-21 | 20.3 | 23.5 | 20.9 | 18.6 | 24.4 |
| Z | 0.150 mm | G | - | 15.9 | 18.6 | 16.5 | 15.0 | 19.1 |
| E | 0.075 mm | | 10.0 MAX | 11.4 | 13.3 | 11.8 | 10.9 | 13.3 |
| SAND EQUIVALENT | | % | | 50 | 48 | 52 | - | 43 |
| FRACTURED FACE | | % | | 95.3 | 94.1 | - | - | 95 |
| SEP | | | | 1.368 | 1.255 | 1.370 | - | 1.123 |

Flowery Trail Road
Stevens County, WA

Project Number M01113

## *AGGREGATE BASE, GRADING D - ROADWAY*
## *LABORATORY SUMMARY*

| | | UNITS | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SAMPLE NUMBER | | | | 1-1 | 1-2 | 1-3 | 1-4 | 1-5 |
| SAMPLED BY | | | | B&A | B&A | B&A | B&A | B&A |
| SAMPLE TYPE | | | | Bulk | Bulk | Bulk | Bulk | Bulk |
| DATE RECEIVED | | | | 8/19/02 | 8/19/02 | 8/20/02 | 8/20/02 | 8/21/02 |
| SAMPLE LOCATION | | | | STA 20+800 right lane | STA 20+897 left lane | STA 21+120 left lane | | STA 22+120 right lane |
| TONNAGE | | | | | | | | |
| | | | SPEC | | | | | |
| S | 37.5 mm | % | 100 | | | | | |
| I | 25.0 mm | | 97-100 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| E | 19.0 mm | P | - | 98.0 | 98.6 | 96.5 | 94.8 | 98.1 |
| V | 12.5 mm | A | - | 85.3 | 86.7 | 80.1 | 77.2 | 85.9 |
| E | 9.5 mm | S | 56-70 | 72.2 | 75.4 | 69.3 | 61.9 | 73.5 |
| | 4.75 mm | S | 39-53 | 50.2 | 53.9 | 49.8 | 42.3 | 53.3 |
| S | 2.00 mm | I | - | 32.3 | 36.4 | 33.1 | 28.1 | 36.2 |
| I | 0.425 mm | N | 12-21 | 20.3 | 23.5 | 20.9 | 18.6 | 24.4 |
| Z | 0.150 mm | G | - | 15.9 | 18.6 | 16.5 | 15.0 | 19.1 |
| E | 0.075 mm | | 10.0 MAX | 11.4 | 13.3 | 11.8 | 10.9 | 13.3 |
| SAND EQUIVALENT | | % | | 50 | 48 | 52 | - | 43 |
| FRACTURED FACE | | % | | 95.3 | 94.1 | - | - | 95 |
| SEP | | | | 1.368 | 1.255 | 1.370 | - | 1.123 |