Flowery Trail Road
Stevens County, WA

Project Number M01113

## *AGGREGATE BASE, GRADING D - ROADWAY*
## *LABORATORY SUMMARY*

| | | UNITS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SAMPLE NUMBER | | | | 2-1 | 2-2 | 2-3 | 2-4 | 2-5 | 2-6 |
| SAMPLED BY | | | | B&A | B&A | B&A | B&A | B&A | B&A |
| SAMPLE TYPE | | | | Bulk | Bulk | Bulk | Bulk | Bulk | Bulk |
| DATE RECEIVED | | | | 8/21/02 | 8/22/02 | 8/22/02 | 8/22/02 | 8/27/02 | 8/27/02 |
| SAMPLE LOCATION | | | | STA 22+440 left lane | STA 22+740 right lane | STA 23+035 right lane | STA 23+400 left lane | STA 24+022 right lane | STAS 24+340 right lane |
| TONNAGE | | | | | | 7297 | 8492 | 9785 | 10155 |
| | | | SPEC | | | | | | |
| S | 37.5 mm | % | 100 | | | | | 100.0 | |
| I | 25.0 mm | | 97-100 | 100.0 | 100.0 | 100.0 | 100.0 | 99.7 | 100.0 |
| E | 19.0 mm | P | - | 94.4 | 90.9 | 98.8 | 97.0 | 96.5 | 94.1 |
| V | 12.5 mm | A | - | 73.7 | 66.3 | 84.2 | 78.1 | 78.2 | 77.6 |
| E | 9.5 mm | S | 56-70 | 60.9 | 52.4 | 71.2 | 66.5 | 61.7 | 66.0 |
| | 4.75 mm | S | 39-53 | 41.3 | 35.8 | 50.8 | 46.9 | 44.0 | 46.4 |
| S | 2.00 mm | I | - | 27.6 | 24.3 | 34.4 | 31.3 | 31.3 | 31.5 |
| I | 0.425 mm | N | 12-21 | 17.3 | 16.3 | 22.3 | 20.7 | 21.6 | 21.0 |
| Z | 0.150 mm | G | - | 13.2 | 13.1 | 17.7 | 16.5 | 17.0 | 16.4 |
| E | 0.075 mm | | 10.0 MAX | 8.9 | 9.4 | 12.6 | 11.9 | 11.7 | 11.1 |
| SAND EQUIVALENT | | % | | 47 | 49 | 47 | 48 | 42 | 44 |
| FRACTURED FACE | | % | | 92 | 86 | 93 | 93 | 89 | 90 |
| SEP | | | | 1.386 | 1.424 | 1.250 | 1.301 | 1.144 | 1.219 |

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR DETERMINING SAND EQUIVALENT
## AASHTO T 176

Project: WA PFH 158-1(2) Source: RT. LANE, STA 22+120

Where sampled: ROADWAY, RT. LANE Quantity represented: 4400 tons

Sample of: 301(1) Lot no.: 1 Sample no.: 5

Sampled by: B & A Date: 8/21/02 Tested by: MS Date: 8/21/02

The following method was used to prepare the sample: ☐ Air dry ☐ Pre-wet ☒ Oven dried

NOTE: In each cylinder, place about 85 mL by volume of quartered material passing the 4.75-mm sieve.

| Soaking Time (10 minutes ± 1 minute) | | | |
|---|---|---|---|
| Determination | 1 | 2 | 3 |
| Cylinder no. | A | B | C |
| Starting time | 3:02 | 3:04 | 3:07 |
| Finish time | 3:12 | 3:14 | 3:17 |

| Sedimentation Period (20 minutes ± 15 seconds) | | | |
|---|---|---|---|
| Determination | 1 | 2 | 3 |
| Cylinder no. | A | B | C |
| Starting time | 3:13 | 3:15 | 3:18 |
| Finish time | 3:33 | 3:35 | 3:38 |
| Sand reading | 2.1 | 2.1 | 2.1 |
| Clay reading | 5.0 | 5.0 | 4.9 |
| Sand equivalent (SE) values [1] | 42 | 42 | 43 |

CALCULATIONS: $SE = \frac{\text{Sand Reading}}{\text{Clay Reading}} \cdot 100$

Sand Equivalent (mean) [2] = **43**

Remarks: $SEP = \frac{43}{13.3 + 25} = 1.123$

[1] Mathematically round calculated value to nearest 0.1. After rounding to nearest 0.1, then round the result up to a whole number and record.

[2] Mathematically round calculated SE mean to nearest 0.1. After rounding to nearest 0.1, then round the result up to a whole number and record that as the SE value of the sample.

# DAILY FIELD REPORT

Technician Steve Wilson

☐Sun ☒Mon ☐Tue ☐Wed ☐Thur ☐Fri ☐Sat

Weather Temperature 85 ☒Clear ☐P. Cloudy ☐Cloudy ☐Snow ☐Rain ☐Windy

Arrived | Hours: | Soils 12½ p.top. | Masonry | Travel
Departed | Concrete | Str. Steel | Other
Miles 151 | Exam Type: ☐continuous ☒non-continuous ☐periodic

NOTES

Sampling

The contractor placed aggregate base for the new ... Flowery Trail Road. We sampled aggregate base from processed windrows for laboratory testing.

Notes

Sample Locations

3839 -

1715 | 2124 tons, sta 21+120 L. Lane | 8-20-02 7:40 Am
715 tons, sta 21+104 R. lane, 10:40
147 tons, sta 20+800, R. Lane, 9:00

Attachments ?: ☐yes ☒no Page 1 of 1 pages today

☐No Deficiencies Noted ☐Deficiencies Noted/Corrected ☐Deficiencies Noted/Not Corrected

*The information on this page and any attachments has not been reviewed by our management and may not represent our final opinion*

Results Reported To ____ Signature ____

**budinger & associates, inc.**

geotechnical & material engineers

3820 East Broadway, Spokane, Washington, 99202 (509) 535-8841 fax (509) 535-8689

Revised 12/98

budinger & associates, inc. Field Operation Form

# DAILY FIELD REPORT

[illegible] Trail Road Technician Steve Wilson

☐Sun ☐Mon. ☒Tue. ☐Wed. ☐Thur ☐Fri ☐Sat

Weather Temperature [illegible] ☐Clear ☐P. Cloudy ☐Cloudy ☐Snow ☐Rain ☐Windy

Arrived [illegible] Hours: Soils 8 hr p.t.o. Masonry ______ Travel ______

Departed [illegible] Concrete ______ Str. Steel ______ Other ______

Miles [illegible] Exam Type: ☐continuous ☐non-continuous ☐periodic

NOTES

[illegible] Sampling

The [illegible] placed aggregate base for the new [illegible] of [illegible] Trail Road. We sampled aggregate from [illegible] processed windrows for laboratory testing.

Attachments ?: ☐yes ☒no Page 1 of 1 pages today

☐No Deficiencies Noted ☐Deficiencies Noted/Corrected ☐Deficiencies Noted/Not Corrected

*The information on this page and any attachments has not been reviewed by our management and may not represent our final opinion*

Results Reported To: [illegible] (McAtlay) Signature: Steve Wilson

**budinger & associates, inc.**

**geotechnical & material engineers**

3820 East Broadway, Spokane, Washington, 99202 (509) 535-8841 fax (509) 535-9589

Revised 12/98

budinger & associates, inc. Field Operation Form

# DAILY FIELD REPORT

Technician Steve Wilson

☐Sun ☐Mon ☐Tue ☒Wed ☐Thur ☐Fri ☐Sat

Weather: Temperature 80 ☒Clear ☐P. Cloudy ☐Cloudy ☐Snow ☐Rain ☐Windy

Arrived [illegible] 30 Hours: Soils 16 hr. p. top. Masonry ____ Travel ____

Departed [illegible] Concrete ____ Str. Steel ____ Other ____

Miles [illegible] Exam Type ☐continuous ☒non-continuous ☐periodic

NOTES

[illegible] Base Sampling

The [illegible] placed aggregate base for the new [illegible] [illegible] Road. We sampled aggregate base from [illegible] windrows for laboratory testing

Notes

[illegible] 4400 tons, Sta 22+120, R. lane, [illegible]45 AM

#6 5413 tons, Sta 22+440, L. Lane, 3:45 PM

Attachments ?: ☐yes ☒no Page / of / pages today

☒No Deficiencies Noted ☐Deficiencies Noted/Corrected ☐Deficiencies Noted/Not Corrected

The information on this page and any attachments has not been reviewed by our management and may not represent our final opinion

Results Reported To [illegible] Attley) Signature [signature]

budinger & associates, inc.

geotechnical & material engineers

3820 East Broadway, Spokane, Washington, 99202 (509) 535-8841 fax (509) 535-9689

Revised 12/98

# DAILY FIELD REPORT

Project: Flowery Trail Road Technician: Steve [illegible]

Job #: M01 913

Date: 8-22-02 ☐Sun ☐Mon. ☐Tue. ☐Wed. ☒Thur ☐Fri ☐Sat

Weather: Temperature: 80 ☐Clear ☐P. Cloudy ☒Cloudy ☐Snow ☐Rain ☐Windy

Arrived 7:15 Hours: Soils ____ Masonry ____ Travel ____

Departed ____ Concrete ____ Str. Steel ____ Other ____

Miles ____ Exam Type: ☐continuous ☐non-continuous ☐periodic

NOTES Aggregate Base

The contractor placed aggregate base for [illegible] of Flowery Trail Road. [illegible] base from processed windrows for [illegible]

Roadway Embankment

The contractor graded and compacted subgrade [illegible] the new alignment of Flowery Trail Road. [illegible] were conducted at grade with results [illegible] compaction ranging from 97% to 100% [illegible] specified minimum (95%).

Lot 2, Sample #2 Notes

(7) Sample 2-2 6149 tons, Sta 22+740 R. Lane [illegible]

(8) Sample 2-3, 7297 tons, Sta 23+035 R. Lane, Sample [illegible]

(9) Sample 2-4, tons, Sta 23+400, L. Lane, Sample Time [illegible] PM

Attachments ?: ☐yes ☒no Page 1 of 1 pages today

☐No Deficiencies Noted ☐Deficiencies Noted/Corrected ☐Deficiencies Noted/Not Corrected

The information on this page and any attachments has not been reviewed by our management and may not represent our final opinion.

Results Reported To ____ Signature ____

budinger & associates, inc.

geotechnical & material engineers

3820 East Broadway, Spokane, Washington, 99202 (509) 535-8841 fax (509) 535-9589

Flowery Trail Road
Stevens County, WA

Project Number M01113

**ON SITE AGGREGATE SOURCE**
**LABORATORY SUMMARY**

| | UNITS | SPEC | | South | North |
|---|---|---|---|---|---|
| LABORATORY NUMBER | | | 02-1011 | 02-1012 | 02-1039 |
| SAMPLE NUMBER | | | 1 | 2 | 3 |
| SAMPLED BY | | | B&A | B&A | B&A |
| SAMPLE DATE | | | Bulk | Bulk | Bulk |
| DATE RECEIVED | | | 8/23/2002 | 8/23/2002 | 8/28/2002 |
| SAMPLE DESCRIPTION | | | Grading "D" | Source Rock Uncrushed | Source Rock Uncrushed |
| DMSO | weighted % loss | 12 MAX | 1.3 | 4.0 | 1.2 |
| LA ABRASION | % loss | 50 MAX | 25 | 28 | 19 |
| DURABILITY INDEX | | | | | |
| COARSE | Dc | 35 MIN | 58 | 40 | 67 |
| FINE | Df | 35 MIN | 62 | 51 | 70 |
| SODIUM SULFATE SOUNDNESS | | | | | |
| COARSE | weighted % loss | 12 MAX | 3 | 8 | 1 |
| FINE | weighted % loss | 12 MAX | 10 | 19 | 10 |

Lou - This is the test Results For the material that Came From the Rock Cut.

CJO

Mike Osburn Rock Cut Material

budinger & associates, inc.
geotechnical & material engineers

• Dec. 2002

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WAPFH 158-1(2) Source: STA 20+800 R. LANE Sample no.: 1 — 1st

Sample of: AGG. BASE GRADE D (30101) Quantity represented: 147 ton Lot no.: ONE

Sampled by: BL A Date: 8/19/02 Tested by: MS / SW Date: 8/19/02

Should item – 100 percent from other grading D material

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2187.6 | 831.9 |
| Mass of dry aggregate | 2135.8 | 781.7 |
| Mass of water | 51.8 | 50.2 |
| Moisture (%) (USE 2 decimal places) | 2.4 (2.43) | 6.4 (6.42) |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | | |
|---|---|---|---|
| P-75 Content | | Coarse | Fine |
| Mass of wet aggregate | | 3645.9 | 751.2 |
| Mass of dry aggregate | 3557.3 | 3560.4 | 706.0 (703.0) |
| Mass of washed dry aggregate | | 3395.9 | 586.0 |
| Mass of 75 µm minus | 161.4 | 164.5 | 120.0 (117.0) |

REMARKS:

F.F. = 95.3%

FF = FRACTURED WEIGHT / SAMPLE WEIGHT × 100 =

STEP = 1.389

SEP = SE / ($P_{75}$ + 25)

INITIAL TOTAL = 6820.4

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.50 mm | | | | | 100 |
| 25.00 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.00 mm | 134.50 | 131.35 | 2.0 | 98.0 | – |
| 12.50 mm | 852.50 | 832.52 | 12.7 | 85.3 | – (72.1) |
| 9.50 mm | 876.90 | 856.35 | 13.1 | 72.2 | 56-70 |
| 4.75 mm | 1782.0 | 1740.23 | 26.6 | 45.6 (45.) | |
| 4.75 mm minus | 3161.90 | 2971.71 | 45.5 | | |
| Total sample mass | 6807.80 | 6552.16 | 100.0 | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 91.3 | 8.7 | 4.8 | | | | 45.50 | 50.3 | |
| 4.75 mm | 3256.0 | 91.5 | 8.5 | 4.6 | 0 | 0 | 100.0 | 45.6 | 50.2 | 39-53 |
| 2.00 | 59.0 | 1.7 | 6.8 (6.8) | 3.7 (3.9) | 263.0 | 37.3 | 62.7 | 28.6 (28.65) | 32.3 (32.4) | – |
| 0.425 | 2.4 | 0.1 | 6.7 (6.07) | 3.6 (3.8) | 183.7 | 26.0 | 36.7 | 16.7 (16.71) | 20.3 (20) | 12-27 |
| 0.150 | 12.9 | 0.4 | 6.3 (6.6) | 3.4 (3.6) | 64.7 | 9.2 | 27.56 | 12.5 (12.54) | 15.9 (16.2) | – |
| 0.075 | 44.5 | 1.2 | 5.1 (5.74) | 2.8 (2.9) | 60.9 | 8.6 | 18.9 | 8.61 | 11.4 (11.6) | 10 max |
| Pan | 27.9 | 1.3 | | | 13.6 | | | | | |
| Mass P-75 | 164.5 | | | | 120.0 | | | | | |
| Total P-75 | 192.4 | 5.4 | | | 133.6 | 18.9 | | | | |
| Orig. dry mass | 3560.4 | 100.0 | | | 706.0 | 100.0 | | | | |

3567.2

Form FHWA 1621 (Rev 10-96)

RECEIVED VIA FAX
8/21/02
8:14 AM

Faxed 8:05AM 8-19-02 Dad 2002

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: Flowery Trail Road Source: Roadway Sta. 204897, L. Lane Sample no.: 2

Sample of: Agg Base Grade D Quantity represented: 1715 ton Lot no.: one

Sampled by: [illegible] Date: 8/19/02 Tested by: MS Date: 8/19/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2397.3 | 758.0 |
| Mass of dry aggregate | 2350.7 | 719.0 |
| Mass of water | 46.6 | 39.0 |
| Moisture (%) | 2.0 | 5.4 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 2952.7 | 752.9 |
| Mass of dry aggregate | 2894.8 | 714.3 |
| Mass of washed dry aggregate | 2781.6 | 580.9 |
| Mass of 75 µm minus | 113.2 | 133.4 |

REMARKS:

F.F.

~~[illegible]~~

985.0 TOTAL

94.1 % FRACTURED

Total = 6040.3

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1½ mm | | | | | 100 |
| 1 mm | ⊖ | ⊖ | ⊖ | 100 | 97-100 |
| 3/4 mm | 83.0 | 81.4 | 1.4 | 98.6 | – |
| ½ mm | 790.5 | 775.0 | 13.3 | 86.7 | – |
| 3/8 mm | 1461.1 | 1432.5 | 24.6 | 75.4 | 56-70 |
| mm | | | | | |
| 4.75 mm | 2952.7 | 2894.8 | 49.8 | 50.2 | |
| 4.75 mm minus | 3078.4 | 2920.7 | | | |
| Total sample mass | | 5815.5 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.75 mm | 2684.5 | 92.7 | 7.3 | 3.7 | | | 49.8 | 50.2 | 53.9 | 39-53 |
| # 10 | 2734.3 | 94.5 | 5.5 | 2.8 | 237.4 | 33.2 | 66.8 | 33.5 | 36.3 | – |
| # 40 | 2735.4 | 94.5 | 5.5 | 2.8 | 420.0 | 58.8 | 41.2 | 20.7 | 23.5 | 12-21 |
| # 100 | 2740.1 | 94.7 | 5.3 | 2.7 | 487.9 | 68.3 | 31.7 | 15.9 | 18.6 | – |
| # 200 | 2764.7 | 95.5 | 4.5 | 2.3 | 558.4 | 78.2 | 21.8 | 10.9 | 13.2 | 10 MAX |
| Pan | 2784.7 | | | | 580.9 | | | | | |
| Mass P-75 | | | | | | | | | | |
| Total P-75 | | | | | | | | | | |
| Orig. dry mass | 2894.8 | | | | 714.3 | | | | | |

Form FHWA 1621 (Rev 10-96)