Federal Highway Administration
Federal Lands Highway Office

Faxed 8/20/02 SS 7:38AM ~~8:38 AM~~ Called Linda and notified her of Fax and hand copy to J Foster Bay

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WAPFH 158-1(2) Source: ROADWAY R. LANE 147 TON, STA. 20+800 Sample no.: 1

Sample of: AGG BASE GRADE D Quantity represented: 147 TONE Lot no.:

Sampled by: B&A Date: 8/19 Tested by: MS Date: 8/19/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2187.6 | 831.9 |
| Mass of dry aggregate | 2135.8 | 781.7 |
| Mass of water | 51.8 | 50.2 |
| Moisture (%) | 2.4 | 6.4 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3645.9 | 751.2 |
| Mass of dry aggregate | 3560.4 | 706.0 |
| Mass of washed dry aggregate | 3395.9 | 586.0 |
| Mass of 75 μm minus | 164.5 | 120.0 |

REMARKS:

F.F. 817.9 TOTAL

95.3% FRACTURED

TOTAL - 6820.4

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1½ mm | | | | | |
| 1 mm | 0 | 0 | 0 | 100 | 100 |
| 3/4 mm | 134.5 | 131.3 | 2.0 | 98.0 | 97-100 |
| 1/2 mm | 987.0 | 963.9 | 14.8 | 85.2 | – |
| 3/8 mm | 1863.9 | 1820.2 | 27.8 | 72.2 | – |
| mm | | | | | 56-70 |
| 4.75 mm | 3645.9 | 3560.4 | 54.5 | 45.5 | |
| 4.75 mm minus | 3161.9 | 2971.7 | | | |
| Total sample mass | | 6532.1 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.75 mm | 3256.0 | 91.5 | 8.5 | 3.9 | | | | 45.5 | 49.4 | 39-53 |
| #10 | 3315.0 | 93.1 | 6.9 | 3.1 | 263.0 | 37.3 | 62.7 | 28.5 | 31.6 | – |
| #40 | 3317.4 | 93.2 | 6.8 | 3.1 | 446.7 | 63.3 | 36.7 | 16.7 | 19.8 | 12-21 |
| #100 | 3330.3 | 93.5 | 6.5 | 3.0 | 511.4 | 72.4 | 27.6 | 12.6 | 15.6 | – |
| #200 | 3374.8 | 94.8 | 5.2 | 2.4 | 572.3 | 81.1 | 18.9 | 8.6 | 11.0 | 10 MAX |
| Pan | 3402.7 | | | | | | | | | |
| Mass P-75 | | | | | | | | | | |
| Total P-75 | | | | | | | | | | |
| Orig. dry mass | 3560.4 | | | | | | | | | |

Form FHWA 1621 (Rev 10-96)

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

Faxed 8:06 AM 8.19.02

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: Flowery Trail Road Source: Roadway STA. 204897, L. Lane Sample no.: 2

Sample of: Agg Base Grade D Quantity represented: 1715 tons Lot no.:

Sampled by: SSW Date: 8/19/02 Tested by: MS Date: 8/19/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2397.3 | 758.0 |
| Mass of dry aggregate | 2350.7 | 719.0 |
| Mass of water | 46.6 | 39.0 |
| Moisture (%) | 2.0 | 5.4 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 2952.7 | 752.9 |
| Mass of dry aggregate | 2894.8 | 714.3 |
| Mass of washed dry aggregate | 2781.6 | 580.9 |
| Mass of 75 μm minus | 113.2 | 133.4 |

**REMARKS:**

F.F. ~~1984.0 TOTAL~~

985.0 TOTAL

94.1 % FRACTURED

Total = 6040.3

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1½ mm | | | | | 100 |
| 1 mm | 0 | 0 | 0 | 100 | 97-100 |
| 3/4 mm | 83.0 | 81.4 | 1.4 | 98.6 | – |
| ½ mm | 790.5 | 775.0 | 13.3 | 86.7 | – |
| 3/8 mm | 1461.1 | 1432.5 | 24.6 | 75.4 | 56-70 |
| mm | | | | | |
| 4.75 mm | 2952.7 | 2894.8 | 49.8 | 50.2 | |
| 4.75 mm minus | 3078.4 | 2920.7 | | | |
| Total sample mass | | 5815.5 | | | |

| Fine Aggregate Sieve Size | WASHED FROM COARSE Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | DRY 4.75 mm MINUS Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 2684.5 | 92.7 | 7.3 | 3.7 | | | 49.8 | 50.2 | 53.9 | 39-53 |
| # 10 | 2734.3 | 94.5 | 5.5 | 2.8 | 237.4 | 33.2 | 66.8 | 33.5 | 36.3 | – |
| # 40 | 2735.9 | 94.5 | 5.5 | 2.8 | 420.0 | 58.8 | 41.2 | 20.7 | 23.5 | 12-21 |
| # 100 | 2740.1 | 94.7 | 5.3 | 2.7 | 487.9 | 68.3 | 31.7 | 15.9 | 18.6 | – |
| # 200 | 2764.7 | 95.5 | 4.5 | 2.3 | 558.4 | 78.2 | 21.8 | 10.9 | 13.2 | 10 MAX |
| Pan | 2784.7 | | | | 580.9 | | | | | |
| Mass P-75 | | | | | | | | | | |
| Total P-75 | | | | | | | | | | |
| Orig. dry mass | 2894.8 | | | | 714.3 | | | | | |

Form FHWA 1621 (Rev 10-96)

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

Faxed to Linda 12:40 pm 8/20/02

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL ROAD Source: ROADWAY L. LANE STA. 21 + 120 Sample no.: 3

Sample of: AGG BASE GRADE D Quantity represented: 2124 TON Lot no.:

Sampled by: [redacted] B & A Date: 8/20/02 7:40 AM Tested by: MS / GJW Date: 8/20/02 7:40 AM

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2404.3 | 752.9 |
| Mass of dry aggregate | 2350.0 | 710.6 |
| Mass of water | 54.3 | 42.3 |
| Moisture (%) | 2.3 | 6.0 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3816.6 | 988.6 |
| Mass of dry aggregate | 3730.8 | 932.6 |
| Mass of washed dry aggregate | 3587.9 | 762.7 |
| Mass of 75 µm minus | 228.7 | 169.9 |

REMARKS:

F.F. 792.8

92.7% FRACTURED

TOTAL – 7155.8

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 1½ mm | | | | | 100 |
| 1 mm | 0 | 0 | 0 | 100 | 97-100 |
| 3/4 mm | 248.2 | 242.6 | 3.5 | 96.5 | – |
| 1/2 mm | 1401.1 | 1369.6 | 19.9 | 80.1 | – |
| 3/8 mm | 2155.6 | 2107.1 | 30.7 | 69.3 | 56-70 |
| 4.75 mm | 3816.6 | 3730.8 | 54.3 | 45.7 | |
| 4.75 mm minus | 3327.5 | 3139.2 | | | |
| Total sample mass | ~~[illegible]~~ | 6870.0 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.75 mm | 3448.3 | 92.4 | 7.6 | 3.5 | | | | 45.7 | 49.2 | 39-53 |
| #10 | 3517.2 | 94.3 | 5.7 | 2.6 | 321.0 | 34.4 | 65.6 | 30.0 | 32.6 | – |
| #40 | 3519.1 | 94.3 | 5.7 | 2.6 | 569.4 | 61.1 | 38.9 | 17.8 | 20.4 | 12-21 |
| #100 | 3526.9 | 94.5 | 5.5 | 2.5 | 657.3 | 70.5 | 29.5 | 13.5 | 16.0 | – |
| #200 | 3563.0 | 95.5 | 4.5 | 2.1 | 741.8 | 79.5 | 20.5 | 9.4 | 11.5 | 10 max |
| Pan | 3586.9 | | | | 762.9 | | | | | |
| Mass P-75 | | | | | | | | | | |
| Total P-75 | | | | | | | | | | |
| Orig. dry mass | 3730.8 | | | | 932.6 | | | | | |

Form FHWA 1621 (Rev 10-96)

[illegible]

FAXED @ 6:45 8/20/02

Bid 2002

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLOWERY TRAIL ROAD Source: Roadway Rt. lane Sta. 224000 Sample no.: 4

Sample of: [illegible] BASE GRADE D Quantity represented: 3292.41 Lot no.: 1

Sampled by: ______ Date: 8/20/02 Tested by: MK Date: 8/20/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 3337.2 | 618.5 |
| Mass of dry aggregate | 3283.6 | 591.0 |
| Mass of water | 53.6 | 27.5 |
| Moisture (%) | 1.6 | 4.7 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 4146.5 | 940.0 |
| Mass of dry aggregate | 4081.2 | 897.8 |
| Mass of washed dry aggregate | 3918.7 | 731.4 |
| Mass of 75 μm minus | 162.5 | 166.4 |

REMARKS:

FF = 90.7%

TOTAL INITIAL SAMPLE - 6746.20

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.50 mm | | | | | 100 |
| 25.00 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.00 mm | 344.60 | 339.17 | 5.2 | 94.8 | — |
| 12.50 mm | 1167.90 | 1149.51 | 17.6 | [illegible] | — |
| 9.50 mm | 1013.70 | 997.74 | 15.3 | 61.9 | 56-70 |
| 4.75 mm | 1623.40 | 1597.83 | 24.4 | 37.5 | |
| 4.75 mm minus | 2571.10 | 2455.69 | 37.5 | | |
| Total sample mass | 6720.70 | 6539.93 | 100.0 | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.75 mm | 3766.2 | 92.3 | 7.7 | 4.8 | 0 | 0 | 100.0 | 37.5 | 42.3 | 39-53 |
| 2.00 mm | 70.2 | 1.7 | 6.0 | 3.8 | 317.0 | 35.3 | 64.7 | 24.3 | 28.1 | — |
| 0.425 mm | 1.9 | 0.1 | 5.9 | 3.7 | 223.5 | 24.9 | 39.8 | 14.9 | 18.6 | 12-21 |
| 0.180 mm | 9.6 | 0.2 | 5.7 | 3.6 | 84.5 | 9.4 | 30.4 | 11.4 | 15.0 | — |
| 0.075 mm | 43.4 | 1.1 | 4.6 | 2.9 | 81.0 | 9.0 | 21.4 | 8.0 | 10.9 | 10 max |
| Pan | 27.3 | | | | 24.8 | | | | | |
| [illegible] | 162.5 | | | | 166.4 | | | | | |
| [illegible] | [illegible] | [illegible] | | | 191.2 | 21.3 | | | | |
| [illegible] | [illegible] | [illegible] | | | 897.8 | 100.0 | | | | |

check

[illegible] (Rev 10-96)

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WA PFH 158-1(2) Source: Rt. LANE STA. 22+120 Sample no.: 5

Sample of: 30101 Quantity represented: 4400 tons Lot no.: 1

Sampled by: B&A Date: 8/21/02 10:45 A.M. Tested by: MS/SW Date: 8/21/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 3707.6 | 528.8 |
| Mass of dry aggregate | 3638.8 | 505.9 |
| Mass of water | 68.8 | 22.9 |
| Moisture (%) | 1.89 | 4.53 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3030.8 | 572.9 |
| Mass of dry aggregate | 2974.6 | 548.1 |
| Mass of washed dry aggregate | 2867.6 | 434.7 |
| Mass of 75 µm minus | 107.0 | 113.4 |

REMARKS: (649.6 + (44/2)) / 711.0 × 100 =

FF — 94.5%

SEP — 1.123

43 / (13.3 + 25) = SEP

INITIAL SAMPLE WT. — 6003.8

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.50 mm | | | | | 100 |
| 25.00 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.00 mm | 112.00 | 109.92 | 1.9 | 98.1 | — |
| 12.50 mm | 723.00 | 709.54 | 12.2 | 85.9 | — |
| 9.50 mm | 734.00 | 720.38 | 12.4 | 73.5 | 56-70 |
| 4.75 mm | 1462.80 | 1435.67 | 24.7 | 48.8 | |
| 4.75 mm minus | 2963.40 | 2834.98 | 48.8 | | |
| Total sample mass | 5995.20 | 5810.54 | 100.0 | CHECK | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | % | Percent Passing | Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 2712.9 | 91.2 | 8.8 | 4.5 | 0 | 0 | 100.0 | 48.8 | 53.3 | 39-53 |
| 2.00 | 85.3 | 2.9 | 5.9 | 3.0 | 174.6 | 31.9 | 68.1 | 33.2 | 36.2 | — |
| 0.425 | 1.8 | 0.1 | 5.8 | 3.0 | 133.2 | 24.3 | 43.8 | 21.4 | 24.4 | 12-21 |
| 0.150 | 10.9 | 0.4 | 5.4 | 2.8 | 57.2 | 10.4 | 33.4 | 16.3 | 19.1 | — |
| 0.075 | 33.9 | 1.1 | 4.3 | 2.2 | 58.6 | 10.7 | 22.7 | 11.1 | 13.3 | 10 MAX |
| Pan | 22.8 | | | | 11.0 | | | | | |
| Mass P-75 | 107.0 | | | | 113.4 | | | | | |
| Total P-75 | 129.8 | 4.4 | | | 124.4 | 22.7 | CHECK | | | |
| Orig. dry mass | 2974.6 | 100.0 | | | 548.1 | 100.0 | | | | |

Form FHWA 1621 (Rev 10-96)

Received by BA @ 5:15 PM from Dusty

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WA PFH 158-1(2) Source: STA. 22+740 RT. LANE Sample no.: 7

Sample of: 30101 Quantity represented: 6149 Lot no.: 1

Sampled by: SJW Date: 8/22/02 Tested by: MS Date: 8/22/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2245.2 | 708.4 |
| Mass of dry aggregate | 2196.2 | 666.9 |
| Mass of water | 49.0 | 41.5 |
| Moisture (%) | 2.23 | 6.22 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3189.6 | 756.8 |
| Mass of dry aggregate | 3120.0 | 712.5 |
| Mass of washed dry aggregate | 2999.6 | 577.9 |
| Mass of 75 μm minus | 120.4 | 134.6 |

REMARKS:

TOTAL INITIAL – 6289.90

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.5 mm | | | | | 100 |
| 25.0 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.0 mm | 567.40 | 555.02 | 9.1 | 90.9 | – |
| 12.5 mm | 1528.80 | 1495.45 | 24.6 | 66.3 | – |
| 9.5 mm | 862.60 | 843.78 | 13.9 | 52.4 | 56-70 |
| 4.75 mm | 1370.10 | 1340.21 | 22.0 | 30.4 | |
| 4.75 mm minus | 1960.20 | 1845.42 | 30.4 | ↗ | |
| Total sample mass | 6289.10 | 6079.88 | 100.0 | | CF 2014 |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 2876.4 | 92.2 | 7.8 | 5.4 | 0 | 0 | 100 | 30.4 | 35.8 | 39-53 |
| 2.00 | 48.8 | 1.6 | 6.2 | 4.3 | 242.8 | 34.1 | 65.9 | 20.0 | 24.3 | – |
| 0.425 | 2.0 | 0.1 | 6.1 | 4.2 | 185.8 | 26.1 | 39.8 | 12.1 | 16.3 | 12-21 |
| 0.150 | 11.8 | 0.4 | 5.7 | 4.0 | 70.9 | 9.9 | 29.7 | 9.1 | 13.1 | – |
| 0.075 | 39.6 | 1.3 | 4.4 | 3.1 | 66.1 | 9.3 | 20.6 | 6.3 | 9.4 | 10 MAX |
| Pan | 21.7 | | | | 12.6 | | | | | |
| Mass P-75 | 120.4 | | | | 134.6 | | | | | |
| Total P-75 | 142.1 | 4.6 | | | 147.2 | 20.7 | | | | |
| Orig. dry mass | 3120.7 | | | | 712.8 | | | | | |

Form FHWA 1621 (Rev 10-96)

U.S. Department of Transportation
Federal Lands Highway Office

• Bud 2002

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WAPFH 158-1(2) Source: L. Lane Sta 22+440 Sample no.: 1

Sample of: 30101 Quantity represented: 5413 tons Lot no.: 2

Sampled by: SJW Date: 8/21/02 Tested by: SJW Date: 8/21/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2649.1 | 578.6 |
| Mass of dry aggregate | 2603.8 | 551.6 |
| Mass of water | 45.3 | 27.0 |
| Moisture (%) | 1.74 | 4.90 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3727.7 | 574.7 |
| Mass of dry aggregate | 3663.9 | 547.9 |
| Mass of washed dry aggregate | 3609.9 | 456.4 |
| Mass of 75 µm minus | 54.0 | 91.5 |

REMARKS: 790.5

F.F. $\frac{696.4 + \frac{64.6}{2}}{790.5} \times 100 = 92.2\%$

$SEP = \frac{47}{8.9 + 25} = 1.386$

Intial Sample = 6172.0

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.5 mm | | | | | 100 |
| 25.0 mm | 0.0 | 0.0 | 0.0 | 100.0 | 97-100 |
| 19.0 mm | 344.00 | 338.10 | 5.6 | 94.4 | – |
| 12.5 mm | 1259.70 | 1238.10 | 20.7 | 73.7 | – |
| 9.5 mm | 780.70 | 767.40 | 12.8 | 60.9 | 56-70 |
| 4.75 mm | 1343.30 | 1320.30 | 22.1 | 38.8 | |
| 4.75 mm minus | 2433.80 | 2320.10 | 38.8 | | |
| Total sample mass | 6161.50 | 5984.10 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.75 mm | 3434.7 | 93.1 | 6.3 | 2.5 | 0 | 0 | 100.0 | 38.8 | 41.3 | 39-53 |
| 2.00 | 71.2 | 1.9 | 4.4 | 1.7 | 182.2 | 33.2 | 66.8 | 25.9 | 27.6 | – |
| 0.425 | 2.0 | 0.1 | 4.3 | 1.7 | 145.2 | 26.5 | 40.3 | 15.6 | 17.3 | 12-21 |
| 0.150 | 13.0 | 0.4 | 3.9 | 1.5 | 55.9 | 10.2 | 30.1 | 11.7 | 13.2 | – |
| 0.075 | 53.4 | 1.5 | 2.4 | 0.9 | 52.8 | 9.6 | 20.5 | 8.0 | 8.9 | 10.0 Max |
| Pan | 35.6 | | | | 20.6 | | | | | |
| Mass P-75 | 54.0 | | | | 91.5 | | | | | |
| Total P-75 | 89.6 | 2.4 | | | 112.1 | 20.5 | | | | |
| Orig. dry mass | 3663.9 | | | | 547.9 | | | | | |

Form FHWA 1621 (Rev 10-96)