U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

Dud 2002

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WA PFH 158-1(2) Source: STA. 22+740 RT. LANE Sample no.: 2

Sample of: 30101 Quantity represented: 6149 Lot no.: 2

Sampled by: SJW Date: 8/22/02 Tested by: MS/SJW Date: 8/22/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2245.2 | 708.4 |
| Mass of dry aggregate | 2196.2 | 666.9 |
| Mass of water | 49.0 | 41.5 |
| Moisture (%) | 2.23 | 6.22 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3189.6 | 756.8 |
| Mass of dry aggregate | 3120.0 | 712.5 |
| Mass of washed dry aggregate | 2999.6 | 577.9 |
| Mass of 75 μm minus | 120.4 | 134.6 |

REMARKS:

$$F.F. = \frac{570.9 + \frac{170.8}{2}}{765.9} = 85.7\%$$

$$SEP = \frac{44}{9.4 + 25} = 1.424$$

TOTAL INITIAL – 6289.90

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.5 mm | | | | | 100 |
| 25.0 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.0 mm | 567.40 | 555.02 | 9.1 | 90.9 | – |
| 12.5 mm | 1528.80 | 1495.45 | 24.6 | 66.3 | – |
| 9.5 mm | 862.60 | 843.78 | 13.9 | 52.4 | 56-70 |
| 4.75 mm | 1370.10 | 1340.21 | 22.0 | 30.4 | |
| 4.75 mm minus | 1960.20 | 1845.42 | 30.4 | ↗ | |
| Total sample mass | 6289.10 | 6079.88 | 100.0 | | [illegible] |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.75 mm | 2876.4 | 92.2 | 7.8 | 5.4 | 0 | 0 | 100.0 | 30.4 | 35.8 | 39-53 |
| 2.00 | 48.8 | 1.6 | 6.2 | 4.3 | 242.8 | 34.1 | 65.9 | 20.0 | 24.3 | – |
| 0.425 | 2.0 | 0.1 | 6.1 | 4.2 | 185.8 | 26.1 | 39.8 | 12.1 | 16.3 | 12-21 |
| 0.150 | 11.8 | 0.4 | 5.7 | 4.0 | 70.9 | 9.9 | 29.9 | 9.1 | 13.1 | – |
| 0.075 | 39.6 | 1.3 | 4.4 | 3.1 | 66.1 | 9.3 | 20.6 | 6.3 | 9.4 | 10 MAX |
| Pan | 21.7 | | | | 12.6 | | | | | |
| Mass P-75 | 120.4 | | | | 134.6 | | | | | |
| Total P-75 | 142.1 | 4.6 | | | 147.2 | 20.7 | | | | |
| Orig. dry mass | 3120.7 | | | | 712.8 | | | | | |

Form FHWA 1621 (Rev 10-96)

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

• Brd 2002

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WA PFH 158-1(2) Source: STA, ~~22+740~~ RT. LANE 28 035 Sample no.: 3

Sample of: 30101 Quantity represented: 7397 tons Lot no.: 2

Sampled by: SJW Date: 8/22/02 12:45 pm Tested by: MS / SJW Date: 8/22/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2483.4 | 730.7 |
| Mass of dry aggregate | 2433.0 | 694.2 |
| Mass of water | 50.4 | 36.5 |
| Moisture (%) | 2.07 | 5.26 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3293.2 | 628.6 |
| Mass of dry aggregate | 3226.4 | 597.2 |
| Mass of washed dry aggregate | 3096.2 | 48[illegible] |
| Mass of 75 μm minus | 130.2 | 116.9 |

REMARKS:

INITIAL TOTAL – 6236.0

| Coarse Aggregate Sieve Size | Retained: Mass Wet | Retained: Mass Dry | Retained: % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.5 mm | | | | | 100 |
| 25.0 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.0 mm | 75.90 | 74.36 | 1.2 | 98.8 | – |
| 12.5 mm | 896.70 | 878.51 | 14.6 | 84.2 | – |
| 9.5 mm | 799.20 | 782.99 | 13.0 | 71.2 | [illegible]-70 |
| 4.75 mm | 1529.50 | 1498.48 | 24.9 | 46.3 | |
| 4.75 mm minus | 2933.80 | 2787.19 | 46.3 | ← | |
| Total sample mass | 6235.10 | 6021.53 | 100.0 | | CHECK |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.75 mm | 2956.1 | 91.6 | 8.4 | 4.5 | 0 | 0 | 100.0 | 46.3 | 50.8 | 34-53 |
| 2.00 | 67.1 | 2.1 | 6.3 | 3.4 | 197.1 | 33.0 | 67.0 | 31.0 | 34.4 | - |
| 0.425 | 2.6 | 0.1 | 6.2 | 3.3 | 154.7 | 25.9 | 41.1 | 19.0 | 22.3 | 12-21 |
| 0.150 | 8.5 | 0.3 | 5.9 | 3.2 | 58.4 | 9.8 | 31.3 | 14.5 | 17.7 | - |
| 0.075 | 34.5 | 1.1 | 4.8 | 2.6 | 58.3 | 9.8 | 21.5 | 10.0 | 12.6 | 10 MAX |
| Pan | 27.2 | | | | 12.0 | | | | | |
| Mass P-75 | 130.2 | | | | 116.9 | | | | | |
| Total P-75 | 157.6 | 4.9 | | | 128.9 | 21.6 | | | | |
| Orig. dry mass | 3226.2 | | | | 597.4 | | | | | |

Form FHWA 1621 (Rev 10-96)

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

Sept 2002

FAXED @ 6:05 pm 8/22/02

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WA PFH 158-1(2) Source: L. LANE STA-23+400 Sample no.: 4

Sample of: 30101 Quantity represented: 8492 tons Lot no.: 2

Sampled by: SJW Date: 8/22/02 4:15 Tested by: MS / SJW Date: 8/22/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 3264.5 | 592.3 |
| Mass of dry aggregate | 3209.1 | 564.8 |
| Mass of water | 55.4 | 27.5 |
| Moisture (%) | 1.73 | 4.87 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3466.9 | 572.1 |
| Mass of dry aggregate | 3407.9 | 545.5 |
| Mass of washed dry aggregate | 3266.1 | 437.1 |
| Mass of 75 μm minus | 141.8 | 108.4 |

REMARKS:

INITIAL WT — 5975.5

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.5 mm | | | | | 100 |
| 25.0 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.0 mm | 173.90 | 170.94 | 3.0 | 97.0 | – |
| 12.5 mm | 1115.10 | 1096.14 | 18.9 | 78.1 | – |
| 9.5 mm | 685.10 | 673.45 | 11.6 | 66.5 | 56-70 |
| 4.75 mm | 1493.90 | 1468.50 | 25.3 | 41.2 | |
| 4.75 mm minus | 2500.80 | 2384.67 | 41.2 | 2 | |
| Total sample mass | 5968.80 | 5793.70 | 100.0 | | check |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 3077.4 | 90.3 | 9.7 | 5.7 | 0 | 0 | 100.0 | 41.2 | 46.9 | 39-53 |
| 2.00 | 106.5 | 3.1 | 6.6 | 3.9 | 183.0 | 33.5 | 66.5 | 27.4 | 31.3 | – |
| 0.425 | 1.8 | 0.1 | 6.5 | 3.8 | 139.4 | 25.5 | 41.0 | 16.9 | 20.7 | 12-21 |
| 0.150 | 11.1 | 0.3 | 6.2 | 3.6 | 52.6 | 9.6 | 31.4 | 12.9 | 16.5 | – |
| 0.075 | 45.2 | 1.3 | 4.9 | 2.9 | 52.1 | 9.5 | 21.9 | 9.0 | 11.9 | 10 MAX |
| Pan | 24.2 | | | | 10.4 | | | | | |
| Mass P-75 | 141.8 | | | | 108.4 | | | | | |
| Total P-75 | 166.0 | 4.9 | | | 118.8 | 21.8 | | | | |
| Orig. dry mass | 3408.0 | | | | 545.9 | | | | | |

Form FHWA 1621 (Rev 10-96)

Wed Jan 29 10:14:33 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Project
Project Number: WAPFH 158-1(2)
Project ID: DTFH70- 0-C- 0002

Item Number: 30101
Lot Number: 1
Lab: Engr's Field Lab

| Quality Charac-teristic | TV | Allowable Devia-tion | Category | Mean | Standard Devia-tion | Est. no. Samples | Actual no. Samples | Quality Level | Current Pay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 37.5mm | 100 | | | 100.00 | 0.000 | 18 | 18 | ------ | ------ |
| 25mm | 100 | | | 99.61 | 0.608 | 18 | 18 | ------ | ------ |
| 9.5mm | 66 | 7 | 1 | 65.89 | 4.042 | 18 | 18 | 8 | 1.02 |
| 4.75mm | 44 | 6 | 1 | 44.22 | 2.840 | 18 | 18 | 3 | 1.04 |
| 425μm | 18 | 4 | 2 | 17.77 | 1.922 | 13 | 13 | 3 | 1.00 |
| 75μm | 8.6 | | | 8.62 | 1.582 | 13 | 13 | ------ | ------ |
| SE/P | 1.641 | | 1 | 1.64 | 0.078 | 3 | 3 | ------ | ------ |
| % FRAC | 100 | | 1 | 100.00 | 0.000 | 18 | 18 | ------ | ------ |

TESTING COMPLETED
FINAL PAY FACTOR: 1.02

'ed Jan 29 10:14:33 2003 Western Federal Lands Highway Division

'roject Name: Flowery Trail Project Item Number: 30101
'rc'ect Number: WAPFH 158-1(2) Lot Number: 1
'rc_ct ID: DTFH70- 0-C- 0002 Lab: Engr's Field Lab

** ACCEPTANCE PARAMETERS **

)uality Characteristic:

| | 37.5mm | 25mm | 9.5mm | 4.75mm | 425μm | 75μm | SE/P | % FRAC |
|---|---|---|---|---|---|---|---|---|
| 'arget 'alues: | 100 | 100 | 66 | 44 | 18 | 8.6 | 1.641 | 100 |
| .llowable )eviation: | | | 7 | 6 | 4 | | | |
| ;st. No. 'ests: | 18 | 18 | 18 | 18 | 13 | 13 | 3 | 18 |
| 'ategory: | | | 1 | 1 | 2 | | 1 | 1 |
| .ctual No. ;amples: | 18 | 18 | 18 | 18 | 13 | 13 | 3 | 18 |

** TEST RESULTS **

| ;am_e Jumber | 37.5mm | 25mm | 9.5mm | 4.75mm | 425μm | 75μm | SE/P | % FRAC |
|---|---|---|---|---|---|---|---|---|
| 1 | 100 | 98 | 70 | 46 | 18 | 9.4 | 1.628 | 100 |
| 2 | 100 | 99 | 64 | 44 | 21 | 10.8 | | 100 |
| 3 | 100 | 99 | 62 | 42 | 18 | 9.2 | | 100 |
| 4 | 100 | 99 | 63 | 45 | 16 | 5.5 | | 100 |
| 5 | 100 | 100 | 73 | 48 | 19 | 10 | 1.570 | 100 |
| 6 | 100 | 99 | 64 | 42 | 15 | 6.4 | | 100 |
| 7 | 100 | 100 | 62 | 42 | 18 | 8.6 | 1.725 | 100 |
| 8 | 100 | 100 | 73 | 49 | 19 | 9.8 | | 100 |
| 9 | 100 | 100 | 64 | 44 | 18 | 8.9 | | 100 |
| 10 | 100 | 100 | 72 | 49 | 17 | 7.2 | | 100 |
| 11 | 100 | 100 | 62 | 43 | | | | 100 |
| 12 | 100 | 100 | 67 | 45 | | | | 100 |
| 13 | 100 | 100 | 64 | 41 | | | | 100 |
| 14 | 100 | 100 | 68 | 45 | | | | 100 |
| 15 | 100 | 100 | 69 | 47 | 20 | 10.1 | | 100 |
| 16 | 100 | 100 | 60 | 39 | | | | 100 |
| 17 | 100 | 100 | 64 | 44 | 18 | 8.9 | | 100 |
| 18 | 100 | 99 | 65 | 41 | 14 | 7.2 | | 100 |

Wed Jan 29 09:32:07 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Project
Project Number: WAPFH 158-1(2)
Project ID: DTFH70- 0-C- 0002

Item Number: 30101
Lot Number: 1
Lab: Engr's Field Lab

| Quality Charac-teristic | TV | Allowable Devia-tion | Category | Mean | Standard Devia-tion | Est. no. Samples | Actual no. Samples | Quality Level | Current Pay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 37.5mm | 100 | 1 | | 100.00 | 0.000 | 18 | 18 | 0 | 1.05 |
| 25mm | 100 | 1 | | 99.61 | 0.608 | 18 | 18 | 17 | 0.97 |
| 9.5mm | 66 | 7 | 1 | 65.89 | 4.042 | 18 | 18 | 8 | 1.02 |
| 4.75mm | 44 | 6 | 1 | 44.22 | 2.840 | 18 | 18 | 3 | 1.04 |
| 425μm | 18 | 4 | 2 | 17.77 | 1.922 | 13 | 13 | 3 | 1.00 |
| 75μm | 8.6 | | | 8.62 | 1.582 | 13 | 13 | ------ | ------ |
| SE/P | 1.641 | | 1 | 1.64 | 0.078 | 3 | 3 | ------ | ------ |
| % FRAC | 100 | | 1 | ------ | ------ | 18 | 0 | ------ | ------ |

TESTING COMPLETED
FINAL PAY FACTOR: 0.97

Ned Jan 29 10:17:34 2003 Western Federal Lands Highway Division

Project Name: Flowery Trail Project Item Number: 30101
Project Number: WA PFH 158-1(2) Lot Number: 1
Project ID: DTFH70- 0-C-00027 Lab: Contractor's Lab

** ACCEPTANCE PARAMETERS **

Quality Characteristic:

| | 37.5mm | 25mm | 9.5mm | 4.75mm | 425$\mu$m | 75$\mu$m | SE/P | % FRAC |
|---|---|---|---|---|---|---|---|---|
| Target Values: | 100 | 99.8 | 63.8 | 40.8 | 15.8 | 7.9 | 1.547 | 100 |
| Allowable Deviation: | | | 7 | 6 | 4 | | | |
| Est. No. Tests: | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| Category: | | | 1 | 1 | 2 | | 1 | 1 |
| Actual No. Samples: | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |

** TEST RESULTS **

| Sample Number | 37.5mm | 25mm | 9.5mm | 4.75mm | 425$\mu$m | 75$\mu$m | SE/P | % FRAC |
|---|---|---|---|---|---|---|---|---|
| 1 | 100 | 98.9 | 56.1 | 34.7 | 13.7 | 6.9 | 1.661 | 100 |
| 2 | 100 | 100 | 57.8 | 38.8 | 18.5 | 9.0 | 1.059 | 100 |
| 3 * | 100 | 99.7 | 73.1 | 45.4 | 16.8 | 8.0 | 1.667 | 100 |
| 4 | 100 | 99.4 | 51.5 | 30.2 | 12.8 | 6.3 | 1.323 | 100 |
| 5 | 100 | 100 | 65.8 | 40.2 | 13 | 6.4 | 2.166 | 100 |
| 6 * | 100 | 100 | 79.7 | 58.6 | 24.2 | 12.1 | 1.294 | 100 |
| 7 | 100 | 100 | 64.9 | 41.8 | 15.9 | 8.1 | 1.692 | 100 |
| 8 * | 100 | 100 | 76.8 | 51.9 | 19.8 | 10.2 | 1.534 | 100 |
| 9 | 100 | 99.7 | 61.0 | 37.5 | 14 | 7.1 | 1.526 | 100 |
| 10 | 100 | 99.6 | 61.6 | 39.1 | 15.5 | 7.2 | 1.553 | 100 |
| 11 | 100 | 100 | 65.9 | 40.8 | 15.8 | 8.1 | 1.510 | 100 |
| 12 | 100 | 99.7 | 59.0 | 43.1 | 18.6 | 9.4 | 1.163 | 100 |
| 13 | 100 | 100 | 64.9 | 39.5 | 14.0 | 6.9 | 1.536 | 100 |
| 14 | 100 | 100 | 56.3 | 33.6 | 13.2 | 7 | 1.563 | 100 |
| 15 | 100 | 99.6 | 57.6 | 34.6 | 12.9 | 6.3 | 1.821 | 100 |
| 16 | 100 | 100 | 67.2 | 42.4 | 14.2 | 7.0 | 1.781 | 100 |
| 17 | 100 | 100 | 61.9 | 38.8 | 15.3 | 7.8 | 1.494 | 100 |
| 18 | 100 | 100 | 66.5 | 42.7 | 16.2 | 8.9 | 1.504 | 100 |