LABORATORY SUMMARY

PROJECT NO. M01113

PAGE NO. 5

| UNITS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 3-11 | 3-12 | 3-13 | 3-14 | 3-15 | 3-16 | 3-17 |
| | | B&A | B&A | B&A | B&A | B&A | B&A | B&A |
| | Bulk | | | | | | | |
| | | 9/11 | 9/13 | 9/13 | 9/20 | 9/26 | 9/30 | 10/2 |
| | | Sta 19+770 | Sta 19+540 | Sta 20+560 | Sta 19+200 | Sta 18+520 | Sta 19+000 | Sta 18+300 |
| | | 10184 | 11861 | 12442 | 13335 | 14776 | 15404 | 16139 |
| | Spec | | | | | | | |
| | 100 | | | | | | | |
| | 97-100 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| | | 98.7 | 97.6 | 98.9 | 98.8 | 99.3 | 97.3 | 98.0 |
| | | 83.8 | 80.2 | 84.7 | 83.6 | 85.4 | 80.3 | 80.8 |
| | 56-70 | 71.8 | 65.1 | 70.9 | 70.9 | 71.4 | 66.4 | 66.5 |
| | 39-53 | 45.5 | 40.7 | 44.0 | 44.6 | 46.2 | 42.9 | 41.2 |
| | | 27.7 | 25.7 | 27.6 | 26.9 | 28.0 | 26.3 | 25.1 |
| | 12-21 | 15.6 | 15.6 | 16.4 | 15.4 | 16.5 | 15.2 | 14.6 |
| | | 11.6 | 11.9 | 12.4 | 11.5 | 13.1 | 11.6 | 11.0 |
| | 10.0 Max | 8.2 | 8.6 | 8.8 | 8.4 | 10.0 | 8.6 | 7.9 |
| | | 65 | 53 | 60 | 66 | 67 | 61 | 58 |
| | | 96.1 | 94.5 | 95.6 | 93.9 | 88.7 | 89.2 | 95.7 |
| | | 1.958 | 1577 | 1.775 | 1.976 | 1.914 | 1.815 | 1.763 |

RECEIVED
OCT 10 2002
By Project Engineer

ONLY

budinger & associates
geotechnical & material engineers

[illegible]

# LABORATORY SUMMARY

PROJECT [illegible] Trail Road PROJECT NO. M0111
LOCATION PAGE NO. 3

| LABORATORY # | UNITS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SAMPLE # | | | 3-4 | 3-5 | 3-6 | 3-7 | 3-8 | 3-9 | 3-10 |
| SAMPLED BY | | | Client | Client | B&A | B&A | Client | B&A | B&A |
| SAMPLE TYPE | | Bulk | | | | | | | |
| DATE RECEIVED | | | 9/5 | 9/6 | 9/6 | 9/6 | 9/10 | 9/10 | 9/10 |
| [illegible] | | | sta 22+760 | sta 23+320 | sta 21+680 | sta 21+545 | sta 24+800 | sta 22+690 | sta 19+650 |
| T[illegible] | | | L. lane | R. lane | | | Left | | |
| | | | 3550 | 4200 | 5461 | 6343 | 7961 | 8357 | 9751 |
| | | Spec | | | | | | | |
| S 37.5 MM | % | 100 | | | | | | | |
| I 25.0 MM | | 97-100 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| E 19.0 MM | P | | 96.9 | 98.0 | 98.6 | 98.7 | 98.1 | 96.5 | 98.0 |
| V 12.5 MM | A | | 75.2 | 86.2 | 82.2 | 85.1 | 79.6 | 74.6 | 80.1 |
| E 9.5 MM | S | 56-70 | 57.8 | 74.4 | 69.0 | 73.6 | 66.4 | 62.0 | 65.4 |
| 4.75 MM | S | 39-53 | 31.2 | 48.4 | 44.3 | 47.9 | 41.4 | 38.5 | 37.6 |
| S 2.00 MM | I | | 17.7 | 29.8 | 27.5 | 29.3 | 25.5 | 23.1 | 21.3 |
| 0.425 MM | N | 12-21 | 10.4 | 17.1 | 16.0 | 16.1 | 15.4 | 13.1 | 12.0 |
| Z 0.150 MM | G | | 8.1 | 12.7 | 12.0 | 12.1 | 11.8 | 10.0 | 9.2 |
| E 0.075 MM | | 10.0 Max | 6.2 | 8.9 | 8.7 | 8.9 | 8.8 | 7.4 | 6.8 |
| Sand Equivalent | % | | 62 | 59 | 65 | 67 | 57 | 65 | 63 |
| Fractured Face | % | | | 95.7 | 93.8 | 89.2 | 97.5 | 96.3 | 97.0 |
| SE^P | | | 1.987 | 1.740 | 1.929 | 1.976 | 1.686 | 2.006 | 1.981 |

RECEIVED
OCT 10 2002
By Project Engineer

| LAB USE ONLY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE DUE | | | | | | | | | |
| DATE COMPLETED | | | | | | | | | |

Aggregate Base [illegible]

LABORATORY SUMMARY

PROJECT [illegible] Trail Road PROJECT NO. M011[illegible]
LOCATION PAGE NO. 2

| | UNITS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| LABORATORY # | | | | | | | | | |
| SAMPLE # | | | | | | | | | |
| SAMPLED BY | | | 2-3 | 2-4 | 2-5 | 2-6 | 3-1 | 3-2 | 3-3 |
| SAMPLE TYPE | | Bulk | | | | | | | |
| DATE RECEIVED | | | 8/22 | 8/22 | 8/27 | 8/27 | 9/4 | 9/4 | 9/5 |
| [illegible] | | | Sta 23+035 | Sta 23+400 | Sta 24+022 | Sta 24+340 | Sta 23+940 | 24+100 | 22+740 |
| [illegible] | | | R. Lane | L. Lane | R. Lane | R. Lane | | | R. Lane |
| Tonnage | | | 7297 | 8492 | 9785 | 10155 | 432 | 1215 | 2297 |
| | | Spec | | | | | | | |
| S 37.5 MM | % | 100 | | | 100.0 | | | | |
| I 25.0 MM | | 97-100 | 100.0 | 100.0 | 99.7 | 100.0 | 100.0 | 100.0 | 100.0 |
| E 19.0 MM | P | | 98.8 | 97.0 | 96.5 | 94.1 | 97.7 | 99.0 | 98.5 |
| V 12.5 MM | A | | 84.2 | 78.1 | 78.2 | 77.6 | 76.4 | 82.8 | 74.5 |
| E 9.5 MM | S | 56-70 | 71.2 | 66.5 | 61.7 | 66.0 | 58.6 | 70.8 | 59.0 |
| 4.75 MM | S | 39-53 | 50.8 | 46.9 | 44.0 | 46.4 | 32.5 | 47.6 | 33.6 |
| S 2.00 MM | I | | 34.4 | 31.3 | 31.3 | 31.5 | 19.2 | 28.9 | 18.4 |
| I 0.425 MM | N | 12-21 | 22.3 | 20.7 | 21.6 | 21.0 | 11.2 | 16.4 | 10.3 |
| Z 0.150 MM | G | | 17.7 | 16.5 | 17.0 | 16.4 | 8.6 | 12.5 | 7.9 |
| E 0.075 MM | | 10.0 Max | 12.6 | 11.9 | 11.7 | 11.1 | 6.3 | 9.4 | 5.8 |
| Sand Equivalent | % | | 47 | 48 | 42 | 44 | 62 | 59 | 68 |
| [illegible] Face | % | | 93 | 93 | 89 | 90 | | | |
| [illegible] | | | 1.250 | 1.301 | 1.144 | 1.219 | 1.802 | 1.715 | 2.208 |

LAB USE ONLY
DATE DUE
DATE COMPLETED

RECEIVED
OCT 10 2002
By Project Engineer

LABORATORY SUMMARY

PROJECT Flowery Trail Road PROJECT NO. M01113
LOCATION PAGE NO. 1

| LABORATORY # | UNITS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SAMPLE # | | | 1-1 | 1-2 | 1-3 | 1-4 | 1-5 | 2-1 | 2-2 |
| SAMPLED BY | | | B&A | | | | | | |
| SAMPLE TYPE | | | Bulk | | | | | | |
| DATE RECEIVED | | | 8/19/02 | 8/19/02 | 8/20/02 | 8/20/02 | 8/21/02 | 8/21/02 | 8/22/02 |
| Lo[illegible] | | | Sta 20+800 | Sta 20+897 | Sta 21+120 | | Sta 22+120 | Sta 22+440 | Sta 22+740 |
| | | | R. Lane | L. Lane | L. Lane | | R. Lane | L. Lane | R. Lane |
| | | | | | | | | | |
| | | Spec | | | | | | | |
| 3[illegible] MM | % | 100 | | | | | | | |
| [illegible] MM | | 97-100 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| [illegible] MM | P | | 98.0 | 98.6 | 96.5 | 94.8 | 98.1 | 94.4 | 90.9 |
| 12.5 MM | A | | 85.3 | 86.7 | 80.1 | 77.2 | 85.9 | 73.7 | 66.3 |
| 9.5 MM | S | 56-70 | 72.2 | 75.4 | 69.3 | 61.9 | 73.5 | 60.9 | 52.4 |
| [illegible]75 MM | S | 39-53 | 50.2 | 53.9 | 49.8 | 42.3 | 53.3 | 41.3 | 35.8 |
| [illegible] MM | I | | 32.3 | 36.4 | 33.1 | 28.1 | 36.2 | 27.6 | 24.3 |
| 0.425 MM | N | 12-21 | 20.3 | 23.5 | 20.9 | 18.6 | 24.4 | 17.3 | 16.3 |
| 0.150 MM | [illegible] | | 15.9 | 18.6 | 16.5 | 15.0 | 19.1 | 13.2 | 13.1 |
| [illegible]75 MM | | 10.0 Max | 11.4 | 13.3 | 11.8 | 10.9 | 13.3 | 8.9 | 9.4 |
| | | | | | | | | | |
| Sand equivalent | % | | 50 | 48 | 52 | — | 43 | 47 | 49 |
| | | | | | | | | | |
| [illegible] Face | % | | 95.3 | 94.1 | — | — | 95 | 92 | 86 |
| | | | | | | | | | |
| SE[illegible] | | | 1.368 | 1.255 | 1.370 | — | 1.123 | 1.386 | 1.424 |

RECEIVED
OCT 10 2002
By Project Engineer

| LAB USE ONLY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE DUE | | | | | | | | | |
| DATE COMPLETED | | | | | | | | | |

budinger & associates
geotechnical & material engineers