WESTERN FEDE... L LANDS HIGHWAY DIVISION
610 EAST FIFTH STREET
VANCOUVER, WA 98661-3801

U.S. Department
of Transportation

**Federal Highway
Administration**

December 13, 2002

| CONCURRENCES |
|---|
| SIGNATURE B. Coe |
| DATE 12/13/02 |
| SIGNATURE |
| DATE |
| SIGNATURE |
| DATE |
| SIGNATURE |
| DATE |
| SIGNATURE |
| DATE |

Mr. Lou Ruchert
M.A. DeAtley Construction, Inc.
P.O. Box 490
Clarkston, WA 99403

Re: WA PFH 158-1(2)
Flowery Trail Road
Contract No. DTFH70-01-C-00011

Dear Mr. Ruchert:

In accordance with the general provisions of the contract, you are hereby advised that work performed by you on the subject project was inspected on November 5, 2002 and found to be satisfactory and complete as of November 12, 2002.

Contract time will not be charged after November 12, 2002 and you are relieved of further maintenance obligations. During the course of completing the remaining contract modifications the current fixed completion date will be modified and no liquidated damages will be charged.

Please be aware that you are not relieved of your other responsibilities under your contract until final payment is made by approval of the final payment voucher.

Sincerely,

Original Signed by
Brent L. Coe

Brent L. Coe
Construction Operations Engineer

cc: L. Persoon, Project Engineer
M. Flores, Final Review Engineer
Central Files

OFFICIAL FILE COPY