U. S. DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION
Western Federal Lands Highway Division



1. Construction Branch
2. Files

WA PFH 158-1(2)
FLOWERY TRAIL ROAD

Contract No. DTFH70-01-C-00011 Award Date: 02/09/2001

Final Estimate No. 015 From 04/30/2003 to 06/02/2003

TO: M. A. DeATLEY CONSTRUCTION, INC.
P O BOX 490
CLARKSTON, WA 99403

Payment this Estimate: $135,791.94

I certify that the quantities, including overruns, shown herein are supported by measurements or are estimated in accordance with prescribed methods, that applicable tests have been performed and that contractor's payrolls and invoices have been submitted as prescribed.

Signature: ______________________ Date: __________

Linda Persoon
Project Engineer

Brent C. Coe Date: 6/6/03

Brent Coe
Construction Operations Engineer

Contractor's Billing Received:

Contractor's Billing Approved:

Contract No. DTFH70-01-C-00011 Estimate No. 015

| Item No. / Descr. | Contracted Quantities: Quantities | Unit Price | Unit | Amount | Estimated Quantities: Current | Previous | To Date | Amount | % Comp. | Probables: Quantity | Amount | % Over/ Under |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10605 Quality Material Incentive | Contingent Sum | | | | | | | | | | | |
| 15101 Mobilization | 703,762.48 | $703,762.48 | LPSM | $703,762.48 | | 703,762.48 | 703,762.48 | 703,762.48 | 100.0% | 703,762.48 | 703,762.48 | 100.0% |
| 15201 Construction survey and staking | 133,160.00 | $133,160.00 | LPSM | $133,160.00 | | 133,160.00 | 133,160.00 | 133,160.00 | 100.0% | 133,160.00 | 133,160.00 | 100.0% |
| 15209 Directed Survey and Staking, CM 10 | 0.00 | $93.50 | Hr | | | 36.00 | 36.00 | 3,366.00 | 100.0% | 36.00 | 3,366.00 | |
| 15209A Directed Survey and Staking, Calculations - CM 10 | 0.00 | $55.00 | hr | | | | | | | | | |
| 15301 Contractor quality control | 25,000.00 | $25,000.00 | LPSM | $25,000.00 | | 25,000.00 | 25,000.00 | 25,000.00 | 100.0% | 25,000.00 | 25,000.00 | 100.0% |
| 15401 Contractor testing | 150,000.00 | $150,000.00 | LPSM | $150,000.00 | | 150,000.00 | 150,000.00 | 150,000.00 | 100.0% | 150,000.00 | 150,000.00 | 100.0% |
| 15501 Construction schedule | 5,000.00 | $5,000.00 | LPSM | $5,000.00 | | 5,000.00 | 5,000.00 | 5,000.00 | 100.0% | 5,000.00 | 5,000.00 | 100.0% |
| 15703 Silt fence | 4,550 | $5.50 | m | $25,025.00 | | 5,220 | 5,220 | 28,710.00 | 100.0% | 5,220 | 28,710.00 | 114.7% |
| 15707 Diversion Pipe, CM 8 | 0.00 | $10,598.23 | each | | | 1.00 | 1.00 | 10,598.23 | 100.0% | 1.00 | 10,598.23 | |
| 15708 Bales, straw | 100 | $12.00 | each | $1,200.00 | | 566 | 566 | 6,792.00 | 100.0% | 566 | 6,792.00 | 566.0% |

Contract No. DTFH70-01-C-00011 Estimate No. 015

| Item No. | Descr. | Contracted Quantities: Quantities | Unit Price | Unit | Amount | Estimated Quantities: Current | Previous | To Date | Amount | % Comp. | Probables: Quantity | Amount | % Over/ Under |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15718 | Diversion channel , plastic lined | 90 | $65.00 | m | $5,850.00 | | 67 | 67 | 4,355.00 | 100.0% | 67 | 4,355.00 | 74.4% |
| 15718a | Diversion Channel, Plastic Lined, CM 3 | 0.00 | $8,355.23 | each | | | 1.00 | 1.00 | 8,355.23 | 100.0% | 1.00 | 8,355.23 | |
| 15730 | Temporary turf establishment | 100.0 | $219.25 | slry unit | $21,925.00 | | | | | | | | |
| 15801 | Watering for dust control | 5,500 | $6.00 | m3 | $33,000.00 | | 7,704 | 7,704 | 46,224.00 | 100.0% | 7,704 | 46,224.00 | 140.1% |
| 20101 | Clearing and grubbing, Adjusted by CM 11 | 27.619 | $4,000.00 | ha | $110,476.00 | -0.070 | 28.477 | 28.407 | 113,628.00 | 100.0% | 28.407 | 113,628.00 | 102.9% |
| 20101A | Added Clearing, CM 2 | | | LPSM | | | 14,911.46 | 14,911.46 | 14,911.46 | 100.0% | 14,911.46 | 14,911.46 | |
| 20101B | Stockpile Trees with Rootwads, CM 7 | 0.000 | $121.51 | each | | | 105.000 | 105.000 | 12,758.55 | 100.0% | 105.000 | 12,758.55 | |
| 20101C | Merchantable Timber Reimbursement, CM 4 | | | LPSM | | | 46,325.91 | 46,325.91 | 46,325.91 | 100.0% | 46,325.91 | 46,325.91 | |
| 20304 | Removal of bridge | 6,500.00 | $6,500.00 | LPSM | $6,500.00 | | 6,500.00 | 6,500.00 | 6,500.00 | 100.0% | 6,500.00 | 6,500.00 | 100.0% |
| 20401 | Roadway excavation, Adjusted by CM 17 | 486,000 | $4.00 | m3 | $1,944,000.00 | | 481,968 | 481,968 | 1,927,872.00 | 100.0% | 481,968 | 1,927,872.00 | 99.2% |
| 20402 | Subexcavation, Adjusted by CM 10 & CM 11 | 49,000 | $6.00 | m3 | $294,000.00 | | 25,630 | 25,630 | 153,780.00 | 100.0% | 25,630 | 153,780.00 | 52.3% |

Contract No. DTFH70-01-C-00011 Estimate No. 015

| Item No. / Descr. | Contracted Quantities: Quantities | Unit Price | Unit | Amount | Estimated Quantities: Current | Previous | To Date | Amount | % Comp. | Probables: Quantity | Amount | % Over/ Under |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20405 Select borrow, adjusted by CM 18 | 73,000 | $11.00 | m3 | $803,000.00 | 10 | 60,386 | 60,396 | 664,356.00 | 100.0% | 60,396 | 664,356.00 | 82.7% |
| 20408 Select topping | 3,500.0 | $7.00 | t | $24,500.00 | | 3,300.0 | 3,300.0 | 23,100.00 | 100.0% | 3,300.0 | 23,100.00 | 94.3% |
| 20412A Waste - Haul to Ski Area Parking Lot (2001), CM 11 Adjusted by CM 17 | 0 | $2.41 | m3 | | | 34,818 | 34,818 | 83,911.38 | 100.0% | 34,818 | 83,911.38 | |
| 20412B Waste - 3" Crushed Aggregate Topping, CM 11 | 0 | $9.37 | m3 | | | 2,217 | 2,217 | 20,773.29 | 100.0% | 2,217 | 20,773.29 | |
| 20412C Waste - Haul of Excess Material (2002), CM 13 | | | LPSM | | | 150,000.00 | 150,000.00 | 150,000.00 | 100.0% | 150,000.00 | 150,000.00 | |
| 20414 Slope repair, CM 18 | | | LPSM | | | 99,035.71 | 99,035.71 | 99,035.71 | 100.0% | 99,035.71 | 99,035.71 | |
| 20426 Boulders | 75 | $85.00 | each | $6,375.00 | | 90 | 90 | 7,650.00 | 100.0% | 90 | 7,650.00 | 120.0% |
| 20501A Controlled blasting, re-work, Sta 18+320 - 18+400, CM 17 | | | LPSM | | | 46,296.42 | 46,296.42 | 46,296.42 | 100.0% | 46,296.42 | 46,296.42 | |
| 21101 Roadway obliteration | 24,597 | $0.50 | m2 | $12,298.50 | | 20,862 | 20,862 | 10,431.00 | 100.0% | 20,862 | 10,431.00 | 84.8% |
| 25101A Placed riprap, class 2 , rock armor, adjusted by CM 16 | 11,500 | $14.00 | m3 | $161,000.00 | | 21,641 | 21,641 | 302,974.00 | 100.0% | 21,641 | 302,974.00 | 188.2% |
| 25101A-1 Riprap Class 2, Surface Armor, CM 16 | 0 | $12.00 | m3 | | | 2,849 | 2,849 | 34,188.00 | 100.0% | 2,849 | 34,188.00 | |

Contract No. DTFH70-01-C-00011 Estimate No. 015

| Item No. / Descr. | Contracted Quantities: Quantities | Unit Price | Unit | Amount | Estimated Quantities: Current | Previous | To Date | Amount | % Comp. | Probables: Quantity | Amount | % Over/ Under |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25101B Placed riprap, class 5 | 250 | $25.00 | m3 | $6,250.00 | | 362 | 362 | 9,050.00 | 100.0% | 362 | 9,050.00 | 144.8% |
| 25107 Riprap lined ditch | 3,300.0 | $12.00 | m | $39,600.00 | | 1,824.0 | 1,824.0 | 21,888.00 | 100.0% | 1,824.0 | 21,888.00 | 55.3% |
| 25110 Culvert inlet/outlet control system | 6 | $450.00 | each | $2,700.00 | | 6 | 6 | 2,700.00 | 100.0% | 6 | 2,700.00 | 100.0% |
| 25110a Culvert Inlet/Outlet Control System, CM 3 | 0.00 | $5,663.76 | each | | | 1.00 | 1.00 | 5,663.76 | 100.0% | 1.00 | 5,663.76 | |
| 25112 Riprap headwall | 8 | $225.00 | each | $1,800.00 | | 8 | 8 | 1,800.00 | 100.0% | 8 | 1,800.00 | 100.0% |
| 25112a Riprap Headwall, CM 3 | 0 | $1,989.96 | each | | | 1 | 1 | 1,989.96 | 100.0% | 1 | 1,989.96 | |
| 25112B Riprap Headwall, CM 8 | 0.00 | $1,559.40 | each | | | 2.00 | 2.00 | 3,118.80 | 100.0% | 2.00 | 3,118.80 | |
| 25118 Energy dissipator , type 1 | 350 | $9.00 | m2 | $3,150.00 | | 339 | 339 | 3,051.00 | 100.0% | 339 | 3,051.00 | 96.9% |
| 25203 Rock buttress, mechanically-placed | 3,000 | $16.00 | m3 | $48,000.00 | | 1,148 | 1,148 | 18,368.00 | 100.0% | 1,148 | 18,368.00 | 38.3% |
| 25504 Gabion-faced retaining wall | 250.0 | $475.00 | m2 | $118,750.00 | | 244.0 | 244.0 | 115,900.00 | 100.0% | 244.0 | 115,900.00 | 97.6% |
| 25504A Permit delay to in-stream work, CM 23 | | | lpsm | | | 2,887.50 | 2,887.50 | 2,887.50 | 100.0% | 2,887.50 | 2,887.50 | |

Contract No. DTFH70-01-C-00011 Estimate No. 015

| Item No. | Contracted Quantities | | | | Estimated Quantities | | | | % | Probables | | % Over/ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Descr. | Quantities | Unit Price | Unit | Amount | Current | Previous | To Date | Amount | Comp. | Quantity | Amount | Under |
| 30101 | Aggregate base grading D, Adjusted by CM 10 | | | | | | | | | | | |
| | 21,500.0 | $7.50 | t | $161,250.00 | | 22,069.0 | 22,069.0 | 165,517.50 | 100.0% | 22,069.0 | 165,517.50 | 102.6% |
| 30101deduc | Aggregate base grading D, Paylot 3, Payfactor 0.91 X $7.50 = $6.83 ; therefore, deduct $0.67 | | | | | | | | | | | |
| | 0.0 | -$0.67 | t | | | 22,069.0 | 22,069.0 | -14,786.23 | 100.0% | 22,069.0 | -14,786.23 | |
| 30107 | Aggregate surface course, Adjusted by CM 10 | | | | | | | | | | | |
| | 2,500.0 | $10.00 | t | $25,000.00 | | 1,784.0 | 1,784.0 | 17,840.00 | 100.0% | 1,784.0 | 17,840.00 | 71.4% |
| 30110 | Aggregate shoulder backfill, CM 21 | | | | | | | | | | | |
| | 0.00 | $7.50 | tonne | | | 2,550.00 | 2,550.00 | 19,125.00 | 100.0% | 2,550.00 | 19,125.00 | |
| 30301 | Road reconditioning | | | | | | | | | | | |
| | 7.000 | $1,500.00 | km | $10,500.00 | | 6.900 | 6.900 | 10,350.00 | 100.0% | 6.900 | 10,350.00 | 98.6% |
| 30901 | Emulsified asphalt treated aggregate base grading D | | | | | | | | | | | |
| | 21,500.0 | $15.00 | t | $322,500.00 | | 17,388.2 | 17,388.2 | 260,823.00 | 100.0% | 17,388.2 | 260,823.00 | 80.9% |
| 30901deduc | Emulsified asphalt treated aggregare base grading D, Lot 1 Pay Factor 0.98 deduction, 2% X $15.00 = $0.30 | | | | | | | | | | | |
| | 0.0 | -$0.30 | t | | | 17,388.2 | 17,388.2 | -5,216.46 | 100.0% | 17,388.2 | -5,216.46 | |
| 30904 | Emulsified asphalt grade CSS-1 | | | | | | | | | | | |
| | 200.00 | $230.00 | t | $46,000.00 | | 193.00 | 193.00 | 44,390.00 | 100.0% | 193.00 | 44,390.00 | 96.5% |
| 40101 | Hot asphalt concrete pavement class B, grading C, type I pavement smoothness -- Adjusted by CM 10 | | | | | | | | | | | |
| | 29,000.0 | $24.00 | t | $696,000.00 | | 32,081.0 | 32,081.0 | 769,944.00 | 100.0% | 32,081.0 | 769,944.00 | 110.6% |
| 40101bonus | Hot asphalt concrete pavement class B, grading C Lot 1 materials bonus for a 1.01 pay factor. 1% X $24.00 = $0.24/tonne | | | | | | | | | | | |
| | 0.0 | $0.24 | t | | | 32,081.0 | 32,081.0 | 7,699.44 | 100.0% | 32,081.0 | 7,699.44 | |
| 40103 | Asphalt cement grade SHRP PG 58-34 | | | | | | | | | | | |
| | 1,695.00 | $255.00 | t | $432,225.00 | | 1,466.13 | 1,466.13 | 373,863.15 | 100.0% | 1,466.13 | 373,863.15 | 86.5% |

Contract No. DTFH70-01-C-00011 Estimate No. 015

| Item No. / Descr. | Contracted Quantities: Quantities | Unit Price | Unit | Amount | Estimated Quantities: Current | Previous | To Date | Amount | % Comp. | Probables: Quantity | Amount | % Over/ Under |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40104 Mineral filler (hydrated lime) | 285.0 | $141.00 | t | $40,185.00 | | 165.7 | 165.7 | 23,363.70 | 100.0% | 165.7 | 23,363.70 | 58.1% |
| 40116 Pavement Smoothness Incentive | | | Contingent Sum | | | | | | | | | |
| 40116deduc Pavement Smoothness Deduction | | | lpsm | | | -18,077.43 | -18,077.43 | -18,077.43 | 100.0% | -18,077.43 | -18,077.43 | |
| 41201 Tack coat grade CSS-1 | 50.00 | $230.00 | t | $11,500.00 | | 113.00 | 113.00 | 25,990.00 | 100.0% | 113.00 | 25,990.00 | 226.0% |
| 60104 Concrete Headwall, CM 3 | 0 | $5,589.00 | each | | | 1 | 1 | 5,589.00 | 100.0% | 1 | 5,589.00 | |
| 60201A 450 millimeter pipe culvert | 150.0 | $70.00 | m | $10,500.00 | | 97.0 | 97.0 | 6,790.00 | 100.0% | 97.0 | 6,790.00 | 64.7% |
| 60201B 600 millimeter pipe culvert | 1,150.0 | $110.00 | m | $126,500.00 | | 1,144.6 | 1,144.6 | 125,906.00 | 100.0% | 1,144.6 | 125,906.00 | 99.5% |
| 60201C 900 millimeter pipe culvert | 59.0 | $150.00 | m | $8,850.00 | | 61.9 | 61.9 | 9,285.00 | 100.0% | 61.9 | 9,285.00 | 104.9% |
| 60201D 3000 millimeter pipe culvert | 56.5 | $650.00 | m | $36,725.00 | | 75.6 | 75.6 | 49,140.00 | 100.0% | 75.6 | 49,140.00 | 133.8% |
| 60201E 3600 Pipe Culvert, CM 8 | 0.0 | $1,997.54 | m | | | 24.6 | 24.6 | 49,139.48 | 100.0% | 24.6 | 49,139.48 | |
| 60301 4500 mm Structural Plate Pipe, 2.82 mm, CM 3 | 0.0 | $4,071.14 | m | | | 25.6 | 25.6 | 104,221.18 | 100.0% | 25.6 | 104,221.18 | |

Contract No. DTFH70-01-C-00011 Estimate No. 015

| Item No. | Contracted Quantities | | | | Estimated Quantities | | | | % | Probables | | % Over/ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Descr. | Quantities | Unit Price | Unit | Amount | Current | Previous | To Date | Amount | Comp. | Quantity | Amount | Under |
| 60501 | Underdrain system , Type 1 | | | | | | | | | | | |
| | 1,700.0 | $22.00 | m | $37,400.00 | | 1,575.0 | 1,575.0 | 34,650.00 | 100.0% | 1,575.0 | 34,650.00 | 92.6% |
| 60510 | Perforated underdrain , 400 mm | | | | | | | | | | | |
| | 400.0 | $15.00 | m | $6,000.00 | | 543.4 | 543.4 | 8,151.00 | 100.0% | 543.4 | 8,151.00 | 135.8% |
| 60901 | Portland cement concrete curb, 75 millimeter depth | | | | | | | | | | | |
| | 1,180.00 | $17.00 | m | $20,060.00 | | 958.31 | 958.31 | 16,291.27 | 100.0% | 958.31 | 16,291.27 | 81.2% |
| 61701A | Guardrail system G4, type I, class A (wood posts) Adjusted by CM 19 | | | | | | | | | | | |
| | 2,980.00 | $39.00 | m | $116,220.00 | | 2,764.17 | 2,764.17 | 107,802.63 | 100.0% | 2,764.17 | 107,802.63 | 92.8% |
| 61701B | Guardrail system CRT, type I, class A, adjusted by CM 19 | | | | | | | | | | | |
| | 75.00 | $51.40 | m | $3,855.00 | | 36.10 | 36.10 | 1,855.54 | 100.0% | 36.10 | 1,855.54 | 48.1% |
| 61702A | Terminal section type CRT | | | | | | | | | | | |
| | 3 | $640.00 | each | $1,920.00 | | 3 | 3 | 1,920.00 | 100.0% | 3 | 1,920.00 | 100.0% |
| 61702B | Terminal section type flared Adjusted by CM 19 | | | | | | | | | | | |
| | 33 | $1,650.00 | Each | $54,450.00 | | 29 | 29 | 47,850.00 | 100.0% | 29 | 47,850.00 | 87.9% |
| 61709 | Removing and resetting guardrail beam elements | | | | | | | | | | | |
| | 760.00 | $8.20 | m | $6,232.00 | | 944.88 | 944.88 | 7,748.02 | 100.0% | 944.88 | 7,748.02 | 124.3% |
| 61709A | Raise Existing Gaurdrail Posts, CM 19 | | | | | | | | | | | |
| | 0.00 | $10.25 | m | | | 880.11 | 880.11 | 9,021.13 | 100.0% | 880.11 | 9,021.13 | |
| 61901 | Fence, wire, type 2 | | | | | | | | | | | |
| | 300 | $19.20 | m | $5,760.00 | | 249 | 249 | 4,780.80 | 100.0% | 249 | 4,780.80 | 83.0% |
| 61902 | Gate type 2, 3.0 meter width | | | | | | | | | | | |
| | 3 | $120.00 | each | $360.00 | | 3 | 3 | 360.00 | 100.0% | 3 | 360.00 | 100.0% |

Contract No. DTFH70-01-C-00011 Estimate No. 015

| Item No. | Contracted Quantities | | | | Estimated Quantities | | | | % | Probables | | % Over/ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Descr. | Quantities | Unit Price | Unit | Amount | Current | Previous | To Date | Amount | Comp. | Quantity | Amount | Under |
| 61903 | Cattle guard, 12.6 meter | | | | | | | | | | | |
| | 3 | $14,000.00 | each | $42,000.00 | | 3 | 3 | 42,000.00 | 100.0% | 3 | 42,000.00 | 100.0% |
| 62101 | Monument, Eliminated by CM 24 | | | | | | | | | | | |
| | 28 | $275.00 | each | $7,700.00 | | | | | | | | |
| 62102 | Marker | | | | | | | | | | | |
| | 43 | $225.00 | each | $9,675.00 | | 43 | 43 | 9,675.00 | 100.0% | 43 | 9,675.00 | 100.0% |
| 62201A | Grader, motor, 90 kW minimum, with ripper | | | | | | | | | | | |
| | 240.0 | $80.00 | hour | $19,200.00 | | 56.0 | 56.0 | 4,480.00 | 100.0% | 56.0 | 4,480.00 | 23.3% |
| 62201B | Hydraulic excavator, 1.1 m3 minimum capacity with thumb attachment | | | | | | | | | | | |
| | 240.0 | $110.00 | hour | $26,400.00 | | 158.0 | 158.0 | 17,380.00 | 100.0% | 158.0 | 17,380.00 | 65.8% |
| 62201C | Loader, front end, wheel type, 3.8 m3 minimum capacity | | | | | | | | | | | |
| | 240.0 | $100.00 | hour | $24,000.00 | | 13.0 | 13.0 | 1,300.00 | 100.0% | 13.0 | 1,300.00 | 5.4% |
| 62201D | Loader/backhoe, wheel type tractor, 35 kW minimum Adjusted by CM 21 | | | | | | | | | | | |
| | 480.0 | $65.00 | hour | $31,200.00 | | | | | | | | |
| 62201E | Roller, grid, towed, 11 metric ton minimum | | | | | | | | | | | |
| | 240.0 | $110.00 | hour | $26,400.00 | | | | | | | | |
| 62201F | Roller, vibratory, single drum, self-propelled | | | | | | | | | | | |
| | 240.0 | $75.00 | hour | $18,000.00 | | 14.0 | 14.0 | 1,050.00 | 100.0% | 14.0 | 1,050.00 | 5.8% |
| 62201G | Tractor, crawler (dozer), universal blade and ripper, 225 kW minimum | | | | | | | | | | | |
| | 600.0 | $110.00 | hour | $66,000.00 | | 93.5 | 93.5 | 10,285.00 | 100.0% | 93.5 | 10,285.00 | 15.6% |
| 62201H | Truck, highway, dump body, rear, 7.6 m3 minimum capacity, adjusted by CM 22 | | | | | | | | | | | |
| | 240.0 | $65.00 | hour | $15,600.00 | | 9.5 | 9.5 | 617.50 | 100.0% | 9.5 | 617.50 | 4.0% |

Contract No. DTFH70-01-C-00011 Estimate No. 015

| Item No. / Descr. | Contracted Quantities: Quantities | Unit Price | Unit | Amount | Estimated Quantities: Current | Previous | To Date | Amount | % Comp. | Probables: Quantity | Amount | % Over/ Under |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62201I Truck, highway, dump body, with pup trailer, CM 22 | | | | | | | | | | | | |
| | 0.00 | $73.50 | hr | | | 161.00 | 161.00 | 11,833.50 | 100.0% | 161.00 | 11,833.50 | |
| 62301 General labor | | | | | | | | | | | | |
| | 280.0 | $30.00 | hour | $8,400.00 | | 97.0 | 97.0 | 2,910.00 | 100.0% | 97.0 | 2,910.00 | 34.6% |
| 62405 Placing conserved topsoil, 75 millimeter depth | | | | | | | | | | | | |
| | 13.000 | $1,500.00 | ha | $19,500.00 | | 3.304 | 3.304 | 4,956.00 | 100.0% | 3.304 | 4,956.00 | 25.4% |
| 62514 Turf establishment , hydraulic method | | | | | | | | | | | | |
| | 220.00 | $374.02 | slry unit | $82,284.40 | | 199.00 | 199.00 | 74,429.98 | 100.0% | 199.00 | 74,429.98 | 90.5% |
| 62901 Erosion control mat type 3 | | | | | | | | | | | | |
| | 4,000 | $3.50 | m2 | $14,000.00 | | | | | | | | |
| 63302 Sign installation | | | | | | | | | | | | |
| | 15.000 | $245.00 | m2 | $3,675.00 | | 10.250 | 10.250 | 2,511.25 | 100.0% | 10.250 | 2,511.25 | 68.3% |
| 63306 Object markers, type 3 | | | | | | | | | | | | |
| | 12 | $92.00 | each | $1,104.00 | | 12 | 12 | 1,104.00 | 100.0% | 12 | 1,104.00 | 100.0% |
| 63307A Delineators, type CC-3 | | | | | | | | | | | | |
| | 180 | $20.12 | each | $3,621.60 | | 175 | 175 | 3,521.00 | 100.0% | 175 | 3,521.00 | 97.2% |
| 63307B Delineators, type CC-4 | | | | | | | | | | | | |
| | 70 | $11.90 | each | $833.00 | | 57 | 57 | 678.30 | 100.0% | 57 | 678.30 | 81.4% |
| 63307C Delineators, flexible , type DD-3 | | | | | | | | | | | | |
| | 18 | $21.63 | each | $389.34 | | 14 | 14 | 302.82 | 100.0% | 14 | 302.82 | 77.8% |
| 63401A Pavement markings type B, broken yellow | | | | | | | | | | | | |
| | 18,600 | $0.20 | m | $3,720.00 | | 3,766 | 3,766 | 753.20 | 100.0% | 3,766 | 753.20 | 20.2% |

Contract No. DTFH70-01-C-00011 Estimate No. 015

| Item No. / Descr. | Contracted Quantities: Quantities | Unit Price | Unit | Amount | Estimated Quantities: Current | Previous | To Date | Amount | % Comp. | Probables: Quantity | Amount | % Over/ Under |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63401B Pavement markings type B, solid yellow | 28,100 | $0.20 | m | $5,620.00 | | 52,102 | 52,102 | 10,420.40 | 100.0% | 52,102 | 10,420.40 | 185.4% |
| 63401C Pavement markings type B, solid white | 56,100 | $0.16 | m | $8,976.00 | | 56,050 | 56,050 | 8,968.00 | 100.0% | 56,050 | 8,968.00 | 99.9% |
| 63505A Barricade type I | 40 | $70.00 | each | $2,800.00 | | 40 | 40 | 2,800.00 | 100.0% | 40 | 2,800.00 | 100.0% |
| 63505B Barricade type III | 20 | $200.00 | each | $4,000.00 | | 20 | 20 | 4,000.00 | 100.0% | 20 | 4,000.00 | 100.0% |
| 63506 Cone type 1050 millimeter tubular | 300 | $20.00 | each | $6,000.00 | | 300 | 300 | 6,000.00 | 100.0% | 300 | 6,000.00 | 100.0% |
| 63507 Construction sign | 225.00 | $100.00 | m2 | $22,500.00 | | 197.48 | 197.48 | 19,748.00 | 100.0% | 197.48 | 19,748.00 | 87.8% |
| 63508 Drum type 1 meter | 50 | $50.00 | each | $2,500.00 | | 50 | 50 | 2,500.00 | 100.0% | 50 | 2,500.00 | 100.0% |
| 63509 Flagger, Increased by CM 15 | 5,000.0 | $37.00 | fix hr rate | $185,000.00 | | 6,893.5 | 6,893.5 | 255,059.50 | 100.0% | 6,893.5 | 255,059.50 | 137.9% |
| 63510 Pilot car, Increased by CM 15 | 500.0 | $42.00 | hour | $21,000.00 | | 957.0 | 957.0 | 40,194.00 | 100.0% | 957.0 | 40,194.00 | 191.4% |
| 63511 Temporary concrete barrier | 500.0 | $55.50 | m | $27,750.00 | | 500.0 | 500.0 | 27,750.00 | 100.0% | 500.0 | 27,750.00 | 100.0% |
| 63560 Traffic and safety supervisor, Adjusted by CM 15 | 120 | $350.00 | day | $42,000.00 | | | | | | | | |

WA PFH 158-1(2)
FLOWERY TRAIL ROAD


06/02/2003
09:05:02

Contract No. DTFH70-01-C-00011 Estimate No. 015

| Item No. | Contracted Quantities | | | | Estimated Quantities | | | | % | Probables | | % Over/ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Descr. | Quantities | Unit Price | Unit | Amount | Current | Previous | To Date | Amount | Comp. | Quantity | Amount | Under |
| 65001 | Rock Weir, CM 8 | | | | | | | | | | | |
| | 0.00 | $1,930.78 | LPS M | | | 1.00 | 1.00 | 1,930.78 | 100.0% | 1.00 | 1,930.78 | |
| DEDUCT-1 | Unacceptable asphalt, 21+950 to 22+150 RT SH | | | | | | | | | | | |
| | | | lump sum | | | -1,000.00 | -1,000.00 | -1,000.00 | 100.0% | -1,000.00 | -1,000.00 | |
| DEDUCT-2 | Damaged lab trailer | | | | | | | | | | | |
| | | | lump sum | | | -5,941.78 | -5,941.78 | -5,941.78 | 100.0% | -5,941.78 | -5,941.78 | |
| DEDUCT-3 | Replace Damaged FS Gate | | | | | | | | | | | |
| | | | LPSM | | | -600.00 | -600.00 | -600.00 | 100.0% | -600.00 | -600.00 | |
| INT-1 | Prompt Payment Interest - Estimate 13 | | | | | | | | | | | |
| | | | Lump Sum | | | 117.93 | 117.93 | 117.93 | 100.0% | 117.93 | 117.93 | |
| MOH 15703 | Silt Fencing Materials | | | | | | | | | | | |
| | 0.00 | $7,979.48 | Each | | | | | | | | | |
| MOH 15718 | Diversion Channel 30 Mil PVC | | | | | | | | | | | |
| | 0.00 | $4,076.31 | Each | | | | | | | | | |
| MOH 20408 | Select Topping (Invoice 2) | | | | | | | | | | | |
| | 0.00 | $12,250.00 | Each | | | | | | | | | |
| MOH 25101B | Placed Riprap Class 5 Fabric | | | | | | | | | | | |
| | 0.00 | $278.25 | Each | | | | | | | | | |
| MOH 25112 | Riprap Headwall Fabric | | | | | | | | | | | |
| | 0.00 | $321.30 | Each | | | | | | | | | |
| MOH 25118 | Energy Dissipator Type 1 Fabric | | | | | | | | | | | |
| | 0.00 | $623.70 | Each | | | | | | | | | |

Contract No. DTFH70-01-C-00011 Estimate No. 015

| Item No. / Descr. | Contracted Quantities: Quantities | Unit Price | Unit | Amount | Estimated Quantities: Current | Previous | To Date | Amount | % Comp. | Probables: Quantity | Amount | % Over/ Under |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOH 25504 Gabion Faced Retaining Wall | 0.00 | $24,123.00 | Each | | | | | | | | | |
| MOH 25504a Gabion-Faced Retaining Wall Granular Backfill | 0.00 | $6,900.00 | Each | | | | | | | | | |
| MOH 30101 Aggregate Base Grading D (Invoice 2) | 0.00 | $81,700.00 | Each | | | | | | | | | |
| MOH 30107 Aggregate Surface Course (Invoice 2) | 0.00 | $9,500.00 | Each | | | | | | | | | |
| MOH 30901 Emulsified Asphalt Treated Base D (Invoice #3) | 0.00 | $83,850.00 | Each | | | | | | | | | |
| MOH 40101 Hot Asphalt Concrete Pavement, Class B (Inv. 3&4) | 0.00 | $174,000.00 | Each | | | | | | | | | |
| MOH 60201B 600 mm Pipe Culvert | 0.00 | $6,966.47 | Each | | | | | | | | | |
| MOH 60501 Underdrain System Type 1 Fabric | 0.00 | $2,756.25 | Each | | | | | | | | | |
| MOH 60501a Underdrain System, Type 1, pipe | 0.00 | $1,303.69 | Each | | | | | | | | | |
| MOH 60501b Underdrain System, Type 1, Invoice 77080254 | 0.00 | $1,190.83 | each | | | | | | | | | |
| MOH 60510 Perforated Underdrain, 400, pipe | 0.00 | $1,186.94 | Each | | | | | | | | | |

Contract No. DTFH70-01-C-00011 Estimate No. 015

| Item No. / Descr. | Contracted Quantities: Quantities | Unit Price | Unit | Amount | Estimated Quantities: Current | Previous | To Date | Amount | % Comp. | Probables: Quantity | Amount | % Over/ Under |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOH 62901 Erosion Control Mat Type 3 | 0.00 | $8,272.05 | Each | | | | | | | | | |
| MOH 63505A Barricade Type 1 | 0.00 | $2,240.00 | Each | | | | | | | | | |
| MOH 63505B Barricade Type III | 0.00 | $2,669.10 | Each | | | | | | | | | |
| MOH 63506 Cone Type 1060 Millimeter Tubular | 0.00 | $4,020.00 | Each | | | | | | | | | |
| MOH 63507 Construction Signs | 0.00 | $6,768.06 | Each | | | | | | | | | |
| MOH 63508 Drum Type 1 | 0.00 | $2,000.00 | Each | | | | | | | | | |
| MOH60201A 450 mm Pipe Culvert, Invoice 77090156 | 0.00 | $3,400.09 | each | | | | | | | | | |
| MOH60201Aa 450 mm Pipe Culvert, Invoice 77060070 | 0.00 | $154.89 | each | | | | | | | | | |
| MOH60201Ba 600 mm Pipe Culvert, Invoice 77080034 | 0.00 | $8,606.42 | each | | | | | | | | | |
| MOH60201Bb 600 mm Pipe Culvert, Invoice 77080108 | 0.00 | $4,631.36 | each | | | | | | | | | |
| MOH60201Bc 600 mm Pipe Culvert, Invoice 77080090 | 0.00 | $3,664.55 | each | | | | | | | | | |

Contract No. DTFH70-01-C-00011 Estimate No. 015

| Item No. Descr. | Contracted Quantities: Quantities | Unit Price | Unit | Amount | Estimated Quantities: Current | Previous | To Date | Amount | % Comp. | Probables: Quantity | Amount | % Over/ Under |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOH60201Bd 600 mm Pipe Culvert, Invoice 77080081 | | | | | | | | | | | | |
| | 0.00 | $7,793.58 | each | | | | | | | | | |
| MOH60201Be 600 mm Pipe Culvert, Invoice 77080253 | | | | | | | | | | | | |
| | 0.00 | $5,139.22 | each | | | | | | | | | |
| MOH60201Bf 600 mm Pipe Culvert, Invoice 77090156 | | | | | | | | | | | | |
| | 0.00 | $3,339.64 | each | | | | | | | | | |
| MOH60201Bg 600 mm Pipe Culvert, Invoice 77060069 | | | | | | | | | | | | |
| | 0.00 | $8,576.71 | each | | | | | | | | | |
| MOH60201Bh 600 mm Pipe Culvert, Invoice 77060071 | | | | | | | | | | | | |
| | 0.00 | $2,410.32 | each | | | | | | | | | |
| MOH60201C 900 mm Pipe Culvert, Invoice 77080034 | | | | | | | | | | | | |
| | 0.00 | $4,024.63 | each | | | | | | | | | |
| MOH60201Ca 900 mm Pipe Culvert, Invoice 77080253 | | | | | | | | | | | | |
| | 0.00 | $532.07 | each | | | | | | | | | |
| MOH60201D 3000 mm Pipe Culvert, Invoice 77080108 | | | | | | | | | | | | |
| | 0.00 | $9,617.77 | each | | | | | | | | | |
| MOH60201Da 3000 mm Pipe Culvert, Invoice 77080081 | | | | | | | | | | | | |
| | 0.00 | $3,904.41 | each | | | | | | | | | |
| MOH60201Db 3000 mm Pipe Culvert, Invoice 77080090 | | | | | | | | | | | | |
| | 0.00 | $16,934.11 | each | | | | | | | | | |
| MOH60201E 3600 mm Pipe Culvert, Invoice 77080175 | | | | | | | | | | | | |
| | 0.00 | $18,589.02 | each | | | | | | | | | |

Contract No. DTFH70-01-C-00011 Estimate No. 015

| Item No. | Descr. | Contracted Quantities: Quantities | Unit Price | Unit | Amount | Estimated Quantities: Current | Previous | To Date | Amount | % Comp. | Probables: Quantity | Amount | % Over/ Under |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOH60301 | 4500 mm Structural Plate Pipe, 2.82 mm | 0.00 | $25,685.06 | each | | | | | | | | | |
| MOH61903 | Cattle Guard | 0.00 | $34,631.00 | each | | | | | | | | | |
| MOH62514 | Turf Establishment, Invoice 1010061 | 0.00 | $15,385.00 | each | | | | | | | | | |
| Retent 1 | Subcontractor - Changing Directions | | | LPSM | | 15,261.38 | -15,261.38 | | | | | | |
| Retent 10 | Subcontractor - Northwest Fence | | | LPSM | | 257.04 | -257.04 | | | | | | |
| Retent 11 | Subcontractor - Sharp-Line Insustries, Inc. | | | LPSM | | 1,023.84 | -1,023.84 | | | | | | |
| Retent 12 | WM. Winkler Company | | | LPSM | | | | | | | | | |
| Retent 13 | North Idaho Drilling, Inc | | | LPSM | | | | | | | | | |
| Retent 14 | Subcontractor retent claimed in Est #14 | | | LPSM | | 22,872.71 | -22,872.71 | | | | | | |
| Retent 2 | Subcontractor - Welch Engineering | | | LPSM | | 6,677.15 | -6,677.15 | | | | | | |
| Retent 3 | Subcontractor - Precision Hydroseeding, Inc. | | | LPSM | | 3,240.72 | -3,240.72 | | | | | | |

Contract No. DTFH70-01-C-00011 Estimate No. 015

| Item No. | Contracted Quantities | | | | Estimated Quantities | | | | % | Probables | | % Over/ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Descr. | Quantities | Unit Price | Unit | Amount | Current | Previous | To Date | Amount | Comp. | Quantity | Amount | Under |
| Retent 4 Budinger & Associates, Inc. | | | LPSM | | 4,784.55 | -4,784.55 | | | | | | |
| Retent 5 DeAtley Crushing Company | | | LPSM | | 1,433.76 | -1,433.76 | | | | | | |
| Retent 6 Subcontractor - Frank Gurney Inc. | | | LPSM | | | | | | | | | |
| Retent 7 Subcontractor - Crane Construction N.W. Inc. | | | LPSM | | 3,265.00 | -3,265.00 | | | | | | |
| Retent 8 Inland Asphalt Company | | | LPSM | | 73,654.54 | -73,654.54 | | | | | | |
| Retent 9 Knoles Logging, Inc. | | | LPSM | | 3,491.25 | -3,491.25 | | | | | | |

# C O N S T R U C T I O N   C O S T   S U M M A R Y



WA PFH 158-1(2)
FLOWERY TRAIL ROAD

Period 04/30/2003 through 06/02/2003    Contract No. DTFH70-01-C-00011    Estimate No. 015

| | | | |
|---|---|---|---|
| Contract time began: | 06/25/2001 | Total payments approved to date: | $7,863,292.78 |
| Probable Completion Date: | 11/12/2002 | Total Payments Previously Paid: | $7,727,500.84 |
| Fixed Completion Date: | 08/02/2002 | Amount to be paid this Estimate: | $135,791.94 |
| Revised Completion Date: | 11/12/2002 | | |
| Date Contract Complete: | 11/12/2002 | | |
| Percent of Work Complete: | 100.0 % | | |

WA PFH 158-1(2)
FLOWERY TRAIL ROAD

Period 04/30/2003 through 06/02/2003 Contract No. DTFH70-01-C-00011 Estimate No. 015

State: WA
County: STEVENS/PEND OREILLE
Coop Agency: FH
Length: 13.999 km
Type:

| | Amounts | | |
|---|---|---|---|
| | Bid | To date | Probable |
| Construction: | $7,618,162.32 | $7,863,292.78 | $7,863,292.78 |
| Construction Engineering: | $810,000.00 | $952,911.05 | $952,911.05 |
| Total Liabilities: | | $8,816,203.83 | $8,816,203.83 |
| Funds authorized: | | | $8,523,200.32 |
| Deficit: | | | -$293,003.51 |

# A C C O U N T S   S U M M A R Y



WA PFH 158-1(2)
FLOWERY TRAIL ROAD

Period 04/30/2003 through 06/02/2003    Contract No. DTFH70-01-C-00011    Estimate No. 015

| Bid Amount | Appropriation Limitation | Probable Amount | Approved to Date | Previous Payments | Pay this Estimate |
|---|---|---|---|---|---|
| (1) 415-17-53-54-1581-002 | | | | | |
| $7,618,162.32 | $0.00 | $7,863,292.78 | $7,863,292.78 | $7,727,500.84 | $135,791.94 |