RECEIVED
APR 09 2001
By Project Engineer

# Flowery Trail Road
# Quality Control Plan

A quality control plan has been set up to spell out the responsibilities and procedures that M.A. DeAtley Construction, Inc.'s employees will abide by. This plan will assist in assuring that the finished product was constructed according to the plans and specifications included in the contract.

## Quality Control Personnel

### Operators & Laborers

On site quality control starts with the operators. Every one of M.A. DeAtley Construction's operators has years of experience in the construction industry. Their job is to build to the lines and grades set out by the plans and specifications. Grade checkers are present at all times to ensure that the correct slopes and grade are met during the excavation phase and to ensure that the correct width and depth are attained during wearing course placement and sub grade preparation.

### Quality Control Manager

The superintendent is responsible for overall quality control on the job. They will be considered the quality control manager and will ensure that both our workers and the subcontractors are completing their tasks within specification.

### Project Manager

The project manager will oversee both the superintendents in the field and also handle all submittals that need to be provided. The project manager's duties range from submitting daily test logs and materials certificates to making sure the entire project is on schedule.

### Commercial Testing

Budinger & Associates, Inc. has been selected to perform all of the required quality assurance tests. A statement of their qualifications is attached at the end of this plan.

### Other Subcontractors

Subcontractors that will be working for M.A. DeAtley Construction will be under the direct guidance of the quality control manager. The quality control manager will be responsible for insuring that each subcontractor performs their duties in line with the plans and specifications.

### Chain of Command

| | |
|---|---|
| Operators and Laborers | |
| Superintendent | Sam Stamper |
| Project Manager | John Cooper |
| Operations Manager | Donald L. Ruchert |
| President | Mark A. DeAtley |

## Procedures

### Submittals

Submittals for both daily testing and material acceptance will be tracked through our office with the use of a submittal log. This method will allow us to constantly know when the transmittal was sent and what needs to be turned in next. Each transmittal is then filed in the job folder that is organized by correspondence between The Federal Highway Administration and M.A. DeAtley Construction and also organized by each subcontractor. Material transmittals are handled in a similar way and are filed under a materials category.

### Materials

Each material that is received by M.A. DeAtley Construction will be thoroughly inspected by the quality control manager. This will help to make certain that the product that will be incorporated into construction is free from defect and conforms to the plans and specifications. Special care will be taken to insure that the aggregate produced on site is within the desired gradation. The subcontractor's quality control manager will be present to guarantee that non-spec material will not be placed on the road by performing assurance tests.

**Construction**

During construction of all of the definable work features three phases will be used to ensure quality control through out.

Preparatory Phase

The preparatory phase will take place prior to any work being done on a definable work feature. This step is used to review the specifications and plans, make sure that all necessary submittals have been approved, determine the best construction methods and review the hazards analysis for that feature.

Initial Phase

The initial phase will take place during the beginning of construction for a certain feature. This time is taken to review the construction procedures, testing being done, safety requirements and compliance with the contract documents.

Follow-up Phase

The follow-up phase will be performed through out the construction of any of the definable features. This phase is used to make certain that the requirements set out in both the preparatory and initial phases are being carried through to the end of construction on that definable feature.

**Deficiencies**

If tests reveal that we have some deficiencies in our work they will be noted in the daily report and the deficiency will be discussed between the quality control manager and the project manager. During this conversation the three main topics of discussion will be how to best correct the deficiency, the time frame for correction and what can be done in the future to keep this deficiency from being repeated. The deficiency will then be tracked until its correction on the attached form. The daily report of the quality control manager will later include how the deficiency was corrected and when.

STATEMENT OF
QUALIFICATIONS

# CONSTRUCTION SERVICES

## FIELD INSPECTION AND TESTING
## LABORATORY TESTING

**budinger & associates**
geotechnical & material engineers
3820 East Broadway Spokane, Washington 99202

## TABLE OF CONTENTS

Section

1.0 INTRODUCTION

2.0 DESCRIPTION OF SERVICES

3.0 OTHER AVAILABLE SERVICES

# 1.0
# INTRODUCTION

*budinger & associates*

Budinger & Associates is an Inland Northwest engineering and consulting firm that has provided quality inspection, laboratory services, geotechnical engineering, and environmental consultation since 1976. The firm operates out of a single office in Spokane, Washington and maintains a reputation for offering the highest level of service in the industry.

Budinger & Associates equipment and facilities are regularly inspected by the following national laboratory inspection agencies:

1. AMRL (AASHTO Materials Reference Lab)
2. CCRL (Cement & Concrete Reference Lab)
3. United States Army Corps of Engineers
4. WABO (Washington Assoc. of Bldg. Officials)

Budinger & Associates is accredited by AASHTO and is a WABO-registered Special Inspection Agency. We subject ourselves to a high level of scrutiny from outside organizations. The result is an efficient, complete "Testing Agency".

Budinger & Associates staff includes approximately 20 professional and technical personnel, from Registered Professional Engineers to laboratory technicians. The firm's experience and expertise allows it to better serve its wide range of clients, from contractors to developers, property owners and government agencies.

## 2.0
## DESCRIPTION OF SERVICES

| | |
|---|---|
| *2.1 FIELD INSPECTION & TESTING SERVICES* | Budinger & Associates has provided Inspection and testing on thousands of projects throughout the northwest. The firm's ICBO/ACI/NICET certified staff of technicians bring a wealth of knowledge and experience to the project site to assist the client in assuring quality construction.<br><br>Field inspection and testing services include the following: |
| *Earthwork Observation and Testing* | Soils placement observation; compaction testing by Nuclear, Sand Cone and other methods; performance evaluation; mobile field laboratory for soils testing on-site; soil sampling |
| *Reinforcing Steel Examination* | Visual examination for size, grade, and dimensions of reinforcing steel and associated concrete form work, lap splices, welds; Special Inspection |
| *Concrete Testing/ Placement Observation* | Batch plant inspection; slump, air entrainment, unit weight and yield testing; cast concrete test specimens (cylinders, beams); Special Inspection; concrete coring; Windsor Probe testing |
| *Structural Masonry Examination/Testing* | Field testing of mortar and grout; reinforcement examination; Special Inspection |
| *Field Applied Sprayed Fire Resistive Materials* | Special Inspection |
| *Structural Steel Examination/Testing* | Visual weld examination; high strength bolt testing; Special Inspection |
| *Asphalt Concrete Observation/Testing* | Batch plant inspection; AC placement observation compaction testing; coring; field marshalls |
| *Roof Examination* | Construction observation; sampling. |

| | |
|---|---|
| *2.2 LABORATORY SERVICES* | Budinger & Associates materials testing laboratory is the most capable and qualified of its kind in the Inland Northwest. |
| | The laboratory provides timely, accurate test results on the following types of materials: |
| *Aggregates* | Aggregate qualification for Portland Cement Concrete, Asphalt Concrete, cement and Asphalt treated base; other aggregates; Quality Control |
| *Concrete* | Strength testing; mix designs; cement analysis; Quality Control |
| *Pavement* | Marshall mix design; strength characteristics; Quality Control |
| *Soils* | Construction testing; preconstruction analysis and soil mechanics |
| *Masonry* | Mortar, grout, block and brick testing; mix designs; strength testing |
| | Budinger & Associates also maintains a fully equipped mobile laboratory for remote projects and when field test results are critical. |

## 3.0
## OTHER AVAILABLE SERVICES

In addition to field and laboratory testing during construction, Budinger & Associates also provides quality services in these areas:

**Engineering**

Foundation Engineering
Forensic Evaluation
Expert Testimony
Environmental Assessment
Geohydrologic Studies
Waste Water Management
Solid Waste Site Evaluation
Hazardous Material Migration Studies
Storm Water Management

**Exploratory Drilling**

Geotechnical and Environmental sampling to 100'; monitor well construction; diamond coring; licensed well drillers.