IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., | ) | Case No.: 041052C (Judge Edward J. Damich) |
| Plaintiff, | ) | **M.A. DeATLEY'S SUPPLEMENTAL STATEMENT REGARDING ITS MOTION TO REOPEN FACT DISCOVERY** |
| vs. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

M.A. DeAtley Construction, Inc. ("M.A. DeAtley"), by and through its attorneys of record, Dunn & Black, P.S., hereby submits this Supplemental Statement pursuant to this Court's July 10, 2006 Order. The Government's Supplemental Statement filed July 21, 2006 stated that:

1. *It is the understanding of the Government counsel that counsel for DeAtley has accepted her* ***representations*** *that the Government's counterclaims are based upon DeAtley's certified claim and related contract documents and that the Government will* ***not be calling any Government employee to testify about the merits of the counterclaim****, other than, perhaps, agency counsel, whose testimony will be limited to outlining the facts as contained in DeAtley's certified claim. Any testimony elicited regarding this matter from DeAtley's employees will be done through cross-examination.*

(Def.'s Supplemental Statement Concerning Pl.'s Mot. to Reopen Disc. 1) (emphasis added).

2. *DeAtley has copies of all the documents relied upon by the Government.*

(Def.'s Supplemental Statement Concerning Pl.'s Mot. to Reopen Disc. 2).

Based upon the Government's representations detailed above, M.A. DeAtley's Motion to Reopen Fact Discovery is rendered moot. Therefore, M.A. DeAtley does not need to conduct additional fact discovery.

DATED this 7th day of August, 2006.

s/ JOHN C. BLACK

JOHN C. BLACK
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of August, 2006, a copy of the foregoing *M.A. DeAtley's Supplemental Statement Regarding Its Motion To Reopen Fact Discovery* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK

\wpdocs\1742\1806\Supplemental Statement