IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., | ) | Case No.: 041052C (Judge Edward J. Damich) |
| Plaintiff, | ) | **STATUS REPORT** |
| vs. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

M.A. DeAtley Construction, Inc. ("M.A. DeAtley"), by and through its attorneys of record, Dunn & Black, P.S., hereby submits the following status report pursuant to this Court's docket text order dated July 11, 2006.

To date, all discovery has been completed. M.A. DeAtley's Motion to reopen fact discovery was rendered moot based upon the representations contained in the Government's July 21, 2006 supplemental statement. Additional expert documents were requested and are being exchanged pursuant to an agreement between counsel. As of today's date, that exchange has not fully been completed. M.A. DeAtley believes there will be no issue with regards to obtaining those documents. Some of the materials

provided after the issuance of the experts' reports will be added in an amended report. Counsel has spoken with regard to this issue and there does not appear to be any problems. M.A. DeAtley's experts will only amend their reports to include the documentation previously provided to the Government.

Currently, M.A. DeAtley is anticipating filing a Motion for Summary Judgment regarding the Government's counterclaims within the next two weeks. Other than M.A. DeAtley's Motion for Summary Judgment, amending the experts' reports, and the exchange of some additional documentation, M.A. DeAtley believes this matter can be set for trial.

DATED this 7th day of August, 2006.

s/ JOHN C. BLACK

JOHN C. BLACK
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of August, 2006, a copy of the foregoing *Status Report* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK

\wpdocs\1742\1806\Status Report.080706