# In the United States Court of Federal Claims

No. 04-1052 C

(Filed: August 16, 2006)

| | |
|---|---|
| ****************************************** | |
| **M.A. DeATLEY CONSTRUCTION, INC.**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | |

## ORDER

The Court **ORDERS** that a telephonic status conference will take place on Wednesday, August 23, 2006 at 2:00 p.m. EDT, on scheduling further proceedings in this case.

One business day before the conference, counsel shall call Ms. Shirley Scott, Judicial Assistant to Chief Judge Damich, at 202/357-6483, to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names, phone numbers and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

Parties are requested not to file any motions for summary judgment before the Court holds the status conference.

s/ Edward J. Damich
Edward J. Damich
Chief Judge