IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., | ) | Case No.: 041052C |
| | ) | (Judge Edward J. Damich) |
| Plaintiff, | ) | **MOTION FOR SUMMARY JUDGMENT** |
| vs. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

M.A. DeAtley Construction, Inc. ("M.A. DeAtley"), by and through its attorneys of record, Dunn & Black, P.S., hereby moves this Court for Summary Judgment dismissing all of the Government's counterclaims against M.A. DeAtley.

Specifically, M.A. DeAtley requests that the Government's claims under the False Claims Act, the Anti-Fraud Provision of the Contracts Dispute Act, and the forfeiture of fraudulent claims be dismissed. This Motion is made pursuant to RCFC 56(c), M.A. DeAtley's Memorandum in Support of Motion for Summary Judgment, the Affidavit of

Mark DeAtley in Support of M.A. DeAtley's Motion for Summary Judgment, the Affidavit of Craig T. Owens, and the pleadings of record filed herein.

DATED this 13th day of September, 2006.

s/ JOHN C. BLACK
JOHN C. BLACK
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of September, 2006, a copy of the foregoing *Motion for Summary Judgment* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK

1742\1806\Mot.SJ