# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| M.A. DeATLEY CONSTRUCTION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No.: 041052C<br>(Judge Edward J. Damich)<br><br>**AFFIDAVIT OF CRAIG T. OWENS** |

STATE OF ~~WASHINGTON~~ IDAHO )
: ss
County of Kootenai )

I, CRAIG T. OWENS, being first sworn upon oath, depose and say:

1. I am over the age of 18, competent to testify to the matters contained herein and make this Affidavit based upon personal knowledge.

2. During the second year of the Flowery Trail Project, I was the Project Manager for M.A. DeAtley Construction, Inc. ("M.A. DeAtley"). I currently am the President and Owner of Owen's Construction, Inc.

3. In my capacity as project manager for M.A. DeAtley, I prepared M.A. DeAtley's claim, including the summary of expenses. I worked closely with our accounting department and Mark DeAtley in an effort to make sure that we claimed only those expenses that we felt were caused by the Government's unsuitable quarry source.

4. I have reviewed a document entitled "*Defendants' Motion For Leave To Amend Its Answer To Assert Affirmative Defenses And Counterclaims*" and the Government's counterclaim based on the same allegations. I have also gone back and reviewed M.A. DeAtley's claim summary and the supporting records. I can state that the Government's accusations concerning M.A. DeAtley's claim are false and that M.A. DeAtley's certified claim is accurate.

Craig T. Owens
CRAIG T. OWENS

SUBSCRIBED AND SWORN to before me this 12 day of September, 2006.

Kerri S. Thoreson
Printed Name: Kerri S. Thoreson
Notary Public in and for the State
of Idaho, Residing at Post Falls
My Appointment Expires: 1/6/2012

KERRI S. THORESON NOTARY PUBLIC STATE OF IDAHO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of September, 2006, a copy of the foregoing *Affidavit of Craig T. Owens* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK

1742\1806\Aff.Owens