IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., Plaintiff, vs. THE UNITED STATES, Defendant. | Case No.: 041052C<br>(Judge Edward J. Damich)<br><br>**AFFIDAVIT OF MARK DeATLEY IN SUPPORT OF M.A. DeATLEY'S MOTION FOR SUMMARY JUDGMENT** |

STATE OF WASHINGTON )
: ss
County of Asotin )

I, MARK DeATLEY, being first sworn upon oath, say as follows:

1. I am the president of M.A. DeAtley Construction Co. ("M.A. DeAtley"). I am over 18, have personal knowledge of the information in this affidavit and am competent to testify to the matters contained herein.

2. I worked extensively with M.A. DeAtley's project managers and personnel, especially John Cooper and Craig Owens, in putting together the certified claim. I have painstakingly reviewed M.A. DeAtley's claim and it is

accurate. M.A. DeAtley only claimed those expenses that we felt were caused by the Government's unsuitable quarry source. There is no evidence to even suggest that M.A. DeAtley committed a fraud upon the Government or attempted to commit a fraud or misrepresent any information to the Government. In fact, M.A. DeAtley is entitled to recover the amounts claimed in it certified claim against the Government, as we are only seeking costs that are recoverable.

3. Attached hereto as **Exhibit A** is a true and correct copy of the certified claim presented by M.A. DeAtley to the contracting officer for his final decision. This claim is accurate.

MARK DeATLEY

SUBSCRIBED AND SWORN to before me this 11 day of September 2006.

DENISE L PEARSON NOTARY PUBLIC STATE OF WASHINGTON COMMISSION EXPIRES

Denise Pearson
Print Name: Denise Pearson
Notary Public in and for the State of Washington, residing in Pomeroy WA
My Commission expires: 8/29/07

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of September, 2006, a copy of the foregoing *Affidavit of Mark DeAtley in Support of M.A. DeAtley's Motion for Summary Judgment* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK

wpdocs\1742\1806\Aff.Deatley