Claim Rec'd
9-23-03

# Flowery Trail Project
# Contract # DTFH70-01-C0001

# REQUEST
# FOR
# CONTRACTING OFFICER'S DECISION

**2003**

EXHIBIT
tabbies
A

M.A. DEATLEY
CONSTRUCTION, INC.

P.O. Box 490 • Clarkston, WA 99403 • 509-751-1580 • Fax 509-751-1922

RECEIVED
FHWA--VANCOUVER
03 SEP 23 AM 9:04
MAIL ROOM

September 18, 2003

Mr. William Parsons
Western Federal Lands Highway Division
610 East Fifth Street
Vancouver, WA 98661-3801

RE: Request of Contracting Officers Decision

Dear William:

M.A. DeAtley Construction, Inc. and DeAtley Crushing Company respectfully request the Contracting Officer's Decision on our claim for additional compensation for the Flowery Trail Project #DTFH70-01-C-00011. M.A. DeAtley is asking for the sum of $164,223.55 and our subcontractor, DeAtley Crushing is asking for the sum of $113,610.00 to recover the costs incurred due to the removal of unaccepted Aggregate D Base, reproduction, and replacement with accepted Aggregate D Base. The failing tests indicated a higher than specified percentage of material passing the # 200 sieve. It is M.A. DeAtley's and DeAtley Crushing's contention that the failing tests were a result of the WFLHD's designated source which subsequently caused the Aggregate D Base material to break down in the stockpile between November 2001 and August 2002.

M.A. DeAtley Construction, Inc. and DeAtley Crushing Company used the Government provided source under the guidance of the Standard Specifications, page E-8, section 105.5, paragraph 2. Gradation tests on the materials during crushing operations from the source indicated satisfactory results and retesting of the crushed material several months later from stockpile produced unacceptable gradation test results.

M.A. DeAtley Construction, Inc. and DeAtley Crushing Company retained the services of an independent laboratory to test the WFLHD provided material source. The results of the sodium sulfate soundness tests, used to depict weathering, have shown that the actual source does not meet WFLHD source requirements. These test results indicate that the Geotechnical Report findings on the limited sample were in error. The test results clearly indicate that the degradation of the crushed Aggregate D Base was a result of a poor material source and not the actions of M.A. DeAtley Construction, Inc.

The contract clearly indicates that the risk of providing a suitable source remains with the WFLHD. The existence of a Geotechnical Report that turns out to be in error similarly does not relieve the Government of its responsibility to provide a source that meets source specification. If the source had met the source specifications, the degradation and



2

weathering of the Aggregate D Base would not have occurred. The crushed Aggregate D Base would have remained within specification, and M.A. DeAtley Construction, Inc. and DeAtley Crushing Company would not have incurred significant additional costs.

To date we have been unable to resolve this issue with members of the WFLHD. Under 52.233-1 DISPUTES (DEC 1998) ALTERNATE I (DECEMBER 1991) we respectfully request your consideration and resolution and decision regarding our claim on or prior to November 26, 2003. To assist with your review, we are attaching a packet of information, test results, and correspondence.

Thank you in advance for your consideration.

Sincerely,

M.A. DeAtley Construction, Inc.

Craig T. Owens
Project Manager

3

# CERTIFICATION

As required by the Contract Disputes Act, 49 U.S.C. '605 et seq., under the Contract Disputes Act, '605(c)(1), the undersigned hereby certifies that this claim is made in good faith, that the supporting data are accurate and complete to the best of my knowledge and belief, that the amount requested accurately reflects the contract adjustment for which M.A. DeAtley Construction, Inc. believes the Government is liable, and that I, Mark DeAtley, President of M.A. DeAtley Construction, Inc. is duly authorized to certify this claim on behalf of M.A. DeAtley Construction, Inc..

M.A. DeAtley Construction, Inc.

By: [signature]
Its: President
Date: September 19, 2003

STATE OF ~~IDAHO~~ Washington )
: ss
County of ~~Nez Perce~~ Asotin )

SUBSCRIBED AND SWORN to before me this 19th day of ~~July~~ September, 2003.

[signature]
Print Name: Carrie A. Johnson
Notary Public in and for the State of Washington, Residing at Asotin.
My Appointment Expires: 1-10-06.

CARRIE A. JOHNSON
COMMISSION EXP.
NOTARY PUBLIC
JAN. 10, 2006
STATE OF WASHINGTON

4

# TABLE OF CONTENTS

Request of CO Decision September 18, 2003

Project Timeline

Contentions

WFLHD – Contractors Daily Record of Construction Operation

Contractor's Daily Quality Control Reports 2001-2002

Professional Opinions

Correspondence: Contractors and WFLHD

Test Data

5

**M.A. DeAtley Construction, Inc.**
**Flowery Trail Road**
**Attach to DeAtley Crushing - Invoice**
**Period Worked: 9/1/02 - 9/15-02**

Aggregate D

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/01 | Abrahamson, James | GL | $ 29.49 | 2.5 | $ 73.73 | | | | $ - | |
| | | | $ 47.14 | 0.5 | $ 23.57 | | | | $ - | |
| | Fisher, Allyn | ED | $ 33.20 | 3.5 | $ 116.20 | 18-152 | 3.5 | $ 31.95 | $ 111.83 | |
| | Glover, David | ED | $ 33.20 | 7 | $ 232.40 | 18-152 | 7.5 | $ 31.95 | $ 239.63 | |
| | | ED | $ 44.84 | 2 | $ 89.68 | 18-152 | | | $ - | |
| | Mattson, Thomas | ED | $ 33.20 | 8 | $ 265.60 | 18-150 | 9 | $ 31.95 | $ 287.55 | |
| | | ED | $ 44.84 | 1 | $ 44.84 | 18-150 | | | $ - | |
| | Willman, Chris | ED | $ 33.20 | 8.5 | $ 282.20 | 18-151 | 8.5 | $ 31.95 | $ 271.58 | |
| | Lacey, Rick | Rental | | | $ - | Truck Only | 8 | $ 55.00 | $ 440.00 | 26 Loads |
| | Lehman, Scott | | | | $ - | Truck Only | 9 | $ 55.00 | $ 495.00 | 38 Loads |
| | Platt, Chris | Rental | | | $ - | Truck Only | 8.5 | $ 55.00 | $ 467.50 | 35 Loads |
| 11/05/01 | Abrahamson, James | GL | $ 29.49 | 8 | $ 235.92 | | | | $ - | |
| | Fisher, Allyn | ED | $ 33.20 | 7.5 | $ 249.00 | 18-152 | 7 | $ 31.95 | $ 223.65 | |
| | Glover, David | ED | $ 33.20 | 9 | $ 298.80 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | Mattson, Thomas | ED | $ 33.20 | 4.5 | $ 149.40 | 18-150 | 2 | $ 31.95 | $ 63.90 | |
| | Lacey, Rick | Rental | | | $ - | Truck Only | 9 | $ 55.00 | $ 495.00 | 56 Loads |
| | Lehman, Scott | | | | $ - | Truck Only | 10 | $ 55.00 | $ 550.00 | 48 Loads |
| | Willman, Chris | ED | $ 33.20 | 4.5 | $ 149.40 | 18-151 | 4.5 | $ 31.95 | $ 143.78 | |
| 11/06/01 | Lacey, Rick | Rental | | | $ - | Truck Only | 9.5 | $ 55.00 | $ 522.50 | 48 Loads |
| | Lehman, Scott | | | | $ - | Truck Only | 10 | $ 55.00 | $ 550.00 | 59 Loads |
| | Beyer, David | ED | $ 33.20 | 8 | $ 265.60 | 18-150 | 7.5 | $ 31.95 | $ 239.63 | |
| | Fisher, Allyn | ED | $ 33.20 | 9.5 | $ 315.40 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | Mattson, Thomas | ED | $ 33.20 | 1.5 | $ 49.80 | 18-150 | 1.5 | $ 31.95 | $ 47.93 | |
| | Speelmon, Douglas | GL | $ 29.49 | 6 | $ 176.94 | | | | $ - | |
| | Abrahamson, James | GL | $ 29.49 | 8 | $ 235.92 | | | | $ - | |
| 11/07/01 | Lacey, Rick | Rental | | | $ - | Truck Only | 9 | $ 55.00 | $ 495.00 | 55 Loads |
| | Lehman, Scott | | | | $ - | Truck Only | 11 | $ 55.00 | $ 605.00 | 72 Loads |
| | Fisher, Allyn | ED | $ 33.20 | 9.5 | $ 315.40 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | Glover, David | ED | $ 33.20 | 9 | $ 298.80 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | Lodi, Stephen | B2 | $ 34.21 | 1.5 | $ 51.32 | 1-302 Grader | 1.5 | $ 60.69 | $ 91.04 | |
| | Speelmon, Douglas | GL | $ 29.49 | 5.5 | $ 162.20 | | | | $ - | |
| | Willman, Chris | ED | $ 33.20 | 9 | $ 298.80 | 18-151 | 7 | $ 31.95 | $ 223.65 | |
| | Abrahamson, James | GL | $ 29.49 | 8 | $ 235.92 | | | | $ - | |
| 11/08/01 | Clark, Mark | ED | $ 33.20 | 1 | $ 33.20 | 18-060 | 1 | $ 31.95 | $ 31.95 | |
| | Lacey, Rick | Rental | | | $ - | Truck Only | 8 | $ 55.00 | $ 440.00 | 45 Loads |
| | Lehman, Scott | | | | $ - | Truck Only | 10 | $ 55.00 | $ 550.00 | 43 Loads |
| | Platt, Chris | Rental | | | $ - | Truck Only | 4.5 | $ 55.00 | $ 247.50 | 18 Loads |
| | Fisher, Allyn | ED | $ 33.20 | 8 | $ 265.60 | 18-152 | 7.5 | $ 31.95 | $ 239.63 | |
| | Lodi, Stephen | B2 | $ 34.21 | 2 | $ 68.42 | 1-301 Grader | 2 | $ 60.59 | $ 121.18 | |
| | Mattson, Thomas | ED | $ 33.20 | 1.5 | $ 49.80 | 18-150 | 1.5 | $ 31.95 | $ 47.93 | |
| | Speelmon, Douglas | GL | $ 29.49 | 2.5 | $ 73.73 | | | | $ - | |
| | | GL | $ 40.56 | 3 | $ 121.68 | | | | $ - | |
| | White, Marty | ED | $ 33.20 | 1 | $ 33.20 | 18-060 | 3.5 | $ 31.95 | $ 111.83 | |

**M.A. DeAtley Construction, Inc.**
**Flowery Trail Road**
**Attach to DeAtley Crushing - Invoice**
**Period Worked: 9/1/02 - 9/15-02**

**Aggregate D**

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ED | $ 44.84 | 3 | $ 134.52 | 18-060 | | | $ - | |
| | Willman, Chris | ED | $ 33.20 | 7.5 | $ 249.00 | 18-152 | 7 | $ 31.95 | $ 223.65 | |
| | Abrahamson, James | GL | $ 29.49 | 12 | $ 353.88 | | | | $ - | |
| | Beyer, David | ED | $ 33.20 | 8 | $ 265.60 | 18-150 | 5 | $ 31.95 | $ 159.75 | |
| 11/09/01 | Lacey, Rick | Rental | | | $ - | Truck Only | 11.5 | $ 55.00 | $ 632.50 | 53 Loads |
| | Piatt, Chris | Rental | | | $ - | Truck Only | 3.5 | $ 55.00 | $ 192.50 | 8 Loads |
| | Fisher, Allyn | ED | $ 33.20 | 1.5 | $ 49.80 | | | | $ - | |
| | | ED | $ 44.84 | 8 | $ 358.72 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | Glover, David | ED | $ 33.20 | 3 | $ 99.60 | 18-152 | 3 | $ 31.95 | $ 95.85 | |
| | Mattson, Thomas | ED | $ 33.20 | 3 | $ 99.60 | 18-150 | 3 | $ 31.95 | $ 95.85 | |
| | | ED | $ 44.84 | 7 | $ 313.88 | 18-150 | 7 | $ 31.95 | $ 223.65 | |
| | White, Marty | ED | $ 44.84 | 3.5 | $ 156.94 | 18-060 | 3 | $ 31.95 | $ 95.85 | |
| | Abrahamson, James | GL | $ 29.49 | 4 | $ 117.96 | | | | $ - | |
| | | GL | $ 40.56 | 5.5 | $ 223.08 | | | | $ - | |
| | Beyer, David | ED | $ 44.84 | 3 | $ 134.52 | 18-150 | 3 | $ 31.95 | $ 95.85 | |
| 11/12/01 | Abrahamson, James | GL | $ 29.49 | 13 | $ 383.37 | | | | $ - | |
| | Beyer, David | ED | $ 33.20 | 10 | $ 332.00 | 18-150 | 9.5 | $ 31.95 | $ 303.53 | |
| | Glover, David | ED | $ 33.20 | 10 | $ 332.00 | 18-152 | 10 | $ 31.95 | $ 319.50 | |
| | White, Marty | ED | $ 33.20 | 2.5 | $ 83.00 | 18-060 | 2.5 | $ 31.95 | $ 79.88 | |
| | Piatt, Chris | Rental | | | $ - | Truck Only | 2 | $ 55.00 | $ 110.00 | 11 Loads |
| 11/13/01 | Abrahamson, James | GL | $ 29.49 | 7 | $ 206.43 | | | | $ - | |
| 08/28/02 | Smith, Alan | D1 | $ 34.21 | 5 | $ 171.05 | 6-303 Dozer | 4 | $ 131.35 | $ 525.40 | |
| | Lodi, Stephen | H1 | $ 34.52 | 10 | $ 345.20 | 25-303 Excav. | 6 | $ 134.79 | $ 808.74 | |
| | Beyer, David | TB | $ 33.32 | 10 | $ 333.20 | 18-806 | 10 | $ 41.18 | $ 411.80 | |
| | | | | | $ - | 20-226 | 10 | $ 9.94 | $ 99.40 | |
| | Colson, Ken | TB | $ 33.32 | 10 | $ 333.20 | 18-807 | 10 | $ 41.18 | $ 411.80 | |
| | | | | | $ - | 20-230 | 10 | $ 9.94 | $ 99.40 | |
| | Willman, Chris | ED | $ 33.20 | 3 | $ 99.60 | 18-151 | 3 | $ 31.95 | $ 95.85 | |
| | Fisher, Allyn | ED | $ 33.20 | 2 | $ 66.40 | 18-152 | 2 | $ 31.95 | $ 63.90 | |
| 08/29/02 | Smith, Alan | D1 | $ 34.21 | 7 | $ 239.47 | 6-303 Dozer | 7 | $ 131.35 | $ 919.45 | |
| | Lodi, Stephen | H1 | $ 34.52 | 6.5 | $ 224.38 | 25-303 Excav. | 6.5 | $ 134.79 | $ 876.14 | |
| | Beyer, David | TB | $ 33.32 | 7 | $ 233.24 | 18-806 | 7 | $ 41.18 | $ 288.26 | |
| | | | | | $ - | 20-226 | 7 | $ 9.94 | $ 69.58 | |
| | Colson, Ken | TB | $ 33.32 | 7 | $ 233.24 | 18-807 | 7 | $ 41.18 | $ 288.26 | |
| | | | | | $ - | 20-230 | 7 | $ 9.94 | $ 69.58 | |
| | Sumner, Joe | TB | $ 33.32 | 7 | $ 233.24 | 18-140 | 7 | $ 41.18 | $ 288.26 | |
| | | | | | $ - | 20-231 | 7 | $ 9.94 | $ 69.58 | |
| | Fisher, Allyn | ED | $ 33.20 | 4 | $ 132.80 | 18-152 | 4 | $ 31.95 | $ 127.80 | |
| 08/30/02 | Abrahamson, James | L1 | $ 34.21 | 3.5 | $ 119.74 | 450 Loader | 3.5 | $ 71.10 | $ 248.85 | |
| | Bishop, Dennis | H1 | $ 34.52 | 4 | $ 138.08 | Cat 320 Excav. | 3 | $ 63.92 | $ 191.76 | |
| | Jensen, Michael | B2 | $ 34.21 | 2 | $ 68.42 | 1-301 Grader | 2 | $ 60.59 | $ 121.18 | |
| | Mays, Diane | S1 | $ 34.21 | 8 | $ 273.68 | 8-309 Scraper | 6 | $ 152.94 | $ 917.64 | |
| 09/03/02 | Grove Enterprises | Rental | | | $ - | Truck and Pup | 10.5 | $ 70.00 | $ 735.00 | |

**M.A. DeAtley Construction, Inc.**
**Flowery Trail Road**
**Attach to DeAtley Crushing - Invoice**
**Period Worked: 9/1/02 - 9/15-02**

**Aggregate D**

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | Grove, Jereme | Rental | | | $ - | Truck and Pup | 10 | $ 70.00 | $ 700.00 | |
| | Lacey, Rick | Rental | | | $ - | Truck and Pup | 10 | $ 70.00 | $ 700.00 | |
| | Maresca, Pete | Rental | | | $ - | Truck and Pup | 10 | $ 70.00 | $ 700.00 | |
| | Platt, Chris | Rental | | | $ - | Truck and Pup | 10 | $ 70.00 | $ 700.00 | |
| | Reijonen, Steve | Rental | | | $ - | Truck and Pup | 9 | $ 70.00 | $ 630.00 | |
| | Abrahamson, James | L1 | $ 34.21 | 10 | $ 342.10 | 450 Loader | 10 | $ 71.10 | $ 711.00 | |
| | Beyer, David | TB | $ 33.32 | 10 | $ 333.20 | 18-807 | 10 | $ 41.18 | $ 411.80 | |
| | | | | | $ - | 20-226 | 10 | $ 9.94 | $ 99.40 | |
| | Clark, Mark | TP | $ 33.52 | 10.5 | $ 351.96 | 18-060 | 10.5 | $ 31.95 | $ 335.48 | |
| | | | | | $ - | 20-062 | 10.5 | $ 11.22 | $ 117.81 | |
| | Colsen, Ken | TB | $ 33.32 | 10.5 | $ 349.86 | 18-806 | 10.5 | $ 41.18 | $ 432.39 | |
| | | | | | $ - | 20-230 | 10.5 | $ 9.94 | $ 104.37 | |
| | Fisher, Allyn | ED | $ 33.20 | 10 | $ 332.00 | 18-152 | 10 | $ 31.95 | $ 319.50 | |
| | Hansen, Gene | D1 | $ 34.21 | 4 | $ 136.84 | 6-301 Dozer | 4 | $ 54.70 | $ 218.80 | |
| | | L1 | $ 34.21 | 2 | $ 68.42 | 950G Loader | 2 | $ 47.39 | $ 94.78 | |
| | Kyle, Dale | B2 | $ 34.21 | 10.5 | $ 359.21 | 160H Grader | 10.5 | $ 56.70 | $ 595.35 | |
| | Leslie, Richard | TB | $ 33.32 | 10.5 | $ 349.86 | 18-808 | 10.5 | $ 41.18 | $ 432.39 | |
| | | | | | $ - | 20-234 | 10.5 | $ 9.94 | $ 104.37 | |
| | Lodi, Stephen | B2 | $ 34.21 | 10.5 | $ 359.21 | 1-301 Grader | 10.5 | $ 60.59 | $ 636.20 | |
| | | | | | $ - | | | | $ - | |
| | Mattson, Thomas | TP | $ 33.52 | 11 | $ 368.72 | 18-150 | 11 | $ 31.95 | $ 351.45 | |
| | | | | | $ - | 20-150 | 11 | $ 11.22 | $ 123.42 | |
| | Mays, Diane | GL | $ 29.49 | 10 | $ 294.90 | Weigh Reject | | | $ - | |
| | Sumner, Joe | TB | $ 33.32 | 10.5 | $ 349.86 | 18-140 | 10.5 | $ 41.18 | $ 432.39 | |
| | | | | | $ - | 20-231 | 10.5 | $ 9.94 | $ 104.37 | |
| | Willman, Chris | TP | $ 33.52 | 10 | $ 335.20 | 18-151 | 10 | $ 31.95 | $ 319.50 | |
| | | | | | $ - | 20-151 | 10 | $ 11.22 | $ 112.20 | |
| | Youngers, Ken | H1 | $ 34.52 | 10.5 | $ 362.46 | PC600 Excav. | 9.5 | $ 177.07 | $ 1,682.17 | |
| 09/04/02 | Grove Enterprises | Rental | | | $ - | Truck and Pup | 1 | $ 70.00 | $ 70.00 | |
| | Grove, Jereme | Rental | | | $ - | Truck and Pup | 6 | $ 70.00 | $ 420.00 | |
| | Lacey, Rick | Rental | | | $ - | Truck and Pup | 8 | $ 70.00 | $ 560.00 | |
| | Maresca, Pete | Rental | | | $ - | Truck and Pup | 9.5 | $ 70.00 | $ 665.00 | |
| | Platt, Chris | Rental | | | $ - | Truck and Pup | 10 | $ 70.00 | $ 700.00 | |
| | Reijonen, Steve | Rental | | | $ - | Truck and Pup | 9.5 | $ 70.00 | $ 665.00 | |
| | Abrahamson, James | L1 | $ 34.21 | 11 | $ 376.31 | 450 Loader | 11 | $ 71.10 | $ 782.10 | |
| | Arthur, William | S1 | $ 34.21 | 4 | $ 136.84 | 8-309 Scraper | 4 | $ 152.94 | $ 611.76 | |
| | Beyer, David | TB | $ 33.32 | 7.5 | $ 249.90 | 18-807 | 7.5 | $ 41.18 | $ 308.85 | |
| | | | | | $ - | 20-226 | 7.5 | $ 9.94 | $ 74.55 | |
| | Clark, Mark | TP | $ 33.52 | 8 | $ 268.16 | 18-060 | 8 | $ 31.95 | $ 255.60 | |
| | | | | | $ - | 20-062 | 8 | $ 11.22 | $ 89.76 | |
| | Colson, Ken | TB | $ 33.32 | 7.5 | $ 249.90 | 18-806 | 7.5 | $ 41.18 | $ 308.85 | |
| | | | | | $ - | 20-230 | 7.5 | $ 9.94 | $ 74.55 | |
| | Fisher, Allyn | TP | $ 33.52 | 2 | $ 67.04 | 18-152 | 2 | $ 31.95 | $ 63.90 | |

**M.A. DeAtley Construction, Inc.**
**Flowery Trail Road**
**Attach to DeAtley Crushing - Invoice**
**Period Worked: 9/1/02 - 9/15-02**

Aggregate D

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $ - | 20-152 | 2 | $ 11.22 | $ 22.44 | |
| | Jensen, Michael | B2 | $ 34.21 | 5 | $ 171.05 | 1-301Grader | 5 | $ 60.59 | $ 302.95 | |
| | Kyle, Dale | B2 | $ 34.21 | 3 | $ 102.63 | 160H Grader | 2 | $ 56.70 | $ 113.40 | |
| | Leslie, Richard | TB | $ 33.32 | 7 | $ 233.24 | 18-808 | 7 | $ 41.18 | $ 288.26 | |
| | | | | | $ - | 20-234 | 7 | $ 9.94 | $ 69.58 | |
| | Lodi, Stephen | L1 | $ 34.21 | 5 | $ 171.05 | 950G Loader | 5 | $ 47.39 | $ 236.95 | |
| | Mattson, Thomas | TP | $ 33.52 | 8 | $ 268.16 | 18-150 | 8 | $ 31.95 | $ 255.60 | |
| | | | | | $ - | 20-150 | 8 | $ 11.22 | $ 89.76 | |
| | Mays, Diane | GL | $ 29.49 | 7 | $ 206.43 | Weigh Reject | | | $ - | |
| | Sumner, Joe | TB | $ 33.32 | 7 | $ 233.24 | 18-140 | 7 | $ 41.18 | $ 288.26 | |
| | | | | | $ - | 20-231 | 7 | $ 9.94 | $ 69.58 | |
| | Willman, Chris | TP | $ 33.52 | 6 | $ 201.12 | 18-151 | 6 | $ 31.95 | $ 191.70 | |
| | | | | | $ - | 20-151 | 6 | $ 11.22 | $ 67.32 | |
| | Youngers, Ken | H1 | $ 34.52 | 10 | $ 345.20 | PC600 Excav. | 10 | $ 177.07 | $ 1,770.70 | |
| | Smith, Vickie | R1 | $ 32.47 | 9 | $ 292.23 | 583C Roller | 9 | $ 51.81 | $ 466.29 | |
| 09/05/02 | Grove Enterprises | Rental | | | $ - | Truck and Pup | 2 | $ 70.00 | $ 140.00 | |
| | Grove, Jereme | Rental | | | $ - | Truck and Pup | 2 | $ 70.00 | $ 140.00 | |
| | Lacey, Rick | Rental | | | $ - | Truck and Pup | 4 | $ 70.00 | $ 280.00 | |
| | Maresca, Pete | Rental | | | $ - | Truck and Pup | 1 | $ 70.00 | $ 70.00 | |
| | Piatt, Chris | Rental | | | $ - | Truck and Pup | 4 | $ 70.00 | $ 280.00 | |
| | Reljonen, Steve | Rental | | | $ - | Truck and Pup | 2 | $ 70.00 | $ 140.00 | |
| | Abrahamson, James | L1 | $ 34.21 | 11 | $ 376.31 | 450 Loader | 11 | $ 71.10 | $ 782.10 | |
| | Arthur, William | S1 | $ 34.21 | 4 | $ 136.84 | 8-309 Scraper | 3 | $ 152.94 | $ 458.82 | |
| | Beyer, David | TB | $ 33.32 | 11 | $ 366.52 | 18-807 | 9 | $ 41.18 | $ 370.62 | |
| | | | | | $ - | 20-226 | 9 | $ 9.94 | $ 89.46 | |
| | Clark, Mark | TP | $ 33.52 | 5 | $ 167.60 | 18-060 | 3 | $ 31.95 | $ 95.85 | |
| | | | | | $ - | 20-062 | 3 | $ 11.22 | $ 33.66 | |
| | Colson, Ken | TB | $ 33.32 | 11 | $ 366.52 | 18-806 | 9 | $ 41.18 | $ 370.62 | |
| | | | | | $ - | 20-230 | 9 | $ 9.94 | $ 89.46 | |
| | Fisher, Allyn | TP | $ 33.52 | 10 | $ 335.20 | 18-152 | 8 | $ 31.95 | $ 255.60 | |
| | | | | | $ - | 20-152 | 8 | $ 11.22 | $ 89.76 | |
| | Guiza, Jose | GL | $ 29.49 | 3 | $ 88.47 | | | | $ - | |
| | | R1 | $ 32.47 | 10 | $ 324.70 | 583C Roller | 8 | $ 51.81 | $ 414.48 | |
| | Jensen, Michael | B2 | $ 34.21 | 12 | $ 410.52 | 1-301 Grader | 12 | $ 60.59 | $ 727.08 | |
| | Jones, Kristy | GL | $ 29.49 | 12 | $ 353.88 | | | | $ - | |
| | Kyle, Dale | B2 | $ 34.21 | 12.5 | $ 427.83 | 160H Grader | 12.5 | $ 56.70 | $ 708.75 | |
| | Leslie, Richard | TB | $ 33.32 | 11 | $ 366.52 | 18-808 | 9 | $ 41.18 | $ 370.62 | |
| | | | | | $ - | 20-234 | 9 | $ 9.94 | $ 89.46 | |
| | Lodi, Stephen | L1 | $ 34.21 | 6 | $ 205.26 | 950G Loader | 6 | $ 47.39 | $ 284.34 | |
| | Mattson, Thomas | TP | $ 33.52 | 7.5 | $ 251.40 | 18-150 | 7 | $ 31.95 | $ 223.65 | |
| | | | | | $ - | 20-150 | 7 | $ 11.22 | $ 78.54 | |
| | Mays, Diane | GL | $ 29.49 | | $ - | Weigh Reject | | | $ - | |
| | Smith, Alan | L1 | $ 34.21 | 11 | $ 376.31 | Crusher Loader | | | $ - | |

M.A. DeAtley Construction, Inc.
Flowery Trail Road
Attach to DeAtley Crushing - Invoice
Period Worked: 9/1/02 - 9/15-02

Aggregate D

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sumner, Joe | TB | $ 33.32 | 11.5 | $ 383.18 | 18-140 | 8.5 | $ 41.18 | $ 350.03 | |
| | | | | | $ - | 20-231 | 8.5 | $ 9.94 | $ 84.49 | |
| | Willman, Chris | TP | $ 33.52 | 9 | $ 301.68 | 18-151 | 6 | $ 31.95 | $ 191.70 | |
| | | | | | $ - | 20-151 | 6 | $ 11.22 | $ 67.32 | |
| 09/06/02 | Piatt, Chris | Rental | | | $ - | Truck and Pup | 4 | $ 70.00 | $ 280.00 | |
| | Abrahamson, James | L1 | $ 34.21 | 8 | $ 273.68 | 450 Loader | 8 | $ 71.10 | $ 568.80 | |
| | | L1 | $ 47.14 | 3 | $ 141.42 | 450 Loader | 3 | $ 71.10 | $ 213.30 | |
| | Arthur, William | S1 | $ 34.21 | 1.5 | $ 51.32 | 8-309 Scraper | 1.5 | $ 152.94 | $ 229.41 | |
| | | S1 | $ 47.14 | 4 | $ 188.56 | 8-309 Scraper | 4 | $ 152.94 | $ 611.76 | |
| | Beyer, David | TB | $ 33.32 | 7.5 | $ 249.90 | 18-807 | 9 | $ 41.18 | $ 370.62 | |
| | | | $ 45.03 | 2.5 | $ 112.58 | 20-226 | 9 | $ 9.94 | $ 89.46 | |
| | Colson, Ken | TB | $ 33.32 | 7 | $ 233.24 | 18-806 | 8.5 | $ 41.18 | $ 350.03 | |
| | | | $ 45.03 | 2.5 | $ 112.58 | 20-230 | 8.5 | $ 9.94 | $ 84.49 | |
| | Fisher, Allyn | TP | $ 33.52 | 8 | $ 268.16 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | | | $ 45.03 | 2.5 | $ 112.58 | 20-152 | 9 | $ 11.22 | $ 100.98 | |
| | Guiza, Jose | R1 | $ 32.47 | 6 | $ 194.82 | 583C Roller | 4 | $ 51.81 | $ 207.24 | |
| | | GL | $ 29.49 | 1 | $ 29.49 | | | | $ - | |
| | | GL | $ 40.56 | 3.5 | $ 141.96 | | | | $ - | |
| | Hansen, David | D1 | $ 34.21 | 11 | $ 376.31 | 6-301 Dozer | 11 | $ 54.70 | $ 601.70 | |
| | Jensen, Michael | B2 | $ 34.21 | 6 | $ 205.26 | 1-301 Grader | 6 | $ 60.59 | $ 363.54 | |
| | Jones, Kristy | GL | $ 29.49 | 6 | $ 176.94 | | | | $ - | |
| | Kyle, Dale | B2 | $ 34.21 | 5 | $ 171.05 | 160H Grader | 5 | $ 56.70 | $ 283.50 | |
| | | B2 | $ 47.14 | 4.5 | $ 212.13 | 160H Grader | 4.5 | $ 56.70 | $ 255.15 | |
| | Leslie, Richard | TB | $ 33.32 | 7.5 | $ 249.90 | 18-808 | 9 | $ 41.18 | $ 370.62 | |
| | | | $ 45.03 | 2.5 | $ 112.58 | 20-234 | 9 | $ 9.94 | $ 89.46 | |
| | Mattson, Thomas | ED | $ 33.20 | 5.5 | $ 182.60 | 18-152 | 5 | $ 31.95 | $ 159.75 | |
| | | ED | $ 44.84 | 5 | $ 224.20 | 18-152 | 5 | $ 31.95 | $ 159.75 | |
| | Mays, Diane | GL | $ 29.49 | 6.5 | $ 191.69 | Weigh Reject | | | $ - | |
| | | GL | $ 40.56 | 4 | $ 162.24 | Weigh Reject | | | $ - | |
| | Owens, John | R1 | $ 32.47 | 2.5 | $ 81.18 | 583C Roller | 3.5 | $ 51.81 | $ 181.34 | |
| | | R1 | $ 44.53 | 1 | $ 44.53 | | | | $ - | |
| | Smith, Alan | L1 | $ 34.21 | 10 | $ 342.10 | 950G Loader | 10 | $ 47.39 | $ 473.90 | |
| | | L1 | $ 47.14 | 1 | $ 47.14 | 950G Loader | 1 | $ 47.39 | $ 47.39 | |
| | Sumner, Joe | TB | $ 33.32 | 7 | $ 233.24 | 18-140 | 9 | $ 41.18 | $ 370.62 | |
| | | | $ 45.03 | 3 | $ 135.09 | 20-231 | 9 | $ 9.94 | $ 89.46 | |
| | Willman, Chris | TP | $ 33.52 | 8 | $ 268.16 | 18-151 | 10 | $ 31.95 | $ 319.50 | |
| | | | $ 45.03 | 2 | $ 90.06 | 20-151 | 10 | $ 11.22 | $ 112.20 | |
| 09/07/02 | Guiza, Jose | GL | $ 29.49 | 6.5 | $ 191.69 | | | | $ - | |
| | Hansen, David | D1 | $ 34.21 | 5 | $ 171.05 | 6-301 Dozer | 4 | $ 54.70 | $ 218.80 | |
| | Jones, Kristy | R1 | $ 32.47 | 8.5 | $ 276.00 | 583C Roller | 5.5 | $ 51.81 | $ 284.96 | |
| | Wilson, Alvin | R1 | $ 32.47 | 7.5 | $ 243.53 | 2-306 Roller | 5 | $ 55.37 | $ 276.85 | |
| 09/09/02 | Beyer, David | TB | $ 33.21 | 4 | $ 132.84 | 18-808 | 2 | $ 41.18 | $ 82.36 | |
| | | | | | $ - | 20-226 | 2 | $ 9.94 | $ 19.88 | |

M.A. DeAtley Construction, Inc.
Flowery Trail Road
Attach to DeAtley Crushing - Invoice
Period Worked: 9/1/02 - 9/15-02

Aggregate D

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | Clark, Mark | TB | $ 33.21 | 3 | $ 99.63 | 18-060 | 3 | $ 41.18 | $ 123.54 | |
| | | | | | $ - | 20-226 | 3 | $ 9.94 | $ 29.82 | |
| | Fisher, Allyn | TP | $ 33.52 | 3 | $ 100.56 | 18-152 | 3 | $ 31.95 | $ 95.85 | |
| | | | | | $ - | 20-152 | 3 | $ 11.22 | $ 33.66 | |
| | Guiza, Jose | GL | $ 29.49 | 11.5 | $ 339.14 | | | | $ - | |
| | Hansen, David | R1 | $ 32.47 | 4 | $ 129.88 | 583C Roller | 3 | $ 51.81 | $ 155.43 | |
| | Jones, Kristy | R1 | $ 32.47 | 7 | $ 227.29 | 583C Roller | 6 | $ 51.81 | $ 310.86 | |
| | | GL | $ 29.49 | 4.5 | $ 132.71 | | | | $ - | |
| | Kyle, Dale | B2 | $ 34.21 | 11.5 | $ 393.42 | 160H Grader | 9.5 | $ 56.70 | $ 538.65 | |
| | Leslie, Richard | TB | $ 33.32 | 2 | $ 66.64 | 18-808 | 1.5 | $ 41.18 | $ 61.77 | |
| | | | | | $ - | 20-234 | 1.5 | $ 9.94 | $ 14.91 | |
| | Lodi, Stepner | TB | $ 33.32 | 3.5 | $ 116.62 | 18-806 | 2.5 | $ 41.18 | $ 102.95 | |
| | | | | | $ - | 20-230 | 2.5 | $ 9.94 | $ 24.85 | |
| | Mays, Diane | GL | $ 29.49 | 3.5 | $ 103.22 | | | | $ - | |
| | Smith, Alan | L1 | $ 34.21 | 4 | $ 136.84 | 950G Loader | 3 | $ 47.39 | $ 142.17 | |
| | Sumner, Joe | TB | $ 33.32 | 1.5 | $ 49.98 | 18-140 | 1.5 | $ 41.18 | $ 61.77 | |
| | | | | | $ - | 20-231 | 1.5 | $ 9.94 | $ 14.91 | |
| 09/10/02 | Beyer, Dave | TB | $ 33.32 | 10 | $ 333.20 | 18-807 | 8 | $ 41.18 | $ 329.44 | |
| | | | | | $ - | 20-226 | 8 | $ 9.94 | $ 79.52 | |
| | Clark, Mark | TP | $ 33.52 | 10 | $ 335.20 | 18-060 | 9 | $ 31.95 | $ 287.55 | |
| | | | | | $ - | 20-062 | 9 | $ 11.22 | $ 100.98 | |
| | Fisher, Allyn | TP | $ 33.52 | 10.5 | $ 351.96 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | | | | | $ - | 20-162 | 9 | $ 11.22 | $ 100.98 | |
| | Kyle, Dale | B2 | $ 34.21 | 10.5 | $ 359.21 | 160H Grader | 8.5 | $ 56.70 | $ 481.95 | |
| | Leslie, Richard | TB | $ 33.32 | 11 | $ 366.52 | 18-808 | 10 | $ 41.18 | $ 411.80 | |
| | | | | | $ - | 20-234 | 10 | $ 9.94 | $ 99.40 | |
| | Matson, Thomas | TB | $ 33.32 | 10 | $ 333.20 | 18-806 | 9 | $ 41.18 | $ 370.62 | |
| | | | | | $ - | 20-230 | 9 | $ 9.94 | $ 89.46 | |
| | Mays, Diane | GL | $ 29.49 | 11 | $ 324.39 | | | | $ - | |
| | Rose, John | TP | $ 33.52 | 10 | $ 335.20 | 18-150 | 9 | $ 31.95 | $ 287.55 | |
| | | | | | $ - | 20-150 | 9 | $ 11.22 | $ 100.98 | |
| | Smith, Alan | L1 | $ 34.21 | 10 | $ 342.10 | 950G Loader | 9 | $ 47.39 | $ 426.51 | |
| | Sumner, Joe | TB | $ 33.32 | 10 | $ 333.20 | 18-140 | 9 | $ 41.18 | $ 370.62 | |
| | | | | | $ - | 20-231 | 9 | $ 9.94 | $ 89.46 | |
| | Lacey, Rick | Rental | | | $ - | Truck and Pup | 7 | $ 70.00 | $ 490.00 | |
| 09/11/02 | Fisher, Allyn | TP | $ 33.52 | 1 | $ 33.52 | 18-152 | 1 | $ 31.95 | $ 31.95 | |
| | | | | | $ - | 20-152 | 1 | $ 11.22 | $ 11.22 | |
| | Mays, Diane | GL | $ 29.49 | 2 | $ 58.98 | Weigh Reject | | | $ - | |
| | Lacey, Rick | Rental | | | $ - | Truck and Pup | 1 | $ 70.00 | $ 70.00 | |
| 09/16/02 | Clark, Mark | TP | $ 33.52 | 2 | $ 67.04 | 18-060 | 2 | $ 31.95 | $ 63.90 | 9/16 and |
| | | | | | $ - | 20-062 | 2 | $ 11.22 | $ 22.44 | 9/18 time |
| | Fisher, Allyn | TP | $ 33.52 | 3.5 | $ 117.32 | 18-152 | 3 | $ 31.95 | $ 95.85 | is for the |
| | | | | | $ - | 20-152 | 3 | $ 11.22 | $ 33.66 | completion |

16

**M.A. DeAtley Construction, Inc.**
**Flowery Trail Road**
**Attach to DeAtley Crushing - Invoice**
**Period Worked: 9/1/02 - 9/15-02**

**Aggregate D**

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | McCann, Mike | S1 | $ 34.21 | 5 | $ 171.05 | 8-309 Scraper | 4 | $ 152.94 | $ 611.76 | of moving |
| | Mitchell, Timm | CW | $ 33.52 | 2.5 | $ 83.80 | T-230 Cwagon | 2 | $ 97.00 | $ 194.00 | the stock |
| | Smith, Alan | L1 | $ 34.21 | 6 | $ 205.26 | 950G Loader | 4 | $ 47.39 | $ 189.56 | pile areas |
| | Willman, Chris | TP | $ 33.52 | 3 | $ 100.56 | 18-151 | 2.5 | $ 31.95 | $ 79.88 | that were |
| | | | | | $ - | 20-151 | 2.5 | $ 11.22 | $ 28.05 | on the |
| 09/18/02 | Clark, Mark | TP | $ 33.52 | 1 | $ 33.52 | 18-060 | 1 | $ 31.95 | $ 31.95 | road, all is |
| | | | | | $ - | 20-062 | 1 | $ 11.22 | $ 11.22 | reject |
| | Colson, Ken | TP | $ 33.52 | 1 | $ 33.52 | 18-150 | 1 | $ 31.95 | $ 31.95 | material |
| | | | | | $ - | 20-150 | 1 | $ 11.22 | $ 11.22 | |
| | Fisher, Allyn | TP | $ 33.52 | 1 | $ 33.52 | 18-152 | 1 | $ 31.95 | $ 31.95 | |
| | | | | | $ - | 20-152 | 1 | $ 11.22 | $ 11.22 | |
| | Maya, Diane | GL | $ 29.49 | 1 | $ 29.49 | | | | $ - | |
| | McCann, Mike | L1 | $ 34.21 | 2 | $ 68.42 | 950G Loader | 2 | $ 47.39 | $ 94.78 | |
| | | L1 | $ 34.21 | 1.5 | $ 51.32 | 450 Loader | 1 | $ 71.10 | $ 71.10 | |
| | Willman, Chris | TP | $ 33.52 | 1 | $ 33.52 | 18-151 | 1 | $ 31.95 | $ 31.95 | |
| | | | | | $ - | 20-151 | 1 | $ 11.22 | $ 11.22 | |
| | | | | | $ - | | | | $ - | |
| | | | | | $ - | | | | $ - | |
| | | | | | $ - | | | | $ - | |
| | | | | | $ - | | | | $ - | |
| | | | | | $ - | | | | $ - | |
| | | | | | $ - | | | | $ - | |

| | | | |
|---|---|---|---|
| Labor: | $ 38,968.78 | Equipment: | $ 64,516.81 |
| Plus 10% | $ 3,896.88 | Admin plus 10%: | $ 6,451.68 |
| **Total Labor:** | $ 42,865.66 | **Total Equipment:** | $ 70,968.49 |

**M.A. DeAtley Construction, Inc.**
**Flowery Trail Road**
**Attach to DeAtley Crushing - Invoice**
**Period Worked: 8/19/2002 - 9/23/02**

**Materials/Rentals**

| Date | Vendor | Invoice | Amount | Comments |
|---|---|---|---|---|
| 8/19/02 | Budinger | regular | $1,313.50 | 37 hrs @ $35.5 |
| 8/19/02 | Budinger | mob | $231.36 | 723 miles @ 0.32 |
| 8/19/02 | Budinger | overtime | $576.88 | 12.5 hrs @ $46.15 |
| 8/19/02 | Brand x water truck | | $780.00 | Agg-D placement |
| 8/20/02 | Brand x water truck | | $845.00 | Agg-D placement |
| 8/21/02 | Brand x water truck | | $780.00 | Agg-D placement |
| 8/22/02 | Brand x water truck | | $720.00 | Agg-D placement |
| 8/23/02 | Brand x water truck | | $357.50 | Agg-D placement |
| 8/26/02 | Brand x water truck | | $130.00 | Agg-D placement |
| 8/29/02 | Welch Engineering | | $520.00 | Restake C/L for bluetops 19+960-20+000 |
| 8/30/02 | Welch Engineering | | $200.00 | Restake C/L for bluetops 20+180-20+338 |
| 8/30/02 | Welch Engineering | | $520.00 | Restake Bluetops 20+100-20+300 |
| 9/3/02 | Budinger | regular | $1,704.00 | 48 hrs @$35.5 |
| 9/3/02 | Budinger | overtime | $1,338.35 | 29 hrs @ $46.15 |
| 9/3/02 | Budinger | mob | $204.80 | 640 miles @ 0.32 |
| 9/3/02 | Brand x water truck | | $260.00 | dust control pick |
| 9/4/02 | Welch Engineering | | $720.00 | Restake Bluetops 20+300-20+540 |
| 9/4/02 | Brand x water truck | | $682.50 | dust control pick |
| 9/5/02 | Brand x water truck | | $780.00 | dust control pick |
| 9/6/02 | Brand x water truck | | $715.00 | dust control pick |
| 9/7/02 | Brand x water truck | | $747.50 | dust control pick |
| [illegible] | Welch Engineering | | [illegible] | Restake bluetops 24+[illegible]+740 |
| 9/10/02 | Welch Engineering | | [illegible] | Restake bluetops 20+420-20+700 |
| 9/12/02 | Welch Engineering | | | Restake bluetops 20+[illegible]-20+880 [illegible] |
| 9/12/02 | Welch Engineering | | $240.00 | Restake bluetops 20+540-20+600 |
| 9/16/02 | Welch Engineering | | $200.00 | Restake bluetops 18+[illegible]-19+120 |
| 9/18/02 | Welch Engineering | | $280.00 | Restake bluetops 19+220-19+120 |
| 9/20/02 | Welch Engineering | | $100.00 | Restake bluetops 19+0[illegible]-19+200 |
| 9/23/02 | Welch Engineering | | $160.00 | Restake bluetops 18+300-18+360 |
| thru cut | Budinger | Sr. tech. | $240.00 | 5 hrs @ $48 |
| thru cut | Budinger | sample P/U | $159.75 | 4.5hrs @ $35.5 |
| thru cut | Budinger | mob | $128.00 | 400 miles @ 0.32 |
| thru cut | Budinger | sample prep. | $57.00 | 1.5hrs @ $38 |
| thru cut | Budinger | sieve analysis | $680.00 | 8 hrs @ $85 |
| thru cut | Budinger | DMSO | $675.00 | 3 hrs @ $225 |
| thru cut | Budinger | coarse dur. | $540.00 | 3 hrs @ $180 |
| thru cut | Budinger | fine dur. | $540.00 | 3 hrs @ $180 |
| thru cut | Budinger | La wear | $450.00 | 3 hrs @ $150 |
| thru cut | Budinger | sulfate sound | $660.00 | 3 hrs @ $ 220 |
| | added haul length | $1.03 tonne | $20,428.00 | Ski hill to West end of job sta. 17+057 |

| | | | | |
|---|---|---|---|---|
| Materials/Rentals | $41,644.14 | | | |
| Admin Exp. 10%: | $ 4,164.41 | | | |
| Total: | $ 45,808.55 | Plus 10% Profit | $ | 4,580.86 |
| | | Total | $ | 50,389.41 |

13

**M.A. DeAtley Construction, Inc.**
**Flowery Trail Road**
**Attach to DeAtley Crushing - Invoice**
**Period Worked: 9/1/02 - 9/15-02**

**Aggregate D**

| | |
|---|---|
| Material/Rental | $ 45,808.55 |
| Labor + 10% | $ 42,865.66 |
| Equipment + 10% | $ 70,968.49 |
| **Total:** | **$ 159,642.70** |

**Recap**

| | |
|---|---|
| 10 % Profit | $ 4,580.86 |
| Aggregate D | $ 159,642.70 |
| **Grand Total:** | **$ 164,223.55** |

14

5

# BILLING FOR MATERIALS

PERIOD COVERED: STATEMENT OF OVERDUE BALANCE W/LATE FEES

DATE 10/31/02
PLANT NO 3
BILLING NO 6

TO: M. A. DeATLEY CONSTRUCTION
890 EVANS ROAD
CLARKSTON, Wa. 99403

FROM: DeATLEY CRUSHING COMPANY
P.O. BOX 769
LEWISTON, ID 83501

PROJECT: FLOWERY TRAIL ROAD
SITE: 49 DEGREES NORTH RE-CRUSH
PROJECT NO: 21504A

| ESTIMATED CONTRACT | | | | | | PREVIOUS BILLING | | JOB TO DATE | | CURRENT BILLING | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION | UNIT PRICE | UNIT | QUANTITY | AMOUNT | QUANTITY | AMOUNT | QUANTITY | AMOUNT | QUANTITY | AMOUNT |
| | FLOWERY TRAIL ROAD | | | | | | | | | | |
| 1. | MOBILIZATION | $25,000.00 | LS | 1.00 | $25,000.00 | 1.00 | $25,000.00 | 1.00 | $25,000.00 | 0.00 | $0.00 |
| 2. | AGG BASE GRADE D | $3.80 | MG | 21,500.00 | $81,700.00 | 21,500.00 | $81,700.00 | 21,500.00 | $81,700.00 | 0.00 | $0.00 |
| 3. | ADDITIONAL TESTING COSTS | $1,500.00 | LS | 1.00 | $1,500.00 | 1.00 | $1,500.00 | 1.00 | $1,500.00 | 0.00 | $0.00 |
| 4. | ADMINISTRATIVE COSTS @ | 5.00% | LS | 1.00 | $5,410.00 | 1.00 | $5,410.00 | 1.00 | $5,410.00 | 0.00 | $0.00 |
| | | | | ESTIMATED CONTRACT AMOUNT: | $113,610.00 | | $113,610.00 | | $113,610.00 | | $0.00 |

PREVIOUS BALANCE OVERDUE: $113,610.00
LATE FEE ON OVERDUE BALANCE: $1,704.15
AMOUNT DUE IF PAID PRIOR TO NOV. 10, 2002: $115,314.15

NOTE: ORIGINAL INVOICE ON AUGUST 10, 2002

____BD ____BW ____GG ____SB

# RELEASE OF CLAIMS

WA PFH 158-1(2)
Flowery Trail Road
Contract No. DTFH70-01-C-00011

In accordance with Contract Clause 52.232-5, Payment Under Fixed-Price Construction Contracts, I hereby release and discharge all claims arising under or out of the subject contract except the following claims in stated amounts which are specifically reserved herein:

30101 Aggregate Base Grading D
DeAtley Crushing for the amount of $115,314.15
M.A. DeAtley Construction, Inc. for the amount of $164,223.55
We are proposing a claim in the amount of $279,537.70 for source failure.
Attached are the invoices.

By: [signature]

Title: President

Date: 5/16/03

BUCKLE UP AMERICA



16

M. A. DeATLEY CONSTRUCTION NOTES
FLOWERY TRAIL ROAD

PROJECT # 21101
WA PFH 158-1(2)

DESCRIPTION

| PHASE # | FED ITEM # | AUTH. QUANT. | UNIT | UNIT PRICE | DESCRIPTION |
|---|---|---|---|---|---|
| 1702-00 | 30101 | 21,500 Tonne | Tonne | $7.50 | AGGREGATE BASE GRADING D |

| Date | Station to Station Lt or Rt | # Of Trucks | Tonne Per Load | # Of Loads | Tonne Today | Tonne Previous | Tonne To Date | Comments, Calcs, Info |
|---|---|---|---|---|---|---|---|---|
| 8/19/2002 | 20+680 - 21+351 | 3 | | 96 | 2219.29 | | 2219.29 | |
| 8/20/2002 | 21+351 - 22+100 | 4 | | 60 | 1519.98 | 2219.29 | 3739.27 | |
| 8/21/2002 | 21+700 - 22+500 | 4 | | 86 | 2149.33 | 3739.27 | 5888.6 | |
| 8/22/2002 | 22+300 - 23+600 | 4 | | 102 | 2656.71 | 5888.6 | 8545.31 | |
| | Ticket 315 Voided, Brian | | | | -25.27 | 8545.31 | 8520.04 | Dirty load picked up, and wasted. Deduct load |
| 8/27/2002 | 23+455 - 24+500 | 4 | | 82 | 2052.83 | 8520.04 | 10572.87 | |
| 8/29/2002 | Guard Rail Areas | | | 16 | 243.42 | 10572.87 | 10816.29 | |
| 8/30/2002 | Guard Rail Areas | 3 | | 3 | 45.81 | 10816.29 | 10862.1 | |
| 9/3/2002 | Rejected being picked up | 14 | Reject | 74 | -1713.37 | 10862.1 | 9148.73 | Re-scaled for weight, this is rejected material. |
| | 15 Loads out of spec | | | | 0 | 9148.73 | 9148.73 | 15 Loads, 404.94 9/3/02 |
| 9/4/2002 | Reject being picked up | | | | 0 | 9148.73 | 9148.73 | |
| | and re-scaled. 102 loads | 8 | Reject | | -2350.66 | 9148.73 | 6798.07 | Re-ject material being picked up off road. |
| | 23+600 - 24+200 | 11 | Good | 58 | 1446.71 | 6798.07 | 8244.78 | Crusher is now in spec., hauling to road again. |
| 9/5/2002 | Reject being picked up | | | | 0 | 8244.78 | 8244.78 | |
| | and re-scaled. 65 loads | 12 | Reject | 65 | -1512.1 | 8244.78 | 6732.68 | Re-ject material being picked up off road. |
| | 22+500 - 25+000 | 14 | Good | 87 | 2181.67 | 6732.68 | 8914.35 | Crusher is now in spec., hauling to road again. |
| 9/6/2002 | Reject being picked up | | | | 0 | 8914.35 | 8914.35 | |
| | and re-scaled. 9 loads | 9 | Reject | 59 | -180.7 | 8914.35 | 8733.65 | Re-ject material being picked up off road. |
| | 21+400 - 23+600 | 10 | Good | 109 | 2908.42 | 8733.65 | 11642.07 | Crusher is now in spec., hauling to road again. |
| 9/9/2002 | 21+140 - 21+460 | 6 | Good | 14 | 576.99 | 11642.07 | 12219.06 | Good Rock hauled to road. |
| 9/10/2002 | 19+600 - 20+100 and | | | | 0 | 12219.06 | 12219.06 | Back to original placement area. NOTE |
| | 20+600 - 21+400 | 9 | Good | 110 | 2872.86 | 12219.06 | 15091.92 | |
| | Reject being picked up | | | | 0 | 15091.92 | 15091.92 | |
| | and re-scaled. 6 loads | | Reject | 6 | -135.17 | 15091.92 | 14956.75 | |
| 9/11/2002 | Reject being picked up | | | | 0 | 14956.75 | 14956.75 | |
| | and re-scaled. 4 loads | | Reject | 4 | -93.9 | 14956.75 | 14862.85 | |
| | 19+700 - 20+340 | 7 | Good | 49 | 1407.82 | 14862.85 | 16270.67 | |
| 9/11/2002 | 19+200 - 19+600 | | | | 0 | 16270.67 | 16270.67 | |
| | 20+400 - 20+600 | 8 | Good | 52 | 1462.67 | 16270.67 | 17733.34 | |
| | Reject being picked up | | | | | 17733.34 | 17733.34 | |
| | and re-scaled. 4 loads | 2 | Reject | | -99.39 | 17733.34 | 17633.95 | |
| 9/18/2002 | 19+860 - 19+900 Lt. / Rt. | 4 | Good | 5 | 130.08 | 17633.95 | 17764.03 | |



F7

18

| PHASE # | FED ITEM # | QUANT. | UNIT | UNIT PRICE | AGGREGATE BASE GRADING D |
|---|---|---|---|---|---|
| 1702-00 | 30101 | 21,500 Tonne | Tonne | $7.50 | |

| Date | Station to Station Lt or Rt | # Of Trucks | Tonne Per Load | # Of Loads | Tonne Today | Tonne Previous | Tonne To Date | Comments, Calcs, Info |
|---|---|---|---|---|---|---|---|---|
| 9/20/2002 | 18+760 - 19+460 | | Good | 43 | 1141.5 | 17764.03 | 18905.53 | |
| 9/25/2002 | Spot loads 18+900-19+200 | | Good | 15 | 388.91 | 18905.53 | 19294.44 | |
| 9/26/2002 | 18+440 - 18+600 | | Good | 20 | 534.44 | 19294.44 | 19828.88 | |
| 9/30/2002 | 18+400 - 19+200 | | Good | 26 | 693.57 | 19828.88 | 20522.45 | |
| 10/2/2002 | 18+200 - 18+460 | | Good | 27 | 689.71 | 20522.45 | 21212.16 | |
| 10/3/2002 | Guard Rail Areas + Spot | | Good | 17 | 449.78 | 21212.16 | 21661.94 | |
| 10/9/2002 | Shoulder Rock | | | 22 | | 21661.94 | 21661.94 | Antoine Belly Dump |
| | | | | 21 | | 21661.94 | 21661.94 | C & R Belly Dump |
| | | | | 22 | | 21661.94 | 21661.94 | R & J Belly Dump |
| | | | | 22 | | 21661.94 | 21661.94 | Harold R. Faubion |
| 10/10/2002 | Shoulder Rock | | | 4 | | 21661.94 | 21661.94 | Antoine Belly Dump |
| | | | | 2 | | 21661.94 | 21661.94 | C & R Belly Dump |
| | | | | 4 | | 21661.94 | 21661.94 | R & J Belly Dump |
| | | | | 5 | | 21661.94 | 21661.94 | Harold R. Faubion |
| 11/19/2002 | Scales were gone, rock was hauled and converted for entries on 10/9 & 10/10 by the avg. of the loads previously hauled. The average of 25 tonnes per load was agreed on by John, Linda, and myself. This is covered under Contract Mod. # 21, and new Item # 30110. The money for this is coming out of Item 62201D, loader hours. This covers the entries on 10/9 & 10/10 above. | | 25 | 22 | 550 | 21661.94 | 22211.94 | Antoine Belly Dump |
| | | | 25 | 21 | 525 | 22211.94 | 22736.94 | C & R Belly Dump |
| | | | 25 | 22 | 550 | 22736.94 | 23286.94 | R & J Belly Dump |
| | | | 25 | 22 | 550 | 23286.94 | 23836.94 | Harold R. Faubion |
| | | | 25 | 4 | 100 | 23836.94 | 23936.94 | Antoine Belly Dump |
| | | | 25 | 2 | 50 | 23936.94 | 23986.94 | C & R Belly Dump |
| | | | 25 | 4 | 100 | 23986.94 | 24086.94 | R & J Belly Dump |
| | | | 25 | 5 | 125 | 24086.94 | 24211.94 | Harold R. Faubion |
| | | | | | | 24211.94 | 24211.94 | |

********* This is Contract Modification # 21, and will have a new Item Number for the Feds of Item # 30110.

Project Time Line

# Flowery Trail Project / Contract #DTFH70-01-C-00011

## Project Timeline:

- On February 9, 2001, M.A. DeAtley Construction Inc. was awarded the contract for WA PFH 158-1(2)

- April 23,2001; M.A. DeAtley Construction Inc. executes subcontract with DeAtley Crushing Company to perform crushing services for the project.

- October 24, 2001 preparation work began on the source and for the crusher site.

- October 26, 2001 crusher arrived on site.

- October 29, 2001 crusher began making 3" material for the temporary road. DeAtley Crushing Company also made a sample of Aggregate D base for approval.

- November 02, 2001. DeAtley Crushing Company produced aggregate for item #3010 Aggregate D base utilizing the WFLHD provided source. M.A. DeAtley Construction Inc. mined the area and pushed the material that was to be crushed to DeAtley Crushing Company.

- During the Crushing material was sampled and tested. All production tests performed by the contractor, the independent testing laboratory, and WFLHD's laboratory confirmed that the percent passing the #200 sieve of representative samples of Aggregate D base produced by DeAtley Crushing Company is between 7.5 – 8.5%. Contract specification is 10% maximum.

- The material was placed by M.A. DeAtley Construction Inc. Inc. in stockpiles in accordance with Standard specifications for Road Construction FP-96 section 307 sub-sections 307.03, stockpile site and 307.04 stockpile, page 219. When production of base aggregates was completed, the area being cut/utilized was still approximately 18-20 feet above floor level or cut elevation. The materials remained in the stockpiles from November 14, 2001 thru August 19, 2002.

- August 19, 2002 M.A. DeAtley Construction Inc. Inc. began the placement of the Aggregate D base. Samples of materials placed on the roadway show amount of material passing the #200 sieve slightly higher than contract specifications.

- August 22, 2002 WFLHD shut the Aggregate D base placement down due to failing-test result. M.A. DeAtley Construction, Budinger & Associates, and DeAtley Crushing Company retrieve samples from the WFLHD provided source

of materials for the project. Samples were retrieved from the area that was mined for production of the Agg Base Grading D. WFLHD was asked to be present for the sampling of the WFLHD source but refused to be present.

- August 27, 2002 M.A. DeAtley Construction Inc. notifies DeAtley Crushing Company, of the problem with the gradation.

- August 28, 2002, DeAtley Crushing Company, notifies M.A. DeAtley that the materials produced by DeAtley Crushing Company during November 2001 were within gradation tolerances when materials left the crushing plant. DeAtley Crushing Company, nonetheless, in a good faith effort to keep the project progressing, makes offer to provide credit to the WFLHD in the amount of $21,425.00, which is 25% of contract price for the Agg Base Grading D. WFLHD refuses to accept this offer. Orders material on the roadway to be removed and new material produced.

- August 29, 2002 M.A. DeAtley Construction Inc. Inc. Began removing the rejected Aggregate D base and hauling it to the contractor picked waste area.

- August 30, 2002, M.A. DeAtley & DeAtley Crushing Company receives results of the source tests run on WFLHD project source. Test results show that the source significantly failed the Sodium Sulfate Soundness test (AASHTO T 104). Test results show a loss of 19% with a contract specified 12% maximum.

- September 1, 2002, DeAtley Crushing Company mobilizes crushing plant back to site to begin crushing replacement Agg Base Grading D. Production completed during September 2002. DeAtley Crushing Company provides invoice to M.A. DeAtley for the replacement aggregate production in the amount of $113,610.00.

- Incidentally, WFLHD arbitrarily waived the requirement of a 14-day wait for the Humphreys Test results when the materials were produced (re-produced) in September of 2002.

- September 3, 2002, Contractors (M.A. DeAtley Construction and DeAtley Crushing Company) notify WFLHD that the initial government provided source failed the Sodium Sulfate test. After receiving the results that show a failure of the source material in passing the Sodium Sulfate Test Contractors request that WFLHD meet at the site to retrieve additional samples of source materials together with independent Quality Assurance Contractor (Budinger & Associates). M.A. DeAtley Construction Inc. Inc. also notifies WFLHD that this is a change in conditions and that M.A. DeAtley Construction Inc. Inc. And DeAtley Crushing Company will require payment in full for the replacement of aggregates. WFLHD initially indicates that they will want to take samples of the source.

21

- February 14, 2003 representatives of M.A. DeAtley Construction, DeAtley Crushing Company, Budinger & Associates, meet with WFLHD to discuss this issue. WFLHD referred M.A. DeAtley Construction Inc. Inc. to the Geotechnical reports and documentations of the project and they stand ~~solely~~ behind the information provided in those reports.

- M.A.DeAtley exchanged correspondence regarding filing this claim with WFLHD.

23

//

Contentions

# FLOWERY TRAIL / M.A. DeATLEY

## Contentions:

- WFLHD relied on Geotechnical Report to represent source as acceptable for project aggregates. The source that was named above is for rock material between station 18+700 and 18+900. There were 2 bore logs done for this area at station 18+850 RT & LT B-28 and B-29. The selection of the source by the Government was based upon a Geotechnical report, which clearly showed that the government anticipated utilizing the source.

- Geotechnical report relies on a composite sample from the test borings 18+850 RT & LT B-28 and B-29 from a depth of 1.52 to a depth of 20.1 the holes appear to have been mixed for the testing. Only the upper portion of the cut was used for production of Aggregate D Base.

- WFLHD arbitrarily waived the requirement of a 14 day wait for the Humphreys Test results when the materials were produced (re-produced) in September of 2002 WFLHD also waived the source qualification requirements for the second pit crushed in, which resulted in the ultimate materials that were placed and incorporated into the roadway.

- Independent experts have provided commentary on the need to do "source tests" correctly and have stressed to WFLHD the importance of retrieving material directly from the source that has undergone none of the handling or pummeling of the production process. Exactly where these samples are to be retrieved from is very clearly identified in the contract SCR's in the form of a very thorough matrix that identifies testing to be performed for the different stages of the project such as **Source Qualification, Production of Aggregates, and On Grade Acceptance.** The SCR's clearly state that samples to be utilized for source compliance testing are to be retrieved from the source. WFLHD personnel indicate that the FP-96 General Specifications tell them they can test any time in any way. This is absolutely incorrect. As M.A. DeAtley Construction Inc. Inc. are sure WFLHD fully understands, the FP-96 Specifications are General Specifications that are overridden by the contracts "Special Contract Requirements" (SCR's). The SCR's are in place for that specific contract, and replace or modify that particular section of the general specification for the contract in effect.

- WFLHD did not provide adequate oversight with regards to the development of the Government provided source. WFLHD took no action with regards to



24

ensuring that the source continued to provide materials meeting the contract source compliance requirements. WFLHD conducted no testing of the source after it was opened up. WFLHD gave no direction as to what area or level of the source should be utilized for production of aggregates for the project.

- WFLHD did not provide M.A. DeAtley Construction Inc. the information, with regards to the possibility of the source providing faulty material, which would have given M.A. DeAtley the opportunity to plan, or adjust, the treatment of materials that were for integration into the project.

- On the issue of materials being produced within the contract allowable tolerances, WFLHD letter of December 19, 2002, reads as follows: *"While the amount retained on the 75 um sieve was relatively consistent, it was in the upper allowable range (10.0 maximum)."* Whether the material is in the Upper allowable range is irrelevant. The specification is a maximum of 10%. WFLHD has acknowledged that the material was tested and verified by their own laboratory technicians, as well as Budinger technicians, to be between 7.5% and 8.5% when stockpiled. On Grade testing during placement roughly eight months later, after sitting through the winter, showed a 75um percentage of 10% to 12%.

- The WFLHD letter of 12/19/02 further reads as follows: *"It is my contention that the 30101 Agg Base Grading D, crushed in 2001 failed to meet the requirements of 10% maximum on the 75um sieve during the on grade acceptance testing because of poor stockpiling techniques resulting in contamination after the material was crushed in the upper range of the maximum allowable gradation."* The material meets the contract requirements. The material was placed in stockpiles in accordance with Standard specifications for Road Construction FP-96 section 307 sub-sections 307.03, stockpile site and 307.04 stockpile, page 219.

- Lastly, M.A. DeAtley Construction Inc. Inc. feels it should be noted that the rejection of this material was unjust in its base. The materials were clearly rejected by WFLHD for no other reason than the fact that the percent passing the #200 (75um) sieve averaged a 10.69% according to the results provided by Mr. Coe in his letter of March 7, 2003. This rejection is very hard to fathom when you consider that the material is that close to the contract required 10%, less than seven tenths of one percent. This rejection of material even after DeAtley Crushing Company offers to provide a credit of $.95 per MG, which equates to 25% off of the price of the material and a savings to WFLHD of $21,425.00. In his letter of March 7th, Mr. Coe includes all of the data from Lot #1 and Lot #2 representing the WFLHD results of testing the material that WFLHD rejected and ordered M.A. DeAtley Crushing to remove from the roadway. Please note that when these results are run through WFLHD's QL Pay program and discounting the #200 sieve, Lot #1 comes out to a pay factor of 1.0, and Lot #2 comes out to a pay factor of .99. This is hardly material that should be rejected out of hand. The fact that WFLHD decided to force the contractor to remove this material rather



25

than just leave it in place as extra road base below the new material cannot be justified. Giving the rejected aggregate a structural coefficient equal to no better than Select Borrow, one can only surmise that the road structure would have been better with it left in place.

- M.A. DeAtley had to haul rock from another source within the project limits up to the new crusher site off the project. This was done because no room was available within the project limits. M.A. DeAtley Construction Inc. Inc. also had to pick up the Aggregate D Base product that was placed on the roadway and dispose of it. M.A. DeAtley Construction Inc. and DeAtley Crushing have incurred substantial costs from placing the material the first time, then picking it up, hauling Aggregate D Base to a waste site, hauling material to the Crusher to produce Aggregate D Base the second time, remobilizations, recrushing Aggregate D Base, retesting, hauling Aggregate D Base back to the project, surveying, equipment time, and overhead.



26