27

WFLHD – Contractor
Daily Report of
Construction Operation

US DEPARTMENT OF TRANSPORTATIC
FEDERAL HIGHWAY ADMINISTRATIO.
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 19, 2002 DAY: Monday

WEATHER: Sunny and Clear 52 - 81

DESCRIPTION AND LOCATION OF WORK

A Excavation 18+300 and haul to le[illegible]ing center and the ski area, waste other.

B Excavation for gabion basket construction, haul rock for baskets.

C Finishing sub-grade in prep for inspection for placement of rock.

D Place aggregate base grading D station 20+680 – 21+351.

E Place slope armor at site 9 station19+350 Rt.

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Driver | 10 | End Dump+2 pups | 70 | 33 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 11.5 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D9 | 3.5 | | | | | | | | | | | | 1/2 DAY Jm | |
| 2 | Driver | 2 | Water Truck | 28 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | | 12 | | | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | 11 | | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | | | | 6.5 | | | | | | | | | 1/4 DAY Jm | |
| 1 | Operator | 1 | 150 Excavator | 2.5 | | | | | | | | | | | | 3/4 DAY Jm | |
| 2 | Operator | 2 | Vibratory Roller | 10 | | 11 | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | 6 | 5 | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | 6 | | | | | | | | | | | | 1/2 DAY Jm | |
| 7 | Laborers | | | 20 | 24 | | 21 | | | | | | | | | | |
| 4 | Driver | 1 | 1 Moxy +3 bellys | 8 | | | 30 | 2 | | | | | | | | | |
| 4 | Grade Checkers | | | 22 | 5 | | 5 | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: 8/19/02

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M. Foster

DATE: 8/21/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

28

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 20, 2002 DAY: Tuesday

WEATHER: Sunny and Clear 55 - 81

## DESCRIPTION AND LOCATION OF WORK

A Load and haul excavation from 18+400 the learning center and The ski area, and waste at site 6 station 18+700 Rt.

B Excavation for gabion basket retaining wall station 24+630 – 24+690. Haul some rock to wall area for baskets.

C Finishing sub-grade from station 22+100 – 23+600, prep for rock inspection.

D Place aggregate base grading D rock station 21+351 – 22+100.

E Place aggregate surfacing course at approach road at station 21+400 CL.

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Driver | 9 | End Dump+1 pup | 76 | 18 | | | | | | | | | | | | |
| | Operator | 1 | 14 G Grader | | | | 7 | 4.5 | | | | | | | | | |
| | Operator | 1 | D8R | 11 | | | | | | | | | | | | | |
| | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| | Driver | 2 | Water Truck | 27 | | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | 38 | | | | | | | | |
| | Operator | 1 | 600 Excavator | 11 | | | | | | | | | | | | | |
| | Operator | 1 | 350 Excavator | | 11 | | | | | | | | | | | | |
| | Operator | 1 | 320 Excavator | 2.5 | 8.5 | | | | | | | | | | | | |
| | Operator | 1 | 300 Excavator | 11 | | | | | | | | | | | | | |
| | Operator | 1 | 150 Excavator | 9 | | 3 | | | | | | | | | | | |
| | Operator | 2 | Vibratory Roller | | | 11 | | | | | | | | | | | |
| | Operator | 1 | 450 Loader | | | | 6 | 4 | | | | | | | | | |
| | Operator | 1 | D9 Dozer | | | 11 | | | | | | | | | | | |
| | Laborers | | | 11 | 29 | 10 | 13.5 | 7 | | | | | | | | | |
| | Driver | 4 | Belly Dumps | | | | 25 | 9 | | | | | | | | | |
| | Grade Checkers | | | 21 | 13 | | | | | | | | | | | | |
| | Operator | 1 | 160 G Grader | | | 5 | 6 | | | | | | | | | | |

Columns (A)–(K): PRODUCTION TIME (PERSON HOURS WORKED)

BY: STEVE SMITHERMAN
SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman
DATE: 8/20/02

REVIEWED BY: John Foster
SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster
DATE: 8/21/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

29

US DEPARTMENT OF TRANSPORTATIO
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 21, 2002 DAY: Wednesday

WEATHER: Partly Cloudy 52 - 77

## DESCRIPTION AND LOCATION OF WORK

A Excavation from 18+400 with haul [illegible] area and the learning center.

B Constructing gabion retaining wall 24+360 – 23+390 Rt., baskets, backfill 9

C Placed surfacing aggregate D rock stastion 21+700 –22+500.

D Preparing sub-grade 22+300 – 23+600 for inspection for rock placement.

E Blast at station 18+400 and drilling station 18+740 and 780.
Used ECM 490 drill.

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Driver | 9 | End Dump | 71 | 21 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | 11.5 | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 26 | | | | | | | | | | | | | |
| | Service of Equip | | Mech and Oilers | | | | | | | 37 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | 8 | 1.5 | 3.5 | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | | 12 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | 12 | | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 11 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 10 | | 2 | 8 | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 6 | | 5.5 | | | | | | | | | | | |
| 1 | Operator | 1 | D9 Dozer | 11 | | | | | | | | | | | | | |
| 7 | Laborers | | ECM 490 Drill | | 42 | 21 | 8.5 | 15 | | | | | | | | | |
| 4 | Driver | 4 | Belly Dumps | | | 34 | | | | | | | | | | | |
| 1 | Grade Checkers | | | 12 | 12 | | 10 | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | | 5 | 5.5 | 6 | | | | | | | | | | |

BY: STEVE SMITHERMAN
SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman
DATE: 8/21/02

REVIEWED BY: JOHN FOSTER
SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster
DATE: 8/23/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

30

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 23, 2002 22 DAY: Thursday

WEATHER: Sunny and Clear 50 - 80

**DESCRIPTION AND LOCATION OF WORK**

A Haul from 18+400 to waste at the [illegible] center and the ski lodge. Working on finish sub-grade station [illegible]+000 – 24+000
B Placed Aggregate D on the road from 22+300 to 23+600.
C Constructing gabion retaining wall station 24+630 – 24+690 Rt.
D Drilling boulders and ditch lines where needed
E
F
G
H
I
J
K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | Equipment Time: Work | Idle | Down |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Driver | 9 | End Dump + 1 pup | 56 | | 40 | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 7 | 5 | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 13 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 14 | 12 | | | | | | | | | | | | |
| 3 | Service of Equip | | Mech and Oilers | | | | | | | 36 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 12 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 10 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 12 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 9 | 5 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 6 | | | | | | | | | | | | | |
| 1 | Operator | 1 | ECM 490 Drill | | | | 10 | | | | | | | | | | |
| 10 | Laborers | | | 9 | 21 | 62 | | | | | | | | | | | |
| 1 | Operator | 1 | D9 Dozer | 9 | | | | | | | | | | | | | |
| 1 | Grade Checkers | | | 11 | | | | | | | | | | | | | |
| 4 | Drivers | 4 | Belly Dumps | | 40 | | | | | | | | | | | | |

(Columns A–K: PRODUCTION TIME (PERSON HOURS WORKED))

BY: STEVE SMITHERMAN
SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman
DATE: 8/23/02

REVIEWED BY: JOHN FOSTER
SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster
DATE: 8/28/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

31

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 27, 2002 DAY: Tuesday

WEATHER: Mostly Clear and warm 50 - 82

A Haul excavation from 18+400 +/-, a[illegible]lace at the ski area.

B Haul and place aggregate base D 23+600 – 24+500.

C Haul and place aggregate surface course, 2 approaches, 22+510 and 23+62

D Constructing cattle guard at station 24+830.

E Continue work at the gabion wall, station 24+630 – 24+690 Rt.

F Repairing silt fence throughout project where needed.

G

H

I One mechanic and two oilers to service equipment.

J ECM 490 Rock Drill 18+400

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TI… WORK | IDLE | DC… |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Driver | 10 | End Dump | 22.5 | 3 | 1 | 4 | 7 | | | | 37 | 10 | | | | |
| 1 | Operator | 1 | 14 G Grader | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | | 10 | | | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | 10.5 | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | | 10 | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | | | 3 | | 7 | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 5 | | | | 5 | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 8 | | 2 | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 9 | 2 | | | | | | | | | | | |
| 4 | Drivers | 4 | Belly Dumps | | 34 | 6 | | | | | | | | | | | |
| 10 | Laborers | | | 11 | 18 | 2 | 34 | 29 | 3 | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 30 | | | | | | | | | | | | | |
| 1 | Grade Checkers | | | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D9 Dozer | 10 | | | | | | | | | | | | | |

PRODUCTION TIME (PERSON HOURS WORKED): columns (A)–(K)

BY: STEVE SMITHERMAN
SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman
DATE: August 27, 2002

REVIEWED BY: John Foster
SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster
DATE: 8/28/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

32

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 28, 2002 DAY: Wednesday

WEATHER: Sunny and hot 55 - 88

**DESCRIPTION AND LOCATION OF WORK**

A Roadway excavation from 18+400, h[illegible]o ski area and learning center. Finishing sub-grade from 19+000 – 2[illegible]00.

B Continue work on gabion wall, backfill etc, station 24+630 – 24+690 Rt.

C Install cattle guards station 24+830 – 24+340.

D Move aggregate from 20+100 – 20+300 to big stockpile at station 18+500.

E Recondition roadway on Phase 1.

F Drill working 18+400 and ditches.

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Driver | 9 | End Dump | 70 | 17 | 6 | 2 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 11 | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 14 | | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | 37 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | 10 | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | 11 | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | D9 Dozer | 5 | | | 5 | | | | | | | | | | |
| 1 | Operator | 2 | ECM 490 Rock Dril | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | | 4 | 6.5 | | | | | | | | | |
| 2 | Drivers | 2 | Belly Dumps | | | | 20 | | | | | | | | | | |
| 10 | Laborers | | | 9 | 61 | 22 | | | | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 22 | | | | | | | | | | | | | |
| 2 | Grade Checkers | | | 10.5 | 5 | 5 | | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | | 5 | 5 | | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: 8/28/02

REVIEWED BY: John Foster

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 8/30/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

33

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL L[illegible]S HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 29, 2002 DAY: Thursday

WEATHER: Hot and Clear 57 - 90

DESCRIPTION AND [illegible]CATION OF WORK

A Excavation from 18+400 and haul to lo[illegible]ing center and the ski area.

B Install cattle guard station 20+400.

C Complete gabion faced retaining wall 24+630 – 24+690 Rt.

D Pick up rejected D Agg. and haul to stockpile. Place D agg at guard rail.

E Re-condition phase 1 road.

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Driver | 9 | End Dump | 78 | 3 | 13 | 4 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 12 | | | | 12 | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | 38 | | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | 3.5 | | | 6 | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | 3 | | 11 | | | | | | | | | | | |
| 1 | Operator | 1 | D9 Dozer | 3 | | | 7 | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | | | 11 | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | | 12 | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | | | 10 | | | | | | | | | | | |
| 12 | Laborers | | | | 31 | 27 | 7 | 22 | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 25 | | | | | | | | | | | | | |
| 1 | Grade Checkers | | | 11 | 6 | | | | | | | | | | | | |
| 1 | Drivers | 1 | Belly Dumps | | | | 21 | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: 8/29/02

REVIEWED BY: John Foster

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/4/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

34

WFLHD-[illegible] (Rev. [illegible])

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:
M. A. DeATLEY CONSTRUCTION

DATE: August 30, 2002 DAY: Friday

WEATHER: Sunny and Clear 55 - 80

**DESCRIPTION AND LOCATION OF WORK**

A Excavation from 18+400 and haul to [illegible] learning center and ski area.
B Install 600 mm culvert and energy dissipator at station 18+680.
C Work on cattle guards on project, finishing touches.
D Haul and place select topping station 24+630 – 24+690, gabion wall.
E Pick up D aggregate and haul to stockpile site.
F Work on slide area station 18+500.
G Repair silt fence as needed.
H
I
J
K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | Equipment Time WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PRODUCTION TIME (PERSON HOURS WORKED) | | | | | | | | | | | | | |
| 8 | Driver | 8 | End Dump | 59 | 4 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | 6 | 2 | | | | | | | | | |
| 1 | Operator | 1 | D8R | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 8 | | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 12 | | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | | 18.5 | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | | | | 8 | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | 4 | | 4 | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | 6 | | | | 2 | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 8 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | | | 5 | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 5 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | | | | 4 | 3.5 | | | | | | | | | |
| 6 | Laborers | | | 8 | 20 | 7 | | | | 5 | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 22 | | | | | 2 | | | | | | | | |
| 2 | Grade Checkers | | | 7 | | | | | | | | | | | | | |
| 3 | Drivers | 3 | Belly Dumps | | | | 16 | | | | | | | | | | |

BY: STEVE SMITHERMAN
SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman
DATE: August 30, 2002

REVIEWED BY: JOHN FOSTER
SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster
DATE: 9/3/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

35

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 3, 2002 DAY: Tuesday

WEATHER: Mostly Cloudy 58 - 79

## DESCRIPTION AND LOCATION OF WORK

A Pick up rejected D Aggregate and h[illegible] waste areas, from 20+680 – 24+500.

B Road re-conditioning for phase one.

C Preparing subgrade station 19+900 – 20+400.

D Maintenance of the equipment.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Driver | 11 | End Dump+11 pups | 105 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 10.5 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | | | 2 | | | | | | | | | | 3/4 DAY | |
| 1 | Operator | 1 | D6H | 4 | | | | | | | | | | | | 1/2 DAY | |
| 2 | Driver | 2 | Water Truck | 14 | 6 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | 36 | | | | | | | | | | |
| 1 | Operator | 1 | 600 Excavator [illegible handwriting] | 10.5 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 12 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | 10 | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 10.5 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | 12 | | | | | | | | | | | | | |
| 11 | Laborers | | | 15 | 82 | | | | | | | | | | | | |
| 3 | Driver | 3 | Belly Dumps | 38 | | | | | | | | | | | | | |
| 1 | Grade Checkers | | | 10.5 | | 15 | | | | | | | | | | | |
| 1 | Operator | 1 | Power Broom | | 10 | | | | | | | | | | | | |

BY: STEVE SMITHERMAN
SIGNATURE FOR CONTRACTOR: (*) Smitherman
DATE: 9/3/02.

REVIEWED BY: John Foster
SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster
DATE: 9/5/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

36

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 4, 2002 DAY: Wednesday

WEATHER: Cloudy and cool 45 - 72

## DESCRIPTION AND LOCATION OF WORK

A Remove reject material D-Aggrega[illegible] om road and haul away.

B Road Re-conditioning in preparation for paving on phase one.

C Place D Aggregate station 23+600 – 24+200.

D Roadway excavation 18+400 and clean up areas in prep for subgrade.

E Repair silt fence where needed.

F Move back and excavate more material as directed by Linda Persoon.

G G See Letter dated 9/6/02

H DAC 122

I Perform Maintenance of equipment

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Driver | 9 | End Dump+ 9 Pups | 62 | | 21 | 6 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 5 | | 4 | 2 | | | | | | | | | | |
| 1 | Operator | 1 | D8R | | | | 4 | | | | | | | | | | |
| 2 | Operator | 2 | Water Trucks | 7 | 7 | 3 | 4 | | | | | | | | | | |
| 2 | Driver | | Power Brooms | | 20 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | | | 37 | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | 9 | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | | 11 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | 10 | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | 11 | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 3 | 3 | 3 | | | 3 | | | | | | | | |
| 1 | Operator | 1 | Scraper | 4 | | | | | | | | | | | | ½ Day | 8mS |
| 12 | Laborers | | | 7 | 62 | 11 | | 4 | 12 | | | | | | | | |
| 4 | Driver | 4 | Belly Dumps | 29 | | 16 | | | | | | | | | | | |
| 1 | Grade Checkers | | | | | 6 | | | | | | | | | | | |
| 3 | Operator | 3 | Loaders | 16 | 3 | 7 | 7.5 | | 3 | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: 9/4/02

REVIEWED BY: [signature]

SIGNATURE PROJECT ENGINEER OR INSPECTOR:

DATE: 9/8/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

37

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 5, 2002 DAY: Thursday

WEATHER: Cloudy and cool 52 - 70

## DESCRIPTION AND LOCATION OF WORK

A Remove reject D-Agg. from road ar[illegible]aste, place new D-Agg. 22+500 – 25+0

B Haul material that was shot 18+400 and haul to crusher for crushing.

C Road Re-conditioning for phase 1.

D Loading holes for blast 18+400.

E Repair silt fence as needed.

F Rerpair of the cattle guard on phase 1 as directed.

G Maintenance of the equipment.

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Driver | 10 | End Dump+ 10 pup | 53 | 66 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 12 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 12 | 12 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | 38 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | 3 | 4 | 3 | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | | | | | | | | | | DAY | 9m2 |
| 1 | Operator | 1 | 150 Excavator | | 8 | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 12.5 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Power Brooms | | | 18 | | | | | | | | | | | |
| 10 | Laborers | | | 27 | | 6 | 18 | 4 | 18 | | | | | | | | |
| 4 | Driver | 4 | Belly Dumps | 44 | | | | | | | | | | | | | |
| 1 | Grade Checkers | | | | 11 | | | | | | | | | | | | |
| 3 | Operator | 3 | Loaders | 28 | 5 | | | | | | | | | | | | |

BY: STEVE SMITHERMAN
SIGNATURE FOR CONTRACTOR: (*) [signature]
DATE: 9/5/02

REVIEWED BY: JOHN FOSTER
SIGNATURE PROJECT ENGINEER OR INSPECTOR: [signature]
DATE: 9/10/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

38

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: 9/6/02 DAY: Friday

WEATHER: Mostly Cloudy 45 - 71

## DESCRIPTION AND LOCATION OF WORK

A Excavation from 18+400 and haul t[illegible]e Ski Lodge for waste and for crusher.

B Pick up rejected D-Agg and rescale, haul and place D-Agg 21+400 – 23+600.

C Road Re-conditioning for phase 1.

D Repair silt fence as needed, erosion control.

E Repair Cattle guard on phase 1.

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PRODUCTION TIME (PERSON HOURS WORKED) | | | | | | | | | | | EQUIPMENT TIME | | |
| 13 | Driver | 13 | 3 Belly 10 Pup&Trk | 60 | 65 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 5 | 6 | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | 11 | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 12 | 11 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | 35 | | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | 3 | | | | | | | | | | | | 3/4 DAY | 9 MI |
| 1 | Operator | 1 | 320 Excavator | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | | | | | | | | | | 3/4 DAY | 9 MI |
| 1 | Operator | 1 | 150 Excavator | | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 9 | 2 | | | | | | | | | | | |
| 3 | Operator | 3 | Loaders | | 22 | 6 | | | | | | | | | | | |
| 6 | Laborers | | | | 28 | 18 | | 6 | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 33 | | | | | | | | | | | | | |
| 2 | Grade Checkers | | | 9 | 9 | | | | | | | | | | | | |
| 1 | Operator | 1 | ECM 490 Rock Dri | | | | | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: 9/6/02

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/10/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

39

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 7, 2002 DAY: Saturday

WEATHER: Partly Cloudy 44 - 71

## DESCRIPTION AND LOCATION OF WORK

A Haul excavation from 18+400 to wa[illegible] at the ski area, and to the crusher.

B Install 600mm culvert at station 19+340.

C Work on chanel change and gabion wall.

D Tear down scales and move to new location.

E Pick up reject D-Agg, haul to ~~the ski area~~, place D-Agg at new scale site. Process D-Aggregate that has been placed on the road.

F Work at Palmer Creek station 19+200. Haul rock from Kings Lake Pit.

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PRODUCTION TIME (PERSON HOURS WORKED) | | | | | | | | | | | EQUIPMENT TIME | | |
| 9 | Driver | 9 | End Dump + pups | 50 | | | | | 16 | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | | | | 5 | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | | | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | | 24 | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | 7 | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 9 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | 7 | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | | | | 16 | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | | | 13 | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 5.5 | | | 7.5 | | | | | | | | | | |
| 9 | Laborers | | | | 22 | 23 | 25 | | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 26 | | | | | | | | | | | | | |
| 1 | Grade Checkers | | | 3 | | 3 | | 2 | | | | | | | | | |
| 1 | Operator | 1 | ECM 490 Rock Dri | | | | | | | | | | | | | | |

BY: STEVE SMITHERMAN
SIGNATURE FOR CONTRACTOR: (*)
Steve Smitherman
DATE: September 7, 2002

REVIEWED BY: JOHN FOSTER
SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster
DATE: 9/10/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

40

US DEPARTMENT OF TRANSPORTATIO
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 9, 2002 DAY: Monday

WEATHER: Sunny and Clear 50 - 75

## DESCRIPTION AND LOCATION OF WORK

A Excavation from 18+400 and haul [illegible] the crusher and ski area.

B Haul and place D-Aggregate from the crusher to the road.

C Install 600mm culvert and dissipator station 19+340.

D Install diversion culvert station 19+200.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PRODUCTION TIME (PERSON HOURS WORKED) | | | | | | | | | | | EQUIPMENT TIME | | |
| 12 | Driver | 12 | Bellys and Pups | 83 | 17 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D9R | 3 | | | | | | | | | | | | 3/4 DAY | [illegible] |
| 1 | Operator | 1 | D6H | | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 6 | 6 | | | | | | | | | | | | |
| | Service of Equip | | Mech and Oilers | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 11 | | | | | | | | | | | | | |
| ~~1~~ | ~~Operator~~ | ~~1~~ | ~~350 Excavator~~ | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | 11 | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | 13 | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 10 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 6 | 20 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 11.5 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | 9 | | | | | | | | | | | | | |
| 7 | Laborers | 1 | Grade Checkers | 17 | 21 | 32 | 26 | | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 34 | | | | | | | | | | | | | |
| 1 | Operator | 1 | Loader | 11 | | 7 | | | | | | | | | | | |
| 1 | Operator | 1 | D8 Dozer | 11 | | | | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 9, 2002

REVIEWED BY: John Foster

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/12/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

41

US DEPARTMENT OF TRANSPORTATIOI
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 10, 2002 DAY: Tuesday

WEATHER: Sunny and Clear 50 – 82

## DESCRIPTION AND LOCATION OF WORK

A Haul excavation from 18+400, and [illegible]e at the ski area.

B Haul and place D-Agg at station 20+600 – 21+400 and 19+600 – 20+100.

C Working on culvert at Palmer Creek, station 19+200.

D Install 600mm culverts.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PRODUCTION TIME (PERSON HOURS WORKED) | | | | | | | | | | | EQUIPMENT TIME | | |
| 13 | Driver | 13 | Tk.Pups and Bellys | 44 | 70 | 3 | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 2 | Driver | 1 | Water Truck | 12 | 12 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | 36 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10 | | | | | | | | | | | | | |
| ~~1~~ | ~~Operator~~ | ~~1~~ | ~~350 Excavator~~ | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | | 12 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 12 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 10 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 10 | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | 2 | | | | | | | | | | | | | |
| 8 | Laborers | | | 12 | 11 | 50 | 7 | | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 32 | | | | | | | | | | | | | |
| 2 | Grade Checkers | | | 12 | 10 | | | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 11 | 10 | | | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 10, 2002

REVIEWED BY: John Foster

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/12/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

42

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 11, 2002 DAY: Wednesday

WEATHER: Sunny and Hot 50 - 82

**DESCRIPTION AND LOCATION OF WORK**

A Excavation from 18+400 and haul to waste at the Ski Area. Sub-grade prep.

B Haul and place D-Agg., on road, and place surfacing on approaches.

C Installing 3600mm culvert at Palmer Creek.

D Installing 150mm underdrain on Stimsons approach 18+500 Lt.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Driver | 11 | T&P and Belly | 55 | 37 | 2 | 2 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 12 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 12 | 8 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | 37 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10 | | | | | | | | | | | | | |
| ~~1~~ | ~~Operator~~ | ~~1~~ | ~~350 Excavator~~ | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 13 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 6 | | | 4 | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 10 | 9 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | 6 | | | | | | | | | | | | | |
| 9 | Laborers | | | 11 | 20 | 53 | 13 | | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 26 | | 5 | | | | | | | | | | | |
| 2 | Grade Checkers | | | 21 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 6 | 10 | 4 | | | | | | | | | | | |

| BY: STEVE SMITHERMAN | REVIEWED BY: John Foster |
|---|---|
| SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman | SIGNATURE PROJECT ENGINEER OR INSPECTOR: [illegible] |
| DATE: September 11 2002 | DATE: 9/13/02 |

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

43