US DEPARTMENT OF TRANSPORTATIO
FEDERAL HIGHWAY ADMINISTRATIO
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 12, 2002 DAY Thursday

WEATHER: Clear and Warm 52 - 83

**DESCRIPTION AND LOCATION OF WORK**

A Haul excavation to the ski area an embankment at 18+500. Work sub grade station 19+240 – 20+600.
B Finishing D-Aggregrate from station 20+600 – 23+600.
C Force Account work on slide station 19+000. Excavate material and haul off.
D Installing 3600mm pipe at Palmer Creek.
E Installing 150mm underdrain at ~~approach~~ station 18+500.
F Sub-excavation at approach.
G
H
I
J
K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PRODUCTION TIME (PERSON HOURS WORKED) | | | | | | | | | | | EQUIPMENT TIME | | |
| 6 | Driver | 6 | End Dump + 3 pups | | | 21 | 4 | 32 | 6 | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D9 Dozer | | | 5 | | | | | | | | | | 5 [illegible] | |
| 2 | Driver | 2 | Water Truck | 12 | 9 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | | 33 | | | | | | |
| | Operator | 1 | 600 Excavator | 12 | | | | | | | | | | | | | |
| ~~1~~ | ~~Operator~~ | ~~1~~ | ~~350 Excavator~~ | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 7 | | 3 | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | 13 | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | 6 | 1 | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 7 | 6 | | 4 | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | 9 | | | | | | | | | | | | |
| 9 | Laborers | | | | 11 | | 57 | 9 | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 28 | | | 3 | | | | | | | | | | |
| 2 | Grade Checkers | | | 18 | 4 | | | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 5 | | 5 | 11 | | | | | | | | | | |

BY: STEVE SMITHERMAN
SIGNATURE FOR CONTRACTOR: (*) [signature]
DATE: September 12, 2002

REVIEWED BY: JOHN FOSTER
SIGNATURE PROJECT ENGINEER OR INSPECTOR: [signature]
DATE: 9/16/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

44

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1(2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 13, 2002 DAY Friday

WEATHER: Clear, 52 - 88

## DESCRIPTION AND LOCATION OF WORK

A Roadway excavation 18+400 and ha[illegible] to the Ski area parking lot.

B Place D-Agg. and finish, station 19+200 – 19+600 and 20+400 – 20+600.

C Working on pipe at Palmer Creek.

D Work on slide areas station 18+500 and 19+000.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Driver | 9 | Pups and Bellys | 11 | 38 | 9 | 3 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | 6 | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 8 | | | 2 | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | | | 3 | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 17 | 5 | | | | | | | | | | | | |
| | Service of Equip | 2 | Mech and Oilers | | | | | | | 22 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 7 | | | 4 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 5 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | 8 | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 12 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | 2 | | | | | | | | | | | | |
| 7 | Laborers | | | | 14 | 50 | | | | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 24 | | 1 | 2 | | | | | | | | | | |
| 2 | Grade Checkers | | | 11 | | | 4 | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | | 8 | 8 | | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) [signature]

DATE: [September 13, 2002]

REVIEWED BY: [John Postel]

SIGNATURE PROJECT ENGINEER OR INSPECTOR: [signature]

DATE: [9/23/02]

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

45

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 16, 2002 DAY Monday

WEATHER: Partly Cloudy 55 - 70

**DESCRIPTION AND LOCATION OF WORK**

A Roadway excavation station 18+300 ~ 18+400, haul to ski area.

B Continue installing culvert at Palmer Creek, Riprap headwall, Rock Weir.

C Tight blading D Agg., processing, hauling stockpiled reject D to ski Area.

D Working on excavating slides areas 18+500 and 19+860.

E Installing 150mm underdrain station 18+500 approach.

F Silt fence repair, erosion control as needed.

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | Driver | 7 | End Dump & pups | 27 | 1 | 9 | 20 | 11 | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R and D9 | 8 | | | 6 | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | | | 5 | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 8 | | 4 | | | | | | | | | | | |
| | Service of Equip | 2 | Mech and Oilers | | | | | | | | | 23 | | | | | |
| 1 | Operator | 1 | 600 Excavator | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 2 | 8 | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | 7 | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | 6 | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | | 10 | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | 9 | | | | | | | | | | | |
| 2 | Operator | 1 | Scraper | 1 | | 5 | | | | | | | | | | | |
| 8 | Laborers | | | | 20 | | 5 | 14 | 24 | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 12 | 4 | 3 | 2 | | | | | | | | | | |
| 1 | Grade Checkers | | | 10 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 7 | | 9 | 4 | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 16, 2002

REVIEWED BY: John Foster

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

-DATE: 9/23/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

46

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 17, 2002 DAY Tuesday

WEATHER: Cloudy and Rain showers 50 - 68

## DESCRIPTION AND LOCATION OF WORK

A Excavating slide areas, station 18+5[illegible] 19+000, and 19+860.

B Installing 150mm underdrain pipe station 11+120-11+190 and 11+000–11+09[illegible]

C Processing and blue-topped D-Agg.

D Finished pipe at Palmer Creek. Pulled diversion channel.

E Repair silt fence and erosion control ~~as needed~~.

F Placed Slope armor 18+470 – 18+530.

G Haul excavation to waste.

H Work on the multi-plate pipe station 18+312 , haul bedding, ex. out.

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Driver | 8 | End Dump+ Pups | 63 | 13 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | | | | | | | 6 | | | | | | | |
| 1 | Operator | 1 | D6H | | | | | | | 10 | | | | | | | |
| 1 | Driver | 1 | Water Truck | 1 | | | | | | | | | | | | | |
| | Service of Equip | 2 | Mech and Oilers | | | | | | | | | 23 | | | | | |
| 1 | Operator | 1 | 600 Excavator | 3 | | | | | 3 | | | | | | | | |
| | | 1 | Foreman | 4 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 7 | | | 3 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | 2 | | 7 | 1 | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | 6 | | 4 | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | | 5 | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | 10 | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | | 10 | | | | | | | | | | | |
| 4 | Laborers | | | | 10 | 5 | 4 | 11 | | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 8 | | | | | 5 | 2 | 6 | | | | | | |
| 2 | Grade Checkers | | | | | 5 | | | | 16 | | | | | | | |
| 2 | Operator | 2 | Loader | 10 | 5 | | | | | 4 | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 17, 2002

REVIEWED BY: Jill Foster

SIGNATURE PROJECT ENGINEER OR INSPECTOR: [signature]

DATE: 9/23/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE

A Hours & Equip. to be Determined @ Later Date Jmj

47

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1(2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 18, 2002 DAY Wednesday

WEATHER: Overcast am. Sunny pm 40 - 70

DESCRIPTION AND LOCATION OF WORK

A Hauling excavation from 18+500 to ~~Gletty Pit. Subgrade finishing at Station 18+700 – 19+240.
B Hauling slide material from 18+500 and disposing of, force account work.
C Install 600mm pipe station 18+220 and 18+455.
D Processing D-Aggregate and haul 5 loads to 19+860.
E Repair silt fence as needed.
F
G
H
I
J
K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | Equipment Time: Work | Idle | Down |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Driver | 10 | End Dump + Pups | 83 | 10 | | 4.5 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | 12 | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 3 | 7 | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 9 | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 2 | | | | | | | | | | | | | |
| | Service of Equip | 2 | Mech and Oilers | | | | | | | | 28 | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 8 | 11.5 | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 6 | | 6.5 | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | .5 | 6 | 4 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 7 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 4 | | | 4 | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | 4 | | | | | | | | | | | | | |
| 6 | Laborers | | | | 4.5 | 26 | 5 | 6 | | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | | 12 | 10 | | | | | | | | | | | |
| 1 | Grade Checkers | | | 12 | | 6 | | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 7 | | 2 | 3.5 | | | | | | | | | | |

(Production Time (Person Hours Worked) columns A–K; Equipment Time: Work, Idle, Down)

BY: STEVE SMITHERMAN
SIGNATURE FOR CONTRACTOR: (*) [signature]
DATE: September 18, 2002

REVIEWED BY: John Foster
SIGNATURE PROJECT ENGINEER OR INSPECTOR: [signature]
DATE: 9/23/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

A&B - Hours & Equip. To Be Determined @

48

[illegible]

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 20, 2002 DAY Friday

WEATHER: Sunny and Clear 38 - 70

**DESCRIPTION AND LOCATION OF WORK**

A Excavation at slide location 18+605 [illegible] # 17. Haul material away.

B Place D-Aggregate on road station, 18+760 – 19+460 plus some spot loads.

C Perform sub-excavation as directed station 18+510 – 18+550.

D Clean ditches, minor excavation in areas, clean up.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Driver | 13 | Trucks,pups, bellys | 69 | 26.5 | 4 | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | | | | | | | | | | | |
| 2 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 8 | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 9.5 | | | | | | | | | | | | | |
| | Service of Equip | 2 | Mech and Oilers | | | | | | | 20 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 8 | | 2 | | | | | | | | | | | |
| 1 | Foreman | | | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 3 | | | 7.5 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | 7 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | 2 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | | | | | | | | | | | | | |
| 2 | Laborers | | | | 12 | | | | | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 18.5 | | | | | | | | | | | | | |
| 2 | Grade Checkers | | | 8 | 6 | 4 | | | | | | | | | | | |
| 2 | Operator | | Loaders | 8 | | | | | | | | | | | | | |

| BY: STEVE SMITHERMAN | REVIEWED BY: John Foster |
|---|---|
| SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman | SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster |
| DATE: September 20, 2002 | DATE: 9/26/02 |

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE MUTCD AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

"A" work to be determined at later date
JMF

49

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 25, 2002 DAY Wednesday

WEATHER: Sunny and Clear 44 - 71

## DESCRIPTION AND LOCATION OF WORK

A Hauling excavation from 18+400 ar[illegible] [illegible]asting material.

B Place aggregate on approaches and spot loads of D-Base Aggregate.

C Perform work in the wetlands as directed.

D Extend 600mm culvert station 18+540.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PRODUCTION TIME (PERSON HOURS WORKED) | | | | | | | | | | | EQUIPMENT TIME | | |
| 4 | Driver | 4 | 2 Dumps 2 Bellys | 7 | 26 | 2 | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 11 | | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | 16 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 6.5 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 9.5 | | | 1 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 10 | | | | | | | | | | | |
| 1 | Foreman | | | 6 | 2 | 2 | 2 | | | | | | | | | | & No |
| 2 | Operator | 2 | Vibratory Roller | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | | | | | | | | | | | | | |
| ? | Laborers | | | 3.5 | 14 | | 10 | | | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 6.5 | | 3.5 | | | | | | | | | | | |
| 1 | Grade Checkers | | | | | | 4 | | | | | | | | | | |
| 1 | Operator | 1 | Loader | | 10 | | | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 25, 2002

REVIEWED BY: John FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/30/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE [illegible] AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

& No payment for time [redacted]

50

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 26, 2002 DAY Thursday

WEATHER: Cloudy and Cool 45 - 67

## DESCRIPTION AND LOCATION OF WORK

A Continue working sub-grade, haulin[illegible] excavation away.

B Finishing rocklined ditches and placing slope armor 18+470 – 18+540.

C Haul D-Aggregate for spot loads and placement on the road.

D Haul and place fish rock at the multi plate.

E Work on the wetlands.

F Roadway obliteration on the forest service road.

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | Driver | 6 | Trk Pups and Bellys | 23 | | 16 | 14 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 10 | | | | | | | | | | | | | |
| | Service of Equip | 1 | Mech and Oilers | | | | | | | | 10.5 | | | | | | |
| 1 | Foreman | 1 | | 12 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | | 4.5 | 4.5 | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 8.5 | | 2 | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 6 | | 4 | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | | | | | | | | | | | | | |
| 1 | Laborers | | | 2.5 | | | | | | | | | | | | | |
| 1 | Driver | 1 | Moxy Truck | | | | | | 7 | | | | | | | | |
| 2 | Grade Checkers | | | 10.5 | | 3 | | | | | | | | | | | |
| 1 | Operator | 1 | Loader | 6.5 | | 4 | | | | | | | | | | | |

| | |
|---|---|
| BY: STEVE SMITHERMAN | REVIEWED BY: John FOSTER |
| SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman | SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster |
| DATE: September 26, 2002 | DATE: 10/1/02 |

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE

51

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 30, 2002 DAY Monday

WEATHER: Cloudy, Showers, 38 - 55

DESCRIPTION AND LOCATION OF WORK

A Working on subgrade prep, clean s[illegible]s, ditches etc.

B Haul and place D-Aggregate, process, tight blade 18+400 – 19+200.

C Working on multiplate at Palmer Creek.

D Install 600mm culvert and dissipator station 18+346.5.

E Roadway obliteration Ten Mile ~~Creek~~ Road 261.

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | Driver | 5 | 2 Trk &Pup 3 Bellys | 9 | | 2 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 3 | | | | | | | | | | | | |
| | Driver | | Water Truck | 5 | 2 | | | | | | | | | | | |
| | Service of Equip | 1 | Mech and Oilers | | | | | | | 9 | | | | | | |
| 1 | Operator | 1 | 600 Excavator | | | | | | | | | | | | | |
| 1 | Foreman | | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | 3 | 7 | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | | 8 | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 8 | 4 | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 5 | 5 | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | | | | | | | | | | | | |
| 2 | Laborers | | | | 5.5 | | 10 | | | | | | | | | |
| 1 | Driver | 1 | Moxy Truck | | | | | 2 | | | | | | | | |
| 1 | Grade Checkers | | | 8 | 2 | | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 2 | 9 | | | | | | | | | | | |

BY: STEVE SMITHERMAN
SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman
DATE: September 30, 2002

REVIEWED BY: John Foster
SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster
DATE: 10/3/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

52

US DEPARTMENT OF TRANSPORTATIO[N]
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: October 2, 2002 DAY Wednesday
WEATHER: Mostly sunny and cold in morning, mostly cloudy and cool in afternoon

## DESCRIPTION AND LOCATION OF WORK

A Haul material from ski area to ca[ttleguard u]pgrade and build approach at 18+320

B Haul grading D base rock from ski area to 18+200 to 18+460

C Clear for fencing crew at cattleguard

D Service and Mechanic Equipment

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Operator | 1 | 450 loader | 7 | 4 | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 excavator | 3 | | | | | | | | | | | | | |
| 2 | Drivers | 2 | Moxy Trucks | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | Cat Roller | 7 | 4 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160H blade | 7 | 4 | | | | | | | | | | | | |
| 1 | Service/Mechanic | | | | | | 10 | | | | | | | | | | |
| 1 | Laborer | | | | | 6 | | | | | | | | | | | |
| 1 | Laborer | | | 4 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 6 | | | | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Dusty Furman

DATE: 10-3-02

REVIEWED BY: John Easter

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 10/03/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

53

54

Contractors Daily Quality
Control Reports 2001-2002

55

2001

U.S. Department of Transportation
Federal Highway Administration

# CONTRACTOR DAILY QUALITY CONTROL REPORT

Project WA PFH 158-1(2) FLOWERY TRAIL ROAD

Contractor/Subcontractor M.A. DeAtley Construction

Date 10-22-01 Day Monday

Weather Cloudy, Rainy, ≈ 45°-50°

RECEIVED OCT 22 2001 1/a

Quality Control Inspection Narrative

On Standby until around 8:00 a.m. Trucks started hauling waste excavation from 18+800 to 49° North Sk. Area. 350 loaded trucks. D10N pushed to 350 hoe. D8N dozer placed material at 49° North Sk. Area.

2 guys from DeAtley Crushing here today to look at job. They said they had room to set up crusher. Said they would be here by Friday of this week. Going to have to plan a pre-crushing meeting.

Had partnering meeting this morning. I could not attend because I brought the crusher guys back to the airport.

Started raining pretty hard around 12:00 (noon). We worked until 3:00 p.m. & then shut down. Just too wet.

Labor crew worked on fixing silt fence.

Getting close to seeding time. Not ready yet. We need to address this now. Nov. 1 is coming real soon!!!

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Foreman
Contractor Quality Control Manager

Reviewed by:
Federal Highway Administration

56

U.S. Department of Transportation
Federal Highway Administration

# CONTRACTOR DAILY QUALITY CONTROL REPORT

Project WA PFH 158-1(2) FLOWERY TRAIL ROAD

Contractor/Subcontractor M.A. DeAtley

Date 10-24-01 Day Wednesday

Weather Cloudy, Cool, Some rain, ≈ 45°

11a

Quality Control Inspection Narrative

Another muddy day on the job site. This mud is not getting any better. I don't think it will until next year.

Continued hauling excess excavation from 18+800 to 49+ North Ski Area. Also started building plant site for crusher. Slope is starting to give away at this location (crusher plant site location). Linda P. on site to look at. She wants to take it out. Will pay by the hour. Not sure if she is going to pay truckers by the hour too. I will ask John F. this tomorrow.

D8N + D5M dozer worked between 22+000 - 23+200 on slope work (including placing + track walking slopes). These slopes are still pretty wet. I am not sure about the seeding situation.

Greg with Precision Hydroseeding here this afternoon to look over job. He said he will be back tomorrow to discuss some important issues. I let him know that we will not be seeding what we originally estimated because of weather reasons. We may not seed anything if the weather does not straighten out. Both myself + John Foster have been discussing topsoil placement + seeding for the last 2 months. Nothing seemed to ~~[illegible]~~ get done.

Linda expected to meet with us tomorrow about seeding + temporary turf establishment.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Fasjian

Contractor Quality Control Manager

Reviewed by:

Federal Highway Administration

57

Federal Highway Administration

# CONTRACTOR DAILY QUALITY CONTROL REPORT

Project WA PFH 158-1(2) Flowery Trail Road

Contractor/Subcontractor M.A. DeAtley Construction

Date 10-31-01 Day Wednesday

Weather Mostly Cloudy, Rain in Morning, ≈ 50°

RECEIVED NOON NOV 1 2001

**Quality Control Inspection Narrative**

Crusher is still grinding select topping material to place on top of subgrade to get traffic through this winter. We are still hauling the rejects to 49° North Ski Area parking lot. D&W dozer at Ski Area is placing the material at outside edges of parking lot.

4 laborers are devoted to erosion control. All 4 spent all day repairing & installing silt fence. They are simply following the list that was provided by John Foster.

The select topping that we are currently making is being tested by DeAtley Crushing but not by us because there is no pay item for it, therefore there is really no spec. for it. DeAtley Crushing is running gradations because they want to know what they are screening out.

~~At~~ At 12:00 p.m., I had to leave job site because I was experiencing major electrical problems with my vehicle. I contacted both Sam Stamper & John Foster before I left to make sure that I was not needed this afternoon. They both gave me the green light to go handle my pickup.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Foreman

Contractor Quality Control Manager

Reviewed by:

Federal Highway Administration

58

U.S. Department of Transportation
Federal Highway Administration

# CONTRACTOR DAILY QUALITY CONTROL REPORT

RECEIVED NOV 5 2001

Project: WA PFH 158-1(2) FLOWERY TRAIL ROAD
Contractor/Subcontractor: M.A. DeAtley Construction
Date: ~~Nov~~ 11-01-01 Day: Thursday
Weather: Cloudy, Cool, ≈ 50°

**Quality Control Inspection Narrative**

Spent most of day working with Eric (Budinger) & Bob (Federal Highway) on testing methods for aggregates. I wanted to be present so I could tell if the testing that Budinger is doing is correct. I think I have a good idea what is going on.

Continued working on erosion control by installing & repairing silt fence. We also installed 30 bales today.

Crusher still crushing select topping (used to get road back into shape for winter). Crusher foreman said that it will be around 8:00 or 9:00 tomorrow morning before they get switched over to the grading "D" base rock. I have lined out Budinger to make sure that we will be covered for testing this. They (Budinger) said they would be here.

Road is open to traffic today because it is November 1st. Spent a good hour this morning going over traffic control items with Kat. I think we covered everything that needs to be covered for the rest of this week & the weekend. Talked about detour signs. Kat said they would be removed by Friday night. I said the sooner the better because they should already be down.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Foreman
Contractor Quality Control Manager

Reviewed by:
Federal Highway Administration

59

US DEPARTMENT OF TRANSPORTATION
Federal Highway Administration

# CONTRACTOR DAILY QUALITY CONTROL REPORT

Project WA PFH 158-1(2) FLOWERY TRAIL ROAD

Contractor/Subcontractor M.A DeAtley Construction

Date 11-6-01 Day Tuesday

Weather Cloudy cold ≈ 45°

RECEIVED NOON NOV 7 2001

**Quality Control Inspection Narrative**

Spent all morning in office at Flowery Trail working on quality control plan + approval for using King's Lake Pit for making aggregates for asphalt concrete, + emulsified treated base. Also spent time with Eric of Budinger about testing methods + results. Told him that the results need to go to someone.

Crusher continued crushing Grading D base rock. Production for the day was 1792 tonnes for day shift and 1995 tonnes for night shift. A total of 3 samples was taken today for quality control testing.

Our stockpile is being strung out along new roadway around 20.000. It seems like we are losing a fair amount to floor loss. Going to have to account for this when crusher thinks they are done crushing.

Erosion Control still doing there thing. John Foster is keeping a close eye on their work. Kris is too.

Told Linda that I would have a quality control plan for asphalt rock by Next Monday. She said O.K.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Foreman
Contractor Quality Control Manager

Reviewed by:
Federal Highway Administration

60

Federal Highway Administration

# CONTRACTOR DAILY QUALITY CONTROL REPORT

RECEIVED NOV 8 2001

Project: WA PFH 158-1(2) FLOWERY TRAIL ROAD

Contractor/Subcontractor: M.A. DeAtley Construction

Date: 11-7-01 Day: Wednesday

Weather: Partly Sunny, cold, ≈ 45°

**Quality Control Inspection Narrative**

Crusher still crushing Agg. Base Grading D ~~next~~ aggregate. All tests run today by Budinger met the specs. 1st day that all tests were in.

DeAtley Crushing caught the big sample for the Humphries test that the Federal Highway Administration will be doing. They caught ~~the~~ sample around 11:00 a.m. I was not present when they ~~caught~~ the sample but I made sure that they were running consistent at the exact time they caught the sample.

Robert (Quality Control Person for DeAtley Crushing) was down at the Fed's lab today with Budinger representatives trying to figure out why Budingers tests have been jumping around + not DeAtley Crushing tests. Robert thinks it is the shaker that Eric + Steve are using. They are going to need to shake their samples a little longer.

Erosion Control crews still working. Kris is keeping a close eye on this crew.

Material Source seems to be very dirty still. Crusher is producing a lot of rejects. Our trucks can hardly keep up!

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Foreman
Contractor Quality Control Manager

Reviewed by:
Federal Highway Administration

61

U.S. Department of Transportation
Federal Highway Administration

RECEIVED NOV 9 2001

# CONTRACTOR DAILY QUALITY CONTROL REPORT

Project WA PFH 158-1(2) Flowery Trail Road

Contractor/Subcontractor M.A. DeAtley Construction

Date 11-9-01 Day Thursday

Weather Partly Cloudy, Cold, ≈ 45°

Quality Control Inspection Narrative

Crusher still producing Grading D base rock. See Flow Chart for production rates + test results. Everything seemed to run smoothly today.

4 laborers on erosion control worked ½ of day and other 4 laborers worked all day. I think that our erosion control is pretty well complete, unless John F. or Linda can direct us to do something else.

Running out of room for stockpiles. Don't know where we are going to put the agg. surface course.

Moved D8N to material source (18+700 - 18+900) to help the D10N push to crusher. It is becoming a long push and the dozers are having to rip the material.

Around 2:00 p.m., got the word from office that a driller will be here on Friday + will drill Friday + Saturday + shoot the material source on Sunday.

Kris nor I plan on being here on Sunday to witness blast. I will talk with blaster and make sure that a blasting plan is submitted before we shoot + that the road be closed (just right before they shoot), during the shot. I am sure that the driller is aware of this already.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Fa[illegible]

Contractor Quality Control Manager

Reviewed by:

Federal Highway Administration

62

Federal Highway Administration

# CONTRACTOR DAILY QUALITY CONTROL REPORT

RECEIVED NOV 12 2001

Project WA PFH 158-1(2) Flowery Trail Road

Contractor/Subcontractor M.A. DeAtley Construction

Date 11-9-01 Day Friday

Weather Mostly Sunny, Cool, ≅ 45°

**Quality Control Inspection Narrative**

Crusher continued producing Agg. Base Grading D. At around 5:00 p.m., switched over to Agg. Surface Course. Stockpiling the Surface Course around 19.000. Budinger representative here to test agg surface course also.

No erosion control crew here today. All silt fence + Straw bales seem to be complete.

Don Graham here this morning to start drilling material source. John Foster + myself shot grade in this area to get drilling depths for Don. It was very helpful having John Foster help us do this.

Checked on Eric + his testing. He seems to be doing a good job.

Talked with both Rick + Robert of DeAtley Crushing about upcoming schedule. It sounds like the Crusher is going to go to do a different job after this one + then go to King's Lake pit. This is not definit.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Thomas
Contractor Quality Control Manager

Reviewed by:
Federal Highway Administration

63

U.S. DEPARTMENT OF TRANSPORTATION
Federal Highway Administration

# CONTRACTOR DAILY QUALITY CONTROL REPORT

RECEIVED NOV 13 2001 A.O.O.

Project WA PFH 158-1(2) FLOWERY TRAIL ROAD

Contractor/Subcontractor M.A. DeAtley Construction

Date 11-12-01 Day Monday

Weather Partly Sunny, Cool, ≈ 45°

Quality Control Inspection Narrative

6 laborers ~~r~~ Spent morning loading shot at 18+700. Blasted around 12:00 p.m. (noon). There was some fly rock but it didn't go anywhere. The shot looks pretty chunky with a few boulders.

Crusher finished up crushing agg. surface course around 11:00 a.m. They then switched to select granular backfill. They cannot meet the spec for this product. They [illegible] can't get enough 3' rock. I then talked to them about how they didn't include floor loss. DeAtley Crushing said Mark DeAtley told them not to include floor loss. I told Kris this. She immediately got on phone with John Cooper. He resolved the issue. Crusher then switched back to Agg. Base Grading D. Crushed this all night. We now have about 10% going to floor loss. This seems reasonable.

Still need target values for the Humphres test. I will talk to John Cooper about this next time I see him.

After blast, labor crew worked on erosion control.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Forman
Contractor Quality Control Manager

Reviewed by:
Federal Highway Administration

64

U.S. Department of Transportation
Federal Highway Administration

RECEIVED NOV 16 2001 10a

# CONTRACTOR DAILY QUALITY CONTROL REPORT

Project: WA PFH 158-1(2) FLOWERY TRAIL ROAD

Contractor/Subcontractor: M.A. DeAtley Construction

Date: 11-13-01 Day: Tuesday

Weather: Partly Cloudy, cool, ≈ 45°

**Quality Control Inspection Narrative**

Day shift for crusher is making 3" rock for 49° North Ski Area Parking Lot. M.A. DeAtley is hauling the rock to the parking lot from the crusher.

Night shift for crusher is making select granular backfill. DeAtley Crushing cannot meet the spec. on the 3" sieve but it is ~~their~~ their choice to make it the way they are + ask for a spec. change later. The aggregate is still very clean but we were not able to retain anything on the 3" sieve because the way the crusher is set up.

Erosion control work is still going on. Talked with Linda P. around 2:00 p.m. She expressed her thoughts about our erosion control (Not being adequate). I asked her to show me what she wanted because she has just been showing Kris + then ~~Allen~~ asking me why it is not done when I don't even know what is wanted. I think we got things squared away.

John Cooper + myself submitted target values to Linda around 6:00 p.m. Around 6:30 p.m., I left site to head for Clarkston for 2 days to attend a soil erosion class. This was approved by Linda. John Cooper will be filling in.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty [signature]
Contractor Quality Control Manager

Reviewed by: ______
Federal Highway Administration

65

U.S. Department of Transportation
Federal Highway Administration

# CONTRACTOR DAILY QUALITY CONTROL REPORT

Project WA PFH 158-1(2) FLOWERY TRAIL ROAD

Contractor/Subcontractor M.A. DeAtley Construction

Date 11-20-01 Day Tuesday

Weather Cloudy, slight rain, cool, ≈45°

**Quality Control Inspection Narrative**

James, Mark, + Tom working on erosion control. Mark is walking the creek + edge of right-of-way to see where more silt fence should be installed. They worked in the vicinity of 21+000 to 22+000 today. Their definitly was a need for improvement in this area.

Paul Stocker blading road at 6:00 A.m. Dale DT Stevens County out to look at the road at about 10:00 A.m. They were much more impressed than they were yesterday. There is more than 20' of solid, rocked roadway throughout the job now. The county did express their concerns for plowing snow this winter with our stockpiles where they are at. I explained to the county that we ran into some extra excavation that was not planned on + it put us back a couple of weeks, which in turn put back the crusher a couple of weeks, which then it was too late to put base rock on subgrade so we had to stockpile it. The county understood + said "It doesn't look to be your fault at all." "It just seems to be a bad situation." I agreed. It sounds like they are going to have to use a blade to plow the snow, preferrably a blade with a wing on it. 49th North Ski Course has a blade with a wing + is willing to blade the road for 65$/per hour. John C., John F., Linda P., + myself are going to have to discuss this issue soon.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Reported by: Dusty Freeman
Contractor Quality Control Manager

Reviewed by:
Federal Highway Administration

RECEIVED
8a
NOV 21 2001

66