2002

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

Project : FLOWERY TRAIL ROAD WA PFH 158-1(2)

Contract/Subcontractor M.A. DeAtley Construction

Date : 8·19·02 Day: Monday

Weather : Sunny, warm, ≈ 50° - 80°

**Quality Control Inspection Narrative**

Shift start at 6:00 A.M. Started laying gravel around 7:30 A.M. Measured off spread lengths for truck drivers to ensure the proper amount of gravel at each station. Caught 3 samples throughout the day. Bryan (Feds), myself, + Steve (Budinger) coordinated the time + location.

Started digging out gabion wall today. Grade checker was present all day to ensure that we do not take out more material than necessary.

300 hoe worked on finishing slope areas between 19+350 + 19+400. Dwight dressed it up nice.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Forsmann
Contractor Quality Control Manager

Reviewed by: John M Foster
Federal Highway Administration

88

**U. S. DEPARTMENT OF TRANSPORTATION**
**FEDERAL HIGHWAY ADMINISTRATION**

# CONTRACTOR DAILY QUALITY CONTROL REPORT

Project : FLOWERY TRAIL ROAD WA PFH 158-1(2)

Contract/Subcontractor M.A. DeAtley Construction

Date : 8-20-02 Day: Tuesday

Weather : Sunny warm ≈ 50° - 80°

**Quality Control Inspection Narrative**

Shift start at 6:00 a.m. Hauling agg. base grading D again today.
No where to go in the morning so hauled approach rock to Station 21+400 approach
Talked to both Linda + John F. about gradation tests + Compaction tests
for approaches. Both said that gradations were not necessary + that visual
tests for compaction would be fine.
Went back to hauling grading D around 11:30 p.m. Pulled sample
around 2:45 p.m. We were not at our random tonnage but Linda P.
said we needed at least 1 sample per day. Matt from Budinger
stayed until 7:00 p.m to finish gradation tests. I told him not to worry
about an S.E. test because the first 3 were consistent + in Spec.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Freeman
Contractor Quality Control Manager

Reviewed by: John M. [signature]
Federal Highway Administration

69

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** M.A. DeAtley Construction

**Date :** 8-21-02 **Day:** Wednesday

**Weather :** Sunny, warm, ≈ 50° - 80°

**Quality Control Inspection Narrative**

Shift start at 6:00 A.m. Gravel spread up & going this morning. Linda P. shut down operation because too much material is passing the #200 sieve. Spread was shut down for about 3 hours while we were making changes. Started back up by about 2:00 p.m. with the 350 excavator loading instead of the loader. Pulled sampl at about 3:30 p.m. This sample passed so we have the green light to continue with base laying.

Gabion wall progressing along. Everything looks good ~~as~~ for quality control

Blasted around 18+400 at 9:00 A.m. today. Rock was put in the creek. Will Need blast plan in future before blaster shoots.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Foreman
Contractor Quality Control Manager

Reviewed by: [signature]
Federal Highway Administration

70

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** M.A. DeAtley Construction

**Date :** 8-22-02 **Day:** Thursday

**Weather :** ~~Sun~~ Partly Cloudy, Rain in the morning, ≈ 55° - 75°

**Quality Control Inspection Narrative**

Gravel crew laying gravel again today. We are in lot #2 now. The first sample of the day passed but the other two did not so we shut down until a ~~gen~~ solution is achieved. Rain in the morning concerned Federal Highway Administration. Put 1 to 2 laborers on silt fence crew to fix all down fence. Will have this completed by Friday, 8-23-02.

Galion crew working on retaining wall today. Surveyors staked the wall with a curve in it. M.A. DeAtley took the time to get it straight. It looks like everything is ~~[illegible]~~ back to normal.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Forman
Contractor Quality Control Manager

Reviewed by: [signature]
Federal Highway Administration

7H

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMI STRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

Project : FLOWERY TRAIL ROAD WA PFH 158-1(2)

Contract/Subcontractor M.A. DeAtley Construction

Date : 8-23-02 Day: Friday

Weather : Sunny, warm, ≈ 50° - 80°

Quality Control Inspection Narrative

Shift start at 6:00 A.M. No excavation crew or gravel crew.

Gabion crew worked on retaining wall. Everything looked to be going OK.

Finish crew worked all day finishing subgrade between stations 18+500 to 19+400 + 23+600 to ~~24+300~~ 24+600.

2 labourers worked on repairing silt fence throughout the job.

600 Komatsu excavator worked on pulling rocks from slope in order to repair silt fence

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Forsmann
Contractor Quality Control Manager

Reviewed by: [signature]
Federal Highway Administration

72

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

Project : FLOWERY TRAIL ROAD WA PFH 158-1(2)

Contract/Subcontractor M.A. DeAtley Construction

Date : 8-26-02 Day: Monday

Weather : Cloudy, warm, rain in the morning

**Quality Control Inspection Narrative**

Shift start at 6:00 A.m. No gravel crew working today because we have not come up with a corrective solution to get the 0.075 mm sieve in spec.
Excavation crew hauling waste to ski area.
Gabion crew continued installing retaining wall.
2 excavators worked on finishing ditches + slopes.
2 blades worked on finishing subgrade.
1 excavator started digging out cattle guards on east end of project. Welch staked the cattle guards for depth. This will ensure that the cattle guards will line up with the final lift of asphalt.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Foreman
Contractor Quality Control Manager

Reviewed by: John M Foster
Federal Highway Administration

73

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** M.A. DeAtley Construction

**Date :** 8-27-02 **Day:** Tuesday ~~[illegible]~~ wrong day!

**Weather :** Sunny, warm, ≈ 50°-70°

**Quality Control Inspection Narrative**

Shift start at 6:00 A.m.

Building grade for cattle guard at station ~~[illegible]~~ 24+830.

John Foster + crew helped with quality control by shooting in some elevations to go by. This helped tremendously but we still managed to be about 4 cm too low on the 1st half of placement. This is beyond the tolerance we are allowed so pulled cattle guard back out + re-shot grade. At end of shift, cattle guard was back in place and at the right elevation. Gravel crew placing agg. base grading "D" today. Pulled sample at 11:30 a.m. + 2:30 p.m. Both tests failed on the 0.075 mm sieve. Shut down once again until a corrective solution is utilized.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Fassmann
Contractor Quality Control Manager

Reviewed by: John M Foster
Federal Highway Administration

74

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** M.A. DeAtley Construction

**Date :** 8-28-02 **Day:** Wednesday

**Weather :** Sunny, warm, ≈ 55° - 85°

**Quality Control Inspection Narrative**

Excavation crew working on bringing area around 18+300 to grade. Gravel crew moving stock piles from 20+100 to 20+300 to 18+500. 350 excavator is staying off of the floor so we don't contaminate the material any more than it already is. Gabion retaining wall coming right along. Seed mixture for the outside basket seemed to turn out all right. Cattle guards being installed looks satisfactory. Grade checker is making sure that our floor is perfectly level + compacted. Finish crew working on cutting blue tops between 18+600 to 20+600. There is alot of work that needs to be done in this area before Federal Highway will accept

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Foreman
Contractor Quality Control Manager

Reviewed by: John M Foster
Federal Highway Administration

75

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contractor/Subcontractor** M.A. DeAtley Construction

**Date :** 8-29-02 **Day:** Thursday

**Weather :** Sunny, Warm, Cloudy in the afternoon, ≈ 55° - 85°

**Quality Control Inspection Narrative**

Attended Pre-Paving meeting at 10:00 A.m. at ~~Ott...~~ King's Lake Pit. Linda + Bruce of Federal Highway emphasized a couple of quality control issues that both Steve (Budinger) + I researched. By end of the day, Steve + I were on the same page about testing procedures + what needs to be done before startup of asphalt. One concern is going to be if we are placing asphalt + grading @ at the same time.

Submitted Target Values to Linda in afternoon. Also gave Linda quality control plan for asphalt + blast plan for upcoming shot.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: [signature] Dusty Forsmann
Contractor Quality Control Manager

Reviewed by: [signature]
Federal Highway Administration

76

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contractor/Subcontractor** M.A. DeAtley Construction

**Date :** 9-3-02 **Day:** Tuesday

**Weather :** Cloudy, Cool, ≈ 55° - 70°

**Quality Control Inspection Narrative**

Safety meeting at 5:45 a.m. Things got started around 6:15 am Crusher set up & crushing at Ski Area Parking Lot. Started hauling "D" rock onto road right away in the morning. First test looked pretty dirty when I went to pull sample so we shut gravel spread down. Just hauled waste to ski area parking lot.

Inland Asphalt on site getting ready to go. Will do test strip tomorrow & will also do some patching.

Kept a close eye on crusher most of day

Had a small meeting with Linda late afternoon. Talked about transition on Phase I. Linda said all we need to do is take out 4" of existing & gave us a length that needed to be taken out See note:

It is hereby certified that the information contained in this record is accurate. and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Forsmann
Contractor Quality Control Manager

Reviewed by: John M. Jotter
Federal Highway Administration

Discussed with L. Persson
Because of construction 200mm Grade on this section of new roadway we require 100mm removed replaced with Asphalt Conc. "then" 2 lifts of normal paving to finished elev.

77

Federal Highway Administration
Western Federal Lands Highway
Vancouver WA 98661

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contractor/Subcontractor** W.A. DeAtley Construction

**Date :** 9-5-02 **Day:** Thursday

**Weather :** Cloudy, pleasant ~ 50° 70°

**Quality Control Inspection Narrative**

Laying gravel again today 3 Budinger representatives here today for quality control, I took all samples from roadway with Budinger ~~[illegible]~~ ~~[illegible]~~ people sampling from Crusher ~~#~~ The #200 sieve was in on all production + placement samples

Inland Asphalt only patching today so no sampling was needed.

The blast at 18+400 was a good blast. No rock ended up in the creek. It was a very controlled blast.

3 laborers fixed cattle guard from Phase I. This will be paid for time + materials

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Foreman
Contractor Quality Control Manager

Reviewed by: [signature]
Federal Highway Administration

78

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project:** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** R.A. DeAtley Construction

**Date:** 9-6-02 **Day:** Friday

**Weather:** Sunny, warm, ≈ 55° - 75°

**Quality Control Inspection Narrative**

Inland started paving today (Production Paving).
3 Budinger representatives here today. 1 person did all of the sampling ⇒ cold feed from asphalt, asphalt placed on road, production sample from crusher, + sample from road. 1 person did all of the testing for the grading "D" + 1 person did all of the testing for the asphalt.

All of the grading D is looking good. The testing results are bouncing around but the #200 has always been under 10%.

Guardrail crew here pounding posts. Everything looks to be going O.K.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Forsmann
Contractor Quality Control Manager

Reviewed by: John M Foster
Federal Highway Administration

79

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

## CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contractor/Subcontractor** M.A. DeAtley Construction

**Date :** 9-7-02 **Day:** Saturday

**Weather :** Sunny, warm, ≈ 45° - 70°

**Quality Control Inspection Narrative**

Hauled streambed material from King's Lake Pit to project. Stockpiled about half of it at the approach at station 18+300 R. Stockpiled the other half of it at Gletty Pit. The material looked very good. We did not run an actual gradation on the material but from visual inspection it looked like it would pass.

No gravel crew working today.

Rudinger here today (Matt + Steve) to test production gradations + also get caught up on S.E. tests and other odds + ends.

I am still not sure on when we are suppose to take core samples. We have not got an answer back from Linda.

Note: See F-49 Specials JMJ

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Fassmann
Contractor Quality Control Manager

Reviewed by: John M [illegible]
Federal Highway Administration

80

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** M.A. DeAtley Construction

**Date :** 9-9-02 **Day:** Monday

**Weather :** Sunny, cool, ≈ 40° - 70°

**Quality Control Inspection Narrative**

Installed diversion pipe at ~~station~~ Palmer Creek. The installation looked good. Should be ~~to~~ able to start installing pipe tomorrow. Installed ~~pipe a~~ 600 mm at 18+900.

Crusher crushed until around 7:00 p.m. + then ~~travel~~ tore down crusher. We pulled sample in morning + afternoon. Went to pull sample in evening but crusher was ready to shut down so we never pulled a sample.

Started laying gravel around 1:00 p.m. Did not put ~~any~~ enough tonnage on ground so did not pull sample off of roadway.

~~Pa Called a sample~~ 3 people from Budinger here today for quality control. Everything ran pretty smooth for us

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Farmann
Contractor Quality Control Manager

Reviewed by: [signature]
Federal Highway Administration

81

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** M.A. DeAtley Construction

**Date :** 9-11-02 **Day:** Wednesday

**Weather :** Sunny, warm, ≈ 45° - 75°

**Quality Control Inspection Narrative**

~~[illegible]~~

Gravel Crew hauling agg. base grading. D from ~~[illegible]~~ st. area stockpile to 19+600 to 20+400. 1 sample was taken today from the roadway. This sample looked pretty good. The 9.5 mm sieve was out by 2%. The current pay factor to date on this aggregat is 86%. We seem to be in fairly good shape.

Asphalt plant shut down at around 11:00 a.m. due to a break down on the plant. Pulled 2 samples in the morning. Current pay factor for ACP is 1.01. Looks to be going O.K.

Worked on getting area between 20+400 & 20+600 ready for grade. Will turn in 470 form tomorrow for this area

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dustin Formaniak
Contractor Quality Control Manager

Reviewed by: John M. Foster
Federal Highway Administration

82

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** M.A. DeAtley Construction

**Date :** 9-12-02 **Day:** Thursday

**Weather :** Sunny, warm, ≈ 45° - 80°

**Quality Control Inspection Narrative**

2 Budinger representatives & myself here today for quality control. ~~2 grav~~ No gravel hauling today but paving operation started back up again today.

Took compaction tests on grading D ~~from~~ ~~&~~ using Humphrey curve. All tests came out good today.

All tests for asphalt came ~~back~~ out pretty good. The current pay factor is 1.02. Everything looks to be going good on the asphalt end. Smoothness may be our down fall.

3600 mm pipe at Palmer Creek looks to be going O.K. Steve with Budinger there to watch back fill & take compaction tests.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Fasman
Contractor Quality Control Manager

Reviewed by: [signature]
Federal Highway Administration

83

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** M.A. DeAtley Construction

**Date :** 9-13-02 **Day:** Friday

**Weather :** Sunny, warm, ≈ 50° - 80°

**Quality Control Inspection Narrative**

Inland Asphalt here today for a short day. Paved from Cattleguard on Phase I to the east end of Phase II project. Sampling + testing looks to be going real well. Current Pay Factor for the asphalt is 1.00.

Gravel spread working a short day also. Graveled from 19+240 to 19+600 + 20+400 to 20+600. Everything went well. The two samples that we caught were both in + our current pay factor is 0.88.

Started placing stream bed material in the new 3600 mm pipe at Palmer Creek. This operation seemed to be running smooth.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dudy Foromann
Contractor Quality Control Manager

Reviewed by: John M Jotter
Federal Highway Administration

84

Professional Opinions

Budinger & Associates

3820 E. Broadway Ave.
Spokane, WA 99202
Tel: 509.535.8841
Fax: 509.535.9589

Project No. M01113

Mr. Craig Owens
M.A. Deatley Construction
PO Box 490
Clarkston, WA 99403

Project: Flowery Trail Road

Subject: Aggregate Source Quality Tests

Mr. Owens,

At your request, we provided field and laboratory construction materials testing during construction of the subject project. Our services were limited to the sampling and testing of specific construction components, selected at your discretion.

Near the end of the project, we sampled source material from the exposed faces of the cut that was mined for aggregates used for base. At the time of sampling, aggregates had already been produced and the cut had been substantially finish graded.

Source quality tests were conducted on the rock sampled, which included sulfate soundness testing. Some of the test results indicated percent loss exceeding project specifications. Although the rock sampled was technically outside of the area from which aggregates were produced, we believe that test results indicate the possibility that some portion of the source may not have met durability requirements. We believe that this suspicion may warrant additional investigation into the quality of the source by the parties involved.

It is a pleasure to be of continued service to you on this project. Please call if you have any questions or require additional information.

Respectfully submitted,

Budinger and Associates, Inc.

Scott L. Walters
Construction Services Manager

slw/SLW

addressee-1



86

Correspondence
Contractors – WFLHD

U.S. Department
of Transportation

**Federal Highway
Administration**

RECEIVED

WESTERN FEDERAL LANDS HIGHWAY DIVISION
107 W Main
Chewelah, WA 99109
(509) 935 7175 FAX: (509) 935 7188
cell (360) 607 6410

Facsimile

Date: November 26, 2001

Attn: John Cooper, Project Manager
M. A. DeAtley Construction, Inc.
P.O. Box 490
Clarkston, WA 99403

Refer to: DAC 63
Accept Schedule of Nov 26 with note

Dear Mr. Cooper:

WA PFH 158-1(2)
Flowery Trail Road
Contract Number DTFH70-01-C-00011

This fax is in response to the updated CPM graphic that was hand delivered by Dusty Forsman this afternoon.

This schedule was reviewed only for the as-built portion. One error was found. Activity ID 1730, Submit CSBC/CSTC Target Values (301.03) is listed as October 29, 2001. The 30101 Aggregate Base Grading D Target Values were submitted on 11/13/01.

In order to process Progress Estimate #5, I will accept this schedule as noted: Activity ID 1730, Submit CSBC/CSTC Target Values was done on November 13, 2001. Please show this correction in the next updated schedule.

If you have any questions I can be reached at (509) 935-7175 in the office. My cell phone number is (360) 607-6410.

Linda M Persoon
Linda M Persoon
Project Engineer

cc: Central files, Brent Coe
Project files

88

U.S. Department
of Transportation
**Federal Highway
Administration**

FLOWERY TRAIL ROAD
WA PFH 158-1(2)
107 W Main
Chewelah, WA 99109
(509) 935-7175
FAX (509) 935-7188

Facsimile:

Date: August 221, 2002

Refer to: DAC114
Reject Lot 1 - 30101

Craig Owens, Project Manager
M. A. DeAtley Construction, Inc.
Clarkston, WA 99403

Subject: Flowery Trail Road, WA PFH 158-1(2)
Contract Number DTFH70-01-C-00011

Item 30101 Aggregate Base, Grading D, (Lot 1) Rejected

8/29-22/02

Dear Mr. Owens:

All of the aggregate base material placed Monday, Tuesday, and Wednesday morning is rejected due to non-conformance with the contract. The mean for the five tests taken is 12.42% passing the 75um (#200) sieve. No one test met the contract requirement of 10% maximum on this sieve.

Section 106.01 outlines the necessary steps in response to rejected work. "As an alternative to removal and replacement, the Contractor may submit a written request…The request shall contain supporting rationale and documentation. Include reference or data justifying the proposal based on an evaluation of test results, effect on service life, value of material or work, quality and other tangible engineering basis…."

The tests taken since noon yesterday when you switched the method of loading out of the stockpile have resulted in an apparent acceptable product. Therefore, beginning yesterday noon, a new lot will be started for statistical evaluation – Lot 2.

To minimize the effect of unacceptable material, I will be requiring that test reports be delivered within 4 hours of sampling.

If you have any questions, I can be reached at (509) 935-7175.

Linda M Persoon
*[signature]*
Project Engineer

cc: Central files, Brent Coe
Project files: correspondence to contractor

89

U.S. Department
of Transportation
**Federal Highway
Administration**

Linda's Response

FLOWERY TRAIL ROAD
WA PFH 158-1(2)
107 W Main
Chewelah, WA 99109
(509) 935-7175
FAX (509) 935-7188

Date: August 28, 2002

Refer to: DAC116
Reject Lot 2 - 30101

Facsimile:

Craig Owens, Project Manager
M. A. DeAtley Construction, Inc.
Clarkston, WA 99403

Subject: Flowery Trail Road, WA PFH 158-1(2)
Contract Number DTFH70-01-C-00011

Item 30101 Aggregate Base, Grading D, (Lot 2) Rejected

Dear Mr. Owens:

All of the aggregate base material placed under Lot 2 is rejected due to non-conformance with the contract. The mean for the six tests taken is 11.05% passing the 75um (#200) sieve. The contract maximum for this sieve is 10%.

Only the first two of the four tests taken last week had acceptable percentages on the 75 um sieve (9.4% and 9.5%). This material was taken from the windrowed stockpile using an excavator to load leaving 6" of material on the stockpile floor.

The material hauled yesterday was from the large stockpile near Sta 18+500 LT. The two tests taken from this stockpile both failed the 75 um sieve.

Section 106.01 outlines the necessary steps in response to rejected work. "As an alternative to removal and replacement, the Contractor may submit a written request...The request shall contain supporting rationale and documentation. Include reference or data justifying the proposal based on an evaluation of test results, effect on service life, value of material or work, quality and other tangible engineering basis...."

If you have any questions, I can be reached at (509) 935-7175.

Linda M Persoon
[signature]
Project Engineer

cc: Central files, Brent Coe
Project files: correspondence to contractor

90

# DeAtley Crushing Company

3661 Snake River Avenue • P.O. Box 759 • Lewiston, Idaho 83501 • 208-743-6550 • Fax 208-743-6474

RECEIVED

August 28, 2002

File

M. A. DeAtley Construction Company
Attn: Mr. Craig T. Owens
P O Box 490
Clarkston, Wa. 99403

**RE: Flowery Trail / Project #DTFH70-01-C-00011**
**Stockpile Gradation / Price Reduction**

Dear Craig:

DeAtley Crushing Company is in receipt of your letter dated August 27, 2002. With regards to the Aggregate Base "D" in question, we would offer the following.

DeAtley Crushing Company does feel that the material was made within the specification bands allowed for in the contract. It is well known that stockpiles have a tendency to get more on the fine side after sitting over at least one winter in pile. DeAtley Crushing Company feels that the materials that have been placed as well as the materials presently stockpiled will provide for and acceptable base "as is", and will not be a hindrance to the structural integrity of the road, nor will this material make the road more susceptible to frost upheaval.

Nonetheless, due to time constraints involved with other possible solutions, we would offer to accept a deduct in our payment for this aggregate. DeAtley Crushing Company's original payment for this item was $3.80 per MG. DeAtley would offer a credit of $0.95 per MG for this item should the government agree to accept the aggregates "as is". This equates to a 25% reduction in price and an ultimate savings to the government of $21,425.00.

Please notify me at your earliest convenience if this is deemed acceptable by the government.

Sincerely,
DeAtley Crushing Company

Brian Wilsey
Vice President

91

U.S. Department
of Transportation
**Federal Highway
Administration**

FLOWERY TRAIL ROAD
WA PFH 158-1(2)
107 W Main
Chewelah, WA 99109
(509) 935-7175
FAX (509) 935-7188

Date: August 29, 2002

Refer to: DAC117
Base behind guardrail

Facsimile:

Craig Owens, Project Manager
M. A. DeAtley Construction, Inc.
Clarkston, WA 99403

Subject: Flowery Trail Road, WA PFH 158-1(2)
Contract Number DTFH70-01-C-00011

Item 30101 Aggregate Base, Grading D, (Lot 2) Rejected

Dear Mr. Owens:

This letter is meant to followup on your letter received yesterday, August 28, 2002, proposing installing Guardrail through the rejected base material.

It will be acceptable to place the rejected base material behind the posts. You may use this base material in place of emulsified base behind the guardrail posts also.

If you have any questions, I can be reached at (509) 935-7175.

Linda M Persoon
Linda M Persoon
Project Engineer

cc: Central files, Brent Coe
Project files: correspondence to contractor

BUCKLE UP AMERICA

92

M.A. DEATLEY
CONSTRUCTION, INC.

P.O. Box 490 • Clarkston, WA 99403 • 509-751-1580 • Fax 509-751-1922

August 30, 2002

Linda M Persoon
Project Engineer
Federal Highway Administration
P.O. Box 1220
Chewelah, Washington 99109

Re: WA PFH 128-1(2) Flowery Trail Road

Dear Ms. Persoon,

On September 3, 2002 M.A. DeAtley Construction, Inc. plans to replace the Base Grade D Aggregate that has previously been placed. DeAtley Crushing Company has already begun setting up the crusher at the 49 Degrees North ski area and will begin crushing operations on September 3, 2002.

M.A. DeAtley Construction will begin hauling operations at station 24+300 and continue to the west from there. The base that has been previously placed will then be loaded and hauled to waste.

Sincerely,

M.A. DeAtley Construction, Inc.

Donald L Ruchert

Vice President



93

U.S. Department
of Transportation
**Federal Highway Administration**

FLOWERY TRAIL ROAD
WA PFH 158-1(2)
107 ~~W Main~~
Chewelah, WA 99109
(509) 935-7175
FAX (509) 935-7188

Date: September 5, 2002

Refer to: DAC121
Rock source, Sta 18+400 LT

Facsimile:

Donald L. Ruchert, Operating Manager
M. A. DeAtley Construction, Inc.
Clarkston, WA 99403

Subject: Flowery Trail Road, WA PFH 158-1(2)
Contract Number DTFH70-01-C-00011

Rock Source, Sta 18+400 LT

Dear Mr. Ruchert:

This letter is meant to follow-up on your letter dated August 30, 2002 and subsequent conversations. Your letter outlined M.A.DeAtley's intention to replace the Base Grade D Aggregate already placed with material hauled earlier to 49 Degrees North ski area. The material being crushed at the ski area is rock waste from the cut near Sta 18+400 LT.

Last year in partnering conversations we had discussions about testing the material in one of the exposed rock cuts on either side of the approved source (Sta 18+700 to Sta 18+900). Test holes last summer with an excavator in the area of Sta 18+700 to Sta 18+900 confirmed the core logs. The core log delineated the material in the upper portion of this thru-cut was highly/moderately/slightly fractured. This material had considerable soil with the rock. We discussed using the rock from Sta 18+300 or Sta 19+200 since the exposed rock cuts had much less overburden and the rock was more competent. The quantity of rock in the cut at Sta 19+200 was questionable, but more rock appeared to be available in the slope at Sta 18+300.

To the best of my knowledge, no quality tests were taken last year. Without quality testing I can not guarantee the rock, but it's physical appearance would indicate the rock to be of equal or better quality than the approved source rock. I am waiting on your quality test results: LA Abrasion, Durability, Sodium Sulfate Soundness, and Accelerated Weathering; but I do not anticipate a problem.

If you have any questions, I can be reached at (509) 935-7175.

Linda M Persoon
[signature]
Project Engineer

cc: Central files, Brent Coe
Project files: correspondence to contractor

94

# DeAtley Crushing Company

3661 Snake River Avenue • P.O. Box 759 • Lewiston, Idaho 83501 • 208-743-6550 • Fax 208-743-6474

September 6, 2002

M. A. DeAtley Construction Company
Attn: Mr. Craig T. Owens
P O Box 490
Clarkston, Wa. 99403

**RE: Flowery Trail / Project #DTFH70-01-C-00011**
**Differing Site Conditions / WFLHD Source**

Dear Craig:

DeAtley Crushing Company provided notice to M.A. DeAtley Construction, on September 3, 2002, of our intent to be paid for the current work in relation to the above mentioned project, which includes re-mobilization, production of aggregates, and administrative costs involved. We also provided notice of our intent to file claim for these costs should WFLHD indicate that it did not intend to pay for our services. This letter is further notice of that intent and we now notify you that we will be providing to M.A. DeAtley Construction an invoice for our administrative costs, Remobilization fee of $25,000.00, and charges for equipment and labor for the current work.

Prior to our remobilization Mr. Lou Ruchert indicated that Brent Coe, of WFLHD, had given his verbal agreement to accept the aggregates we are now producing without the need of any Source Compliance Testing or acceptance. DeAtley Crushing Company received today, via fax from M.A. DeAtley Construction, a letter of 9-5-2002, authored by Linda M. Persoon, WFLHD Project Engineer, which seems to indicate that the source that the rock we are crushing has not been accepted and that WFLHD is, for some reason, expecting Source Compliance test results from M.A. DeAtley Construction. This does cause some confusion as it is our understanding that WFLHD is the provider of the source for this aggregate, and therefore would be responsible for providing aggregates that meet contract requirements as well as providing the required testing to ensure contract compliance.

We have not received any response from M.A. DeAtley Construction or WFLHD in regards to our letter and notice of September 3, 2002. Again, we would remind you that the original source of materials, provided by WFLHD, to be used for production of the Base "D" aggregates, did not meet

95

the contract requirements for the Sodium Sulfate Test. The WFLHD source's failure to ensure constant availability of quality materials, meeting all contract source requirements, clearly constitutes a change in conditions, as well as provides a good idea as to why the materials produced last year have gained so much in the percentage passing the #200 sieve. ~~The~~ failure of the source materials subjected to the Sodium Sulfate test is a clear indicator that the material is susceptible to break down when exposed to repeated freeze thaw cycles.

DeAtley Crushing Company will be completed with the re-crushing of the Agg Base "D" materials on or about Monday, September 9. Please be reminded that Source Compliance issue are not, in any way, the responsibility of DeAtley Crushing Company, nor are they, in our opinion, M.A. DeAtley Construction's in this instance. We would hope for an early response from M.A. DeAtley Construction as to what response is received from WFLHD and what course of action M.A. DeAtley will be taking with regards to notice and furtherance of claim to the Government.

Please contact us if you would have need of further information, or have questions.

Sincerely,
DeAtley Crushing Company

Brian Wilsey
Vice President

96