U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR DETERMINING SAND EQUIVALENT
## AASHTO T 176

Project: WA PFH 158-1(2) Source: RT. LANE, STA 22+120

Where sampled: ROADWAY, RT. LANE Quantity represented: 4400 tons

Sample of: 3010 Lot no.: 1 Sample no.: 5

Sampled by: BiA Date: 8/21/02 Tested by: MS Date: 8/21/02

The following method was used to prepare the sample: ☐ Air dry ☐ Pre-wet ☒ Oven dried

NOTE: In each cylinder, place about 85 mL by volume of quartered material passing the 4.75-mm sieve.

| Soaking Time (10 minutes ± 1 minute) | | | |
|---|---|---|---|
| Determination | 1 | 2 | 3 |
| Cylinder no. | A | B | C |
| Starting time | 3:02 | 3:04 | 3:07 |
| Finish time | 3:12 | 3:14 | 3:17 |

| Sedimentation Period (20 minutes ± 15 seconds) | | | |
|---|---|---|---|
| Determination | 1 | 2 | 3 |
| Cylinder no. | A | B | C |
| Starting time | 3:13 | 3:15 | 3:18 |
| Finish time | 3:33 | 3:35 | 3:38 |
| Sand reading | 2.1 | 2.1 | 2.1 |
| Clay reading | 5.0 | 5.0 | 4.9 |
| Sand equivalent (SE) values [1] | 42 | 42 | 43 |

CALCULATIONS: $SE = \frac{\text{Sand Reading}}{\text{Clay Reading}} \cdot 100$

Sand Equivalent (mean) [2] = 43

Remarks: $SEP = \frac{43}{13.3 + 25} = 1.123$

[1] Mathematically round calculated value to nearest 0.1. After rounding to nearest 0.1, then round the result up to a whole number and record.

[2] Mathematically round calculated SE mean to nearest 0.1. After rounding to nearest 0.1, then round the result up to a whole number and record that as the SE value of the sample.

Form FHWA 1026 (Rev 10-96)

163

budinger & associates, inc. — Field Operation Form

# DAILY FIELD REPORT

Flowery Trail Rd. — Technician: Steve Wilson

☒Mon. ☐Sun ☐Tue. ☐Wed. ☐Thur ☐Fri ☐Sat

Weather — Temperature: 75 ☒Clear ☐P. Cloudy ☐Cloudy ☐Snow ☐Rain ☐Windy

Arrived: ___ Hours: Soils 12½ p.tp. Masonry ___ Travel ___

Departed: ___ Concrete ___ Str. Steel ___ Other ___

Miles: 151 Exam Type: ☐continuous ☒non-continuous ☐periodic

NOTES — Sampling

The contractor placed aggregate base for the new ... of Flowery Trail Road. We smpld aggregate base ... processed windrows for laboratory testing.

Notes

Smple Locations

3839 -

1715 ... 2124 tons, sta 21+120 L. Lane — 8-20-02 7:40 Am

715 tons, sta 21+104 R. lane, 10:40

147 tons, sta 20+800, R. Lane, 9:00

Attachments ?: ☐yes ☒no Page 1 of 1 pages today

☐No Deficiencies Noted ☐Deficiencies Noted/Corrected ☐Deficiencies Noted/Not Corrected

The information on this page and any attachments has not been reviewed by our management and may not represent our final opinion

Results Reported To: ___ Signature ___

budinger & associates, inc.
geotechnical & material engineers
3820 East Broadway, Spokane, Washington, 99202 (509) 535-8841 fax (509) 535-9589

Revised 12/98

164

budinger & associates, inc.

Field Operation Form

# DAILY FIELD REPORT

Project: Trail Road — Technician: Steve Wilson

☐Sun ☐Mon ☒Tue. ☐Wed. ☐Thur ☐Fri ☐Sat

Weather: Temperature: 35 — ☐Clear ☐P. Cloudy ☐Cloudy ☐Snow ☐Rain ☐Windy

Arrived: — Hours: Soils 8hr p.t@ — Masonry ____ — Travel ____

Departed: — Concrete ____ — Str. Steel ____ — Other ____

Miles: — Exam Type: ☐continuous ☐non-continuous ☐periodic

NOTES Aggregate Base Sampling

The contractor placed aggregate base for the new ... of Fourney Trail Road. We sampled aggregate base from ... processed windrows for laboratory testing.

Attachments ?: ☐yes ☒no — Page 1 of 1 pages today

☐No Deficiencies Noted ☐Deficiencies Noted/Corrected ☐Deficiencies Noted/Not Corrected

The information on this page and any attachments has not been reviewed by our management and may not represent our final opinion

Results Reported To: ... (DeAtley) — Signature: [signature]

budinger & associates, inc.

geotechnical & material engineers

3820 East Broadway, Spokane, Washington, 99202 (509) 535-8841 fax (509) 535-9569

Revised 12/98

105

budinger & associates, inc. — Field Operation Form

# DAILY FIELD REPORT

[illegible] Technician: Steve Wilson

☐Sun ☐Mon ☐Tue. ☒Wed. ☐Thur ☐Fri ☐Sat.

Weather: Temperature: 80 ☒Clear ☐P. Cloudy ☐Cloudy ☐Snow ☐Rain ☐Windy

Arrived: [illegible] 30 Hours: Soils: 16 hr p.top. Masonry: Travel:

Departed: [illegible] Concrete: Str. Steel: Other:

Miles: [illegible] Exam Type: ☐continuous ☒non-continuous ☐periodic

NOTES: Aggregate Base Sampling

Th[illegible] placed aggregate base for the new [illegible] [illegible] Twin Rows. We sampled aggregate base from [illegible] windrows for laboratory testing

Notes

[illegible] 4406 tons, Sta 22+120 R. lane, [illegible]:45 AM

#6 5413 tons, Sta 22+440 L. Lane, 3:45 PM

Attachments ?: ☐yes ☒no Page 1 of 1 pages today

☒No Deficiencies Noted ☐Deficiencies Noted/Corrected ☐Deficiencies Noted/Not Corrected

The information on this page and any attachments has not been reviewed by our management and may not represent our final opinion

Results Reported To: [illegible] (D. Atkey) Signature: Steve Wilson

budinger & associates, inc.

geotechnical & material engineers

3820 East Broadway, Spokane, Washington, 99202 (509) 535-8841 fax (509) 535-9589

Revised 12/98

166

BA: CSF-001

budinger & associates, inc.

Field Operation Form

# DAILY FIELD REPORT

Project: Flowery Trail Road
Job #: NM 913
Technician: Steve [illegible]
Date: 8-22-02 ☐Sun ☐Mon ☐Tue. ☐Wed. ☒Thur ☐Fri ☐Sat

Weather: Temperature: 80 ☐Clear ☐P. Cloudy ☒Cloudy ☐Snow ☐Rain ☐Windy

Arrived 7:15 Hours: Soils ___ Masonry ___ Travel ___
Departed ___ Concrete ___ Str. Steel ___ Other ___
Miles ___ Exam Type: ☐continuous ☐non-continuous ☐periodic

NOTES Aggregate Base

The contractor placed aggregate base for [illegible] [illegible] of Flowery Trail Road. [illegible] base from processed windrows for [illegible]

Roadway Embankment

The contractor graded and compacted subgrade [illegible] the new alignment of Flowery Trail Road. [illegible] were conducted at grade with results [illegible] compaction ranging from 97% to 100% [illegible] specified minimum (95%).

Notes

Lot 2, Sample #2

(7) Sample 2-2 6149 tons, Sta 22+740 R. Lane, [illegible]

(8) Sample 2-3, 7297 tons, Sta 23+035 R. Lane, Sample [illegible]

(9) Sample 2-4, tons, Sta 23+400 L. Lane, Sample [illegible] [illegible] 5 PM

Attachments ?: ☐yes ☒no Page 1 of 1 pages today

☐No Deficiencies Noted ☐Deficiencies Noted/Corrected ☐Deficiencies Noted/Not Corrected

The information on this page and any attachments has not been reviewed by our management and may not represent our final opinion.

Results Reported To ___ Signature ___

budinger & associates, inc.

geotechnical & material engineers

3620 East Broadway, Spokane, Washington, 99202 (509) 535-8841 fax (509) 535-9589

Revised 12/98

167

Project Number M01113

Flowery Trail Road
Stevens County, WA

*ON SITE AGGREGATE SOURCE*
*LABORATORY SUMMARY*

| | UNITS | SPEC | 02-1011 | 02-1012 (South) | 02-1039 (North) |
|---|---|---|---|---|---|
| LABORATORY NUMBER | | | 02-1011 | 02-1012 | 02-1039 |
| SAMPLE NUMBER | | | 1 | 2 | 3 |
| SAMPLED BY | | | B&A | B&A | B&A |
| SAMPLE DATE | | | Bulk | Bulk | Bulk |
| DATE RECEIVED | | | 8/23/2002 | 8/23/2002 | 8/28/2002 |
| SAMPLE DESCRIPTION | | | Grading "D" | Source Rock Uncrushed | Source Rock Uncrushed |
| DMSO | weighted % loss | 12 MAX | 1.3 | 4.0 | 1.2 |
| LA ABRASION | % loss | 50 MAX | 25 | 28 | 19 |
| DURABILITY INDEX | | | | | |
| COARSE | Dc | 35 MIN | 58 | 40 | 67 |
| FINE | Df | 35 MIN | 62 | 51 | 70 |
| SODIUM SULFATE SOUNDNESS | | | | | |
| COARSE | weighted % loss | 12 MAX | 3 | 8 | 1 |
| FINE | weighted % loss | 12 MAX | 10 | 19 | 10 |

Lou- this is the test Results For the materiaL that Came From the Rock Cut.

CJO

Mike Osburn Rock Cut Material

budinger & associates, inc.
geotechnical & material engineers

168

01/19/1991 12:29 2002

• B. 2002 1/1

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Show item — to be different from other grading D material

Project: WAPFH 158 - 1(2) Source: STA 20+800 R. LANE Sample no.: 1 (1st)

Sample of: ~~AGG BASE~~ 30101 GRADE D Quantity represented: 147 ton Lot no.: ONE

Sampled by: BL A Date: 6/14/02 Tested by: MS / SW Date: 6/19/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2187.6 | 831.9 |
| Mass of dry aggregate | 2135.8 | 781.7 |
| Mass of water | 51.8 | 50.2 |
| Moisture (%) USE 1 decimal place | 2.4 (2.43) | 6.4 (6.42) |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | Coarse | Fine |
|---|---|---|
| Mass of wet aggregate | 3645.9 | 751.2 |
| Mass of dry aggregate 3557.3 | 3560.4 | 706.0 (703.0) |
| Mass of washed dry aggregate | 3395.9 | 586.0 |
| Mass of 75 µm minus 161.4 | 164.5 | 120.0 (117.0) |

REMARKS:

F.F. = 95.3%

$FF = \frac{\text{FRACTURED WEIGHT}}{\text{SAMPLE WEIGHT}} \times 100 =$

STEP = 1.389

$SEP = \frac{SE}{P_{75} + 25}$

INITIAL TOTAL = 6820.4

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.50 mm | | | | | 100 |
| 25.00 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.00 mm | 134.50 | 131.95 | 2.0 | 98.0 | – |
| 12.50 mm | 852.50 | 832.52 | 12.7 | 85.3 (72.1) | – |
| 9.50 mm | 876.90 | 856.35 | 13.1 | 72.2 | -78 |
| 4.75 mm | 1782.0 | 1740.23 | 26.6 | 45.6 (45.) | |
| 4.75 mm minus | 3161.90 | 2971.71 | 45.5 | | |
| Total sample mass | 6807.80 | 6532.14 | 100.0 | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | % | Percent Passing | Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 91.3 8.7 | 4.8 | | | | 45.50 | 50.3 | |
| 4.75 mm | 3256.0 | 91.5 | 8.5 | 4.6 | 0 | 0 | 100.0 | 45.6 | 50.2 | 39-53 |
| 2.00 | 59.0 | 1.7 | 6.8 (6.78) | 3.7 (3.71) | 263.0 | 37.3 | 62.7 | 28.6 (28.65) | 32.3 | – |
| 0.425 | 2.4 | 0.1 | 6.7 (6.71) | 3.6 (3.58) | 183.7 | 26.0 | 36.7 | 16.7 | 20.3 | 12-21 |
| 0.150 | 12.9 | 0.4 | 6.3 | 3.4 (3.36) | 64.7 | 9.2 | 27.56 | 12.5 (12.54) | 15.9 | 4.2 |
| 0.075 | 44.5 | 1.2 | 5.1 (5.11) | 2.8 (2.82) | 60.9 | 8.6 | 18.9 | 8.61 | 11.4 (11.6) | 10 max |
| Pan | 27.9 | 1.9 | | | 13.6 | | | | | |
| Mass P-75 | 164.5 | | | | 120.0 | | | | | |
| Total P-75 | 192.4 | 5.4 | | | 133.6 | 18.9 | | | | |
| Orig. dry mass | 3560.4 (3567.2) | 100.0 | | | 706.0 | 100.0 | | | | |

Form FHWA 1621 (Rev 10-96)

RECEIVED VIA FAX 6/21/02 8:14 AM

169

Faxed 8:05AM 8-?-02 • Bid 2002 p2

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: Flowing Trail Road Roadway Source: STA. 204897, L. Lane Sample no.: 2

Sample of: Agg. Base Grade D Quantity represented: 1715 tons Lot no.: one

Sampled by: GRW Date: 8/19/02 Tested by: MS Date: 8/19/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | [illegible]7.3 | 758.0 |
| Mass of dry aggregate | 2350.7 | 719.0 |
| Mass of water | 46.6 | 39.0 |
| Moisture (%) | 2.0 | 5.4 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 2952.7 | 752.9 |
| Mass of dry aggregate | 2894.8 | 714.3 |
| Mass of washed dry aggregate | 2781.6 | 580.9 |
| Mass of 75 µm minus | 113.2 | 133.4 |

REMARKS:
FF.
~~[illegible]~~
985.0 TOTAL
94.1 % FRACTURED
Total = 6040.3

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1½ mm | | | | | 100 |
| 1 mm | 0 | 0 | 0 | 100 | 97-100 |
| 3/4 mm | 83.0 | 81.4 | 1.4 | 98.6 | – |
| ½ mm | 790.5 | 775.0 | 13.3 | 86.7 | – |
| 3/8 mm | 1461.1 | 1432.5 | 24.6 | 75.4 | 56-70 |
| mm | | | | | |
| 4.75 mm | 2952.7 | 2894.8 | 49.8 | 50.2 | |
| 4.75 mm minus | 3078.4 | 2920.7 | | | |
| Total sample mass | | 5816.5 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.75 mm | 2684.5 | 92.7 | 7.3 | 3.7 | | | 49.8 | 50.2 | 53.9 | 39-53 |
| # 10 | 2734.3 | 94.5 | 5.5 | 2.8 | 237.4 | 33.2 | 66.8 | 33.5 | 36.3 | – |
| # 40 | 2735.4 | [illegible] | 5.5 | 2.8 | 420.0 | 58.8 | 41.2 | 20.7 | 23.5 | 12-21 |
| # 100 | 2740.1 | [illegible] | 5.3 | 2.7 | 487.9 | 68.3 | 31.7 | 15.9 | 18.6 | – |
| # 200 | 2764.7 | [illegible] | 4.5 | 2.3 | 558.4 | 78.2 | 21.8 | 10.9 | 13.2 | 10 MAX |
| Pan | 2784.7 | | | | 580.9 | | | | | |
| Mass P-75 | | | | | | | | | | |
| Total P-75 | | | | | | | | | | |
| Orig. dry mass | 2894.8 | | | | 714.3 | | | | | |

Form FHWA 1621 (Rev 10-96)

170

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

Faxed 8/20/02 SS 7:38AM ~~8:30 AM~~ Called Linda and notified her of Fax and Mailed copy to J Fisher BW

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WA PFH 158-1(2) Source: ROADWAY R. LANE 147 TON, STA. 20+800 Sample no.: 1

Sample of: AGG BASE GRADE D Quantity represented: 147 TONS Lot no.:

Sampled by: B & A Date: 8/19 Tested by: MS Date: 8/19/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2187.6 | 831.9 |
| Mass of dry aggregate | 2135.8 | 781.7 |
| Mass of water | 51.8 | 50.2 |
| Moisture (%) | 2.4 | 6.4 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3645.9 | 751.2 |
| Mass of dry aggregate | 3560.4 | 706.0 |
| Mass of washed dry aggregate | 3395.9 | 586.0 |
| Mass of 75 μm minus | 164.5 | 120.0 |

REMARKS:

F.F. 817.9 TOTAL
95.3% FRACTURED

TOTAL - 6820.4

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1½ mm | | | | | |
| 1 mm | 0 | 0 | 0 | 100 | 100 |
| 3/4 mm | 134.5 | 131.3 | 2.0 | 98.0 | 97-100 |
| 1/2 mm | 987.0 | 963.9 | 14.8 | 85.2 | - |
| 3/8 mm | 1863.9 | 1820.2 | 27.8 | 72.2 | - |
| mm | | | | | 56-70 |
| 4.75 mm | 3645.9 | 3560.4 | 54.5 | 45.5 | |
| 4.75 mm minus | 3161.9 | 2971.7 | | | |
| Total sample mass | | 6532.1 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 3256.0 | 91.5 | 8.5 | 3.9 | | | | 45.5 | 49.4 | 39-53 |
| #10 | 3315.0 | 93.1 | 6.9 | 3.1 | 263.0 | 37.3 | 62.7 | 28.5 | 31.6 | - |
| #40 | 3317.4 | 93.2 | 6.8 | 3.1 | 446.7 | 63.3 | 36.7 | 16.7 | 19.8 | 12-21 |
| #100 | 3330.3 | 93.5 | 6.5 | 3.0 | 511.4 | 72.4 | 27.6 | 12.6 | 15.6 | - |
| #200 | 3374.8 | 94.8 | 5.2 | 2.4 | 572.3 | 81.1 | 18.9 | 8.6 | 11.0 | 10 max |
| Pan | 3402.7 | | | | | | | | | |
| Mass P-75 | | | | | | | | | | |
| Total P-75 | | | | | | | | | | |
| Orig. dry mass | 3560.4 | | | | | | | | | |

Form FHWA 1621 (Rev 10-96)

171

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

Faxed 8:05AM 8.20/02

1-2

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: Flowery Trail Road Source: Sta. 204897, L. Lane Roadway Sample no.: 2

Sample of: Agg Base Grade D Quantity represented: 1715 tons Lot no.:

Sampled by: SBW Date: 8/19/02 Tested by: MS Date: 8/19/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2397.3 | 758.0 |
| Mass of dry aggregate | 2350.7 | 719.0 |
| Mass of water | 46.6 | 39.0 |
| Moisture (%) | 2.0 | 5.4 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 2952.7 | 752.9 |
| Mass of dry aggregate | 2894.8 | 714.3 |
| Mass of washed dry aggregate | 2781.6 | 580.9 |
| Mass of 75 μm minus | 113.2 | 133.4 |

REMARKS:

F.F.

~~1004.0 total~~

985.0 TOTAL

94.1 % FRACTURED

Total = 6040.3

| Coarse Aggregate Sieve Size | Retained: Mass Wet | Retained: Mass Dry | Retained: % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| 1 ½ mm | | | | | 100 |
| 1 mm | 0 | 0 | 0 | 100 | 97-100 |
| 3/4 mm | 83.0 | 81.4 | 1.4 | 98.6 | – |
| ½ mm | 790.5 | 775.0 | 13.3 | 86.7 | – |
| 3/8 mm | 1461.1 | 1432.5 | 24.6 | 75.4 | 56-70 |
| mm | | | | | |
| 4.75 mm | 2952.7 | 2894.8 | 49.8 | 50.2 | |
| 4.75 mm minus | 3078.4 | 2920.7 | | | |
| Total sample mass | | 5815.5 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 2684.5 | 92.7 | 7.3 | 3.7 | | | 49.8 | 50.2 | 53.9 | 39-53 |
| # 10 | 2734.3 | 94.5 | 5.5 | 2.8 | 237.4 | 33.2 | 66.8 | 33.5 | 36.3 | – |
| # 40 | 2735.4 | 94.5 | 5.5 | 2.8 | 420.0 | 58.8 | 41.2 | 20.7 | 23.5 | 12-21 |
| # 100 | 2740.1 | 94.7 | 5.3 | 2.7 | 487.9 | 68.3 | 31.7 | 15.9 | 18.6 | – |
| # 200 | 2764.7 | 95.5 | 4.5 | 2.3 | 558.4 | 78.2 | 21.8 | 10.9 | 13.2 | 10 MAX |
| Pan | 2784.7 | | | | 580.9 | | | | | |
| Mass P-75 | | | | | | | | | | |
| Total P-75 | | | | | | | | | | |
| Orig. dry mass | 2894.8 | | | | 714.3 | | | | | |

Form FHWA 1621 (Rev 10-96)

172

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

Faxed to Line 12:00 pm 8/20/02

1-3

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: Flowery Trail Road Source: Roadway L. Lane STA. 21 + 120 Sample no.: 3

Sample of: Agg Base Grade D Quantity represented: 2124 Ton Lot no.:

Sampled by: B & A Date: 8/20/02 7:40 AM Tested by: MS / GTW Date: 8/20/02 ~~7:40 AM~~

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2404.3 | 752.9 |
| Mass of dry aggregate | 2350.0 | 710.6 |
| Mass of water | 54.3 | 42.3 |
| Moisture (%) | 2.3 | 6.0 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3816.6 | 988.6 |
| Mass of dry aggregate | 3730.8 | 932.6 |
| Mass of washed dry aggregate | 3587.9 | 762.7 |
| Mass of 75 µm minus | 228.7 | 169.9 |

REMARKS:

F.F. 792.8

92.7% Fractured

Total – 7155.8

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 1½ mm | | | | | 100 |
| 1 mm | 0 | 0 | 0 | 100 | 97-100 |
| 3/4 mm | 248.2 | 242.6 | 3.5 | 96.5 | – |
| 1/2 mm | 1401.1 | 1369.6 | 19.9 | 80.1 | – |
| 3/8 mm | 2155.6 | 2107.1 | 30.7 | 69.3 | 56-70 |
| 4.75 mm | 3816.6 | 3730.8 | 54.3 | 45.7 | |
| 4.75 mm minus | 3327.5 | 3139.2 | | | |
| Total sample mass | ~~[illegible]~~ | 6870.0 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 3448.3 | 92.4 | 7.6 | 3.6 | | | | 45.7 | 49.2 | 39-53 |
| #10 | 3517.2 | 94.3 | 5.7 | 2.6 | 321.0 | 34.4 | 65.6 | 30.0 | 32.6 | – |
| #40 | 3519.1 | 94.3 | 5.7 | 2.6 | 569.4 | 61.1 | 38.9 | 17.8 | 20.4 | 12-21 |
| #100 | 3526.9 | 94.5 | 5.5 | 2.5 | 657.3 | 70.5 | 29.5 | 13.5 | 16.0 | – |
| #200 | 3563.0 | 95.5 | 4.5 | 2.1 | 741.8 | 79.5 | 20.5 | 9.4 | 11.5 | 10 max |
| Pan | 3586.9 | | | | 762.9 | | | | | |
| Mass P-75 | | | | | | | | | | |
| Total P-75 | | | | | | | | | | |
| Orig. dry mass | 3730.8 | | | | 932.6 | | | | | |

Form FHWA 1621 (Rev 10-96)

173

[illegible] Department of Transportation / Federal Highway Administration / [illegible] Highway Office

TAXED @ 6:45 pm 8/20/02

• Bud 2002

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: FLEMERY TRAIL ROAD Source: Sta. 224+000 Roadway Rt. lane Sample no.: 4

Sample of: [illegible] BASE GRADE D Quantity represented: 3292.41 Lot no.: 1

Sampled by: ______ Date: 8/20/02 Tested by: MK Date: 8/20/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 3337.2 | 968.5 |
| Mass of dry aggregate | 3283.6 | 941.0 |
| Mass of water | 53.6 | 27.5 |
| Moisture (%) | 1.6 | 4.7 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 4146.5 | 940.0 |
| Mass of dry aggregate | 4081.2 | 897.8 |
| Mass of washed dry aggregate | 3918.7 | 731.4 |
| Mass of 75 µm minus | 162.5 | 166.4 |

REMARKS:

FF = 90.7%

TOTAL INITIAL SAMPLE - 6746.20

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.50 mm | | | | | 100 |
| 25.00 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.00 mm | 344.60 | 339.17 | 5.2 | 94.8 | – |
| 12.50 mm | 1167.90 | 1149.51 | 17.6 | [illegible] | – |
| 9.50 mm | 1013.70 | 997.74 | 15.3 | 61.9 | 56-70 |
| 4.75 mm | 1623.40 | 1597.83 | 24.4 | 37.5 | |
| 4.75 mm minus | 2571.10 | 2455.68 | 37.5 | | |
| Total sample mass | 6720.70 | 6539.93 | 100 | | |

| Fine Aggregate Sieve Size | WASHED FROM COARSE Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | DRY 4.75 mm MINUS Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.75 mm | 3766.2 | 92.3 | 7.7 | 4.8 | 0 | 0 | 100.0 | 37.5 | 42.3 | 39-53 |
| 2.00 mm | 70.2 | 1.7 | 6.0 | 3.8 | 317.0 | 35.3 | 64.7 | 24.3 | 28.1 | – |
| 0.425 mm | 1.9 | 0.1 | 5.9 | 3.7 | 223.5 | 24.9 | 39.8 | 14.9 | 18.6 | 12-21 |
| 0.180 mm | 9.6 | 0.2 | 5.7 | 3.6 | 84.5 | 9.4 | 30.4 | 11.4 | 15.0 | – |
| 0.075 mm | 43.4 | 1.1 | 4.6 | 2.9 | 81.0 | 9.0 | 21.4 | 8.0 | 10.9 | 10 max |
| Pan | 27.3 | | | | 24.8 | | | | | |
| Mass P-75 | 162.5 | | | | 166.4 | | | | | |
| Total [illegible] | [illegible] | 4.7 | | | 191.2 | 21.3 | | | | |
| Total sample mass | 4081.2 | [illegible] | | | 897.8 | 100.0 | | | | |

Form FHWA ME1 (Rev 10-96)

174

1-5

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND ~~COARSE~~ AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WA PFH 158-1 (2) Source: EL. LANE STA. 22+120 Sample no.: 5

Sample of: 30101 Quantity represented: 4400 tons Lot no.: 1

Sampled by: B&A Date: 8/21/02 10:45 A.M. Tested by: MS/SW Date: 8/21/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 3707.6 | 528.8 |
| Mass of dry aggregate | 3638.8 | 505.9 |
| Mass of water | 68.8 | 22.9 |
| Moisture (%) | 1.89 | 4.53 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3030.8 | 572.9 |
| Mass of dry aggregate | 2974.6 | 548.1 |
| Mass of washed dry aggregate | 2867.6 | 434.7 |
| Mass of 75 µm minus | 107.0 | 113.4 |

REMARKS: (649.6 + (44/2)) / 711.0 × 100 =
FF – 94.5%

SEP – 1,123

43 / (13.3 + 25) = SEP

INITIAL SAMPLE WT. – 6003.8

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.50 mm | | | | | 100 |
| 25.00 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.00 mm | 112.00 | 109.92 | 1.9 | 98.1 | – |
| 12.50 mm | 723.00 | 709.54 | 12.2 | 85.9 | – |
| 9.50 mm | 734.00 | 720.38 | 12.4 | 73.5 | 56-70 |
| 4.75 mm | 1462.80 | 1435.67 | 24.7 | 48.8 | |
| 4.75 mm minus | 2963.40 | 2834.98 | 48.8 | | |
| Total sample mass | 5995.20 | 5810.54 | 100.0 | CHECK | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Retained % | Percent Passing | Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 2712.9 | 91.2 | 8.8 | 4.5 | 0 | 0 | 100.0 | 48.8 | 53.3 | 39-53 |
| 2.00 | 85.3 | 2.9 | 5.9 | 3.0 | 174.6 | 31.9 | 68.1 | 33.2 | 36.2 | – |
| 0.425 | 1.8 | 0.1 | 5.8 | 3.0 | 133.2 | 24.3 | 43.8 | 21.4 | 24.4 | 12-21 |
| 0.150 | 10.9 | 0.4 | 5.4 | 2.8 | 57.2 | 10.4 | 33.4 | 16.3 | 19.1 | – |
| 0.075 | 33.9 | 1.1 | 4.3 | 2.2 | 58.6 | 10.7 | 22.7 | 11.1 | 13.3 | 10 MAX |
| Pan | 22.8 | | | | 11.0 | | | | | |
| Mass P-75 | 107.0 | | | | 113.4 | | | | | |
| Total P-75 | 129.8 | 4.4 | | | 124.4 | 22.7 | CHECK | | | |
| Orig. dry mass | 2974.6 | 100.0 | | | 548.1 | 100.0 | | | | |

Form FHWA 1621 (Rev 10-96)

Received by BA @ 5:15 pm from Dusty

175

1-7 2

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WA PFH 158-1(2) Source: STA. 22+740 RT. LANE ~~Sample~~ no.: 7

Sample of: 30101 Quantity represented: 6149 Lot no.: 1

Sampled by: SJW Date: 8/22/02 Tested by: MS Date: 8/22/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2245.2 | 708.4 |
| Mass of dry aggregate | 2196.2 | 666.9 |
| Mass of water | 49.0 | 41.5 |
| Moisture (%) | 2.23 | 6.22 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3189.6 | 756.8 |
| Mass of dry aggregate | 3120.0 | 712.5 |
| Mass of washed dry aggregate | 2999.6 | 577.9 |
| Mass of 75 µm minus | 120.4 | 134.6 |

REMARKS:

TOTAL INITIAL – 6289.90

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.5 mm | | | | | 100 |
| 25.0 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.0 mm | 567.40 | 555.02 | 9.1 | 90.9 | – |
| 12.5 mm | 1528.80 | 1495.45 | 24.6 | 66.3 | – |
| 9.5 mm | 862.60 | 843.78 | 13.9 | 52.4 | 56-70 |
| 4.75 mm | 1370.10 | 1340.21 | 22.0 | 30.4 | |
| 4.75 mm minus | 1960.20 | 1845.42 | 30.4 | ↗ | |
| Total sample mass | 6289.10 | 6079.88 | 100.0 | | [illegible] |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 2876.4 | 92.2 | 7.8 | 5.4 | 0 | 0 | 100. | 30.4 | 35.8 | 39-53 |
| 2.00 | 48.8 | 1.6 | 6.2 | 4.3 | 242.8 | 34.1 | 65.9 | 20.0 | 24.3 | – |
| 0.425 | 2.0 | 0.1 | 6.1 | 4.2 | 185.8 | 26.1 | 37.8 | 12.1 | 16.3 | 12-21 |
| 0.150 | 11.8 | 0.4 | 5.7 | 4.0 | 70.9 | 9.9 | 29.7 | 9.1 | 13.1 | – |
| 0.075 | 39.6 | 1.3 | 4.4 | 3.1 | 66.1 | 9.3 | 20.6 | 6.3 | 9.4 | 10 MAX |
| Pan | 21.7 | | | | 12.6 | | | | | |
| Mass P-75 | 120.4 | | | | 134.6 | | | | | |
| Total P-75 | 142.1 | 4.6 | | | 147.2 | 20.7 | | | | |
| Orig. dry mass | 3120.7 | | | | 712.8 | | | | | |

Form FHWA 1621 (Rev 10-96)

170

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

Bud 2002 2-1

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WAPFH 158-1(2) Source: L. Lake Sta 22+440 Sample no.: 1

Sample of: 30101 Quantity represented: 5413 tons Lot no.: 2

Sampled by: SJW Date: 8/21/02 Tested by: SJW Date: 8/21/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2649.1 | 578.6 |
| Mass of dry aggregate | 2603.8 | 551.6 |
| Mass of water | 45.3 | 27.0 |
| Moisture (%) | 1.74 | 4.90 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3727.7 | 574.7 |
| Mass of dry aggregate | 3663.9 | 547.9 |
| Mass of washed dry aggregate | 3609.9 | 456.4 |
| Mass of 75 μm minus | 54.0 | 91.5 |

REMARKS: 790.5

F.F. $\frac{696.4 + \frac{64.6}{2}}{790.5} \times 100 = 92.2\%$

$SEP = \frac{47}{8.9 + 25} = 1.386$

Initial Sample = 6172.0

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.5 mm | | | | | 100 |
| 25.0 mm | 0.0 | 0.0 | 0.0 | 100.0 | 97-100 |
| 19.6 mm | 344.00 | 338.10 | 5.6 | 94.4 | – |
| 12.5 mm | 1259.70 | 1238.10 | 20.7 | 73.7 | – |
| 9.5 mm | 780.70 | 767.40 | 12.8 | 60.9 | 56-70 |
| 4.75 mm | 1343.30 | 1320.30 | 22.1 | 38.8 | |
| 4.75 mm minus | 2433.80 | 2320.10 | 38.8 | | |
| Total sample mass | 6161.56 | 5984.10 | | | |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 3434.7 | 93.7 | 6.3 | 2.5 | 0 | 0 | 100.0 | 38.8 | 41.3 | 39-53 |
| 2.00 | 71.2 | 1.9 | 4.4 | 1.7 | 182.2 | 33.2 | 66.8 | 25.9 | 27.6 | – |
| 0.425 | 2.0 | 0.1 | 4.3 | 1.7 | 145.2 | 26.5 | 40.3 | 15.6 | 17.3 | 12-21 |
| 0.150 | 13.0 | 0.4 | 3.9 | 1.5 | 55.9 | 10.2 | 30.1 | 11.7 | 13.2 | – |
| 0.075 | 53.4 | 1.5 | 2.4 | 0.9 | 52.8 | 9.6 | 20.5 | 8.0 | 8.9 | 10.0 Max |
| Pan | 35.6 | | | | 20.6 | | | | | |
| Mass P-75 | 54.0 | | | | 91.5 | | | | | |
| Total P-75 | 89.6 | 2.4 | | | 112.1 | 20.5 | | | | |
| Orig. dry mass | 3663.9 | | | | 547.9 | | | | | |

Form FHWA 1621 (Rev 10-96)

177

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

Bid 2002 2,2

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WA PFH 158-1(2) Source: STA. 22+740 RT. LANE Sample no.: 2

Sample of: 30101 Quantity represented: 6149 Lot no.: 2

Sampled by: SJW Date: 8/22/02 Tested by: MS/SJW Date: 8/22/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2245.2 | 708.4 |
| Mass of dry aggregate | 2196.2 | 666.9 |
| Mass of water | 49.0 | 41.5 |
| Moisture (%) | 2.23 | 6.22 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3189.6 | 756.8 |
| Mass of dry aggregate | 3120.0 | 712.5 |
| Mass of washed dry aggregate | 2999.6 | 577.9 |
| Mass of 75 µm minus | 120.4 | 134.6 |

REMARKS:

$$F.F. = \frac{570.9 + \frac{170.8}{2}}{765.9} = 85.7\%$$

$$SEP = \frac{49}{9.4+25} = 1.424$$

TOTAL INITIAL – 6289.90

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.5 mm | | | | | 100 |
| 25.0 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.0 mm | 567.40 | 555.02 | 9.1 | 90.9 | – |
| 12.5 mm | 1528.80 | 1495.45 | 24.6 | 66.3 | – |
| 9.5 mm | 862.60 | 843.78 | 13.9 | 52.4 | 56-70 |
| 4.75 mm | 1370.10 | 1340.21 | 22.0 | 30.4 | |
| 4.75 mm minus | 1960.20 | 1845.42 | 30.4 | ↲ | |
| Total sample mass | 6289.10 | 6079.88 | 100.0 | | CHECK |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 2876.4 | 92.2 | 7.8 | 5.4 | 0 | 0 | 100.0 | 30.4 | 35.8 | 39-53 |
| 2.00 | 48.8 | 1.6 | 6.2 | 4.3 | 242.8 | 34.1 | 65.9 | 20.0 | 24.3 | – |
| 0.425 | 2.0 | 0.1 | 6.1 | 4.2 | 185.8 | 26.1 | 39.8 | 12.1 | 16.3 | 12-21 |
| 0.150 | 11.8 | 0.4 | 5.7 | 4.0 | 70.9 | 9.9 | 29.9 | 9.1 | 13.1 | – |
| 0.075 | 39.6 | 1.3 | 4.4 | 3.1 | 66.1 | 9.3 | 20.6 | 6.3 | 9.4 | 10 MAX |
| Pan | 21.7 | | | | 12.6 | | | | | |
| Mass P-75 | 120.4 | | | | 134.6 | | | | | |
| Total P-75 | 142.1 | 4.6 | | | 147.2 | 20.7 | | | | |
| Orig. dry mass | 3120.7 | | | | 712.8 | | | | | |

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

• Bud 2002 2,3

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WA PFH 158-1(2) Source: STA. ~~33+740~~ LT. LANE 28 035 Sample no.: 3

Sample of: 30101 Quantity represented: 7297 tons Lot no.: 2

Sampled by: SJW Date: 8/22/02 12:45 pm Tested by: MS / SJW Date: 8/22/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 2483.4 | 730.7 |
| Mass of dry aggregate | 2433.0 | 694.2 |
| Mass of water | 50.4 | 36.5 |
| Moisture (%) | 2.07 | 5.26 |

| PERCENT PASSING 75 μm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3293.2 | 628.6 |
| Mass of dry aggregate | 3226.4 | 597.2 |
| Mass of washed dry aggregate | 3096.2 | 48[illegible] |
| Mass of 75 μm minus | 130.2 | 116.9 |

REMARKS:

INITIAL TOTAL – 6236.0

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.5 mm | | | | | 100 |
| 25.0 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.0 mm | 75.90 | 74.36 | 1.2 | 98.8 | - |
| 12.5 mm | 896.70 | 878.51 | 14.6 | 84.2 | - |
| 9.5 mm | 799.20 | 782.99 | 13.0 | 71.2 | [illegible]-70 |
| 4.75 mm | 1529.50 | 1498.48 | 24.9 | 46.3 | |
| 4.75 mm minus | 2933.80 | 2787.19 | 46.3 | | |
| Total sample mass | 6235.10 | 6021.53 | 100.0 | | CHECK |

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 2956.1 | 91.6 | 8.4 | 4.5 | 0 | 0 | 100.0 | 46.3 | 50.8 | 39-53 |
| 2.00 | 67.1 | 2.1 | 6.3 | 3.4 | 197.1 | 33.0 | 67.0 | 31.0 | 34.4 | - |
| 0.425 | 2.6 | 0.1 | 6.2 | 3.3 | 154.7 | 25.9 | 41.1 | 19.0 | 22.3 | 12-21 |
| 0.150 | 8.5 | 0.3 | 5.9 | 3.2 | 58.4 | 9.8 | 31.3 | 14.5 | 17.7 | - |
| 0.075 | 34.5 | 1.1 | 4.8 | 2.6 | 58.3 | 9.8 | 21.5 | 10.0 | 12.6 | 10-14X |
| Pan | 27.2 | | | | 12.0 | | | | | |
| Mass P-75 | 130.2 | | | | 116.9 | | | | | |
| Total P-75 | 157.6 | 4.9 | | | 128.9 | 21.6 | | | | |
| Orig. dry mass | 3226.4 | | | | 597.4 | | | | | |

Form FHWA 1621 (Rev 10-96)

179

U.S. Department of Transportation
Federal Highway Administration
Federal Lands Highway Office

Faxed @ 6.05 p.m. 8/22/02 • Feds 2002 2/4

# WORKSHEET FOR SIEVE ANALYSIS OF FINE AND COARSE AGGREGATE
## AASHTO T 11 AND AASHTO T 27

Project: WA PFH 158-1(2) Source: L. LANE STA-23+400 ~~Sample~~ no.: 4

Sample of: 30101 Quantity represented: 8492 tons Lot no.: 2

Sampled by: SJW Date: 8/22/02 4:15 Tested by: MS / SJW Date: 8/22/02

| MOISTURE DETERMINATION | | |
|---|---|---|
| Moisture Content | Coarse | Fine |
| Mass of wet aggregate | 3264.5 | 592.3 |
| Mass of dry aggregate | 3209.1 | 564.8 |
| Mass of water | 55.4 | 27.5 |
| Moisture (%) | 1.73 | 4.87 |

| PERCENT PASSING 75 µm SIEVE (P-75) WASH | | |
|---|---|---|
| P-75 Content | Coarse | Fine |
| Mass of wet aggregate | 3466.9 | 572.1 |
| Mass of dry aggregate | 3407.9 | 545.5 |
| Mass of washed dry aggregate | 3266.1 | 437.1 |
| Mass of 75 µm minus | 141.8 | 108.4 |

REMARKS:

INITIAL WT — 5975.5

| Coarse Aggregate Sieve Size | Retained Mass Wet | Retained Mass Dry | Retained % | Total Passing (%) | Spec's |
|---|---|---|---|---|---|
| mm | | | | | |
| 37.5 mm | | | | | 100 |
| 25.0 mm | 0 | 0 | 0 | 100.0 | 97-100 |
| 19.0 mm | 173.90 | 170.94 | 3.0 | 97.0 | – |
| 12.5 mm | 1115.10 | 1096.14 | 18.9 | 78.1 | – |
| 9.5 mm | 685.10 | 673.45 | 11.6 | 66.5 | 56-70 |
| 4.75 mm | 1493.90 | 1468.50 | 25.3 | 41.2 | |
| 4.75 mm minus | 2500.80 | 2384.67 | 41.2 | 2.7 | |
| Total sample mass | 5968.80 | 5793.70 | 100.0 | | |

check

| Fine Aggregate Sieve Size | Washed from Coarse: Retained Mass Dry | Washed from Coarse: Retained % | Washed from Coarse: Percent Passing | Washed from Coarse: Adjusted (%) Passing | Dry 4.75 mm Minus: Retained Mass Dry | Dry 4.75 mm Minus: Retained % | Dry 4.75 mm Minus: Percent Passing | Dry 4.75 mm Minus: Adjusted (%) Passing | Total Passing (%) | Spec's |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 4.75 mm | 3077.4 | 90.3 | 9.7 | 5.7 | 0 | 0 | 100.0 | 41.2 | 46.9 | 39-53 |
| 2.00 | 106.5 | 3.1 | 6.6 | 3.9 | 183.0 | 33.5 | 66.5 | 27.4 | 31.3 | – |
| 0.425 | 1.8 | 0.1 | 6.5 | 3.8 | 139.4 | 25.5 | 41.0 | 16.9 | 20.7 | 12-21 |
| 0.150 | 11.1 | 0.3 | 6.2 | 3.6 | 52.6 | 9.6 | 31.4 | 12.9 | 16.5 | – |
| 0.075 | 45.2 | 1.3 | 4.9 | 2.9 | 52.1 | 9.5 | 21.9 | 9.0 | 11.9 | 10 max |
| Pan | 24.2 | | | | 10.4 | | | | | |
| Mass P-75 | 141.8 | | | | 108.4 | | | | | |
| Total P-75 | 166.0 | 4.9 | | | 118.8 | 21.8 | | | | |
| Orig. dry mass | 3408.0 | | | | 545.9 | | | | | |

Form FHWA 1621 (Rev 10-96)

180

d Jan 29 10:14:33 2003 Western Federal Lands Highway Division

oject Name: Flowery Trail Project
ect Number: WAPFH 158-1(2)
ct ID: DTFH70- 0-C- 0002

Item Number: 30101
Lot Number: 1
Lab: Engr's Field Lab

| ality arac-ristic | TV | Allowable Devia-tion | Category | Mean | Standard Devia-tion | Est. no. Samples | Actual no. Samples | Quality Level | Current Pay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 7.5mm | 100 | | | 100.00 | 0.000 | 18 | 18 | ------ | ------ |
| 25mm | 100 | | | 99.61 | 0.608 | 18 | 18 | ------ | ------ |
| 9.5mm | 66 | 7 | 1 | 65.89 | 4.042 | 18 | 18 | 8 | 1.02 |
| .75mm | 44 | 6 | 1 | 44.22 | 2.840 | 18 | 18 | 3 | 1.04 |
| 425µm | 18 | 4 | 2 | 17.77 | 1.922 | 13 | 13 | 3 | 1.00 |
| 75µm | 8.6 | | | 8.62 | 1.582 | 13 | 13 | ------ | ------ |
| SE/P | 1.641 | | 1 | 1.64 | 0.078 | 3 | 3 | ------ | ------ |
| FRAC | 100 | | 1 | 100.00 | 0.000 | 18 | 18 | ------ | ------ |

TESTING COMPLETED
FINAL PAY FACTOR: 1.02

181

ed Jan 29 10:14:33 2003 Western Federal Lands Highway Division

roject Name: Flowery Trail Project Item Number: 30101
r ct Number: WAPFH 158-1(2) Lot Number: 1
r ct ID: DTFH70- 0-C- 0002 Lab: Engr's Field Lab

** ACCEPTANCE PARAMETERS **

uality Characteristic:

| | 37.5mm | 25mm | 9.5mm | 4.75mm | 425μm | 75μm | SE/P | % FRAC |
|---|---|---|---|---|---|---|---|---|
| arget alues: | 100 | 100 | 66 | 44 | 18 | 8.6 | 1.641 | 100 |
| llowable eviation: | | | 7 | 6 | 4 | | | |
| st. No. ests: | 18 | 18 | 18 | 18 | 13 | 13 | 3 | 18 |
| ategory: | | | 1 | 1 | 2 | | 1 | 1 |
| ctual No. amples: | 18 | 18 | 18 | 18 | 13 | 13 | 3 | 18 |

** TEST RESULTS **

| e umber | 37.5mm | 25mm | 9.5mm | 4.75mm | 425μm | 75μm | SE/P | % FRAC |
|---|---|---|---|---|---|---|---|---|
| 1 | 100 | 98 | 70 | 46 | 18 | 9.4 | 1.628 | 100 |
| 2 | 100 | 99 | 64 | 44 | 21 | 10.8 | | 100 |
| 3 | 100 | 99 | 62 | 42 | 18 | 9.2 | | 100 |
| 4 | 100 | 99 | 63 | 45 | 16 | 5.5 | | 100 |
| 5 | 100 | 100 | 73 | 48 | 19 | 10 | 1.570 | 100 |
| 6 | 100 | 99 | 64 | 42 | 15 | 6.4 | | 100 |
| 7 | 100 | 100 | 62 | 42 | 18 | 8.6 | 1.725 | 100 |
| 8 | 100 | 100 | 73 | 49 | 19 | 9.8 | | 100 |
| 9 | 100 | 100 | 64 | 44 | 18 | 8.9 | | 100 |
| 10 | 100 | 100 | 72 | 49 | 17 | 7.2 | | 100 |
| 11 | 100 | 100 | 62 | 43 | | | | 100 |
| 12 | 100 | 100 | 67 | 45 | | | | 100 |
| 13 | 100 | 100 | 64 | 41 | | | | 100 |
| 14 | 100 | 100 | 68 | 45 | | | | 100 |
| 15 | 100 | 100 | 69 | 47 | 20 | 10.1 | | 100 |
| 16 | 100 | 100 | 60 | 39 | | | | 100 |
| 17 | 100 | 100 | 64 | 44 | 18 | 8.9 | | 100 |
| 18 | 100 | 99 | 65 | 41 | 14 | 7.2 | | 100 |

182

-PAY 4.00 QUALITY LEVEL ANALYSIS & PAY FACTOR COMPUTATIONS Page 1

d Jan 29 09:32:07 2003 Western Federal Lands Highway Division

oject Name: Flowery Trail Project Item Number: 30101
ct Number: WAPFH 158-1(2) Lot Number: 1
ct ID: DTFH70- 0-C- 0002 Lab: Engr's Field Lab

| ality arac-ristic | TV | Allowable Devia-tion | Category | Mean | Standard Devia-tion | Est. no. Samples | Actual no. Samples | Quality Level | Current Pay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 7.5mm | 100 | 1 | | 100.00 | 0.000 | 18 | 18 | 0 | 1.05 |
| 25mm | 100 | 1 | | 99.61 | 0.608 | 18 | 18 | 17 | 0.97 |
| 9.5mm | 66 | 7 | 1 | 65.89 | 4.042 | 18 | 18 | 8 | 1.02 |
| .75mm | 44 | 6 | 1 | 44.22 | 2.840 | 18 | 18 | 3 | 1.04 |
| 425µm | 18 | 4 | 2 | 17.77 | 1.922 | 13 | 13 | 3 | 1.00 |
| 75µm | 8.6 | | | 8.62 | 1.582 | 13 | 13 | ------ | ------ |
| SE/P | 1.641 | | 1 | 1.64 | 0.078 | 3 | 3 | ------ | ------ |
| FRAC | 100 | | 1 | ------ | ------ | 18 | 0 | ------ | ------ |

TESTING COMPLETED
FINAL PAY FACTOR: 0.97

183

:d Jan 29 10:17:34 2003 Western Federal Lands Highway Division

}roject Name: Flowery Trail Project
'r ·ct Number: WA PFH 158-1(2)
'r. .ct ID: DTFH70- 0-C-00027

Item Number: 30101
Lot Number: 1
Lab: Contractor's Lab

** ACCEPTANCE PARAMETERS **

| )uality Characteristic: | 37.5mm | 25mm | 9.5mm | 4.75mm | 425μm | 75μm | SE/P | % FRAC |
|---|---|---|---|---|---|---|---|---|
| 'arget 'alues: | 100 | 99.8 | 63.8 | 40.8 | 15.8 | 7.9 | 1.547 | 100 |
| .llowable )eviation: | | | 7 | 6 | 4 | | | |
| ist. No. 'ests: | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| :ategory: | | | 1 | 1 | 2 | | 1 | 1 |
| .ctual No. :amples: | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |

** TEST RESULTS **

| a.. e /umber | 37.5mm | 25mm | 9.5mm | 4.75mm | 425μm | 75μm | SE/P | % FRAC |
|---|---|---|---|---|---|---|---|---|
| 1 | 100 | 98.9 | 56.1 | 34.7 | 13.7 | 6.9 | 1.661 | 100 |
| 2 | 100 | 100 | 57.8 | 38.8 | 18.5 | 9.0 | 1.059 | 100 |
| 3 * | 100 | 99.7 | 73.1 | 45.4 | 16.8 | 8.0 | 1.667 | 100 |
| 4 | 100 | 99.4 | 51.5 | 30.2 | 12.8 | 6.3 | 1.323 | 100 |
| 5 | 100 | 100 | 65.8 | 40.2 | 13 | 6.4 | 2.166 | 100 |
| 6 * | 100 | 100 | 79.7 | 58.6 | 24.2 | 12.1 | 1.294 | 100 |
| 7 | 100 | 100 | 64.9 | 41.8 | 15.9 | 8.1 | 1.692 | 100 |
| 8 * | 100 | 100 | 76.8 | 51.9 | 19.8 | 10.2 | 1.534 | 100 |
| 9 | 100 | 99.7 | 61.0 | 37.5 | 14 | 7.1 | 1.526 | 100 |
| 10 | 100 | 99.6 | 61.6 | 39.1 | 15.5 | 7.2 | 1.553 | 100 |
| 11 | 100 | 100 | 65.9 | 40.8 | 15.8 | 8.1 | 1.510 | 100 |
| 12 | 100 | 99.7 | 59.0 | 43.1 | 18.6 | 9.4 | 1.163 | 100 |
| 13 | 100 | 100 | 64.9 | 39.5 | 14.0 | 6.9 | 1.536 | 100 |
| 14 | 100 | 100 | 56.3 | 33.6 | 13.2 | 7 | 1.563 | 100 |
| 15 | 100 | 99.6 | 57.6 | 34.6 | 12.9 | 6.3 | 1.821 | 100 |
| 16 | 100 | 100 | 67.2 | 42.4 | 14.2 | 7.0 | 1.781 | 100 |
| 17 | 100 | 100 | 61.9 | 38.8 | 15.3 | 7.8 | 1.494 | 100 |
| 18 | 100 | 100 | 66.5 | 42.7 | 16.2 | 8.9 | 1.504 | 100 |

184