IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., Plaintiff, | ) | Case No.: 041052C (Judge Edward J. Damich) |
| vs. | ) | **PROPOSED FINDINGS OF UNCONTROVERTED FACT** |
| THE UNITED STATES, Defendant. | ) | |

## UNCONTROVERTED FACTS

1. On February 9, 2001, M.A. DeAtley was awarded the Flowery Trail Project contract. This contract was to reconstruct a portion of Flowery Trail Road in Northeastern Washington. (See Complaint, Docket No. 1).

2. Throughout the Project various disputes arose with regards to the aggregate Class D base and the contract specifications. (See Complaint, Docket No. 1).

3. On September 18, 2003, M.A. DeAtley submitted this dispute for final determination to the contracting officer. The contracting officer reviewed the information presented by M.A. DeAtley and denied the claim. On June 22, 2004, M.A. DeAtley filed the instant lawsuit in this Court for recovery of damages. (See Complaint, Docket No. 1).

4. Eighteen months after this lawsuit was filed, the Government was granted leave to amend its Answer to include counterclaims under the False Claims Act, the Forfeiture and Fraud Act, and the Anti-Fraud Provision under the Contract Dispute Act. (See Amended Answer and Counterclaims, Docket No. 48).

5. During the discovery phase of this litigation, the Government has acquired no evidence to support its counterclaims. Fact discovery was closed on December 16, 2005. In fact, when M.A. DeAtley moved to re-open discovery on these counterclaims the Government opposed that Motion. (Docket No. 58 and 67). Thus, the Government cannot present the requisite evidence to establish its essential elements. On July 21, 2006, in response to this Court's request for Supplemental Statements concerning re-opening fact discovery, the Government set forth, in the record, what evidence supports its allegations for its counterclaims. In the Government's Supplemental Statement, it states:

> *It is the understanding of the Government counsel that counsel for DeAtley has accepted her* ***representations*** *that the Government's counterclaims are based upon DeAtley's certified claim and related contract documents and that the Government will* ***not be calling any Government employee to***

> ***testify about the merits of the counterclaim****, other than, perhaps, agency counsel, whose testimony will be limited to outlining the facts as contained in DeAtley's certified claim. Any testimony elicited regarding this matter from DeAtley's employees will be done through cross-examination.*

(Docket No. 72) (emphasis added).

DATED this 13th day of September, 2006.

s/ JOHN C. BLACK
JOHN C. BLACK
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of September, 2006, a copy of the foregoing *Proposed Findings of Uncontroverted Fact* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK