IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., | ) | Case No.: 041052C |
| | ) | (Judge Edward J. Damich) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF ASSOCIATION OF COUNSEL**

Plaintiff's counsel respectfully advises the Court that J. Michael Littlejohn of Akerman Senterfitt Wickwire Gavin, 8100 Boone Boulevard, Suite 700, Vienna, VA 22182, will appear in this matter as "OF COUNSEL" for Plaintiff as provided for in RCFC 83.1(c)(1). Mr. Littlejohn is admitted to practice before this Court.

The attorney-of-record shall continue to be John C. Black.

DATED this 26th day of September, 2006.

s/ JOHN C. BLACK
JOHN C. BLACK
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

Of Counsel:
J. Michael Littlejohn
Akerman Senterfitt Wickwire Gavin
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182
(703) 790-8750 - phone
(703) 448-1801- fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of September, 2006, a copy of the foregoing *Notice of Association of Counsel* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK

wpdocs\1742\1806\Ntc.Assoc