IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DEATLEY CONSTRUCTION CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1052C |
| | ) | (Chief Judge Edward J. Damich ) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND MOTION FOR LEAVE TO FILE EXECUTED DECLARATION

Defendant respectfully requests leave of Court to file the executed declaration of Brent Coe, in support of our opposition to plaintiff' motion for summary judgement, seeking the dismissal of our counterclaims. When our opposition was electronically filed on October 12, 2006, Government counsel inadvertently filed the un-executed version of Mr. Coe's declaration. When the motion for leave to file was initially filed. the declaration was inadvertently not attached to the motion. Government counsel apologizes to the Court and plaintiff's counsel for any inconvenience this might have caused.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice

1100 L Street, NW
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)

October 12, 2006

Attorneys for Defendant