IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| M.A. DeATLEY CONSTRUCTION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No.: 041052C<br>(Judge Edward J. Damich)<br><br>**MOTION TO STRIKE DECLARATION OF BRENT L. COE** |

M.A. DeAtley Construction, Inc. ("M.A. DeAtley"), by and through its attorneys of record, Dunn & Black, P.S., hereby moves this Court for an order striking the Declaration of Brent L. Coe because the Government represented that no one was going to testify as to these matters and Plaintiff is prejudiced because it was not able to depose Brent Coe. In the alternative, M.A. DeAtley requests leave to depose Brent Coe and stay of the pending Motion.

This Motion is based upon M.A. DeAtley's Memorandum in Support of Motion to Strike Declaration of Brent L. Coe, and the pleadings of record filed herein.

DATED this 26th day of October, 2006.

s/ JOHN C. BLACK
JOHN C. BLACK
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

Of Counsel:
J. Michael Littlejohn
Akerman Senterfitt Wickwire Gavin
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182
(703) 790-8750 - phone
(703) 448-1801- fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of October, 2006, a copy of the foregoing *Motion to Strike Declaration of Brent L. Coe* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK

wpdocs\1742\1806\Mot.StrikeCoeDecl