# CERTIFICATION

As required by the Contract Disputes Act, 49 U.S.C. '605 et seq., under the Contract Disputes Act, '605(c)(1), the undersigned hereby certifies that this claim is made in good faith, that the supporting data are accurate and complete to the best of my knowledge and belief, that the amount requested accurately reflects the contract adjustment for which M.A. DeAtley Construction, Inc. believes the Government is liable, and that I, Mark DeAtley, President of M.A. DeAtley Construction, Inc. is duly authorized to certify this claim on behalf of M.A. DeAtley Construction, Inc..

M.A. DeAtley Construction, Inc.

By: ______________________
Its: President
Date: September 19, 2003

STATE OF ~~IDAHO~~ Washington )
: ss
County of ~~Nez Perce~~ Asotin )

SUBSCRIBED AND SWORN to before me this 19th day of ~~July~~ September, 2003.

______________________
Print Name: Carrie A. Johnson
Notary Public in and for the State of Washington, Residing at Asotin.
My Appointment Expires: 1-10-06.

CARRIE A. JOHNSON
COMMISSION EXP.
NOTARY PUBLIC
JAN. 10, 2006
STATE OF WASHINGTON

EXHIBIT
A

2

M.A. DeAtley Construction, Inc.
Flowery Trail Road
Attach to DeAtley Crushing - Invoice
Period Worked: 9/1/02 - 9/15-02

Aggregate D

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/01 | Abrahamson, James | GL | $ 29.49 | 2.5 | $ 73.73 | | | | $ - | |
| | | | $ 47.14 | 0.5 | $ 23.57 | | | | $ - | |
| | Fisher, Allyn | ED | $ 33.20 | 3.5 | $ 116.20 | 18-152 | 3.5 | $ 31.95 | $ 111.83 | |
| | Glover, David | ED | $ 33.20 | 7 | $ 232.40 | 18-152 | 7.5 | $ 31.95 | $ 239.63 | |
| | | ED | $ 44.84 | 2 | $ 89.68 | 18-152 | | | $ - | |
| | Mattson, Thomas | ED | $ 33.20 | 8 | $ 265.60 | 18-150 | 9 | $ 31.95 | $ 287.55 | |
| | | ED | $ 44.84 | 1 | $ 44.84 | 18-150 | | | $ - | |
| | Willman, Chris | ED | $ 33.20 | 8.5 | $ 282.20 | 18-151 | 8.5 | $ 31.95 | $ 271.58 | |
| | Lacey, Rick | Rental | | | $ - | Truck Only | 8 | $ 55.00 | $ 440.00 | 26 Loads |
| | Lehman, Scott | | | | $ - | Truck Only | 9 | $ 55.00 | $ 495.00 | 38 Loads |
| | Piatt, Chris | Rental | | | $ - | Truck Only | 8.5 | $ 55.00 | $ 467.50 | 35 Loads |
| 11/05/01 | Abrahamson, James | GL | $ 29.49 | 8 | $ 235.92 | | | | $ - | |
| | Fisher, Allyn | ED | $ 33.20 | 7.5 | $ 249.00 | 18-152 | 7 | $ 31.95 | $ 223.65 | |
| | Glover, David | ED | $ 33.20 | 9 | $ 298.80 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | Mattson, Thomas | ED | $ 33.20 | 4.5 | $ 149.40 | 18-150 | 2 | $ 31.95 | $ 63.90 | |
| | Lacey, Rick | Rental | | | $ - | Truck Only | 9 | $ 55.00 | $ 495.00 | 56 Loads |
| | Lehman, Scott | | | | $ - | Truck Only | 10 | $ 55.00 | $ 550.00 | 48 Loads |
| | Willman, Chris | ED | $ 33.20 | 4.5 | $ 149.40 | 18-151 | 4.5 | $ 31.95 | $ 143.78 | |
| 11/06/01 | Lacey, Rick | Rental | | | $ - | Truck Only | 9.5 | $ 55.00 | $ 522.50 | 48 Loads |
| | Lehman, Scott | | | | $ - | Truck Only | 10 | $ 55.00 | $ 550.00 | 59 Loads |
| | Beyer, David | ED | $ 33.20 | 8 | $ 265.60 | 18-150 | 7.5 | $ 31.95 | $ 239.63 | |
| | Fisher, Allyn | ED | $ 33.20 | 9.5 | $ 315.40 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | Mattson, Thomas | ED | $ 33.20 | 1.5 | $ 49.80 | 18-150 | 1.5 | $ 31.95 | $ 47.93 | |
| | Speelmon, Douglas | GL | $ 29.49 | 6 | $ 176.94 | | | | $ - | |
| | Abrahamson, James | GL | $ 29.49 | 8 | $ 235.92 | | | | $ - | |
| 11/07/01 | Lacey, Rick | Rental | | | $ - | Truck Only | 9 | $ 55.00 | $ 495.00 | 55 Loads |
| | Lehman, Scott | | | | $ - | Truck Only | 11 | $ 55.00 | $ 605.00 | 72 Loads |
| | Fisher, Allyn | ED | $ 33.20 | 9.5 | $ 315.40 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | Glover, David | ED | $ 33.20 | 9 | $ 298.80 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | Lodl, Stephen | B2 | $ 34.21 | 1.5 | $ 51.32 | 1-302 Grader | 1.5 | $ 60.69 | $ 91.04 | |
| | Speelmon, Douglas | GL | $ 29.49 | 5.5 | $ 162.20 | | | | $ - | |
| | Willman, Chris | ED | $ 33.20 | 9 | $ 298.80 | 18-151 | 7 | $ 31.95 | $ 223.65 | |
| | Abrahamson, James | GL | $ 29.49 | 8 | $ 235.92 | | | | $ - | |
| 11/08/01 | Clark, Mark | ED | $ 33.20 | 1 | $ 33.20 | 18-060 | 1 | $ 31.95 | $ 31.95 | |
| | Lacey, Rick | Rental | | | $ - | Truck Only | 8 | $ 55.00 | $ 440.00 | 45 Loads |
| | Lehman, Scott | | | | $ - | Truck Only | 10 | $ 55.00 | $ 550.00 | 43 Loads |
| | Piatt, Chris | Rental | | | $ - | Truck Only | 4.5 | $ 55.00 | $ 247.50 | 18 Loads |
| | Fisher, Allyn | ED | $ 33.20 | 8 | $ 265.60 | 18-152 | 7.5 | $ 31.95 | $ 239.63 | |
| | Lodl, Stephen | B2 | $ 34.21 | 2 | $ 68.42 | 1-301 Grader | 2 | $ 60.59 | $ 121.18 | |
| | Mattson, Thomas | ED | $ 33.20 | 1.5 | $ 49.80 | 18-150 | 1.5 | $ 31.95 | $ 47.93 | |
| | Speelmon, Douglas | GL | $ 29.49 | 2.5 | $ 73.73 | | | | $ - | |
| | | GL | $ 40.56 | 3 | $ 121.68 | | | | $ - | |
| | White, Marty | ED | $ 33.20 | 1 | $ 33.20 | 18-060 | 3.5 | $ 31.95 | $ 111.83 | |

3

M.A. DeAtley Construction, Inc.
Flowery Trail Road
Attach to DeAtley Crushing - Invoice
Period Worked: 9/1/02 - 9/15-02

Aggregate D

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ED | $ 44.84 | 3 | $ 134.52 | 18-060 | | | $ - | |
| | Willman, Chris | ED | $ 33.20 | 7.5 | $ 249.00 | 18-152 | 7 | $ 31.95 | $ 223.65 | |
| | Abrahamson, James | GL | $ 29.49 | 12 | $ 353.88 | | | | $ - | |
| | Beyer, David | ED | $ 33.20 | 8 | $ 265.60 | 18-150 | 5 | $ 31.95 | $ 159.75 | |
| 11/09/01 | Lacey, Rick | Rental | | | $ - | Truck Only | 11.5 | $ 55.00 | $ 632.50 | 53 Loads |
| | Platt, Chris | Rental | | | $ - | Truck Only | 3.5 | $ 55.00 | $ 192.50 | 8 Loads |
| | Fisher, Allyn | ED | $ 33.20 | 1.5 | $ 49.80 | | | | $ - | |
| | | ED | $ 44.84 | 8 | $ 358.72 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | Glover, David | ED | $ 33.20 | 3 | $ 99.60 | 18-152 | 3 | $ 31.95 | $ 95.85 | |
| | Mattson, Thomas | ED | $ 33.20 | 3 | $ 99.60 | 18-150 | 3 | $ 31.95 | $ 95.85 | |
| | | ED | $ 44.84 | 7 | $ 313.88 | 18-150 | 7 | $ 31.95 | $ 223.65 | |
| | White, Marty | ED | $ 44.84 | 3.5 | $ 156.94 | 18-060 | 3 | $ 31.95 | $ 95.85 | |
| | Abrahamson, James | GL | $ 29.49 | 4 | $ 117.96 | | | | $ - | |
| | | GL | $ 40.56 | 5.5 | $ 223.08 | | | | $ - | |
| | Beyer, David | ED | $ 44.84 | 3 | $ 134.52 | 18-150 | 3 | $ 31.95 | $ 95.85 | |
| 11/12/01 | Abrahamson, James | GL | $ 29.49 | 13 | $ 383.37 | | | | $ - | |
| | Beyer, David | ED | $ 33.20 | 10 | $ 332.00 | 18-150 | 9.5 | $ 31.95 | $ 303.53 | |
| | Glover, David | ED | $ 33.20 | 10 | $ 332.00 | 18-152 | 10 | $ 31.95 | $ 319.50 | |
| | White, Marty | ED | $ 33.20 | 2.5 | $ 83.00 | 18-060 | 2.5 | $ 31.95 | $ 79.88 | |
| | Platt, Chris | Rental | | | $ - | Truck Only | 2 | $ 55.00 | $ 110.00 | 11 Loads |
| 11/13/01 | Abrahamson, James | GL | $ 29.49 | 7 | $ 206.43 | | | | $ - | |
| 08/28/02 | Smith, Alan | D1 | $ 34.21 | 5 | $ 171.05 | 6-303 Dozer | 4 | $ 131.35 | $ 525.40 | |
| | Lodi, Stephen | H1 | $ 34.52 | 10 | $ 345.20 | 25-303 Excav. | 6 | $ 134.79 | $ 808.74 | |
| | Beyer, David | TB | $ 33.32 | 10 | $ 333.20 | 18-806 | 10 | $ 41.18 | $ 411.80 | |
| | | | | | $ - | 20-226 | 10 | $ 9.94 | $ 99.40 | |
| | Colson, Ken | TB | $ 33.32 | 10 | $ 333.20 | 18-807 | 10 | $ 41.18 | $ 411.80 | |
| | | | | | $ - | 20-230 | 10 | $ 9.94 | $ 99.40 | |
| | Willman, Chris | ED | $ 33.20 | 3 | $ 99.60 | 18-151 | 3 | $ 31.95 | $ 95.85 | |
| | Fisher, Allyn | ED | $ 33.20 | 2 | $ 66.40 | 18-152 | 2 | $ 31.95 | $ 63.90 | |
| 08/29/02 | Smith, Alan | D1 | $ 34.21 | 7 | $ 239.47 | 6-303 Dozer | 7 | $ 131.35 | $ 919.45 | |
| | Lodi, Stephen | H1 | $ 34.52 | 6.5 | $ 224.38 | 25-303 Excav. | 6.5 | $ 134.79 | $ 876.14 | |
| | Beyer, David | TB | $ 33.32 | 7 | $ 233.24 | 18-806 | 7 | $ 41.18 | $ 288.26 | |
| | | | | | $ - | 20-226 | 7 | $ 9.94 | $ 69.58 | |
| | Colson, Ken | TB | $ 33.32 | 7 | $ 233.24 | 18-807 | 7 | $ 41.18 | $ 288.26 | |
| | | | | | $ - | 20-230 | 7 | $ 9.94 | $ 69.58 | |
| | Sumner, Joe | TB | $ 33.32 | 7 | $ 233.24 | 18-140 | 7 | $ 41.18 | $ 288.26 | |
| | | | | | $ - | 20-231 | 7 | $ 9.94 | $ 69.58 | |
| | Fisher, Allyn | ED | $ 33.20 | 4 | $ 132.80 | 18-152 | 4 | $ 31.95 | $ 127.80 | |
| 08/30/02 | Abrahamson, James | L1 | $ 34.21 | 3.5 | $ 119.74 | 450 Loader | 3.5 | $ 71.10 | $ 248.85 | |
| | Bishop, Dennis | H1 | $ 34.52 | 4 | $ 138.08 | Cat 320 Excav. | 3 | $ 63.92 | $ 191.76 | |
| | Jensen, Michael | B2 | $ 34.21 | 2 | $ 68.42 | 1-301 Grader | 2 | $ 60.59 | $ 121.18 | |
| | Mays, Diane | S1 | $ 34.21 | 8 | $ 273.68 | 8-309 Scraper | 6 | $ 152.94 | $ 917.64 | |
| 09/03/02 | Grove Enterprises | Rental | | | $ - | Truck and Pup | 10.5 | $ 70.00 | $ 735.00 | |

4

M.A. DeAtley Construction, Inc.
Flowery Trail Road
Attach to DeAtley Crushing - Invoice
Period Worked: 9/1/02 - 9/15-02

Aggregate D

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | Grove, Jereme | Rental | | | $ - | Truck and Pup | 10 | $ 70.00 | $ 700.00 | |
| | Lacey, Rick | Rental | | | $ - | Truck and Pup | 10 | $ 70.00 | $ 700.00 | |
| | Maresca, Pete | Rental | | | $ - | Truck and Pup | 10 | $ 70.00 | $ 700.00 | |
| | Piatt, Chris | Rental | | | $ - | Truck and Pup | 10 | $ 70.00 | $ 700.00 | |
| | Reijonen, Steve | Rental | | | $ - | Truck and Pup | 9 | $ 70.00 | $ 630.00 | |
| | Abrahamson, James | L1 | $ 34.21 | 10 | $ 342.10 | 450 Loader | 10 | $ 71.10 | $ 711.00 | |
| | Beyer, David | TB | $ 33.32 | 10 | $ 333.20 | 18-807 | 10 | $ 41.18 | $ 411.80 | |
| | | | | | $ - | 20-226 | 10 | $ 9.94 | $ 99.40 | |
| | Clark, Mark | TP | $ 33.52 | 10.5 | $ 351.96 | 18-060 | 10.5 | $ 31.95 | $ 335.48 | |
| | | | | | $ - | 20-062 | 10.5 | $ 11.22 | $ 117.81 | |
| | Colsen, Ken | TB | $ 33.32 | 10.5 | $ 349.86 | 18-806 | 10.5 | $ 41.18 | $ 432.39 | |
| | | | | | $ - | 20-230 | 10.5 | $ 9.94 | $ 104.37 | |
| | Fisher, Allyn | ED | $ 33.20 | 10 | $ 332.00 | 18-152 | 10 | $ 31.95 | $ 319.50 | |
| | Hansen, Gene | D1 | $ 34.21 | 4 | $ 136.84 | 6-301 Dozer | 4 | $ 54.70 | $ 218.80 | |
| | | L1 | $ 34.21 | 2 | $ 68.42 | 950G Loader | 2 | $ 47.39 | $ 94.78 | |
| | Kyle, Dale | B2 | $ 34.21 | 10.5 | $ 359.21 | 160H Grader | 10.5 | $ 56.70 | $ 595.35 | |
| | Leslie, Richard | TB | $ 33.32 | 10.5 | $ 349.86 | 18-808 | 10.5 | $ 41.18 | $ 432.39 | |
| | | | | | $ - | 20-234 | 10.5 | $ 9.94 | $ 104.37 | |
| | Lodi, Stephen | B2 | $ 34.21 | 10.5 | $ 359.21 | 1-301 Grader | 10.5 | $ 60.59 | $ 636.20 | |
| | | | | | $ - | | | | $ - | |
| | Mattson, Thomas | TP | $ 33.52 | 11 | $ 368.72 | 18-150 | 11 | $ 31.95 | $ 351.45 | |
| | | | | | $ - | 20-150 | 11 | $ 11.22 | $ 123.42 | |
| | Mays, Diane | GL | $ 29.49 | 10 | $ 294.90 | Weigh Reject | | | $ - | |
| | Sumner, Joe | TB | $ 33.32 | 10.5 | $ 349.86 | 18-140 | 10.5 | $ 41.18 | $ 432.39 | |
| | | | | | $ - | 20-231 | 10.5 | $ 9.94 | $ 104.37 | |
| | Willman, Chris | TP | $ 33.52 | 10 | $ 335.20 | 18-151 | 10 | $ 31.95 | $ 319.50 | |
| | | | | | $ - | 20-151 | 10 | $ 11.22 | $ 112.20 | |
| | Youngers, Ken | H1 | $ 34.52 | 10.5 | $ 362.46 | PC600 Excav. | 9.5 | $ 177.07 | $ 1,682.17 | |
| 09/04/02 | Grove Enterprises | Rental | | | $ - | Truck and Pup | 1 | $ 70.00 | $ 70.00 | |
| | Grove, Jereme | Rental | | | $ - | Truck and Pup | 6 | $ 70.00 | $ 420.00 | |
| | Lacey, Rick | Rental | | | $ - | Truck and Pup | 8 | $ 70.00 | $ 560.00 | |
| | Maresca, Pete | Rental | | | $ - | Truck and Pup | 9.5 | $ 70.00 | $ 665.00 | |
| | Piatt, Chris | Rental | | | $ - | Truck and Pup | 10 | $ 70.00 | $ 700.00 | |
| | Reijonen, Steve | Rental | | | $ - | Truck and Pup | 9.5 | $ 70.00 | $ 665.00 | |
| | Abrahamson, James | L1 | $ 34.21 | 11 | $ 376.31 | 450 Loader | 11 | $ 71.10 | $ 782.10 | |
| | Arthur, William | S1 | $ 34.21 | 4 | $ 136.84 | 8-309 Scraper | 4 | $ 152.94 | $ 611.76 | |
| | Beyer, David | TB | $ 33.32 | 7.5 | $ 249.90 | 18-807 | 7.5 | $ 41.18 | $ 308.85 | |
| | | | | | $ - | 20-226 | 7.5 | $ 9.94 | $ 74.55 | |
| | Clark, Mark | TP | $ 33.52 | 8 | $ 268.16 | 18-060 | 8 | $ 31.95 | $ 255.60 | |
| | | | | | $ - | 20-062 | 8 | $ 11.22 | $ 89.76 | |
| | Colson, Ken | TB | $ 33.32 | 7.5 | $ 249.90 | 18-806 | 7.5 | $ 41.18 | $ 308.85 | |
| | | | | | $ - | 20-230 | 7.5 | $ 9.94 | $ 74.55 | |
| | Fisher, Allyn | TP | $ 33.52 | 2 | $ 67.04 | 18-152 | 2 | $ 31.95 | $ 63.90 | |

5

M.A. DeAtley Construction, Inc.
Flowery Trail Road
Attach to DeAtley Crushing - Invoice
Period Worked: 9/1/02 - 9/15-02

Aggregate D

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $ - | 20-152 | 2 | $ 11.22 | $ 22.44 | |
| | Jensen, Michael | B2 | $ 34.21 | 5 | $ 171.05 | 1-301Grader | 5 | $ 60.59 | $ 302.95 | |
| | Kyle, Dale | B2 | $ 34.21 | 3 | $ 102.63 | 160H Grader | 2 | $ 56.70 | $ 113.40 | |
| | Leslie, Richard | TB | $ 33.32 | 7 | $ 233.24 | 18-808 | 7 | $ 41.18 | $ 288.26 | |
| | | | | | $ - | 20-234 | 7 | $ 9.94 | $ 69.58 | |
| | Lodi, Stephen | L1 | $ 34.21 | 5 | $ 171.05 | 950G Loader | 5 | $ 47.39 | $ 236.95 | |
| | Mattson, Thomas | TP | $ 33.52 | 8 | $ 268.16 | 18-150 | 8 | $ 31.95 | $ 255.60 | |
| | | | | | $ - | 20-150 | 8 | $ 11.22 | $ 89.76 | |
| | Mays, Diane | GL | $ 29.49 | 7 | $ 206.43 | Weigh Reject | | | $ - | |
| | Sumner, Joe | TB | $ 33.32 | 7 | $ 233.24 | 18-140 | 7 | $ 41.18 | $ 288.26 | |
| | | | | | $ - | 20-231 | 7 | $ 9.94 | $ 69.58 | |
| | Willman, Chris | TP | $ 33.52 | 6 | $ 201.12 | 18-151 | 6 | $ 31.95 | $ 191.70 | |
| | | | | | $ - | 20-151 | 6 | $ 11.22 | $ 67.32 | |
| | Youngers, Ken | H1 | $ 34.52 | 10 | $ 345.20 | PC600 Excav. | 10 | $ 177.07 | $ 1,770.70 | |
| | Smith, Vickie | R1 | $ 32.47 | 9 | $ 292.23 | 583C Roller | 9 | $ 51.81 | $ 466.29 | |
| 09/05/02 | Grove Enterprises | Rental | | | $ - | Truck and Pup | 2 | $ 70.00 | $ 140.00 | |
| | Grove, Jereme | Rental | | | $ - | Truck and Pup | 2 | $ 70.00 | $ 140.00 | |
| | Lacey, Rick | Rental | | | $ - | Truck and Pup | 4 | $ 70.00 | $ 280.00 | |
| | Maresca, Pete | Rental | | | $ - | Truck and Pup | 1 | $ 70.00 | $ 70.00 | |
| | Piatt, Chris | Rental | | | $ - | Truck and Pup | 4 | $ 70.00 | $ 280.00 | |
| | Reijonen, Steve | Rental | | | $ - | Truck and Pup | 2 | $ 70.00 | $ 140.00 | |
| | Abrahamson, James | L1 | $ 34.21 | 11 | $ 376.31 | 450 Loader | 11 | $ 71.10 | $ 782.10 | |
| | Arthur, William | S1 | $ 34.21 | 4 | $ 136.84 | 8-309 Scraper | 3 | $ 152.94 | $ 458.82 | |
| | Beyer, David | TB | $ 33.32 | 11 | $ 366.52 | 18-807 | 9 | $ 41.18 | $ 370.62 | |
| | | | | | $ - | 20-226 | 9 | $ 9.94 | $ 89.46 | |
| | Clark, Mark | TP | $ 33.52 | 5 | $ 167.60 | 18-060 | 3 | $ 31.95 | $ 95.85 | |
| | | | | | $ - | 20-062 | 3 | $ 11.22 | $ 33.66 | |
| | Colson, Ken | TB | $ 33.32 | 11 | $ 366.52 | 18-806 | 9 | $ 41.18 | $ 370.62 | |
| | | | | | $ - | 20-230 | 9 | $ 9.94 | $ 89.46 | |
| | Fisher, Allyn | TP | $ 33.52 | 10 | $ 335.20 | 18-152 | 8 | $ 31.95 | $ 255.60 | |
| | | | | | $ - | 20-152 | 8 | $ 11.22 | $ 89.76 | |
| | Guiza, Jose | GL | $ 29.49 | 3 | $ 88.47 | | | | $ - | |
| | | R1 | $ 32.47 | 10 | $ 324.70 | 583C Roller | 8 | $ 51.81 | $ 414.48 | |
| | Jensen, Michael | B2 | $ 34.21 | 12 | $ 410.52 | 1-301 Grader | 12 | $ 60.59 | $ 727.08 | |
| | Jones, Kristy | GL | $ 29.49 | 12 | $ 353.88 | | | | $ - | |
| | Kyle, Dale | B2 | $ 34.21 | 12.5 | $ 427.63 | 160H Grader | 12.5 | $ 56.70 | $ 708.75 | |
| | Leslie, Richard | TB | $ 33.32 | 11 | $ 366.52 | 18-808 | 9 | $ 41.18 | $ 370.62 | |
| | | | | | $ - | 20-234 | 9 | $ 9.94 | $ 89.46 | |
| | Lodi, Stephen | L1 | $ 34.21 | 6 | $ 205.26 | 950G Loader | 6 | $ 47.39 | $ 284.34 | |
| | Mattson, Thomas | TP | $ 33.52 | 7.5 | $ 251.40 | 18-150 | 7 | $ 31.95 | $ 223.65 | |
| | | | | | $ - | 20-150 | 7 | $ 11.22 | $ 78.54 | |
| | Mays, Diane | GL | $ 29.49 | | $ - | Weigh Reject | | | $ - | |
| | Smith, Alan | L1 | $ 34.21 | 11 | $ 376.31 | Crusher Loader | | | $ - | |

6

M.A. DeAtley Construction, Inc.
Flowery Trail Road
Attach to DeAtley Crushing - Invoice
Period Worked: 9/1/02 - 9/15-02

Aggregate D

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sumner, Joe | TB | $ 33.32 | 11.5 | $ 383.18 | 18-140 | 8.5 | $ 41.18 | $ 350.03 | |
| | | | | | $ - | 20-231 | 8.5 | $ 9.94 | $ 84.49 | |
| | Willman, Chris | TP | $ 33.52 | 9 | $ 301.68 | 18-151 | 6 | $ 31.95 | $ 191.70 | |
| | | | | | $ - | 20-151 | 6 | $ 11.22 | $ 67.32 | |
| 09/06/02 | Piatl, Chris | Rental | | | $ - | Truck and Pup | 4 | $ 70.00 | $ 280.00 | |
| | Abrahamson, James | L1 | $ 34.21 | 8 | $ 273.68 | 450 Loader | 8 | $ 71.10 | $ 568.80 | |
| | | L1 | $ 47.14 | 3 | $ 141.42 | 450 Loader | 3 | $ 71.10 | $ 213.30 | |
| | Arthur, William | S1 | $ 34.21 | 1.5 | $ 51.32 | 8-309 Scraper | 1.5 | $ 152.94 | $ 229.41 | |
| | | S1 | $ 47.14 | 4 | $ 188.56 | 8-309 Scraper | 4 | $ 152.94 | $ 611.76 | |
| | Beyer, David | TB | $ 33.32 | 7.5 | $ 249.90 | 18-807 | 9 | $ 41.18 | $ 370.62 | |
| | | | $ 45.03 | 2.5 | $ 112.58 | 20-226 | 9 | $ 9.94 | $ 89.46 | |
| | Colson, Ken | TB | $ 33.32 | 7 | $ 233.24 | 18-806 | 8.5 | $ 41.18 | $ 350.03 | |
| | | | $ 45.03 | 2.5 | $ 112.58 | 20-230 | 8.5 | $ 9.94 | $ 84.49 | |
| | Fisher, Allyn | TP | $ 33.52 | 8 | $ 268.16 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | | | $ 45.03 | 2.5 | $ 112.58 | 20-152 | 9 | $ 11.22 | $ 100.98 | |
| | Guiza, Jose | R1 | $ 32.47 | 6 | $ 194.82 | 583C Roller | 4 | $ 51.81 | $ 207.24 | |
| | | GL | $ 29.49 | 1 | $ 29.49 | | | | $ - | |
| | | GL | $ 40.56 | 3.5 | $ 141.96 | | | | $ - | |
| | Hansen, David | D1 | $ 34.21 | 11 | $ 376.31 | 6-301 Dozer | 11 | $ 54.70 | $ 601.70 | |
| | Jensen, Michael | B2 | $ 34.21 | 6 | $ 205.26 | 1-301 Grader | 6 | $ 60.59 | $ 363.54 | |
| | Jones, Kristy | GL | $ 29.49 | 6 | $ 176.94 | | | | $ - | |
| | Kyle, Dale | B2 | $ 34.21 | 5 | $ 171.05 | 160H Grader | 5 | $ 56.70 | $ 283.50 | |
| | | B2 | $ 47.14 | 4.5 | $ 212.13 | 160H Grader | 4.5 | $ 56.70 | $ 255.15 | |
| | Leslie, Richard | TB | $ 33.32 | 7.5 | $ 249.90 | 18-808 | 9 | $ 41.18 | $ 370.62 | |
| | | | $ 45.03 | 2.5 | $ 112.58 | 20-234 | 9 | $ 9.94 | $ 89.46 | |
| | Mattson, Thomas | ED | $ 33.20 | 5.5 | $ 182.60 | 18-152 | 5 | $ 31.95 | $ 159.75 | |
| | | ED | $ 44.84 | 5 | $ 224.20 | 18-152 | 5 | $ 31.95 | $ 159.75 | |
| | Mays, Diane | GL | $ 29.49 | 6.5 | $ 191.69 | Weigh Reject | | | $ - | |
| | | GL | $ 40.56 | 4 | $ 162.24 | Weigh Reject | | | $ - | |
| | Owens, John | R1 | $ 32.47 | 2.5 | $ 81.18 | 583C Roller | 3.5 | $ 51.81 | $ 181.34 | |
| | | R1 | $ 44.53 | 1 | $ 44.53 | | | | $ - | |
| | Smith, Alan | L1 | $ 34.21 | 10 | $ 342.10 | 950G Loader | 10 | $ 47.39 | $ 473.90 | |
| | | L1 | $ 47.14 | 1 | $ 47.14 | 950G Loader | 1 | $ 47.39 | $ 47.39 | |
| | Sumner, Joe | TB | $ 33.32 | 7 | $ 233.24 | 18-140 | 9 | $ 41.18 | $ 370.62 | |
| | | | $ 45.03 | 3 | $ 135.09 | 20-231 | 9 | $ 9.94 | $ 89.46 | |
| | Willman, Chris | TP | $ 33.52 | 8 | $ 268.16 | 18-151 | 10 | $ 31.95 | $ 319.50 | |
| | | | $ 45.03 | 2 | $ 90.06 | 20-151 | 10 | $ 11.22 | $ 112.20 | |
| 09/07/02 | Guiza, Jose | GL | $ 29.49 | 6.5 | $ 191.69 | | | | $ - | |
| | Hansen, David | D1 | $ 34.21 | 5 | $ 171.05 | 6-301 Dozer | 4 | $ 54.70 | $ 218.80 | |
| | Jones, Kristy | R1 | $ 32.47 | 8.5 | $ 276.00 | 583C Roller | 5.5 | $ 51.81 | $ 284.96 | |
| | Wilson, Alvin | R1 | $ 32.47 | 7.5 | $ 243.53 | 2-306 Roller | 5 | $ 55.37 | $ 276.85 | |
| 09/09/02 | Beyer, David | TB | $ 33.21 | 4 | $ 132.84 | 18-808 | 2 | $ 41.18 | $ 82.36 | |
| | | | | | $ - | 20-226 | 2 | $ 9.94 | $ 19.88 | |

7

**M.A. DeAtley Construction, Inc.**
**Flowery Trail Road**
**Attach to DeAtley Crushing - Invoice**
**Period Worked: 9/1/02 - 9/15-02**

**Aggregate D**

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | Clark, Mark | TB | $ 33.21 | 3 | $ 99.63 | 18-060 | 3 | $ 41.18 | $ 123.54 | |
| | | | | | $ - | 20-226 | 3 | $ 9.94 | $ 29.82 | |
| | Fisher, Allyn | TP | $ 33.52 | 3 | $ 100.56 | 18-152 | 3 | $ 31.95 | $ 95.85 | |
| | | | | | $ - | 20-152 | 3 | $ 11.22 | $ 33.66 | |
| | Guiza, José | GL | $ 29.49 | 11.5 | $ 339.14 | | | | $ - | |
| | Hansen, David | R1 | $ 32.47 | 4 | $ 129.88 | 583C Roller | 3 | $ 51.81 | $ 155.43 | |
| | Jones, Kristy | R1 | $ 32.47 | 7 | $ 227.29 | 583C Roller | 6 | $ 51.81 | $ 310.86 | |
| | | GL | $ 29.49 | 4.5 | $ 132.71 | | | | $ - | |
| | Kyle, Dale | B2 | $ 34.21 | 11.5 | $ 393.42 | 160H Grader | 9.5 | $ 56.70 | $ 538.65 | |
| | Leslie, Richard | TB | $ 33.32 | 2 | $ 66.64 | 18-808 | 1.5 | $ 41.18 | $ 61.77 | |
| | | | | | $ - | 20-234 | 1.5 | $ 9.94 | $ 14.91 | |
| | Lodi, Stephen | TB | $ 33.32 | 3.5 | $ 116.62 | 18-806 | 2.5 | $ 41.18 | $ 102.95 | |
| | | | | | $ - | 20-230 | 2.5 | $ 9.94 | $ 24.85 | |
| | Mays, Diane | GL | $ 29.49 | 3.5 | $ 103.22 | | | | $ - | |
| | Smith, Alan | L1 | $ 34.21 | 4 | $ 136.84 | 950G Loader | 3 | $ 47.39 | $ 142.17 | |
| | Sumner, Joe | TB | $ 33.32 | 1.5 | $ 49.98 | 18-140 | 1.5 | $ 41.18 | $ 61.77 | |
| | | | | | $ - | 20-231 | 1.5 | $ 9.94 | $ 14.91 | |
| 09/10/02 | Beyer, Dave | TB | $ 33.32 | 10 | $ 333.20 | 18-807 | 8 | $ 41.18 | $ 329.44 | |
| | | | | | $ - | 20-226 | 8 | $ 9.94 | $ 79.52 | |
| | Clark, Mark | TP | $ 33.52 | 10 | $ 335.20 | 18-060 | 9 | $ 31.95 | $ 287.55 | |
| | | | | | $ - | 20-062 | 9 | $ 11.22 | $ 100.98 | |
| | Fisher, Allyn | TP | $ 33.52 | 10.5 | $ 351.96 | 18-152 | 9 | $ 31.95 | $ 287.55 | |
| | | | | | $ - | 20-152 | 9 | $ 11.22 | $ 100.98 | |
| | Kyle, Dale | B2 | $ 34.21 | 10.5 | $ 359.21 | 160H Grader | 8.5 | $ 56.70 | $ 481.95 | |
| | Leslie, Richard | TB | $ 33.32 | 11 | $ 366.52 | 18-808 | 10 | $ 41.18 | $ 411.80 | |
| | | | | | $ - | 20-234 | 10 | $ 9.94 | $ 99.40 | |
| | Matson, Thomas | TB | $ 33.32 | 10 | $ 333.20 | 18-806 | 9 | $ 41.18 | $ 370.62 | |
| | | | | | $ - | 20-230 | 9 | $ 9.94 | $ 89.46 | |
| | Mays, Diane | GL | $ 29.49 | 11 | $ 324.39 | | | | $ - | |
| | Rose, John | TP | $ 33.52 | 10 | $ 335.20 | 18-150 | 9 | $ 31.95 | $ 287.55 | |
| | | | | | $ - | 20-150 | 9 | $ 11.22 | $ 100.98 | |
| | Smith, Alan | L1 | $ 34.21 | 10 | $ 342.10 | 950G Loader | 9 | $ 47.39 | $ 426.51 | |
| | Sumner, Joe | TB | $ 33.32 | 10 | $ 333.20 | 18-140 | 9 | $ 41.18 | $ 370.62 | |
| | | | | | $ - | 20-231 | 9 | $ 9.94 | $ 89.46 | |
| | Lacey, Rick | Rental | | | $ - | Truck and Pup | 7 | $ 70.00 | $ 490.00 | |
| 09/11/02 | Fisher, Allyn | TP | $ 33.52 | 1 | $ 33.52 | 18-152 | 1 | $ 31.95 | $ 31.95 | |
| | | | | | $ - | 20-152 | 1 | $ 11.22 | $ 11.22 | |
| | Mays, Diane | GL | $ 29.49 | 2 | $ 58.98 | Weigh Reject | | | $ - | |
| | Lacey, Rick | Rental | | | $ - | Truck and Pup | 1 | $ 70.00 | $ 70.00 | |
| 09/16/02 | Clark, Mark | TP | $ 33.52 | 2 | $ 67.04 | 18-060 | 2 | $ 31.95 | $ 63.90 | 9/16 and |
| | | | | | $ - | 20-062 | 2 | $ 11.22 | $ 22.44 | 9/18 time |
| | Fisher, Allyn | TP | $ 33.52 | 3.5 | $ 117.32 | 18-152 | 3 | $ 31.95 | $ 95.85 | is for the |
| | | | | | $ - | 20-152 | 3 | $ 11.22 | $ 33.66 | completion |

8

M.A. DeAtley Construction, Inc.
Flowery Trail Road
Attach to DeAtley Crushing - Invoice
Period Worked: 9/1/02 - 9/15-02

Aggregate D

| Date | Name | Wage Class | Rate | Man Hours | Labor Total $ | Equip. | Equip Hours | Equip Rate | Equip Total $ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | McCann, Mike | S1 | $ 34.21 | 5 | $ 171.05 | 8-309 Scraper | 4 | $ 152.94 | $ 611.76 | of moving |
| | Mitchell, Timm | CW | $ 33.52 | 2.5 | $ 83.80 | T-230 Cwagon | 2 | $ 97.00 | $ 194.00 | the stock |
| | Smith, Alan | L1 | $ 34.21 | 6 | $ 205.26 | 950G Loader | 4 | $ 47.39 | $ 189.56 | pile areas |
| | Willman, Chris | TP | $ 33.52 | 3 | $ 100.56 | 18-151 | 2.5 | $ 31.95 | $ 79.88 | that were |
| | | | | | $ - | 20-151 | 2.5 | $ 11.22 | $ 28.05 | on the |
| 09/18/02 | Clark, Mark | TP | $ 33.52 | 1 | $ 33.52 | 18-060 | 1 | $ 31.95 | $ 31.95 | road, all is |
| | | | | | $ - | 20-062 | 1 | $ 11.22 | $ 11.22 | reject |
| | Colson, Ken | TP | $ 33.52 | 1 | $ 33.52 | 18-150 | 1 | $ 31.95 | $ 31.95 | material |
| | | | | | $ - | 20-150 | 1 | $ 11.22 | $ 11.22 | |
| | Fisher, Allyn | TP | $ 33.52 | 1 | $ 33.52 | 18-152 | 1 | $ 31.95 | $ 31.95 | |
| | | | | | $ - | 20-152 | 1 | $ 11.22 | $ 11.22 | |
| | Mays, Diane | GL | $ 29.49 | 1 | $ 29.49 | | | | $ - | |
| | McCann, Mike | L1 | $ 34.21 | 2 | $ 68.42 | 950G Loader | 2 | $ 47.39 | $ 94.78 | |
| | | L1 | $ 34.21 | 1.5 | $ 51.32 | 450 Loader | 1 | $ 71.10 | $ 71.10 | |
| | Willman, Chris | TP | $ 33.52 | 1 | $ 33.52 | 18-151 | 1 | $ 31.95 | $ 31.95 | |
| | | | | | $ - | 20-151 | 1 | $ 11.22 | $ 11.22 | |
| | | | | | $ - | | | | $ - | |
| | | | | | $ - | | | | $ - | |
| | | | | | $ - | | | | $ - | |
| | | | | | $ - | | | | $ - | |
| | | | | | $ - | | | | $ - | |
| | | | | | $ - | | | | $ - | |
| | | | Labor: | | $ 38,968.78 | | Equipment: | | $ 64,516.81 | |
| | | | Plus 10% | | $ 3,896.88 | | Admin plus 10%: | | $ 6,451.68 | |
| | | | **Total Labor:** | | **$ 42,865.66** | | **Total Equipment:** | | **$ 70,968.49** | |

M.A. DeAtley Construction, Inc.
Flowery Trail Road
Attach to DeAtley Crushing - Invoice
Period Worked: 8/19/2002 - 9/23/02

Materials/Rentals

| Date | Vendor | Invoice | Amount | Comments |
|---|---|---|---|---|
| 8/19/02 | Budinger | regular | $1,313.50 | 37 hrs @ $35.5 |
| 8/19/02 | Budinger | mob | $231.36 | 723 miles @ 0.32 |
| 8/19/02 | Budinger | overtime | $576.88 | 12.5 hrs @ $46.15 |
| 8/19/02 | Brand x water truck | | $780.00 | Agg-D placement |
| 8/20/02 | Brand x water truck | | $845.00 | Agg-D placement |
| 8/21/02 | Brand x water truck | | $780.00 | Agg-D placement |
| 8/22/02 | Brand x water truck | | $720.00 | Agg-D placement |
| 8/23/02 | Brand x water truck | | $357.50 | Agg-D placement |
| 8/26/02 | Brand x water truck | | $130.00 | Agg-D placement |
| 8/29/02 | Welch Engineering | | $520.00 | Restake C/L for bluetops 19+960-20+000 |
| 8/30/02 | Welch Engineering | | $200.00 | Restake C/L for bluetops 20+180-20+338 |
| 8/30/02 | Welch Engineering | | $520.00 | Restake Bluetops 20+100-20+300 |
| 9/3/02 | Budinger | regular | $1,704.00 | 48 hrs @$35.5 |
| 9/3/02 | Budinger | overtime | $1,338.35 | 29 hrs @ $46.15 |
| 9/3/02 | Budinger | mob | $204.80 | 640 miles @ 0.32 |
| 9/3/02 | Brand x water truck | | $260.00 | dust control pick |
| 9/4/02 | Welch Engineering | | $720.00 | Restake Bluetops 20+300-20+540 |
| 9/4/02 | Brand x water truck | | $682.50 | dust control pick |
| 9/5/02 | Brand x water truck | | $780.00 | dust control pick |
| 9/6/02 | Brand x water truck | | $715.00 | dust control pick |
| 9/7/02 | Brand x water truck | | $747.50 | dust control pick |
| [illegible] | Welch Engineering | | [illegible] | Restake bluetops 24+[illegible]-24+740 |
| 9/10/02 | Welch Engineering | | [illegible] | Restake bluetops 20+420-20+700 |
| 9/12/02 | Welch Engineering | | [illegible] | Restake bluetops 20+[illegible]-20+860 [illegible] |
| 9/12/02 | Welch Engineering | | $240.00 | Restake bluetops 20+540-20+600 |
| 9/16/02 | Welch Engineering | | $800.00 | Restake bluetops 18+680-19+120 |
| 9/18/02 | Welch Engineering | | $280.00 | Restake bluetops 19+220-19+120 |
| 9/20/02 | Welch Engineering | | $100.00 | Restake bluetops 19+060-19+200 |
| 9/23/02 | Welch Engineering | | $160.00 | Restake bluetops 18+300-18+360 |
| thru cut | Budinger | Sr. tech. | $240.00 | 5 hrs @ $48 |
| thru cut | Budinger | sample P/U | $159.75 | 4.5hrs @ $35.5 |
| thru cut | Budinger | mob | $128.00 | 400 miles @ 0.32 |
| thru cut | Budinger | sample prep. | $57.00 | 1.5hrs @ $38 |
| thru cut | Budinger | sieve analysis | $680.00 | 8 hrs @ $85 |
| thru cut | Budinger | DMSO | $675.00 | 3 hrs @ $225 |
| thru cut | Budinger | coarse dur. | $540.00 | 3 hrs @ $180 |
| thru cut | Budinger | fine dur. | $540.00 | 3 hrs @ $180 |
| thru cut | Budinger | La wear | $450.00 | 3 hrs @ $150 |
| thru cut | Budinger | sulfate sound | $660.00 | 3 hrs @ $ 220 |
| | added haul length | $1.03 tonne | $20,428.00 | Ski hill to West end of job sta. 17+057 |

| | | |
|---|---|---|
| Materials/Rentals | | $41,644.14 |
| Admin Exp. 10%: | $ | 4,164.41 |
| Total: | $ | 45,808.55 |

Plus 10% Profit $ 4,580.86

Total $ 50,389.41

M.A. DeAtley Construction, Inc.
Flowery Trail Road
Attach to DeAtley Crushing - Invoice
Period Worked: 9/1/02 - 9/15-02

| Aggregate D | | Recap | |
|---|---|---|---|
| Material/Rental | $ 45,808.55 | 10 % Profit | $ 4,580.86 |
| Labor + 10% | $ 42,865.66 | | |
| Equipment + 10% | $ 70,968.49 | Aggregate D | $ 159,642.70 |
| **Total:** | **$ 159,642.70** | **Grand Total:** | **$ 164,223.55** |

TO: M. A. DeATLEY CONSTRUCTION
890 EVANS ROAD
CLARKSTON, Wa. 99403

FROM: DeATLEY CRUSHING COMPANY
P.O. BOX 759
LEWISTON, ID 83501

# BILLING FOR MATERIALS

PERIOD COVERED: STATEMENT OF OVERDUE BALANCE W/LATE FEES

DATE 10/31/02
PLANT NO 3
BILLING NO 6

PROJECT: FLOWERY TRAIL ROAD
SITE: 49 DEGREES NORTH RE-CRUSH
PROJECT NO: 21504A

| | | ESTIMATED CONTRACT | | | | PREVIOUS BILLING | | JOB TO DATE | | CURRENT BILLING | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION | UNIT PRICE | UNIT | QUANTITY | AMOUNT | QUANTITY | AMOUNT | QUANTITY | AMOUNT | QUANTITY | AMOUNT |
| | FLOWERY TRAIL ROAD | | | | | | | | | | |
| 1. | MOBILIZATION | $25,000.00 | LS | 1.00 | $25,000.00 | 1.00 | $25,000.00 | 1.00 | $25,000.00 | 0.00 | $0.00 |
| 2. | AGG BASE GRADE D | $3.80 | MG | 21,500.00 | $81,700.00 | 21,500.00 | $81,700.00 | 21,500.00 | $81,700.00 | 0.00 | $0.00 |
| 3. | ADDITIONAL TESTING COSTS | $1,500.00 | LS | 1.00 | $1,500.00 | 1.00 | $1,500.00 | 1.00 | $1,500.00 | 0.00 | $0.00 |
| 4. | ADMINISTRATIVE COSTS @ | 5.00% | LS | 1.00 | $5,410.00 | 1.00 | $5,410.00 | 1.00 | $5,410.00 | 0.00 | $0.00 |
| | ESTIMATED CONTRACT AMOUNT: | | | | $113,610.00 | | $113,610.00 | | $113,610.00 | | $0.00 |

PREVIOUS BALANCE OVERDUE: $113,610.00
LATE FEE ON OVERDUE BALANCE: $1,704.15
AMOUNT DUE IF PAID PRIOR TO NOV. 10, 2002: $115,314.15

NOTE: ORIGINAL INVOICE ON AUGUST 10, 2002

_____BD _____BW _____GG _____SB

# RELEASE OF CLAIMS

WA PFH 158-1(2)
Flowery Trail Road
Contract No. DTFH70-01-C-00011

In accordance with Contract Clause 52.232-5, Payment Under Fixed-Price Construction Contracts, I hereby release and discharge all claims arising under or out of the subject contract except the following claims in stated amounts which are specifically reserved herein:

30101 Aggregate Base Grading D
DeAtley Crushing for the amount of $115,314.15
M.A. DeAtley Construction, Inc. for the amount of $164,223.55
We are proposing a claim in the amount of $279,537.70 for source failure.
Attached are the invoices.

By: [signature]

Title: President

Date: 5/16/03

BUCKLE UP AMERICA

13

M. A. DeATL.. Y CONSTRUCTION NOTES
FLOWERY TRAIL ROAD

PROJECT # 21101
WA PFH 158-1(2)

DESCRIPTION

| PHASE # | FED ITEM # | | AUTH. QUANT. | | UNIT | UNIT PRICE | | |
|---|---|---|---|---|---|---|---|---|
| 1702-00 | 30101 | | 21,500 | | Tonne | $7.50 | | AGGREGATE BASE GRADING D |

| Date | Station to Station Lt or Rt | # Of Trucks | Tonne Per Load | # Of Loads | Tonne Today | Tonne Previous | Tonne To Date | Comments, Calcs, Info |
|---|---|---|---|---|---|---|---|---|
| 8/19/2002 | 20+680 - 21+351 | 3 | | 96 | 2219.29 | | 2219.29 | |
| 8/20/2002 | 21+351 - 22+100 | 4 | | 60 | 1519.98 | 2219.29 | 3739.27 | |
| 8/21/2002 | 21+700 - 22+500 | 4 | | 86 | 2149.33 | 3739.27 | 5888.6 | |
| 8/22/2002 | 22+300 - 23+600 | 4 | | 102 | 2656.71 | 5888.6 | 8545.31 | |
| | Ticket 315 Voided, Brian | | | | -25.27 | 8545.31 | 8520.04 | Dirty load picked up, and wasted. Deduct load |
| 8/27/2002 | 23+455 - 24+500 | 4 | | 82 | 2052.83 | 8520.04 | 10572.87 | |
| 8/29/2002 | Guard Rail Areas | | | 16 | 243.42 | 10572.87 | 10816.29 | |
| 8/30/2002 | Guard Rail Areas | 3 | | 3 | 45.81 | 10816.29 | 10862.1 | |
| 9/3/2002 | Rejected being picked up | 14 | Reject | 74 | -1713.37 | 10862.1 | 9148.73 | Re-scaled for weight, this is rejected material. |
| | 15 Loads out of spec | | | | 0 | 9148.73 | 9148.73 | 15 Loads, 404.94 9/3/02 |
| 9/4/2002 | Reject being picked up | | | | 0 | 9148.73 | 9148.73 | |
| | and re-scaled. 102 loads | 8 | Reject | | -2350.66 | 9148.73 | 6798.07 | Re-ject material being picked up off road. |
| | 23+600 - 24+200 | 11 | Good | 58 | 1446.71 | 6798.07 | 8244.78 | Crusher is now in spec., hauling to road again. |
| 9/5/2002 | Reject being picked up | | | | 0 | 8244.78 | 8244.78 | |
| | and re-scaled. 65 loads | 12 | Reject | 65 | -1512.1 | 8244.78 | 6732.68 | Re-ject material being picked up off road. |
| | 22+500 - 25+000 | 14 | Good | 87 | 2181.67 | 6732.68 | 8914.35 | Crusher is now in spec., hauling to road again. |
| 9/6/2002 | Reject being picked up | | | | 0 | 8914.35 | 8914.35 | |
| | and re-scaled. 9 loads | 9 | Reject | 59 | -180.7 | 8914.35 | 8733.65 | Re-ject material being picked up off road. |
| | 21+400 - 23+600 | 10 | Good | 109 | 2908.42 | 8733.65 | 11642.07 | Crusher is now in spec., hauling to road again. |
| 9/9/2002 | 21+140 - 21+460 | 6 | Good | 14 | 576.99 | 11642.07 | 12219.06 | Good Rock hauled to road. |
| 9/10/2002 | 19+600 - 20+100 and | | | | 0 | 12219.06 | 12219.06 | Back to original placement area. NOTE |
| | 20+600 - 21+400 | 9 | Good | 110 | 2872.86 | 12219.06 | 15091.92 | |
| | Reject being picked up | | | | 0 | 15091.92 | 15091.92 | |
| | and re-scaled. 6 loads | | Reject | 6 | -135.17 | 15091.92 | 14956.75 | |
| 9/11/2002 | Reject being picked up | | | | 0 | 14956.75 | 14956.75 | |
| | and re-scaled. 4 loads | | Reject | 4 | -93.9 | 14956.75 | 14862.85 | |
| | 19+700 - 20+340 | 7 | Good | 49 | 1407.82 | 14862.85 | 16270.67 | |
| 9/11/2002 | 19+200 - 19+600 | | | | 0 | 16270.67 | 16270.67 | |
| | 20+400 - 20+600 | 8 | Good | 52 | 1462.67 | 16270.67 | 17733.34 | |
| | Reject being picked up | | | | | 17733.34 | 17733.34 | |
| | and re-scaled. 4 loads | 2 | Reject | | -99.39 | 17733.34 | 17633.95 | |
| 9/18/2002 | 19+860 - 19+900 Lt. / Rt. | 4 | Good | 5 | 130.08 | 17633.95 | 17764.03 | |

14

| PHASE # | FED ITEM # | | QUANT. | | UNIT | UNIT PRICE | | |
|---|---|---|---|---|---|---|---|---|
| 1702-00 | 30101 | | 21,500 | | Tonne | $7.50 | | AGGREGATE BASE GRADING D |

| Date | Station to Station Lt or Rt | # Of Trucks | Tonne Per Load | # Of Loads | Tonne Today | Tonne Previous | Tonne To Date | Comments, Calcs, Info |
|---|---|---|---|---|---|---|---|---|
| 9/20/2002 | 18+760 - 19+460 | | Good | 43 | 1141.5 | 17764.03 | 18905.53 | |
| 9/25/2002 | Spot loads 18+900-19+200 | | Good | 15 | 388.91 | 18905.53 | 19294.44 | |
| 9/26/2002 | 18+440 - 18+600 | | Good | 20 | 534.44 | 19294.44 | 19828.88 | |
| 9/30/2002 | 18+400 - 19+200 | | Good | 26 | 693.57 | 19828.88 | 20522.45 | |
| 10/2/2002 | 18+200 - 18+460 | | Good | 27 | 689.71 | 20522.45 | 21212.16 | |
| 10/3/2002 | Guard Rail Areas + Spot | | Good | 17 | 449.78 | 21212.16 | 21661.94 | |
| 10/9/2002 | Shoulder Rock | | | 22 | | 21661.94 | 21661.94 | Antoine Belly Dump |
| | | | | 21 | | 21661.94 | 21661.94 | C & R Belly Dump |
| | | | | 22 | | 21661.94 | 21661.94 | R & J Belly Dump |
| | | | | 22 | | 21661.94 | 21661.94 | Harold R. Faubion |
| 10/10/2002 | Shoulder Rock | | | 4 | | 21661.94 | 21661.94 | Antoine Belly Dump |
| | | | | 2 | | 21661.94 | 21661.94 | C & R Belly Dump |
| | | | | 4 | | 21661.94 | 21661.94 | R & J Belly Dump |
| | | | | 5 | | 21661.94 | 21661.94 | Harold R. Faubion |
| 11/19/2002 | Scales were gone, rock | | 25 | 22 | 550 | 21661.94 | 22211.94 | Antoine Belly Dump |
| | was hauled and converted | | 25 | 21 | 525 | 22211.94 | 22736.94 | C & R Belly Dump |
| | for entries on 10/9 & 10/10 | | 25 | 22 | 550 | 22736.94 | 23286.94 | R & J Belly Dump |
| | by the avg. of the loads | | 25 | 22 | 550 | 23286.94 | 23836.94 | Harold R. Faubion |
| | previously hauled. The | | 25 | 4 | 100 | 23836.94 | 23936.94 | Antoine Belly Dump |
| | average of 25 tonnes per | | 25 | 2 | 50 | 23936.94 | 23986.94 | C & R Belly Dump |
| | load was agreed on by | | 25 | 4 | 100 | 23986.94 | 24086.94 | R & J Belly Dump |
| | John, Linda, and myself. | | 25 | 5 | 125 | 24086.94 | 24211.94 | Harold R. Faubion |
| | This is covered under | | | | | 24211.94 | 24211.94 | |
| | Contract Mod. # 21, and | | | | | | | |
| | new Item # 30110. The | | | | | | | |
| | money for this is coming | | ********* | This is Contract Modification # 21, and will | | | | |
| | out of Item 62201D, loader | | | have a new Item Number for the Feds of | | | | |
| | hours. This covers the | | | Item # 30110. | | | | |
| | entries on 10/9 & 10/10 | | | | | | | |
| | above. | | | | | | | |




# Bores B-28 and B-29 and Distribution of Quartzite and Argillite

EXHIBIT B

15

WFLHD-403 (REV. 10/96)

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 16, 2002 DAY Monday

WEATHER: Partly Cloudy 55 - 70

DESCRIPTION AND LOCATION OF WORK

A Roadway excavation station 18+300 – 18+400, haul to ski area.

B Continue installing culvert at Palmer Creek, Riprap headwall, Rock Weir.

C Tight blading D Agg., processing, hauling stockpiled reject D to ski Area.

D Working on excavating slides areas 18+500 and 19+860.

E Installing 150mm underdrain station 18+500 approach.

F Silt fence repair, erosion control as needed.

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | Driver | 7 | End Dump & pups | 27 | 1 | 9 | 20 | 11 | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R and D9 | 8 | | | 6 | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | | | 5 | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 8 | | 4 | | | | | | | | | | | |
| | Service of Equip | 2 | Mech and Oilers | | | | | | | | | 23 | | | | | |
| 1 | Operator | 1 | 600 Excavator | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 2 | 8 | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | 7 | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | 6 | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | | 10 | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | 9 | | | | | | | | | | | |
| 2 | Operator | 1 | Scraper | 1 | | 5 | | | | | | | | | | | |
| 8 | Laborers | | | | 20 | | 5 | 14 | 24 | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 12 | 4 | 3 | 2 | | | | | | | | | | |
| 1 | Grade Checkers | | | 10 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 7 | | 9 | 4 | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 16, 2002

REVIEWED BY: John Foster

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/23/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

EXHIBIT C

U. S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

# CONTRACTOR DAILY QUALITY CONTROL REPORT

**Project :** FLOWERY TRAIL ROAD WA PFH 158-1(2)

**Contract/Subcontractor** M.A. DeAtley Construction

**Date :** 9-16-02 **Day:** Monday

**Weather :** Cloudy, cool, some rain in afternoon

**Quality Control Inspection Narrative**

Safety meeting at 7:00 A.m. Work started around 7:10 a.m.
300 excavator started slide at approx. station 19+800. Started
hauling this material to ski area later in the day.
Inland Asphalt here laying emulsified asphalt from
station 25+032 to 22+000 (aprox.) 2 samples were pulled. One
at 9:00 A.m. + at 12:00 p.m. Both of the samples were out
on the 9.5mm + 4.75 mm. ~~[illegible]~~ Faxed results to Linda + will
let her decide what she wants to do.
Finished 3600 mm pipe at Palmer Creek at station 19+176. Looks
very good.

It is hereby certified that the information contained in this record is accurate, and that all work documented herein complies with the requirements of the contract. Any exceptions to this certification are documented as a part of this record.

Recorded by: Dusty Foreman
Contractor Quality Control Manager

Reviewed by: [signature]
Federal Highway Administration

US 03341

DATE 9-16-02 JOB NAME Flowery Trail JOB # 21101

WEATHER
A.M. ☒SUNNY RAIN SNOW FOG Cloudy APPROX WIND: – APPROX TEMP: –
SUNNY RAIN SNOW FOG Cloudy APPROX. WIND: – APPROX TEMP: –

**..OGRESS SUMMARY**

| ITEM NO. | PHASE | DESCRIPTION | PLANNED QUANTITY | PREVIOUS QUANTITY | TODAY'S QUANTITY | TOTAL TO DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | C008-02 | Riprap Headwall | 19+176 | | 2 Each | Pay Note |
| | C008-03 | 3600 mm Pipe Culvert | 19+176 | | 24.6 m | Pay Note |
| | C008-04 | Rock Weir | 19+176 | | 1 Lump Sum | Pay Note |
| | 5703-00 | 150 mm Underdrain | 18+500 approach | | Will turn in | Pay Quantity Later |
| | 0500-02 | See below | | | | |
| | 0500-03 | See below | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

COMMENTS:

Safety meeting at 7:00 A.m.

320 excavator, Cat skidsteer, end dump, + laborers finished 3600 mm Pipe at station 19+176. Everything looks good on the installation

300 excavator pulled slide down at approx station 19+800. Started hauling this material to ski area later in the day. Equipment used for Moving material: 450 loader, company truck + pups, jippo truck + pups, + D6H dozer.

Pipe crew worked on 150 mm underdrain at ~~app~~ 18+500 approach.

14 G blade + 160 H blade worked on tight blading grading D base rock in morning. In afternoon, went to finishing blue tops for subgrade + D base rock between 18+700 + 20+600.

600 excavator, company trucks, jippo trucks, cat trucks, D6H, D8R, + water truck moved excavation around 18+300 to 18+400 to ski area. This also included excavating for 4600 mm Multi-plate that Ed Knoles will be installing. Around 1:00 p.m., running out of material so all trucks went to loading out at the 450 loader at 19+800 slide.

Inland here starting to lay emulsified asphalt base. Very slow day for them. They got from 25+037 to 22+000, one lane, half depth.

Dusty Fassman
SIGNATURE

Keystrokes

US 03342

18

DATE 9/16/02 JOB NAME Flowery trail JOB # 21101

WEATHER

A.M. SUNNY RAIN SNOW FOG Cloudy APPROX WIND: APPROX TEMP: 40

SUNNY RAIN SNOW FOG APPROX. WIND: APPROX TEMP: 69

.OGRESS SUMMARY

| ITEM NO. | PHASE | DESCRIPTION | PLANNED QUANTITY | PREVIOUS QUANTITY | TODAY'S QUANTITY | TOTAL TO DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Subs | | | | | | |
| Changing Dir. (4) Flagger (1) Pilotcar @ Inlands Request | | | | | | |
| Welch (3) crews | | | | | | |
| | | | | | | |
| Inland | | ATB | | | | |
| | | | | | | |
| Knoles Logging | | | | | | |

COMMENTS: Arrived on Site @ 6:00 Am, Met w/crew Paul + Dale, Felix + I Showed they were to Remove D-Rock End of project & ~~Eta~~ cattle guards, load D-Rock in Dump Truck.

6:50 Am Safety meeting / Horse play, Ear plugs etc.

7:00 Am 600 Exc. Exc'ing out wher mult. pipe goes (2) moxy, (4) Dump Trucks.

Dwight ~~Started~~ Started Slide @ StA. 19+860 ~~3~~ w/300 Hoe (1) Spotter watching for cracks + Brakes in Slope.

160H + 14G Blades tighting D-Rock StA 25+037 to 20+600 (2) Rollers.

In front of Inland laying (ATB).

450 Loader Started Loading Slide @ StA 19+860 All Trucks.

300 Exc. Then Started pullin Slope @ 18+470

320 EXC. Riprap Headwall @ 3600mm pipe finishing Rock weir.

Kris Parkins

SIGNATURE

Keystrokes

US 03343

19

DATE 9-16-02 JOB NAME Flowery trail JOB # 21-101

WEATHER
A.M. SUNNY RAIN SNOW FOG Cloudy APPROX WIND: None APPROX TEMP: 35
'. SUNNY RAIN SNOW FOG APPROX. WIND: None APPROX TEMP: 75

.(OGRESS SUMMARY

| ITEM NO. | PHASE | DESCRIPTION | PLANNED QUANTITY | PREVIOUS QUANTITY | TODAY'S QUANTITY | TOTAL TO DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

COMMENTS: arrived at 6:00 a.m. to meet inland asphalt to get ready to start placed (a.t.B.). Sefty meting at 6:50, they talk on the meting about, no reder's on the blade use ear's plug's [illegible] set belt.
Equipmen used today 600 Komatsu, 2 rental end dump truck's 2 Maxy haul truck's, 4 company end dump truck's worked doing sub excabation for the mutipla Pipe Till 3:30 and from 3:30 till 5 worked and slide sta. 19+860. force acount,
D.8,R, Dozer D9, Dozer worked on force acount on wast area,
D,6,H, Dozer worked on force acount. Placed Dirt on ski hill
150 trackhoe stalled under draing, on ~~aprotch~~ simptson aprotch.
300 Komatsu worked on slide sta # 19+700 and after, finishing go to work on slop, by sta 18+500
950 Loader Loading ~~a~~ "D" Gravel for wast and move under draing gravel.
450 Loader worked on force acount on slide sta # 19+860 and 6 hour's on ski hill, stock Pool
320 trackhoe worked on pipe sta # 19+170,
160 H blade and 2 Roller's worked on "D" Grabel.
14 G blade, worked on Sub Grade,
Sub Contractor's on site, Inland asphalt.
changing Directions floging, loging Crew, excabation for multiple

Felix Lopez
SIGNATURE

Keystrokes



20

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:
M. A. DeATLEY CONSTRUCTION

DATE: August 19, 2002 DAY: Monday

WEATHER: Sunny and Clear 52 - 81

DESCRIPTION AND LOCATION OF WORK

A Excavation 18+300 and haul to re[illegible]ng center and the ski area, waste other.

B Excavation for gabion basket construction, haul rock for baskets.

C Finishing sub-grade in prep for inspection for placement of rock.

D Place aggregate base grading D station 20+680 – 21+351.

E Place slope armor at site 9 station19+350 Rt.

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Driver | 10 | End Dump+2 pups | 70 | 33 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 11.5 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D9 | 3.5 | | | | | | | | | | | | 1/2 DAY Jm | |
| 2 | Driver | 2 | Water Truck | 28 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | | 12 | | | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | 11 | | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | | | | 6.5 | | | | | | | | | 1/4 DAY Jm | |
| 1 | Operator | 1 | 150 Excavator | 2.5 | | | | | | | | | | | | 3/4 DAY Jm | |
| 2 | Operator | 2 | Vibratory Roller | 10 | | 11 | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | 6 | 5 | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | 6 | | | | | | | | | | | | 1/2 DAY Jm | |
| 7 | Laborers | | | 20 | 24 | | 21 | | | | | | | | | | |
| 4 | Driver | 1 | 1 Moxy +3 bellys | 8 | | | 30 | 2 | | | | | | | | | |
| 4 | Grade Checkers | | | 22 | 5 | | 5 | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: 8/19/02

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 8/21/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.