US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 20, 2002 DAY: Tuesday

WEATHER: Sunny and Clear 55 - 81

## DESCRIPTION AND LOCATION OF WORK

A Load and haul excavation from 18+400 the learning center and The ski area, and waste at site 6 station 18+700 Rt.

B Excavation for gabion basket retaining wall station 24+630 – 24+690. Haul some rock to wall area for baskets.

C Finishing sub-grade from station 22+100 – 23+600, prep for rock inspection.

D Place aggregate base grading D rock station 21+351 – 22+100.

E Place aggregate surfacing course at approach road at station 21+400 CL.

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Driver | 9 | End Dump+1 pup | 76 | 18 | | | | | | | | | | | | |
| | Operator | 1 | 14 G Grader | | | | 7 | 4.5 | | | | | | | | | |
| | Operator | 1 | D8R | 11 | | | | | | | | | | | | | |
| | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| | Driver | 2 | Water Truck | 27 | | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | 38 | | | | | | | | |
| | Operator | 1 | 600 Excavator | 11 | | | | | | | | | | | | | |
| | Operator | 1 | 350 Excavator | | 11 | | | | | | | | | | | | |
| | Operator | 1 | 320 Excavator | 2.5 | 8.5 | | | | | | | | | | | | |
| | Operator | 1 | 300 Excavator | 11 | | | | | | | | | | | | | |
| | Operator | 1 | 150 Excavator | 9 | | 3 | | | | | | | | | | | |
| | Operator | 2 | Vibratory Roller | | | 11 | | | | | | | | | | | |
| | Operator | 1 | 450 Loader | | | | 6 | 4 | | | | | | | | | |
| | Operator | 1 | D9 Dozer | | | 11 | | | | | | | | | | | |
| | Laborers | | | 11 | 29 | 10 | 13.5 | 7 | | | | | | | | | |
| | Driver | 4 | Belly Dumps | | | | 25 | 9 | | | | | | | | | |
| | Grade Checkers | | | 21 | 13 | | | | | | | | | | | | |
| | Operator | 1 | 160 G Grader | | | 5 | 6 | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*)

Steve Smitherman

DATE: 8/20/02

REVIEWED BY: John Foster

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 8/21/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 21, 2002 DAY: Wednesday

WEATHER: Partly Cloudy 52 - 77

DESCRIPTION AND LOCATION OF WORK

A Excavation from 18+400 with haul ~ski area and the learning center.

B Constructing gabion retaining wall 24+360 – 23+390 Rt., baskets, backfill.9

C Placed surfacing aggregate D rock stastion 21+700 –22+500.

D Preparing sub-grade 22+300 – 23+600 for inspection for rock placement.

E Blast at station 18+400 and drilling station 18+740 and 780.
Used ECM 490 drill.

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Driver | 9 | End Dump | 71 | 21 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | 11.5 | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 26 | | | | | | | | | | | | | |
| | Service of Equip | | Mech and Oilers | | | | | | | 37 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | 8 | 1.5 | 3.5 | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | | 12 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | 12 | | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 11 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 10 | | 2 | 8 | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 6 | | 5.5 | | | | | | | | | | | |
| 1 | Operator | 1 | D9 Dozer | 11 | | | | | | | | | | | | | |
| 7 | Laborers | | ECM 490 Drill | | 42 | 21 | 8.5 | 15 | | | | | | | | | |
| 4 | Driver | 4 | Belly Dumps | | | 34 | | | | | | | | | | | |
| 1 | Grade Checkers | | | 12 | 12 | | 10 | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | | 5 | 5.5 | 6 | | | | | | | | | | |

(Column groups: PRODUCTION TIME (PERSON HOURS WORKED) = (A)–(K); EQUIPMENT TIME = WORK, IDLE, DOWN)

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: 8/21/02

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 8/23/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August ~~26~~ 22, 2002 DAY: Thursday

WEATHER: Sunny and Clear 50 - 80

DESCRIPTION AND LOCATION OF WORK

A Haul from 18+400 to waste at the logging center and the ski lodge. Working on finish sub-grade station 23+000 – 24+000

B Placed Aggregate D on the road from 22+300 to 23+600.

C Constructing gabion retaining wall station 24+630 – 24+690 Rt.

D Drilling boulders and ditch lines where needed

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PRODUCTION TIME (PERSON HOURS WORKED) | | | | | | | | | | | | | |
| 9 | Driver | 9 | End Dump + 1 pup | 56 | | 40 | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 7 | 5 | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 13 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 14 | 12 | | | | | | | | | | | | |
| 3 | Service of Equip | | Mech and Oilers | | | | | | | 36 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 12 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 10 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 12 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 9 | 5 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 6 | | | | | | | | | | | | | |
| 1 | Operator | 1 | ECM 490 Drill | | | | 10 | | | | | | | | | | |
| 10 | Laborers | | | 9 | 21 | 62 | | | | | | | | | | | |
| 1 | Operator | 1 | D9 Dozer | 9 | | | | | | | | | | | | | |
| 1 | Grade Checkers | | | 11 | | | | | | | | | | | | | |
| 4 | Drivers | 4 | Belly Dumps | | 40 | | | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: 8/23/02

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 8/28/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 27, 2002 DAY: Tuesday

WEATHER: Mostly Clear and warm 50 - 82

A Haul excavation from 18+400 +/-, and place at the ski area.

B Haul and place aggregate base D 23+600 – 24+500.

C Haul and place aggregate surface course, 2 approaches, 22+510 and 23+620

D Constructing cattle guard at station 24+830.

E Continue work at the gabion wall, station 24+630 – 24+690 Rt.

F Repairing silt fence throughout project where needed.

G

H

I One mechanic and two oilers to service equipment.

J ECM 490 Rock Drill 18+400

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Driver | 10 | End Dump | 22.5 | 3 | 1 | 4 | 7 | | | | 37 | 10 | | | | |
| 1 | Operator | 1 | 14 G Grader | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | | 10 | | | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | 10.5 | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | | 10 | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | | | 3 | | 7 | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 5 | | | | 5 | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 8 | | 2 | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 9 | 2 | | | | | | | | | | | |
| 4 | Drivers | 4 | Belly Dumps | | 34 | 6 | | | | | | | | | | | |
| 10 | Laborers | | | 11 | 18 | 2 | 34 | 29 | 3 | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 30 | | | | | | | | | | | | | |
| 1 | Grade Checkers | | | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D9 Dozer | 10 | | | | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: August 27, 2002

REVIEWED BY: John Foster

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 8/28/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 28, 2002 DAY: Wednesday

WEATHER: Sunny and hot 55 - 88

DESCRIPTION OF WORK

A Roadway excavation from 18+400, h[illegible]o ski area and learning center. Finishing sub-grade from 19+000 – 2[illegible]00.

B Continue work on gabion wall, backfill etc, station 24+630 – 24+690 Rt.

C Install cattle guards station 24+830 – 24+340.

D Move aggregate from 20+100 – 20+300 to big stockpile at station 18+500.

E Recondition roadway on Phase 1.

F Drill working 18+400 and ditches.

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Driver | 9 | End Dump | 70 | 17 | 6 | 2 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 11 | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 14 | | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | 37 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | 10 | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | 11 | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | D9 Dozer | 5 | | | 5 | | | | | | | | | | |
| 1 | Operator | 2 | ECM 490 Rock Dril | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | | 4 | 6.5 | | | | | | | | | |
| 2 | Drivers | 2 | Belly Dumps | | | | 20 | | | | | | | | | | |
| 10 | Laborers | | | 9 | 61 | 22 | | | | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 22 | | | | | | | | | | | | | |
| 2 | Grade Checkers | | | 10.5 | 5 | 5 | | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | | 5 | 5 | | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) [signature]

DATE: 8/28/02

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: [signature]

DATE: 8/30/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL L[illegible]NDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 29, 2002 DAY: Thursday

WEATHER: Hot and Clear 57 - 90

DESCRIPTION AND LOCATION OF WORK

A Excavation from 18+400 and haul to l[illegible]ing center and the ski area.

B Install cattle guard station 20+400.

C Complete gabion faced retaining wall 24+630 – 24+690 Rt.

D Pick up rejected D Agg. and haul to stockpile. Place D agg at guard rail.

E Re-condition phase 1 road.

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PRODUCTION TIME (PERSON HOURS WORKED) | | | | | | | | | | | EQUIPMENT TIME | | |
| 9 | Driver | 9 | End Dump | 78 | 3 | 13 | 4 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| [illegible] | Driver | 2 | Water Truck | 12 | | | | 12 | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | 38 | | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | 3.5 | | | 6 | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | 3 | | 11 | | | | | | | | | | | |
| 1 | Operator | 1 | D9 Dozer | 3 | | | 7 | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | | | 11 | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | | 12 | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | | | 10 | | | | | | | | | | | |
| 12 | Laborers | | | | 31 | 27 | 7 | 22 | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 25 | | | | | | | | | | | | | |
| 1 | Grade Checkers | | | 11 | 6 | | | | | | | | | | | | |
| 1 | Drivers | 1 | Belly Dumps | | | | 21 | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: 8/29/02

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/4/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: August 30, 2002 DAY: Friday

WEATHER: Sunny and Clear 55 - 80

DESCRIPTION AND LOCATION OF WORK

A Excavation from 18+400 and haul to [illegible]earning center and ski area.

B Install 600 mm culvert and energy dissipator at station 18+680.

C Work on cattle guards on project, finishing touches.

D Haul and place select topping station 24+630 – 24+690, gabion wall.

E Pick up D aggregate and haul to stockpile site.

F Work on slide area station 18+500.

G Repair silt fence as needed.

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Driver | 8 | End Dump | 59 | 4 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | 6 | 2 | | | | | | | | | |
| 1 | Operator | 1 | D8R | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 8 | | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 12 | | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | | 18.5 | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | | | | 8 | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | 4 | | 4 | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | 6 | | | | 2 | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 8 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | | | 5 | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 5 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | | | | 4 | 3.5 | | | | | | | | | |
| 6 | Laborers | | | 8 | 20 | 7 | | | | 5 | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 22 | | | | | 2 | | | | | | | | |
| 2 | Grade Checkers | | | 7 | | | | | | | | | | | | | |
| 3 | Drivers | 3 | Belly Dumps | | | | 16 | | | | | | | | | | |

BY: STEVE SMITHERMAN
SIGNATURE FOR CONTRACTOR: (*)
[signature]
DATE: August 30, 2002

REVIEWED BY: JOHN FOSTER
SIGNATURE PROJECT ENGINEER OR INSPECTOR: [signature]
DATE: 9/3/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 3, 2002 DAY: Tuesday

WEATHER: Mostly Cloudy 58 - 79

**DESCRIPTION OF WORK**

A Pick up rejected D Aggregate and ha[illegible]p waste areas, from 20+680 – 24+500.

B Road re-conditioning for phase one.

C Preparing subgrade station 19+900 – 20+400.

D Maintenance of the equipment.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Driver | 11 | End Dump+11 pups | 105 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 10.5 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | | | 2 | | | | | | | | | | 3/4 DAY | |
| 1 | Operator | 1 | D6H | 4 | | | | | | | | | | | | 1/2 DAY | |
| 2 | Driver | 2 | Water Truck | 14 | 6 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | 36 | | | | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10.5 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 12 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | 10 | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 10.5 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 450 Loader | 12 | | | | | | | | | | | | | |
| 11 | Laborers | | | 15 | 82 | | | | | | | | | | | | |
| 3 | Driver | 3 | Belly Dumps | 38 | | | | | | | | | | | | | |
| 1 | Grade Checkers | | | 10.5 | | 15 | | | | | | | | | | | |
| 1 | Operator | 1 | Power Broom | | 10 | | | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Smitherman

DATE: 9/3/02

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/5/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 4, 2002 DAY: Wednesday

WEATHER: Cloudy and cool 45 - 72

DESCRIPTION AND LOCATION OF WORK

A Remove reject material D-Aggrega… …om road and haul away.

B Road Re-conditioning in preparation for paving on phase one.

C Place D Aggregate station 23+600 – 24+200.

D Roadway excavation 18+400 and clean up areas in prep for subgrade.

E Repair silt fence where needed.

F Move back and excavate more material as directed by Linda Persoon.

G See Letter dated 9/6/02

H DAC 122

I Perform Maintenance of equipment

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Driver | 9 | End Dump+ 9 Pups | 62 | | 21 | 6 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 5 | | 4 | 2 | | | | | | | | | | |
| 1 | Operator | 1 | D8R | | | | 4 | | | | | | | | | | |
| 2 | Operator | 2 | Water Trucks | 7 | 7 | 3 | 4 | | | | | | | | | | |
| 2 | Driver | | Power Brooms | | 20 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | | | 37 | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | 9 | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | | 11 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | 10 | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | 11 | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 3 | 3 | 3 | | | 3 | | | | | | | | |
| 1 | Operator | 1 | Scraper | 4 | | | | | | | | | | | | ½ Day | Dm3 |
| 12 | Laborers | | | 7 | 62 | 11 | | 4 | 12 | | | | | | | | |
| 4 | Driver | 4 | Belly Dumps | 29 | | 16 | | | | | | | | | | | |
| 1 | Grade Checkers | | | | | 6 | | | | | | | | | | | |
| 3 | Operator | 3 | Loaders | 16 | 3 | 7 | 7.5 | | 3 | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*)

DATE: 9/4/02

REVIEWED BY:

SIGNATURE PROJECT ENGINEER OR INSPECTOR:

DATE: 9/8/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 5, 2002 DAY: Thursday

WEATHER: Cloudy and cool 52 - 70

DESCRIPTION AND LOCATION OF WORK

A Remove reject D-Agg. from road and waste, place new D-Agg, 22+500 – 25+0

B Haul material that was shot 18+400 and haul to crusher for crushing.

C Road Re-conditioning for phase 1.

D Loading holes for blast 18+400.

E Repair silt fence as needed.

F Rerpair of the cattle guard on phase 1 as directed.

G Maintenance of the equipment.

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Driver | 10 | End Dump+ 10 pup | 53 | 66 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 12 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 12 | 12 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | 38 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | 3 | 4 | 3 | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | | | | | | | | | | DAY | 2m2 |
| 1 | Operator | 1 | 150 Excavator | | 8 | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 12.5 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Power Brooms | | | 18 | | | | | | | | | | | |
| 10 | Laborers | | | 27 | | 6 | 18 | 4 | 18 | | | | | | | | |
| 4 | Driver | 4 | Belly Dumps | 44 | | | | | | | | | | | | | |
| 1 | Grade Checkers | | | | 11 | | | | | | | | | | | | |
| 3 | Operator | 3 | Loaders | 28 | 5 | | | | | | | | | | | | |

(Columns A–K: PRODUCTION TIME (PERSON HOURS WORKED); WORK / IDLE / DOWN: EQUIPMENT TIME)

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: 9/5/02

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/10/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

31

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: 9/6/02 DAY: Friday

WEATHER: Mostly Cloudy 45 - 71

DESCRIPTION AND LOCATION OF WORK

A Excavation from 18+400 and haul t[illegible]e Ski Lodge for waste and for crusher.

B Pick up rejected D-Agg and rescale, haul and place D-Agg 21+400 – 23+600.

C Road Re-conditioning for phase 1.

D Repair silt fence as needed, erosion control.

E Repair Cattle guard on phase 1.

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Driver | 13 | 3 Belly 10 Pup&Trk | 60 | 65 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 5 | 6 | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | 11 | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 12 | 11 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | 35 | | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | 3 | | | | | | | | | | | | 3/4 DAY | JMF |
| 1 | Operator | 1 | 320 Excavator | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | | | | | | | | | | 3/4 DAY | JMF |
| 1 | Operator | 1 | 150 Excavator | | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 9 | 2 | | | | | | | | | | | |
| 3 | Operator | 3 | Loaders | | 22 | 6 | | | | | | | | | | | |
| 6 | Laborers | | | | 28 | 18 | | 6 | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 33 | | | | | | | | | | | | | |
| 2 | Grade Checkers | | | 9 | 9 | | | | | | | | | | | | |
| 1 | Operator | 1 | ECM 490 Rock Dri | | | | | | | | | | | | | | |

PRODUCTION TIME (PERSON HOURS WORKED): columns (A)–(K)

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: 9/6/02

REVIEWED BY: John Foster

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/10/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 7, 2002 DAY: Saturday

WEATHER: Partly Cloudy 44 - 71

DESCRIPTION AND LOCATION OF WORK

A Haul excavation from 18+400 to wa at the ski area, and to the crusher.

B Install 600mm culvert at station 19+340.

C Work on chanel change and gabion wall.

D Tear down scales and move to new location.

E Pick up reject D-Agg, haul to the ski area, place D-Agg at new scale site. Process D-Aggregate that has been placed on the road.

F Work at Palmer Creek station 19+200. Haul rock from Kings Lake Pit.

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Driver | 9 | End Dump + pups | 50 | | | | | 16 | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | | | | 5 | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | | | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | | 24 | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | 7 | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 9 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | 7 | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | | | | 16 | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | | | 13 | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 5.5 | | | 7.5 | | | | | | | | | | |
| 9 | Laborers | | | | 22 | 23 | 25 | | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 26 | | | | | | | | | | | | | |
| 1 | Grade Checkers | | | 3 | | 3 | | 2 | | | | | | | | | |
| 1 | Operator | 1 | ECM 490 Rock Dri | | | | | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 7, 2002

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/10/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATIO.
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 9, 2002 DAY: Monday

WEATHER: Sunny and Clear 50 - 75

DESCRIPTION OF WORK

A Excavation from 18+400 and haul [illegible] the crusher and ski area.

B Haul and place D-Aggregate from the crusher to the road.

C Install 600mm culvert and dissipator station 19+340.

D Install diversion culvert station 19+200.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | Driver | 12 | Bellys and Pups | 83 | 17 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D9R | 3 | | | | | | | | | | | | 3/4 DAY | JME |
| 1 | Operator | 1 | D6H | | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 6 | 6 | | | | | | | | | | | | |
| | Service of Equip | | Mech and Oilers | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 11 | | | | | | | | | | | | | |
| ~~1~~ | ~~Operator~~ | ~~1~~ | ~~350 Excavator~~ | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | 11 | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | 13 | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 10 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 6 | 20 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 11.5 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | 9 | | | | | | | | | | | | | |
| 7 | Laborers | 1 | Grade Checkers | 17 | 21 | 32 | 26 | | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 34 | | | | | | | | | | | | | |
| 1 | Operator | 1 | Loader | 11 | | 7 | | | | | | | | | | | |
| 1 | Operator | 1 | D8 Dozer | 11 | | | | | | | | | | | | | |

BY: STEVE SMITHERMAN

REVIEWED BY: John Foster

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: September 9, 2002

DATE: 9/12/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:
M. A. DeATLEY CONSTRUCTION

DATE: September 10, 2002 DAY: Tuesday

WEATHER: Sunny and Clear 50 – 82

DESCRIPTION OF WORK

A Haul excavation from 18+400, and [illegible]ce at the ski area.

B Haul and place D-Agg at station 20+600 – 21+400 and 19+600 – 20+100.

C Working on culvert at Palmer Creek, station 19+200.

D Install 600mm culverts.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Driver | 13 | Tk.Pups and Bellys | 44 | 70 | 3 | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 2 | Driver | 1 | Water Truck | 12 | 12 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | 36 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10 | | | | | | | | | | | | | |
| 1 | ~~Operator~~ | ~~1~~ | ~~350 Excavator~~ | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | | 12 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 12 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 10 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 10 | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | 2 | | | | | | | | | | | | | |
| 8 | Laborers | | | 12 | 11 | 50 | 7 | | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 32 | | | | | | | | | | | | | |
| 2 | Grade Checkers | | | 12 | 10 | | | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 11 | 10 | | | | | | | | | | | | |

PRODUCTION TIME (PERSON HOURS WORKED): columns (A)–(K); EQUIPMENT TIME: WORK, IDLE, DOWN.

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 10, 2002

REVIEWED BY: John Foster

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John Foster

DATE: 9/12/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 11, 2002 DAY : Wednesday

WEATHER: Sunny and Hot 50 - 82

DESCRIPTION OF WORK

A Excavation from 18+400 and haul to waste at the Ski Area. Sub-grade prep.

B Haul and place D-Agg., on road, and place surfacing on approaches.

C Installing 3600mm culvert at Palmer Creek.

D Installing 150mm underdrain on Stimsons approach 18+500 Lt.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PRODUCTION TIME (PERSON HOURS WORKED) | | | | | | | | | | | EQUIPMENT TIME | | |
| 11 | Driver | 11 | T&P and Belly | 55 | 37 | 2 | 2 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 12 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 12 | 8 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | 37 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 10 | | | | | | | | | | | | | |
| ~~1~~ | ~~Operator~~ | ~~1~~ | ~~350 Excavator~~ | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 13 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | 6 | | | 4 | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 10 | 9 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | 6 | | | | | | | | | | | | | |
| 9 | Laborers | | | 11 | 20 | 53 | 13 | | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 26 | | 5 | | | | | | | | | | | |
| 2 | Grade Checkers | | | 21 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 6 | 10 | 4 | | | | | | | | | | | |

| | |
|---|---|
| BY: STEVE SMITHERMAN | REVIEWED BY: JOHN FOSTER |
| SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman | SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster |
| DATE: September 11, 2002 | DATE: 9/13/02 |

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATIO
FEDERAL HIGHWAY ADMINISTRATIO
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 12, 2002 DAY Thursday

WEATHER: Clear and Warm 52 - 83

DESCRIPTION AND LOCATION OF WORK

A Haul excavation to the ski area an embankment at 18+500. Work sub grade station 19+240 – 20+600.
B Finishing D-Aggregrate from station 20+600 – 23+600.
C Force Account work on slide station 19+000. Excavate material and haul off.
D Installing 3600mm pipe at Palmer Creek.
E Installing 150mm underdrain at approach station 18+500.
F Sub-excavation at approach.
G
H
I
J
K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | Driver | 6 | End Dump + 3 pups | | | 21 | 4 | 32 | 6 | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 11 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D9 Dozer | | | 5 | | | | | | | | | | 5 | |
| 2 | Driver | 2 | Water Truck | 12 | 9 | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | | 33 | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 12 | | | | | | | | | | | | | |
| 1 | ~~Operator~~ | ~~1~~ | ~~350 Excavator~~ | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 7 | | 3 | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | 13 | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | 6 | 1 | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 7 | 6 | | 4 | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 11 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | 9 | | | | | | | | | | | | |
| 9 | Laborers | | | | 11 | | 57 | 9 | | | | | | | | | |
| 3 | Driver | 3 | Moxy Truck | 28 | | | 3 | | | | | | | | | | |
| 2 | Grade Checkers | | | 18 | 4 | | | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 5 | | 5 | 11 | | | | | | | | | | |

PRODUCTION TIME (PERSON HOURS WORKED): columns (A)–(K)

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 12, 2002

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/16/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 13, 2002 DAY Friday

WEATHER: Clear, 52 - 88

DESCRIPTION AND LOCATION OF WORK

A Roadway excavation 18+400 and ha[illegible] to the Ski area parking lot.

B Place D-Agg. and finish, station 19+200 – 19+600 and 20+400 – 20+600.

C Working on pipe at Palmer Creek.

D Work on slide areas station 18+500 and 19+000.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Driver | 9 | Pups and Bellys | 11 | 38 | 9 | 3 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | 6 | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 8 | | | 2 | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | | | 3 | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 17 | 5 | | | | | | | | | | | | |
| | Service of Equip | 2 | Mech and Oilers | | | | | | | 22 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 7 | | | 4 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 5 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | 8 | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 12 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | 2 | | | | | | | | | | | | |
| 7 | Laborers | | | | 14 | 50 | | | | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 24 | | 1 | 2 | | | | | | | | | | |
| 2 | Grade Checkers | | | 11 | | | 4 | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | | 8 | 8 | | | | | | | | | | | |

(Production time columns (A)–(K): PRODUCTION TIME (PERSON HOURS WORKED))

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 13, 2002

REVIEWED BY: JOHN FOSTEL

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Fostel

DATE: 9/23/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 16, 2002 DAY Monday

WEATHER: Partly Cloudy 55 - 70

DESCRIPTION AND LOCATION OF WORK

A Roadway excavation station 18+300 – 18+400, haul to ski area.

B Continue installing culvert at Palmer Creek, Riprap headwall, Rock Weir.

C Tight blading D Agg., processing, hauling stockpiled reject D to ski Area.

D Working on excavating slides areas 18+500 and 19+860.

E Installing 150mm underdrain station 18+500 approach.

F Silt fence repair, erosion control as needed.

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | Driver | 7 | End Dump & pups | 27 | 1 | 9 | 20 | 11 | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R and D9 | 8 | | | 6 | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | | | 5 | | | | | | | | | | |
| 2 | Driver | 2 | Water Truck | 8 | | 4 | | | | | | | | | | | |
| | Service of Equip | 2 | Mech and Oilers | | | | | | | | | 23 | | | | | |
| 1 | Operator | 1 | 600 Excavator | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 2 | 8 | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | 7 | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | 6 | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | | 10 | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | 9 | | | | | | | | | | | |
| 2 | Operator | 1 | Scraper | 1 | | 5 | | | | | | | | | | | |
| 8 | Laborers | | | | 20 | | 5 | 14 | 24 | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 12 | 4 | 3 | 2 | | | | | | | | | | |
| 1 | Grade Checkers | | | 10 | | | | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 7 | | 9 | 4 | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 16, 2002

REVIEWED BY: John Foster

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/23/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 17, 2002 DAY Tuesday

WEATHER: Cloudy and Rain showers 50 - 68

DESCRIPTION OF WORK

A Excavating slide areas, station 18+5__, 19+000, and 19+860.

B Installing 150mm underdrain pipe station 11+120-11+190 and 11+000–11+09(

C Processing and blue-topped D-Agg.

D Finished pipe at Palmer Creek. Pulled diversion channel.

E Repair silt fence and erosion control as needed.

F Placed Slope armor 18+470 – 18+530.

G Haul excavation to waste.

H Work on the multi-plate pipe station 18+312 , haul bedding, ex. out.

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Driver | 8 | End Dump+ Pups | 63 | 13 | | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | | | | | | | 6 | | | | | | | |
| 1 | Operator | 1 | D6H | | | | | | | 10 | | | | | | | |
| 1 | Driver | 1 | Water Truck | 1 | | | | | | | | | | | | | |
| | Service of Equip | 2 | Mech and Oilers | | | | | | | | | 23 | | | | | |
| 1 | Operator | 1 | 600 Excavator | 3 | | | | | 3 | | | | | | | | |
| | | 1 | Foreman | 4 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 7 | | | 3 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | 2 | | 7 | 1 | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | 6 | | 4 | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | | 5 | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | 10 | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | | 10 | | | | | | | | | | | |
| 4 | Laborers | | | | 10 | 5 | 4 | 11 | | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 8 | | | | | 5 | 2 | 6 | | | | | | |
| 2 | Grade Checkers | | | | | 5 | | | | 16 | | | | | | | |
| 2 | Operator | 2 | Loader | 10 | 5 | | | | | 4 | | | | | | | |

| | |
|---|---|
| BY: STEVE SMITHERMAN | REVIEWED BY: Jim Foster |
| SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman | SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster |
| DATE: September 17, 2002 | DATE: 9/23/02 |

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

A Hours & Equip. to be Determined @ Later Date JMF

40

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 18, 2002 DAY Wednesday

WEATHER: Overcast am. Sunny pm 40 - 70

DESCRIPTION OF WORK

A Hauling excavation from 18+500 to Gletty Pit. Subgrade finishing at Station 18+700 – 19+240.
B Hauling slide material from 18+500 and disposing of, force account work.
C Install 600mm pipe station 18+220 and 18+455.
D Processing D-Aggregate and haul 5 loads to 19+860.
E Repair silt fence as needed.
F
G
H
I
J
K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Driver | 10 | End Dump + Pups | 83 | 10 | | 4.5 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | 12 | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 3 | 7 | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 9 | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 2 | | | | | | | | | | | | | |
| | Service of Equip | 2 | Mech and Oilers | | | | | | | | 28 | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 8 | 11.5 | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 6 | | 6.5 | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | .5 | 6 | 4 | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 7 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 4 | | | 4 | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | 4 | | | | | | | | | | | | | |
| 6 | Laborers | | | | 4.5 | 26 | 5 | 6 | | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | | 12 | 10 | | | | | | | | | | | |
| 1 | Grade Checkers | | | 12 | | 6 | | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 7 | | 2 | 3.5 | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 18, 2002

REVIEWED BY: John Foster

SIGNATURE PROJECT ENGINEER OR INSPECTOR: [signature]

DATE: 9/23/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

A&B- Hours & Equip. To Be Determined @

41

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 20, 2002 DAY Friday

WEATHER: Sunny and Clear 38 - 70

DESCRIPTION AND LOCATION OF WORK

A Excavation at slide location 18+605 # 17. Haul material away.

B Place D-Aggregate on road station, 18+760 – 19+460 plus some spot loads.

C Perform sub-excavation as directed station 18+510 – 18+550.

D Clean ditches, minor excavation in areas, clean up.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Driver | 13 | Trucks,pups, bellys | 69 | 26.5 | 4 | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | | | | | | | | | | | |
| 2 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 8 | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 9.5 | | | | | | | | | | | | | |
| | Service of Equip | 2 | Mech and Oilers | | | | | | | 20 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 8 | | 2 | | | | | | | | | | | |
| 1 | Foreman | | | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 3 | | | 7.5 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | 7 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | | 2 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | | | | | | | | | | | | | |
| 2 | Laborers | | | | 12 | | | | | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 18.5 | | | | | | | | | | | | | |
| 2 | Grade Checkers | | | 8 | 6 | 4 | | | | | | | | | | | |
| 2 | Operator | | Loaders | 8 | | | | | | | | | | | | | |

(Production time columns A–K: PRODUCTION TIME (PERSON HOURS WORKED); Work/Idle/Down: EQUIPMENT TIME)

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 20, 2002

REVIEWED BY: John Foster

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/26/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE MUTCD AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

"A" work to be determined at later date
JMF

42

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 25, 2002 DAY Wednesday

WEATHER: Sunny and Clear 44 - 71

DESCRIPTION OF WORK

A Hauling excavation from 18+400 ar[illegible] [illegible]asting material.

B Place aggregate on approaches and spot loads of D-Base Aggregate.

C Perform work in the wetlands as directed.

D Extend 600mm culvert station 18+540.

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Driver | 4 | 2 Dumps 2 Bellys | 7 | 26 | 2 | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 10 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 10 | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 11 | | | | | | | | | | | | | |
| | Service of Equip | 3 | Mech and Oilers | | | | | | | 16 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | 6.5 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | 9.5 | | | 1 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | 10 | | | | | | | | | | | |
| 1 | Foreman | | | 6 | 2 | 2 | 2 | | | | | | | | | | * No |
| 2 | Operator | 2 | Vibratory Roller | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | | | | | | | | | | | | | |
| ? | Laborers | | | 3.5 | 14 | | 10 | | | | | | | | | | |
| 2 | Driver | 2 | Moxy Truck | 6.5 | | 3.5 | | | | | | | | | | | |
| 1 | Grade Checkers | | | | | | 4 | | | | | | | | | | |
| 1 | Operator | 1 | Loader | | 10 | | | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 25, 2002

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 9/30/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE MUTCD AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

* No payment for time of fore[illegible]

43

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158- 1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 26, 2002 DAY Thursday

WEATHER: Cloudy and Cool 45 - 67

DESCRIPTION ... AREA OF WORK

A Continue working sub-grade, haulin... excavation away.

B Finishing rocklined ditches and placing slope armor 18+470 – 18+540.

C Haul D-Aggregate for spot loads and placement on the road.

D Haul and place fish rock at the multi plate.

E Work on the wetlands.

F Roadway obliteration on the forest service road.

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | PRODUCTION TIME (PERSON HOURS WORKED) (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | Driver | 6 | Trk Pups and Bellys | 23 | | 16 | 14 | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | 9 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | | | | | | | | | | | | | | |
| 1 | Driver | 1 | Water Truck | 10 | | | | | | | | | | | | | |
| | Service of Equip | 1 | Mech and Oilers | | | | | | | 10.5 | | | | | | | |
| 1 | Foreman | 1 | | 12 | | | | | | | | | | | | | |
| 1 | Operator | 1 | 350 Excavator | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | 10 | | | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | | 4.5 | 4.5 | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 8.5 | | 2 | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 6 | | 4 | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | | | | | | | | | | | | | |
| 1 | Laborers | | | 2.5 | | | | | | | | | | | | | |
| 1 | Driver | 1 | Moxy Truck | | | | | | 7 | | | | | | | | |
| 2 | Grade Checkers | | | 10.5 | | 3 | | | | | | | | | | | |
| 1 | Operator | 1 | Loader | 6.5 | | 4 | | | | | | | | | | | |

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 26, 2002

REVIEWED BY: JOHN FOSTER

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 10/1/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

44

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: September 30, 2002 DAY Monday

WEATHER: Cloudy, Showers, 38 - 55

DESCRIPTION AND LOCATION OF WORK

A Working on subgrade prep, clean s[illegible]es, ditches etc.

B Haul and place D-Aggregate, process, tight blade 18+400 – 19+200.

C Working on multiplate at Palmer Creek.

D Install 600mm culvert and dissipator station 18+346.5.

E Roadway obliteration Ten Mile Creek Road 261.

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | EQUIPMENT TIME WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | Driver | 5 | 2 Trk &Pup 3 Bellys | 9 | | 2 | | | | | | | | | | | |
| 1 | Operator | 1 | 14 G Grader | | | | | | | | | | | | | | |
| 1 | Operator | 1 | D8R | | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 3 | | | | | | | | | | | | | |
| | Driver | | Water Truck | 5 | 2 | | | | | | | | | | | | |
| | Service of Equip | 1 | Mech and Oilers | | | | | | | 9 | | | | | | | |
| 1 | Operator | 1 | 600 Excavator | | | | | | | | | | | | | | |
| 1 | Foreman | | | | | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 Excavator | | | 3 | 7 | | | | | | | | | | |
| 1 | Operator | 1 | 300 Excavator | | | | | 8 | | | | | | | | | |
| 1 | Operator | 1 | 150 Excavator | | | | | | | | | | | | | | |
| 2 | Operator | 2 | Vibratory Roller | 8 | 4 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160 Blade | 5 | 5 | | | | | | | | | | | | |
| 1 | Operator | 1 | Scraper | | | | | | | | | | | | | | |
| 2 | Laborers | | | | 5.5 | | 10 | | | | | | | | | | |
| 1 | Driver | 1 | Moxy Truck | | | | | 2 | | | | | | | | | |
| 1 | Grade Checkers | | | 8 | 2 | | | | | | | | | | | | |
| 2 | Operator | 2 | Loaders | 2 | 9 | | | | | | | | | | | | |

PRODUCTION TIME (PERSON HOURS WORKED)

BY: STEVE SMITHERMAN

SIGNATURE FOR CONTRACTOR: (*) Steve Smitherman

DATE: September 30, 2002

REVIEWED BY: John Foster

SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster

DATE: 10/3/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.

US DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
WESTERN FEDERAL LANDS HIGHWAY DIV.

CONTRACTOR'S DAILY RECORD OF
CONSTRUCTION OPERATIONS

PROJECT: WA PFH 158-1 (2)
FLOWERY TRAIL ROAD

CONTRACTOR/SUB-CONTRACTOR:

M. A. DeATLEY CONSTRUCTION

DATE: October 2, 2002 DAY Wednesday
WEATHER: Mostly sunny and cold in morning, mostly cloudy and cool in afternoon

DESCRIPTION OF WORK

A Haul material from ski area to ca[illegible]bgrade and build approach at 18+320

B Haul grading D base rock from ski area to 18+200 to 18+460

C Clear for fencing crew at cattleguard

D Service and Mechanic Equipment

E

F

G

H

I

J

K

| No: | Labor Classification: | No: | Equipment Type: | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | WORK | IDLE | DOWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Operator | 1 | 450 loader | 7 | 4 | | | | | | | | | | | | |
| 1 | Operator | 1 | 320 excavator | 3 | | | | | | | | | | | | | |
| 2 | Drivers | 2 | Moxy Trucks | 8 | | | | | | | | | | | | | |
| 1 | Operator | 1 | Cat Roller | 7 | 4 | | | | | | | | | | | | |
| 1 | Operator | 1 | 160H blade | 7 | 4 | | | | | | | | | | | | |
| 1 | Service/Mechanic | | | | | | 10 | | | | | | | | | | |
| 1 | Laborer | | | | | 6 | | | | | | | | | | | |
| 1 | Laborer | | | 4 | | | | | | | | | | | | | |
| 1 | Operator | 1 | D6H | 6 | | | | | | | | | | | | | |

(Columns A–K: PRODUCTION TIME (PERSON HOURS WORKED); WORK / IDLE / DOWN: EQUIPMENT TIME)

BY: STEVE SMITHERMAN
SIGNATURE FOR CONTRACTOR: (*) Dusty Forman
DATE: 10-3-02

REVIEWED BY: JOHN FOSTER
SIGNATURE PROJECT ENGINEER OR INSPECTOR: John M Foster
DATE: 10/03/02

(*) IT IS HEREBY CERTIFIED THAT THE INFORMATION CONTAINED IN THIS RECORD IS ACCURATE, AND THAT ALL WORK DOCUMENTED HEREIN COMPLIES WITH THE REQUIREMENTS OF THE CONTRACT. ANY EXCEPTIONS TO THIS CERTIFICATION ARE DOCUMENTED AS PART OF THIS RECORD. ALSO, I CERTIFY THAT ALL CONSTRUCTION SIGNING AND TRAFFIC CONTROL (INCLUDING TEMPORARY STRIPING) IS CORRECT FOR THE STATUS OF THE PROJECT AND IS IN FULL CONFORMANCE WITH THE "MUTCD" AND THE CONTRACT REQUIREMENTS FOR THE PROJECT IDENTIFIED ABOVE.