IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. A. DeATLEY CONSTRUCTION, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) ) ) ) ) ) ) ) ) | No. 04-1052C (Chief Judge Edward J. Damich ) |

DEFENDANT'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY AND NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant, the United States, respectfully requests leave of this Court to file a notice of supplemental authority relevant to the issue of raised in plaintiff's September 13, 2006 motion for summary judgement seeking dismissal of the Government's counterclaims sounding in fraud. The supplemental authority is the Federal Circuit's decision in Long Island Savings Bank, FSB v. United States, No. 2006-5029, 2007 WL 269433 (Fed. Cir. February 1, 2007), a copy of which is an exhibit to this motion.

The Federal Court in Long Island Savings Bank held that, under the special plea in frauds, 28 U.S.C. 2514, the Government needs to prove only that the contractor submitted claims that were false, and that the contractor intended to defraud the Government by submitting those claims, in order to prevail. Long Island Savings Bank, 2007 WL 269433, *8. The Court also noted that the fact of misrepresentation coupled with proof that the party making it had knowledge of its falsity is enough to warrant drawing an adverse inference that there was a fraudulent intent; thus circumstantial evidence may permit an inference of intent. Id. at *13.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

OF COUNSEL

TIMOTHY BINDER
Division Counsel
U.S. Dept. of Transportation
Federal Highway Administration
610 East Fifth Street
Vancouver, WA 98661-3801

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
Attn: Classification Unit, Room 8012
1100 L Street, NW
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)

February 21, 2007

Attorneys for Defendant