# In the United States Court of Federal Claims

No. 04-1052 C

(Filed: April 12, 2007)

| | |
|---|---|
| ******************************************* | |
| **M.A. DeATLEY CONSTRUCTION, INC.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ******************************************* | |

## ORDER

The Court hereby ORDERS that a telephonic status conference regarding pre-trial preparation be held on **April 25, 2007 at 2:30 PM** Eastern Time. The parties shall be prepared, inter alia, to propose dates for, and to discuss the expected duration of, trial in light of this Court's Proposed Pre-Trial Order (available at: http://www.uscfc.uscourts.gov/biosnew.htm).

One business day before the conference, counsel shall email chambers at damich_chambers@ao.uscourts.gov to provide the phone number where he or she can be reached and to inform the Court whether any others will be participating for that party (and, if so, their names and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge