IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DeATLEY CONSTRUCTION, INC., Plaintiff, vs. THE UNITED STATES, Defendant. | ) | Case No.: 041052C (Judge Edward J. Damich) **MOTION IN LIMINE RE: MARCH 23, 2005 SETTLEMENT MEETING** |

M.A. DeAtley Construction, Inc. ("M.A. DeAtley"), by and through its attorneys of record, Dunn & Black, P.S., hereby moves this Court for a motion in limine preventing any evidence, documents, testimony, or argument about the conversations, statements, discussions or activities that surrounded or incurred in the March 23, 2005 settlement meeting. This evidence is irrelevant and also barred under Fed. R. Evid. 408.

This Motion is made pursuant to Fed. R. Evid. 408, 401 and 402, the Memorandum in Support of Motion in Limine Re: March 23, 2005 Meeting, the Affidavit of John C. Black, and the pleadings of record filed herein.

DATED this 31st day of May, 2007.

s/ JOHN C. BLACK
JOHN C. BLACK
10 N. Post Street, Suite 200
Spokane, WA 99201-0653
Telephone: (509) 455-8711
Fax: (509) 455-8734

Of Counsel:
J. Michael Littlejohn
Akerman Senterfitt Wickwire Gavin
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182
(703) 790-8750 - phone
(703) 448-1801- fax

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 31st day of May, 2007, a copy of the foregoing *Motion In Limine Re: March 23, 2005 Meeting* was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ JOHN C. BLACK
JOHN C. BLACK