IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DEATLEY CONSTRUCTION, INC., Plaintiff, | ) | Case No. 04-1052C |
| vs. | ) | |
| THE UNITED STATES, Defendant. | ) | (Judge Edward J. Damich) |

ERRATA TO SUMMARY JUDGMENT PLEADINGS

Plaintiff hereby respectfully provides the Court with this Erratum to Plaintiff's summary judgment pleadings supplementing earlier statements made by Plaintiff and its counsel in this matter with respect to explaining its claim. Specifically, in its Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment filed on October 30, 2006, Plaintiff's counsel, based on affidavits provided by Craig Owens and John Cooper, explained the nature of certain costs sought by M.A. Deatley in its claim. The attached Supplemental Affidavit of Craig Owens provides supplemental information in relation to the costs which Plaintiff claims against the Government.