IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. A. DEATLEY CONSTRUCTION CO., Plaintiff, | ) | |
| v. | ) | No. 04-1052C (Chief Judge Edward J. Damich ) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S WITNESS LIST REGARDING COUNTERCLAIMS

Timothy J. Binder
Division Counsel
Western Federal Lands Highway Division
Federal Highway Administration
Vancouver, Washington

Mr. Binder is expected to testify regarding the communication made to DeAtley that the Government was of the opinion that DeAtley's claim to included false statements at the settlement conference held on March 23, 2005. Defendant's Proposed Finding of Fact 12.b. Mr. Binder may also be used, if needed, to be a summary witness explaining the Government's view of the degree of fraud in the claim.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

OF COUNSEL

s/ Leslie Cayer Ohta

TIMOTHY BINDER
Division Counsel
U.S. Dept. of Transportation
Federal Highway Administration
610 East Fifth Street
Vancouver, WA 98661-3801

LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
Attn: Classification Unit, Room 8012
1100 L Street, NW
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)

June 29, 2007

Attorneys for Defendant