IN THE UNITED STATES COURT OF FEDERAL CLAIMS

M. A. DEATLEY CONSTRUCTION CO., )
)
Plaintiff, )
)
v. ) No. 04-1052C
) (Chief Judge Edward J. Damich )
THE UNITED STATES, )
)
Defendant. )

DEFENDANT'S EXHIBIT LIST REGARDING COUNTERCLAIMS

| Exhibit Number | Date | Description of Exhibit/Facts Established |
|---|---|---|
| 7 | February 9, 2001 | Contract No. DTFH70-01-C-00011<br>Facts to be Established: 1, 6, 9a., 9d., 9e., 10, 10a., 10b., 10e., 11c |
| 8 | - | Federal Lands Highway, FP-96/ PFOF 1<br>Facts to be Established: 1, 4, 9a., 9d., 9e., 10, 10a., 10b., 10e., 11c., |
| 9 | February 9, 2001 | Plans for Contract No. DTFH70-01-C-00011/<br>Facts to be Established: 1, 9a., 9d., 9e., 11c., |
| 236 | - | Final Estimate No. 015<br>Facts to be Established: 6, 10, 10b., 10e., |
| 238 | September 23, 2003 | DeAtley's certified claim<br>Facts to be Established: 7, 9, 9a., 9b., 9c., 9d., 9e., 10, 10a., 10e., 11, 11a., 11b., 11c., 11d., 12c. |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

<u>OF COUNSEL</u>

TIMOTHY BINDER
Division Counsel
U.S. Dept. of Transportation
Federal Highway Administration
610 East Fifth Street
Vancouver, WA 98661-3801

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
Attn: Classification Unit, Room 8012
1100 L Street, NW
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)

June 29, 2007

Attorneys for Defendant