# In the United States Court of Federal Claims

No. 04-1052 C

(Filed: July 26, 2007)

******************************************
**M.A. DeATLEY CONSTRUCTION, INC.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
******************************************

## REVISED TRIAL PREPARATION ORDER

On May 21, 2007, the Court issued a Trial Preparation Order in this case. As recently discussed with counsel for the parties, the pre-trial conference is hereby rescheduled for **November 20, 2007**, at **10:00 AM** Eastern Time at the U.S. Court of Federal Claims in Washington, DC. No other scheduling changes have been made herein to the Court's Order dated May 21, 2007.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge