IN THE UNITED STATES COURT OF FEDERAL CLAIMS

M. A. DEATLEY CONSTRUCTION, INC., )
)
Plaintiff, )
)
v. ) No. 04-1052C
) (Chief Judge Edward J. Damich )
THE UNITED STATES, )
)
Defendant. )

DEFENDANT'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS

Defendant moves for a stay of proceedings for 120 days, that is, from August 2, 2007, to and including November 29, 2007, for the purpose of seeking authorization to accept plaintiff's offer to settle this case. This is defendant's first motion for this purpose. Counsel for plaintiff has stated that he does not oppose the granting of this motion.

This matter is scheduled for trial in Spokane, Washington, on December 9, 2007. Accordingly, staying this litigation to give the parties the opportunity to resolve this matter without further trial preparations and trial will conserve the parties' and this Court's resources and, pursuant to Rule 1(a)(2) of the Rules of the United States Court of Federal Claims, promote the "just, speedy, and inexpensive determination" of this action.

For the foregoing reasons, defendant respectfully requests that the Court grant our unopposed motion for a 120-day stay for the purpose of seeking authorization to settle this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street, NW
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)

August 2, 2007 Attorneys for Defendant