# In the United States Court of Federal Claims

No. 04-1052 C

(Filed: August 7, 2007)

| | |
|---|---|
| ***************************************** | |
| **M.A. DeATLEY CONSTRUCTION, INC.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ***************************************** | |

## ORDER

On August 2, 2007, the Defendant filed an unopposed motion for a 120-day stay of proceedings "for the purpose of seeking authorization to accept plaintiff's offer to settle this case." Defendant's motion states that "staying this litigation to give the parties the opportunity to resolve this matter without further trial preparations and trial will conserve the parties' and this Court's resources." In light of the above, the Court hereby GRANTS Defendant's motion. The Court hereby ORDERS that this case be STAYED indefinitely pending settlement. On or before **November 29, 2007**, the parties shall, unless a stipulation of dismissal has already been filed, file a joint status report regarding the authorization process and addressing the particulars of what needs to be accomplished before a stipulation of dismissal can be filed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge