IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.A. DEATLEY CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1052C |
| | ) | (Chief Judge Edward J. Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Defendant, the United States, respectfully submits this status report pursuant to this Court's August 7, 2007 order. The contents of this report have been discussed with counsel for plaintiff and he agrees with the filing of this report at this time.

All approvals necessary for the settlement of this matter have been obtained. The settlement agreement and the stipulation of voluntary dismissal have been provided to plaintiff's counsel. Upon execution of those documents by both the plaintiff and the Government, the stipulation of voluntary dismissal will be filed.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice

ATTN: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972

November 23, 2007 Attorneys for Defendant