# In the United States Court of Federal Claims

No. 04-1052 C

(Filed: December 10, 2007)

******************************************
**M.A. DeATLEY CONSTRUCTION, INC.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
******************************************

**ORDER**

A joint status report concerning the implementation of the settlement agreement the parties have discussed and the parties' proposed joint stipulation of voluntary dismissal shall be filed on or before 5:00 p.m. on Thursday, January 31, 2008.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge