IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. A. DEATLEY CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1052C |
| | ) | (Chief Judge Edward J. Damich ) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(l)(ii) and (c) of the Rules of the United States Court of Federal Claims, the parties hereby stipulate to the dismissal with prejudice of the claims of plaintiff, M. A. DeAtley Construction Inc., and the counterclaims of the defendant, the United States, with each party to bear its own costs, expenses, and attorney fees.

Respectfully submitted,

JEFFERY R. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/John C. Black, Esq.
Dunn & Black
10 N. Post, Suite 200
Spokane, WA 99201-0653

Attorneys for Plaintiff

January17, 2008

s/Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch,
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attorneys for Defendant

January 21, 2008